**Exhibit C**

**Authorities**

| TAXING AUTHORITY TYPE | TYPE | ADDRESS |
|---|---|---|
| ADA COUNTY TREASURER | PROPERTY TAX | 200 W FRONT ST<br>BOISE, ID 83702 |
| ADAMS COUNTY TAX COLLECTOR | PROPERTY TAX | 507 VERMONT ST<br>SUITE G12<br>QUINCY, IL 62301 |
| ADAMS COUNTY TREASURER | PROPERTY TAX | PO BOX 869<br>BRIGHTON, CO 80601 |
| ALABAMA DEPARTMENT OF REVENUE | SALES & USE TAX | 50 N RIPLEY ST<br>MONTGOMERY, AL 36130 |
| ALAMEDA COUNTY TREASURER | PROPERTY TAX | TREASURER AND TAX COLLECTOR<br>1221 OAK ST STE 131<br>OAKLAND, CA 94612 |
| ALLEGHENY COUNTY TREASURER | PROPERTY TAX | PO BOX 643385<br>PITTSBURGH, PA 15264 |
| ALLEN COUNTY TREASURER | PROPERTY TAX | P.O. BOX 2540<br>FORT WAYNE, IN 46801-2540 |
| ALLEN COUNTY TREASURER'S OFFICE | PROPERTY TAX | PO BOX 123<br>LIMA, OH 45802 |
| ANGELA EPOLITO TAX RECEIVER | PROPERTY TAX | 5400 BUTTERNUT DR<br>EAST SYRACUSE, NY 13057 |
| ARIZONA DEPARTMENT OF REVENUE - INCOME TAX DEPT | INCOME TAX | PO BOX 29079<br>PHOENIX, AZ 85038 |
| ARIZONA DEPARTMENT OF REVENUE - SALES AND USE TAX | SALES & USE TAX | PO BOX 29010<br>PHOENIX, AZ 85038 |
| ARKANSAS DEPARTMENT OF FINANCE AND ADMINISTRATION | PROPERTY TAX | P.O. BOX 1272 – ROOM 2380<br>LITTLE ROCK, AR 72203-0896 |
| AUGUSTA COUNTY TREASURER'S OFFICE | PROPERTY TAX | 18 GOVERNMENT CENTER LANE<br>PO BOX 590<br>VERONA, VA 24482 |
| BEDFORD COUNTY TRUSTEE (TN) | PROPERTY TAX | 102 NORTH SIDE SQUARE<br>SHELBYVILLE, TN 37160 |
| BENSALEM TOWNSHIP AUTHORITY | PROPERTY TAX | 2400 BYBERRY RD<br>BENSALEM, PA 19020 |
| BENSALEM TOWNSHIP COLLECTOR (BUCKS COUNTY) | PROPERTY TAX | 3750 HULMEVILLE ROAD<br>BENSALEM, PA 19020 |
| BERNALILLO COUNTY TREASURER | PROPERTY TAX | PO BOX 269<br>ALBUQUERQUE, NM 87103 |
| BETHLEHEM CSD | PROPERTY TAX | TAX PROCESSING UNIT<br>PO BOX 12905<br>ALBANY, NY 12212 |
| BEXAR COUNTY TAX ASSESSOR COLLECTOR | PROPERTY TAX | PO BOX 839950<br>SAN ANTONIO, TX 78283 |
| BIRCH RUN TOWNSHIP TREASURER | PROPERTY TAX | 8425 MAIN ST.<br>P.O. BOX 152<br>BIRCH RUN, MI 48415 |
| BLACKMAN CHARTER TOWNSHIP | PROPERTY TAX | 1990 WEST PARNALL ROAD<br>JACKSON, MI 49201-8612 |
| BOONE COUNTY COLLECTOR | PROPERTY TAX | 801 E WALNUT RM 118<br>COLUMBIA, MO 65201 |
| BOROUGH OF MILTON | PROPERTY TAX | NORTHUMBERLAND COUNTY, PA<br>2 FILBERT ST<br>MILTON, PA 17847 |

| TAXING AUTHORITY TYPE | TYPE | ADDRESS |
|---|---|---|
| BOWIE COUNTY | PROPERTY TAX | PO BOX 967<br>NEW BOSTON, TX 75570 |
| BUENA VISTA CHARTER TOWNSHIP | PROPERTY TAX | 1160 S OUTER DR<br>SAGINAW, MI 48601 |
| BUFFALO COUNTY TREASURER | PROPERTY TAX | 1512 CENTRAL AVE<br>KEARNEY, NE 68847 |
| BUTLER COUNTY OF OHIO | PROPERTY TAX | 315 HIGH ST<br>10TH FL<br>HAMILTON, OH 45011 |
| BYRON TOWNSHIP TREASURER | PROPERTY TAX | 8085 BYRON CENTER AVENUE SW<br>BYRON CENTER, MI 49315 |
| BYRON TOWNSHIP WATER & SEWER | PROPERTY TAX | 8085 BYRON CENTER AVE SW<br>PO BOX 264<br>BYRON CENTER, MI 49315 |
| CADDO PARISH TAX COLLECTOR | PROPERTY TAX | PO BOX 20905<br>SHREVEPORT, LA 71120 |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION | SALES & USE TAX | 3321 POWER INN ROAD, SUITE 210<br>SACRAMENTO, CA 95826 |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION - ENVIRONMENTAL | ENVIRONMENTAL LICENSE & PERMITS | 3321 POWER INN ROAD, SUITE 130<br>SACRAMENTO, CA 95826 |
| CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION, STATE BOARD OF EQUALIZATION | BUSINESS LICENSE & PERMITS;<br>ENVIRONMENTAL LICENSE & PERMITS;<br>SALES & USE TAX | PO BOX 942879<br>SACRAMENTO, CA 94279 |
| CANADA REVENUE AGENCY | INCOME TAX | 555 MACKENZIE AVENUE<br>OTTAWA, ON K1A 0L5 CANADA |
| CARROLLTON-FARMERS BRANCH INDEPENDENT SCHOOL DISTRICT | PROPERTY TAX | TAX ASSESSOR COLLECTOR<br>1445 NORTH PERRY RD<br>CARROLLTON, TX 75011 |
| CASS COUNTY GOVERNMENT | PROPERTY TAX | 211 9TH ST S<br>FARGO, ND 58103 |
| CATOOSA COUNTY TAX COMMISSIONER | PROPERTY TAX | 93 ROBIN RD<br>RINGGOLD, GA 30736 |
| CENTRAL APPRAISAL DISTRICT OF TAYLOR COUNTY | PROPERTY TAX | 1534 S TREADAWAY<br>P O BOX 1800<br>ABILENE, TX 79604 |
| CENTRO DE RECAUDACION DE INGRESOS MUNICIPALES (CRIM) | PROPERTY TAX;<br>SALES & USE TAX | PO BOX 195387<br>SAN JUAN, PR 00919 |
| CERRO GORDO RECORDER OF DEEDS | PROPERTY TAX | 220 N WASHINGTON<br>MASON CITY, IA 50401 |
| CHESTERFIELD COUNTY TREASURER DEPT | PROPERTY TAX | PO BOX 26585<br>RICHMOND, VA 23285 |
| CHIPPEWA COUNTY TREASURER | PROPERTY TAX | 711 N BRIDGE ST<br>CHIPPEWA FALLS, WI 54729 |
| CINNAMINSON TOWNSHIP TAX COLLECTOR | PROPERTY TAX | 1621 RIVERTON RD<br>CINNAMINSON, NJ 08077 |
| CITY AND COUNTY OF SAN FRANCISCO | PROPERTY TAX | TREASURER TAX COLLECTOR<br>PO BOX 7426<br>SAN FRANCISCO, CA 94120 |
| CITY OF ALEXANDRIA | PROPERTY TAX | PO BOX 71<br>ALEXANDRIA, LA 71309 |
| CITY OF ALTOONA | PROPERTY TAX | 1301 TWELFTH ST<br>ALTOONA, PA 16601 |
| CITY OF AURORA | SALES & USE TAX | 15151 E ALAMEDA PARKWAY<br>LICENSING SECTION, STE 1100<br>AURORA, CO 80012 |

| TAXING AUTHORITY TYPE | TYPE | ADDRESS |
|---|---|---|
| CITY OF BALTIMORE | PROPERTY TAX | DIRECTOR OF FINANCE BALTIMORE<br>PO BOX 17535<br>BALTIMORE, MD 21297 |
| CITY OF BELLINGHAM | BUSINESS & OCCUPATION TAX | FINANCE DIRECTOR<br>PO BOX V<br>BELLINGHAM, WA 98227 |
| CITY OF BIRMINGHAM | SALES & USE TAX | PO BOX 10566<br>BIRMINGHAM, AL 35296 |
| CITY OF BOWLING GREEN | PROPERTY TAX | PO BOX 1410<br>BOWLING GREEN, KY 42102 |
| CITY OF BROUSSARD | BUSINESS LICENSE & PERMITS | 310 E MAIN ST<br>BROUSSARD, LA 70518 |
| CITY OF BUFFALO, NY | PROPERTY TAX | 65 NIAGARA SQ<br>ROOM 121<br>BUFFALO, NY 14202 |
| CITY OF BURNABY | PROPERTY TAX | BURNABY CITY HALL<br>4949 CANADA WAY<br>BURNABY, BC V5G 1M2 CANADA |
| CITY OF CALGARY | INCOME TAX; PROPERTY TAX | PO BOX 2900 STN M<br>CALGARY, AB T2P 3A7 CANADA |
| CITY OF CHARLOTTE | VEHICLE USE TAX | PO BOX 31032<br>CHARLOTTE, NC 28231 |
| CITY OF CHESAPEAKE | PROPERTY TAX | PO BOX 1606<br>CHESAPEAKE, VA 23327 |
| CITY OF COMMERCE CITY | SALES & USE TAX | 8602 ROSEMARY ST<br>COMMERCE CITY, CO 80022 |
| CITY OF CRANSTON TAX COLLECTOR | PROPERTY TAX | PO BOX 1177<br>CRANSTON, RI 02901 |
| CITY OF DANVILLE | FUEL TAX; PROPERTY TAX | 17 W MAIN ST<br>DANVILLE, IL 61832 |
| CITY OF DECATUR | FUEL TAX | #1 GARY K ANDERSON PLAZA<br>DECATUR, IL 62523 |
| CITY OF DORVAL | PROPERTY TAX | 60 AVENUE MARTIN<br>DORVAL, QC H9S-3R4 CANADA |
| CITY OF EAGLE PASS | PROPERTY TAX | 100 S MONROE ST<br>EAGLE PASS, TX 78852 |
| CITY OF EDMONTON | PROPERTY TAX | PO BOX 1982<br>EDMONTON, AB T5J 3X5 CANADA |
| CITY OF EVERETT | BUSINESS & OCCUPATION TAX | 3028 WETMORE AVENUE<br>EVERETT, WA 98201 |
| CITY OF GOODLETTSVILLE | PROPERTY TAX | 105 SOUTH MAIN STREET<br>GOODLETTSVILLE, TN 37072 |
| CITY OF HOLLAND CITY TREASURERS OFFICE | PROPERTY TAX | CITY TREASURER'S OFFICE<br>270 S. RIVER AVENUE<br>HOLLAND, MI 49423-3299 |
| CITY OF JOLIET, IL | FUEL TAX | 150 W JEFFERSON<br>JOLIET, IL 60432 |
| CITY OF KENT | BUSINESS & OCCUPATION TAX | PO BOX 84665<br>SEATTLE, WA 98124 |
| CITY OF KINGSPORT | PROPERTY TAX | 225 WEST CENTER ST<br>KINGSPORT, TN 37660 |
| CITY OF KNOXVILLE | PROPERTY TAX | PO BOX 15001<br>KNOXVILLE, TN 37901 |
| CITY OF LAREDO TAX OFFICE | PROPERTY TAX | PO BOX 6548<br>LAREDO, TX 78042 |

| **TAXING AUTHORITY TYPE** | **TYPE** | **ADDRESS** |
|---|---|---|
| CITY OF LIBERAL | PROPERTY TAX | 325 N WASHINGTON AVE<br>PO BOX 2199<br>LIBERAL, KS 67901 |
| CITY OF LONGVIEW | BUSINESS & OCCUPATION TAX | PO BOX 128<br>LONGVIEW, WA 98632 |
| CITY OF MADISON TREASURER | PROPERTY TAX | PO BOX 2999<br>MADISON, WI 53701 |
| CITY OF MANASSAS | PROPERTY TAX | PO BOX 512<br>MANASSAS, VA 20108 |
| CITY OF MARIETTA | PROPERTY TAX | PO BOX 609<br>MARIETTA, GA 30061 |
| CITY OF MCALLEN | PROPERTY TAX | PO BOX 220<br>MCALLEN, TX 78505 |
| CITY OF MEMPHIS TREASURER | PROPERTY TAX | PO BOX 185<br>MEMPHIS, TN 38101 |
| CITY OF MILLVILLE | PROPERTY TAX | COLLECTOR OF TAXES<br>PO BOX 609<br>MILLVILLE, NJ 08332 |
| CITY OF MILWAUKEE - OFFICE OF THE CITY TREASURER | PROPERTY TAX | PO BOX 78776<br>MILWAUKEE, WI 53278-0776 |
| CITY OF MOBILE | SALES & USE TAX | PO BOX 2745<br>MOBILE, AL 36652 |
| CITY OF MONTGOMERY | SALES & USE TAX | PO BOX 830469<br>BIRMINGHAM, AL 35283 |
| CITY OF NEW ORLEANS | PROPERTY TAX;<br>SALES & USE TAX | 1300 PERDIDO ST<br>NEW ORLEANS, LA 70112 |
| CITY OF OAK CREEK | PROPERTY TAX | 8640 S HOWELL AVE<br>OAK CREEK, WI 53154 |
| CITY OF OLYMPIA | BUSINESS LICENSE & PERMITS | PO BOX 1967<br>OLYMPIA, WA 98507 |
| CITY OF PADUCAH | PROPERTY TAX | FINANCE OFFICE<br>PO BOX 2697<br>PADUCAH, KY 42002 |
| CITY OF PONTIAC | PROPERTY TAX | PO BOX 77000<br>DETROIT, MI 48277 |
| CITY OF REGINA | PROPERTY TAX | PO BOX 5022<br>REGINA, SK S4P 4J3 CANADA |
| CITY OF ROCKY MOUNT | PROPERTY TAX | PO BOX 1180<br>ROCKY MOUNT, NC 27802 |
| CITY OF ROMULUS TREASURER | PROPERTY TAX | 11111 WAYNE ROAD<br>ROMULUS, MI 48174-1485 |
| CITY OF SASKATOON | PROPERTY TAX | BOX 7030<br>SASKATOON, SK S7K-8E3 CANADA |
| CITY OF SAVANNAH TREASURER | PROPERTY TAX | PO BOX 1228<br>SAVANNAH, GA 31402 |
| CITY OF SCRANTON | PROPERTY TAX | PO BOX 20111<br>SCRANTON, PA 18502 |
| CITY OF SEATTLE | BUSINESS & OCCUPATION TAX;<br>BUSINESS LICENSE & PERMITS | PO BOX 34904<br>SEATTLE, WA 98124 |
| CITY OF SHREVEPORT | PROPERTY TAX | PO BOX 30168<br>SHREVEPORT, LA 71130 |
| CITY OF ST LOUIS | PROPERTY TAX | PO BOX 66787<br>SAINT LOUIS, MO 63166 |

| TAXING AUTHORITY TYPE | TYPE | ADDRESS |
|---|---|---|
| CITY OF TACOMA | BUSINESS & OCCUPATION TAX | TAX & LICENSE DIVISION<br>747 MARKET ST, RM 248<br>TACOMA, WA 98402 |
| CITY OF TAYLOR | PROPERTY TAX | PO BOX 335<br>TAYLOR, MI 48180 |
| CITY OF TORONTO | PROPERTY TAX | REVENUE SERVICES<br>5100 YONGE ST<br>TORONTO, ON M2N 5V7 CANADA |
| CITY OF TUCSON | SALES & USE TAX | FINANCE DEPT REVENUE DIV<br>255 W ALAMEDA<br>TUCSON, AZ 85701 |
| CITY OF WESTBROOK | PROPERTY TAX | 2 YORK ST<br>WESTBROOK, ME 04092 |
| CITY OF WOODSTOCK | PROPERTY TAX | PO BOX 40<br>WOODSTOCK, ON N4S-7W5 CANADA |
| CITY OF WYOMING | PROPERTY TAX | 1155 28TH ST SW<br>P O BOX 905<br>WYOMING, MI 49509 |
| CITY TREASURER - TOMAH | PROPERTY TAX | 819 SUPERIOR AVENUE<br>TOMAH, WI 54660 |
| CITY TREASURER OF ERIE | PROPERTY TAX | 626 STATE ST RM 104<br>ERIE, PA 16501 |
| CLARK COUNTY TREASURER & TAX | PROPERTY TAX | 500 S GRAND CENTRAL PARKWAY, 1ST FLOOR<br>PO BOX 551401<br>LAS VEGAS, NV 89155 |
| CLAYTON COUNTY TAX COMMISSIONER | PROPERTY TAX | ADMIN ANNEX 3 2ND FLOOR<br>121 S.MCDONOUGH ST.<br>JONESBORO, GA 30236 |
| COBB COUNTY TAX COMMISSIONER | PROPERTY TAX | PO BOX 100127<br>MARIETTA, GA 30061 |
| COCONINO COUNTY TREASURER | PROPERTY TAX | 110 E CHERRY<br>FLAGSTAFF, AZ 86001 |
| COLORADO DEPARTMENT OF REVENUE | SALES & USE TAX | STATE CAPITOL ANNEX<br>1375 SHERMAN ST<br>DENVER, CO 80261 |
| COLUMBIA COUNTY GEORGIA | PROPERTY TAX | PO BOX 56<br>APPLING, GA 30802 |
| COMITE DE GESTION DE LA TAXE SCOLAIRE DE L'ILE DE MONTREAL | PROPERTY TAX | DE LA TAXE SCOLAIRE<br>CP 11071, SUCC CENTRE-VILLE<br>MONTREAL, QC H3C-5A9 CANADA |
| COMMISSION SCOLAIRE DES HAUTS-CANTONS | PROPERTY TAX | 308 RUE PALMER<br>EAST ANGUS, QC J0B 1R0 CANADA |
| COMMISSIONER OF TAXATION & FINANCE | STATE MILEAGE TAX; WEIGHT / DISTANCE TAX | NYS TAX DEPT RPC-HUT<br>PO BOX 15166<br>ALBANY, NY 12212 |
| COMMONWEALTH OF PENNSYLVANIA | IFTA FUEL TAX | 1171 S CAMERON ST, SUITE 103<br>HARRISBURG, PA 17104 |
| COOK COUNTY ASSESSOR'S OFFICE | PROPERTY TAX | 118 NORTH CLARK STATE<br>THIRD FLOOR, ROOM #320<br>CHICAGO, IL 60602 |
| COUNTY OF IMPERIAL TAX COLLECTOR | PROPERTY TAX | 940 WEST MAIN ST 106<br>EL CENTRO, CA 92243 |
| COUNTY OF LEXINGTON | PROPERTY TAX | OFFICE OF TREASURER<br>PO BOX 3000<br>LEXINGTON, SC 29071-3000 |

| TAXING AUTHORITY TYPE | TYPE | ADDRESS |
|---|---|---|
| COUNTY OF MOBILE | SALES & USE TAX | PO BOX 2207<br>MOBILE, AL 36652 |
| COUNTY OF SANTA BARBARA | PROPERTY TAX | TREASURER TAX COLLECTOR<br>PO BOX 579<br>SANTA BARBARA, CA 93102 |
| COUNTY OF SANTA CLARA | PROPERTY TAX | 70 W HEDDING STREET<br>EAST WING, 6TH FLOOR<br>SAN JOSE, CA 95110 |
| COUNTY OF SANTA CRUZ | PROPERTY TAX | 2150 N CONGRESS DR<br>NOGALES, AZ 85621 |
| COUNTY OF ST LOUIS | PROPERTY TAX | 100 NORTH 5TH AVENUE W<br>DULUTH, MN 55802 |
| COUNTY OF WASHINGTON | PROPERTY TAX | PROPERTY TAX PAYMENT CENTER<br>PO BOX 3587<br>PORTLAND, OR 97208 |
| COUNTY TREASURERS' OFFICE | PROPERTY TAX | BOX 878<br>CHARLESTON, SC 29402 |
| CUMBERLAND COUNTY TAX | PROPERTY TAX | PO BOX 1070<br>CHARLOTTE, NC 28201 |
| CUMBERLAND FIRE DISTRICT | PROPERTY TAX | 3502 MENDON ROAD<br>CUMBERLAND, RI 02864 |
| CUMBERLAND TOWN TAX COLLECTOR | PROPERTY TAX | PO BOX 1595<br>PROVIDENCE, RI 02901 |
| CUMBERLAND VALLEY SCHOOL DISTRICT - HAMPDEN | PROPERTY TAX | 21 WATERFORD DRIVE<br>SUITE 201<br>MECHANICSBURG, PA 17050 |
| CUYAHOGA COUNTY TREASURER | PROPERTY TAX | CUYAHOGA COUNTY TREASURER<br>P.O. BOX 94547<br>CLEVELAND, OH 44101-4547 |
| DADE COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 025218<br>MIAMI, FL 33102 |
| DAKOTA COUNTY PROPERTY TAXATION & RECORDS | PROPERTY TAX | 1590 HIGHWAY 55<br>HASTINGS, MN 55033 |
| DALLAS COUNTY | PROPERTY TAX | TAX ASSESSOR COLLECTOR<br>PO BOX 139066<br>DALLAS, TX 75313 |
| DARLINGTON COUNTY | PROPERTY TAX | 1 PUBLIC SQ RM 210<br>DARLINGTON, SC 29532 |
| DESCHUTES COUNTY ASSESSOR'S OFFICE | PROPERTY TAX | 1300 NW WALL STREET, 2ND FLOOR<br>BEND, OR 97703 |
| DESOTO COUNTY TAX COLLECTOR | PROPERTY TAX | 365 LOSHER STREET<br>HERNANDO, MS 38632 |
| DORRANCE TOWNSHIP TAX COLLECTOR | PROPERTY TAX | 548 DEERE RUN LANE<br>WAPWALLOPEN, PA 18660 |
| DOUGHERTY COUNTY TAX COMMISSIONER | PROPERTY TAX | PO BOX 1827<br>ALBANY, GA 31702 |
| DOUGLAS COUNTY NEBRASKA | PROPERTY TAX | 1819 FARNAM ST RM H-03<br>OMAHA, NE 68183 |
| DOUGLAS COUNTY TAX COLLECTOR | PROPERTY TAX | P. O. BOX 8403<br>MEDFORD, OR 97501 |
| DOUGLAS COUNTY TREASURER | PROPERTY TAX | PO BOX 609<br>WATERVILLE, WA 98858 |
| EAGLE PASS INDEPENDENT SCHOOL DISTRICT | PROPERTY TAX | PO BOX 1530<br>EAGLE PASS, TX 78853 |
| EL PASO COUNTY TREASURER | PROPERTY TAX | PO BOX 2018<br>COLORADO SPRINGS, CO 80901 |

| **TAXING AUTHORITY TYPE** | **TYPE** | **ADDRESS** |
|---|---|---|
| EL PASO TAX ASSESSOR COLLECTOR | PROPERTY TAX | PO BOX 660271<br>DALLAS, TX 75266 |
| ELKO COUNTY TREASURER | PROPERTY TAX | 571 IDAHO ST, STE 101<br>ELKO, NV 89801 |
| FISCAL OFFICER COUNTY OF SUMMIT | PROPERTY TAX | 175 S MAIN ST, RM 310<br>AKRON, OH 44308 |
| FLORIDA DEPARTMENT OF REVENUE | SALES & USE TAX | 5050 W TENNESSEE ST<br>TALLAHASSEE, FL 32399 |
| FORSYTH COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 70844<br>CHARLOTTE, NC 28272 |
| FRANKLIN COUNTY BOARD OF COMMISSIONERS | PROPERTY TAX | ATTN: RICHARD CORDRAY<br>373 S. HIGH STREET, 17TH FL<br>COLUMBUS, OH 43215-6306 |
| FRANKLIN COUNTY TREASURER | PROPERTY TAX | 1016 N 4TH AVE<br>PASCO, WA 99301 |
| FRANKLIN COUNTY TREASURER (OH) | PROPERTY TAX | 373 S HIGH ST 17TH FL<br>COLUMBUS, OH 43215 |
| FRESNO COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 1192<br>FRESNO, CA 93715 |
| FULTON COUNTY, GA | PROPERTY TAX | 141 PRYOR STREET, SW<br>ATLANTA, GA 30303 |
| GALLATIN COUNTY TREASURER | PROPERTY TAX | 311 WEST MAIN ST<br>BOZEMAN, MT 59715 |
| GALLIA COUNTY TREASURER | PROPERTY TAX | STEVE MCGHEE - TREASURER<br>18 LOCUST ST, ROOM 1291<br>GALLIPOLIS, OH 45631-1291 |
| GAYLORD CITY TREASURER | PROPERTY TAX | 305 EAST MAIN STREET<br>GAYLORD, MI 49735 |
| GEORGIA DEPARTMENT OF REVENUE | SALES & USE TAX | PROCESSING CENTER<br>PO BOX 740317<br>ATLANTA, GA 30374 |
| GRAYSON COUNTY ASSESSOR | PROPERTY TAX | AND COLLECTOR OF TAXES<br>PO BOX 2107<br>SHERMAN, TX 75091 |
| GREENE COUNTY TAX COLLECTOR | PROPERTY TAX | 940 BOONVILLE<br>SPRINGFIELD, MO 65802 |
| GREENVILLE COUNTY TAX COLLECTOR | PROPERTY TAX | DEPARTMENT 390<br>PO BOX 100221<br>COLUMBIA, SC 29202-3221 |
| GUILFORD COUNTY TAX DEPT | PROPERTY TAX | PO BOX 71072<br>CHARLOTTE, NC 28272-1072 |
| HAMILTON TOWNSHIP TAX COLLECTOR (ATLANTIC) | PROPERTY TAX | DIV OF REV COLLECTION 2090 GREENWOOD AVE<br>PO BOX 00150<br>HAMILTON TOWNSHIP, NJ 08609 |
| HAMPDEN TOWNSHIP | PROPERTY TAX | 230 S SPORTING HILL RD<br>MECHANICSBURG, PA 17050 |
| HARRIS COUNTY TAX ASSESSOR | PROPERTY TAX | PO BOX 4622<br>HOUSTON, TX 77210 |
| HARRISON COUNTY TAX COLLECTOR | PROPERTY TAX | 301 W MAIN ST<br>CLARKSBURG, WV 26301 |
| HATFIELD TOWNSHIP TAX COLLECTOR | PROPERTY TAX | 2000 SCHOOL RD<br>HATFIELD, PA 19440 |
| HAWAII STATE TAX COLLECTOR | EXCISE TAX;<br>SALES & USE TAX | OAHU DISTRICT OFFICE<br>PO BOX 1425<br>HONOLULU, HI 96806 |

| TAXING AUTHORITY TYPE | TYPE | ADDRESS |
|---|---|---|
| HENNEPIN COUNTY | PROPERTY TAX | A-600 GOVERNMENT CENTER<br>300 SOUTH 6TH STREET<br>MINNEAPOLIS, MN 55487 |
| HIDALGO COUNTY TAX ASSESSOR / COLLECTOR | PROPERTY TAX | PO BOX 178<br>EDINBURG, TX 78540 |
| HILLSBOROUGH COUNTY TAX | PROPERTY TAX | PO BOX 172920<br>TAMPA, FL 33672 |
| HONOLULU CITY AND COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 4200<br>HONOLULU, HI 96812 |
| HOWARD COUNTY DIRECTOR FINANCE | PROPERTY TAX | 3430 COURTHOUSE DRIVE<br>ELLICOTT CITY, MD 21043 |
| HUMBOLDT COUNTY TAX COLLECTOR | PROPERTY TAX | 825 FIFTH ST<br>EUREKA, CA 95501 |
| IDAHO STATE TAX COMMISSION | SALES & USE TAX | P O BOX 70012<br>BOISE, ID 83707 |
| ILLINOIS DEPARTMENT OF REVENUE | SALES & USE TAX | PO BOX 19034<br>SPRINGFIELD, IL 62794 |
| INDIANA DEPARTMENT OF REVENUE | SALES & USE TAX | PO BOX 7218<br>INDIANAPOLIS, IN 46207 |
| INDIANA DEPARTMENT OF REVENUE - MOTOR VEHICLES SERVICES | IFTA FUEL TAX | 7811 MILLHOUSE RD<br>INDIANAPOLIS, IN 46241-9612 |
| INTERNAL REVENUE SERVICE | INCOME TAX | ATTN: EIN OPERATION<br>CINCINNATI, OH 45999 |
| INTERNAL REVENUE SERVICE - EXCISE TAX DIVISION | EXCISE TAX | PO BOX 93500<br>LOUISVILLE, KY 40293-2500 |
| IRVING ISD TAX OFFICE | PROPERTY TAX | 2621 W AIRPORT FWY<br>PO BOX 152021<br>IRVING, TX 75015 |
| JACKSON COUNTY AUD./TREAS. | PROPERTY TAX | P.O. BOX 226<br>JACKSON, MN 56143-0226 |
| JACKSON COUNTY PAYMENT CTR | PROPERTY TAX | PO BOX 5020<br>PORTLAND, OR 97208 |
| JACKSON COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 219747<br>KANSAS CITY, MO 64121 |
| JASPER COUNTY COLLECTOR | PROPERTY TAX | PO BOX 421<br>CARTHAGE, MO 64836-0421 |
| JEFFERSON COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 2112<br>BEAUMONT, TX 77704 |
| JEFFERSON COUNTY, ALABAMA | PROPERTY TAX;<br>SALES & USE TAX | ROOM 160 COURTHOUSE<br>716 RICHARD ARRINGTON JR BLVD N<br>BIRMINGHAM, AL 35203 |
| JOHNSON COUNTY TREASURER, KANSAS | PROPERTY TAX | 111 SOUTH CHERRY ST, SUITE 1200<br>OLATHE, KS 66061 |
| JOHNSON COUNTY TREASURER, WYOMING | PROPERTY TAX | 76 NORTH MAIN ST RM 102<br>BUFFALO, WY 82834 |
| KANSAS DEPT OF REVENUE | EXCISE TAX;<br>IFTA FUEL TAX | STATE OFFICE BLDG<br>PO BOX 750680<br>TOPEKA, KS 66625 |
| KANSAS DEPT OF REVENUE - SALES AND USE TAX | SALES & USE TAX | 915 SW HARRISON ST<br>TOPEKA, KS 66625 |
| KANSAS DEPT OF REVENUE - WITHHOLDING TAX | WITHHOLDING TAX | TAX STATE OFFICE BLDG, RECORDS PROCESSING WITHHOLDING<br>PO BOX 3506<br>TOPEKA, KS 66625 |
| KENT COUNTY TREASURERS OFFICE | PROPERTY TAX | COUNTY ADMIN BLDG<br>300 MONROE AVE NW<br>GRAND RAPIDS, MI 49503 |

| TAXING AUTHORITY TYPE | TYPE | ADDRESS |
|---|---|---|
| KENTUCKY DEPARTMENT OF REVENUE | SALES & USE TAX | DIVISION OF SALES AND USE TAX<br>STATION 67, PO BOX 181<br>FRANKFORT, KY 40602 |
| KENTUCKY STATE TREASURER | STATE MILEAGE TAX; WEIGHT / DISTANCE TAX | DEPT OF VEHICLE REGULATION<br>PO BOX 2004<br>FRANKFORT, KY 40602 |
| KERN COUNTY TREASURER AND TAX COLLECTOR | PROPERTY TAX | PAYMENT CENTER<br>PO BOX 541004<br>LOS ANGELES, CA 90054 |
| KERN DELTA WATER DISTRICT | PROPERTY TAX | 501 TAFT HIGHWAY<br>BAKERSFIELD, CA 93307 |
| KING COUNTY FINANCE | PROPERTY TAX | KING COUNTY TREASURY DIVISION<br>500 FOURTH AVE #600<br>SEATTLE, WA 98104 |
| KING COUNTY TREASURY | PROPERTY TAX | 201 S JACKSON ST #710<br>SEATTLE, WA 98104 |
| KNOX COUNTY TRUSTEE | PROPERTY TAX | PO BOX 70<br>KNOXVILLE, TN 37901 |
| LA CITY CLERK SUNSET & VINE BID | PROPERTY TAX | 200 N SPRING ST, ROOM 360<br>LOS ANGELES, CA 90012 |
| LA CROSSE CITY TREASURER | PROPERTY TAX | 400 LA CROSSE ST<br>LA CROSSE, WI 54601 |
| LANE COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 3014<br>PORTLAND, OR 97208 |
| LARAMIE COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 125<br>CHEYENNE, WY 82003 |
| LEBANON COUNTY | PROPERTY TAX | SPECIAL OPERATIONS & HAZMAT TEAM<br>400 S 8TH ST RM 12<br>LEBANON, PA 17042 |
| LEE COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 271<br>TUPELO, MS 38802 |
| LITTLE ROCK DEPARTMENT OF FINANCE | PROPERTY TAX | MISCELLANEOUS TAX SECTION<br>PO BOX 896, RM 2340<br>LITTLE ROCK, AR 72203 |
| LITTLE ROCK DEPARTMENT OF FINANCE & ADMIN | SALES & USE TAX | PO BOX 896 ROOM 230<br>PO BOX 3861<br>LITTLE ROCK, AR 72203 |
| LOGAN COUNTY COLLECTOR | PROPERTY TAX | PO BOX 400<br>LINCOLN, IL 62656 |
| LOS ANGELES COUNTY AUDITOR - CONTROLLER, PROPERTY TAX SERVICES DIVISION | PROPERTY TAX | 500 WEST TEMPLE STREET, ROOM 153<br>LOS ANGELES, CA 90012 |
| LOUISIANA DEPARTMENT OF REVENUE AND TAXATION | SALES & USE TAX | PO BOX 91011<br>BATON ROUGE, LA 70821 |
| LUBBOCK CENTRAL APPRAISAL DISTRICT | PROPERTY TAX | 1715 26TH ST<br>P O BOX 10568<br>LUBBOCK, TX 79408 |
| LUCAS COUNTY TREASURER | PROPERTY TAX | ONE GOVERNMENT CTR #500<br>TOLEDO, OH 43604 |
| MACON-BIBB COUNTY TAX COMMISSIONER | PROPERTY TAX | PO BOX 4724<br>MACON, GA 31213 |
| MADISON COUNTY | PROPERTY TAX | 100 E MAIN<br>JACKSON, TN 38301 |
| MADISON COUNTY TREASURER | PROPERTY TAX | KURT PRENZLER<br>PO BOX 849<br>EDWARDSVILLE, IL 62025-0849 |

| **TAXING AUTHORITY TYPE** | **TYPE** | **ADDRESS** |
|---|---|---|
| MAHONING COUNTY TREASURER | PROPERTY TAX | 120 MARKET ST<br>YOUNGSTOWN, OH 44503 |
| MAINE REVENUE SERVICES | SALES & USE TAX | PO BOX 9101<br>PO BOX 9112<br>AUGUSTA, ME 04332-9101 |
| MARATHON COUNTY TREASURER | PROPERTY TAX | AUDREY JENSEN<br>500 FORREST ST.<br>WAUSAU, WI 54403-5568 |
| MARICOPA COUNTY TREASURER | PROPERTY TAX | PO BOX 52133<br>PHOENIX, AZ 85072 |
| MARION COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 970<br>OCALA, FL 34478 |
| MARION COUNTY TREASURER | PROPERTY TAX | PO BOX 6145<br>INDIANAPOLIS, IN 46206 |
| MARYLAND COMPTROLLER OF TREASURY | PROPERTY TAX;<br>SALES & USE TAX | 110 CARROLL ST<br>ANNAPOLIS, MD 21411 |
| MASSACHUSETTS DEPARTMENT OF REVENUE | SALES & USE TAX | PO BOX 7012<br>BOSTON, MA 02204 |
| MAVERICK COUNTY TAX OFFICE | PROPERTY TAX | 370 N MONROE<br>PO BOX 3<br>EAGLE PASS, TX 78852 |
| MCCRACKEN COUNTY SHERIFF | PROPERTY TAX | COUNTY COURTHOUSE<br>300 CLARENCE GAINES ST<br>PADUCAH, KY 42003 |
| MCLENNAN COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 406<br>WACO, TX 76703 |
| MECKLENBURG COUNTY TAX COLLECTOR | PROPERTY TAX | VALERIE C. WOODARD CENTER<br>3205 FREEDOM DR., SUITE 3000<br>CHARLOTTE, NC 28208 |
| MESA COUNTY TREASURER | PROPERTY TAX | PO BOX 2086<br>ENGLEWOOD, CO 80110 |
| MESQUITE CITY SCHOOL DISTRICT | PROPERTY TAX | PO BOX 850267<br>MESQUITE, TX 75185 |
| METROPOLITAN TRUSTEE NASHVILLE | PROPERTY TAX | P.O. BOX 305012<br>NASHVILLE, TN 37230-5012 |
| MIDDLESEX TOWNSHIP COLLECTOR-CUMBERLAND | PROPERTY TAX | 152 FIELDSTONE DRIVE<br>CARLISLE, PA 17013 |
| MILLVILLE CITY TAX COLLECTOR | PROPERTY TAX | 12 S. HIGH ST.<br>P.O. BOX 609<br>MILLVILLE, NJ 08332 |
| MINISTER OF FINANCE (MANITOBA) | IFTA FUEL TAX | 100 - 373 BROADWAY AVE<br>WINNIPEG, MB R3C 4S4 CANADA |
| MINNESOTA DEPARTMENT OF REVENUE | SALES & USE TAX | P.O. BOX 64622<br>ST. PAUL, MN 55164 |
| MISSOULA COUNTY TREASURER | PROPERTY TAX | 200 W BROADWAY<br>MISSOULA, MT 59802 |
| MISSOURI DEPARTMENT OF REVENUE | SALES & USE TAX | SALES & USE TAX<br>PO BOX 840<br>JEFFERSON CITY, MO 65105 |
| MOBILE COUNTY REVENUE COMMISSIONER, TAX ASSESSOR | PROPERTY TAX | 3925 MICHAEL BLVD, SUITE G<br>MOBILE, AL 36609 |
| MOHAVE COUNTY TREASURER | PROPERTY TAX | PO BOX 712<br>KINGMAN, AZ 86402 |
| MONROE COUNTY TREASURER | PROPERTY TAX | PO BOX 14420<br>ROCHESTER, NY 14614 |
| MONTGOMERY CITY REVENUE COMMISSIONER | PROPERTY TAX | PO BOX 1667<br>MONTGOMERY, AL 36102 |

| TAXING AUTHORITY TYPE | TYPE | ADDRESS |
|---|---|---|
| MONTGOMERY COUNTY COMMISSION | SALES & USE TAX | PO BOX 830469<br>BIRMINGHAM, AL 35283 |
| MONTGOMERY COUNTY TREASURER | PROPERTY TAX | 451 W THIRD ST<br>PO BOX 817600<br>DAYTON, OH 45422-0475 |
| MORGAN COUNTY TAX COLLECTOR | PROPERTY TAX | 302 LEE STREET, NE<br>P.O. BOX 696<br>DECATUR, AL 35602 |
| MORRILL COUNTY TREASURER | PROPERTY TAX | PO BOX G<br>BRIDGEPORT, NE 69336 |
| MOSINEE CITY TREASURER | PROPERTY TAX | 225 MAINT ST<br>MOSINEE, WI 54455-1498 |
| MOUNT VERNON CONTROLLERS OFFICE | PROPERTY TAX | PO BOX 1006<br>MOUNT VERNON, NY 10551 |
| MUHLENBERG TOWNSHIP TAX COLLECTOR | PROPERTY TAX | 210 GEORGE STREET<br>READING, PA 19605 |
| MULTNOMAH COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 2716<br>PORTLAND, OR 97208 |
| MUNICIPALITE DE DIXVILLE | PROPERTY TAX | 251 CH PARKER<br>DIXVILLE, QC J0B 1P0 CANADA |
| NASH COUNTY TAX COLLECTOR | PROPERTY TAX | NASH COUNTY OFFICE BLDG<br>120 W WASHINGTON ST, STE 2058<br>NASHVILLE, NC 27856 |
| NATRONA COUNTY | PROPERTY TAX | PO BOX 2300<br>CASPER, WY 82602 |
| NEBRASKA DEPARTMENT OF REVENUE | SALES & USE TAX | PO BOX 98923<br>LINCOLN, NE 68509 |
| NEVADA DEPARTMENT OF TAXATION | SALES & USE TAX | 1550 COLLEGE PARKWAY, SUITE 115<br>CARSON CITY, NV 89706 |
| NEVILLE TOWNSHIP | PROPERTY TAX | 5050 GRAND AVE<br>PITTSBURGH, PA 15225 |
| NEW CASTLE COUNTY | PROPERTY TAX | PO BOX 15358<br>WILMINGTON, DE 19886 |
| NEW HANOVER COUNTY TAX OFFICE | PROPERTY TAX | PO BOX 580070<br>CHARLOTTE, NC 28258 |
| NEW JERSEY DEPARTMENT OF TAXATION | SALES & USE TAX | PO BOX 816<br>TRENTON, NJ 08625 |
| NEW MEXICO DEPARTMENT OF TAXATION AND REVENUE | WEIGHT / DISTANCE TAX | PO BOX 25123<br>SANTA FE, NM 87504 |
| NEW MEXICO DEPT OF TAXATION AND REVENUE | EXCISE TAX;<br>SALES & USE TAX;<br>STATE MILEAGE TAX | PO BOX 25128<br>SANTA FE, NM 87504 |
| NEW YORK COMMISSIONER OF TAXATION AND FINANCE | HIGHWAY VEHICLE USE TAX | NYS HIGHWAY USE TAX<br>RPC-HUT<br>ALBANY, NY 12212-5166 |
| NEW YORK STATE SALES TAX | SALES & USE TAX | PO BOX 15174<br>ALBANY, NY 12212 |
| NEW YORK STATE TAX COMMISSION | SALES & USE TAX;<br>WEIGHT / DISTANCE TAX | PO BOX 15166<br>ALBANY, NY 12212 |
| NORTH CAROLINA DEPARTMENT OF REVENUE | SALES & USE TAX | PO BOX 25000<br>RALEIGH, NC 27640 |
| NORTH CAROLINA DEPARTMENT OF REVENUE - MECKLENBURG COUNTY | SALES & USE TAX | PO BOX 25000<br>RALEIGH, NC 27640 |
| NORTH DAKOTA OFFICE OF STATE TAX COMMISSIONER | SALES & USE TAX | STATE CAPITOL<br>600 E BOULEVARD AVE<br>BISMARCK, ND 58505 |

| **TAXING AUTHORITY TYPE** | **TYPE** | **ADDRESS** |
|---|---|---|
| NUECES COUNTY ASSESSOR & TAX COLLECTOR | PROPERTY TAX | PO BOX 2810<br>CORPUS CHRISTI, TX 78403 |
| NYS DEPT OF ENVIRONMENTAL CONSERVATION | BUSINESS LICENSE & PERMITS | 625 BROADWAY<br>ALBANY, NY 12233 |
| OFFICE OF FAYETTE COUNTY SHERIFF | PROPERTY TAX | PO BOX 34148<br>LEXINGTON, KY 40588 |
| OHIO DEPARTMENT OF TAXATION | FUEL TAX;<br>SALES & USE TAX | PO BOX 16158<br>COLUMBUS, OH 43216 |
| OKLAHOMA COUNTY TREASURER | PROPERTY TAX | PO BOX 268875<br>OKLAHOMA CITY, OK 73126 |
| OKLAHOMA TAX COMMISSION | SALES & USE TAX | 2501 N LINCOLN BLVD<br>OKLAHOMA CITY, OK 73194 |
| ONSLOW COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 580428<br>CHARLOTTE, NC 28258 |
| ORANGE COUNTY TREASURER TAX COLLECTOR | PROPERTY TAX | PO BOX 1438<br>SANTA ANA, CA 92702 |
| OREGON DEPT OF TRANSPORTATION | FUEL TAX | MOTOR CARRIER TRANSPORT DIVISION<br>3930 FAIRVIEW INDUSTRIAL DRIVE SE<br>SALEM, OR 97302 |
| OREGON DOT/MCT | IFTA FUEL TAX;<br>WEIGHT / DISTANCE TAX | 3930 FAIRVIEW INDUSTRIAL DR SE<br>SALEM, OR 97302 |
| OUACHITA PARISH SCHOOLS | PROPERTY TAX | PO BOX 1803<br>MONROE, LA 71210 |
| OUTAGAMIE COUNTY | PROPERTY TAX | 320 S. WALNUT ST<br>APPLETON, WI 54911 |
| PALM BEACH COUNTY TAX | PROPERTY TAX | PO BOX 3353<br>WEST PALM BEACH, FL 33402 |
| PENNINGTON COUNTY | PROPERTY TAX | 130 KANSAS CITY ST<br>SUITE 250<br>RAPID CITY, SD 57701 |
| PENNSYLVANIA DEPARTMENT OF REVENUE | SALES & USE TAX | PO BOX 280910<br>HARRISBURG, PA 17128 |
| PHOENIX CITY TREASURER | SALES & USE TAX | PO BOX 29690<br>PHOENIX, AZ 85038 |
| PIERCE COUNTY BUDGET & FINANCE | PROPERTY TAX | PO BOX 11621<br>TACOMA, WA 98411 |
| PIMA COUNTY TREASURER | PROPERTY TAX | PO BOX 29011<br>PHOENIX, AZ 85038 |
| POLK COUNTY TREASURER | PROPERTY TAX | 111 COURT AVE.<br>DES MOINES, IA 50309-2298 |
| PONTIAC CITY TREASURER | PROPERTY TAX | 47450 WOODWARD AVE<br>1ST FLOOR<br>PONTIAC, MI 48342 |
| POTTAWATTAMIE COUNTY TREASURER | PROPERTY TAX | 227 SOUTH 6TH ST.<br>COUNCIL BLUFFS, IA 51501 |
| PRINCE GEORGES COUNTY | PROPERTY TAX | PO BOX 17578<br>BALTIMORE, MD 21297 |
| PUBLIC UTILITY COMMISSION STATE OF OREGON | STATE MILEAGE TAX | 3930 FAIRVIEW INDUSTRIAL DRIVE SE<br>SALEM, OR 97302 |
| PULASKI COUNTY TREASURER | PROPERTY TAX | PO BOX 430<br>LITTLE ROCK, AR 72203 |
| RANKIN COUNTY TAX ASSESSOR | PROPERTY TAX | 211 E GOVERNMENT ST<br>BRANDON, MS 39042 |
| RAPIDES PARISH POLICE JURY | PROPERTY TAX | PO BOX 1590<br>ALEXANDRIA, LA 71309 |

| TAXING AUTHORITY TYPE | TYPE | ADDRESS |
|---|---|---|
| RECEIVER GENERAL FOR CANADA | FUEL TAX | FUEL CHARGE PROGRAM<br>PO BOX 20000, STATION A<br>SUDBURY, ON P3A 5C1 CANADA |
| RHODE ISLAND DIVISION OF TAXATION | SALES & USE TAX | ONE CAPITOL HILL<br>PROVIDENCE, RI 02908 |
| RICHLAND COUNTY TREASURER | PROPERTY TAX | PO BOX 8028<br>COLUMBIA, SC 29202 |
| ROANOKE CITY TREASURER | PROPERTY TAX | PO BOX 1451<br>ROANOKE, VA 24007 |
| ROCK ISLAND COUNTY COLLECTOR | PROPERTY TAX | PO BOX 3277<br>ROCK ISLAND, IL 61204 |
| SACRAMENTO COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 508<br>SACRAMENTO, CA 95812 |
| SALINE COUNTY TREASURER | PROPERTY TAX | 300 W ASH ST<br>PO BOX 5040<br>SALINA, KS 67402 |
| SALT LAKE COUNTY ASSESSOR | PROPERTY TAX | 2001 S STATE ST, 2300A<br>SALT LAKE CITY, UT 84190 |
| SALT LAKE COUNTY TREASURER | PROPERTY TAX | UTAH STATE CAPITOL COMPLEX<br>350 NORTH STATE ST, 120 STATE CAPITOL<br>SALT LAKE CITY, UT 84114 |
| SAN BERNARDINO COUNTY | PROPERTY TAX | 268 WEST HOSPITALITY LANE, FIRST FLOOR<br>SAN BERNARDINO, CA 92415 |
| SAN DIEGO CITY TREASURER | PROPERTY TAX | PO BOX 129009<br>SAN DIEGO, CA 92112 |
| SAN DIEGO COUNTY | PROPERTY TAX | TREASURER TAX COLLECTOR<br>PO BOX 129009<br>SAN DIEGO, CA 92112 |
| SAN JOAQUIN COUNTY/TAX COLLECTOR | PROPERTY TAX | PO BOX 2169<br>STOCKTON, CA 95201 |
| SAN MATEO COUNTY ENVIRONMENTAL HEALTH | PROPERTY TAX | 2000 ALAMEDA DE LAS PULGA<br>SAN MATEO, CA 94403 |
| SCOTT COUNTY COLLECTOR OF REVENUE | PROPERTY TAX | MARK HENSLEY<br>PO BOX 128<br>BENTON, MO 63736 |
| SEDGWICK COUNTY | PROPERTY TAX | 100 N. BROADWAY<br>SUITE 100<br>WICHITA, SD 67202 |
| SHASTA COUNTY TREASURER/TAX COLLECTOR | PROPERTY TAX | PO BOX 991830<br>REDDING, CA 96099 |
| SHAWNEE COUNTY TREASURER | PROPERTY TAX | 200 SE 7TH ST, ROOM 101<br>TOPEKA, KS 66603 |
| SHELBY COUNTY TRUSTEE DAVID LENOIR | PROPERTY TAX | PO BOX 2751<br>MEMPHIS, TN 38101 |
| SHELBYVILLE TREASURER | PROPERTY TAX | 201 N SPRING ST<br>SHELBYVILLE, TN 37160 |
| SHERIFF OF KANAWHA COUNTY | PROPERTY TAX | 409 VIRGINIA ST E, ROOM 120<br>CHARLESTON, WV 25301 |
| SHERIFF OF WARREN COUNTY | PROPERTY TAX | PO BOX 807<br>BOWLING GREEN, KY 42102 |
| SHERMAN COUNTY TREASURER | PROPERTY TAX | 813 BROADWAY, ROOM 103<br>GOODLAND, KS 67735 |
| SNOHOMISH COUNTY TREASURER | PROPERTY TAX | PO BOX 34171<br>SEATTLE, WA 98124 |

| **TAXING AUTHORITY TYPE** | **TYPE** | **ADDRESS** |
|---|---|---|
| SONOMA COUNTY TAX COLLECTOR | PROPERTY TAX | AUDITOR-CONTROLLER-TREASURER-TAX COLLECTOR<br>585 FISCAL DR, RM 100F<br>SANTA ROSA, CA 95403 |
| SOUTH CAROLINA DEPARTMENT OF REVENUE | SALES & USE TAX | 300A OUTLET POINTE BLVD<br>COLUMBIA, SC 29210 |
| SOUTH DAKOTA DEPT OF REVENUE | SALES & USE TAX | PO BOX 5055<br>SIOUX FALLS, SD 57117 |
| SPOKANE COUNTY TREASURER | PROPERTY TAX | PO BOX 199<br>SPOKANE, WA 99210 |
| ST. JOSEPH COUNTY (SOUTH BEND), IN | PROPERTY TAX | COUNTY- CITY BUILDING<br>227 WEST JEFFERSON BLVD, SUITE 722<br>SOUTH BEND, IN 46601 |
| STATE OF CALIFORNIA - LAGUNA HILLS | SALES & USE TAX | BOARD OF EQUALIZATION<br>23141 MOULTON PKWY STE 100<br>LAGUNA HILLS, CA 92653 |
| STATE OF CONNECTICUT | HIGHWAY VEHICLE USE TAX;<br>SALES & USE TAX;<br>STATE MILEAGE TAX | DEPT OF REVENUE SERVICES<br>25 SIGOURNEY ST<br>HARTFORD, CT 06102 |
| STATE OF MARYLAND | PROPERTY TAX | DEPT OF ASSESSMENT & TAXATION<br>PO BOX 17052<br>BALTIMORE, MD 21297 |
| STATE OF MICHIGAN | SALES & USE TAX | MICHIGAN DEPARTMENT OF TREASURY<br>PO BOX 30756<br>LANSING, MI 48909 |
| STATE OF NEVADA, DIVISION OF INDUSTRIAL RELATIONS | SALES & USE TAX | 1830 COLLEGE PARKWAY, STE 100<br>CARSON CITY, NV 89706 |
| STEELE COUNTY TREASURER | PROPERTY TAX | PO BOX 890<br>OWATONNA, MN 55060 |
| SULLIVAN COUNTY TRUSTEE | PROPERTY TAX | PO BOX 550<br>BLOUNTVILLE, TN 37617 |
| SUMMIT COUNTY TREASURER | PROPERTY TAX | 175 S. MAIN ST., STE 320<br>AKRON, OH 44308 |
| SUSSEX COUNTY COUNCIL | PROPERTY TAX | PO BOX 429<br>GEORGETOWN, DE 19947 |
| TACOMA CITY TREASURER | PROPERTY TAX;<br>SALES & USE TAX | PO BOX 11367<br>TACOMA, WA 98411 |
| TARRANT COUNTY TAX ASSESSOR-COLLECTOR | PROPERTY TAX | PO BOX 961018<br>FORT WORTH, TX 76161 |
| TAX COMMISSIONER OF CHATHAM | PROPERTY TAX | PO BOX 9827<br>SAVANNAH, GA 31412 |
| TAZEWELL COUNTY CLERK | PROPERTY TAX | PO BOX 490<br>PEKIN, IL 61555 |
| TENNESSEE DEPARTMENT OF REVENUE | SALES & USE TAX | 312 ROSA L PARKS AVE.<br>NASHVILLE, TN 37243 |
| TEXAS COMPTROLLER | SALES & USE TAX | P.O. BOX 149344<br>AUSTIN, TX 78714 |
| THE CITY OF WINNIPEG | INCOME TAX;<br>PROPERTY TAX | ASSESSMENT & TAXATION DEPARTMENT<br>457 MAIN STREET<br>WINNIPEG, MB R3B 1B5 CANADA |
| THOMAS COUNTY TAX COMMISSIONER | PROPERTY TAX | PO BOX 2175<br>THOMASVILLE, GA 31799 |
| THOMASVILLE CITY SCHOOL TAX | PROPERTY TAX | PO BOX 1540<br>THOMASVILLE, GA 31799 |
| TOWN OF BEDFORD | PROPERTY TAX | 24 N AMHERST RD<br>BEDFORD, NH 03110 |

| **TAXING AUTHORITY TYPE** | **TYPE** | **ADDRESS** |
|---|---|---|
| TOWN OF BILLERICA | PROPERTY TAX | PO BOX 369<br>MEDFORD, MA 02155 |
| TOWN OF CHEEKTOWAGA | PROPERTY TAX | RECEIVER OF TAXES<br>3301 BROADWAY STREET, ROOM 11<br>CHEEKTOWAGA, NY 14227 |
| TOWN OF CHESHIRE | PROPERTY TAX | COLLECTOR OF REVENUE<br>PO BOX 129<br>CHESHIRE, CT 06410 |
| TOWN OF CLAYTON | PROPERTY TAX | 8348 COUNTY ROAD T<br>LARSEN, WI 54947 |
| TOWN OF FAIRFIELD | PROPERTY TAX | PO BOX 149<br>FAIRFIELD, ME 04937 |
| TOWN OF HENRIETTA | PROPERTY TAX | 475 CALKINS RD<br>HENRIETTA, NY 14467 |
| TOWN OF KEARNY | PROPERTY TAX | 402 KEARNY AVE<br>KEARNY, NJ 07032 |
| TOWN OF MONTGOMERY | PROPERTY TAX | 110 BRACKEN RD<br>TOWN HALL<br>MONTGOMERY, NY 12549 |
| TOWN OF NEWBURGH | PROPERTY TAX | RECEIVER OF TAXES<br>1496 ROUTE 300<br>NEWBURGH, NY 12550 |
| TOWN OF NORTH READING | PROPERTY TAX | COLLECTOR OF TAXES<br>235 NORTH ST<br>NORTH READING, MA 01864 |
| TOWN OF OYSTER BAY, RECEIVER OF TAXES | PROPERTY TAX | 74 AUDREY AVENUE<br>OYSTER BAY, NY 11771 |
| TOWN OF ROCKINGHAM | PROPERTY TAX | PO BOX 370<br>BELLOWS FALLS, VT 05101 |
| TOWN OF SHREWSBURY | PROPERTY TAX | COLLECTOR OF TAXES<br>100 MAPLE AVE<br>SHREWSBURY, MA 01545 |
| TOWN OF SOUTHINGTON TAX COLLECTOR | PROPERTY TAX | PO BOX 579<br>SOUTHINGTON, CT 06489 |
| TOWN OF TONAWANDA | PROPERTY TAX | WASTEWATER TREATMENT FACILITY<br>779 TOW MILE CREEK RD<br>TONAWANDA, NY 14150 |
| TOWN OF WEST SPRINGFIELD | PROPERTY TAX | DEPT OF WEIGHTS & MEASURES<br>26 CENTRAL ST STE 27<br>WEST SPRINGFIELD, MA 01089 |
| TOWN OF WHITBY | PROPERTY TAX | 575 ROSSLAND RD E<br>WHITBY, ON L1N 2M8 CANADA |
| TOWN OF WILLISTON | PROPERTY TAX | 1 NATIONAL LIFE DR DAVIS 1<br>MONTPELIER, VT 05620 |
| TRAVIS COUNTY TAX COLLECTOR | PROPERTY TAX | PO BOX 149328<br>AUSTIN, TX 78714 |
| TREASURER OF VIGO COUNTY | PROPERTY TAX | PO BOX 1466<br>INDIANAPOLIS, IN 46206 |
| TREASURER STATE OF IOWA | SALES & USE TAX | PO BOX 10411<br>DES MOINES, IA 50306 |
| TROUP COUNTY BOARD OF COMMISSIONERS | PROPERTY TAX | 100 RIDLEY AVE<br>LAGRANGE, GA 30240 |
| TRUMBULL COUNTY AUDITOR'S OFFICE | PROPERTY TAX | 160 HIGH ST NW<br>WARREN, OH 44481 |
| TULSA COUNTY TREASURER | PROPERTY TAX | 500 S DENVER<br>TULSA, OK 74103 |

| TAXING AUTHORITY TYPE | TYPE | ADDRESS |
|---|---|---|
| UNIFIED GOVERNMENT OF WYANDOTTE COUNTY AND KANSAS CITY | PROPERTY TAX | 701 N 7TH ST<br>PO BOX 175013<br>KANSAS CITY, KS 66101 |
| UNITED ISD TAX OFFICE | PROPERTY TAX | 3501 E SAUNDERS<br>LAREDO, TX 78041 |
| UTAH STATE TAX COMMISSION | SALES & USE TAX | 210 N 1950 W<br>SALT LAKE CITY, UT 84134 |
| VALWOOD IMPROVEMENT AUTHORITY | PROPERTY TAX | TAX ASSESSOR COLLECTOR<br>1430 VALWOOD PKWY STE 160<br>CARROLLTON, TX 75006 |
| VANDERBURGH COUNTY TREASURER | PROPERTY TAX | P.O. BOX 77<br>EVANSVILLE, IN 47701-0077 |
| VENTURA COUNTY TAX COLLECTOR | PROPERTY TAX | 800 S VICTORIA AVE<br>VENTURA, CA 93009 |
| VERMILION COUNTY TREASURER | PROPERTY TAX | P.O. BOX 730<br>DANVILLE, IL 61834-0730 |
| VERMONT DEPARTMENT OF TAXES | SALES & USE TAX | 109 STATE ST<br>MONTPELIER, VT 05609 |
| VILLAGE OF MAYBROOK | PROPERTY TAX | 109 MAIN ST<br>MAYBROOK, NY 12543 |
| VILLE DE MONTREAL | PROPERTY TAX | CP 11043 SUCC CENTRE VILLE<br>MONTREAL, QC H3C-4X8 CANADA |
| VIRGINIA DEPARTMENT OF TAXATION | SALES & USE TAX | PO BOX 1500<br>RICHMOND, VA 23212 |
| WAKE COUNTY REVENUE DEPT | PROPERTY TAX | 301 S. MCDOWELL ST<br>SUITE 3800<br>RALEIGH, NC 27601 |
| WARD COUNTY, ND | PROPERTY TAX | 225 THIRD STREET, SE<br>MINOT, ND 58701 |
| WASHINGTON COUNTY COLLECTOR | PROPERTY TAX | 280 N COLLEGE<br>SUITE 202<br>FAYETTEVILLE, AR 72701 |
| WASHINGTON COUNTY TREASURER | PROPERTY TAX | 205 PUTNAM ST<br>MARIETTA, OH 45750 |
| WASHINGTON STATE DEPARTMENT OF REVENUE | EXCISE TAX;<br>SALES & USE TAX | PO BOX 34051<br>SEATTLE, WA 98124 |
| WASHOE COUNTY TREASURES OFFICE | PROPERTY TAX | PO BOX 30039<br>RENO, NV 89520 |
| WEBB COUNTY TAX OFFICE | PROPERTY TAX | PO BOX 420128<br>LAREDO, TX 78042 |
| WEST BATON ROUGE PARISH | PROPERTY TAX | REVENUE DEPARTMENT<br>PO BOX 86<br>PORT ALLEN, LA 70767 |
| WEST VIRGINIA STATE TAX DEPARTMENT | SALES & USE TAX | PO DRAWER 1826<br>CHARLESTON, WV 25327 |
| WILL COUNTY TREASURER | PROPERTY TAX | 302 N CHICAGO ST<br>JOLIET, IL 60432 |
| WINNEBAGO COUNTY TREASURER | PROPERTY TAX | PO BOX 1216<br>ROCKFORD, IL 61105 |
| WISCONSIN DEPARTMENT OF REVENUE | BUSINESS LICENSE & PERMITS;<br>SALES & USE TAX | PO BOX 930208<br>MILWAUKEE, WI 53293 |
| WOOD COUNTY TREASURER | PROPERTY TAX | 1 COURTHOUSE SQUARE<br>BOWLING GREEN, OH 43402-2452 |
| WOODBURY COUNTY TAX COLLECTOR | PROPERTY TAX | 620 DOUGLAS ST<br>SIOUX CITY, IA 51101 |

| **TAXING AUTHORITY TYPE** | **TYPE** | **ADDRESS** |
|---|---|---|
| WYOMING CITY TREASURER | PROPERTY TAX | 1155 - 228TH STREET SW<br>PO BOX 905<br>WYOMING, MI 49509 |
| WYOMING DEPARTMENT OF REVENUE | EXCISE TAX;<br>SALES & USE TAX | HERSCHLER BLDG, 122 25TH ST<br>CHEYENNE, WY 82002 |
| YAKIMA COUNTY TREASURER | PROPERTY TAX | PO BOX 22530<br>YAKIMA, WA 98907 |
| YELLOW MEDICINE COUNTY PROPERTY & PUBLIC SERVICES | PROPERTY TAX | 180 8TH AVENUE<br>GRANITE FALLS, MN 56241 |
| YOLO COUNTY TREASURER-TAX COLLECTOR | PROPERTY TAX | PO BOX 1995<br>WOODLAND, CA 95776 |