**Exhibit C**

**Utility Services List**

| Utility Provider | Account Number(s) (if known) | Service(s) | Utility Deposit Amount | Surety Bond Amount | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| AES INDIANA | 410410 \| 338624 \| 416562 | Electricity | | | $ 11,318 |
| AES OHIO | 5949024508 \| 6853463081 | Electricity | | | $ 1,721 |
| ALABAMA POWER CO | 4515043020 \| 5290267001 \| 0110355005 \| 5034477001 \| 5076477010 | Electricity | $ 1,425 | | $ 675 |
| ALBUQUERQUE BERNALILLO COUNTY | 7486579560 | Waste, Sewer | | | $ 206 |
| ALECTRA UTILITIES | 0155117263 | Electricity | | | $ 5,075 |
| ALL AMERICAN WASTE | Unknown | Waste | | | $ 826 |
| ALL VALLEY ENVIROMENTAL | Unknown | Waste | | | $ 6,619 |
| ALLEN'S RECYCLING LLC | Unknown | Waste | | | $ 38 |
| ALLIANT ENERGY IPL | 1967841000 | Electricity, Gas | | | $ 272 |
| ALLSTREAM BUSINESS INC | Unknown | Waste | | | $ 1,755 |
| ALTAFIBER | Unknown | Telecom | | | $ 575 |
| ALTOONA WATER AUTHORITY | 957532 \| 957612 | Water, Sewer | | | $ 67 |
| ALWAYS GREEN RECYCLING | Unknown | Waste | | | $ 20 |
| AMEREN ILLINOIS | 1353102027 \| 9058948004 \| 6161677006 \| 9523006211 \| 8251459855 | Electricity, Gas | $ 2,043 | | $ - |
| AMEREN MISSOURI | 8099300118 \| 2996602116 \| 3301007912 \| 8182413116 \| 8901006719 \| 9182413115 | Electricity, Gas | | | $ 6,258 |
| AMERICAN ELECTRIC POWER | 10622095015 \| 10932095010 \| 10894512812 \| 04571821414 \| 07297390309 \| 10837688208 \| 04270957121 \| 04862670413 \| 10202033113 \| 10202954011 \| 10512954016 \| 10981033110 \| 10156304247 \| 10547805530 \| 10995304242 | Electricity | | | $ 10,661 |
| APPALACHIAN POWER | 02464970520 \| 02774970509 \| 02969730007 \| 02425262108 | Electricity | | | $ 995 |
| APS | 0405600000 | Electricity | | | $ 165 |
| AQUA ILLINOIS INC | 0011603590841433 | Water | | | $ 38 |
| AQUA OH | 0012248670899734 \| 0012248671264601 | Water | | | $ 243 |
| AQUA PENNSYLVANIA | 0003744260366147 \| 0003744270366148 \| 0003744290366150 | Water, Sewer | | | $ 607 |
| AT&T | Unknown | Telecom | | | $ 181,451 |
| AT&T GLOBAL SERVICES CANADA CO | Unknown | Telecom | | | $ 2,831 |
| AT&T MOBILITY LLC | Unknown | Telecom | | | $ 19,898 |
| AT&T U-VERSE | Unknown | Telecom | | | $ 40 |
| ATLANTIC CITY ELECTRIC | 55010741613 | Electricity | | | $ 351 |
| ATMOS ENERGY | 3016481316 \| 3016495132 \| 3006514326 \| 3031187982 \| 4044182390 | Gas | | | $ 2,248 |
| ATMOS ENERGY CORP | 3011483305 \| 3020761069 \| 3028471653 \| 3027903670 \| 3041245275 \| 3007657500 | Gas | | | $ 2,632 |
| AUGUSTA COUNTY SERVICE AUTH | 460032742 | Water, Sewer | | | $ 44 |
| AURORA WATER | A000235 \| A000241 \| A062412 | Water, Sewer, Storm Water | | | $ 2,346 |
| AUSTELL NATURAL GAS SYSTEM | 9300621006 | Gas | $ 100 | | $ 428 |
| AVCO DISPOSAL INC | Unknown | Waste | | | $ 37 |
| AVISTA | 3228800000 \| 7699740000 \| 0336020000 | Gas, Electricity | | | $ 2,540 |
| BC HYDRO | 11823911111 \| 11823911121 | Electricity | | | $ 1,110 |
| BEDFORD RURAL ELEC COOP INC | 2295604 | Electricity | | | $ 439 |
| BEDFORD TWNSHP MUNICIPAL AUTH | 700032 | Sewer, Water | | | $ 26 |
| BELL CANADA | Unknown | Telecom | | | $ 4,732 |
| BEN DAVIS CONSERVANCY DISTRICT | Unknown | Sewer | | | $ 108 |
| BETHLEHEM TOWNSHIP | 543000465 | Sewer | | | $ 13 |
| BGE | 1757201000 \| 0442230000 \| 0695112000 \| 3855891000 | Electricity, Gas | | | $ 4,863 |
| BIRCH RUN TOWNSHIP | 21302900001 | Water | | | $ 75 |
| BIRMINGHAM WATER WORKS | 210010054064 | Sewer, Water | | | $ 163 |
| BLACK HILLS ENERGY | 6272819346 \| 3661573232 \| 2434466689 \| 8862304957 | Gas, Electricity | | | $ 776 |
| BLACKMAN CHARTER TOWNSHIP | 1360870 | Sewer | | | $ 25 |
| BOONE ELECTRIC COOP | 29082001 | Electricity, Sewer | | | $ 272 |
| BOROUGH OF SOUTH PLAINFIELD | 61050 | Sewer | | | $ 32 |

| Utility Provider | Account Number(s) (if known) | Service(s) | Utility Deposit Amount | Surety Bond Amount | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| BRIGHTSPEED | Unknown | Waste | | | $ 632 |
| BUENA VISTA TWP WTR & SWR DEPT | 2314200001 | Sewer | | | $ 12 |
| BURGMEIER'S HAULING, INC. | Unknown | Waste | | | $ 91 |
| BUTLER CO WATER & SEWER DEPT | 30135852014358 | Sewer, Water | | | $ 136 |
| BYRON TOWNSHIP TREASURER | DIVI010151000003 \| DIVI010151000004 | Water, Sewer | | | $ 132 |
| C SPIRE WIRELESS | Unknown | Waste | | | $ 179 |
| C STODDARD & SONS INC | Unknown | Waste | | | $ 497 |
| CALIFORNIA AMERICAN WATER | 1015210041187163 | Water | | | $ 55 |
| CALIFORNIA WATER SERVICE CO | 1873535525 \| 8668682265 \| 8260897381 | Water | | | $ 61 |
| CAPE FEAR PUBLIC UTILITY AUTH | 10059054 | Water | | | $ 56 |
| CAPITAL ELECTRIC COOP INC | 1518502 | Electricity | | | $ 101 |
| CARL KING ENERGY SERVICES INC | Unknown | Gas | | | $ 8,088 |
| CARLSTADT SEWERAGE AUTHORITY | 4270 | Sewer | | | $ 108 |
| CASCADE NATURAL GAS | 26442200007 | Gas | | | $ 58 |
| CATOOSA UTILITY DISTRICT AUTH | 215035500 | Water, Sewer | | | $ 28 |
| CENTERPOINT ENERGY | 0260040509451652646 \| 0130017710511760709 \| 0340035922323569599 \| 60067675 \| 60129897 \| 0340039468023949785 \| 54242086 \| 62039912 \| 62061296 \| 0262121972951891695 \| 42283267 \| 42283333 | Gas, Electricity | | | $ 11,523 |
| CENTRAL HUDSON GAS & ELEC CORP | 21003131576 \| 21004097164 | Electricity, Gas | | | $ 9,431 |
| CENTRAL MAINE POWER | 35012127615 \| 35010305734 | Electricity | | | $ 736 |
| CENTURYLINK | Unknown | Telecom | | | $ 97,396 |
| CHARLESTON COUNTY REVENUE | 47506000046 | Storm Water | | | $ 95 |
| CHARLESTON SANITARY BOARD AND | 5204020021 \| 5204020031 \| 5204020041 \| 5204020042 \| 5204020022 | Water, Sewer, Waste | | | $ 23 |
| CHARLESTON WATER SYSTEM | 039243001 | Sewer, Water | | | $ 26 |
| CHARTER COMMUNICATIONS | Unknown | Telecom | | | $ 1,360 |
| CHESTERFIELD COUNTY | 000245262043964 | Sewer, Water | | | $ 114 |
| CINNAMINSON SEWER AUTHORITY | 109741250 | Sewer | | | $ 40 |
| CITIZENS ENERGY GROUP | 0361050000 \| 2968420000 \| 2183140000 \| 6361730000 \| 0832330000 \| 3551420000 \| 2680510000 | Gas, Sewer, Water | | | $ 2,669 |
| CITY AND COUNTY OF HONOLULU | 4067641431 | Water, Sewer | | | $ 264 |
| CITY OF ABILENE | 29256904 | Water, Sewer, Waste, Storm Water | | | $ 132 |
| CITY OF AKRON | 550657301 \| 650014302 | Sewer, Water | | | $ 418 |
| CITY OF ALEXANDRIA | 12194105668 | Gas, Water, Sewer, Electricity | | | $ 260 |
| CITY OF ATLANTA | NEAR000706000000 | Sewer, Water | | | $ 27 |
| CITY OF AUSTIN | 5198700000 \| 6198700000 | Water, Sewer, Electricity, Storm Water | | | $ 2,234 |
| CITY OF BALTIMORE DIR FINANCE | 11000362945 | Water, Sewer, Storm Water | | | $ 787 |
| CITY OF BAXTER SPRINGS | 09320000 \| 09321000 | Sewer, Water | | | $ 36 |
| CITY OF BETHLEHEM | 03675403 | Water | | | $ 2 |
| CITY OF BISMARCK WATER DEPT | 63501000005 | Electricity, Waste, Sewer, Water, Storm Water | | | $ 38 |
| CITY OF BOYNTON BEACH | 13242146041 | Water, Sewer, Storm Water | | | $ 409 |
| CITY OF BURNABY | 3000634 | Sewer, Water | | | $ 18 |
| CITY OF BURNSVILLE | 61221000001 \| 61222000001 | Electricity, Sewer, Water, Storm Water | | | $ 2,527 |
| CITY OF CENTRAL POINT | 006647000 \| 006647001 | Water, Sewer, Storm Water | | | $ 2,245 |
| CITY OF CHARLOTTE | 66199167272 \| 67158195953 | Sewer, Storm Water, Water | | | $ 8,810 |
| CITY OF CLEVELAND DIV OF WATER | 7725920000 \| 9782920000 \| 4424740000 | Water, Sewer | | | $ 420 |
| CITY OF COLUMBIA | 016330150011165317 | Water | | | $ 33 |
| CITY OF COON RAPIDS | 2811220004 \| 2811350009 \| 2811220996 | Storm Water, Sewer, Water | | | $ 327 |
| CITY OF DALLAS | 100635362 | Sewer, Water, Storm Water | $ 2,350 | | $ - |

| Utility Provider | Account Number(s) (if known) | Service(s) | Utility Deposit Amount | Surety Bond Amount | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| CITY OF DANVILLE | 0400124000 | Sewer | | | $ 66 |
| CITY OF DOWNEY | 2816545002 | Water | | | $ 62 |
| CITY OF DUBOIS BUREAU OF WATER | 47800 | Water | | | $ 6 |
| CITY OF DULUTH COMFORT SYSTEMS | 101009670001 | Gas, Electricity, Water, Sewer, Storm Water | | | $ 413 |
| CITY OF DURHAM | 341509309664 | Water, Sewer | $ 300 | | $ - |
| CITY OF EAU CLAIRE | 20055 | Water, Sewer, Storm Water | | | $ 94 |
| CITY OF EUREKA | 140371509403 | Water, Sewer | | | $ 215 |
| CITY OF FARGO | 650139002 | Electricity, Sewer, Water, Storm Water | | | $ 81 |
| CITY OF FIFE | 001006000 | 107651000 | 107654000 | Water, Sewer, Storm Water | | | $ 535 |
| CITY OF FLAGSTAFF | 215613 | Sewer, Water, Waste, Storm Water | | | $ 208 |
| CITY OF FONTANA | 003096 | 003617 | Sewer | | | $ 461 |
| CITY OF FORT MYERS | 400320101 | Water, Sewer | | | $ 145 |
| CITY OF FORT WORTH WATER DEPT | 121891117698 | Sewer, Water, Storm Water | | | $ 557 |
| CITY OF GAYLORD | CALK001830000002 | Sewer, Water | | | $ 35 |
| CITY OF GOODLAND | 3354542004 | Water, Sewer, Electricity, Waste | | | $ 73 |
| CITY OF GREAT FALLS | 37398022746 | Water, Sewer, Storm Water | | | $ 93 |
| CITY OF HOUSTON | 432719897014 | 432719898012 | Water, Sewer, Storm Water | | | $ 1,812 |
| CITY OF IRVING MUNICIPAL SVCS | 111423300 | 114718300 | 111488300 | 111489300 | 111487300 | 115731300 | Waste, Sewer, Water, Storm Water | | | $ 2,528 |
| CITY OF JACKSON | 0745270002 | 0745271000 | Water, Sewer, Electricity | | | $ 243 |
| CITY OF JACKSONVILLE | 2124327574 | Water, Sewer, Waste, Storm Water | | | $ 99 |
| CITY OF JOLIET | 119909328630 | 119909328640 | 129251329090 | Water, Sewer | | | $ 230 |
| CITY OF JOPLIN | 123377312040 | Sewer | | | $ 25 |
| CITY OF KEARNEY | 350055000001 | Waste, Water, Sewer | | | $ 104 |
| CITY OF LA GRANDE WATER OFFICE | 015749000 | Sewer, Water | | | $ 24 |
| CITY OF LAGRANGE | 3131060001 | Water | | | $ 21 |
| CITY OF LAREDO UTILITIES | 74210563825 | 74210563827 | Water, Sewer, Storm Water | | | $ 147 |
| CITY OF LIMA UTILITIES | 0035172074720 | Sewer | | | $ 57 |
| CITY OF LOS ANGELES | 372115 | Sewer | | | $ 121 |
| CITY OF LUBBOCK UTILITIES | E90003678 | W51139283 | Electricity, Water, Sewer, Storm Water | | | $ 632 |
| CITY OF MANASSAS UTILITIES | 890297000001 | Water, Sewer, Electricity, Storm Water | | | $ 1,382 |
| CITY OF MERIDIAN | 2148286001 | Sewer, Water, Waste | | | $ 563 |
| CITY OF MILLVILLE UTILITY DEPT | 99040 | Water, Sewer | | | $ 15 |
| CITY OF MILWAUKEE | 3931545300 | 32819300 | 3931546300 | Electricity, Sewer, Water, Storm Water | | | $ 3,355 |
| CITY OF MINER | 10087001 | Sewer, Water | | | $ 24 |
| CITY OF MISSOULA | 069651134651 | 069652134651 | Water, Sewer, Storm Water | | | $ 190 |
| CITY OF MT VERNON | 004955000 | Sewer, Water | | | $ 182 |
| CITY OF NOGALES | 33119000 | Waste, Sewer | | | $ 151 |
| CITY OF OCALA | 508528143049 | Waste, Electricity, Water, Sewer, Storm Water | | | $ 765 |
| CITY OF OKLAHOMA CITY | 250101016454 | Sewer, Water, Storm Water | | | $ 422 |
| CITY OF OLIVE BRANCH | 20418 | Water, Gas, Sewer | | | $ 109 |
| CITY OF ORANGE | 0005805000 | 0000410800 | Sewer, Water, Storm Water | | | $ 257 |
| CITY OF PHOENIX | 1457500000 | 2708400000 | 3071700007 | 9047400000 | 7723897160 | Sewer, Water | | | $ 493 |
| CITY OF POMONA | 23004080002300408 | 23006840302300406 | 999141159023006 84 | Water, Sewer, Waste | | | $ 430 |
| CITY OF PORTLAND | 2967568200 | 2967568300 | 2985622400 | 2985622500 | Water, Sewer, Storm Water | | | $ 18,313 |
| CITY OF QUINCY | 2137321372 | Water | | | $ 11 |
| CITY OF RALEIGH | 5781000000 | Water, Storm Water, Sewer | | | $ 442 |
| CITY OF REDMOND | 005763000 | Water, Sewer, Storm Water | | | $ 151 |
| CITY OF REGINA | 175746331875 | Water, Sewer, Storm Water | | | $ 167 |

| Utility Provider | Account Number(s) (if known) | Service(s) | Utility Deposit Amount | Surety Bond Amount | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| CITY OF RICHLAND | 030400000 | Sewer, Water | | | $ 719 |
| CITY OF ROCHESTER WATER | 7201990002 | Water | | | $ 40 |
| CITY OF ROCK ISLAND | 0001083700 | Water, Sewer, Storm Water | | | $ 669 |
| CITY OF ROCKFORD | 045095411 \| 200085300 \| 200085400 | Water | | | $ 265 |
| CITY OF ROCKY MOUNT | 001640450050510 | Electricity, Water, Gas, Sewer, Storm Water | | | $ 621 |
| CITY OF ROMULUS | 014495 \| 026337 | Water, Sewer | | | $ 255 |
| CITY OF ROSEBURG | 140030000 | Sewer, Water, Storm Water | | | $ 155 |
| CITY OF SAN DIEGO CITY TREASUR | 610000014827 \| 610000030164 \| 610000034127 | Sewer, Water, Storm Water | $ 526 | | $ - |
| CITY OF SANTA CLARA | 0006193503 | Water, Electricity, Sewer, Storm Water | | | $ 598 |
| CITY OF SANTA MARIA | 102840310 | Water, Waste | | | $ 69 |
| CITY OF SASKATOON | 100547280 | Water, Sewer | | | $ 68 |
| CITY OF SAVANNAH | 011786 | Water | | | $ 6 |
| CITY OF SEATTLE | 3272620000 | Electricity | | | $ 1,428 |
| CITY OF SHERMAN | 402176001 | Sewer, Water | | | $ 106 |
| CITY OF SHREVEPORT | 551461963029 | Water | | | $ 34 |
| CITY OF SIOUX CITY | 280761002101 \| 42491581025 | Sewer, Water, Storm Water | | | $ 72 |
| CITY OF SPARKS | 027298000 \| 051491000 | Sewer, Storm Water | | | $ 44 |
| CITY OF SPOKANE | 182038300 | Water, Sewer, Waste, Storm Water | | | $ 2,096 |
| CITY OF ST LOUIS | 394941222658 \| 394974222672 \| 395955223040 | Water | | | $ 121 |
| CITY OF TACOMA | 100238363 \| 100056606 | Sewer, Water, Electricity, Storm Water | | | $ 4,273 |
| CITY OF TAMPA UTILITIES | 2026881 | Sewer, Water | | | $ 179 |
| CITY OF TAYLOR WATER DEPT | 99001024249 | Water, Sewer | | | $ 145 |
| CITY OF THOMASVILLE | 512630109241 | Sewer, Electricity, Water | | | $ 874 |
| CITY OF TOLEDO DEPT PUBL UTIL | 770000942662 | Water, Sewer, Storm Water | | | $ 178 |
| CITY OF TOPEKA | 332107101780 | Sewer, Water, Storm Water | $ 35 | | $ 97 |
| CITY OF TRACY | 2885000 | Waste, Sewer, Water, Storm Water | | | $ 4,108 |
| CITY OF TUCSON UTILITY LOCKBOX | 6093363010 | Sewer, Water | | | $ 63 |
| CITY OF TUKWILA | 0407600000 | Water, Sewer | | | $ 262 |
| CITY OF TULSA UTILITIES | 1687222123068 | Waste, Water, Storm Water | | | $ 600 |
| CITY OF TWIN FALLS | 005406000 | Water, Sewer, Waste | | | $ 34 |
| CITY OF UNION GAP | 2812 | Waste, Water, Sewer | | | $ 181 |
| CITY OF VISALIA | 017441 \| 018300 | Water, Sewer, Storm Water | | | $ 117 |
| CITY OF W SACRAMENTO | 000888000 | Water, Waste, Sewer | | | $ 127 |
| CITY OF WACO WATER OFFICE | 7566205365 | Sewer, Water | | | $ 38 |
| CITY OF WICHITA | 0180672078436 | Sewer, Water, Storm Water | | | $ 1,206 |
| CITY OF WINNIPEG | 20220200008 \| 30220200007 \| 84220200004 | Sewer, Water | | | $ 881 |
| CITY OF WINSTON SALEM | 2075961 | Water, Sewer | | | $ 1,610 |
| CITY OF WYOMING | 513506001 | Sewer, Water | | | $ 39 |
| CITY TREASURER | 00044006 | Water, Sewer, Waste, Storm Water | | | $ 275 |
| CITY UTILITIES | 013753000029596 \| 013753000695653 \| 011198400699241 | Water, Storm Water, Sewer | | | $ 518 |
| CITY UTILITIES OF SPRINGFIELD | 1511100090 | Electricity | | | $ 1,887 |
| CLARK COUNTY REMC | 65047001 | Electricity | | | $ 1,938 |
| CLARK COUNTY WATER | 2611500000 | Sewer | | | $ 72 |
| CLAYTON COUNTY WATER AUTHORITY | 1098403 \| 10458408 \| 1362610 | Storm Water, Sewer, Water | | | $ 1,400 |
| CLIFTON WATER DISTRICT | 61330301 \| 71330401 | Water, Sewer | | | $ 44 |
| COLORADO SPRINGS UTILITIES | 2937969290 | Electricity, Water, Gas, Sewer, Storm Water | | | $ 971 |
| COLUMBIA COUNTY WATER | 040590880 | Water, Sewer, Storm Water | | | $ 107 |

| Utility Provider | Account Number(s) (if known) | Service(s) | Utility Deposit Amount | Surety Bond Amount | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| COLUMBIA GAS OF OHIO | 120141110020002 \| 173927310010002 \| 112387620010006 \| 119558930010001 \| 119558950010007 \| 172537320010008 \| 172537320030006 \| 213192730010004 | Gas | $ 521 | | $ 3,457 |
| COLUMBIA GAS OF PENNSYLVANIA | 109206870010001 | Gas | | | $ 231 |
| COLUMBIA GAS OF VIRGINIA | 128222900010007 | Gas | | | $ 62 |
| COLUMBUS CITY TREASURER | 3436781256454 \| 3387781079177 | Storm Water, Sewer, Water | | | $ 6,257 |
| COMCAST | Unknown | Telecom | | | $ 1,556 |
| COMED | 8514673000 | Electricity | $ 2,530 | | $ - |
| CON EDISON | 211352034500132 \| 522701039100005 \| 522703033101005 \| 522703033102003 \| 622315020506002 | Electricity, Gas | $ 10,090 | | $ - |
| CONNEXUS ENERGY | 619300244566 | Electricity | | | $ 2,223 |
| CONSOLIDATED COMMUNICATIONS | Unknown | Telecom | | | $ 196 |
| CONSTELLATION NEWENERGY INC | 12743227 \| 12743238 \| 8285478 \| 8285479 \| 6479777 \| 8285477 \| 8700905 \| 6505173 \| 6482128 \| 8379031 \| 8775226 \| 11251406 \| 11251407 \| 11251409 \| 8775222 \| 8775223 \| 8775224 \| 8775228 \| 8975747 \| 8975751 \| 11251404 \| 8775232 \| 8775234 \| 11251408 \| 11251412 \| 8775233 \| 9539880 \| 9539881 \| 9539882 \| 8775227 \| 9539884 \| 11251410 \| 11251411 \| 8775229 \| 12545077 \| 12545078 \| 8775230 | Electricity | | | $ 18,120 |
| CONSUMERS ENERGY | 100032254672 \| 100019459526 \| 103018105256 \| 100029411210 \| 100049360512 \| 100027837440 \| 100000241081 | Gas, Electricity | | | $ 6,147 |
| CONVERGE ONE, INC. | Unknown | Telecom | | | $ 58,359 |
| COUNCIL BLUFFS WATER WORKS | 521904142195 | Sewer, Water | | | $ 29 |
| CPS ENERGY | 3000569509 | Gas, Electricity | | | $ 980 |
| CROSS ANCHOR UTILITY DISTRICT | 0127990004 | Water | | | $ 52 |
| CROSSCOM NATIONAL LLC | Unknown | Telecom | | | $ 954 |
| CUMBERLAND RI WATER | 20126000 \| 20126001 | Water | | | $ 55 |
| DARLINGTON COUNTY | 111048001 | Water | | | $ 9 |
| DECATUR UTILITIES | 38484001 | Water | | | $ 10 |
| DELMARVA POWER | 55003663485 \| 55003924846 | Electricity | | | $ 859 |
| DES MOINES WATER WORKS | 0133233073124 | Water, Sewer | | | $ 53 |
| DIRECT ENERGY REGULATED SVCS | 760003368759 \| 760003368973 \| 760005294177 | Gas | | | $ 4,137 |
| DIRECT WASTE SERVICES, INC | Unknown | Waste | | | $ 1,250 |
| DIVERSE POWER | 9003001 | Electricity | | | $ 133 |
| DOMINION ENERGY | 6405830000 \| 9851710000 \| 5616540000 | Gas | $ 355 | | $ 4,223 |
| DOMINION ENERGY NORTH CAROLINA | 4210057334607 \| 9210132541002 \| 9210132541251 | Gas | | | $ 134 |
| DOMINION ENERGY OHIO | 1420200208702 \| 2440300280957 \| 7440300551983 \| 1500013259934 \| 7500018238290 \| 7440600472999 | Gas | | | $ 3,386 |
| DOMINION ENERGY SOUTH CAROLINA | 7197401554228 \| 3197401139601 \| 8197401139618 \| 4197501491730 \| 4197501491745 \| 0197001863549 | Electricity, Gas | | | $ 1,677 |
| DOMINION ENERGY VIRGINIA | 003193200031 \| 004065040000 \| 007564978547 \| 002973702505 \| 009042114414 | Electricity | | | $ 1,975 |
| DOUGLAS COUNTY PUD | 716277 | Electricity | | | $ 47 |
| DTE ENERGY | 910009142332 \| 920016776428 \| 920005141725 \| 910021909452 \| 920016102542 \| 920016102559 \| 910012837357 \| 910012837233 \| 910040772063 \| 910021606645 | Gas, Electricity | | | $ 13,048 |
| DUKE ENERGY | 910036098616 \| 910036098757 \| 910082383659 \| 910033003059 \| 910033003273 \| 910033003463 \| 910033003661 \| 910033003893 \| 910033004240 \| 910033002636 \| 910033002850 \| 910033004076 \| 910105999900 \| 910123190040 \| 910122842916 \| 910084481872 \| 910127900779 \| 910127901085 \| 910083137370 \| 910035204814 \| 910082605323 \| 910081544688 | Electricity, Gas | $ 100 | | $ 24,327 |
| DUQUESNE LIGHT COMPANY | 2304940000 \| 4271443763 | Electricity | | | $ 1,876 |
| EAGLE PASS WATER WORKS SYSTEM | 128885001 | Water, Sewer, Waste | | | $ 90 |
| EAST WENATCHEE WATER DISTRICT | 010444000 | Sewer, Water | | | $ 28 |
| ECO WASTE SERVICES INC | Unknown | Waste | | | $ 161 |
| EL PASO ELECTRIC | 5594710000 | Electricity | | | $ 807 |

| Utility Provider | Account Number(s) (if known) | Service(s) | Utility Deposit Amount | Surety Bond Amount | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| EL PASO WATER | 4676700000 \| 9711820000 \| 9862620000 | Waste, Sewer, Water, Storm Water | | | $ 810 |
| ELEXICON ENERGY | 2099255901 | Electricity | | | $ 798 |
| ENBRIDGE GAS DISTRIBUTION INC | 094580077035 \| 112169306003 | Gas | | | $ 4,626 |
| ENBRIDGE GAS INC | 910044568103 \| 910038564795 | Gas | | | $ 880 |
| ENERGIR LP | 38902800036 | Gas | | | $ 350 |
| ENERGY WEST MONTANA | 210464095 | Gas | | | $ 84 |
| ENGIE POWER & GAS LLC | 411005265458 \| 411005265599 \| 411000919208 \| 411000919992 \| 411000920206 \| 411000920651 \| 411000920834 | Gas | | | $ 4,305 |
| ENMAX | 500103227 | Electricity | | | $ 5,207 |
| ENTERGY | 19546803 \| 12636163 \| 31470529 \| 29735065 \| 2632792 \| 2632990 \| 5021423 \| 78896321 | Electricity | $ 260 | | $ 3,563 |
| ENVIRONMENTAL MANAGEMENT, INC. | Unknown | Waste | | | $ 22,561 |
| ENWIN | 0001212100 | Water, Sewer, Electricity | | | $ 112 |
| EPCOR | 2625101 | Water, Sewer, Electricity, Storm Water | | | $ 2,777 |
| ERIE COUNTY WATER AUTHORITY | 705574413 \| 710040419 \| 705574906 \| 710026116 \| 710102005 | Water | | | $ 196 |
| ERIE WATER WORKS | 362220362720 | Water, Sewer | | | $ 30 |
| ERTH SOLUTIONS | 7687300 | Water, Sewer | | | $ 14 |
| EUGENE WATER & ELECTRIC BOARD | 8801711093 \| 8801711096 | Electricity, Water, Sewer, Storm Water | | | $ 1,047 |
| EVANSVILLE WATER & SEWER UTIL | 90001152173500 | Sewer, Water | | | $ 201 |
| EVER GREEN ENVIRONMENTAL, LLC | Unknown | Waste | | | $ 26 |
| EVERGY | 8640329664 \| 5487274247 \| 9397693970 | Electricity | | | $ 884 |
| EVERSOURCE | 54615991080 \| 71000925439 \| 51276393014 \| 57188740021 \| 56284311099 \| 10592930019 | Electricity, Gas | | | $ 5,600 |
| FAYETTEVILLE PBLC WRKS COMMSSN | 2005100000 | Water, Electricity | | | $ 239 |
| FIELDINGS OIL CO., INC. | Unknown | Gas | | | $ 402 |
| FONTANA WATER CO | 35903105550 \| 35913457500 \| 35913457550 | Water | | | $ 1,155 |
| FORTIS BC NATURAL GAS | 523736 | Gas | | | $ 532 |
| FPL | 3324232598 \| 3329237519 \| 7535678655 \| 0246014781 \| 0251019709 \| 7454620480 | Electricity | | | $ 3,343 |
| FRONTIER | Unknown | Telecom | | | $ 1,179 |
| FRSA PAYMENTS | 0450954AR | Sewer | | | $ 25 |
| GALLIA COUNTY SEWER DEPARTMENT | 01230841 | Sewer | | | $ 150 |
| GALLIA RURAL WATER ASSOC | 00499001 | Water | | | $ 24 |
| GAS SOUTH | 7789341000 \| 8752748564 \| 8836250351 \| 6865517511 \| 1266000837 | Gas | | | $ 1,205 |
| GEORGIA POWER | 3665963014 \| 6500963017 \| 1420875002 \| 4189391066 \| 5613424020 \| 9059965060 \| 9080965054 \| 9101965010 \| 9502681002 \| 3155615001 \| 9374005016 | Electricity | | | $ 8,607 |
| GOLDEN STATE WATER CO | 45925000007 \| 57525000006 | Water | | | $ 183 |
| GRANGER HUNTER IMPROVEMENT DIS | 432048000 \| 432050000 | Sewer, Water | | | $ 642 |
| GRANITE TELECOMMUNICATIONS | Unknown | Telecom | | | $ 348 |
| GREEN MOUNTAIN POWER CORP | 02122000009 \| 91122000002 \| 90172000003 | Electricity | | | $ 846 |
| GREENEVILLE ENERGY AUTHORITY | 133051 | Electricity | | | $ 531 |
| GREENVILLE WATER | 0018227350 \| 0099991554 | Water, Sewer | | | $ 212 |
| GREYSTONE POWER CORP | 10091555002 | Electricity | $ 341 | | $ 520 |
| HAMPDEN TOWNSHIP | 011173000 \| 105412001 | Sewer, Storm Water | | | $ 348 |
| HAWAIIAN ELECTRIC COMPANY | 202011483999 \| 202011484070 | Electricity | | | $ 602 |
| HAYWARD WATER SYSTEM | 2513010015926 \| 2516110015925 | Sewer, Water | | | $ 232 |
| HERITAGE CRYSTAL CLEAN LLC | Unknown | Waste | | | $ 917 |
| HOLLAND BOARD OF PUBLIC WORKS | 1095135001 \| 2938253402 | Water, Sewer, Electricity | | | $ 3,758 |
| HOPE GAS | 9100000093520 | Gas | | | $ 58 |
| HOWARD COUNTY | 211010460846 \| 211010460894 | Water, Sewer | | | $ 84 |
| HRUBS | 5409910004 | Sewer, Water | | | $ 48 |

| Utility Provider | Account Number(s) (if known) | Service(s) | Utility Deposit Amount | Surety Bond Amount | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| HYDRO ONE NETWORKS INC | 200165342127 | Electricity | | | $ 343 |
| HYDRO QUEBEC | 299002385035 \| 299000814085 | Electricity | | | $ 1,427 |
| IDAHO POWER | 2204746958 \| 2203481714 \| 2204756924 | Electricity | | | $ 1,255 |
| ILLINOIS AMERICAN WATER | 1025210004276118 | Water, Sewer | | | $ 199 |
| IMPERIAL IRRIGATION DISTRICT | 50867013 | Electricity | | | $ 708 |
| INDIANA MICHIGAN POWER | 04771200013 \| 04716737301 \| 04007713706 \| 04602592117 \| 04010947812 \| 04330957111 \| 04640957116 \| 04950957110 \| 04986119917 | Electricity | | | $ 5,262 |
| INTERMOUNTAIN GAS COMPANY | 46112330009 \| 51729330004 \| 55282130008 | Gas | | | $ 155 |
| INTERSTATE WASTE SVC | Unknown | Waste | | | $ 1,269 |
| JACKSON EMC | 1075431 | Electricity | $ 1,000 | | $ - |
| JACKSON ENERGY AUTHORITY | 200967100967 | Water, Sewer, Gas | | | $ 110 |
| JEA | 6004924200 | Water, Electricity | | | $ 1,036 |
| JEFFERSONVILLE WASTEWATER DEPT | 103647 | Storm Water, Sewer | | | $ 524 |
| JOE WHEELER EMC | 79332001 \| 79332003 | Electricity | | | $ 553 |
| JOHNSON COUNTY WASTEWATER | 0020786931 \| 0020791902 \| 0020791889 | Sewer | | | $ 1,770 |
| KANSAS CITY BD OF PUBLIC UTIL | 3086228 \| 3086229 | Electricity, Sewer, Water, Storm Water | | | $ 2,445 |
| KANSAS GAS SERVICE | 5105369921185725 \| 5104210371344414 \| 1208596686 \| 1200150251 | Gas | | | $ 4,747 |
| KC WATER | 00017688001885509 | Sewer, Water, Storm Water | | | $ 2,145 |
| KCP&L | 0403422853 \| 5102606796 \| 7042645368 \| 8434023740 \| 8070798365 \| 0644930289 | Electricity | | | $ 29,850 |
| KEARNY MUNICIPAL UTILITIES | 10070 | Sewer | | | $ 15 |
| KEARNY WATER DEPT | 00305250000000 \| 00306660000000 | Water | | | $ 268 |
| KENNEBEC WATER DISTRICT | 7317705207054 | Water | | | $ 41 |
| KIMBLE RECYCLING & DISPOSAL | Unknown | Waste | | | $ 774 |
| KLEINSCHMIDT INC. | Unknown | Telecom | | | $ 3,326 |
| KU | 300006363133 | Electricity | | | $ 221 |
| KUB | 2822910000 \| 1997510000 | Water, Sewer, Gas, Electricity | | | $ 2,467 |
| LACKAWANNA RVR BASIN SWR AUTH | 240310134 \| 240310136 | Sewer | | | $ 20 |
| LAKE HAVASU CITY | 0007757601 | Water, Sewer | | | $ 43 |
| LEVEL 3 COMMUNICATIONS LLC | Unknown | Telecom | | | $ 3,670 |
| LEXINGTON FAYETTE URBAN CO GOV | 125649300 | Sewer, Water, Storm Water | | | $ 642 |
| LIBERTY | 006012892 \| 139391767 \| 402150155 \| 584327969 \| 637301557 \| 814336186 \| 901231324 | Electricity | | | $ 2,317 |
| LIBERTY UTILITIES MIDSTATES | 7754778377152223 | Gas | | | $ 51 |
| LOS ANGELES DEPT OF WTR & PWR | 3900390000 | Sewer, Water, Electricity | $ 5,000 | | $ - |
| LVVWD | 07479278678 | Water, Sewer | | | $ 558 |
| MACON WATER AUTHORITY | 105501 | Water, Sewer, Storm Water | | | $ 57 |
| MADISON COUNTY SANITARY SEWER | 52770001 | Sewer | | | $ 38 |
| MADISON GAS & ELECTRIC | 9100106215 | Gas, Electricity | | | $ 333 |
| MAHONING COUNTY SANITARY | 0013987461039197 | Sewer | | | $ 79 |
| MALAGA COUNTY WATER DISTRICT | 11801 | Water, Sewer | | | $ 504 |
| MANITOBA HYDRO | 79683266064629 \| 79684086438922 \| 79684096438923 | Electricity, Gas | | | $ 110 |
| MARIETTA POWER WATER | 10197011945 \| 10197081170 | Sewer, Water, Electricity | | | $ 6,790 |
| MASON CITY PUBLIC UTILITIES | 184052002 | Sewer, Water, Waste | | | $ 19 |
| MCALLEN PUBLIC UTILITY | 000093250026288 | Waste, Sewer, Water, Storm Water | | | $ 349 |
| MEMPHIS LIGHT GAS & WATER DIV | 0004812561453130 \| 0004812561453142 \| 0004812561454309 | Sewer, Water, Gas, Electricity, Storm Water | | | $ 9,479 |
| MET ED | 100012677371 | Electricity | | | $ 1,343 |
| METRO WATER SERVICES | 190708300 \| 60280300 | Sewer, Water, Storm Water | | | $ 4,625 |
| METROPOLITAN ST LOUIS SWR DIST | 02075232 \| 02090108 \| 02091478 | Sewer | | | $ 360 |
| METROPOLITAN UTILITIES DIST | 112000237890 | Gas, Sewer, Water | | | $ 572 |

| Utility Provider | Account Number(s) (if known) | Service(s) | Utility Deposit Amount | Surety Bond Amount | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| MIAMI VALLEY LIGHTING LLC | 10088646 | Electricity | | | $ 642 |
| MIDAMERICAN ENERGY CO | 2463060009 \| 5677063013 \| 5698063014 \| 1983002016 \| 0024031039 \| 4580013016 | Electricity, Gas | | | $ 3,500 |
| MIDAMERICAN ENERGY SERVICES | 472767 \| 472692 \| 472534 \| 472509 \| 472458 \| 472768 \| 472693 \| 472335 \| 472389 \| 472370 \| 472334 \| 472690 \| 472590 \| 467459 | Electricity | | | $ 20,293 |
| MIDDLESEX TOWNSHIP MUNIE AUTH | 2710 | Water, Sewer | | | $ 3,240 |
| MINNESOTA ENERGY RESOURCES | 050664619500001 | Gas | | | $ 70 |
| MISSOURI AMERICAN WATER | 1017210015292837 | Water | | | $ 10 |
| MITCHELL COMMUNICATIONS INC | Unknown | Telecom | | | $ 161 |
| MITCHELL PUBLIC WATER DISTRICT | 2000024000008 | Water | | | $ 173 |
| MOBILE AREA WATER & SEWER SYS | 0107213300 | Water, Sewer | | | $ 58 |
| MODERN DISPOSAL SERVICES, INC. | Unknown | Waste | | | $ 204 |
| MONONGAHELA POWER | 110082642221 \| 110088588618 | Electricity | | | $ 232 |
| MONROE COUNTY WATER AUTHORITY | 155864 \| 391576 | Water | | | $ 34 |
| MONTANA DAKOTA UTILITIES CO | 21798010001 \| 50298110003 | Gas | | | $ 155 |
| MONTGOMERY COUNTY | 162603613202 \| 162597613196 | Water, Sewer | | | $ 221 |
| MONTGOMERY WATER WRKS & SEWER | 3640323300 | Water | | | $ 77 |
| MORTON UTILITIES | 4274347500 | Sewer, Gas, Water, Storm Water | | | $ 198 |
| MOUNTAINEER GAS COMPANY | 183794205309 | Gas | | | $ 53 |
| MP SERVICES UTAH LLC | Unknown | Waste | | | $ 304 |
| MUHLENBERG TOWNSHIP AUTHORITY | G301017 \| G400105 | Sewer, Water | | | $ 159 |
| MUKILTEO WATER & WASTWTR DIST | 008194000 \| 010274000 | Water, Sewer | | | $ 117 |
| NARRAGANSETT BAY COMMISSION | 0176449085162 | Sewer | | | $ 220 |
| NASHVILLE ELECTRIC SERVICE | 04101100401134 \| 00617030060940 \| 00617040060941 | Electricity | | | $ 9,927 |
| NATIONAL FUEL | 608908011 \| 594818406 \| 533919903 \| 339600308 \| 373407610 | Gas | | | $ 2,658 |
| NATIONAL GRID | 0179018038 \| 5067494138 \| 2683617158 \| 4167487134 \| 9527496134 \| 0892005510 \| 3876848004 \| 4562817680 \| 4562819150 \| 6579113005 \| 4531619000 \| 4531622030 \| 0487032002 \| 0392689002 \| 0073582740 \| 1222448107 \| 2767546101 \| 3240083106 \| 3403785109 | Gas, Electricity | | | $ 11,954 |
| NEBRASKA PUBLIC POWER DIST | 211010069223 \| 211010056747 | Electricity | | | $ 397 |
| NEVILLE TOWNSHIP | 48644864 | Sewer, Water | | | $ 78 |
| NEW CASTLE COUNTY | 1002400002 | Sewer, Water | | | $ 51 |
| NEW HAVEN UTILITIES | 246660800 | Storm Water | | | $ 129 |
| NEW JERSEY AMERICAN WATER | 1018210026160923 \| 1018210026236066 \| 1018220003702925 \| 1018220004849278 | Water | | | $ 364 |
| NEW MEXICO GAS CO | 06259001306500289 | Gas | | | $ 1,538 |
| NEW YORK STATE ELEC & GAS CORP | 10011283271 \| 10011402178 \| 10011402186 \| 10037077616 \| 10037077624 | Electricity | $ 200 | | $ 1,068 |
| NEXTEL COMMUNICATIONS, INC. | Unknown | Telecom | | | $ 1,108 |
| NICOR GAS | 53193020004 \| 87940800003 \| 26812700008 \| 31665400003 \| 83594020006 \| 93594020005 \| 20727872747 \| 13926031546 \| 53274510006 \| 91714510004 \| 43442434981 | Gas | $ 299 | | $ 30,696 |
| NIPSCO | 8303600013 \| 1754780007 \| 3681450081 \| 7018670040 \| 7039960045 \| 9491450098 | Gas, Electricity | | | $ 1,500 |
| NOR CAL WASTE SERVICES | Unknown | Waste | | | $ 266 |
| NORTH GEORGIA EMC | 25452703001 | Electricity | | | $ 2,454 |
| NORTHCENTRAL ELECTRIC COOP | 54726001 | Electricity | | | $ 1,337 |
| NORTHEAST OHIO REGION SWR DIST | 4303100008 \| 1347317077 | Sewer, Storm Water | | | $ 1,802 |
| NORTHWESTERN ENERGY | 02213718 \| 03624863 \| 08525453 \| 02093755 \| 06051361 \| 26751339 | Electricity, Gas | | | $ 2,027 |
| NORTHWESTERN WATER & SWR DIST | 02028241 | Sewer, Water | | | $ 157 |
| NV ENERGY | 1000034167803556881 \| 1000034167801971843 \| 3000126882420235332 \| 1000025046902592941 | Electricity, Gas | | | $ 3,015 |
| NW NATURAL | 22594733 \| 22594774 \| 3361110 | Gas | | | $ 1,557 |
| NYC WATER BOARD | 0000574912001 \| 9000316974001 | Sewer, Water | | | $ 87 |
| NYSEG | 10010211638 \| 10010211646 \| 10010211653 \| 10010211661 | Electricity | $ 285 | | $ 4,352 |

| Utility Provider | Account Number(s) (if known) | Service(s) | Utility Deposit Amount | Surety Bond Amount | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| OAK CREEK WATER & SEWER | 733900700000 | Sewer, Water | | | $ 155 |
| OAKDALE ELECTRIC COOP | 29423001 \| 29423002 \| 29423003 \| 29423004 | Electricity | | | $ 909 |
| OCWRC | 7956801 \| 7956901 | Sewer, Water | | | $ 213 |
| OGE | 12024394 | Electricity | | | $ 3,483 |
| OHIO EDISON | 110008969005 \| 110056672071 \| 110057458983 \| 110008572486 \| 110016712397 \| 110007970921 | Electricity | | | $ 9,444 |
| OKLAHOMA NATURAL GAS | 211356531201615873 \| 211356531253220382 \| 211089135177645600 | Gas | | | $ 1,524 |
| OMAHA PUBLIC POWER DIST | 4885200090 | Electricity | | | $ 751 |
| OPENTEXT INC. | Unknown | Telecom | | | $ 3,936 |
| OREGON TRAIL ELECTRIC COOP | 68294001 | Electricity | | | $ 117 |
| ORLANDO UTILITIES COMMISSION | 6164510001 | Sewer, Water | | | $ 222 |
| OWATONNA PUBLIC UTILITIES | 714215 | Storm Water, Sewer, Electricity, Water, Gas | | | $ 1,328 |
| PACIFIC POWER | 14714421001 \| 14714421005 \| 14714421003 \| 40758450001 \| 40758450002 \| 49728351001 \| 25121531001 | Electricity | | | $ 4,713 |
| PADUCAH POWER SYSTEM | 13586001 | Electricity | | | $ 488 |
| PADUCAH WATER | 045345000 | Water, Sewer, Waste | | | $ 190 |
| PECO ENERGY | 0812700109 \| 7083501101 \| 8928700409 | Electricity | | | $ 1,948 |
| PECO PAYMENT PROCESSING | 5526002105 | Gas | | | $ 256 |
| PENELEC | 100009700996 \| 100101770087 \| 100004411276 | Electricity | | | $ 631 |
| PENNSYLVANIA AMERICAN WATER | 1024210032130477 \| 1024210035436815 \| 1024210034151029 \| 1024210035181474 \| 1024210035814156 | Water | | | $ 870 |
| PEOPLES | 200001820667 | Gas | | | $ 77 |
| PG&E | 9127442186 \| 3871769082 \| 7972202301 \| 2105822301 \| 5425047486 \| 5838991596 \| 6286915535 \| 1340330722 \| 4973888144 \| 9879446432 \| 3660466367 \| 6855500000 | Gas, Electricity | $ 34,925 | $ 20,920 | $ - |
| PHOENIX WATER AND WASTEWATER OPERATIONS | Unknown | Sewer | | | $ 1,455 |
| PIEDMONT NATURAL GAS | 7001519432001 \| 7001519432002 \| 9001467017001 \| 9001467017002 \| 0000603824001 \| 5000603825001 \| 5001001365001 \| 6000603823001 \| 9000603826001 \| 8000169001001 \| 0000475787001 \| 3000393579001 \| 7003751571001 | Gas | | | $ 9,861 |
| PLAINVIEW WATER DISTRICT | 19908900 \| 22804600 | Water | | | $ 34 |
| PNM | 02413890303134263 | Electricity | | | $ 1,519 |
| POCKETINET COMMUNICATIONS INC | Unknown | Telecom | | | $ 89 |
| PORTLAND WATER DISTRICT | 30040476 | Sewer, Water | | | $ 17 |
| POTOMAC EDISON | 110081054261 | Electricity | | | $ 2,272 |
| PPL ELECTRIC UTILITIES | 8138081006 \| 5668922008 \| 8082114018 \| 8122114003 \| 8162114014 \| 8182114001 \| 3441079002 | Electricity | | | $ 7,970 |
| PPL ELECTRIC UTILITIES CORP | 6463059016 \| 7453790001 \| 9274070002 \| 4025014022 \| 5345021020 \| 5811028033 | Electricity | | | $ 2,116 |
| PRAIRIE ROAD WATER DISTRICT | 030050000 | Water | | | $ 301 |
| PROVIDENCE WATER | 810030 \| 811716 | Water | | | $ 117 |
| PSE&G CO | 6590904405 \| 6661093609 \| 6629983300 \| 6768413902 \| 6768414704 \| 6855126502 \| 6881834403 \| 7143949418 \| 6701439802 \| 6744798103 | Electricity, Gas | | | $ 9,817 |
| PSEGLI | 00883001463 \| 05937000718 \| 05937007259 | Electricity | | | $ 2,134 |
| PUBLIC SERVICE CO OF OKLAHOMA | 95167990100 | Electricity | | | $ 513 |
| PUGET SOUND ENERGY | 200009337433 \| 200002367429 | Gas | | | $ 175 |
| PWSD NO 9 | 000562 | Water | | | $ 14 |
| RAMBONE DISPOSAL SERVICE INC | Unknown | Waste | | | $ 436 |
| READING MUNICIPAL LIGHT DEPT | 524864124864 \| 524865124865 | Electricity | | | $ 1,343 |
| REGION OF PEEL | 2713010000 | Sewer, Water, Storm Water | | | $ 1,396 |
| RELIANT | 189476682 | Electricity | | | $ 642 |
| REPUBLIC SERVICES | Unknown | Waste | | | $ 1,418 |

| Utility Provider | Account Number(s) (if known) | Service(s) | Utility Deposit Amount | Surety Bond Amount | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| RG&E | 20013069305 \| 20015023177 | Gas, Electricity | | | $ 2,025 |
| RHODE ISLAND ENERGY | 4057406027 \| 6850835000 \| 3889393027 \| 6473476001 \| 7719775002 | Electricity, Gas | | | $ 4,821 |
| RINGCENTRAL INC | Unknown | Telecom | | | $ 89,575 |
| RIO GRANDE ELEC COOP INC | 202590000 | Electricity | | | $ 237 |
| ROANOKE GAS CO | 00774315 | Gas | | | $ 41 |
| ROCKY MTN POWER | 25121531005 \| 14714421006 \| 60609151003 \| 25791326001 \| 25791326002 \| 41116636001 | Electricity, Sewer | | | $ 6,908 |
| ROGER'S WIRELESS | Unknown | Telecom | | | $ 4,861 |
| SACRAMENTO COUNTY UTILTIES | 50000381439 | Sewer, Storm Water | | | $ 284 |
| SALT LAKE CITY PUBLIC UTILITES | W1708058 \| W1708066 | Electricity, Water, Sewer, Storm Water | | | $ 908 |
| SAN ANTONIO WATER SYSTEM | 000333166033316700001 | Sewer, Water, Storm Water | | | $ 241 |
| SAN DIEGO GAS & ELECTRIC | 006495314957 \| 009468712619 \| 007786582140 \| 009809785536 | Electricity | $ 6,324 | | $ - |
| SAN GABRIEL VALLEY WATER CO | 12105600512 \| 12902000802 | Water | | | $ 251 |
| SAN JOSE WATER COMPANY | 19214901928 \| 33176810548 \| 51626722998 | Water | | | $ 1,382 |
| SANDY TOWNSHIP MUNICIPAL AUTHORITY | Unknown | Water | | | $ 15 |
| SASK ENERGY | 26038000001 \| 96985000007 | Gas | | | $ 1,090 |
| SASK POWER | 500002788114 \| 500002672144 | Electricity | | | $ 837 |
| SELCO | 228653 | Electricity | | | $ 855 |
| SEMCO ENERGY GAS CO | 0188837502 | Gas | | | $ 935 |
| SEMO ELECTRIC COOP | 11637401 | Electricity | | | $ 378 |
| SEWERAGE & WTR BD NEW ORLEANS | 197475440999 | Waste, Water | | | $ 44 |
| SIOUX FALLS UTILITIES | 50744120000237655 | Water, Sewer | | | $ 65 |
| SMASH MY TRASH | Unknown | Waste | | | $ 2,864 |
| SMASH MY TRASH FOOTHILLS | Unknown | Waste | | | $ 297 |
| SMASH MY TRASH OMAHA | Unknown | Waste | | | $ 326 |
| SMASH MY TRASH SAN DIEGO | Unknown | Waste | | | $ 203 |
| SMASHACHUSETTS LLC | Unknown | Waste | | | $ 625 |
| SMUD | 3326057 | Electricity | | | $ 886 |
| SOCALGAS | 04657787216 | Gas | | | $ 1,470 |
| SOLEX | Unknown | Telecom | | | $ 249 |
| SOUTH ADAMS CO WTR & SAN DIST | 60401000 \| 60401100 | Sewer, Water | | | $ 321 |
| SOUTH BEND MUNICIPAL UTILITIES | 102508300 \| 141252300 | Water, Storm Water, Sewer | | | $ 495 |
| SOUTHERN CALIFORNIA EDISON | 700110251153 \| 700493121974 \| 700398976808 \| 700745341071 \| 700010441890 \| 700150183629 \| 700552008381 \| 700596086363 \| 700292541334 \| 700006083964 \| 700010746937 \| 700015003722 \| 700623486035 \| 700625657320 \| 700026832567 \| 700034544067 | Electricity | | $ 185,000 | $ - |
| SOUTHINGTON BOARD WATER COMM | 10996100 \| FP10996101 | Water | | | $ 44 |
| SOUTHWEST GAS | 910000366125 \| 910001709929 \| 910000117139 | Gas | | | $ 341 |
| SOUTHWEST TENNESSEE EMC | 211958111568 \| 211959111569 | Electricity | | | $ 330 |
| SOUTHWESTERN ELECTRIC POWER | 96820485710 \| 96890563024 \| 96128080007 \| 96587380005 \| 96271761106 | Electricity | $ 483 | | $ 646 |
| SPECTROTEL | Unknown | Telecom | | | $ 201 |
| SPIRE | 7415552222 \| 4752151111 \| 5632032222 \| 1242020000 \| 2242020000 | Gas | $ 200 | | $ 4,097 |
| SPRINGDALE WATER UTILITIES | 210065000 | Sewer, Water | | | $ 14 |
| SPRINT | Unknown | Telecom | | | $ 1,268 |
| SRP | 454600005 \| 800400004 \| 863010005 \| 711600006 | Electricity | | | $ 4,478 |
| SRT | Unknown | Telecom | | | $ 48 |
| SUBURBAN NATURAL GAS CO | 004124801 | Gas | | | $ 229 |
| SUFFOLK COUNTY WATER AUTHORITY | 3000043442 | Water | | | $ 22 |
| SUMMIT UTILITIES ARKANSAS INC | 210100256296 | Gas | | | $ 369 |

| Utility Provider | Account Number(s) (if known) | Service(s) | Utility Deposit Amount | Surety Bond Amount | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| TAMPA ELECTRIC | 211002139866 \| 211002210097 | Electricity | | | $ 1,126 |
| TAYLOR WASTE SERVICES, INC. | Unknown | Waste | | | $ 310 |
| TAYLOR-MONTGOMERY, LLC | Unknown | Waste | | | $ 2,097 |
| TDS TELECOM | Unknown | Telecom | | | $ 8 |
| THE GAS CO | 04521068249 \| 18591498003 \| 15530716156 \| 14114083836 \| 17268970013 \| 06311640004 | Gas | | | $ 394 |
| THE ILLUMINATING CO | 110022862392 \| 110022862533 | Electricity | | | $ 4,234 |
| THE REGIONAL MUNIE OF DURHAM | 2014900000 | Sewer, Water | | | $ 154 |
| THERMO FLUIDS INC. | Unknown | Waste | | | $ 727 |
| TIME WARNER CABLE INC. | Unknown | Telecom | | | $ 465 |
| TMOBILE | Unknown | Telecom | | | $ 115 |
| TOLEDO EDISON | 110018230760 \| 110018929320 \| 110043469508 | Electricity | | | $ 1,281 |
| TOLEDO EDISON CO | 110020285273 | Electricity | | | $ 1,658 |
| TOMAH WATER & SEWER | 285100 | Sewer, Water | | | $ 54 |
| TOMBIGBEE ELECTRIC POWER ASSN | 202184102080 | Electricity | | | $ 229 |
| TOWN OF BABYLON | 004537 | Waste | | | $ 411 |
| TOWN OF BETHLEHEM | 1963119630 \| 4323119320 | Water, Sewer | | | $ 115 |
| TOWN OF BILLERICA | 15010639 \| 15010640 \| 88841250001 \| 88841250002 \| 88841260001 | Water | | | $ 24 |
| TOWN OF DEWITT WATER DISTRICT | 31300887600 \| 41300911500 \| 31300541200 \| 31300541300 | Water | | | $ 20 |
| TOWN OF EVANSVILLE | 1200006205 | Water, Waste, Sewer | | | $ 88 |
| TOWN OF FAIRFIELD | 1113 | Sewer | | | $ 32 |
| TOWN OF HENRIETTA | 300460 | Sewer | | | $ 4 |
| TOWN OF MEDLEY WATER DEPT | 005222000 | Sewer, Water | | | $ 126 |
| TOWN OF NORTH READING | 0348300 \| 0348310 | Water | | | $ 401 |
| TOWN OF SHREWSBURY | 35006469 | Water, Storm Water | | | $ 298 |
| TOWN OF SOUTHINGTON | 10996100 | Sewer | | | $ 21 |
| TOWN OF TONAWANDA | 20700100001 \| 20700200001 | Sewer, Water | | | $ 143 |
| TOWN OF WILLISTON | 0002600789 | Water, Sewer, Storm Water | | | $ 88 |
| TRENTON WATER WORKS | 7215477300 \| 7215507301 | Water | | | $ 302 |
| TRUCKEE MEADOWS WATER AUTH | 143179300 \| 182695300 \| 169798300 | Water | | | $ 144 |
| TUCSON ELECTRIC POWER COMPANY | 5278274011 \| 5655874011 \| 5655912011 \| 6033474011 | Electricity | | | $ 609 |
| TUCSON RECYCLING & WASTE SERVICES, LLC. | Unknown | Waste | | | $ 34 |
| TUPELO WATER & LIGHT | 221001120446 | Water, Sewer | | | $ 13 |
| UGI UTILITIES INC | 411003005138 \| 411003005450 \| 411002499472 \| 411002499761 \| 411005265292 \| 411005265458 \| 411005265599 \| 411000919208 \| 411000919992 \| 411000920206 \| 411000920651 \| 411000920834 | Gas | | | $ 1,649 |
| UMATILLA ELECTRIC COOP | 6002839001 | Electricity | | | $ 76 |
| UNITED POWER INC | 8004901 \| 8083701 | Electricity | | | $ 1,411 |
| UNS ELECTRIC INC | 8905500000 \| 6757810000 | Electricity | | | $ 244 |
| UNS GAS INC | 0839950000 | Gas | | | $ 144 |
| US CELLULAR | Unknown | Telecom | | | $ 141 |
| UTILITY BILLING SERVICES | 200588820 \| 201076080 | Water, Sewer, Waste | | | $ 777 |
| VENTURA WATER | 14386300 | Water, Sewer | | | $ 45 |
| VERIZON | Unknown | Telecom | | | $ 4,246 |
| VERIZON BUSINESS | Unknown | Telecom | | | $ 3,153 |
| VERIZON COMMUNICATIONS INC. | Unknown | Telecom | | | $ 462 |
| VERIZON PENNSYLVANIA INC | Unknown | Telecom | | | $ 263 |
| VERIZON WIRELESS | Unknown | Telecom | | | $ 77,780 |
| VGS | 335786 | Gas | | | $ 76 |

| Utility Provider | Account Number(s) (if known) | Service(s) | Utility Deposit Amount | Surety Bond Amount | Proposed Adequate Assurance |
|---|---|---|---|---|---|
| VILLAGE OF MAYBROOK | 5330 \| 5340 \| 8670 | Sewer, Water | | | $ 429 |
| VILLAGE OF MCCOOK | 000000097000 | Water, Sewer | | | $ 146 |
| VILLAGE OF MONTGOMERY | 1000175100 | Sewer, Water | | | $ 53 |
| VILLAGE OF SAUK VILLAGE | 8702000000 | Sewer, Water | | | $ 2,313 |
| VILLAGE OF WHEELING | 510206110000 \| 510206110300 \| 510206110400 \| 510206110600 \| 510206100000 | Storm Water, Sewer, Water | | | $ 885 |
| WARREN COUNTY WATER DISTRICT | 0945070041756 | Water | | | $ 17 |
| WARREN RURAL ELECTRIC COOP COR | 400374001 | Electricity | | | $ 203 |
| WASHINGTON GAS | 220001120462 | Gas | | | $ 76 |
| WASTE CONNECTIONS OF CANADA INC. | Unknown | Waste | | | $ 156 |
| WASTE CONNECTIONS OF FLORIDA | Unknown | Waste | | | $ 706 |
| WASTE CONNECTIONS OF TN INC | Unknown | Waste | | | $ 492 |
| WASTE HARMONICS | Unknown | Waste | | | $ 71,980 |
| WASTE MANAGEMENT | Unknown | Waste | | | $ 728 |
| WASTE MANAGEMENT NATIONAL SERVICES INC | Unknown | Waste | | | $ 148,103 |
| WASTE MANAGEMENT OF CANADA CORPORATION | Unknown | Waste | | | $ 3,704 |
| WASTE MGMT OF NEW YORK | Unknown | Waste | | | $ 63 |
| WATER DIST NO 1 OF JOHNSN CNTY | 400101318835 \| 400101318877 \| 400101318952 \| 400101318911 | Water | | | $ 1,325 |
| WATERTOWN MUNICIPAL UTILITIES | 0060001133500 | Water, Gas, Sewer, Electricity | | | $ 221 |
| WATSON WATER COMPANY INC | 107937 | Water | | | $ 284 |
| WBRP GAS & WATER SYSTEMS | 0406280000001 | Water | | | $ 675 |
| WE ENERGIES | 070928852700001 \| 070226974700001 \| 071837969600001 \| 071837969600002 \| 070248255100001 \| 070465161400001 \| 071404201100001 | Gas, Electricity | | | $ 6,844 |
| WEST VALLEY WATER DISTRICT | 0302628200 \| 0302628400 \| 0302628600 | Water, Sewer | | | $ 962 |
| WEST VIEW WATER AUTHORITY | 316001046000001 | Water | | | $ 15 |
| WEST VIRGINIA AMERICAN WATER | 1028220011211710 | Water | | | $ 100 |
| WESTERN VIRGINIA WTR AUTH | 112458526166 | Water, Sewer | | | $ 68 |
| WINDSTREAM CORPORATION | Unknown | Telecom | | | $ 7,779 |
| WISCONSIN PUBLIC SERVICE CORP | 041383553200001 \| 040588659100002 | Electricity, Gas | | | $ 1,859 |
| WOW BUSINESS | Unknown | Telecom | | | $ 55 |
| WSSC | 0197730000 \| 1929330000 | Water, Sewer | | | $ 203 |
| WVC UTILITY BILLING | 5461 | Electricity, Sewer, Storm Water | | | $ 1,162 |
| XCEL ENERGY | 5300107412823 \| 5319664716 \| 5311247726 \| 5259502044 \| 5100128339612 \| 5166334272 \| 5166932754 \| 5142814820 \| 5144636895 \| 5308118905 \| 5329373395 \| 5311425255 | Gas, Electricity | | | $ 13,679 |
| ZIPLY FIBER | Unknown | Telecom | | | $ 435 |