**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellow Corporation, *et al.* | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | Joint Administration Pending |
| | ) | |

**ENTRY OF APPEARANCE, REQUEST FOR A MATRIX ENTRY AND REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

PLEASE TAKE NOTICE that the undersigned appears in this case as counsel for the International Brotherhood of Teamsters, Teamsters National Automobile Transportation Industry Negotiating Committee, the International Brotherhood of Teamsters, its affiliated Local Unions and their members. We request that all notices required to be given or required to be served in this case, including but not limited to notices, applications, motions, petitions, orders, pleadings, complaints or demands, whether transmitted or conveyed by mail delivery, telephone, telex, or conveyed by mail delivery, be given to and served upon the undersigned at the addresses and telephone numbers set forth below.

Frederick Perillo, Esquire
Jill M. Hartley, Esquire
Emma M. Woods, Esquire
The Previant Law Firm, S.C.
310 W Wisconsin Ave., Suite 100MW
Milwaukee, WI 53203
T: (414)-271-4500
F: (414) 271-6308
fp@previant.com
jh@previant.com
emw@previant.com

-And-

Susan E. Kaufman, Esquire
Law Offices of Susan E. Kaufman, LLC
919 North Market Street, Suite 460
Wilmington, DE 19801
T: (302)-472-7420
F: (302)-792-7420
skaufman@skaufmanlaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to 11 U.S.C. §1109(b) the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion , petition, pleading, request, complaint, disclosure document of any kind, conference, hearing or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile, or otherwise, which affect or seek to affect in any way the rights or interests of the Teamsters.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), the Teamsters requests that its attorneys be provided with copies of any disclosure statements and plans of reorganization.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC
*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB#3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
T: (302)-472-7420
F: (302)-792-7420
skaufman@skaufmanlaw.com

Dated: August 7, 2023