**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>IMPAC MORTGAGE HOLDINGS, INC., *et al.*, [1]<br><br>                    Debtors. | Chapter 11<br><br>Case No. 26-10593 (CTG)<br><br>(Joint Administration Requested) |

**<u>NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS</u>**

**PLEASE TAKE NOTICE** that Lowenstein Sandler LLP and Morris, Nichols, Arsht & Tunnell LLP hereby appear in the above-captioned cases as counsel to Hildene re SPC, Ltd., acting for and on behalf of the account of SP 1 ("<u>Hildene</u>"), pursuant to section 1109(b) of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of Bankruptcy Procedure (as amended, the "<u>Bankruptcy Rules</u>"), and rule 2002-1(d) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, and request that copies of any and all notices and papers filed or entered in these cases be given to and served upon the following:

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are: Impac Mortgage Holdings, Inc. (5505); Impac Funding Corporation (4495); Impac Mortgage Corp. (3937); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Warehouse Lending, Inc. (0541); Impac Warehouse Lending Group, Inc. (3488); and Synergy Capital Mortgage Corp. (9071). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

**LOWENSTEIN SANDLER LLP**
Daniel B. Besikof (*pro hac vice pending*)
Lindsay H. Sklar (*pro hac vice pending*)
Brittany M. Clark (*pro hac vice pending*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
dbesikof@lowenstein.com
lsklar@lowenstein.com
bclark@lowenstein.com

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
Curtis S. Miller
Hashim E. Elwazir
Alexis L. Sullivan
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
cmiller@morrisnichols.com
helwazir@morrisnichols.com
asullivan@morrisnichols.com

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, email or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in these cases, with respect to (a) the debtors in the above-captioned cases (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced, (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest, or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use, or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended and shall not be deemed to waive the rights of Hildene (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or

judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which Hildene is or may be entitled under agreements, in law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.  For the avoidance of doubt, filing this notice is not intended as, and shall not be, Hildene's consent to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is determined that the Court cannot enter final orders or judgments consistent with Article III of the United States Constitution, absent consent of Hildene, as applicable.

*[Signature Page Follows]*

Dated: April 27, 2026
      Wilmington, Delaware

**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**

*/s/ Alexis L. Sullivan*
Curtis S. Miller (No. 4583)
Hashim E. Elwazir (No. 7574)
Alexis L. Sullivan (No. 7668)
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 658-9200
Facsimile: (302) 658-3989
Email: cmiller@morrisnichols.com
      helwazir@morrisnichols.com
      asullivan@morrisnichols.com

*- and -*

**LOWENSTEIN SANDLER LLP**
Daniel B. Besikof (*pro hac vice pending*)
Lindsay H. Sklar (*pro hac vice pending*)
Brittany M. Clark (*pro hac vice pending*)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 262-6700
Facsimile: (212) 262-7402
Email: dbesikof@lowenstein.com
      lsklar@lowenstein.com
      bclark@lowenstein.com

*Counsel to Hildene re SPC, Ltd., acting for and on behalf of the account of SP 1*