**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Joint Administration Requested) |
|  | **Related Docket No. 16** |
|  | **Hearing Date: August 9, 2023, at 3:00 p.m. (ET)** |

**NOTICE OF HEARING[2] ON MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND (B) UTILIZE CASH COLLATERAL, (II) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) MODIFYING THE AUTOMATIC STAY, (IV) AUTHORIZING THE DEBTORS TO USE UST CASH COLLATERAL, (V) GRANTING ADEQUATE PROTECTION, (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on August 7, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Authorizing the Debtors to Use UST Cash Collateral, (V) Granting Adequate Protection, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* [Docket No. 16] (the "DIP Financing Motion").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

[2] The hearing will be conducted entirely via Zoom videoconference. You may register to monitor or appear at the hearing by following this link: https://debuscourts.zoomgov.com/meeting/register/vJIsc-mhrzIjE-bzoH-5SpctbVpSxEZEe3s.

**PLEASE TAKE FURTHER NOTICE** that the Debtors have attached to the DIP Financing Motion: (a) the proposed *Interim Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (the "Proposed Interim DIP Order"); and (b) the proposed *Interim UST Cash Collateral and Adequate Protection Order (I) Authorizing the Debtors to (A) Use UST Cash Collateral and All Other Prepetition UST Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, (IV) Scheduling a Final Hearing, and (V) Granting Related Relief* (the "Proposed Interim UST Cash Collateral Order", and together with the Proposed Interim DIP Order, the "Proposed Interim Orders"). A copy of the Proposed Interim DIP Order is attached hereto as **Exhibit A** and the Proposed Interim UST Cash Collateral Order is attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to seek interim approval of the DIP Financing Motion and entry of the Proposed Interim Orders in substantially the forms attached hereto at a hearing conducted entirely via Zoom video conference (the "Interim Hearing") before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware (the "Court"), located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801, on **August 9, 2023 at 3:00 p.m. (prevailing Eastern Time)**. A copy of the DIP Financing Motion may be obtained for a fee through the Court's website at www.deb.uscourts.gov, referencing Case No. 23-11069 (CTG), or a copy may be obtained for free by accessing the Debtors' restructuring website at https://dm.epiq11.com/YellowCorporation.

**PLEASE TAKE FURTHER NOTICE** that, after the Interim Hearing, the Debtors will serve upon you a complete copy of: (a) the DIP Financing Motion; (b) any Interim Orders entered by the Court at the Interim Hearing; and (c) notice of the final hearing on the DIP Financing Motion.

*[Remainder of Page Intentionally Left Blank]*

**PLEASE TAKE FURTHER NOTICE** that the Debtors reserve the right to modify, if necessary, the Proposed Interim Orders before or at the Interim Hearing.

Dated:  August 7, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (*pro hac vice* pending) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (*pro hac vice* pending) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (*pro hac vice* pending) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone:  (212) 446-4800 |
| Telephone:  (302) 652-4100 | Facsimile:  (212) 446-4900 |
| Facsimile:  (302) 652-4400 | Email:  patrick.nash@kirkland.com |
| Email:  ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |

Allyson B. Smith (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  allyson.smith@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*