## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| | ) | (Joint Administration Pending) |
| Debtors. | ) | |

### NOTICE OF APPEARANCE AND
### DEMAND FOR SERVICE OF NOTICES AND PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel hereby enters his appearance for

the (i) Central Pennsylvania Teamsters Pension Fund, (ii) Central Pennsylvania Teamsters Health

and Welfare Fund; and (iii) Teamsters 710 Pension and Health and Welfare Funds (collectively

"Funds"), in the above-captioned cases and demand, pursuant to Rules 2002, 9007 and 9010(b) of

the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Sections 1109(b) and

342 of Title 11 of the United States Code, as amended, that all notices given in the above-captioned

cases and all papers served or required to be served in the above-captioned cases be given to and

served upon the undersigned attorneys, at the addresses set forth below:

> GELLERT SCALI BUSENKELL & BROWN, LLC
> Michael Busenkell, Esq.
> 1201 North Orange Street, Suite 300
> Wilmington, Delaware 19801
> Telephone (302) 425-5812
> Facsimile  (302) 425-5814
> mbusenkell@gsbblaw.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request includes not only

notices and papers referred to in the Bankruptcy Code or Bankruptcy Rules, but also includes,

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

without limitation, orders and notices of any applications, motions, orders, demands, hearings, requests or petitions, answering or reply papers, memoranda and briefs in support of any of the foregoing, and any other document brought before this Court with respect to the Bankruptcy Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, hand delivery, telephone, facsimile, telex, e-mail or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance nor any subsequent appearance, pleading, claim or suit is intended or shall be deemed to waive Funds' (i) right to have final orders in non-core matters entered only after *de novo* review by a higher court; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Funds are or may be entitled under agreements, at law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

Dated: August 8, 2023
     Wilmington, Delaware

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
1201 North Orange Street, Suite 300
Wilmington, Delaware 19801
Telephone (302) 425-5812
Facsimile  (302) 425-5814
mbusenkell@gsbblaw.com

*Attorneys for (i) Central Pennsylvania
Teamsters Pension Fund, (ii) Central
Pennsylvania Teamsters Health and Welfare
Fund; and (iii) Teamsters 710 Pension and
Health and Welfare Funds*

**<u>CERTIFICATE OF SERVICE</u>**

I, Michael Busenkell, Esq., hereby certify that on August 8, 2023, I caused a true and correct copy of the foregoing *Notice of Appearance and Demand for Service of Notices and Papers* to be electronically filed and served through the Court's CM/ECF system which will send notification that such filing is available for viewing and downloading to all registered participants.

Dated: August 8, 2023                    */s/ Michael Busenkell*
                                        Michael Busenkell (DE 3933)