# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Joint Administration Requested) |

### ENTRY OF APPEARANCE AND REQUEST FOR
### SERVICE OF PAPERS OF PRIME ALLIANCE BANK

**PLEASE TAKE NOTICE** that Reed Smith LLP ("Reed Smith") hereby enters its appearance pursuant to section 1109(b) of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), on behalf of Prime Alliance Bank, Inc. ("PAB"). Pursuant to Rules 2002, 9007 and 9010(b) of the Federal Rules of Bankruptcy Procedure and 1109(b) of the Bankruptcy Code, Reed Smith requests that it be added to the service lists in the above-captioned chapter 11 bankruptcy cases (these "Cases") and that copies of all notices, motions, pleadings and other papers filed or served in these Cases be served upon it at the following address:

Mark W. Eckard, Esquire
**REED SMITH LLP**
1201 North Market Street, Suite 1500
Wilmington, DE  19801
Telephone:  302-778-7500
Facsimile:  302-778-7575
Email:  meckard@reedsmith.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

- 1 -

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007, and 9010(b), but also includes, without limitation, any plan of reorganization and objections thereto, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, requests or petitions, disclosure statements, answering or reply papers, memoranda and briefs in support of any of the aforementioned documents, and any other documents brought before this Court with respect to these Cases, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, email, delivery, telephone, telegraph, facsimile, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this *Entry of Appearance* nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to be a submission to the Bankruptcy Court's jurisdiction or a waiver of PAB's rights (i) to have final orders in non-core matters entered only after *de novo* review by a District Court judge; (ii) to trial by jury in any proceeding so triable in these Cases or any case, controversy, or proceeding related to these Cases; (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (iv) to any other rights, claims, actions, setoffs, or recoupments to which PAB is or may be entitled under any agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

[*continued on following page*]

Dated: August 8, 2023
      Wilmington, Delaware

Respectfully submitted,

**REED SMITH LLP**

By: *Mark W. Eckard*
Mark W. Eckard (No. 4542)
REED SMITH LLP
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: 302.778.7500
Facsimile: 302.778.7575
E-mail: meckard@reedsmith.com

*Attorneys for Prime Alliance Bank, Inc.*