**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Yellow Corporation, *et al.,* | Case No. 23-11069 (CTG) |
| Debtors. | (Joint Administration Requested) |

**ENTRY OF APPEARANCE AND REQUEST FOR
<u>NOTICES AND SERVICE OF PAPERS</u>**

PLEASE TAKE NOTICE that Bielli & Klauder, LLC and Fox Swibel Levin & Carroll LLP hereby enter their appearance pursuant to Bankruptcy Rules 2002 and 9007 and 11 U.S.C. § 102(1) and all other applicable law as counsel of record for Old Republic Insurance Company in the above-referenced case; and hereby request that copies of all notices and pleading given or filed in this case be given and served upon the following:

| | |
|---|---|
| David M. Klauder, Esquire<br>Melissa M. Hartlipp, Esquire<br>**BIELLI & KLAUDER, LLC**<br>1204 N. King Street<br>Wilmington, DE 19801<br>Phone: (302) 803-4600<br>dklauder@bk-legal.com<br>mhartlipp@bk-legal.com | Margaret M. Anderson, Esquire<br>Ryan T. Schultz, Esquire<br>Kenneth M. Thomas, Esquire<br>**FOX SWIBEL LEVIN & CARROLL LLP**<br>200 W. Madison Street, Suite 3000<br>Chicago, Illinois 60606<br>Phone: (312) 224-1200<br>panderson@foxswibel.com<br>rschultz@foxswibel.com<br>kthomas@foxswibel.com |

PLEASE TAKE FURTHER NOTICE that the foregoing request includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise filed or made with regard to the above- referenced case and all proceedings therein.

Dated: August 8, 2023          **BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
Melissa M. Hartlipp, Esquire (No. 7063)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
dklauder@bk-legal.com
mhartlipp@bk-legal.com

and

**FOX SWIBEL LEVIN & CARROLL LLP**

*/s/ Margaret M. Anderson*
Margaret M. Anderson (*pro hac vice* pending)
Ryan T. Schultz (*pro hac vice* pending)
Kenneth M. Thomas (*pro hac vice* pending)
Fox, Swibel, Levin & Carroll LLP
200 W. Madison Suite 3000
Chicago, IL 60606
Phone: (312) 224-1200
panderson@foxswibel.com
rschultz@foxswibel.com
kthomas@foxswibel.com

*Attorneys for Old Republic Insurance Company*