**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | |
| IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1] | Case No. 26-10593 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF FILING OF PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE** that on April 26, 2026, Impac Mortgage Holdings, Inc. and certain of its subsidiaries, the debtors and debtors in possession in the above-captioned cases (collectively, the "Debtors") filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 in the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that on April 27, 2026, the Debtors filed their *Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof* [Docket No. 13] (as may be amended, supplemented or otherwise modified from time to time, the "Plan"), in connection with the *Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof* [Docket No. 9] (as may be amended, supplemented or otherwise modified from time to time, the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE** that on April 29, 2026, the Court entered an *Order Granting Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (III) Approving the Prepetition Solicitation Procedures, (IV) Approving the Notice of Commencement & Confirmation Hearing Notice, and Finding Notice Sufficient, (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases, (VI) Waiving the Requirement of Filing Schedules, Statements of Financial Affairs, Rule 2015.3 Reports and Section 341 Meeting of Creditors, and (VII) Granting Related Relief* [Docket No. 73] (the "Solicitation Procedures Order").

---

[1]   The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

**PLEASE TAKE FURTHER NOTICE** that as contemplated by the Plan and the Solicitation Procedures Order, the Debtors hereby file the Plan Supplement, consisting of the following documents, each as may be amended, modified, or supplemented from time to time by the Debtors in accordance with the Plan:

- **EXHIBIT A**: Schedule of Assumed Executory Contracts[2]
- **EXHIBIT B**: Tax Preservation Rights Plan
- **EXHIBIT C**: Amended Certificates and Bylaws
- **EXHIBIT D**: Management Incentive Plan
- **EXHIBIT E**: Identities of the Initial Board of Directors of the Reorganized Debtors
- **EXHIBIT F**: Identity of Plan Administrator

**PLEASE TAKE FURTHER NOTICE** that the hearing at which the Court will consider the adequacy of the Disclosure Statement and confirmation of the Plan, any objections to any of the foregoing, and any other matter that may properly come before the Court, will be held before the Honorable Craig T. Goldblatt, at 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, on **May 28, 2026 at 2:00 p.m. (prevailing Eastern Time)** (the "Confirmation Hearing"). The Confirmation Hearing may be adjourned from time to time without further notice other than an announcement of the adjourned date or dates at the Confirmation Hearing and will be available on the electronic case filing docket and the Claims Agent's website at https://www.veritaglobal.net/ImpacMortgage.

---

[2]   In accordance with § 9.1 of the Plan, the Debtors reserve the right to alter, modify, or supplement the Schedule of Assumed Executory Contracts at any time through and including 30 days after the Effective Date of the Plan.

Dated: May 14, 2026

**PACHULSKI STANG ZIEHL & JONES LLP**

_s/ Laura Davis Jones_
Laura Davis Jones (DE Bar No. 2436)
David M. Bertenthal
Timothy Cairns (DE Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19899
Telephone: (302) 652-4100
Email:  ljones@pszjlaw.com
            debertenthal@pszjlaw.com
            tcairns@pszjlaw.com

-and-

**DENTONS US LLP**
Tania M. Moyron (admitted _pro hac vice_)
Van C. Durrer, II (DE Bar No. 3827)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Tel: (213) 623-9300
Email:  tania.moyron@dentons.com
            van.durrer@dentons.com

-and-

John D. Beck (admitted _pro hac vice_)
1221 Avenue of the Americas
New York, NY 10020-1089
Tel: (212) 768-6700
Email:  john.beck@dentons.com

_Proposed Counsel for Debtors and Debtors in Possession_