# EXHIBIT "E"

# Identities of the Initial Board of Directors of the Reorganized

## **<u>EXHIBIT E</u>**

Identities of the Initial Board of Directors of the Reorganized Debtors

Impac Mortgage Holdings, Inc.
- Justin Gregory
- Dushyant Mehra
- Michael McSherry

Copperfield Financial, LLC (Member-managed)
- Member is Impac Mortgage Holdings, Inc.

Copperfield Capital Corporation
- Justin Gregory
- Dushyant Mehra
- Michael McSherry

Impac Funding Corporation
- Justin Gregory
- Dushyant Mehra
- Michael McSherry

Impac Commercial Capital Corporation
- Justin Gregory
- Dushyant Mehra
- Michael McSherry

Impac Secured Assets Corp.
- Justin Gregory
- Dushyant Mehra
- Michael McSherry

IMH Assets Corp.
- Justin Gregory
- Dushyant Mehra
- Michael McSherry

Integrated Real Estate Service Corp.
- Justin Gregory
- Dushyant Mehra
- Michael McSherry

Impac Mortgage Corp.
- Justin Gregory
- Dushyant Mehra
- Michael McSherry

Impac Warehouse Lending, Inc.
- Justin Gregory
- Dushyant Mehra
- Michael McSherry

Synergy Capital Mortgage Corp.
- Justin Gregory
- Dushyant Mehra
- Michael McSherry

Impac Warehouse Lending Group, Inc.
- Justin Gregory
- Dushyant Mehra
- Michael McSherry