# EXHIBIT "F"

# Identity of Plan Administrator

Identity of Plan Administrator

- Reorganized Impac Mortgage Holdings, Inc.