# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br><br>IMPAC MORTGAGE HOLDINGS, INC., *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 26-10593 (CTG)<br><br>(Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED
ON MAY 28, 2026 AT 2:00 P.M.(PREVAILING EASTERN TIME) BEFORE
THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES
BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH
MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE**

> **This proceeding will be conducted in person.  Please refer to Judge Goldblatt's Chambers Procedures  (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourtappearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.  Registration is required by one-hour prior to] the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**UNCONTESTED MATTER:**

1.  Application of the Debtors, Pursuant to § 327(a) of the Bankruptcy Code, Rule 2014 of the Federal Rules of Bankruptcy Procedure, and Local Rule 2014-1, for Authorization to Employ and Retain Dentons US LLP as Counsel for the Debtors and Debtors in Possession, Effective as of the Petition Date [Filed: 5/1/26] (Docket No. 96)

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's federal tax identification number, are:  Impac Mortgage Holdings, Inc. (5505); Copperfield Financial, LLC (7513); Copperfield Capital Corporation (4920); Impac Funding Corporation (4495); Impac Commercial Capital Corporation (0090); Impac Secured Assets Corp. (5871); IMH Assets Corp. (5301); Integrated Real Estate Service Corp. (2263); Impac Mortgage Corp. (3937); Impac Warehouse Lending, Inc. (0541); Synergy Capital Mortgage Corp. (9071); and Impac Warehouse Lending Group, Inc. (3488). The Debtors' mailing address is 19800 MacArthur Blvd., Suite 500, Irvine, CA 92612.

Response Deadline:  May 15, 2026, at 4:00 p.m. (ET)

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:   None as of the date of this Notice of Agenda.

Status:  This matter will go forward.

**CONFIRMATION HEARING:**

2.      Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof [Filed: 4/27/26] (Docket No. 13)

Response Deadline:  May 21, 2026, at 4:00 p.m. (ET) *(extended until 5/23/26 at 4:00 p.m. (ET) for the Securities and Exchange Commission) (extended until 5/26/26 at 12:00 p.m. (ET) for the US Attorney)*

Responses Received:  None as of the date of this Notice of Agenda.

Reply Deadline:  May 26, 2026, at 4:00 p.m. (ET)

Replies Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.      Disclosure Statement for the Joint Prepackaged Chapter 11 Plan of Reorganization of Impac Mortgage Holdings, Inc. and Affiliates Thereof [Filed: 4/27/26] (Docket No. 9)

B.      [Signed] Order Granting Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply Deadlines and Related Procedures, (III) Approving the Prepetition Solicitation Procedures, (IV) Approving the Notice of Commencement & Confirmation Hearing Notice, and Finding Notice Sufficient, (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases, (VI) Waiving the Requirement of Filing Schedules, Statements of Financial Affairs, Rule 2015.3 Reports and Section 341 Meeting of Creditors, and (VII) Granting Related Relief [Filed: 4/29/26] (Docket No. 73)

C.      Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Case, (II) Combined Hearing on the Disclosure Statement, Confirmation of the Prepackaged Joint Chapter 11 Plan, and Related Matters, and (III) Objection Deadline [Filed: 4/29/26] (Docket No. 75)

D.      Notice of Entry of Order Granting Debtors' Motion for Entry of an Order (I) Scheduling a Combined Disclosure Statement Approval and Plan Confirmation Hearing, (II) Establishing Plan and Disclosure Statement Objection and Reply

Deadlines and Related Procedures, (III) Approving the Prepetition Solicitation Procedures, (IV) Approving the Notice of Commencement & Confirmation Hearing Notice, and Finding Notice Sufficient, (V) Approving Notice and Objection Procedures for the Assumption of Executory Contracts and Unexpired Leases, (VI) Waiving the Requirement of Filing Schedules, Statements of Financial Affairs, Rule 2015.3 Reports and Section 341 Meeting of Creditors, and (VII) Granting Related Relief [Filed: 4/29/26] (Docket No. 86)

E.     Notice of Filing Plan Supplement [Filed: 5/14/26] (Docket No. 104)

F.     Affidavit of Publication of the Notice of (I) Commencement of Prepackaged Chapter 11 Bankruptcy Case, (II) Combined Hearing on the Disclosure Statement, Confirmation of the Prepackaged Joint Chapter 11 Plan, and Related Matters, and (III) Objection Deadline [Filed: 5/19/26] (Docket No. 113)

G.     Declaration of Balloting Agent Providing Voting and Opt-in Results [Filed: TBD] (Docket No. TBD)

H.     Brief in Support of Confirmation of Plan [Filed: TBD] (Docket No. TBD)

Status: This matter will go forward.  The Debtors will seek final approval of the Disclosure Statement and confirmation of the Plan.

Dated:  May 26, 2026                           **PACHULSKI STANG ZIEHL & JONES LLP**

                                               */s/ Laura Davis Jones*
                                               Laura Davis Jones (DE Bar No. 2436)
                                               David M. Bertenthal
                                               Timothy Cairns (DE Bar No. 4228)
                                               919 North Market Street, 17th Floor
                                               Wilmington, DE 19899
                                               Tel:      (302) 652-4100
                                               Email:   ljones@pszjlaw.com
                                                        debertenthal@pszjlaw.com
                                                        tcairns@pszjlaw.com

                                               - and -

3

**DENTONS US LLP**

Tania M. Moyron (admitted *pro hac vice*)
Van C. Durrer, II (DE Bar No. 3827)
601 S. Figueroa Street #2500
Los Angeles, CA 90017
Tel:     (213) 623-9300
Email:  tania.moyron@dentons.com
          van.durrer@dentons.com

John D. Beck (admitted *pro hac vice*)
Geoffrey M. Miller (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, NY 10020
Tel:     (212) 768-6700
Email:  john.beck@dentons.com
          geoffrey.miller@dentons.com

*Counsel for Debtors and Debtors in Possession*

4

4925-3828-9837.1 40173.00001