# **EXHIBIT 1**

DOCS_DE:244154.1 96859/001

**Yellow Corp and Subsidiaries**
**Cash Flow Forecast**
*For Week Ending 8/11*
($ 000s)

| Week Ending<br>*Act./Fct.* | 8/11/2023<br>*Fct.* |
|---|---:|
| **Total Receipts** | **$ 30,000** |
| **Operating Disbursements** | |
| *Payroll & Related* | $ 7,615 |
| *Other Opex* | 3,129 |
| **Total Operating Disbursements** | **$ 10,744** |
| Professional Fees Reserve[1] | - |
| Accrued Pre-Petition Wages[2] | 8,450 |
| Prepetition Vendors & Taxes | 500 |
| **Total Restructuring** | **$ 8,950** |
| Interest and Adequate Protection | $ - |
| **Total Disbursements** | **$ 19,694** |
| **Total Net Cash Flow** | **$ 10,306** |
| (+/-) ABL Paydown (80% of receipts) | (24,000) |
| **Total Net Cash Flow Including ABL Paydown** | **$ (13,694)** |
| ***Unrestricted US and Canada Cash Rollforward[3]*** | |
| Beginning Cash Balance | $ 38,855 |
| (-) ABL Paydown (80% of receipts) | (24,000) |
| (-) ABL Paydown (One-Time) | (16,500) |
| (+/-) Net Cash Flow | 10,306 |
| (+) DIP TL Proceeds | - |
| **Ending Cash Balance** | **$ 8,661** |
| *Net ABL Exposure[4]* | *$ 235,383* |
| *Restricted Cash* | *131,949* |

***Notes:***
*(1) Assumes all professional fees are funded into a reserve as incurred*
*(2) Prepetition salaries for ongoing employees and other benefits are included in operating disbursements*
*(3) Includes approximately CAD $1.9 million (translated at $0.749) and USD $0.4 million held by the Canadian debtors*
*(4) Ending ABL Exposure equal to 102% of outstanding letters of credit net of restricted cash*