## Exhibit 1

## Cash Management Systems Schematic



# YELLOW Corporation
## US Cash Schematic

**PNC Bank**
7094
ABL Receivables Accounts
Receivables / Lockbox Account

**PNC Bank**
2947
PNC Concentration Account
Concentration Account

**Bank Of America**
2291
USA Concentration Collection
Receivables / Lockbox Account

**JPMorgan Chase Bank N.A.**
2835
USA Equipment Proceeds
Accounts

**JPMorgan Chase Bank N.A.**
9583, 9567, 3310, 1713
ABL Receivables Accounts
Receivable Accounts

**BNY Mellon**
6663
USA BNY Mellon Operating
Operating Account

**JPMorgan Chase Bank N.A.**
0830
USA Concentration Account
Concentration Account

**BNY Mellon**
6671, 6698
USA Equipment Proceeds
Receivables / Equipment Account

**JPMorgan Chase Bank N.A.**
7613
YRC Freight Disbursement
Concentration Account

**JPMorgan Chase Bank N.A.**
5497, 2227
ABL Receivables Accounts
Receivable Accounts

**Citizens Bank N.A**
8727, 8638
USA Investment Account
Money Market Account

**US Bank N.A.**
5676
USA Payroll Accounts
Disbursement / Payroll Account

**Citizens Bank N.A**
9308, 8700
ABL Cash Collateral Account

**Citizens Bank N.A**
8719
Citizen Concentration Account

**JPMorgan Chase Bank N.A.**
4193
USA Disbursement
Concentration Account

**Secondary Accounts**
Wells Fargo 6130, 9838; PNC 0640
UMB 1046; JPM Unknown
BNY Mellon 8400, 8400

**Citizens Bank N.A**
8689, 8417
USA Liability Accounts
Disbursement / Payable Account

**JPMorgan Chase Bank N.A.**
4201, 4250, 4599, 4623, 4268
USA O&M Accounts
Operating Account

**JPMorgan Chase Bank N.A.**
4219
USA Government Account
Governmental Accounts

### Legend

| BNY Mellon | Citizens Bank N.A | Bank Of America | Zero Balance |
| Secondary Accounts | US Bank N.A. | 3rd Party Receivables | |
| JPMorgan Chase Bank | PNC Bank | 3rd Party Disb. | |

Manual Transfer

ZBA in place

MAKING GLOBAL COMMERCE WORK, BY CONNECTING PEOPLE, PLACES AND INFORMATION.

# YELLOW Corporation
# Canada Cash Schematic



**JPMorgan Chase Bank CA**
1101 (CAD)
Canada Collection Accounts
Receivables Account

**JPMorgan Chase Bank CA**
8704 (CAD)
YRC Freight Canada Lockboxes
Lockbox Account

**JPMorgan Chase Bank CA**
1210 (USD)
Canada Collection Accounts
Receivables Account

**JPMorgan Chase Bank CA**
8705 (USD)
YRC Freight Canada Lockboxes
Lockbox Account

**Bank of Nova Scotia**
4510 (CAD)
YRCF Canada Concentration
Receivables / Operating Account

**Bank of Nova Scotia**
3512 (CAD)
YRCF Canada O&M Accounts
Disbursement Account

**JPMorgan Chase Bank N.A.**
0830
USA Concentration Account
Concentration Account

**Bank of Nova Scotia**
8114 (USD)
YRCF Canada O&M Accounts
Disbursement Account

**Bank of Nova Scotia**
2910 (CAD)
Canada Payroll Account
Disbursement / Payroll Account

**Wells Fargo**
3456
Canada Brokerage Account

**Bank of Nova Scotia**
7914
YRCF Canada O&M Accounts
Disbursement Account

**Bank of Nova Scotia**
5214 (CAD)
Yellow Canada Disbursement
Disbursement Account

**Bank of Nova Scotia**
5311 (CAD)
Canada Payroll Account
Disbursement / Payroll Account

**Canada O&M Accounts**
BNS – 5117
TD – 0714
O&M Accounts

## Legend

| | | |
|---|---|---|
| JPMorgan Chase Canada | **Bank of Nova Scotia** | **3rd Party Receivables** |
| JPMorgan Chase Bank US | Wells Fargo | **3rd Party Disb.** |
| **O&M Accounts** | Zero Balance | **3rd Party Disb.** |

→ Manual Transfer

⇢ ZBA in place

# YELLOW Corporation
## Non-Debtor Affiliate Cash Schematic



**[NDE] Bancomer**
5883
Mexico Bank Accounts
Receivables / Property Account

**[NDE] JPMorgan Netherlands**
6641, 6633
Reimer Holdings Bank Accounts
Payable Account

**[NDE] Bancomer**
0138
Mexico Bank Accounts
Concentration Account

**[NDE] Bank of Bermuda**
-501
OPK Bank Accounts
Disbursement / Insurance Account

**[NDE] Bancomer**
9423, 9991, 0708
Mexico Bank Accounts
Operating Account



**Legend**

| | | |
|---|---|---|
| Bancomer | **3rd Party Receivables** | Manual Transfer |
| **Bank of Bermuda** | **Zero Balance** | ZBA in place |
| **JPMorgan Netherland** | **3rd Party Disb.** | **[NDE]** = Non Debtor Entity |

MAKING GLOBAL COMMERCE WORK, BY CONNECTING PEOPLE, PLACES AND INFORMATION.