## Schedule 1

## Initial Budget

**Yellow Corp and Subsidiaries**
Cash Flow Forecast
*For Week Ending 8/11*

($ 000s)

| Week Ending<br>Act./Fct. | 8/11/2023<br>Fct. |
|---|---:|
| **Total Receipts** | $ 30,000 |
| *Operating Disbursements* | |
| Payroll & Related | $ 7,615 |
| Other Opex | 3,129 |
| **Total Operating Disbursements** | $ 10,744 |
| Professional Fees Reserve[1] | - |
| Accrued Pre-Petition Wages[2] | 8,450 |
| Prepetition Vendors & Taxes | 500 |
| **Total Restructuring** | $ 8,950 |
| Interest and Adequate Protection | $ - |
| **Total Disbursements** | $ 19,694 |
| **Total Net Cash Flow** | $ 10,306 |
| (+/-) ABL Paydown (80% of receipts) | (24,000) |
| **Total Net Cash Flow Including ABL Paydown** | $ (13,694) |
| **Unrestricted US and Canada Cash Rollforward**[3] | |
| Beginning Cash Balance | $ 38,855 |
| (-) ABL Paydown (80% of receipts) | (24,000) |
| (-) ABL Paydown (One-Time) | (16,500) |
| (+/-) Net Cash Flow | 10,306 |
| (+) DIP TL Proceeds | - |
| **Ending Cash Balance** | $ 8,661 |
| Net ABL Exposure[4] | $ 235,383 |
| Restricted Cash | 131,949 |

**Notes:**
(1) Assumes all professional fees are funded into a reserve as incurred
(2) Prepetition salaries for ongoing employees and other benefits are included in operating disbursements
(3) Includes approximately CAD $1.9 million (translated at $0.749) and USD $0.4 million held by the Canadian debtors
(4) Ending ABL Exposure equal to 102% of outstanding letters of credit net of restricted cash