## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*, [1] ) | Case No. 23-11069 (CTG) |
| ) | Joint Administration Pending |
| Debtors. ) | |
| ) | |

### NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

TO:    Clerk of the Court; Office of the U.S. Trustee; All Parties in Interest;

**PLEASE TAKE NOTICE** that the undersigned appears in this case as counsel for Creditor, James Charles Howard, in the above-captioned proceeding, and pursuant to Federal Rule of Bankruptcy Procedure 2002 and 11 U.S.C. §§ 102(1), 342 and 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all papers served in this proceeding be given to and served upon the undersigned at the office and address set forth below:

LIPSON NEILSON PC
Michael D. Lieberman (MI Bar No. P38529)
3910 Telegraph Road, Suite 200
Bloomfield Hills, MI 48302
Telephone: (248) 593-5000
Email:  MLieberman@lipsonneilson.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing request not only includes notices and papers referred to in Federal Rule of Civil Procedure 2002, but also includes, without limitation, all notices required to be given or required to be served in this case including, but not limited to, orders, notices, applications, motions, petitions, pleadings, requests, complaint

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

complaints and adversary complaints, or demands, whether formal or informal, whether written or oral, and whether transmitted or conveyed by hand delivery, mail, telephone, telex, or otherwise which affects the Debtor or property of the Debtor.

PLEASE TAKE FURTHER NOTICE that, pursuant to Federal Rule of Bankruptcy Procedure 3017(a), Creditor, James Charles Howard requests that its attorneys be provided with copies of any disclosure statements and plans of reorganization or liquidation.

                Respectfully submitted,

                LIPSON NEILSON, PC

                /s/  Michael D. Lieberman
                Michael D. Lieberman (MI Bar No. P38529)
                Counsel for Creditor, James Charles Howard
                3910 Telegraph Road, Suite 200
                Bloomfield Hills, MI  48302
                (248) 593-5000
                MLieberman@lipsonneilson.com

Dated: August 10, 2023

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re: ) <br> ) <br> YELLOW CORPORATION, *et al.*, ) <br> ) <br> Debtors. ) <br> ) | Chapter 11 <br> Case No. 23-11069 (CTG) <br> Joint Administration Pending |

**CERTIFICATE OF SERVICE**

    Michael D. Lieberman, certifies that on August 10, 2023, he electronically filed Creditor, James Charles Howard's *Notice of Appearance and Request for Service of Papers* as well as this *Certificate of Service,* using the ECF system which will send electronic service notification of such filing to all counsel registered electronically.

    Respectfully submitted,

    LIPSON NEILSON, PC

    /s/ Michael D. Lieberman
    Michael D. Lieberman (MI Bar No. P38529)
    Counsel for Creditor, James Charles Howard
    3910 Telegraph Road, Suite 200
    Bloomfield Hills, MI 48302
    (248) 593-5000
    MLieberman@lipsonneilson.com

Dated: August 10, 2023