## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Joint Administered) |

### AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON AUGUST 15, 2023 AT 1:00 P.M. (PREVAILING EASTERN TIME)

---

**THIS HEARING WILL BE CONDUCTED IN-PERSON.**

**All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.**

**Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Goldblatt.**

**All participants over Zoom must register in advance.**
**Please register by August 14, 2023, at 4:00 p.m. (EST).**

**Registration Link:**

**https://debuscourts.zoomgov.com/meeting/register/vJItc-qvrD0qHR1QGHq1p7DvtjiAUXc95AA**

**THIS HEARING WILL TAKE PLACE IN**
**COURTROOM NO. 2 ON THE 6TH FLOOR**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

[2] **The agenda has been amended to reflect that the hearing will take place at 824 North Market Street, 6th Floor, Courtroom No. 2, Wilmington, Delaware 19801.**

**MATTER GOING FORWARD:**

1. Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Authorizing the Debtors to Use UST Cash Collateral, (V) Granting Adequate Protection, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed 8/7/2023, Docket No. 16]

    Response Deadline: Responses can be made before or at the hearing.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    A. Declaration of Brian Whittman, Managing Director of Alvarez & Marsal North America, LLC, In Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Authorizing the Debtors to Use UST Cash Collateral, (V) Granting Adequate Protection, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed 8/7/2023, Docket No. 17]

    B. Declaration of Cody Leung Kaldenberg, Founding Member and Partner at Ducera Partners, In Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Authorizing the Debtors to Use UST Cash Collateral, (V) Granting Adequate Protection, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed 8/7/2023, Docket No. 18]

    C. [Signed] Interim Order (I) Authorizing the Debtors to (A) Use Cash Collateral, and (B) Grant Liens and Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed 8/10/2023, Docket No. 181]

    Status: This matter is currently scheduled to go forward as an in-person hearing. To the extent the Debtors negotiate a consensual interim DIP financing order, the Debtors will submit such order under certification of counsel in advance of the hearing for the Court's consideration. If the order is approved by the Court, the hearing may be cancelled.

Dated:  August 11, 2023
Wilmington, Delaware

| | |
|---|---|
| */s/ Laura Davis Jones* | |
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (*pro hac vice* pending) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (*pro hac vice* pending) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (*pro hac vice* pending) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone:   (212) 446-4800 |
| Telephone:   (302) 652-4100 | Facsimile:    (212) 446-4900 |
| Facsimile:    (302) 652-4400 | Email:           patrick.nash@kirkland.com |
| Email:           ljones@pszjlaw.com |                       david.seligman@kirkland.com |
|                       tcairns@pszjlaw.com |                       whitney.fogelberg@kirkland.com |
|                       pkeane@pszjlaw.com | |
|                       ecorma@pszjlaw.com | -and- |
| | |
| | Allyson B. Smith (*pro hac vice* pending) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:   (212) 446-4800 |
| | Facsimile:    (212) 446-4900 |
| | Email:           allyson.smith@kirkland.com |
| | |
| | *Proposed Co-Counsel for the Debtors and Debtors in Possession* |

DOCS_DE:244192.2 96859/001