**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Joint Administered) |
| | **Re: Docket No. 215** |

**SECOND AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON AUGUST 17, 2023 AT 1:00 P.M. (EST)**

**PLEASE NOTE: THE HEARING HAS BEEN ADJOURNED FROM AUGUST 15, 2023 AT 1:00 P.M. (EST) TO AUGUST 17, 2023 AT 1:00 P.M. (EST).**

**THIS HEARING WILL BE CONDUCTED IN-PERSON.**

**All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom.**

**Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Goldblatt.**

**All participants over Zoom must register in advance.**
**Please register by August 16, 2023, at 4:00 p.m. (EST).**

**Registration Link:**

**https://debuscourts.zoomgov.com/meeting/register/vJItc-qvrD0qHR1QGHq1p7DvtjiAUXc95AA**

**THIS HEARING WILL TAKE PLACE IN COURTROOM NO. 2 ON THE 6TH FLOOR**

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

[2]   **The agenda has been amended to reflect that the hearing has been adjourned from August 15, 2023 at 1:00 p.m. (EST) to August 17, 2023 at 1:00 p.m. (EST).**

**MATTER GOING FORWARD:**

1.      Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Authorizing the Debtors to Use UST Cash Collateral, (V) Granting Adequate Protection, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed 8/7/2023, Docket No. 16]

Response Deadline:  Responses can be made before or at the hearing.

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.      Declaration of Brian Whittman, Managing Director of Alvarez & Marsal North America, LLC, In Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Authorizing the Debtors to Use UST Cash Collateral, (V) Granting Adequate Protection, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed 8/7/2023, Docket No. 17]

B.      Declaration of Cody Leung Kaldenberg, Founding Member and Partner at Ducera Partners, In Support of the Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Authorizing the Debtors to Use UST Cash Collateral, (V) Granting Adequate Protection, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief [Filed 8/7/2023, Docket No. 18]

C.      [Signed] Interim Order (I) Authorizing the Debtors to (A) Use Cash Collateral, and (B) Grant Liens and Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief [Filed 8/10/2023, Docket No. 181]

Status:  This matter is currently scheduled to go forward as an in-person hearing.  To the extent the Debtors negotiate a consensual interim DIP financing order, the Debtors will submit such order under certification of counsel in advance of the hearing for the Court's consideration.  If the order is approved by the Court, the hearing may be cancelled.  **This matter has been adjourned from August 15, 2023 at 1:00 p.m. (EST) to August 17, 2023 at 1:00 p.m. (EST).**

Dated:  August 14, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:      (302) 652-4100
Facsimile:      (302) 652-4400
Email:          ljones@pszjlaw.com
                tcairns@pszjlaw.com
                pkeane@pszjlaw.com
                ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
David Seligman, P.C. (admitted *pro hac vice*)
Whitney Fogelberg (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          patrick.nash@kirkland.com
                david.seligman@kirkland.com
                whitney.fogelberg@kirkland.com

-and-

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          allyson.smith@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

3