# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
|  | ) ) | (Jointly Administered) |
| Debtors. | ) ) ) |  |

## NOTICE OF DEPOSITION OF
## CODY KALDENBERG OF DUCERA PARTNERS LLC

**PLEASE TAKE NOTICE** that, in accordance with Rule 30 of the Federal Rules of Civil Procedure, made applicable to this proceeding by Rules 7030 and 9014 of the Federal Rules of Bankruptcy Procedure, and Rule 7030-1 of the Local Rules for the United States Bankruptcy Court for the District of Delaware, on August 16, 2023, commencing at 3:00 p.m., by Zoom, or at such other time and place as may be agreed to among counsel, Citadel Credit Master Fund LLC ("Citadel"), by and through its undersigned counsel, will take the oral deposition of Cody Kaldenberg of Ducera Partners LLC before an officer authorized to administer oaths, to be recorded by stenographic means.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Dated: August 15, 2023
      Wilmington, Delaware

                **GRAYROBINSON, P.A**

By: */S/ Jeffrey Schlerf*
    Jeffrey Schlerf (No. 3047)
    1007 North Orange St., 4th Floor #127
    Wilmington, DE 19801
    Phone: 302.509.4634
    E-mail: jeffrey.schlerf@gray-robinson.com

**WHITE & CASE LLP**

Scott Greissman (admitted *pro hac vice*)
Elizabeth Feld (admitted *pro hac vice*)
Andrew Zatz (admitted *pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020-1095
Telephone: (212) 819-8200
Email: sgreissman@whitecase.com
       efeld@whitecase.com
       azatz@whitecase.com

and

Jason N. Zakia (admitted *pro hac vice*)
111 South Wacker Drive, Suite 5100
Chicago, Illinois 60606
Telephone: (312) 881-5400
Email: jzakia@whitecase.com

*Counsel to Citadel*