**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Pacifica of the Valley Corporation, [1]<br><br>Debtor. | Chapter 11<br><br>Case No. 26-11060 (TMH) |

# CERTIFICATE OF SERVICE

I, Tran K. Le, depose and say that I am employed by Kurtzman Carson Consultants LLC dba Verita Global ("Verita"), the claims and noticing agent for the Debtor in the above-captioned case.

On October 16, 2026, at my direction and under my supervision, employees of Verita caused to be served the following document via Electronic Mail upon the service list attached hereto as **Exhibit A**; and via First Class Mail upon the service list attached hereto as **Exhibit B**:

- **Second Staffing Report of Berkeley Research Group, LLC for Compensation for Services Rendered During the Period from August 1, 2026 Through August 31, 2026** [Docket No. 252]

Dated: October 21, 2026

*/s/ Tran K. Le*
Tran K. Le
Verita
222 N. Pacific Coast Highway, 3rd Floor
El Segundo, CA 90245
Tel 310.823.9000

[1] The Debtor in this Chapter 11 Case, along with the last four digits of the Debtor's federal tax identification number, is 7312. The Debtor's mailing address is 9449 San Fernando Road, Sun Valley, CA 91352.

# Exhibit A

**Exhibit A**
**Core/2002 Service List**
**Served via Electronic Mail**

| Description | CreditorName | CreditorNoticeName | Email |
|---|---|---|---|
| Counsel to Local Initiative Health Authority for Los Angeles County | Ashby & Geddes, P.A. | Ricardo Palacio | rpalacio@ashbygeddes.com |
| Counsel to Landlord and Reliq Pacifica LLC and Beverly Gemini Investments, LLC | Buchalter LLP | Mary H. Rose | mrose@buchalter.com |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | attorney.general@state.de.us; attorney.general@delaware.gov |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | dosdoc_bankruptcy@state.de.us |
| DE State Treasury | Delaware State Treasury | | statetreasurer@state.de.us |
| Counsel to Local Initiative Health Authority for Los Angeles County | Hogan Lovells Cadwalader US LLP | Erin Brady, Esq., Edward McNeilly, Esq. | erin.brady@hlc.com; edward.mcneilly@hlc.com |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Ice Miller LLP | Christopher M. Samis, Aaron H. Stulman, Andrew C. Ehrmann | christopher.samis@icemiller.com; aaron.stulman@icemiller.com; andrew.ehrmann@icemiller.com |
| IRS | Internal Revenue Service | Attn Susanne Larson | SBSE.Insolvency.Balt@irs.gov |
| LA Care | L.A. Care Health Plan | Martha Santana-Chin, CEO | MSantana-Chin@lacare.org; AHaydel@lacare.org |
| Counsel to Reliq Pacifica LLC and Beverly Gemini Investments, LLC | Landis Rath & Cobb LLP | Matthew R. Pierce, Esq. | pierce@lrclaw.com |
| Counsel to Axios Capital Solutions, LLC | Law Office of Michael Eskander, PLC | Michael Eskander, Esq. | michael@eskanderlaw.com |
| Committee of Unsecured Creditors | McKesson Medical-Surgical, Inc. | Stephanie Hampton | Stephanie.Hampton@McKesson.com |
| Counsel for Cerritos Gardens General Hospital Company | Nixon Peabody LLP | Louis J. Cisz, III | lcisz@nixonpeabody.com |
| US Trustee for District of DE | Office of the United States Trustee Delaware | Hannah J McCollum | hannah.mccollum@usdoj.gov |
| Counsel to Axios Capital Solutions, LLC | Raines Feldman Littrell LLP | Carollynn H.G. Callari, Esquire | ccallari@raineslaw.com |
| Counsel to Axios Capital Solutions, LLC | Raines Feldman Littrell LLP | Hamid R. Rafatjoo, Esquire | HRafatjoo@RainesLaw.com |
| Counsel to Axios Capital Solutions, LLC | Raines Feldman Littrell LLP | Thomas J. Francella, Jr., Mark W. Eckard | tfrancella@raineslaw.com; meckard@raineslaw.com |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | bankruptcynoticeschr@sec.gov; nyrobankruptcy@sec.gov |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | philadelphia@sec.gov |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | SECBankruptcy-OGC-ADO@SEC.GOV; secbankruptcy@sec.gov |
| Committee of Unsecured Creditors | SEIU United Healthcare Workers-West | Kimberly Benzie | kbenzie@seiu-uhw.org |
| Committee of Unsecured Creditors | SERRA Community Medical Clinic d/b/a SERRA Medical Group | Senthil Durairaj | durairaj@serramedicalclinic.com |
| Top 30 Creditor, Committee of Unsecured Creditors | Sierra Health Group LLC | Rosanna Dovgala | rdovgala@sierrahealth.net |
| Proposed Counsel for the Official Committee of Unsecured Creditors | Sills Cummis & Gross P.C. | Andrew H. Sherman, Esq., Boris I. Mankovetskiy, Esq. | asherman@sillscummis.com; bmankovetskiy@sillscummis.com |
| Counsel for Cerritos Gardens General Hospital Company | Slovak Baron Empey Murphy & Pinkney LLP | Robert L. Patterson | patterson@sbemp.com |
| Committee of Unsecured Creditors | Sun Valley Emergency Physicians, P.C. | Dr. Andrew Kassinove | akassinove@apollomd.com |
| Counsel to McKesson Medical Surgical, Inc. | The Powell Firm, LLC | Jason C. Powell, Esquire, Thomas J. Reichert, Esquire | jpowell@delawarefirm.com; treichert@delawarefirm.com |
| US Attorney for District of Delaware | US Attorney for District of Delaware | Alexander E. Schmidt | usade.ecfbankruptcy@usdoj.gov; Alexander.Schmidt@usdoj.gov |

# Exhibit B

**Exhibit B**
**Core/2002 Service List**
**Served via First Class Mail**

| Description | CreditorName | CreditorNoticeName | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|---|---|
| Counsel to Landlord and Reliq Pacifica LLC and Beverly Gemini Investments, LLC | Buchalter LLP | Mary H. Rose | 1000 Wilshire Boulevard, Suite 1500 | | | Los Angeles | CA | 90017-1730 |
| California Attorney General | California Attorney General | Attn Bankruptcy Department | 1300 I St., Ste. 1740 | | | Sacramento | CA | 95814-2919 |
| Delaware State AG and DOJ | Delaware Dept of Justice | Attorney General | Attn Bankruptcy Department | Carvel State Building | 820 N French St | Wilmington | DE | 19801 |
| DE Secretary of State | Delaware Secretary of State | Division of Corporations | Franchise Tax | PO Box 898 | | Dover | DE | 19903 |
| DE State Treasury | Delaware State Treasury | | 820 Silver Lake Blvd, Suite 100 | | | Dover | DE | 19904 |
| Counsel to Local Initiative Health Authority for Los Angeles County | Hogan Lovells Cadwalader US LLP | Erin Brady, Esq., Edward McNeilly, Esq. | 1999 Avenue of the Stars | Suite 1400 | | Los Angeles | CA | 90067 |
| IRS | Internal Revenue Service | Attn Susanne Larson | 31 Hopkins Plz Rm 1150 | | | Baltimore | MD | 21201 |
| IRS | Internal Revenue Service | Centralized Insolvency Operation | PO Box 7346 | | | Philadelphia | PA | 19101-7346 |
| LA Care | L.A. Care Health Plan | Martha Santana-Chin, CEO | Augustavia J. Haydel, General Counsel | 1200 West 7th Street | | Los Angeles | CA | 90017 |
| Counsel to Axios Capital Solutions, LLC | Law Office of Michael Eskander, PLC | Michael Eskander, Esq. | 1921 S. Alma School Rd., #310 | | | Mesa | AZ | 85210 |
| Committee of Unsecured Creditors | McKesson Medical-Surgical, Inc. | Stephanie Hampton | 6555 N. State Highway 161 | | | Irving | TX | 75039 |
| Counsel to Axios Capital Solutions, LLC | Raines Feldman Littrell LLP | Hamid R. Rafatjoo, Esquire | 4675 MacArthur Ct., Suite 1550 | | | Newport Beach | CA | 92660 |
| Landlord | Reliq Pacifica, LLC | | 825 S. Barrington Avenue | | | Los Angeles | CA | 90049 |
| SEC Regional Office | Securities & Exchange Commission | NY Regional Office | Regional Director | 100 Pearl St, Suite 20-100 | | New York | NY | 10004-2616 |
| SEC Regional Office | Securities & Exchange Commission | PA Regional Office | Regional Director | One Penn Center | 1617 JFK Boulevard, Ste 520 | Philadelphia | PA | 19103 |
| SEC Headquarters | Securities & Exchange Commission | Secretary of the Treasury | 100 F St NE | | | Washington | DC | 20549 |
| Committee of Unsecured Creditors | SEIU United Healthcare Workers-West | Kimberly Benzie | 560 Thomas L. Berkley Way | | | Oakland | CA | 94612-1602 |
| Committee of Unsecured Creditors | SERRA Community Medical Clinic d/b/a SERRA Medical Group | Senthil Durairaj | 9375 San Fernando Road | | | Sun Valley | CA | 91352 |
| Top 30 Creditor, Committee of Unsecured Creditors | Sierra Health Group LLC | Rosanna Dovgala | 440 Frankling Street, Suite 300 | | | Bloomfield | NJ | 07003 |
| Committee of Unsecured Creditors | Sun Valley Emergency Physicians, P.C. | Dr. Andrew Kassinove | 5665 New Northside Drive | Suite 200 | | Sandy Springs | GA | 30328 |
| Counsel to McKesson Medical Surgical, Inc. | The Powell Firm, LLC | Jason C. Powell, Esquire, Thomas J. Reichert, Esquire | 1813 N. Franklin Street | P.O. Box 289 | | Wilmington | DE | 19899 |