**UNITED STATES DEPARTMENT OF JUSTICE**
**OFFICE OF THE UNITED STATES TRUSTEE**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| Yellow Corporation, *et al.,* | : | Case No. 23-11069 (CTG) |
| | : | |
| | : | |
| | : | NOTICE OF APPOINTMENT OF |
| Debtors. | : | COMMITTEE OF UNSECURED |
| --------------------------------- | : | CREDITORS |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Committee of Unsecured Creditors in connection with the above captioned cases:

1. **BNSF Railway**, Attn: Jill Rugema, 2500 Lou Menk Drive, Forth Worth, TX, Phone: 817-352-2359, Email: jill.rugema@bnsf.com

2. **Michelin North America, Inc.**, Attn: Brian Gutbrod, One Parkway South, Greenville, SC 29615, Phone: 864-458-5000, Email: brian.gutbrod@michelin.com

3. **Daimler Trucks, N.A,** Attn: Kirstin Abel, 4555 North Channel Ave., Portland, OR 97217, Phone: 503-745-9040, Email: kirstin.abel@daimlertruck.com

4. **RFT Logistics LLC**, Attn: Chris Mejia, 14439 NW Military Hwy, Ste 108-607, San Antonio, TX  78231, Phone 512-999-1979, Email: chris.mejia@rftlogistics.com

5. **Pension Benefit Guaranty Corporation,**  445 12th St. S.W., Washington, DC 20024, Attn: Sven V. Serspinski and Donika Hristova, Phone: 202-229-3516, Email: Serspinski.Sven@pbgc.gov; Hristova.Donika@pbgc.gov

6. **International Brotherhood of Teamsters**, Attn: Fred Zuckerman, 25 Louisiana Avenue, N.W., Washington, DC 20001, Phone: 202-628-6800, Email: fzuckerman@teamster.org

7. **Central States, Southeast and Southwest Areas Pension Fund**, 8647 W. Higgins Road, Floor 8, Chicago, IL  60631, Phone 847-939-2478, Email: bberline@centralstatesfunds.org

8. **New York State Teamsters Pension and Health Funds**, Attn: Kenneth R. Stilwell, P.O. Box 4929, Syracuse, NY 13221-4928, Phone 315-455-4640, Email: krgstil@nytfund.org

9. **Mr. Armando Rivera**, c/o Raisner Roupinian LLP, 270 Madison Ave., Suite 1801, New York, NY 10016, Phone: 212-221-1747, Email: rsr@raisnerroupinian.com

ANDREW R. VARA
United States Trustee, Region 3

 /s/ *Jane Leamy and Richard Schepacarter* for
JOSEPH J. MCMAHON, JR.
ASSISTANT UNITED STATES TRUSTEE

DATED: August 16, 2023