## Exhibit C

**Insurance Policies**

**Insurance Policies**

| Type of Coverage | Insurance Carrier | Policy Number | Expiration Date |
|---|---|---|---|
| Excess Liability | Aegis London | B080121224U21 | 3/1/2024 |
| Punitive Wrap | Magna Carta - Aegis | MCPD20617330 | 3/1/2024 |
| Property | Travelers<br>Travelers of Canada | KTJ-CMB-1T61970-A-23 | 3/1/2024 |
| Excess Flood | RSUI Indemnity | NHD930526 | 3/1/2024 |
| Motor Carrier's Indemnity Insurance Policy | Old Republic Insurance Company | MWML18562 | 9/1/2023 |
| Canadian AL / GL | Old Republic Insurance Company of Canada | CMWML 18562 19 | 6/1/2024 |
| Excess Liability | Aegis London | NAMCA2301488 | 6/1/2026 |
| Punitive Wrap | Magna Carta - Aegis | B0713NAMCA2301493 | 6/1/2026 |
| Excess Liability | Allianz Global Corporate & Specialty | B0713NAMCA2001331 | 6/1/2026 |
| Punitive Wrap | Allianz Global Corporate & Specialty | B080120233U20 | 6/1/2026 |
| Excess Liability | Aegis London | B080121224U21 | 3/1/2024 |
| Punitive Wrap | Magna Carta - Aegis | MCPD20617330 | 3/1/2024 |
| Umbrella Liability | Chubb | XEU G71497513 005 | 6/1/2024 |
| Punitive Wrap | Chubb Bermuda Insurance, Ltd. | PD12428-001-A | 6/1/2024 |
| Excess Liability | Berkshire International | 92SRD307240 | 6/1/2024 |
| Punitive Wrap | Berkshire International | 1221238 | 6/1/2024 |
| Excess Liability | Vantage Risk Ltd | P02XC0000019010 | 6/1/2024 |
| Excess Liability | Arcadian | ARCGL120462023 | 6/1/2024 |
| Excess Liability | Axis Surplus Insurance Company | P-001-001165984-01 | 6/1/2024 |
| Punitive Wrap | Axis Bermuda Puni-Wrap | 1148440123EC | 6/1/2024 |
| Excess Liability | Berkshire International | 92SRD307241 | 6/1/2024 |

| Type of Coverage | Insurance Carrier | Policy Number | Expiration Date |
|---|---|---|---|
| Punitive Wrap | Berkshire International | 1221240 | 6/1/2024 |
| Excess Liability | Allied World Assurance Company, LTD (AWAC) | C060318/004 | 6/1/2024 |
| Excess Liability | Westchester Surplus Insurance Company | G74350033 001 | 6/1/2024 |
| Punitive Wrap | Chubb Bermuda Insurance, Ltd. | PD12438-001-A | 6/1/2024 |
| Excess Liability | CNA | 7033962247 | 6/1/2024 |
| Punitive Wrap | North Rock / CNA | 702100314 | 6/1/2024 |
| Excess Liability | Great American Assurance Co. | EXC 4455921 | 6/1/2024 |
| Punitive Wrap | GAI Insurance Company, Ltd. | EXC 1494396 | 6/1/2024 |
| Excess Liability | Lex-London | 62785570 | 6/1/2024 |
| Punitive Wrap | Lex-London | 16135386 | 6/1/2024 |
| Excess Liability | Chubb Bermuda Insurance, Ltd. | YRCW-1020/BSF03 | 6/1/2024 |
| Excess Liability | Arch Reinsurance Ltd. | UFP0064909-03 | 6/1/2024 |
| Excess liability | Helix Underwriting Parnters Ltd | CASFO200019LO2023 | 6/1/2024 |
| Excess Liability | AXA XL | BM00039016LI23A | 6/1/2024 |
| Excess Liability | Sompo (Endurance) | EXC10000006814 | 6/1/2024 |
| Excess Liability | Berkshire International | 92SRD307242 | 6/1/2024 |
| Punitive Wrap | Berkshire International | 1221242 | 6/1/2024 |
| Insured States WC | Old Republic Ins. Co. | MWC 108894 59 | 9/1/2023 |
| Self Insured States WC - All Other | Chubb | C66934202, C66932412, C6693245A & C66932497 | 6/1/2024 |
| Primary Cargo Liability | Travelers | QT-660-7S98668A-TIL-23 | 6/1/2024 |
| Excess Cargo (Terminal & Truck) | Roanoke (Munich Re Syndicate) | | 6/1/2024 |
| International DIC | Chubb | PHF D38239818 006 | 4/30/2025 |

| Type of Coverage | Insurance Carrier | Policy Number | Expiration Date |
|---|---|---|---|
| Storage Tank Liability | AIG Specialty Insurance Company | ST 67167890 | 4/30/2024 |
| Pollution Legal Liability | Chubb | PPI G2784652A 005 | 9/11/2025 |
| Primary Cyber | Beazley Insurance Co. | W3024A220201 | 8/31/2023 |
| Excess Cyber | Aspen American Insurance Co | AY00J2L22 | 8/31/2023 |
| Excess Cyber | Resilience | 720000344-0001 | 8/31/2023 |
| Excess Cyber | Crum & Forester (RT Specialty) | CYB-104704 | 8/31/2023 |
| Excess Cyber | AXA XL | MTE904180202 | 8/31/2023 |
| Excess Cyber | Everest | CY5EX00488-221 | 8/31/2023 |
| Excess Cyber | Mosaic | PCY2345322AA | 8/31/2023 |
| Excess Cyber | RSUI (via RT Specialty) | LHZ798281 | 8/31/2023 |
| Excess Cyber | Canopious (via RT Specialty) | CYT27220083 | 8/31/2023 |
| Excess Cyber | Applied (via RT Specialty) | BFLCYETKS011200_020803_01 | 8/31/2023 |
| Excess Cyber | Emergin (via RT Specialty) | W3024A220201 | 8/31/2023 |
| Professional Liability (DFF) | Lloyd's of London | RIGRTL09220112 | 9/1/2023 |
| Shippers Interest (Domestic Freight Forwarding DFF - Customer Purchase) | Lloyd's of London | RIGCAR09220078 | 9/1/2023 |
| Cargo Liability - Excess Valuation (Consumer Generated) | ACE | N10700504 | 9/1/2023 |
| Primary D&O | Chubb | J05961403 | 10/15/2023 |
| 1st Excess D&O | Allianz US Risk US Insurance Company | USF01159222 | 10/15/2023 |
| 2nd Excess D&O | Beazley Insurance Co. | V29054220301 | 10/15/2023 |
| 3rd Excess D&O | Markel | MKLM6EL0008799 | 10/15/2023 |
| 4th Excess D&O | Old Republic Insurance Co | ORPRO 12 102800 | 10/15/2023 |
| 8th Excess - Side A DIC Primary | Berkshire Hathaway Specialty Insurance | 47-EPC-324928-01 | 10/15/2023 |

| Type of Coverage | Insurance Carrier | Policy Number | Expiration Date |
|---|---|---|---|
| 9th Excess Side A DIC | Sompo | ADX30002068801 | 10/15/2023 |
| 10th Excess Side A DIC | CNA | 652276604 | 10/15/2023 |
| 11th Excess Side A DIC | AXA XL | ELU186108-22 | 10/15/2023 |
| 11th Excess Side A DIC | AIG | 01-613-52-20 | 10/15/2023 |
| Primary Fiduciary | Allianz US Risk US Insurance Company | USF01159322 | 10/15/2023 |
| Excess Fiduciary | Chubb | DOX G71102385 001 | 10/15/2023 |
| Excess Fiduciary | Beazley Insurance Co. | V29019220701 | 10/15/2023 |
| Excess Fiduciary | Old Republic Insurance Co | ORPRO 14 100452 | 10/15/2023 |
| Excess Fiduciary | AIG | 01-615-93-03 | 10/15/2023 |
| Crime | Chubb | 8224-2361 | 10/15/2023 |
| Crime | AIG | 01-613-92-02 | 10/15/2023 |
| Crime | Axis Insurance Company | P-001-000440836-03 | 10/15/2023 |
| Primary EPL | Markel Bermuda | MKLB25GPL0004148 | 10/15/2023 |
| EPL Excess | Beazley Insurance Co. | V1621D220401 | 10/15/2023 |
| EPL Puni-Wrap Excess | Beazley | AR-V1621D220401 | 10/15/2023 |
| Employed Lawyers Prof. | AIG | 01-613-85-84 | 10/15/2023 |
| K&R | HCC | U720-85886 | 10/15/2023 |