# Exhibit D

## Surety Bonds

**Surety Bonds**

| Principal | Bond No. | Obligee | Nature of Bond | Expiration Date | Bond Amount |
|---|---|---|---|---|---|
| Liberty Mutual Group | 674218081 | State of Alabama, Department of Revenue | Performance, property broker, related toll, licensing, and permitting requirements | 12/31/2023 | $ 3,000.00 |
| Liberty Mutual Group | 674019265 | State of Alabama, Department of Revenue | Workers' Comp | 12/31/2023 | $ 300,000.00 |
| Protective | B-6250 | State of Alabama, Department of Revenue | Workers' Comp | | $ 400,000.00 |
| Protective | B-3091 | State of Alabama, Department of Revenue | Workers' Comp | | $ 250,000.00 |
| Liberty Mutual Group | 674020857 | The Industrial Commission of Arizona | Workers' Comp | 5/2/2024 | $ 100,000.00 |
| Protective | B-7042 | State of Arizona, Department of Revenue | Workers' Comp | | $ 415,429.00 |
| Protective | B-3092 | State of Arizona, Department of Revenue | Workers' Comp | | $ 100,000.00 |
| Arch Capital Group | SU1152238 | People of the State of California | Municipal | 5/10/2024 | $ 100,000.00 |
| Argo Group | SUR0016707 | Southern California Edison Company | Utility Obligation | 1/24/2024 | $ 185,000.00 |
| Chubb Group | K08990499 | State of California | Workers' Comp | 8/19/2023 | $ 88,626.00 |
| Chubb Group | K08805672 | State of California | Workers' Comp | 10/5/2023 | $ 681,155.00 |
| Intact Group | 800006663 | State of California, Department of Motor Vehicles | Performance, property broker, related toll, licensing, and permitting requirements | 3/1/2024 | $ 5,000.00 |
| Intact Group | 767-4266 | Canada Border Service Agency | Customs | 11/1/2023 | $ 25,000.00 |
| Intact Group | 800006667 | BestPass, Inc. | Performance, property broker, related toll, licensing, and permitting requirements | 3/28/2024 | $ 339,000.00 |
| Intact Group | 800006636 | United States of America | Performance, property broker, related toll, licensing, and permitting requirements | 5/20/2024 | $ 100,000.00 |
| Intact Group | 800006655 | Federal Motor Carrier Safety Administration | Performance, property broker, related toll, licensing, and permitting requirements | 10/1/2023 | $ 75,000.00 |
| Intact Group | 130517008 | Customs & Border Protection | Customs | 10/1/2023 | $ 200,000.00 |
| Intact Group | 767-4265 | Canada Border Service Agency | Customs | 11/1/2023 | $ 40,000.00 |
| Intact Group | 800006638 | United States of America | Performance, property broker, related toll, licensing, and permitting requirements | 5/20/2024 | $ 100,000.00 |
| Intact Group | 800006633 | United States of America | Performance, property broker, related toll, licensing, and permitting requirements | 5/20/2024 | $ 100,000.00 |
| Intact Group | 130517007 | Customs & Border Protection | Customs | 10/1/2023 | $ 50,000.00 |
| Intact Group | 800006660 | BestPass, Inc. | Performance, property broker, related toll, licensing, and permitting requirements | 12/8/2023 | $ 120,000.00 |
| Intact Group | 800006656 | Federal Motor Carrier Safety Administration | Performance, property broker, related toll, licensing, and permitting requirements | 10/1/2023 | $ 75,000.00 |
| Intact Group | 800006637 | United States of America | Performance, property broker, related toll, licensing, and permitting requirements | 5/20/2024 | $ 100,000.00 |
| Intact Group | 800006665 | Wayne County Department of Public Services | Performance, property broker, related toll, licensing, and permitting requirements | 9/8/2023 | $ 24,000.00 |
| Chubb Group | K08805799 | State of Colorado | Workers' Comp | 10/25/2023 | $ 300,000.00 |
| Intact Group | 800006648 | Pacific Gas and Electric | Utility Obligation | 7/25/2024 | $ 20,920.00 |
| Liberty Mutual Group | 674218068 | Executive Director, Department of Labor and Employment | Workers' Comp | 3/1/2024 | $ 500,000.00 |
| Liberty Mutual Group | 674020858 | State of Connecticut Workers' Compensation Commission | Workers' Comp | 5/2/2024 | $ 250,000.00 |
| Protective | B-6652 | State of Connecticut Workers' Compensation Commission | Workers' Comp | | $ 100,000.00 |
| Chubb Group | K08805969 | Delaware Dept of Labor, Office of Workers Compensation | Workers' Comp | 11/5/2023 | $ 750,000.00 |
| Chubb Group | K08806019 | Florida Self-Insurer's Guaranty Association, Inc. | Workers' Comp | 11/12/2023 | $ 1,273,306.00 |
| Liberty Mutual Group | 674010586 | State of Georgia | Workers' Comp | 12/8/2023 | $ 250,000.00 |
| Liberty Mutual Group | 674218080 | Georgia Self-Insurers Guaranty Fund | Workers' Comp | 3/23/2024 | $ 1,960,000.00 |
| Protective | B-3095 | State of Georgia | Workers' Comp | | $ 100,000.00 |
| Argo Group | SUR0016702 | Insurance Division of Iowa | Workers' Comp | 1/23/2024 | $ 1,000,000.00 |
| Protective | B-7941 | State of Iowa | Workers' Comp | | $ 300,000.00 |
| Liberty Mutual Group | 674017627 | Illinois Workers' Compensation Commission | Workers' Comp | 3/1/2024 | $ 30,175,000.00 |
| Liberty Mutual Group | 674213563 | State of Indiana | Workers' Comp | 9/1/2023 | $ 1,554,542.00 |
| Liberty Mutual Group | 674213562 | State of Indiana | Workers' Comp | 9/1/2023 | $ 1,535,693.00 |
| Protective | 788859 | State of Indiana | Workers' Comp | | $ 250,000.00 |
| Protective | B-3097 | State of Indiana | Workers' Comp | | $ 500,000.00 |
| Arch Capital Group | SU 1186059-0000 | Kansas Department of Revenue | Performance, property broker, related toll, licensing, and permitting requirements | 10/7/2023 | $ 50,000.00 |
| Chubb Group | K09207090 | State of Kansas | Workers' Comp | 4/1/2024 | $ 720,000.00 |
| CNA Surety | 65435817N | State of Kansas | Notary | 6/1/2025 | $ 7,500.00 |
| CNA Surety | 64784632N | State of Kansas | Notary | 11/1/2023 | $ 7,500.00 |
| CNA Surety | 65074680N | State of Kansas | Notary | 6/23/2024 | $ 7,500.00 |
| CNA Surety | 65748888N | State of Kansas | Notary | 1/12/2026 | $ 12,000.00 |
| CNA Surety | 66287469N | State of Kansas | Notary | 6/13/2026 | $ 12,000.00 |
| CNA Surety | 66532067N | State of Kansas | Notary | 2/15/2027 | $ 12,000.00 |
| CNA Surety | 65288628N | Kansas Secretary of State | Notary | 1/10/2025 | $ 7,500.00 |
| CNA Surety | 65256018N | Kansas Secretary of State | Notary | 12/15/2024 | $ 7,500.00 |
| CNA Surety | 65067546N | State of Kansas | Notary | 6/26/2024 | $ 7,500.00 |
| Chubb Group | K08805738 | Commonwealth of Kentucky Department of Workers Compensation | Workers' Comp | 10/12/2023 | $ 476,000.00 |

| Principal | Bond No. | Obligee | Nature of Bond | Expiration Date | Bond Amount |
|---|---|---|---|---|---|
| Liberty Mutual Group | 674016746 | Commonwealth of Kentucky Department of Workers Claims | Workers' Comp | 9/15/2023 | $ 410,000.00 |
| Protective | B-7432 | State of Kentucky, WCC | Workers' Comp | | $ 602,298.00 |
| Chubb Group | K08990025 | State of Louisiana | Workers' Comp | 2/21/2024 | $ 150,000.00 |
| Protective | B-2987 | State of Louisiana | Workers' Comp | | $ 100,000.00 |
| Protective | B-3273 | State of Louisiana | Workers' Comp | | $ 25,000.00 |
| Chubb Group | K08805866 | Commonwealth of Massachusetts | Workers' Comp | 4/2/2024 | $ 1,190,000.00 |
| Protective | B-5144 | State of Massachusetts | Workers' Comp | | $ 1,250,000.00 |
| Liberty Mutual Group | 674020862 | Maryland Worker's Compensation Commission | Workers' Comp | 5/2/2024 | $ 100,000.00 |
| Liberty Mutual Group | 674020861 | Maryland Workers' Compensation Commission | Workers' Comp | 5/2/2024 | $ 200,000.00 |
| Protective | B-3098 | State of Maryland | Workers' Comp | | $ 375,000.00 |
| Liberty Mutual Group | 674020855 | Treasurer of the State of Maine | Workers' Comp | 5/1/2024 | $ 300,000.00 |
| Protective | 10607 | State of Maine | Workers' Comp | | $ 100,000.00 |
| Chubb Group | K0898993A | Michigan Department of Licensing and Regulatory Affairs Workers' Compensation Agency | Workers' Comp | 11/21/2023 | $ 2,300,000.00 |
| Intact Group | 767-4294 | Canada Border Service Agency | Customs | 11/1/2023 | $ 25,000.00 |
| Protective | B-6406 | State of Michigan | Workers' Comp | | $ 400,000.00 |
| Protective | B-6405 | State of Michigan | Workers' Comp | | $ 300,000.00 |
| Liberty Mutual Group | 674017167 | Minnesota Department of Commerce | Workers' Comp | 12/17/2023 | $ 5,952,000.00 |
| Protective | B-2990 | Minnesota Department of Commerce | Workers' Comp | | $ 3,488,843.00 |
| Protective | B-3099 | Minnesota Department of Commerce | Workers' Comp | | $ 75,000.00 |
| CNA Surety | 65387503N | State of Missouri | Notary | 1/27/2025 | $ 10,000.00 |
| Protective | B-2292 | State of Missouri, WCC | Workers' Comp | | $ 860,000.00 |
| Argo Group | SUR0016704 | Mississippi Workers' Compensation Commission | Workers' Comp | 1/10/2024 | $ 700,000.00 |
| Protective | B-2991 | Mississippi Workers' Compensation Commission | Workers' Comp | | $ 1,000,000.00 |
| Arch Capital Group | SU 1186058-0000 | North Carolina Department of Transportation | Performance, property broker, related toll, licensing, and permitting requirements | 8/3/2024 | $ 30,000.00 |
| Argo Group | SUR0016725 | State of North Carolina | Performance, property broker, related toll, licensing, and permitting requirements | 1/9/2024 | $ 1,000.00 |
| Argo Group | SUR0016719 | State of North Carolina, Alcoholic Beverage Control Commission | Performance, property broker, related toll, licensing, and permitting requirements | 4/4/2024 | $ 1,000.00 |
| Liberty Mutual Group | 674211506 | North Carolina Self-Insurance Security Association | Workers' Comp | 12/1/2023 | $ 3,196,514.50 |
| Protective | B-3046 | North Carolina Self-Insurance Security Association | Workers' Comp | | $ 500,000.00 |
| Protective | B-3103 | North Carolina Self-Insurance Security Association | Workers' Comp | | $ 200,000.00 |
| Liberty Mutual Group | 674020859 | State of Nebraska | Workers' Comp | 5/2/2024 | $ 1,033,160.00 |
| Protective | B-9032 | State of Nebraska | Workers' Comp | | $ 2,000.00 |
| Protective | B-6962 | State of Nebraska | Workers' Comp | | $ 150,000.00 |
| Intact Group | 130517006 | Customs & Border Protection | Customs | 9/30/2023 | $ 55,000.00 |
| Protective | 10166 | State of New Hampshire WCC | Workers' Comp | | $ 3,000,000.00 |
| Protective | B-3480 | State of New Hampshire WCC | Workers' Comp | | $ 500,000.00 |
| AXA XL | SB0066777 | Township of Hamilton | Performance, property broker, related toll, licensing, and permitting requirements | 5/7/2024 | $ 419,600.00 |
| Liberty Mutual Group | 674013587 | State of New Jersey Division of Workers Compensation | Workers' Comp | 9/16/2023 | $ 2,700,000.00 |
| Protective | B-2993 | State of New Jersey Division of Workers Compensation | Workers' Comp | | $ 400,000.00 |
| Protective | B-3101 | State of New Jersey Division of Workers Compensation | Workers' Comp | | $ 500,000.00 |
| Liberty Mutual Group | 674020860 | Director of the New Mexico Workers' Compensation Administration | Workers' Comp | 5/2/2024 | $ 600,000.00 |
| Protective | 10608 | Director of the New Mexico Workers' Compensation Administration | Workers' Comp | | $ 200,000.00 |
| Chubb Group | K08805957 | State of Nevada | Workers' Comp | 11/5/2023 | $ 178,000.00 |
| Argo Group | SUR0016724 | People of the State of New York | Performance, property broker, related toll, licensing, and permitting requirements | 12/31/2023 | $ 1,000.00 |
| Argo Group | SUR0016726 | State of New York Liquor Authority | Performance, property broker, related toll, licensing, and permitting requirements | 12/31/2023 | $ 1,000.00 |
| Argo Group | SUR0016709 | New York State Liquor Authority | Performance, property broker, related toll, licensing, and permitting requirements | 12/31/2025 | $ 1,000.00 |
| Intact Group | 800006657 | Federal Motor Carrier Safety Administration | Performance, property broker, related toll, licensing, and permitting requirements | 10/1/2023 | $ 75,000.00 |
| Intact Group | 800006644 | State of New York, Chair of the Workers' Compensation Board | Workers' Comp | 6/12/2024 | $ 9,862,000.00 |
| Intact Group | 800006682 | Federal Motor Carrier Safety Administration | Performance, property broker, related toll, licensing, and permitting requirements | 11/9/2023 | $ 75,000.00 |
| Intact Group | 800006635 | United States of America | Performance, property broker, related toll, licensing, and permitting requirements | 5/20/2024 | $ 100,000.00 |
| Chubb Group | K08907365 | State of Ohio | Workers' Comp | 7/23/2024 | $ 3,900,000.00 |
| Intact Group | 800006642 | State of Ohio | Workers' Comp | 5/23/2024 | $ 200,000.00 |
| Protective | B-3487 | State of Ohio | Workers' Comp | | $ 3,610,000.00 |
| Protective | B-2986 | State of Ohio | Workers' Comp | | $ 4,265,000.00 |
| Protective | 10055 | State of Oklahoma | Workers' Comp | | $ 650,000.00 |
| Chubb Group | K08805854 | State of Oregon | Workers' Comp | 10/26/2023 | $ 1,209,500.00 |
| Protective | B-8691 | State of Oregon | Workers' Comp | | $ 300,000.00 |
| Protective | B-9419 | State of Oregon | Workers' Comp | | $ 394,000.00 |

| Principal | Bond No. | Obligee | Nature of Bond | Expiration Date | Bond Amount |
|---|---|---|---|---|---|
| Liberty Mutual Group | 674211502 | Commonwealth of Pennsylvania, Bureau of Workers Compensation | Workers' Comp | 12/3/2023 | $ 6,100,000.00 |
| Protective | 10949 | Commonwealth of Pennsylvania, Bureau of Workers Compensation | Workers' Comp | | $ 5,000,000.00 |
| Protective | B-3105 | Commonwealth of Pennsylvania, Bureau of Workers Compensation | Workers' Comp | | $ 1,400,000.00 |
| Intact Group | 767-3466 | Canada Border Service Agency | Customs | 3/17/2024 | $ 20,000.00 |
| Liberty Mutual Group | 674020856 | Department of Labor & Training of the State of Rhode Island and Providence Plantation | Workers' Comp | 5/1/2024 | $ 250,000.00 |
| Protective | B-2998 | Department of Labor & Training of the State of Rhode Island and Providence Plantation | Workers' Comp | | $ 50,000.00 |
| Chubb Group | K08805982 | State of South Carolina, Workers' Compensation Commission | Workers' Comp | 11/6/2023 | $ 700,000.00 |
| Protective | B-3491 | State of South Carolina, Workers' Compensation Commission | Workers' Comp | | $ 250,000.00 |
| Protective | B-3106 | State of South Carolina, Workers' Compensation Commission | Workers' Comp | | $ 500,000.00 |
| Chubb Group | K08806068 | State of Tennessee | Workers' Comp | 12/13/2023 | $ 5,300,000.00 |
| CNA Surety | 65152996N | State of Tennessee, Secretary of State | Notary | 7/9/2024 | $ 10,000.00 |
| Liberty Mutual Group | 674013588 | State of Tennessee | Workers' Comp | 9/16/2023 | $ 2,125,000.00 |
| Protective | B-3000 | State of Tennessee | Workers' Comp | | $ 680,000.00 |
| Protective | B-3104 | State of Tennessee | Workers' Comp | | $ 500,000.00 |
| Protective | 11522 | State of Tennessee | Workers' Comp | | $ 300,000.00 |
| Protective | B-9213 | State of Tennessee | Workers' Comp | | $ 490,000.00 |
| Intact Group | 767-3935 | Canada Border Services Agency - CBSA | Customs | 9/1/2023 | $ 20,000.00 |
| Intact Group | 767-3936 | Canada Border Services Agency - CBSA | Customs | 9/1/2023 | $ 70,000.00 |
| Intact Group | 767-3937 | Canada Border Services Agency - CBSA | Customs | 9/1/2023 | $ 20,000.00 |
| Intact Group | 767-3938 | Canada Border Services Agency - CBSA | Customs | 9/1/2023 | $ 25,000.00 |
| Intact Group | 767-3939 | Canada Border Services Agency - CBSA | Customs | 9/1/2023 | $ 25,000.00 |
| Intact Group | 767-3940 | Canada Border Services Agency - CBSA | Customs | 9/1/2023 | $ 20,000.00 |
| Intact Group | 767-3941 | Canada Border Services Agency - CBSA | Customs | 9/1/2023 | $ 220,000.00 |
| Intact Group | 130517004 | Customs & Border Protection | Customs | 10/3/2023 | $ 50,000.00 |
| Intact Group | 130517005 | Customs & Border Protection | Customs | 10/3/2023 | $ 750,000.00 |
| Intact Group | 800006630 | State of Ohio | Performance, property broker, related toll, licensing, and permitting requirements | 5/15/2024 | $ 175,000.00 |
| Intact Group | 800003100 | Puerto Rico Department of Treasury Internal Revenue Area | Excise | 5/22/2024 | $ 170,080.00 |
| Intact Group | 800006639 | Executive Director, Department of Labor and Employment | Workers' Comp | 5/23/2024 | $ 1,300,000.00 |
| Intact Group | 140610009 | Customs & Border Protection | Customs | 6/15/2024 | $ 20,000.00 |
| Intact Group | 767-3908 | Canada Revenue Agency | Excise | 7/26/2024 | $ 5,000.00 |
| Intact Group | 800006651 | Federal Motor Carrier Safety Administration | Performance, property broker, related toll, licensing, and permitting requirements | 10/1/2023 | $ 75,000.00 |
| Intact Group | 800006643 | Insurance Commissioner of West Virginia | Workers' Comp | 5/23/2024 | $ 250,000.00 |
| Liberty Mutual Group | 674013586 | People of the State of Utah | Workers' Comp | 9/16/2023 | $ 500,000.00 |
| Chubb Group | K08805891 | State of Virginia | Workers' Comp | 11/28/2023 | $ 1,750,000.00 |
| Protective | B-3001 | State of Virginia | Workers' Comp | | $ 1,250,000.00 |
| Protective | B-10215 | State of Vermont | Workers' Comp | | $ 3,000,000.00 |
| Chubb Group | K08805714 | Washington Department of Labor and Industries | Workers' Comp | 10/11/2023 | $ 4,196,500.00 |
| Chubb Group | K08805726 | Washington Department of Labor and Industries | Workers' Comp | 10/11/2023 | $ 1,747,000.00 |
| Liberty Mutual Group | 674207219 | Washington Department of Labor and Industries | Workers' Comp | 6/19/2024 | $ 374,044.00 |
| Protective | B-8528 | Washington Department of Labor and Industries | Workers' Comp | | $ 245,000.00 |
| Protective | B-5322 | Washington Department of Labor and Industries | Workers' Comp | | $ 369,000.00 |
| Chubb Group | K08806056 | State of Wisconsin | Workers' Comp | 7/1/2024 | $ 4,000,000.00 |
| Protective | B-3002 | State of Wisconsin | Workers' Comp | | $ 3,000,000.00 |
| Protective | B-3112 | State of Wisconsin | Workers' Comp | | $ 500,000.00 |
| Argo Group | SUR0016727 | State of West Virginia | Performance, property broker, related toll, licensing, and permitting requirements | 1/9/2024 | $ 1,000.00 |
| Argo Group | SUR0016708 | West Virginia Alcohol Beverage Control Administration | Performance, property broker, related toll, licensing, and permitting requirements | 12/31/2023 | $ 1,000.00 |
| Intact Group | 800006649 | BestPass, Inc. | Performance, property broker, related toll, licensing, and permitting requirements | 8/1/2024 | $ 829,638.00 |
| Protective | B-6612 | State of West Virginia | Workers' Comp | | $ 1,000,000.00 |