# <u>EXHIBIT B</u>

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, et al., | Case No.  23-11069 (CTG) |
| Debtors.[1] | **RE: D.I. ___** |

**ORDER GRANTING MOTION FOR  RELIEF FROM**
**THE AUTOMATIC STAY TO THE EXTENT OF**
**LIABILITY INSURANCE PROCEEDS**

AND NOW THIS _____ day of _____ 2023, upon consideration of the Motion Of Brett Groves For Relief From The Automatic Stay To The Extent Of Liability Insurance Proceeds, the Court having determined that  good and  adequate  cause  exists  for  approval  of  the Motion,  and  the  Court  having  determined that no further notice of the Motion is necessary,

IT IS ORDERED:

1.     That the Motion is GRANTED and the automatic stay of 11 U.S.C. § 362(d) of the Bankruptcy Code is immediately terminated as to Movant to permit Movant to take appropriate action described as follows[2]:

i.     To prosecute the Claims to final judgment or other resolution; and

ii.     To collect from any available insurance policy proceeds on account of any judgment or other resolution.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

[2]   Capitalized terms not otherwise defined herein have the meaning ascribed to such terms in the Motion

2.      Nothing in this Order shall permit any party to take any other action without further order of this Court.

3.      Notwithstanding Federal Rule of Bankruptcy Procedure 4001(a)(3), this order is effective immediately.

ORDERED that this Order shall be fully effective and enforceable immediately upon entry.