**EXHIBIT A**

AEP:
    Indiana - https://www.indianamichiganpower.com/account/bills/rates/IandMRatesTariffsIN.aspx
    Louisiana - https://www.swepco.com/account/bills/rates/SWEPCORatesTariffsLA.aspx
    Ohio - https://www.aepohio.com/account/bills/rates/AEPOhioRatesTariffsOH.aspx
    Oklahoma - https://www.psoklahoma.com/account/bills/rates/
    Texas - https://www.aeptexas.com/company/about/rates/
    Virginia - https://www.appalachianpower.com/company/about/rates/va
    West Virginia – https://www.appalachianpower.com/company/about/rates/wv

FPL - http://www.fpl.com/customer/rates_and_bill/rules_tariffs.shtml

Georgia Power:  https://www.georgiapower.com/business/prices-rates/business-tariffs.cshtml

SRP: Rules and Regulations:
    http://www.srpnet.com/about/rulesregs.aspx
    Price Plans:
https://www.srpnet.com/prices/pdfx/ratebook.pdf

SCE:   https://www.sce.com/regulatory/tariff-books

SDG&E:  https://www.sdge.com/rates-and-regulations

SoCalGas:   https://www2.socalgas.com/regulatory/tariffs/tariffs-rules.shtml

DEV:    https://www.dominionenergy.com/virginia/rates-and-tariffs/business-rates

DESC:   https://www.dominionenergy.com/south-carolina/rates-and-tariffs

DENC:   https://www.dominionenergy.com/north-carolina-electric/rates-and-tariffs

33

CEI, TE and Ohio Edison:
https://www.firstenergycorp.com/content/customer/customer_choice/ohio_/ohio_tariffs.html

Mon Power:
https://www.firstenergycorp.com/customer_choice/west_virginia/west_virginia_tariffs.html

Met-Ed and Penelec:
https://www.firstenergycorp.com/content/customer/customer_choice/pennsylvania/pennsylvania_tariffs.html

Potomac Edison:
https://www.firstenergycorp.com/content/customer/customer_choice/maryland/maryland_tariffs.html

CL&P:   https://www.eversource.com/content/nh/business/about/doing-business-with-us/builders-contractors/interconnections/connecticut-net-metering/connecticut-tariffs-rules

Yankee Gas:
http://www.yankeegas.com/For_Your_Business/Current_Rates/List_and_Applicability_of_Rates_and_Riders/

NStar West:
https://www.eversource.com/content/wma/business/my-account/billing-payments/about-your-bill/rates-tariffs/electric-tariffs-rules

Eversource Gas:
https://www.eversource.com/content/ema-c/residential/account-billing/manage-bill/about-your-bill/rates-tariffs/gas-tariffs-rules

PSNH:
http://www.psnh.com/Templates/Content.aspx?id=4294967779&terms=tariffs

Con Ed:
    Electric -http://www.coned.com/rates/elec-sched1.asp
    Gas - http://www.coned.com/rates/gas_main.asp

Colonial Gas:
http://www2.nationalgridus.com/docs/partners/marketers/Colonial_Tariffs.pdf

34

Kedli:     http://www2.nationalgridus.com/docs/esco/Revised_GTOP.pdf

Kedny:     https://www.nationalgridus.com/NY-Business/Default

MEC:
http://www.nationalgridus.com/masselectric/non_html/rates_tariff.pdf

NEC:
http://www.nationalgridus.com/Narragansett/non_html/rates_tariff.pdf

NIMO:
http://www.nationalgridus.com/niagaramohawk/business/rates/rates.asp

RGE:
https://www.rge.com/wps/portal/rge/account/understandyourbill/pricing/!ut/p/z1/tZJLb4JAFIV_Sxcsyb2CIi6REEwrvloKzIaMvBwjA-Jo7b_v2GjbpFGaNp3dTe45882ZAwRCIJweWEEFqzjdyDkiRqx3PGfUtXHiDkwL52jb5mzyoKHbgeDmAvaA_ESPV46FbfpnIEASLmqxgqgpMlo08ecLFFxlNM0aBWmSVHsuFNxzOe8E5elrtW-WbLNRsG5YwnhxsqoTlkKU9JOc6gaqWqpRtZtruWpijuoyWxp0oFOzY2Sn7cD2Ync8HVrj2J5OnpzwCSIFF65juYt48gVjdMawLhj-B0YkMYbvGLMzRtAWOrkdWXBCa_mVNo9IMvSvM_QhOLDsBXxeNaXsyePvspv7zkLe9D8xjhDu2-oj-83W2y2xZIkqLrKjgPCvLZKeWuPZnuxTTcVKZTyvIPyugPCiqEvfL029VENc94rSPKpuYO6suzfpkgy-/

NYSEG:
    Electricity -
https://www.nyseg.com/wps/portal/nyseg/account/understandyourbill./electricpricing/!ut/p/z1/tZNbb4IwFIB_yx54ZC3g3gBR6REIjhoiLj8kJqQayBglid_vvVzF2yTFmWrUkfmpxz-vWCryAFMUgpOpISMdJQVPFzko4yRXJNe2BAz3d8Gc7h1NK0cKGEpgyiewF6MATpT_LhjaXDvvwnkIIUU9ayDUjoeV-UqOyyjzcIcFOgvOgEiDBuDpQJ8ED5ec8Qzc_NoVuRqnoUYFEVmHUEt3wTWl6qtpjkIBlphaLAgSSu1upYHEjjlahirImairAs5coIKcNLdGS4meX4E93JDN9bmvESJAL0ksC0dGuReZ-I7CuR_kYUvhMlnGjySmReiWZXoqhvFOn9RkYXyyp5Z9dVIOMP4VgU74OM8kuIZhLTpam5P8Ls2zkNzwW_6947aEEz7_OIfQ05cw-VGtIhtRELXDYi_UQjEXxXiqWS726U6F7ShrDgxEP-hoW0dhrWq1GIMt8OyVk-iFc0c_eEF58gWWQ!!/dz/d5/L2dBISEvZ0FBIS9nQSEh/?WCM_GLOBAL_CONTEXT=%2FNYSEGAGR_Navigation%2FHeader%2FAccount%2FUnderstandYourBill.%2FElectricPricing
    Gas -
https://www.nyseg.com/wps/portal/nyseg/account/understandyourbill/naturalgaspricing/!ut/p/z0/fY3BCoJAFEW_pYXLeJNG4FJECsmkQLDZy

35

FOncUre6DhW_n22aiG0PHDPucAhB074VBKt0oTtzFe-K7xNEh22ITulx9RlZxbvfT-7eFnkQgz8_2AuqHvf8wB4pcmKt4WcpkFIlKb4fTmsEVgL4zCsKj2SddhIMw8WqZ70aErVtg4jtKPBVuLQGVUpkt--a5IwkcA7tM1a0U1DvnTn14XbPXg5vYLVB2DXu6s!/

TEP: https://www.tep.com/customer/rates/

UNS Electric: https://www.uesaz.com/customer/rates/electric/

UNS Gas: https://www.uesaz.com/gas-rates/

CERC: http://www.centerpointenergy.com/en-us/corporate/about-us/rates-tariffs

DTE: https://www2.dteenergy.com/wps/wcm/connect/2ab3cd68-cf7b-4946-9a14-f9a8d62a20de/detroitEdisonTariff.pdf?MOD=AJPERES

36