**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.* | ) | Case No. 23-11069 (CTG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Judge Craig T. Goldblatt |

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that attorney Marc B. Merklin of the law firm Brouse McDowell, LPA, 388 South Main Street, Suite 500, Akron, Ohio 44311, hereby enters his appearance as counsel for The Goodyear Tire & Rubber Company ("Goodyear"). As such, the attorneys and law firm hereby enter their appearance pursuant to Bankruptcy Rule 9010(b) and request copies of all notices and pleadings pursuant to Bankruptcy Rules 2002(a), (b) and (f). Unless filed and served via the Court's ECF system, all such notices should be addressed as follows:

>Marc B. Merklin, Esq.
>BROUSE McDOWELL, LPA
>388 South Main Street, Suite 500
>Akron, Ohio 44311
>Phone: (330) 535-5711
>Facsimile: (330) 253-8601
>mmerklin@brouse.com

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, e-mail, overnight delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

Respectfully submitted,

/s/ *Marc B. Merklin*
BROUSE McDOWELL, LPA
Marc B. Merklin (0018195)
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
Facsimile: (330) 253-8601
mmerklin@brouse.com

*Counsel for The Goodyear Tire & Rubber Company*

### **CERTIFICATE OF SERVICE**

I, Marc B. Merklin, hereby certify that on August 28, 2023, a true and correct copy of the **Notice of Appearance and Request for Notices and Papers** was served via the court's Electronic Case Filing System on all parties who are listed on the Court's Electronic Mail Notice List.

/s/ *Marc B. Merklin*
BROUSE McDOWELL, LPA
Marc B. Merklin (0018195)
388 S. Main Street, Suite 500
Akron, Ohio 44311
Telephone: (330) 535-5711
mmerklin@brouse.com

1765118