# **EXHIBIT 1**

## AFFIDAVIT OF CLAIM FOR MECHANIC'S LIEN

**NOTICE OF CONFIDENTIALITY RIGHTS: IF YOU ARE A NATURAL PERSON, YOU MAY REMOVE OR STRIKE ANY <u>OR ALL</u> OF THE FOLLOWING INFORMATION FROM ANY INSTRUMENT THAT TRANSFERS AN INTEREST IN REAL PROPERTY BEFORE IT IS FILED FOR RECORD IN THE PUBLIC RECORDS: YOUR SOCIAL SECURITY NUMBER OR YOUR DRIVER'S LICENSE NUMBER.**

STATE OF TEXAS §
§
COUNTY OF HARRIS §

BEFORE ME, the undersigned authority, on this day personally appeared **Will Rosell, CFO** of **Pieper-Houston Electric, L.P., a Texas limited partnership**, and, upon his oath, after first being duly sworn, deposed and stated:

My name is **Will Rosell**. I am the **CFO** of **Pieper-Houston Electric, L.P., a Texas limited partnership** ("Claimant"). The facts set forth herein are true and correct. I am competent to make this affidavit, and I am authorized to make this affidavit on behalf of Claimant.

Pursuant to an agreement (the "Contract") between Claimant and **YRC Inc., a Delaware corporation, d/b/a YRC Freight** ("Owner"), the party to whom Claimant furnished the labor, materials, and/or equipment constituting the Work, whose last known mailing addresses are **10990 Roe Avenue, Overland Park, Kansas 66211; 1077 Gorge Blvd., Akron, Ohio 44309-0471; P.O. Box 471, Akron, Ohio 44309-0471; and, c/o C T Corporation System, Registered Agent, 1999 Bryan St., Suite 900, Dallas, Texas 75201-3136**, Claimant furnished labor, materials, and/or equipment (collectively, the "Work") in connection with the development of, and the construction of certain improvements to, that property in **Harris County, Texas** located at **9415 Wallisville Rd., Houston, Texas 77013** (the "Project").[1] The Work, including the months during which the portion of the Work giving rise to the claim herein was performed, is more particularly described in the letter attached hereto as **Attachment "A"**, including the attachments to said letter.

The owner or reputed owner of the fee interest in the real property on which the Project is located (the "Real Property") is **Edinburgh Logistics Assets LLC, a Delaware limited liability company** ("Edinburgh Logistics"). Owner, **YRC Inc. d/b/a YRC Freight**, whose last known addresses are **10990 Roe Avenue, Overland Park, Kansas 66211; 1077 Gorge Blvd., Akron, Ohio 44309-0471;** and, **P.O. Box 471, Akron, Ohio 44309-0471**, and whose registered agent and registered address are **C T Corporation System, 1999 Bryan St., Suite 900, Dallas, Texas 75201-3136**, appears to hold a leasehold interest (the "Leasehold Interest") in a portion of the Real Property

---

[1] The Real Property is more particularly described in Exhibit "A" to that Special Warranty Deed recorded in the Real Property Records of Harris County, Texas, County Clerk's File No. RP-2021-567466.

RP-2023-302405

(the "Leased Premises") and appears to be the owner of certain of the improvements to the Leased Premises (the "Improvements" and, together with the Leasehold Interest, the "Property"). Owner appears to have been the owner of the Property at the time the "Lien" (herein defined) had its inception.

The Work, the Project, the Leased Premises, and the Property are further described in the Invoices attached to the Attachment "A" attached hereto.

The amount of **$19,954.68** remains unpaid and is due and owing to Claimant under Claimant's Contract with Owner for the Work performed on the Project. To the extent of Owner's interest, legal or equitable, current or contingent, in the Property at the time the claim of Claimant as set forth herein had its inception, Claimant was an original contractor on the Project to Owner and, as such, claims a lien (the "Lien"), pursuant to Chapter 53 of the Texas Property Code and pursuant to Article XVI, Section 37 of the Texas Constitution, against Owner's interest, legal or equitable, current or contingent, in the Property and the Project securing the payment of the foregoing amount owing to Claimant by Owner.[2]

Notice of Claimant's Lien claim against the Property and the Project was sent to **YRC** (as owner of the Property and the Project) on the following date and in the manner indicated below:

**Date Notice of Claim Sent:**

August 8th, 2023

**Method By Which Notice Sent:**

Certified U.S. mail, return receipt requested; and, regular mail

Further Affiant sayeth not.



WILL ROSELL, CFO of PIEPER-HOUSTON ELECTRIC, L.P., a Texas limited partnership

SUBSCRIBED AND SWORN TO before me by WILL ROSELL, on this 8th day of August, 2023.

DEBRA DARLENE SAVAGE
5301530
NOTARY PUBLIC, STATE OF TEXAS
MY COMMISSION EXPIRES
SEPTEMBER 27, 2025

Notary Public, State of Texas

---

[2] Claimant recognizes that Owner is the debtor in a bankruptcy case. In this regard, nothing herein is intended to be a demand for payment of the aforementioned unpaid balance. Rather, this Affidavit is being sworn out and recorded to perfect Claimant's lien rights, and to advise of, Claimant's lien rights with respect to the Property.

4870-4685-4005v.1 Z999/00941 (P460-YRC)    Page 2

## Acknowledgment

STATE OF TEXAS §
§
COUNTY OF HARRIS §

This instrument was acknowledged before me on the ___8___ day of August, 2023 by WILL ROSELL, CFO of PIEPER-HOUSTON ELECTRIC, L.P., a Texas limited partnership, on behalf of said partnership.

_____
Notary Public, State of Texas



**AFTER RECORDING, RETURN TO:**
William R. Sudela
Crady Jewett McCulley & Houren LLP
2727 Allen Parkway, Suite 1700
Houston, Texas 77019-2125

RP-2023-302405

4870-4685-4005v.1 Z999/00941 (P460-YRC)    Page 3

## ATTACHMENT "A"

CRADY JEWETT McCULLEY & HOUREN LLP
LAWYERS
2727 ALLEN PARKWAY
SUITE 1700
HOUSTON, TEXAS 77019-2125

----------

(713) 739-7007
E-MAIL: wsudela@cjmhlaw.com

WILLIAM R. SUDELA
PARTNER

TELEFAX
(713) 739-8403

August 8, 2023

*Certified Mail - Return Receipt and Regular Mail*
YRC Inc. d/b/a YRC Freight
10990 Roe Avenue
Overland Park, Kansas 66211

*Certified Mail - Return Receipt and Regular Mail*
YRC Inc. d/b/a YRC Freight
1077 Gorge Blvd.
Akron, Ohio 44309-0471

*Certified Mail - Return Receipt and Regular Mail*
YRC Inc. d/b/a YRC Freight
P.O. Box 471
Akron, Ohio 44309-0471

*Certified Mail - Return Receipt and Regular Mail*
YRC Inc. d/b/a YRC Freight
c/o C T Corporation System
Registered Agent
1999 Bryan St., Suite 900
Dallas, Texas 75201-3136

RP-2023-302405

Re: NOTICE OF CLAIM OF PIEPER-HOUSTON ELECTRIC, L.P. ("CLAIMANT") FOR UNPAID LABOR, EQUIPMENT, AND/OR MATERIAL PROVIDED BY CLAIMANT PURSUANT TO AN AGREEMENT (THE "AGREEMENT") ENTERED INTO BY AND BETWEEN CLAIMANT AND YRC INC. D/B/A YRC FREIGHT IN CONNECTION WITH A CONSTRUCTION PROJECT ON CERTAIN REAL PROPERTY IN HARRIS COUNTY, TEXAS WITH RESPECT TO WHICH YRC INC. HOLDS A LEASEHOLD INTEREST

### Notice of Claim for Unpaid Labor or Materials

**WARNING: This notice is provided to preserve lien rights.**

4880-7668-6453v.1 Z999/00941

**ATTACHMENT "A"**

August 8, 2023
Page 2

Ladies and Gentlemen:

Our firm represents Pieper-Houston Electric, L.P., a Texas limited partnership, with a street address of 1708 Oak Tree Dr., Houston, Texas 77080 ("Claimant") in connection with the referenced claim.

Claimant has furnished labor, materials, and/or equipment for the "Project", all as further described hereinafter, pursuant to the referenced Agreement and at the request of **YRC Inc., a Delaware corporation, d/b/a YRC Freight** ("Owner"), in connection with the construction of, and/or repairs to, certain improvements to that facility in **Harris County, Texas** located at **9415 Wallisville Rd., Houston, Texas 77013** (the "Project").

Claimant has not been paid in full the amount due to it under its Agreement with Owner for the services, materials, and/or equipment furnished by Claimant on the Project during the months of **April 2023 to July 2023**, in the aggregate amount of **$19,954.68**. The services/material/equipment provided by Claimant upon which the claim described herein is based are generally described as furnishing and installing electrical equipment and related materials, and are further described in the invoices, copies of which are attached hereto as **Exhibit "A"**.

Based upon a review of the Real Property Records of Harris County, Texas, and the Harris County Appraisal District Records, **Edinburgh Logistics Assets LLC, a Delaware limited liability company** ("Edinburgh Logistics") appears to be the owner of the fee interest in the real property on which the Project is located (the "Real Property"). **Owner**, YRC Inc. d/b/a YRC Freight appears to be the holder of a leasehold interest (the "Leasehold Estate") covering all or a portion of the Real Property on which the Project is located, as well as the improvements thereto (the foregoing improvements, together with the Leasehold Estate, being referred to as the "Property"), and appears to have been the owner of the Property at the time the foregoing claim accrued. The Real Property has a street address of **9415 Wallisville Rd., Houston, Texas 77013**.

The Real Property is more particularly described in Exhibit "A" to that Special Warranty Deed recorded in the Real Property Records of Harris County, Texas, County Clerk's File No. RP-2021-567466.

Based upon the foregoing, Claimant performed its work on the Project and the Property as an original contractor on the Project.

Claimant recognizes that Owner is the debtor in a current bankruptcy case. In this regard, this letter is NOT a demand for payment of the aforementioned unpaid balance. Rather, this notice is provided to perfect, and to advise of, Claimant's lien rights with respect to the Property.

RP-2023-302405

4880-7668-6453v.1 Z999/00941

**ATTACHMENT "A"**

August 8, 2023
Page 3

      To secure the payment of the foregoing amounts, Claimant asserts a lien against the Property, and the Project as an original contractor pursuant to Chapter 53 of the Texas Property Code and pursuant to Article XVI, Section 37 of the Texas Constitution.

      Contact me if you have any questions or comments regarding this claim.

Very truly yours,

*[signature: William R. Sudela]*

William R. Sudela

Attachment(s)

cc:   ***Certified Mail/Return Receipt Requested and Regular Mail***
      Edinburgh Logistics Assets LLC
      1065 6th Avenue
      5 Bryant Park, 28th Floor
      New York, New York 10018
      (w/ Attachments)

      ***Certified Mail/Return Receipt Requested and Regular Mail***
      Edinburgh Logistics Assets LLC
      c/o Corporation Service Company dba
      CSC-Lawyers Incorporating Service Company
      Registered Agent
      211 E. 7th Street, Suite 620
      Austin, Texas 78701-3218
      (w/ Attachments)

RP-2023-302405

4880-7668-6453v.1 Z999/00941

**ATTACHMENT "A"**

August 8, 2023
Page 4

cc: *Email: Willr@pieperhouston.com*
 Will Rosell, CFO
 Pieper-Houston Electric, L.P.
 (w/ Attachments)

RP-2023-302405

4880-7668-6453v.1 Z999/00941

# EXHIBIT "A"

## Invoices

RP-2023-302405

## INVOICE

Number: 33116

Date: 7/18/23

For a convenience fee of 3%, we accept Visa, MasterCard, and Amex for payment.

TECL#17343     TMEL#3738

**PIEPER-HOUSTON ELECTRIC L.P.**

Regulated by the TX Dept. of Licensing & Regulations, P.O. Box 12157, Austin, TX.78711
1-800-803-9202, 512-463-6599, www.license.state.tx.us/complaints

P.O. BOX 801228
HOUSTON, TX 77280
713-984-9342 FAX 713-984-1412

**Bill to:**

YRC, INC (dba YRC FREIGHT)
10990 ROE AVENUE
OVERLAND PARK, KS 66211

**Job:**

YRC, INC
9415 WALLISVILLE RD
HOUSTON
TX  77013

| Customer Code | Purchase Order No. | Salesperson | Terms |
|---|---|---|---|
| 25105 | | JOSH SPENCE | DUE UPON RECEIPT |
| Remarks: | YRC, INC WO#   33116 | | |

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|

RP-2023-302405

Continued on next page ...

PIEPER HOUSTON ELECTRIC

P.O. BOX 801228 HOUSTON, TX 77280
713 984- 9342

Page 1 of 4

## INVOICE

**PIEPER-HOUSTON ELECTRIC L.P.**

Regulated by the TX Dept. of Licensing & Regulations, P.O. Box 12157, Austin, TX.78711
1-800-803-9202, 512-463-6599, www.license.state.tx.us/complaints

Number: 33116

Date: 7/18/23

For a convenience fee of 3%, we accept Visa, MasterCard, and Amex for payment.

TECL#17343     TMEL#3738

P.O. BOX 801228
HOUSTON, TX 77280
713-984-9342 FAX 713-984-1412

**Bill to:**
YRC, INC (dba YRC FREIGHT)
10990 ROE AVENUE
OVERLAND PARK, KS 66211

**Job:**
YRC, INC
9415 WALLISVILLE RD
HOUSTON
TX 77013

| Customer Code | Purchase Order No. | Salesperson | Terms |
|---|---|---|---|
| 25105 | | JOSH SPENCE | DUE UPON RECEIPT |

**Remarks:** YRC, INC WO#  33116

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| *Continued from previous page...* | | | | |
| | Other | | | 13,480.00 |

| | |
|---|---|
| Subtotal: | 13,480.00 |
| Sales Tax: | 1,112.10 |
| Total: | 14,592.10 |

RP-2023-302405
*Continued on next page...*

PIEPER HOUSTON ELECTRIC

Page 2 of 4

*P.O. BOX 801228 HOUSTON, TX 77280*
713 984-9342

## INVOICE

Number: 33116

Date: 7/18/23

For a convenience fee of 3%, we accept Visa, MasterCard, and Amex for payment.

**PIEPER-HOUSTON ELECTRIC L.P.**

Regulated by the TX Dept. of Licensing & Regulations, P.O. Box 12157, Austin, TX.78711
1-800-803-9202, 512-463-6599, www.license.state.tx.us/complaints

TECL#17343    TMEL#3738

P.O. BOX 801228
HOUSTON, TX 77280
713-984-9342 FAX 713-984-1412

**Bill to:**

YRC, INC (dba YRC FREIGHT)
10990 ROE AVENUE
OVERLAND PARK, KS 66211

**Job:**

YRC, INC
9415 WALLISVILLE RD
HOUSTON
TX 77013

| Customer Code | Purchase Order No. | Salesperson | Terms |
|---|---|---|---|
| 26106 | | JOSH SPENCE | DUE UPON RECEIPT |
| Remarks: | YRC, INC WO# 33116 | | |

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|

*Continued from previous page...*

RP-2023-302405

4-3-2023
TIM G
-DEMO FIXTURES ON THE FLOODING DOCK
-REPLACED EAST SIDE FIXTURES WITH LED'S
-STARTED ON THE WEST SIDE WITH LED'S
-RETURN TO COMPLETE WEST SIDE
-WILL START REPLACING COVERS AND RECPTACLES ALONG THE OTHER MAIN DOCKS

4-4-2023
TIM G
-COMPLETED REPLACING FIXTURES ON THE SOUTH SIDE FLOATING DOCK
-ALSO REPAIRED 3 RECEPTACLE LOCATIONS ON THE SOUTH SIDE FLOATING DOCKS
-COMPLETED THE REPLACEMENT OF FIXTURES ON THE NORTH WEST SIDE FLOATING DOCK
-STARTED TO DEMO LIGHTS ON NORTH EAST SIDE DOCKS

4-5-23 Daniel Gonzalez
COMPLETED LIGHT INSTALL IN NORTH EAST SIDE DOCKS
BEGAN TO REMOVE OLD HIGH BAY LIGHTS ON NORTH SIDE TERMINAL.
INSTALLED 9 LED UFO HIGH BAY LIGHTS.

4-6-2023
TIM G
-UTILIZED LIFT TO REACH THE HIGH BAY TO BE REPLACED TO LED'S (7)
-ALSO REPLACED RECEPTACLES,COVERS, AND WIRE FROM THE COLUMNS LOCATIONS BETWEEN DOCK 5 TO DOCK 50 AS NEEDED

4-7- 2023
TIM G
-REPLACED MORE RECEPTACLES, COVERS, AND WIRE FROM THE COLUMNS LOCATIONS BETWEEN DOCK 6 TO DOCK 60 AS NEEDED
-START REPLACING EGRESS LIGHTING ALONG SAME AREA

4-11-2023
TIM G

*Continued on next page...*

**PIEPER HOUSTON ELECTRIC**

*Page 3 of 4*

*P.O. BOX 801228 HOUSTON, TX 77280*

713 984- 9342

| **INVOICE** | | | |
|---|---|---|---|
| Number: | 33116 | | |

**PIEPER-HOUSTON ELECTRIC L.P.**

Regulated by the TX Dept. of Licensing & Regulations, P.O. Box 12157, Austin, TX.78711
1-800-803-9202, 512-463-6599, www.license.state.tx.us/complaints

Date: 7/18/23

For a convenience fee of 3%, we accept Visa, MasterCard, and Amex for payment.

TECL#17343    TMEL#3738

P.O. BOX 801228
HOUSTON, TX 77280
713-984-9342 FAX 713-984-1412

**Bill to:**

YRC, INC (dba YRC FREIGHT)
10990 ROE AVENUE
OVERLAND PARK, KS 66211

**Job:**

YRC, INC
9415 WALLISVILLE RD
HOUSTON
TX  77013

| Customer Code | Purchase Order No. | Salesperson | Terms |
|---|---|---|---|
| 25105 | | JOSH SPENCE | DUE UPON RECEIPT |
| Remarks: | YRC, INC WO#  33116 | | |

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|

*Continued from previous page . . .*

-REPLACED MORE RECEPTALES, COVERS, AND WIRE AS NEEDED ON COLUMNS BETWEEN DOCK 50 TO 80
-REPLACED EGRESS LIGHTING IN THE SAME AREA

4-12-23 Daniel Gonzalez
-CONTINUED TO REPLACE RECEPTACLES, COVERS, AND WIRE AS NEEDED ON COLUMNS.
- CONTINUED TO REPLACE EGRESS LIGHTS

4-13-23 Daniel Gonzalez
-CONTINUED TO REPLACE RECEPTACLES, COVERS, AND WIRE AS NEEDED ON COLUMNS.
- CONTINUED TO REPLACE EGRESS LIGHTS

4-14-23
- COMPLETION OF REPLACING RECEPTACLES, COVER AND WIRE ON COLUMNS
- COMPLETION OF REPLACING EGRESS LIGHTS.

JOB NOT COMPLETE
WILL NEED TO RETURN WHEN YRC PULLS PERMITS TO REPLACE 2X4 LIGHTS IN BREAK ROOM, REPAIR BROKEN DEVICES AND RE-MOUNT J-BOX'S FOR DEVICES.

RP-2023-302405

PIEPER HOUSTON ELECTRIC

*Page 4 of 4*

**P.O. BOX 801228 HOUSTON, TX 77280**

713 984- 9342

# INVOICE

Number: 33201

Date: 5/25/23

For a convenience fee of 3%, we accept Visa, MasterCard, and Amex for payment.

TECL#17343    TMEL#3738

**PIEPER-HOUSTON ELECTRIC L.P.**

Regulated by the TX Dept. of Licensing & Regulations, P.O. Box 12157, Austin, TX.78711
1-800-803-9202, 512-463-6599, www.license.state.tx.us/complaints

P.O. BOX 801228
HOUSTON, TX 77280
713-984-9342 FAX 713-984-1412

**Bill to:**
YRC, INC (dba YRC FREIGHT)
10990 ROE AVENUE
OVERLAND PARK, KS 66211

**Job:**
YRC, INC
9415 WALLISVILLE RD
HOUSTON
TX 77013

| Customer Code | Purchase Order No | Salesperson | Terms |
|---|---|---|---|
| 25105 | | JOSH SPENCE | DUE UPON RECEIPT |

Remarks: YRC, INC WO# 33201

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| 4.000 | SERVICE TECH (JOURNEYMAN) | HRS | 95.00 | 380.00 |
| 4.000 | SERVICE TECH (APPRENTICE) | HRS | 48.00 | 192.00 |
| 1.000 | MATERIAL USED | | | 0.00 |
| 30.000 | 8Ã¢â,¬ï¿½ zip ties | EA | 0.25 | 7.50 |
| 50.000 | 2 conductor wire | LF | 2.00 | 100.00 |
| 6.000 | Orange / blue wirenuts | EA | 0.33 | 1.98 |
| 1.000 | CONSUMABLES | | 15.00 | 15.00 |
| 1.000 | TRUCK AND FUEL FEE | | 45.00 | 45.00 |

| | |
|---|---|
| Subtotal: | 741.48 |
| Sales Tax: | 61.17 |
| Total: | 802.65 |

RP-2023-302405

4-26-23 Daniel Gonzalez

ARRIVED ON-SITE BEGAN TO TRACE WIRES OUT WITH FLUKE PROBE. Found broken wires at the middle of the terminal re-pulled wire from control panel to area where wires branch out to both dock stations. Re-terminated and secured wires properly. Tested for continuity on E-STOP switch at first location and momentary switch at second location both are working properly. Pressed buttons at the dock stations at different times, the siren and strobe light are now working properly.

Job Complete



PAST DUE

*PIEPER HOUSTON ELECTRIC*

*P.O. BOX 801228 HOUSTON, TX 77280*

*713 984-9342*

## INVOICE

Number: 33230
Date: 5/29/23

For a convenience fee of 3%, we accept Visa, MasterCard, and Amex for payment.

TECL#17343    TMEL#3738

**PIEPER-HOUSTON ELECTRIC L.P.**

Regulated by the TX Dept. of Licensing & Regulations, P.O. Box 12157, Austin, TX 76711
1-800-803-9202, 512-463-6599, www.license.state.tx.us/complaints

P.O. BOX 801228
HOUSTON, TX 77280
713-984-9342 FAX 713-984-1412

**Bill to:**
YRC, INC (dba YRC FREIGHT)
10990 ROE AVENUE
OVERLAND PARK, KS 66211

**Job:**
YRC, INC
9415 WALLISVILLE RD
HOUSTON
TX 77013

| Purchase Order No. | Salesperson | Terms |
|---|---|---|
| 25105 | JOSH SPENCE | DUE UPON RECEIPT |

**Remarks:** YRC, INC WO# 33230

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
|  | Other |  |  | 2,730.00 |

| | |
|---|---|
| Subtotal: | 2,730.00 |
| Sales Tax: | 225.23 |
| Total: | 2,955.23 |

RP-2023-302405


PAST DUE

*PIEPER HOUSTON ELECTRIC*
P.O. BOX 801228 HOUSTON, TX 77280
713 984-9342

# INVOICE

Number: 33258

Date: 6/6/23

For a convenience fee of 3%, we accept Visa, MasterCard, and Amex for payment.

TECL#17343   TMEL#3738

**PIEPER-HOUSTON ELECTRIC L.P.**

Regulated by the TX Dept. of Licensing & Regulations, P.O. Box 12157, Austin, TX.78711
1-800-803-9202, 512-463-6599, www.license.state.tx.us/complaints

P.O. BOX 801228
HOUSTON, TX 77280
713-984-9342 FAX 713-984-1412

**Bill to:**
YRC, INC (dba YRC FREIGHT)
10990 ROE AVENUE
OVERLAND PARK, KS 66211

**Job:**
YRC, INC
9415 WALLISVILLE RD
HOUSTON
TX 77013

| Customer Code | Purchase Order No. | Salesperson | Terms |
|---|---|---|---|
| 25105 | | JOSH SPENCE | DUE UPON RECEIPT |

**Remarks:** YRC, INC WO# 33258

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| | Other | | | 1,200.0 |
| | | | Subtotal: | 1,200.0 |
| | | | Sales Tax: | 99.0 |
| | | | Total: | 1,299.0 |

5-19-2023
TIM G
-GOT WITH DUGAR ON LOCATIONS OF BIRD BE GONE
-WE INSTALL ONE ON A MIDDLE COLUMN OF THE MAIN TERMINAL NORTH SIDE
-WE INSTALL ONE ON A WEST SIDE COLUMN OF THE MAIN TERMINAL SOUTH SIDE
-WE INSTALL ONE AT THE MIDDLE OF THE TIRE SHOP
-EACH ONE NEEDED CONDUIT RAN FROM A RECEPTACLE NEAR BY
-TESTED OK

RP-2023-302405

PIEPER HOUSTON ELECTRIC

*P.O. BOX 801228 HOUSTON, TX 77280*
713 984- 9342

# INVOICE

Number: 33403

Date: 7/31/23

For a convenience fee of 3%, we accept Visa, MasterCard, and Amex for payment.

TECL#17343    TMEL#3738



**PIEPER-HOUSTON ELECTRIC L.P.**

Regulated by the TX Dept. of Licensing & Regulations, P.O. Box 12157, Austin, TX.78711
1-800-803-9202, 512-463-6599, www.license.state.tx.us/complaints

P.O. BOX 801228
HOUSTON, TX 77280
713-984-9342 FAX 713-984-1412

**Bill to:**
YRC, INC (dba YRC FREIGHT)
10990 ROE AVENUE
OVERLAND PARK, KS 66211

**Job:**
YRC, INC
9415 WALLISVILLE RD
HOUSTON
TX 77013

| Customer Code | Purchase Order No. | Salesperson | Terms |
|---|---|---|---|
| 25105 | | JOSH SPENCE | DUE UPON RECEIPT |
| Remarks: | YRC, INC WO# 33403 | | |

| Quantity | Description | U/M | Unit Price | Extension |
|---|---|---|---|---|
| 2.000 | SERVICE TECH (JOURNEYMAN) | HRS | 95.00 | 190.0 |
| 2.000 | ABB TQLFP1 1 FRONT FILLER PLAT | E | 16.20 | 32.4 |
| 1.000 | CONSUMABLES | | 15.00 | 15.0 |
| 1.000 | TRUCK AND FUEL FEE | | 45.00 | 45.0 |

| | |
|---|---|
| Subtotal: | 282.4 |
| Sales Tax: | 23.3 |
| Total: | 305.7 |

07-24-2023 CV.

- UPON ARRIVAL MET WITH SHOP PERSONEL, ADVISED OF WHAT WORK SCOPE WE HAD TO DO.
- INSTALLED 2 FILLER PLATES IN PANEL WITH OPENED BREAKER TABS.
- TOOK MEASUREMENTS OF PANEL WHICH OSHA RQUIRED TO HAVE DOOR, PANEL IS MANUFACTURED WITHOUT DOORS, ADVISED P.M. OF ISSUE AND WILL TRY TO RESOLVE PROBLEM WITH PANEL AND PANEL DOORS.
- CUSTOMER ADVISED FOR A QUOTE TO TROUBLESHOOT HAZMAT ALARM SWITCH/SYSTEM NOT OPERATING CORRECTLY.
- CUSTOMER ALSO ADVISED THERE IS ONE POLE LIGHT FIXTURE THAT WE REPLACED IS NOT OPERATING, ALSO ASKED FOR A QUOTE ON 8 OTHER POLE LIGHTS NOT WORKING.
- WORK ORDER IS COMPLETE.

RP-2023-302405

PIEPER HOUSTON ELECTRIC

*P.O. BOX 801228 HOUSTON, TX 77280*

713 984- 9342

RP-2023-302405
# Pages 17
08/09/2023 03:46 PM
e-Filed & e-Recorded in the
Official Public Records of
HARRIS COUNTY
TENESHIA HUDSPETH
COUNTY CLERK
Fees $78.00

RP-2023-302405

RECORDERS MEMORANDUM
This instrument was received and recorded electronically
and any blackouts, additions or changes were present
at the time the instrument was filed and recorded.

Any provision herein which restricts the sale, rental, or
use of the described real property because of color or
race is invalid and unenforceable under federal law.
THE STATE OF TEXAS
COUNTY OF HARRIS
I hereby certify that this instrument was FILED in
File Number Sequence on the date and at the time stamped
hereon by me; and was duly RECORDED in the Official
Public Records of Real Property of Harris County, Texas.



Teneshia Hudspeth
COUNTY CLERK
HARRIS COUNTY, TEXAS

**U.S. Postal Service® CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER: 9414 7266 9904 2211 3268 51

9590 9266 9904 2211 3268 54

AUG 1 1 2023

Sent to: Edinburgh Logistics Assets LLC
1065 6th Avenue
5 Bryant Park, 28th Floor
New York, NY  10018

Reference Information
cf
Pieper/YRC

PS Form 3800, Facsimile, July 2015

---

**U.S. Postal Service® CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER: 9414 7266 9904 2211 3268 68

9590 9266 9904 2211 3268 61

AUG 1 1 2023

Sent to: Edinburgh Logistics Assets LLC
c/o Corporation Service Company dba
CSC-Lawyers Incorporating Service Company
Registered Agent
211 E. 7th Street, Suite 620
Austin, TX  78701-3218

Reference Information
cf
Pieper/YRC

PS Form 3800, Facsimile, July 2015

---

**U.S. Postal Service® CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER: 9414 7266 9904 2211 3268 37

9590 9266 9904 2211 3268 30

AUG 1 1 2023

Sent to: YRC Inc. d/b/a YRC Freight
P.O. Box 471
Akron, OH  44309-0471

Reference Information
cf
Pieper/YRC

PS Form 3800, Facsimile, July 2015

---

**U.S. Postal Service® CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER: 9414 7266 9904 2211 3268 44

9590 9266 9904 2211 3268 47

AUG 1 1 2023

Sent to: YRC Inc. d/b/a YRC Freight
c/o C T Corporation System, Registered Agent
1999 Bryan St., Suite 900
Dallas, TX  75201-3136

Reference Information
cf
Pieper/YRC

PS Form 3800, Facsimile, July 2015

**U.S. Postal Service® CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER: 9414 7266 9904 2211 3268 20

9590 9266 9904 2211 3268 23

AUG 1 1 2023

Sent to: YRC Inc. d/b/a YRC Freight
1077 Gorge Blvd.
Akron, OH 44309-0471

Reference Information
cf
Pieper/YRC

PS Form 3800, Facsimile, July 2015

---

**U.S. Postal Service® CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

USPS® ARTICLE NUMBER: 9414 7266 9904 2211 3268 13

9590 9266 9904 2211 3268 16

AUG 1 1 2023

Sent to: YRC Inc. d/b/a YRC Freight
10990 Roe Avenue
Overland Park, KS 66211

Reference Information
cf
Pieper/YRC

PS Form 3800, Facsimile, July 2015