**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In Re:<br><br>Yellow Corporation, *et al.,*<br><br>Debtors. | Case No. 23-11069-CTG<br><br>Chapter 11 Proceedings<br><br>(Jointly Administered)<br><br>Hearing Date: September 15, 2023<br>Hearing Time: 11:30 a.m. (ET)<br><br>**[Relates to Docket No. 16]** |

**MARICOPA COUNTY TREASURER'S OBJECTION TO MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (I) AUTHORIZING THE DEBTORS TO (A) OBTAIN POSTPETITION FINANCING AND (B) UTILIZE CASH COLLATERAL, (II) GRANTING LIENS AND SUPERPRIORITY ADMINISTRATIVE EXPENSE CLAIMS, (III) MODIFYING THE AUTOMATIC STAY , (IV) AUTHORIZING THE DEBTORS TO USE UST CASH COLLATERAL, (V) GRANTING ADEQUATE PROTECTION, (VI) SCHEDULING A FINAL HEARING, AND (VII) GRANTING RELATED RELIEF**

Maricopa County Treasurer ("MCT"), a secured tax lien creditor, by and through its undersigned counsel, hereby objects to the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay , (IV) Authorizing the Debtors to Use UST Cash Collateral, (V) Granting Adequate Protection, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief* (DE 16) (the "Motion"). MCT objects to the Motion to the extent that it seeks to prime any secured real or personal property tax liens of Maricopa County and requests adequate protection of its tax liens.

**MCT's Claims**

On August 28, 2023, MCT filed a secured Proof of Claim (the "MCT RPTX Claim") in the amount of $56,095.82 representing the 2023 real property taxes on parcel 105-45-

001N. Interest accrues, or will accrue, at the statutory rate of 16% per year simple, if not timely paid, until the taxes and interest are paid in full. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053.

On August 28, 2023, MCT filed a secured Proof of Claim (the "MCT PPTX Claim") in the amount of $219.85 representing 2007 personal property taxes on parcel 900-77-249. Interest accrues at the statutory rate of 16% per year simple until the taxes and interest are paid in full. *See* 11 U.S.C. § 511 and A.R.S. § 42-18053.

## **Objections**

MCT objects to the Motion to the extent that it seeks to prime MCT's tax liens on Debtors' real and personal property located in Maricopa County, Arizona. Arizona law provides the following.

a. The personal property tax liens attached on January 1 of the respective tax year and the taxes are not discharged until the taxes and interest are paid in full or title to the property vests in a purchaser of the property for taxes. A.R.S. §§ 42-17153 and 42-19106. Accordingly, the liens for real and personal property taxes encumbering the property cannot be removed until the property taxes and interest are paid in full.

b. The tax liens are "prior and superior to any other liens of every kind and description regardless of when another lien attached." A.R.S. §§ 42-19106 and 42-17153.

c. "A tax that is levied against personal property…is a personal liability of the property owner, in addition to being a lien against the property." A.R.S. § 42-17153(B).

d. "The tax on personal property is a debt against the owner to whom the property

is assessed and against the owner's successors and assigns." A.R.S. § 19117(A).

e. Interest accrues at the statutory rate of 16% per annum until the taxes are paid in full. 11 U.S.C. § 511 and A.R.S. § 42-18053.

f. The entries made in the county treasurer's tax records are prima facie evidence of the facts stated in them. A.R.S. § 42-11007.

WHEREFORE, MCT objects to the Motion and Interim Order to the extent they seek to prime any MCT tax liens and MCT requests adequate protection by having the tax liens remain attached to the real and personal property with the same validity and priority as the tax liens had on the Petition Date until the taxes and interest are paid in full.

RESPECTFULLY SUBMITTED this 28th day of August, 2023.

         RACHEL H. MITCHELL
         MARICOPA COUNTY ATTORNEY

         BY: */s/ Peter Muthig*
            PETER MUTHIG
            Deputy County Attorney
            *Attorney for Maricopa County Treasurer*

ORIGINAL of the foregoing E-FILED
this 28th day of August, 2023, with:

Clerk, United States Bankruptcy Court
District of Delaware
824 Market Street, 3rd Floor
Wilmington, DE 19801

. . .

. . .

. . .

COPY of the foregoing mailed or e-mailed, this 28th day of August, 2023, to:

Jane M. Leamy
Richard L. Schepacarter
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Email: jane.m.leamy@usdoj.gov
Email: richard.schepacarter@usdoj.gov

Matthew A. Doheny
Leah Dawson
10990 Roe Avenue
Overland Park, KS
*Debtors*

Whitney C. Fogelberg
Patrick J. Nash
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Email: whitney.fogelberg@kirkland.com
Email: patrick.nash@kirkland.com
*Attorneys for Debtors*

Allyson B. Smith
Aaron Metviner
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Email: allyson.smith@kirkland.com
Email: aaron.metviner@kirkland.com
*Attorneys for Debtors*

Laura Davis Jones
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Email: ljones@pszjlaw.com
*Attorneys for Debtors*

. . .

. . .

| | |
|---|---|
| 1 | Peter J. Keane |
| 2 | Pachulski Stang Young & Jones LLP<br>919 N. Market Street, 17th Floor |
| 3 | Wilmington, DE 19801<br>Email: pkeane@pszjlaw.com |
| 4 | *Attorneys for Debtors* |
| 5 | Joshua M. Spencer<br>Holland & Knight LLP<br>150 N. Riverside Plaza, Suite 2700 |
| 6 | Chicago, IL 60606<br>Email: Joshua.spencer@hklaw.com |
| 7 | *Counsel to the DIP Agent* |
| 8 | Dennis F. Dunne<br>Matthew L. Brod<br>Milbank LLP |
| 9 | 55 Hudson Yards<br>New York, NY 100001 |
| 10 | Email:<br>*Counsel to Apollo Capital Management L.P.* |
| 11 | Scott Greissman<br>Elizabeth Feld |
| 12 | Andrew Zatz<br>White & Case LLP |
| 13 | 1221 Avenue of the Americas<br>New York, NY 10020 |
| 14 | Email: sgreissman@whitecase.com<br>Email: efeld@whitecase.com<br>Email: azatz@whitecase.com |
| 15 | *Counsel to Beal Bank USA* |
| 16 | Kevin Simard<br>Seth Mennillo<br>Choate, Hall & Stewart LLP |
| 17 | Two International Place<br>Boston, MA 02110 |
| 18 | Email: ksimard@choate.com<br>Email: smennillo@choate.com<br>*Counsel to Prepetition ABL Agent* |
| 19 | |
| 20 | Ronald J. Silverman<br>Christopher R. Bryant<br>Hogan Lovells US LLP |
| 21 | 390 Madison Avenue<br>New York, NY 10017 |
| 22 | Email: Ronald.silverman@hoganlovells.com<br>Email: chris.bryant@hoganlovells.com<br>*Counsel to Prepetition UST* |
| 23 | *Tranche A Agent and Tranche B Agent* |
| 24 | /s/ Marcy Delgado |