IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------X

|  |  |
|---|---|
| In Re: | Chapter 11 |
|  | Case No.: 23-11069 (CTG) |
|  | Motion No. 344 |
| YRC INC., |  |
| Debtor. | Objections due by: September 8, 2023 |
| ---------------------------------------------X | Hearing Date: September 15, 2023 at 11:30 a.m. |

NOTICE OF MOTION OF MYRIAM BINETTE FOR RELIEF FROM STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE

TO:  YRC INC.                                             Ferro & Stenz, Esqs.
     11500 Outlook Street. Suite 400          875 Merrick Avenue
     Overland Park, KS 66211                       Westbury, New York 11590

     Office of the United States Trustee         Lester Schwab Katz and Dwyer, LLP
     J. Caleb Boggs Federal Building             100 Wall Street
     844 King Street, Suite 2207, Lockbox 35     New York, New York 10005
     Wilmington, DE 19801

     Epiq Corporate Restructuring, LLC
     777 Third Avenue, 12th Floor
     New York, New York 10017

The movant filed a motion for Relief from Stay which seeks the following relief: To lift and/or modify the stay in this action pursuant to 11 U.S.C. 362(d) and permit YRC INC. to proceed in litigation in the BINETTE action.

HEARING ON THIS MOTION WILL BE HELD ON SEPTEMBER 15, 2023 AT 11:30 am.

You are required to file a response (and the supporting documentation required by Local Rule 4001-(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response to movant's attorney:
LAW OFFICES OF JONATHAN D. MANDELL
29 Broadway
Lynbrook, New York 11563
516-599-8833

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

\

      The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security agreement.

By: _____
JONATHAN D. MANDELL