## **EXHIBIT B**

**Nash Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### DECLARATION OF
### PATRICK J. NASH, JR. IN SUPPORT OF THE DEBTORS'
### APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING
### THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP
### AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE
### DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF AUGUST 6, 2023

I, Patrick J. Nash Jr., being duly sworn, state the following under penalty of perjury:

1.      I am the president of Patrick J. Nash, Jr., P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 300 North La Salle Street, Chicago, Illinois 60654, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland").[2]  I am one of the lead attorneys from Kirkland working on the above-captioned chapter 11 cases.  I am a member in good standing of the Bar of the State of Illinois, and I have been admitted to practice in the U.S. Court of Appeals for the Sixth Circuit, the U.S. District Court for the Northern District of Illinois, and the U.S. District Court for the Eastern District of Michigan. There are no disciplinary proceedings pending against me.

---

[1]      A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]      Capitalized terms used but not otherwise defined herein shall have the meaning as set forth in the Application.

2.      I submit this declaration (the "Declaration") in support of the Debtors' *Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2023* (the "Application").[3]  Except as otherwise noted, I have personal knowledge of the matters set forth herein.

### Kirkland's Qualifications

4.      The Debtors seek to retain Kirkland because of Kirkland's recognized expertise and extensive experience and knowledge in the field of debtors' protections, creditors' rights, and business reorganizations under chapter 11 of the Bankruptcy Code.

5.      Kirkland has been actively involved in major chapter 11 cases and has represented debtors in many cases, including, among others:  *In re PGX Holdings, Inc.*, No. 23-10718 (CTG) (Bankr. D. Del. June 4, 2023); *In re Lannett Company, Inc.*, No. 23-10559 (JKS) (Bankr. D. Del. May 2, 2023); *In re SiO2 Medical Products*, No. 23-10366 (JTD) (Bankr. D. Del. Mar. 29, 2023); *In re Carestream Health, Inc.*, No. 22-10778 (JKS) (Bankr. D. Del. Aug. 22, 2022); *In re Riverbed Technology, Inc.*, No. 21-11503 (CTG) (Bankr. D. Del. Nov. 15, 2021).[4]

6.      In preparing for its representation of the Debtors in these chapter 11 cases, Kirkland has become familiar with the Debtors' business and many of the potential legal issues that may arise in the context of these chapter 11 cases.  I believe that Kirkland is both well-qualified and uniquely able to represent the Debtors in these chapter 11 cases in an efficient and timely manner.

---

[3]     Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Application.

[4]     Because of the voluminous nature of the orders cited in this Declaration, they are not attached to this Declaration. Copies of these orders are available upon request to Kirkland.

**Services to Be Provided**

7.      Subject to further order of the Court and that certain engagement letter dated July 27, 2023 (the "Engagement Letter"), a copy of which is attached as **Exhibit 1** to the Order, the Debtors retained Kirkland to render, without limitation, the following legal services:

a.      advising the Debtors with respect to their powers and duties as debtor in possession in the continued management and operation of their properties;

b.      advising and consulting on the conduct of these chapter 11 cases, including all of the legal and administrative requirements of operating in chapter 11;

c.      attending meetings and negotiating with representatives of creditors and other parties in interest;

d.      taking all necessary actions to protect and preserve the Debtors' estates, including prosecuting actions on the Debtors' behalf, defending any action commenced against the Debtors, and representing the Debtors in negotiations concerning litigation in which the Debtors are involved, including objections to claims filed against the Debtors' estates;

e.      preparing pleadings in connection with these chapter 11 cases, including motions, applications, answers, orders, reports, and papers necessary or otherwise beneficial to the administration of the Debtors' estates;

f.      representing the Debtors in connection with obtaining authority to continue using cash collateral and postpetition financing;

g.      advising the Debtors in connection with any potential sale of assets;

h.      appearing before the Court and any appellate courts to represent the interests of the Debtors' estates;

i.      advising the Debtors regarding tax matters;

j.      taking any necessary action on behalf of the Debtors to negotiate, prepare, and obtain approval of a disclosure statement and confirmation of a chapter 11 plan and all documents related thereto; and

k.      performing all other necessary legal services for the Debtors in connection with the prosecution of these chapter 11 cases, including: (i) analyzing the Debtors' leases and contracts and the assumption and assignment or rejection thereof; (ii) analyzing the validity of liens against the Debtors' assets; and (iii) advising the Debtors on corporate and litigation matters.

3

**Professional Compensation**

8.      Kirkland intends to apply for compensation for professional services rendered on an hourly basis and reimbursement of expenses incurred in connection with these chapter 11 cases, subject to the Court's approval and in compliance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any other applicable procedures and orders of the Court.  The hourly rates and corresponding rate structure Kirkland will use in these chapter 11 cases are the same as the hourly rates and corresponding rate structure that Kirkland uses in other debtor representations, and are comparable to the hourly rates and corresponding rate structure that Kirkland uses for complex corporate, securities, and litigation matters whether in court or otherwise, regardless of whether a fee application is required.  These rates and the rate structure reflect that such restructuring and other complex matters typically are national in scope and involve great complexity, high stakes, and severe time pressures.

9.      Kirkland operates in a national marketplace for legal services in which rates are driven by multiple factors relating to the individual lawyer, his or her area of specialization, the firm's expertise, performance, and reputation, the nature of the work involved, and other factors.

10.      Kirkland's current hourly rates for matters related to these chapter 11 cases range as follows:[5]

---

[5]      For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency.  When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate.  After converting these foreign rates into U.S. dollars, it is possible that certain rates may exceed the billing rates listed in the chart herein.  While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

| Billing Category[6] | U.S. Range |
|---|---|
| Partners | $1,195-$2,245 |
| Of Counsel | $820-$2,125 |
| Associates | $685-$1,395 |
| Paraprofessionals | $295-$575 |

11.    Kirkland's hourly rates are set at a level designed to compensate Kirkland fairly for the work of its attorneys and paralegals and to cover fixed and routine expenses. Hourly rates vary with the experience and seniority of the individuals assigned. These hourly rates are subject to periodic adjustments to reflect economic and other conditions.[7]

12.    It is Kirkland's policy to charge its clients in all areas of practice for identifiable, non-overhead expenses incurred in connection with the client's case that would not have been incurred except for representation of that particular client. It is also Kirkland's policy to charge its clients only the amount actually incurred by Kirkland in connection with such items. Examples of such expenses include postage, overnight mail, courier delivery, transportation, overtime expenses, computer-assisted legal research, photocopying, airfare, meals, and lodging.

13.    To ensure compliance with all applicable deadlines in these chapter 11 cases, Kirkland utilizes the services of overtime secretaries. Kirkland charges fees for these services pursuant to the Engagement Letter between Kirkland and the Debtors, which permits Kirkland to

---

[6]    Although Kirkland does not anticipate using contract attorneys during these chapter 11 cases, in the unlikely event that it becomes necessary to use contract attorneys, Kirkland will not charge a markup to the Debtors with respect to fees billed by such attorneys. Moreover, any contract attorneys or non-attorneys who are employed by the Debtors in connection with work performed by Kirkland will be subject to conflict checks and disclosures in accordance with the requirements of the Bankruptcy Code.

[7]    For example, like many of its peer law firms, Kirkland typically increases the hourly billing rate of attorneys and paraprofessionals twice a year in the form of: (i) step increases historically awarded in the ordinary course on the basis of advancing seniority and promotion and (ii) periodic increases within each attorney's and paraprofessional's current level of seniority. The step increases do not constitute "rate increases" (as the term is used in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases*, effective November 1, 2013). As set forth in the Order, Kirkland will provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before implementing any periodic increases, and shall file such notice with the Court.

bill the Debtors for overtime secretarial charges that arise out of business necessity. In addition, Kirkland professionals also may charge their overtime meals and overtime transportation to the Debtors consistent with prepetition practices.

14. Kirkland currently charges the Debtors $0.16 per page for standard duplication in its offices in the United States. Notwithstanding the foregoing and consistent with the Local Rules, Kirkland will charge no more than $0.10 per page for standard duplication services in these chapter 11 cases. Kirkland does not charge its clients for incoming facsimile transmissions. Kirkland has negotiated a discounted rate for Westlaw computer-assisted legal research. Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

## Compensation Received by Kirkland from the Debtors

15. Per the terms of the Engagement Letter, on July 11, 2023, the Debtors paid $1.5 million to Kirkland, which, as stated in the Engagement Letter, constituted a "special purpose retainer" (also known as an "advance payment retainer") as defined in Rule 1.5(d) of the Illinois Rules of Professional Conduct and *Dowling v. Chicago Options Assoc., Inc.*, 875 N.E.2d 1012, 1018 (Ill. 2007). Subsequently, the Debtors paid to Kirkland additional special purpose retainer totaling $5.55 million in the aggregate. As stated in the Engagement Letter, any special purpose retainer is earned by Kirkland upon receipt, any special purpose retainer becomes the property of Kirkland upon receipt, the Debtors no longer have a property interest in any special purpose retainer upon Kirkland's receipt, any special purpose retainer will be placed in Kirkland's general account and will not be held in a client trust account, and the Debtors will not earn any interest on

any special purpose retainer.[8]  A chart identifying the statements setting forth the professional services provided by Kirkland to the Debtors and the expenses incurred by Kirkland in connection therewith, as well as the special purpose retainer transferred by the Debtors to Kirkland, prior to the Petition Date is set forth below.

16.    During the 90-day period before the Petition Date, the Debtors paid special purpose retainer in the following amounts to Kirkland:

| Type of Transaction | Date | Amount of Fees and Expenses Listed on Statement | Amount of Special Purpose Retainer Requested | Amount of Special Purpose Retainer Received | Resulting Special Purpose Retainer Following |
|---|---|---|---|---|---|
| Statement of Fees and Expenses | 3/15/2023 | $187,869.92 | | | |
| Statement of Fees and Expenses | 3/15/2023 | 23,633.85 | | | |
| Statement of Fees and Expenses | 3/15/2023 | $28,740.00 | | | |
| Statement of Fees and Expenses | 3/31/3023 | $152,336.37 | | | |
| Initial Request for Special Purpose Retainer | 6/20/2023 | | $1,500,000.00 | | |
| Receipt of Initial Special Purpose Retainer | 7/11/2023 | | | $1,500,000.00 | $1,107,419.86 |
| Additional Special Purpose Retainer (Full Statement) | 7/25/2023 | | $4,800,000.00 | | |
| Receipt of Additional Special Purpose Retainer | 7/26/2023 | | | $4,800,000.00 | $5,907,419.86 |
| Statement of Fees and Expenses | 7/31/2023 | $122,828.98 | | | $5,784,590.88 |
| Statement of Fees and Expenses | 7/31/2023 | $8,384.50 | | | $5,776,206.38 |
| Statement of Fees and Expenses | 7/31/2023 | $449,808.70 | | | $5,326,397.68 |

---

[8]    The Engagement Letter provides that Kirkland may continue to hold any remaining prepetition special purpose retainer during the pendency of a chapter 11 case rather than applying such special purpose retainer to postpetition fees and expenses.  Kirkland evaluates whether to retain any remaining prepetition special purpose retainer on a case-by-case basis.  In this particular case, Kirkland has elected not to hold any remaining prepetition special purpose retainer but, instead, will apply any remaining special purpose retainer to postpetition fees and expenses as such fees and expenses are allowed by the Court.

| Statement of Fees and Expenses | 7/31/2023 | $887,456.08 | | | $4,438,941.60 |
|---|---|---|---|---|---|
| Statement of Fees and Expenses | 7/31/2023 | $78,125.50 | | | $4,360,816.10 |
| Statement of Fees and Expenses | 7/31/2023 | $87,892.00 | | | $4,272,924.10 |
| Statement of Fees and Expenses | 7/31/2023 | $1,847,672.27 | | | $2,425,251.83 |
| Statement of Fees and Expenses | 8/2/2023 | $704,192.96 | | | $1,721,058.87 |
| Additional Special Purpose Retainer (Full Statement) | 8/3/2023 | | $750,000.00 | | |
| Receipt of Additional Special Purpose Retainer | 8/3/2023 | | | $750,000.00 | $2,471,058.87 |

17.    As of the Petition Date, the Debtors did not owe Kirkland any amounts for legal services rendered before the Petition Date.  In March 2023, Kirkland had four outstanding invoices totaling $392,580.14.  Kirkland applied the special purpose retainer received on July 11, 2023 to those outstanding invoices.  Kirkland does not concede that the application of the special purpose retainer to those invoices constituted a voidable preference.  However, in light of the decision in *In re Pillowtex, Inc.*, 304 F.3d 246 (3d Cir. 2022), Kirkland has agreed with the Debtors that it will give a credit for postpetition work in the full amount of those invoices (*i.e.*, $392,580.14).

18.    Pursuant to Bankruptcy Rule 2016(b), Kirkland has not shared nor agreed to share (a) any compensation it has received or may receive with another party or person, other than with the partners, associates, and contract attorneys associated with Kirkland or (b) any compensation another person or party has received or may receive.

## Statement Regarding U.S. Trustee Guidelines

19.    Kirkland shall apply for compensation for professional services rendered and reimbursement of expenses incurred in connection with the Debtors' chapter 11 cases in compliance with sections 330 and 331 of the Bankruptcy Code and applicable provisions of the Bankruptcy Rules, Local Rules, and any other applicable procedures and orders of the Court.

Kirkland also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and additional disclosures as set forth in the *Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330 by Attorneys in Larger Chapter 11 Cases Effective As of November 1, 2013* (the "Revised UST Guidelines"), both in connection with this Application and the interim and final fee applications to be filed by Kirkland in these chapter 11 cases.

### Attorney Statement Pursuant to Revised UST Guidelines

20.        The following is provided in response to the request for additional information set forth in Paragraph D.1. of the Revised UST Guidelines:

a.  **Question**: Did Kirkland agree to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement?

**Answer**: No. Kirkland and the Debtors have not agreed to any variations from, or alternatives to, Kirkland's standard billing arrangements for this engagement. The rate structure provided by Kirkland is appropriate and is not significantly different from (a) the rates that Kirkland charges for other non-bankruptcy representations or (b) the rates of other comparably skilled professionals.

b.  **Question**: Do any of the Kirkland professionals in this engagement vary their rate based on the geographic location of the Debtors' chapter 11 cases?

**Answer**: No. The hourly rates used by Kirkland in representing the Debtors are consistent with the rates that Kirkland charges other comparable chapter 11 clients, regardless of the location of the chapter 11 case.

c.  **Question**: If Kirkland has represented the Debtors in the 12 months prepetition, disclose Kirkland's billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If Kirkland's billing rates and material financial terms have changed postpetition, explain the difference and the reasons for the difference.

9

**Answer**: Kirkland's current hourly rates for services rendered on behalf of the Debtors range as follows:[9]

| Billing Category | U.S. Range |
| --- | --- |
| Partners | $1,195-$2,245 |
| Of Counsel | $820-$2,125 |
| Associates | $685-$1,395 |
| Paraprofessionals | $295-$575 |

Kirkland represented the Debtors from August 1, 2022 to December 31, 2022, using the hourly rates listed below:

| Billing Category | U.S. Range |
| --- | --- |
| Partners | $1,135-$1,995 |
| Of Counsel | $805-$1,845 |
| Associates | $650-$1,245 |
| Paraprofessionals | $265-$495 |

d. **Question**:  Have the Debtors approved Kirkland's budget and staffing plan, and, if so, for what budget period?

**Answer**:  Yes, for the period from August 6, 2023 through December 1, 2023.

### Kirkland's Disinterestedness

21.    In connection with its proposed retention by the Debtors in these chapter 11 cases, Kirkland undertook to determine whether it had any conflicts or other relationships that might cause it not to be disinterested or to hold or represent an interest adverse to the Debtors. Specifically, Kirkland obtained from the Debtors and their representatives the names of individuals and entities that may be parties in interest in these chapter 11 cases (the "Potential Parties in Interest") and such parties are listed on **Schedule 1** hereto.  Kirkland has searched its electronic database for its connections to the entities listed on **Schedule 1** hereto.  In addition, after Kirkland

---

[9]    While the rate ranges provided for in this Application may change if an individual leaves or joins Kirkland, and if any such individual's billing rate falls outside the ranges disclosed above, Kirkland does not intend to update the ranges for such circumstances.

identified all client connections with the parties in interest over a specified time period, Kirkland circulated a survey email to all Kirkland attorneys who billed 10 or more hours to such clients during the prior six years.  Further, beyond the individual emails, Kirkland sent a daily report of new matters firm wide.  All Kirkland attorneys are responsible for reviewing the daily report of new matters and raising any potential concerns with respect to new representations.  Kirkland did not receive any answers in the affirmative to these emails.  Additionally, to the extent that I have been able to ascertain that Kirkland has been retained within the last three years to represent any of the Potential Parties in Interest (or their affiliates, as the case may be) in matters unrelated to these cases, such facts are disclosed on **Schedule 2** attached hereto.

22.    Kirkland and certain of its partners and associates may have in the past represented, may currently represent, and likely in the future will represent, entities that may be parties in interest in these chapter 11 cases in connection with matters unrelated (except as otherwise disclosed herein) to the Debtors and these chapter 11 cases.  Kirkland has searched its electronic database for its connections to the entities listed on **Schedule 1** attached hereto.  The information listed on **Schedule 1** may have changed without our knowledge and may change during the pendency of these chapter 11 cases.  Accordingly, Kirkland will update this Declaration as necessary and when Kirkland becomes aware of additional material information.  The following is a list of the categories that Kirkland has searched:[10]

| **Schedule** | **Category** |
| --- | --- |
| 1(a) | 5% or More Equity Holders |
| 1(b) | Bankruptcy Judges, Staff, and U.S. Trustee Personnel for the United States Bankruptcy Court for the District of Delaware |
| 1(c) | Debtor Professionals |

---

[10]    Kirkland's inclusion of parties in the following Schedules is solely to illustrate Kirkland's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs in the schedules or has a claim or legal relationship to the Debtors of the nature described in the schedules.

11

1(d)        Banks, Lenders, and Administrative Agents
1(e)        Committee Members
1(f)        Committee Professionals
1(g)        Current Directors and Officers
1(h)        Customers
1(i)        Debtors
1(j)        Environmental Related Parties
1(k)        Insurance Providers and Agents
1(l)        Litigation and Subrogation Claims
1(m)        Material Contract Counterparties
1(n)        Non-Debtors
1(o)        Other Restructuring Professionals
1(p)        Significant Vendors
1(q)        Surety and Letters of Credit Issuers
1(r)        Taxing Authorities, Governmental Agencies, and Regulatory Agencies
1(s)        Top 30 Creditors
1(t)        UCC Lien Parties
1(u)        Unions
1(v)        Union Funds

23.    To the best of my knowledge, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed in this Declaration.

24.    Listed on **Schedule 2** to this Declaration are the results of Kirkland's conflicts searches of the above-listed entities.[11]  For the avoidance of doubt, Kirkland will not commence a

---

[11]    As referenced in **Schedule 2**, the term "current client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 12 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "former client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted between 12 and 36 months preceding the Petition Date.  As referenced in **Schedule 2**, the term "closed client" means an entity listed as a client in Kirkland's conflicts search system to whom time was posted in the 36 months preceding the Petition Date, but for which the client representation has been closed. Whether an actual client relationship exists can only be determined by reference to the documents governing Kirkland's representation rather than its potential listing in Kirkland's conflicts search system.  The list generated from Kirkland's conflicts search system is over-inclusive.  As a general matter, Kirkland discloses connections

12

cause of action in these chapter 11 cases against the entities listed on **Schedule 2** that are current clients of Kirkland (including entities listed below under the "Specific Disclosures" section of this Declaration) unless Kirkland has an applicable waiver on file or first receives a waiver from such entity allowing Kirkland to commence such an action. To the extent that a waiver does not exist or is not obtained from such entity and it is necessary for the Debtors to commence an action against that entity, the Debtors will be represented in such particular matter by conflicts counsel.

25.    Of the entities listed on **Schedule 2**, one is a portfolio company of an entity that represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on July 31, 2023.[12] Motus LLC is a vendor of the Debtors and is a portfolio company of Thoma Bravo LP. Thoma Bravo LP represented more than one percent of Kirkland's fee receipts for the twelve-month period ending on July 31, 2023. I do not believe that any current or prior representation of Thoma Bravo LP precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

26.    Kirkland's conflicts search of the entities listed on **Schedules 1(a) – 1(v)** that Kirkland was able to locate using its reasonable efforts) reveals, to the best of my knowledge, that those Kirkland attorneys and paraprofessionals who previously worked at other law firms that represented such entities in these chapter 11 cases have not worked on matters relating to the Debtors' restructuring efforts while at Kirkland.

27.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge, neither I, Kirkland, nor any partner or associate thereof, insofar as I have been able

---

with "former clients" or "closed clients" for whom time was posted in the last 36 months, but does not disclose connections if time was billed more than 36 months before the Petition Date.

[12]    Specific percentages will be disclosed to the U.S. Trustee upon request.

to ascertain, have any connection with the Debtors, their creditors, or any other parties in interest, their respective attorneys and accountants, the United States Trustee for the District of Delaware (the "U.S. Trustee"), any person employed by the U.S. Trustee, or any Bankruptcy Judge currently serving on the United States Bankruptcy Court for the District of Delaware, except as disclosed or otherwise described herein.

28.    Kirkland will review its files periodically during the pendency of these chapter 11 cases to ensure that no conflicts or other disqualifying circumstances exist or arise.  If any new relevant facts or relationships are discovered or arise, Kirkland will use reasonable efforts to identify such further developments and will promptly file a supplemental declaration, as required by Bankruptcy Rule 2014(a).

29.    Generally, it is Kirkland's policy to disclose entities in the capacity that they first appear in a conflicts search.  For example, if an entity already has been disclosed in this Declaration in one capacity (*e.g.*, a customer), and the entity appears in a subsequent conflicts search in a different capacity (*e.g.*, a vendor), Kirkland does not disclose the same entity again in supplemental declarations, unless the circumstances are such in the latter capacity that additional disclosure is required.

30.    From time to time, certain former partners of Kirkland are entitled to compensation for a limited period of time following their departure from the firm.

31.    From time to time, Kirkland has referred work to other professionals to be retained in these chapter 11 cases.  Likewise, certain such professionals have referred work to Kirkland.

32.    Certain insurance companies pay the legal bills of Kirkland clients.  Some of these insurance companies may be involved in these chapter 11 cases.  None of these insurance

companies, however, are Kirkland clients as a result of the fact that they pay legal fees on behalf of Kirkland clients.

## **Specific Disclosures**

33.     As specifically set forth below and in the attached exhibits, Kirkland represents certain of the Debtors' creditors, lenders, or other entities that may be parties in interest in ongoing matters unrelated to the Debtors and these chapter 11 cases.  None of the representations described herein are materially adverse to the interests of the Debtors' estates.  Moreover, pursuant to section 327(c) of the Bankruptcy Code, Kirkland is not disqualified from acting as the Debtors' counsel merely because it represents certain of the Debtors' creditors, equity security holders, or other entities that may be parties in interest in matters unrelated to these chapter 11 cases.

**A.      Connections to Officers and Directors.**

34.     As disclosed below and on **Schedule 2**, Kirkland, in the past has represented certain affiliates, subsidiaries and entities associated with the Debtors' current and recent former officers and directors.  I do not believe that Kirkland's prior representation of the affiliates, subsidiaries, and entities associated with certain officers and directors precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

35.     Patricia M Nazemetz, a director of the Debtors, has served, or may serve from time to time, in various management and/or director capacities of certain Kirkland clients or affiliates thereof.  I do not believe that Kirkland's current or prior representation of clients for which Ms. Nazemetz serves or has served in management and/or director capacities precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

**B.     Connections to Other Entities.**

36.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Apollo Global Management, Inc. and various of its subsidiaries and affiliates (collectively, "Apollo") on a variety of matters.    Apollo was one of the Debtors' prepetition lenders.    Apollo exited the Debtors' capital structure shortly following the Petition Date. Kirkland's current and prior representations of Apollo have been in matters unrelated to the Debtors or these chapter 11 cases.    Kirkland has not represented, and will not represent, Apollo in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representations of Apollo precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

37.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Citadel LLC and various of its subsidiaries and affiliates (collectively, "Citadel") on a variety of matters.    Citadel is the current holder of the Debtors' prepetition secured term loan and a provider of debtor in possession financing.    Kirkland's current and prior representations of Citadel have been in matters unrelated to the Debtors or these chapter 11 cases.    Kirkland has not represented, and will not represent, Citadel in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.    I do not believe that Kirkland's current or prior representations of Citadel precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code

38.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, HSBC Holdings plc, ING Bank N.V., The PNC Financial Services Group, Siemens AG, and Wells Fargo Bank N.A., Bank of America, N.A., and/or certain of their affiliates (collectively, the "Specified Parties") on a variety of matters.    The Specified Parties comprise one

or more of the following: (a) the Debtors' bank or (b) administrative agent to the Debtors. Kirkland's current and prior representation of the Specified Parties has been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, the Specified Parties in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of the Specified Parties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

39.     As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain of the Debtors' vendors and/or their affiliates and employees, including Honeywell International Inc., KPMG LLP, American Securities LLC, Belk, Inc, The Dun and Bradstreet Corporation, EQT AB, AT&T Services, Inc., Chevron Corporation, BC Partners, Dell Technologies Inc., Verizon Communications Inc, Sedgwick Claims Management Services, Inc., Mode Transportation, LLC, IBM Corporation, Old Republic National Title Holding Co., and World Fuel Services (the "<u>Vendor Parties</u>"), on a variety of matters. Kirkland's current and prior representation of the Vendor Parties has been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, any of the Vendor Parties in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of the Vendor Parties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

40.     As disclosed on **<u>Schedule 2</u>**, Kirkland currently represents, and in the past has represented, certain of the Debtors' customers and/or their affiliates and employees, including AB Volvo, Cornerstone Building Brands, Inc., Staples, Inc., Walmart Inc., Nissan Motor Co., Ltd., Odyssey Logistics & Technology Corporation, Gryphon Investors Inc., Transportation Insight,

LLC, and Sycamore Partners Management, L.P. (the "Customer Parties") on a variety of matters. Kirkland's current and prior representation of the Customer Parties has been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, any of the Customer Parties in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of the Customer Parties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

## C.    Other Chapter 11 Professionals.

41.    As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, certain affiliates, subsidiaries, and entities associated with various professionals that the Debtors seek to retain in connection with these chapter 11 cases. Kirkland's current and prior representations of these professionals have been in matters unrelated to the Debtors or these chapter 11 cases. Kirkland has not represented, and will not represent, any such professionals in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of these professionals precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

42.    The Debtors' proposed restructuring advisor is Alvarez & Marsal North America, LLC ("A&M Advisory"). As disclosed on **Schedule 2**, Kirkland represents Alvarez & Marsal, Inc. ("A&M Inc."), Alvarez & Marsal Capital, LLC ("A&M Capital"), AMCP Security Holdings L.P. / Centerra Group, LLC, Alvarez & Marsal Tax and UK LLP, and affiliated entities in matters unrelated to the Debtors and these chapter 11 cases. In addition, subject to the parameters discussed in the Kirkland Attorney and Employee Investments section of this Declaration, Kirkland person(s) have invested in one or more funds affiliated with A&M Capital. I do not

believe that Kirkland's representation of these parties precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

43.    The Committee has retained Huron Consulting Group Inc. ("Huron") as its proposed financial advisor.  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, Huron on a variety of matters.  Kirkland's current and prior representations of Huron have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, Huron, in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's representation of Huron precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

44.    FTI Consulting, Inc. was engaged by one of the Debtors' lenders as its proposed financial advisor.  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, FTI Consulting, Inc. and certain of its affiliates and employees (collectively, "FTI") on a variety of matters.  Kirkland's current and prior representations of FTI have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not represent, FTI in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases.  I do not believe that Kirkland's current or prior representation of FTI precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

45.    The Debtors' prepetition ABL agent has retained AlixPartners LLP as its proposed financial advisor.  As disclosed on **Schedule 2**, Kirkland currently represents, and in the past has represented, AlixPartners LLP and certain of its affiliates and employees (collectively, "Alix") on a variety of matters.  Kirkland's current and prior representations of Alix have been in matters unrelated to the Debtors or these chapter 11 cases.  Kirkland has not represented, and will not

represent, Alix in connection with any matter in these chapter 11 cases during the pendency of these chapter 11 cases. I do not believe that Kirkland's current or prior representation of Alix precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code

**D. Kirkland Attorney and Employee Investments.**

46.     From time to time, Kirkland partners, of counsel, associates, and employees personally invest in mutual funds, retirement funds, private equity funds, venture capital funds, hedge funds, and other types of investment funds (the "Investment Funds"), through which such individuals indirectly acquire an interest in debt or equity securities of many companies, one of which may be one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases, often without Kirkland's knowledge. Each Kirkland person generally owns substantially less than one percent of such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. The Investment Fund is generally operated as a blind pool, meaning that when the Kirkland persons make an investment in the Investment Fund, he, she, or they do not know what securities the blind pool Investment Fund will purchase or sell, and have no control over such purchases or sales.

47.     From time to time one or more Kirkland partners and of counsel voluntarily choose to form an entity (a "Passive-Intermediary Entity") to invest in one or more Investment Funds. Such Passive-Intermediary Entity is composed only of persons who were Kirkland partners and of counsel at the time of the Passive-Intermediary Entity's formation (although some may later become former Kirkland partners and of counsel). Participation in such a Passive-Intermediary Entity is wholly voluntary and only a portion of Kirkland's partners and of counsel choose to participate. The Passive-Intermediary Entity generally owns substantially less than one percent of

20

any such Investment Fund, does not manage or otherwise control such Investment Fund, and has no influence over the Investment Fund's decision to buy, sell, or vote any particular security. Each Investment Fund in which a Passive-Intermediary Entity invests is operated as a blind pool, so that the Passive-Intermediary Entity does not know what securities the blind pool Investment Funds will purchase or sell, and has no control over such purchases or sales. And, indeed, the Passive-Intermediary Entity often arranges for statements and communications from certain Investment Funds to be sent solely to a blind administrator who edits out all information regarding the identity of the Investment Fund's underlying investments, so that the Passive-Intermediary Entity does not learn (even after the fact) the identity of the securities purchased, sold, or held by the Investment Fund. To the extent the Passive-Intermediary Entity is or becomes aware of the identity of the securities purchased, sold, or held by the Investment Funds ("Known Holdings"), such Known Holdings are submitted to Kirkland's conflict checking system.

48.    From time to time, Kirkland partners, of counsel, associates, and employees personally directly acquire a debt or equity security of a company which may be (or become) one of the Debtors, their creditors, or other parties in interest in these chapter 11 cases. Kirkland has a long-standing policy prohibiting attorneys and employees from using confidential information that may come to their attention in the course of their work, so that all Kirkland attorneys and employees are barred from trading in securities with respect to which they possess confidential information.

**E.    Former Clerks.**

49.    The following Kirkland employees had clerkships in the United States Bankruptcy Court for Delaware during the last three years (together, the "Former Clerks"). I do not believe

21

that the Former Clerk's work for the Court precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

50.    Jacob Black is a Kirkland associate who clerked with the Honorable Christopher S. Sontchi (ret.) in the United States Bankruptcy Court for the District of Delaware, from January 2020 to December 2021.  Mr. Black began working at Kirkland in September 2021, and had no connection with the Debtors' chapter 11 cases while working for Judge Sontchi.

51.    Jose Lugo is a Kirkland associate who clerked with the Honorable Karen B. Owens of the United States Bankruptcy Court for the District of Delaware from September 2020 to September 2021.  Ms. Lugo began working at Kirkland in September 2021 and had no connection with the Debtors' chapter 11 cases while working for Judge Owens.

**F.    Other Disclosures.**

52.    Finally, certain interrelationships exist among the Debtors.  Nevertheless, the Debtors have advised Kirkland that the Debtors' relationships to each other do not pose any conflict of interest because of the general unity of interest among the Debtors.  Insofar as I have been able to ascertain, I know of no conflict of interest that would preclude Kirkland's joint representation of the Debtors in these chapter 11 cases.

53.    As disclosed on **Schedule 2**, Kirkland currently represents each of (i) Bed Bath & Beyond Inc. and certain of its subsidiaries and affiliates (collectively, "BB&B") and (ii) Aearo Technologies and certain of its affiliates (collectively, "Aearo") in each of their bankruptcy cases. Certain Debtor entities are creditors of BB&B and/or Aearo, as applicable, and certain BB&B entities and Aearo entities are creditors of the Debtors.  Kirkland has not represented, and will not represent, the Debtors adverse to BB&B or Aearo during the pendency of BB&B's bankruptcy cases or Aearo's bankruptcy cases, as applicable.  Similarly, Kirkland has not represented, and

will not represent, either BB&B or Aearo adverse to the Debtors during the pendency of these chapter 11 cases. I do not believe that Kirkland's current representation of BB&B or Aearo precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

54.     As disclosed on **Schedule 2**, Kirkland currently represents Invacare Corporation and certain of its affiliates (collectively, "Invacare") in its bankruptcy cases. Invacare's First Amended Joint Plan of Reorganization was confirmed on April 28, 2023 and went effective on May 5, 2023. Certain Debtor entities are creditors of Invacare. Kirkland has not represented, and will not represent, the Debtors adverse to Invacare during the pendency of Invacare's bankruptcy cases. Similarly, Kirkland has not represented, and will not represent, Invacare adverse to the Debtors during the pendency of these chapter 11 cases. I do not believe that Kirkland's current representation of Invacare precludes Kirkland from meeting the disinterestedness standard under the Bankruptcy Code.

55.     The spouse of Kirkland partner Helen E. Witt, P.C. is a managing director of JPMorgan Chase & Co. JP Morgan Chase & Co. and certain of its affiliates are among the Debtors' banks. Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Ms. Witt from all aspects of Kirkland's representation of the Debtors.

56.     The spouse of Kirkland associate Christopher Grady is a senior vice president and relationship manager at The PNC Financial Services Group Inc. ("PNC"). PNC and certain of its affiliates are among the Debtors' banks. Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Mr. Grady from all aspects of Kirkland's representation of the Debtors.

57.     Kirkland partner Jared Whalen served as a trustee of the Western Conference of Teamsters Pension Fund in 2021, prior to joining Kirkland. Mr. Whalen was appointed by his

former employer to serve in this role.  Out of an abundance of caution, Kirkland has instituted formal screening measures to screen Mr. Whalen from all aspects of Kirkland's representation of the Debtors.

58.     Furthermore, prior to joining Kirkland, certain Kirkland attorneys represented clients adverse to Kirkland's current and former restructuring clients.  Certain of these attorneys (the "Screened Kirkland Attorneys") will not perform work in connection with Kirkland's representation of the Debtors and will not have access to confidential information related to the representation.  Kirkland's formal ethical screen provides sufficient safeguards and procedures to prevent imputation of conflicts by isolating the Screened Kirkland Attorneys and protecting confidential information.

59.     Under Kirkland's screening procedures, Kirkland's conflicts department distributes a memorandum to all Kirkland attorneys and legal assistants directing them as follows: (a) not to discuss any aspects of Kirkland's representation of the Debtors with the Screened Kirkland Attorneys; (b) to conduct meetings, phone conferences, and other communications regarding Kirkland's representation of the Debtors in a manner that avoids contact with the Screened Kirkland Attorneys; (c) to take all measures necessary or appropriate to prevent access by the Screened Kirkland Attorneys to the files or other information related to Kirkland's representation of the Debtors; and (d) to avoid contact between the Screened Kirkland Attorneys and all Kirkland personnel working on the representation of the Debtors unless there is a clear understanding that there will be no discussion of any aspects of Kirkland's representation of the Debtors. Furthermore, Kirkland already has implemented procedures to block the Screened Kirkland Attorneys from accessing files and documents related to the Debtors that are stored in Kirkland's electronic document managing system.

**<u>Affirmative Statement of Disinterestedness</u>**

60.    Based on the conflicts search conducted to date and described herein, to the best of my knowledge and insofar as I have been able to ascertain, (a) Kirkland is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code, and does not hold or represent an interest adverse to the Debtors' estates and (b) Kirkland has no connection to the Debtors, their creditors, or other parties in interest, except as may be disclosed herein.

*[Remainder of page intentionally left blank]*

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  August 30, 2023                          Respectfully submitted,

                                                 */s/ Patrick J. Nash, Jr.*
                                                 Patrick J. Nash, Jr.
                                                 as President of Patrick J. Nash, Jr., P.C., as
                                                 Partner of Kirkland & Ellis LLP; and as Partner
                                                 of Kirkland & Ellis International LLP

## Schedule 1

The following lists contain the names of reviewed entities as described more fully in the *Declaration of Patrick J. Nash, Jr. in Support of the Debtors' Application for the Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2023* (the "Nash Declaration").[1]   Where the names of the entities reviewed are incomplete or ambiguous, the scope of the search was intentionally broad and inclusive, and Kirkland & Ellis LLP and Kirkland & Ellis International LLP reviewed each entity in its records, as more fully described in the Nash Declaration, matching the incomplete or ambiguous name.

---

[1]    Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Nash Declaration.

# SCHEDULE 1

## List of Schedules

| Schedule | Category |
| --- | --- |
| 1(a) | 5% or More Equity Holders |
| 1(b) | Bankruptcy Judges, Staff, and U.S. Trustee Personnel for the United States Bankruptcy Court for the District of Delaware |
| 1(c) | Banks, Lenders, and Administrative Agents |
| 1(d) | Committee Members |
| 1(e) | Committee Professionals |
| 1(f) | Current Directors and Officers |
| 1(g) | Customers |
| 1(h) | Debtor Professionals |
| 1(i) | Debtors |
| 1(j) | Environmental Related Parties |
| 1(k) | Insurance Providers and Agents |
| 1(l) | Litigation and Subrogation Claims |
| 1(m) | Material Contract Counterparties |
| 1(n) | Non-Debtors |
| 1(o) | Other Restructuring Professionals |
| 1(p) | Significant Vendors |
| 1(q) | Surety and Letters of Credit Issuers |
| 1(r) | Taxing Authorities, Governmental Agencies, and Regulatory Agencies |
| 1(s) | Top 30 Creditors |
| 1(t) | UCC Lien Parties |
| 1(u) | Union Funds |
| 1(v) | Unions |

# SCHEDULE 1(a)

## 5% or More Equity Holders

International Brotherhood of Teamsters
MFN Partners Management LP
United States, Government of the, Department of the Treasury

## SCHEDULE 1(b)

### Bankruptcy Judges, Staff, and U.S. Trustee Personnel for the United States Bankruptcy Court for the District of Delaware

Attix, Lauren
Barksdale, Nickita
Batts, Cacia
Bello, Rachel
Brady, Claire
Capp, Laurie
Casey, Linda
Cavello, Robert
Chan, Ashely M.
Cudia, Joseph
Dice, Holly
Dorsey, John T.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Goldblatt, Craig T.
Green, Christine
Hackman, Benjamin
Haney, Laura
Horan, Thomas M.
Hrycak, Amanda
Johnson, Lora
Jones, Nyanquoi
Leamy, Jane
Lopez, Marquietta
Lugano, Al
McCollum, Hannah M.
Mcmahon, Joseph
O'Malley, James R.
Owens, Karen B.
Ranieri, Joan
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Shannon, Brendan L.
Sierra-Fox, Rosa
Silverstein, Laurie Selber
Stickles, J. Kate

Subda, Paula
Walker, Jill
Walrath, Mary F.
Wynn, Dion
Yeager, Demitra

# SCHEDULE 1(c)

## Banks, Lenders, and Administrative Agents

ACE Global Multi-Credit LLC
Alter Domus Products Corp.
Amissima Diversified Income ICAV
AP Kent Credit Master Fund LP
Apollo Accord Master Fund III LLP
Apollo A-N Credit Fund (Delaware) LP
Apollo Atlas Master Fund LLC
Apollo Centre Street Partnership LP
Apollo Credit Funds ICAV
Apollo Credit Master Fund Ltd.
Apollo Credit Strategies Master Fund Ltd.
Apollo Lincoln Fixed Income Fund LP
Apollo Moultrie Credit Fund LP
Apollo Tactical Value SPN Investments LP
Apollo TR Enhances Levered Yield LLC
Apollo TR Opportunistic Ltd.
Aspen American Insurance Co.
Athora Lux Invest
Bancomer
Bank of America NA
Bank of Bermuda
Bank of Nova Scotia, The
BNY Mellon
Cadbury Mondelez Pension Trust Ltd.
CIT Finance LLC
Citadel Securities LP
Citizens Bank NA
Citizens Business Capital
Cortland Products Corp.
ING Capital LLC
JPMorgan Chase Bank NA
KeyBank NA
MPI (London) Ltd.
PNC Bank
PNC Bank NA
San Bernardino County Employees' Retirement Association
Siemens Financial Services Inc.
TD Bank
UMB Bank
United States, Government of the, Department of the Treasury
US Bank NA
Wells Fargo

# SCHEDULE 1(d)

## **Committee Members**

BNSF Railway Co.
Central States, Southeast & Southwest Areas Pension Fund
Daimler Trucks NA
International Brotherhood of Teamsters
Michelin North America Inc.
New York State Teamsters Pension & Health Funds
Pension Benefit Guaranty Corp.
Raisner Roupinian LLP
Rft Logistics LLC
Rivera, Armando

# SCHEDULE 1(e)

## **Committee Professionals**

Akin Gump Strauss Hauer & Feld LLP
Benesch, Friedlander, Coplan & Aronoff LLP
Huron Consulting Group Inc.
Miller Buckfire & Co. LLC

# SCHEDULE 1(f)

## **Current Directors and Officers**

Bergman, Jason W.
Carreno, Tony
Carty, Douglas A.
Dawson, Leah K.
Doheny, Matthew A.
Evans, Javier
Harris, Darrel J.
Hawkins, Darren D.
Hoffman, James E.
Jones, Shaunna D.
Martinez, Susana
McClimon, David S.
Nazemetz, Patricia M.
Olivier, Daniel L.
Rumfola, Annlea
Sultemeier, Chris T.
Webber, David H.

# SCHEDULE 1(g)

## Customers

4Front Ventures Corp.
Amazon.com Inc.
ARC Supply Chain Solutions
ArcBest Enterprise Solutions Inc.
Ascent Global Logistics Inc.
Association Solutions
Barrette Outdoor Living Inc.
BlueGrace Logistics
Blue-Grace Logistics LLC
CH Robinson Co. Inc.
Daimler Trucks North America LLC
Dollar General Corp.
Dollar Tree Stores Inc.
DuPont
DuPont Specialty Products USA LLC
Eaton Corp. plc
Echo Global Logistics Inc.
ETech Group
Exel Ltd.
Expeditors Cargo Insurance Brokers
Falvey Shippers Insurance
Fern Exposition Services
First Brands Group LLC
Ford
Ford Motor Co.
Freeman Parent Cos.
Freightquote.com Inc.
Gallagher Affinity Insurance Services Inc.
General Electric Co.
GlobalTranz Enterprises LLC
HealthCore Inc.
Hillenbrand Inc.
HNRY Logistics Inc.
Home Depot Inc., The
Honda Motor Europe Logistics
Hub Group Inc.
Hubbell Inc.
Hyundai America Shipping Agency Inc.
Johnson Controls Inc.
LO Trading Corp.
Logikor Inc.
Logistics Plus Inc.

Mars Petcare USA Inc.
Medline Industries Inc.
NFI Industries Inc.
Nissan North America Inc.
Office Depot
Ohio Logistics Ltd.
OMNI Logistics
PB Consultants Ltd.
Phillips Van-Heusen
Ply Gem Industries Inc.
Priority One Holding Co.
ReTrans Freight Inc.
Rite Aid Corp.
Rivian Automotive LLC
Rogers & Brown North American Logistics
    Inc.
Ryder Carrier Management Services
Samsung Electronics America Inc.
Savings4Members
Schneider Logistics Inc.
Signify Lighting
Signify North America Corp.
Simplified Logistics LLC
Spectrum Brands
Stanley Black & Decker (US) Inc.
Staples Inc.
SupplyHouse.com
Tforce Worldwide Inc.
TFWW
TPS Logistics Inc.
Transportation Insight LLC
Turn 5
Turn5 Inc.
Uber Freight US LLC
Uline Inc.
Unishippers Global Logistics LLC
United States, Government of the
Unyson Logistics Inc.
UPS Capital Insurance Agency Inc.
Vollrath Co., The
Volvo Logistics North America Inc.
VWR International LLC

Walmart Stores Inc.
WebstaurantStore Inc., The
Worldwide Express Operations LLC

## SCHEDULE 1(h)

### **Debtor Professionals**

Alvarez & Marsal
Ducera Partners LLC
Epiq Global
Goodmans LLP
Pachulski Stang Ziehl & Jones LLP

# SCHEDULE 1(i)

## __Debtors__

1105481 Ontario Inc.
Express Lane Service Inc.
New Penn Motor Express LLC
Reimer Holding BV
Roadway Express International Inc.
Roadway Next Day Corp.
USF Bestway Inc.
USF Dugan Inc.
USF Holland International Sales Corp.
USF Holland LLC
USF Reddaway Inc.
USF Redstar LLC
Yellow Freight Corp.
Yellow Logistics Inc.
YRC Association Solutions Inc.
YRC Enterprise Services Inc.
YRC Freight Canada Co.
YRC Inc.
YRC International Investments Inc.
YRC Logistics Inc.
YRC Logistics Services Inc.
YRC Mortgages LLC
YRC Regional Transportation Inc.

# SCHEDULE 1(j)

## **Environmental Related Parties**

Environmental Protection Agency
Roosevelt Irrigation District (AZ)

# SCHEDULE 1(k)

## Insurance Providers and Agents

ACE American Insurance Co.
ACE Property & Casualty Insurance Co.
AEGIS London
AFCO Credit Corp.
AIG Specialty Insurance Co.
Allianz Global Corporate & Specialty SE
Allianz Global Risk US Insurance Co.
Allianz US Risks US Insurance Co.
Allied World Assurance Co. Ltd.
American International Group UK Ltd.
American International Reinsurance Co.
    Ltd.
Applied Underwriters
Arcadian
Arch Reinsurance Ltd.
Aria (SAC) Ltd.
Aspen American Insurance Co.
AXA XL
AXIS Bermuda Puni-Wrap
AXIS Insurance Co.
AXIS Specialty Ltd.
AXIS Surplus Insurance Co.
Beazley Insurance Co.
Berkshire Hathaway International Insurance
    Ltd.
Berkshire International
BFL
Canopius
Chubb Bermuda Insurance
Chubb Ltd.
CNA
Columbia Casualty
Continental Casualty
Crum & Forster
EmergIn Risk
Endurance American Insurance Co.
Endurance Specialty Insurance Ltd.
Everest Insurance
Federal Insurance Co.
GAI Insurance Co. Ltd.
Great American Assurance Co.
Greenwich Insurance Co.

Helix Underwriting Partners Ltd.
Illinois Union Insurance Co.
Lex-London
Lloyd's of London
Lockton
Magna Carta - Aegis
Magna Carta Insurance Ltd.
Markel
Markel Bermuda
Mosaic Insurance
National Fire & Marine Insurance Co.
National Union Fire Insurance Co. of
    Pittsburgh, PA
North Rock Insurance Co.
Old Republic General Insurance Corp.
Old Republic Insurance Co.
Old Republic Insurance Co. of Canada
Resilience Cyber Insurance
Roanoke
Roanoke Trade
RSUI Indemnity
RT Specialty
SiriusPoint Bermuda Insurance Co. Ltd.
Sompo
St. Paul Fire & Marine Insurance Co.
Tokio Marine HCC
Travelers
Travelers of Canada
U.S. Specialty Insurance Co.
Vantage Risk Ltd.
Westchester Surplus Insurance Co.
Willis Towers Watson
XL Insurance Co. SE - Irish Branch

## SCHEDULE 1(l)

### Litigation and Subrogation Claims

68th Street Dump Superfund Alternative
    Site
Abili, Edward
Agyilirah, Kwame
Alabama Automotive & Diesel Repair
Alco Iron & Metal Co.
Alexander, James C.
Almonte, Criseily A.
APDI Liquidation LLC
Arce, Mario
Arias, Nicole
Auguste, Micheline
Baez, Dania
Bagwell, Kevin
Baker, Ringo
Bazarov, Jacob
Bed Bath & Beyond
Bhandari, Ameesh
Binette, Myriam
Blackstrap Industries Inc.
BM Group Inc.
Boblitt, Robert E.
Bojang, Muhamed
Bright Earth Foods
Broussard, Devonte Thomas
Brown, Melissa D.
Bryant Holdings LLC
Bufford, Russell
Buford, Virginia
Burrell, Brandy C.
Byrd, Destinee R.
Cancino, Edgar
Carrillo, Robert
Charlot, Charlene
Cherry Man Industries
Clarin, Shannon L.
Clark, Paul
ComLink Network Services
Cooper, Steven
Curry, James
Daugherty, Norman E.
Deleon, Yeferson

Dewell, Megan B.
Dominguez, Jennifer
DPS Auto Shippers
Drew, Derrick E.
Drive New Jersey Insurance Co.
Eclipse IP LLC
Environmental Protection Agency
Eskridge, Decarlo A.
Federal Motor Carrier Safety Administration
Fernandez, Christian
Fisher, Sherquenna
Freeman, Sabrina
Fuselier, William
G&J Carlson Truck & Trailer Repairs
Galloway, Kevin M.
Garcia, Erica
Gassaway, John
Gibby, Gary
Gilmore, Jimmie L.
Giunto, Vincenzo
Glover, D'Angelo
Goodman, Sopia L.
GPNE Corp.
Grissom, Bobby
Haefner Farm
Hall, Derek
Hallamore Corp.
Hamilton, Bonita
Hanford, Paige
HBC Strategies
Hernandez, Emely
Hernandez, Henry P.
Hettick, Rachael L.
Hill, Antonio
Hill, Tina
Hitz, Alexander
HKM Direct Market Communication
HNRYLogistics.com
HNRYLogistics.net
Home Products International Inc.
Hong, Han G.
Hong, Isaac

Hong, Marybeth
House, Joshua W.
Howard, James
Hubert, Jimmie
Hucks, Novella N.
Hudson, Christine
Ibarra-Bastidas, Gabriela
Indemnity Insurance Co. of North America
Interboro Packaging Corp.
Jackson, Geraldine
Jackson, Leroy F.
Johnson, Glenn
Johnson, Lillie P.
Jones, Delores
Kelsie, Adam
Kenco Logistic Services LLC
Khaira, Jarnail S.
Kiel, Mindy Ann
Kirn, Colenan B.
Kitzmiller, Christie
Kluxen, Michael
Kouloujian, Hagop
Lapolla, Blaise E.
Leung, Marina
Lewis, Christina
Littral, William A.
Logistica Zemog
Logitraq LLC
Loomis, Marshall
Lopez-Builes, Martha
Louis, Kirby
Louro, Emily J.
Luce, John
Madden, Jaylin J.
Malnik, Alvin L.
Martin, Janae
Martino, Anthony
Mata, Martin Nava
Maxfield Candy Co.
Mcbean, Camila
Mercado, Milagros V.
Miller, Thomas
Misquez, Aaron S.
Mongelli, Paul L.
Moonilal-Singh, Kavir
Mughadam, David

Napiwocki, Jill
Neathery, Anthony S.
Newton, Jesse
Nipponkoa Insurance
Nova Wildcat Shur-Line Holdings (H2 Group)
Nowicki, Lawrence
Ocean Amusements Inc.
Omachron Science Inc.
Oncor Electric Delivery Co.
Openshaw, Anne-Celeste
Party City
Patel, Ankit K.
Patterson, Nancy
Peguero, Yency
Pemba, Vignola
Perez-Ortiz, Yuritsi
Perez-Valencia, Lexington
Plott, JC
PML Capital Inc.
Ponce, Leonel
Powell, Anthony
Proto, Erik
Purchase Master LLC, The
Pyramid Flooring / Seneca Hardwood
Quality Ocean
R&L Carriers
Reimer World Corp.
Revlon Inc.
Richard, Joshua
Riggins, Kimdell
Riley, Cherry B.
Rivera-Romero, Leslie J.
RoadNet Technologies
RoadwayDelivery.com
Robinson, Summer Cheyenne
Robles, Samuel
Rocket Farms Inc.
Rodriguez, Kenneth
Rodriguez, Raudin
Rogers, Liliah
Roman, Nadine
Ropshaw, Cade J.
Sanchez Garcia, Horacio
Sanders, John
Santos, Martita S.

Sawyer, Sheri L.
Sayegh, Ailyn
Schimmoller, James D.
Selby, Robert
Session, Qusarn F.
Simon, Alpar
Sira-Monsalve, Yelimar
Sirius Computer Solutions
Slater, Willie Lee
Smith, Caesar
Sneed, Hodges
Sofolonia, Vea
Sosa, Juan
Spence, Tena J.
Sritharan, Sri
Standard Roofing & Sheet Metal Supply
Stewart Rentals
Tartabull, Carlos E.
Temp-Coat Brand Products
Thorn, Jeff
Tinsley, Jesstina
TM Longevity Center, CA
Transmate Logistics
Trice, Whittni L.
TS Express
Tucows Inc.
Turakulov, Damir T.
United States, Government of the,
    Department of Defense
United States, Government of the,
    Department of Labor Occupational
    Safety & Health Administration
United States, Government of the,
    Department of Labor, Occupational
    Safety and Health Administration
United States, Government of the,
    Department of the Treasury
United States, Government of the,
    Environmental Protection Agency, 68th
    Street Site Work Group
US Freightways Inc.
Veasey, Zackary
Viera, Octavio F.
Vital Pharmaceuticals Inc.
Vizant Technologies LLC

Washington, State of, Employment Security
    Department
Wasmiller, Lorinda
Waters-Ocasio, Laureen
Watkins, Eric
Williams, Bernard
Williams, John
Winston, James D.
Winston, Joyce A.
Winston, Sharee D.
Wyszynski, Paul
Yanto, Charmane
Yello Strom
Yellow Crates Corp.
Yellow Transportation Inc.
YRCCourier.com
YRCWorldwideDelivery.com
Zenobia Co. LLC

# SCHEDULE 1(m)

## Material Contract Counterparties

1313 Grand Street Realty LLC
1333 North Market LLC
181 West Johnson Operating LLC
445 Hollywood Avenue LLC
9551930 Canada Inc.
A. Duie Pyle Inc.
ABF Freight System Inc.
Acheron Land Holdings ULC
Ajia LLC
Alamitos Auto Parts Inc.
Allied Logistics Corp.
AppleTree Realty Holdings LLC
Artim Industrial Properties
Aurora Business Park Associates LP
Axos Bank
B&W Investments
B. Kik Properties LLC
Baker Dennard & Goetz Inc.
Barry Jenkins Trust
Bel Air T.T. LLC
Big Sky Property Management
Blach Distributing Co.
Blach Investment Group
Bluebird Real Estate Holdings LLC
BNSF Railway Co.
Boyer Logistics Inc.
BREIT Industrial Canyon
C&S Brokerage
Carlson, Lorraine
Central Property Group LLC
Chamberlain Trust
Chamberlain, Jack
Champion Terminal Associates LLC
Chicago Title Land Trust Co.
Christy Real Estate LLC
Commerce Road Terminals LLC
Crown Associates LLC
Crown Enterprises Inc.
CWW Enterprises LLC
DCT Eckhoff Street LLC
DCT Peoria Street LLC
DCT Regentview Avenue LLC

Dock Street Corp.
Don Jerry X-Plo Inc.
Dunco LLC
Dwell Wise LP
DWJS LLC
East West Bank
Edinburgh Logistics Assets LLC
Eiler LLC
Elmira Terminal & Warehouse Corp.
Estes Express Lines Inc.
Estes Terminals LLC
Exeter 1619 N Plaza LLC
Exol Properties LLC
Faloma Fazio Property LLC, The
Fazio TV LLC
Federal Bridge Corp. Ltd., The
Fifty Second Avenue Associates Inc.
Finlayson Logistics Assets LLC
Freeport Center Associates
Freight Line Properties LLC
G&I IX Cheshire LLC
GB Albany LLC
GB Union Gap LLC
GEFFS Manufacturing Inc.
GIJV IL7 LLC
Glen EG LLC
Goodland, City of (KS)
GPT Deer Park Terminal Owner LLC
GPT Orlando Terminal Owner LLC
GPT Santa Fe Springs Owner LP
Green Acres Gypsum & Lime Co. Inc.
Green Blue 1818 LLC
Growth Funding Equipment Finance
GRP 298 Astor LLC
Gulsons Cutter LLC
Haener Properties LP
Harris Real Estate Holdings LLC
Hartman Road LLC
Hawkey Transportation Inc.
Haycock, Victoria C.
HealthSource Integrated Solutions
Heatherly, Jim

Highland Investments LLP
Hofstad, Jerald K.
HVIP Industrial Park
Invermex LLC
Isaacson, Paul
Ivey Self Storage Inc.
J&C Gilman LLC
Jay F. Mannino Trust
JB Wright Insurance Services
Jeds LLC
Jennings Leasing LLC
JL Clark Inc.
Jonesboro Freight Terminal LLC
JVCA Investments LLC
Kestrel Crossdock LLC
Lenzen, Pearl
LightEdge Technologies Ltd.
M4 Terminals LLC
Mad Acquisitions LLC
Madrona Cutter LLC
Marley RMC II SPE LLC
Mary A. Fazio LP I
Matelich Crane Pier & Piling
McCallum Family LLC
McPherson Cos., The
Mercedes-Benz Financial Services USA
    LLC
MG Fishersville I LLC
MJ Rock LLC
Mobile Airport Authority
Mohawk Street Properties LLC
Montana Opportunities LLC
Morse, Ann B.
Morse, David M.
Multi-Base Inc.
NAPA Auto Parts
Nations Equipment Finance
NATMI LPF Bloomington LP
NATMI National FX Properties LLC
NATMI National Tampa LLC
NATMI National Truck Terminals LLC
Ned Properties LLC
Nelson, Mitchell
Nextran Truck Center
Niagara Falls Bridge
Norstar Walker Inc.

North Acres Development Co. Inc.
NW 5+B Office & Retail LLC
Oliver, Cynthia
Ontiveros, Maria
OPS-KC Aspiria LLC
Orange Batavia I LLC
Orchard Investments Inc.
P&R Property Management
PAC Operating LP
PACCAR Financial Corp.
Pacific Transshipment Centers LLC
PacifiCorp
Peapack Capital Corp.
Penske Truck Leasing Co. LP
Peters Investments LLC
Pifer Property Holdings LP
Popular Investments LLC
Port of Seattle
PPF Sudberry Ocean View Hills LP
Price Property & Investments LLC
Prologis LP
Prologis Targeted US Logistics Fund LP
Prologis USLV NEWCA 3 CA
Prologis USLV NEWCA 3 LLC
Prologis USLV SUBREIT 4 LLC
Property 1955 LLC
PWM Inc.
Pyro Junkie Fireworks Inc.
Radius Bank
Realterm Nat Property Holdings LP
Regency West Office Partners LLC
Reimer World Properties Corp.
RGA Dalfen East Dallas LP
Rich & Dave Grant Properties
Richardsons Properties LLC
RL Roberts LLC
RLF Booth SPE LLC
RLF I-A SPE LLC
RLF I-C SPE LLC
RLF I-Pico SPE LLC
RLIF East 2 LLC
RLR Investments LLC
Roemer Way LLC
RWP Manitoba Ltd.
Ryder Truck Rental Inc.
S&S Transport

Salem Warehouse Syndicate LLC
Santa Maria Investments LLC
Schopp Properties LLC
Shaffer Road LLC
Sherman, County of (TX), County Clerk
Shurling Property
Silver Creek LLC
Snohomish County Airport
Soeth Corp.
Southeastern Freight Lines Inc.
Southern Warehousing & Distribution
Spalding & Son Inc.
Staker & Parson Cos. Inc.
Sterling National Bank
Stoughton Trailers Acceptance Co. LLC
Tatanka LLC
Terminal Logistics II Mid-Atlantic Spe LLC
Terminal Logistics II South SPE LLC
Terminal Logistics II Texas SPE LP
Terreno Clawiter LLC
Terreno Dell LLC
TFI International Inc.
Thunderbolt Management Group Inc.
TierPoint LLC
Timberline Distributors LLC/The Black
    Sheep LLC
Toon Investments LLC
Toyota
Trafton Warehouse LLC
Trip Portfolio LLC
Umpqua Dairy
Unite Private Networks
USHOLL (MI) LLC
Velocity Partners LLC
Vieweg Real Estate
Villa Vista West LLC
Volvo Financial Services
Warner-Williams Investments Inc.
Watwood Investments LLC
West Emerson Brokers Mall Ltd.
Wheels Up Experience Inc.
Wiggins, Lee A.
WIPT Inc.
Wolverine Freight System
Zollinger Commercial Warehousing

# SCHEDULE 1(n)

## Non-Debtors

OPK Insurance Co. Ltd.
PT Meridian IQ Indonesia International
Roadway Express Inc.
Roadway Express SA de CV
Roadway LLC
Transcontinental Lease S. de RL de CV
USF Holland Inc.
Yellow Corp.
Yellow Transportation Inc.
YRC Freight
YRC Logistics Asia Ltd.
YRC Services S. de RL de CV
YRC Transportation SA de CV

# SCHEDULE 1(o)

## **Other Restructuring Professionals**

AlixPartners LLP
Arnold & Porter Kaye Scholer LLP
Choate, Hall & Stewart LLP
FTI
Hogan Lovells US LLP
Holland & Knight LLP
Houlihan Lokey Inc.
Milbank
Province Inc.
Quinn Emanuel Urquhart & Sullivan LLP
Ropes & Gray LLP
White & Case LLP

# SCHEDULE 1(p)

## Significant Vendors

4Refuel Canada LP
7 Oil Co. Inc.
A. Duie Pyle Inc.
AAA Semi Truck & Trailer Repairs LLC
Altus Receivables Management Inc.
AmeriGas Propane
Aramark Inc.
AT&T Inc.
Aurora Parts & Accessories LLC
Avery Weigh-Tronix LLC
B2B Supply
Baucom Service Inc.
Bayard Advertising Agency
Belk Express
Bestpass Inc.
Blue Cross & Blue Shield Illinois
Bobs Mobile Truck & Trailer Shop Ltd.
Bridgestone Americas Inc.
Brown & Joseph LLC
BS Transport LLC
Canada, Government of, Receiver General
Canadian National Railway Co.
Cass Information Systems Inc.
CBK Construction Co.
CenturyLink
Chevron Products Co.
Cintas Corp.
City Wide Franchise Co. Inc.
Comdata Inc.
Conrad & Bischoff Inc.
ConvergeOne Inc.
Cook, County of (IL), Treasurer
Corporate Lodging Consultants Inc.
Coyote Logistics
CrossCountry Courier Inc.
CSTK
CVS Caremark
Daimler Truck Financial Services
Dekra Services Inc.
Dell Marketing LP
Delta Dental of Kansas Inc.
Diesel Direct Inc.

Diesel Direct West
Direct ChassisLink Inc.
Diversified Energy Supply
Dun & Bradstreet Inc.
Ean Services LLC
East Bay Drayage Drivers Security Fund
Ernst & Young LLP
Exl Service Holdings Inc.
Exl Service Ireland Ltd.
ExperSolve
Factor Systems Inc.
Fidelity Workplace Services LLC
Fire Engineering Co. Inc.
First Advantage Background Services Corp.
Fleet Charge
FleetPride Inc.
Fletes Mexico Carga Express
GardaWorld Security Services
Gardewine & Sons Ltd.
GBS Corp.
Geos Environmental Inc.
Goetz Energy Corp.
Goodyear Tire & Rubber Co., The
GPT Operating Partnership LP
Grainger
Green Blue 1818 LLC
Guidepoint Security LLC
Hagerstown Teamsters & Motor Carriers
Hartford Life & Accident Ins Co.
Haulistic LLC
Haz-Mat Response Inc.
Heritage Petroleum LLC
Hightowers Petroleum Co.
HNRY Logistics Inc.
Honeywell Scanning & Mobility
Hyundai Translead
IBM Corp.
IBT Local 710
IBT Local 710 Health & Welfare
IBT Local 710 Pension Fund
Imperial Supplies LLC
Indiana, State of, Department of Revenue

Infostretch Corp.
Insight Direct USA Inc.
Intercept Logistics Inc.
Interstate Building Maintenance Corp.
ITF LLC
ITS National LLC
J.J. Advantage Security
Jacobus Energy LLC
James River Petroleum Inc.
JLT Mobile Computers Inc.
Kasowitz Benson Torres LLP
Keyhole Software LLC
KPMG LLP
Lao-Hmong Security Agency Inc.
Leuf of Florida Inc.
Local 251 Health & Welfare Fund
Local 701 Mid-Jersey Trucking
Local 707
Lytx Inc.
Magnum LTL Inc.
Mansfield Oil Co.
Marsh USA Inc.
Michelin North America Inc.
Microsoft Corp.
Mid-American Constructors LLC
Milestone Trailer Leasing LLC
Mirabito Energy Products
Miracle Express Inc.
Miri Piri Transportation Inc.
M-O FreightWORKS
Mode Transportation LLC
Morgan, Lewis & Bockius LLP
Motus LLC
MTM Recognition Corp.
National Landscape Management
New England Teamsters Pension Fund
New York State Teamsters
New York State Teamsters Council
Nextran Truck Centers Midwest Inc.
Norfolk Southern Corp.
North American Transaction Services
North Park Transportation Co. Inc.
NTT Data Services LLC
NW Fleet Trucktrailer Repair Inc.
Offen Petroleum LLC

Ogletree, Deakins, Nash, Smoak & Stewart
    PC
Ohio, State of, Department of Taxation
Okta Inc.
Old Republic Risk Management Inc.
Old World Industries LLC
Optym
Oracle America Inc.
Oregon Teamster Employers Trust
Oregon, State of, Department of
    Transportation, Motor Carrier
    Transportation Division
Orlando Pro Truck Repairs LLC
OSCO Inc.
Overland West Freight Lines
Paccar Parts Fleet Services
Packaging Corporation of America
Pasha Hawaii Holdings LLC
PCS Surface Delivery
PetroCard Inc.
Pilot Travel Centers LLC
Pinnacle Fleet Solutions
Pontoon Solutions Inc.
Prestige Fleet Services LLC
Progistics Distribution Inc.
Prologis USLV NEWCA 3 LP
Proskauer Rose LLP
Publicis Sapient
R&D Mobile Services Inc.
R.L. Roberts LLC
Ray's Tire Service LLC
Reed Transport LLC
Rft Logistics LLC
Ricoh USA Inc.
Riley Oil Co.
Ringcentral Inc.
Road Carriers Local 707 Welfare Fund
Road-1 Inc.
Roofoptions LLC
Rush Truck Center
Safety-Kleen Systems Inc.
Salesforce.com Inc.
San Bernardino, County of (CA), Tax
    Collector
SC Fuels
Schneider National Inc.

Securitas Security Services USA Inc.
Security Solutions of America
Sedgwick Claims Management Services Inc.
Signature Graphics Inc.
Span Alaska Transportation Inc.
Speedy Transport Group Inc.
Staples Business Advantage
STL Truckers LLC
Straight Freight System LLC
Suburban Teamsters Welfare Fund
Superior Material Handling Inc.
Tacoma Motorfreight Service
Taylor Communications
TBS Factoring Service LLC
Teamsters Health & Welfare Fund
Teamsters Local 25 Health & Welfare Plan
Teamsters Local 641
Teamsters Local 641 Health & Welfare
    Fund
Teamsters National 401K Savings Plan
Teamsters Pension Fund
Teamsters Union Local 25
Technology Group Solutions LLC
Ten Logistics Inc.
TIG Fleet Service
Total Quality Logistics LLC
Tote Maritime Puerto Rico LLC
Trans-National Express
Trucking Employees of North Jersey
Trucking Management Inc..
Truckpro
U.S. Xpress Enterprises Inc.
Uline Shipping Supply Specialists
Union National Bank
Union Pacific Railroad
United Parcel Servce Inc.
United States Postal Service
US Special Delivery
Vanguard National Trailer Corp.
Verizon Connect Telo Inc.
Verizon Wireless
Washington Teamsters Welfare Trust
Waste Harmonics LLC
Waste Management National Services Inc.
Webster Bank
West Power Services

Western Pennsylvania Teamsters &
    Employers Welfare Fund
Wiese USA
Wilmington Trust Co.
World Fuel Services Inc.
Zello Inc.

## SCHEDULE 1(q)

### **Surety and Letters of Credit Issuers**

Arch Capital Group
Argo Group
Chubb Group
CNA Surety
Intact Group
Liberty Mutual Group
Protective Insurance Co.

# SCHEDULE 1(r)

## **Taxing Authorities, Governmental Agencies, and Regulatory Agencies**

Canada Revenue Agency
Danville, City of (IL)
Joilet, City of (IL)
Los Angeles, County of (CA)
Massachusetts, Commonwealth of, Department of Revenue
New York, State of, Department of Taxation & Finance
Pennsylvania, Commonwealth of, Department of Revenue
San Joaquin, County of (CA), Assessor's Office
St. Joseph, County of (IN)
Texas, State of, Comptroller
Washington, State of, Department of Revenue

# SCHEDULE 1(s)

## Top 30 Creditors

Amazon.com Inc.
Bed Bath & Beyond
Belk Express
BNSF Railway Co.
Central Pennsylvania Teamsters
Central States H&W Fund
Central States Pension Funds
Coty Inc.
Daimler Trucks NA
Direct ChassisLink Inc.
Exl Service Holdings Inc.
Goodyear Tire & Rubber Co., The
Home Depot Inc., The
IAM National 401K Plan
IBT Local 710
Keurig Dr. Pepper Inc.
Local 707
Local 805 Pension & Retirement Plan
Michelin North America Inc.
Michigan Conference of Teamsters
Mid-American Constructors LLC
New York State Teamsters Council
North American Transaction Services
Pension Benefit Guaranty Corp.
Penske Truck Leasing
Pilot Travel Centers LLC
Rft Logistics LLC
Teamsters National 401K Savings Plan
Union Pacific Railroad
Western Teamsters Welfare Fund

# SCHEDULE 1(t)

## **UCC Lien Parties**

Altabank
Alter Domus Products Corp.
Bank of New York Mellon
BofI Federal Bank
Citizens Asset Finance Inc.
Citizens Bank NA
Citizens Business Capital
Cortland Products Corp.
Credit Suisse AG
EverBank Commercial Finance Inc.
First Utah Bank
Growth Funding Equipment Finance
Harbor Capital Leasing Inc.
Harbor Capital Leasing LLC
HYG Financial Services Inc.
Investors Bank
JPMorgan Chase Bank NA
Les Schwab Warehouse Center Inc.
Milestone Equipment Corp.
Nations Fund I Inc.
Nations Fund I LLC
NewStar Commercial Lease Funding I LLC
NewStar Equipment Finance I LLC
NMHG Financial Services Inc.
People's Capital & Leasing Corp.
People's United Bank NA
PMC Financial Services Group LLC
Radius Bank
RBS Citizens Business Capital
Somerset Capital Group Ltd.
Somerset Capital Group XXII
Stoughton Trailers Acceptance Co. LLC
Susquehanna Commercial Finance Inc.
Toyota Industries Commercial Finance Inc.
United States, Government of the, Department of the Treasury, Internal Revenue Service
Utica LeaseCo LLC
Wintrust Equipment Finance
YRC Inc.

# SCHEDULE 1(u)

## Union Funds

Albany Trucking & Allied Industries - Local 294

Allied Services Division - BRAC 1908 MIA

Allied Services Division Welfare Fund

Automobile Mechanics' Local 701 Union & Industry Pension Fund (Chicago Mechanics)

Automobile Mechanics' Local 701 Union & Industry Welfare Fund (Chicago Mechanics)

Central Pennsylvania Teamsters Health & Welfare Fund

Central Pennsylvania Teamsters Pension Fund

Central States Health & Welfare Fund

Central States Pension Fund

Central States Pension Fund - Local 778

Central Status Health & Welfare Fund

Central Status Health & Welfare Fund - Local 778

Central Status Pension Fund

Central Status Pension Fund - Local 778

Chauffeurs Teamsters & Helpers Local Union 301 Health & Welfare Fund

District #77 IAMAW Welfare Association - Local 737 (St. Paul)

District #9 IAMAW Pension Trust - Local 777 (St. Louis)

District #9 IAMAW Welfare Trust - Local 777 (St. Louis)

East Bay Drayage Drivers Security Fund (Local 70)

Employers-Teamsters Local #175 & 505 Pension Fund

Employer-Teamsters Local #175 & 505 Health & Welfare Fund

Employer-Teamsters Local 175 & 505 Health & Welfare Fund (JC 84)

Employer-Teamsters Local 175 & 505 Pension Fund (JC 84)

Freight Drivers & Helpers Local No. 557 Pension Plan

Hagerstown Teamsters Health & Pension Fund (Local 992)

Hawaii Teamsters Health & Welfare Trust

Hawaii Truckers - Teamsters Union Pension Fund

IAM Local 447 Health & Welfare Fund - Buffalo

IAM Local 447 Pension Fund - Buffalo

IAM National Pension Fund

IAM National Pension Fund - Local 778

IAM National Pension Fund (St. Paul)

IBT Office of the Trustee Local 710 (Chicago Mechanics) - Health+Welfare & Pension Fund

IBT Teamsters Health & Welfare Fund Local 705

Indiana Conference of Teamsters Safety Training & Educational Trust Fund

Local 294 Albany Area Trucking

Local 445 Pension Fund

Local 705 International Brotherhood of Teamsters Health & Welfare Fund

Los Angeles Machinists Benefit Trust (Local 1186 Southern California Mechanics)

Machinists' Money Purchase Pension Fund

Management Labor Welfare & Pension Funds - Local 1730 ILA

Mechanics Motor City Lodge No. 698

Mechanics Motor City Lodge No. 698, IAM Welfare Fund

Michigan Conference of Teamsters Welfare Fund

Mid-Jersey Trucking Industry Local 701 Welfare & Pension Fund

Minnesota Teamsters - Minneapolis Office

Minnesota Teamsters Health & Welfare Plan

National IAM Pension Fund (SoCal 1186)

New England Teamsters & Trucking Industry Pension Trust

New England Teamsters Pension Trust

New York State Teamsters (Local 445)

New York State Teamsters Conference Pension & Retirement Fund

New York State Teamsters Council Health & Hospital Fund

New York State Welfare Fund (Local 355 - BLT)

Northern New England Benefit Trust

OPEIU (TPA Corp. 401K) Santa Rosa & Bay Area

Oregon Teamsters National 401K Savings Plan

Oregon Western Teamsters Welfare Fund

Road Carriers Local 707 Health & Welfare Fund

Road Carriers Local 707 Pension Fund

Santa Rosa 665 (Teamster Benefit Trust)

Southwestern Pennsylvania & Western Maryland Area Teamsters & Employers Pension Fund

Suburban Teamsters of Northern Illinois Welfare & Pension Fund (Local 134)

Suburban Teamsters of Northern Illinois Welfare & Pension Fund (Local 179)

Suburban Teamsters of Northern Illinois Welfare & Pension Fund (Local 330)

Suburban Teamsters Of Northern Illinois Welfare & Pension Fund (Local 673)

TCU Pension Fund - BRAC 1908 MIA

Teamsters 261 & Employers Welfare Fund

Teamsters 401(K) Jo/Milwaukee

Teamsters 401(K) Joliet

Teamsters Health Services & Insurance Plan of Local 404

Teamsters Joint Council #83 of Virginia

Teamsters Joint Council No 83 of Virginia Health & Welfare Fund

Teamsters Joint Council No. 83 of Virginia Health & Welfare Fund

Teamsters Joint Council No. 83 Of Virginia Pension Fund

Teamsters Local 251 Health Services & Insurance Plan

Teamsters Local 2785 (Teamster Benefit Trust)

Teamsters Local 287 (Teamster Benefit Trust)

Teamsters Local 294

Teamsters Local 493 Health Service & Insurance Plan

Teamsters Local 560 Benefit Funds (North Jersey)

Teamsters Local 617

Teamsters Local 639 Employers Health Trust

Teamsters Local 639 Employers Pension Trust

Teamsters Local 641 Pension Fund

Teamsters Local 641 Welfare Fund

Teamsters Local 671 Health Services & Insurance Plan

Teamsters Local 677 Health Services & Insurance Plan

Teamsters Local Union No. 653 Health Welfare & Insurance Fund

Teamsters Pension Trust Fund of Philadelphia & Vicinity - Teamsters Health & Welfare Fund

Teamsters Pension Trust Fund of Philadelphia & Vicinity - Teamsters Pension Fund

Teamsters Union 25 Health Services & Insurance Plan

Transportation Local 443 Health Service & Insurance Plan

Truck Drivers Local 170 Health & Welfare Fund

Union Local 705 Pt Pension Fund

Washington Teamsters National 401K Savings Plan

Western Conference of Teamsters National 401K Savings Plan

Western Conference of Teamsters Supplemental Benefit Trust Fund

Western Pennsylvania Teamsters & Employers Pension Fund

Western Pennsylvania Teamsters & Employers Welfare Fund

Western States Office & Professional Employees Pension Fund

Western Teamsters Welfare Fund

Western Teamsters Welfare Trust
Western Teamsters Welfare Trust -
    Washington

Wisconsin Health Fund

# SCHEDULE 1(v)

## **Unions**

International Brotherhood of Teamsters

# SCHEDULE 2

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| ACE American Insurance Co.<br>ACE Property & Casualty Insurance Co.<br>Chubb Bermuda Insurance<br>Chubb Ltd.<br>Federal Insurance Co.<br>Illinois Union Insurance Co.<br>Indemnity Insurance Co. of North America<br><br>Westchester Surplus Insurance Co. | Chubb Bermuda Insurance Ltd. | Current |
| ACE Global Multi-Credit LLC<br>Amissima Diversified Income ICAV<br>AP Kent Credit Master Fund LP<br>Apollo Accord Master Fund III LLP<br>Apollo A-N Credit Fund (Delaware) LP<br>Apollo Atlas Master Fund LLC<br><br>Apollo Centre Street Partnership LP<br>Apollo Credit Funds ICAV<br>Apollo Credit Master Fund Ltd.<br>Apollo Credit Strategies Master Fund Ltd.<br>Apollo Lincoln Fixed Income Fund LP<br>Apollo Moultrie Credit Fund LP<br>Apollo Tactical Value SPN Investments LP<br>Apollo TR Enhances Levered Yield LLC<br>Apollo TR Opportunistic Ltd.<br>Aspen American Insurance Co.<br>Aspen American Insurance Co.<br>Athora Lux Invest | AEPF III 34 S.à r.l.<br>Apollo Capital Management, L.P.<br>Apollo EquityCo L.P.<br>Apollo Global Management Inc.<br>Apollo Global Real Estate Management LP<br>Apollo Infrastructure Opportunities Fund II LP<br>Apollo Management International LLP<br>Marc Rowan | Closed<br>Current<br>Current<br>Current<br>Current<br>Closed<br><br>Current<br>Former |
| AEGIS London | Aegis Science Corporation | Current |
| AFCO Credit Corp. | BB&T Insurance Holdings, Inc.<br>Truist Bank<br>Truist Financial Corporation | Current<br>Current<br>Current |
| AIG Specialty Insurance Co.<br>American International Group UK Ltd.<br>American International Reinsurance Co. Ltd.<br><br>Lex-London | AIG DECO Fund I LP<br>AIG DECO Fund II LP<br>National Union Fire Insurance Company of Pittsburgh, PA | Current<br>Current<br>Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| National Union Fire Insurance Co. of Pittsburgh, PA | | |
| AlixPartners LLP | Rainier Management Limited | Closed |
| AlixPartners LLP | Public Sector Pension Investment Board | Current |
| AlixPartners LLP | Caisse de dépôt et placement du Québec | Current |
| | Ivanhoé Cambridge Inc. | Former |
| Allianz Global Corporate & Specialty SE | Allianz Capital Partners GmbH | Closed |
| Allianz Global Risk US Insurance Co. | Pacific Investment Management Company, LLC | Current |
| Allianz US Risks US Insurance Co. | PIMCO | Current |
| Altus Receivables Management Inc. | B&J Buyer, LLC | Current |
| Brown & Joseph LLC | B&J Parent Holdings, LLC | Current |
| | Brown & Joseph Intermediate Holdings, LLC | Current |
| | Brown & Joseph LLC | Current |
| | Incline Equity Partners | Current |
| | Incline Management LP | Current |
| | John C. Glover | Current |
| | Justin L. Bertram | Current |
| Alvarez & Marsal | A&M Capital Advisors Europe, LLP | Former |
| | A&M Capital Advisors GP, LLC | Former |
| | A&M Capital Advisors LLC | Former |
| | A&M Capital Advisors LP | Former |
| | A&M Capital Europe, SCSp | Former |
| | A&M Capital Europe-GP Associates, LP | Former |
| | A&M Capital Opportunities Fund, LP | Current |
| | A&M Capital Opportunities-GP Associates, LP | Former |
| | A&M Capital Partners, LLC | Current |
| | A&M Capital-GP Associates, LP | Former |
| | A&M Capital-GP Holdings, LP | Former |
| | A&M Opportunities Fund | Current |
| | Alvarez & Marsal AMCO Partners Fund, LP | Former |
| | Alvarez & Marsal Capital LLC | Former |
| | Alvarez & Marsal Capital, LP | Former |
| | Alvarez & Marsal Europe LLP | Former |
| | Alvarez & Marsal Holdings LLC | Current |
| | Alvarez & Marsal Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Alvarez & Marsal Partners Buyout Fund, LP | Former |
| | Alvarez & Marsal Partners Europe Buyout Fund, LP | Former |
| | Alvarez & Marsal Partners Europe Fund, LP | Former |
| | Alvarez & Marsal Partners Fund, LP | Former |
| | Alvarez & Marsal Partners Opportunities Fund, LP | Former |
| | AMCP Recycling Holdings, LLC | Closed |
| | AMCP Staffing Buyer Holdings, Inc. | Current |
| | AMCP Staffing Holdings GP, LLC | Current |
| | AMCP Staffing Holdings, LP | Current |
| | AMCP Staffing Intermediate Holdings I, LLC | Current |
| | AMCP Staffing Intermediate Holdings II, LLC | Current |
| | AMCP Staffing Intermediate Holdings III, LLC | Current |
| | Barbara Gould | Closed |
| | Cairns, Ben | Current |
| | Edward Simon Middleton | Former |
| | Fleming, Richard | Current |
| | Jonathan C. Marston | Current |
| | Mark Firmin | Current |
| | Wesley Arthur Edwards | Former |
| | Wing Sze Tiffany Wong | Former |
| Arcadian SiriusPoint Bermuda Insurance Co. Ltd. | SiriusPoint Ltd. | Closed |
| AT&T Inc. | AT&T Billing Southeast, LLC | Current |
| | AT&T Billing Southwest, LLC | Current |
| | AT&T Communications of Indiana, Inc. | Current |
| | AT&T Communications of Indiana, LLC | Current |
| | AT&T Communications of New York Inc. | Current |
| | AT&T Communications of Texas, LLC | Current |
| | AT&T Communications of Virginia, LLC | Current |
| | AT&T Comunicaciones Digitales, S. de R.L. de C.V. | Current |
| | AT&T Corp. | Current |
| | AT&T Datacomm Holdings, LLC | Current |
| | AT&T DataComm, L.P. | Current |

3

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | AT&T Global Communications Services Inc. | Current |
| | AT&T Inc. | Current |
| | AT&T Investment Fund IV, LLC | Current |
| | AT&T Investment Fund V, LLC | Current |
| | AT&T Investment Fund VI, LLC | Current |
| | AT&T Investment Operations I, LLC | Current |
| | AT&T Investment Operations II, LLC | Current |
| | AT&T Management Services, LLC | Current |
| | AT&T Mobility II LLC | Current |
| | AT&T Mobility LLC | Current |
| | AT&T MVPD Group Holdings, LLC | Current |
| | AT&T Network Supply, LLC | Current |
| | AT&T of Puerto Rico, Inc. | Current |
| | AT&T of the Virgin Islands, Inc. | Current |
| | AT&T Services, Inc. | Current |
| | AT&T Southeast Supply, LLC | Current |
| | AT&T Southwest Supply, LLC | Current |
| | AT&T Supply I, LLC | Current |
| | AT&T Technical Services Company, Inc. | Current |
| | AT&T Teleholdings, Inc. | Current |
| | AT&T West Supply, LLC | Current |
| | DIRECTV, LLC | Former |
| | Illinois Bell Telephone Co. LLC | Current |
| AXA XL | AXA Real Estate Investment Managers UK Ltd. | Current |
| Greenwich Insurance Co. | AXA REIM SGP | Current |
| XL Insurance Co. SE - Irish Branch | XL Global Services, Inc. | Closed |
| Bank of America NA | Banc of America Securities LLC | Current |
| | Bank of America Corp. | Current |
| | Bank of America Securities Ltd. | Closed |
| | BofA Securities Inc. | Current |
| | Merrill Lynch (Asia Pacific) Limited | Closed |
| Bank of Bermuda | HSBC Global Services (UK) Limited | Former |
| | HSBC Holdings plc | Current |
| Bank of New York Mellon | Alcentra Limited | Closed |
| BNY Mellon | | |
| Barrette Outdoor Living | Angel Brothers Enterprises Ltd. | Current |
| Staker & Parson Cos. Inc. | | |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Bayard Advertising Agency | KKR Asia Limited | Current |
| ExperSolve | KKR Credit Advisors (EMEA) LLP | Closed |
| | KKR Credit Advisors (US) LLC | Current |
| | KKR Financial Services Company LLC | Current |
| | KKR Real Estate Select Trust Inc. | Closed |
| | Kohlberg Kravis Roberts & Co. LP | Current |
| | Kohlberg Kravis Roberts & Co., L.P. | Current |
| | Peter Stavros | Closed |
| | Terrence Ing | Former |
| Bed Bath & Beyond | Alamo Bed Bath & Beyond Inc. | Current |
| | Bed Bath & Beyond Canada LP | Current |
| | Bed Bath & Beyond of Annapolis Inc. | Current |
| | Bed Bath & Beyond of Arundel Inc. | Current |
| | Bed Bath & Beyond of Baton Rouge Inc. | Current |
| | Bed Bath & Beyond of Birmingham Inc. | Current |
| | Bed Bath & Beyond of Bridgewater Inc. | Current |
| | Bed Bath & Beyond of California Limited Liability Co. | Current |
| | Bed Bath & Beyond of California LLC | Current |
| | Bed Bath & Beyond of Davenport Inc. | Current |
| | Bed Bath & Beyond of East Hanover Inc. | Current |
| | Bed Bath & Beyond of Edgewater Inc. | Current |
| | Bed Bath & Beyond of Falls Church Inc. | Current |
| | Bed Bath & Beyond of Fashion Center Inc. | Current |
| | Bed Bath & Beyond of Frederick Inc. | Current |
| | Bed Bath & Beyond of Gaithersburg Inc. | Current |
| | Bed Bath & Beyond of Gallery Place LLC | Current |
| | Bed Bath & Beyond of Knoxville Inc. | Current |
| | Bed Bath & Beyond of Lexington Inc. | Current |
| | Bed Bath & Beyond of Lincoln Park Inc. | Current |
| | Bed Bath & Beyond of Louisville Inc. | Current |
| | Bed Bath & Beyond of Mandeville Inc. | Current |
| | Bed Bath & Beyond of Manhattan Inc. | Current |
| | Bed Bath & Beyond of Norman Inc. | Current |
| | Bed Bath & Beyond of Opry Inc. | Current |
| | Bed Bath & Beyond of Overland Park Inc. | Current |
| | Bed Bath & Beyond of Palm Desert Inc. | Current |
| | Bed Bath & Beyond of Paradise Valley Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Bed Bath & Beyond of Pittsford Inc. | Current |
| | Bed Bath & Beyond of Portland Inc. | Current |
| | Bed Bath & Beyond of Rockford Inc. | Current |
| | Bed Bath & Beyond of St. Louis Inc. | Current |
| | Bed Bath & Beyond of Towson Inc. | Current |
| | Bed Bath & Beyond of Virginia Beach Inc. | Current |
| | Bed Bath & Beyond of Waldorf Inc. | Current |
| | Bed Bath & Beyond of Woodbridge Inc. | Current |
| | Bed Bath and Beyond Inc. | Current |
| | Bed 'n Bath Stores Inc. | Current |
| | Deerbrook Bed Bath & Beyond Inc. | Current |
| | San Antonio Bed Bath & Beyond Inc. | Current |
| Belk Express | Beijing Staples Commerce & Trade Co. Ltd. (China) | Former |
| Staples Inc. | Belk Accounts Receivable LLC | Closed |
| | Belk Administration LLC | Closed |
| | Belk Center Inc., The | Closed |
| | Belk Department Stores LP | Closed |
| | Belk eCommerce LLC | Closed |
| | Belk Gift Card Co. LLC | Closed |
| | Belk International Inc. | Current |
| | Belk Merchandising LLC | Closed |
| | Belk Sourcing LLC | Closed |
| | Belk Stores of Mississippi LLC | Closed |
| | Belk Stores of Virginia LLC | Closed |
| | Belk Stores Services LLC | Closed |
| | Belk Texas Holdings LLC | Closed |
| | Belk, Inc. | Current |
| | Belk-Simpson Co., Greenville, South Carolina | Closed |
| | Essendant, Inc. | Current |
| | Hong Kong Staples Brands Ltd. | Current |
| | Jiangsu Staples Office Products Co. Ltd. (China) | Former |
| | Shenzhen Staples Commerce & Trade Co. Ltd. (China) | Former |
| | Staples (China) Investment Co. Ltd (Shanghai) | Former |
| | Staples (Shanghai) Company Limited (China) | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Staples Argentina SA (Argentina) | Former |
| | Staples Asia Investments Ltd. (Cayman) | Former |
| | Staples Brands Consulting (Shenzhen) Co. Ltd. | Current |
| | Staples Brands Inc. | Current |
| | Staples Brands International Ltd. | Current |
| | Staples Brands Sales, LLC | Current |
| | Staples Brasil Comercio de Materials para Escritorio Ltda. (Brazil) | Former |
| | Staples Canada Holdings III, Inc. | Current |
| | Staples Canada Holdings, LLC | Current |
| | Staples Canada ULC | Current |
| | Staples Connecticut LLC (DE) | Current |
| | Staples Contract & Commercial Inc. | Current |
| | Staples Cyprus Holdings L.P. | Current |
| | Staples Cyprus Holdings, Ltd. | Current |
| | Staples Cyprus Intermediary Holdings, Ltd. | Current |
| | Staples Dutch Management BV | Current |
| | Staples E-Commerce (Shanghai) Co. Limited (China) | Former |
| | Staples E-Commerce (Tianjin) Co., Ltd. (China) | Former |
| | Staples Europe Holdings GP | Current |
| | Staples Global Holdings, Ltd. | Current |
| | Staples Global Markets, Inc. | Current |
| | Staples GP, LLC | Current |
| | Staples Hong Kong Investments Limited (Hong Kong) | Former |
| | Staples Inc. | Closed |
| | Staples of Maryland LLC (DE) | Current |
| | Staples Procurement & Management Services PLC | Current |
| | Staples Project 2017, LLC | Current |
| | Staples Promotional Products Canada Ltd. | Current |
| | Staples Shared Service Center (Europe) II BVBA | Current |
| | Staples Shared Service Center, LLC | Current |
| | Staples Solutions BV | Current |
| | Staples Taiwan Branch | Former |
| | Staples Taiwan Corporation Limited (Cayman) | Former |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Staples the Office Superstore LLC | Current |
| | Staples the Office Superstore LLC | Current |
| | Staples Value, LLC (VA) | Current |
| | Staples Ventures, LLC | Current |
| | Staples, Inc. | Current |
| | Stefan Kaluzny | Current |
| | Sycamore Partners A LP | Current |
| | Sycamore Partners Associates Co-Invest LP | Current |
| | Sycamore Partners Associates Investments LP | Current |
| | Sycamore Partners Associates LP | Current |
| | Sycamore Partners Associates-C LP | Current |
| | Sycamore Partners Co-Invest LLC | Current |
| | Sycamore Partners II, LP | Current |
| | Sycamore Partners III LP | Current |
| | Sycamore Partners LP | Current |
| | Sycamore Partners Management LP | Current |
| | Sycamore Partners Management, L.P. | Current |
| | Sycamore Partners Torrid LLC | Current |
| | The Staples Group, Inc. | Current |
| | USR Parent Inc. | Current |
| | USR Parent Inc. | Current |
| Berkshire Hathaway International Insurance Ltd. | Berkshire Hathaway Inc. | Current |
| BNSF Railway Co. | BHE Renewables, LLC | Current |
| National Fire & Marine Insurance Co. | BHER Power Resources Inc. | Current |
| PacifiCorp | BNSF Logistics International LLC | Current |
| Pilot Travel Centers LLC | BNSF Logistics LLC | Current |
| RSUI Indemnity | BNSF Railway | Current |
| SC Fuels | Burlington Northern Santa Fe, LLC | Current |
| Blue Cross & Blue Shield Illinois | Blue Cross Blue Shield of Illinois | Current |
| | Health Care Service Corporation | Current |
| BlueGrace Logistics | Blue-Grace Group LLC | Current |
| Blue-Grace Logistics LLC | | |
| BREIT Industrial Canyon | Bilal Khan | Former |
| GPT Deer Park Terminal Owner LLC | Blackstone Advisors India Pvt. Ltd. | Current |
| GPT Operating Partnership LP | Blackstone Alternative Credit Advisors LP | Current |
| GPT Orlando Terminal Owner LLC | Blackstone Asia | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| GPT Santa Fe Springs Owner LP | Blackstone Energy Partners | Former |
| Medline Industries | Blackstone Group International Partners LLP, The | Closed |
| NewStar Equipment Finance I LLC | Blackstone Group, The | Former |
| | Blackstone Growth LP | Current |
| | Blackstone Inc. | Current |
| | Blackstone Infrastructure Partners LP | Current |
| | Blackstone Life Sciences Advisors LLC | Current |
| | Blackstone Mortgage Trust Inc. | Current |
| | Blackstone Property Partners Europe Holdings SARL | Current |
| | Blackstone Property Partners LP | Current |
| | Blackstone Real Estate Income Trust Inc. | Current |
| | Blackstone Real Estate Investment Trust | Current |
| | Blackstone Real Estate Partners | Current |
| | Blackstone Real Estate Partners Europe VII | Current |
| | Blackstone Tactical Opportunities Advisors LLC | Former |
| | Blackstone Tactical Opportunities Fund LP | Former |
| | BPP Parker Towers Property Owner LLC | Current |
| | BRE Atlas Property Owner LLC | Closed |
| | BRE Newton Hotels Property Owner LLC | Closed |
| | BX CQP Target Holdco LLC | Current |
| | David I. Foley | Current |
| | First Eagle Alternative Credit LLC | Current |
| | Gramercy Property Trust Inc. | Closed |
| | Independent Directors of First Eagle Global Opportunities Fund | Current |
| | Khan, Bilal | Current |
| | Kush Patel | Current |
| | Prakash A. Melwani | Former |
| | Strategic Office Partners | Current |
| | Strategic Partners Fund Solutions | Closed |
| | The Blackstone Group International Partners LLP | Current |
| | Vikram Suresh | Current |
| Bridgestone Americas Inc. | Azuga, Inc. | Closed |
| Canada Revenue Agency | Canada Pension Plan Investment Board | Current |
| Canada, Government of, Receiver General | CPP Investment Board | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | CPPB Canada Inc. | Closed |
| | CPPIB Asia Inc. | Current |
| | LoanCore Capital, LLC | Current |
| | Public Sector Pension Investment Board | Current |
| Canopius | Centerbridge Partners Europe LLP | Former |
| | Centerbridge Partners, L.P. | Current |
| CenturyLink | Lumen Technologies, Inc. | Former |
| Chevron Products Co. | Chevron Corporation | Current |
| | Chevron USA Inc. | Closed |
| Cintas Corp. | Cintas Corporation | Closed |
| Citadel Securities LP | Citadel Americas LLC | Current |
| | Citadel Enterprise Americas LLC | Closed |
| | Citadel LLC | Current |
| | Citadel Securities LLC | Closed |
| CNA<br>CNA Surety<br>Columbia Casualty<br>Continental Casualty<br>North Rock Insurance Co. | CNA Holdings LLC | Closed |
| | Continental Casualty Company | Current |
| | Kevin Leidwinger | Former |
| ConvergeOne Inc.<br>Worldwide Express Operations LLC | Christopher J. Baldwin | Current |
| | CVC Advisers Company (Luxembourg) S.à r.l. | Former |
| | CVC Advisers Limited | Current |
| | CVC Asia Pacific Limited | Current |
| | CVC Credit Partners, LLC | Current |
| | CVC European Equity V Limited | Current |
| | WWEX Uni TopCo Holdings, LLC | Closed |
| Cook, County of (IL), Treasurer | Ascend Justice | Current |
| | Circuit Court of Cook County | Current |
| | Circuit Court of Cook County's Domestic Violence Division | Former |
| Credit Suisse AG | Anton Merlushkin | Former |
| | Credit Suisse & Co. LLC | Current |
| | Credit Suisse (Hong Kong) Limited | Former |
| | Credit Suisse AG | Current |
| | Credit Suisse AG, Executive Board | Current |
| | Credit Suisse Asset Management, LLC | Closed |
| | Credit Suisse Group AG | Current |
| | Credit Suisse Group AG, Executive Board | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Credit Suisse Securities (USA) LLC | Current |
| | Credit Suisse Securities Europe Ltd. | Closed |
| | Credit Suisse Securities, Sociedad de Valores SA | Closed |
| | Jay Kim | Closed |
| | Jim Barkley | Former |
| | Seema Khanna | Former |
| | Select Portfolio Servicing, Inc. | Current |
| | UBS AG, Board of Directors | Current |
| | UBS AG, Hong Kong Branch | Closed |
| | UBS AG, London Branch | Current |
| | UBS Asset Management (Americas) Inc. | Current |
| | UBS Asset Management Funds Limited | Current |
| | UBS Corp. | Current |
| | UBS Group AG | Current |
| | UBS Hedge Fund Solutions LLC | Current |
| | UBS International Infrastructure Fund II (A) LP | Former |
| | UBS International Infrastructure Fund II (B) LP | Former |
| | UBS International Infrastructure Fund II (C) LP | Former |
| | UBS Investment Bank | Current |
| | UBS O'Connor LLC | Current |
| | UBS Securities LLC | Current |
| CVS Caremark | Oak Street Health, LLC | Current |
| Dell Marketing LP | Dell Inc. | Current |
| | Dell Technologies Inc. | Current |
| | Egon Durban | Current |
| | Mary Hannaford Conrad | Current |
| | Silver Lake Partners L.P. | Current |
| | Sumeru Equity Partners L.P. | Current |
| Direct ChassisLink Inc. | GIC 22nd Street Holdings LLC | Former |
| Medline Industries | GIC Infra Holdings Pte Ltd. | Current |
| | GIC Private Markets Private Limited | Current |
| | GIC Pte. Ltd. | Current |
| | GIC Real Estate Inc. | Current |
| | GIC Ventures Pte. Ltd | Current |
| | Ora Investment Pte. Ltd. | Closed |
| | Sepang Investment Pte Ltd | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| Dun & Bradstreet Inc. | CIAL Dun & Bradstreet | Former |
| | The Dun and Bradstreet Corporation | Former |
| DuPont<br>Multi-Base Inc. | E. I. du Pont de Nemours and Co. Inc. | Current |
| East West Bank | Maytal Shainberg | Current |
| Echo Global Logistics Inc.<br>General Electric Co. | Echo Global Logistics Inc. | Current |
| | Echo Logistics India PVT Ltd. | Current |
| | General Electric Co. | Current |
| | General Electric Company, UK | Current |
| | Jordan Co. LP, The | Former |
| | TJC, LP | Current |
| | Watchfire Technologies Holdings, Inc. | Current |
| EmergIn Risk<br>RT Specialty | R-T Specialty LLC | Current |
| | Ryan Specialty Group | Current |
| | Ryan Specialty International Ltd. | Current |
| | Ryan Specialty Nordics AB | Current |
| | Ryan Specialty Service Centre Ltd. | Current |
| Environmental Protection Agency<br>Environmental Protection Agency<br>Federal Motor Carrier Safety Administration<br><br>United States, Government of the<br>United States, Government of the, Department of Defense<br>United States, Government of the, Department of Labor, Occupational Safety and Health Administration<br>United States, Government of the, Department of the Treasury<br>United States, Government of the, Department of the Treasury, Internal Revenue Service<br>United States, Government of the, Environmental Protection Agency, 68th Street Site Work Group | Konstantina Diamantopoulos | Current |
| EverBank Commercial Finance Inc. | David J. Sreter | Current |
| | HTDK (Shanghai) Co., Ltd. | Closed |
| | Jeffrey Perlman | Current |
| | John Rowan | Closed |
| | UBS Securities LLC | Closed |
| | UBS Warburg | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Vishal Mahadevia | Current |
| | Warburg Pincus Asia LLC | Current |
| | Warburg Pincus Asia LLC | Closed |
| | Warburg Pincus Asia Real Estate, L.P. | Current |
| | Warburg Pincus Capital Corp. I-A | Current |
| | Warburg Pincus Capital Corp. I-A | Current |
| | Warburg Pincus Capital Corp. I-B | Current |
| | Warburg Pincus Global Growth LP | Current |
| | Warburg Pincus Global Growth XIV | Current |
| | Warburg Pincus LLC | Current |
| | WP Financial L.P. | Closed |
| EverBank Commercial Finance Inc. | Reverence Capital Partners LLC | Current |
| | Reverence Capital Partners Opportunities Fund II LP | Former |
| EverBank Commercial Finance Inc. | Sixth Street Partners, LLC | Current |
| Factor Systems Inc. | Baring Private Equity Asia Limited | Current |
| | EQT AB | Current |
| | EQT Exeter Holdings US Inc. | Current |
| | EQT IX Investments SARL | Current |
| | EQT Partners Inc. | Current |
| | EQT VII Ltd. | Closed |
| Fern Exposition Services | MSouth Equity Partners, LLC | Former |
| Fidelity Workplace Services LLC | Azalea Investment Management Pte Ltd. | Current |
| | Decarbonization Partners I Master SCS | Current |
| | Fidelity Investments | Current |
| | Fidelity National Financial Inc. | Current |
| | Temasek Holdings (Pte.) Ltd. | Closed |
| Fleet Charge | Dr. Ing. h.c. F. Porsche AG | Current |
| | Kunststiftung Volkswagen | Closed |
| | Porsche Cars North America, Inc. | Current |
| | Volkswagen AG | Current |
| | Volkswagen Group of America, Inc. | Closed |
| FleetPride Corp. | American Securities LLC | Current |
| FleetPride Corp. OMNI Logistics Unishippers Global Logistics LLC | Ridgemont Equity Partners | Current |
| FTI | FTI Consulting Inc. | Former |
| | John Howard Batchelor | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Kenneth Fung | Current |
| Gallagher Affinity Insurance Services Inc. | Arthur J. Gallagher & Co. | Current |
| GardaWorld Security Services | BC Partners | Current |
| | BC Partners Credit | Closed |
| Grainger<br>Imperial Supplies LLC | W.W. Grainger, Inc. | Closed |
| Honda Motor Europe Logistics | American Honda Finance Corp. | Current |
| | American Honda Motor Company | Current |
| | Honda Manufacturing of Alabama LLC | Current |
| | Honda Manufacturing of Indiana, LLC | Current |
| | Honda Motor Company, Ltd. | Current |
| | Honda of America Manufacturing, Inc. | Current |
| Honeywell Scanning & Mobility | Honeywell ASASCO 2 LLC | Closed |
| | Honeywell ASASCO LLC | Closed |
| | Honeywell Holdings International Inc. | Closed |
| | Honeywell International Inc. | Current |
| | UOP LLC | Current |
| Houlihan Lokey Inc. | Houlihan Lokey EMEA, LLP | Current |
| | Houlihan Lokey Inc. | Current |
| Hub Group Inc.<br>Unyson | David Yeager | Current |
| | Hub Group, Inc. | Current |
| Huron Consulting Group Inc. | Huron Consulting Group | Current |
| Hyundai America Shipping Agency Inc.<br>Hyundai Translead | Hyundai Capital America, Inc. | Closed |
| | Hyundai Cha Funding Corporation | Closed |
| | Hyundai Floorplan Master Owner Trust | Closed |
| IBM Corp. | IBM Corp. | Current |
| | International Business Machines Corp. | Closed |
| | Red Hat, Inc. | Current |
| ING Capital LLC | ING Bank N.V. | Current |
| | ING Capital LLC | Current |
| International Brotherhood of Teamsters<br>Teamsters National 401K Savings Plan | Teamster Buyer Inc. | Former |
| | Teamster Intermediate Holdings Inc. | Former |
| | Teamster TopCo LLC | Former |
| JL Clark Inc. | Henry Crown and Co. | Current |
| JPMorgan Chase Bank NA | Andrew Cohen | Current |
| | Highbridge Capital Management, LLC | Current |
| | J.P. Morgan AG | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | J.P. Morgan Asset Management Private Equity Group | Current |
| | J.P. Morgan Investment Management Inc. | Current |
| | J.P. Morgan Securities Asia Pacific Limited | Current |
| | J.P. Morgan Securities LLC | Current |
| | J.P. Morgan Securities plc | Current |
| | JP Morgan Asset Management | Current |
| | JP Morgan Securities (Far East) Ltd. | Current |
| | JPMorgan Asset Management (Australia) Limited | Closed |
| | JPMorgan Asset Management (Europe) SARL | Current |
| | JPMorgan Asset Management (UK) Ltd. | Current |
| | JPMorgan Chase & Co. | Closed |
| | JPMorgan Chase Bank NA | Former |
| | JPMorgan Chase Bank National Association | Closed |
| | JPMorgan Funds Limited | Current |
| | JPMorgan Infrastructure Investments Fund | Current |
| | JPMorgan Investment Management Inc. - Global Special Situations | Current |
| | JPMorgan Investment Management Inc. - Infrastructure Investment Group | Current |
| | JPMorgan Securities LLC | Closed |
| | Kerwin Clayton | Former |
| Kenco Logistic Services LLC | Kenco Canada Inc. | Current |
| | Kenco Fleet Services LLC | Current |
| | Kenco Logistic Services LLC | Current |
| | Kenco Management Services LLC | Current |
| | Kenco PPC Buyer LLC | Current |
| | Kenco PPC Holdings LLC | Current |
| | Kenco PPC Intermediate LLC | Current |
| | Kenco Transportation Management LLC | Current |
| | Kenco Transportation Services LLC | Current |
| Keurig Dr. Pepper Inc. | Keurig Dr Pepper Inc. | Current |
| KPMG LLP | KPMG (HK) | Current |
| | KPMG Auditores, S.L. | Closed |
| | KPMG International Ltd. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | KPMG International Services Ltd. | Current |
| | KPMG Law Firm | Current |
| | KPMG LLP | Current |
| | KPMG LLP (Canada) | Current |
| | KPMG LLP (Singapore) | Former |
| Lockton | LIG, LLC | Current |
| Lytx Inc. | Brandon Nixon | Current |
| | Brian Ruder | Current |
| | Doron Lurie | Current |
| | Lytx Holdings, LLC | Former |
| | Lytx, Inc. | Former |
| | Permira Advisers (London) Ltd. | Current |
| | Permira Advisers LLC | Current |
| | Permira Advisers Ltd. | Former |
| | Permira Credit Solutions III G.P. Limited | Current |
| | Permira Holdings Ltd. | Current |
| | Ryan G. Lanpher | Current |
| | Thomas Phillip Guinand | Former |
| Marsh USA Inc. | Stone, Susan | Closed |
| Medline Industries<br>Vantage Risk Ltd. | Hellman & Friedman LLC | Current |
| | Hellman & Friedman LLC | Current |
| | Stephen H. Ensley | Current |
| Medline Industries<br>Sedgwick Claims Management Services Inc.<br><br>Vantage Risk Ltd. | AlpInvest Partners B.V. | Current |
| | Carlyle Asia Growth Partners IV LP | Closed |
| | Carlyle Asia Investment Advisors Limited | Current |
| | Carlyle Asia Partners IV LP | Current |
| | Carlyle Aviation Fund Management LLC | Closed |
| | Carlyle Global Credit Investment Management LLC | Current |
| | Carlyle Group, The | Closed |
| | Carlyle Hong Kong Equity Management Limited | Closed |
| | Carlyle Infrastructure Fund LP | Current |
| | CECP Advisors LLP | Closed |
| | CIM Global LLC | Current |
| | James Larocque | Current |
| | Matthew O'Connor | Current |
| | Medline Industries, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Sedgwick Claims Management Services, Inc. | Current |
| | TCW Direct Lending VIII LLC | Current |
| | The Carlyle Group | Current |
| Mercedes-Benz Financial Services USA LLC | Mercedes-Benz Grand Prix Limited | Current |
| Milestone Equipment Corp. | Barings LLC | Current |
| | Partners Group (Guernsey) Ltd. | Current |
| | Partners Group (Singapore) Pte. Ltd. | Current |
| | Partners Group (USA) Inc. | Closed |
| | Partners Group Holding AG | Current |
| | Partners Group Private Equity (Luxembourg) S.à r.l | Closed |
| Mode Transportation LLC | Mode Transportation, LLC | Current |
| | York Capital Management | Current |
| | York Capital Management Europe (UK) Advisor LLP | Closed |
| Motus LLC | Motus Group LLC | Current |
| | Motus Holdco LLC | Current |
| | Motus LLC | Current |
| | Motus Operations LLC | Current |
| | New Motus HoldCo LLC | Current |
| | Runzheimer Canada Co. | Current |
| | Runzheimer International LLC | Current |
| | Thoma Bravo Discover Fund III LP | Current |
| | Thoma Bravo Fund XII LP | Current |
| | Thoma Bravo Fund XII LP | Current |
| | Thoma Bravo Fund XIII LP | Closed |
| | Thoma Bravo Fund XV LP | Current |
| | Thoma Bravo Growth Fund LP | Closed |
| | Thoma Bravo LLC | Current |
| | Thoma Bravo LP | Current |
| | Thoma Bravo Oasis Fund LP | Current |
| | Thoma Bravo Topco LLC | Current |
| Nations Equipment Finance | SLR Capital Partners, LLC | Current |
| NATMI LPF Bloomington LP | Jones Lang LaSalle Group | Current |
| | Jones Lang LaSalle Income Property Trust | Closed |
| | LaSalle Investment Management | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| New York, State of, Department of Taxation & Finance | New York State Courts Access to Justice Program | Current |
| Nissan North America Inc. | Nissan Motor Co., Ltd. | Closed |
| NTT Data Services LLC | NTT America, Inc. | Former |
| Offen Petroleum LLC | Court Square Advisor, LLC | Current |
| | Court Square Capital Management LP | Current |
| | Court Square Capital Managers III, L.P. | Current |
| Old Republic General Insurance Corp. | Old Republic International Corp. | Current |
| Old Republic Insurance Co. | Old Republic National Title Holding Co. | Current |
| Old Republic Insurance Co. of Canada | | |
| Old Republic Risk Management Inc. | | |
| Oracle America Inc. | Oracle America Inc. | Closed |
| | Oracle Corporation | Current |
| | Oracle International Corporation | Closed |
| PAC Operating LP | Prologis | Current |
| Prologis LP | | |
| Prologis Targeted US Logistics Fund LP | | |
| Prologis USLV NEWCA 3 CA | | |
| Prologis USLV NEWCA 3 LLC | | |
| Prologis USLV NEWCA 3 LP | | |
| Prologis USLV SUBREIT 4 LLC | | |
| Packaging Corporation of America | Packaging Corporation of America | Current |
| Pennsylvania, Commonwealth of, Department of Revenue | Office of the General Counsel of Pennsylvania | Current |
| | Office of the Governor of Pennsylvania | Current |
| | Office of the Secretary of State of Pennsylvania | Current |
| | Pennsylvania Higher Education Assistance Agency | Closed |
| | Pennsylvania, Commonwealth of, Office of the Secretary | Closed |
| People's United Bank NA | Wilmington Trust-London Limited | Current |
| Wilmington Trust Co. | | |
| Ply Gem Industries Inc. | Cornerstone Building Brands, Inc. | Current |
| PNC Bank | The PNC Financial Services Group, Inc. | Closed |
| PNC Bank NA | | |
| Progistics Distribution Inc. | Greenbriar Equity Fund III LP | Closed |
| | Greenbriar Equity Fund III-A LP | Closed |
| | Greenbriar Equity Group LP | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Noah Blitzer | Current |
| Radius Bank | LendingClub Corporation | Current |
| Revlon Inc. | Harland Clarke Corp. | Former |
| | MacAndrews & Forbes Holdings, Inc. | Closed |
| | MAFCO Worldwide LLC | Closed |
| | Revlon, Inc. | Current |
| | Vericast Corp. | Current |
| Rite Aid Corp. | Rite Aid Corporation | Current |
| | Rite Aid Drug Palace Inc. | Current |
| | Rite Aid Foundation | Current |
| | Rite Aid Fund I LP | Current |
| | Rite Aid Fund II LP | Current |
| | Rite Aid Headquarters Corp. | Current |
| | Rite Aid Headquarters Funding Inc. | Current |
| | Rite Aid Health Solutions LLC | Current |
| | Rite Aid Lease Management Co. | Current |
| | Rite Aid of Alabama Inc. | Current |
| | Rite Aid of Connecticut Inc. | Current |
| | Rite Aid of Delaware Inc. | Current |
| | Rite Aid of Florida Inc. | Current |
| | Rite Aid of Georgia Inc. | Current |
| | Rite Aid of Illinois Inc. | Current |
| | Rite Aid of Indiana Inc. | Current |
| | Rite Aid of Kentucky Inc. | Current |
| | Rite Aid of Maine Inc. | Current |
| | Rite Aid of Maryland Inc. | Current |
| | Rite Aid of Massachusetts, Inc. | Current |
| | Rite Aid of Michigan Inc. | Current |
| | Rite Aid of New Hampshire Inc. | Current |
| | Rite Aid of New Jersey Inc. | Current |
| | Rite Aid of New York Inc. | Current |
| | Rite Aid of North Carolina Inc. | Current |
| | Rite Aid of Ohio Inc. | Current |
| | Rite Aid of Pennsylvania LLC | Current |
| | Rite Aid of South Carolina Inc. | Current |
| | Rite Aid of Tennessee Inc. | Current |
| | Rite Aid of Vermont Inc. | Current |
| | Rite Aid of Virginia Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Rite Aid of Washington, D.C. Inc. | Current |
| | Rite Aid of West Virginia Inc. | Current |
| | Rite Aid Online Store Inc. | Current |
| | Rite Aid Payroll Management Inc. | Current |
| | Rite Aid Political Action Committee | Current |
| | Rite Aid Realty Corp. | Current |
| | Rite Aid Rome Distribution Center Inc. | Current |
| | Rite Aid Services LLC | Current |
| | Rite Aid Specialty Pharmacy LLC | Current |
| | Rite Aid Transport Inc. | Current |
| RoadNet Technologies | Aaron Gupta | Current |
| | Adrian R. Alonso | Current |
| | Cheryl Cecchini Leahy | Current |
| | Christian B. Sowul | Current |
| | David A. Breach | Current |
| | David Zwick | Current |
| | Fund II Foundation | Current |
| | Greg Myers | Former |
| | James Morrill Ford | Former |
| | James P. Hickey | Current |
| | Joshua Niedner | Current |
| | Justin Cho | Former |
| | Kristine Jurczyk | Current |
| | Martin Taylor | Current |
| | Michael Fosnaugh | Current |
| | Monti Saroya | Former |
| | Nadeem Syed | Former |
| | Nicholas J. Prickel | Former |
| | Nicolas Stahl | Current |
| | Omnitracs LLC | Current |
| | Omnitracs Topco LLC | Current |
| | Omnitracs, LLC | Current |
| | Rod M. Aliabadi | Former |
| | Sam C. Payton | Former |
| | Smith, Robert F. | Current |
| | Solera, Inc. | Current |
| | Spireon Inc. | Former |
| | Stephen Seelbach | Former |
| | Syed, Nadeem | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | VEPF VI AIV I, Corp. | Current |
| | VEPF VI FAF LP | Current |
| | Vincent L. Burkett | Former |
| | Vista Capital Solutions Fund GP LLC | Current |
| | Vista Capital Solutions Fund LP | Current |
| | Vista Capital Solutions Fund-A LP | Current |
| | Vista Consulting Group Inc. | Current |
| | Vista Consulting Group, Inc. | Current |
| | Vista Credit Opportunities Fund I - 6Y, L.P. | Current |
| | Vista Credit Opportunities Fund I FAF, L.P. | Current |
| | Vista Credit Opportunities Fund I, L.P. | Current |
| | Vista Credit Opportunities Fund II, L.P. | Current |
| | Vista Credit Opportunities Fund II-A, L.P. | Current |
| | Vista Credit Opportunities Fund II-B, L.P. | Current |
| | Vista Credit Partners | Current |
| | Vista Credit Partners Fund III GP LLC | Current |
| | Vista Credit Partners Fund III, L.P. | Current |
| | Vista Credit Partners Fund III-A LP | Current |
| | Vista Credit Partners III Onshore LLC | Current |
| | Vista Credit Partners LP | Current |
| | Vista Equity Partners | Current |
| | Vista Equity Partners Fund VI LP | Current |
| | Vista Equity Partners Fund VI-A, L.P. | Current |
| | Vista Equity Partners Fund VII LP | Closed |
| | Vista Equity Partners Management LLC | Current |
| | Vista Foundation Fund IV LP | Closed |
| | Vista Fund VIII LP | Current |
| | Vista Opportunistic Credit Fund, L.P. | Current |
| Ropes & Gray LLP | Amy Wolf Malone | Current |
| Samsung Electronics America Inc. | Samsung | Current |
| | Samsung Advanced Institute of Technology | Closed |
| | Samsung Austin Semiconductor LLC | Current |
| | Samsung Bioepis Co., Ltd. | Current |
| | Samsung Electro-Mechanics Co. Ltd. | Current |
| | Samsung Electronics America Inc. | Current |
| | Samsung Electronics Co. Ltd. | Current |

21

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Samsung Electronics Co., Ltd. Visual Display | Closed |
| | Samsung Electronics Latinoamerica Miami Inc. | Current |
| | Samsung Research America, Inc. | Current |
| | Samsung SDI America | Current |
| | Samsung Semiconductor Inc. | Current |
| Siemens Financial Services Inc. | Be C&I Solutions Holding Pte. Ltd. | Current |
| | Marc Buncher | Current |
| | Siemens AG | Former |
| | Siemens Capital Company LLC | Closed |
| | Siemens Convergence Creators Corporation | Closed |
| | Siemens Corp. | Current |
| | Siemens Corporation USA | Current |
| | Siemens Credit Warehouse, Inc. | Closed |
| | Siemens Demag Delaval Turbomachinery Inc. | Closed |
| | Siemens Electrical, LLC | Closed |
| | Siemens Energy Inc. | Current |
| | Siemens Financial Services Inc. | Closed |
| | Siemens Financial, Inc. | Closed |
| | Siemens First Capital Commercial Finance, LLC | Closed |
| | Siemens Fossil Services, Inc. | Closed |
| | Siemens Gamesa Renewable Energy SA | Current |
| | Siemens Gamesa Renewable Energy, Inc. | Current |
| | Siemens Generation Services Company | Closed |
| | Siemens Government Technologies, Inc. | Closed |
| | Siemens Healthcare Diagnostics Inc. | Closed |
| | Siemens Healthcare Diagnostics Ltd. | Closed |
| | Siemens Healthcare GmbH | Closed |
| | Siemens Healthcare Ltd. | Closed |
| | Siemens Healthineers AG | Closed |
| | Siemens Industry Inc. | Current |
| | Siemens Industry Software Inc. | Current |
| | Siemens Medical Solutions USA Inc. | Closed |
| | Siemens Molecular Imaging, Inc. | Closed |
| | Siemens Postal, Parcel & Airport Logistics LLC | Closed |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| | Siemens Power Generation Service Company, Ltd. | Closed |
| | Siemens Product Lifecycle Management Software Inc. | Closed |
| | Siemens Public, Inc. | Closed |
| | Siemens USA Holdings, Inc. | Closed |
| | Siemens Wind Power, Inc. | Closed |
| Simplified Logistics LLC | Joost F. Thesseling | Former |
| | Timothy Hall | Current |
| Sirius Computer Solutions | CDW Corporation | Current |
| | CDW LLC | Current |
| | SCS Holdings I Inc. | Closed |
| | Sirius Computer Solutions Holdco, L.P. | Current |
| St. Paul Fire & Marine Insurance Co. Travelers Travelers of Canada | The Travelers Companies, Inc. | Current |
| Stone Point Capital LLC | Stone Point Capital LLC | Current |
| TD Bank | TD Securities Inc. | Closed |
| Tokio Marine HCC U.S. Specialty Insurance Co. | HCC Insurance Holdings, Inc. | Current |
| Toyota Toyota Industries Commercial Finance Inc. | Bastian Solutions Inc. | Current |
| Transportation Insight LLC | Gryphon Heritage Partners, L.P. | Current |
| | Gryphon Investors II, LLC | Closed |
| | Gryphon Investors Inc. | Current |
| | Gryphon Partners VI LP | Current |
| | Keith H. Stimson | Current |
| | Transportation Insight, LLC | Current |
| Truckpro | Platinum Equity, LLC | Current |
| Uber Freight US LLC | Qifa Ke | Closed |
| | Uber Technologies, Inc. | Closed |
| Uline Inc. Uline Shipping Supply Specialists | Brian Uihlein | Former |
| | Freddie Goldenberg | Closed |
| | Richard E. Uihlein | Current |
| | Richard E. Uihlein, Jr. | Former |
| | Stephen Ellis Uihlein | Current |
| Unite Private Networks | NextGear Capital, Inc. | Current |

| Name of Entity Searched | Name of Entity and/or Affiliate of Entity, that is a K&E Client | Status |
|---|---|---|
| US Bank NA | MUFG Union Bank, N.A. | Current |
| Verizon Connect Telo Inc. Verizon Wireless | Verizon Communications Inc. | Current |
| Volvo Financial Services Volvo Logistics North America Inc. | AB Volvo | Current |
| | Volvo Car (Asia Pacific) Investment Holding Co. Ltd. | Closed |
| | Volvo Car AB | Closed |
| | Volvo Car Corporation | Former |
| | Volvo Car Technology USA LLC | Closed |
| | Volvo Car US Operations Inc. | Closed |
| | Volvo Car US Operations USA LLC | Closed |
| | Volvo Car USA LLC | Closed |
| | Volvo Cars USA LLC | Closed |
| | Volvo Financial Services LLC | Closed |
| Walmart Stores Inc. | Walmart Inc. | Current |
| | Wal-Mart Stores Texas LLC | Closed |
| Waste Management National Services Inc. | WM Intermediate LLC | Current |
| | WM Parent Holding Company, LLC | Current |
| Wells Fargo | Jon Kossow | Former |
| | Norwest Equity Partners | Current |
| | Wells Fargo Bank, N.A. | Current |
| | Wells Fargo Securities LLC | Current |
| Wheels Up Experience Inc. | Wheels Up Experience Inc. | Current |
| Willis Towers Watson | Willis Towers Watson plc | Current |
| World Fuel Services Inc. | World Fuel Services Corporation | Current |