**Exhibit C**

**Jones Declaration**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

## DECLARATION OF LAURA DAVIS JONES
## IN SUPPORT OF DEBTORS' APPLICATION FOR AUTHORIZATION
## TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL & JONES LLP
## AS CO-COUNSEL FOR THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

I, LAURA DAVIS JONES, ESQUIRE, declare under penalty of perjury as follows:

1.     I am a partner in the law firm of Pachulski Stang Ziehl & Jones LLP ("PSZ&J" or the "Firm"), located at 919 North Market Street, 17th Floor, Wilmington, Delaware 19801, and I have been duly admitted to practice law in the State of Delaware, the United States District Court for the District of Delaware, the United States Court of Appeals for the Third Circuit, and the United States Supreme Court.  This Declaration is submitted in support of the *Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors Effective as of the Petition Date* (the "Application"), which is being submitted concurrently herewith.[2]

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is:  11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]     Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the Application.

2.      Neither I, the Firm, nor any partner, of counsel, or associate thereof, insofar as I have been able to ascertain, has any connection with the Debtors, the Debtors' creditors, or any other parties in interest herein, or their respective attorneys, except as set forth below.

3.      The Debtors have and will retain various professionals during the pendency of these cases, including Kirkland & Ellis LLP and Kirkland & Ellis International LLP (collectively, "Kirkland") as counsel, Alvarez & Marsal North America, LLC as financial advisor, and Epiq Corporate Restructuring, LLC as claims and noticing agent.  The Debtors may retain other professionals after the date hereof.  PSZ&J has previously worked with, and will continue to work with, these referenced professionals on various representations, at times representing the same parties and at other times representing parties with similar interests or parties with adverse interests.

4.      PSZ&J represents many committees whose members may be creditors in these Chapter 11 Cases.  However, PSZ&J is not representing any of those entities in these Chapter 11 Cases and will not represent any members of the committees it currently represents in any claims that they may have collectively or individually against the Debtors.

5.      PSZ&J was engaged prior to the Petition Date to represent the Debtors.  At the time of its engagement, PSZ&J began a full and thorough conflict review of potential parties in interest in these Chapter 11 Cases (the "Potential Parties in Interest").  A copy of the list of Potential Parties in Interest is attached hereto as **Schedule 1**.

6.      The Firm maintains an electronic client database of current and former clients to permit the electronic searching of all potential parties in interest in new cases for connections to the Firm's clients.  The Firm searched this client database to determine whether it had any relationships with the Potential Parties in Interest listed on **Schedule 1**.

7.    To the best of my knowledge, and except as otherwise set forth herein, PSZ&J:

        a.   is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as required by section 327(a) of the Bankruptcy Code;

        b.   does not hold or represent any interest adverse to the Debtors' estates; and

        c.   does not have any connection with any of the Debtors, their affiliates, their creditors, or any other party in interest, or their respective attorneys and accounts, the U.S. Trustee, or any person employed in the office of the same, or any judge in the United States Bankruptcy Court for the District of Delaware or any person employed in the office of the same.

8.    PSZ&J also solicited information regarding possible connections to the Debtors by firm-wide email and has determined that, except as otherwise set forth herein:

        a.   Neither PSZ&J nor any attorney at PSZ&J holds or represents an interest adverse to the Debtors' estates.

        b.   Neither PSZ&J nor any attorney at PSZ&J is or was a creditor or an insider of the Debtors, except that PSZ&J previously has rendered legal services to the Debtors for which it has been compensated as disclosed in the Application.

        c.   Neither PSZ&J nor any attorney at PSZ&J is or was, within two (2) years before the Petition Date, a director, officer, or employee of the Debtors.

        d.   PSZ&J does not have an interest materially adverse to the interest of the estates or of any class of creditors or equity security holders, by reason of holding debt or equity securities of the Debtors, or any other direct or indirect relationship to, connection with, or interest in the Debtors specified in the foregoing paragraphs, or for any other reason.

9.    PSZ&J has instituted and will continue to engage in further inquiries regarding the Debtors' constituencies and parties in interest through further inquiries of its partners, counsel, and associates with respect to the matters contained herein.  PSZ&J will promptly file a supplemental declaration should the results of these inquiries reveal material facts not disclosed herein.

10.     Bankruptcy Rule 2014 requires that an application for employment under section 327 of the Bankruptcy Code disclose all connections with the Debtors, the Debtors' estates, the professionals, and the Office of the U.S. Trustee.  PSZ&J and certain of its partners, of counsel, and associates may have in the past represented, and may currently represent and likely in the future will represent, creditors of the Debtors in connection with matters unrelated to the Debtors and these Chapter 11 Cases.  At this time, PSZ&J is not aware of any other adverse interest or other connection with the Debtors, their creditors, the Bankruptcy Court, the U.S. Trustee, or any party in interest herein in the matters upon which PSZ&J is to be retained, except as otherwise disclosed herein.  However, PSZ&J will be in a better position to identify with specificity any such persons or entities when lists of all creditors of the Debtors have been reviewed, and PSZ&J will make any further disclosures as may be appropriate at that time.

11.     In view of the foregoing, I believe that PSZ&J is a "disinterested person" within the meaning of section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code.

12.     PSZ&J has received payments from the Debtors during the year prior to the Petition Date in the amount of $191,712.00 in connection with the preparation of initial documents and the prepetition representation of the Debtors.  PSZ&J is current as of the Petition Date but has not yet completed a final reconciliation as of the Petition Date.  Upon final reconciliation of the amount actually expended prepetition, any balance remaining from the payments to PSZ&J will be credited to the Debtors and used as PSZ&J's retainer to apply to postpetition fees and expenses pursuant to the compensation procedures approved by this Court.

13.     PSZ&J intends to apply for compensation for professional services rendered in connection with these Chapter 11 Cases, subject to approval of this Court and in compliance with

applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by PSZ&J. The current standard hourly rates of attorneys and paralegals from PSZ&J are as follows:

| | | |
|---|---|---|
| a. | Partners | $995.00 to $1,995.00 |
| b. | Of Counsel | $875.00 to $1,525.00 |
| c. | Associates | $725.00 to $895.00 |
| d. | Paraprofessionals | $495.00 to $545.00 |

14.    Other attorneys and paralegals may from time to time serve the Debtors in connection with the matters described herein.

15.    The hourly rates set forth above are the Firm's standard hourly rates for work of this nature and are subject to periodic adjustment. These rates are set at a level designed to compensate the Firm fairly for the work of its attorneys and paralegals and to cover fixed and routine overhead expenses. It is the Firm's policy to charge its clients in all areas of practice for all other expenses incurred in connection with the clients' cases. The expenses charged to clients include, among other things, conference call charges, mail and express mail charges, special or hand delivery charges, document retrieval charges, photocopying charges, charges for mailing supplies (including, without limitation, envelopes and labels) provided by the Firm to outside copying services for use in mass mailings, travel expenses, expenses for "working meals," computerized research, transcription costs, as well as non-ordinary overhead expenses such as secretarial and other overtime. The Firm will charge the Debtors for these expenses in a manner and at rates consistent with charges made generally to the Firm's other clients and in compliance with the rules of this Court. The Firm believes that it is fairer to charge these expenses to the clients incurring them than to increase the hourly rates and spread the expenses among all clients.

16.    Pursuant to the *Appendix B Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed under United States Code by Attorneys in Larger Chapter 11 Cases* (the "2013 UST Guidelines"), the Firm makes certain disclosures herein.

17.    Pursuant to Part D1 of the 2013 UST Guidelines, PSZ&J is seeking employment as co-counsel for the Debtors under section 327 of the Bankruptcy Code, and it hereby provides the following responses set forth below:

| Questions required by Part D1 of 2013 UST Guidelines | Answer | Further Explanation |
|---|---|---|
| Did you agree to any variations from, or alternatives to, your standard or customary billing arrangements for this engagement? | No. | N/A |
| Do any of the professionals included in this engagement vary their rate based on the geographic location of the bankruptcy case? | No. | N/A |
| If you represented the client in the 12 months prepetition, disclose your billing rates and material financial terms for the prepetition engagement, including any adjustments during the 12 months prepetition. If your billing rates and material financial terms have changed postpetition, explain the difference and reasons for the difference. | PSZ&J represented the client during the 12-month period prepetition. The material financial terms for the prepetition engagement remained the same, as the engagement was hourly-based subject to economic adjustment.<br><br>The billing rates and material financial terms for the postpetition period remain the same as the prepetition period subject to an annual economic adjustment. The standard hourly rates of PSZ&J are subject to periodic adjustment in accordance with the Firm's practice. | None. |

| Has your client approved your respective budget and staffing plan, and, if so, for what budget period? | The Debtors and PSZ&J expect to develop a prospective budget and staffing plan to comply with the U.S. Trustee's requests for information and additional disclosures, recognizing that in the course of these large Chapter 11 Cases there may be unforeseeable fees and expenses that will need to be addressed by the Debtors and PSZ&J. | In accordance with the 2013 UST Guidelines, the budget may be amended as necessary to reflect changed circumstances or unanticipated developments. |

18.     Pursuant to Part F of the 2013 UST Guidelines, PSZ&J is proposed to serve as co-counsel for the Debtors with Kirkland as primary counsel.  Kirkland shall have primary responsibility for the services disclosed in its retention application filed with the Court, except as may be noted herein.  To disclose the division of labor and to avoid unnecessary duplication of services, PSZ&J is proposed to provide the following professional services for its engagement:

a.     providing legal advice regarding local rules, practices, and procedures;

b.     reviewing and commenting on drafts of documents to ensure compliance with local rules, practices, and procedures;

c.     filing documents as requested by Kirkland and coordinating with the Debtors' claims agent for service of documents;

d.     preparing agenda letters, certificates of no objection, certifications of counsel, and notices of fee applications and hearings;

e.     preparing hearing binders of documents and pleadings, and printing documents and pleadings for hearings;

f.     appearing in Court and at any meeting of creditors on behalf of the Debtors in its capacity as Delaware counsel with Kirkland;

g.     monitoring the docket for filings and coordinating with Kirkland on pending matters that need responses;

7

h.      preparing and maintaining critical dates memoranda to monitor pending applications, motions, hearing dates, and other matters and the deadlines associated with same;

i.      distributing critical dates memoranda with Kirkland for review and any necessary coordination for pending matters;

j.      handling inquiries and calls from creditors and counsel to interested parties regarding pending matters and the general status of these Chapter 11 Cases, and, to the extent required, coordinating with Kirkland on any necessary responses; and

k.      providing additional administrative support to Kirkland, as requested.

19.     To the extent that PSZ&J is assigned by the Debtors, in consultation with Kirkland, to perform new matters as requested by the Debtors that may be necessary and proper in these proceedings and that are materially different from the above-described services, PSZ&J will file a supplemental declaration in accordance with Bankruptcy Rule 2014, as required by Part F.1.c of the 2013 UST Guidelines.

20.     No promises have been received by the Firm or by any partner, of counsel, or associate thereof as to compensation in connection with these Chapter 11 Cases other than in accordance with the provisions of the Bankruptcy Code.  The Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with these Chapter 11 Cases, except among the partners, of counsel, and associates of the Firm.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 30, 2023                                    */s/ Laura Davis Jones*
                                                           Laura Davis Jones

## Schedule 1

**Potential Parties in Interest**

# SCHEDULE 1

## List of Schedules

| Schedule | Category |
|---|---|
| 1(a) | 5% or More Equity Holders |
| 1(b) | Bankruptcy Judges, Staff, and U.S. Trustee Personnel for the United States Bankruptcy Court for the District of Delaware |
| 1(c) | Banks, Lenders, and Administrative Agents |
| 1(d) | Committee Members |
| 1(e) | Committee Professionals |
| 1(f) | Current Directors and Officers |
| 1(g) | Customers |
| 1(h) | Debtor Professionals |
| 1(i) | Debtors |
| 1(j) | Environmental Related Parties |
| 1(k) | Insurance Providers and Agents |
| 1(l) | Litigation and Subrogation Claims |
| 1(m) | Material Contract Counterparties |
| 1(n) | Non-Debtors |
| 1(o) | Other Restructuring Professionals |
| 1(p) | Significant Vendors |
| 1(q) | Surety and Letters of Credit Issuers |
| 1(r) | Taxing Authorities, Governmental Agencies, and Regulatory Agencies |
| 1(s) | Top 30 Creditors |
| 1(t) | UCC Lien Parties |
| 1(u) | Union Funds |
| 1(v) | Unions |

# SCHEDULE 1(a)

## 5% or More Equity Holders

International Brotherhood of Teamsters
MFN Partners Management LP
United States, Government of the, Department of the Treasury

## SCHEDULE 1(b)

### Bankruptcy Judges, Staff, and U.S. Trustee Personnel for the United States Bankruptcy Court for the District of Delaware

| | |
|---|---|
| Attix, Lauren | Subda, Paula |
| Barksdale, Nickita | Walker, Jill |
| Batts, Cacia | Walrath, Mary F. |
| Bello, Rachel | Wynn, Dion |
| Brady, Claire | Yeager, Demitra |
| Capp, Laurie | |
| Casey, Linda | |
| Cavello, Robert | |
| Chan, Ashely M. | |
| Cudia, Joseph | |
| Dice, Holly | |
| Dorsey, John T. | |
| Dortch, Shakima L. | |
| Farrell, Catherine | |
| Fox, Timothy J., Jr. | |
| Gadson, Danielle | |
| Giordano, Diane | |
| Goldblatt, Craig T. | |
| Green, Christine | |
| Hackman, Benjamin | |
| Haney, Laura | |
| Horan, Thomas M. | |
| Hrycak, Amanda | |
| Johnson, Lora | |
| Jones, Nyanquoi | |
| Leamy, Jane | |
| Lopez, Marquietta | |
| Lugano, Al | |
| McCollum, Hannah M. | |
| Mcmahon, Joseph | |
| O'Malley, James R. | |
| Owens, Karen B. | |
| Ranieri, Joan | |
| Richenderfer, Linda | |
| Sarkessian, Juliet | |
| Schepacarter, Richard | |
| Serrano, Edith A. | |
| Shannon, Brendan L. | |
| Sierra-Fox, Rosa | |
| Silverstein, Laurie Selber | |
| Stickles, J. Kate | |

# SCHEDULE 1(c)

## Banks, Lenders, and Administrative Agents

ACE Global Multi-Credit LLC
Alter Domus Products Corp.
Amissima Diversified Income ICAV
AP Kent Credit Master Fund LP
Apollo Accord Master Fund III LLP
Apollo A-N Credit Fund (Delaware) LP
Apollo Atlas Master Fund LLC
Apollo Centre Street Partnership LP
Apollo Credit Funds ICAV
Apollo Credit Master Fund Ltd.
Apollo Credit Strategies Master Fund Ltd.
Apollo Lincoln Fixed Income Fund LP
Apollo Moultrie Credit Fund LP
Apollo Tactical Value SPN Investments LP
Apollo TR Enhances Levered Yield LLC
Apollo TR Opportunistic Ltd.
Aspen American Insurance Co.
Athora Lux Invest
Bancomer
Bank of America NA
Bank of Bermuda
Bank of Nova Scotia, The
BNY Mellon
Cadbury Mondelez Pension Trust Ltd.
CIT Finance LLC
Citadel Securities LP
Citizens Bank NA
Citizens Business Capital
Cortland Products Corp.
ING Capital LLC
JPMorgan Chase Bank NA
KeyBank NA
MPI (London) Ltd.
PNC Bank
PNC Bank NA
San Bernardino County Employees' Retirement Association
Siemens Financial Services Inc.
TD Bank
UMB Bank
United States, Government of the, Department of the Treasury
US Bank NA
Wells Fargo

# SCHEDULE 1(d)

## **Committee Members**

BNSF Railway Co.
Central States, Southeast & Southwest Areas Pension Fund
Daimler Trucks NA
International Brotherhood of Teamsters
Michelin North America Inc.
New York State Teamsters Pension & Health Funds
Pension Benefit Guaranty Corp.
Raisner Roupinian LLP
Rft Logistics LLC
Rivera, Armando

# SCHEDULE 1(e)

## **Committee Professionals**

Akin Gump Strauss Hauer & Feld LLP
Benesch, Friedlander, Coplan & Aronoff LLP
Huron Consulting Group Inc.
Miller Buckfire & Co. LLC

# SCHEDULE 1(f)

## Current Directors and Officers

Bergman, Jason W.
Carreno, Tony
Carty, Douglas A.
Dawson, Leah K.
Doheny, Matthew A.
Evans, Javier
Harris, Darrel J.
Hawkins, Darren D.
Hoffman, James E.
Jones, Shaunna D.
Martinez, Susana
McClimon, David S.
Nazemetz, Patricia M.
Olivier, Daniel L.
Rumfola, Annlea
Sultemeier, Chris T.
Webber, David H.

# SCHEDULE 1(g)

## Customers

4Front Ventures Corp.
Amazon.com Inc.
ARC Supply Chain Solutions
ArcBest Enterprise Solutions Inc.
Ascent Global Logistics Inc.
Association Solutions
Barrette Outdoor Living Inc.
BlueGrace Logistics
Blue-Grace Logistics LLC
CH Robinson Co. Inc.
Daimler Trucks North America LLC
Dollar General Corp.
Dollar Tree Stores Inc.
DuPont
DuPont Specialty Products USA LLC
Eaton Corp. plc
Echo Global Logistics Inc.
ETech Group
Exel Ltd.
Expeditors Cargo Insurance Brokers
Falvey Shippers Insurance
Fern Exposition Services
First Brands Group LLC
Ford
Ford Motor Co.
Freeman Parent Cos.
Freightquote.com Inc.
Gallagher Affinity Insurance Services Inc.
General Electric Co.
GlobalTranz Enterprises LLC
HealthCore Inc.
Hillenbrand Inc.
HNRY Logistics Inc.
Home Depot Inc., The
Honda Motor Europe Logistics
Hub Group Inc.
Hubbell Inc.
Hyundai America Shipping Agency Inc.
Johnson Controls Inc.
LO Trading Corp.
Logikor Inc.
Logistics Plus Inc.

Mars Petcare USA Inc.
Medline Industries Inc.
NFI Industries Inc.
Nissan North America Inc.
Office Depot
Ohio Logistics Ltd.
OMNI Logistics
PB Consultants Ltd.
Phillips Van-Heusen
Ply Gem Industries Inc.
Priority One Holding Co.
ReTrans Freight Inc.
Rite Aid Corp.
Rivian Automotive LLC
Rogers & Brown North American Logistics Inc.
Ryder Carrier Management Services
Samsung Electronics America Inc.
Savings4Members
Schneider Logistics Inc.
Signify Lighting
Signify North America Corp.
Simplified Logistics LLC
Spectrum Brands
Stanley Black & Decker (US) Inc.
Staples Inc.
SupplyHouse.com
Tforce Worldwide Inc.
TFWW
TPS Logistics Inc.
Transportation Insight LLC
Turn 5
Turn5 Inc.
Uber Freight US LLC
Uline Inc.
Unishippers Global Logistics LLC
United States, Government of the
Unyson Logistics Inc.
UPS Capital Insurance Agency Inc.
Vollrath Co., The
Volvo Logistics North America Inc.
VWR International LLC

Walmart Stores Inc.
WebstaurantStore Inc., The
Worldwide Express Operations LLC

# SCHEDULE 1(h)

## **Debtor Professionals**

Alvarez & Marsal
Ducera Partners LLC
Epiq Global
Goodmans LLP
Pachulski Stang Ziehl & Jones LLP

# SCHEDULE 1(i)

## Debtors

1105481 Ontario Inc.
Express Lane Service Inc.
New Penn Motor Express LLC
Reimer Holding BV
Roadway Express International Inc.
Roadway Next Day Corp.
USF Bestway Inc.
USF Dugan Inc.
USF Holland International Sales Corp.
USF Holland LLC
USF Reddaway Inc.
USF Redstar LLC
Yellow Freight Corp.
Yellow Logistics Inc.
YRC Association Solutions Inc.
YRC Enterprise Services Inc.
YRC Freight Canada Co.
YRC Inc.
YRC International Investments Inc.
YRC Logistics Inc.
YRC Logistics Services Inc.
YRC Mortgages LLC
YRC Regional Transportation Inc.

# SCHEDULE 1(j)

## **Environmental Related Parties**

Environmental Protection Agency
Roosevelt Irrigation District (AZ)

# SCHEDULE 1(k)

## Insurance Providers and Agents

ACE American Insurance Co.
ACE Property & Casualty Insurance Co.
AEGIS London
AFCO Credit Corp.
AIG Specialty Insurance Co.
Allianz Global Corporate & Specialty SE
Allianz Global Risk US Insurance Co.
Allianz US Risks US Insurance Co.
Allied World Assurance Co. Ltd.
American International Group UK Ltd.
American International Reinsurance Co.
    Ltd.
Applied Underwriters
Arcadian
Arch Reinsurance Ltd.
Aria (SAC) Ltd.
Aspen American Insurance Co.
AXA XL
AXIS Bermuda Puni-Wrap
AXIS Insurance Co.
AXIS Specialty Ltd.
AXIS Surplus Insurance Co.
Beazley Insurance Co.
Berkshire Hathaway International Insurance
    Ltd.
Berkshire International
BFL
Canopius
Chubb Bermuda Insurance
Chubb Ltd.
CNA
Columbia Casualty
Continental Casualty
Crum & Forster
EmergIn Risk
Endurance American Insurance Co.
Endurance Specialty Insurance Ltd.
Everest Insurance
Federal Insurance Co.
GAI Insurance Co. Ltd.
Great American Assurance Co.
Greenwich Insurance Co.

Helix Underwriting Partners Ltd.
Illinois Union Insurance Co.
Lex-London
Lloyd's of London
Lockton
Magna Carta - Aegis
Magna Carta Insurance Ltd.
Markel
Markel Bermuda
Mosaic Insurance
National Fire & Marine Insurance Co.
National Union Fire Insurance Co. of
    Pittsburgh, PA
North Rock Insurance Co.
Old Republic General Insurance Corp.
Old Republic Insurance Co.
Old Republic Insurance Co. of Canada
Resilience Cyber Insurance
Roanoke
Roanoke Trade
RSUI Indemnity
RT Specialty
SiriusPoint Bermuda Insurance Co. Ltd.
Sompo
St. Paul Fire & Marine Insurance Co.
Tokio Marine HCC
Travelers
Travelers of Canada
U.S. Specialty Insurance Co.
Vantage Risk Ltd.
Westchester Surplus Insurance Co.
Willis Towers Watson
XL Insurance Co. SE - Irish Branch

# SCHEDULE 1(l)

## Litigation and Subrogation Claims

68th Street Dump Superfund Alternative
    Site
Abili, Edward
Agyilirah, Kwame
Alabama Automotive & Diesel Repair
Alco Iron & Metal Co.
Alexander, James C.
Almonte, Criseily A.
APDI Liquidation LLC
Arce, Mario
Arias, Nicole
Auguste, Micheline
Baez, Dania
Bagwell, Kevin
Baker, Ringo
Bazarov, Jacob
Bed Bath & Beyond
Bhandari, Ameesh
Binette, Myriam
Blackstrap Industries Inc.
BM Group Inc.
Boblitt, Robert E.
Bojang, Muhamed
Bright Earth Foods
Broussard, Devonte Thomas
Brown, Melissa D.
Bryant Holdings LLC
Bufford, Russell
Buford, Virginia
Burrell, Brandy C.
Byrd, Destinee R.
Cancino, Edgar
Carrillo, Robert
Charlot, Charlene
Cherry Man Industries
Clarin, Shannon L.
Clark, Paul
ComLink Network Services
Cooper, Steven
Curry, James
Daugherty, Norman E.
Deleon, Yeferson

Dewell, Megan B.
Dominguez, Jennifer
DPS Auto Shippers
Drew, Derrick E.
Drive New Jersey Insurance Co.
Eclipse IP LLC
Environmental Protection Agency
Eskridge, Decarlo A.
Federal Motor Carrier Safety Administration
Fernandez, Christian
Fisher, Sherquenna
Freeman, Sabrina
Fuselier, William
G&J Carlson Truck & Trailer Repairs
Galloway, Kevin M.
Garcia, Erica
Gassaway, John
Gibby, Gary
Gilmore, Jimmie L.
Giunto, Vincenzo
Glover, D'Angelo
Goodman, Sopia L.
GPNE Corp.
Grissom, Bobby
Haefner Farm
Hall, Derek
Hallamore Corp.
Hamilton, Bonita
Hanford, Paige
HBC Strategies
Hernandez, Emely
Hernandez, Henry P.
Hettick, Rachael L.
Hill, Antonio
Hill, Tina
Hitz, Alexander
HKM Direct Market Communication
HNRYLogistics.com
HNRYLogistics.net
Home Products International Inc.
Hong, Han G.
Hong, Isaac

Hong, Marybeth
House, Joshua W.
Howard, James
Hubert, Jimmie
Hucks, Novella N.
Hudson, Christine
Ibarra-Bastidas, Gabriela
Indemnity Insurance Co. of North America
Interboro Packaging Corp.
Jackson, Geraldine
Jackson, Leroy F.
Johnson, Glenn
Johnson, Lillie P.
Jones, Delores
Kelsie, Adam
Kenco Logistic Services LLC
Khaira, Jarnail S.
Kiel, Mindy Ann
Kirn, Colenan B.
Kitzmiller, Christie
Kluxen, Michael
Kouloujian, Hagop
Lapolla, Blaise E.
Leung, Marina
Lewis, Christina
Littral, William A.
Logistica Zemog
Logitraq LLC
Loomis, Marshall
Lopez-Builes, Martha
Louis, Kirby
Louro, Emily J.
Luce, John
Madden, Jaylin J.
Malnik, Alvin L.
Martin, Janae
Martino, Anthony
Mata, Martin Nava
Maxfield Candy Co.
Mcbean, Camila
Mercado, Milagros V.
Miller, Thomas
Misquez, Aaron S.
Mongelli, Paul L.
Moonilal-Singh, Kavir
Mughadam, David

Napiwocki, Jill
Neathery, Anthony S.
Newton, Jesse
Nipponkoa Insurance
Nova Wildcat Shur-Line Holdings (H2 Group)
Nowicki, Lawrence
Ocean Amusements Inc.
Omachron Science Inc.
Oncor Electric Delivery Co.
Openshaw, Anne-Celeste
Party City
Patel, Ankit K.
Patterson, Nancy
Peguero, Yency
Pemba, Vignola
Perez-Ortiz, Yuritsi
Perez-Valencia, Lexington
Plott, JC
PML Capital Inc.
Ponce, Leonel
Powell, Anthony
Proto, Erik
Purchase Master LLC, The
Pyramid Flooring / Seneca Hardwood
Quality Ocean
R&L Carriers
Reimer World Corp.
Revlon Inc.
Richard, Joshua
Riggins, Kimdell
Riley, Cherry B.
Rivera-Romero, Leslie J.
RoadNet Technologies
RoadwayDelivery.com
Robinson, Summer Cheyenne
Robles, Samuel
Rocket Farms Inc.
Rodriguez, Kenneth
Rodriguez, Raudin
Rogers, Liliah
Roman, Nadine
Ropshaw, Cade J.
Sanchez Garcia, Horacio
Sanders, John
Santos, Martita S.

Sawyer, Sheri L.
Sayegh, Ailyn
Schimmoller, James D.
Selby, Robert
Session, Qusarn F.
Simon, Alpar
Sira-Monsalve, Yelimar
Sirius Computer Solutions
Slater, Willie Lee
Smith, Caesar
Sneed, Hodges
Sofolonia, Vea
Sosa, Juan
Spence, Tena J.
Sritharan, Sri
Standard Roofing & Sheet Metal Supply
Stewart Rentals
Tartabull, Carlos E.
Temp-Coat Brand Products
Thorn, Jeff
Tinsley, Jesstina
TM Longevity Center, CA
Transmate Logistics
Trice, Whittni L.
TS Express
Tucows Inc.
Turakulov, Damir T.
United States, Government of the,
    Department of Defense
United States, Government of the,
    Department of Labor Occupational
    Safety & Health Administration
United States, Government of the,
    Department of Labor, Occupational
    Safety and Health Administration
United States, Government of the,
    Department of the Treasury
United States, Government of the,
    Environmental Protection Agency, 68th
    Street Site Work Group
US Freightways Inc.
Veasey, Zackary
Viera, Octavio F.
Vital Pharmaceuticals Inc.
Vizant Technologies LLC

Washington, State of, Employment Security
    Department
Wasmiller, Lorinda
Waters-Ocasio, Laureen
Watkins, Eric
Williams, Bernard
Williams, John
Winston, James D.
Winston, Joyce A.
Winston, Sharee D.
Wyszynski, Paul
Yanto, Charmane
Yello Strom
Yellow Crates Corp.
Yellow Transportation Inc.
YRCCourier.com
YRCWorldwideDelivery.com
Zenobia Co. LLC

# SCHEDULE 1(m)

## Material Contract Counterparties

1313 Grand Street Realty LLC
1333 North Market LLC
181 West Johnson Operating LLC
445 Hollywood Avenue LLC
9551930 Canada Inc.
A. Duie Pyle Inc.
ABF Freight System Inc.
Acheron Land Holdings ULC
Ajia LLC
Alamitos Auto Parts Inc.
Allied Logistics Corp.
AppleTree Realty Holdings LLC
Artim Industrial Properties
Aurora Business Park Associates LP
Axos Bank
B&W Investments
B. Kik Properties LLC
Baker Dennard & Goetz Inc.
Barry Jenkins Trust
Bel Air T.T. LLC
Big Sky Property Management
Blach Distributing Co.
Blach Investment Group
Bluebird Real Estate Holdings LLC
BNSF Railway Co.
Boyer Logistics Inc.
BREIT Industrial Canyon
C&S Brokerage
Carlson, Lorraine
Central Property Group LLC
Chamberlain Trust
Chamberlain, Jack
Champion Terminal Associates LLC
Chicago Title Land Trust Co.
Christy Real Estate LLC
Commerce Road Terminals LLC
Crown Associates LLC
Crown Enterprises Inc.
CWW Enterprises LLC
DCT Eckhoff Street LLC
DCT Peoria Street LLC
DCT Regentview Avenue LLC

Dock Street Corp.
Don Jerry X-Plo Inc.
Dunco LLC
Dwell Wise LP
DWJS LLC
East West Bank
Edinburgh Logistics Assets LLC
Eiler LLC
Elmira Terminal & Warehouse Corp.
Estes Express Lines Inc.
Estes Terminals LLC
Exeter 1619 N Plaza LLC
Exol Properties LLC
Faloma Fazio Property LLC, The
Fazio TV LLC
Federal Bridge Corp. Ltd., The
Fifty Second Avenue Associates Inc.
Finlayson Logistics Assets LLC
Freeport Center Associates
Freight Line Properties LLC
G&I IX Cheshire LLC
GB Albany LLC
GB Union Gap LLC
GEFFS Manufacturing Inc.
GIJV IL7 LLC
Glen EG LLC
Goodland, City of (KS)
GPT Deer Park Terminal Owner LLC
GPT Orlando Terminal Owner LLC
GPT Santa Fe Springs Owner LP
Green Acres Gypsum & Lime Co. Inc.
Green Blue 1818 LLC
Growth Funding Equipment Finance
GRP 298 Astor LLC
Gulsons Cutter LLC
Haener Properties LP
Harris Real Estate Holdings LLC
Hartman Road LLC
Hawkey Transportation Inc.
Haycock, Victoria C.
HealthSource Integrated Solutions
Heatherly, Jim

Highland Investments LLP
Hofstad, Jerald K.
HVIP Industrial Park
Invermex LLC
Isaacson, Paul
Ivey Self Storage Inc.
J&C Gilman LLC
Jay F. Mannino Trust
JB Wright Insurance Services
Jeds LLC
Jennings Leasing LLC
JL Clark Inc.
Jonesboro Freight Terminal LLC
JVCA Investments LLC
Kestrel Crossdock LLC
Lenzen, Pearl
LightEdge Technologies Ltd.
M4 Terminals LLC
Mad Acquisitions LLC
Madrona Cutter LLC
Marley RMC II SPE LLC
Mary A. Fazio LP I
Matelich Crane Pier & Piling
McCallum Family LLC
McPherson Cos., The
Mercedes-Benz Financial Services USA
    LLC
MG Fishersville I LLC
MJ Rock LLC
Mobile Airport Authority
Mohawk Street Properties LLC
Montana Opportunities LLC
Morse, Ann B.
Morse, David M.
Multi-Base Inc.
NAPA Auto Parts
Nations Equipment Finance
NATMI LPF Bloomington LP
NATMI National FX Properties LLC
NATMI National Tampa LLC
NATMI National Truck Terminals LLC
Ned Properties LLC
Nelson, Mitchell
Nextran Truck Center
Niagara Falls Bridge
Norstar Walker Inc.

North Acres Development Co. Inc.
NW 5+B Office & Retail LLC
Oliver, Cynthia
Ontiveros, Maria
OPS-KC Aspiria LLC
Orange Batavia I LLC
Orchard Investments Inc.
P&R Property Management
PAC Operating LP
PACCAR Financial Corp.
Pacific Transshipment Centers LLC
PacifiCorp
Peapack Capital Corp.
Penske Truck Leasing Co. LP
Peters Investments LLC
Pifer Property Holdings LP
Popular Investments LLC
Port of Seattle
PPF Sudberry Ocean View Hills LP
Price Property & Investments LLC
Prologis LP
Prologis Targeted US Logistics Fund LP
Prologis USLV NEWCA 3 CA
Prologis USLV NEWCA 3 LLC
Prologis USLV SUBREIT 4 LLC
Property 1955 LLC
PWM Inc.
Pyro Junkie Fireworks Inc.
Radius Bank
Realterm Nat Property Holdings LP
Regency West Office Partners LLC
Reimer World Properties Corp.
RGA Dalfen East Dallas LP
Rich & Dave Grant Properties
Richardsons Properties LLC
RL Roberts LLC
RLF Booth SPE LLC
RLF I-A SPE LLC
RLF I-C SPE LLC
RLF I-Pico SPE LLC
RLIF East 2 LLC
RLR Investments LLC
Roemer Way LLC
RWP Manitoba Ltd.
Ryder Truck Rental Inc.
S&S Transport

Salem Warehouse Syndicate LLC
Santa Maria Investments LLC
Schopp Properties LLC
Shaffer Road LLC
Sherman, County of (TX), County Clerk
Shurling Property
Silver Creek LLC
Snohomish County Airport
Soeth Corp.
Southeastern Freight Lines Inc.
Southern Warehousing & Distribution
Spalding & Son Inc.
Staker & Parson Cos. Inc.
Sterling National Bank
Stoughton Trailers Acceptance Co. LLC
Tatanka LLC
Terminal Logistics II Mid-Atlantic Spe LLC
Terminal Logistics II South SPE LLC
Terminal Logistics II Texas SPE LP
Terreno Clawiter LLC
Terreno Dell LLC
TFI International Inc.
Thunderbolt Management Group Inc.
TierPoint LLC
Timberline Distributors LLC/The Black
    Sheep LLC
Toon Investments LLC
Toyota
Trafton Warehouse LLC
Trip Portfolio LLC
Umpqua Dairy
Unite Private Networks
USHOLL (MI) LLC
Velocity Partners LLC
Vieweg Real Estate
Villa Vista West LLC
Volvo Financial Services
Warner-Williams Investments Inc.
Watwood Investments LLC
West Emerson Brokers Mall Ltd.
Wheels Up Experience Inc.
Wiggins, Lee A.
WIPT Inc.
Wolverine Freight System
Zollinger Commercial Warehousing

# SCHEDULE 1(n)

## Non-Debtors

OPK Insurance Co. Ltd.
PT Meridian IQ Indonesia International
Roadway Express Inc.
Roadway Express SA de CV
Roadway LLC
Transcontinental Lease S. de RL de CV
USF Holland Inc.
Yellow Corp.
Yellow Transportation Inc.
YRC Freight
YRC Logistics Asia Ltd.
YRC Services S. de RL de CV
YRC Transportation SA de CV

## SCHEDULE 1(o)

### Other Restructuring Professionals

AlixPartners LLP
Arnold & Porter Kaye Scholer LLP
Choate, Hall & Stewart LLP
FTI
Hogan Lovells US LLP
Holland & Knight LLP
Houlihan Lokey Inc.
Milbank
Province Inc.
Quinn Emanuel Urquhart & Sullivan LLP
Ropes & Gray LLP
White & Case LLP

# SCHEDULE 1(p)

## Significant Vendors

4Refuel Canada LP
7 Oil Co. Inc.
A. Duie Pyle Inc.
AAA Semi Truck & Trailer Repairs LLC
Altus Receivables Management Inc.
AmeriGas Propane
Aramark Inc.
AT&T Inc.
Aurora Parts & Accessories LLC
Avery Weigh-Tronix LLC
B2B Supply
Baucom Service Inc.
Bayard Advertising Agency
Belk Express
Bestpass Inc.
Blue Cross & Blue Shield Illinois
Bobs Mobile Truck & Trailer Shop Ltd.
Bridgestone Americas Inc.
Brown & Joseph LLC
BS Transport LLC
Canada, Government of, Receiver General
Canadian National Railway Co.
Cass Information Systems Inc.
CBK Construction Co.
CenturyLink
Chevron Products Co.
Cintas Corp.
City Wide Franchise Co. Inc.
Comdata Inc.
Conrad & Bischoff Inc.
ConvergeOne Inc.
Cook, County of (IL), Treasurer
Corporate Lodging Consultants Inc.
Coyote Logistics
CrossCountry Courier Inc.
CSTK
CVS Caremark
Daimler Truck Financial Services
Dekra Services Inc.
Dell Marketing LP
Delta Dental of Kansas Inc.
Diesel Direct Inc.

Diesel Direct West
Direct ChassisLink Inc.
Diversified Energy Supply
Dun & Bradstreet Inc.
Ean Services LLC
East Bay Drayage Drivers Security Fund
Ernst & Young LLP
Exl Service Holdings Inc.
Exl Service Ireland Ltd.
ExperSolve
Factor Systems Inc.
Fidelity Workplace Services LLC
Fire Engineering Co. Inc.
First Advantage Background Services Corp.
Fleet Charge
FleetPride Corp.
Fletes Mexico Carga Express
GardaWorld Security Services
Gardewine & Sons Ltd.
GBS Corp.
Geos Environmental Inc.
Goetz Energy Corp.
Goodyear Tire & Rubber Co., The
GPT Operating Partnership LP
Grainger
Green Blue 1818 LLC
Guidepoint Security LLC
Hagerstown Teamsters & Motor Carriers
Hartford Life & Accident Ins Co.
Haulistic LLC
Haz-Mat Response Inc.
Heritage Petroleum LLC
Hightowers Petroleum Co.
HNRY Logistics Inc.
Honeywell Scanning & Mobility
Hyundai Translead
IBM Corp.
IBT Local 710
IBT Local 710 Health & Welfare
IBT Local 710 Pension Fund
Imperial Supplies LLC
Indiana, State of, Department of Revenue

Infostretch Corp.
Insight Direct USA Inc.
Intercept Logistics Inc.
Interstate Building Maintenance Corp.
ITF LLC
ITS National LLC
J.J. Advantage Security
Jacobus Energy LLC
James River Petroleum Inc.
JLT Mobile Computers Inc.
Kasowitz Benson Torres LLP
Keyhole Software LLC
KPMG LLP
Lao-Hmong Security Agency Inc.
Leuf of Florida Inc.
Local 251 Health & Welfare Fund
Local 701 Mid-Jersey Trucking
Local 707
Lytx Inc.
Magnum LTL Inc.
Mansfield Oil Co.
Marsh USA Inc.
Michelin North America Inc.
Microsoft Corp.
Mid-American Constructors LLC
Milestone Trailer Leasing LLC
Mirabito Energy Products
Miracle Express Inc.
Miri Piri Transportation Inc.
M-O FreightWORKS
Mode Transportation LLC
Morgan, Lewis & Bockius LLP
Motus LLC
MTM Recognition Corp.
National Landscape Management
New England Teamsters Pension Fund
New York State Teamsters
New York State Teamsters Council
Nextran Truck Centers Midwest Inc.
Norfolk Southern Corp.
North American Transaction Services
North Park Transportation Co. Inc.
NTT Data Services LLC
NW Fleet Trucktrailer Repair Inc.
Offen Petroleum LLC

Ogletree, Deakins, Nash, Smoak & Stewart
    PC
Ohio, State of, Department of Taxation
Okta Inc.
Old Republic Risk Management Inc.
Old World Industries LLC
Optym
Oracle America Inc.
Oregon Teamster Employers Trust
Oregon, State of, Department of
    Transportation, Motor Carrier
    Transportation Division
Orlando Pro Truck Repairs LLC
OSCO Inc.
Overland West Freight Lines
Paccar Parts Fleet Services
Packaging Corporation of America
Pasha Hawaii Holdings LLC
PCS Surface Delivery
PetroCard Inc.
Pilot Travel Centers LLC
Pinnacle Fleet Solutions
Pontoon Solutions Inc.
Prestige Fleet Services LLC
Progistics Distribution Inc.
Prologis USLV NEWCA 3 LP
Proskauer Rose LLP
Publicis Sapient
R&D Mobile Services Inc.
R.L. Roberts LLC
Ray's Tire Service LLC
Reed Transport LLC
Rft Logistics LLC
Ricoh USA Inc.
Riley Oil Co.
Ringcentral Inc.
Road Carriers Local 707 Welfare Fund
Road-1 Inc.
Roofoptions LLC
Rush Truck Center
Safety-Kleen Systems Inc.
Salesforce.com Inc.
San Bernardino, County of (CA), Tax
    Collector
SC Fuels
Schneider National Inc.

Securitas Security Services USA Inc.
Security Solutions of America
Sedgwick Claims Management Services Inc.
Signature Graphics Inc.
Span Alaska Transportation Inc.
Speedy Transport Group Inc.
Staples Business Advantage
STL Truckers LLC
Straight Freight System LLC
Suburban Teamsters Welfare Fund
Superior Material Handling Inc.
Tacoma Motorfreight Service
Taylor Communications
TBS Factoring Service LLC
Teamsters Health & Welfare Fund
Teamsters Local 25 Health & Welfare Plan
Teamsters Local 641
Teamsters Local 641 Health & Welfare
   Fund
Teamsters National 401K Savings Plan
Teamsters Pension Fund
Teamsters Union Local 25
Technology Group Solutions LLC
Ten Logistics Inc.
TIG Fleet Service
Total Quality Logistics LLC
Tote Maritime Puerto Rico LLC
Trans-National Express
Trucking Employees of North Jersey
Trucking Management Inc..
Truckpro
U.S. Xpress Enterprises Inc.
Uline Shipping Supply Specialists
Union National Bank
Union Pacific Railroad
United Parcel Servce Inc.
United States Postal Service
US Special Delivery
Vanguard National Trailer Corp.
Verizon Connect Telo Inc.
Verizon Wireless
Washington Teamsters Welfare Trust
Waste Harmonics LLC
Waste Management National Services Inc.
Webster Bank
West Power Services

Western Pennsylvania Teamsters &
   Employers Welfare Fund
Wiese USA
Wilmington Trust Co.
World Fuel Services Inc.
Zello Inc.

# SCHEDULE 1(q)

## **Surety and Letters of Credit Issuers**

Arch Capital Group
Argo Group
Chubb Group
CNA Surety
Intact Group
Liberty Mutual Group
Protective Insurance Co.

# SCHEDULE 1(r)

## **Taxing Authorities, Governmental Agencies, and Regulatory Agencies**

Canada Revenue Agency
Danville, City of (IL)
Joilet, City of (IL)
Los Angeles, County of (CA)
Massachusetts, Commonwealth of, Department of Revenue
New York, State of, Department of Taxation & Finance
Pennsylvania, Commonwealth of, Department of Revenue
San Joaquin, County of (CA), Assessor's Office
St. Joseph, County of (IN)
Texas, State of, Comptroller
Washington, State of, Department of Revenue

# SCHEDULE 1(s)

## Top 30 Creditors

Amazon.com Inc.
Bed Bath & Beyond
Belk Express
BNSF Railway Co.
Central Pennsylvania Teamsters
Central States H&W Fund
Central States Pension Funds
Coty Inc.
Daimler Trucks NA
Direct ChassisLink Inc.
Exl Service Holdings Inc.
Goodyear Tire & Rubber Co., The
Home Depot Inc., The
IAM National 401K Plan
IBT Local 710
Keurig Dr. Pepper Inc.
Local 707
Local 805 Pension & Retirement Plan
Michelin North America Inc.
Michigan Conference of Teamsters
Mid-American Constructors LLC
New York State Teamsters Council
North American Transaction Services
Pension Benefit Guaranty Corp.
Penske Truck Leasing
Pilot Travel Centers LLC
Rft Logistics LLC
Teamsters National 401K Savings Plan
Union Pacific Railroad
Western Teamsters Welfare Fund

# SCHEDULE 1(t)

## UCC Lien Parties

Altabank
Alter Domus Products Corp.
Bank of New York Mellon
BofI Federal Bank
Citizens Asset Finance Inc.
Citizens Bank NA
Citizens Business Capital
Cortland Products Corp.
Credit Suisse AG
EverBank Commercial Finance Inc.
First Utah Bank
Growth Funding Equipment Finance
Harbor Capital Leasing Inc.
Harbor Capital Leasing LLC
HYG Financial Services Inc.
Investors Bank
JPMorgan Chase Bank NA
Les Schwab Warehouse Center Inc.
Milestone Equipment Corp.
Nations Fund I Inc.
Nations Fund I LLC
NewStar Commercial Lease Funding I LLC
NewStar Equipment Finance I LLC
NMHG Financial Services Inc.
People's Capital & Leasing Corp.
People's United Bank NA
PMC Financial Services Group LLC
Radius Bank
RBS Citizens Business Capital
Somerset Capital Group Ltd.
Somerset Capital Group XXII
Stoughton Trailers Acceptance Co. LLC
Susquehanna Commercial Finance Inc.
Toyota Industries Commercial Finance Inc.
United States, Government of the, Department of the Treasury, Internal Revenue Service
Utica LeaseCo LLC
Wintrust Equipment Finance
YRC Inc.

# SCHEDULE 1(u)

## Union Funds

Albany Trucking & Allied Industries - Local 294

Allied Services Division - BRAC 1908 MIA

Allied Services Division Welfare Fund

Automobile Mechanics' Local 701 Union & Industry Pension Fund (Chicago Mechanics)

Automobile Mechanics' Local 701 Union & Industry Welfare Fund (Chicago Mechanics)

Central Pennsylvania Teamsters Health & Welfare Fund

Central Pennsylvania Teamsters Pension Fund

Central States Health & Welfare Fund

Central States Pension Fund

Central States Pension Fund - Local 778

Central Status Health & Welfare Fund

Central Status Health & Welfare Fund - Local 778

Central Status Pension Fund

Central Status Pension Fund - Local 778

Chauffeurs Teamsters & Helpers Local Union 301 Health & Welfare Fund

District #77 IAMAW Welfare Association - Local 737 (St. Paul)

District #9 IAMAW Pension Trust - Local 777 (St. Louis)

District #9 IAMAW Welfare Trust - Local 777 (St. Louis)

East Bay Drayage Drivers Security Fund (Local 70)

Employers-Teamsters Local #175 & 505 Pension Fund

Employer-Teamsters Local #175 & 505 Health & Welfare Fund

Employer-Teamsters Local 175 & 505 Health & Welfare Fund (JC 84)

Employer-Teamsters Local 175 & 505 Pension Fund (JC 84)

Freight Drivers & Helpers Local No. 557 Pension Plan

Hagerstown Teamsters Health & Pension Fund (Local 992)

Hawaii Teamsters Health & Welfare Trust

Hawaii Truckers - Teamsters Union Pension Fund

IAM Local 447 Health & Welfare Fund - Buffalo

IAM Local 447 Pension Fund - Buffalo

IAM National Pension Fund

IAM National Pension Fund - Local 778

IAM National Pension Fund (St. Paul)

IBT Office of the Trustee Local 710 (Chicago Mechanics) - Health+Welfare & Pension Fund

IBT Teamsters Health & Welfare Fund Local 705

Indiana Conference of Teamsters Safety Training & Educational Trust Fund

Local 294 Albany Area Trucking

Local 445 Pension Fund

Local 705 International Brotherhood of Teamsters Health & Welfare Fund

Los Angeles Machinists Benefit Trust (Local 1186 Southern California Mechanics)

Machinists' Money Purchase Pension Fund

Management Labor Welfare & Pension Funds - Local 1730 ILA

Mechanics Motor City Lodge No. 698

Mechanics Motor City Lodge No. 698, IAM Welfare Fund

Michigan Conference of Teamsters Welfare Fund

Mid-Jersey Trucking Industry Local 701 Welfare & Pension Fund

Minnesota Teamsters - Minneapolis Office

Minnesota Teamsters Health & Welfare Plan

National IAM Pension Fund (SoCal 1186)

New England Teamsters & Trucking Industry Pension Trust

New England Teamsters Pension Trust

New York State Teamsters (Local 445)

New York State Teamsters Conference Pension & Retirement Fund

New York State Teamsters Council Health & Hospital Fund

New York State Welfare Fund (Local 355 - BLT)

Northern New England Benefit Trust

OPEIU (TPA Corp. 401K) Santa Rosa & Bay Area

Oregon Teamsters National 401K Savings Plan

Oregon Western Teamsters Welfare Fund

Road Carriers Local 707 Health & Welfare Fund

Road Carriers Local 707 Pension Fund

Santa Rosa 665 (Teamster Benefit Trust)

Southwestern Pennsylvania & Western Maryland Area Teamsters & Employers Pension Fund

Suburban Teamsters of Northern Illinois Welfare & Pension Fund (Local 134)

Suburban Teamsters of Northern Illinois Welfare & Pension Fund (Local 179)

Suburban Teamsters of Northern Illinois Welfare & Pension Fund (Local 330)

Suburban Teamsters Of Northern Illinois Welfare & Pension Fund (Local 673)

TCU Pension Fund - BRAC 1908 MIA

Teamsters 261 & Employers Welfare Fund

Teamsters 401(K) Jo/Milwaukee

Teamsters 401(K) Joliet

Teamsters Health Services & Insurance Plan of Local 404

Teamsters Joint Council #83 of Virginia

Teamsters Joint Council No 83 of Virginia Health & Welfare Fund

Teamsters Joint Council No. 83 of Virginia Health & Welfare Fund

Teamsters Joint Council No. 83 Of Virginia Pension Fund

Teamsters Local 251 Health Services & Insurance Plan

Teamsters Local 2785 (Teamster Benefit Trust)

Teamsters Local 287 (Teamster Benefit Trust)

Teamsters Local 294

Teamsters Local 493 Health Service & Insurance Plan

Teamsters Local 560 Benefit Funds (North Jersey)

Teamsters Local 617

Teamsters Local 639 Employers Health Trust

Teamsters Local 639 Employers Pension Trust

Teamsters Local 641 Pension Fund

Teamsters Local 641 Welfare Fund

Teamsters Local 671 Health Services & Insurance Plan

Teamsters Local 677 Health Services & Insurance Plan

Teamsters Local Union No. 653 Health Welfare & Insurance Fund

Teamsters Pension Trust Fund of Philadelphia & Vicinity - Teamsters Health & Welfare Fund

Teamsters Pension Trust Fund of Philadelphia & Vicinity - Teamsters Pension Fund

Teamsters Union 25 Health Services & Insurance Plan

Transportation Local 443 Health Service & Insurance Plan

Truck Drivers Local 170 Health & Welfare Fund

Union Local 705 Pt Pension Fund

Washington Teamsters National 401K Savings Plan

Western Conference of Teamsters National 401K Savings Plan

Western Conference of Teamsters Supplemental Benefit Trust Fund

Western Pennsylvania Teamsters & Employers Pension Fund

Western Pennsylvania Teamsters & Employers Welfare Fund

Western States Office & Professional Employees Pension Fund

Western Teamsters Welfare Fund

Western Teamsters Welfare Trust
Western Teamsters Welfare Trust -
  Washington

Wisconsin Health Fund

# SCHEDULE 1(v)

## **Unions**

International Brotherhood of Teamsters