## Exhibit B

**Declaration of Brian Whittman**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF BRIAN WHITTMAN
## IN SUPPORT OF APPLICATION OF THE DEBTORS TO
## RETAIN ALVAREZ & MARSAL NORTH AMERICA, LLC AS
## FINANCIAL ADVISORS TO DEBTORS AND DEBTORS IN POSSESSION
## PURSUANT TO SECTIONS 327(A) AND 328 OF THE BANKRUPTCY CODE

Brian Whittman, hereby make this Declaration pursuant to 28 U.S.C. § 1746, and state:

1.     I am a Managing Director with Alvarez & Marsal North America, LLC, together with employees of its affiliates (all of which are wholly-owned by its parent company and employees), its wholly owned subsidiaries, and independent contractors, collectively, "A&M"), a restructuring advisory services firm with numerous offices throughout the country.  I submit this declaration on behalf of A&M (this "Declaration") in support of the *Application of the Debtors to Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code* (the "Application") on the terms and conditions set forth in the Application and the engagement letter between Debtors

---

1    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is:  11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

and A&M attached to the Application as <u>Exhibit A</u> (the "<u>Engagement Letter</u>").    Except as

otherwise noted,[2] I have personal knowledge of the matters set forth herein.

### Disinterestedness and Eligibility

2.        A&M together with its professional service provider affiliates (the "<u>Firm</u>") utilize

certain procedures ("<u>Firm Procedures</u>") to determine the Firm's relationships, if any, to parties that

may have a connection to a client debtor.    In implementing the Firm Procedures, the following

actions were taken to identify parties that may have connections to the Debtors, and the Firm's

relationship with such parties:

i.        A&M requested and obtained from the Debtors extensive lists of interested parties and significant creditors (the "<u>Potential Parties in Interest</u>").[3]    The list of Potential Parties in Interest which A&M reviewed is attached hereto as **<u>Schedule A</u>**.    The Potential Parties in Interest reviewed include, among others, the Debtors, prepetition lenders, officers, directors, the thirty largest unsecured creditors of the Debtors (on a consolidated basis), significant vendors, significant customers, parties holding significant ownership interests in the Debtors, significant counterparties to material agreements, and significant litigation claimants.

ii.        A&M then compared the names of each of the Potential Parties in Interest to the names in its master electronic database of the Firm's clients (the "<u>Client Database</u>").    The Client Database generally includes the name of each client of the Firm, the name of each party who is or was known to be adverse to the client of the Firm in connection with the matter in which the Firm is or was representing such client, the name of each party that has, or had, a substantial role with regard to the subject matter of the Firm's retention, and the names of the Firm professionals who are, or were, primarily responsible for matters for such clients.

---

2    Certain of the disclosures herein relate to matters within the personal knowledge of other professionals at A&M and are based on information provided by them.

3    The list of Potential Parties in Interest is expected to be updated during these cases.    A&M continues to review the relationships its professionals may have with potentially interested parties and to determine whether any relationships other than those set forth herein exist.    As may be necessary, A&M will supplement this Declaration if it becomes aware of a relationship that may adversely affect A&M's retention in these cases or discovers additional parties in interest.    A&M will update this disclosure if it is advised of any trading of claims against or interests in the Debtors that may relate to A&M's retention or otherwise requires such disclosure.

iii.     An email was issued to all Firm professionals requesting disclosure of information regarding: (a) any known personal connections between the respondent and/or the Firm on the one hand, and certain significant Potential Parties in Interest or the Debtors, on the other hand,[4] (b) any known connections or representation by the respondent and/or the Firm of any of those Potential Parties in Interest in matters relating to the Debtors; and (c) any other conflict or reason why A&M may be unable to represent the Debtors.

iv.     Known connections between clients of the Firm and the Potential Parties in Interest were compiled for purposes of preparing this Declaration. These connections are listed in **Schedule B** attached hereto.

3.     As a result of the Firm Procedures, I have thus far ascertained that, except as may be set forth herein, upon information and belief, if retained, A&M:

i.     is not a creditor of the Debtors (including by reason of unpaid fees for prepetition services),[5] an equity security holder of the Debtors (except certain Firm employees who may own *de minimis* amounts representing not more than 0.01% of the equity interests in a Debtor entity, or an "insider" of the Debtors, as that term is defined in section 101(31) of the Bankruptcy Code);

ii.     is not, and has not been, within two years before the date of the filing of the petition, a director, officer, or employee of the Debtors; and

iii.     does not have an interest materially adverse to the interests of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors, or for any other reason.

---

4     In reviewing its records and the relationships of its professionals, A&M did not seek information as to whether any Firm professional or member of the professional's immediate family: (a) indirectly owns, through a public mutual fund or through partnerships in which certain Firm professionals have invested but as to which such professionals have no control over or knowledge of investment decisions, securities of the Debtors or any other party in interest; or (b) has engaged in any ordinary course consumer transaction with any party in interest. If any such relationship does exist, I do not believe it would impact A&M's disinterestedness or otherwise give rise to a finding that A&M holds or represents an interest adverse to the Debtors' estates. It is also noted that in the course of our review it came to A&M's attention that A&M personnel hold de minimis investments, representing not more than 0.01% of the equity interests in the related entity, in various parties in interest, including but not limited to AT&T, Credit Suisse AG, JP Morgan, Microsoft, Verizon, and Wells Fargo.

5     *See* ¶ 12 below.

4.     In addition to the restructuring and financial advisory services provided by A&M under the Engagement Letter, prior to the Petition Date, various A&M affiliates have provided consulting services to the Debtors in the past.  In particular, (a) in 2019-2020, A&M Valuation Services, LLC ("A&M VS") provided certain valuation consulting services, (b) A&M Tax has provided compensation and benefits consulting services as described in the Application and also in 2020 pursuant to a separate engagement letter, (c) in 2020, A&M was engaged to provide financial advisory services, (d) between 2008 and 2014, A&M was engaged to provide an Interim CFO and to provide various financial advisory and consulting services to YRC Worldwide Inc.

5.     As can be expected with respect to any international professional services firm such as A&M, the Firm provides services to many clients with interests in the Debtors' chapter 11 cases. To the best of my knowledge, except as indicated below, the Firm's services for such clients do not relate to the Debtors' chapter 11 cases.

6.     In addition to the relationships disclosed on Schedule B, I note the following:

    i.      JPMorgan Chase Bank, N.A. together with certain of its affiliates (collectively, "JPMC") and Wells Fargo Bank, N.A. together with certain of its affiliates (collectively, "Wells Fargo"), and TD Bank, N.A., together with certain of its affiliates (collectively, "TD Bank"), are Potential Parties in Interest.  Under a credit facility (the "Credit Facility") to A&M's parent company Alvarez & Marsal Holdings, LLC ("A&M Holdings"):  WFB is administrative agent, swingline lender and issuing lender and JPMC is a lender and the syndication agent; Wells Fargo Securities, LLC and JPMC are joint lead arrangers and joint book runners; and TD Bank is a participating lender and documentation agent.  In addition to Wells Fargo's receipt of interest in its capacity as a lender under the Credit Facility, Wells Fargo, JPMC, and TD Bank receive certain customary and negotiated fees and reimbursement of expenses in connection with their roles under the Credit Facility.

    ii.     Alvarez & Marsal Inc. ("A&M Inc."), an entity controlled by Bryan Marsal and Antonio Alvarez II, is the majority owner of A&M Holdings.  A&M Holdings is the sole owner of A&M.  Messer's Marsal and Alvarez comprise the Board of Managers of A&M Holdings and two of the Board of Managers of A&M.   Messer's Marsal and Alvarez, together with A&M Inc., indirectly control a significant interest in the general partner of

A&M Capital which consists of various funds (the "<u>A&M Capital Funds</u>"). Also, certain A&M employees have invested in limited partnership interests in the A&M Capital Funds and, indirectly, their general partners and, from time to time, A&M and/or its professional service provider affiliates provide services to the A&M Capital Funds. The investments of the A&M Capital Funds are private equity investments in companies (all of whom are unrelated to the Debtors and these chapter 11 cases).

iii.    As set forth on Schedule B, Kirkland & Ellis LLP ("<u>K&E</u>") currently represents A&M and/or its affiliates in matters unrelated to the Debtors and these chapter 11 cases. In addition to Kirkland & Ellis's representations of certain A&M affiliates (including A&M Inc., A&M Capital, and the A&M Capital Funds) certain partners or other persons or entities associated with K&E ("<u>K&E Persons</u>") have invested in the A&M Capital Funds. Each K&E Person that has invested in the A&M Capital Funds holds less than 1 percent of the A&M Capital Funds.

iv.    Debtor entities have been listed as creditors/vendors in chapter 11 cases in which A&M was the financial advisor or CRO including: Noranda Aluminum Holding Corporation; Eddie Bauer Holdings, Inc.; Risk Management Alternatives, Inc.; Vertis Communications; Tronox; and K&N Engineering, Inc. All of those matters are now complete.

v.    YRC Inc. is also listed as a vendor in the chapter 11 cases of Revlon, Inc. and its affiliated debtors and debtors in possession ("<u>Revlon</u>"). Revlon's plan went effective on May 2, 2023, and A&M remains engaged to provide certain advisory and consulting services related to claims administration and the transition of interim roles to Revlon personnel. A&M has been advised by the Debtors that there are no outstanding claims or litigation between Revlon and the Debtors.

vi.    Bed Bath & Beyond, Inc. ("<u>BBB</u>") is listed as a litigation party in these cases. A&M is engaged as the financial advisor to the official committee of unsecured creditors ("<u>UCC</u>") in BBB's chapter 11 cases. The A&M team providing services to the BBB UCC is not aware of or involved in any litigation between BBB and the Debtors and A&M has been advised by the Debtors that there is no claim pending between BBB and the Debtors at this time.

vii.    A&M's affiliate has made certain personnel available to Kenco Logistics Services ("<u>Kenco</u>") to provide an Interim Chief Financial Officer and Interim Director of FP&A. The Debtors provide freight transport services to Kenco and Kenco is listed as a litigation party in these chapter 11 cases. Kenco and the Debtors are currently involved in a dispute with respect to (i) amounts owed to the Debtors by Kenco for transport services and (ii) certain claims Kenco has against the Debtors for damage to freight during transport. A&M has an understanding with both the Debtors and

Kenco that A&M personnel will recuse themselves on both engagements from any involvement in such disputes.  In addition, in an abundance of caution, A&M has instituted an information barrier to ensure that confidentiality of information is protected and that the engagements are not cross-staffed.

viii.    Holly Dice, who currently serves as an Auditor for Region 3, is a former A&M employee.

7.      Further, as part of its diverse practice, the Firm appears in numerous cases and proceedings, and participates in transactions that involve many different professionals, including attorneys, accountants, and financial consultants, who represent claimants and parties-in-interest in the Debtors' chapter 11 cases.  Further, the Firm has performed in the past, and may perform in the future, advisory consulting services for various attorneys and law firms, and has been represented by several attorneys and law firms, some of whom may be involved in these proceedings.  Based on our current knowledge of the professionals involved, and to the best of my knowledge, none of these relationships create interests materially adverse to the Debtors in matters upon which A&M is to be employed, and none are in connection with these cases.

8.      To the best of my knowledge, no employee of the Firm is a relative of, or has been connected with the United States Trustee in this district or its employees.

9.      Accordingly, to the best of my knowledge, A&M is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, in that A&M:  (a) is not a creditor, equity security holder, or insider of the Debtors; (b) was not, within two years before the date of

filing of the Debtors' chapter 11 petitions, a director, officer, or employee of the Debtors; and (c) does not have an interest materially adverse to the interests of the Debtors' estates.

10.    If any new material relevant facts or relationships are discovered or arise, A&M will promptly file a supplemental declaration.

## **Compensation**

11.    Subject to Court approval and in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, applicable United States Trustee guidelines, and the Local Rules, A&M will seek from the Debtors payment for compensation on an hourly basis and reimbursement of actual and necessary expenses incurred by A&M.  A&M's customary hourly rates as charged in bankruptcy and non-bankruptcy matters of this type by the professionals assigned to this engagement are outlined in the Application.  These hourly rates are adjusted annually.

12.    To the best of my knowledge, (a) no commitments have been made or received by A&M with respect to compensation or payment in connection with these cases other than in accordance with applicable provisions of the Bankruptcy Code and the Bankruptcy Rules and (b) A&M has no agreement with any other entity to share with such entity any compensation received by A&M in connection with these chapter 11 cases.

13.    By reason of the foregoing, I believe A&M is eligible for employment and retention by the Debtors pursuant to sections 327(a) (as modified by section 1107(b)), 328, 330, and 331 of the Bankruptcy Code and the applicable Bankruptcy Rules and Local Rules.

Pursuant to 28 U.S.C. 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Dated:  August 30, 2023                    Respectfully submitted,

*/s/ Brian Whittman*

Brian Whittman
Managing Director of Alvarez & Marsal
North America, LLC

## Schedule A

**List of Potential Parties in Interest**

**5% or More Equity Holders**
International Brotherhood of Teamsters
MFN Partners Management, LP
United States Department of the Treasury

**Affiliates and Subsidiaries**
OPK Insurance Co. Ltd.
PT Meridian IQ Indonesia International
Reimer Holding B.V.
Roadway Express, Inc.
Roadway Express, S.A. de C.V.
Transcontinental Lease, S. de R.L. de C.V.
USF Holland Inc.
Yellow Transportation, Inc
YRC Freight
YRC Logistics Asia Limited
YRC Services S. de R.L. de C.V.
YRC Transportation, S.A. de C.V.

**Bank Lenders**
Ace Global Multi-Credit LLC
Alter Domus Products Corp.
Amissima Diversified Income ICAV
AP Kent Credit Master Fund, L.P.
Apollo A-N Credit Fund (Delaware), L.P.
Apollo Accord Master Fund III, L.P.
Apollo Atlas Master Fund, LLC
Apollo Centre Street Partnership, LP
Apollo Credit Funds ICAV
Apollo Credit Master Fund Ltd.
Apollo Credit Strategies Master Fund, Ltd.
Apollo Lincoln Fixed Income Fund, L.P.
Apollo Moultrie Credit Fund, L.P.
Apollo Tactical Value SPN Investments,
    L.P.
Apollo TR Enhances Levered Yield LLC
Apollo TR Opportunistic Ltd.
Aspen American Insurance Company
Athora Lux Invest
Bancomer
Bank of America, N.A.
Bank of Bermuda
Bank of Nova Scotia
BNY Mellon
Cadbury Mondelez Pension Trust Limited
CIT Finance LLC

Citadel
Citizens Bank N.A.
Citizens Business Capital
Cortland Products Corp.
ING Capital LLC
JP Morgan Chase Bank N.A.
KeyBank National Association
MFN Partners Management, LP
MPI (London) Limited
PNC Bank
PNC Bank National Association
San Bernardino County Employees'
    Retirement Association
Siemens Financial Services, Inc.
TD Bank
UMB Bank
United States Department of the Treasury
US Bank N.A.
Wells Fargo

**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
J. Kate Stickles
John T. Dorsey
Karen B. Owens
Laurie Selber Silverstein
Mary F. Walrath
Thomas M. Horan

**Bankruptcy Judges - Staff**
Al Lugano
Amanda Hrycak
Cacia Batts
Catherine Farrell
Claire Brady
Danielle Gadson
Demitra Yeager
Jill Walker
Joan Ranieri
Laura Haney
Laurie Capp
Lora Johnson
Marquietta Lopez
Nickita Barksdale

Paula Subda
Rachel Bello
Robert Cavello

**Bankruptcy Professionals**
Ducera Partners
Epiq Global
Goodmans LLP
Kirkland & Ellis
Pachulski Stang Ziehl & Jones

**Cargo Related Claims**
Barrette Outdoor Living
Bluegrace Logistics
DuPont
Eech Group
Expeditors Cargo Insurance Brokers
Falvey Shippers Insurance
Ford
Freightquote
Logistics Plus
Mars Petcare USA Inc
Medline Industries
NFI Industries
Phillips Van-Heusen
Rivian Automotive LLC
Samsung Electronics America Inc
Signify North America Corporation
Spectrum Brands
Stanley Black & Decker (US) Inc
Supplyhouse
TFWW
The Vollrath Company
Turn 5
Unyson
UPS Capital Insurance Agency Inc
VWR International
Webstaurant Store

**Customers**
4Front
Amazon Com Inc
ARC Supply Chain Solutions
ArcBest Enterprise Solutions Inc
Ascent Global Logistics Company
Association Solutions

Blue Grace Logistics
CH Robinson Co
Daimler Trucks NA
Dollar General Corporation
Dollar Tree Stores
Eaton Corporation
Echo Global Logistics
Exel Inc
Fern Exposition Services
First Brands Group
Ford Motor Company
Freeman Parent Companies
Gallagher Affinity
General Electric
Global Tranz Enterprises
Healthcore
Hillenbrand Inc
Hnry Logistics
Home Depot
Honda Motor Logistics
Hub Group
Hubbell Inc
Hyundai America
Johnson Controls Inc
L.O. Trading
Logikor
Nissan North America Inc
Office Depot
Ohio Logistics
Omni Logistics
PB Consultants
Ply Gem
Priority One
Re Trans Freight
Redwood/Simplified Logistics
Rite Aid
Rogers & Brown North American Logistics
Ryder Carrier Mgmt Svcs
Savings4Members
Schneider Logistics
Signify Lighting
Staples Inc
TForce Worldwide
TPS Logistics
Transportation Insight
Uber Freight US LLC

Uline
Unishippers Global Logistics
United States Government
Volvo Logistics North American
Walmart Stores Inc
Worldwide Express

**Debtors**
1105481 Ontario, Inc.
Express Lane Service, Inc.
New Penn Motor Express LLC
Roadway Express International, Inc.
Roadway LLC
Roadway Next Day Corporation
USF Bestway Inc.
USF Dugan Inc.
USF Holland International Sales
Corporation
USF Holland LLC
USF Reddaway Inc.
USF RedStar LLC
Yellow Corporation
Yellow Freight Corporation
Yellow Logistics, Inc.
YRC Association Solutions, Inc
YRC Enterprise Services, Inc.
YRC Freight Canada Company
YRC Inc.
YRC International Investments, Inc
YRC Logistics Inc.
YRC Logistics Services, Inc.
YRC Mortgages, LLC
YRC Regional Transportation, Inc.

**Director**
Annlea Rumfola
Chris T. Sultemeier
Daniel L. Olivier
Darrel J. Harris
Darren D. Hawkins
David H. Webber
David S. McClimon
Douglas A. Carty
James E. Hoffman
Jason W. Bergman
Javier Evans

Leah K. Dawson
Matthew A. Doheny
Patricia M. Nazemetz
Shaunna D. Jones
Susana Martinez
Tony Carreno

**Environmental**
Roosevelt Irrigation District
US Environmental Protection Agency

**Insurance Providers**
Ace American Insurance Company
Ace Property & Casualty Insurance
    Company
AEGIS London
AFCO Credit Corporation
AIG Specialty Insurance Company
Allianz Global Corp & Specialty SE
Allianz Global Risk US Insurance Co
Allianz US Risks US Insurance Company
Allied World Assurance Company, Ltd.
    (AWAC)
American International Group UK Limited
American International Reinsurance Co.,
    Ltd.
Applied Underwriters
Arcadian Risk Capital
Arch Reinsurance Ltd.
Aria (SAC) Ltd
Aspen American Insurance Co
AXA XL
Axis Bermuda Puni-Wrap
Axis Insurance Company
Axis Specialty Limited
Axis Surplus Insurance Company
Beazley Insurance Co.
Berkshire Hathaway International Insurance
    Ltd.
Berkshire International
BFL Canada
Canopious
Chubb Bermuda Insurance
Chubb Limited
CNA
Columbia Casualty

Continental Casualty
Crum & Forester
Emergin Risk
Endurance American Insurance Co
Endurance Specialty Insurance Ltd.
Everest Insurance
Federal Insurance Co
GAI Insurance Company, Ltd.
Great American Assurance Co.
Greenwich Insurance Company
Helix Underwriting Partners Ltd
Illinois Union Ins. Co.
Lex-London
Lloyd's Of London
Lockton
Magna Carta - AEGIS
Magna Carta Insurance, Ltd.
Markel
Markel Bermuda
Mosaic Insurance
National Fire & Marine Insurance Company
National Union Fire Ins Co of PA
North Rock Insurance Company
Old Republic General Insurance Corporation
Old Republic Insurance Co.
Old Republic Insurance Company of Canada
Resilience Cyber Insurance
Roanoke (Munich Re Syndicate)
Roanoke Trade
RSUI Indemnity
RT Specialty
Siriuspoint Bermuda Ins Co Ltd
Sompo International
St. Paul Fire and Marine Insurance
    Company
Tokio Marine HCC
Travelers
Travelers of Canada
US Specialty Insurance Co
Vantage Risk Ltd
Westchester Surplus Insurance Company
Willis Towers Watson
XL Insurance Company SE - Irish Branch

**Litigation**
68th Street Site Work Group

Alabama Auto
Alco Iron & Metal
Alexander Hitz
Alvin L. Malnik
Ameesh Bhandari
Anthony Martino
APDI Liquidation, LLC
Bed Bath & Beyond
Blackstrap Industries, Inc.
Bm Group Inc.
Bright Earth Foods
Bryant Holdings LLC
Caesar Smith
Cherry Man Industries
Christina Lewis
Comlink Network Services
Department of Defense
DPS Auto Shippers
Eclipse IP LLC
Environmental Protection Agency
Federal Motor Carrier Safety Administration
G & J Carlson Truck & Trailer Repairs
GPNE Corp
Hallamore Corp, D/B/A B.T. Equipment
HBC Strategies Contract Payments
HKM Direct Market Communication
Hnrylogistic.com
Hnrylogistics.net
Hnryslogistics.com
Home Products International, Inc.
Indemnity Ins. Co. of North America A/S/O/
    Perrigo Company
Interboro Packaging Corp
James D. Winston
Jeff Thorn
Kenco Logistics Services (Invacare)
Kevin M Galloway
Logistica Zemog
Logitraq, LLC
Maxfield Candy Co
Nipponkoa Insurance
Nova Wildcat Shur-Line Holdings (H2
    Group)
Ocean Amusements, Inc
Omachron Science Inc.
OSHA

Party City
PML Capital
Pyramid Flooring / Seneca Hardwood
Quality Ocean LLC
R&L Carriers
Reimer World Corp
Revlon, Inc.
Roadnet Technologies
Roadwaydelivery.Com
Rocket Farms, Inc.
Sirius Computer Solutions
Standard Roofing & Sheet Metal Supply
Temp-Coat Brand Products
The Purchase Master, LLC
TM Longevity Center, C.A.
Transmate Logistics
TS Express/Motorcar Parts of America
Tucows Inc
US Freightways, Inc.
US Treasury
Vital Pharmaceuticals, Inc
Vizant Technologies, LLC
Washington State Employment Security
    Department
Yello Strom
Yellow Crates Corp
Yellow Transportation (Manteca, CA)
Yrccourier.com
Yrcworldwidedelivery.com
Zenobia Company, LLC

**Material Contracts**
1313 Grand Street Realty, LLC
181 W Johnson Operating LLC
445 Hollywood Avenue, LLC
9551930 Canada Inc.
A. Duie Pyle
A2.21 1333 North Market LLC
ABF Freight System, Inc.
Acheron Land Holdings ULC
Ajia, LLC
Alamitos Auto Parts, Inc.
Allied Logistics Corp.
Appletree Realty Holdings, LLC
Artim Industrial Properties
Aurora Business Park Associates, LP

Axos Bank
B & W Investments
B. Kik Properties LLC
Baker Dennard & Goetz, Inc.
Barry Jenkins Trust
Bel Air T.T., Llc
Big Sky Property Management
Blach Distributing Company
Blach Investment Group
Bluebird Real Estate Holdings, LLC
BNSF Railway Company
Boyer Logistics, Inc.
Breit Industrial Canyon GA 1B01 LLC
C and S Brokerage
Central Property Group LLC
Chamberlain Trust
Champion Terminal Associates, LLC
Chicago Title Land Trust Company
Christy Real Estate, LLC
City of Goodland/County Clerk of Sherman
    County
Commerce Road Terminals LLC
Crown Associates
Crown Enterprises, Inc.
CWW Enterprises LLC
Cynthia Oliver
David M. and Ann B. Morse
DCT Eckhoff Street LLC
DCT Peoria Street LLC
DCT Regentview Avenue, LLC
Dock Street Corp
Don Jerry X-Plo, Inc.
Dunco, LLC
Dwell Wise LP
DWJS, LLC
East West Bank
Edinburgh Logistics Assets LLC
Eiler, LLC
Elmira Terminal & Warehouse Corp.
Estes Express Lines
Estes Terminals
Exeter 1619 N Plaza, LLC
Exol Properties, LLC
Fazio TV, LLC
Federal Bridge Corporation
Fifty Second Avenue Associates, Inc.

Finlayson Logistics Assets LLC
Freeport Center Associates
Freight Line Properties, LLC
G&I IX Cheshire, LLC
GB Albany, LLC
GB Union Gap, LLC
Geffs
GIJV IL7 LLC
Glen EG, LLC
GPT Deer Park Terminal Owner LLC
GPT Orlando Terminal Owner LLC
GPT Santa Fe Springs Owner LP
Green Acres Gypsum
Growth Funding Equipment Finance
Grp 298 Astor LLC
Gulsons Cutter, LLC
Haener Properties LP
Harris Real Estate Holdings, LLC
Hartman Road LLC
Hawkey Transportation
Healthsource Integrated Solutions
Highland Investments, LLLP
HVIP Industrial Park
Invermex, LLC
Ivey Self Storage, Inc.
J and C Gilman LLC
J. B. Wright
J. L. Clark Corporation
Jack Chamberlain
Jay F. Mannino Trust
JEDS, LLC
Jennings Leasing, LC
Jerald K. Hofstad
Jim Heatherly
Jonesboro Freight Terminal, LLC
JVCA Investments, LLC
Kestrel Crossdock, LLC
Lee A. Wiggins
Lightedge Technologies
Lorraine Carlson
M J Rock, LLC
M4 Terminals, LLC
Mad Acquisitions, LLC
Madrona Cutter, LLC
Maria Ontiveros
Marley RMC II Spe LLC

Mary A. Fazio Limited Partnership I
Matelich Crane Pier & Piling
McCallum Family, LLC
Mercedes-Benz Financial Services USA
    LLC
MG Fishersville I, LLC
Mitchell Nelson
Mobile Airport Authority
Mohawk Street Properties LLC
Montana Opportunities, LLC
Multi-Base, Inc.
Napa Auto Parts
Nations Capital Finance
NATMI LPF Bloomington, LP
NATMI National FX Properties, LLC
NATMI National Tampa, LLC
NATMI National Truck Terminals, LLC
Ned Properties, LLC
Nextran Truck Center
Niagara Falls Bridge
Norstar Walker Inc.
North Acres Development Co., Inc.
NW 5+B Office and Retail LLC
OPS-KC Aspiria, LLC
Orange Batavia I LLC
Orchard Investments, Inc.
P & R Property Management
PAC Operating Limited Partnership
Paccar Financial Corp.
Pacific Transshipment Centers, LLC
Pacificorp
Paul Isaacson
Peapack Capital Corporation
Pearl Lenzen
Penske Truck Leasing Co, L.P.
Peters Investments, LLC
Pifer Property Holdings, Lp
Popular Investments, LLC
Port of Seattle
PPF Sudberry Ocean View Hills, LP
Price Property and Investments LLC and
    Green Blue 1818 LLC
Prologis L.P.
Prologis Targeted U.S. Logistics Fund, LP
Prologis USLV Newca 3, CA
Prologis USLV Newca 3, LLC

Prologis USLV Subreit 4, LLC
Property 1955 LLC
PWM, Inc.
Pyro Junkie Fireworks, Inc.
R. L. Roberts, Llc
Radius Bank
Realterm Nat Property Holdings, LP
Regency West Office Partners
Reimer World Properties Corp.
RGA Dalfen East Dallas LP
Rich and Dave Grant Properties
Richardsons Properties LLC
RLF Booth SPE, LLC
RLF I-A SPE, LLC
RLF I-C SPE, LLC
RLF I-Pico SPE, LLC
RLIF East 2 LLC
RLR Investments, LLC
Roemer Way LLC
RWP Manitoba Ltd
Ryder Transportation Services
S&S Transport
Salem Warehouse Syndicate LLC
Santa Maria Investments, LLC
Schopp Properties
Shaffer Road LLC
Shurling Property
Silver Creek, LLC
Snohomish County/City Airport
Soeth Corporation
Southeastern Freight Lines, Inc.
Southern Warehousing & Distribution
Spalding and Son, Inc.
Staker & Parson
Sterling National Bank
Stoughton Trailers Acceptance Co LLC
Tatanka, LLC
Terminal Logistics II Mid-Atlantic Spe,
    LLC
Terminal Logistics II South Spe, LLC
Terminal Logistics II Texas Spe, LP
Terreno Clawiter LLC
Terreno Dell LLC
TFI International Inc.
The Faloma Fazio Property, LLC
The McPherson Companies

Thunderbolt Management Group Inc.
Tierpoint, LLC
Timberline Distributors LLC / The Black
    Sheep
Toon Investments, LLC
Toyota Commercial Finance
Trafton Warehouse LLC
Trip Portfolio, LLC
Umpqua Dairy
Unite Private Networks
Usholl (MI) LLC
Velocity Partners LLC
Victoria C. Haycock
Vieweg Real Estate
Villa Vista West, LLC
Volvo Financial Services
Warner-Williams Investments, Inc.
Watwood Investments, LLC
West Emerson Brokers Mall Ltd.
WIPT, Inc.
Wolverine Freight System
Zollinger Commercial Warehousing

**Restructuring Professionals**
Alix Partners
Arnold & Porter
Choate Hall & Stewart LLP
FTI
Hogan Lovells US LLP
Holland & Knight LLP
Houlihan Lokey
Milbank
Province
Quinn Emanuel
Ropes & Gray
White & Case

**Subrogation's Claims Open Litigation**
Abili, Edward
Agyilirah, Kwame
Alexander, James C
Almonte, Criseily A
Arce, Mario
Arias, Nicole
Auguste, Micheline
Baez, Dania

Bagwell, Kevin
Baker, Ringo
Bazarov, Jacob
Binette, Myriam
Boblitt, Robert E
Bojang, Muhamed
Broussard, Devonte Thomas
Brown, Melissa D
Bufford, Russell
Buford, Virginia
Burrell, Brandy C
Byrd, Destinee R
Cancino, Edgar
Carrillo, Robert
Charlot, Charlene
Clarin, Shannon L
Clark, Paul
Cooper, Steven
Curry, James
Daugherty, Norman E
Deleon, Yeferson
Dewell, Megan B
Dominguez, Jennifer
Drew, Derrick E
Drive New Jersey Ins. Co.
Eskridge, DeCarlo A
Fernandez, Christian
Fisher, Sherquenna
Freeman, Sabrina
Fuselier, William
Garcia, Erica
Gassaway, John
Gibby, Gary
Gilmore, Jimmie L
Giunto, Vincenzo
Glover, D'Angelo
Goodman, Sopia L
Grissom, Bobby
Haefner Farm
Hall, Derek
Hamilton, Bonita
Hanford, Paige
Hernandez, Emely
Hernandez, Henry P
Hettick, Rachael L
Hill, Antonio

Hill, Tina
Hong, Han G
Hong, Isaac
Hong, Marybeth
House, Joshua W
Howard, James
Hubert, Jimmie
Hucks, Novella N
Hudson, Christine
Ibarra-Bastidas, Gabriela
Jackson, Geraldine
Jackson, Leroy F
Johnson, Glenn
Johnson, Lillie P
Jones, Delores
Kelsie, Adam
Khaira, Jarnail S
Kiel, Mindy Ann
Kirn, Colenan B
Kitzmiller, Christie
Kluxen, Michael
Kouloujian, Hagop
Lapolla, Blaise E
Leung, Marina
Littral, William A
Loomis, Marshall
Lopez-Builes, Martha
Louis, Kirby
Louro, Emily J
Luce, John
Madden, Jaylin J
Martin, Janae
Mata, Martin Nava
Mcbean, Camila
Mercado, Milagros V
Miller, Thomas
Misquez, Aaron S
Mongelli, Paul L
Moonilal-Singh, Kavir
Mughadam, David
Napiwocki, Jill
Neathery, Anthony S
Newton, Jesse
Nowicki, Lawrence
Oncor Electric Delivery Company
Openshaw, Anne-Celeste

Patel, Ankit K
Patterson, Nancy
Peguero, Yency
Pemba, Vignola
Perez-Ortiz, Yuritsi
Perez-Valencia, Lexington
Plott, JC
Ponce, Leonel
Powell, Anthony
Proto, Erik
Richard, Joshua
Riggins, Kimdell
Riley, Cherry B
Rivera-Romero, Leslie J
Robinson, Summer Cheyenne
Robles, Samuel
Rodriguez, Kenneth
Rodriguez, Raudin
Rogers, Liliah
Roman, Nadine
Ropshaw, Cade J
Sanchez Garcia, Horacio
Sanders, John
Santos, Martita S
Sawyer, Sheri L
Sayegh, Ailyn
Schimmoller, James D
Selby, Robert
Session, Qusarn F
Simon, Alpar
Sira-Monsalve, Yelimar
Slater, Willie Lee
Sneed, Hodges
Sofolonia, Vea
Sosa, Juan
Spence, Tena J
Sritharan, Sri
Stewart Rentals
Tartabull, Carlos E
Tinsley, Jesstina
Trice, Whittni L
Turakulov, Damir T
Veasey, Zackary
Viera, Octavio F
Wasmiller, Lorinda
Waters-Ocasio, Laureen

Watkins, Eric
Williams, Bernard
Williams, John
Winston, Joyce A
Winston, Sharee D
Wyszynski, Paul
Yanto, Charmane

**Surety**
Arch Capital Group
Argo Group
AXA XL
Chubb Group
CNA Surety
Intact Group
Liberty Mutual Group
Protective Insurance Company

**Taxing Authority**
Canada Revenue Agency
City of Danville, IL
City of Joliet, IL
Los Angeles County, CA
Massachusetts Department of Revenue
New York Department of Taxation and
    Finance
Pennsylvania Department of Revenue
San Joaquin County Assessor's Office
    (Tracy, CA)
St. Joseph County (South Bend), IN
Texas Comptroller
Washington Department of Revenue

**Top Creditors**
Amazon
Bed Bath & Beyond
Belk Express
BNSF Railway Company
Central Pennsylvania Teamsters
Central States H&W Fund
Central States Pension
Coty Usa, LLC
Daimler Trucks NA
Direct Chassislink, Inc.
EXL Service Holdings Inc
Goodyear Tire & Rubber Company

Home Depot
IAM National 401K Plan
IBT Local 710
Keurig Dr. Pepper
Local 707
Local 805 Pension and Retirement Plan
Michelin North America Inc
Michigan Conference of Teamsters
Mid-American Constructors LLC
North American Transaction Services
NY State Teamsters Council
Pension Benefit Guaranty Corporation
Penske Truck Leasing
Pilot Travel Centers LLC
RFT Logistics LLC
Teamsters National 401K Savings Plan
Union Pacific Railroad
Western Teamsters Welfare Fund

**UCC Lien**
Altabank
Alter Domus Products Corp.
Bank of New York Mellon, the as Collateral
    Agent
BOFI Federal Bank
Citizens Asset Finance Inc
Citizens Bank N.A.
Citizens Business Capital
Cortland Products Corp.
Credit Suisse AG as Collateral Agent
Everbank Commercial Finance Inc
First Utah Bank
Growth Funding Equipment Finance
Harbor Capital Leasing Inc
Harbor Capital Leasing LLC
HYG Financial Services Inc
Internal Revenue Service
Investors Bank
JP Morgan Chase Bank N.A.
Le Schwab Warehouse Center Inc
Milestone Equipment Corporation
Nations Fund I Inc
Nations Fund I LLC
Newstar Commercial Lease Funding I LLC
Newstar Equipment Finance I LLC
NMHG Financial Services Inc

People's Capital and Leasing Corp
People's United Bank NA
PMC Financial Services Group LLC
Radius Bank
RBS Citizens Business Capital as Agent
Somerset Capital Group Ltd
Somerset Capital Group XXII
Stoughton Trailers Acceptance Company
    LLC
Susquehanna Commercial Finance Inc
Toyota Industries Commercial Finance Inc
Utica LeaseCo LLC
Wintrust Equipment Finance
YRC Inc

**UCC Members**
Armando Rivera
BNSF Railway Company
Central States, Southeast and Southwest
    Areas Pension Fund
Daimler Trucks NA
International Brotherhood of Teamsters
Michelin North America Inc
New York State Teamsters Pension and
    Health Funds
Pension Benefit Guaranty Corporation
RFT Logistics LLC

**UCC Professionals**
Akin Gump
Huron Consulting
Miller Buckfire & Co.

**Union**
International Brotherhood of Teamsters

**Union Funds**
Albany Trucking & Allied Industries - Local
    294
Automobile Mechanics' Local 701 Union &
    Industry Pension Fund (Chicago
    Mechanics)
Automobile Mechanics' Local 701 Union &
    Industry Welfare Fund (Chicago
    Mechanics)
BRAC 1908 Mia (Allied Services Division)

BRAC 1908 Mia (TCU Pension Fund)
Central Pennsylvania Teamsters HW Fund
Central Pennsylvania Teamsters Pension
Fund
Central States H/W Fund - Local 778
Kansas Paid To 01A (IAM)
Central States Health & Welfare Fund
Central States Pension Fund (Local 778
Mechanics)
Central States Pension Funds
Chauffeurs, Teamsters & Helpers Local
Union #301, I B Of T
District #77 IAMAW Welfare Association
(737 St. Paul HW (IAM))
District #9 IA of M & A W Welfare Trust
(Local 777 St Louis HW)
District #9 IA of M & AW Pension Trust
(Local 777 - St Louis Mech)
East Bay Drayage Drivers Security Fund
(Local 70)
Employer-Teamsters Local #175 & 505
H/W Fund (JC 84)
Freight Drivers & Helpers Local Union 557
Hagerstown Teamsters Health & Pension
Fund (Local 992)
Hawaii Teamsters Health & Welfare Trust
Hawaii Truckers Union Pension Fund
IA of M Motor City Welfare & Pension
Fund (Local 698 - Detroit Mechanics)
IAM Local 447 Health/Welfare Fund
(Buffalo HW)
IAM National Pension Fund
IAM National Pension Fund (Buf 447)
IAM National Pension Fund (Local 778
Mechanics)
IAM National Pension Fund (St Paul 737)
IBOFT Office of the Trustees Local 710
HW & Pension Fund (Chicago
Mechanics)
Indiana Conference of Teamsters Safety
Training & Educational Trust Fund
Joint Council #83- Virginia
LA Machinists Benefit Trust (Local 1186
Southern CA Mech)
Local 294 Albany Area Trucking
Local 445 Pension Fund

Local 705 IB of T Health & Welfare Fund
Machinist Money Purchase Pension Fund
Management Labor Welfare & Pension
Funds - Local 1730 Ila
Michigan Conference of Teamsters Welfare
Fund
Mid Jersey Trucking Industry Local 701
Welfare & Pension Fund
Minnesota Teamsters - Minneapolis Office
National IAM Pension Fund (SoCal 1186)
New England Teamsters Pension Trust
New York State Teamsters (Local 445)
New York State Teamsters Conference
Pension & Retirement Fund
New York State Teamsters Council Health
& Hospital Fund
New York State Welfare Fund (Local 355 -
BLT)
Northern New England Benefit Trust
OPEIU (TPA Corp 401K) Santa Rosa and
Bay Area
Oregon Teamsters National 401K Savings
Plan
Oregon Western Teamsters Welfare Fund
P130-Employers-Teamsters Local #175 &
505 Pension Fund (JC 84)
Road Carriers Local 707 Health & Welfare
Fund
Road Carriers Local 707 Pension Fund
Santa Rosa 665, Local 287, and Local 2785
(Teamster Benefit Trust)
Suburban Teamsters of Northern Illinois
Welfare & Pension Fund (Local 179)
Suburban Teamsters of Northern Illinois
Welfare & Pension Fund (Local
673/179/330/134)
SW PA And Western Maryland Teamsters
& Employers Pension Fund
Teamsters #261 & Employers Welfare Fund
Teamsters 401(K) Jo/Milwaukee
Teamsters 401(K) Joliete
Teamsters Health Services & Insurance Plan
of Local 404
Teamsters Joint Council #83 Of Virginia
Teamsters Local 251 Health Services &
Insurance Plan

Teamsters Local 493 Health Service & Insurance Plan
Teamsters Local 560 Benefit Funds (North Jersey)
Teamsters Local 617
Teamsters Local 639 Employers Health Trust
Teamsters Local 639 Employers Pension Trust
Teamsters Local 641 Pension Fund
Teamsters Local 641 Welfare Fund
Teamsters Local 671 Health Services & Insurance Plan
Teamsters Local 677 Health Services & Insurance Plan
Teamsters Local Union No. 653 Health Welfare & Insurance Fund
Teamsters Pension Trust Fund of Philadelphia and Vicinity - Teamsters Health & Welfare Fund
Teamsters Pension Trust Fund of Philadelphia and Vicinity - Teamsters Pension Fund
Teamsters Union 25 Health Services & Insurance Plan
Transportation Local 443 Health Service & Insurance Plan
Truck Drivers Local 170 Health & Welfare Fund
Union Local 705 PT Pension Fund
Washington Teamsters National 401K Savings Plan
Western Conference of Teamsters - National 401(K) Savings Plan
Western Conference of Teamsters Supplemental Benefit Trust Fund
Western Pennsylvania Teamsters & Employers Pension Fund
Western Pennsylvania Teamsters & Employers Welfare Fund
Western States Office & Professional Employees Pension Fund (OPEU)
Western Teamsters Welfare Fund
Western Teamsters Welfare Trust - OPEIU
Western Teamsters Welfare Trust - Washington

Wisconsin Health Fund

**US Trustee**
Benjamin Hackman
Christine Green
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Nyanquoi Jones
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**Vendor**
4Refuel Canada LP
7 Oil Company Inc
A Duie Pyle Inc
AAA Semi Truck & Trailer Repairs, LLC
Altus Receivables Management Inc
AmeriGas Propane
Aramark
AT&T
Aurora Parts & Accessories LLC
Avery Weigh-Tronix LLC
B2B Supply
Baucom Service Inc
Bayard Advertising Agency
Belk Express
Bestpass, Inc.
Blue Cross and Blue Shield ILL
Bobs Mobile Truck & Trailer Shop Ltd
Bridgestone Americas
Brown & Joseph
BS Transport LLC
Cass Information Systems, Inc.

CBK Construction Company
CenturyLink
Chevron Products Company
Cintas
City Wide Franchise Co Inc
CN
Comdata, Inc.
Conrad & Bischoff, Inc.
Converge One Inc
Cook County Treasurer
Corporate Lodging Consultants Inc
Coyote Logistics
Cross Country Courier Inc
CSTK
CVS Caremark
Daimler Truck Financial Services
Dekra Services Inc.
Dell Marketing L.P.
Delta Dental of Kansas, Inc.
Diesel Direct West
Diesel Direct, Inc.
Direct Chassislink, Inc.
Diversified Energy Supply
Dun & Bradstreet, Inc.
EAN Services LLC
EBDDSF
Ernst & Young LLP
EXL Service Holdings Inc
EXL Service Ireland Limited
Expersolve
Factor Systems, Inc.
Fidelity Workplace Services LLC
Fire Engineering Company, Inc.
First Advantage Background Services Corp
Fleet Charge
Fleetpride
Fletes Mexico Carga Express
Gardaworld Security Services
Gardewine & Sons Ltd
GBS
GEOS Environmental, Inc.
Goetz Energy Corporation
Goodyear Tire & Rubber Company
GPT Operating Partnership LP
Grainger
Green Blue 1818 LLC

Guidepoint Security LLC
Hagerstown Teamsters & Motor Carriers
Hartford Life and Accident Ins Co
Haulistic LLC
Haz-Mat Response, Inc.
Heritage Petroleum LLC
Hightowers Petroleum Company
Hnry Intra Sup
Honeywell Scanning and Mobility
Hyundai Translead
IBM Corporation
IBT Local 710
IBT Local 710 Health & Welfare
IBT Local 710 Pension Fund
Imperial Supplies LLC
Indiana State Department of Revenue
Infostretch Corporation
Insight Direct USA, Inc.
Intercept Logistics, Inc.
Interstate Building Maintenance Corp.
ITF LLC
ITS National, LLC
J.J. Advantage Security
Jacobus Energy LLC
James River Petroleum, Inc.
JLT Mobile Computers Inc.
Kasowitz Benson Torres LLP
Keyhole Software LLC
KPMG LLP
Lao-Hmong Security Agency Inc
Leuf of Florida Inc
Local 251 H & W Fund
Local 701 Mid Jersey Trucking
Local 707
Lytx, Inc.
Magnum LTL, Inc.
Mansfield Oil Company
Marsh USA Inc
Merge
Michelin North America Inc
Microsoft Corporation
Mid-American Constructors LLC
Milestone Trailer Leasing LLC
Mirabito Energy Products
Miracle Express, Inc.
Miri Piri Transportation Inc

M-O Freight Works
Mode Transportation LLC
Morgan, Lewis & Bockius LLP
Motus LLC
MTM Recognition Corporation
National Landscape Management
New England Teamsters Pension Fund
Nextran Truck Centers Midwest Inc
Norfolk Southern Corporation
North American Transaction Services
North Park Transportation Co Inc
NTT Data Services LLC
NW Fleet Trucktrailer Repair Inc
NY St Teamsters
NY State Teamsters Council
Offen Petroleum LLC
Ogletree, Deakins, Nash, Smoak & Stewart,
    P.C.
Ohio Department of Taxation
Okta Inc
Old Republic Risk Management Inc
Old World Industries, LLC
Optym
Oracle America Inc
Oregon DOT/MCT
Oregon Teamster Employers Trust
Orlando Pro Truck Repairs LLC
Osco Incorporated
Overland West Freight Lines
Paccar Parts Fleet Services
Packaging Corporation of America
Pasha Hawaii Holdings LLC
PCS Surface Delivery
Petrocard, Inc.
Pilot Travel Centers LLC
Pinnacle Fleet Solutions
Pontoon Solutions, Inc.
Prestige Fleet Services LLC
Progistics Distribution Inc
Prologis USLV Newca 3 LP
Proskauer Rose LLP
Publicis Sapient
R & D Mobile Services Inc
R.L. Roberts Llc
Rays Tire Service LLC
Receiver General for Canada

Reed Transport, LLC
RFT Logistics LLC
Ricoh USA, Inc.
Riley Oil Co
RingCentral Inc
Road Carriers Local 707 Welfare Fund
Road-1 Inc
RoofOptions, LLC
Rush Truck Center
Safety-Kleen Systems Inc
Salesforce.com Inc
SBC Tax Collector
SC Fuels
Schneider National, Inc.
Securitas Security Services
Security Solutions of America
Sedgwick Claims Management Services,
    Inc.
Signature Graphics Inc
Span Alaska Transportation Inc
Speedy Transport Group Inc
Staples Business Advantage
STL Truckers, LLC.
Straight Freight System LLC
Suburban Teamsters Welfare Fund
Superior Material Handling Inc
Tacoma Motorfreight Service
Taylor Communications
TBS Factoring Service, LLC
Teamsters Health & Welfare Fund
Teamsters Local 25 H & W Plan
Teamsters Local 641
Teamsters Local 641 H/W Fund
Teamsters National 401K Savings Plan
Teamsters Pension Fund
Teamsters Union Local 25
Technology Group Solutions, LLC
Ten Logistics, Inc.
Tig Fleet Service
Total Quality Logistics, LLC
Tote Maritime Puerto Rico, LLC
Trans-National Express
Trucking Employees of North
Trucking Management, Inc.
TruckPro
U.S. Xpress Enterprises Inc.

Uline Shipping Supply Specialists
Union Pacific Railroad
United Parcel Service
US Special Delivery
Vanguard Trailer
Verizon Connect Telo Inc
Verizon Wireless
Washington Teamsters Welfare Trust
Waste Harmonics
Waste Management National Services Inc
Webster Bank
Welfare Account No. 500
West Power Services
Western PA Welfare Fund
Wiese USA
Wilmington Trust Company
World Fuel Services Inc
Zello Inc

## Schedule B

**Potential Connections or Related Parties**

**Yellow Corporation**

## Current and Former Clients of A&M and/or its Affiliates [1]

4Front
Ace American Insurance Company
AIG Specialty Insurance Company
Allianz Global Corp & Specialty SE
Alter Domus Products Corp.
Amazon
American International Group UK
Applied Underwriter
Apollo Credit Strategies Master Fund, Ltd.
Aramark
Aspen American Insurance Co.
Alter Domus Products Corp.
Amerigas Propane
Argo Group
AT&T
Aurora Parts & Accessories LLC
AXA XL
Axos Bank
Axis Bermuda Puni Wrap
Bank of America N.A.
Bank of New York Mellon, The
Bank of Nova Scotia
Beazley Insurance Co.
Bed Bath & Beyond
Belk Express
Berkshire Hathaway International Insurance
    Ltd.
Blue Cross Blue Shield Ill
BNSF Railway Company
BOFI Federal Bank
Bridgestone Americas
CenturyLink
Chicago Title Land Trust Company
Chubb Bermuda
Chubb Group
Citadel
Citizens Bank N.A.
CIT Finance LLC
CNA Surety
Columbia Casualty
Comdata, Inc.

Coyote Logistics
Credit Suisse AG
Crown Enterprises Inc.
CVS Caremark
Daimler Trucks NA
Delta Dental of Kansas
Diesel Direct, Inc.
Direct Chassislink, Inc.
Dollar General Corporation
Dupont
East West Bank
Echo Global Logistics
Endurance American Insurance Co.
Epiq Global
Ernst & Young LLP
Everest Insurance
Exel Inc.
EXL Service Holdings Inc.
Fleetpride
Ford
FTI
Gardaworld Security Services
GBS
General Electric
Goodmans LLP
Goodyear Tire & Rubber Company
Great American Assurance Co.
Hallamore Corp, d/b/a B.T. Equipment
Hartford Life and Accident Ins Co
Hillenbrand Inc.
Holland & Knight LLP
Home Depot
Honda Motor Logistics
Honeywell Scanning and Mobility
Hubbell Inc.
Huron Consulting
Hyundai Translead
IBM Corporation
ING Capital LLC
Insight Direct USA, Inc.
International Brotherhood of Teamsters
Investors Bank
Johnson Controls Inc.

[1] A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

**Yellow Corporation**

JPMorgan Chase Bank N.A.
Kenco Logistics Services (Invacare)
Keurig Dr. Pepper
Keybank National Association
Kirkland & Ellis
KPMG LLP
Liberty Mutual Group
Lockton
Logistics Plus
Lloyd's of London
Madrona Cutter LLC
Markel
Marsh USA Inc
Medline Industries
Mercedes-Benz Financial Services
Microsoft Corporation
Mode Transportation LLC
Mosaic Insurance
Motus LLC
National Fire & Marine Insurance Company
Nissan North America Inc.
Norfolk Southern Corporation
Nova Wildcat Shur-Line Holdings (H2
    Group)
NTT Data Services LLC
Office Depot
Ohio Logistics
OKTA Inc.
Old Republic General Insurance Corporation
Old Republic Insurance Co.
Oncor Electric Delivery Company
Oracle America Inc.
Paccar Financial Corp
Packaging Corporation of America
Party City
Pension Benefit Guaranty Corporation
Phillips Van-Heusen
Pilot Travel Centers LLC
Ply Gem
PMC Financial Services Group LLC
PNC Bank
Proskauer Rose LLP
R&L Carriers
RBS Citizens Business Capital
Redwood/Simplified Logistics
Revlon, Inc.

RingCentral Inc
Rite Aid
Rush Truck Center
Safety-Kleen Systems Inc
Salesforce.com Inc.
Samsung Electronics America Inc
Securitas Security Services
Siemens Financial Services, Inc.
Somerset Capital Group Ltd.
Sompo International
Spectrum Brands
St. Paul Fire and Marine Insurance
Stanley Black & Decker (US) Inc
Staples Inc.
Sterling National Bank
TD Bank
Teamsters Pension Fund
Tokio Marine HCC
Toyota Industries Commercial Finance Inc.
Tierpoint LLC
Transportation Insight
Travelers
Truckpro
UMB Bank
Union Pacific Railroad
United Parcel Service
Unishippers Global Logistics
US Bank N.A.
US Specialty Insurance Co.
Verizon Wireless
Vital Pharmaceuticals, Inc
Volvo Financial Services
Walmart Stores Inc.
Waste Harmonics
Waste Management National Services Inc
Wells Fargo
Wilmington Trust Company
White & Case
Willis Towers Watson
World Fuel Services Inc.
XL Insurance Company SE-Irish

**Yellow Corporation**

**Significant Equity Holders of Current and Former A&M Clients**[2]

AIG Specialty Insurance Company
Alix Partners
Allianz Global Corp & Specialty SE
Amazon
American International Group UK
Apollo Credit Strategies Master Fund, Ltd.
Arch Capital Group
AT&T
AXA XL
Bank of America N.A.
Bank of New York Mellon, The
Bank of Nova Scotia
Berkshire Hathaway International Insurance Ltd.
BOFI Federal Bank
Bridgestone Americas
CenturyLink
Cintas
Citadel
Citizens Bank N.A.
CIT Finance LLC
Columbia Casualty
Credit Suisse AG
Crown Enterprises Inc.
Daimler Trucks NA
Dell Marketing L.P.
Dupont
Endurance American Insurance Co.
Everest Insurance
Ernst & Young LLP
Ford
General Electric
Hartford Life and Accident Ins Co
Honeywell Scanning and Mobility
Hyundai America
Hyundai Translead
IBM Corporation
ING Capital LLC
Intact Group
Johnson Controls Inc.

JPMorgan Chase Bank N.A.
Keybank National Association
Liberty Mutual Group
Lloyd's of London
Office Depot
Mars Petcare USA Inc
Marsh USA Inc
Medline Industries
Mercedes-Benz Financial Services
Michelin North America Inc.
Microsoft Corporation
Miller Buckfire & Co
Nissan North America Inc.
NTT Data Services LLC
Old Republic General Insurance Corporation
Pension Benefit Guaranty Corporation
Penske Truck Leasing Co., L.P.
PNC Bank
RBS Citizens Business Capital
Salesforce.com Inc.
Samsung Electronics America Inc
Schneider National, Inc.
Somerset Capital Group Ltd.
Sompo International
Spectrum Brands
TD Bank
Toyota Industries Commercial Finance Inc.
Travelers
Tucows Inc.
UMB Bank
United Parcel Service
United States Department of the Treasury
United States Government
US Bank N.A.
Verizon Wireless
Volvo Financial Services
Volvo Logistics North American
Walmart Stores Inc.
Wells Fargo
Willis Towers Watson

---

[2] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

## Yellow Corporation

### Professionals & Advisors[3]

AIG Specialty Insurance Company
Alix Partners
Arnold & Porter
Akin Gump
Bank of New York Mellon, The
Choate Hall & Stewart LLP
Ducera Partners
Dun & Bradstreet, Inc
Epiq Global
Endurance
Ernst & Young LLP
FTI
Goodmans LLP
Hogan Lovells US LLP
Holland & Knight LLP
Houlihan Lokey
Huron Consulting
IBM Corporation
Jane Leamy
Kasowitz Benson Torres LLP
Kirkland & Ellis
KPMG LLP
Lloyd's of London
Lockton
Marsh USA Inc
Milbank
Miller Buckfire & Co
Morgan, Lewis & Bockius LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Pachulski Stang Ziehl & Jones
Pension Benefit Guaranty Corporation
Proskauer Rose LLP
Quinn Emauel
Ropes & Gray
TD Bank

Wells Fargo
White & Case
Willis Towers Watson
Wilmington Trust Company

### Significant Joint Venture Partners[4]

AT&T
Ernst & Young LLP
Ford
Hyundai Translead
IBM Corporation
Johnson Controls Inc.
JPMorgan Chase Bank N.A.
Liberty Mutual Group
Microsoft Corporation
Pacificorp
Samsung Electronics America Inc
Toyota Industries Commercial Finance Inc.
United Parcel Service

### Government and Regulatory[5]

Department of Defence
Internal Revenue Service
Port of Seattle
Snohomish County/City Airport
United States Government
US Environmental Protection Agency
US Treasury
Washington Department of Revenue

### A&M Vendors[6]

Ageis London
AIG Specialty Insurance Company
Allianz Global Corp & Specialty SE
Amazon

---

[3] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

[4] These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M or its affiliates in wholly unrelated matters.

[5] A&M and/or an affiliate is currently providing or has provided certain consulting or interim management services to these government entities or regulatory agencies in wholly unrelated matters.

[6] These parties or their affiliates provide or have provided products, goods and/or services (including but not limited to legal representation) to A&M and/or its affiliates.

**Yellow Corporation**

Akin Gump
Aramark
AT&T
AXA XL
Bank of America N.A.
Bank of New York Mellon, The
BFL Canada
Chubb Group
Cintas
Dell Marketing L.P.
Dun & Bradstreet, Inc
Endurance American Insurance Co.
Ernst & Young LLP
General Electric
Houlihan Lokey
Huron Consulting
IBM Corporation
Insight Direct USA, Inc.
JPMorgan Chase Bank N.A.
Keybank National Association
KPMG LLP
Liberty Mutual Group
Lloyd's of London
Lockton Insurance Brokers Inc.
Office Depot
Oracle America Inc.
Marsh USA Inc
Mercedes-Benz Financial Services
Microsoft Corporation
Morgan, Lewis & Bockius LLP
Miller Buckfire & Co
National Union Fire Ins Co of PA
Pachulski Stang Ziehl & Jones
PNC Bank
Proskauer Rose LLP
Quinn Emauel
RBS Citizens Business Capital
Ropes & Gray
Salesforce.com Inc.
Sedgewick Claims Management Services, Inc.
Staples Inc.
TD Bank

Travelers
Uline
United Parcel Service
US Bank N.A.
Verizon Wireless
Wells Fargo
White & Case
Wilmington Trust Company
XL Insurance Company SE-Irish

**Board Members**[7]
James E. Hoffman
Matthew A. Doheny

---

[7] These parties or their affiliates are board members of other clients or former clients of A&M or their affiliates in wholly unrelated matters.