## <u>EXHIBIT A</u>

**Declaration of Cody Kaldenberg**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## DECLARATION OF
## CODY KALDENBERG IN SUPPORT
## OF THE DEBTORS' APPLICATION FOR ENTRY OF AN
## ORDER (I) AUTHORIZING THE RETENTION AND EMPLOYMENT OF
## DUCERA PARTNERS LLC AS INVESTMENT BANKER TO THE DEBTORS
## EFFECTIVE AS OF PETITION DATE, AND (II) GRANTING RELATED RELIEF

Pursuant to 28 U.S.C. § 1746, I, Cody Kaldenberg, declare:

1.     I am a partner at Ducera Partners LLC (along with its affiliates, collectively, "Ducera") located at 11 Times Square, 36th Floor, New York, New York 10036, and am duly authorized to submit this declaration (this "Declaration") on behalf of Ducera.

2.     This Declaration is being submitted in connection with the proposed employment and retention of Ducera as investment banker to the Debtors to perform services as set forth in the *Application for Entry of an Order (I) Authorizing the Retention and Employment of Ducera Partners LLC as Investment Banker to the Debtors Effective as of the Petition Date and (II) Granting Related Relief* (the "Application").[2]  I submit this Declaration in compliance with sections 327, 328 and 1107(a) of the Bankruptcy Code and to provide the disclosure required under Bankruptcy Rules 2014(a), 2016, and 5002 and Local Rule 2014-1.

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]     Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

3.      I am not being compensated separately for this Declaration or testimony.  Except as otherwise set forth in this Declaration, I have personal knowledge of the facts set forth herein and, if called as a witness, I could and would testify thereto.  Certain of the disclosures set forth herein are related to matters within the knowledge of other employees of Ducera and are based on information provided by them.

### Ducera's Qualifications

4.      Ducera is an independent investment bank with expertise in a range of corporate financing advisory services, including restructuring services.  Ducera professionals, with roots in complex corporate finance, offer impartial and independent strategic advice to stakeholders in a broad range of industries and situations, have extensive experience with investing and analyzing claims of debtors and their estates, and specialize in, among other things, providing clients with leading-edge capital structure and restructuring advice and services in workout and bankruptcy situations.  Ducera's services include advising on maximizing value of the estate through the chapter 11 process, assisting in developing, negotiating, and validating capital structure alternatives, conducting diligence on underlying business plans and liquidity projections, evaluating contracts and operating agreements to assess business risk from vendors, and evaluating potential contract rejections.  As an internationally recognized advisory firm, Ducera has an excellent reputation for advising both debtors and creditors in large and complex chapter 11 cases.

5.      Founded in 2015, Ducera's business reorganization professionals have served as an investment banker to debtors, creditor groups, asset purchasers, committees, boards of directors, and trustees in a number of recent in-court restructurings, including:  (a) *In re Diebold Holding Co., LLC*, No. 23-90602 (DRJ) (Bankr. S.D. Tex. July 18, 2023) [Docket No. 266]; (b) *In re Virgin Orbit Holdings*, No. 23-10405 (KBO) (Bankr. D. Del. May 15, 2023) [Docket No. 261]; (c) *In re Core Scientific, Inc.*, No. 22-90341 (DRJ) (Bankr. S.D. Tex. March 13, 2023)

[Docket No. 675]; (d) *In re Endo Int'l plc.*, No. 22-22549 (JLG) (Bankr. S.D.N.Y. Oct. 25, 2022) [Docket No. 527]; (e) *In re GBG USA Inc.*, No. 21-11369 (MEW) (Bankr. S.D.N.Y. Sept. 22, 2021) [Docket No. 230]; (f) *In re Mallinckrodt plc*, No. 20-12522 (JTD) (Bankr. D. Del. Mar. 16, 2021) [Docket No. 1741]; (g) *In re Superior Energy Servs., Inc.*, No. 20-35812 (DRJ) (Bankr. S.D. Tex. Feb. 2, 2021) [Docket No. 316]. Ducera has experience in a variety of industries, providing specialized advice on matters including, but not limited to, restructurings, mergers, acquisitions, financings, capital structure advisory, and chapter 11 sales.

6.      The resources, capabilities, and experience of Ducera in advising the Debtors are crucial to the Debtors' chapter 11 strategy. An experienced investment banker, such as Ducera, fulfills a critical need that complements the services offered by the Debtors' other restructuring professionals. The Debtors require the services of a capable and experienced investment banker such as Ducera.

## Services to Be Provided

7.      Ducera has specialized expertise in pre-packaged, pre-arranged and traditional Chapter 11 restructuring transactions. The Debtors' proposed retention of Ducera will enable the Debtors to receive vital, coordinated services from an investment banking firm that is a leader in its field.

8.      The Engagement Letter governs the relationship between Ducera and the Debtors. The terms and conditions of the Engagement Letter were the product of a competitive process in which Ducera participated, intensely negotiated, and reflect the parties' mutual agreement as to the substantial efforts and resources that will be required in this engagement. Under the Engagement Letter, Ducera will perform such financial and investment banking services as the

investment banker, and the Debtors or their Counsel deem appropriate and feasible during these

Chapter 11 Cases, including:[3]

(a)   *General Financial Advisory and Investment Banking Services*, which may include: (1) becoming familiar with the business, operations, financial condition, financial statements, business plans, forecasts, and capital structure of the Debtors; (2) assisting with the evaluation of the Debtors' debt capacity and alternative capital structures in light of its projected financial performance; and (3) providing such other advisory services as are customarily provided in connection with the analysis and negotiation of any of the transactions contemplated by this Agreement.

(b)   *Financing Services*, which may include: (1) providing financial advice to the Debtors in connection with the structure and effectuation of a Financing, identifying potential Investors and, at the Debtors' request, contacting and soliciting such Investors; and (2) assisting with the arrangement of a Financing, including identifying potential sources of capital, assisting in the due diligence process, and negotiating the terms of any proposed Financing; *provided, however*, it is understood that nothing contained in the Engagement Letter shall constitute an express or implied commitment by Ducera to act in any capacity or to underwrite, place or purchase any financing or securities, which commitment shall only be set forth in a separate underwriting, placement agency or other appropriate agreement relating to the Financing.

(c)   *Sale Services*, which may include: (1) providing financial advice to the Debtors in structuring, evaluating and effectuating a Sale, identifying potential counterparties and, at the Debtors' written (email to be sufficient) request, contacting and soliciting potential acquirers; and, assisting with the arrangement and execution of a Sale, including identifying potential buyers or parties in interest, assisting in the due diligence process, and negotiating the terms of any proposed Sale.

(d)   *Restructuring Services*, which may include: (1) analyzing various Restructuring scenarios and the potential impact of these scenarios on the value of the Debtors and the recoveries of those stakeholders impacted by the Restructuring; (2) providing strategic advice with regard to restructuring or refinancing the Debtors' Existing Obligations; (3) providing financial advice and assistance to the Debtors in developing a Restructuring; (4) in

---

[3]   Summaries and other descriptions of the terms of the Engagement Letter set forth herein are not intended to replace the terms of the Engagement Letter, which shall govern in their entirety to the extent of any inconsistency between this Declaration, the Application, and the Engagement Letter. The Order is intended to modify or qualify the Engagement Letter in certain respects (as is necessary in connection with Ducera's retention in these Chapter 11 Cases) and shall control in the event of any inconsistencies between this Declaration, the Application, the Engagement Letter, and the Order.

connection therewith, providing financial advice and assistance to the
Debtors in structuring any new securities to be issued under a Restructuring;
and (5) assisting the Debtors and/or participate in negotiations with entities
or groups affected by the Restructuring.

## No Duplication of Services

9.    Ducera understands that the Debtors have retained and may retain additional

professionals during the term of the engagement and agrees to work cooperatively with such

professionals to integrate any respective work conducted by the professionals on behalf of the

Debtors.  The resources, capabilities, and experience of the Investment Bankers in advising the

Debtors are crucial to the success of the Debtors' chapter 11 strategies.  Ducera will be

appropriately directed by Counsel at the request of the Debtors to avoid unnecessary duplication

of services provided by the other, or any of the Debtors' other retained professionals, in these

Chapter 11 Cases.  Ducera is accustomed to working collaboratively and the ability of each firm

to provide effective advice to the Debtors is enhanced by the presence of the other.

## Compensation

10.    In consideration of the services to be provided by Ducera, and as more fully

described in the Engagement Letter, subject to the Court's approval, the Debtors have agreed to

pay Ducera the proposed compensation set forth in the Engagement Letter (the "Fee and Expense

Structure"), which may be summarized as follows:

(a)    *Retainer and Monthly Advisory Fee*:  for services rendered in accordance
with subparagraph 8(a) of this Declaration:

(1)    a one-time nonrefundable fee of $500,000, which shall be earned,
due, and payable upon execution of the Engagement Letter and shall
be credited against the Financing Fee as set forth therein (the
"Retainer Fee"); *plus*,

(2)    commencing as of June 1, 2023, the Debtors shall pay Ducera a non-
refundable monthly cash fee of $200,000, due and payable on the
first day of each and every month during the Term (as defined in the
Engagement Letter) (the "Monthly Advisory Fee").

(b)    *Financing Fee*:  for services rendered in accordance with subparagraph 8(b) of this Declaration, a financing fee, which shall be earned, due, and payable upon (and subject to the occurrence of) the closing of a Financing (the "Financing Fee").  The Financing Fee shall be:

      (1)    1.0% of the face amount of senior secured debt (including, but not limited to, revolving credit and asset backed lending facilities) Raised;

      (2)    3.0% of the face amount of any unsecured and junior secured debt Raised; and

      (3)    5.0% of any equity capital, convertible, or hybrid capital, including warrants, or similar contingent equity securities Raised.

(c)    *Transaction Fee*: for services rendered in accordance with subparagraph 8(c) and subparagraph 8(d) of this Declaration, a transaction fee, which shall be due and payable upon consummation of a Sale or a Restructuring (the "Transaction Fee").  The Transaction Fee shall be calculated as the greater of:[4]

      (1)    In the event of a Restructuring, a fee of $15,000,000 due and payable upon consummation of a Restructuring; and

      (2)    In the event of a Sale, including through a 363 Sale, a fee equal to the Transaction Value multiplied by the Applicable Fee percentage reflected in the chart below:

| Transaction Value Component | Applicable Fee % for Transaction Value Component |
|---|---|
| Transaction Value of less than $200 million | 2.000% |
| Transaction Value between $200 million and $300 million | 1.650% |
| Transaction Value between $300 million and $400 million | 1.500% |
| Transaction Value between $400 million and $500 million | 1.400% |
| Transaction Value between $500 million and $600 million | 1.300% |
| Transaction Value between $600 million and $700 million | 1.200% |
| Transaction Value between $700 million and $800 million | 1.150% |
| Transaction Value between $800 million and $900 million | 1.100% |
| Transaction Value between $900 million and $1.0 billion | 1.050% |

---

[4]    For the avoidance of doubt, in the context of a 363 Sale, Ducera will not separately earn a Restructuring Fee on any plan of reorganization under the Bankruptcy Code that simply distributes proceeds from such 363 Sale.

| Transaction Value Component | Applicable Fee % for Transaction Value Component |
|---|---|
| Transaction Value between $1.0 billion and $1.25 billion | 1.000% |
| Transaction Value between $1.25 billion and $1.5 billion | 0.925% |
| Transaction Value between $1.5 billion and $1.75 billion | 0.850% |
| Transaction Value between $1.75 billion and $2.0 billion | 0.775% |
| Transaction Value in excess of $2.0 billion | 0.700% |

(d)  *Discount*: the Debtors shall receive a discount of $100,000, per month against the greater of the Transaction Fee and the Financing Fee for each month commencing after payment of the sixth (6th) Monthly Advisory Fee (the "Ducera Discount"); *provided, however*, that: (a) the Ducera Discount shall only apply if any and all outstanding invoices for Monthly Advisory Fees have been paid before, or in connection with, the consummation of a Transaction, Sale or Financing; (b) that no Monthly Advisory Fee shall be credited more than once; and (c) in no event shall the aggregate fees be reduced below zero.

(e)  *Expenses and Payments*: in addition to the fees set forth above, the Debtors agree upon request to promptly reimburse Ducera for its reasonable and documented out-of-pocket expenses, including, but not limited to, travel and transportation expenses, third party research and telecommunication expenses, printing costs, courier and other shipping and mailing costs and, in the case of advisors, limited to the reasonable expenses of Ducera's one external legal counsel, any other professional advisors approved by the Debtors, and other reasonable and documented out of pocket expenses incurred in connection with Ducera's engagement or the performance of services hereunder or any other assignments undertaken by Ducera at the Debtors' request; *provided, however*, that this subparagraph 10(e) shall in no way affect the Debtors' obligations as set forth in Annex A to the Engagement Letter.  All payments due under this Application shall be made in U.S. dollars in immediately available funds, free and clear of any set off, claim, and applicable taxes (with appropriate gross up for any taxes withheld).

11.    Ducera believes that the Fee and Expense Structure is comparable to those generally charged by investment bankers of similar stature to Ducera for comparable engagements, both in and out of bankruptcy proceedings, and reflects a balance between fixed fees and a

contingency amount which is tied to the consummation and closing of the transactions contemplated by the Debtors and Ducera in the Engagement Letter.

12.     The Fee and Expense Structure summarized above and described more fully in the Engagement Letter is consistent with Ducera's normal and customary billing practices for comparably sized and complex cases and transactions, both in- and out-of-court, involving the services to be provided in connection with the Chapter 11 Cases.  Moreover, the Fee and Expense Structure is consistent with and typical of, arrangements entered into by Ducera and other investment bankers in connection with the rendering of comparable services to clients such as the Debtors.  Ducera believes that the Fee and Expense Structure is both reasonable and market-based.

13.     To induce Ducera to represent the Debtors, the Fee and Expense Structure was established to reflect the difficulty of the extensive assignments Ducera has undertaken and expects to undertake and to account for the potential for an unfavorable outcome resulting from factors outside of Ducera's control.

14.     The Debtors and Ducera negotiated the Fee and Expense Structure to function as an interrelated, integrated unit, in correspondence with Ducera's services, which Ducera renders not in parts, but as a whole.  It would be contrary to the intention of Ducera and the Debtors for any isolated component of the Fee and Expense Structure to be treated as sufficient consideration for any isolated portion of Ducera's services.  Instead, the Debtors and Ducera intend that Ducera's services be considered as a whole that is to be compensated by the Fee and Expense Structure in its entirety.

15.     Other than as set forth in this Application or in the Engagement Letter, there is no proposed arrangement between the Debtors and Ducera for compensation to be paid in the Chapter

11 Cases. Ducera has not shared or agreed to share any of its compensation from the Debtors with

any other person, other than as permitted by section 504 of the Bankruptcy Code.

### Record Keeping and Applications for Compensation

16.    Ducera will maintain records in support of any actual, necessary costs and expenses

incurred in connection with the rendering of its services in the Chapter 11 Cases. However,

because: (a) it is not the general practice of investment banking firms such as Ducera to keep

detailed time records similar to those customarily kept by attorneys; (b) Ducera does not ordinarily

keep time records on a "project category" basis; and (c) Ducera's compensation is based primarily

on a fixed Monthly Advisory Fee, the Transaction Fee, and the Financing Fee, if any, the Debtors

have requested that Ducera's professionals only be required to maintain records (in summary

format) of the services rendered for the Debtors, including summary descriptions of those services,

the approximate time expended in providing those services in half-hour (0.5) increments, and the

identity of the professionals who provided those services. Ducera will present such records to the

Court in its fee application(s). To the extent that Ducera would otherwise be required to submit

more detailed time records for its professionals by the Bankruptcy Code, Bankruptcy Rules, Local

Rules, or applicable guidelines, procedures, or orders of the Court, Ducera respectfully requests

that this Court waive such requirements.

### Indemnification Provisions

17.    As part of the overall compensation payable to Ducera under the terms of the

Engagement Letter, the Debtors have agreed to certain indemnification and contribution provisions

described in Annex A to the Engagement Letter (the "Indemnification Provisions"). As more fully

set forth in the Engagement Letter, the Indemnification Provisions provide the Debtors will

indemnify and hold harmless Ducera and its affiliates and their respective directors, officers,

employees, attorneys and other agents appointed by any of the foregoing and each other person, if

any, controlling Ducera or any of its affiliates (collectively, including Ducera, "<u>Indemnified</u> <u>Persons</u>") from and against, and the Debtors agree that no Indemnified Person shall have any liability (whether direct or indirect, in contract or tort or otherwise) to the Debtors or their owners, parents, affiliates, security, holders or creditors (in their respective capacities as such) for, any losses, claims, expenses (including reasonable attorneys' fees), damages or liabilities (including actions or proceedings in respect thereof) (collectively, "<u>Losses</u>") (1) related to or arising out of (a) the Debtors' actions or failures to act (including statements or omissions made or information provided by the Debtors or their agents) in connection with the engagement; or (b) actions or failures to act by an Indemnified Person in connection with this engagement with the Debtors' counsel's, or their representatives or agents' consent, or otherwise in reasonable reliance on the Debtors' direction, actions, or failures to act in each case in connection with the engagement; or (2) otherwise related to or arising out of the engagement, Ducera's performance thereof or any other services Ducera is asked to provide to the Debtors pursuant to the Engagement Letter; *provided*, that this subsection (2) shall not apply to any Losses (nor shall the limitation of liability above apply) due to a material breach of the Engagement Letter or to the extent that they are finally determined by a court of competent jurisdiction to have resulted from the bad faith, willful misconduct, or gross negligence of an Indemnified Person.

18.    The terms of the Engagement Letter, including the Indemnification Provisions, were fully negotiated between the Debtors and Ducera at arm's length.  I believe that the Indemnification Provisions, as modified by the Order, are customary, reasonable and in the best interests of the Debtors, their estates, and creditors.

**Ducera's Disinterestedness**

19.    In connection with Ducera's proposed retention by the Debtors, Ducera undertook to determine whether it had any conflicts or other relationships that might cause it not to be

disinterested, or to hold or represent an interest adverse to the Debtors' estates.[5] The Debtors provided Ducera, and its subsidiaries and affiliates, with a list of potentially interested parties in the Chapter 11 Cases (collectively, the "Potential Parties in Interest"),[6] a copy of which is attached hereto as **Schedule 1**.[7]

20.    Ducera has provided prepetition investment banking services to the Debtors. During the 90-day period prior to the commencement of the Chapter 11 Cases, Ducera has received $622,888.71 from the Debtors for services performed and expenses incurred prior to the Petition Date.   Specifically, according to the Debtors' books and records, the Debtors paid Ducera: (a) the Monthly Advisory Fees in the amount of $600,000.00 and (b) reimbursement of expenses in the amount of $22,888.71.

21.    Ducera together with its affiliates,[8] utilizes certain procedures (the "Ducera Firm Procedures") to determine if Ducera (or any affiliate thereof) has any conflicts or other

---

[5]    For the avoidance of doubt, the disinterestedness representation made in the "Ducera's Disinterestedness" section of this Declaration includes the affiliates of Ducera Partners LLC, including, without limitation, Ducera LLC (the parent company of Ducera Partners LLC) and Ducera Securities LLC (a registered broker-dealer and also a subsidiary of subsidiary of Ducera LLC).

[6]    As may be necessary, Ducera will supplement this Declaration if it becomes aware of a relationship that may adversely affect Ducera's retention or would otherwise require disclosure (any such declaration, a "Supplemental Declaration").

[7]    Ducera's inclusion of parties in Schedule 1 is solely to disclose Ducera's conflict search process and is not an admission that any party has a valid claim against the Debtors or that any party properly belongs on **Schedule 1** or has a claim or legal relationship to the Debtors of the nature described in **Schedule 1**.

[8]    Neither Ducera, nor any parent or subsidiary thereof, is a registered investment advisor (as defined by the Investment Advisors Act of 1940), an investment company (as defined by the Investment Company Act), a commodity pool operator (as defined by the Dodd-Frank Act), a commodity trading advisor (as defined by the Commodity Exchange Act of 1936), provides securities clearing, lending, research, or underwriting services, maintains customer or employee securities trading accounts, trades individual public securities, manages money for employees or outside investors, or maintains any non-discretionary trading accounts—*i.e.*, an account in which Ducera has trading or direction authority to pursue any individual (as opposed to money-market or other cash management) securities transactions. Ducera Securities LLC (a subsidiary of Ducera LLC and affiliate of Ducera Partners LLC) is a FINRA-registered broker-dealer (CRD#: 269984) and is authorized "to provide merger and acquisition advisory services, including certain sell-side transactions, certain buy-side transactions, and certain financial restructuring transactions." As with most diversified investment banking firms, in addition to its core advisory business, Ducera (either for its own account or for the account of its senior employees) has made passive

relationships that may have an interest in the Chapter 11 Cases. In implementing the Ducera Firm

Procedures, the following actions were undertaken to identify parties that may have connections

to the Debtors and to determine Ducera's relationship with such parties:

(a)     Ducera requested and obtained from the Debtors extensive lists of the Potential Parties in Interest. The lists of Potential Parties in Interest that Ducera reviewed are annexed hereto as **Schedule 1**.

(b)     Ducera then compared the names of each of the Potential Parties in Interest to the names in the master electronic database of Ducera's current and former clients (the "Client Database").[9] The Client Database generally includes the name of each client of Ducera, the name of each party that is or was known to be adverse to such client of Ducera in connection with the matter in which Ducera is representing such client, the name of each party that has, or has had, a substantial role with regard to the subject matter of Ducera's retention, and the names of the Ducera professionals who are or were primarily responsible for matters for such clients.

(c)     An email was issued to all partners and managing directors at Ducera requesting disclosure of information regarding: (i) any known personal connections between the respondent or Ducera on the one hand, and either the Potential Parties in Interest or the Debtors, on the other hand; (ii) any known connection or representation by the respondent or Ducera of any of the Potential Parties in Interest in matters relating to the Debtors; and (iii) any other conflict or reason why Ducera may be unable to represent the Debtors.

22.     As a result of the Ducera Firm Procedures, I have thus ascertained that, except as

may be set forth herein, upon information and belief, if retained, Ducera, along with its employees

and any professionals retained by Ducera:

(a)     is not a creditor of the Debtors or an equity security holder of the Debtors;

(b)     is not and has not been, within two (2) years before the date of filing of the petition a director, officer, or employee of the Debtors;

(c)     does not have any interest materially adverse to that of the Debtors' estates, or of any class of creditors or equity security holders, by reason of any direct

---

investments in illiquid securities of privately held early-stage entities. Ducera does not exercise control over these entities and the entities would not be deemed affiliates of Ducera.

[9]     For avoidance of doubt, the Client Database identifies existing and former clients of all Ducera subsidiaries and affiliated entities, including, without limitation, Ducera LLC and Ducera Securities LLC.

or indirect relationship to, connection with, or interest in, the Debtors or for any other reason; and

(d)     is not an insider of the Debtors as the term is defined in section 101(14) of the Bankruptcy Code.

23.     To the best of Ducera's knowledge, information, and belief, neither Ducera nor any employees hold Yellow Corporation securities in any non-discretionary accounts (an account in which Ducera or the employee has trading or discretionary authority to pursue any individual securities transaction) as of the date hereof nor made any purchases or sales in Yellow Corporation securities in the prior twelve (12) months; *provided, however*, for avoidance of doubt, Ducera and its professionals may from time to time acquire, hold, or make direct or indirect investments in managed, mutual, index, or other funds or maintain discretionary accounts (an account in which neither Ducera nor the employee has trading or direction authority to pursue any individual securities transaction) that may hold Yellow Corporation securities.  An email was sent to all employees of Ducera seeking to identify any employee that presently holds Yellow Corporation securities in a non-discretionary trading account.  No such holdings were identified.

24.     As can be expected with respect to any professional services firm, Ducera provides services to clients with interests in the Debtors' Chapter 11 Cases.  To the best of my knowledge, except as indicated below, Ducera's services for such clients do not relate to the Chapter 11 Cases.

25.     To the best of my knowledge, neither Ducera nor I, nor any other employee of Ducera that will work on the Debtors' engagement, has any connection with, holds, or represents any interest adverse to the Debtors, their estates, or the Potential Parties in Interest, except (a) as set forth in **Schedule 2** and (b) as otherwise set forth below:

> Prior to the commencement of the Chapter 11 Cases, Ducera performed professional services for the Debtors.  Although Ducera's records indicate that it is not owed any amounts in respect of prepetition services provided to the Debtors, it is possible that certain reimbursable expenses were incurred but were not reflected on Ducera's books and records as of the

Petition Date.  Upon entry of an order approving the Application, Ducera
will waive any claim for such unreimbursed expenses in excess of amounts
paid prepetition.

Certain professionals presently employed by Ducera, may have been
formerly employed by other financial services or other professional services
firms that may be among, or may represent other parties that are among, the
creditors, equity holders, or other parties-in-interest in the Chapter 11
Cases.  While employed by other firms, certain professionals presently
employed by Ducera may have represented creditors, equity holders or
other parties-in-interest in the Chapter 11 Cases in connection with matters
unrelated to the Debtors and the Chapter 11 Cases.  Ducera does not believe
that any of these activities constitute interests adverse to the Debtors'
estates.

26.     Ducera provides services in many areas, including restructuring and distressed debt.
As part of its diverse practice, Ducera appears in numerous cases, proceedings, and transactions
involving many different attorneys, accountants, investment bankers, and financial consultants,
including governmental agencies, some of whom may represent claimants and parties in interest
in the Chapter 11 Cases.  Furthermore, Ducera has in the past, and may in the future, be represented
by various attorneys and law firms, some of whom may be involved in the Chapter 11 Cases.  In
addition, Ducera has been in the past, and likely will be in the future, engaged in matters unrelated
to the Debtors or the Chapter 11 Cases in which it works with, or in opposition to, other
professionals involved in the Chapter 11 Cases.

27.     Ducera, on occasion, is hired directly by attorneys and law firms to provide services
for the benefit of one or more parties, some of whom may not be known to Ducera and/or may be
parties in interest in these proceedings.  Persons that may become parties in interest in the Chapter
11 Cases, and persons that have business relationships with parties in interest in the Chapter 11
Cases, are competitors of parties in interest or that are customers of parties in interest, may be or
may have been: (a) parties in interest in other bankruptcy cases where Ducera has acted or is
currently acting as financial advisor or investment banker to the Debtors or to other parties in

interest; (b) affiliates of or creditors of persons by whom Ducera may have been engaged, is currently engaged, or may in the future be engaged; or (c) affiliates of or entities involved in matters wholly-unrelated to the Chapter 11 Cases, where Ducera has acted or is currently acting as financial advisor or investment banker for creditors and/or steering committees.

28.     Given the number of Potential Parties in Interest in the Chapter 11 Cases, and despite the efforts to identify and disclose Ducera's relationships with Potential Parties in Interest in the Chapter 11 Cases, Ducera is unable to state with certainty that every client relationship or other connection has been disclosed in this Declaration.  Ducera will make continued inquiries following the filing of the Application, on a periodic basis, with additional disclosures to this Court if necessary or otherwise appropriate.

29.     I am not related or connected to and, based on the connections check performed in accordance with the Ducera Firm Procedures, no other professional of Ducera who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the District of Delaware, any of the District Judges for the District of Delaware who handle bankruptcy cases, or any employee in the Office of the United States Trustee for the District of Delaware.

30.     It is Ducera's policy and intent to update and expand its ongoing relationship search for additional parties in interest in an expedient manner.  If any new material relevant facts or relationships are discovered or arise, Ducera will promptly file a supplemental declaration.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 30, 2023                          Ducera Partners LLC

                                                 */s/ Cody Kaldenberg*

                                                 Cody Kaldenberg
                                                 Partner

## Schedule 1

**Potential Parties in Interest**

# SCHEDULE 1

## List of Schedules

| Schedule | Category |
| --- | --- |
| 1(a) | 5% or More Equity Holders |
| 1(b) | Bankruptcy Judges, Staff, and U.S. Trustee Personnel for the United States Bankruptcy Court for the District of Delaware |
| 1(c) | Banks, Lenders, and Administrative Agents |
| 1(d) | Committee Members |
| 1(e) | Committee Professionals |
| 1(f) | Current Directors and Officers |
| 1(g) | Customers |
| 1(h) | Debtor Professionals |
| 1(i) | Debtors |
| 1(j) | Environmental Related Parties |
| 1(k) | Insurance Providers and Agents |
| 1(l) | Litigation and Subrogation Claims |
| 1(m) | Material Contract Counterparties |
| 1(n) | Non-Debtors |
| 1(o) | Other Restructuring Professionals |
| 1(p) | Significant Vendors |
| 1(q) | Surety and Letters of Credit Issuers |
| 1(r) | Taxing Authorities, Governmental Agencies, and Regulatory Agencies |
| 1(s) | Top 30 Creditors |
| 1(t) | UCC Lien Parties |
| 1(u) | Union Funds |
| 1(v) | Unions |

## SCHEDULE 1(a)

### **5% or More Equity Holders**

International Brotherhood of Teamsters
MFN Partners Management LP
United States, Government of the, Department of the Treasury

## SCHEDULE 1(b)

### Bankruptcy Judges, Staff, and U.S. Trustee Personnel for the United States Bankruptcy Court for the District of Delaware

Attix, Lauren
Barksdale, Nickita
Batts, Cacia
Bello, Rachel
Brady, Claire
Capp, Laurie
Casey, Linda
Cavello, Robert
Chan, Ashely M.
Cudia, Joseph
Dice, Holly
Dorsey, John T.
Dortch, Shakima L.
Farrell, Catherine
Fox, Timothy J., Jr.
Gadson, Danielle
Giordano, Diane
Goldblatt, Craig T.
Green, Christine
Hackman, Benjamin
Haney, Laura
Horan, Thomas M.
Hrycak, Amanda
Johnson, Lora
Jones, Nyanquoi
Leamy, Jane
Lopez, Marquietta
Lugano, Al
McCollum, Hannah M.
Mcmahon, Joseph
O'Malley, James R.
Owens, Karen B.
Ranieri, Joan
Richenderfer, Linda
Sarkessian, Juliet
Schepacarter, Richard
Serrano, Edith A.
Shannon, Brendan L.
Sierra-Fox, Rosa
Silverstein, Laurie Selber
Stickles, J. Kate

Subda, Paula
Walker, Jill
Walrath, Mary F.
Wynn, Dion
Yeager, Demitra

# SCHEDULE 1(c)

## Banks, Lenders, and Administrative Agents

ACE Global Multi-Credit LLC
Alter Domus Products Corp.
Amissima Diversified Income ICAV
AP Kent Credit Master Fund LP
Apollo Accord Master Fund III LLP
Apollo A-N Credit Fund (Delaware) LP
Apollo Atlas Master Fund LLC
Apollo Centre Street Partnership LP
Apollo Credit Funds ICAV
Apollo Credit Master Fund Ltd.
Apollo Credit Strategies Master Fund Ltd.
Apollo Lincoln Fixed Income Fund LP
Apollo Moultrie Credit Fund LP
Apollo Tactical Value SPN Investments LP
Apollo TR Enhances Levered Yield LLC
Apollo TR Opportunistic Ltd.
Aspen American Insurance Co.
Athora Lux Invest
Bancomer
Bank of America NA
Bank of Bermuda
Bank of Nova Scotia, The
BNY Mellon
Cadbury Mondelez Pension Trust Ltd.
CIT Finance LLC
Citadel Securities LP
Citizens Bank NA
Citizens Business Capital
Cortland Products Corp.
ING Capital LLC
JPMorgan Chase Bank NA
KeyBank NA
MPI (London) Ltd.
PNC Bank
PNC Bank NA
San Bernardino County Employees' Retirement Association
Siemens Financial Services Inc.
TD Bank
UMB Bank
United States, Government of the, Department of the Treasury
US Bank NA
Wells Fargo

# SCHEDULE 1(d)

## **Committee Members**

BNSF Railway Co.
Central States, Southeast & Southwest Areas Pension Fund
Daimler Trucks NA
International Brotherhood of Teamsters
Michelin North America Inc.
New York State Teamsters Pension & Health Funds
Pension Benefit Guaranty Corp.
Raisner Roupinian LLP
Rft Logistics LLC
Rivera, Armando

# SCHEDULE 1(e)

## **Committee Professionals**

Akin Gump Strauss Hauer & Feld LLP
Benesch, Friedlander, Coplan & Aronoff LLP
Huron Consulting Group Inc.
Miller Buckfire & Co. LLC

## SCHEDULE 1(f)

### Current Directors and Officers

Bergman, Jason W.
Carreno, Tony
Carty, Douglas A.
Dawson, Leah K.
Doheny, Matthew A.
Evans, Javier
Harris, Darrel J.
Hawkins, Darren D.
Hoffman, James E.
Jones, Shaunna D.
Martinez, Susana
McClimon, David S.
Nazemetz, Patricia M.
Olivier, Daniel L.
Rumfola, Annlea
Sultemeier, Chris T.
Webber, David H.

# SCHEDULE 1(g)

## Customers

| | |
|---|---|
| 4Front Ventures Corp. | Mars Petcare USA Inc. |
| Amazon.com Inc. | Medline Industries Inc. |
| ARC Supply Chain Solutions | NFI Industries Inc. |
| ArcBest Enterprise Solutions Inc. | Nissan North America Inc. |
| Ascent Global Logistics Inc. | Office Depot |
| Association Solutions | Ohio Logistics Ltd. |
| Barrette Outdoor Living Inc. | OMNI Logistics |
| BlueGrace Logistics | PB Consultants Ltd. |
| Blue-Grace Logistics LLC | Phillips Van-Heusen |
| CH Robinson Co. Inc. | Ply Gem Industries Inc. |
| Daimler Trucks North America LLC | Priority One Holding Co. |
| Dollar General Corp. | ReTrans Freight Inc. |
| Dollar Tree Stores Inc. | Rite Aid Corp. |
| DuPont | Rivian Automotive LLC |
| DuPont Specialty Products USA LLC | Rogers & Brown North American Logistics Inc. |
| Eaton Corp. plc | Ryder Carrier Management Services |
| Echo Global Logistics Inc. | Samsung Electronics America Inc. |
| ETech Group | Savings4Members |
| Exel Ltd. | Schneider Logistics Inc. |
| Expeditors Cargo Insurance Brokers | Signify Lighting |
| Falvey Shippers Insurance | Signify North America Corp. |
| Fern Exposition Services | Simplified Logistics LLC |
| First Brands Group LLC | Spectrum Brands |
| Ford | Stanley Black & Decker (US) Inc. |
| Ford Motor Co. | Staples Inc. |
| Freeman Parent Cos. | SupplyHouse.com |
| Freightquote.com Inc. | Tforce Worldwide Inc. |
| Gallagher Affinity Insurance Services Inc. | TFWW |
| General Electric Co. | TPS Logistics Inc. |
| GlobalTranz Enterprises LLC | Transportation Insight LLC |
| HealthCore Inc. | Turn 5 |
| Hillenbrand Inc. | Turn5 Inc. |
| HNRY Logistics Inc. | Uber Freight US LLC |
| Home Depot Inc., The | Uline Inc. |
| Honda Motor Europe Logistics | Unishippers Global Logistics LLC |
| Hub Group Inc. | United States, Government of the |
| Hubbell Inc. | Unyson Logistics Inc. |
| Hyundai America Shipping Agency Inc. | UPS Capital Insurance Agency Inc. |
| Johnson Controls Inc. | Vollrath Co., The |
| LO Trading Corp. | Volvo Logistics North America Inc. |
| Logikor Inc. | VWR International LLC |
| Logistics Plus Inc. | |

Walmart Stores Inc.
WebstaurantStore Inc., The
Worldwide Express Operations LLC

# SCHEDULE 1(h)

## **Debtor Professionals**

Alvarez & Marsal
Ducera Partners LLC
Epiq Global
Goodmans LLP
Pachulski Stang Ziehl & Jones LLP

# SCHEDULE 1(i)

## **<u>Debtors</u>**

1105481 Ontario Inc.
Express Lane Service Inc.
New Penn Motor Express LLC
Reimer Holding BV
Roadway Express International Inc.
Roadway Next Day Corp.
USF Bestway Inc.
USF Dugan Inc.
USF Holland International Sales Corp.
USF Holland LLC
USF Reddaway Inc.
USF Redstar LLC
Yellow Freight Corp.
Yellow Logistics Inc.
YRC Association Solutions Inc.
YRC Enterprise Services Inc.
YRC Freight Canada Co.
YRC Inc.
YRC International Investments Inc.
YRC Logistics Inc.
YRC Logistics Services Inc.
YRC Mortgages LLC
YRC Regional Transportation Inc.

# SCHEDULE 1(j)

## **Environmental Related Parties**

Environmental Protection Agency
Roosevelt Irrigation District (AZ)

# SCHEDULE 1(k)

## Insurance Providers and Agents

ACE American Insurance Co.
ACE Property & Casualty Insurance Co.
AEGIS London
AFCO Credit Corp.
AIG Specialty Insurance Co.
Allianz Global Corporate & Specialty SE
Allianz Global Risk US Insurance Co.
Allianz US Risks US Insurance Co.
Allied World Assurance Co. Ltd.
American International Group UK Ltd.
American International Reinsurance Co.
     Ltd.
Applied Underwriters
Arcadian
Arch Reinsurance Ltd.
Aria (SAC) Ltd.
Aspen American Insurance Co.
AXA XL
AXIS Bermuda Puni-Wrap
AXIS Insurance Co.
AXIS Specialty Ltd.
AXIS Surplus Insurance Co.
Beazley Insurance Co.
Berkshire Hathaway International Insurance
     Ltd.
Berkshire International
BFL
Canopius
Chubb Bermuda Insurance
Chubb Ltd.
CNA
Columbia Casualty
Continental Casualty
Crum & Forster
EmergIn Risk
Endurance American Insurance Co.
Endurance Specialty Insurance Ltd.
Everest Insurance
Federal Insurance Co.
GAI Insurance Co. Ltd.
Great American Assurance Co.
Greenwich Insurance Co.

Helix Underwriting Partners Ltd.
Illinois Union Insurance Co.
Lex-London
Lloyd's of London
Lockton
Magna Carta - Aegis
Magna Carta Insurance Ltd.
Markel
Markel Bermuda
Mosaic Insurance
National Fire & Marine Insurance Co.
National Union Fire Insurance Co. of
     Pittsburgh, PA
North Rock Insurance Co.
Old Republic General Insurance Corp.
Old Republic Insurance Co.
Old Republic Insurance Co. of Canada
Resilience Cyber Insurance
Roanoke
Roanoke Trade
RSUI Indemnity
RT Specialty
SiriusPoint Bermuda Insurance Co. Ltd.
Sompo
St. Paul Fire & Marine Insurance Co.
Tokio Marine HCC
Travelers
Travelers of Canada
U.S. Specialty Insurance Co.
Vantage Risk Ltd.
Westchester Surplus Insurance Co.
Willis Towers Watson
XL Insurance Co. SE - Irish Branch

# SCHEDULE 1(l)

## Litigation and Subrogation Claims

68th Street Dump Superfund Alternative
  Site
Abili, Edward
Agyilirah, Kwame
Alabama Automotive & Diesel Repair
Alco Iron & Metal Co.
Alexander, James C.
Almonte, Criseily A.
APDI Liquidation LLC
Arce, Mario
Arias, Nicole
Auguste, Micheline
Baez, Dania
Bagwell, Kevin
Baker, Ringo
Bazarov, Jacob
Bed Bath & Beyond
Bhandari, Ameesh
Binette, Myriam
Blackstrap Industries Inc.
BM Group Inc.
Boblitt, Robert E.
Bojang, Muhamed
Bright Earth Foods
Broussard, Devonte Thomas
Brown, Melissa D.
Bryant Holdings LLC
Bufford, Russell
Buford, Virginia
Burrell, Brandy C.
Byrd, Destinee R.
Cancino, Edgar
Carrillo, Robert
Charlot, Charlene
Cherry Man Industries
Clarin, Shannon L.
Clark, Paul
ComLink Network Services
Cooper, Steven
Curry, James
Daugherty, Norman E.
Deleon, Yeferson

Dewell, Megan B.
Dominguez, Jennifer
DPS Auto Shippers
Drew, Derrick E.
Drive New Jersey Insurance Co.
Eclipse IP LLC
Environmental Protection Agency
Eskridge, Decarlo A.
Federal Motor Carrier Safety Administration
Fernandez, Christian
Fisher, Sherquenna
Freeman, Sabrina
Fuselier, William
G&J Carlson Truck & Trailer Repairs
Galloway, Kevin M.
Garcia, Erica
Gassaway, John
Gibby, Gary
Gilmore, Jimmie L.
Giunto, Vincenzo
Glover, D'Angelo
Goodman, Sopia L.
GPNE Corp.
Grissom, Bobby
Haefner Farm
Hall, Derek
Hallamore Corp.
Hamilton, Bonita
Hanford, Paige
HBC Strategies
Hernandez, Emely
Hernandez, Henry P.
Hettick, Rachael L.
Hill, Antonio
Hill, Tina
Hitz, Alexander
HKM Direct Market Communication
HNRYLogistics.com
HNRYLogistics.net
Home Products International Inc.
Hong, Han G.
Hong, Isaac

Hong, Marybeth
House, Joshua W.
Howard, James
Hubert, Jimmie
Hucks, Novella N.
Hudson, Christine
Ibarra-Bastidas, Gabriela
Indemnity Insurance Co. of North America
Interboro Packaging Corp.
Jackson, Geraldine
Jackson, Leroy F.
Johnson, Glenn
Johnson, Lillie P.
Jones, Delores
Kelsie, Adam
Kenco Logistic Services LLC
Khaira, Jarnail S.
Kiel, Mindy Ann
Kirn, Colenan B.
Kitzmiller, Christie
Kluxen, Michael
Kouloujian, Hagop
Lapolla, Blaise E.
Leung, Marina
Lewis, Christina
Littral, William A.
Logistica Zemog
Logitraq LLC
Loomis, Marshall
Lopez-Builes, Martha
Louis, Kirby
Louro, Emily J.
Luce, John
Madden, Jaylin J.
Malnik, Alvin L.
Martin, Janae
Martino, Anthony
Mata, Martin Nava
Maxfield Candy Co.
Mcbean, Camila
Mercado, Milagros V.
Miller, Thomas
Misquez, Aaron S.
Mongelli, Paul L.
Moonilal-Singh, Kavir
Mughadam, David

Napiwocki, Jill
Neathery, Anthony S.
Newton, Jesse
Nipponkoa Insurance
Nova Wildcat Shur-Line Holdings (H2 Group)
Nowicki, Lawrence
Ocean Amusements Inc.
Omachron Science Inc.
Oncor Electric Delivery Co.
Openshaw, Anne-Celeste
Party City
Patel, Ankit K.
Patterson, Nancy
Peguero, Yency
Pemba, Vignola
Perez-Ortiz, Yuritsi
Perez-Valencia, Lexington
Plott, JC
PML Capital Inc.
Ponce, Leonel
Powell, Anthony
Proto, Erik
Purchase Master LLC, The
Pyramid Flooring / Seneca Hardwood
Quality Ocean
R&L Carriers
Reimer World Corp.
Revlon Inc.
Richard, Joshua
Riggins, Kimdell
Riley, Cherry B.
Rivera-Romero, Leslie J.
RoadNet Technologies
RoadwayDelivery.com
Robinson, Summer Cheyenne
Robles, Samuel
Rocket Farms Inc.
Rodriguez, Kenneth
Rodriguez, Raudin
Rogers, Liliah
Roman, Nadine
Ropshaw, Cade J.
Sanchez Garcia, Horacio
Sanders, John
Santos, Martita S.

Sawyer, Sheri L.
Sayegh, Ailyn
Schimmoller, James D.
Selby, Robert
Session, Qusarn F.
Simon, Alpar
Sira-Monsalve, Yelimar
Sirius Computer Solutions
Slater, Willie Lee
Smith, Caesar
Sneed, Hodges
Sofolonia, Vea
Sosa, Juan
Spence, Tena J.
Sritharan, Sri
Standard Roofing & Sheet Metal Supply
Stewart Rentals
Tartabull, Carlos E.
Temp-Coat Brand Products
Thorn, Jeff
Tinsley, Jesstina
TM Longevity Center, CA
Transmate Logistics
Trice, Whittni L.
TS Express
Tucows Inc.
Turakulov, Damir T.
United States, Government of the,
    Department of Defense
United States, Government of the,
    Department of Labor Occupational
    Safety & Health Administration
United States, Government of the,
    Department of Labor, Occupational
    Safety and Health Administration
United States, Government of the,
    Department of the Treasury
United States, Government of the,
    Environmental Protection Agency, 68th
    Street Site Work Group
US Freightways Inc.
Veasey, Zackary
Viera, Octavio F.
Vital Pharmaceuticals Inc.
Vizant Technologies LLC

Washington, State of, Employment Security
    Department
Wasmiller, Lorinda
Waters-Ocasio, Laureen
Watkins, Eric
Williams, Bernard
Williams, John
Winston, James D.
Winston, Joyce A.
Winston, Sharee D.
Wyszynski, Paul
Yanto, Charmane
Yello Strom
Yellow Crates Corp.
Yellow Transportation Inc.
YRCCourier.com
YRCWorldwideDelivery.com
Zenobia Co. LLC

# SCHEDULE 1(m)

## Material Contract Counterparties

1313 Grand Street Realty LLC
1333 North Market LLC
181 West Johnson Operating LLC
445 Hollywood Avenue LLC
9551930 Canada Inc.
A. Duie Pyle Inc.
ABF Freight System Inc.
Acheron Land Holdings ULC
Ajia LLC
Alamitos Auto Parts Inc.
Allied Logistics Corp.
AppleTree Realty Holdings LLC
Artim Industrial Properties
Aurora Business Park Associates LP
Axos Bank
B&W Investments
B. Kik Properties LLC
Baker Dennard & Goetz Inc.
Barry Jenkins Trust
Bel Air T.T. LLC
Big Sky Property Management
Blach Distributing Co.
Blach Investment Group
Bluebird Real Estate Holdings LLC
BNSF Railway Co.
Boyer Logistics Inc.
BREIT Industrial Canyon
C&S Brokerage
Carlson, Lorraine
Central Property Group LLC
Chamberlain Trust
Chamberlain, Jack
Champion Terminal Associates LLC
Chicago Title Land Trust Co.
Christy Real Estate LLC
Commerce Road Terminals LLC
Crown Associates LLC
Crown Enterprises Inc.
CWW Enterprises LLC
DCT Eckhoff Street LLC
DCT Peoria Street LLC
DCT Regentview Avenue LLC

Dock Street Corp.
Don Jerry X-Plo Inc.
Dunco LLC
Dwell Wise LP
DWJS LLC
East West Bank
Edinburgh Logistics Assets LLC
Eiler LLC
Elmira Terminal & Warehouse Corp.
Estes Express Lines Inc.
Estes Terminals LLC
Exeter 1619 N Plaza LLC
Exol Properties LLC
Faloma Fazio Property LLC, The
Fazio TV LLC
Federal Bridge Corp. Ltd., The
Fifty Second Avenue Associates Inc.
Finlayson Logistics Assets LLC
Freeport Center Associates
Freight Line Properties LLC
G&I IX Cheshire LLC
GB Albany LLC
GB Union Gap LLC
GEFFS Manufacturing Inc.
GIJV IL7 LLC
Glen EG LLC
Goodland, City of (KS)
GPT Deer Park Terminal Owner LLC
GPT Orlando Terminal Owner LLC
GPT Santa Fe Springs Owner LP
Green Acres Gypsum & Lime Co. Inc.
Green Blue 1818 LLC
Growth Funding Equipment Finance
GRP 298 Astor LLC
Gulsons Cutter LLC
Haener Properties LP
Harris Real Estate Holdings LLC
Hartman Road LLC
Hawkey Transportation Inc.
Haycock, Victoria C.
HealthSource Integrated Solutions
Heatherly, Jim

Highland Investments LLP
Hofstad, Jerald K.
HVIP Industrial Park
Invermex LLC
Isaacson, Paul
Ivey Self Storage Inc.
J&C Gilman LLC
Jay F. Mannino Trust
JB Wright Insurance Services
Jeds LLC
Jennings Leasing LLC
JL Clark Inc.
Jonesboro Freight Terminal LLC
JVCA Investments LLC
Kestrel Crossdock LLC
Lenzen, Pearl
LightEdge Technologies Ltd.
M4 Terminals LLC
Mad Acquisitions LLC
Madrona Cutter LLC
Marley RMC II SPE LLC
Mary A. Fazio LP I
Matelich Crane Pier & Piling
McCallum Family LLC
McPherson Cos., The
Mercedes-Benz Financial Services USA
     LLC
MG Fishersville I LLC
MJ Rock LLC
Mobile Airport Authority
Mohawk Street Properties LLC
Montana Opportunities LLC
Morse, Ann B.
Morse, David M.
Multi-Base Inc.
NAPA Auto Parts
Nations Equipment Finance
NATMI LPF Bloomington LP
NATMI National FX Properties LLC
NATMI National Tampa LLC
NATMI National Truck Terminals LLC
Ned Properties LLC
Nelson, Mitchell
Nextran Truck Center
Niagara Falls Bridge
Norstar Walker Inc.

North Acres Development Co. Inc.
NW 5+B Office & Retail LLC
Oliver, Cynthia
Ontiveros, Maria
OPS-KC Aspiria LLC
Orange Batavia I LLC
Orchard Investments Inc.
P&R Property Management
PAC Operating LP
PACCAR Financial Corp.
Pacific Transshipment Centers LLC
PacifiCorp
Peapack Capital Corp.
Penske Truck Leasing Co. LP
Peters Investments LLC
Pifer Property Holdings LP
Popular Investments LLC
Port of Seattle
PPF Sudberry Ocean View Hills LP
Price Property & Investments LLC
Prologis LP
Prologis Targeted US Logistics Fund LP
Prologis USLV NEWCA 3 CA
Prologis USLV NEWCA 3 CA
Prologis USLV SUBREIT 4 LLC
Property 1955 LLC
PWM Inc.
Pyro Junkie Fireworks Inc.
Radius Bank
Realterm Nat Property Holdings LP
Regency West Office Partners LLC
Reimer World Properties Corp.
RGA Dalfen East Dallas LP
Rich & Dave Grant Properties
Richardsons Properties LLC
RL Roberts LLC
RLF Booth SPE LLC
RLF I-A SPE LLC
RLF I-C SPE LLC
RLF I-Pico SPE LLC
RLIF East 2 LLC
RLR Investments LLC
Roemer Way LLC
RWP Manitoba Ltd.
Ryder Truck Rental Inc.
S&S Transport

Salem Warehouse Syndicate LLC
Santa Maria Investments LLC
Schopp Properties LLC
Shaffer Road LLC
Sherman, County of (TX), County Clerk
Shurling Property
Silver Creek LLC
Snohomish County Airport
Soeth Corp.
Southeastern Freight Lines Inc.
Southern Warehousing & Distribution
Spalding & Son Inc.
Staker & Parson Cos. Inc.
Sterling National Bank
Stoughton Trailers Acceptance Co. LLC
Tatanka LLC
Terminal Logistics II Mid-Atlantic Spe LLC
Terminal Logistics II South SPE LLC
Terminal Logistics II Texas SPE LP
Terreno Clawiter LLC
Terreno Dell LLC
TFI International Inc.
Thunderbolt Management Group Inc.
TierPoint LLC
Timberline Distributors LLC/The Black
    Sheep LLC
Toon Investments LLC
Toyota
Trafton Warehouse LLC
Trip Portfolio LLC
Umpqua Dairy
Unite Private Networks
USHOLL (MI) LLC
Velocity Partners LLC
Vieweg Real Estate
Villa Vista West LLC
Volvo Financial Services
Warner-Williams Investments Inc.
Watwood Investments LLC
West Emerson Brokers Mall Ltd.
Wheels Up Experience Inc.
Wiggins, Lee A.
WIPT Inc.
Wolverine Freight System
Zollinger Commercial Warehousing

# SCHEDULE 1(n)

## **Non-Debtors**

OPK Insurance Co. Ltd.
PT Meridian IQ Indonesia International
Roadway Express Inc.
Roadway Express SA de CV
Roadway LLC
Transcontinental Lease S. de RL de CV
USF Holland Inc.
Yellow Corp.
Yellow Transportation Inc.
YRC Freight
YRC Logistics Asia Ltd.
YRC Services S. de RL de CV
YRC Transportation SA de CV

# SCHEDULE 1(o)

## **Other Restructuring Professionals**

AlixPartners LLP
Arnold & Porter Kaye Scholer LLP
Choate, Hall & Stewart LLP
FTI
Hogan Lovells US LLP
Holland & Knight LLP
Houlihan Lokey Inc.
Milbank
Province Inc.
Quinn Emanuel Urquhart & Sullivan LLP
Ropes & Gray LLP
White & Case LLP

# SCHEDULE 1(p)

## Significant Vendors

4Refuel Canada LP
7 Oil Co. Inc.
A. Duie Pyle Inc.
AAA Semi Truck & Trailer Repairs LLC
Altus Receivables Management Inc.
AmeriGas Propane
Aramark Inc.
AT&T Inc.
Aurora Parts & Accessories LLC
Avery Weigh-Tronix LLC
B2B Supply
Baucom Service Inc.
Bayard Advertising Agency
Belk Express
Bestpass Inc.
Blue Cross & Blue Shield Illinois
Bobs Mobile Truck & Trailer Shop Ltd.
Bridgestone Americas Inc.
Brown & Joseph LLC
BS Transport LLC
Canada, Government of, Receiver General
Canadian National Railway Co.
Cass Information Systems Inc.
CBK Construction Co.
CenturyLink
Chevron Products Co.
Cintas Corp.
City Wide Franchise Co. Inc.
Comdata Inc.
Conrad & Bischoff Inc.
ConvergeOne Inc.
Cook, County of (IL), Treasurer
Corporate Lodging Consultants Inc.
Coyote Logistics
CrossCountry Courier Inc.
CSTK
CVS Caremark
Daimler Truck Financial Services
Dekra Services Inc.
Dell Marketing LP
Delta Dental of Kansas Inc.
Diesel Direct Inc.

Diesel Direct West
Direct ChassisLink Inc.
Diversified Energy Supply
Dun & Bradstreet Inc.
Ean Services LLC
East Bay Drayage Drivers Security Fund
Ernst & Young LLP
Exl Service Holdings Inc.
Exl Service Ireland Ltd.
ExperSolve
Factor Systems Inc.
Fidelity Workplace Services LLC
Fire Engineering Co. Inc.
First Advantage Background Services Corp.
Fleet Charge
FleetPride Corp.
Fletes Mexico Carga Express
GardaWorld Security Services
Gardewine & Sons Ltd.
GBS Corp.
Geos Environmental Inc.
Goetz Energy Corp.
Goodyear Tire & Rubber Co., The
GPT Operating Partnership LP
Grainger
Green Blue 1818 LLC
Guidepoint Security LLC
Hagerstown Teamsters & Motor Carriers
Hartford Life & Accident Ins Co.
Haulistic LLC
Haz-Mat Response Inc.
Heritage Petroleum LLC
Hightowers Petroleum Co.
HNRY Logistics Inc.
Honeywell Scanning & Mobility
Hyundai Translead
IBM Corp.
IBT Local 710
IBT Local 710 Health & Welfare
IBT Local 710 Pension Fund
Imperial Supplies LLC
Indiana, State of, Department of Revenue

Infostretch Corp.
Insight Direct USA Inc.
Intercept Logistics Inc.
Interstate Building Maintenance Corp.
ITF LLC
ITS National LLC
J.J. Advantage Security
Jacobus Energy LLC
James River Petroleum Inc.
JLT Mobile Computers Inc.
Kasowitz Benson Torres LLP
Keyhole Software LLC
KPMG LLP
Lao-Hmong Security Agency Inc.
Leuf of Florida Inc.
Local 251 Health & Welfare Fund
Local 701 Mid-Jersey Trucking
Local 707
Lytx Inc.
Magnum LTL Inc.
Mansfield Oil Co.
Marsh USA Inc.
Michelin North America Inc.
Microsoft Corp.
Mid-American Constructors LLC
Milestone Trailer Leasing LLC
Mirabito Energy Products
Miracle Express Inc.
Miri Piri Transportation Inc.
M-O FreightWORKS
Mode Transportation LLC
Morgan, Lewis & Bockius LLP
Motus LLC
MTM Recognition Corp.
National Landscape Management
New England Teamsters Pension Fund
New York State Teamsters
New York State Teamsters Council
Nextran Truck Centers Midwest Inc.
Norfolk Southern Corp.
North American Transaction Services
North Park Transportation Co. Inc.
NTT Data Services LLC
NW Fleet Trucktrailer Repair Inc.
Offen Petroleum LLC

Ogletree, Deakins, Nash, Smoak & Stewart PC
Ohio, State of, Department of Taxation
Okta Inc.
Old Republic Risk Management Inc.
Old World Industries LLC
Optym
Oracle America Inc.
Oregon Teamster Employers Trust
Oregon, State of, Department of Transportation, Motor Carrier Transportation Division
Orlando Pro Truck Repairs LLC
OSCO Inc.
Overland West Freight Lines
Paccar Parts Fleet Services
Packaging Corporation of America
Pasha Hawaii Holdings LLC
PCS Surface Delivery
PetroCard Inc.
Pilot Travel Centers LLC
Pinnacle Fleet Solutions
Pontoon Solutions Inc.
Prestige Fleet Services LLC
Progistics Distribution Inc.
Prologis USLV NEWCA 3 LP
Proskauer Rose LLP
Publicis Sapient
R&D Mobile Services Inc.
R.L. Roberts LLC
Ray's Tire Service LLC
Reed Transport LLC
Rft Logistics LLC
Ricoh USA Inc.
Riley Oil Co.
Ringcentral Inc.
Road Carriers Local 707 Welfare Fund
Road-1 Inc.
Roofoptions LLC
Rush Truck Center
Safety-Kleen Systems Inc.
Salesforce.com Inc.
San Bernardino, County of (CA), Tax Collector
SC Fuels
Schneider National Inc.

Securitas Security Services USA Inc.
Security Solutions of America
Sedgwick Claims Management Services Inc.
Signature Graphics Inc.
Span Alaska Transportation Inc.
Speedy Transport Group Inc.
Staples Business Advantage
STL Truckers LLC
Straight Freight System LLC
Suburban Teamsters Welfare Fund
Superior Material Handling Inc.
Tacoma Motorfreight Service
Taylor Communications
TBS Factoring Service LLC
Teamsters Health & Welfare Fund
Teamsters Local 25 Health & Welfare Plan
Teamsters Local 641
Teamsters Local 641 Health & Welfare
    Fund
Teamsters National 401K Savings Plan
Teamsters Pension Fund
Teamsters Union Local 25
Technology Group Solutions LLC
Ten Logistics Inc.
TIG Fleet Service
Total Quality Logistics LLC
Tote Maritime Puerto Rico LLC
Trans-National Express
Trucking Employees of North Jersey
Trucking Management Inc..
Truckpro
U.S. Xpress Enterprises Inc.
Uline Shipping Supply Specialists
Union National Bank
Union Pacific Railroad
United Parcel Servce Inc.
United States Postal Service
US Special Delivery
Vanguard National Trailer Corp.
Verizon Connect Telo Inc.
Verizon Wireless
Washington Teamsters Welfare Trust
Waste Harmonics LLC
Waste Management National Services Inc.
Webster Bank
West Power Services

Western Pennsylvania Teamsters &
    Employers Welfare Fund
Wiese USA
Wilmington Trust Co.
World Fuel Services Inc.
Zello Inc.

# SCHEDULE 1(q)

## <u>Surety and Letters of Credit Issuers</u>

Arch Capital Group
Argo Group
Chubb Group
CNA Surety
Intact Group
Liberty Mutual Group
Protective Insurance Co.

# SCHEDULE 1(r)

## **Taxing Authorities, Governmental Agencies, and Regulatory Agencies**

Canada Revenue Agency
Danville, City of (IL)
Joilet, City of (IL)
Los Angeles, County of (CA)
Massachusetts, Commonwealth of, Department of Revenue
New York, State of, Department of Taxation & Finance
Pennsylvania, Commonwealth of, Department of Revenue
San Joaquin, County of (CA), Assessor's Office
St. Joseph, County of (IN)
Texas, State of, Comptroller
Washington, State of, Department of Revenue

# SCHEDULE 1(s)

## Top 30 Creditors

Amazon.com Inc.
Bed Bath & Beyond
Belk Express
BNSF Railway Co.
Central Pennsylvania Teamsters
Central States H&W Fund
Central States Pension Funds
Coty Inc.
Daimler Trucks NA
Direct ChassisLink Inc.
Exl Service Holdings Inc.
Goodyear Tire & Rubber Co., The
Home Depot Inc., The
IAM National 401K Plan
IBT Local 710
Keurig Dr. Pepper Inc.
Local 707
Local 805 Pension & Retirement Plan
Michelin North America Inc.
Michigan Conference of Teamsters
Mid-American Constructors LLC
New York State Teamsters Council
North American Transaction Services
Pension Benefit Guaranty Corp.
Penske Truck Leasing
Pilot Travel Centers LLC
Rft Logistics LLC
Teamsters National 401K Savings Plan
Union Pacific Railroad
Western Teamsters Welfare Fund

# SCHEDULE 1(t)

## **UCC Lien Parties**

Altabank
Alter Domus Products Corp.
Bank of New York Mellon
BofI Federal Bank
Citizens Asset Finance Inc.
Citizens Bank NA
Citizens Business Capital
Cortland Products Corp.
Credit Suisse AG
EverBank Commercial Finance Inc.
First Utah Bank
Growth Funding Equipment Finance
Harbor Capital Leasing Inc.
Harbor Capital Leasing LLC
HYG Financial Services Inc.
Investors Bank
JPMorgan Chase Bank NA
Les Schwab Warehouse Center Inc.
Milestone Equipment Corp.
Nations Fund I Inc.
Nations Fund I LLC
NewStar Commercial Lease Funding I LLC
NewStar Equipment Finance I LLC
NMHG Financial Services Inc.
People's Capital & Leasing Corp.
People's United Bank NA
PMC Financial Services Group LLC
Radius Bank
RBS Citizens Business Capital
Somerset Capital Group Ltd.
Somerset Capital Group XXII
Stoughton Trailers Acceptance Co. LLC
Susquehanna Commercial Finance Inc.
Toyota Industries Commercial Finance Inc.
United States, Government of the, Department of the Treasury, Internal Revenue Service
Utica LeaseCo LLC
Wintrust Equipment Finance
YRC Inc.

# SCHEDULE 1(u)

## Union Funds

Albany Trucking & Allied Industries - Local 294

Allied Services Division - BRAC 1908 MIA

Allied Services Division Welfare Fund

Automobile Mechanics' Local 701 Union & Industry Pension Fund (Chicago Mechanics)

Automobile Mechanics' Local 701 Union & Industry Welfare Fund (Chicago Mechanics)

Central Pennsylvania Teamsters Health & Welfare Fund

Central Pennsylvania Teamsters Pension Fund

Central States Health & Welfare Fund

Central States Pension Fund

Central States Pension Fund - Local 778

Central Status Health & Welfare Fund

Central Status Health & Welfare Fund - Local 778

Central Status Pension Fund

Central Status Pension Fund - Local 778

Chauffeurs Teamsters & Helpers Local Union 301 Health & Welfare Fund

District #77 IAMAW Welfare Association - Local 737 (St. Paul)

District #9 IAMAW Pension Trust - Local 777 (St. Louis)

District #9 IAMAW Welfare Trust - Local 777 (St. Louis)

East Bay Drayage Drivers Security Fund (Local 70)

Employers-Teamsters Local #175 & 505 Pension Fund

Employer-Teamsters Local #175 & 505 Health & Welfare Fund

Employer-Teamsters Local 175 & 505 Health & Welfare Fund (JC 84)

Employer-Teamsters Local 175 & 505 Pension Fund (JC 84)

Freight Drivers & Helpers Local No. 557 Pension Plan

Hagerstown Teamsters Health & Pension Fund (Local 992)

Hawaii Teamsters Health & Welfare Trust

Hawaii Truckers - Teamsters Union Pension Fund

IAM Local 447 Health & Welfare Fund - Buffalo

IAM Local 447 Pension Fund - Buffalo

IAM National Pension Fund

IAM National Pension Fund - Local 778

IAM National Pension Fund (St. Paul)

IBT Office of the Trustee Local 710 (Chicago Mechanics) - Health+Welfare & Pension Fund

IBT Teamsters Health & Welfare Fund Local 705

Indiana Conference of Teamsters Safety Training & Educational Trust Fund

Local 294 Albany Area Trucking

Local 445 Pension Fund

Local 705 International Brotherhood of Teamsters Health & Welfare Fund

Los Angeles Machinists Benefit Trust (Local 1186 Southern California Mechanics)

Machinists' Money Purchase Pension Fund

Management Labor Welfare & Pension Funds - Local 1730 ILA

Mechanics Motor City Lodge No. 698

Mechanics Motor City Lodge No. 698, IAM Welfare Fund

Michigan Conference of Teamsters Welfare Fund

Mid-Jersey Trucking Industry Local 701 Welfare & Pension Fund

Minnesota Teamsters - Minneapolis Office

Minnesota Teamsters Health & Welfare Plan

National IAM Pension Fund (SoCal 1186)

New England Teamsters & Trucking Industry Pension Trust

New England Teamsters Pension Trust

New York State Teamsters (Local 445)
New York State Teamsters Conference Pension & Retirement Fund
New York State Teamsters Council Health & Hospital Fund
New York State Welfare Fund (Local 355 - BLT)
Northern New England Benefit Trust
OPEIU (TPA Corp. 401K) Santa Rosa & Bay Area
Oregon Teamsters National 401K Savings Plan
Oregon Western Teamsters Welfare Fund
Road Carriers Local 707 Health & Welfare Fund
Road Carriers Local 707 Pension Fund
Santa Rosa 665 (Teamster Benefit Trust)
Southwestern Pennsylvania & Western Maryland Area Teamsters & Employers Pension Fund
Suburban Teamsters of Northern Illinois Welfare & Pension Fund (Local 134)
Suburban Teamsters of Northern Illinois Welfare & Pension Fund (Local 179)
Suburban Teamsters of Northern Illinois Welfare & Pension Fund (Local 330)
Suburban Teamsters Of Northern Illinois Welfare & Pension Fund (Local 673)
TCU Pension Fund - BRAC 1908 MIA
Teamsters 261 & Employers Welfare Fund
Teamsters 401(K) Jo/Milwaukee
Teamsters 401(K) Joliet
Teamsters Health Services & Insurance Plan of Local 404
Teamsters Joint Council #83 of Virginia
Teamsters Joint Council No 83 of Virginia Health & Welfare Fund
Teamsters Joint Council No. 83 of Virginia Health & Welfare Fund
Teamsters Joint Council No. 83 Of Virginia Pension Fund
Teamsters Local 251 Health Services & Insurance Plan
Teamsters Local 2785 (Teamster Benefit Trust)

Teamsters Local 287 (Teamster Benefit Trust)
Teamsters Local 294
Teamsters Local 493 Health Service & Insurance Plan
Teamsters Local 560 Benefit Funds (North Jersey)
Teamsters Local 617
Teamsters Local 639 Employers Health Trust
Teamsters Local 639 Employers Pension Trust
Teamsters Local 641 Pension Fund
Teamsters Local 641 Welfare Fund
Teamsters Local 671 Health Services & Insurance Plan
Teamsters Local 677 Health Services & Insurance Plan
Teamsters Local Union No. 653 Health Welfare & Insurance Fund
Teamsters Pension Trust Fund of Philadelphia & Vicinity - Teamsters Health & Welfare Fund
Teamsters Pension Trust Fund of Philadelphia & Vicinity - Teamsters Pension Fund
Teamsters Union 25 Health Services & Insurance Plan
Transportation Local 443 Health Service & Insurance Plan
Truck Drivers Local 170 Health & Welfare Fund
Union Local 705 Pt Pension Fund
Washington Teamsters National 401K Savings Plan
Western Conference of Teamsters National 401K Savings Plan
Western Conference of Teamsters Supplemental Benefit Trust Fund
Western Pennsylvania Teamsters & Employers Pension Fund
Western Pennsylvania Teamsters & Employers Welfare Fund
Western States Office & Professional Employees Pension Fund
Western Teamsters Welfare Fund

Western Teamsters Welfare Trust

Western Teamsters Welfare Trust -
   Washington

Wisconsin Health Fund

# SCHEDULE 1(v)

## **Unions**

International Brotherhood of Teamsters

**Schedule 2**

**Potential Connections or Related Parties**

(1)     The California Department of Tax and Fee Administration, State of Texas, and the Texas Comptroller are identified as Taxing Authorities / Governmental Agencies / Regulatory Agencies of the Debtors.  The California Public Utilities Commission (a/k/a the CPUC) and the Railroad Commission of Texas (a/k/a RCT), are current clients of Ducera in connection with unrelated utility securitizations.

(2)     A.M. Castle, LSC Communications, and Eastman Kodak Company are identified as having Cargo-Related Claims against the Debtors ("Select Cargo Claimants").  The Select Cargo Claimants are existing or historical clients or parties in interest in an unrelated restructuring or merger and acquisition situations.

(3)     Frontier is identified as having Subrogation Claims against the Debtors and as a Vendor of the Debtors.  Frontier Communications Corporation is a party in interest in an unrelated historical restructuring situation.

(4)     Wells Fargo ("Wells Fargo") is identified as a Banks/Lender/Administrative Agent of the Debtors.  Wells Fargo is a client or current party in interest in an unrelated historical bankruptcy restructuring situation.

(5)     Windstream Corporation ("Windstream") is identified as a vendor of the Debtors. Windstream is a party in interest in an unrelated historical restructuring situation.