**<u>Exhibit B</u>**

Declaration of Robert J. Chadwick

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF ROBERT J.
CHADWICK IN SUPPORT OF DEBTORS'
APPLICATION FOR ENTRY OF AN ORDER
AUTHORIZING RETENTION AND EMPLOYMENT
OF GOODMANS LLP AS CANADIAN RESTRUCTURING
COUNSEL EFFECTIVE AS OF AUGUST 6, 2023 PURSUANT TO
SECTIONS 327(e), 328(a), 330, AND 363(b)(1) OF THE BANKRUPTCY CODE**

I, Robert J. Chadwick, being duly sworn, deposes and says:

1.    I am a partner in the law firm Goodmans LLP ("Goodmans" or the "Firm"), located at 333 Bay Street, Suite 3400, Toronto, Ontario, Canada, M5H 2S7 and I have been duly admitted to practice law in Ontario.  I submit this declaration (the "Declaration") in connection with the application of the debtors- in-possession (the "Debtors") in the above-captioned case to retain Goodmans as Canadian Restructuring Counsel[2] to advise the Debtors with respect to certain matters in these chapter 11 cases and to provide the disclosures required under section 329 of title 11 of the United States Code (the "Bankruptcy Code"), the rules of this Court, and Rules 2014(a) and 2016(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]    Capitalized terms, unless otherwise defined herein, shall have the meanings ascribed to them in the *Application of Debtors For Entry of an Order Authorizing Retention and Employment Of Goodmans LLP As Canadian Restructuring Counsel Effective As Of August 6, 2023 Pursuant To Section 327(e), 328(a), 330, And 363(b)(1) Of The Bankruptcy Code.*

**<u>Nature of Goodmans' Retention</u>**

2.      Goodmans will provide services to the Debtor in connection with the Canadian Recognition Proceedings.

3.      The Debtors respectfully submit that it is necessary and appropriate for them to employ and retain Goodmans as their Canadian Restructuring Counsel to, among other things:

(a)      Advise the Debtors in connection with the Canadian Recognition Proceedings, including enforcement of the Bankruptcy Court's orders in Canada, application of comity, and coordination of cross-border issues;

(b)      Appear before the Canadian Court in connection with the Canadian Recognition Proceedings on behalf of the Debtors;

(c)      Assist with any Canadian claims analysis, including advising on claims based on Canadian legal principles;

(d)      Evaluate, analyze and report on any litigation in Canada and any related applications;

(e)      Prepare on behalf of the Debtors necessary Canadian applications, motions, memoranda, orders, reports and other legal papers, if any;

(f)      Assist with any sale process advanced by the Debtors with respect to the Debtors' Canadian business and assets, and advise on Canadian legal issues in respect of same;

(g)      Evaluate any Canadian issues that may arise in connection with evaluation, negotiation or implementation of any plan of reorganization or sale transaction(s);

(h)      Advise in respect of the intersection of Canadian insolvency, corporate law, or other Canadian legal issues on cross-border matters; and

(i)    Provide such other Canadian legal services as the Debtors or Kirkland may request.

4.    In all these activities, Goodmans will work closely with general bankruptcy counsel, and other professionals as may be retained by the Debtors in connection with these chapter 11 cases, so as to protect the legal rights of the Debtors and ensure that there is no unnecessary duplication or services performed or charged to the Debtors' estates.

**Goodmans' Connections With the Debtors and Parties in Interest**

5.    Goodmans has in the past represented, and may currently represent, parties that may have connections to the Debtors. To comply with section 327(e), Goodmans understands that it must have no interest that is adverse to the Debtors in these chapter 11 cases. In connection with the Debtors' proposed retention of Goodmans as Canadian Restructuring Counsel under section 327(e) Goodmans began a full and thorough conflict review of potential parties in interest in these chapter 11 cases (the "Potential Parties in Interest"). A copy of the list of Potential Parties in Interest is attached hereto as **Schedule 1**.

6.    Goodmans maintains an electronic client database of current and former clients to permit the electronic searching of all potential parties in interest in new cases for connections to the Firm's clients. Goodmans searched this client database to determine whether it had any relationships with the Potential Parties in Interest.

7.    Listed in **Schedule 2** attached hereto are the searched Potential Parties in Interest from Schedule 1 that were either: (i) a client to whom time was posted in the 12 months preceding July 25, 2023, the date the Debtors selected Goodmans as its proposed Canadian Restructuring Counsel (the "Current Clients") in matters wholly unrelated to the chapter 11 cases and the Canadian Recognition Proceedings; (ii) a client to whom time was posted between 12 and 36

3

months preceding July 25, 2023, the date the Debtors selected Debtors as its proposed counsel, but for whom no time has been posted in the 12 months preceding July 25, 2023 (the "Former Clients"); or (iii) a client to whom time was posted in the 36 months preceding July 25, 2023, the date the Debtors selected Goodmans as its proposed counsel, but for which the client representation has been closed (the "Closed Clients").  In connection with the services to be rendered to the Debtors, Goodmans will not commence a cause of action against any Current Client with respect to the chapter 11 cases, unless Goodmans has received a waiver from the Current Client allowing Goodmans to commence such an action.  In connection with the chapter 11 cases, to the extent any causes of action are commenced by or against any Current Client, and a waiver letter is not obtained permitting Goodmans to participate in such action, Goodmans will not act on such matters.  In light of Goodmans' role for the Debtors in these proceedings, Goodmans does not anticipate any such conflicts will arise.

8.      Goodmans has instituted and will continue to engage in further inquiries regarding the Debtors' constituencies and parties in interest through further inquiries of its partners, counsel, and associates with respect to the matters contained herein.  Goodmans will promptly file a supplemental declaration should the results of these inquiries reveal material facts not disclosed herein.

**Terms of Retention**

9.      Subject to this Court's approval in accordance with sections 330 and 331 of the Bankruptcy Code, such Federal Rules of Bankruptcy Procedure as may be applicable, the rules of this Court, and such other procedures as may be fixed by order of this Court, compensation will be payable to Goodmans on an hourly basis, plus reimbursement of reasonable, actual, and necessary expenses incurred by Goodmans.  Goodmans' hourly rates range from CDN$800 - CDN$1,450

for partners and CDN $500 - CDN$775 for associates.  The rates for contract law clerks and non-lawyer staff such as paralegals, litigation support, and research personnel are set according to their experience and/or skill sets and also will be reflected on Goodmans' statements. Goodmans charges for time devoted to the representation, including travel time, and it adjusts its hourly rates annually.  Goodmans charges for reimbursement of reasonable out-of-pocket expenses including the costs of travel, local counsel, investigators, accountants, consultants, expert witnesses, litigation support vendors, technology providers, court reporting services, messengers, copying, printing as a substitute for copying, telephone and video conferencing, court costs, filing fees, working meals, and data storage requirements.  The full terms of Goodmans' engagement are set forth in the firm's July 25, 2023 Engagement Letter, attached hereto as **Exhibit 1**.

10.    The hourly rates that will be charged in this case are Goodmans' standard hourly rates for work of this nature.  The rates are set at a level designed to compensate Goodmans fairly for the work of its attorneys and to cover fixed and routine overhead expenses.

11.    Goodmans has agreed to convert its monthly accounts to U.S. dollars at the prevailing Bank of Canada exchange rate.

12.    This Declaration is intended to comply with Federal Rule of Bankruptcy Procedure 2016(b).  Goodmans intends to apply to this Court for compensation for professional services rendered in connection with this case.  During the ninety (90) days prior to the Petition Date, Goodmans received $50,000 from the Debtors pursuant to the Engagement Letter, which is being held in the Firm's accounts.  In addition, on August 4, 2023 Goodmans received from the Debtors a payment of $188,331.40, which was applied to cover a portion of the fees and expenses incurred prior to and including August 6, 2023.

13.    If retained, Goodmans will apply to the Court from time to time for allowances of

compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and any applicable orders of this Court by submitting fee applications on appropriate notice on a monthly basis. In light of privilege and confidentiality considerations, however, Goodmans reserves the right to redact its time and expense records and to seek authority from the Court to file such time and expense records under seal.

14.      No promises have been received by Goodmans or by any partner or associate thereof as to compensation in connection with this case other than in accordance with the provisions of the Bankruptcy Code. Goodmans has no agreement with any other entity to share with such entity any compensation received by Goodmans.

15.      Neither I, nor Goodmans, nor any partner, associate or other lawyer thereof, insofar as I have been able to ascertain, represents any interest adverse to the Debtor or its estate in the matters regarding which Goodmans is to be engaged.

16.      By reason of the foregoing, I believe that Goodmans is eligible for retention by the Debtor pursuant to sections 327(e) and 328 of the Bankruptcy Code and the applicable Bankruptcy Rules.

17.      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  August 30, 2023                           Respectfully submitted,


                                                  */s/ Robert J. Chadwick*
                                                  Robert J. Chadwick
                                                  Partner

**<u>Exhibit 1</u>**

Engagement Letter

# Goodmans LLP

Barristers & Solicitors

Bay Adelaide Centre
333 Bay Street, Suite 3400
Toronto, Ontario  M5H 2S7

Telephone: 416.979.2211
Facsimile: 416.979.1234
goodmans.ca

Direct Line: 416.597.4285
rchadwick@goodmans.ca

**STRICTLY CONFIDENTIAL**

July 25, 2023

**BY EMAIL**

Yellow Corporation
501 Commerce St., Suite 1120
Nashville, TN – 37203

**Re:    Engagement of Goodmans LLP to review strategic alternatives of Yellow Corporation (collectively with its direct and indirect subsidiaries and affiliates, "Yellow" or "you")**

We write to confirm that Yellow wishes to retain Goodmans LLP.  We are pleased to represent you on the basis set out below:

**1.      Description of Mandate**

You have retained us to serve as counsel to Yellow in connection with potential recognition proceedings, if any, commenced by Yellow's Canadian affiliates pursuant to the *Companies' Creditors Arrangement Act*.

**2.      Description of Client**

We will be representing Yellow in this matter.  We will also provide advice to the boards of directors of Yellow.  Our representation of you does not include the representation of related persons or entities, such as the individuals or entities that are shareholders, creditors, directors or officers (in their individual capacity) of a corporation, its parent, subsidiaries or affiliates; partners of a partnership or joint venture; or members of a trade association or other organization.  In acting for you, we are not acting for or taking on any responsibilities, obligations or duties to any such related persons or entities and no lawyer-client or other fiduciary relationship exists between us and any such related persons or entities.

**3.      Instructions**

We will accept instructions from anyone in your organization who has apparent authority in connection with this matter, unless you instruct us otherwise.

**4.      Acknowledgement, Consent and Waiver of Potential Conflict of Interest**

We have conducted a review of our records to identify any conflicting interest. We are not aware of any other potential conflicts relating to our representation of you in this matter.

We have advised you that we may act from time to time for holders of your outstanding debt obligations and you agree that nothing shall restrict us from acting for such parties now or in the future in respect of matters not related to Yellow.

**5.      Staffing and Legal Fees**

The person primarily responsible for handling this matter and reporting to you is Robert J. Chadwick.  We anticipate that lawyers of various experience levels will be required for this matter.  The hourly rates currently charged by Goodmans for lawyers who will be involved in this matter range from approximately $800 to $1,450 for partners, and from approximately $500 to $775 for associates (all in Canadian dollars). We confirm that all rates charged will be our standard rates.  Goodmans' billing rates are reviewed and adjusted by the firm on a periodic basis, and will apply on any such adjusted basis.  We note that our billing practice is to charge for our services based on the amount of time devoted to a matter at the then-prevailing rates for the particular professionals involved.  Fees for professional services and reimbursable expenses are not contingent on the outcome of the project or assignment.

**6.      Financial Retainer**

For us to accept this matter, we ask that you provide us with an advance retainer payment on account of fees, costs and expenses in the amount of US$50,000 using the wire instructions set out in Schedule "B".  This retainer will be held in trust and credited against the final statement of account and any amount remaining after final payment will be returned.  You hereby authorize Goodmans to apply the retainer towards any unpaid fees and disbursements from time to time at our discretion.  We may request an increase in the amount of the retainer before any period of significant activity.

To acknowledge your acceptance of and agreement and consent to the foregoing and to our legal representation of you on this basis, including our firm's engagement policies set out in Schedule "A", please sign where indicated below and return one copy to me at your earliest convenience.

**Goodmans** LLP

Once again, we are very pleased that you have selected Goodmans LLP to represent you in this matter and we look forward to working with you. If at any time you have any questions or concerns, please do not hesitate to contact me at the number noted above, or any other member of our firm.

Yours truly,

**Goodmans LLP**

Robert J. Chadwick

**Goodmans** LLP

The undersigned hereby acknowledges and agrees to the terms of the engagement letter, as set forth above.

**YELLOW CORPORATION**

Per:   *Leah K. Dawson*

Name: Leah K. Dawson

Title:  Executive Vice President, General Counsel & Secretary

I have authority to bind the Corporation

**SCHEDULE A**

**GOODMANS LLP**

**ENGAGEMENT POLICIES**

The following terms and conditions apply to our engagement as your legal counsel:

1.  ***Scope of Representation*** – We will provide you with legal services that in our professional judgment are reasonably necessary and appropriate to carry out this mandate. We confirm that (a) we are not providing legal advice or services except as described in the retainer letter, and (b) once our work on this matter has been completed, we will not advise you as to subsequent legal developments relating to this matter.

2.  ***Staffing and Legal Fees*** – Unless you instruct us otherwise, our staffing of this matter will be to draw on the necessary resources of the firm in order to handle this matter properly. If it is appropriate to do so, we will involve different lawyers, articling students or legal assistants to deal with different aspects of the matter. Our legal assistants include law clerks, law students, research librarians and technical specialists. Our fees are based on our assessment of the reasonable value of our services. To assist us in determining that value, we assign hourly billing rates to each of our lawyers and legal assistants, and record the time spent and services rendered by them on the matter. Our rates may change to reflect increases in our costs, the increased experience and abilities of our lawyers and legal assistants and other factors. If our rates change before this matter has been completed, the new rates will apply to the balance of the engagement.

3.  ***Disbursements and Other Charges*** – Our legal fees do not include costs and expenses that we incur in connection with this matter. These costs and expenses will be billed in addition to our fees for legal services. They typically include long distance telephone charges, messenger and express delivery charges, postage and courier charges, computer research charges, word-processing charges, printing and reproduction costs, overtime costs for administrative staff, certain legal technologies, applications and tools (including those based in the cloud and managed by third party service providers), travel expenses, filing charges, court reporter fees for examinations and transcripts, witness and expert fees, fees for service of legal process and other costs and expenses.

    Where we obtain these services directly from outside suppliers, we bill you the amount billed to us. Where the amounts charged for these services are significant, we may forward the invoices from these outside suppliers directly to you, in which case, you will be responsible to pay the invoices, in accordance with their terms, directly to the outside supplier. Certain costs and expenses are incurred in-house, and are billed at an amount intended to cover our direct costs and associated overhead.

    It may be necessary for us to engage outside experts to assist in this matter. We will consult with you before retaining any experts. It may also be necessary for us to retain lawyers and others as agents in other jurisdictions. Fees for outside experts and agents in other jurisdictions are not included in our legal fees. You will be responsible for payment of all fees and costs and expenses of all experts and agents in other jurisdictions retained on your matter. Ordinarily, you will be asked to pay the invoices, in accordance with their terms, directly to these parties.

- 2 -

4.      ***Invoicing and Payment -*** Our practice is to bill on a monthly or other periodic basis for the fees, disbursements and related charges incurred in the preceding month or months including work completed prior to the date of this retainer letter. Subject to any applicable orders of the bankruptcy court in the event that Yellow determines to seek bankruptcy court protection, and regardless of the outcome of any matter and whether any transaction is initiated or completed, you will be responsible for paying all of our fees, disbursements and related charges, regardless of when incurred, and our invoices are payable within 30 days of receipt. In the event that Yellow determines to seek bankruptcy court protection, some fees, charges and disbursements incurred before the filing of bankruptcy petitions (voluntary or involuntary) may remain unpaid as of the date of the bankruptcy filings. We reserve the right to request cash retainers from time to time which we will place in our trust account and apply at our discretion towards our fees and disbursements, and you agree to provide us with such retainers to cover reasonably anticipated fees if so requested. Pursuant to Section 33 of the *Solicitors Act* (Ontario), we reserve the right to impose an interest charge on invoices outstanding for more than one month. In addition, we may apply all payments we receive from you to your oldest outstanding invoice. Any other method of payment must be agreed to in writing prior to our tendering an account.

Our statements of account for fees and costs and expenses will be sent to you periodically and are payable within 30 days of receipt. Interest is charged at the prejudgment rate of interest on amounts outstanding greater than 30 days. Each statement will provide a detailed summary of the services provided. You will appreciate that our continued work on this matter is contingent on the timely payment of our statements of account and the honouring of the financial retainer arrangement discussed herein.

5.      ***Undertaking to Preserve Confidentiality*** – We undertake not to disclose or misuse your confidential information, subject only to applicable law and our professional and ethical obligations. Because we owe this duty to all of our clients, we will not disclose to you information we hold in confidence for others (even where such confidential information would be relevant to our representation of you) or disclose to others information we hold in confidence for you (even where such confidential information may be relevant to our representation of those others).

6.      ***Conflicts of Interest*** – We undertake not to take on any matter that would create a substantial risk that our representation of you on this matter would be materially and adversely affected (a "conflicting interest"). Please note that we do not normally consider ourselves to have a conflicting interest because we represent another client who is a business competitor, customer, lender, creditor or supplier of yours; or is asserting through us legal positions or arguments that may be inconsistent with those you are asserting or may wish to assert; or is adverse in interest in another matter to an entity with which you have a relationship through ownership, contract or otherwise. Unless you have asked us to perform a search against particular entities described in one of the above categories, our conflict search will not identify any issues arising from our representation of them.

You also acknowledge that we act for a number of different institutional lenders, financial institutions, underwriters and professional service providers on various matters in various capacities. Certain of these clients will not permit us to act in an adverse capacity in a litigious context. As a result, if any dispute arises between you and any institutional lender, financial institution, underwriter or professional service provider in connection with any commercial transaction on which we are acting for you, subject to the attempts of Goodmans to resolve such dispute amicably, you acknowledge that we may be unable to continue to act for you or any other

- 3 -

party in respect of such dispute and shall request that you obtain independent legal counsel in connection therewith. For the purposes of this retainer letter "dispute" means a contentious matter that has not, after a reasonable period of time, been resolved and which we determine in our sole discretion would, or would be likely to, lead to legal proceedings.

7.   ***Representation of Other Clients*** - We wish to avoid any circumstances in which you would regard our representation of another client to be inconsistent with our duties to and understandings with you. Our acceptance of this matter is on the basis that you now consent to our representation of other clients in other matters that may be adverse to your interests and to our representation in other matters of the party that is adverse to you in this matter provided that (a) the other matter is not the same as or related to any matter in which we are then representing you and (b) we protect your confidential information. You acknowledge that the timely establishment of a conflict screen or ethical wall will be sufficient protection of the confidentiality of such information so that our firm may represent another client in such other matter. Your consent means that while we are representing you in this matter, we could represent another client in an unrelated matter that is adverse to your interests, including a negotiation, financing transaction, auction, acquisition or disposition transaction, regulatory proceeding, insolvency/restructuring or other matter. When you are no longer our client, under applicable professional rules, we may represent another client in any matter that is adverse to your interests provided that (a) the other matter is not the same as or related to the matter in which we previously represented you and (b) we protect your relevant confidential information. You acknowledge that the timely establishment of a conflict screen or ethical wall will be sufficient protection of the confidentiality of such information so that our firm may represent another client in such other matter. We are relying on the consents described above in agreeing to represent you in this matter and we will not be seeking any further consent from you or consulting with you before advising, acting for or representing another client with interests adverse to yours. We therefore recommend that you seek advice from independent legal counsel (which may include your in-house counsel) if you have any questions concerning the implications of providing this consent.

8.   ***Termination*** – You may terminate your engagement of us for any reason prior to the completion of this engagement by giving us written notice to that effect. On such termination, all unpaid legal fees and disbursements will become due and payable. Subject to our professional and ethical obligations, we may terminate our legal representation of you prior to the completion of this engagement for any reason including as a result of conflicts of interest that arise or unpaid legal fees and disbursements.

Unless our engagement has been previously terminated, our representation of you will cease upon receipt by you of our final account for services rendered. If, upon termination or completion of this engagement, you wish to have any documentation returned to you, please advise us. Otherwise, any documentation that you have provided to us and the work product completed for you will be dealt with in accordance with our records retention policies and practices. Please note that our records retention policies and practices may not be synchronized with yours. If you have any concerns about what we retain in our records or dispose of, you must alert us to your concern. Absent written agreement with you to the contrary, we are free to retain or destroy the records we possess with respect to this engagement as we determine to be appropriate.

The fact that we may subsequently send you information on legal developments without charge or that we may include you in general mailings will not change the fact that this engagement has been terminated.

- 4 -

9.      ***Security of Electronic Communications and Systems*** – During the course of our engagement, we may exchange electronic versions of documents and emails with you and may maintain and process information using commercially available software and electronic systems. Unfortunately, the available technology is vulnerable to attack by viruses and other destructive electronic programs and may be intercepted or interfered with by third parties. As a result, while we seek to take reasonable countermeasures, our systems may occasionally reject a communication you send to us, or we may send you something that is rejected by your system. We cannot guarantee that all electronic communications and documents will always be received, will always be virus free, and will never be intercepted or interfered with by third parties, and we make no representation or warranty with respect to any electronic communications or documents. You consent to our exchanging electronic communications, including those containing confidential documents and other confidential information, unencrypted. In addition, while we routinely assess and monitor the security of our electronic systems and adopt safeguards intended to protect and prevent unauthorized access to and use of our electronic systems, we make no representation or warranty with respect to the security of electronic communications or our systems.

10.     ***Legal Technologies, Applications and Tools*** – Leveraging the right technology is crucial to the efficient delivery of our legal services. We may use collaborative technologies, artificial intelligence, machine learning document analysis, matter management tools, electronic signatures, etc. in connection with your matter (sometimes managed internally and sometimes involving cloud-based systems). We may also use cloud-based platforms to manage corporate records and minute books, data rooms, e-discovery and other litigation support, legal research and various transaction closings. We would be pleased to discuss with you any proposed use of any cloud-based legal technologies, applications and tools in connection with your matter and will address any security, confidentiality, geography or other concerns you may have before doing so. While we assess and monitor the security of our cloud-based third party service providers, we make no representation or warranty with respect to the security of their systems.

11.     ***Privacy*** – In the course of acting for you, you may provide to us (and we may collect) personal information that is subject to applicable privacy protection laws. On your behalf, we will collect, use or disclose that personal information for the sole purpose of providing our services to you.

12.     ***Governing Law*** - Our engagement with you is governed by the laws of the province of Ontario and the federal laws of Canada. Any dispute between us will be dealt with exclusively in the courts of that province.

**SCHEDULE B**

**USD$ TRUST WIRE INSTRUCTIONS**

| | |
|---|---|
| <u>Intermediary Bank:</u> | Bank of America<br>New York, NY |
| <u>ABA Code:</u> | 026009593 |
| <u>SWIFT Code:</u> | TDOMCATTTOR |
| <u>Beneficiary Bank:</u> | TD Canada Trust<br>394 Bay Street<br>Toronto, ON M5H 2Y3 |
| <u>Beneficiary:</u> | Goodmans LLP in trust<br>333 Bay Street<br>Suite 3400<br>Toronto, ON M5H 2S7 |
| <u>Beneficiary Bank:</u> | 0004 |
| <u>Beneficiary Transit:</u> | 12162 |
| <u>Beneficiary Account:</u> | 7309002 |
| <u>Payment Details:</u> | Attention: Robert Chadwick, Matter #231873 |

7398556

## Schedule 1

**Potential Parties in Interest**

## List of Schedules

| Schedule | Category |
|----------|----------|
| 1(a) | 5% or more Equity Holders |
| 1(b) | Affiliated Company Names and Joint Ventures |
| 1(c) | Bankruptcy Judges |
| 1(d) | Bankruptcy Judges – Staff |
| 1(e) | Bankruptcy Professionals |
| 1(f) | Banks/Lender/Administrative Agents |
| 1(g) | Cargo-Related Claims |
| 1(h) | Customers |
| 1(i) | Debtors |
| 1(j) | Directors/Officers - Current |
| 1(k) | Environmental / PRP – Potentially Responsible Parties |
| 1(l) | Insurance Providers / Agents |
| 1(m) | Litigation |
| 1(n) | Material Contract Counterparties |
| 1(o) | Other Restructuring Professionals |
| 1(p) | Subrogation Claims – Open Litigation |
| 1(q) | Surety and Letters of Credit Issuers |
| 1(r) | Taxing Authorities / Governmental Agencies / Regulatory Agencies |
| 1(s) | Top Creditors |
| 1(t) | U.S. Trustee Office |
| 1(u) | UCC Lien Parties |
| 1(v) | UCC Members |
| 1(w) | UCC Professionals |
| 1(x) | Union Funds |
| 1(y) | Unions |
| 1(z) | Vendors |

**SCHEDULE 1(a)**

**5% or more Equity Holders**

United States Department Of The Treasury
MFN Partners Management, LP
International Brotherhood Of Teamsters

## SCHEDULE 1(b)

### <u>Affiliated Company Names and Joint Ventures</u>

OPK Insurance Co. Ltd.
YRC Logistics Asia Limited
Roadway LLC
PT Meridian IQ Indonesia International
Roadway Express, S.A. DE C.V.
Yrc Transportation, S.A. DE C.V.
Transcontinental Lease, S. DE R.L. DE C.V.
YRC Services S. DE R.L. DE C.V.
USF Holland Inc.
YRC Freight
Roadway Express, Inc.
Yellow Transportation, Inc

**SCHEDULE 1(c)**

**<u>Bankruptcy Judges</u>**

Laurie Selber Silverstein
John T. Dorsey
Craig T. Goldblatt
Thomas M. Horan
Karen B. Owens
Brendan L. Shannon
J. Kate Stickles
Mary F. Walrath
Ashely M. Chan

**SCHEDULE 1(d)**

**<u>Bankruptcy Judges – Staff</u>**

Cacia Batts
Lora Johnson
Laura Haney
Robert Cavello
Demitra Yeager
Nickita Barksdale
Amanda Hrycak
Danielle Gadson
Claire Brady
Marquietta Lopez
Jill Walker
Rachel Bello
Paula Subda
Al Lugano
Catherine Farrell
Laurie Capp
Joan Ranieri

**SCHEDULE 1(e)**

**<u>Bankruptcy Professionals</u>**

Alvarez & Marsal
Kirkland & Ellis
Ducera Partners
Epiq Global
Goodmans LLP
Pachulski Stang Ziehl & Jones

**SCHEDULE 1(f)**

**Banks/Lender/Administrative Agents**

Citizens Bank N.A.
JPMorgan Chase Bank N.A.
BNY Mellon
US Bank N.A.
Bank Of America, N.A.
PNC Bank
Bank Of Nova Scotia
TD Bank
Wells Fargo
UMN Bank
Bancomer
Bank Of Bermuda
Citizens Business Capital
PNC Bank National Association
ING Capital LLC
CIT Finance LLC
Keybank National Association
Siemens Financial Services, Inc.
Cortland Products Corp.
Apollo Credit Strategies Master Fund, Ltd.
Apollo Atlas Master Fund, LLC
AP Kent Credit Master Fund, L.P.
MPI (London) Limited
Apollo TR Enhances Levered Yield LLC
Apollo TR Opportunistic Ltd.
Apollo A-N Credit Fund (Delaware), L.P.
Apollo Centre Street Partnership, LP
Apollo Moultrie Credit Fund, L.P.
Apollo Tactical Value Spn Investments, L.P.
Apollo Accord Master Fund III, L.P.
Cadbury Mondelez Pension Trust Limited
Amissima Diversified Income ICAV
Athora Lux Invest
San Bernardino County Employees' Retirement Association
Apollo Credit Funds ICAV
Ace Global Multi-Credit LLC
Apollo Credit Master Fund Ltd.
Apollo Lincoln Fixed Income Fund, L.P.
Aspen American Insurance Company
United States Department Of The Treasury
Alter Domus Products Corp.
MFN Partners Management, LP
Citadel

**SCHEDULE 1(g)**

**Cargo-Related Claims**

Freightquote
VWR International
Falvey Shippers Insurance
Ford
Turn 5
Expeditors Cargo Insurance Brokers
UPS Capital Insurance Agency Inc
Unyson
ETech Group
Mars Petcare USA INC
NFI Industries
Webstaurant Store
Bluegrace Logistics
TFWW
Dupont
Phillips Van-Heusen
Signify North America Corporation
Rivian Automotive LLC
Logistics Plus
Stanley Black & Decker (US) Inc
Samsung Electronics America Inc
Spectrum Brands
Supplyhouse
Medline Industries
The Vollrath Company
Barrette Outdoor Living
Ford C/O Schneider Logistics Inc
Turn5, Inc.
TFWW, TFI International Company
Dupont Specialty Products USA, LLC

## SCHEDULE 1(h)

## <u>Customers</u>

4Front
Amazon Com Inc
ARC Supply Chain Solutions
Arcbest Enterprise Solutions Inc
Ascent Global Logistics Company
Association Solutions
Blue Grace Logistics
CH Robinson Co
Daimler Trucks NA
Dollar General Corporation
Dollar Tree Stores
Eaton Corporation
Echo Global Logistics
Exel Inc DBA DHL Supply Chain
Fern
First Brands Group
Ford Motor Company
Freeman Parent Companies
Gallagher Affinity
General Electric
Global Tranz Enterprises
Healthcore
Hillenbrand Inc
HNRY Logistics
Home Depot
Honda Motor Logistics
HUB Group
Hubbell Inc
Hyundai America
Johnson Controls Inc
L.O. Trading
Logikor
Nissan North America Inc
Office Depot
Ohio Logistics
OMNI Logistics
PB Consultants
PLY Gem
Priority One
RE Trans Freight
Redwood/Simplified Logistics
Rogers & Brown North American Logistics
Ryder Carrier Mgmt Svcs

Savings4Members
Schneider Logistics
Signify Lighting
Staples Inc
Tforce Worldwide
TPS Logistics
Transportation Insight
UBER Freight US LLC
Uline
Unishippers
United States Government
Volvo Logistics North American
Walmart Stores Inc
Worldwide Express
Rite Aid
Fern Exposition Services

## SCHEDULE 1(i)

### Debtors

1105481 Ontario, Inc.
Express Lane Service, Inc.
New Penn Motor Express LLC
YRC Association Solutions, Inc
YRC Enterprise Services, Inc.
USF Holland LLC
YRC International Investments, INC
YRC Regional Transportation, INC.
YRC Mortgages, LLC
USF Redstar LLC
USF Bestway Inc.
USF Dugan Inc.
Roadway Next Day Corporation
YRC Inc.
USF Holland International Sales Corporation
YRC Logistics Services, Inc.
USF Reddaway Inc.
YRC Logistics Inc.
Yellow Freight Corporation
Roadway Express International, INC.
Yellow Logistics, INC.
Reimer Holding B.V.
YRC Freight Canada Company
Yellow Corporation

## SCHEDULE 1(j)

### Directors/Officers – Current

Darren D. Hawkins
Darrel J. Harris
Jason W. Bergman
Daniel L. Olivier
Leah K. Dawson
Annlea Rumfola
Tony Carreno
Douglas A. Carty
Matthew A. Doheny
Javier Evans
James E. Hoffman
Shaunna D. Jones
Susana Martinez
David s. Mcclimon
Patricia M. Nazemetz
Chris T. Sultemeier
David H. Webber

## SCHEDULE 1(k)

### **Environmental / PRP – Potentially Responsible Parties**

US Environmental Protection Agency
Roosevelt Irrigation District

## SCHEDULE 1(l)

### Insurance Providers / Agents

ACE American Insurance Company
ACE Property & Casualty Insurance Company
Aegis London
AIG Specialty Insurance Company
Allianz Global Corp & Specialty SE
Allianz Global Risk US Insurance Co
Allianz Us Risks US Insurance Company
Allied World Assurance Company, Ltd. (AWAC)
American International Group UK Limited
American International Reinsurance Co., Ltd.
Applied Underwriters
Arcadian
Arch Reinsurance Ltd.
Aria (SAC) Ltd
Aspen American Insurance Co
Axa XL
Axis Bermuda Puni-Wrap
Axis Insurance Company
Axis Specialty Limited
Axis Surplus Insurance Company
Beazley Insurance Co.
Berkshire Hathaway International Insurance Ltd.
Berkshire International
Canopious
Chubb Bermuda Insurance
Chubb Limited
CNA
Columbia Casualty
Continental Casualty
Crum & Forester
Emergin Risk
Endurance American Insurance Co
Endurance Specialty Insurance Ltd.
Everest Insurance
Federal Insurance Co
Gai Insurance Company, Ltd.
Great American Assurance Co.
Greenwich Insurance Company
Helix Underwriting Partners Ltd
Illinois Union Ins. Co.
Lex-London
Lloyd's of London
Magna Carta - Aegis

Magna Carta Insurance, Ltd.
Markel
Markel Bermuda
Mosaic Insurance
National Fire & Marine Insurance Company
National Union Fire Ins Co of PA
North Rock Insurance Company
Old Republic General Insurance Corporation
Old Republic Insurance Co.
Old Republic Insurance Company of Canada
Resilience Cyber Insurance
Roanoke (Munich Re Syndicate)
Rsui Indemnity
RT Specialty
Siriuspoint Bermuda Ins Co Ltd
Sompo
St. Paul Fire and Marine Insurance Company
Tokio Marine HCC
Travelers
Travelers of Canada
US Specialty Insurance Co
Vantage Risk Ltd
Westchester Surplus Insurance Company
XL Insurance Company SE - Irish Branch
Lockton
Willis Towers Watson
Roanoke Trade
AFCO Credit Corporation
BFL

**SCHEDULE 1(m)**

**Litigation**

68th Street Site Work Group
Alabama Auto
Alco Iron & Metal
Alexander Hitz
Alvin L. Malnik
Ameesh Bhandari
Anthony Martino
APDI Liquidation, LLC
Bed Bath & Beyond
Blackstrap Industries, Inc.
BM Group Inc.
Bright Earth Foods
Bryant Holdings LLC
Caesar Smith
Cherry Man Industries
Christina Lewis
Comlink Network Services
Department of Defence
DPS Auto Shippers
Eclipse IP LLC
Environmental Protection Agency
Federal Motor Carrier Safety Administration
G & J Carlson Truck & Trailer Repairs
GPNE Corp
Hallamore Corp, D/B/A B.T. Equipment
HBC Strategies Contract Payments
HKM Direct Market Communication
Hnrylogistics.net
Home Products International, Inc.
Indemnity Ins. Co. of North America A/S/O/ Perrigo Company
Interboro Packaging Corp
James D. Winston
Jeff Thorn
Kenco Logistics Services (Invacare)
Logistica Zemog
Logitraq, LLC
Maxfield Candy Co
Nipponkoa Insurance
Nova Wildcat Shur-Line Holdings (H2 Group)
Ocean Amusements, Inc
Omachron Science Inc.
OSHA
Party City

PML Capital
Pyramid Flooring / Seneca Hardwood
Quality Ocean
R&L Carriers
Reimer World Corp
Revlon, Inc.
Roadnet Technologies
Roadwaydelivery.com
Rocket Farms, Inc.
Sirius Computer Solutions
Standard Roofing & Sheet Metal Supply
Temp-Coat Brand Products
The Purchase Master, LLC
TM Longevity Center, C.A.
Transmate Logistics
TS Express/Motorcar Parts of America
Tucows Inc
Hnrylogistic.com
Hnryslogistics.com
US Freightways, Inc.
US Treasury
Vital Pharmaceuticals, Inc
Vizant
Washington State Employement Security Department
Yello Strom
Yellow Crates Corp
Kevin M Galloway
Yellow Transportation (Manteca CA)
Yrccourier.com
Yrcworldwidedelivery.com
Zenobia Company, LLC
68th Street Dump Superfund Alternative Site
Alabama Automotive and Diesel Repair
United States Department of Defense
HBC Strategies
Occupational Safety and Health Administration
Vizant Technologies, LLC

## SCHEDULE 1(n)

### Material Contract Counterparties

1313 Grand Street Realty, LLC
181 W Johnson Operating LLC
445 Hollywood Avenue, LLC
9551930 Canada Inc.
A. Duie Pyle
A2.21 1333 North Market LLC
ABF Freight System, Inc.
Acheron Land Holdings ULC
Alamitos Auto Parts, Inc.
Allied Logistics Corp.
B & W Investments
Barry Jenkins Trust
Bel Air T.T., LLC
Blach Distributing Company
BNSF Railway Company
Chamberlain Trust
Champion Terminal Associates, LLC
Christy Real Estate, LLC
Commerce Road Terminals LLC
Crown Enterprises, INC.
CWW Enterprises LLC
Cynthia Oliver
DCT Eckhoff Street LLC
DCT Peoria Street LLC
DCT Regentview Avenue, LLC
Dock Street Corp
Don Jerry X-Plo, INC.
Edinburgh Logistics Assets LLC
Eiler, LLC
Elmira Terminal & Warehouse Corp.
Estes Express Lines
Gulsons Cutter, LLC
Estes Terminals LLC
Exeter 1619 N Plaza, LLC
Exol Properties, LLC
Fifty Second Avenue Associates, Inc.
Finlayson Logistics Assets LLC
Freight Line Properties, LLC
GB Union GAP, LLC
Geffs
GIJV IL7 LLC
GPT Santa Fe Springs Owner LP
GRP 298 Astor LLC

Harris Real Estate Holdings, LLC
Hawkey Transportation
Highland Investments, LLLP
Invermex, LLC
Ivey Self Storage, INC.
J and C Gilman LLC
J. L. Clark Corporation
J. B. Wright
Jay F. Mannino Trust
Jeds, LLC
Jennings Leasing, LC
Jerald K. Hofstad
JVCA Investments, LLC
Kestrel Crossdock, LLC
Lee A. Wiggins
Lorraine Carlson
M J Rock, LLC
M4 Terminals, LLC
Mad Acquisitions, LLC
Madrona Cutter, LLC
Mccallum Family, LLC
MG Fishersville I, LLC
Mitchell Nelson
Natmi LPF Bloomington, LP
Natmi National FX Properties, LLC
Natmi National Tampa, LLC
Natmi National Truck Terminals, LLC
Norstar Walker Inc.
North Acres Development Co., INC.
Orange Batavia I LLC
Orchard Investments, Inc.
P & R Property Management
Pearl Lenzen
Peters Investments, LLC
Pifer Property Holdings, LP
Popular Investments, LLC
Prologis L.P.
Prologis Targeted U.S. Logistics Fund, LP
Prologis USLV Newca 3, LLC
Prologis USLV Subreit 4, LLC
Property 1955 LLC
PWM, Inc.
Pyro Junkie Fireworks, Inc.
R. L. Roberts, LLC
Reimer World Properties Corp.
Richardsons Properties LLC
RLF Booth SPE, LLC

RLF I-A SPE, LLC
RLF I-C SPE, LLC
RLF I-Pico SPE, LLC
RLIF East 2 LLC
RLR Investments, LLC
Roemer Way LLC
RWP Manitoba Ltd
Santa Maria Investments, LLC
Shaffer Road LLC
Southeastern Freight Lines, INC.
Tatanka, LLC
Terminal Logistics II Mid-Atlantic SPE, LLC
Terminal Logistics II South SPE, LLC
Terminal Logistics II Texas SPE, LP
Terreno Clawiter LLC
Terreno Dell LLC
TFI International Inc.
Toon Investments, LLC
Trip Portfolio, LLC
Usholl (MI) LLC
Victoria C. Haycock
Vieweg Real Estate
Warner-Williams Investments, Inc.
Watwood Investments, LLC
WIPT, INC.
Wolverine Freight System
Zollinger Commercial Warehousing
Axos Bank
East West Bank
Mercedes-Benz Financial Services Usa LLC
Nations
Nextran Truck Center
Paccar Financial Corp.
Peapack Capital Corporation
Radius Bank
Sterling National Bank
Stoughton Trailers Acceptance Co LLC
Toyota
Unite Private Networks
Volvo Financial Services
Growth Funding Equipment Finance
Ryder Transportation Services
Penske Truck Leasing Co, L.P.
Ajia, LLC
Appletree Realty Holdings, LLC
Artim Industrial Properties
B. Kik Properties LLC

Big Sky Property Management
Blach Investment Group
Bluebird Real Estate Holdings, LLC
Boyer Logistics, INC.
Breit Industrial Canyon GA 1B01 LLC
C and S Brokerage
Chicago Title Land Trust Company
City of Goodland/County Clerk of Sherman County
Crown Associates
David M. and Ann B. Morse
Dunco, LLC
Dwell Wise LP
DWJS, LLC
Fazio TV, LLC
Federal Bridge Corporation
Freeport Center Associates
G&I IX Cheshire, LLC
GB Albany, LLC
Glen EG, LLC
GPT Deer Park Terminal Owner LLC
GPT Orlando Terminal Owner LLC
Haener Properties LP
Hartman Road LLC
Healthsource Integrated Solutions
HVIP Industrial Park
Jack Chamberlain
Jim Heatherly
Maria Ontiveros
Mary A. Fazio Limited Partnership I
Matelich Crane Pier & Piling
Mobile Airport Authority
Mohawk Street Properties LLC
Multi-Base, Inc.
Napa Auto Parts
Ned Properties, LLC
Niagara Falls Bridge
NW 5+B Office and Retail LLC
OPS-KC Aspiria, LLC
PAC Operating Limited Partnership
Pacificorp
Paul Isaacson
Port of Seattle
PPF Sudberry Ocean View Hills, LP
Price Property and Investments LLC and Green Blue 1818 LLC
Prologis USLV Newca 3, CA
Realterm Nat Property Holdings, LP
Regency West Office Partners

RGA Dalfen East Dallas LP
Rich and Dave Grant Properties
S&S Transport
Schopp Properties
Shurling Property
Silver Creek, LLC
Snohomish County/City Airport
Soeth Corporation
Southern Warehousing & Distribution
Spalding and Son, INC.
Staker & Parson
The Faloma Fazio Property, LLC
The Mcpherson Companies
Thunderbolt Management Group Inc.
Timberline Distributors LLC / The Black Sheep
Trafton Warehouse LLC
Umpqua Dairy
Velocity Partners LLC
Villa Vista West, LLC
Aurora Business Park Associates, LP
Baker Dennard & Goetz, Inc.
Central Property Group LLC
Green Acres Gypsum
Jonesboro Freight Terminal, LLC
Lightedge Technologies
Marley RMC II SPE LLC
Montana Opportunities, LLC
Pacific Transshipment Centers, LLC
Salem Warehouse Syndicate LLC
Tierpoint, LLC
West Emerson Brokers Mall Ltd.
Nations Equipment Finance

## SCHEDULE 1(o)

### **Other Restructuring Professionals**

Milbank
Holland & Knight LLP
Choate Hall & Stewart LLP
Hogan Lovells US LLP
Alix Partners
FTI
Ropes & Gray
Quinn Emanuel
Province
White & Case
Arnold & Porter
Houlihan Lokey

## SCHEDULE 1(p)

### <u>Subrogation Claims – Open Litigation</u>

Giunto, Vincenzo
Simon, Alpar
Sritharan, Sri
Abili, Edward
Agyilirah, Kwame
Alexander, James C
Almonte, Criseily A
Arce, Mario
Arias, Nicole
Auguste, Micheline
Baez, Dania
Bagwell, Kevin
Baker, Ringo
Bazarov, Jacob
Binette, Myriam
Boblitt, Robert E
Bojang, Muhamed
Broussard, Devonte Thomas
Brown, Melissa D
Bufford, Russell
Buford, Virginia
Burrell, Brandy C
Byrd, Destinee R
Cancino, Edgar
Carrillo, Robert
Charlot, Charlene
Clarin, Shannon L
Clark, Paul
Cooper, Steven
Curry, James
Daugherty, Norman E
Deleon, Yeferson
Dewell, Megan B
Dominguez, Jennifer
Drew, Derrick E
Drive New Jersey Ins. Co.
Eskridge, Decarlo A
Fernandez, Christian
Fisher, Sherquenna
Freeman, Sabrina
Fuselier, William
Garcia, Erica
Gassaway, John

Gibby, Gary
Gilmore, Jimmie L
Glover, D'angelo
Goodman, Sopia L
Grissom, Bobby
Haefner Farm
Hall, Derek
Hamilton, Bonita
Hanford, Paige
Hernandez, Emely
Hernandez, Henry P
Hettick, Rachael L
Hill, Antonio
Hill, Tina
Hong, Han G
Hong, Isaac
Hong, Marybeth
House, Joshua W
Howard, James
Hubert, Jimmie
Hucks, Novella N
Hudson, Christine
Ibarra-Bastidas, Gabriela
Jackson, Geraldine
Jackson, Leroy F
Johnson, Glenn
Johnson, Lillie P
Jones, Delores
Kelsie, Adam
Khaira, Jarnail S
Kiel, Mindy Ann
Kirn, Colenan B
Kitzmiller, Christie
Kluxen, Michael
Kouloujian, Hagop
Lapolla, Blaise E
Leung, Marina
Littral, William A
Loomis, Marshall
Lopez-Builes, Martha
Louis, Kirby
Louro, Emily J
Luce, John
Madden, Jaylin J
Martin, Janae
Mata, Martin Nava
Mcbean, Camila

Mercado, Milagros V
Miller, Thomas
Misquez, Aaron S
Mongelli, Paul L
Moonilal-Singh, Kavir
Mughadam, David
Napiwocki, Jill
Neathery, Anthony S
Newton, Jesse
Nowicki, Lawrence
Oncor Electric Delivery Company
Openshaw, Anne-Celeste
Patel, Ankit K
Patterson, Nancy
Peguero, Yency
Pemba, Vignola
Perez-Ortiz, Yuritsi
Perez-Valencia, Lexington
Plott, JC
Ponce, Leonel
Powell, Anthony
Proto, Erik
Richard, Joshua
Riggins, Kimdell
Riley, Cherry B
Rivera-Romero, Leslie J
Robinson, Summer Cheyenne
Robles, Samuel
Rodriguez, Kenneth
Rodriguez, Raudin
Rogers, Liliah
Roman, Nadine
Ropshaw, Cade J
Sanchez Garcia, Horacio
Sanders, John
Santos, Martita S
Sawyer, Sheri L
Sayegh, Ailyn
Schimmoller, James D
Selby, Robert
Session, Qusarn F
Sira-Monsalve, Yelimar
Slater, Willie Lee
Sneed, Hodges
Sofolonia, Vea
Sosa, Juan
Spence, Tena J

Stewart Rentals
Tartabull, Carlos E
Tinsley, Jesstina
Trice, Whittni L
Turakulov, Damir T
Veasey, Zackary
Viera, Octavio F
Wasmiller, Lorinda
Waters-Ocasio, Laureen
Watkins, Eric
Williams, Bernard
Williams, John
Winston, Joyce A
Winston, Sharee D
Wyszynski, Paul
Yanto, Charmane

## SCHEDULE 1(q)

### **Surety and Letters of Credit Issuers**

Arch Capital Group
Argo Group
Axa XL
Chubb Group
CNA Surety
Intact Group
Liberty Mutual Group
Protective
Protective Insurance Company

**SCHEDULE 1(r)**

**Taxing Authorities / Governmental Agencies / Regulatory Agencies**

Canada Revenue Agency
City of Joilet, IL
City of Danville, IL
Texas Comptroller
St. Joseph County (South Bend), IN
San Joaquin County Assessor's Office (Tracy, CA)
Washington Department of Revenue
Pennsylvania Department of Revenue
New York Department of Taxation and Finance
Massachusetts Department of Revenue
Los Angeles County, CA

**SCHEDULE 1(s)**

**Top Creditors**

BNSF Railway Company
EXL Service Holdings INC
Amazon
Pilot Travel Centers LLC
Home Depot
Belk Express
RFT logistics LLC
Penske Truck Leasing
Union Pacific Railroad
Goodyear Tire & Rubber Company
Michelin North America Inc
Keurig dr. Pepper
Direct Chassislink, INC.
Mid-American Constructors LLC
Bed Bath & Beyond
Coty
Daimler Trucks NA
North American Transaction Services
Central States H&W Fund
Western Teamsters Welfare Fund
Central States Pension
Teamsters National 401k Savings Plan
Central Pennsylvania Teamsters
IAM National 401k Plan
IBT Local 710
Local 805 Pension and Retirement Plan
NY State Teamsters Council
Michigan Conference of Teamsters
Local 707
Pension Benefit Guaranty Corporation

## SCHEDULE 1(t)

## U.S. Trustee Office

Joseph Mcmahon
Lauren Attix
Linda Casey
Joseph Cudia
Holly Dice
Shakima L. Dortch
Timothy J. Fox, Jr.
Diane Giordano
Christine Green
Benjamin Hackman
Nyanquoi Jones
Jane Leamy
Hannah M. Mccollum
James R. O'malley
Linda Richenderfer
Juliet Sarkessian
Richard Schepacarter
Edith A. Serrano
Rosa Sierra-Fox
Dion Wynn

## SCHEDULE 1(u)

### UCC Lien Parties

Altabank
Alter Domus Products Corp.
Bank of New York Mellon, the as Collateral Agent
BOFI Federal Bank
Citizens Asset Finance Inc
Citizens Bank N.A.
Citizens Business Capital
Cortland Products Corp.
Credit Suisse AG as Collateral Agent
Everbank Commercial Finance Inc
First Utah Bank
Growth Funding Equipment Finance
Harbor Capital Leasing Inc
Harbor Capital Leasing LLC
HYG Financial Services Inc
Internal Revenue Service
Investors Bank
JPMorgan Chase Bank N.A.
LE Schwab Warehouse Center Inc
Milestone Equipment Corporation
Nations Fund I INC
Nations Fund I LLC
Newstar Commercial Lease Funding I LLC
Newstar Equipment Finance I LLC
NMHG Financial Services Inc
People's Capital and Leasing Corp
People's United Bank NA
PMC Financial Services Group LLC
Radius Bank
RBS Citizens Business Capital as Agent
Somerset Capital Group Ltd
Somerset Capital Group XXII
Stoughton Trailers Acceptance Company LLC
Susquehanna Commercial Finance Inc
Toyota Industries Commericial Finance Inc
Utica Leaseco LLC
Wintrust Equipment Finance
YRC Inc

## SCHEDULE 1(v)

## __UCC Members__

BNSF Railway Company
International Brotherhood of Teamsters
Michelin North America Inc
Central States, Southeast and Southwest Areas Pension Fund
Daimler Trucks NA
New York State Teamsters Pension and Health Funds
RFT Logistics LLC
Pension Benefit Guaranty Corporation
Armando Rivera

**SCHEDULE 1(w)**

**<u>UCC Professionals</u>**

Akin Gump
Miller Buckfire & Co.
Huron Consulting

## SCHEDULE 1(x)

### Union Funds

Central States Pension Funds
Albany Trucking & Allied Industries - Local 294
Automobile Mechanics' Local 701 Union & Industry Pension Fund (Chicago Mechanics)
Automobile Mechanics' Local 701 Union & Industry Welfare Fund (Chicago Mechanics)
BRAC 1908 MIA (Allied Services Division)
Brac 1908 MIA (TCU Pension Fund)
Central Pennsylvania Teamsters Pension Fund
Central Pennsylvania Teamsters HW Fund
Central States H/W Fund - Local 778 Kansas Paid to 01A (IAM)
Central States Health & Welfare Fund
Central States Pension Fund (Local 778 Mechanics)
Chauffeurs, Teamsters & Helpers Local Union #301, I B of T
District #77 IAMAW Welfare Association (737 ST. Paul HW (IAM))
District #9 IA OF M & A W Welfare Trust (Local 777 St Louis HW)
District #9 IA OF M & AW Pension Trust (Local 777 - St Louis Mech)
East Bay Drayage Drivers Security Fund (Local 70)
Employer-Teamsters Local #175 & 505 H/W Fund (JC 84)
Freight Drivers & Helpers Local Union 557
Hagerstown Teamsters Health & Pension Fund (Local 992)
Hawaii Teamsters Health & Welfare Trust
Hawaii Truckers Union Pension Fund
IA of M Motor City Welfare & Pension Fund (Local 698 - Detroit Mechanics)
IAM Local 447 Health/Welfare Fund (Buffalo HW)
IAM National Pension Fund
IAM National Pension Fund (BUF 447)
IAM National Pension Fund (Local 778 mechanics)
IAM National Pension Fund (ST PAUL 737)
IBOFT Office of the Trustees Local 710 HW & Pension Fund (Chicago Mechanics)
Indiana Conference of Teamsters Safety Training & Educational Trust Fund
Joint Council #83- Virginia
LA Machinists Benefit Trust (Local 1186 Southern CA Mech)
Local 294 Albany Area Trucking
Local 445 Pension Fund
Teamsters Local 617
Local 705 IB of T Health & Welfare Fund
Machinist Money Purchase Pension Fund
Management Labor Welfare & Pension Funds - Local 1730 ILA
Michigan Conference of Teamsters Welfare Fund
Mid Jersey Trucking Industry Local 701 Welfare & Pension Fund
Minnesota Teamsters - Minneapolis Office
National IAM Pension Fund (Socal 1186)
New England Teamsters Pension Trust
New York State Teamsters (Local 445)

New York State Teamsters Conference Pension & Retirement Fund
New York State Teamsters Council Health & Hospital Fund
New York State Welfare Fund (Local 355 - BLT)
Northern New England Benefit Trust
OPEIU (TPA Corp 401K) Santa Rosa and Bay Area
Oregon Teamsters National 401K Savings Plan
Oregon Western Teamsters Welfare Fund
P130-Employers-Teamsters Local #175 & 505 Pension Fund (JC 84)
Road Carriers Local 707 Health & Welfare Fund
Road Carriers Local 707 Pension Fund
Santa Rosa 665, Local 287, and local 2785 (Teamster Benefit Trust)
Suburban Teamsters of Northern Illinois Welfare & Pension Fund (Local 179)
Suburban Teamsters of Northern Illinois Welfare & Pension Fund (Local 673/179/330/134)
SW PA and Western Maryland Teamsters & Employers Pension Fund
Teamsters #261 & Employers Welfare Fund
Teamsters 401(K) Jo/Milwaukee
Teamsters 401(K) Joliete
Teamsters Health Services & Insurance Plan of Local 404
Teamsters Joint Council #83 of Virginia
Teamsters Local 251 Health Services & Insurance Plan
Teamsters Local 493 Health Service & Insurance Plan
Teamsters Local 560 Benefit Funds (North Jersey)
Teamsters Local 639 Employers Pension Trust
Teamsters Local 639 Employers Health Trust
Teamsters Local 641 Pension Fund
Teamsters Local 641 Welfare Fund
TEAMSTERS LOCAL 671 HEALTH SERVICES & INSURANCE PLAN
Teamsters Local 677 HEALTH SERVICES & INSURANCE PLAN
Teamsters Local Union No. 653 Health Welfare & Insurance Fund
Teamsters Pension Trust Fund of Philadelphia and Vicinity - Teamsters Health & Welfare Fund
Teamsters Pension Trust Fund of Philadelphia and Vicinity - Teamsters Pension Fund
Teamsters Union 25 Health Services & Insurance Plan
Transportation Local 443 Health Service & Insurance Plan
Truck Drivers Local 170 Health & Welfare Fund
Union Local 705 PT Pension Fund
Washington Teamsters National 401K Savings Plan
Western Teamsters Welfare Fund
Western Conference of Teamsters - National 401(K) Savings Plan
Western Conference of Teamsters Supplemental Benefit Trust Fund
Western Pennsylvania Teamsters & Employers Pension Fund
Western Pennsylvania Teamsters & Employers Welfare Fund
Western States Office & Professional Employees Pension Fund (OPEU)
Western Teamsters Welfare Trust - Washington
Western Teamsters Welfare Trust - OPEIU
Wisconsin Health Fund
Central Status Pension Fund
Teamsters Local 294 - Albany Trucking & Allied Industries

Allied Services Division - BRAC 1908 MIA
TCU Pension Fund - BRAC 1908 MIA
Central Pennsylvania Teamsters Health & Welfare Fund
Central Status Health & Welfare Fund - Local 778
Central Status Health & Welfare Fund
Central Status Pension Fund - Local 778
Chauffeurs Teamsters & Helpers Local Union 301 Health & Welfare Fund
District #77 IAMAW Welfare Association - Local 737 (St. Paul)
District #9 IAMAW Welfare Trust - Local 777 (St. Louis)
District #9 IAMAW Pension Trust - Local 777 (St. Louis)
Employer-Teamsters Local #175 & 505 Health and Welfare Fund (JC 84)
Freight Drivers and Helpers Local No. 557 Pension Plan
Hawaii Truckers - Teamsters Union Pension Fund
Mechanics Motor City Lodge No. 698, IAM Welfare Fund
IAM Local 447 Health and Welfare Fund - Buffalo
IAM Local 447 Pension Fund - Buffalo
IAM National Pension Fund - Local 778
IAM National Pension Fund (St Paul)
IBT Office of the Trustee Local 710 (Chicago Mechanics) - Health+Welfare & Pension Fund
Teamsters Joint Council No 83 of Virginia Health & Welfare Fund
Teamsters Local 294 - Albany Area Trucking
IBT Teamsters Health & Welfare Fund Local 705
Minnesota Teamsters Health & Welfare Plan
New England Teamsters & Trucking Industry Pension Trust
Employers-Teamsters Local #175 & 505 Pension Fund
Teamsters Joint Council No. 83 of Virginia Pension Fund

**SCHEDULE 1(y)**

**<u>Unions</u>**

International Brotherhood of Teamsters

**SCHEDULE 1(z)**

<u>**Vendors**</u>

Comdata, Inc.
EXL Service Ireland Limited
Teamsters National 401K Savings Plan
Salesforce.com Inc
Goodyear Tire & Rubber Company
Michelin North America Inc
Direct Chassislink, INC.
Mid-American Constructors LLC
North American Transaction Services
Belk Express
Haz-Mat Response, Inc.
Blue Cross and Blue Shield Ill
Fleetpride
RFT Logistics LLC
Oracle America Inc
City Wide Franchise Co Inc
Sedgwick Claims Management Services, Inc.
Keyhole Software LLC
Securitas Security Services
Superior Material Handling Inc
BS Transport LLC
CVS Caremark
Old World Industries, LLC
Prestige Fleet Services LLC
Bridgestone Americas
Wiese USA
Daimler Truck Financial Services
Corporate Lodging Consultants Inc
Waste Management National Services Inc
Hartford Life and Accident Ins Co
Receiver General for Canada
Fire Engineering Company, Inc.
Okta Inc
Orlando Pro Truck Repairs LLC
Merge
GBS
Aramark
Avery Weigh-Tronix LLC
OPTYM
Staples Business Advantage
Verizon Connect Telo Inc
Dekra Services INC.

KPMG LLP
Altus Receivables Management Inc
Security Solutions of America
Waste Harmonics
Bestpass, Inc.
Truckpro
Dun & Bradstreet, Inc
Publicis Sapient
Fleet Charge
Ringcentral Inc
Pasha Hawaii Holdings LLC
Lytx, INC.
R & D Mobile Services Inc
Ricoh USA, INC.
Imperial Supplies LLC
AAA Semi Truck & Trailer Repairs, LLC
Roofoptions, LLC
Brown & Joseph
Cintas
Paccar Parts Fleet Services
Pinnacle Fleet Solutions
Infostretch Corporation
Road-1 Inc
Factor Systems, Inc.
Bobs Mobile Truck & Trailer Shop Ltd
Technology Group Solutions, LLC
Honeywell Scanning and Mobility
NW Fleet Trucktrailer Repair Inc
Baucom Service Inc
Trucking Management, Inc.
Safety-Kleen Systems Inc
MTM Recognition Corporation
Geos Environmental, Inc.
Ean Services LLC
Lao-Hmong Security Agency Inc
Mode Transportation LLC
Zello INC
Aurora Parts & Accessories LLC
Interstate Building Maintenance Corp.
Cass Information Systems, Inc.
Taylor Communications
NTT Data Services LLC
Petrocard, Inc.
National Landscape Management
Amerigas Propane
TIG Fleet Service
CN

Uline Shipping Supply Specialists
Grainger
Pontoon Solutions, Inc.
West Power Services
4Refuel Canada LP
Chevron Products Company
Delta Dental of Kansas, Inc.
Bayard Advertising Agency
Fletes Mexico Carga Express
Rays Tire Service LLC
United Parcel Service
Packaging Corporation of America
Fidelity Workplace Services LLC
CSTK
Ernst & Young LLP
Converge One INC
Total Quality Logistics, LLC
CBK Construction Company
Haulistic LLC
Ten Logistics, Inc.
Jacobus Energy LLC
Goetz Energy Corporation
ITF LLC
Milestone Trailer Leasing LLC
Miri Piri Transportation Inc
Dell Marketing L.P.
Signature Graphics Inc
Microsoft Corporation
Schneider National, Inc.
Kasowitz Benson Torres LLP
Indiana State Department of Revenue
JLT Mobile Computers Inc.
Conrad & Bischoff, INC.
Heritage Petroleum LLC
J.J. Advantage Security
Progistics Distribution Inc
Tote Maritime Puerto Rico, LLC
Overland West Freight Lines
Rush Truck Center
World Fuel Services Inc
Diesel Direct West
Mansfield Oil Company
Insight Direct USA, Inc.
Teamsters Pension Fund
ITS National, LLC
Pilot Travel Centers LLC
Union Pacific Railroad

Norfolk Southern Corporation
Nextran Truck Centers Midwest Inc
James River Petroleum, Inc.
Hightowers Petroleum Company
Speedy Transport Group Inc
Vanguard Trailer
IBT Local 710 Health & Welfare
EXL Service Holdings Inc
Road Carriers Local 707 Welfare Fund
Mirabito Energy Products
Webster Bank
Span Alaska Transportation Inc
U.S. Xpress Enterprises Inc.
Old Republic Risk Management Inc
Diversified Energy Supply
Reed Transport, LLC
Diesel Direct, INC.
TBS Factoring Service, LLC
AT&T
NY State Teamsters Council
Prologis USLV Newca 3 LP
Teamsters Local 641
Magnum LTL, INC.
Oregon Teamster Employers Trust
Motus LLC
Washington Teamsters Welfare Trust
IBT Local 710
Green Blue 1818 LLC
PCS Surface Delivery
Teamsters Health & Welfare Fund
Hyundai Translead
OSCO Incorporated
Offen Petroleum LLC
Local 701 Mid Jersey Trucking
SC Fuels
Hagerstown Teamsters & Motor Carriers
Ohio Department of Taxation
7 Oil Company Inc
IBT Local 710 Pension Fund
North Park Transportation Co Inc
M-O Freight Works
Cross Country Courier Inc
Welfare Account No. 500
Suburban Teamsters Welfare Fund
Gardaworld Security Services
GPT Operating Partnership LP
Wilmington Trust Company

IBM Corporation
Centurylink
Guidepoint Security LLC
Teamsters Local 641 H/W Fund
Leuf of Florida Inc
STL Truckers, LLC.
New England Teamsters Pension Fund
Oregon DOT/MCT
Intercept Logistics, Inc.
US Special Delivery
Verizon Wireless
Hnry Intra Sup
Straight Freight System LLC
Proskauer Rose LLP
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
EBDDSF
B2B Supply
Expersolve
Teamsters Union Local 25
Cook County Treasurer
Miracle express, inc.
Trans-National Express
Local 707
Gardewine & Sons Ltd
Tacoma Motorfreight Service
Local 251 H & W Fund
Morgan, Lewis & Bockius LLP
Western PA Welfare Fund
A Duie Pyle INC
Teamsters Local 25 H & W Plan
Riley Oil Co
First Advantage Background Services Corp
R.L. Roberts LLC
Coyote Logistics
Marsh USA Inc
SBC Tax Collector
NY St Teamsters
Trucking Employees of North
GBS Corp
CN Rail
Union National Bank of Elgin
Oregon State Department of Transportation - Motor Carrier Transportation Division
Hnry Logistics
San Bernardino County Tax Collector

**<u>Schedule 2</u>**

**Current Clients, Former Clients, and Closed Clients**

Parties (or affiliates thereof) who are current or former clients of Goodmans in matters unrelated to these chapter 11 cases include the following:

| Name of Entity Searched | Relationship to Debtors | Name of Entity and/or Affiliate of Entity that is a Goodmans Client | Status |
|---|---|---|---|
| [Name on File] | Customer<br>Top Creditor<br>UCC Member | [Name on File] | Current Client |
| [Name on File] | Top Creditor<br>UCC Member<br>Vendor | [Name on File] | Closed Client |
| Houlihan Lokey | Other Restructuring Professional | Houlin Lokey | Closed Client |
| Houlihan Lokey | Other Restructuring Professional | Houlihan Lokey (China) Limited | Closed Client |
| White & Case | Other Restructuring Professional | White & Case LLP | Closed Client |
| Citadel | Banks/Lender/Administrative Agent | Citadel LLC | Closed Client |
| Arnold & Porter | Other Restructuring Professional | Arnold & Porter LLP | Closed Client |
| Ropes & Gray | Other Restructuring Professional | Ropes & Gray LLP | Closed Client |
| Akin Gump | UCC Professional | Akin Gump<br>Akin Gump Group | Closed Clients |
| [Name on File] | Union Fund | [Name on File] | Closed Clients |
| [Name on File] | Vendor | [Name on File] | Current Client |
| [Name on File] | Cargo-Related Claim Customer | [Name on File] | Former Client |
| [Name on File] | | [Name on File] | Closed Client |
| [Name on File] | | [Name on File] | Current Client |
| [Name on File] | Litigation | [Name on File] | Closed Client |
| [Name on File] | Subrogation Claim – Open Litigation | [Name on File] | Current Client |
| [Name on File] | Cargo-Related Claim | [Name on File] | Closed Client |
| [Name on File] | Cargo-Related Claim | [Name on File] | Closed Client |
| [Name on File] | Cargo-Related Claim | [Name on File] | Closed Client |
| [Name on File] | UCC Lien Party | [Name on File] | Former Client |
| Bank of New York Mellon | UCC Lien Party | Bank of New York Mellon Corporation, The | Closed Client |

| Credit Suisse AG | UCC Lien Party | Credit Suisse AG, Cayman Islands Branch | Current Client |
|---|---|---|---|
| Credit Suisse AG | UCC Lien Party | Credit Suisse First Boston<br>Credit Suisse AG, Toronto Branch<br>Credit Suisse Asset Management<br>Credit Suisse First Boston<br>Credit Suisse First Boston Canada Inc.<br>Credit Suisse Securities (USA) LLC<br>Credit Suisse AG, New York<br>Credit Suisse Securities (Canada) Inc.<br>Credit Suisse Financial Products | Closed Clients |
| Citizens Bank N.A. | Banks/Lender/Administrative Agent<br>UCC Lien Party | Citizens Bank, National Association | Current Client |
| JP Morgan Chase Bank N.A. | Banks/Lender/Administrative Agent<br>UCC Lien Party | JPMorgan Chase Bank, National Association | Current Client |
| JP Morgan Chase Bank N.A. | Banks/Lender/Administrative Agent<br>UCC Lien Party | JPMorgan Chase Group | Closed Client |
| [Name on File] | Material Contract Counterparty<br>UCC Lien Party | [Name on File] | Closed Client |
| [Name on File] | UCC Lien Party | [Name on File] | Current Client |
| [Name on File] | UCC Lien Party | [Name on File] | Closed Clients |
| [Name on File] | Material Contract Counterparty<br>UCC Lien Party | [Name on File] | Closed Client |
| FTI | Other Restructuring Professional | FTI Consulting Canada Inc. | Current Client |
| FTI | Other Restructuring Professional | FTI Consulting Inc. | Closed Client |
| [Name on File] | Litigation | [Name on File] | Closed Client |
| [Name on File] | Litigation | [Name on File] | Closed Client |

| [Name on File] | Litigation | [Name on File] | Closed Client |
|---|---|---|---|
| Reimer World Corp | Litigation | Reimer Express Lines Ltd. | Closed Client |
| Reimer Holding B.V. | Debtor | Reimer Express Lines Ltd. | Closed Client |
| [Name on File] | Litigation | [Name on File] | Closed Client |
| [Name on File] | Vendor | [Name on File] | Closed Client |
| [Name on File] | Top Creditor Vendor | [Name on File] | Closed Client |
| IBM Corporation | Vendor | IBM Canada Ltd. | Former Client |
| IBM Corporation | Vendor | IBM Corporation | Closed Client |
| [Name on File] | Vendor | [Name on File] | Former Client |
| Proskauer Rose LLP | Vendor | Proskauer Rose LLP | Closed Client |
| Kasowitz Benson Torres LLP | Vendor | Kasowitz Benson Torres & Friedman | Closed Client |
| [Name on File] | Vendor | [Name on File] | Closed Client |
| Morgan, Lewis & Bockius LLP | Vendor | Morgan, Lewis & Bockius LLP | Closed Client |
| CSTK | Vendor | CSTK | Closed Client |
| [Name on File] | Vendor | [Name on File] | Current Client |
| [Name on File] | Vendor | [Name on File] | Closed Client |
| Ernst & Young LLP | Vendor | Ernst & Young Inc. | Current Client |
| Ernst & Young LLP | Vendor | Ernst & Young LLP | Closed Client |
| [Name on File] | Vendor | [Name on File] | Closed Client |
| [Name on File] | Vendor | [Name on File] | Closed Client |
| [Name on File] | Bank/Lender/Administrative Agent | [Name on File] | Former Client |
| UMB Bank | Bank/Lender/Administrative Agent | United Mizrahi Bank (Switzerland) Ltd. | Former Client |
| ING Capital LLC | Bank/Lender/Administrative Agent | ING Capital LLC | Former Client |
| US Bank N.A. | Bank/Lender/Administrative Agent | U.S. Bank, NA | Current Client |
| BNY Mellon | Bank/Lender/Administrative Agent | BNY Trust Company of Canada BNY Financial Corporation - | Closed Client |

|  |  | Canada |  |
| --- | --- | --- | --- |
| [Name on File] | Vendor | [Name on File] | Current Client |
| [Name on File] | Vendor | [Name on File] | Closed Clients |
| [Name on File] | Vendor | [Name on File] | Closed Client |
| [Name on File] | Top Creditor UCC Member Vendor | [Name on File] | Closed Client |
| [Name on File] | Vendor | [Name on File] | Closed Clients |
| KPMG LLP | Vendor | KPMG LLP | Current Client |
| KPMG LLP | Vendor | KPMG | Former Client |
| KPMG LLP | Vendor | KPMG Inc. KPMG Group KPMG Corporate Finance Inc | Closed Clients |
| Hartford Life And Accident Ins Co | Vendor | Hartford Life Insurance Company | Closed Client |
| [Name on File] | Vendor | [Name on File] | Closed Clients |
| [Name on File] | Vendor | [Name on File] | Current Client |
| [Name on File] | Vendor | [Name on File] | Closed Clients |
| Cintas | Vendor | Cintas Corporation | Closed Client |
| [Name on File] | Vendor | [Name on File] | Closed Clients |
| [Name on File] | Vendor | [Name on File] | Former Client |
| [Name on File] | Vendor | [Name on File] | Closed Client |
| [Name on File] | Vendor | [Name on File] | Current Client |
| [Name on File] | Vendor | [Name on File] | Former Client |
| [Name on File] | Vendor | [Name on File] | Current Client |
| [Name on File] | Vendor | [Name on File] | Former Client |
| [Name on File] | Union Fund | [Name on File] | Closed Client |
| [Name on File] | Taxing Authority/Governmental Agency/Regulatory Agency | [Name on File] | Closed Client |
| Choate Hall & Stewart LLP | Other Restructuring Professional | Choate Hall & Stewart LLP | Closed Client |
| Holland & Knight LLP | Other Restructuring Professional | Holland + Knight LLP | Closed Client |
| Hogan Lovells US LLP | Other Restructuring Professional | Hogan Lovells US LLP | Closed Client |
| Milbank | Other Restructuring Professional | Milbank, Tweed, Hadley & McCloy | Closed Client |
| [Name on File] | Material Contract Counterparty | [Name on File] | Closed Client |
| [Name on File] | Material Contract Counterparty | [Name on File] | Current Client |

| [Name on File] | Material Contract Counterparty | [Name on File] | Closed Client |
|---|---|---|---|
| [Name on File] | Material Contract Counterparty | [Name on File] | Closed Client |
| [Name on File] | Material Contract Counterparty | [Name on File] | Closed Client |
| [Name on File] | Material Contract Counterparty | [Name on File] | Current Client |
| Markel | Insurance Provider/Agent | Markel Insurance Company of Canada | Closed Client |
| Willis Towers Watson | Insurance Provider/Agent | Willis Towers Watson (formerly Towers Watson & Co.) | Closed Client |
| [Name on File] | Insurance Provider/Agent | [Name on File] | Current Client |
| [Name on File] | Insurance Provider/Agent | [Name on File] | Closed Client |
| [Name on File] | Insurance Provider/Agent | [Name on File] | Closed Client |
| AIG Specialty Insurance Company | Insurance Provider/Agent | AIG Asset Management (U.S.), LLC | Former Client |
| [Name on File] | Insurance Provider/Agent Surety and Letter of Credit Issuer | [Name on File] | Closed Client |
| [Name on File] | Insurance Provider/Agent | [Name on File] | Closed Client |
| [Name on File] | Insurance Provider/Agent | [Name on File] | Closed Client |
| [Name on File] | Customer | [Name on File] | Current Client |
| [Name on File] | Customer | [Name on File] | Closed Clients |
| [Name on File] | Customer | [Name on File] | Closed Clients |
| [Name on File] | Customer | [Name on File] | Current Client |
| [Name on File] | Customer | [Name on File] | Closed Client |

| [Name on File] | Customer<br>Top Creditor | [Name on File] | Closed Clients |
|---|---|---|---|
| [Name on File] | Customer<br>Top Creditor | [Name on File] | Current Client |
| [Name on File] | Customer | [Name on File] | Former Client |
| Epiq Global | Bankruptcy Professional | Epiq Systems, Inc. | Former Client |
| Alvarez & Marsal | Bankruptcy Professional | Alvarez & Marsal<br>Canada ULC | Current Client |
| Kirkland & Ellis | Bankruptcy Professional | Kirkland & Ellis LLP | Closed Client |
| Bank Of America,<br>N.A. | Bank/Lender/Administrative<br>Agent | Bank Of America,<br>N.A. | Current Client |
| PNC Bank | Bank/Lender/Administrative<br>Agent | PNC Bank | Current Client |
| PNC Bank<br>National<br>Association | Bank/Lender/Administrative<br>Agent | PNC Bank National<br>Association | Current Client |
| Bank Of Nova<br>Scotia | Bank/Lender/Administrative<br>Agent | Bank Of Nova Scotia | Current Client |
| TD Bank | Bank/Lender/Administrative<br>Agent | TD Bank | Current Client |
| Wells Fargo | Bank/Lender/Administrative<br>Agent | Wells Fargo | Current Client |