UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In Re:                               Chapter **11**

Case No. **23**-**11069** (**CTG**)

Debtor: **YELLOW CORPORATION, et al.**

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **M. Vance McCrary, Esq.**

to represent **Jeff Moore and Elizabeth Brook Moore on behalf of themselves and all others similarly situated** in this action.

/s/ James E. Huggett, Esq. (DE ID 003956)

Firm Name: Margolis Edelstein
Address: 300 Delware Ave., Ste. 800
Wilmington, DE 19801
Phone: 302-888-1112
Email: jhuggett@margolisedelstein.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **Alabama** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ M. Vance McCrary, Esq.

Firm Name: The Gardner Firm, P.C.
Address: 182 St. Francis St., Ste. 103
Mobile, AL 36602
Phone: 251-433-8100
Email: VMcCrary@thegardnerfirm.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: September 6th, 2023
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

Local Form 105