**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                                             Chapter **11**

                                                                                             Case No. **23** - **11069** ( **CTG** )

Debtor: **YELLOW CORPORATION, et al.**

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of **Mary E. Olsen, Esq.**

to represent **Jeff Moore and Elizabeth Brook Moore on behalf of themselves and all others similary situated** in this action.

/s/ James E. Huggett, Esq. (DE ID 003956)

Firm Name: Margolis Edelstein
Address: 300 Delware Ave., Ste. 800
Wilmington, DE 19801
Phone: 302-888-1112
Email: jhuggett@margolisedelstein.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of **Alabama** and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

/s/ Mary E. Olsen, Esq.

Firm Name: The Gardner Firm, P.C.
Address: 182 St. Francis St., Ste. 103
Mobile, AL 36602
Phone: 251-433-8100
Email: molsen@thegardnerfirm.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: September 6th, 2023
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

Local Form 105