**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| Yellow Corporation, *et al.,* | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the certification below, counsel moves for the admission *pro hac vice* of Rebecca K. McDowell of Saldutti Law Group to represent Customers Commercial Finance, LLC in the above-referenced case.

Dated: August 31, 2023

**BIELLI & KLAUDER, LLC**

*/s/ Melissa M. Hartlipp*
David M. Klauder, Esq. (No. 5769)
Melissa M. Hartlipp, Esq. (No. 7063)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com
    mhartlipp@bk-legal.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey, Pennsylvania, and Michigan and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

*/s/ Rebecca K. McDowell*
Rebecca K. McDowell, Esq.
Saldutti Law Group
1700 Market Street, Suite 1005
Philadelphia, PA 19103
Phone: (856) 779-0300
Email: rmcdowell@slgcollect.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: September 6th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**