# CERTIFICATE OF SERVICE

I, Michael D. DeBaecke, hereby certify that, on September 7, 2023, I caused a copy of *Paccar Financial Corp.'s Reservation of Rights and Response to Debtors' Motion for Approval of Contract and Lease Rejection Procedures [Dkt. No. 391]* to be served to (i) all parties of record via CM/ECF; and (ii) the parties on the attached service list via email, unless otherwise notated.

Dated: September 7, 2023  /s/ *Michael D. DeBaecke*
Michael D. DeBaecke (DE Bar No. 3186)

| | |
|---|---|
| **U.S. MAIL**<br>Yellow Corporation<br>Attn.: General Counsel<br>11500 Outlook Street<br>Suite 400<br>Overland Park, Kansas 66211<br><br>(*Debtors*) | **ELECTRONIC MAIL**<br>Kirkland & Ellis LLP<br>Whitney Fogelberg, Esq.<br>300 North LaSalle<br>Chicago, Illinois, 60654<br>Email: whitney.fogelberg@kirkland.com<br><br>(*Counsel to the Debtors*) |
| **ELECTRONIC MAIL**<br>Kirkland & Ellis LLP<br>Allyson B. Smith, Esq.<br>601 Lexington Avenue<br>New York, New York 10022<br>Email: allyson.smith@kirkland.com<br><br>(*Counsel to the Debtors*) | **ELECTRONIC MAIL**<br>Pachulski Stang Ziehl & Jones LLP<br>Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Peter J. Keane, Esq.<br>Edward Corma, Esq.<br>601 Lexington Avenue<br>New York, New York 10022<br>Email: ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com<br><br>(*Counsel to the Debtors*) |
| **ELECTRONIC MAIL**<br>the Office of United States Trustee<br>Jane Leamy, Esq.<br>Richard Shepacarter, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>Email: jane.m.leamy@usdoj.gov<br>richard.shepacarter@usdoj.gov<br><br>(*U.S. Trustee*) | **ELECTRONIC MAIL**<br>Akin Gump Strauss Hauer & Feld LLP<br>Philip C. Dublin, Esq.<br>Meredith A. Lahaie, Esq.<br>Kevin Zuzolo, Esq.<br>One Bryant Park, Bank of America Tower New York, NY 10036-6745<br>Email: pdublin@akingump.com<br>mlahaie@akingump.com<br>kzuzolo@akingump.com<br><br>(*Counsel to the Committee of Unsecured Creditors*) |
| **ELECTRONIC MAIL**<br>Benesch Friedlander Coplan & Aronoff LLP<br>Jennifer R. Hoover, Esq.<br>Kevin M. Capuzzi, Esq.<br>One Bryant Park, Bank of America Tower New York, NY 10036-6745<br>Email: jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br><br>(*Counsel to the Committee of Unsecured Creditors*) | |