**<u>EXHIBIT C</u>**

**Kasowitz Declaration**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**DECLARATION OF MARC E. KASOWITZ IN SUPPORT OF**
**DEBTORS' APPLICATION PURSUANT TO SECTIONS 327(e), 328(a),**
**AND 330 OF THE BANKRUPTCY CODE FOR ENTRY OF AN**
**ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT**
**OF KASOWITZ BENSON TORRES LLP, AS SPECIAL LITIGATION**
**COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE**

Pursuant to Rule 2014(a) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Marc E. Kasowitz declares as follows:

1.      I am a member of the firm of Kasowitz Benson Torres LLP (the "Firm"), a law firm of over 250 attorneys, which maintains its principal offices at 1633 Broadway, New York, New York and other offices in: Atlanta, Georgia; Denver, Colorado; Houston, Texas; Los Angeles, California; Miami, Florida; Newark, New Jersey; Redwood Shores, California; San Francisco, California; and Washington, D.C.

2.      I submit this declaration in support of the *Debtors' Application Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code for Entry of an Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP, as Special Litigation Counsel to the Debtors Effective as to the Petition Date* (the "Application").

---

[1]      A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

3.      To my knowledge, neither I, the Firm, nor any members of the Firm, insofar as I have been able to ascertain, has any connection with the above-captioned debtors and debtors in possession (the "Debtors"), their creditors, or any other parties in interest herein, or their respective attorneys, except as set forth herein.

4.      In connection with its proposed retention by the Debtors as special litigation counsel with respect to the Pre-Petition Litigation in these chapter 11 cases, the Firm undertook to determine whether it had any conflicts or other relationships that might cause it to represent or hold an interest adverse to the Debtors or to the estates with respect to the matters on which the Firm is to be employed. The disclosure schedule annexed hereto as **Schedule A** lists the names of the parties in interest. The Firm maintains an electronic client database of current and former clients to permit the electronic searching of all potential parties in interest in new cases for connections to the Firm's clients.  The Firm searched this client database to determine whether it had a current or prior (within the preceding three-year period) relationship with any of the potential parties in interest listed on **Schedule A**. The results of the Firm's conflict analysis are listed on **Schedule B**.  To the best of my knowledge and belief, the Firm does not represent or hold any interest adverse to the Debtors or to the estates with respect to the matters on which the Firm is to be employed.

5.      The Firm received payment from the Debtors during the year prior to the Petition Date in the amount of $10,808,844.  As of the Petition Date, the Firm had an outstanding invoice to the Debtors in the amount of $1,323,987.  The prepetition arrears were the direct result of the significant legal work arising out of and necessitated by the events described in the IBT Action and related to fees incurred in the month prior to the commencement of the chapter 11 cases.

6.      I believe that the Firm does not represent or hold any interest adverse to the Debtors or to their estates with respect to the matters on which the Firm is to be employed – specifically, the Pre-Petition Litigation.  None of the Firm's active representations have any connection with the Firm's representation of the Debtors or their respective estates in these chapter 11 cases.

7.      I am not related or connected to and, to the best of my knowledge, no other professional of the Firm who will work on this engagement is related or connected to, any United States Bankruptcy Judge for the District of Delaware or any employee in the Office of the United States Trustee for the District of Delaware.

8.      From time to time, the Firm may work with Pachulski Stang Ziehl & Jones LLP ("PSZJ") and Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "K&E"), the Debtors' general bankruptcy counsel, through other entities that are clients of both the Firm and PSZJ, or the Firm and K&E.  From time to time, the Firm may work with one or more of the Debtors' other attorneys through other entities that are clients of both the Firm and such other attorneys.

9.      The Firm and certain of its members, of counsel, and associates may have in the past represented, may currently represent, and likely in the future will represent, stockholders and/or creditors of the Debtors and other parties of interest in connection with matters unrelated to the Debtors, these chapter 11 cases or the Pre-Petition Litigation.  At this time, the Firm is not aware of any adverse interest, or of any connection with the Debtors, their creditors, the U.S. Trustee, or any party-in-interest in in the matters upon which the Firm is to be employed, except as disclosed herein.  Upon further and continuing review of lists of all creditors and interested parties, the Firm will make any further disclosures as may be appropriate.

10.     The Firm intends to apply for compensation for professional services rendered in connection with these chapter 11 cases, subject to approval of this Court and in compliance with applicable provisions of the Bankruptcy Code, on an hourly basis, plus reimbursement of actual, necessary expenses and other charges incurred by the Firm.  The Firm's fees for professional services are based upon its hourly rates, which are periodically adjusted.  The Firm's current range of standard hourly rates are: $1,155 to $2,300 for partners, (b) $1,150 to $2,000 for special counsel, (c) $625 to $1,150 for associates, (d) $425 to $715 for staff attorneys, and (e) $310 to $595 for paralegals and legal staff.  The current rates charged by the Firm are the same rates that the Firm charged for services immediately prior to the Petition Date.  Additionally, prior to the Petition Date, the Firm provided the Debtors with a 15% discount on its rates.  The Firm will continue such discount throughout the pendency of the chapter 11 cases.

11.     The Firm's hourly billing rates are subject to periodic adjustments to reflect economic and other conditions and generally are adjusted in January of each year.  The Firm will file a notice with the Court prior to any adjustment of its billing rates.  For the avoidance of doubt, and as indicated above, the Firm will maintain the 15% discount that was in effect prior to the Petition Date.

12.     The Firm's hourly billing rates for professionals are not intended to cover out-of-pocket expenses and certain elements of overhead that are typically billed separately. Accordingly, the Firm regularly charges its clients for the expenses and disbursements incurred in connection with the client's case, including, *inter alia*, word processing, telecommunications, photocopying, postage and package delivery charges, court fees, transcript costs, travel expenses, expenses for "working meals" and computer-aided research.  The Firm will abide by the Bankruptcy Code, the Bankruptcy Rules, the Local Rules, and all other rules and regulations that

have been or may be adopted by this Court in connection with all services provided and expenses incurred.

13. No commitment has been made or received by the Firm, nor any member thereof, as to compensation or payment in connection with these chapter 11 cases other than in accordance with the provisions of the Bankruptcy Code and orders of the Court, and as set forth in the Application. Further, the Firm has no agreement with any other entity to share with such entity any compensation received by the Firm in connection with the these chapter 11 cases.

14. The services to be performed by the Firm will not be duplicative of other professionals retained by the Debtors, but rather will ensure the most economic and effective means for the Debtors to prosecute and/or defend, as applicable, the Pre-Petition Litigation. Specifically, PSZJ and K&E will serve as the Debtors' section 327(a) counsel, and the Firm will serve as litigation counsel. The Firm has discussed this division of responsibilities and believes it will avoid duplication of services.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: September 7, 2023          KASOWITZ BENSON TORRES LLP


                                   /s/ *Marc E. Kasowitz* _____
                                  Marc E. Kasowitz
                                  Partner

                                  *Proposed Special Litigation Counsel to the Debtors*

# **Schedule A**

## **List of Potential Parties in Interest**

**5% or More Equity Holders**
International Brotherhood of Teamsters
MFN Partners Management, LP
United States Department of the Treasury

**Affiliates and Subsidiaries**
OPK Insurance Co. Ltd.
PT Meridian IQ Indonesia International
Reimer Holding B.V.
Roadway Express, Inc.
Roadway Express, S.A. de C.V.
Transcontinental Lease, S. de R.L. de C.V.
USF Holland Inc.
Yellow Transportation, Inc
YRC Freight
YRC Logistics Asia Limited
YRC Services S. de R.L. de C.V.
YRC Transportation, S.A. de C.V.

**Bank Lenders**
Ace Global Multi-Credit LLC
Alter Domus Products Corp.
Amissima Diversified Income ICAV
AP Kent Credit Master Fund, L.P.
Apollo A-N Credit Fund (Delaware), L.P.
Apollo Accord Master Fund III, L.P.
Apollo Atlas Master Fund, LLC
Apollo Centre Street Partnership, LP
Apollo Credit Funds ICAV
Apollo Credit Master Fund Ltd.
Apollo Credit Strategies Master Fund, Ltd.
Apollo Lincoln Fixed Income Fund, L.P.
Apollo Moultrie Credit Fund, L.P.
Apollo Tactical Value SPN Investments, L.P.
Apollo TR Enhances Levered Yield LLC
Apollo TR Opportunistic Ltd.
Aspen American Insurance Company
Athora Lux Invest
Bancomer
Bank of America, N.A.
Bank of Bermuda
Bank of Nova Scotia
BNY Mellon
Cadbury Mondelez Pension Trust Limited
CIT Finance LLC

Citadel
Citizens Bank N.A.
Citizens Business Capital
Cortland Products Corp.
ING Capital LLC
JP Morgan Chase Bank N.A.
KeyBank National Association
MFN Partners Management, LP
MPI (London) Limited
PNC Bank
PNC Bank National Association
San Bernardino County Employees'
Retirement Association
Siemens Financial Services, Inc.
TD Bank
UMB Bank
United States Department of the Treasury
US Bank N.A.
Wells Fargo

**Bankruptcy Judges**
Ashely M. Chan
Brendan L. Shannon
Craig T. Goldblatt
J. Kate Stickles
John T. Dorsey
Karen B. Owens
Laurie Selber Silverstein
Mary F. Walrath
Thomas M. Horan

**Bankruptcy Judges - Staff**
Al Lugano
Amanda Hrycak
Cacia Batts
Catherine Farrell
Claire Brady
Danielle Gadson
Demitra Yeager
Jill Walker
Joan Ranieri
Laura Haney
Laurie Capp
Lora Johnson
Marquietta Lopez
Nickita Barksdale

Paula Subda
Rachel Bello
Robert Cavello

**Bankruptcy Professionals**
Ducera Partners
Epiq Global
Goodmans LLP
Kirkland & Ellis
Pachulski Stang Ziehl & Jones

**Cargo Related Claims**
Barrette Outdoor Living
Bluegrace Logistics
DuPont
Eech Group
Expeditors Cargo Insurance Brokers
Falvey Shippers Insurance
Ford
Freightquote
Logistics Plus
Mars Petcare USA Inc
Medline Industries
NFI Industries
Phillips Van-Heusen
Rivian Automotive LLC
Samsung Electronics America Inc
Signify North America Corporation
Spectrum Brands
Stanley Black & Decker (US) Inc
Supplyhouse
TFWW
The Vollrath Company
Turn 5
Unyson
UPS Capital Insurance Agency Inc
VWR International
Webstaurant Store

**Customers**
4Front
Amazon Com Inc
ARC Supply Chain Solutions
ArcBest Enterprise Solutions Inc
Ascent Global Logistics Company
Association Solutions

Blue Grace Logistics
CH Robinson Co
Daimler Trucks NA
Dollar General Corporation
Dollar Tree Stores
Eaton Corporation
Echo Global Logistics
Exel Inc
Fern Exposition Services
First Brands Group
Ford Motor Company
Freeman Parent Companies
Gallagher Affinity
General Electric
Global Tranz Enterprises
Healthcore
Hillenbrand Inc
Hnry Logistics
Home Depot
Honda Motor Logistics
Hub Group
Hubbell Inc
Hyundai America
Johnson Controls Inc
L.O. Trading
Logikor
Nissan North America Inc
Office Depot
Ohio Logistics
Omni Logistics
PB Consultants
Ply Gem
Priority One
Re Trans Freight
Redwood/Simplified Logistics
Rite Aid
Rogers & Brown North American Logistics
Ryder Carrier Mgmt Svcs
Savings4Members
Schneider Logistics
Signify Lighting
Staples Inc
TForce Worldwide
TPS Logistics
Transportation Insight
Uber Freight US LLC

Uline
Unishippers Global Logistics
United States Government
Volvo Logistics North American
Walmart Stores Inc
Worldwide Express

**Debtors**
1105481 Ontario, Inc.
Express Lane Service, Inc.
New Penn Motor Express LLC
Roadway Express International, Inc.
Roadway LLC
Roadway Next Day Corporation
USF Bestway Inc.
USF Dugan Inc.
USF Holland International Sales
Corporation
USF Holland LLC
USF Reddaway Inc.
USF RedStar LLC
Yellow Corporation
Yellow Freight Corporation
Yellow Logistics, Inc.
YRC Association Solutions, Inc
YRC Enterprise Services, Inc.
YRC Freight Canada Company
YRC Inc.
YRC International Investments, Inc
YRC Logistics Inc.
YRC Logistics Services, Inc.
YRC Mortgages, LLC
YRC Regional Transportation, Inc.

**Director**
Annlea Rumfola
Chris T. Sultemeier
Daniel L. Olivier
Darrel J. Harris
Darren D. Hawkins
David H. Webber
David S. McClimon
Douglas A. Carty
James E. Hoffman
Jason W. Bergman
Javier Evans

Leah K. Dawson
Matthew A. Doheny
Patricia M. Nazemetz
Shaunna D. Jones
Susana Martinez
Tony Carreno

**Environmental**
Roosevelt Irrigation District
US Environmental Protection Agency

**Insurance Providers**
Ace American Insurance Company
Ace Property & Casualty Insurance
Company
AEGIS London
AFCO Credit Corporation
AIG Specialty Insurance Company
Allianz Global Corp & Specialty SE
Allianz Global Risk US Insurance Co
Allianz US Risks US Insurance Company
Allied World Assurance Company, Ltd.
(AWAC)
American International Group UK Limited
American International Reinsurance Co.,
Ltd.
Applied Underwriters
Arcadian Risk Capital
Arch Reinsurance Ltd.
Aria (SAC) Ltd
Aspen American Insurance Co
AXA XL
Axis Bermuda Puni-Wrap
Axis Insurance Company
Axis Specialty Limited
Axis Surplus Insurance Company
Beazley Insurance Co.
Berkshire Hathaway International Insurance
Ltd.
Berkshire International
BFL Canada
Canopious
Chubb Bermuda Insurance
Chubb Limited
CNA
Columbia Casualty

Continental Casualty
Crum & Forester
Emergin Risk
Endurance American Insurance Co
Endurance Specialty Insurance Ltd.
Everest Insurance
Federal Insurance Co
GAI Insurance Company, Ltd.
Great American Assurance Co.
Greenwich Insurance Company
Helix Underwriting Partners Ltd
Illinois Union Ins. Co.
Lex-London
Lloyd's Of London
Lockton
Magna Carta - AEGIS
Magna Carta Insurance, Ltd.
Markel
Markel Bermuda
Mosaic Insurance
National Fire & Marine Insurance Company
National Union Fire Ins Co of PA
North Rock Insurance Company
Old Republic General Insurance Corporation
Old Republic Insurance Co.
Old Republic Insurance Company of Canada
Resilience Cyber Insurance
Roanoke (Munich Re Syndicate)
Roanoke Trade
RSUI Indemnity
RT Specialty
Siriuspoint Bermuda Ins Co Ltd
Sompo International
St. Paul Fire and Marine Insurance Company
Tokio Marine HCC
Travelers
Travelers of Canada
US Specialty Insurance Co
Vantage Risk Ltd
Westchester Surplus Insurance Company
Willis Towers Watson
XL Insurance Company SE - Irish Branch

**Litigation**
68th Street Site Work Group

Alabama Auto
Alco Iron & Metal
Alexander Hitz
Alvin L. Malnik
Ameesh Bhandari
Anthony Martino
APDI Liquidation, LLC
Bed Bath & Beyond
Blackstrap Industries, Inc.
Bm Group Inc.
Bright Earth Foods
Bryant Holdings LLC
Caesar Smith
Cherry Man Industries
Christina Lewis
Comlink Network Services
Department of Defense
DPS Auto Shippers
Eclipse IP LLC
Environmental Protection Agency
Federal Motor Carrier Safety Administration
G & J Carlson Truck & Trailer Repairs
GPNE Corp
Hallamore Corp, D/B/A B.T. Equipment
HBC Strategies Contract Payments
HKM Direct Market Communication
Hnrylogistic.com
Hnrylogistics.net
Hnryslogistics.com
Home Products International, Inc.
Indemnity Ins. Co. of North America A/S/O/ Perrigo Company
Interboro Packaging Corp
James D. Winston
Jeff Thorn
Kenco Logistics Services (Invacare)
Kevin M Galloway
Logistica Zemog
Logitraq, LLC
Maxfield Candy Co
Nipponkoa Insurance
Nova Wildcat Shur-Line Holdings (H2 Group)
Ocean Amusements, Inc
Omachron Science Inc.
OSHA

Party City
PML Capital
Pyramid Flooring / Seneca Hardwood
Quality Ocean LLC
R&L Carriers
Reimer World Corp
Revlon, Inc.
Roadnet Technologies
Roadwaydelivery.Com
Rocket Farms, Inc.
Sirius Computer Solutions
Standard Roofing & Sheet Metal Supply
Temp-Coat Brand Products
The Purchase Master, LLC
TM Longevity Center, C.A.
Transmate Logistics
TS Express/Motorcar Parts of America
Tucows Inc
US Freightways, Inc.
US Treasury
Vital Pharmaceuticals, Inc
Vizant Technologies, LLC
Washington State Employment Security
Department
Yello Strom
Yellow Crates Corp
Yellow Transportation (Manteca, CA)
Yrccourier.com
Yrcworldwidedelivery.com
Zenobia Company, LLC

**Material Contracts**
1313 Grand Street Realty, LLC
181 W Johnson Operating LLC
445 Hollywood Avenue, LLC
9551930 Canada Inc.
A. Duie Pyle
A2.21 1333 North Market LLC
ABF Freight System, Inc.
Acheron Land Holdings ULC
Ajia, LLC
Alamitos Auto Parts, Inc.
Allied Logistics Corp.
Appletree Realty Holdings, LLC
Artim Industrial Properties
Aurora Business Park Associates, LP

Axos Bank
B & W Investments
B. Kik Properties LLC
Baker Dennard & Goetz, Inc.
Barry Jenkins Trust
Bel Air T.T., Llc
Big Sky Property Management
Blach Distributing Company
Blach Investment Group
Bluebird Real Estate Holdings, LLC
BNSF Railway Company
Boyer Logistics, Inc.
Breit Industrial Canyon GA 1B01 LLC
C and S Brokerage
Central Property Group LLC
Chamberlain Trust
Champion Terminal Associates, LLC
Chicago Title Land Trust Company
Christy Real Estate, LLC
City of Goodland/County Clerk of Sherman
County
Commerce Road Terminals LLC
Crown Associates
Crown Enterprises, Inc.
CWW Enterprises LLC
Cynthia Oliver
David M. and Ann B. Morse
DCT Eckhoff Street LLC
DCT Peoria Street LLC
DCT Regentview Avenue, LLC
Dock Street Corp
Don Jerry X-Plo, Inc.
Dunco, LLC
Dwell Wise LP
DWJS, LLC
East West Bank
Edinburgh Logistics Assets LLC
Eiler, LLC
Elmira Terminal & Warehouse Corp.
Estes Express Lines
Estes Terminals
Exeter 1619 N Plaza, LLC
Exol Properties, LLC
Fazio TV, LLC
Federal Bridge Corporation
Fifty Second Avenue Associates, Inc.

Finlayson Logistics Assets LLC
Freeport Center Associates
Freight Line Properties, LLC
G&I IX Cheshire, LLC
GB Albany, LLC
GB Union Gap, LLC
Geffs
GIJV IL7 LLC
Glen EG, LLC
GPT Deer Park Terminal Owner LLC
GPT Orlando Terminal Owner LLC
GPT Santa Fe Springs Owner LP
Green Acres Gypsum
Growth Funding Equipment Finance
Grp 298 Astor LLC
Gulsons Cutter, LLC
Haener Properties LP
Harris Real Estate Holdings, LLC
Hartman Road LLC
Hawkey Transportation
Healthsource Integrated Solutions
Highland Investments, LLLP
HVIP Industrial Park
Invermex, LLC
Ivey Self Storage, Inc.
J and C Gilman LLC
J. B. Wright
J. L. Clark Corporation
Jack Chamberlain
Jay F. Mannino Trust
JEDS, LLC
Jennings Leasing, LC
Jerald K. Hofstad
Jim Heatherly
Jonesboro Freight Terminal, LLC
JVCA Investments, LLC
Kestrel Crossdock, LLC
Lee A. Wiggins
Lightedge Technologies
Lorraine Carlson
M J Rock, LLC
M4 Terminals, LLC
Mad Acquisitions, LLC
Madrona Cutter, LLC
Maria Ontiveros
Marley RMC II Spe LLC

Mary A. Fazio Limited Partnership I
Matelich Crane Pier & Piling
McCallum Family, LLC
Mercedes-Benz Financial Services USA LLC
MG Fishersville I, LLC
Mitchell Nelson
Mobile Airport Authority
Mohawk Street Properties LLC
Montana Opportunities, LLC
Multi-Base, Inc.
Napa Auto Parts
Nations Capital Finance
NATMI LPF Bloomington, LP
NATMI National FX Properties, LLC
NATMI National Tampa, LLC
NATMI National Truck Terminals, LLC
Ned Properties, LLC
Nextran Truck Center
Niagara Falls Bridge
Norstar Walker Inc.
North Acres Development Co., Inc.
NW 5+B Office and Retail LLC
OPS-KC Aspiria, LLC
Orange Batavia I LLC
Orchard Investments, Inc.
P & R Property Management
PAC Operating Limited Partnership
Paccar Financial Corp.
Pacific Transshipment Centers, LLC
Pacificorp
Paul Isaacson
Peapack Capital Corporation
Pearl Lenzen
Penske Truck Leasing Co, L.P.
Peters Investments, LLC
Pifer Property Holdings, Lp
Popular Investments, LLC
Port of Seattle
PPF Sudberry Ocean View Hills, LP
Price Property and Investments LLC and Green Blue 1818 LLC
Prologis L.P.
Prologis Targeted U.S. Logistics Fund, LP
Prologis USLV Newca 3, CA
Prologis USLV Newca 3, LLC

Prologis USLV Subreit 4, LLC
Property 1955 LLC
PWM, Inc.
Pyro Junkie Fireworks, Inc.
R. L. Roberts, Llc
Radius Bank
Realterm Nat Property Holdings, LP
Regency West Office Partners
Reimer World Properties Corp.
RGA Dalfen East Dallas LP
Rich and Dave Grant Properties
Richardsons Properties LLC
RLF Booth SPE, LLC
RLF I-A SPE, LLC
RLF I-C SPE, LLC
RLF I-Pico SPE, LLC
RLIF East 2 LLC
RLR Investments, LLC
Roemer Way LLC
RWP Manitoba Ltd
Ryder Transportation Services
S&S Transport
Salem Warehouse Syndicate LLC
Santa Maria Investments, LLC
Schopp Properties
Shaffer Road LLC
Shurling Property
Silver Creek, LLC
Snohomish County/City Airport
Soeth Corporation
Southeastern Freight Lines, Inc.
Southern Warehousing & Distribution
Spalding and Son, Inc.
Staker & Parson
Sterling National Bank
Stoughton Trailers Acceptance Co LLC
Tatanka, LLC
Terminal Logistics II Mid-Atlantic Spe, LLC
Terminal Logistics II South Spe, LLC
Terminal Logistics II Texas Spe, LP
Terreno Clawiter LLC
Terreno Dell LLC
TFI International Inc.
The Faloma Fazio Property, LLC
The McPherson Companies

Thunderbolt Management Group Inc.
Tierpoint, LLC
Timberline Distributors LLC / The Black Sheep
Toon Investments, LLC
Toyota Commercial Finance
Trafton Warehouse LLC
Trip Portfolio, LLC
Umpqua Dairy
Unite Private Networks
Usholl (MI) LLC
Velocity Partners LLC
Victoria C. Haycock
Vieweg Real Estate
Villa Vista West, LLC
Volvo Financial Services
Warner-Williams Investments, Inc.
Watwood Investments, LLC
West Emerson Brokers Mall Ltd.
WIPT, Inc.
Wolverine Freight System
Zollinger Commercial Warehousing

**Restructuring Professionals**
Alix Partners
Arnold & Porter
Choate Hall & Stewart LLP
FTI
Hogan Lovells US LLP
Holland & Knight LLP
Houlihan Lokey
Milbank
Province
Quinn Emanuel
Ropes & Gray
White & Case

**Subrogation's Claims Open Litigation**
Abili, Edward
Agyilirah, Kwame
Alexander, James C
Almonte, Criseily A
Arce, Mario
Arias, Nicole
Auguste, Micheline
Baez, Dania

Bagwell, Kevin
Baker, Ringo
Bazarov, Jacob
Binette, Myriam
Boblitt, Robert E
Bojang, Muhamed
Broussard, Devonte Thomas
Brown, Melissa D
Bufford, Russell
Buford, Virginia
Burrell, Brandy C
Byrd, Destinee R
Cancino, Edgar
Carrillo, Robert
Charlot, Charlene
Clarin, Shannon L
Clark, Paul
Cooper, Steven
Curry, James
Daugherty, Norman E
Deleon, Yeferson
Dewell, Megan B
Dominguez, Jennifer
Drew, Derrick E
Drive New Jersey Ins. Co.
Eskridge, DeCarlo A
Fernandez, Christian
Fisher, Sherquenna
Freeman, Sabrina
Fuselier, William
Garcia, Erica
Gassaway, John
Gibby, Gary
Gilmore, Jimmie L
Giunto, Vincenzo
Glover, D'Angelo
Goodman, Sopia L
Grissom, Bobby
Haefner Farm
Hall, Derek
Hamilton, Bonita
Hanford, Paige
Hernandez, Emely
Hernandez, Henry P
Hettick, Rachael L
Hill, Antonio

Hill, Tina
Hong, Han G
Hong, Isaac
Hong, Marybeth
House, Joshua W
Howard, James
Hubert, Jimmie
Hucks, Novella N
Hudson, Christine
Ibarra-Bastidas, Gabriela
Jackson, Geraldine
Jackson, Leroy F
Johnson, Glenn
Johnson, Lillie P
Jones, Delores
Kelsie, Adam
Khaira, Jarnail S
Kiel, Mindy Ann
Kirn, Colenan B
Kitzmiller, Christie
Kluxen, Michael
Kouloujian, Hagop
Lapolla, Blaise E
Leung, Marina
Littral, William A
Loomis, Marshall
Lopez-Builes, Martha
Louis, Kirby
Louro, Emily J
Luce, John
Madden, Jaylin J
Martin, Janae
Mata, Martin Nava
Mcbean, Camila
Mercado, Milagros V
Miller, Thomas
Misquez, Aaron S
Mongelli, Paul L
Moonilal-Singh, Kavir
Mughadam, David
Napiwocki, Jill
Neathery, Anthony S
Newton, Jesse
Nowicki, Lawrence
Oncor Electric Delivery Company
Openshaw, Anne-Celeste

Patel, Ankit K
Patterson, Nancy
Peguero, Yency
Pemba, Vignola
Perez-Ortiz, Yuritsi
Perez-Valencia, Lexington
Plott, JC
Ponce, Leonel
Powell, Anthony
Proto, Erik
Richard, Joshua
Riggins, Kimdell
Riley, Cherry B
Rivera-Romero, Leslie J
Robinson, Summer Cheyenne
Robles, Samuel
Rodriguez, Kenneth
Rodriguez, Raudin
Rogers, Liliah
Roman, Nadine
Ropshaw, Cade J
Sanchez Garcia, Horacio
Sanders, John
Santos, Martita S
Sawyer, Sheri L
Sayegh, Ailyn
Schimmoller, James D
Selby, Robert
Session, Qusarn F
Simon, Alpar
Sira-Monsalve, Yelimar
Slater, Willie Lee
Sneed, Hodges
Sofolonia, Vea
Sosa, Juan
Spence, Tena J
Sritharan, Sri
Stewart Rentals
Tartabull, Carlos E
Tinsley, Jesstina
Trice, Whittni L
Turakulov, Damir T
Veasey, Zackary
Viera, Octavio F
Wasmiller, Lorinda
Waters-Ocasio, Laureen

Watkins, Eric
Williams, Bernard
Williams, John
Winston, Joyce A
Winston, Sharee D
Wyszynski, Paul
Yanto, Charmane

**Surety**
Arch Capital Group
Argo Group
AXA XL
Chubb Group
CNA Surety
Intact Group
Liberty Mutual Group
Protective Insurance Company

**Taxing Authority**
Canada Revenue Agency
City of Danville, IL
City of Joliet, IL
Los Angeles County, CA
Massachusetts Department of Revenue
New York Department of Taxation and
Finance
Pennsylvania Department of Revenue
San Joaquin County Assessor's Office
(Tracy, CA)
St. Joseph County (South Bend), IN
Texas Comptroller
Washington Department of Revenue

**Top Creditors**
Amazon
Bed Bath & Beyond
Belk Express
BNSF Railway Company
Central Pennsylvania Teamsters
Central States H&W Fund
Central States Pension
Coty Usa, LLC
Daimler Trucks NA
Direct Chassislink, Inc.
EXL Service Holdings Inc
Goodyear Tire & Rubber Company

Home Depot
IAM National 401K Plan
IBT Local 710
Keurig Dr. Pepper
Local 707
Local 805 Pension and Retirement Plan
Michelin North America Inc
Michigan Conference of Teamsters
Mid-American Constructors LLC
North American Transaction Services
NY State Teamsters Council
Pension Benefit Guaranty Corporation
Penske Truck Leasing
Pilot Travel Centers LLC
RFT Logistics LLC
Teamsters National 401K Savings Plan
Union Pacific Railroad
Western Teamsters Welfare Fund

**UCC Lien**
Altabank
Alter Domus Products Corp.
Bank of New York Mellon, the as Collateral
Agent
BOFI Federal Bank
Citizens Asset Finance Inc
Citizens Bank N.A.
Citizens Business Capital
Cortland Products Corp.
Credit Suisse AG as Collateral Agent
Everbank Commercial Finance Inc
First Utah Bank
Growth Funding Equipment Finance
Harbor Capital Leasing Inc
Harbor Capital Leasing LLC
HYG Financial Services Inc
Internal Revenue Service
Investors Bank
JP Morgan Chase Bank N.A.
Le Schwab Warehouse Center Inc
Milestone Equipment Corporation
Nations Fund I Inc
Nations Fund I LLC
Newstar Commercial Lease Funding I LLC
Newstar Equipment Finance I LLC
NMHG Financial Services Inc

People's Capital and Leasing Corp
People's United Bank NA
PMC Financial Services Group LLC
Radius Bank
RBS Citizens Business Capital as Agent
Somerset Capital Group Ltd
Somerset Capital Group XXII
Stoughton Trailers Acceptance Company
LLC
Susquehanna Commercial Finance Inc
Toyota Industries Commercial Finance Inc
Utica LeaseCo LLC
Wintrust Equipment Finance
YRC Inc

**UCC Members**
Armando Rivera
BNSF Railway Company
Central States, Southeast and Southwest
Areas Pension Fund
Daimler Trucks NA
International Brotherhood of Teamsters
Michelin North America Inc
New York State Teamsters Pension and
Health Funds
Pension Benefit Guaranty Corporation
RFT Logistics LLC

**UCC Professionals**
Akin Gump
Huron Consulting
Miller Buckfire & Co.

**Union**
International Brotherhood of Teamsters

**Union Funds**
Albany Trucking & Allied Industries - Local
294
Automobile Mechanics' Local 701 Union &
Industry Pension Fund (Chicago Mechanics)
Automobile Mechanics' Local 701 Union &
Industry Welfare Fund (Chicago Mechanics)
BRAC 1908 Mia (Allied Services Division)
BRAC 1908 Mia (TCU Pension Fund)
Central Pennsylvania Teamsters HW Fund

Central Pennsylvania Teamsters Pension Fund
Central States H/W Fund - Local 778 Kansas Paid To 01A (IAM)
Central States Health & Welfare Fund
Central States Pension Fund (Local 778 Mechanics)
Central States Pension Funds
Chauffeurs, Teamsters & Helpers Local Union #301, I B Of T
District #77 IAMAW Welfare Association (737 St. Paul HW (IAM))
District #9 IA of M & A W Welfare Trust (Local 777 St Louis HW)
District #9 IA of M & AW Pension Trust (Local 777 - St Louis Mech)
East Bay Drayage Drivers Security Fund (Local 70)
Employer-Teamsters Local #175 & 505 H/W Fund (JC 84)
Freight Drivers & Helpers Local Union 557
Hagerstown Teamsters Health & Pension Fund (Local 992)
Hawaii Teamsters Health & Welfare Trust
Hawaii Truckers Union Pension Fund
IA of M Motor City Welfare & Pension Fund (Local 698 - Detroit Mechanics)
IAM Local 447 Health/Welfare Fund (Buffalo HW)
IAM National Pension Fund
IAM National Pension Fund (Buf 447)
IAM National Pension Fund (Local 778 Mechanics)
IAM National Pension Fund (St Paul 737)
IBOFT Office of the Trustees Local 710 HW & Pension Fund (Chicago Mechanics)
Indiana Conference of Teamsters Safety Training & Educational Trust Fund
Joint Council #83- Virginia
LA Machinists Benefit Trust (Local 1186 Southern CA Mech)
Local 294 Albany Area Trucking
Local 445 Pension Fund
Local 705 IB of T Health & Welfare Fund
Machinist Money Purchase Pension Fund

Management Labor Welfare & Pension Funds - Local 1730 Ila
Michigan Conference of Teamsters Welfare Fund
Mid Jersey Trucking Industry Local 701 Welfare & Pension Fund
Minnesota Teamsters - Minneapolis Office
National IAM Pension Fund (SoCal 1186)
New England Teamsters Pension Trust
New York State Teamsters (Local 445)
New York State Teamsters Conference Pension & Retirement Fund
New York State Teamsters Council Health & Hospital Fund
New York State Welfare Fund (Local 355 - BLT)
Northern New England Benefit Trust
OPEIU (TPA Corp 401K) Santa Rosa and Bay Area
Oregon Teamsters National 401K Savings Plan
Oregon Western Teamsters Welfare Fund
P130-Employers-Teamsters Local #175 & 505 Pension Fund (JC 84)
Road Carriers Local 707 Health & Welfare Fund
Road Carriers Local 707 Pension Fund
Santa Rosa 665, Local 287, and Local 2785 (Teamster Benefit Trust)
Suburban Teamsters of Northern Illinois Welfare & Pension Fund (Local 179)
Suburban Teamsters of Northern Illinois Welfare & Pension Fund (Local 673/179/330/134)
SW PA And Western Maryland Teamsters & Employers Pension Fund
Teamsters #261 & Employers Welfare Fund
Teamsters 401(K) Jo/Milwaukee
Teamsters 401(K) Joliete
Teamsters Health Services & Insurance Plan of Local 404
Teamsters Joint Council #83 Of Virginia
Teamsters Local 251 Health Services & Insurance Plan
Teamsters Local 493 Health Service & Insurance Plan

Teamsters Local 560 Benefit Funds (North Jersey)
Teamsters Local 617
Teamsters Local 639 Employers Health Trust
Teamsters Local 639 Employers Pension Trust
Teamsters Local 641 Pension Fund
Teamsters Local 641 Welfare Fund
Teamsters Local 671 Health Services & Insurance Plan
Teamsters Local 677 Health Services & Insurance Plan
Teamsters Local Union No. 653 Health Welfare & Insurance Fund
Teamsters Pension Trust Fund of Philadelphia and Vicinity - Teamsters Health & Welfare Fund
Teamsters Pension Trust Fund of Philadelphia and Vicinity - Teamsters Pension Fund
Teamsters Union 25 Health Services & Insurance Plan
Transportation Local 443 Health Service & Insurance Plan
Truck Drivers Local 170 Health & Welfare Fund
Union Local 705 PT Pension Fund
Washington Teamsters National 401K Savings Plan
Western Conference of Teamsters - National 401(K) Savings Plan
Western Conference of Teamsters Supplemental Benefit Trust Fund
Western Pennsylvania Teamsters & Employers Pension Fund
Western Pennsylvania Teamsters & Employers Welfare Fund
Western States Office & Professional Employees Pension Fund (OPEU)
Western Teamsters Welfare Fund
Western Teamsters Welfare Trust - OPEIU
Western Teamsters Welfare Trust - Washington
Wisconsin Health Fund

**US Trustee**
Benjamin Hackman
Christine Green
Diane Giordano
Dion Wynn
Edith A. Serrano
Hannah M. McCollum
Holly Dice
James R. O'Malley
Jane Leamy
Joseph Cudia
Joseph McMahon
Juliet Sarkessian
Lauren Attix
Linda Casey
Linda Richenderfer
Nyanquoi Jones
Richard Schepacarter
Rosa Sierra-Fox
Shakima L. Dortch
Timothy J. Fox, Jr.

**Vendor**
4Refuel Canada LP
7 Oil Company Inc
A Duie Pyle Inc
AAA Semi Truck & Trailer Repairs, LLC
Altus Receivables Management Inc
AmeriGas Propane
Aramark
AT&T
Aurora Parts & Accessories LLC
Avery Weigh-Tronix LLC
B2B Supply
Baucom Service Inc
Bayard Advertising Agency
Belk Express
Bestpass, Inc.
Blue Cross and Blue Shield ILL
Bobs Mobile Truck & Trailer Shop Ltd
Bridgestone Americas
Brown & Joseph
BS Transport LLC
Cass Information Systems, Inc.
CBK Construction Company
CenturyLink

Chevron Products Company
Cintas
City Wide Franchise Co Inc
CN
Comdata, Inc.
Conrad & Bischoff, Inc.
Converge One Inc
Cook County Treasurer
Corporate Lodging Consultants Inc
Coyote Logistics
Cross Country Courier Inc
CSTK
CVS Caremark
Daimler Truck Financial Services
Dekra Services Inc.
Dell Marketing L.P.
Delta Dental of Kansas, Inc.
Diesel Direct West
Diesel Direct, Inc.
Direct Chassislink, Inc.
Diversified Energy Supply
Dun & Bradstreet, Inc
EAN Services LLC
EBDDSF
Ernst & Young LLP
EXL Service Holdings Inc
EXL Service Ireland Limited
Expersolve
Factor Systems, Inc.
Fidelity Workplace Services LLC
Fire Engineering Company, Inc.
First Advantage Background Services Corp
Fleet Charge
Fleetpride
Fletes Mexico Carga Express
Gardaworld Security Services
Gardewine & Sons Ltd
GBS
GEOS Environmental, Inc.
Goetz Energy Corporation
Goodyear Tire & Rubber Company
GPT Operating Partnership LP
Grainger
Green Blue 1818 LLC
Guidepoint Security LLC
Hagerstown Teamsters & Motor Carriers

Hartford Life and Accident Ins Co
Haulistic LLC
Haz-Mat Response, Inc.
Heritage Petroleum LLC
Hightowers Petroleum Company
Hnry Intra Sup
Honeywell Scanning and Mobility
Hyundai Translead
IBM Corporation
IBT Local 710
IBT Local 710 Health & Welfare
IBT Local 710 Pension Fund
Imperial Supplies LLC
Indiana State Department of Revenue
Infostretch Corporation
Insight Direct USA, Inc.
Intercept Logistics, Inc.
Interstate Building Maintenance Corp.
ITF LLC
ITS National, LLC
J.J. Advantage Security
Jacobus Energy LLC
James River Petroleum, Inc.
JLT Mobile Computers Inc.
Kasowitz Benson Torres LLP
Keyhole Software LLC
KPMG LLP
Lao-Hmong Security Agency Inc
Leuf of Florida Inc
Local 251 H & W Fund
Local 701 Mid Jersey Trucking
Local 707
Lytx, Inc.
Magnum LTL, Inc.
Mansfield Oil Company
Marsh USA Inc
Merge
Michelin North America Inc
Microsoft Corporation
Mid-American Constructors LLC
Milestone Trailer Leasing LLC
Mirabito Energy Products
Miracle Express, Inc.
Miri Piri Transportation Inc
M-O Freight Works
Mode Transportation LLC

Morgan, Lewis & Bockius LLP
Motus LLC
MTM Recognition Corporation
National Landscape Management
New England Teamsters Pension Fund
Nextran Truck Centers Midwest Inc
Norfolk Southern Corporation
North American Transaction Services
North Park Transportation Co Inc
NTT Data Services LLC
NW Fleet Trucktrailer Repair Inc
NY St Teamsters
NY State Teamsters Council
Offen Petroleum LLC
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Ohio Department of Taxation
Okta Inc
Old Republic Risk Management Inc
Old World Industries, LLC
Optym
Oracle America Inc
Oregon DOT/MCT
Oregon Teamster Employers Trust
Orlando Pro Truck Repairs LLC
Osco Incorporated
Overland West Freight Lines
Paccar Parts Fleet Services
Packaging Corporation of America
Pasha Hawaii Holdings LLC
PCS Surface Delivery
Petrocard, Inc.
Pilot Travel Centers LLC
Pinnacle Fleet Solutions
Pontoon Solutions, Inc.
Prestige Fleet Services LLC
Progistics Distribution Inc
Prologis USLV Newca 3 LP
Proskauer Rose LLP
Publicis Sapient
R & D Mobile Services Inc
R.L. Roberts Llc
Rays Tire Service LLC
Receiver General for Canada
Reed Transport, LLC
RFT Logistics LLC

Ricoh USA, Inc.
Riley Oil Co
RingCentral Inc
Road Carriers Local 707 Welfare Fund
Road-1 Inc
RoofOptions, LLC
Rush Truck Center
Safety-Kleen Systems Inc
Salesforce.com Inc
SBC Tax Collector
SC Fuels
Schneider National, Inc.
Securitas Security Services
Security Solutions of America
Sedgwick Claims Management Services, Inc.
Signature Graphics Inc
Span Alaska Transportation Inc
Speedy Transport Group Inc
Staples Business Advantage
STL Truckers, LLC.
Straight Freight System LLC
Suburban Teamsters Welfare Fund
Superior Material Handling Inc
Tacoma Motorfreight Service
Taylor Communications
TBS Factoring Service, LLC
Teamsters Health & Welfare Fund
Teamsters Local 25 H & W Plan
Teamsters Local 641
Teamsters Local 641 H/W Fund
Teamsters National 401K Savings Plan
Teamsters Pension Fund
Teamsters Union Local 25
Technology Group Solutions, LLC
Ten Logistics, Inc.
Tig Fleet Service
Total Quality Logistics, LLC
Tote Maritime Puerto Rico, LLC
Trans-National Express
Trucking Employees of North
Trucking Management, Inc.
TruckPro
U.S. Xpress Enterprises Inc.
Uline Shipping Supply Specialists
Union Pacific Railroad

United Parcel Service
US Special Delivery
Vanguard Trailer
Verizon Connect Telo Inc
Verizon Wireless
Washington Teamsters Welfare Trust
Waste Harmonics
Waste Management National Services Inc
Webster Bank
Welfare Account No. 500
West Power Services
Western PA Welfare Fund
Wiese USA
Wilmington Trust Company
World Fuel Services Inc
Zello Inc

## **<u>Schedule B</u>**

### **Disclosures to the Firm's Application**

| Potential Interested Party | Affiliation to Cases | Connection to Firm |
|---|---|---|
| Cadbury Mondelez Pension Trust Limited | Bank Lender | Affiliate of former client in unrelated matter |
| U.S. Bank N.A. | Bank Lender | Current client in unrelated matter |
| Ford Motor Company | Customer | Current client in unrelated matter |
| United States Government | Lender, Equity Holder | Former client in related matter |
| Matthew Doheny | Director, Officer | Affiliate of former client in unrelated matter |
| AEGIS London | Insurance Provider | Affiliate of former client in unrelated matter |
| AIG Specialty Insurance Company | Insurance Provider | Affiliate of former client in unrelated matter |
| AXA XL | Insurance provider | Affiliate of former client in unrelated matter |
| Highland Investments, LLLP | Contract counterparty | Affiliate of former client in unrelated matter |
| NAPA Auto Parts | Contract counterparty | Affiliate of current client in unrelated matter |
| People's United Bank NA | UCC Lien | Former client in unrelated matter |
| CenturyLink | Vendor | Current client in unrelated matter |
| Chevron Products Company | Vendor | Affiliate of former client in unrelated matter |
| Ernst & Young LLP | Vendor | Affiliate of current client in unrelated matter |
| Gardaworld Security Services | Vendor | Affiliate of former client in unrelated matter |
| Verizon | Vendor | Former client in unrelated matter |
| Wilmington Trust Company | Vendor | Former client in unrelated matter |
| Houlihan Lokey | Restructuring Professional | Current client in unrelated matter |
| Quinn Emanuel | Restructuring Professional | Former client in unrelated matter |