IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Michael S. Greger of Allen Matkins Leck Gamble Mallory & Natsis LLP to represent Orange Batavia I, LLC in the above cases and any associated adversary proceedings.

Dated: September 11, 2023
Wilmington, Delaware

/s/ Laurel D. Roglen
Laurel D. Roglen, Esquire (DE 5759)
BALLARD SPAHR LLP
919 North Market Street, 11th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4462
Facsimile: (302) 252-4466
E-mail: roglenl@ballardspahr.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the California and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund dated August 30, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: September 11, 2023

/s/ Michael S. Greger
Michael S. Greger, Esquire
ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
2010 Main Street, 8th Floor
Irvine, California 92614-7214
Tel: (949) 553-1313
Fax: (949) 553-8354
Email: mgreger@allenmatkins.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: September 11th, 2023
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE