IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>YELLOW CORPORATION, et al.[1]<br><br>Debtor. | Case No. 23-11069 (CTG)<br><br>**Re: D.I. 378 & 426**<br><br>**Hearing Date: September 15, 2023, at 11:30 a.m. (ET)** |

**JOINDER OF PPF SUDBERRY OCEAN VIEW HILLS, L.P. TO OBJECTION OF ORANGE BATAVIA I, LLC TO MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER (I)(A) APPROVING BIDDING PROCEDURES FOR THE SALE OR SALES OF THE DEBTORS' ASSETS, ETC. [D.I. 426]**

PPF Sudberry Ocean View Hills, L.P. ("PPF Sudberry"), creditor of certain of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, respectfully submits this joinder to the *Objection of Orange Batavia I, LLC to Motion of the Debtors for Entry of an Order (I)(A) Approving Building Procedures for the Sale or Sales of the Debtors' Assets, Etc.* [D.I. 426] (the "Objection")[2], solely to the extent set forth herein. PPF Sudberry is the landlord to the premises at 1424 Corporate Center Drive, Suite 130, San Diego, CA 92154.

Specifically, PPF Sudberry joins in the arguments set forth in ¶¶ 6-19 of the Objection, incorporates these specific arguments in the Objection as if set forth herein, and respectfully request that, for the reasons set forth herein, the Debtors' proposed bidding procedures set forth in the Sales Procedures Motion be revised to provide adequate time for parties to receive necessary information (including the proposed "Adequate Assurance Packages"), prepare and present

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these Chapter 11 cases is: 109990 Roc Avenue, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

1

US.359438804.01

objections to the Debtors' assumption and assignment of leases, if any, and arrange for witnesses to appear at any contested sale hearing.

Dated: September 11, 2023
Wilmington, Delaware

**FAEGRE DRINKER BIDDLE & REATH LLP**

*/s/ Brett D. Fallon*
Brett D. Fallon (Del. Bar No. 2480)
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
Telephone:     (302) 467-4200
Facsimile:     (302) 467-4201
E-mail:         Brett.Fallon@faegredrinker.com

*Attorneys for PPF Sudberry Ocean View Hills, L.P.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>YELLOW CORPORATION, et al.[1]<br><br>Debtor. | Case No. 23-11069 (CTG)<br><br>Re: Docket Nos. 378 & 426 |

## CERTIFICATE OF SERVICE

I, Brett D. Fallon, hereby certify that on September 11, 2023, I caused a copy of the foregoing *Joinder of PPF Sudberry Ocean View Hills, L.P. to Objection of Orange Batavia I, LLC to Motion of the Debtors for Entry of an Order (I)(A) Approving Bidding Procedures for the Sale or Sales of the Debtors' Assets, etc.* to be served by electronic notice upon all parties registered to receive notice via CM/ECF.

Dated: September 11, 2023

/s/ Brett D. Fallon
Brett D. Fallon

---

[1] A complete list of each of the Debtors in these Chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these Chapter 11 cases is: 109990 Roc Avenue, Overland Park, Kansas 66211.