**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### GLOBAL NOTES AND
### STATEMENT OF LIMITATIONS, METHODOLOGY,
### AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES
### OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Schedules of Assets and Liabilities (collectively, the "Schedules") and the Statements of Financial Affairs (collectively, the "Statements," and, together with the Schedules, the "Schedules and Statements"), filed by the above-captioned debtors and debtors in possession (collectively, the Debtors), were prepared, pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 1007-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), by management of the Debtors, with the assistance of the Debtors' advisors. The Schedules and Statements are unaudited.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") are incorporated by reference in, and comprise an integral part of, all the Schedules and Statements, and should be referred to and considered in connection with any review of the Schedules and Statements.[2]

The Schedules and Statements have been signed by Daniel L. Olivier, Chief Financial Officer of Debtor Yellow Corporation. Daniel L. Olivier is an authorized signatory for each of the Debtors.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of an individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate. Capitalized terms not defined herein shall have the meanings ascribed to such terms in the *Declaration of Matthew A. Doheny, Chief Restructuring Officer of Yellow Corporation, In Support of the Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 14].

In reviewing and signing the Schedules and Statements, Daniel L. Olivier relied upon the efforts, statements, and representations of the Debtors' other personnel and advisors. Daniel L. Olivier has not (and could not have) personally verified the accuracy of each such statement and representation, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and respective creditor addresses.

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made every reasonable effort to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors reserve all of their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtors and their agents, attorneys, and advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein or the Schedules and Statements. In no event shall the Debtors or their agents, attorneys, and advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and advisors are advised of the possibility of such damages. The Debtors and their agents, attorneys, and advisors expressly do not undertake any obligation to update, modify, revise, or recategorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or recategorized, except as required by applicable law or order of the Bankruptcy Court.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## **Global Notes and Overview of Methodology**

1.  **Description of the Cases**. On August 6, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the Bankruptcy Court). These chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b) [Docket No. 169]. The chapter 11 cases are being jointly administered under Case No. 23-11069 (CTG). The Debtors are managing their businesses and their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On August 16, 2023, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors [Docket No. 269] (the "Committee"). No trustee or examiner has been appointed in these chapter 11 cases.

2.    <u>**Global Notes Control**</u>.  These Global Notes pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof.  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

3.    <u>**"As Of" Information Date**</u>.  To the best of the Debtors' knowledge and except as otherwise noted herein, the asset information provided herein represents the asset data of the Debtors as of July 31, 2023, and the liability information herein represents the liability data of the Debtors as of August 6, 2023, the date by which the Debtors had ceased substantially all operations.  Amounts ultimately realized may vary from net book value (or the applicable value ascribed herein) and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts showing for total liabilities exclude items identified as "unknown," "disputed," "contingent," or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.

4.    <u>**Reservations and Limitations**</u>.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist.  The Debtors reserve all rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.  Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers.  Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

    1.    **No Admission.**  Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

    2.    **Recharacterization**.  Notwithstanding that the Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, designated or omitted certain items due to the complexity and size of the Debtors' businesses.  Accordingly, the Debtors reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

    3.    **Classifications.**  Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as

"executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract.

4.    **Claims Description**.  Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend their Schedules and Statements as necessary and appropriate, including but not limited to, with respect to claim descriptions and designations.  Listing a claim does not constitute an admission of liability by the Debtor against whom the claim is listed or by any of the other Debtors.

5.    **Estimates and Assumptions**.  To prepare and file the Schedules and Statements in accordance with the deadline ordered by the Bankruptcy Court in these chapter 11 cases, management was required to make reasonable estimates and assumptions that affected the reported amounts of these assets and liabilities.  The Debtors reserve all rights to amend the reported amounts of assets and liabilities to reflect changes in those estimates or assumptions.

6.    **Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment, and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "<u>Causes of Action</u>") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

7.    **Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other

transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.  The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another.  Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

8.    **Insiders**.  In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals and entities whom the Debtors believe would be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods.  Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed as an admission of any fact, right, claim, or defense, and all such rights, claims, and defenses are hereby expressly reserved.  Parties listed as "insiders" have been included for informational purposes only, and such information may not be used for: (i) the purposes of determining (a) control of the Debtors; (b) the extent of which any party exercised management responsibilities or functions; (c) corporate decision making authority over the Debtors; or (d) whether the Debtors or any such insider could successfully argue that such party is not an "insider" under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (e) for any other purpose.

5.    **Methodology**.

1.    **Basis of Presentation**.  Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements.  For financial reporting purposes, prior to the Petition Date, the Debtors and their non-Debtor affiliate ordinarily prepared consolidated financial statements.  These Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP or any other generally accepted accounting principles of foreign jurisdictions, as applicable, nor are they intended to fully reconcile to the financial statements prepared by the Debtors.  Unlike the consolidated financial statements, the Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated.  Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' commercially reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.  Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature

of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

2.  **Confidential or Sensitive Information**. There may be instances in which the Debtors deemed it necessary and appropriate to redact certain information due to the nature of an agreement between a Debtor and a third party, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual. The alterations are limited to only what is necessary to protect the Debtor or third party and are consistent with the relief granted under the Creditor Matrix Order.

3.  **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

4.  **Umbrella or Master Agreements**. Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement. Other Debtors, however, may be liable together with such Debtor on account of such agreements and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate. Additionally, by listing an umbrella or master agreement in these Schedules and Statements, the Debtors make no representation as to the severability of such agreements and their related contracts and leases, including any subleases, and the Debtors reserve any and all rights with respect to any arguments or claims it may have in regard to the severability of such agreements.

5.  **Executory Contracts**. Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

    The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of diligent efforts to identify such documents. In addition, although the Debtors have made diligent attempts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired

nature) of the contract or lease, or an admission as to the existence or validity of any claims held by any counterparty to such contract or lease.

6.    **Unexpired Leases**.  The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases.  To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F.

7.    **Valuation**.    It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets. Accordingly, unless otherwise indicated, net book values of the Debtors' assets as of July 31, 2023, are reflected on the Schedules and Statements. Exceptions to this include operating cash and certain other assets.  Operating cash is presented at bank balance as of August 6, 2023.  Certain other assets, such as investments in the non-Debtor affiliates and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material.  Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein.  In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements.  Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.  Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Debtors' Schedules and Statements shall be, or shall be deemed to be an admission that any Debtor was solvent or insolvent as of the Petition Date.

8.    **Property and Equipment**.    Unless otherwise indicated, owned property and equipment are stated at net book value.  The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors.  Any such leases are set forth in the Schedules and Statements.  Nothing in the Schedules and Statements is or shall be construed as an admission as to the determination as to the legal status of any lease, including whether any lease is a true lease or a financing arrangement, and the Debtors reserve all of their rights with respect thereto.

9.    **Contingent Assets**.  The Debtors believe that they may possess certain claims and causes of action against various parties.  Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws.  The Debtors are continuing to review potential causes of action, and accordingly, despite reasonable efforts, may not have set forth all of their causes of action against third parties as assets in their Schedules and Statements.  The Debtors

reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims.

10.    **Undetermined Amounts.** Claim amounts that could not be quantified by the Debtors are scheduled as "Undetermined". The description of an amount as "Undetermined" is not intended to reflect upon the materiality of such amount.

11.    **Totals**. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are undetermined amounts, the actual total may be different than the listed total. The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules and Statements are inclusive of each Debtor's guarantor obligations.

12.    **Allocation of Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code. Accordingly, the Debtors reserve all of their rights to dispute or challenge the validity of any asserted claims under section 503(b)(9) of the Bankruptcy Code or the characterization of the structure of any such transaction or any document or instrument related to any creditor's claim.

13.    **Paid Claims.** Pursuant to certain orders of the Bankruptcy Court entered in these chapter 11 cases (collectively, the "First Day Orders"), the Debtors were authorized to pay, among other things, certain prepetition claims of employees, lien claimants, foreign claimants, critical vendors, claimants under section 503(b)(9) of the Bankruptcy Code, and taxing authorities. Accordingly, these liabilities may have been or may be satisfied in accordance with such First Day Orders. Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements.

14.    **Other Paid Claims.** To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Debtors' Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements

pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend, supplement, or otherwise modify the Schedules and Statements and take such other actions, including the filing of claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

15.    **Credits and Adjustments**.  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed at the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors.  The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

16.    **Intercompany Claims**.  Receivables and payables among and between Debtors and (i) other Debtors and (ii) the non-Debtor affiliates are reported on Statement 4, Schedule A/B-77, and Schedule E/F, respectively, per the Debtors' books and records as of July 31, 2023. The listing of any amounts with respect to such receivables and payables is not, and should not be construed as, an admission of the characterization of such balances as debt, equity, or otherwise or an admission as to the validity of such receivables and payables. For the avoidance of doubt, the Debtors reserve all rights, claims, and defenses in connection with any and all intercompany receivables and payables, including, but not limited to, with respect to the characterization of intercompany claims, loans, and notes. Without limiting the generality of the foregoing, certain intercompany receivables and payables among and between the Debtors have been consolidated and netted in the Debtors' books and records. Such treatment is not, and should not be construed as, an admission of the amount and/or validity of any such intercompany receivables and payables or the validity of any netting or offset per the Debtors' books and records. The Debtors take no position in these Schedules and Statements as to whether any such amounts would be allowed as a claim or an interest, or not all allowed at all. The listing of these amounts is not necessarily indicative of the ultimate recovery, if any, on any intercompany asset account or the impairment or claim status of any intercompany liability account. The Debtors reserve all rights to later change the amounts, characterization, classification, categorization or designation of intercompany accounts reported in the Schedules and Statements.

Prior to the Petition Date, the Debtors routinely engaged in intercompany transactions (collectively, "Intercompany Transactions") resulting in intercompany payables and receivables (the "Intercompany Claims").    Pursuant to the *Interim Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management Systems, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 178] (the "Interim Cash Management Order"), the Debtors received the authority to continue to collect, concentrate and disburse cash in accordance with the Cash Management System (as defined in the Interim Cash Management Order), including Intercompany Transactions between Debtors and other Debtors or non-Debtor affiliates.    To the extent that an

Intercompany Claim has been satisfied pursuant to the Interim Cash Management Order, such Intercompany Claim is excluded from Schedule AB and Schedule E/F.

In addition, certain of the Debtors act on behalf of other Debtors. Reasonable efforts have been made to indicate the ultimate beneficiary of a payment or obligation. Whether a particular payment or obligation was incurred by the entity actually making the payment or incurring the obligation is a complex question of applicable non-bankruptcy law, and nothing herein constitutes an admission that any Debtor entity is an obligor with respect to any such payment. The Debtors reserve all rights to reclassify any payment or obligation as attributable to another entity and all rights with respect to the proper accounting and treatment of such payments and liabilities.

17. **Guarantees and Other Secondary Liability Claims**.  The Debtors have exercised reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, the "Guarantees") in their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements.  Where such Guarantees have been identified, they have been included on Schedule H for the affected Debtor or Debtors.  However, certain Guarantees embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted.  The Debtors reserve all of their rights to amend, supplement, and otherwise modify the Schedules to the extent that additional Guarantees are identified.

18. **Claims of Third-Party Related Entities**.  While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations thereto.  Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

19. **Excluded Assets and Liabilities**.  The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation, accrued salaries, employee benefit accruals and accrued accounts payable.  The Debtors have also excluded potential rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist.  In addition, the Debtors may have excluded amounts for which the Debtors have been granted authority to pay pursuant to the First Day Orders or other order that may be entered by the Bankruptcy Court.  Certain immaterial assets and liabilities may have been excluded.

20. **Liens**.  The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, shippers', or similar liens that may attach, or have attached, to such inventories, property, and equipment.

21. **Currency**. All amounts are reflected in U.S. dollars, which the Company uses as its reporting currency. Unless otherwise noted, the Debtors used conversion rates provided by WSJ Markets as of the Petition Date. One significant exception is the value of prepetition transfers, which were valued using the conversion rates as of the date of such transfer.

22. **Setoffs**. The Debtors routinely incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes, including but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, warranties, refunds, and negotiations and/or other disputes between the Debtors and their customers or vendors. These setoffs and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for and, as such, are or may not be included separately in the Schedules and Statements. In addition, some amounts listed in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

6. **<u>Specific Schedules Disclosures.</u>**

   **Schedule A/B-3 – Checking, savings, or other financial accounts, CDs, etc.** Schedule A/B-3 lists closing bank balances as of August 6, 2023. The Debtors have excluded bank accounts with no balance.

   **Schedule A/B-11 – Accounts receivable**. This item excludes intercompany receivables and certain non-operating accounts receivables. Please see Global Notes regarding Intercompany Items.

   Certain AR accounts including, but not limited to, overpayments in suspense, re-rates, etc. are not netted against amounts listed in AB 11.

   **Schedule A/B-15 – Stock and interests in incorporated and unincorporated businesses**. See Schedule Exhibit A/B-15 for additional businesses each applicable Debtor was a parent of or owned a significant interest in. Ownership interests in subsidiaries have been listed in an undetermined amount because the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

   **Schedules A/B, Part 10, Items 59-66 – Intangibles and intellectual property**. The Debtors' patents and trademarks are listed in undetermined amounts. These assets are also part of an ongoing marketing effort and thus are currently being valued in connection with possible sale transactions.

   **Schedules A/B-74 and 75 – Causes of action against third parties (whether or not a lawsuit has been filed) and other contingent and unliquidated claims or causes**

**of action of every nature, including counterclaims of the debtors and rights to set off claims**.  The Debtors attempted to list known causes of action and other claims.  Potential preference actions and/or fraudulent transfer action were not listed because the Debtors have not completed an analysis of such potential claims.  The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

**Executory Contracts**. The Debtors have not attached such agreements on Schedule A/B.  Instead, the Debtors have only listed such agreements on Schedule G.

**Schedule D – Creditors Who Have Claims Secured by Property**.  Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D.  Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany agreement) related to such creditor's claim.

In certain instances, a Debtor may be a co-obligor with respect to scheduled claims of other Debtors.  No claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are or may be otherwise satisfied or discharged.

Schedule D does not include beneficiaries of letters of credit.  Although the claims of these parties may be secured by a letter of credit, the Debtors' obligations under the letters of credit run to the issuers thereof, and not to the beneficiaries thereof.

The descriptions provided in Schedule D are intended only to be a summary.  Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent and priority of any liens.  Nothing in these Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Except as specifically stated herein, real property lessors, utility companies, and other parties which may hold security deposits have not been listed on Schedule D.  The Debtors have not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Obtain Postpetition Financing and (B) Utilize Cash Collateral, (II) Granting Liens and Superpriority Administrative Expense Claims, (III) Modifying the Automatic Stay, (IV) Authorizing the Debtors to Use UST Cash Collateral, (V) Granting Adequate Protection, (VI) Scheduling a Final Hearing, and (VII) Granting Related Relief*

[Docket No. 16] (the "<u>DIP Motion</u>").  The secured debt is jointly and severally the responsibility of multiple Debtors, as such the liability has been listed on each Debtor who is an obligor or guarantor of such debt.  Only the principal amount is listed on Scheduled D; however, other amounts might be due to the creditors.

In response to "Describe debtor's property that is subject to lien", any description of the creditor's liens or their priority herein is qualified in its entirety by reference to the operative documents, agreements, schedules, any amendments and exhibits to the preceding and any documents evidencing perfection of such lien. The Debtor is taking no position on the extent or priority of a particular creditor's lien in this document.

The Debtors have indicated that multiple creditors have an interest in the same property when, among other things, inchoate statutory liens may exist with respect to such property.  The Debtors take no position in these Schedules and Statements regarding the validity of any such liens or the extent or validity of a particular creditor's lien, including other creditors listed in Schedule D, and the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected on any such property.

**Schedule E/F – Creditors Who Hold Unsecured Claims**

***Part 1 – Creditors with Priority Unsecured Claims***.  The listing of a claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code.  The Debtors reserve all of their rights to dispute the amount and the priority status of any claim on any basis at any time.

Pursuant to the *Interim Order (I) Authorizing the Payment of Certain Taxes and Fees and (II) Granting Related Relief* [Docket No. 276] (the "<u>Interim Taxes Order</u>"), the Debtors have been granted the authority to pay certain tax liabilities that accrued prepetition.  Accordingly, unsecured priority tax claims may have been paid or may be paid pursuant to the Interim Taxes Order or pursuant to further Bankruptcy Court order.   Therefore, the Debtors have listed certain taxing authorities with an undetermined amount.

**Employee PTO and Vacation Scheduled Claims**:

**All non-active U.S. Union employees and Union and Non-Union Canadian employees as of the Petition Date**.:  as part of its customary benefits programs, the Debtors allow a certain amount of accrued and unpaid vacation to carry over for Union employees in the U.S. and Union and non-Union employees in Canada. The basis for determining the dates of carryover calculations varies by benefits program. Similarly, PTO and vacation accruals are determined specific to individual benefits programs and the Debtors have used records from July 21, 2023 for purposes of calculating such carryover as part of the claims listed for each former Union employee in the U.S and Union and non-Union employee in Canada. Further, for purposes of these Schedules

and Statements, the Debtors have listed all remaining, accrued and unpaid Non-Union PTO in the U.S. and Non-Union and Union vacation pay in Canada, as of the Petition Date, in an aggregate gross liquidated claim amount, without distinguishing between priority and unsecured portions for each individual employee, to the extent a bifurcation is applicable.

All non-active Non-Union Employees in the U.S.: As part of its customary benefits programs, the Debtors allow a certain amount of accrued and unpaid PTO to carry over in accordance with the terms of each program. In addition, each employee is entitled to PTO during the current 2023 calendar year. For purposes of calculating the accruals for PTO earned in 2023 for non-Union employees in the U.S. , the Debtors multiplied the individual employee's total vacation accrual potential for 2023  by 0.8667 to determine the portion of the 2023 balance that fell within the 180-day priority window and scheduled those amounts as a priority claim. The remainder of the 2023 balance for each claimant, as applicable, is scheduled as an unsecured claim, along with the total amount of any accrued and unused carryover days.

All current Employees as of the Petition Date: all current U.S. and Non-U.S. employees, regardless of whether or not they are owed accrued and unused PTO or vacation pay, have had these liabilities omitted from the Schedules.  As of September 8, 2023, the Bankruptcy Court has entered the *Third Interim Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs, and (II) Granting Related Relief* [Docket No. 422] which, among other things, authorized the Debtors to pay all accrued and unused PTO or vacation pay, as applicable, to employees severed between August 7, 2023 – September 8, 2023. In the Wage Motion [Docket No. 20] currently in front of the Court, the Debtors have requested additional final relief to pay, non-insider, current employees all outstanding PTO or vacation, as applicable, as they are severed in the course of continuing the winddown of the Debtors' business.

In addition to PTO or vacation pay, certain current or former employees may be owed amounts by the Debtor for other liabilities.  For those employees, the Debtors have listed these liabilities as a separate schedule entry.

***Part 2 – Creditors with Nonpriority Unsecured Claims***.  The liabilities identified on Schedule E/F, Part 2, are derived from the Debtors' books and records.  The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of claims against the Debtors may vary from those liabilities represented on Schedule E/F Part 2.  The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed claims or the correct amount of all unsecured claims.

The Schedules generally attribute liabilities as reflected on the Debtors' books and records.

Pursuant to the First Day Orders, the Debtors received authority to pay certain prepetition claims.  Accordingly, no undisputed, prepetition unsecured claims of

non-insiders that have been paid pursuant to the First Day Orders or pursuant to further Bankruptcy Court order have been listed on Schedule E/F, Part 2. Listing a claim or failure to list a claim on Schedule E/F, Part 2 that is subject to payment pursuant to the First Day Orders does not serve as an admission by the Debtors as to the validity of such claim or as to the status of payment of such claim.

Schedule E/F, Part 2 and Statements, Part 3, Question 7, contain information regarding pending litigation involving the Debtors. The amounts for these potential claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements. For the avoidance of doubt, demand letters received from potential litigants that do not list a specific Debtor are listed in the Schedules for Debtor Yellow Corporation.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. In addition, Schedule E/F, Part 2, does not include claims that may arise in connection with the rejection of any executory contracts or unexpired leases, if any, that may be or have been rejected in these chapter 11 cases.

In many cases, the claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such claim.

As of the time of filing of the Schedules and Statements, the Debtors may not have received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained on Schedules D and E/F may be incomplete. The Debtors reserve their rights to, but undertake no obligations to, amend Schedules D and E/F if and as they receive such invoices.

Liabilities listed on Schedules E/F do not reflect any prepetition amounts paid under various authority granted by the Bankruptcy Court, including the First Day Orders, that have been issued postpetition. The Debtors expect that certain claimants may continue to receive payments for prepetition amounts paid under various authority granted by the Bankruptcy Court that would be issued postpetitition. The Debtors reserve all of their rights with respect to such payments, including the right to amend, supplement, or otherwise modify Schedule E/F, Part 2, to reflect such payments.

Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific Claims as of the Petition Date. The Debtors have made every effort to include as contingent, unliquidated, or disputed the Claim

of any vendor not included on the Debtors' open accounts payable that is associated with an account that has an accrual or receipt not invoiced.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may ultimately be paid in connection with the cure costs associated with assumption or assumption and assignment of an executory contract or unexpired lease.

**Schedule G – Executory Contracts and Unexpired Leases**.  While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, and unintended duplication or overinclusion of items may have occurred.

Listing a contract, lease, or agreement on Schedule G does not constitute an admission that such contract, lease, or agreement is an executory contract or unexpired lease or that such contract, lease, or agreement was in effect on the Petition Date or is valid or enforceable.  The Debtors hereby reserve all their rights, claims and Causes of Action with respect to the contracts, leases, or agreements on Schedule G, including the right to dispute the validity, status, or enforceability of, or otherwise modify any contracts, leases, or agreements set forth on Schedule G and to amend, supplement, or otherwise modify Schedule G as necessary, at any time, to remove any contracts, leases, or agreements.

Certain contracts, leases, and agreements listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights.  Such rights, powers, duties, and obligations are not set forth separately on Schedule G.  In addition, the Debtors may have entered into various other types of agreements in the ordinary course of business, such as supplemental agreements and letter agreements, which agreements may not be set forth on Schedule G.  The Debtors reserve all of their rights to amend, supplement, or otherwise modify Schedule G to the extent that additional information regarding such agreements becomes available.  Certain executory contracts or unexpired leases may not have been memorialized and could be subject to dispute. Any executory contracts or unexpired leases that have not been reduced to writing are not included on Schedule G.

Certain of the contracts, leases, and agreements listed on Schedule G may consist of several parts, including, without limitation, purchase orders, amendments, restatements, waivers, letters, and other documents that may not be identified in Schedule G or that may be listed as a single entry.  The Debtors expressly reserve their rights to determine or challenge whether such documents constitute an executory contract or unexpired lease, a single contract, agreement or lease, or multiple, severable or separate contracts, agreements or leases.

The contracts, leases, and agreements identified in Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and

other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents.

Unless otherwise specified in Schedule G, each executory contract or unexpired lease identified therein shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument, or other document is listed therein. In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors are party to certain confidentiality agreements which may constitute executory contracts. In order to not breach any such confidentiality agreements, the Debtors have not listed such confidentiality agreements in Schedule G. Such agreements may be provided upon request to the Debtors' counsel.

Omission of a contract, lease, or agreement from Schedule G does not constitute an admission that such omitted contract, lease, or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts, leases, or agreements are not impaired by any such omission.

Certain Debtors are guarantors and parties to guaranty agreements regarding the Debtors' prepetition credit facility. The guaranty obligations arising under these agreements are reflected in Schedule D only and are not listed on Schedule E/F.

In the ordinary course of business, the Debtors utilize purchase orders to obtain goods from various vendors. Due to the generally brief durations of purchase orders and the volume and frequency of these transactions, individual purchase orders that were active as of the Petition Date are not listed on Schedule G. The Debtors reserve all rights as to active purchase orders as of the Petition Date. The omission of purchase orders from Schedule G does not constitute an admission that any such purchase order is not an executory contract or unexpired lease.

**Schedule H – Co-Debtors**. For purposes of Schedule H, the Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, debt instruments, and other agreements. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable. The disclosure of a guarantee relationship in Schedule H does not constitute an admission by the Debtors as to the effectiveness or enforceability of such guarantee.

In the ordinary course of businesses, the Debtors may become subject to pending or threatened litigation and claims arising out of the conduct of their businesses. These matters may involve multiple plaintiffs and defendants, some or all of whom may

assert cross-claims and counterclaims against other parties.  The Debtors have not listed any litigation-related co-Debtors in Schedule H.  Instead, all such listings to the extent known to the Debtors are listed on Schedule E/F.

7.  **Specific Statements Disclosures**.

**Statements, Part 1, Question 1 – Gross revenue from business.**  Revenue for fiscal year 2023 is as of July 31, 2023, is unaudited and as such could be subject to material adjustments.

**Statements, Part 1, Question 2 – Non-business revenue**.  Non-business revenue for fiscal year 2023 is as of July 31, 2023, which includes such items as interest income, foreign exchange gain, rental income on owned and leased property, gain on disposition and gain on property sales.

**Statements, Part 2, Question 3 – Certain payments or transfers to creditors within 90 days before filing this case.**  Prior to the Petition Date, the Debtors maintained a centralized cash management system through which certain Debtors made payments on behalf of certain Debtor affiliates and certain non-Debtor affiliates, as further explained in the *Motion of Debtors for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Related Thereto, (C) Maintain Existing Business Forms, and (D) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 10] (the "Cash Management Motion").  As further described in the Cash Management Motion, prior to the Petition Date, in the ordinary course of business, the Debtors engaged in intercompany transactions with one another and with their non-Debtor affiliate, which resulted in the creation of corresponding intercompany payables and receivables.  Consequently, all payments to creditors listed in response to Statements, Part 2, Question 3 in each of the Debtors' Statements reflect payments made by Yellow Corporation or one of its Debtor affiliates from operating bank accounts on behalf of the corresponding Debtor, pursuant to the Debtors' Cash Management System as described in the Cash Management Motion.

Payments to insiders made in the ninety-day period before filing (and disclosed as part of the one-year period response to Statements, Part 2, Question 4) and payments related to bankruptcy in the ninety-day period before filing (and disclosed as part of the one-year period response to Statements, Part 6, Question 11) are not included in the response to Statements, Part 2, Question 3 – ninety-day payments.  There is no overlap or duplication between or among the data presented in response to these disclosures.

Disbursements made on account of multiple invoices may be reflected as a single payment on Statements, Part 2, Question 3.

**Statements, Part 2, Question 4 – Payments or other transfers of property made within 1 year before filing this case that benefited any insider.**  The listing of any

individual or entity as an insider does not constitute an admission or a final determination that any such individual or entity is or is not an insider. Distributions by the Debtors to their directors and officers are listed in the attachment to Statements, Part 2, Question 4. Certain directors and executive officers are directors and executive officers of multiple Debtor entities.

In the ordinary course of business, certain of the Debtors' eligible employees are granted awards whereby they are issued equity securities ("Equity Securities") of Yellow Corporation as part of their compensation package. The Debtors transfer such Equity Securities on the vesting date. For purposes of Statement 3, Question 4, the Debtors have listed the fair market value of the Equity Securities as of their applicable vesting date. The Debtors have not listed the value of any Equity Securities that were granted in the one-year period prior to the Petition Date that have not vested.

**Statements, Part 2, Question 6 – Setoffs**. For a discussion of setoffs and nettings incurred by the Debtors, refer to section 4(w) of the Global Notes.

**Statements, Part 5, Question 10 – Certain losses**. The Debtors occasionally incur losses for a variety of reasons, including theft and property damage. The Debtors, however, may not have records of all such losses to the extent such losses do not have a material impact on the Debtors' businesses or are not reported for insurance purposes.

**Statements, Part 6, Question 11 – Payments related to bankruptcy**. All disbursements listed in Statements, Part 2, Question 11 were initiated and disbursed by Yellow Corporation, but were for the benefit of all Debtors.

**Statements, Part 10, Question 20 – Off-premises storage**. The locations listed for off-premises storage do not include shippers that are holding goods in-transit, including but not limited to goods on ships, in trucks, or in warehouses where they may be temporarily stored during the transport process.

**Statements, Part 11, Question 21 – Property Held for Another.** As a trucking and logistics company that provides LTL services, the Debtors are in possession of customer shipments as part of the ordinary course of running their businesses. On the petition date, the Debtors were in possession of approximately 28,000 undelivered shipments. It would be unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain the location, description, and value of every undelivered shipment in the Debtors' possession as of the Petition Date. Therefore, the Debtors did not include the details of these undelivered shipments on Part 11, Question 21 of the Statements.

**Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.** Please refer to Statements, Part 2, Question 4 regarding all payments to insiders.

**Fill in this information to identify the case:**

Debtor name        Yellow Corporation

United States Bankruptcy Court for the:        District of Delaware

Case number (If known):        23-11069 (CTG)

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

**Part 1:  Summary of Assets**

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B* .......................................................................................................
   $ _____ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B* ....................................................................................................
   $ _____ 455,892,366.59*

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B* ......................................................................................................
   $ _____ 455,892,366.59*

---

**Part 2:  Summary of Liabilities**

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* ..........................................
   $ _____ 1,223,273,741.00*

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* ...............................................................
   $ _____ 113,936.23

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ......................................................
   **+** $ _____ 3,817,360,251.36*

4. **Total liabilities** .........................................................................................................................................
   Lines 2 + 3a + 3b
   $ _____ 5,040,747,928.59*

---

*Plus Undetermined Amounts

**Fill in this information to identify the case:**

Debtor name   Yellow Corporation

United States Bankruptcy Court for the:   District of Delaware

Case number (If known)   23-11069 (CTG)

☐ Check if this is an
amended filing

Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.

   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand** — $ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1 See Attached Rider | | | $ 126,579,257.12 |
| 3.2 | | | $ |

4. **Other cash equivalents** *(Identify all)*

| | | |
|---|---|---|
| 4.1 None | | $ 0.00 |
| 4.2 | | $ |

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.     $ 126,579,257.12

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.

   ☑ Yes. Fill in the information below.

Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1 Deposit - Sale Leaseback Security Deposits: Various Parties | | $ 735,655.12 |
| 7.2 Deposit - T&E Cards: Citizens Bank, N.A. | | $ 3,800,000.00 |

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1 See Attached Rider | $ | 32,985,181.31 |
| 8.2 | $ | |

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.                 $       37,520,836.43

---

**Part 3:   Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

**Current value of debtor's interest**

**11. Accounts receivable**

| | face amount | doubtful or uncollectible accounts | | | Current value of debtor's interest |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | _____ | — _____ | = ...... → | $ | |
| 11b. Over 90 days old: | _____ | — _____ | = ...... → | $ | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.        $        0.00

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☐ No. Go to Part 5.

☑ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

| | | |
|---|---|---|
| 14.1 None | | $        0.00 |
| 14.2 | | $ |

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                                % of ownership:

| | | | |
|---|---|---|---|
| 15.1 See Attached Rider | ____ % | | $    Undetermined |
| 15.2 | ____ % | | $ |

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

| | | |
|---|---|---|
| 16.1 None | | $        0.00 |
| 16.2 | | $ |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.             $      Undetermined

*Plus Undetermined Amounts

**Part 5:**   **Inventory, excluding agriculture assets**

18.  **Does the debtor own any inventory (excluding agriculture assets)?**

☑  No. Go to Part 6.

☐  Yes. Fill in the information below.

| General Description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 20.  **Work in progress** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 21.  **Finished goods, including goods held for resale** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |
| 22.  **Other inventory or supplies** | | | | |
| _____ | _____ MM / DD / YYYY | $ _____ | _____ | $ _____ |

23.  **Total of Part 5.**

Add lines 19 through 22. Copy the total to line 84.

$ _____ 0.00

24.  **Is any of the property listed in Part 5 perishable?**

☐  No

☐  Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐  No

☐  Yes. Book value  $ _____   Valuation method _____   Current value  $ _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐  No

☐  Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27.  **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑  No. Go to Part 7.

☐  Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops–either planted or harvested** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 29.  **Farm animals** *Examples*: Livestock, poultry, farm-raised fish | | | |
| _____ | $ _____ | _____ | $ _____ |
| 30.  **Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| _____ | $ _____ | _____ | $ _____ |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | $ _____ | _____ | $ _____ |
| 32.  **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | $ _____ | | $ _____ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$ _____ 0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

     ☐ No

     ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $ _____    Valuation method _____    Current value $ _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38 Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $ _____ | _____ | $ _____ |
| **40. Office fixtures** | $ _____ | _____ | $ _____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $ _____ | _____ | $ _____ |
| **42. Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $ _____ | _____ | $ _____ |
| 42.2 _____ | $ _____ | _____ | $ _____ |
| 42.3 _____ | $ _____ | _____ | $ _____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ _____ 0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Yellow Corporation
          Name                                                                          Case number (If known)  23-11069 (CTG)

## Part 8:    Machinery, equipment, and vehicles

**46.  Does the debtor own or lease any machinery, equipment, or vehicles?**

☑  No. Go to Part 9.

☐  Yes. Fill in the information below.

| General Description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.  Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 | $ | | $ |
| 47.2 | $ | | $ |
| 47.3 | $ | | $ |
| 47.4 | $ | | $ |

**48.  Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 | $ | | $ |
| 48.2 | $ | | $ |

**49.  Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 | $ | | $ |
| 49.2 | $ | | $ |

**50.  Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | $ | | $ |

**51.  Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.                                     $              0.00

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**

☐  No

☐  Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐  No

☐  Yes

## Part 9:    Real property

54.   **Does the debtor own or lease any real property?**

☒  No. Go to Part 10.

☐  Yes. Fill in the information below.

55.   **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.2 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.3 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.4 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.5 _____ | _____ | $ _____ | _____ | $ _____ |
| 55.6 _____ | _____ | $ _____ | _____ | $ _____ |

56.   **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$ _____ 0.00

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**

☐  No

☐  Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐  No

☐  Yes

## Part 10:    Intangibles and intellectual property

59.   **Does the debtor have any interests in intangibles or intellectual property?**

☐  No. Go to Part 11.

☒  Yes. Fill in the information below.

| General Description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.  **Patents, copyrights, trademarks, and trade secrets** | | | |
| See Attached Rider | $    Undetermined | _____ | $    Undetermined |
| 61.  **Internet domain names and websites** | | | |
| See Attached Rider | $    Undetermined | _____ | $    Undetermined |
| 62.  **Licenses, franchises, and royalties** | | | |
| None | $ _____ | _____ | $    0.00 |
| 63.  **Customer lists, mailing lists, or other compilations** | | | |
| None | $ _____ | _____ | $    0.00 |
| 64.  **Other intangibles, or intellectual property** | | | |
| None | $ _____ | _____ | $    0.00 |
| 65.  **Goodwill** | | | |
| None | $ _____ | _____ | $    0.00 |

66.   **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$    Undetermined

*Plus Undetermined Amounts

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☒ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☒ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☒ No

☐ Yes

## Part 11:  All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No. Go to Part 12.

   ☒ Yes. Fill in the information below.

   |  | Current value of debtor's interest |
   |---|---|

71. **Notes receivable**

   Description (include name of obligor)

   | None | | — | | = → | $ | 0.00 |
   |---|---|---|---|---|---|---|
   | | Total Face Amount | | Doubtful or uncollectible Amount | | | |

72. **Tax refunds and unused net operating losses (NOLs)**

   Description (for example, federal, state, local)

   | See Attached Rider | Tax Year | | $ | Undetermined |
   |---|---|---|---|---|
   | | Tax Year | | $ | |
   | | Tax Year | | $ | |

73. **Interests in insurance policies or annuities**

   | See Attached Rider | $ | Undetermined |
   |---|---|---|

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

   | See Attached Rider | $ | Undetermined |
   |---|---|---|

   **Nature of Claim**

   **Amount Requested**    $

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

   | None | $ | 0.00 |
   |---|---|---|

   **Nature of Claim**

   **Amount Requested**    $

76. **Trusts, equitable or future interests in property**

   | None | $ | 0.00 |
   |---|---|---|

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

   | See Attached Rider | $ | 291,792,273.04 |
   |---|---|---|
   | | $ | |

78. **Total of Part 11.**

   Add lines 71 through 77. Copy the total to line 90.

   | | $ | 291,792,273.04* |
   |---|---|---|

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ☒ No

   ☐ Yes

**\*Plus Undetermined Amounts**

| Debtor | Yellow Corporation | Case number (If known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of Property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 126,579,257.12 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 37,520,836.43 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ Undetermined | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ............................................................... → | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ Undetermined | |
| 90. **All other assets.** *Copy line 78, Part 11.* | $ 291,792,273.04* | |
| 91. **Total.** Add lines 80 through 90 for each column..........................91a. | $ 455,892,366.59* | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92........................................................... $ 455,892,366.59*

**\*Plus Undetermined Amounts**

Debtor Name:  Yellow Corporation

Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 1, Question 3:** Checking, savings, money market, or financial brokerage accounts

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|
| Bank of America | Receivables Account | 2291 | $14,176.66 |
| Bank of Nova Scotia | Disbursement / Operating Account | 5214 | $1,262,019.03 |
| Bank of Nova Scotia | Disbursement / Operating Account | 5117 | $181,309.70 |
| BNY Mellon | Disbursement / Operating Account | 6663 | $13,383.77 |
| Citizens Bank | Investment Account | 8727 | $134,754.91 |
| Citizens Bank | Disbursement / Concentration Account | 8719 | $-96,738.54 |
| Citizens Bank (** RESTRICTED CASH **) | Debt Service Account (** RESTRICTED CASH **) | 8700 | $91,449,240.35 |
| JPMorgan Chase | Disbursement / Concentration Account | 0830 | $32,163,612.37 |
| JPMorgan Chase | Disbursement Account | 4219 | $70,115.34 |
| JPMorgan Chase | Receivables Account | 2835 | $42,586.39 |
| JPMorgan Chase | Disbursement / Operating Account | 4201 | $6,822.13 |
| JPMorgan Chase | Disbursement / Operating Account | 4599 | $104.54 |
| PNC | Disbursement / Concentration Account | 2947 | $1,176,911.71 |
| US Bank | Disbursement / Payroll Account | 5676 | $160,958.76 |
| | | **TOTAL** | **$126,579,257.12** |

Debtor Name:  Yellow Corporation

Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 2, Question 8:** Prepayments, including payments on executory contracts, leases, insurance, taxes, and rent

| Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent *(Description, including name of holder of prepayment)* | Current value of debtor's interest |
|---|---|
| Prepayment - Bond(s) Payments: Marsh | $220,026.32 |
| Prepayment - HAS Funding: Various Parties | $903,750.00 |
| Prepayment - Insurance Payments (Broker Fees): Lockton Companies | $80,000.00 |
| Prepayment - Insurance Payments (Cyber): Willis Towers Watson Midwest Inc. | $218,668.33 |
| Prepayment - Insurance Payments (FINEX Policy): Willis Towers Watson Midwest Inc. | $356,529.80 |
| Prepayment - Insurance Payments (Pollution Policy): Lockton Companies | $159,933.34 |
| Prepayment - Insurance Payments (Property / BPID): AFCO Credit Corporation, BFL Canada | $1,683,938.79 |
| Prepayment - Insurance Payments (Property / Casualty): Lockton Companies, AFCO | $19,736,793.32 |
| Prepayment - Insurance Payments (Tail/Run Off): Willis Towers Watson Midwest Inc. | $4,070,468.00 |
| Prepayment - Insurance Payments (Underground Storage Tank): Lockton Companies | $110,284.20 |
| Prepayment - Insurance Payments (WC/BIPD/Cargo): Old Republic Risk Management Inc. | $556,673.34 |
| Prepayment - Miscellaneous: Donnelly | $33,166.72 |
| Prepayment - Other: Various Parties | $2,967,664.31 |
| Prepayment - Workers Comp Related: Sedgwick | $1,887,284.84 |
| **TOTAL** | **$32,985,181.31** |

Debtor Name:  Yellow Corporation                                                                    Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 4, Question 15:** Non-publicly traded stock interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture.

| Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture *(Name of entity:)* | % of Ownership | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 1105481 Ontario Inc. | 100% | N/A | Undetermined |
| Express Lane Service, Inc. | 100% | N/A | Undetermined |
| New Penn Motor Express LLC | 100% | N/A | Undetermined |
| OPK Insurance Co. Ltd. | 100% | N/A | Undetermined |
| Roadway LLC | 100% | N/A | Undetermined |
| USF Holland LLC | 100% | N/A | Undetermined |
| YRC Association Solutions, Inc. | 100% | N/A | Undetermined |
| YRC Enterprise Services, Inc. | 100% | N/A | Undetermined |
| YRC International Investments, Inc. | 100% | N/A | Undetermined |
| YRC Logistics Asia Limited | 100% | N/A | Undetermined |
| YRC Mortgages, LLC | 100% | N/A | Undetermined |
| YRC Regional Transportation, Inc. | 100% | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Yellow Corporation                                                                 Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Patent (Registration #: 2483353 - Canada): Container for Secure Transport of Cargo | Undetermined | N/A | Undetermined |
| Patent (Registration #: 256441 - Mexico): Container for Secure Transport of Cargo | Undetermined | N/A | Undetermined |
| Patent (Registration #: 6981828 B2 - U.S.): Container for Secure Transport of Cargo | Undetermined | N/A | Undetermined |
| Trademark (Application #: 12153-2007 - Venezuela): YRC | Undetermined | N/A | Undetermined |
| Trademark (Application #: 1696452 - Canada): Holland & Design | Undetermined | N/A | Undetermined |
| Trademark (Application #: 1973464 - Canada): Holland & Design | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2081819 - Canada): Yellow Corporation | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2081820 - Canada): Yellow Freight | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2081821 - Canada): Yellow Logistics Services | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2081822 - Canada): Yellow Freight System | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2081823 - Canada): Yellow Logistics | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2081824 - Canada): Yellow | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2081825 - Canada): Yellow & Design (Border 2020) (B&W) | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2081826 - Canada): Yellow & Design (Border 2020) (Orange & Black) | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2140609 - Canada): Yellow Logistics & Design  (Orange & Black) | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2212970 - Canada): Yellow Corporation & Design (Orange & Black) | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2220905 - Canada): Yellow Economy | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2220906 - Canada): Yellow Priority | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2247621 - Canada): Exact Express | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2914583 - Mexico): Exact Express | Undetermined | N/A | Undetermined |
| Trademark (Application #: 2914584 - Mexico): Exact Express | Undetermined | N/A | Undetermined |
| Trademark (Application #: 90/291,259 - U.S.): Yellow Corporation | Undetermined | N/A | Undetermined |
| Trademark (Application #: 90/291,260 - U.S.): Yellow Freight | Undetermined | N/A | Undetermined |
| Trademark (Application #: 90/291,261 - U.S.): Yellow Freight System | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation                                                                                    Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark (Application #: 90/291,264 - U.S.): Yellow Logistics Services | Undetermined | N/A | Undetermined |
| Trademark (Application #: 97/340,422 - U.S.): Yellow Corporation & Design (Orange & Black) | Undetermined | N/A | Undetermined |
| Trademark (Application #: 97/404,862 - U.S.): Yellow Priority | Undetermined | N/A | Undetermined |
| Trademark (Application #: 97/404,869 - U.S.): Yellow Economy | Undetermined | N/A | Undetermined |
| Trademark (Application #: 97/595330 - U.S.): Exact Express | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1050952 - U.S.): Roadway | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1068287 - U.S.): R Roadway & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1098092 - Mexico): YRC Worldwide & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1133478 - Mexico): YRC & Design (Banner Logo) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1156491 - Mexico): YRC | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1170843 - Mexico): YRC & Design (Banner Logo) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1181672 - Mexico): Confidence Delivered. | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1212749 - U.S.): Yellow | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1212750 - U.S.): Yellow & Design (In Black Border) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1212751 - U.S.): Yellow & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1303655 - Mexico): YRC Freight | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1303656 - Mexico): YRC Freight & Design (Blue) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1303657 - Mexico): YRC Freight & Design (Orange) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1303658 - Mexico): YRC Freight & Design (Black & White) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1308340 - Mexico): YRC Freight | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1308341 - Mexico): YRC Freight & Design (Blue) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1308342 - Mexico): YRC Freight & Design (Orange) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1308343 - Mexico): YRC Freight & Design (Black & White) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1340501 - Mexico): Any Need. Any Speed. Guaranteed. | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation                                                                Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark (Registration #: 1341389 - Mexico): Any Need. Any Speed. Guaranteed. | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1397648 - Mexico): YRC Reimer & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1397649 - Mexico): YRC Reimer & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1671364 - U.S.): E-Z Export | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1712273 - U.S.): New Penn & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1938848 - Mexico): HNRY (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1938849 - Mexico): HNRY | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1943959 - Mexico): HNRY Solutions & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1944937 - Mexico): HNRY Solutions | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1944939 - Mexico): HNRY Logistics & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1954051 - Mexico): HNRY Logistics | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1978910 - Mexico): CAMPHNRY | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1978911 - Mexico): Myhnry.com | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1978912 - Mexico): My.Hnry.com (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1978914 - Mexico): HNRY Logistics & Design (No. 2) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1978915 - Mexico): Tech. Trucks. Together. | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1978916 - Mexico): HNRY Logistics Tech. Trucks. Together. & Design (Vertical Bar Design) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1997554 - Mexico): HNRY Solutions & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1997555 - Mexico): HNRY Solutions | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1997556 - Mexico): HNRY (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1997557 - Mexico): HNRY | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1999120 - Mexico): HNRY Logistics & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 1999121 - Mexico): HNRY Logistics | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2037882 - U.S.): Expressworks | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation                                                                 Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark (Registration #: 2057271 - Mexico): CAMPHNRY | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2057272 - Mexico): Myhnry.com | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2057273 - Mexico): My.Hnry.com (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2057274 - Mexico): HNRY Logistics & Design (No. 2) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2057275 - Mexico): Tech. Trucks. Together. | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2057276 - Mexico): HNRY Logistics Tech. Trucks. Together. & Design (Vertical Bar Design) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2076452 - U.S.): USF & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2076453 - U.S.): USF | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2115325 - U.S.): Roadway Express | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2122767 - Mexico): HNRY Logistics Tech. Trucks. Together. & Design (Horizontal Bar Design) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2122768 - Mexico): Tech. Trucks. Together. (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2122769 - Mexico): Tech. Trucks. Together. (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2122774 - Mexico): Myhnry | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2122776 - Mexico): Myhnry | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2123151 - Mexico): CAMPHNRY (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2123152 - Mexico): HNRY Logistics Tech. Trucks. Together. & Design (Horizontal Bar Design) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2123153 - Mexico): Myhnry (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2139089 - Mexico): CAMPHNRY.com | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2139090 - Mexico): Myhnry (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2190386 - Mexico): CAMPHNRY.com | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2190387 - Mexico): CAMPHNRY (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2230869 - Mexico): Yellow Freight | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2230871 - Mexico): Yellow Freight System | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2230874 - Mexico): Yellow Freight System | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation                                                              Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark (Registration #: 2230878 - Mexico): Yellow Logistics Services | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2230880 - Mexico): Yellow Logistics Services | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2232798 - Mexico): Yellow Logistics | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2235996 - Mexico): Yellow Corporation | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2242796 - Mexico): Yellow Corporation | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2242797 - Mexico): Yellow Logistics | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2242798 - Mexico): Yellow Freight | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2353846 - Mexico): Yellow Logistics & Design  (Orange & Black) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2354783 - Mexico): Yellow Logistics & Design  (Orange & Black) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2360915 - Mexico): Yellow & Design (Border 2020) (B&W) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2360916 - Mexico): Yellow & Design (Border 2020) (B&W) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2360917 - Mexico): Yellow & Design (Border 2020) (Orange & Black) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2360918 - Mexico): Yellow & Design (Border 2020) (Orange & Black) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 243256 - Mexico): Yellow | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2514611 - Mexico): Yellow Corporation & Design (Orange & Black) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2514615 - Mexico): Yellow Corporation & Design (Orange & Black) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2526972 - Mexico): Yellow Economy | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2526974 - Mexico): Yellow Economy | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2526975 - Mexico): Yellow Priority | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2527885 - Mexico): Yellow Priority | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 2935940 - U.S.): YR & Design (Flag) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 306610 - Mexico): Roadway | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 312947 - Mexico): R Roadway & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 3174011 - U.S.): YRC Worldwide & Design | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation                                                                                              Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark (Registration #: 3266262 - U.S.): YRC Worldwide | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 3272882 - U.S.): YRC | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 3393133 - U.S.): YRCW | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 3395557 - U.S.): YRC Regional Transportation | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 3575015 - U.S.): Yellow & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 3666792 - U.S.): Yellow | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 3801990 - U.S.): Reddaway | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 3801991 - U.S.): Holland | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 3888216 - U.S.): Guaranteed Window | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 4073936 - U.S.): Any Need. Any Speed. Guaranteed. | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 4190840 - U.S.): YRC Freight | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 4259092 - U.S.): YRC Freight & Design (Black & White) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 4259093 - U.S.): YRC Freight & Design (Blue) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 4369431 - U.S.): YRC Freight & Design (Orange) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 4722484 - U.S.): Reddaway & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 5207049 - U.S.): Holland & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 5908960 - U.S.): HNRY Logistics & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 5908961 - U.S.): HNRY Logistics | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 5908962 - U.S.): HNRY (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 5908963 - U.S.): HNRY | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 5977708 - U.S.): Myhnry | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 5977709 - U.S.): Myhnry (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 6008641 - U.S.): HNRY Logistics Tech. Trucks. Together. & Design (Vertical Bar Design) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 6014314 - U.S.): Tech.Trucks.Together. | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation                                                                      Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark (Registration #: 6017264 - U.S.): HNRY Logistics Tech. Trucks. Together. & Design (Horizontal Bar Design) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 6017265 - U.S.): Tech. Trucks. Together. (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 6290241 - U.S.): Myhnry.com | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 6549134 - U.S.): Yellow | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 6549242 - U.S.): Yellow & Design (Border 2020) (B&W) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 6634653 - U.S.): Yellow Logistics | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 6648218 - U.S.): Yellow & Design (Border 2020) (Orange & Black) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 7013581 - U.S.): Yellow Logistics & Design  (Orange & Black) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 982536 - Mexico): YRC Worldwide & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: 997753 - Mexico): YRC | Undetermined | N/A | Undetermined |
| Trademark (Registration #: S042861 - Venezuela): YRC | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA1106590 - Canada): Myhnry | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA1108319 - Canada): Myhnry (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA1111998 - Canada): HNRY Logistics Tech. Trucks. Together. & Design (Horizontal Bar Design) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA1111999 - Canada): Tech. Trucks. Together. (Stylized) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA1116751 - Canada): HNRY | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA1116752 - Canada): HNRY Logistics | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA1123812 - Canada): Tech. Trucks. Together. | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA275948 - Canada): Fast-As-Flite | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA283,088 - Canada): R & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA324,494 - Canada): Yellow & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA324,496 - Canada): Yellow & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA354,212 - Canada): Roadway Express | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA354,213 - Canada): Roadway | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation                                                                 Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark (Registration #: TMA419,149 - Canada): R Roadway & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA485,808 - Canada): Reddaway | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA515,885 - Canada): Holland | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA688,475 - Canada): Yellow Transportation | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA695,673 - Canada): YRC Worldwide & Design | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA700,726 - Canada): Definite Delivery | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA705,985 - Canada): Creating Possibilities | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA712,782 - Canada): YRC | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA718,033 - Canada): Exact Express | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA718,242 - Canada): Swamp Holly | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA724,085 - Canada): Residential Connect | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA729,810 - Canada): YRC Regional Transportation | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA759,984 - Canada): Yellow Volume Advantage | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA780,394 - Canada): Expedited Precision | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA780,739 - Canada): Guaranteed Precision | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA784,137 - Canada): YRC Time-Advantage | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA784,289 - Canada): YRC & Design (Banner Logo) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA785,033 - Canada): Be Confident. It's A YRC Delivery. | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA837,599 - Canada): Any Need. Any Speed. Guaranteed. | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA852,311 - Canada): YRC Freight | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA865,819 - Canada): YRC Freight & Design (Blue) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA872,467 - Canada): YRC Freight & Design (Black & White) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA878,268 - Canada): YRC Freight & Design (Orange) | Undetermined | N/A | Undetermined |
| Trademark (Registration #: TMA90,2252 - Canada): YRC Reimer | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation

Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 60:** Patents, copyrights, trademarks, and trade secrets

| Patents, copyrights, trademarks, and trade secrets | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| Trademark (Registration #: TMA902,253 - Canada): YRC Reimer & Design | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Yellow Corporation                                                                 Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| ASKHNRY.COM | Undetermined | N/A | Undetermined |
| BESTDRIVERSWANTED.COM | Undetermined | N/A | Undetermined |
| CAMPHNRY.COM | Undetermined | N/A | Undetermined |
| DRIVE4HNRY.COM | Undetermined | N/A | Undetermined |
| DRIVE4HOLLAND.COM | Undetermined | N/A | Undetermined |
| DRIVE4REDDAWAY.COM | Undetermined | N/A | Undetermined |
| DRIVE4YRC.COM | Undetermined | N/A | Undetermined |
| DRIVEHOLLAND.COM | Undetermined | N/A | Undetermined |
| DRIVEONTOGETHER.COM | Undetermined | N/A | Undetermined |
| DRIVERLAYOFFRELIEF.COM | Undetermined | N/A | Undetermined |
| DRIVERLAYOFFS.COM | Undetermined | N/A | Undetermined |
| ENROLLHERE.NET | Undetermined | N/A | Undetermined |
| EXACTEXPRESS.COM | Undetermined | N/A | Undetermined |
| FASTASFLITE.COM | Undetermined | N/A | Undetermined |
| FINALMILE.PRO | Undetermined | N/A | Undetermined |
| FREIGHTQUOTE.PRO | Undetermined | N/A | Undetermined |
| GLENMOOREFREIGHT.COM | Undetermined | N/A | Undetermined |
| GLENMOORETL.COM | Undetermined | N/A | Undetermined |
| GLENMOORETRUCKING.COM | Undetermined | N/A | Undetermined |
| GLENMOORETRUCKLOAD.COM | Undetermined | N/A | Undetermined |
| GOHNRY.COM | Undetermined | N/A | Undetermined |
| HNRY.COM | Undetermined | N/A | Undetermined |
| HNRYCARES.COM | Undetermined | N/A | Undetermined |
| HNRYCONTRACTLOGISTICS.COM | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation                                                    Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| HNRYDELIVERS.COM | Undetermined | N/A | Undetermined |
| HNRYDIRECT.COM | Undetermined | N/A | Undetermined |
| HNRYENGINEEREDSOLUTIONS.COM | Undetermined | N/A | Undetermined |
| HNRYFREIGHT.COM | Undetermined | N/A | Undetermined |
| HNRYLOGISTICS.COM | Undetermined | N/A | Undetermined |
| HNRY-LOGISTICS.COM | Undetermined | N/A | Undetermined |
| HNRYRESIDIRECT.COM | Undetermined | N/A | Undetermined |
| HNRYREVERSELOGISTICS.COM | Undetermined | N/A | Undetermined |
| HNRYSLOGISTICS.COM | Undetermined | N/A | Undetermined |
| HNRYTOGETHER.COM | Undetermined | N/A | Undetermined |
| HNRYTRANSPORTATION.COM | Undetermined | N/A | Undetermined |
| HNRYTRUCKLOAD.COM | Undetermined | N/A | Undetermined |
| HOLLANDDELIVERS.COM | Undetermined | N/A | Undetermined |
| HOLLANDDIRECTION.COM | Undetermined | N/A | Undetermined |
| HOLLANDLINEHAUL.COM | Undetermined | N/A | Undetermined |
| HOLLANDLTL.COM | Undetermined | N/A | Undetermined |
| HOLLANDNEXTDAY.COM | Undetermined | N/A | Undetermined |
| HOLLANDOTR.COM | Undetermined | N/A | Undetermined |
| HOLLANDPROUD.COM | Undetermined | N/A | Undetermined |
| HOLLANDREGIONAL.COM | Undetermined | N/A | Undetermined |
| HOLLANDTOUGH.COM | Undetermined | N/A | Undetermined |
| LAIDOFFDRIVERS.COM | Undetermined | N/A | Undetermined |
| LASTMILEDELIVERY.PRO | Undetermined | N/A | Undetermined |
| MILITARY2DRIVER.COM | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation                                                                 Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| MORETHANFREIGHT.COM | Undetermined | N/A | Undetermined |
| MORETHANFRIEGHT.COM | Undetermined | N/A | Undetermined |
| MOVESAMERICA.COM | Undetermined | N/A | Undetermined |
| MUSTARRIVEBYDATE.COM | Undetermined | N/A | Undetermined |
| MYFREIGHTSHIPPED.COM | Undetermined | N/A | Undetermined |
| MYHNRY.COM | Undetermined | N/A | Undetermined |
| MYY360.COM | Undetermined | N/A | Undetermined |
| MYYELLOW.COM | Undetermined | N/A | Undetermined |
| MYYELLOWYRC.COM | Undetermined | N/A | Undetermined |
| MYYRCFREIGHT.BIZ | Undetermined | N/A | Undetermined |
| MYYRCFREIGHT.COM | Undetermined | N/A | Undetermined |
| MYYRCFREIGHT.NET | Undetermined | N/A | Undetermined |
| MYYRCREGIONAL.COM | Undetermined | N/A | Undetermined |
| NEWPENN.COM | Undetermined | N/A | Undetermined |
| NEWPENN25.COM | Undetermined | N/A | Undetermined |
| NEWPENNLTL.COM | Undetermined | N/A | Undetermined |
| NEWPENNNEXTDAY.COM | Undetermined | N/A | Undetermined |
| NEWPENNREGIONAL.COM | Undetermined | N/A | Undetermined |
| NEXTDAYDELIVERY.COM | Undetermined | N/A | Undetermined |
| NEXT-DAY-DELIVERY.COM | Undetermined | N/A | Undetermined |
| OTRHOLLAND.COM | Undetermined | N/A | Undetermined |
| PROCESSORS.COM | Undetermined | N/A | Undetermined |
| QUOTEHNRY.COM | Undetermined | N/A | Undetermined |
| REDDAWAY.COM | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation

Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| REDDAWAYDENVER.COM | Undetermined | N/A | Undetermined |
| REDDAWAYLTL.COM | Undetermined | N/A | Undetermined |
| REDDAWAYNEXTDAY.COM | Undetermined | N/A | Undetermined |
| REDDAWAYOAKLAND.COM | Undetermined | N/A | Undetermined |
| REDDAWAYREGIONAL.COM | Undetermined | N/A | Undetermined |
| REGIONALEXPERTISE.COM | Undetermined | N/A | Undetermined |
| RESIDENTIALDIRECT.COM | Undetermined | N/A | Undetermined |
| ROADWAY.COM | Undetermined | N/A | Undetermined |
| ROADWAYCOMMERCE.COM | Undetermined | N/A | Undetermined |
| ROADWAYREVERSELOGISTICS.COM | Undetermined | N/A | Undetermined |
| RRLI.NET | Undetermined | N/A | Undetermined |
| SHIPWITHHNRY.COM | Undetermined | N/A | Undetermined |
| SMPRES.COM | Undetermined | N/A | Undetermined |
| TECHTRUCKSTOGETHER.COM | Undetermined | N/A | Undetermined |
| TOTALLY-CALIFORNIA.COM | Undetermined | N/A | Undetermined |
| TRACKHNRY.COM | Undetermined | N/A | Undetermined |
| TRUCKDRIVERLAYOFFS.COM | Undetermined | N/A | Undetermined |
| TRUCKLOAD.DIRECT | Undetermined | N/A | Undetermined |
| TRUCKSTECHTOGETHER.COM | Undetermined | N/A | Undetermined |
| USFBESTWAY.COM | Undetermined | N/A | Undetermined |
| USFC.COM | Undetermined | N/A | Undetermined |
| USFDUGAN.COM | Undetermined | N/A | Undetermined |
| USFHOLLAND.COM | Undetermined | N/A | Undetermined |
| USFNET.COM | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation

Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| USFREDDAWAY.COM | Undetermined | N/A | Undetermined |
| USFREIGHTWAYS.COM | Undetermined | N/A | Undetermined |
| YELLOWCORP.COM | Undetermined | N/A | Undetermined |
| YELLOWCORP.NET | Undetermined | N/A | Undetermined |
| YELLOWCORP.ORG | Undetermined | N/A | Undetermined |
| YELLOWCORPORATION.COM | Undetermined | N/A | Undetermined |
| YELLOW-CORPORATION.COM | Undetermined | N/A | Undetermined |
| YELLOWCORPORATION.NET | Undetermined | N/A | Undetermined |
| YELLOW-CORPORATION.NET | Undetermined | N/A | Undetermined |
| YELLOWCORPORATION.ORG | Undetermined | N/A | Undetermined |
| YELLOW-CORPORATION.ORG | Undetermined | N/A | Undetermined |
| YELLOWFREIGHT.COM | Undetermined | N/A | Undetermined |
| YELLOW-FREIGHT.COM | Undetermined | N/A | Undetermined |
| YELLOWFREIGHT.NET | Undetermined | N/A | Undetermined |
| YELLOW-FREIGHT.NET | Undetermined | N/A | Undetermined |
| YELLOW-FREIGHT.ORG | Undetermined | N/A | Undetermined |
| YELLOWFREIGHTSYSTEM.COM | Undetermined | N/A | Undetermined |
| YELLOW-FREIGHT-SYSTEM.COM | Undetermined | N/A | Undetermined |
| YELLOWGLOBAL.COM | Undetermined | N/A | Undetermined |
| YELLOW-LOGISTICS.COM | Undetermined | N/A | Undetermined |
| YELLOWLOGISTICS.NET | Undetermined | N/A | Undetermined |
| YELLOW-LOGISTICS.NET | Undetermined | N/A | Undetermined |
| YELLOWLOGISTICS.ORG | Undetermined | N/A | Undetermined |
| YELLOW-LOGISTICS.ORG | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation                                                                                    Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| YELLOWLOGISTICSSERVICES.COM | Undetermined | N/A | Undetermined |
| YELLOW-LOGISTICS-SERVICES.COM | Undetermined | N/A | Undetermined |
| YELLOWMARKETPLACE.COM | Undetermined | N/A | Undetermined |
| YELLOWROADWAY.COM | Undetermined | N/A | Undetermined |
| YELLOW-ROADWAY.COM | Undetermined | N/A | Undetermined |
| YELLOWROADWAY.NET | Undetermined | N/A | Undetermined |
| YELLOWROADWAYCORP.COM | Undetermined | N/A | Undetermined |
| YELLOWROADWAYCORPORATION.COM | Undetermined | N/A | Undetermined |
| YELLOWSERVICES.COM | Undetermined | N/A | Undetermined |
| YELLOWTECHNOLOGIES.COM | Undetermined | N/A | Undetermined |
| YRC.COM | Undetermined | N/A | Undetermined |
| YRCASSOCIATIONSHIPPING.COM | Undetermined | N/A | Undetermined |
| YRCCOMMERCE.COM | Undetermined | N/A | Undetermined |
| YRCCORP.BIZ | Undetermined | N/A | Undetermined |
| YRCCORP.COM | Undetermined | N/A | Undetermined |
| YRCCORP.NET | Undetermined | N/A | Undetermined |
| YRCCORPORATION.COM | Undetermined | N/A | Undetermined |
| YRCCORPORATION.NET | Undetermined | N/A | Undetermined |
| YRC-FFL.COM | Undetermined | N/A | Undetermined |
| YRC-FREIGHT.BIZ | Undetermined | N/A | Undetermined |
| YRCFREIGHT.COM | Undetermined | N/A | Undetermined |
| YRC-FREIGHT.COM | Undetermined | N/A | Undetermined |
| YRC-FREIGHT.MOBI | Undetermined | N/A | Undetermined |
| YRC-FREIGHT.NET | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation                                                Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| YRCFREIGHTCOMPANY.STORE | Undetermined | N/A | Undetermined |
| YRCFREIGHTCOMPANYSTORE.COM | Undetermined | N/A | Undetermined |
| YRCHOLLAND.COM | Undetermined | N/A | Undetermined |
| YRCL.COM | Undetermined | N/A | Undetermined |
| YRCLOGISTICS.COM | Undetermined | N/A | Undetermined |
| YRC-LOGISTICS.COM | Undetermined | N/A | Undetermined |
| YRCNATIONAL.COM | Undetermined | N/A | Undetermined |
| YRCNEWPENN.COM | Undetermined | N/A | Undetermined |
| YRCREDDAWAY.COM | Undetermined | N/A | Undetermined |
| YRCREG.COM | Undetermined | N/A | Undetermined |
| YRCREGIONAL.COM | Undetermined | N/A | Undetermined |
| YRCREGIONALTRANSPORTATION.COM | Undetermined | N/A | Undetermined |
| YRCREIMER.COM | Undetermined | N/A | Undetermined |
| YRCREIMEREXPRESS.COM | Undetermined | N/A | Undetermined |
| YRCREIMERFREIGHT.COM | Undetermined | N/A | Undetermined |
| YRCTRAVEL.COM | Undetermined | N/A | Undetermined |
| YRCW.COM | Undetermined | N/A | Undetermined |
| YRCWEB.COM | Undetermined | N/A | Undetermined |
| YRCWEVENTS.COM | Undetermined | N/A | Undetermined |
| YRCWHOLLAND.COM | Undetermined | N/A | Undetermined |
| YRCWLITERATURECENTER.COM | Undetermined | N/A | Undetermined |
| YRCWLOGISTICS.COM | Undetermined | N/A | Undetermined |
| YRCW-LOGISTICS.COM | Undetermined | N/A | Undetermined |
| YRCWLOGISTICS.ONLINE | Undetermined | N/A | Undetermined |

Debtor Name:  Yellow Corporation

Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 10, Question 61:** Internet domain names and websites

| Internet domain names and websites | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| YRCWNEWPENN.COM | Undetermined | N/A | Undetermined |
| YRCWORLD.COM | Undetermined | N/A | Undetermined |
| YRCWORLDWIDE.COM | Undetermined | N/A | Undetermined |
| YRCWORLDWIDETECHNOLOGIES.COM | Undetermined | N/A | Undetermined |
| YRCWPATHFORWARD.COM | Undetermined | N/A | Undetermined |
| YRCWREDDAWAY.COM | Undetermined | N/A | Undetermined |
| YRCWT.COM | Undetermined | N/A | Undetermined |
| | | **TOTAL** | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Yellow Corporation

Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 11, Question 72:** Tax refunds and unused net operating losses (NOLs)

| Tax refunds and unused net operating losses (NOLs)<br>Description (for example, federal, state, local) | Tax year | Current value of debtor's interest |
|---|---|---|
| Federal NOLs (Approx. Amount of $846,163,044) | Various | Undetermined |
| Various State NOLs (Approx. Amount of $1,401,944,186) | Various | Undetermined |
| | **TOTAL** | $0.00<br>+ Undetermined Amounts |

Debtor Name:  Yellow Corporation                                                    Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| ACE | Cargo Liability - Excess Valuation (Consumer Generated) | N10700504 | Undetermined |
| Aegis London | Excess Liability | B080121224U21 | Undetermined |
| Aegis London | Excess Liability | B080121224U21 | Undetermined |
| Aegis London | Excess Liability | NAMCA2301488 | Undetermined |
| AIG | 11th Excess Side A DIC | 01-613-52-20 | Undetermined |
| AIG | Employed Lawyers Prof. | 01-613-85-84 | Undetermined |
| AIG | Excess Fiduciary | 01-615-93-03 | Undetermined |
| AIG | Crime | 01-613-92-02 | Undetermined |
| AIG Specialty Insurance Company | Storage Tank Liability | ST 67167890 | Undetermined |
| Allianz Global Corporate & Specialty | Excess Liability | B0713NAMCA2001331 | Undetermined |
| Allianz Global Corporate & Specialty | Punitive Wrap | B080120233U20 | Undetermined |
| Allianz US Risk US Insurance Company | 1st Excess D&O | USF01159222 | Undetermined |
| Allianz US Risk US Insurance Company | Primary Fiduciary | USF01159322 | Undetermined |
| Allied World Assurance Company, LTD (AWAC) | Excess Liability | C060318/004 | Undetermined |
| Applied (via RT Specialty) | Excess Cyber | BFLCYETKS011200_020803_01 | Undetermined |
| Arcadian | Excess Liability | ARCGL120462023 | Undetermined |
| Arch Reinsurance Ltd. | Excess Liability | UFP0064909-03 | Undetermined |
| Aspen American Insurance Co | Excess Cyber | AY00J2L22 | Undetermined |
| AXA XL | 11th Excess Side A DIC | ELU186108-22 | Undetermined |
| AXA XL | Excess Cyber | MTE904180202 | Undetermined |
| AXA XL | Excess Liability | BM00039016LI23A | Undetermined |
| Axis Bermuda Puni-Wrap | Punitive Wrap | 1148440123EC | Undetermined |
| Axis Insurance Company | Crime | P-001-000440836-03 | Undetermined |
| Axis Surplus Insurance Company | Excess Liability | P-001-001165984-01 | Undetermined |

Debtor Name:  Yellow Corporation                                                    Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Beazley | EPL Puni-Wrap Excess | AR-V1621D220401 | Undetermined |
| Beazley Insurance Co. | 2nd Excess D&O | V29054220301 | Undetermined |
| Beazley Insurance Co. | EPL Excess | V1621D220401 | Undetermined |
| Beazley Insurance Co. | Excess Fiduciary | V29019220701 | Undetermined |
| Beazley Insurance Co. | Primary Cyber | W3024A220201 | Undetermined |
| Berkshire Hathaway Specialty Insurance | 8th Excess - Side A DIC Primary | 47-EPC-324928-01 | Undetermined |
| Berkshire International | Excess Liability | 92SRD307240 | Undetermined |
| Berkshire International | Excess Liability | 92SRD307241 | Undetermined |
| Berkshire International | Excess Liability | 92SRD307242 | Undetermined |
| Berkshire International | Punitive Wrap | 1221238 | Undetermined |
| Berkshire International | Punitive Wrap | 1221240 | Undetermined |
| Berkshire International | Punitive Wrap | 1221242 | Undetermined |
| Canopious (via RT Specialty) | Excess Cyber | CYT27220083 | Undetermined |
| Chubb | Crime | 8224-2361 | Undetermined |
| Chubb | Excess Fiduciary | DOX G71102385 001 | Undetermined |
| Chubb | International DIC | PHF D38239818 006 | Undetermined |
| Chubb | Pollution Legal Liability | PPI G2784652A 005 | Undetermined |
| Chubb | Primary D&O | J05961403 | Undetermined |
| Chubb | Self Insured States WC - All Other | C66934202, C66932412, C6693245A & C66932497 | Undetermined |
| Chubb | Umbrella Liability | XEU G71497513 005 | Undetermined |
| Chubb Bermuda Insurance, Ltd. | Excess Liability | YRCW-1020/BSF03 | Undetermined |
| Chubb Bermuda Insurance, Ltd. | Punitive Wrap | PD12428-001-A | Undetermined |
| Chubb Bermuda Insurance, Ltd. | Punitive Wrap | PD12438-001-A | Undetermined |
| CNA | 10th Excess Side A DIC | 652276604 | Undetermined |

Debtor Name:  Yellow Corporation                                                                    Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| CNA | Excess Liability | 7033962247 | Undetermined |
| Crum & Forester (RT Specialty) | Excess Cyber | CYB-104704 | Undetermined |
| Emergin (via RT Specialty) | Excess Cyber | W3024A220201 | Undetermined |
| Everest | Excess Cyber | CY5EX00488-221 | Undetermined |
| GAI Insurance Company, Ltd. | Punitive Wrap | EXC 1494396 | Undetermined |
| Great American Assurance Co. | Excess Liability | EXC 4455921 | Undetermined |
| HCC | K&R | U720-85886 | Undetermined |
| Helix Underwriting Parnters Ltd | Excess liability | CASFO200019LO2023 | Undetermined |
| Lex-London | Excess Liability | 62785570 | Undetermined |
| Lex-London | Punitive Wrap | 16135386 | Undetermined |
| Lloyd's of London | Professional Liability (DFF) | RIGRTL09220112 | Undetermined |
| Lloyd's of London | Shippers Interest (Domestic Freight Forwarding DFF - Customer Purchase) | RIGCAR09220078 | Undetermined |
| Magna Carta - Aegis | Punitive Wrap | B0713NAMCA2301493 | Undetermined |
| Magna Carta - Aegis | Punitive Wrap | MCPD20617330 | Undetermined |
| Magna Carta - Aegis | Punitive Wrap | MCPD20617330 | Undetermined |
| Markel | 3rd Excess D&O | MKLM6EL0008799 | Undetermined |
| Markel Bermuda | Primary EPL | MKLB25GPL0004148 | Undetermined |
| Mosaic | Excess Cyber | PCY2345322AA | Undetermined |
| North Rock / CNA | Punitive Wrap | 702100314 | Undetermined |
| Old Republic Ins. Co. | Insured States WC | MWC 108894 59 | Undetermined |
| Old Republic Insurance Co | 4th Excess D&O | ORPRO 12 102800 | Undetermined |
| Old Republic Insurance Co | Excess Fiduciary | ORPRO 14 100452 | Undetermined |
| Old Republic Insurance Company | Auto / General Liability | MWML18562 | Undetermined |
| Old Republic Insurance Company of Canada | Canadian AL / GL | CMWML 18562  19 | Undetermined |

Debtor Name:  Yellow Corporation

Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 11, Question 73:** Interests in insurance policies or annuities

| Interests in insurance policies or annuities (Description) | Policy Type | Policy Number | Current value of debtor's interest |
|---|---|---|---|
| Resilience | Excess Cyber | 720000344-0001 | Undetermined |
| Roanoke (Munich Re Syndicate) | Excess Cargo (Terminal & Truck) | | Undetermined |
| RSUI (via RT Specialty) | Excess Cyber | LHZ798281 | Undetermined |
| RSUI Indemnity | Excess Flood | NHD930526 | Undetermined |
| Sompo | 9th Excess Side A DIC | ADX30002068801 | Undetermined |
| Sompo (Endurance) | Excess Liability | EXC10000006814 | Undetermined |
| Travelers | Primary Cargo Liability | QT-660-7S98668A-TIL-23 | Undetermined |
| Travelers<br>Travelers of Canada | Property | KTJ-CMB-1T61970-A-23 | Undetermined |
| Vantage Risk Ltd | Excess Liability | P02XC0000019010 | Undetermined |
| Westchester Surplus Insurance Company | Excess Liability | G74350033 001 | Undetermined |
| | | **TOTAL** | $0.00<br>+ Undetermined Amounts |

Debtor Name:  Yellow Corporation                                                                            Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 11, Question 74:** Causes of action against third parties (whether or not a lawsuit has been filed)

| Causes of action against third parties (whether or not a lawsuit has been filed) | Nature of claim | Amount requested | Current value of debtor's interest |
|---|---|---|---|
| Andrew E. Roth, derivatively on behalf of YRC Worldwide Inc., Plaintiff, V. Solus Alternative Asset Management LP, et al., Defendants | Commercial | Undetermined | Undetermined |
| Fraudulent Domain Usage - hnrylogistics.net | IP Dispute | Undetermined | Undetermined |
| IP Dispute - roadwaydelivery.com | IP Dispute | Undetermined | Undetermined |
| IP Dispute - US Freightways, Inc. | IP Dispute | Undetermined | Undetermined |
| IP Dispute - yrccourier.com | IP Dispute | Undetermined | Undetermined |
| IP Dispute - yrcworldwidedelivery.com | IP Dispute | Undetermined | Undetermined |
| Yellow Corporation and certain subsidiaries, v. International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee, Teamsters Local No. 696, Teamsters Local No. 795, and Teamsters Local No. 41 | Union | Undetermined | Undetermined |
| | **TOTAL** | | $0.00 |
| | | | + Undetermined Amounts |

Debtor Name:  Yellow Corporation                                                                  Case Number:  23-11069 (CTG)

**Assets - Real and Personal Property**

**Part 11, Question 77:** Other property of any kind not already listed

| Other property of any kind not already listed<br>*Examples*: Season tickets, country club membership | Current value of debtor's interest |
|---|---:|
| INTERCOMPANY RECEIVABLE FROM YRC LOGISTICS ASIA LIMITED | $3,152,327.53 |
| INTERCOMPANY RECEIVABLE FROM ROADWAY LLC | $95,561,586.81 |
| INTERCOMPANY RECEIVABLE FROM YRC MORTGAGES, LLC | $522.36 |
| INTERCOMPANY RECEIVABLE FROM YRC LOGISTICS INC. | $2,308.84 |
| INTERCOMPANY RECEIVABLE FROM ROADWAY NEXT DAY CORPORATION | $13,302,651.28 |
| INTERCOMPANY RECEIVABLE FROM YRC ENTERPRISE SERVICES, INC. | $171,688,527.55 |
| Excess Insurance Carriers Re: Claims Exceeding Retention (WC/BIPD) | $6,297,000.00 |
| New York State 15.8 Second Injury Fund | $1,068,000.00 |
| SLB Escrows | $719,348.67 |
| **TOTAL** | **$291,792,273.04** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Yellow Corporation |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known): | 23-11069 (CTG) |

☐ Check if this is an amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property      12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| **Part 1:** | **List Creditors Who Have Secured Claims** |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|

**2.1**

**Creditor's name**
CITADEL

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 485,372,693.00        $        Undetermined

**Creditor's mailing address**
SOUTHEAST FINANCIAL CENTER
200 S. BISCAYNE BOULEVARD
MIAMI, FL 33131

**Describe the lien**
BORROWER OF B-2 TERM LOAN FACILITY (DEBT FORMERLY OWNED BY APOLLO GLOBAL MANAGEMENT)

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**        UNDETERMINED

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**2.2**

**Creditor's name**
UNITED STATES DEPARTMENT OF TREASURY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 337,042,758.00        $        Undetermined

**Creditor's mailing address**
ATTN: ASST. GENERAL COUNSEL
1500 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20220

**Describe the lien**
BORROWER OF UST TRANCHE A CREDIT FACILITY

**Creditor's email address, if known**
Eric.Froman@treasury.gov

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**        UNDETERMINED

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor, and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$ 1,223,273,741.00

+ Undetermined Amounts

| Debtor | Yellow Corporation | Case number (If known): 23-11069 (CTG) |
|---|---|---|
| | Name | |

| **Part 1:** | **Additional Page** | Column A **Amount of Claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.3**

**Creditor's name**
UNITED STATES DEPARTMENT OF TREASURY

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 399,999,770.00   $ Undetermined

**Creditor's mailing address**
ATTN: ASST. GENERAL COUNSEL
1500 PENNSYLVANIA AVE., NW
WASHINGTON, DC 20220

**Describe the lien**
BORROWER OF UST TRANCHE B CREDIT FACILITY

**Creditor's email address, if known**
Eric.Froman@treasury.gov

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes.  Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

☑ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

**2.4**

**Creditor's name**
CITIZENS BUSINESS CAPITAL

**Describe debtor's property that is subject to a lien**
See Schedule D Disclosures

$ 858,520.00   $ Undetermined

**Creditor's mailing address**
ATTN: DAVID J. SLATTERY, VICE PRESIDENT
1215 SUPERIOR AVE.
6TH FLOOR
CLEVELAND, OH 44114

**Describe the lien**
BORROWER OF ABL FACILITY

**Creditor's email address, if known**
david.slattery@citizensbank.com

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes.  Have you already specified the relative priority?

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

☐ No. Specify each creditor, including this creditor, and its relative priority.

☐ Yes. The relative priority of creditors is specified on lines

---

Debtor   Yellow Corporation
         Name

Case number (if known):   23-11069 (CTG)

| Part 1: | Additional Page | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.5** Creditor's name

CITIZENS BUSINESS CAPITAL

**Describe debtor's property that is subject to a lien**

See Schedule D Disclosures

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

ATTN: DAVID J. SLATTERY, VICE PRESIDENT
1215 SUPERIOR AVE.
6TH FLOOR
CLEVELAND, OH 44114

**Describe the lien**

LETTERS OF CREDIT - $359,288,388.60 OUTSTANDING AS OF THE PETITION DATE

**Creditor's email address, if known**

david.slattery@citizensbank.com

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☐ No
☒ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

---

**2.6** Creditor's name

ALTER DOMUS PRODUCTS CORP

**Describe debtor's property that is subject to a lien**

As Provided in the UCC Financing Statement

$ _____ Undetermined   $ _____ Undetermined

**Creditor's mailing address**

AS COLLATERAL AGENT
225 W WASHINGTON ST, 9TH FL
CHICAGO, IL 60606

**Describe the lien**

DELAWARE UCC FINANCING STATEMENT NO. 20221055342

**Creditor's email address, if known**

LEGAL_AGENCY@ALTERDOMUS.COM

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

    ☐ Yes. The relative priority of creditors is specified on lines

---

| Debtor | Yellow Corporation | |
|---|---|---|
| | Name | |
| | | Case number (If known):  23-11069 (CTG) |

| **Part 1:** | **Additional Page** | Column A<br>**Amount of Claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.7**

**Creditor's name**

BANK OF NEW YORK MELLON, THE

**Describe debtor's property that is subject to a lien**

As Provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

AS COLLATERAL AGENT
240 GREENWICH ST, 7TH FL
NEW YORK, NY 10286

**Describe the lien**

DELAWARE UCC FINANCING STATEMENT NO. 20222514529

**Creditor's email address, if known**

DENNIS.ROEMLEIN@BNYMELLON.COM

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

**2.8**

**Creditor's name**

BANK OF NEW YORK MELLON, THE

**Describe debtor's property that is subject to a lien**

As Provided in the UCC Financing Statement

$ _____ Undetermined  $ _____ Undetermined

**Creditor's mailing address**

AS COLLATERAL AGENT
240 GREENWICH ST, 7TH FL
NEW YORK, NY 10286

**Describe the lien**

DELAWARE UCC FINANCING STATEMENT NO. 20222514487

**Creditor's email address, if known**

DENNIS.ROEMLEIN@BNYMELLON.COM

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes.  Have you already specified the relative priority?

    ☐ No. Specify each creditor, including this creditor, and its relative priority.

    ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☑ Contingent
☑ Unliquidated
☐ Disputed

---

| Debtor | Yellow Corporation | | Case number (If known): | 23-11069 (CTG) |
| | Name | | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | Amount of Claim<br>Do not deduct the value<br>of collateral. | Value of collateral<br>that supports this<br>claim |

**Copy this page only if more space is needed.Continue numbering the lines sequentially from the previous page.**

---

**2.9**

**Creditor's name**

CITIZENS BUSINESS CAPITAL

**Describe debtor's property that is subject to a lien**

As Provided in the UCC Financing Statement

$ ___Undetermined  $ ___Undetermined

**Creditor's mailing address**

1215 SUPERIOR AVE, 5TH FL
CLEVELAND, OH 44114

**Describe the lien**

DELAWARE UCC FINANCING STATEMENT NO. 20221185610

**Creditor's email address, if known**

DAVID.STILES@CITIZENSBANK.COM.

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

**2.10**

**Creditor's name**

CITIZENS BUSINESS CAPITAL

**Describe debtor's property that is subject to a lien**

As Provided in the UCC Financing Statement

$ ___Undetermined  $ ___Undetermined

**Creditor's mailing address**

1215 SUPERIOR AVE, 5TH FL
CLEVELAND, OH 44114

**Describe the lien**

DELAWARE UCC FINANCING STATEMENT NO. 20221185404

**Creditor's email address, if known**

DAVID.STILES@CITIZENSBANK.COM.

**Is the creditor an insider or related party?**

☒ No
☐ Yes

**Date debt was incurred**    UNDETERMINED

**Last 4 digits of account number**

**Is anyone else liable on this claim?**

☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes.  Have you already specified the relative priority?

  ☐ No. Specify each creditor, including this creditor, and its relative priority.

  ☐ Yes. The relative priority of creditors is specified on lines

**As of the petition filing date, the claim is:**

Check all that apply.

☒ Contingent
☒ Unliquidated
☐ Disputed

---

| Debtor | Yellow Corporation | Case number (If known): | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| ALTER DOMUS PRODUCTS CORP.<br>ATTN: LISA SCHUTZ; LEGAL DEPARTMENT<br>225 W. WASHINGTON STREET<br>9TH FLOOR<br>CHICAGO, IL 60606 | Line 2. ___1___ | _____ |
| ALTER DOMUS PRODUCTS CORP.<br>C/O: HOLLAND & KNIGHT LLP<br>ATTN: JOSHUA M. SPENCER<br>150 N. RIVERSIDE PLAZA<br>SUITE 2700<br>CHICAGO, IL 60606 | Line 2. ___1___ | _____ |
| CITIZENS BUSINESS CAPITAL<br>C/O: CHOATE, HALL & STEWART LLP<br>ATTN: KEVIN J. SIMARD<br>2 INTERNATIONAL PLACE<br>BOSTON, MA 02110 | Line 2. ___4___ | _____ |
| GRAY ROBINSON PA<br>C/O CITADEL ADVISORS LLC<br>ATTN JEFFREY SCHLERF<br>1007 N ORANGE ST, 4TH FL, #127<br>WILMINGTON, DE 19801 | Line 2. ___1___ | _____ |
| THE BANK OF NEW YORK MELLON<br>ATTN: JOANNA SHAPIRO, MANAGING DIRECTOR<br>240 GREENWICH STREET<br>7TH FLOOR<br>NEW YORK, NY 10286 | Line 2. ___2___ | _____ |
| THE BANK OF NEW YORK MELLON<br>ATTN: JOANNA SHAPIRO, MANAGING DIRECTOR<br>240 GREENWICH STREET<br>7TH FLOOR<br>NEW YORK, NY 10286 | Line 2. ___3___ | _____ |
| THE BANK OF NEW YORK MELLON<br>C/O: HOGAN LOVELLS US LLP<br>ATTN: ROBERT A. RIPIN<br>390 MADISON AVENUE<br>NEW YORK, NY 10017 | Line 2. ___3___ | _____ |
| THE BANK OF NEW YORK MELLON<br>C/O: HOGAN LOVELLS US LLP<br>ATTN: ROBERT A. RIPIN<br>390 MADISON AVENUE<br>NEW YORK, NY 10017 | Line 2. ___2___ | _____ |
| WHITE & CASE LLP<br>C/O CITADEL ADVISORS LLC<br>ATTN S GREISSMAN; A ZATZ; E FELD<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY 10020-1095 | Line 2. ___1___ | _____ |
| WHITE & CASE LLP<br>C/O CITADEL ADVISORS<br>ATTN JASON N ZAKIA<br>111 S WACKER DR, STE 5100<br>CHICAGO, IL 60606 | Line 2. ___1___ | _____ |
| | Line 2. _____ | _____ |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Yellow Corporation |
| United States Bankruptcy Court for the: | District of Delaware |
| Case number (If known) | 23-11069 (CTG) |

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

---

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.
☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address**<br>ALLINDER, THOMAS<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** US Unpaid Vacation and PTO (Non-Union): $9,660.50 | $ 9,660.50 | $ 3,888.77 |

**Date or dates debt was incurred**
Undetermined
**Last 4 digits of account number**
**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | **Priority creditor's name and mailing address**<br>BERGMAN, JASON<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** US Unpaid Vacation and PTO (Non-Union): $47,276.68 | $ 47,276.68 | $ 7,457.69 |

**Date or dates debt was incurred**
Undetermined
**Last 4 digits of account number**
**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.3** | **Priority creditor's name and mailing address**<br>BUSSELL, ERNIE<br>ADDRESS ON FILE | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** US Unpaid Vacation and PTO (Non-Union): $3,243.26 | $ 3,243.26 | $ 3,084.72 |

**Date or dates debt was incurred**
Undetermined
**Last 4 digits of account number**
**SpecifyCode subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number *(if known)* 23-11069 (CTG) |
|---|---|---|
| | Name | |

## Part 1: Additional Page

| | Total claim | Priority amount |
|---|---|---|
| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | | |

---

**2.4** | **Priority creditor's name and mailing address** | | $ 440.38 | $ 440.38

CRUSE, MEAGAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  US Unpaid Vacation and PTO (Non-Union): $440.38

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.5** | **Priority creditor's name and mailing address** | | $ 343.52 | $ Undetermined

DIQUARTO, CHRISTOPHER J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  US Unpaid Vacation (Union): $343.52

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.6** | **Priority creditor's name and mailing address** | | $ 3,022.95 | $ 1,789.18

EVANS, RACHEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  US Unpaid Vacation and PTO (Non-Union): $3,022.95

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.7** | **Priority creditor's name and mailing address** | | $ 4,280.61 | $ Undetermined

FOEKS, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  US Unpaid Vacation (Union): $4,280.61

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Corporation _____    Case number *(if known)* 23-11069 (CTG)
          Name

---

## Part 1:    Additional Page

**Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

| | **Total claim** | **Priority amount** |
|---|---|---|

**2.8** | **Priority creditor's name and mailing address** | | $    872.54 | $    872.54

GARCIA, MARIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  US Unpaid Vacation and PTO (Non-Union): $872.54

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.9** | **Priority creditor's name and mailing address** | | $    5,943.64 | $    5,943.64

GREGORY, KRISTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  US Unpaid Vacation and PTO (Non-Union): $5,943.64

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.10** | **Priority creditor's name and mailing address** | | $    27,150.92 | $    12,876.04

KELLEY, J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  US Unpaid Vacation and PTO (Non-Union): $27,150.92

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**2.11** | **Priority creditor's name and mailing address** | | $    1,849.51 | $    1,849.51

REASONER, LORI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  US Unpaid Vacation and PTO (Non-Union): $1,849.51

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Corporation
          Name                                                    Case number *(if known)*  23-11069 (CTG)

| Part 1: | Additional Page |
|---------|-----------------|

Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

|  | **Total claim** | **Priority amount** |
|--|-----------------|---------------------|

---

**2.12** **Priority creditor's name and mailing address**

SAPP, LANCE
ADDRESS ON FILE

$ 4,117.00        $ 3,072.92

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  US Unpaid Vacation and PTO (Non-Union): $4,117.00

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.13** **Priority creditor's name and mailing address**

SCOTT, JEFFREY
ADDRESS ON FILE

$ 3,386.88        $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  US Unpaid Vacation (Union): $3,386.88

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.14** **Priority creditor's name and mailing address**

WELLS, RUSSELL
ADDRESS ON FILE

$ 2,347.84        $ Undetermined

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
Undetermined

**Basis for the claim:**  US Unpaid Vacation (Union): $2,347.84

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (4)

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**2.15** **Priority creditor's name and mailing address**

$ _____        $ _____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ()

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Yellow Corporation

     Name

Case number (if known) _____23-11069 (CTG)_____

---

**Part 2:**  **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>1105481 ONTARIO INC.<br>11500 OUTLOOK STREET<br>SUITE 400<br>OVERLAND PARK, KS 66211 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Intercompany Payable | $ 297.00 |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address**<br>1313 GRAND STREET REALTY LLC<br>203 MESEROLE AVE<br>BROOKLYN, NY 11222 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 95,202.20 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address**<br>1HEALTH.IO INC.<br>201 SPEAR ST<br>SUITE 1100<br>SAN FRANCISCO, CA 94105 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 1,505.19 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address**<br>3GTMS, INC.<br>4 ARMSTRONG DRIVE, SUITE 210<br>SHELTON, CT 06484 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 74,847.10 |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address**<br>4FRONT<br>W183 S8253 RACINE AVE<br>ANN MARIE ANDERS<br>MUSKEGO, WI 53150 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:** Cargo Claims | $ Undetermined |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address**<br>71 POUNDS INC.<br>510 SHOTGUN RD SUITE 301<br>SUNRISE, FL 33326 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Customer Claim | $ Undetermined |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6.23 |
|---|---|---|---|
| | 71 POUNDS, INC.<br>7900 NOVA DR, SUITE #208<br>FORT LAUDERDALE, FL 33324 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | 7111495 CANADA INC<br>265 BREITHAUPT ST UNIT 4<br>KITCHENER, ON N2H5H3<br>CANADA | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**  Cargo Claims | |
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | 90 BOUND BROOK SCP DIST<br>6E EASY ST<br>PATRICK DOUGHERTY<br>BOUND BROOK, NJ 08805 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**  Cargo Claims | |
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | 90 DEGREE OFFICE<br>6750 NW 21 AVE<br>ERICA FAIRCHILD<br>FT LAUDERDALE, FL 33309 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**  Cargo Claims | |
| | **Date or dates debt was incurred**    Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,456.65 |
|---|---|---|---|
| | A + ANTHONY CORP<br>800 VALLEY PLAZA STE 8<br>JOHNSON CITY, NY 13790 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | |
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.12** **Nonpriority creditor's name and mailing address**

A CITY DISCOUNT
6286 DAWSON BLVD
SOFIA HERNANDEZ
NORCROSS, GA 30093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**

A DUIE PYLE INC
PO BOX 564
WEST CHESTER, PA 19381

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  90,726.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**

A J MADISON DIST
30 LAKE DR
MARIA T.
CLAIMS
E WINDSOR, NJ 08520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**

A M BRASWELL JR FOODS
226 N ZETTEROWER AVE
PATSY LARISCEY
STATESBORO, GA 30458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**

A M CASTLE & COMPANY
1625 TILLIE LEWIS DR
TIM YAGATICH
STOCKTON, CA 95206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.17** | **Nonpriority creditor's name and mailing address**

A N DERINGER
178 W SERVICE RD
JESSICA BIGELOW
CHAMPLAIN, NY 12919

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$            Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address**

A V REILLY INTL
1555 N MICHAEL AVE
JANET JAMES
HYSTER-YALE
WOOD DALE, IL 60191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$            Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address**

AARCO PRODUCTS INC
21 OLD DOCK RD
VANESSA GARCIA
YAPHANK, NY 11980

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$            Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address**

AARON CARNAHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$            Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address**

AARON E MCKINNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$            109.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 48.79 |
|---|---|---|---|

AARON K NICHOLS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 69.00 |
|---|---|---|---|

AARON LORA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

AB AIRBAGS % ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ABB INC
2018 POWERS FERRY RD SE
LUIS RODRIGUEZ
ATLANTA, GA 30339

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ABC DIESEL
450 C ST
BORIS
WASHOUGAL, WA 98671

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.27** | **Nonpriority creditor's name and mailing address**

ABC SUPPLY CO
101 BISHOP ST
MARK SPURLING
FRAMINGHAM, MA 01702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**

ABC TENT RENTALS, INC.
9801 PALM RIVER RD
RANDY BALDWIN
TAMPA, FL 33619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**

ABEL SCHAFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**

ABENITY, INC.
725 COOL SPRINGS BLVD. SUITE 600
FRANKLIN, TN 37067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 700.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**

ABESCO FIRE LLC
PO BOX 555647
DALE REDMOND
ORLANDO, FL 32855

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.32 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ABORN & CO
JILL CLIFFORD
62 ACCORD PARK DR
NORWELL, MA 02061

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| 3.33 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ABOVE VIEW INC
PO BOX 18170
% AFS LOGISTICS LLC
SHREVEPORT, LA 71138

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.34 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ABT ELECTRONICS % ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.35 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

A-C ELECTRIC SUPPLY
741 SMITHTOWN BYPASS
JORDIN BASSUK
SMITHTOWN, NY 11787

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.36 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ACCESS ELECTRIC SUPPLY
235 AIRPORT WAY
NATE MAJOR
RENTON, WA 98057

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.37 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ACCO BRANDS
PO BOX 17600
AMY SMITH
% CASS INFORMATION SYSTEMS
ST LOUIS, MO 63178

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.38 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

ACCUFORM
16162 FLIGHT PATH DR
IRENE CHIN
BROOKSVILLE, FL 34604

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.39 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

ACCURATE LOGISTICS
130 MOONACHIE AVE
PINNY DERMER
CARLSTADT, NJ 07072

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.40 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

ACCURIDE
1749 STERGIOS RD
NAYELY OLIVA
CALEXICO, CA 92231

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.41 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

ACCU-TECH
11350 OLD ROSWELL ROAD, SUITE 100
ALPHARETTA, GA 30009

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

<table>
<tr><td style="background:black;color:white">**Part 2:**</td><td>**Additional Page**</td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.42** **Nonpriority creditor's name and mailing address**

ACE HARDWARE
TOM BLAKE
5520 ASTROZON BLVD
COLORADO SPRINGS, CO 80916

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.43** **Nonpriority creditor's name and mailing address**

ACE HARDWARE CORPORATION
TRAFFIC DEPARTMENT
9801 E VALLET RD
PRESCOTT VALLEY, AZ 86314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.44** **Nonpriority creditor's name and mailing address**

ACE SOLUTIONS HOLDING INC
14-34 112TH ST
CALVIN HU
COLLEGE POINT, NY 11356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.45** **Nonpriority creditor's name and mailing address**

ACER AMERICA CORP
1730 N 1ST ST STE 400
CHRISTY DING
LOGISTICS/OUTBOUND
SAN JOSE, CA 95112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.46** **Nonpriority creditor's name and mailing address**

ACHERON LAND HOLDINGS ULC
C/O CROWN ENTERPRISES
12225 STEPHENS RD
WARREN, MI 48089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 168,838.56

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.47** | **Nonpriority creditor's name and mailing address**

ACHILLES USA% ECHO GLOBAL
600 W CHICAGO AVE
NICOLE TUCKER
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.48** | **Nonpriority creditor's name and mailing address**

ACME ENGINEERING & MFG
1820 N YORK
REGINA KASH
MUSKOGEE, OK 74401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.49** | **Nonpriority creditor's name and mailing address**

ACME MANUFACTURING COMPANY
4661 MONACO ST
BROOKE RIGGIN
DENVER, CO 80216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.50** | **Nonpriority creditor's name and mailing address**

ACME MANUFACTURING CORP
6532 TOWER LN
SANDY CRASE
CLAREMORE, OK 74019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.51** | **Nonpriority creditor's name and mailing address**

ACME UNITED CORP
2280 TANNER RD
ROCKY MT, NC 27801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.52** | **Nonpriority creditor's name and mailing address**

ACTION INDUSTRIES
13325 DARICE PKWY
WENDY MADDING
SHIPPING
STRONGSVILLE, OH 44149

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.53** | **Nonpriority creditor's name and mailing address**

ACUITY BRANDS LIGHTING GROUP
1400 LESTER ROAD
TAMMY BIVINS
% TRANSPORTATION CLAIMS SERVICES
CONYERS, GA 30012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.54** | **Nonpriority creditor's name and mailing address**

ACUSHNET COMPANY
333 BRIDGE ST
JENNIFER AMBROSE
FAIRHAVEN, MA 02719

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address**

ADAM CEKALA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    28.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address**

ADAM ROWE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    130.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.57**  **Nonpriority creditor's name and mailing address**

ADAM SHAFFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                              16.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.58**  **Nonpriority creditor's name and mailing address**

ADAM VANBETUW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                              25.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.59**  **Nonpriority creditor's name and mailing address**

ADAMS CLERK & RECORDER
C/O KAREN LONG, PO BOX 5011
BRIGHTON, CO 80601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                          9,819.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.60**  **Nonpriority creditor's name and mailing address**

ADAMS PRODUCTS
351 HAILEYS FERRY RD
LILESVILLE, NC 28091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                     Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.61**  **Nonpriority creditor's name and mailing address**

ADCOCK, RICKY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Open Litigation

$                     Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Corporation    Case number (if known)    23-11069 (CTG)
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.62 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

A-DEC
TRAFFIC MANAGER
2601 CRESTVIEW DR
NEWBERG, OR 97132

☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| 3.63 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 77.00 |
|---|---|---|---|---|

ADIS S SULEJMANOVIC
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.64 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

ADMIRAL METALS
11 FORBES RD
ANN JOHNSON
WOBURN, MA 01801

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.65 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 1,986.74 |
|---|---|---|---|---|

ADOBE SYSTEMS INCORPORATED
29322 NETWORK PLACE
CHICAGO, IL 60673

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.66 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 17.17 |
|---|---|---|---|---|

ADOLFO GARCIA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.67** **Nonpriority creditor's name and mailing address**
ADONIS M COLLADO DORREJO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 80.00

---

**3.68** **Nonpriority creditor's name and mailing address**
ADP LLC
PO BOX 842875
BOSTON, MA 02284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 39,607.02

---

**3.69** **Nonpriority creditor's name and mailing address**
ADRIAN THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30.00

---

**3.70** **Nonpriority creditor's name and mailing address**
ADVANCE TABCO
325 WIRELESS BLVD
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.71** **Nonpriority creditor's name and mailing address**
ADVANCED DIGITAL CABLE
171 WEST WING STREET SUITE 204A
% EVANS TRANS
ARLINGTON HEIGHTS, IL 60005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor    Yellow Corporation

Name

Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.72 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | ADVANCED DISTRIBUTOR PRODUCTS<br>1995 AIR INDUSTRIAL PARK RD<br>KAY<br>GRENADA, MS 38901 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** Cargo Claims | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | ADVANCED ENERGY IDEAS<br>248 S MULBERRY<br>LINDSEY SHERMAN<br>MESA, AZ 85202 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** Cargo Claims | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | ADVANI INC<br>8845 SHERIDAN RD STOP A<br>KENOSHA, WI 53143 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** Cargo Claims | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | ADVANTAGE DISTRIBUTING LLC<br>3434 MARION RD SE<br>RICH FITZGERALD<br>ROCHESTER, MN 55904 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** Cargo Claims | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | ADVANTAGE SUPPLY<br>6162 SOUTHWEST BLVD STE 400<br>KEVIN KIRKPATRICK<br>BENBROOK, TX 76109 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | | **Basis for the claim:** Cargo Claims | |
| | **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

Debtor    Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.77 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

AER MANUFACTURING
2004 CHENAULT
MICHAEL CRUZ
CARROLLTON, TX 75006

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.78 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

AER MFG CO
2004 CHENAULT RD
MICHAEL CRUZ
CARROLLTON, TX 75006

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.79 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

AERO DELUXE SHIPPING
155 48TH ST
PAVEL KALINOVSKI
BROOKLYN, NY 11232

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.80 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

AERO HEALTHCARE
616 CORPORATE WAY STE 6
JAN LYONS
VALLEY COTTAGE, NY 10989

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

AETNA GLASS COMPANY INC
801  FERGUSON DR
CORSICANA, TX 75110

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

### 3.82
**Nonpriority creditor's name and mailing address**

AGFORCE TRANSPORT SERVICES
5101 COLLEGE BLVD
SARAH BAKER
LEAWOOD, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.83
**Nonpriority creditor's name and mailing address**

AGGREY B MANISON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 375.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.84
**Nonpriority creditor's name and mailing address**

AGILTY AUTO PARTS
3000 E PIONEER PKWY STE 160
ARLINGTON, TX 76010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.85
**Nonpriority creditor's name and mailing address**

AGRICULTURE SOLUTIONS
125 MAYO RD
MARTIN CAPEWELL
HAMPDEN, ME 04444

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

### 3.86
**Nonpriority creditor's name and mailing address**

AIDA CORPORATION
9855 MINING DR
CRAIG
JACKSONVILLE, FL 32257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.87** | **Nonpriority creditor's name and mailing address**

AIR CLEANING SPECIALISTS
10877 WATSON RD
TRICIA SEYMOUR
% SUNSET TRANSPORTATION
ST LOUIS, MO 63127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address**

AIR LIQUIDE CANADA INC
5110 KEITH AVE
LUISA PEREZ
TERRACE, BC V8G1K9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address**

AIR LIQUIDE CANADA INC
KAREN CURTIS CORPORATE CUSTOMS
1250 RENE LEVESQUE
MONTREAL, H3B5E6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address**

AIR SCIENCE TECHNOLOGIES
120 6TH ST
CARMEN VELEZ
FT MYERS, FL 33907

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address**

AIREFCO INC
18755 SW TETON AVE
ANDREE BAIN
TUALATIN, OR 97062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

AIRGAS CLAIMS
PO BOX 18170
% AFS LOGISTICS LLC
SHREVEPORT, LA 71138

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| **Date or dates debt was incurred**     Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

AIRTEK INC
1522 ARONA RD
KATHY LORD
IRWIN, PA 15642

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| **Date or dates debt was incurred**     Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

AISHAH RANDALL
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Open Litigation

| **Date or dates debt was incurred**     Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

AIT WORLDWIDE LOGISTIC
PO BOX 66730
JANELLE FOSS
CHICAGO, IL 60666

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| **Date or dates debt was incurred**     Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

---

| 3.96 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

AJ MADISON
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| **Date or dates debt was incurred**     Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.97** **Nonpriority creditor's name and mailing address**

AJGRMS - MERIDIAN ONE
P.O. BOX 74715
CHICAGO, IL 60694

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.98** **Nonpriority creditor's name and mailing address**

AJGRMS-MERICIAN ONE
P.O. BOX 74715
CHICAGO, IL 60694

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.99** **Nonpriority creditor's name and mailing address**

AJGRMS-MERIDIAN ONE
P.O. BOX 74715
CHICAGO, IL 60694

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.100** **Nonpriority creditor's name and mailing address**

ALABAMA STATE TREASURY
UNCLAIMED PROPERTY DIVISION
RSA UNION BLDG
100 N UNION ST STE 636
MONTGOMERY, AL 36104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 354.69

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101** **Nonpriority creditor's name and mailing address**

ALAN F WINGATE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 37.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102 Nonpriority creditor's name and mailing address**

ALAN HINES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 50.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 Nonpriority creditor's name and mailing address**

ALASSAN J LOUM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 282.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.104 Nonpriority creditor's name and mailing address**

ALAYNA GARBER US-21488
45 ACKERLY RD
ALAYNA GARBER US-21488
SCOTT TOWNSHIP, PA 18411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.105 Nonpriority creditor's name and mailing address**

ALBEIRO R QUINTERO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 213.72

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.106 Nonpriority creditor's name and mailing address**

ALEXANDRA LESPERANCE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 32.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Corporation
          Name

Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.107** Nonpriority creditor's name and mailing address

ALEXANDRIA MOULDING
101 GRANT WAY
EUGENE BROWNLEE
MOXEE CITY, WA 98936

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.108** Nonpriority creditor's name and mailing address

ALHAJI B KAMARA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 68.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.109** Nonpriority creditor's name and mailing address

ALI ARC INDUSTRIES LP
155 ELAN BLVD
KEVIN COOK
WINNIPEG, MB R2J4H1
CANADA

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.110** Nonpriority creditor's name and mailing address

ALIUS HEALTH LLC
PO BOX 1710
WESTERVILLE, OH 43086

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 30,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.111** Nonpriority creditor's name and mailing address

ALKCOOL MANUFACTURING CORPORAT
1477 E CEDAR ST STE F
RAYMOND CHEN
ONTARIO, CA 91761

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Yellow Corporation | | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|---|
| | Name | | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.112** **Nonpriority creditor's name and mailing address**

ALL THAT SWEET INC
1011 HUDSON AVE STE 206
RIDGEFIELD, NJ 07657

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.113** **Nonpriority creditor's name and mailing address**

ALLAN R GALLEGOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    450.00

---

**3.114** **Nonpriority creditor's name and mailing address**

ALLEGION
1659 GAILES BLVD
ANABEL CERVANTES
SAN DIEGO, CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.115** **Nonpriority creditor's name and mailing address**

ALLEN FLEET SERVICES
1222 LEEDA DR.
JACKSONVILLE, FL 32254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    2,207.45

---

**3.116** **Nonpriority creditor's name and mailing address**

ALLEN R DAUGHERTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    185.98

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.117** **Nonpriority creditor's name and mailing address**

ALLEN, ABROMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 35.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.118** **Nonpriority creditor's name and mailing address**

ALLENTECH INC
6350 HEDGEWOOD DR STE 100
FORREST THOMPSON
ALLENTOWN, PA 18106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119** **Nonpriority creditor's name and mailing address**

ALLIANCE FOR TOLL-FREE INTERSTATES
1330 BRADDOCK PLACE
SUITE 501
ALEXANDRIA, VA 22314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 10,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120** **Nonpriority creditor's name and mailing address**

ALLIANCE SOLUTIONS LOGISTIQUE
1136 ROYAL
MIKE GRANNARY
ST PIERRE D'ORLEANS, QC G0A4E0
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.121** **Nonpriority creditor's name and mailing address**

ALLIED AIR
319 MILLENNIUM DR
TANEISHA LEWIS
ORANGEBURG, SC 29115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Yellow Corporation
         Name                                      Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.122** Nonpriority creditor's name and mailing address

ALLIED VAN LINES C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Cargo Claims

$     Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123** Nonpriority creditor's name and mailing address

ALL-PHASE ELECTRIC SUPPLY
5392 COUNTY ROAD 154
GLENWOOD SPRINGS, CO 81601

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Cargo Claims

$     Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.124** Nonpriority creditor's name and mailing address

ALLSTATE PLASTICS INC
1763 SABRE ST
RACHEL WANG
HAYWARD, CA 94545

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Cargo Claims

$     Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.125** Nonpriority creditor's name and mailing address

ALLSTREAM BUSINESS INC
C/O T4622, P.O. BOX 4622, STN A
TORONTO, M5W 0J9
CANADA

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$     45.37

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.126** Nonpriority creditor's name and mailing address

ALMO CORPORATION
2709 COMMERCE WAY
DEE SAMONI
DEE SAMONI
PHILADELPHIA, PA 19154

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Cargo Claims

$     Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.127** **Nonpriority creditor's name and mailing address**

ALOHA FREIGHT FORWARDEC/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.128** **Nonpriority creditor's name and mailing address**

ALONSO LECHUGA CARRASCO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 53.50

---

**3.129** **Nonpriority creditor's name and mailing address**

ALPHA PROTECH INC.
PO BOX 200264
HEATHER MOORE
ACCOUNTS RECEIVABLE
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.130** **Nonpriority creditor's name and mailing address**

ALPI LOGISTICS
499 COMMERCE DR
ASHLEY VISCARDI
BURLINGTON, NJ 08016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.131** **Nonpriority creditor's name and mailing address**

ALPINE COFFEE C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

Debtor   Yellow Corporation                                    Case number (if known)   23-11069 (CTG)
Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.132** **Nonpriority creditor's name and mailing address**

ALPINE OVERHEAD DOORS INC
8 HULSE RD STE 1
BRITTANY SAVINO
E SETAUKET, NY 11733

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133** **Nonpriority creditor's name and mailing address**

ALS SPORTING GOODS
1075 NORTH MAIN
LOGAN, UT 84341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.134** **Nonpriority creditor's name and mailing address**

ALTENLOH BRINCK AND CO
310 MAIN AVE WAY SE
ANNE WAGEL
HICKORY, NC 28602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.135** **Nonpriority creditor's name and mailing address**

ALTON A ROGERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                      30.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136** **Nonpriority creditor's name and mailing address**

ALTRADE TOOLS POWERBUILT
6122 KATELLA AVE
DESIREE MARTINEZ
CYPRESS, CA 90630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.137** | **Nonpriority creditor's name and mailing address**

ALUF PLASTIC
2 GLENSHAW ST
AVALON PIERRE
ORANGEBURG, NY 10962

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.138** | **Nonpriority creditor's name and mailing address**

ALUF PLASTICS
2 GLENSHAW ST
AVALON
ORANGEBURG, NY 10962

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.139** | **Nonpriority creditor's name and mailing address**

ALVARIA INC
PO BOX 2869
CAROL STREAM, IL 60132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   44,813.91

---

**3.140** | **Nonpriority creditor's name and mailing address**

ALYSSA LITTLEWOLF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   231.64

---

**3.141** | **Nonpriority creditor's name and mailing address**

AM AUTO LLC
3404 MANGROVE AVE
ELAINE MILLER
NORFOLK, VA 23502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.142 Nonpriority creditor's name and mailing address**

AMANDA L MOOREY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Open Litigation

$           Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.143 Nonpriority creditor's name and mailing address**

AMAZING CONDIMENTS LLC
3701 N LAND RUN DR
ANN HABINAK
STILLWATER, OK 74075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$           Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.144 Nonpriority creditor's name and mailing address**

AMAZON WEB SERVICES, INC.
PO BOX 84023
SEATTLE, WA 98124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$           106,602.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.145 Nonpriority creditor's name and mailing address**

AMBROSE SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$           100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.146 Nonpriority creditor's name and mailing address**

AMEESH BHANDARI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Open Litigation

$           Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.147** **Nonpriority creditor's name and mailing address**

AMERICAN AUTOWIRE
321 N FURNACE ST STE 300
CORTNIE GOTSCHALL
% TRANSLOGISTICS
BIRDSBORO, PA 19508

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**$** Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148** **Nonpriority creditor's name and mailing address**

AMERICAN BIAXIS INC
170 SAULTEAUX CRES
WINNIPEG, MB R3J3W3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**$** Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.149** **Nonpriority creditor's name and mailing address**

AMERICAN BILTRITE
635 PEPIN
PIERRE-LUC LAMARRE
SHERBROOKE, QC J1L2P8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**$** Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.150** **Nonpriority creditor's name and mailing address**

AMERICAN DIGITAL CARTOGRAPHY, INC.
338 W COLLEGE AVE STE 201
APPLETON, WI 54911

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**$** 34,446.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.151** **Nonpriority creditor's name and mailing address**

AMERICAN GREETINGS
1 AMERICAN WAY
CLEVELAND, OH 44145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**$** Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.152** | **Nonpriority creditor's name and mailing address**

AMERICAN GROUP
605 W KNOX RD STE 206
TEMPE, AZ 85284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address**

AMERICAN MADE LINER SYSTEM
2600 NEVILLE RD
JASON WILLIAMS
PITTSBURGH, PA 15225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address**

AMERICAN POWER PULL
PO BOX 96
ARCHBOLD, OH 43502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.155** | **Nonpriority creditor's name and mailing address**

AMERICAN SECURITY PRODUCTS COMPANY
11925 PACIFIC AVE
FONTANA, CA 92337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.156** | **Nonpriority creditor's name and mailing address**

AMERICAN SPECIALTIES INC
441 SAW MILL RIVER RD
IRENE BORRANI
YONKERS, NY 10701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157** | **Nonpriority creditor's name and mailing address**

AMERICAN STANDARD
2105 ELM HILL PIKE STE 105
AMERICAN STANDARD
NASHVILLE, TN 37210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158** | **Nonpriority creditor's name and mailing address**

AMERICAN TRANSPARENTS PLASTIC
180 NATIONAL RD
EDISON, NJ 08817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.159** | **Nonpriority creditor's name and mailing address**

AMERICAN TRUCKING ASSOCIATION
P.O. BOX 101360
ARLINGTON, VA 22210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.160** | **Nonpriority creditor's name and mailing address**

AMERICAN VAN
PO BOX 9490
SUSAN LEPAGE
% KUEHNE   NAGEL INC
FALL RIVER, MA 02720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.161** | **Nonpriority creditor's name and mailing address**

AMERICAN WAREHOUSE
CJ PHILIPS
6800 W 68TH ST
BEDFORD PARK, IL 60638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162** **Nonpriority creditor's name and mailing address**

AMERICAS BEST CHOICE TRANSPORT
1645 PALM BEACH LAKES BLVD STE 1200
JOSEPH LEES
W PALM BEACH, FL 33401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.163** **Nonpriority creditor's name and mailing address**

AMGO HYDRAULICS
4310 ADLER DR
FERNANDO CENTENO
SALES
DALLAS, TX 75211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.164** **Nonpriority creditor's name and mailing address**

AMMEX
LB 1137 PO BOX 35143
JUHARTO MUSTAPHA
CLAIMS
SEATTLE, WA 98124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.165** **Nonpriority creditor's name and mailing address**

AMMEX % HWC WAREHOUSE
2929 ROOSEVELT HWY
GENE HERBST
COLLEGE PARK, GA 30337

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.166** **Nonpriority creditor's name and mailing address**

AMOS KOSGEI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 128.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.167** **Nonpriority creditor's name and mailing address**

AMSINO
2023 W CARROLL AVE C 205
NADIA NUNEZ
% SOURCE ALLIANCE
CHICAGO, IL 60612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.168** **Nonpriority creditor's name and mailing address**

AMSTAN LOGISTICS
7570 BALES STREET SUITE 310
AMANDA BAINTER
LIBERTY TOWNSHIP, OH 45069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.169** **Nonpriority creditor's name and mailing address**

AMTRAK
4001 VANDEVER AVE
KEVIN DAVIDSON
FREIGHT DEPARTMENT
WILMINGTON, DE 19802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.170** **Nonpriority creditor's name and mailing address**

ANCHOR HOCKING
2893 W FAIR AVE
MYSTIQUE ENGLAND
TRAFFIC
LANCASTER, OH 43130

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.171** **Nonpriority creditor's name and mailing address**

ANDRASCHKO ENTERPRISES LLC
825 JAMERSON RD STE 102
SCOTT ANDRASCHKO
MARIETTA, GA 30066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.172** **Nonpriority creditor's name and mailing address**

ANDRE K HUNT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 347.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.173** **Nonpriority creditor's name and mailing address**

ANDREW BERTSCH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 49.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174** **Nonpriority creditor's name and mailing address**

ANDREW CASTILLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 50.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175** **Nonpriority creditor's name and mailing address**

ANDREW HERNANDEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 17.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176** **Nonpriority creditor's name and mailing address**

ANDREW L WITHERRITE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 52.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Yellow Corporation _____   Case number (if known) _23-11069_ (CTG)
          Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.177** **Nonpriority creditor's name and mailing address**

ANDREW M WOODHULL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 76.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.178** **Nonpriority creditor's name and mailing address**

ANGEL MEDINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 56.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179** **Nonpriority creditor's name and mailing address**

ANIXTER INC
3410 E 2ND ST
GILLETTE, WY 82718

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180** **Nonpriority creditor's name and mailing address**

ANIXTER POWER SOLUTIONS
836 N GLENN RD
MIKE MAYO
CASPER, WY 82601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.181** **Nonpriority creditor's name and mailing address**

ANNEX BRANDS
7580 METROPOLITAN DRIVE
SAN DIEGO, CA 92108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

Debtor  Yellow Corporation
        Name

Case number (if known)    23-11069 (CTG)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.182** **Nonpriority creditor's name and mailing address**

ANTHONY A TAYLOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                108.12

---

**3.183** **Nonpriority creditor's name and mailing address**

ANTHONY J COLLINGWOOD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 25.00

---

**3.184** **Nonpriority creditor's name and mailing address**

ANTHONY JOHN FREDERICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 44.01

---

**3.185** **Nonpriority creditor's name and mailing address**

ANTHONY PEREZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 29.50

---

**3.186** **Nonpriority creditor's name and mailing address**

ANTONIO DANIELS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                117.89

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.187** **Nonpriority creditor's name and mailing address**

ANTONIO G HOLLINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                80.18

---

**3.188** **Nonpriority creditor's name and mailing address**

ANTONIO MORAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                150.06

---

**3.189** **Nonpriority creditor's name and mailing address**

ANXO LOGISTICS
521 BLACK AVE
SAM FITZ
CHAMBERSBURG, PA 17201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.190** **Nonpriority creditor's name and mailing address**

AP PRODUCTS
200 JAY ST
ANNETTE SANDY
COLDWATER, MI 49036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.191** **Nonpriority creditor's name and mailing address**

APEX TOOLS
4800 KRUEGER DR
SHERRY DICKSON
JONESBORO, AR 72401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

Debtor  Yellow Corporation
Name

Case number (if known)  23-11069 (CTG)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192**

**Nonpriority creditor's name and mailing address**

APL LOGISTICS
974 CENTRE RD
PATTI WELSH
WILMINGTON, DE 19805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.193**

**Nonpriority creditor's name and mailing address**

APPLE OUTDOOR SUPPLY
PO BOX 1039
SHERRY PAUP
HILDEBRAN, NC 28637

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.194**

**Nonpriority creditor's name and mailing address**

APPLE TREE REALTY HOLDINGS LLC
PO BOX 786077
PHILADELPHIA, PA 19178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    24,313.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195**

**Nonpriority creditor's name and mailing address**

APPLIED INDUSTRIAL
606 19 AVE
TRAVIS NUELL
NISKU, AB T9E7W1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.196**

**Nonpriority creditor's name and mailing address**

APPLIED INDUSTRIAL TEC
29857 NETWORK PLACE
CARLOS CERVERA
% RWMS
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.197** | **Nonpriority creditor's name and mailing address**

APPLIED INDUSTRIAL TECH.
STEPHEN HAMIL
1491 ST JAMES ST
WINNIPEG, MB R3H0W9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.198** | **Nonpriority creditor's name and mailing address**

APR AUTO CARE
2450 E PLATTE AVE
LUKE
COLORADO SPRINGS, CO 80909

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.199** | **Nonpriority creditor's name and mailing address**

APYS COLOR & SUPPLY INC
2925 GATEWAY W
EL PASO, TX 79903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200** | **Nonpriority creditor's name and mailing address**

AQUA CREEK PRODUCTS LLC
9889 GARRY MORE LN
CORY CLARK
MISSOULA, MT 59808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.201** | **Nonpriority creditor's name and mailing address**

AQUA-AID INC
5484 S OLD CARRIAGE RD
SCOTT THOMPSON
ROCKY MT, NC 27803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.202** **Nonpriority creditor's name and mailing address**

ARAMSCO
310 MAIN AVE WAY SE
HICKORY, NC 28602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.203** **Nonpriority creditor's name and mailing address**

ARASH SELECTS
3255 SW 11TH AVE
ARASH HAJIANPOUR
FT LAUDERDALE, FL 33315

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.204** **Nonpriority creditor's name and mailing address**

ARC BEST
84 MEDINA RD
KATHLEEN HARBAUGHY
MEDINA, OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.205** **Nonpriority creditor's name and mailing address**

ARCADIS U.S., INC.
62638 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    2,521.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206** **Nonpriority creditor's name and mailing address**

ARCBEST
84 MEDINA RD
SELENA VILAYTHONG
ATTN: CARGO CLAIMS
MEDINA, OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.207** | **Nonpriority creditor's name and mailing address**

ARCBEST CORP
84 MEDINA RD
SELENA VILAYTHONG
MEDINA, OH 44256

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.208** | **Nonpriority creditor's name and mailing address**

ARCH CAPITAL GROUP
1114 AVENUE OF THE AMERICAS
14TH FLOOR
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #SU1152238

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    2238

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.209** | **Nonpriority creditor's name and mailing address**

ARCH CAPITAL GROUP
1114 AVENUE OF THE AMERICAS
14TH FLOOR
NEW YORK, NY 10036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #SU 1186059-0000

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    0000

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210** | **Nonpriority creditor's name and mailing address**

ARDAGH GLASS % ECHO GLOBAL LOG
600 W CHICAGO AVE STE 725
JANAU WASHINGTON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.211** | **Nonpriority creditor's name and mailing address**

ARDRY TRADING COMPANY
195 INDUSTRIAL BLVD
BOBETTA MACDONALD
RINCON, GA 31326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.212**

**Nonpriority creditor's name and mailing address**

ARGO GROUP
501 7TH AVE
7TH FLOOR
NEW YORK, NY 10018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #SUR0016707

$ Undetermined

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | 6707 |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.213**

**Nonpriority creditor's name and mailing address**

ARGO LOGISTICS GROUP LLC
PO BOX 867
ANDREAS MARDEN
CAPITOLA, CA 95010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.214**

**Nonpriority creditor's name and mailing address**

ARGUS A ROBINETTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 20.00

| Date or dates debt was incurred | |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215**

**Nonpriority creditor's name and mailing address**

ARIENS
29857 NETWORK PLACE
ALIX AREVALO
% REDWOOD MANAGED SVCS
CHICAGO, IL 606731298

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216**

**Nonpriority creditor's name and mailing address**

ARIES GLOBAL LOGISTICS
1915 VAUGHN ROAD
WENDY TELLIN
KENNESAW, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

| Date or dates debt was incurred | Undetermined |
| Last 4 digits of account number | |

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Yellow Corporation
          Name                                    Case number (if known)    23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.217** | **Nonpriority creditor's name and mailing address**

ARIZONA INDUSTRIAL MEDICINE
515 N 18TH ST
PHOENIX, AZ 85006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3,280.00

---

**3.218** | **Nonpriority creditor's name and mailing address**

ARMANDO RIVERA ON BEHALF OF HIMSELF AND ALL OTHERS
SIMILARLY SITUATED
C/O RAISNER ROUPINIAN LLP
ATTN: JACK A. RAISNER AND RENE S. ROUPINIAN
270 MADISON AVE, SUITE 1801
NEW YORK, NY 10016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  WARN Class Action

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.219** | **Nonpriority creditor's name and mailing address**

ARMANDO VALDOVINOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 105.00

---

**3.220** | **Nonpriority creditor's name and mailing address**

ARMANINO LLP
PO BOX 206700
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28,035.00

---

**3.221** | **Nonpriority creditor's name and mailing address**

ARMSCOR CARTRIDGE INC
2872 US HIGHWAY 93 N
EMILY SLADEK
VICTOR, MT 59875

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor    Yellow Corporation
Name

_Case number (if known)_    23-11069 (CTG)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.222** **Nonpriority creditor's name and mailing address**

ARMSCOR PRECISION
150 N SMART WAY
FE GRAYBLAS
PAHRUMP, NV 89060

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.223** **Nonpriority creditor's name and mailing address**

ARNEG LLC C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.224** **Nonpriority creditor's name and mailing address**

ARNET % ISHARED TRANSPORTATION
5040 JOANNE KEARNEY BLVD
MONIQUE BAILEY
TAMPA, FL 33619

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.225** **Nonpriority creditor's name and mailing address**

ARRIVE LOGISTICS
PO BOX 19245
LADY LOPEZ
AUSTIN, TX 78760

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.226** **Nonpriority creditor's name and mailing address**

ARRON C BARRETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    102.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.227 Nonpriority creditor's name and mailing address**

ARRON D DAVIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 86.50

---

**3.228 Nonpriority creditor's name and mailing address**

ART KESSNICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19.96

---

**3.229 Nonpriority creditor's name and mailing address**

ARTHUR L JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16.00

---

**3.230 Nonpriority creditor's name and mailing address**

ARTICULATE GLOBAL, INC
DEPT 3747
P.O. BOX 123747
DALLAS, TX 75312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27,910.05

---

**3.231 Nonpriority creditor's name and mailing address**

ARTISTIC TILE
520 SECAUCUS RD
FREIGHT CLAIMS
SECAUCUS, NJ 07094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor    Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.232** | **Nonpriority creditor's name and mailing address**

ARTSKILLS
3146 S CHESTNUT AVE
ZAK SPESS
FRESNO, CA 93725

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address**

ARTSKILLS % PAKSAFE
9300 ASHTON RD
ZAK SPESS
PHILADELPHIA, PA 19114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address**

AS
2023 W CARROLL AVE C205
NADIA NUNEZ
% SOURCE ALLIANCE NETWORK
CHICAGO, IL 60612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address**

ASC C/O JOHNSON CONTROLS
2600 W POINT DR, STE 100
DANA HARRELL JAMES
FREIGHT CLAIMS
LITHIA SPRINGS, GA 30122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.236** | **Nonpriority creditor's name and mailing address**

ASM INTERNATIONAL
NICOLE HALE
9639 KINSMAN RD
NOVELTY, OH 44073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.237** | **Nonpriority creditor's name and mailing address**

ASO LLC
300 SARASOTA CTR BLVD
AFREDO PASTRANA
SARASOTA, FL 34240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238** | **Nonpriority creditor's name and mailing address**

ASSETWORKS INC
PO BOX 202525
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 23,540.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.239** | **Nonpriority creditor's name and mailing address**

ASSOCIATE RECOVERY SPECIALIST MARIN
1475 E WOODFIELD RD, STE 500
MICHAEL MCGRORY
% ROANOKE CLAIMS
SCHAUMBURG, IL 601734903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.240** | **Nonpriority creditor's name and mailing address**

ASTRA INCORPORATED
11971 NW 37TH ST
JENNIFER BYLOCK
CORAL SPRINGS, FL 33065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.241** | **Nonpriority creditor's name and mailing address**

AT&T
PO BOX 5094
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 461.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.242 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 26,077.07 |
|---|---|---|---|

AT&T MOBILITY LLC
PO BOX 6463
CAROL STREAM, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.243 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

AT&T TRANSPORTATION CONTROL CENTER
3000 B SHAWNEE RIDGE COURT
KELLY REPPERT
SUWANEE, GA 30024

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ATCO SUPPLY COMPANY
1475 N CHASE ST
ATHENS, GA 30601

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ATHENA DONAIR DIST LTD
12508 60 ST NW
EDMONTON, AB T5W5J6
CANADA

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

ATK C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.247** **Nonpriority creditor's name and mailing address**

ATKORE INTL
11539 N HOUSTON ROSSLYN RD
RUSSELL WINKLER
HOUSTON, TX 77088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**$                     Undetermined**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248** **Nonpriority creditor's name and mailing address**

ATLAS ELECTRIC COMPANY
1406 S MEBANE ST
MICHELLE ROBERSON
BURLINGTON, NC 27215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**$                     Undetermined**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.249** **Nonpriority creditor's name and mailing address**

ATS ADVANCE TRANSPORTATION SYS
2 CROWNE POINT CT
DONNA VONDER
CINCINNATI, OH 45241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**$                     Undetermined**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.250** **Nonpriority creditor's name and mailing address**

ATTENDS HEALTHCARE
1029 OLD CREEK RD
DOROTA DISTASIO
GREENVILLE, NC 27834

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**$                     Undetermined**

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.251** **Nonpriority creditor's name and mailing address**

ATTILA L MENDLI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**$                     104.27**

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.252** **Nonpriority creditor's name and mailing address**

AUGRORA VG MORALES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 35.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.253** **Nonpriority creditor's name and mailing address**

AURORA PARTS
500 S ENTERPRISE BLVD
TIFFANY
LEBANON, IN 46052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254** **Nonpriority creditor's name and mailing address**

AUTOBUS GIRARDIN INC
4000 RUE GIRARDIN
DENIS CANUEL
DRUMMONDVILLE, QC J2E0A1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.255** **Nonpriority creditor's name and mailing address**

AUTOMANN
2301 W HAVEN AVE
BRYANDA LUCIANO
NEW LENOX, IL 60451

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.256** **Nonpriority creditor's name and mailing address**

AUTOMANN IL
2301 WEST HAVEN AVE
DAVID MORRISON
NEW LENOX, IL 60451

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.257** | **Nonpriority creditor's name and mailing address**

AUTOMATIC DEVICES CO
2121 S 12TH ST
ALLENTOWN, PA 18103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.258** | **Nonpriority creditor's name and mailing address**

AUTOMOBILE MECHANICS' LOCAL 701 UNION AND INDUSTRY
WELFARE PLAN
361 S. FRONTAGE ROAD
SUITE 100
BURR RIDGE, IL 60527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Open Litigation

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.259** | **Nonpriority creditor's name and mailing address**

AUTOZONE
1400 LOMBARDI AVE STE 204
CARA RICHTER
% FEDEX LOGISTICS CLAIMS
GREEN BAY, WI 54304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.260** | **Nonpriority creditor's name and mailing address**

AVALON & TAHOE
5876 DARROW RD
TONY SIMS
HUDSON, OH 44236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.261** | **Nonpriority creditor's name and mailing address**

AVANTOR
2360 ARGENTIA RD
CATHY HACKER
BARRIE, ON L4N5Z7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Yellow Corporation
        Name
                                                    Case number (if known)  23-11069 (CTG)

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.262** | **Nonpriority creditor's name and mailing address**

AVANTOR PARIS
7001 MARTIN LUTHER KING BL
PARIS, KY 40361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263** | **Nonpriority creditor's name and mailing address**

AVANTOR SCIENCE DELIVERED BY VWR
PO BOX 640169
STEPHANIE HEWINS
PITTSBURGH, PA 15264

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264** | **Nonpriority creditor's name and mailing address**

AVENUE LOGISTICS
325 W OHIO ST
JOHN PITTAS
LTL CLAIMS- ATTN JOHN PITTAS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address**

AVERY FASSON
N93 W16288 MEGAL DRIVE
DEBRA SMITH
% TRANS INTERNATIONAL
MENOMONEE FALLS, WI 53051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address**

AVERY PRODUCTS
PO BOX 96672
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Corporation
              Name

              (Case number (if known))    23-11069 (CTG)

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.267** **Nonpriority creditor's name and mailing address**

AVI SYSTEMS INC
NW8393, PO BOX 1450
MINNEAPOLIS, MN 55485

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 10,910.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.268** **Nonpriority creditor's name and mailing address**

AVP2
37 ARCHBALD HEIGHTS RD
JENNY LYON
JESSUP, PA 18434

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.269** **Nonpriority creditor's name and mailing address**

AYC GROUP
1036 S JUPITER RD STE 200
DEAN CHOU
GARLAND, TX 75042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.270** **Nonpriority creditor's name and mailing address**

AYWON PANEL SOLUTIONS
100 E DIAMOND AVE
JESSICA YEAGER
HAZLETON, PA 18201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.271** **Nonpriority creditor's name and mailing address**

AZ PRINT SOURCE
950 DETROIT AVE, STE 5
SEYAR WALIZADA
CONCORD, CA 94518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Yellow Corporation

Name                                                    Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

---

**3.272** | **Nonpriority creditor's name and mailing address**

AZER SCIENTIFIC% ECHO
600 W CHICAGO AVE STE 725
NICOLE TUCKER
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.273** | **Nonpriority creditor's name and mailing address**

B & B AUTO SUPPLY
3232 NW INDUSTRIAL STE B
NINA AMATO
PORTLAND, OR 97210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274** | **Nonpriority creditor's name and mailing address**

B O X PACKAGING
2650 GALVIN DR
GEORGE SISILIANO
ELGIN, IL 60124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.275** | **Nonpriority creditor's name and mailing address**

B&G SALES OF GRAND RAPIDS INC
8188 BROADMOOR AVE SE
JEFF HENNINGSON
CALEDONIA, MI 49316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.276** | **Nonpriority creditor's name and mailing address**

B&K ELECTRIC
47 DUBOCE AVE
EVA TAM
SAN FRANCISCO, CA 94132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.277** | **Nonpriority creditor's name and mailing address**

BACKFLOW TESTING AZ
4291 W GATEKEEPER DR
SUITE 13
TUCSON, AZ 85741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 45.00

---

**3.278** | **Nonpriority creditor's name and mailing address**

BAGMASTERS
1540 19TH ST N
ST PETERSBURG, FL 33713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.279** | **Nonpriority creditor's name and mailing address**

BAKER DIST #442
3812 1ST AVE N
BIRMINGHAM, AL 35222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.280** | **Nonpriority creditor's name and mailing address**

BAKER DISTRIBUTING
2904 S ANGUS
FRESNO, CA 93725

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.281** | **Nonpriority creditor's name and mailing address**

BALRAM LEONARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 215.58

---

| Debtor | Yellow Corporation | | 23-11069 (CTG) |
|---|---|---|---|
| | Name | *Case number (if known)* | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.282** **Nonpriority creditor's name and mailing address**

BAMBOO SUPPLY CO
3912 HOLDEN RD
RON REYCRAFT
LAKELAND, FL 33811

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.283** **Nonpriority creditor's name and mailing address**

Bank of America, N.A.
ONE FLEET WAY
PA6-580-02-30
SCRANTON, PA 18507-1999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Credit #68067361 for the benefit of Mansfield Oil Company of Gainesville

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.284** **Nonpriority creditor's name and mailing address**

Bank of America, N.A.
ONE FLEET WAY
PA6-580-02-30
SCRANTON, PA 18507-1999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Credit #64143741 for the benefit of Safety National

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.285** **Nonpriority creditor's name and mailing address**

Bank of America, N.A.
ONE FLEET WAY
PA6-580-02-30
SCRANTON, PA 18507-1999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Credit #68115719 for the benefit of Prologis USLV Subreit 4, LLC

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.286** **Nonpriority creditor's name and mailing address**

Bank of America, N.A.
ONE FLEET WAY
PA6-580-02-30
SCRANTON, PA 18507-1999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Credit #64146146 for the benefit of Old Republic - Canada

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.287**

**Nonpriority creditor's name and mailing address**

Bank of America, N.A.
ONE FLEET WAY
PA6-580-02-30
SCRANTON, PA 18507-1999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Letter of Credit #64143132 for the benefit of Protective

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.288**

**Nonpriority creditor's name and mailing address**

Bank of America, N.A.
ONE FLEET WAY
PA6-580-02-30
SCRANTON, PA 18507-1999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Letter of Credit #64145089 for the benefit of Ins Co of North America (ACE)

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.289**

**Nonpriority creditor's name and mailing address**

Bank of America, N.A.
ONE FLEET WAY
PA6-580-02-30
SCRANTON, PA 18507-1999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Letter of Credit #68001416 for the benefit of Old Republic Insurance

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.290**

**Nonpriority creditor's name and mailing address**

Bank of America, N.A.
ONE FLEET WAY
PA6-580-02-30
SCRANTON, PA 18507-1999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Letter of Credit #64145088 for the benefit of AI Transport

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.291**

**Nonpriority creditor's name and mailing address**

Bank of America, N.A.
ONE FLEET WAY
PA6-580-02-30
SCRANTON, PA 18507-1999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Letter of Credit #68115718 for the benefit of Ohio Bureau of Workers' Compensation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.292**

**Nonpriority creditor's name and mailing address**

Bank of America, N.A.
ONE FLEET WAY
PA6-580-02-30
SCRANTON, PA 18507-1999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Credit #68001413 for the benefit of Northcentral

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.293**

**Nonpriority creditor's name and mailing address**

Bank of America, N.A.
ONE FLEET WAY
PA6-580-02-30
SCRANTON, PA 18507-1999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Credit #68001434 for the benefit of RLIF East 2, LLC

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.294**

**Nonpriority creditor's name and mailing address**

Bank of America, N.A.
ONE FLEET WAY
PA6-580-02-30
SCRANTON, PA 18507-1999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Credit #68067360 for the benefit of Argonaut Insurance Co.

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.295**

**Nonpriority creditor's name and mailing address**

Bank of America, N.A.
ONE FLEET WAY
PA6-580-02-30
SCRANTON, PA 18507-1999

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Credit #68006224 for the benefit of USF & G (United States Fidelity)

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.296**

**Nonpriority creditor's name and mailing address**

BARBOSA, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 105.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.297** | **Nonpriority creditor's name and mailing address**

BARCEL
301 S NORTHPOINT DR TX
LIZBETH CRCAMO DAZ
LIZBETH CRCAMO DAZ
COPPELL, TX 75019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.298** | **Nonpriority creditor's name and mailing address**

BARCEL USA
301 NORTHPOINT DR STE 140
DANIELA VALDEZ
DANIELA VALDEZ
COPPELL, TX 75019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.299** | **Nonpriority creditor's name and mailing address**

BARD MANUFACTURING WAREHOUSE
1140 MONTICELLO HWY
ALLISON ZIMMERMAN
MADISON, GA 30650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.300** | **Nonpriority creditor's name and mailing address**

BARENTZ % NORTH AMERICAN WAREH
6800 W 68TH ST
SANDRA FONTANA
BEDFORD PARK, IL 60638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.301** | **Nonpriority creditor's name and mailing address**

BARNES & NOBLE
DAN REGAN
1 BARNES & NOBLE WAY
MONROE TOWNSHIP, NJ 08831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.302 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

BARNES & NOBLE DISTRIBUTION
1 BARNES & NOBLE WAY
ADRIENNE KILIN
MONROE TOWNSHIP, NJ 08831

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.303 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,069.50 |
|---|---|---|---|

BARNES & THORNBURG LLP
225 SOUTH SIXTH STREET SUITE 2800
MINNEAPOLIS, MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.304 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9,592.72 |
|---|---|---|---|

BARNHART, JOHN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): $9,592.72

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.305 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 131.91 |
|---|---|---|---|

BARRERA, LUIS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.306 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

BARRETTE OUTDOOR LIVING
545 TILTON RD
DOLORES FELICIANO
EGG HARBOR CITY, NJ 08215

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor    Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.307** **Nonpriority creditor's name and mailing address**

BARRY E DUGGINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 42.25

---

**3.308** **Nonpriority creditor's name and mailing address**

BARTON POOL COMPANY
6849 HAWTHORN PARK DR
JEFF BARTON
INDIANAPOLIS, IN 46220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.309** **Nonpriority creditor's name and mailing address**

BASCO
7570 BALES ST310
% AMSTAN LOGISTICS
LIBERTY TOWNSHIP, OH 45069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.310** **Nonpriority creditor's name and mailing address**

BASCO MANUFACTURING %AMSTAN LO
7570 BALES ST STE 310
SARAH MURPHY
LIBERTY TOWNSHIP, OH 45069

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.311** **Nonpriority creditor's name and mailing address**

BASEMENT SYSTEMS INC
60 SILVERMINE RD
TOM BARRETT
SEYMOUR, CT 06483

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.312** **Nonpriority creditor's name and mailing address**

BATH AUTHORITY
75 HAWK RD
DREAMLINE
BATH AUTHORITY
WARMINSTER, PA 18974

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.313** **Nonpriority creditor's name and mailing address**

BATZ, THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): $32,909.88

$ 32,909.88

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.314** **Nonpriority creditor's name and mailing address**

BAXTER, BILLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 38.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.315** **Nonpriority creditor's name and mailing address**

BCE REVLON
14545 J MILITARY TRL, STE 192
KAREN TELEP
% D&J ASSOCIATES INC
DELRAY BEACH, FL 33484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.316** **Nonpriority creditor's name and mailing address**

BCE REVLON C/O D&J ASSOCIATES, INC
14545 J MILITARY TRAIL #192
KAREN TELEP
DELRAY BEACH, FL 33484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.317** **Nonpriority creditor's name and mailing address**

BDI 1114
975 WILSON ST
EUGENE, OR 97402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318** **Nonpriority creditor's name and mailing address**

BEAUTY BY IMAGINATION
310 MAIN AVENUE WAY SE
GOODY CLAIMS
HICKORY, NC 28602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.319** **Nonpriority creditor's name and mailing address**

BEDROSIANS TILE AND STONE
4285 N GOLDEN STATE BLVD
RAYMOND RAMOS
FRESNO, CA 93722

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.320** **Nonpriority creditor's name and mailing address**

BEGGS, GARY T
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.321** **Nonpriority creditor's name and mailing address**

BEL AIR T.T., LLC
ATTN: JOSH LEITE
6272 E PACIFIC COAST HIGHWAY STE E
LONG BEACH, CA 90803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 51,404.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Yellow Corporation
        Name

Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | **Amount of claim** |

**3.322** **Nonpriority creditor's name and mailing address**

BELIMO AIR CONTROLS
LENNY CASACALENDA
33 TURNER ROAD
DANBURY, CT 06810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$   Undetermined

---

**3.323** **Nonpriority creditor's name and mailing address**

BELL CANADA
6133418702099
CP 8712 SUCC CENTRE VILLE
MONTREAL, H3C 4L6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   695.29

---

**3.324** **Nonpriority creditor's name and mailing address**

BELL, TIMIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   20.11

---

**3.325** **Nonpriority creditor's name and mailing address**

BELL/KNOTT & ASSOCIATES CORP ARCHITECTS P.C.
12730 STATE LINE ROAD SUITE 100
LEAWOOD, KS 66209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   3,303.64

---

**3.326** **Nonpriority creditor's name and mailing address**

BELLA B ESTOLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   8.65

---

Debtor    Yellow Corporation                                    Case number (if known)    23-11069 (CTG)
          Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.327** | **Nonpriority creditor's name and mailing address**

BENDIX
1515 RIVERFORK DR
SHELLY HENDRICKSON
CLAIMS
HUNTINGTON, IN 46750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.328** | **Nonpriority creditor's name and mailing address**

BENDIX COMMERCIAL VEHICLE SYSTEMS L
PO BOX 4750
TROY, MI 48099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.329** | **Nonpriority creditor's name and mailing address**

BERGMAN, JASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  2021 Short-Term Incentive Plan, 2021 Long-Term Incentive Plan, 2022 Long-Term Incentive Plan, and 2023 Long-Term Incentive Plan

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.330** | **Nonpriority creditor's name and mailing address**

BERK TEK NEW HOLLAND DIVISION
132 WHITE OAK RD
SHERRY KIRKNER
NEW HOLLAND, PA 17557

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.331** | **Nonpriority creditor's name and mailing address**

BERLIN PACKAGING
16230 W 163RD ST UNIT 900
BERLIN PACKAGING
LOCKPORT, IL 60441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.332**

**Nonpriority creditor's name and mailing address**

BERRY GLOBAL
PO BOX 959
EVANSVILLE, IN 47706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.333**

**Nonpriority creditor's name and mailing address**

BERRY GLOBAL INC
6785 NE W CALHOUN HWY NE
KRISTAL GREENAWAY
ROME, GA 30161

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.334**

**Nonpriority creditor's name and mailing address**

BERRY GLOBAL, INC.
KELLY ALLEN-3RD FLR, CORP PUB
P.O. BOX 959
EVANSVILLE, IN 47706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.335**

**Nonpriority creditor's name and mailing address**

BERRY PLASTICS EM
1970 EXCEL DR
KRISTAL GREENAWAY
MANKATO, MN 56001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.336**

**Nonpriority creditor's name and mailing address**

BERRY TM
1800 N M AVE
KRISTAL GREENAWAY
SIOUX FALLS, SD 57104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.337** | **Nonpriority creditor's name and mailing address**

BERRY TMC
6940 W 76TH ST
KRISTAL GREENAWAY
TULSA, OK 74131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address**

BEST BUY - SUPPLY CHAIN
15445 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address**

BEST BUY WAREHOUSING LOGISTICS INC
PO BOX 281678
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address**

BEST BUY WAREHOUSING LOGISTICS, INC
P.O. BOX 281678
ATLANTA, GA 303842004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.341** | **Nonpriority creditor's name and mailing address**

BESTAR INC
4220  VILLENEUVE
ISABELLE PLAMONDON
LAC-MEGANTIC, QC G6B2C3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.342** **Nonpriority creditor's name and mailing address**

BESTOLIFE CORPORATION
2222 VANCO
HEATHER BAKER
IRVING, TX 75061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.343** **Nonpriority creditor's name and mailing address**

BETHEL CHURCH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.344** **Nonpriority creditor's name and mailing address**

BETTS COMPANY
PO BOX 18170
% AFS LOGISTICS LLC
SHREVEPORT, LA 71138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.345** **Nonpriority creditor's name and mailing address**

BEVERLY INTERNATIONAL C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.346** **Nonpriority creditor's name and mailing address**

BFG SUPPLY CO
PO BOX 18170
% AFS LOGISTICS LLC
SHREVEPORT, LA 71138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.347**

**Nonpriority creditor's name and mailing address**

BGL
2846 S FALKENBURG RD
DENNIS WIDDOWS
RIVERVIEW, FL 33578

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348**

**Nonpriority creditor's name and mailing address**

BGL - PITTSBURGH NORTH
2846 S FALKENBURG RD
CASEY NYE
RIVERVIEW, FL 33578

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.349**

**Nonpriority creditor's name and mailing address**

BGL CENTRAL BILLING
2846 S FALKENBURG RD
CASEY NYE
RIVERVIEW, FL 33578

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.350**

**Nonpriority creditor's name and mailing address**

BGR GOVERNMENT AFFAIRS LLC
PO BOX 14416
WASHINGTON, DC 20044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 30,318.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.351**

**Nonpriority creditor's name and mailing address**

Bhandari, Broughton and Hastey

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.352**   **Nonpriority creditor's name and mailing address**

BIG D INDUSTRIES
LOADING ALLOWANCE
PO BOX 82219
OKLAHOMA CITY, OK 73148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**   Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$    Undetermined

---

**3.353**   **Nonpriority creditor's name and mailing address**

BIG D INDUSTRIES INC
5620 SW 29TH
ERIC CHIANG
OKLAHOMA CITY, OK 73179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**   Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.354**   **Nonpriority creditor's name and mailing address**

BILL HUNT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    5.99

---

**3.355**   **Nonpriority creditor's name and mailing address**

BILLIE J MCCLUSKEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    165.38

---

**3.356**   **Nonpriority creditor's name and mailing address**

BILLY BURTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    176.98

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.357** **Nonpriority creditor's name and mailing address**

BILLY E JONES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                92.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.358** **Nonpriority creditor's name and mailing address**

BIOBAG C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.359** **Nonpriority creditor's name and mailing address**

BIO-KLEEN PRODUCTS
810 LAKE ST
BIO KLEEN
KALAMAZOO, MI 49001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.360** **Nonpriority creditor's name and mailing address**

BIRD SUPPLY OF NEW HAMPSHIRE L
522 AMHERST ST STE 16
ALLEN FOX
NASHUA, NH 03063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.361** **Nonpriority creditor's name and mailing address**

BISCOMERICA
PO BOX 1070
NORMA SERRANO
SHIPPING DEPARTMENT
RIALTO, CA 92376

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Corporation                                         Case number (if known)    23-11069 (CTG)
          Name

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.362** **Nonpriority creditor's name and mailing address**

BLACK & MCDONALD ELECTRIC, LLC
6001 E FRONT ST
KANSAS CITY, MO 64120

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  9,423.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.363** **Nonpriority creditor's name and mailing address**

BLACK AND COMPANY
802 N COUNTRY FAIR DR
JOSEPH HENSON
CHAMPAIGN, IL 61826

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.364** **Nonpriority creditor's name and mailing address**

BLACK DIAMOND STONEWORKS INC
1062 CALLE NEGOCIO
STACEY MORROW
SAN CLEMENTE, CA 92673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.365** **Nonpriority creditor's name and mailing address**

BLACK GOLD IMPORT
2106 7TH ST
NISKU, AB T9E7Y2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.366** **Nonpriority creditor's name and mailing address**

BLACK SWAMP PERCUSSION
11114 JAMES ST
NATHAN COLES
ZEELAND, MI 49464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Yellow Corporation
Name

Case number (if known)  23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.367** **Nonpriority creditor's name and mailing address**

BLAINE MOORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                513.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.368** **Nonpriority creditor's name and mailing address**

BLAKE KEECH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 88.30

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.369** **Nonpriority creditor's name and mailing address**

BLAZER ELECTRIC SUPPLY COMPA
6125 OMAHA BLVD
CORRINE MCCARTY
COLORADO SPRINGS, CO 80915

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$            Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.370** **Nonpriority creditor's name and mailing address**

BLAZER ELECTRIC SUPPLY COMPANY
6125 OMAHA BLVD
SEAN BRADBURY
COLORADO SPRINGS, CO 80915

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$            Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.371** **Nonpriority creditor's name and mailing address**

BLAZER MANUFACTURING CO
5109 26TH ST
COLUMBUS, NE 68601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$            Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Corporation
          Name                                        Case number (if known)    23-11069 (CTG)

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.372** | **Nonpriority creditor's name and mailing address**

BLISS INDUSTRIES C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address**

BLOUNT INTL, INC. GLOBAL
LOGISTICS GROUP/SCOT PYLE
4909 SE INTERNATIONAL WAY
PORTLAND, OR 97222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address**

BLUE GIANT EQUIPMENT
410 ADMIRAL BLVD
MISSISSAUGA, ON L5T2N6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address**

BLUE GIANT EQUIPMENT CORP
410 ADMIRAL BLVD
SANDY BENEVIDES
LOGISTICS
MISSISSAUGA, ON L5T2N6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.376** | **Nonpriority creditor's name and mailing address**

BLUE NAVIGATION LLC
3966 W HEMLOCK ST
DARCIE SCHULTZ
OXNARD, CA 93035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | *Case number (if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.377** | **Nonpriority creditor's name and mailing address**

BLUE RIBBON CORP
2770 LONG RD
CHUCK KREHER
GRAND ISLAND, NY 14072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.378** | **Nonpriority creditor's name and mailing address**

BLUE ROCK REFINISHING SOLUTIONS
2974 CLEVELAND AVE N
CHRIS MOLITOR
ROSEVILLE, MN 55113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.379** | **Nonpriority creditor's name and mailing address**

BLUE WATER SPA COVERS
2591 CLARK ST STE 208
RICKY SOTO
APOPKA, FL 32703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.380** | **Nonpriority creditor's name and mailing address**

BLUEBIRD REAL ESTATE HOLDINGS LLC
201 NORTH MINNESOTA AVE SUITE 101
SIOUX FALLS, SD 57104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 8,696.34

---

**3.381** | **Nonpriority creditor's name and mailing address**

BLUEGRACE LOGISTICS
2846 S FALKENBURG RD
ROBERT EHRLICH
RIVERVIEW, FL 33578

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

Debtor  Yellow Corporation
_____
Name

*Case number (if known)*  23-11069 (CTG)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.382** **Nonpriority creditor's name and mailing address**

BLUEGRACE MKE
11122 WEST ROGER STREET
KATIE KENT
MILWAUKEE, WI 53227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.383** **Nonpriority creditor's name and mailing address**

BLUELINX
OLD RT 119 & HUNKER RD
JENNIFER KARNES
NEW STANTON, PA 15672

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.384** **Nonpriority creditor's name and mailing address**

BLUESCOPE BUILDINGS
701 N MILL ST
MONTANA SPRINGIRTH
LEBANON, PA 17046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.385** **Nonpriority creditor's name and mailing address**

BLUESCOPE BUILDINGS NORTH AMER
701 N MILL ST
MONTANA SPRINGIRTH
ANNVILLE, PA 17003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.386** **Nonpriority creditor's name and mailing address**

BOATMXONLINE
300 S FEDERAL HWY
JEANCHRISTOPHE NADEAUTREMBLAY
POMPANO BEACH, FL 33062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Corporation                                   Case number (if known)    23-11069 (CTG)
          Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.387** **Nonpriority creditor's name and mailing address**

BOBCAT OF CALGARY
4403 112 AVE SE
CALGARY, AB T2C5C5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.388** **Nonpriority creditor's name and mailing address**

BOBCAT OF CONTRA COSTA
2035 E LELAND RD
PITTSBURG, CA 94565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.389** **Nonpriority creditor's name and mailing address**

BOBCAT OF LAFAYETTE
2616 S BECK LN
LAFAYETTE, IN 47909

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.390** **Nonpriority creditor's name and mailing address**

BOBCAT OF MARBLE FALLS
3413 N US HWY 281
JONATHAN RAMIREZ
MARBLE FALLS, TX 78654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.391** **Nonpriority creditor's name and mailing address**

BOBCAT OF NEW CASTLE
1872 PULASKI HWY
JEN PELAEZ
BEAR, DE 19701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name                                                    Case number (if known)   23-11069 (CTG)

**Part 2:**   **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                   **Amount of claim**

| 3.392 | **Nonpriority creditor's name and mailing address** | | |
|---|---|---|---|

3.392 **Nonpriority creditor's name and mailing address**

BOBCAT OF NORTHERN VIRGINIA
13125 ARTO ST
JEFF POLING
BRISTOW, VA 20136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.393 **Nonpriority creditor's name and mailing address**

BOBCAT OF THE ROCKIES
10397 HAVANA ST
ANDREW KRAMER
HENDERSON, CO 80640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.394 **Nonpriority creditor's name and mailing address**

BOBCAT OF TIDEWATER
644 S MILITARY HWY
VIRGINIA BEACH, VA 23464

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.395 **Nonpriority creditor's name and mailing address**

BOBCAT OF WORCESTER
6 WESTEC DR
AUBURN, MA 01501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.396 **Nonpriority creditor's name and mailing address**

BOEHMER, MARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  2021 Short-Term Incentive Plan

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.397** | **Nonpriority creditor's name and mailing address**

BONNELL ALUMINUM CLEARFIELD
1101 S INDUSTRIAL PKWY
TODD WALKER
CLEARFIELD, UT 84015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address**

BONNY GODFREY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 195.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address**

BORDER STATES
PO BOX 2767
BETHANIE FERGUSON
FARGO, ND 581082767

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address**

BORDER STATES ELEC
3219 ROCK ISLAND PL
LISABETH MUTCHLER
BISMARCK, ND 58504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address**

BORDER STATES ELECTRIC
101 BUTTERFIELD RD APT A
JESSE WALD
YAKIMA, WA 98901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.402** | **Nonpriority creditor's name and mailing address**

BORDER STATES ELECTRIC CO
605 25TH ST S
LISABETH MUTCHLER
FARGO, ND 58103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address**

BORDER STATES ELECTRIC SUPPLY
2311 S 48TH ST
LISABETH MUTCHLER
GRAND FORKS, ND 58201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.404** | **Nonpriority creditor's name and mailing address**

BOSCH AUTOMOTIVE SERVICE SOLUTIONS
655 EISENHOWER DRIVE
MICHAEL KEMMITS
OWATONNA, MN 55060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.405** | **Nonpriority creditor's name and mailing address**

BOSCH REXROTH
8 SPUTHCHASE CPURT
M PARSONS
FOUNTAIN INN, SC 29644

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.406** | **Nonpriority creditor's name and mailing address**

BOSS TRUCK SHOP
1944 N 9TH SUITE 102
ADAM LOFDAHI
SALINA, KS 67401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.407**

**Nonpriority creditor's name and mailing address**

BOSTICK, ROBERT L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.408**

**Nonpriority creditor's name and mailing address**

BOTTCHER AMERICA
802 FAR HILLS DR
DEB SMITH
% NEXTERUS
NEW FREEDOM, PA 17349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.409**

**Nonpriority creditor's name and mailing address**

BOWEN CALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 383.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.410**

**Nonpriority creditor's name and mailing address**

BPI OUTDOORS
1270 PROGRESS CENTER AVE STE 100
MELVIN STOFFLE
LAWRENCEVILLE, GA 30043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.411**

**Nonpriority creditor's name and mailing address**

BR WILLIAMS TRUCKING INC
2339 HIGHWAY 21 S
JACOB FLOYD
OXFORD, AL 36203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.412 Nonpriority creditor's name and mailing address**

BRACONIER
4925 NOME ST
SEAN JACKMAN
DENVER, CO 80239

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.413 Nonpriority creditor's name and mailing address**

BRAD R JORDAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 189.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.414 Nonpriority creditor's name and mailing address**

BRADLEE A PANNILL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 90.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.415 Nonpriority creditor's name and mailing address**

BRADLEY C HANLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 230.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.416 Nonpriority creditor's name and mailing address**

BRADLEY CALDWELL, INC.
P.O. BOX T
HAZLETON, PA 18201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.417** **Nonpriority creditor's name and mailing address**

BRADSHAW INTERNATIONAL INC
9409 BUFFALO AVE
JUNIOR INIGUES
TRAFFIC
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.418** **Nonpriority creditor's name and mailing address**

BRADSHAW INTL
SUSAN CHESBROUGH
9409 BUFFALO AVE
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.419** **Nonpriority creditor's name and mailing address**

BRADSHAW INTL.
SUSAN CHESBROUGH
9409 BUFFALO AVE.
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.420** **Nonpriority creditor's name and mailing address**

BRAGG, BRIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   50.62

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.421** **Nonpriority creditor's name and mailing address**

BRAMEC CORP
403 HWY 105 N
ALAN SMITH
CUSTOMER SERVICE
N SIOUX CITY, SD 57049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**     **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.422**   **Nonpriority creditor's name and mailing address**

BRAMLETT, JAMES S
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.423**   **Nonpriority creditor's name and mailing address**

BRANDON J ABY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    33.90

---

**3.424**   **Nonpriority creditor's name and mailing address**

BRANDON J WEAKMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    101.68

---

**3.425**   **Nonpriority creditor's name and mailing address**

BRANDSMART
3200 SW 42ND ST
JOE CONTRONE
FT LAUDERDALE, FL 33312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.426**   **Nonpriority creditor's name and mailing address**

BRANDSMART USA
3200 SW 42ND ST
JOE CONTRONE
HOLLYWOOD, FL 33312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.427** | **Nonpriority creditor's name and mailing address**

BRAXTON T LARSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 49.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.428** | **Nonpriority creditor's name and mailing address**

BRENDON A DONAHUE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 59.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.429** | **Nonpriority creditor's name and mailing address**

BRENNAN KING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.430** | **Nonpriority creditor's name and mailing address**

BRENT THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 24.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.431** | **Nonpriority creditor's name and mailing address**

BREVILLE
P.O. BOX 2208
JOANA PITRE
% CLAIMANT
BRENTWOOD, TN 37024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.432** | **Nonpriority creditor's name and mailing address**

BREWER, MATTHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Open Litigation

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.433** | **Nonpriority creditor's name and mailing address**

BRIAN BARU COMPANY
2303 NE 29TH TER STE 103
JULIE MCDONALD
OCALA, FL 34470

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.434** | **Nonpriority creditor's name and mailing address**

BRIAN E ELLIOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   126.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.435** | **Nonpriority creditor's name and mailing address**

BRIAN K BAUMGARDNER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   784.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.436** | **Nonpriority creditor's name and mailing address**

BRIAN K NELSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.437** **Nonpriority creditor's name and mailing address**
BRIAN K SECHRIST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 119.22

---

**3.438** **Nonpriority creditor's name and mailing address**
BRIDGE MY RETURN LLC
417 WEDGEMERE PL
LIBERTYVILLE, IL 60048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,000.00

---

**3.439** **Nonpriority creditor's name and mailing address**
B'RNELL MANSFIELD DICKERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 149.49

---

**3.440** **Nonpriority creditor's name and mailing address**
BROADSPIRE SERVICES
PO BOX 936361
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28,813.08

---

**3.441** **Nonpriority creditor's name and mailing address**
BROADWAY ENTERPRISES
2970 SHAWNEE RIDGE CT STE 300
JIM CHUNG
SUWANEE, GA 30024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.442** **Nonpriority creditor's name and mailing address**

BROUSSARD LOGISTICS
PO BOX 4601
HOUSTON, TX 77210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.443** **Nonpriority creditor's name and mailing address**

BROWN & JOSEPH
ONE PIERCE PLACE,
SUITE 700 W
ITASCA, IL 60143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 217,328.48

---

**3.444** **Nonpriority creditor's name and mailing address**

BRUCE L STRUNK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 98.00

---

**3.445** **Nonpriority creditor's name and mailing address**

BRUCE SCHOONOVER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 170.10

---

**3.446** **Nonpriority creditor's name and mailing address**

BRUCE SUPPLY CORP
8805 18TH AVE
BROOKLYN, NY 11214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.447** **Nonpriority creditor's name and mailing address**
BRUFFETT, STEPHEN L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.448** **Nonpriority creditor's name and mailing address**
BRYANT A MARTINEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 125.25

---

**3.449** **Nonpriority creditor's name and mailing address**
BRYANT HOLDINGS LLC
ATTN: GENERAL COUNSEL
6292 BRECKENRIDGE CIR
LAKE WORTH, FL 33467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.450** **Nonpriority creditor's name and mailing address**
BS TRANSPORT LLC
739 S 1800 RD
WHITE CITY, KS 66872

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 650,548.08

---

**3.451** **Nonpriority creditor's name and mailing address**
BSN SPORTS
PO BOX 621
% DM TRANSPORTATION
BOYERTOWN, PA 19512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|-------------------|------------------------|----------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.452 Nonpriority creditor's name and mailing address**

BUDGET HEATING & AIR CONDITION
6217 ANDERSON RD
ELIZABETH F
CLAIMS DEPT.
TAMPA, FL 33634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.453 Nonpriority creditor's name and mailing address**

BUILDERS SURPLUS INC
2721A S HARBOR BLVD
JAMIE TRAN
SANTA ANA, CA 92704

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.454 Nonpriority creditor's name and mailing address**

BULLGATER LTD
159 GLEEN BROOK RD
BIRD IN HAND, PA 17505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.455 Nonpriority creditor's name and mailing address**

BUNTHATE SING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 85.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.456 Nonpriority creditor's name and mailing address**

BURM, FORREST H
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.457** **Nonpriority creditor's name and mailing address**

BURMAX
28 BARRETTS AVE
VICTORIA PIZZOLO
HOLTSVILLE, NY 11742

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.458** **Nonpriority creditor's name and mailing address**

BURNS & MCDONNELL, INC.
PO BOX 411883
KANSAS CITY, MO 64141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    72,445.31

---

**3.459** **Nonpriority creditor's name and mailing address**

BURTON, JOHN P
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.460** **Nonpriority creditor's name and mailing address**

BUYERS PRODUCTS
9049 TYLER BLVD
JENNIFER BEAL
MENTOR, OH 44060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.461** **Nonpriority creditor's name and mailing address**

BZS TRANSPORT
175 CLASSON AVE
JENNY A.
BROOKLYN, NY 11205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.462 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

C H  ROBINSON
14800 CHARLSON RD STE 1450
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.463  Nonpriority creditor's name and mailing address**

C H ROBINSON WORLDWIDE INC
14800 CHARLSON RD, STE 1450
MICHELLE ANDERSON
CARRIER SERVICES LTL
EDEN PRAIRIE, MN 553475051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.464  Nonpriority creditor's name and mailing address**

C H ROBINSONWORLDWIDE INC
14800 CHARLSON RD STE 1450
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.465  Nonpriority creditor's name and mailing address**

C.H. ROBINSON
14800 CHARLSON RD, STE 1450
C H ROBINSON
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.466  Nonpriority creditor's name and mailing address**

C.H. ROBINSON INC
14800 CHARLSON RD STE 1450
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.467** | **Nonpriority creditor's name and mailing address**

C.H. ROBINSON WORLDWIDE INC
14800 CHARLSON RD STE 1450
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.468** | **Nonpriority creditor's name and mailing address**

C.H. ROBINSON WORLDWIDE INC CHRLTL
14800 CHARLSON RD STE 2100
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.469** | **Nonpriority creditor's name and mailing address**

C.H. ROBINSON WORLDWIDE, INC.
1501 N MITTEL BLVD
PAMELA HANSMAN
WOOD DALE, IL 60191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.470** | **Nonpriority creditor's name and mailing address**

C.H. ROBINSONWORLDWIDE INC
14800 CHARLSON RD STE 1450
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.471** | **Nonpriority creditor's name and mailing address**

C.H.ROBINSON
14800 CHARLSON RD, STE 1450
BENJAMIN HABEL
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

Debtor  Yellow Corporation
         Name                                                    Case number (if known)  23-11069 (CTG)

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.472** | **Nonpriority creditor's name and mailing address**

CABLEMASTER LLC
1700 W CORNELL ST
ALEXIS ACOSTA
MILWAUKEE, WI 53209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.473** | **Nonpriority creditor's name and mailing address**

CADDELL, LYNN M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.474** | **Nonpriority creditor's name and mailing address**

CAFE CONCEPTS
30366 ESPERANZA
CHRISTIAN RUIZ
RANCHO SANTA MARGARITA, CA 92688

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.475** | **Nonpriority creditor's name and mailing address**

CAL CHEM INC
210 E 3RD STREET SUITE 208
ROYAL OAK, MI 48067

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.476** | **Nonpriority creditor's name and mailing address**

CALDIC USA INC
2425 ALFT LN
MELISSA LEUZE
ELGIN, IL 60124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

Debtor  Yellow Corporation
Name

Case number (if known)  23-11069 (CTG)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

---

**3.477** | **Nonpriority creditor's name and mailing address**

CALICO COTTAGE
LARRY WURZEL
210 NEW HIGHWAY
AMITYVILLE, NY 11701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.478** | **Nonpriority creditor's name and mailing address**

CALIFORNIA STATE CONTROLLER'S OFFICE
UNCLAIMED PROPERTY DIVISION
300 CAPITOL MALL, STE 1850
SACRAMENTO, CA 95814

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                   353.64

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.479** | **Nonpriority creditor's name and mailing address**

CALIFORNIA WHEEL DIST. %ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.480** | **Nonpriority creditor's name and mailing address**

CALIFORNIANATURALFOOD CO%ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.481** | **Nonpriority creditor's name and mailing address**

CALLAHAN MANUFACTURING INC
219 BALSAM ST
HILARY CALLAHAN
ROYAL CITY, WA 99357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Corporation
          Name

Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.482 Nonpriority creditor's name and mailing address

CALLAHAN, BRIAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): $59,322.63

$ 59,322.63

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

### 3.483 Nonpriority creditor's name and mailing address

CALLAHAN, RUSSELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): $4,876.80

$ 4,876.80

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

### 3.484 Nonpriority creditor's name and mailing address

CALTECH MANUFACTURING INC
109 INDUSTRIAL DR
ALEX MERSHON
IVYLAND, PA 18974

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

### 3.485 Nonpriority creditor's name and mailing address

CALVIN POLLARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 274.18

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

### 3.486 Nonpriority creditor's name and mailing address

CAMERON L MCCOY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 350.07

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Yellow Corporation
Name

*Case number (if known)*   23-11069 (CTG)

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.487** | **Nonpriority creditor's name and mailing address** | | |

CAMPANIA % MGN LOGISTICS INC.
89 PROVIDENCE HWY, STE 1F
DONNA PABON
WESTWOOD, MA 02090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.488** | **Nonpriority creditor's name and mailing address**

CAMPBELL MANUFACTURING
127 E SPRING ST
DIANE HARTMAN
BECHTELSVILLE, PA 19505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.489** | **Nonpriority creditor's name and mailing address**

CAMPBELL, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   325.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.490** | **Nonpriority creditor's name and mailing address**

CAMPING WORLD
29857 NETWORK PLACE
CARLOS CERVERA
% RWSCS
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.491** | **Nonpriority creditor's name and mailing address**

CAMPING WORLD C/O RWSCS
29857 NETWORK PLACE
CARLOS CERVERA
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F               Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   Yellow Corporation
         Name                                                                    Case number *(if known)*   23-11069 (CTG)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.492** | **Nonpriority creditor's name and mailing address**

CANADIAN ANTLER DESIGNS INCORP
711 SELKIRK AVE
VICTOR LAZEPKO
WINNIPEG, MB R2W2N4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.493** | **Nonpriority creditor's name and mailing address**

CANTEEN ONE
4150 OLSON MEMORIAL HWY
SUITE 200
MINNEAPOLIS, MN 55422

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    184.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.494** | **Nonpriority creditor's name and mailing address**

CAPITAL CITY BEVERAGE
PO BOX 171118
TINA TANT
% KUEHNE-NAGEL
MEMPHIS, TN 38187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.495** | **Nonpriority creditor's name and mailing address**

CAR FRESHNER
21205 LITTLE TREE DR
CAR FRESHENER
WATERTOWN, NY 13601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.496** | **Nonpriority creditor's name and mailing address**

CARGOBOT LLC
PO BOX 331924
ALEXANDRA FRIAS
MIAMI, FL 33233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Yellow Corporation
         Name                                                    Case number (if known)  23-11069 (CTG)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 51.28 |
|---|---|---|---|

CARL H WALKER JR
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 308.94 |
|---|---|---|---|

CARL L ROBINSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CARLEX
2448 E 81ST ST STE 2800
% LYNNCO SUPPLY CHAIN SOLUTIONS
TULSA, OK 74137

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 192.81 |
|---|---|---|---|

CARLOS M VELAZQUEZ
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CARLOS RODRIGUEZ
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.502** **Nonpriority creditor's name and mailing address**

CARLSTAR GROUP LLC
493 WESTRIDGE PKWY
TUYET LAM
MCDONOUGH, GA 30253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.503** **Nonpriority creditor's name and mailing address**

CARLTON D SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 27.61

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.504** **Nonpriority creditor's name and mailing address**

CARLTON F HARRIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 173.96

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.505** **Nonpriority creditor's name and mailing address**

CAROL A HELMINSKI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,436.50

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

**3.506** **Nonpriority creditor's name and mailing address**

CAROLINA PAINT PADDLE
7240 CROSS PARK DR
N CHARLESTON, SC 29418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.507** | **Nonpriority creditor's name and mailing address**

CARPA IMPORT & EXPORT
PO BOX 331924
ALEXANDRA FRIAS
MIAMI, FL 33233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.508** | **Nonpriority creditor's name and mailing address**

CARRIER CORP
600 MCCORMICK ST STE B
STEPHANIE HALLIWELL
SAN LEANDRO, CA 94577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.509** | **Nonpriority creditor's name and mailing address**

CARRIER CORPORATION
10343 SAM HOUSTON SUITE 220
JAE LANDRUM
HOUSTON, TX 77064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.510** | **Nonpriority creditor's name and mailing address**

CARRIER HAWAII
2060 LAUWILIWILI ST
CHERYL KUROIWA
KAPOLEI, HI 96707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address**

CARRIER WEST
4800 OSAGE STE 100
BRIAN VAN DYKE COMPANY
BRIAN VAN DYKE
DENVER, CO 80221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.512** **Nonpriority creditor's name and mailing address**

CARVAN SUPPLY CHAIN
100 S STATE ST UNIT 400A
SAMMY BROWN
CHICAGO, IL 60603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.513** **Nonpriority creditor's name and mailing address**

CARY COMPANY
1195 W FULLERTON AVE
STEVE PROVANCAL
LOGISTICS
ADDISON, IL 60101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.514** **Nonpriority creditor's name and mailing address**

CASA VIEW WRECKER SERVICE
4515 E. HWY. 80
MESQUITE, TX 75150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    1,630.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.515** **Nonpriority creditor's name and mailing address**

CASCADE WHEEL WEIGHTS
113 E MAIN ST
ANGELA MOBLEY
AUBURN, KY 42206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.516** **Nonpriority creditor's name and mailing address**

CASHERS INC
1890 OLD CROOKED HILL RD
HARRISBURG, PA 17110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.517** | **Nonpriority creditor's name and mailing address**

CASS INFORMATION SYSTEMS, INC.
2675 CORPORATE EXCHANGE DR
COLUMBUS, OH 43231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 680,359.37

---

**3.518** | **Nonpriority creditor's name and mailing address**

CASSANDRA L ATKINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 70.24

---

**3.519** | **Nonpriority creditor's name and mailing address**

CASSIDY T CONNOLLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 126.00

---

**3.520** | **Nonpriority creditor's name and mailing address**

CASTLE BRANDS % LANDSTAR GLOBA
13410 SUTTON PARK DR S
LEESA AGENT
JACKSONVILLE, FL 32224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.521** | **Nonpriority creditor's name and mailing address**

CASTRO, SEAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 180.00

---

| Debtor | Yellow Corporation | | 23-11069 (CTG) |
|---|---|---|---|
| | Name | Case number (if known) | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.522**

**Nonpriority creditor's name and mailing address**

CASUAL LINE QCF
1065 E STORY RD
CRISTINA
WINTER GARDEN, FL 34787

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.523**

**Nonpriority creditor's name and mailing address**

CATERPILLAR INC
500 NORTH MORTON AVENUE
MORTON, IL 61550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.524**

**Nonpriority creditor's name and mailing address**

CATHERINE ISAAK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 77.53

---

**3.525**

**Nonpriority creditor's name and mailing address**

CAVERN TECHNOLOGIES
17501 W 98TH STREET  #18-33
LENEXA, KS 66219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,663.44

---

**3.526**

**Nonpriority creditor's name and mailing address**

CAYMAN D WILCOX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 80.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.527 | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:** | $ | Undetermined |
|---|---|---|---|---|---|

**3.527** **Nonpriority creditor's name and mailing address**

CCA GLOBAL PARTNERS, INC.
P.O. BOX 677470
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.528** **Nonpriority creditor's name and mailing address**

CCA INDUSTRIES
PO BOX 2208
SARAH NEWSOME
% GEODIS
BRENTWOOD, TN 37024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.529** **Nonpriority creditor's name and mailing address**

CD EQUIPMENT
10904 BALTIMORE NATIONAL PIKE
MYERSVILLE, MD 21773

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.530** **Nonpriority creditor's name and mailing address**

CED
1682 PIONEER CT
ANGELA GUTIERREZ
LAS CRUCES, NM 88005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.531** **Nonpriority creditor's name and mailing address**

CED BOISE STAGE N STORE
11520 W EXECUTIVE DR
WILLIAM MARTIN
BOISE, ID 83713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.532** | **Nonpriority creditor's name and mailing address**

CED DENVER
2405 W 5TH AVE
NANCY ROMERO
DENVER, CO 80204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.533** | **Nonpriority creditor's name and mailing address**

CEDAR RAPIDS SHEET METAL
406 9TH AVE SE
CEDAR RAPIDS, IA 52401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.534** | **Nonpriority creditor's name and mailing address**

CEDARSHED INDUSTRIES 1992 INC
21520780 WILLOUGHBY TOWN CENTRE DR
MANJIT TIWANA
LANGLEY, BC V2Y0M7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.535** | **Nonpriority creditor's name and mailing address**

CELEBRATIONS
2910 GLANZMAN RD STE A
TOLEDO, OH 43614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.536** | **Nonpriority creditor's name and mailing address**

CENTRAL PRODUCTS
7750 GEORGETOWN RD
VICKI PRICE
VICKI PRICE
INDIANAPOLIS, IN 46268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name

Case number (if known)  23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.537** | **Nonpriority creditor's name and mailing address**

CENTRAL PRODUCTS INC
7750 GEORGETOWN RD
VICKI PRICE
INDIANAPOLIS, IN 46268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.538** | **Nonpriority creditor's name and mailing address**

CENTRAL RESTAURANT
PO BOX 78070
VICKI PRICE
INDIANAPOLIS, IN 46278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.539** | **Nonpriority creditor's name and mailing address**

CENTRAL RESTAURANT PRODUCTS
7750 GEORGETOWN RD
VICKI PRICE
INDIANAPOLIS, IN 46268

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.540** | **Nonpriority creditor's name and mailing address**

CENTRIFUGE & PUMP SERVICES CORP
2175 WEST PARK CT
FRANK BEMS
STONE MOUNTAIN, GA 30087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.541** | **Nonpriority creditor's name and mailing address**

CENTURY INTERNATIONAL ARMS INC
236 BRYCE BLVD
TIM HAKEY
W GEORGIA, VT 05454

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.542** **Nonpriority creditor's name and mailing address**

CENTURYLINK
PO BOX 52187
PHOENIX, AZ 85072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,345.57

---

**3.543** **Nonpriority creditor's name and mailing address**

CEPCO TOOL COMPANY
1580 LAKE ST
ELMIRA, NY 14901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.544** **Nonpriority creditor's name and mailing address**

CERAMIC HARMONY
11317 S MEMORIAL PKWY
MELANIE YEPMA
HUNTSVILLE, AL 35802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.545** **Nonpriority creditor's name and mailing address**

CERASIS INC
PO BOX 21248
DARLYS CERA
EAGAN, MN 55121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.546** **Nonpriority creditor's name and mailing address**

CERASIS INC NOW PART OF GLOBALTRA
PO BOX 21248
CAMILA PATI?O
EAGAN, MN 55121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.547**

**Nonpriority creditor's name and mailing address**

CERASIS INC NOW PART OF GLOBALTRANZ
PO BOX 21248
CAMILA PATI?O
EAGAN, MN 55121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.548**

**Nonpriority creditor's name and mailing address**

CERASIS INC. NOW PART OF GLOBALTRA
PO BOX 21248
EAGAN, MN 55121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.549**

**Nonpriority creditor's name and mailing address**

CERIA BREWING COMPANY
10600 WEST 73RD PLACE
ARVADA, CO 80005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.550**

**Nonpriority creditor's name and mailing address**

CERTAINTEED SIDING
208 ADLEY WAY
KESI COX
% INTUNE LOGISTICS CLAIMS
GREENVILLE, SC 29607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.551**

**Nonpriority creditor's name and mailing address**

CFC1
1974 INNOVATION BLVD
JENNY LYON
CLAYTON, IN 46118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.552** **Nonpriority creditor's name and mailing address**

CFO CUSTOMER ACCESSORIES
5900 AMI DRIVE
RICHMOND, IL 60071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.553** **Nonpriority creditor's name and mailing address**

CH ROBINSON
14800 CHARLSON RD STE 1450
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.554** **Nonpriority creditor's name and mailing address**

CH ROBINSON CLAIMS
14800 CHARLSON RD STE 1450
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.555** **Nonpriority creditor's name and mailing address**

CH ROBINSON CLAIMS DEPT
14800 CHARLSON RD STE 1450
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.556** **Nonpriority creditor's name and mailing address**

CHABY INTERNATIONAL
10981 DECATUR RD UNIT 2
DONNA GESSNER
ACCOUNTS RECIEVABLE
PHILADELPHIA, PA 19154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.557 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 169.65 |
|---|---|---|---|
| | CHAD WALLACE<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.558 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,357.29 |
|---|---|---|---|
| | CHADWICK A POTTER<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.559 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | CHAMBERLAIN GROUP<br>6375 BEST FRIEND RD STE 120<br>NATHAN SALVESEN<br>NORCROSS, GA 30071 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | | **Basis for the claim:** Cargo Claims | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.560 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | CHAMP THROW LLC<br>5645 CORAL RIDGE DR STE 131<br>ALEXANDER MASKOVFKY<br>CORAL SPRINGS, FL 33076 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | | **Basis for the claim:** Cargo Claims | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.561 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | CHAMPION TARGET<br>PO BOX 1151<br>RICHMOND, IN 47375 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | | **Basis for the claim:** Cargo Claims | |
| | **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

Debtor   Yellow Corporation
_____
Name

*Case number (if known)*   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.562 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 222.33 |
|---|---|---|---|
| | CHARLES A SANDERS<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.563 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 55.25 |
|---|---|---|---|
| | CHARLES A WOLZ<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.564 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 790.78 |
|---|---|---|---|
| | CHARLES B STOKES<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.565 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 218.75 |
|---|---|---|---|
| | CHARLES E ALLEN<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.566 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 58.01 |
|---|---|---|---|
| | CHARLES E PRESTON<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

Debtor   Yellow Corporation                                           23-11069 (CTG)
Name                                          Case number (if known)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.567** | **Nonpriority creditor's name and mailing address**

CHARLES ESSEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                          25.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address**

CHARLES J COOPER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                       1,021.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address**

CHARLES M GARCIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                         212.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address**

CHARLES R KELLS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                          42.88

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.571** | **Nonpriority creditor's name and mailing address**

CHARLES, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Open Litigation

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.572** Nonpriority creditor's name and mailing address

CHARTER COMMUNICATIONS
PO BOX 6030
CAROL STREAM, IL 60197

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 119.98

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.573** Nonpriority creditor's name and mailing address

CHASE P PREHN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 200.07

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.574** Nonpriority creditor's name and mailing address

CHATSWORTH PRODUCTS INC
4175 GUARDIAN ST
SANDRAH BONARIO
SIMI VALLEY, CA 93063

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Cargo Claims

$ Undetermined

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.575** Nonpriority creditor's name and mailing address

CHAVARRIA, VICTOR MANUEL
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Legacy PTO/Vacation (Union): Undetermined

$ Undetermined

Date or dates debt was incurred        Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.576** Nonpriority creditor's name and mailing address

CHEMICAL HELPLINE INCIDENTS - PIPELINE AND HAZARDOUS
MATERIALS SAFETY ADMINISTRATION - U.S. DEPARTMENT OF
TRANSPORTATION
1200 NEW JERSEY AVENUE, SE
WASHINGTON, DC 20590

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Potential Environmental Matter

$ Undetermined

Date or dates debt was incurred        UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.577** **Nonpriority creditor's name and mailing address**

CHEWY.COM
15999 S OUTER RD
JENNY LYON
BELTON, MO 64012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.578** **Nonpriority creditor's name and mailing address**

CHEYENNE WINNELSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.579** **Nonpriority creditor's name and mailing address**

CHIRP N DALES PET SUPPLY
293 293 ROGERS RD RD
SUE WHITEWAY
BERRY MILLS, NB E1G2N4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.580** **Nonpriority creditor's name and mailing address**

CHOICE EQUIPMENT COMPANY
540 HOG MOUNTAIN RD
JEFFERSON, GA 30549

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.581** **Nonpriority creditor's name and mailing address**

CHOICE EQUIPMENT COMPANY LLC
540 HOG MOUNTAIN RD STE 130
EMILY PLAVCAN
JEFFERSON, GA 30549

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.582** | **Nonpriority creditor's name and mailing address**

CHR
14800 CHARLSON RD STE 1450
BENJAMIN HABEL
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.583** | **Nonpriority creditor's name and mailing address**

CHRIS J HOLLAND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    22.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.584** | **Nonpriority creditor's name and mailing address**

CHRIS M CAMPBELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    134.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.585** | **Nonpriority creditor's name and mailing address**

CHRIS RIEDEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.586** | **Nonpriority creditor's name and mailing address**

CHRIS SANTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.587** | **Nonpriority creditor's name and mailing address**

CHRIS SAVARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.588** | **Nonpriority creditor's name and mailing address**

CHRISTELIA Y LAFUENTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 802.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.589** | **Nonpriority creditor's name and mailing address**

CHRISTI SIMON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 220.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.590** | **Nonpriority creditor's name and mailing address**

CHRISTINA LEWIS INDIVIDUALLY AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED
C/O KAPLAN FOX KILSHEIMER LLP
ATTN: DONALD P HALL & JEFFREY P. CAMPISI
850 THIRD AVE, 14TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.591** | **Nonpriority creditor's name and mailing address**

CHRISTOPHER C ARMSTRONG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 67.26

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.592 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 41.48 |
|---|---|---|---|

CHRISTOPHER D DUNLAP
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.593 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 467.37 |
|---|---|---|---|

CHRISTOPHER D ESCAMILLA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.594 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 44.00 |
|---|---|---|---|

CHRISTOPHER D MOUTON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.595 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 588.36 |
|---|---|---|---|

CHRISTOPHER H HORNSBY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.596 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 109.98 |
|---|---|---|---|

CHRISTOPHER J CHENEVERT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

| 3.597 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 258.39 |

CHRISTOPHER L ELARDO
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 85.00 |

CHRISTOPHER M PETERSEN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 120.00 |

CHRISTOPHER M REEDY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.600 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20.00 |

CHRISTOPHER R TURNER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 80.00 |

CHRISTOPHER W JENKINS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.602**

**Nonpriority creditor's name and mailing address**

CHRLTL
14800 CHARLSON RD, STE 1450
WHITNEY SPENCER
EDEN PRAIRIE, MN 55347

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.603**

**Nonpriority creditor's name and mailing address**

CHROMAFLO TECHNOLOGIES
PO BOX 18170
% AFS LOGISTICS LLC
SHREVEPORT, LA 71138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.604**

**Nonpriority creditor's name and mailing address**

CHUBB GROUP
436 WALNUT STREET
10TH FLOOR
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #K08805738

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 5738

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.605**

**Nonpriority creditor's name and mailing address**

CHUBB GROUP
436 WALNUT STREET
10TH FLOOR
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #K08806019

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 6019

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.606**

**Nonpriority creditor's name and mailing address**

CHUBB GROUP
436 WALNUT STREET
10TH FLOOR
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #K08907365

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 7365

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.607** **Nonpriority creditor's name and mailing address**

CHUBB GROUP
436 WALNUT STREET
10TH FLOOR
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #K08806068

$                                      Undetermined

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 6068 | ☑ No  ☐ Yes |

---

**3.608** **Nonpriority creditor's name and mailing address**

CHUBB GROUP
436 WALNUT STREET
10TH FLOOR
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #K09207090

$                                      Undetermined

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 7090 | ☑ No  ☐ Yes |

---

**3.609** **Nonpriority creditor's name and mailing address**

CHUBB GROUP
436 WALNUT STREET
10TH FLOOR
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #K0898993A

$                                      Undetermined

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 993A | ☑ No  ☐ Yes |

---

**3.610** **Nonpriority creditor's name and mailing address**

CHUBB GROUP
436 WALNUT STREET
10TH FLOOR
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #K08805982

$                                      Undetermined

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 5982 | ☑ No  ☐ Yes |

---

**3.611** **Nonpriority creditor's name and mailing address**

CHUBB GROUP
436 WALNUT STREET
10TH FLOOR
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #K08805957

$                                      Undetermined

| Date or dates debt was incurred | Undetermined | Is the claim subject to offset? |
|---|---|---|
| Last 4 digits of account number | 5957 | ☑ No  ☐ Yes |

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.612** | **Nonpriority creditor's name and mailing address**

CHUBB GROUP
436 WALNUT STREET
10TH FLOOR
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #K08805866

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 5866

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.613** | **Nonpriority creditor's name and mailing address**

CHUBB GROUP
436 WALNUT STREET
10TH FLOOR
PHILADELPHIA, PA 19107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #K08806056

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number** 6056

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.614** | **Nonpriority creditor's name and mailing address**

CHURAY, DANIEL J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.615** | **Nonpriority creditor's name and mailing address**

CHURCH & DWIGHT
500 CHARLES EWING BLVD
MORGAN WHITE
EWING, NJ 08628

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.616** | **Nonpriority creditor's name and mailing address**

CHURCH & DWIGHT CO INC
500 CHARLES EWING BLVD
MORGAN WHITE
EWING, NJ 08628

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|--------------------|-----------------------|----------------|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.617** | **Nonpriority creditor's name and mailing address**

CINDY L SWANGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.618** | **Nonpriority creditor's name and mailing address**

CIRCO INNOVATIONS C/O ECHO
600 W CHICAGO AVE STE 725
JANAU WASHINGTON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.619** | **Nonpriority creditor's name and mailing address**

CITI PRIVATE BANK WILLS WING MEXICO
201 S BISCAYNE BLVD STE 3100
MIAMI, FL 33131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.620** | **Nonpriority creditor's name and mailing address**

CITIZENS BANK, NATIONAL ASSOCIATION
1 CITIZENS PLAZA
PROVIDENCE, RI 02903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 449,534.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.621** | **Nonpriority creditor's name and mailing address**

CITY MACHINE AND WELDING
9701 W AMARILLO BLVD
KYLE HUDSPETH
OPERATIONS
AMARILLO, TX 79124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.622 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CITY OF SASKATOON
222 3RD AVE N
SASKATOON, SK S7K0J5
CANADA

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.623 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CITY OF THOUSAND OAKS
9600 SANTA ROSA RD
KIM SHERMAN
CAMARILLO, CA 93012

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.624 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CJ FOODS C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.625 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

CJPM ENTERPRISES
16755 ENCLAVE CIR
PATRICIA
NAPLES, FL 34110

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

---

| 3.626 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12.00 |
|---|---|---|---|

CLARK, GILBERT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

Debtor  Yellow Corporation
Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.627** | **Nonpriority creditor's name and mailing address**

CLASS EIGHT MANUFACTURING
1-40 AUDIA CT
VAUGHAN, ON L4K3N4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.628** | **Nonpriority creditor's name and mailing address**

CLEMENS, GERALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                 26.99

---

**3.629** | **Nonpriority creditor's name and mailing address**

CLIFF PERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                 17.96

---

**3.630** | **Nonpriority creditor's name and mailing address**

CLIFFORD A BALLARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                                203.44

---

**3.631** | **Nonpriority creditor's name and mailing address**

CLOUD POS SOLUTION
7076 E HORIZON DR
DAVID ZEPNICK
ORANGE, CA 92867

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.632** | **Nonpriority creditor's name and mailing address**

CLT1
255 FRONT CREEK RD
JENNY LYON
SALISBURY, NC 28146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.633** | **Nonpriority creditor's name and mailing address**

CNA SURETY
151 N FRANKLIN ST
17TH FLOOR
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #64784632N

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     632N

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.634** | **Nonpriority creditor's name and mailing address**

CNA SURETY
151 N FRANKLIN ST
17TH FLOOR
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #65152996N

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     996N

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.635** | **Nonpriority creditor's name and mailing address**

CNA SURETY
151 N FRANKLIN ST
17TH FLOOR
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #65074680N

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     680N

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.636** | **Nonpriority creditor's name and mailing address**

CNA SURETY
151 N FRANKLIN ST
17TH FLOOR
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #66287469N

$ _____ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     469N

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
Name

Case number *(if known)*   23-11069 (CTG)

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.637** **Nonpriority creditor's name and mailing address**

CNA SURETY
151 N FRANKLIN ST
17TH FLOOR
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #65748888N

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   888N

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.638** **Nonpriority creditor's name and mailing address**

CNA SURETY
151 N FRANKLIN ST
17TH FLOOR
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #65256018N

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   018N

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.639** **Nonpriority creditor's name and mailing address**

CNA SURETY
151 N FRANKLIN ST
17TH FLOOR
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #65288628N

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   628N

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.640** **Nonpriority creditor's name and mailing address**

CNA SURETY
151 N FRANKLIN ST
17TH FLOOR
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #65435817N

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   817N

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.641** **Nonpriority creditor's name and mailing address**

CNA SURETY
151 N FRANKLIN ST
17TH FLOOR
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #65067546N

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   546N

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.642 Nonpriority creditor's name and mailing address**

CNA SURETY
151 N FRANKLIN ST
17TH FLOOR
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #65387503N

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    503N

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.643 Nonpriority creditor's name and mailing address**

CNA SURETY
151 N FRANKLIN ST
17TH FLOOR
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #66532067N

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    067N

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.644 Nonpriority creditor's name and mailing address**

CNH
171 WEST WING STREET STE 204A
JOSEPH LUCARELLI
% CDS
ARLINGTON HEIGHTS, IL 60005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.645 Nonpriority creditor's name and mailing address**

COACH GLASS
91302 N COBURG INDUSTRIAL WAY
OKSANA HOLLOWAY
COBURG, OR 97408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.646 Nonpriority creditor's name and mailing address**

COAST GAURD EXCHANGE
PO BOX 250520
NASHALY ROSA
AGUADILLA, PR 00604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$     Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Corporation
          Name                                                    Case number (if known)    23-11069 (CTG)

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.647** | **Nonpriority creditor's name and mailing address**

COAST GUARD EXCHANGE
PO BOX 250520
NASHALY ROSA
AGUADILLA, PR 00604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.648** | **Nonpriority creditor's name and mailing address**

COAST TO COAST CARRIERS
PO BOX 110994
BROOKLYN, NY 11211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.649** | **Nonpriority creditor's name and mailing address**

COASTLINE CHEMICAL
30470 ENERGY DR
JONATHAN SHARPLEY
NEW CHURCH, VA 23415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.650** | **Nonpriority creditor's name and mailing address**

COAVA COFFEE C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.651** | **Nonpriority creditor's name and mailing address**

COBURNS
940 VISADOR RD
JASPER, TX 75951

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.652** | **Nonpriority creditor's name and mailing address**

COCA COLA
1001 GREAT SOUTHWEST PKWY
AKILAH FRANKLIN
ATLANTA, GA 30336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        Undetermined

---

**3.653** | **Nonpriority creditor's name and mailing address**

CODY C STACHLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        45.00

---

**3.654** | **Nonpriority creditor's name and mailing address**

COLBORN, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Simplified Employee Pension Plan Obligations (Non-Union): $21,758.22

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        21,758.22

---

**3.655** | **Nonpriority creditor's name and mailing address**

COLE J CALDWELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        157.53

---

**3.656** | **Nonpriority creditor's name and mailing address**

COLGATE PALMOLIVE
PO BOX 518
DONA A VIDAL
% CARGO CLAIMS
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.657** **Nonpriority creditor's name and mailing address**

COLOR AD INCORPORATED
7200 GARY RD
AMANDA BURES
MANASSAS, VA 20109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$      Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.658** **Nonpriority creditor's name and mailing address**

COLOR TONE POINT
619 FREDERICKSBURG RD
SAN ANTONIO, TX 78201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$      Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.659** **Nonpriority creditor's name and mailing address**

COLORADO STATE TREASURY
UNCLAIMED PROPERTY DIVISION
200 E COLFAX AVE, STE 141
DENVER, CO 80203-1722

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$      21.99

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.660** **Nonpriority creditor's name and mailing address**

COLUMBIA ALUMINUM PRODUCTS LLC
1150 W RINCON ST
SHANTEL NAVARRO
CORONA, CA 92880

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$      Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.661** **Nonpriority creditor's name and mailing address**

COLUMBUS MARBLE WORKS
PO BOX 791
COLUMBUS, MS 39705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$      Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name                                                                    Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.662**

**Nonpriority creditor's name and mailing address**

COME UP USA
12930 SE HWY 212
ROD BOGLE
CLACKAMAS, OR 97015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   Undetermined

---

**3.663**

**Nonpriority creditor's name and mailing address**

COMMERCE ROAD TERMINALS LLC
ATTN  ANGELA MAIDMENT
3901 WEST BROAD ST
RICHMOND, VA 23230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   113,707.47

---

**3.664**

**Nonpriority creditor's name and mailing address**

COMMERCIAL DISPLAY SYSTEMS
17341 SIERRA HWY
NORMA JUAREZ
CANYON COUNTRY, CA 91351

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   Undetermined

---

**3.665**

**Nonpriority creditor's name and mailing address**

COMMERCIAL WATER SPORTS
28 CLERMONT DR
ROB
CAPE MAY COURT HOUSE, NJ 08210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   Undetermined

---

**3.666**

**Nonpriority creditor's name and mailing address**

COMMUNICATION EXHIBITS, INC.
1119 MILAN ST N
CANAL FULTON, OH 44614

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   880.00

---

Debtor   Yellow Corporation
Name                                              Case number *(if known)*   23-11069 (CTG)

| Part 2: | Additional Page |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.667**

**Nonpriority creditor's name and mailing address**

COMPASS GROUP
JEFF FOX
3954 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.668**

**Nonpriority creditor's name and mailing address**

COMPLETE DISTRIBUTION SERVICES
PO BOX 230517
TIM MYSHAK
PORTLAND, OR 97281

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.669**

**Nonpriority creditor's name and mailing address**

COMPLETE SHIPPING SOLUTIONS
12759 149 ST NW
ADELINE PENG
CLAIMS
EDMONTON, AB T5L4M9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.670**

**Nonpriority creditor's name and mailing address**

COMPLIANCE PACKAGING INTERNATIONAL,
PO BOX 12201
COLUMBUS, OH 43212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.671**

**Nonpriority creditor's name and mailing address**

CONAIR LLC
50 MILLSTONE ROAD
BUILDING 100, SUITE 200
EAST WINDSOR, NJ 08520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.672** | **Nonpriority creditor's name and mailing address**

CONNECTICUT CLEAN ROOM CORP
PO BOX 840
BRISTOL, CT 06011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.673** | **Nonpriority creditor's name and mailing address**

CONNELL BULLOCK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 249.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.674** | **Nonpriority creditor's name and mailing address**

CONSPEC SYSTEMS INC
347 S BROAD ST
FLO MYERS
HUGHESVILLE, PA 17737

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.675** | **Nonpriority creditor's name and mailing address**

CONSTRUCTION SPECIALTIES
347 S BROAD ST
FLO MYERS
HUGHESVILLE, PA 17737

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.676** | **Nonpriority creditor's name and mailing address**

CONSTRUCTION SPECIALTIES INC
347 S BROAD ST
FLO MYERS
HUGHESVILLE, PA 17737

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.677** | **Nonpriority creditor's name and mailing address**

CONTACT TECHNOLOGIES INC
229 W CREEK RD
PAULA CUNNINGHAM
ST MARYS, PA 15857

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.678** | **Nonpriority creditor's name and mailing address**

CONTINENTAL POLY INC
767 INDUSTRIAL BLVD
SISSY
SUGAR LAND, TX 77478

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.679** | **Nonpriority creditor's name and mailing address**

CONTRACT PACKAGING ASSOCIATION
12930 WORLDGATE DR. STE 200
HERNDON, VA 20170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.680** | **Nonpriority creditor's name and mailing address**

CONTRACTORS HVAC
3145 S WASHINGTON ST
SALT LAKE CITY, UT 84115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.681** | **Nonpriority creditor's name and mailing address**

CONTRACTORS WARDROBE
26121 AVENUE HALL
VALENCIA, CA 91355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|--------|---------------------|--|------------------------|----------------|
| | Name | | | |

---

<table>
<tr><td colspan="2"><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td><td></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.682 | **Nonpriority creditor's name and mailing address**<br><br>CONVERGE ONE INC<br>NW 5806<br>PO BOX 1450<br>MINNEAPOLIS, MN 55485 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 83,137.79 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.683 | **Nonpriority creditor's name and mailing address**<br><br>COOK, ZACHARY<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Trade Payable | $ 11.70 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.684 | **Nonpriority creditor's name and mailing address**<br><br>COOKSON CO INC<br>1901 S LITCHFIELD RD<br>BARBARA DELONG<br>GOODYEAR, AZ 85338 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Cargo Claims | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.685 | **Nonpriority creditor's name and mailing address**<br><br>COOPER B LINE, INC.<br>29006 NETWORK PLACE<br>CHICAGO, IL 60673 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** Customer Claim | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☒ Yes | |

| 3.686 | **Nonpriority creditor's name and mailing address**<br><br>COOPER TEA COMPANY C/O ECHO<br>600 W CHICAGO AVE<br>JACQUELINE CARRUTHERS<br>CHICAGO, IL 60654 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:** Cargo Claims | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|-------------------|------------------------|----------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.687** **Nonpriority creditor's name and mailing address**

COORSTEK INCORPORATED
2449 RIVERSIDE PKWY
NATHAN SALVESEN
GRAND JUNCTION, CO 81505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.688** **Nonpriority creditor's name and mailing address**

COPYRIGHT CLEARANCE CENTER, INC.
29118 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 62,253.14

---

**3.689** **Nonpriority creditor's name and mailing address**

CORETEX PRODUCTS INC
1311 N MAIN AVE
ERWIN, TN 37650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.690** **Nonpriority creditor's name and mailing address**

CORETRUST PURCHASING GROUP LLC
ZEP MFG
P.O. BOX 631887
CINCINNATI, OH 45263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.691** **Nonpriority creditor's name and mailing address**

COREY P MCNEILL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 156.16

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.692** | **Nonpriority creditor's name and mailing address**

CORNELL COOKSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.693** | **Nonpriority creditor's name and mailing address**

CORNELL IRON WORKS INCORPORATE
24 ELMWOOD AVE
BARBARA DELONG
MOUNTAIN TOP, PA 18707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.694** | **Nonpriority creditor's name and mailing address**

CORPORATE LODGING CONSULTANTS INC
PO BOX 534722
ATLANTA, GA 30353

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 74,788.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.695** | **Nonpriority creditor's name and mailing address**

CORRELL INC
300 S HANCOCK ST
DIANA FITZERLAND
CHARLESTON, AR 72933

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.696** | **Nonpriority creditor's name and mailing address**

CORRIE MAC COLL NORTH AMERICA
150 BOUSH ST STE 800
STEPHANIE WILSON
NORFOLK, VA 23510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.697** | **Nonpriority creditor's name and mailing address**

CORTEZ N HUTCHERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                      45.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.698** | **Nonpriority creditor's name and mailing address**

CORY CLARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.699** | **Nonpriority creditor's name and mailing address**

CORY STEELE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                      35.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.700** | **Nonpriority creditor's name and mailing address**

COSMO APPLIANCES
5431 BROOKS ST
HELEN TRAN
MONTCLAIR, CA 91763

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.701** | **Nonpriority creditor's name and mailing address**

COSMO PRODUCTS
5431 BROOKS ST
HELEN TRAN
MONTCLAIR, CA 91763

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td colspan="2" style="background:black;color:white"><b>Part 2:</b></td><td><b>Additional Page</b></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.702** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8,237.80

COST CONTROL ASSOCIATES, INC.
175 BROAD STREET SUITE 166
QUEENSBURY, NY 12801

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.703** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 968.15

COTRAILER REPAIR SERVICES LLC
2501 S. OCEAN DRIVE UNIT 1530
HOLLYWOOD, FL 33019

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.704** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined

COTTONIMAGES.COM
10481 NW 28TH ST
LISSETTE HERRERA
MIAMI, FL 33172

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.705** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined

COTTRELL, MICHAEL
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.706** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined

COUNTER ASSAULT
120 INDUSTRIAL CT
ROBERT MCCALLUM
KALISPELL, MT 59901

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Corporation
          Name                                                        Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.707 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

COUNTRYWIDE EXPRESS C/O ECHO
600 W CHICAGO AVE
SHAKITA WEBB
CHICAGO, IL 60654

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 230.20 |
|---|---|---|---|---|

COURTNEY E YOUNGBLOOD
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

COVERT ELECTRIC SUPPLY
PO BOX 277
ALISHA BRIGANCE
JOPLIN, MO 64801

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

COXREELS INC
5865 S ASH AVE
KARINA GABINO
TEMPE, AZ 85283

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

COYOTE LOGISTICS
960 NORTH POINT PKWY STE 150
ALPHARETTA, GA 30005

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.712** **Nonpriority creditor's name and mailing address**

CR MOTORS
9775 INDUSTRIAL DRIVE, UNIT 111
BOHDAN RUDICH
HORACE, ND 58047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.713** **Nonpriority creditor's name and mailing address**

CRAIG STANLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  598.00

---

**3.714** **Nonpriority creditor's name and mailing address**

CRAVENS, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  277.00

---

**3.715** **Nonpriority creditor's name and mailing address**

CRAWFORD ELECTRIC SUPPLY
7701 W LITTLE YORK SUITE 800
DAMARIS VALTIERRA
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.716** **Nonpriority creditor's name and mailing address**

CRAYOLA LLC
3025 COMMERCE CENTER BLVD
MELVIN FORD
LOGISTICS
BETHLEHEM, PA 18015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

Debtor  Yellow Corporation
Name

Case number (if known)  23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.717** **Nonpriority creditor's name and mailing address**

CRC INDUSTRIES INC
86 RAILROAD DR
LORA GALLAGHER
IVYLAND, PA 18974

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.718** **Nonpriority creditor's name and mailing address**

CRC INDUSTRIES INC.
FINANCE: ATTENTION CONTROLLER
800 ENTERPRISE ROAD
HORSHAM, PA 19044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.719** **Nonpriority creditor's name and mailing address**

CREATIVE AT HOME
8028 ENTERPRISE ST
JAMES ULZII
BURNABY, BC V5A1V7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.720** **Nonpriority creditor's name and mailing address**

CREATIVE CAPITAL VENTURES, INC
1194 HARSH LN
JESSICA MEZA
CASTALIAN SPRINGS, TN 37031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.721** **Nonpriority creditor's name and mailing address**

CREATIVE CARPENTRY CONNECTION LLC
PO BOX 584
FISHKILL, NY 12524

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 24,376.78

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.722**

**Nonpriority creditor's name and mailing address**

CREATIVE HARDWOODS
11019 CR 26
MICHAEL MARINGER
ALTURA, MN 55910

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.723**

**Nonpriority creditor's name and mailing address**

CRESCENT CARDBOARD COMPANY
OSCAR RODRIGUEZ
100 W WILLOW RD
WHEELING, IL 60090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.724**

**Nonpriority creditor's name and mailing address**

CRIOLLO EXPRESS CORP
881 S ROSELLE RD
NATHALY IBARRA
SCHAUMBURG, IL 60193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.725**

**Nonpriority creditor's name and mailing address**

CRISTIAN M ALCAIDE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 36.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.726**

**Nonpriority creditor's name and mailing address**

CROWD CONTROL WAREHOUSE
300 ELM ST UNIT 1
BRETT ANDERSON
% TECH LOGISTICS
MILFORD, NH 03055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Yellow Corporation
         Name                                    Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.727** **Nonpriority creditor's name and mailing address**

CROWN ENTERPRISES
145 HUTTON RANCH RD
CROWN ENTERPRISES
AP
KALISPELL, MT 59901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.728** **Nonpriority creditor's name and mailing address**

CRST CARGO CLAIMS
PO BOX 68
CRST CARGO CLAIMS
CEDAR RAPIDS, IA 52406

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.729** **Nonpriority creditor's name and mailing address**

CRYPTO AERO INC
703 N K ST
ANNA
LAKE WORTH, FL 33460

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.730** **Nonpriority creditor's name and mailing address**

CRYSTORAMA, INC.
95 CANTIAGUE ROCK RD
CHRISTINE BALACKI
WESTBURY, NY 11590

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.731** **Nonpriority creditor's name and mailing address**

CSG SYSTEMS INC
P.O. BOX 850461
MINNEAPOLIS, MN 55485

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                138,527.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.732** **Nonpriority creditor's name and mailing address**

CTS
1915 VAUGHN ROAD
WENDY TELLIN
KENNESAW, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.733** **Nonpriority creditor's name and mailing address**

CULINRAY DEPOT
14 EXECUTIVE AVE
ECHO GLOBAL
EDISON, NJ 08817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.734** **Nonpriority creditor's name and mailing address**

CUMMINS CSSNA
PO BOX 518
KAREN MCCAULLEY
% UBER/TRANSPLACE CARGO CLAIMS
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.735** **Nonpriority creditor's name and mailing address**

CUMMINS INC
PO BOX 772639
DETROIT, MI 48277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.736** **Nonpriority creditor's name and mailing address**

CURLY HAIR SOLUTIONS
1275 FINCH AVE UNIT 515
STEVEN TORCH
TORONTO, ON M3J0L5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

Debtor    Yellow Corporation
          Name

Case number (if known)    23-11069 (CTG)

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.737** | **Nonpriority creditor's name and mailing address**

CURRENT LIGHTING SOLUTIONS LLC
11290 CANTU GALLEANO RANCH RD
VIKTORIA LACZKO
HLI SOLUTIONS, INC. 5C
MIRA LOMA, CA 91752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.738** | **Nonpriority creditor's name and mailing address**

CURTIS A RANGEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    59.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.739** | **Nonpriority creditor's name and mailing address**

CURTIS WRIGHT FLEET SOLUTIONS
482A SEWART ST
SOLOMON WILLIAMS
ATLANTIC BEACH, FL 32233

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.740** | **Nonpriority creditor's name and mailing address**

CUSTOM ACCESSORIES
5900 AMI DR, A/R DEPT
JULIE SOSNOWSKI
RICHMOND, IL 60071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.741** | **Nonpriority creditor's name and mailing address**

CUSTOM DOOR & MIRROR INC
148 MILBAR BLVD
TERRY MUTONE
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.742** | **Nonpriority creditor's name and mailing address**

CUSTOM SERVICE HARDWARE
N169W21008 MEADOW LN
JOSH KRUIT
JACKSON, WI 53037

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.743** | **Nonpriority creditor's name and mailing address**

CVS
FREIGHT PAYMENT COORDINATOR
ONE CVS DRIVE, MC5035
WOONSOCKET, RI 02895

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.744** | **Nonpriority creditor's name and mailing address**

CW RESOURCES
140 PRODUCTION CT
NEW BRITAIN, CT 06051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.745** | **Nonpriority creditor's name and mailing address**

CW RESOURCES INC
140 PRODUCTION CT
NEW BRITAIN, CT 06051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.746** | **Nonpriority creditor's name and mailing address**

CW WORLDWIDE INC
24560 S KINGS RD
THERESA JOHNSON
ACCOUNTING
CRETE, IL 60417

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.747** **Nonpriority creditor's name and mailing address**

CXTEC
PO BOX 5211 - DEPT 116003
BINGHAMTON, NY 13902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 1,794.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.748** **Nonpriority creditor's name and mailing address**

CYBER ACOUSTICS
3109 NE 109TH AVE
JENNIFER MACKAY
VANCOUVER, WA 98682

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.749** **Nonpriority creditor's name and mailing address**

CYCAN INDUSTRIES
313 BELL PARK DR
WOODSTOCK, GA 30188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.750** **Nonpriority creditor's name and mailing address**

CYNTHIA LA'CLARICE NORMAN-HANDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 310.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.751** **Nonpriority creditor's name and mailing address**

CYPRESS SALES PARTNERSHIP
2615 WENTZ AVE
SHIPPING CYPRESS SALES
SASKATOON, SK S7K5J1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.752 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

D F STAUFFER
4041 W GARRY AVE
CHRISTOPHER COWGUR
SANTA ANA, CA 92704

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.753 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

D F STAUFFER BISCUIT CO
10DWQMLW50Dx8vDw8gUF
YORK, PA 174020672

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.754 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

D.F. STAUFFERS
4041 W GARRY AVENUE
CHRISTOPHER COWGUR
SANTA ANA, CA 92704

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 214.15 |
|---|---|---|---|

D'AGOSTINO, TOM
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

DAIDO CORPORATION
1031 FRED WHITE BLVD
BROOKE FLEMING
PORTLAND, TN 37148

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.757 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

DAIKIN COMFORT TECHNOLOGIES
PO BOX 660063
DALLAS, TX 75266

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | | $ 37.86 |
|---|---|---|---|

DAILY, SAM
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | | $ 237.67 |
|---|---|---|---|

DAISHAWN M MCCULLER-SWAN
ADDRESS ON FILE

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DAISY NAIL PRODUCTS
3335 E LA PALMA AVE
MR. LOC
ANAHEIM, CA 92806

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.761 | **Nonpriority creditor's name and mailing address** | | $ Undetermined |
|---|---|---|---|

DAKIN COMFORT TECHNOLOGIES
PO BOX 660063
DALLAS, TX 75266

As of the petition filing date, the claim is: *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Yellow Corporation                                                    23-11069 (CTG)
         Name                                       Case number (if known)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.762** **Nonpriority creditor's name and mailing address**

DAKOTA SUPPLY GROUP
3021 E BROADWAY AVE
BISMARCK, ND 58501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.763** **Nonpriority creditor's name and mailing address**

DAL FARRA CO INC
1465 NW 97TH AVE
JUDITH DAL FARRA
MIAMI, FL 33172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.764** **Nonpriority creditor's name and mailing address**

DALE CURTIS REEVES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 44.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.765** **Nonpriority creditor's name and mailing address**

DALLAS L SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 105.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.766** **Nonpriority creditor's name and mailing address**

DALTON HASTEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.767 Nonpriority creditor's name and mailing address**
DAN BAILEY
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 10.59

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.768 Nonpriority creditor's name and mailing address**
DANCO SPORTS
4493 SW CARGO WAY
ROBIN PETERS
PALM CITY, FL 34990

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Cargo Claims

$ Undetermined

Date or dates debt was incurred          Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.769 Nonpriority creditor's name and mailing address**
DANIEL A HINES
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 213.06

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.770 Nonpriority creditor's name and mailing address**
DANIEL C DEVLIN JR
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 70.38

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.771 Nonpriority creditor's name and mailing address**
DANIEL CALKINS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 75.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.772** **Nonpriority creditor's name and mailing address**

DANIEL CELEDON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 82.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.773** **Nonpriority creditor's name and mailing address**

DANIEL G DEWICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60.84

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.774** **Nonpriority creditor's name and mailing address**

DANIEL L GRAHAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 25.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.775** **Nonpriority creditor's name and mailing address**

DANIEL LEYVA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 175.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.776** **Nonpriority creditor's name and mailing address**

DANIEL LYONS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 70.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.777** **Nonpriority creditor's name and mailing address**

DANIEL R BRISTOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                86.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.778** **Nonpriority creditor's name and mailing address**

DANIEL R DENARDO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$               288.49

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.779** **Nonpriority creditor's name and mailing address**

DANIEL SOTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                97.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.780** **Nonpriority creditor's name and mailing address**

DANIEL SUAREZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                80.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.781** **Nonpriority creditor's name and mailing address**

DANNY M HARRISON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 9.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.782 Nonpriority creditor's name and mailing address**

DAP PRODUCTS, INC.
KATHY BIELAS
2400 BOSTON ST
BALTIMORE, MD 21224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.783 Nonpriority creditor's name and mailing address**

DARIUS A MOODY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 19.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.784 Nonpriority creditor's name and mailing address**

DARLENE BURM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 261.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.785 Nonpriority creditor's name and mailing address**

DARLINE A OLDS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 67.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.786 Nonpriority creditor's name and mailing address**

DARREN C HAYES JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name                                              Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.787 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20.00 |
|---|---|---|---|
| | DARREN MABON<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.788 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 230.00 |
|---|---|---|---|
| | DARRIUS L JAMES<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.789 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 92.50 |
|---|---|---|---|
| | DARVEZ D JONES<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.790 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | DAS COMPANIES<br>891 GARVIN LN<br>JOHNATHAN IMBODEN<br>FRANKLIN, KY 42134 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | | **Basis for the claim:** Cargo Claims | |
| | **Date or dates debt was incurred**   Undetermined | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| 3.791 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3,947.50 |
|---|---|---|---|
| | DATA VIEW LLC<br>8612 N EASTERN AVE<br>KANSAS CITY, MO 64157 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

Debtor   Yellow Corporation
         Name                                                          Case number *(if known)*   23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.792 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 244,197.43 |
|---|---|---|---|

DATASITE LLC
733 MARQUETTE AVE STE 600
MINNEAPOLIS, MN 55402

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.793 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 220.06 |
|---|---|---|---|

DAVID A BENFER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.794 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,403.30 |
|---|---|---|---|

DAVID A DEWITT
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.795 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

DAVID AUBELE LLC
834 N LUDLUM DR
DELTONA, FL 32725

☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| 3.796 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 1,422.10 |
|---|---|---|---|

DAVID GERBER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Corporation | | | | 23-11069 (CTG) |
|---|---|---|---|---|---|
| | Name | | *Case number (if known)* | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.797** | **Nonpriority creditor's name and mailing address**

DAVID GLASS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 84.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.798** | **Nonpriority creditor's name and mailing address**

DAVID GOINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 158.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.799** | **Nonpriority creditor's name and mailing address**

DAVID GOULD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.800** | **Nonpriority creditor's name and mailing address**

DAVID HARRISON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.801** | **Nonpriority creditor's name and mailing address**

DAVID J CHAVEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 20.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.802** **Nonpriority creditor's name and mailing address**

DAVID J CLUFF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13.99

---

**3.803** **Nonpriority creditor's name and mailing address**

DAVID S WALKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 136.64

---

**3.804** **Nonpriority creditor's name and mailing address**

DAVID T KOCHIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 104.80

---

**3.805** **Nonpriority creditor's name and mailing address**

DAVID W LIVERGOOD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74.84

---

**3.806** **Nonpriority creditor's name and mailing address**

DAVIDSON, CORRIE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 211.75

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.807** | **Nonpriority creditor's name and mailing address**

DAVIS, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Potential Claim

$ _____ Undetermined

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.808** | **Nonpriority creditor's name and mailing address**

DAWSON INTERNATIONAL INC
3060 IRVING BLVD
DENNIS MELKUMOV
DALLAS, TX 75247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.809** | **Nonpriority creditor's name and mailing address**

DAY1
3280 LIGHTNER RD
JENNY LYON
VANDALIA, OH 45377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.810** | **Nonpriority creditor's name and mailing address**

DB MILLER % ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.811** | **Nonpriority creditor's name and mailing address**

DCS LINE NEW YORK
1009 ABBOTT BLVD
MIKE BAEK
FT LEE, NJ 07024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Yellow Corporation
                Name
                                                    *Case number (if known)*    23-11069 (CTG)

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.812** | **Nonpriority creditor's name and mailing address**

DD - QUOIZEL
6 CORPORATE PKWY
ALICIA HANNA
GOOSE CREEK, SC 29445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.813** | **Nonpriority creditor's name and mailing address**

DEALBEDS
2901 TITAN STE 102
ABE ISSA
ORLANDO, FL 32809

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.814** | **Nonpriority creditor's name and mailing address**

DEAN A PRESSLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    104.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.815** | **Nonpriority creditor's name and mailing address**

DEBRA K BASILE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    92.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.816** | **Nonpriority creditor's name and mailing address**

DECARLO F PHIFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    311.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.817**  **Nonpriority creditor's name and mailing address**

DECOR MOULDING
300 WIRELESS BLVD
LYONS
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.818**  **Nonpriority creditor's name and mailing address**

DEDRICK D UNDERWOOD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                53.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.819**  **Nonpriority creditor's name and mailing address**

DEE ZEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.820**  **Nonpriority creditor's name and mailing address**

DEERLAND PROBIOTICS & ENZYMES
3800 COBB INTL BLVD
JULIE SMOTHERMAN
KENNESAW, GA 30152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.821**  **Nonpriority creditor's name and mailing address**

DEFIANCE BOATS
5120 NIXON LOOP
ALISHA GOODWIN
BREMERTON, WA 98312

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|-------------------|------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.822** | **Nonpriority creditor's name and mailing address**

DEFLECTO INC
303 OXFORD ST STE A
JENNIFER MALTERER
DOVER, OH 44622

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.823** | **Nonpriority creditor's name and mailing address**

DEKRA SERVICES INC.
1945 THE EXCHANGE SE, SUITE 300
ATLANTA, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 221,394.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.824** | **Nonpriority creditor's name and mailing address**

DELAWARE DEPARTMENT OF FINANCE
OFFICE OF UNCLAIMED PROPERTY
PO BOX 8931
WILMINGTON, DE 19899-8931

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 2,000.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.825** | **Nonpriority creditor's name and mailing address**

DELFIELD CO
980 S ISABELLA RD
PAUL STANDRIDGE
MT PLEASANT, MI 48858

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.826** | **Nonpriority creditor's name and mailing address**

DELL D COVINGTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 50.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.827** **Nonpriority creditor's name and mailing address**

DELL MARKETING L.P.
C/O DELL USA L P
PO BOX 677654
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 182,849.42

---

**3.828** **Nonpriority creditor's name and mailing address**

DELLWO ROBERTS & SCANLON PS
1124 W RIVERSIDE STE 310
SPOKANE, WA 99201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

---

**3.829** **Nonpriority creditor's name and mailing address**

DELMAR INTERNATIONAL INC
10636 COTE DE LIESSE
PIYANART CHAYROOP
GROUND CLAIMS
LACHINE, QC H8T1A5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.830** **Nonpriority creditor's name and mailing address**

DELTA FAUCET
55 E 111TH ST
SARAH CAMPBELL
INDIANAPOLIS, IN 46280

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.831** **Nonpriority creditor's name and mailing address**

DELTA MOTORSPORTS
1522 E VICTORY ST STE 9
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|--------------------|-----------------------|----------------|
|        | Name               |                       |                |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.832** **Nonpriority creditor's name and mailing address**

DELTAMAX FREIGHT SYSTEMS
1915 VAUGHN ROAD
% CTS
KENNESAW, GA 30144

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.833** **Nonpriority creditor's name and mailing address**

DEMARCUS M COLEMAN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$    28.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.834** **Nonpriority creditor's name and mailing address**

DEMARQUES M TURNER
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$    454.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.835** **Nonpriority creditor's name and mailing address**

DEMARS, ORLANDO
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$    317.76

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.836** **Nonpriority creditor's name and mailing address**

DEMATIC CORP
507 PLYMOUTH AVE NE
ROB WEAKLEY
GRAND RAPIDS, MI 49505

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.837**

**Nonpriority creditor's name and mailing address**

DEMOUNTABLE CONCEPTS INC
200 LEO J MCCABE BLVD
ROBERT
GLASSBORO, NJ 08028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.838**

**Nonpriority creditor's name and mailing address**

DENNIS, BRUCE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    127.29

---

**3.839**

**Nonpriority creditor's name and mailing address**

DENNY MENHOLT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.840**

**Nonpriority creditor's name and mailing address**

DEPARTMENT OF AGRICULTURE
PO BOX 844477
LOS ANGELES, CA 90084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    108.00

---

**3.841**

**Nonpriority creditor's name and mailing address**

DEPARTMENT OF THE ARMY
BUILDING 74801 JIM AVENUE
HOLLIE BENSON
FORT HUACHUCA, AZ 85613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.842** **Nonpriority creditor's name and mailing address**

DEPCO INC
20 NEWTON PL
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.843** **Nonpriority creditor's name and mailing address**

DEREK E NYBERG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    20.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.844** **Nonpriority creditor's name and mailing address**

DERON HURD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    35.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.845** **Nonpriority creditor's name and mailing address**

DERRICK FRICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    395.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.846** **Nonpriority creditor's name and mailing address**

DERRILL BLANDFORD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    134.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.847** | **Nonpriority creditor's name and mailing address**

DESAREE COCCHIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.848** | **Nonpriority creditor's name and mailing address**

DESIGN HOLDINGS
2650 4TH AVE E STE 100
SHAKOPEE, MN 55379

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.849** | **Nonpriority creditor's name and mailing address**

DESIREE S HOLLIDAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    12.00

---

**3.850** | **Nonpriority creditor's name and mailing address**

DETEC SYSTEMS
7032 PORTAL WAY UNIT 150R6
JIM RICHARDS-AUSTIN
FERNDALE, WA 98248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.851** | **Nonpriority creditor's name and mailing address**

DEVIN T HAMLIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    164.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.852** | **Nonpriority creditor's name and mailing address**

DEXTER AXLE
301 W PEARL ST
FREMONT, IN 46737

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.853** | **Nonpriority creditor's name and mailing address**

DEZERAE DURANSO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Settlement Agreement

$                    16,265.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.854** | **Nonpriority creditor's name and mailing address**

DFW1
7243 GRADY NIBLO RD
JLYON1@CHEWY.COM
DALLAS, TX 75236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.855** | **Nonpriority creditor's name and mailing address**

DGL EXPORT INC
8505 NW 68TH ST
DANIELA ORTIZ
CUSTOMER SERVICE
MIAMI, FL 33166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.856** | **Nonpriority creditor's name and mailing address**

DH PACE COMPANY
1901 E. 119TH STREET
OLATHE, KS 66061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    4,224.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
Name

Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.857** | **Nonpriority creditor's name and mailing address**

DH PACE TAMPA
4951 TAMPA WEST BLVD
TYLER  MOORMAN
TAMPA, FL 33634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.858** | **Nonpriority creditor's name and mailing address**

DHALIWAL LABS C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.859** | **Nonpriority creditor's name and mailing address**

DHL SUPPLY CHAIN
1210 S. PINE ISLAND RD
NADIA RANKINE
% SAMSUNG
PLANTATION, FL 33324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.860** | **Nonpriority creditor's name and mailing address**

DHL SUPPLY CHAIN C/O SAMSUNG
1210 S PINE ISLAND RD
CHERYL WILSON
GBS INSURANCE & RISK MGMT
PLANTATION, FL 33324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.861** | **Nonpriority creditor's name and mailing address**

DIAMOND A SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ _____ 30.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.862** | **Nonpriority creditor's name and mailing address**

DIAZ ESPINOZA, RAFAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 155.51

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.863** | **Nonpriority creditor's name and mailing address**

DIAZ-CASTILLO, RAFAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 125.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.864** | **Nonpriority creditor's name and mailing address**

DICK'S SPORTING GOODS
LOGISTICS
345 COURT STREET
CORAOPOLIS, PA 15108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.865** | **Nonpriority creditor's name and mailing address**

DIGITAL ALPHA TECHNOLOGIES INC
100 OVERLOOK CTR FL 2
PRINCETON, NJ 08540

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 23,760.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.866** | **Nonpriority creditor's name and mailing address**

DIGITAL MEDIA INNOVATIONS LLC NOTIFIED
PO BOX 74007143
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3,793.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

| 3.867 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

DIGITAL MEDIA VENDING INTL LLC
400 MORRIS ST
ZACHARY GREEN
OPERATIONS
SEBASTOPOL, CA 95472

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.868 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

DIGITAL SHOVEL COMPOUND ADJECE
633 CORONATION DR
ISARLENE PEREZ
SCARBOROUGH, ON M1E2K4
CANADA

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.869 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

DINTO ELECTRICAL CONTRACTORS
2666 STATE ST SUITE
HAMDEN, CT 06517

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.870 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

DIRAK INC
9555 DISCOVERY BLVD STE 175
RICH SMITH
MANASSAS, VA 20109

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.871 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

DIRECT DELIVERIES
31805 TEMECULA PKWY
JOSEPH BORTFELD
TEMECULA, CA 92592

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.872 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | DIRECT PACK EAST, LLC<br>PO BOX 918829<br>JESSICA YOUNG<br>DENVER, CO 80291 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.873 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | DIRECTBUY<br>8450 BROADWAY<br>DIRECTBUY<br>MERRILLVILLE, IN 46410 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.874 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | DISCOVER BATTERY<br>10550 42ND ST SE UNIT 119<br>KITTY CHAN<br>CALGARY, AB T2C5C7<br>CANADA | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.875 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | DISNEY SUPPLY CHAIN MANAGEMENT<br>PO BOX 10275<br>MARG WILLIAMS<br>LAKE BUENA VISTA, FL 32830 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.876 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|
| | DISPLAYS 2 GO<br>81 COMMERCE DR<br>FALL RIVER, MA 02720 | ☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | |
| | **Date or dates debt was incurred**  Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Yellow Corporation | | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|---|
| | Name | | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.877**  **Nonpriority creditor's name and mailing address**

DISPLAYS2GO
81 COMMERCE DR
FALL RIVER, MA 02720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.878**  **Nonpriority creditor's name and mailing address**

DISTRIBUTION INTERNATIONAL
950 MAHAFFEY RD
MACKENZIE KENNEDY
PORT ALLEN, LA 70767

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.879**  **Nonpriority creditor's name and mailing address**

DISTRICT NO. 9, IAM PENSION PLAN
12365 ST. CHARLES ROCK ROAD
BRIDGETON, MO 63044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Open Litigation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.880**  **Nonpriority creditor's name and mailing address**

DMHC HANDYMAN CORP
974 COUNTRY CLUB
DAVID/LLAUSETINE
SAN JUAN, PR 00924

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.881**  **Nonpriority creditor's name and mailing address**

DMYTRO B LUKACHIK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 6.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Corporation
          Name

*(Case number (if known))*    23-11069 (CTG)

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.882** **Nonpriority creditor's name and mailing address**

DO IT BEST
1626 BROADWAY SUITE 100
MELISSA HOLIK
FT WAYNE, IN 46802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.883** **Nonpriority creditor's name and mailing address**

DO IT BEST
BRAD WEEMS
P.O. BOX 868
FT WAYNE, IN 46802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.884** **Nonpriority creditor's name and mailing address**

DO IT BEST CLAIMS
1626 BROADWAY SUITE 100
BRYAN WRIGHT
FT WAYNE, IN 46802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.885** **Nonpriority creditor's name and mailing address**

DO IT BEST CORPORATION
1626 BROAD WAY STE 100
RONDA YENNA
FT WAYNE, IN 468030868

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.886** **Nonpriority creditor's name and mailing address**

DO IT BEST INBOUND
1606 BROADWAY SUITE 100
STANLEY WILLIAMS
FT WAYNE, IN 46802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

<table>
<tr><td><strong>Part 2:</strong></td><td><strong>Additional Page</strong></td></tr>
</table>

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.887**  **Nonpriority creditor's name and mailing address**

DO IT CORPORATION  C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        Undetermined

---

**3.888**  **Nonpriority creditor's name and mailing address**

DODGE INDUSTRIAL C\O COLINX
1536 GENESIS RD
KAYLA HAYES
CLAIMS
CROSSVILLE, TN 38555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        Undetermined

---

**3.889**  **Nonpriority creditor's name and mailing address**

DODGE INDUSTRIAL INC
139 COX AVE
KAYLA HAYES
CLAIMS
CROSSVILLE, TN 38555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        Undetermined

---

**3.890**  **Nonpriority creditor's name and mailing address**

DOLLAR TREE
500 VOLVO PARKWAY
CHESAPEAKE, VA 23320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                        Undetermined

---

**3.891**  **Nonpriority creditor's name and mailing address**

DOLLAR TREE
INBOUND TRANSPORTATION DEPT.
500 VOLVO PKWY
CHESAPEAKE, VA 23320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                        Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.892** **Nonpriority creditor's name and mailing address**

DOLLAR TREE DISTRIBUTION
INBOUND TRANSPORTATION DEPT.
500 VOLVO PARKWAY
CHESAPEAKE, VA 23320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                Undetermined

---

**3.893** **Nonpriority creditor's name and mailing address**

DOMAINE CARNEROS LTD
1240 DUHIG RD
DARCIE SCHULTZ
NAPA, CA 94559

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.894** **Nonpriority creditor's name and mailing address**

DOMINION ELECTRIC SUPPLY
14605 LEE JACKSON HWY
BRIAN
RGA
CHANTILLY, VA 20151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.895** **Nonpriority creditor's name and mailing address**

DON RODGERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                91.82

---

**3.896** **Nonpriority creditor's name and mailing address**

DONALD ROBERTS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                95.00

---

| Debtor | Yellow Corporation | | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|---|
| | Name | | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.897** | **Nonpriority creditor's name and mailing address**

DONALD S CANIDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 60.00

---

**3.898** | **Nonpriority creditor's name and mailing address**

DONALD SCHULTZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16.04

---

**3.899** | **Nonpriority creditor's name and mailing address**

DONAVON H HENRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,066.25

---

**3.900** | **Nonpriority creditor's name and mailing address**

DONNELLEY FINANCIAL LLC
PO BOX 842282
BOSTON, MA 02284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 12,090.04

---

**3.901** | **Nonpriority creditor's name and mailing address**

DONNIE L COX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 110.00

---

Debtor  Yellow Corporation
Name

Case number (if known)  23-11069 (CTG)

| Part 2: | Additional Page |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

3.902  **Nonpriority creditor's name and mailing address**

DOOLINAMUSEMENTSUPPLYCO% ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.903  **Nonpriority creditor's name and mailing address**

DOORMART USA
98 HEYWARD ST
RACHEL JOSEPH
BROOKLYN, NY 11206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.904  **Nonpriority creditor's name and mailing address**

DOOSAN BOBCCI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.905  **Nonpriority creditor's name and mailing address**

DORMAN PRODUCTS
5559 N GRAHAM RD
JOSH FRANTZ
WHITELAND, IN 46184

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

3.906  **Nonpriority creditor's name and mailing address**

DORMAN PRODUCTS INC
25 DORMAN
JADE NOTARFRANCESCO
WARSAW, KY 41095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | 23-11069 (CTG) |
|---|---|---|---|
| | Name | Case number *(if known)* | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.907** **Nonpriority creditor's name and mailing address**

DOTCOM DISTRIBUTION
300 NIXON LN
DONNA HARGREAVES
EDISON, NJ 08837

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.908** **Nonpriority creditor's name and mailing address**

DOUBLESHOT COFFEE COMPANY
116 N QUANAH AVE
MARY FLEENOR
TULSA, OK 74127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.909** **Nonpriority creditor's name and mailing address**

DOUGLAS E GREENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 707.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.910** **Nonpriority creditor's name and mailing address**

DOUGLAS ERNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 47.96

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.911** **Nonpriority creditor's name and mailing address**

DOUGLAS J LANG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 407.41

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.912 Nonpriority creditor's name and mailing address**

DOUGLAS, TORACE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 200.31

---

**3.913 Nonpriority creditor's name and mailing address**

DOWN TO EARTH DIST
3030 JUDKINS RD
JEN DEVINE
EUGENE, OR 97403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.914 Nonpriority creditor's name and mailing address**

DR WOLFF USA DISTRIBUTION INC
228 PARK AVE S #25124
LEE BANTA
NEW YORK, NY 10003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.915 Nonpriority creditor's name and mailing address**

DRAY STAMPER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 5.14

---

**3.916 Nonpriority creditor's name and mailing address**

DREAM WEAVER
3510 CORPORATE DR
MELYNDA BARNES
A/P ATTN:  AMY CALLAHAN
DALTON, GA 30720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.917 Nonpriority creditor's name and mailing address**
DRO, ROBERT W
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.918 Nonpriority creditor's name and mailing address**
DRT TRANSPORTATION
850 HELEN DR
DRT
LEBANON, PA 17042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.919 Nonpriority creditor's name and mailing address**
DRUMMOND PRESS  C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.920 Nonpriority creditor's name and mailing address**
DSV AIR & SEA INC
1300 N ARLINGTON HEIGHTS RD SUITE 200
AMANDA SYLWESTZARK
ITASCA, IL 60143

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.921 Nonpriority creditor's name and mailing address**
DTN, LLC
26385 NETWORK PLACE
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,332.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.922**  **Nonpriority creditor's name and mailing address**

DUBOIS CHEMICALS
PO BOX 19749
% ODYSSEY LOGISTICS
CHARLOTTE, NC 28219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.923**  **Nonpriority creditor's name and mailing address**

DUGUAY, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.924**  **Nonpriority creditor's name and mailing address**

DUKE ENERGY CORP
24610 DETROIT RD STE 1200
JOE MONTES
WESTLAKE, OH 44145

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.925**  **Nonpriority creditor's name and mailing address**

DUKE MFG
420 AIRPORT RD.
SUSAN LEPAGE
% RETRANS FREIGHT
FALL RIVER, MA 02720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.926**  **Nonpriority creditor's name and mailing address**

DUN & BRADSTREET, INC
PO BOX 931197
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  401,240.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name
                                    Case number (if known)   23-11069 (CTG)

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.927** **Nonpriority creditor's name and mailing address**

DUPAGE TRADING COMPANY
335 E WARNER RD STE 1
JOHN YOCUM
CHANDLER, AZ 85225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 Undetermined

---

**3.928** **Nonpriority creditor's name and mailing address**

DUPAGE WATER CONDITIONING CO
27W250 NORTH AVE
KEN FRIEDLEY
W CHICAGO, IL 60185

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 Undetermined

---

**3.929** **Nonpriority creditor's name and mailing address**

DURACELL
1210 SOUTH PINE ISLAND
DEBRA FAIELLA
% DHL SUPPLY CHAIN
PLANTATION, FL 33324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 Undetermined

---

**3.930** **Nonpriority creditor's name and mailing address**

DURAVENT
877 COTTING CT
CALLIE SCHWEITZER
VACAVILLE, CA 95688

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 Undetermined

---

**3.931** **Nonpriority creditor's name and mailing address**

DURAVENT VACAVILLE PLANT 3510
877 COTTING CT
CALLIE SCHWEITZER
VACAVILLE, CA 95688

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                 Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.932** | **Nonpriority creditor's name and mailing address**

DURO DYNE
81 SPENCE STREET
JULIE
BAYSHORE, NY 11706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.933** | **Nonpriority creditor's name and mailing address**

DURO HILEX POLY LLC
PO BOX 518
C/O CARGO CLAIMS
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.934** | **Nonpriority creditor's name and mailing address**

DVAC SALES INC
200 VERDI ST UNIT B
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.935** | **Nonpriority creditor's name and mailing address**

D-VAC SALES INC
200 VERDI STREET UNIT B
NICOLE SEVERSON
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.936** | **Nonpriority creditor's name and mailing address**

DVCHAR IMPORTS INC
121 CARRINGSBY AV NW
CARLOS CHARMELL
CALGARY, AB T3P1S1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Yellow Corporation
        Name                                                                    Case number (if known)  23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.937 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 120.00 |
|---|---|---|---|

DYNAMERICAN
1011 LAKE RD
MEDINA, OH 44256

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.938 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

DYNO LOCOMOTIVE  C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.939 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

E L MUSTEE AND SONS INCORPORAT
5431 W 164TH ST
SCOTT MAGNANI
BROOK PARK, OH 44142

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.940 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

E S ROBBINS
2802 E AVALON AVE
LISA GRISSOM
MUSCLE SHOALS, AL 35661

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| 3.941 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

E W INDUSTRIES
BOX 336
BLAIR EMDE
IMPERIAL, SK S0G2J0
CANADA

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.942** **Nonpriority creditor's name and mailing address**

EAGLE EYE OUTFITTERS
441 NYPRO LN
DOTHAN, AL 36305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.943** **Nonpriority creditor's name and mailing address**

EAKEN, DOUGLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Retention Agreement (Non-Union): $20,000.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   20,000.00

---

**3.944** **Nonpriority creditor's name and mailing address**

EAN SERVICES LLC
PO BOX 402383
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   111,333.82

---

**3.945** **Nonpriority creditor's name and mailing address**

EARL E ARMSTRONG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   308.14

---

**3.946** **Nonpriority creditor's name and mailing address**

EARL L SLEDGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   216.41

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.947** | **Nonpriority creditor's name and mailing address**

EAST PENN MFG CO INC
50 JEFFERSON ST PO BOX147
AMANDA RIZZUTI
AMANDA RIZZUTI
TOPTON, PA 19562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.948** | **Nonpriority creditor's name and mailing address**

EASTVALE CA RDC
4000 HAMNER AVE
LENNOX INDUSTRIES INC
MIRA LOMA, CA 91752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.949** | **Nonpriority creditor's name and mailing address**

ECHO GLOBAL LOGISTICS
600 W CHICAGO AVE STE 725
ADIC HORTON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.950** | **Nonpriority creditor's name and mailing address**

ECHO GLOBAL LOGISTICS
MARK FRAUNE
12700 DOVER DRIVE
ST PAUL, MN 55124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.951** | **Nonpriority creditor's name and mailing address**

ECHO INC C/O ECHO GLOBAL
600 W CHICAGO AVE STE 725
NATASIA FIELDS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Yellow Corporation
Name

Case number (if known)   23-11069 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.952 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

ECONOCO CORPORATION
575 OAKRIDGE RD
ANDREA JONES
HAZLE TOWNSHIP, PA 18202

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.953 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 2,274.00 |
|---|---|---|---|---|

ECOVADIS SAS
43 AVENUE DE LA GRANDE ARMEE
PARIS, 75116
FRANCE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.954 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

ECOWATER C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.955 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

ECVC
2100 N GREENE ST
THOMAS HOWARD
GREENVILLE, NC 27834

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.956 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 25.00 |
|---|---|---|---|---|

ED BRAUN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| **3.957** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 309.17 |
|---|---|---|---|

ED GEORGIE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.958** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 59,901.67 |
|---|---|---|---|

EDINBURGH LOGISTICS ASSETS LLC
5 BRYANT PARK   28TH FL
NEW YORK, NY 10018

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.959** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

EDMAR MANUFACTURING INC
558 E 64TH ST
MICHAEL BLODGETT
HOLLAND, MI 49423

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.960** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 334.78 |
|---|---|---|---|

EDUARDO GRAJEDA
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.961** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 8.74 |
|---|---|---|---|

EDWARD JACKSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.962** **Nonpriority creditor's name and mailing address**

EDWARD KELLY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 85.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.963** **Nonpriority creditor's name and mailing address**

EDWARDS / KIDDE
1027 CORPORATE PARK DR
JANNY YOON
MEBANE, NC 27302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.964** **Nonpriority creditor's name and mailing address**

EDWIN D VELASQUEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 210.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.965** **Nonpriority creditor's name and mailing address**

EDWIN DANYO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 627.93

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.966** **Nonpriority creditor's name and mailing address**

EDWIN PRITCHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 22.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.967** **Nonpriority creditor's name and mailing address**

EGRISELDO HERNANDEZ
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$                    12.50

---

**3.968** **Nonpriority creditor's name and mailing address**

EGS FINANCIAL CARE
PO BOX 741030
LOS ANGELES, CA 90074

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$                 1,771.98

---

**3.969** **Nonpriority creditor's name and mailing address**

EILEEN C CARDENAS
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$                   155.82

---

**3.970** **Nonpriority creditor's name and mailing address**

ELECTRIC APPARATUS SERV ASSOC
P.O. BOX 801503
KANSAS CITY, MO 64180

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☐ No
☒ Yes

$                Undetermined

---

**3.971** **Nonpriority creditor's name and mailing address**

ELECTRO IMPULSE
1805 CORLIES AVE
THERESA CARMICHEAL
PURCHASING
NEPTUNE, NJ 07753

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

Is the claim subject to offset?
☒ No
☐ Yes

$                Undetermined

---

Debtor   Yellow Corporation
         Name                                                          Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.972**

**Nonpriority creditor's name and mailing address**

ELF COSMETICS % LYNNCO SUPPLY
2448 E 81ST ST, STE 2800
TULSA, OK 74137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.973**

**Nonpriority creditor's name and mailing address**

ELITE CRETE
DEBBIE SEELEY
1151 TRANSPORT DR
VALPARAISO, IN 46383

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.974**

**Nonpriority creditor's name and mailing address**

ELITE XPRESSIONS
2361 PEARSE DR
KIM WILSON
CORPUS CHRISTI, TX 78415

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.975**

**Nonpriority creditor's name and mailing address**

ELKI CORPORATION
6101 23RD DR W
ELIZABETH LIE
EVERETT, WA 98203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.976**

**Nonpriority creditor's name and mailing address**

ELMO USA CORP.
114 SOUTHFIELD PKWY STE 180
MICHAEL HERLING
FOREST PARK, GA 30297

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

### Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.977** **Nonpriority creditor's name and mailing address**

ELVERT L BROWN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 118.98

---

**3.978** **Nonpriority creditor's name and mailing address**

EMERGENCY SYSTEMS SERVICES CO
401 ONEILL RD
EDWARD DAVIS
QUAKERTOWN, PA 18951

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.979** **Nonpriority creditor's name and mailing address**

EMERSON HEALTHCARE
PO BOX 2208
SARAH NEWSOME
% GEODIS
BRENTWOOD, TN 37024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.980** **Nonpriority creditor's name and mailing address**

EMFLUENCE
1720 WYANDOTTE STREET
KANSAS CITY, MO 64108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,803.76

---

**3.981** **Nonpriority creditor's name and mailing address**

EMI CONSTRUCTION PRODUCTS
1122 INDUSTRIAL AVE
MICHAEL BLODGETT
HOLLAND, MI 49423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor    Yellow Corporation
          Name                                                    Case number (if known)    23-11069 (CTG)

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.982** | **Nonpriority creditor's name and mailing address**

EMPIRE FREIGHT LOGI
6567 KINNE RD
JILL DONOFRIO
DEWITT, NY 13214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.983** | **Nonpriority creditor's name and mailing address**

EMPIRE FREIGHT LOGISTICS
6567 KINNE RD
JILL DONOFRIO
DEWITT, NY 13214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.984** | **Nonpriority creditor's name and mailing address**

EMPLOYMENT ADVISORY SERVICES, INC.
1501 M STREET NW, SUITE 1000
WASHINGTON, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    46,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.985** | **Nonpriority creditor's name and mailing address**

ENCOMPAS CORPORATION
1512 GRAND BLVD
KANSAS CITY, MO 64108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    52,434.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.986** | **Nonpriority creditor's name and mailing address**

ENERGIZER
180 BARTRAM PKWY
CHARLEY JENSEN
FRANKLIN, IN 46131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.987** | **Nonpriority creditor's name and mailing address**

ENERGIZER BATTERY CO
533 MARYVILLE UNIVERSITY DR
ROBIN GARCIA
ST LOUIS, MO 63141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.988** | **Nonpriority creditor's name and mailing address**

ENERGIZER FRANKLIN DC
190 BARTRAM PKWY
CHARLEY JENSEN
FRANKLIN, IN 46131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.989** | **Nonpriority creditor's name and mailing address**

ENERSYS
1604 SOLUTIONS CENTER
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,727.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.990** | **Nonpriority creditor's name and mailing address**

ENGINEERED FLOORS
3201 N DALTON BYPASS
JO ANN FLOOD
DALTON, GA 30720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.991** | **Nonpriority creditor's name and mailing address**

ENGINEERED FLOORS LLC
3510 CORPORATE DR
TORREY MASCOTE
CLAIMS DEPT
DALTON, GA 30721

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.992** **Nonpriority creditor's name and mailing address**

ENGLAND LOGISTICS
1325 SO 4700 W
DANETTE HAMMOND
SALT LAKE CITY, UT 84104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.993** **Nonpriority creditor's name and mailing address**

ENGLEWOOD MARKETING GROUP
1471 PARTNERSHIP DR
PAULINE SCHMITZ
ACCOUNTS RECEIVABLE
GREEN BAY, WI 54304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.994** **Nonpriority creditor's name and mailing address**

ENRIQUE AGUILAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    168.60

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.995** **Nonpriority creditor's name and mailing address**

ENRIQUE L ROBLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    200.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.996** **Nonpriority creditor's name and mailing address**

ENTEC POLYMERS INC
1900 SUMMIT TOWER BLVD 900
REBEKAH KRAUSE
ORLANDO, FL 32810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.997** | **Nonpriority creditor's name and mailing address**

ENVOY LOGISTICS
PO BOX 2803
CASSIE TURNER
OSHKOSH, WI 54903

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.998** | **Nonpriority creditor's name and mailing address**

ENVOY LOGISTICS INC
2931 UNIVERSAL ST
ISAIAH SANCHEZ
OSHKOSH, WI 54904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.999** | **Nonpriority creditor's name and mailing address**

ENWORK
12900 CHRISTOPHER DR
RHODA GREENMAN-BATT
LOWELL, MI 49331

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.1000** | **Nonpriority creditor's name and mailing address**

EPES LTL
PO BOX 35884
TAMMY GLASCOE
GREENSBORO, NC 27425

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.1001** | **Nonpriority creditor's name and mailing address**

EQUINIX INC
PO BOX 736031
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     7,800.00

---

| Debtor | Yellow Corporation | | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.100 2**

**Nonpriority creditor's name and mailing address**

EQUIPMENT MAINTENANCE AND REPA
3210 52ND AVE
KEM BAKER
SACRAMENTO, CA 95823

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100 3**

**Nonpriority creditor's name and mailing address**

ERAY MEDICAL SUPPLIES INC
1340 LINCOLN AVE STE 12
FRANK ERSOZ
HOLBROOK, NY 11741

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100 4**

**Nonpriority creditor's name and mailing address**

ERB COMPANY INCORPORATED
1400 SENECA ST
JACKIE PAZ
BUFFALO, NY 14210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100 5**

**Nonpriority creditor's name and mailing address**

ERIC L HOUSTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  17.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

ERIC ROHRBACH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  152.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|---------------------|------------------------|----------------|
|        | Name                |                        |                |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.100 7** 

**Nonpriority creditor's name and mailing address**
ERIC THIELMANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    343.14

---

**3.100 8**

**Nonpriority creditor's name and mailing address**
ERICKSON N NAVAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     58.50

---

**3.100 9**

**Nonpriority creditor's name and mailing address**
ERIK C WILLIAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     86.50

---

**3.101 0**

**Nonpriority creditor's name and mailing address**
ERIN BAKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.101 1**

**Nonpriority creditor's name and mailing address**
ESCANABA SCHOOL DISTRICT/ LIGH
2220 20TH AVE N
CASEY SHACKELFORD
ESCANABA, MI 49829

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

Debtor    Yellow Corporation
Name                                                     Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.101
2**

**Nonpriority creditor's name and mailing address**

ESCO BUCYRUS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                            Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101
3**

**Nonpriority creditor's name and mailing address**

ESCO PRECISION
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                            Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101
4**

**Nonpriority creditor's name and mailing address**

ESHIPPING LLC
PO BOX 14126
JOSEPH AYALA
PARKVILLE, MO 64152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                            Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101
5**

**Nonpriority creditor's name and mailing address**

ESHIPPING, LLC - MO
P.O. BOX 14126
JOSEPH AYALA
PARKVILLE, MO 64152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                            Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101
6**

**Nonpriority creditor's name and mailing address**

ESQUARED TRADING
155 OBERLIN AVE N
SHNEUR SELENGUT
LAKEWOOD, NJ 08701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                            Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.101 7** **Nonpriority creditor's name and mailing address**

ESSENDANT CO AND AFFILIATES
ONE PARKWAY NORTH SUITE 100
ISABEL KELLY
% CORPORATE CARRIER RELATIONS
DEERFIELD, IL 60015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                           Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101 8** **Nonpriority creditor's name and mailing address**

ESSENDANT CO AND AFFILIATES AP
ONE PARKWAY NORTH SUITE 100
ANNIE PICKARD
% CORPORATE CARRIER RELATIONS
DEERFIELD, IL 60015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                           Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.101 9** **Nonpriority creditor's name and mailing address**

ESSENDANT CO AND AFFILIATES IK
ONE PARKWAY NORTH SUITE 100
ISABEL KELLY
% CORPORATE CARRIER RELATIONS
DEERFIELD, IL 60015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                           Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102 0** **Nonpriority creditor's name and mailing address**

ESSENDANT CO AND AFFILIATES SB
ONE PARKWAY NORTH SUITE 100
SHARON BROWN
% CORPORATE CARRIER RELATIONS
DEERFIELD, IL 60015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                           Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.102 1** **Nonpriority creditor's name and mailing address**

ESSENDANT CO. AND AFFILIATES  IK
ONE PARKWAY NORTH SUITE 100
ISABEL KELLY
% CORPORATE CARRIER RELATIONS
DEERFIELD, IL 60015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                           Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.102 2**

**Nonpriority creditor's name and mailing address**

ESSENDANT CO. AND AFFILIATES IK
ONE PARKWAY NORTH SUITE 100
% CORPORATE CARRIER RELATIONS
DEERFIELD, IL 60015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

ESSENDANT CO. AND AFFILIATES SB
ONE PARKWAY NORTH SUITE 100
% CORPORATE CARRIER RELATIONS
DEERFIELD, IL 60015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

ESSITY OPERATIONS WAUSAU LLC
PO BOX 2400
JENNIE BIGELOW
TRAFFIC
NEENAH, WI 54957

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

ESTA GENERAL MANAGER
JUDI DAITSMAN
PO BOX 23200 271 CADMAN PLAZA
BROOKLYN, NY 11202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

ESTES EXPRESS LINES
3901 WEST BROAD STREET
RICHMOND, VA 23230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 355,625.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 209 of 717

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.102 7** **Nonpriority creditor's name and mailing address**

ESTES TERMINALS LLC
PO BOX 25612
RICHMOND, VA 23260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 172,046.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 8** **Nonpriority creditor's name and mailing address**

ETHAN J GANNER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 48.63

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.102 9** **Nonpriority creditor's name and mailing address**

ETTORE
2100 N LOOP
ALMA BRYANT
ALAMEDA, CA 94502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 0** **Nonpriority creditor's name and mailing address**

EUGENE M LYLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 120.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 1** **Nonpriority creditor's name and mailing address**

EVANS DETAILING
208 E GRAND ST
ELLEN KORB
CHILTON, WI 53014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.103 2**

**Nonpriority creditor's name and mailing address**

EVAPORATED METAL FILM CORP
239 CHERRY ST
JENNIFER JOHNSON
FINANCE
ITHACA, NY 14850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 3**

**Nonpriority creditor's name and mailing address**

EVERARD V HUGHES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 182.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 4**

**Nonpriority creditor's name and mailing address**

EVO SYSTEMS
PO BOX 2208
JOANA PITRE
% GEODIS
BRENTWOOD, TN 37024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 5**

**Nonpriority creditor's name and mailing address**

EVOLUTION LOGISTICS
9800 NW 100TH RD STE 1
CLAUDIA FRANCO
MEDLEY, FL 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.103 6**

**Nonpriority creditor's name and mailing address**

EWING IRRIGATION PRODUCTS
9526 CORDOVA PARK RD
ALLIED SEED LLC
CORDOVA, TN 38018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.103 7**

**Nonpriority creditor's name and mailing address**
EWING, GERMAINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    30.94

---

**3.103 8**

**Nonpriority creditor's name and mailing address**
EX FREIGHT ZETA INC
2290 10TH AVE N STE 501
ANKIT KUMAR
CLAIMS
LAKE WORTH, FL 33461

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.103 9**

**Nonpriority creditor's name and mailing address**
EXCELLIGENCE LEARNING CORP
9350 METCALF AVE
JENNIFER ROUNTREE
% RYAN TRAN
OVERLAND PARK, KS 66212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.104 0**

**Nonpriority creditor's name and mailing address**
EXL SERVICE HOLDINGS INC
320 PARK AVENUE 29TH FLOOR
NEW YORK, NY 10022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 1,408,084.98

---

**3.104 1**

**Nonpriority creditor's name and mailing address**
EXL SERVICE IRELAND LIMITED
PO BOX 411451
BOSTON, MA 02241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 1,617,387.87

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.104 2

**Nonpriority creditor's name and mailing address**

EXOL PROPERTIES LLC
PO BOX 249
MEDINA, WA 98039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    27,960.13

---

### 3.104 3

**Nonpriority creditor's name and mailing address**

EXPEDITORS
1015 3RD AVE, FLR 12TH
SEATTLE, WA 981041190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

### 3.104 4

**Nonpriority creditor's name and mailing address**

EXPEDITORS CARGO INSURANCE
1015 3RD AVE, FLR 12TH
SEATTLE, WA 981041190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

### 3.104 5

**Nonpriority creditor's name and mailing address**

EXPEDITORS CARGO INSURANCE BROKERS
1015 3RD AVE, FLR 12TH
SEATTLE, WA 981041190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

### 3.104 6

**Nonpriority creditor's name and mailing address**

EXPEDITORS INTERNATIONAL
8410 W BOB BULLOCK LOOP
ANDREA DREXEL
TRANSCON
LAREDO, TX 78045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

Debtor   Yellow Corporation                                      Case number (if known)   23-11069 (CTG)
         Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.104 7**

**Nonpriority creditor's name and mailing address**

EXPEDITORS INTL OF WASHINGTON INC
1015 3RD AVE, FLR 12TH
SEATTLE, WA 981041190

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.104 8**

**Nonpriority creditor's name and mailing address**

EXPLORE CAREERS
DIVISION OF TEBER PTY LTD
,LEVEL 2, 163 EASTERN RD
SOUTH MELBOURNE, 3205
AUSTRALIA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    16,500.00

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

EXPRESS LANE SERVICE, INC.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    6,348.22

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

EXPRESS LOGISTICS
4651 121ST ST
HEIDI MARCHAND
URBANDALE, IA 50323

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

EXTREME DIMENSIONS
1920 W MALVERN AVE
DESTINEE CONSALVI
FULLERTON, CA 92833

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|-------------------|------------------------|----------------|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.105.2**

**Nonpriority creditor's name and mailing address**

EXTREME DIMENSIONS
TIM HANSON
1920 W MALVERN AVE
FULLERTON, CA 92833

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$   Undetermined

---

**3.105.3**

**Nonpriority creditor's name and mailing address**

EYDER VARGAS-AYON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   100.09

---

**3.105.4**

**Nonpriority creditor's name and mailing address**

F P WOLL & COMPANY
10060 SANDMEYER LN
PHILADELPHIA, PA 19116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.105.5**

**Nonpriority creditor's name and mailing address**

FAB GLASS
499 DOUGLUS RD E
TEHMAS BAIG
OLDSMAR, FL 34677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.105.6**

**Nonpriority creditor's name and mailing address**

FABIAN PASILLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   70.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.105 7** **Nonpriority creditor's name and mailing address**

FABRICATORS & MFR'S ASSOC.
P.O. BOX 7410183
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.105 8** **Nonpriority creditor's name and mailing address**

FACILITY SOLUTIONS GROUP INC
P.O. BOX 674491
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 812.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.105 9** **Nonpriority creditor's name and mailing address**

FACSIMILE PAPER CONNECTION
CERAMICA INDUSTRIAL ROAD 190
ODALYS MARIN
CAROLINA, PR 00983

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106 0** **Nonpriority creditor's name and mailing address**

FACTOR SYSTEMS, INC.
DBA BILL TRUST
75 REMITTANCE DRIVE
CHICAGO, IL 60675

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 284,572.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106 1** **Nonpriority creditor's name and mailing address**

FAIRING INDUSTRIAL INC
12340 EASTEND AVE
HUAI CHEN
CHINO, CA 91710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

### 3.106.2

**Nonpriority creditor's name and mailing address**

FAITH M BOSTICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,225.54

---

### 3.106.3

**Nonpriority creditor's name and mailing address**

FALETOLUPANAPA R TUPAI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 98.06

---

### 3.106.4

**Nonpriority creditor's name and mailing address**

FALL CREEK FOREST PRODUCTS INC
3012 MT BAKER HWY
ERIC COONS
BELLINGHAM, WA 98226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

### 3.106.5

**Nonpriority creditor's name and mailing address**

FALLS PLUMBING
525 E ANDERSON ST
CHEREE BOWDEN
IDAHO FALLS, ID 83401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

### 3.106.6

**Nonpriority creditor's name and mailing address**

FALVEY SHIPPERS INSURANCE
66 WHITECAP DR
JEREMY TRIELOFF
NORTH KINGSTOWN, RI 02852

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor    Yellow Corporation
          Name                                                    Case number (if known)    23-11069 (CTG)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

**3.106 7**

**Nonpriority creditor's name and mailing address**

FAMILY DOLLAR
ACCOUNTS RECEIVABLE
500 VOLVO PARKWAY
CHESAPEAKE, VA 23320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.106 8**

**Nonpriority creditor's name and mailing address**

FANTASTIC FLOOR
4818 NE 142ND ST
SERGEY NERONOV
VANCOUVER, WA 98686

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.106 9**

**Nonpriority creditor's name and mailing address**

FARIN C WILSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    35.05

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

FASTCAP
5016 PACIFIC HWY
FERNDALE, WA 98248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

FASTENAL
1009 POPLAR ST
DREW PHELPS
TERRE HAUTE, IN 47807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|-------------------|------------------------|----------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

### 3.107 2
**Nonpriority creditor's name and mailing address**

FASTENAL CANADA
178-815 66TH STREET E
DOM EUFEMIA
SASKATOON, SK S7P0E6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.107 3
**Nonpriority creditor's name and mailing address**

FB WRIGHT COMPANY
9999 MERCIER AVE
JODI SEPANIK
DEARBORN, MI 48121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.107 4
**Nonpriority creditor's name and mailing address**

FEDERAL CARTRIDGE
1 VISTA WAY
MARY MILBRATH
ANOKA, MN 55303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

### 3.107 5
**Nonpriority creditor's name and mailing address**

FEDERAL SIGNAL CORPORATION
LESLIE QUIRK
2645 FEDERAL SIGNAL DR
UNIVERSITY PARK, IL 60484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

### 3.107 6
**Nonpriority creditor's name and mailing address**

FEDERATED LOGISTICS
DONNA DUKES
219 PERIMETER CENTER PKWY.
ATLANTA, GA 30346

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

FEMA SERVICES CORPORATION, INC
1000 EXECUTIVE PKWY, STE 100
ST LOUIS, MO 63141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

FERGUSON ENTERPRISES
FREIGHT-TREASURY DEPT.
12500 JEFFERSON AVE
NEWPORT NEWS, VA 23602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

FESCO DISTRIBUTORS
1 REWE ST
JANIS BENHAIM
BROOKLYN, NY 11211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

FESCO WAREHOUSE
1 REWE ST
JANIS BENHAIM
BROOKLYN, NY 11211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

FIDEL JIMENEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    310.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.108 2**

**Nonpriority creditor's name and mailing address**

FIDEL LOPEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                32.74

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 3**

**Nonpriority creditor's name and mailing address**

FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC.
OPERATIONS CO INC   (ACCT #5956927)
PO BOX 73307
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$           15,770.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 4**

**Nonpriority creditor's name and mailing address**

FILTRAMAX
215 BRUNSWICK BLVD
JAYESH PATEL
POINTE CLAIRE, QC H9R4R7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$            Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 5**

**Nonpriority creditor's name and mailing address**

FINE TERROIR SELECTIONS
127 ECHO LAKE RD
JANET TOOMBS
WATERTOWN, CT 06795

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$            Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.108 6**

**Nonpriority creditor's name and mailing address**

FINELINE SETTINGS
135 CROTTY RD SUITE 1
MIDDLETOWN, NY 10941

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$            Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

### 3.1087

**Nonpriority creditor's name and mailing address**

FINLAYSON LOGISTICS ASSETS LLC
C/O CUSHMAN& WAKEFIELD
575 MARYVILLE CENTRE DRIVE SUITE 500
ST LOUIS, MO 63141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 80,229.51

### 3.1088

**Nonpriority creditor's name and mailing address**

FIOCCHI
MARTI
6930 N FREMONT RD
OZARK, MO 65721

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

### 3.1089

**Nonpriority creditor's name and mailing address**

FIRE STATION OUTFITTERS
331 WEYER RD
DAVE WOODS
MODESTO, CA 95357

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

### 3.1090

**Nonpriority creditor's name and mailing address**

FIRE VENT LLC
5998 MORGAN MILL RD
ROD TEMPLE
CARSON CITY, NV 89701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

### 3.1091

**Nonpriority creditor's name and mailing address**

FIRESTONE BUILDING PRODUCTS COMPANY
PO BOX 93661
BRAD BRISKEY
GL 8002333 / PC 100000
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

Debtor   Yellow Corporation
Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.109 2**

**Nonpriority creditor's name and mailing address**

FIRMAN POWER EQUIPMENT INC
2801 LAWNDALE DR
SHELLIANN SMARR
GREENSBORO, NC 27408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109 3**

**Nonpriority creditor's name and mailing address**

FIRST ADVANTAGE BACKGROUND SERVICES CORP
PO BOX 403532
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   120,056.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109 4**

**Nonpriority creditor's name and mailing address**

FIRST TEAM INC
902 COREY RD
SAMANTHA GREEN
HUTCHINSON, KS 67501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109 5**

**Nonpriority creditor's name and mailing address**

FIS AVANTGARD LLC
PO BOX 4535
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   44,749.64

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.109 6**

**Nonpriority creditor's name and mailing address**

FISHER & PAYKEL / DYNAMIC COOK
9100 S AUSTIN DR
LIZBETH DORALIH VARGAS SANTOS
PURCHASING
PHARR, TX 78577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Yellow Corporation
        Name

Case number (if known)  23-11069 (CTG)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

---

**3.1097**

**Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC
300 INDUSTRY DR
FREIGHT CLAIMS DEPT
PITTSBURGH, PA 15275

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.1098**

**Nonpriority creditor's name and mailing address**

FISHER SCIENTIFIC LTD
111 SCOTIA CT
WHITBY CLAIMS
WHITBY, ON L1N6J6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.1099**

**Nonpriority creditor's name and mailing address**

FITNESS SUPERSTORE
537 STONE RD STE F
MANUEL
BENICIA, CA 94510

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.1100**

**Nonpriority creditor's name and mailing address**

FITZMARK
950 DORMAN ST
MORGAN ELDER
INDIANAPOLIS, IN 46202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.1101**

**Nonpriority creditor's name and mailing address**

FIVE STAR FOOD
32890 MANOR PARK DR
OMAR ALMERJI
GARDEN CITY, MI 48135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.110 2**

**Nonpriority creditor's name and mailing address**

FIVE STAR MITSUBISHI
1200 LOGAN BLVD
ALTOONA, PA 16602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110 3**

**Nonpriority creditor's name and mailing address**

FLAIR FLEXIBLE PACKAGING
2605 S LAKELAND DR
BONGHI SON
BONGHI SON
APPLETON, WI 54915

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

FLANNERY INC
7400 OAK GROVE ROAD
FORT WORTH, TX 76140

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

FLASH 4
730 RED IRON RD
JESSICA ZEMAN
BLACK RIVER FALLS, WI 54615

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

FLAT WORLD GLOBAL SOLUTIONS
2342 TECHNOLOGY DRIVE STE 310
% DISTRIBUTION MANAGEMENT INC
O FALLON, MO 63368

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Yellow Corporation
          Name
                                                    Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.110 7** **Nonpriority creditor's name and mailing address**

FLAVORS OF THE SUN
3431 E WILLOW SPRINGS DR
WASHINGTON, UT 84780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.110 8** **Nonpriority creditor's name and mailing address**

FLEETPRIDE
600 E LAS COLINAS BLVD 400
JAEDON GALLAGHER
FLEETPRIDE
IRVING, TX 75039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.110 9** **Nonpriority creditor's name and mailing address**

FLEETPRIDE
PO BOX 847118
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    77,538.50

---

**3.111 0** **Nonpriority creditor's name and mailing address**

FLEMING L KNIGHT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    30.00

---

**3.111 1** **Nonpriority creditor's name and mailing address**

FLI INC
12980 METCALF AVE STE 240
AMY JOHANSEN
OVERLAND PARK, KS 66213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.111 2**   **Nonpriority creditor's name and mailing address**

FLOCOR INC
765 GODIN AVE
NATHALIE AVALLET
QUEBEC, QC G1M2W8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.111 3**   **Nonpriority creditor's name and mailing address**

FLORIDA WHOLESALE SUNGLASSES
1926 18TH ST
SARASOTA, FL 34234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.111 4**   **Nonpriority creditor's name and mailing address**

FLOUR MARINE PROPULSION
814 PITTSBURGH MCKEESPORT BLVD
W MIFFLIN, PA 15122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.111 5**   **Nonpriority creditor's name and mailing address**

FLS TRANSPORTATION SERVICES
400 SAINTECROIX AVE
TED TOUSIGNANT
ST LAURENT, QC H4N3L4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.111 6**   **Nonpriority creditor's name and mailing address**

FLUIDRA C/O ECHO
600 W CHICAGO AVE STE 725
JANAU WASHINGTON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

Debtor   Yellow Corporation
Name

Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.111 7**

**Nonpriority creditor's name and mailing address**

FOLDCRAFT
TRAFFIC MANAGER
615 CENTENNIAL DR
KENYON, MN 55946

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.111 8**

**Nonpriority creditor's name and mailing address**

FOOD INDUSTRY SUPPLIERS ASSOC
FISA
1207 SUNSET DRIVE
GREENSBORO, NC 27408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.111 9**

**Nonpriority creditor's name and mailing address**

FOOD PROCESSING SUPPLIERS
1451 DOLLEY MADISON BLVD STE 200
MCLEAN, VA 22101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.112 0**

**Nonpriority creditor's name and mailing address**

FORD
PO BOX 78158
% SCHNEIDER LOGISTICS INC
MILWAUKEE, WI 53278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.112 1**

**Nonpriority creditor's name and mailing address**

FORD INBOUND
PO BOX 78158
KATERINA HYKLOVA
% SCHNEIDER LOGISTICS INC
MILWAUKEE, WI 53278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.112 2**

**Nonpriority creditor's name and mailing address**

FORD, RICKY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    387.20

---

**3.112 3**

**Nonpriority creditor's name and mailing address**

FORE CANS LLC
6101 THREE CHOPT RD
TURNER LEWIS
RICHMOND, VA 23226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.112 4**

**Nonpriority creditor's name and mailing address**

FOREST RIVER INC
201 W ELM ST
BROOKE SHAW
MILLERSBURG, IN 46543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.112 5**

**Nonpriority creditor's name and mailing address**

FORGING INDUSTRY ASSOC.
ANDREW ZIELINKSI
6363 OAK TREE BLVD
INDEPENDENCE, OH 44131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$    Undetermined

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

FORREST S GRESHAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    52.53

---

Debtor   Yellow Corporation
         Name                                          Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.112 7** Nonpriority creditor's name and mailing address

FORT WORTH FREIGHTLINER-STERLI
1804 NE LOOP 820
WILLIAM WARD
PARTS
FT WORTH, TX 76106

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Cargo Claims

$                     Undetermined

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.112 8** Nonpriority creditor's name and mailing address

FOTO ELECTRIC SUPPLY
1 REWE ST
JANIS BENHAIM
BROOKLYN, NY 11211

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Cargo Claims

$                     Undetermined

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.112 9** Nonpriority creditor's name and mailing address

FOUNDATION CONSUMER HEALTHCARE
PO BOX 2208
SARAH NEWSOME
% GEODIS
BRENTWOOD, TN 37024

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Cargo Claims

$                     Undetermined

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.113 0** Nonpriority creditor's name and mailing address

FOURKITES, INC.
P.O BOX 8365
PASADENA, CA 91109

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                     11,250.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.113 1** Nonpriority creditor's name and mailing address

FPDA
COURNEY TRUELOVE
529 14TH STREET NW SUIE 1280
WASHINGTON, DC 20045

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Claim

$                     Undetermined

Date or dates debt was incurred   Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 2**

**Nonpriority creditor's name and mailing address**
FRANCISCO A VILLEDA AREVALO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 339.90

---

**3.113 3**

**Nonpriority creditor's name and mailing address**
FRANCISCO CANALES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 187.90

---

**3.113 4**

**Nonpriority creditor's name and mailing address**
FRANK DOOR COMPANY
413 HOWARD BLVD
DANA ELLIOTT
NEWPORT, NC 28570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.113 5**

**Nonpriority creditor's name and mailing address**
FRANK H BARRERA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 316.75

---

**3.113 6**

**Nonpriority creditor's name and mailing address**
FRANK KASMIR & ASSOCIATES INCO
3191 COMMONWEALTH DR
MICHAEL GELACIO
DALLAS, TX 75247

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.113 7**

**Nonpriority creditor's name and mailing address**

FRANKE FOODSERVICE SYSTEMS INC
LOGISTICS
800 AVIATION PKWY
SMYRNA, TN 37167

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

FRANKLIN NATIONAL LLC
400 CLEMATIS ST STE 203
BOB TAYLOR
W PALM BEACH, FL 33401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.113 9**

**Nonpriority creditor's name and mailing address**

FREDRICK D FREEMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 360.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114 0**

**Nonpriority creditor's name and mailing address**

FREDRICK F YOUNG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 114.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.114 1**

**Nonpriority creditor's name and mailing address**

FREDRICK K RIDLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 452.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.114 2**

**Nonpriority creditor's name and mailing address**

FREEDOM CONCEPTS
2087 PLESSIS RD
MIKE BINDA
WINNIPEG, MB R3W1S4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.114 3**

**Nonpriority creditor's name and mailing address**

FREEDOM DISTRIBUTION LLC
4225 WARD COVE DR
RENA ALEXANDER
NICEVILLE, FL 32578

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.114 4**

**Nonpriority creditor's name and mailing address**

FREEPORT FORWARDING INC
11320 STATE ROUTE 9
CHAMPLAIN, NY 12919

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.114 5**

**Nonpriority creditor's name and mailing address**

FREIGHT & LOGISTICS
7240 CRIDER AVE
RACHEL LIBERMAN
PICO RIVERA, CA 90660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.114 6**

**Nonpriority creditor's name and mailing address**

FREIGHT AND LOGISTICS C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.114 7**

**Nonpriority creditor's name and mailing address**

FREIGHT CLUB, LLC
4170 STILL CREEK DR
BEA HIMOR
CLAIMS
BURNABY, BC V5C6C6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

FREIGHT LINE PROPERTIES, LLC
3863 E BROCKBANK DR
SALT LAKE CITY, UT 84124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 31,519.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

FREIGHT MANAGEMENT INC
BOB WALTERS
2900 E LA PALMA AVE
ANAHEIM, CA 92806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

FREIGHTARY
5559 NW BARRY RD STE 418
MARK MCCULLOUGH
KANSAS CITY, MO 64154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

FREIGHTCOM
77 PILLSWORTH RD UNIT 1
FREIGHTCOM CLAIMS
FREIGHTCOM CLAIMS
BOLTON, ON L7E4G4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor   Yellow Corporation
         Name
                                                      Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

FREIGHTCOM INC.
77 PILLSWORTH RD UNIT 1 BOLTO
FREIGHTCOM CLAIMS
FREIGHTCOM CLAIMS
BOLTON, ON L7E4G4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

FREIGHTERA LOGISTICS INC.
40855 WATER ST OFC 8036
YOVANA BIGA
VANCOUVER, BC V6B1A1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 4**

**Nonpriority creditor's name and mailing address**

FREIGHTLINER OF ALTOONA
424 KUHN LANE
DUNCANSVILLE, PA 16635

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,900.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 5**

**Nonpriority creditor's name and mailing address**

FREIGHTPOP
1 RANCHO CIR
BERE SAINZ
LAKE FOREST, CA 92630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

FREIGHTQUOTE
901 W CARONDELET DR
WHITNEY SPENCER
KANSAS CITY, MO 64114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.115 7**

**Nonpriority creditor's name and mailing address**

FREIGHTQUOTE.COM
PO BOX 7001
OVERLAND PARK, KS 66207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

FREIGHTSIMPLE TECHNOLOGIES INC
422 RICHARDS ST STE 170
AMY
VANCOUVER, BC V6B2Z4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

FREIGHTWISE
214 CENTERVIEW DR STE 100
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 0**

**Nonpriority creditor's name and mailing address**

FREUDENBERG HOUSEHOLD PRODUCTS
POBOX 73181
RENE LEE
AURORA, IL 60502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.116 1**

**Nonpriority creditor's name and mailing address**

FRIEDRICH AIR CONDITIONING
10001 REUNION PL
ABBEY GARCIA
SAN ANTONIO, TX 78216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.116 2**

**Nonpriority creditor's name and mailing address**

FRONTIER
PO BOX 740407
CINCINNATI, OH 45274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 824.52

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 3**

**Nonpriority creditor's name and mailing address**

FRY COMMUNICATIONS
800 W CHURCH RD
MECHANICSBURG, PA 17055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.116 4**

**Nonpriority creditor's name and mailing address**

FULLEST LLC
15600 BLACKBURN AVE
JEFF SHEN
SUPPORT
NORWALK, CA 90650

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 5**

**Nonpriority creditor's name and mailing address**

FUSION TRANSPORT
276 OLD NEW BRUNSWICK RD
GTLI WAREHOUSE
PISCATAWAY, NJ 08854

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.116 6**

**Nonpriority creditor's name and mailing address**

G.W. BECKER INC
2600 KIRILA BLVD
HERMITAGE, PA 16148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.116 7**

**Nonpriority creditor's name and mailing address**
GABRIEL BARON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 485.61

---

**3.116 8**

**Nonpriority creditor's name and mailing address**
GABRIEL D PAYNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20.00

---

**3.116 9**

**Nonpriority creditor's name and mailing address**
GABRIEL E PORRAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30.00

---

**3.117 0**

**Nonpriority creditor's name and mailing address**
GADDI MORENO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 119.97

---

**3.117 1**

**Nonpriority creditor's name and mailing address**
GALLATIN SUBARU
31910 FRONTAGE RD
BOZEMAN, MT 59715

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 2**   **Nonpriority creditor's name and mailing address**

GARLAND A GREEN JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 3**   **Nonpriority creditor's name and mailing address**

GARNER, RICKEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   133.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 4**   **Nonpriority creditor's name and mailing address**

GARTNER, INC.
PO BOX 911319
DALLAS, TX 75391

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   18,265.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 5**   **Nonpriority creditor's name and mailing address**

GARY A SLONE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   59.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.117 6**   **Nonpriority creditor's name and mailing address**

GARY FRALICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$   40.42

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.117 7** | **Nonpriority creditor's name and mailing address**
GARY L HEAFNER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 232.02

---

**3.117 8** | **Nonpriority creditor's name and mailing address**
GARY OLIVER.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32.11

---

**3.117 9** | **Nonpriority creditor's name and mailing address**
GARY PLATT C O ECHO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.118 0** | **Nonpriority creditor's name and mailing address**
GARY S STUBBS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 170.04

---

**3.118 1** | **Nonpriority creditor's name and mailing address**
GARY WARREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19.40

---

Debtor    Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.118 2**

**Nonpriority creditor's name and mailing address**

GAS FIRED PRODUCTS
1700 PARKER DR
LILY VELOZ
CHARLOTTE, NC 28208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.118 3**

**Nonpriority creditor's name and mailing address**

GE APPLIANCE
28899 NETWORK PL
KENNY HINKLEY
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.118 4**

**Nonpriority creditor's name and mailing address**

GE APPLIANCES
28899 NETWORK PL
JODIE MACK
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.118 5**

**Nonpriority creditor's name and mailing address**

GEBRUDER WEISS INC
1020 N WOOD DALE RD
PETER FISCHETTI
DOMESTIC
WOOD DALE, IL 60191

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.118 6**

**Nonpriority creditor's name and mailing address**

GEISER GUNS INC
170 LENKER AVE
SUNBURY, PA 17801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.118 7**

**Nonpriority creditor's name and mailing address**

GEMARIO J HARRIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 142.00

---

**3.118 8**

**Nonpriority creditor's name and mailing address**

GEMSA OILS
600 W CHICAGO AVE STE 725
SHALON COLEMAN
% ECHOGLOBAL LOGISTICS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.118 9**

**Nonpriority creditor's name and mailing address**

GENERAL EQUIPMENT & SUPPLY CO
2204 INDUSTRIAL DR
CALEB KARG
SULPHUR, LA 70665

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.119 0**

**Nonpriority creditor's name and mailing address**

GENERAL EQUIPMENT AND SUPPLY I
3423 FORK SHOALS RD
JASON MCALISTER
SIMPSONVILLE, SC 29681

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.119 1**

**Nonpriority creditor's name and mailing address**

GENERAL SERVICES ADMIN
PO BOX 979009
ST LOUIS, MO 63197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

Debtor    Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.119 2** Nonpriority creditor's name and mailing address

GENERAL SERVICES ADMIN.
PO BOX 979009
ST LOUIS, MO 63197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.119 3** Nonpriority creditor's name and mailing address

GENERALWHOLESALECOMPANY % ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119 4** Nonpriority creditor's name and mailing address

GENESEE AND WYOMING INC.
KRISTINE STORM, SUITE 300
13901 SUTTON PARK DR S, BLDG A
JACKSONVILLE, FL 32224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.119 5** Nonpriority creditor's name and mailing address

GENSCO INC
4502 20TH STE
KIM ROONEY
FREIGHT CLAIMS
FIFE, WA 98424

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.119 6** Nonpriority creditor's name and mailing address

GEORGE BOWEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 146.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.119 7** | **Nonpriority creditor's name and mailing address**

GEORGE E JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 225.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 8** | **Nonpriority creditor's name and mailing address**

GEORGE SANDAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.119 9** | **Nonpriority creditor's name and mailing address**

GEORGE T SHEARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 282.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 0** | **Nonpriority creditor's name and mailing address**

GEORGIA DEPARTMENT OF REVENUE
UNCLAIMED PROPERTY PROGRAM
4125 WELCOME ALL RD STE 701
ATLANTA, GA 30349-1824

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 751.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.120 1** | **Nonpriority creditor's name and mailing address**

GERALD L SWOPE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 70.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.120 2**

**Nonpriority creditor's name and mailing address**

GERARDO CASTRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 332.32

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

GERHARZ EQUIPMENT
220 TEALL AVE
NIKITAS SKOPELITIS
SYRACUSE, NY 13210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

GERI CARE
1295 TOWBIN AVE
AVI HEISLER
LAKEWOOD, NJ 08701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

GETTLER, GARY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): $9,753.61

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 9,753.61

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

GHD SERVICES INC.
PO BOX 392237
PITTSBURGH, PA 15251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,457.63

---

Debtor  Yellow Corporation
         Name                                                    Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.120
7**

**Nonpriority creditor's name and mailing address**

GHENT MANUFACTURING
2999 HENKLE DR
GMI COMPANIES
LOGISTICS
LEBANON, OH 45036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.120
8**

**Nonpriority creditor's name and mailing address**

GILBERT VELAZQUEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    30.00

---

**3.120
9**

**Nonpriority creditor's name and mailing address**

GILBERTO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.121
0**

**Nonpriority creditor's name and mailing address**

GILLETTE, SUZETTE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    169.00

---

**3.121
1**

**Nonpriority creditor's name and mailing address**

GILLIAM, ROGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    3.39

---

Official Form 206E/F            Schedule E/F: Creditors Who Have Unsecured Claims            Page 246 of 717

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.121 2**

**Nonpriority creditor's name and mailing address**

GILLIG
25972 EDEN LANDING RD
CHARLENE MAFFIT
HAYWARD, CA 94545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 3**

**Nonpriority creditor's name and mailing address**

GILLIG
RON HARPER
EDEN LANDING ROAD
HAYWARD, CA 94545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.121 4**

**Nonpriority creditor's name and mailing address**

GILLIG CORP.
451 DISCOVERY DR
CHARLENE MAFFIT
LIVERMORE, CA 94551

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 5**

**Nonpriority creditor's name and mailing address**

GIOVANNI R FOSKO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 55.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 6**

**Nonpriority creditor's name and mailing address**

GJ GARDNER
485 GRADLE DR
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.121 7**

**Nonpriority creditor's name and mailing address**

GLADSTONE MITSUBISHI
18500 SE MCLOUGHLIN BLVD
MILWAUKIE, OR 97267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                        Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 8**

**Nonpriority creditor's name and mailing address**

GLANTUS INC
99 ALMADEN BLVD   SUITE 600
SAN JOSE, CA 95113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                        17,505.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.121 9**

**Nonpriority creditor's name and mailing address**

GLASFLOSS INDUSTRIES
310 MAIN AVE WAY SE
YDANIA ROBLEDO
HICKORY, NC 28602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                        Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122 0**

**Nonpriority creditor's name and mailing address**

GLASS AMERICA
1000 INDUSTRIAL BLVD
ALIQUIPPA, PA 15001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                        Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122 1**

**Nonpriority creditor's name and mailing address**

GLASS LEWIS & CO LLC
2323 GRAND BLVD   SUITE 1125
KANSAS CITY, MO 64108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                        6,675.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.122 2** **Nonpriority creditor's name and mailing address**

GLASTEEL
285 INDUSTRIAL DR
JAMEL KIRKLIN
MOSCOW, TN 38057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.122 3** **Nonpriority creditor's name and mailing address**

GLEN EG LLC
PO BOX 882
SMITHVILLE, MO 64089

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 55,011.48

---

**3.122 4** **Nonpriority creditor's name and mailing address**

GLEN M PETRICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6.51

---

**3.122 5** **Nonpriority creditor's name and mailing address**

GLEN SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 24.20

---

**3.122 6** **Nonpriority creditor's name and mailing address**

GLOBAL INDUSTRIES
107 GAITHER DR
FREIGHT CLAIMS
MT LAUREL, NJ 08054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor    Yellow Corporation
          Name

Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.122 7** | **Nonpriority creditor's name and mailing address**

GLOBAL NEW BEGINNINGS INC
4042 W 82ND CT
HEATHER KERNER
PRODUCTION/FINANCE
MERRILLVILLE, IN 46410

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122 8** | **Nonpriority creditor's name and mailing address**

GLOBAL ONSITE CORPORATION
621 W. COLLEGE STREET
GRAPEVINE, TX 76051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                42,819.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.122 9** | **Nonpriority creditor's name and mailing address**

GLOBAL POOL PRODUCT % ECHO
600 W CHICAGO AVE STE 725
NICOLE TUCKER
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123 0** | **Nonpriority creditor's name and mailing address**

GLOBAL POOL PRODUCTS %ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123 1** | **Nonpriority creditor's name and mailing address**

GLOBAL SALES & WAREHOUSING
1490 E 3RD ST
LYLIAN ZHANG
OXNARD, CA 93030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Yellow Corporation
        Name

Case number (if known)  23-11069 (CTG)

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.123 2** Nonpriority creditor's name and mailing address

GLOBAL TARDIF ELEVATOR MFG GRO
120 DE NAPLES ST
KARL LEPAGE
ST AUGUSTIN DE DESMAURES, QC G3A2Y2
CANADA

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123 3** Nonpriority creditor's name and mailing address

GLOBAL TRANZ
PO BOX 6348
CAMILA PATIï¿½O
SCOTTSDALE, AZ 85261

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123 4** Nonpriority creditor's name and mailing address

GLOBALTRANZ
PO BOX 6348
ALEJANDRO VARGAS
SCOTTSDALE, AZ 85261

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123 5** Nonpriority creditor's name and mailing address

GLP TRANSPORT
2344 BENNING DR
GERRY POZMANTIR
POWELL, OH 43065

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.123 6** Nonpriority creditor's name and mailing address

GLT LOGISTICS
10 CANAL ST STE 318
DANIEL ORDONEZ
OS&D
MIAMI SPRINGS, FL 33166

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.123 7** | **Nonpriority creditor's name and mailing address**

GMG TRANSPORTATION
65 ORVILLE DR, STE 1
RENEE SAVARIA
BOHEMIA, NY 11716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123 8** | **Nonpriority creditor's name and mailing address**

GOJO CANADA, INC 1200
PO BOX 991
LAURA HARTMAN
TRAFFIC DEPT
AKRON, OH 44309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.123 9** | **Nonpriority creditor's name and mailing address**

GOJO INDUSTRIES INC (1000)
PO BOX 991
AKRON, OH 44309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124 0** | **Nonpriority creditor's name and mailing address**

GOJO INDUSTRIES INC 1000
PO BOX 991
LAURA HARTMAN
AKRON, OH 44309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.124 1** | **Nonpriority creditor's name and mailing address**

GOJO INDUSTRIES INCORPORATED
PO BOX 991
AKRON, OH 44309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name

*Case number (if known)*   23-11069 (CTG)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.124 2**

**Nonpriority creditor's name and mailing address**

GOLDEN GATE TRUCK CENTER
P.O. BOX 6038
OAKLAND, CA 94603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 953.43

---

**3.124 3**

**Nonpriority creditor's name and mailing address**

GOLDEN TECHNOLOGIES
525 BRIDGE ST
JOANN
OLD FORGE, PA 18518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.124 4**

**Nonpriority creditor's name and mailing address**

GOLDY MITSUBISHI
440 KINETIC DR
HUNTINGTON, WV 25701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

GOLF COURSE BLDRS ASSO OF AMER
JUSTIN APEL, EXECUTIVE DIRECTO
6040 S 58TH STREET, SUITE D
LINCOLN, NE 68516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

GOLTERMAN & SABO
3555 SCARLET OAK AVE
STACY KRIETEMEYER
ST LOUIS, MO 63122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|--------|-------------------|---|------------------------|----------------|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.124 7** **Nonpriority creditor's name and mailing address**

GOLTERMAN & SABO
JIM GREFFET
3555 SCARLET OAK AVE
ST LOUIS, MO 63122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                    Undetermined

---

**3.124 8** **Nonpriority creditor's name and mailing address**

GONZALO RUVALCABA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    137.45

---

**3.124 9** **Nonpriority creditor's name and mailing address**

GOOD CO
6688 JOLIET RD STE 185
S BROWN
INDIAN HEAD PARK, IL 60525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.125 0** **Nonpriority creditor's name and mailing address**

GOODCO
6688 JOLIET RD STE 185
S BROWN
INDIAN HEAD PARK, IL 60525

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.125 1** **Nonpriority creditor's name and mailing address**

GOODWIN PRO TURF INC
6945 W 152ND TERRACE
OVERLAND PARK, KS 66223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    3,598.71

---

Debtor   Yellow Corporation
         Name                                                    Case number (if known)   23-11069 (CTG)

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.125 2** **Nonpriority creditor's name and mailing address**

GOODYEAR TIRE & RUBBER
200 INNOVATION WAY
KIMBERLY HOLMES
ATTN: KIM HOLMES HQ-4660
AKRON, OH 44316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                                   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125 3** **Nonpriority creditor's name and mailing address**

GOPHER SPORT
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
% ECHO GLOBAL LOGISTICS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                                   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125 4** **Nonpriority creditor's name and mailing address**

GOPHER SPORT % ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                                   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125 5** **Nonpriority creditor's name and mailing address**

GORDON BROTHERS RETAIL PARTNER
300 WAMPANOAG TRL
KARL NELSON
RIVERSIDE, RI 02915

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                                   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.125 6** **Nonpriority creditor's name and mailing address**

GORDON FOOD SERVICE
SCOTT BLACKMER
P.O. BOX 1787
GRAND RAPIDS, MI 49501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$                                   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.125 7**

**Nonpriority creditor's name and mailing address**

GORDON L SILTZER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 29.43

---

**3.125 8**

**Nonpriority creditor's name and mailing address**

GORDON SPEZZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.125 9**

**Nonpriority creditor's name and mailing address**

GORMAN COOLERS
2826 N 35TH AVE
CHARITY MARTINEZ
PHOENIX, AZ 85009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.126 0**

**Nonpriority creditor's name and mailing address**

GPT OPERATING PARTNERSHIP LP
PO BOX 007302
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 126,747.92

---

**3.126 1**

**Nonpriority creditor's name and mailing address**

GRADY, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 433.16

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.126 2** **Nonpriority creditor's name and mailing address**

GRANDMARK SIGNS, LLC
15301 W 109TH STREET
LENEXA, KS 66219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,693.45

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 3** **Nonpriority creditor's name and mailing address**

GRANITE
17482  GRANITE WEST RD
ATTN:  DEBORAH HANSON
COLD SPRING, MN 56320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 4** **Nonpriority creditor's name and mailing address**

GRANITE  CO
17482 GRANITE WEST RD
LYNN ERKENS
COLD SPRING, MN 56320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 5** **Nonpriority creditor's name and mailing address**

GRANITE CO
17482 GRANITE WEST RD
LYNN ERKENS
COLD SPRING, MN 56320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.126 6** **Nonpriority creditor's name and mailing address**

GRANT THORNTON LLP
3333 FINLEY RD STE 700
DOWNERS GROVE, IL 60515

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 16,187.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.126 7** | **Nonpriority creditor's name and mailing address**

GRAPEVINE DISTRIBUTION OF SOUT
6904 N MAIN ST STE 109
GRANT MACCOY
COLUMBIA, SC 29203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126 8** | **Nonpriority creditor's name and mailing address**

GRAPHIC & INDUSTRIAL CIRCUIT
100 N 6TH ST
JESSICA LODGE
KIRKLAND, IL 60146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.126 9** | **Nonpriority creditor's name and mailing address**

GRAYBAR ELECTRIC
2205 MT VEMON AVE
POMONA, CA 91768

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.127 0** | **Nonpriority creditor's name and mailing address**

GRAYBAR ELECTRIC COMPANY
2536 LINWOOD AVE
BRENDA BUEZO
SHREVEPORT, LA 71103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.127 1** | **Nonpriority creditor's name and mailing address**

GREATER GOOD ASSOCIATES LLC
215 W 90TH ST #14C
NEW YORK, NY 10024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                    5,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.127 2**

**Nonpriority creditor's name and mailing address**

GREEN BLUE 1818 LLC
C/O BLOCK REAL ESTATE SERVICES LLC
700 W 47TH STREET SUITE 200
KANSAS CITY, MO 64112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 335,451.29

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 3**

**Nonpriority creditor's name and mailing address**

GREEN GUARD FIRST AID SAFETY
3499 RIDER TRL S
SANDY MCCLURE
EARTH CITY, MO 63045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 4**

**Nonpriority creditor's name and mailing address**

GREEN PRODUCTS
410 W CTR
SARAH CARPENTER
CONRAD, IA 50621

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 5**

**Nonpriority creditor's name and mailing address**

GREENWOOD PLASTICS
1126 N KIMBALL ST
DANVILLE, IL 61832

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.127 6**

**Nonpriority creditor's name and mailing address**

GREENWORKS TOOLS
600 CAUSBY RD
HEATHER BISHOP
MORGANTON, NC 28655

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.127 7**

**Nonpriority creditor's name and mailing address**

GREGG YOUNG MITSUBISHI
6320 TELLURIDE DR
JOHN DIBBERN
PARTS DEPARTMENT
LINCOLN, NE 68521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.127 8**

**Nonpriority creditor's name and mailing address**

GRIMSLEY, JOHN K
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.127 9**

**Nonpriority creditor's name and mailing address**

GRIZZLY INDUSTRIAL INC
PO BOX 2069
DANIELLE PULIDO
BELLINGHAM, WA 98227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.128 0**

**Nonpriority creditor's name and mailing address**

GRIZZLY INDUSTRIAL, INC.
PO BOX 2069
DANIELLE PULIDO
BELLINGHAM, WA 98227

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.128 1**

**Nonpriority creditor's name and mailing address**

GROCERY SUPPLY CO. INC.
130 HILL CREST
SULPHUR SPRINGS, TX 75482

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$     Undetermined

---

Debtor    Yellow Corporation
          Name                                                    Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.128 2** **Nonpriority creditor's name and mailing address**

GROSFILLEX
1575 JOEL DR
SUSAN GIBBEL
LEBANON, PA 17046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 3** **Nonpriority creditor's name and mailing address**

GROUPE SEB
5 WOOD HOLLOW RD
PARSIPPANY, NJ 07054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 4** **Nonpriority creditor's name and mailing address**

GROUPE SEB USA
5 WOOD HOLLOW RD FLR 2ND
KED NOVEMBERE
ACCOUNTS RECEIVABLE DEPT
PARSIPPANY, NJ 07054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 5** **Nonpriority creditor's name and mailing address**

GUERTIN DISTRIBUTORS INC
5 TECHNOLOGY PL
TINA LAPLANTE
E SYRACUSE, NY 13057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.128 6** **Nonpriority creditor's name and mailing address**

GUIDEPOINT SECURITY LLC
PO BOX 844716
BOSTON, MA 02284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                              160,219.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.128 7**

**Nonpriority creditor's name and mailing address**

GUIDRY, RYAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    304.92

---

**3.128 8**

**Nonpriority creditor's name and mailing address**

GULF STREAM COACH
CHUCK OLSON
PO BOX 1005
NAPPANEE, IN 46550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

**3.128 9**

**Nonpriority creditor's name and mailing address**

GULF STREAM COACH PLANT 51
851 S OAKLAND
MELANIE ODELL
NAPPANEE, IN 46550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.129 0**

**Nonpriority creditor's name and mailing address**

GULF STREAM PLANT 53
2404 MARKET ST
MILLIE BIRCHFIELD
PARTS
NAPPANEE, IN 46550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.129 1**

**Nonpriority creditor's name and mailing address**

GULFSTREAM COACH
503 S OAKLAND AVEMELANIE ODELL
NAPPANEE, IN 46550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.129 2**

**Nonpriority creditor's name and mailing address**

GUROBI OPTIMIZATION, INC.
9450 SW GEMINI DR. # 90729
BEAVERTON, OR 97008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                3,478.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 3**

**Nonpriority creditor's name and mailing address**

GURUNANDA LLC
6645 CABALLERO BLVD
NORMAN BELANIO
SHIPPING DEPT
BUENA PARK, CA 90620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$              Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 4**

**Nonpriority creditor's name and mailing address**

GZA GEOENVIRONMENTAL INC
PO BOX 711810
CINCINNATI, OH 45271

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                7,035.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 5**

**Nonpriority creditor's name and mailing address**

H C COMPOSITES
1090 W ST JAMES STREET
JANICE DUPREE
TARBORO, NC 27886

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$              Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.129 6**

**Nonpriority creditor's name and mailing address**

H P PRODUCTS
LEIGH ANNE BAUMGARDNER
512 W GORGAS ST
LOUISVILLE, OH 44641

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$              Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.129 7** 

**Nonpriority creditor's name and mailing address**

HAAS AUTOMATION
2900 CHALLENGER PL
YOLANDA VASQUEZ
YOLANDA VASQUEZ
OXNARD, CA 93030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.129 8**

**Nonpriority creditor's name and mailing address**

HABEGGER
130 EAST MAIN STREET
NEW ALBANY, IN 47150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.129 9**

**Nonpriority creditor's name and mailing address**

HABIBUEAHMAN BIG MOHAMMAD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                40.00

---

**3.130 0**

**Nonpriority creditor's name and mailing address**

HALO BRANDED SOLUTIONS
3182 MOMENTUM PLACE
CHICAGO, IL 60689

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                23,008.16

---

**3.130 1**

**Nonpriority creditor's name and mailing address**

HALO RECOGNITION
2804 WEST LEFEVRE ROAD
TIA VELAZQUEZ HICKS
STERLING, IL 61081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

Debtor    Yellow Corporation
Name                                                                Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.130 2** **Nonpriority creditor's name and mailing address**

HAMPTON
50 ICON ST
MARIO VALLADARES
FOOTHILL RANCH, CA 92610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130 3** **Nonpriority creditor's name and mailing address**

HAMRICKS COMPANY INCORPORATED
742 PEACHOID RD
BRYCE HAMRICK
GAFFNEY, SC 29341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130 4** **Nonpriority creditor's name and mailing address**

HANDI-CRAFT CO
4433 FYLER
ST LOUIS, MO 63116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130 5** **Nonpriority creditor's name and mailing address**

HANFORD PAIGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Settlement Agreement

$    150,000.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.130 6** **Nonpriority creditor's name and mailing address**

HARCROS
5200 SPEAKER ROAD
JANEE BROOKS
KANSAS CITY, KS 66106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Corporation
          Name                                                          Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.130 7**

**Nonpriority creditor's name and mailing address**

HARCROS CHEMICAL
4330 GERALDINE AVE
JANEE
ST LOUIS, MO 63115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.130 8**

**Nonpriority creditor's name and mailing address**

HARITON MACHINERY CO
641 HOLLISTER AVE
ALAN HARITON
BRIDGEPORT, CT 06607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.130 9**

**Nonpriority creditor's name and mailing address**

HAROLD D WILLMON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    123.58

---

**3.131 0**

**Nonpriority creditor's name and mailing address**

HAROLD ERB
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    125.74

---

**3.131 1**

**Nonpriority creditor's name and mailing address**

HARRIS TELLER
7400 S MASON AVE
JON HARRIS
CHICAGO, IL 60638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.131 2**

**Nonpriority creditor's name and mailing address**

HARTE HANKS
1400 E NEWPORT CENTER DR
HARTE HANKS
DEERFIELD BEACH, FL 33442

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.131 3**

**Nonpriority creditor's name and mailing address**

HARTFORD LIFE AND ACCIDENT INS CO
P O BOX 8500 3690
PHILADELPHIA, PA 19178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   286,186.93

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

HASHIM ADDOW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   44.00

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

HASKELL OFFICE
3770 HAGEN DR SE
KAREN DRAPELA
WYOMING, MI 49548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

HAULISTIC LLC
4101 WINFIELD RD STE 400
WARRENVILLE, IL 60555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

Debtor   Yellow Corporation
         Name                                                    Case number (if known)   23-11069 (CTG)

---

**Part 2:   Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.131 7**

**Nonpriority creditor's name and mailing address**

HAULISTIC LLC  CARGO CLAIMS
4101 WINFIELD RD SUITE 400
WARRENVILLE, IL 60555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 8**

**Nonpriority creditor's name and mailing address**

HAWAII MEDICAL SERVICE ASSOCIATION
PO BOX 860
HONOLULU, HI 96808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    3,051.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.131 9**

**Nonpriority creditor's name and mailing address**

HAWARD SUPPLY CO
4100 INTERNATIONAL PLAZA 850
FORT WORTH, TX 76109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 0**

**Nonpriority creditor's name and mailing address**

HAWKINS, DARREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  2021 Short-Term Incentive Plan, 2021 Long-Term Incentive Plan, 2022 Long-Term Incentive Plan, and 2023 Long-Term Incentive Plan

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 1**

**Nonpriority creditor's name and mailing address**

HAYWARD INDUSTRIES C/O ECHO
600 W CHICAGO AVE
SHAKITA WEBB
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation                                    Case number (if known)   23-11069 (CTG)
         Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.132 2**

**Nonpriority creditor's name and mailing address**

HAYWARD POOL PROD % ECHO
600 W CHICAGO AVE STE 725
NICOLE TUCKER
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 3**

**Nonpriority creditor's name and mailing address**

HAZ-MAT RESPONSE, INC.
1203C S PARKER ST
OLATHE, KS 66061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   11,520.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.132 4**

**Nonpriority creditor's name and mailing address**

HEALTHTRUST PRCHSNG GROUP L P
C/O WELLS FARGO
P.O. BOX 751576
CHARLOTTE, NC 28275

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.132 5**

**Nonpriority creditor's name and mailing address**

HEALTHTRUST PRCHSNG GROUP, L P
C/O WELLS FARGO
P.O. BOX 751576
CHARLOTTE, NC 28275

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.132 6**

**Nonpriority creditor's name and mailing address**

HEARTH CLASSICS BY AMERICAN PANEL
PO BOX 131
GRAND HAVEN, MI 49417

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 269 of 717

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.132 7**

**Nonpriority creditor's name and mailing address**

HEARTHSTONE QUALITY HOME HEATI
317 STAFFORD AVE
JANET PAINE
MORRISVILLE, VT 05661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.132 8**

**Nonpriority creditor's name and mailing address**

HEAT MAKES SENSE
300 MESEROLE ST
BROOKLYN, NY 11206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.132 9**

**Nonpriority creditor's name and mailing address**

HEATCRAFT
2175 W PARK PLACE BLVD
LILY GONZALEZ / HEATCRAFT
HRPD
STONE MOUNTAIN, GA 30087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.133 0**

**Nonpriority creditor's name and mailing address**

HEATCRAFT REFRIGERATION
2175 W PARK PLACE BLVD
LILY GONZALEZ
STONE MOUNTAIN, GA 30087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.133 1**

**Nonpriority creditor's name and mailing address**

HEB GROCERY COMPANY LP
P.O. BOX 202531
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$   Undetermined

---

Debtor   Yellow Corporation
Name
Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.133 2** **Nonpriority creditor's name and mailing address**

HEB GROCERY COMPANY, LP
RECEIVING LEADERSHIP
P.O. BOX 202531
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.133 3** **Nonpriority creditor's name and mailing address**

HEBER V MENDIOLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   80.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 4** **Nonpriority creditor's name and mailing address**

HECTOR J MENDOZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   50.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 5** **Nonpriority creditor's name and mailing address**

HECTOR VALENZUELA RENTERIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   91.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.133 6** **Nonpriority creditor's name and mailing address**

HELEN OF TROY
MOISES CORRAL
1 HELEN OF TROY PLAZA
EL PASO, TX 79912

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Official Form 206E/F             Schedule E/F: Creditors Who Have Unsecured Claims             Page 271 of 717

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.1337**

**Nonpriority creditor's name and mailing address**

HELLMANN INTL FORWARDERS INC
10500 COTE DE LIESSE CH
GREG BROWN
TRANS BORDER
LACHINE, QC H8T1A4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1338**

**Nonpriority creditor's name and mailing address**

HELMAR INC
100 RED SCHOOLHOUSE RD STE C7
MARYANN VECCHIO
CHESTNUT RIDGE, NY 10977

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1339**

**Nonpriority creditor's name and mailing address**

HELMINSKI, JEFFREY J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1340**

**Nonpriority creditor's name and mailing address**

HENRY A DEVRIES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 104.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1341**

**Nonpriority creditor's name and mailing address**

HENSLEY IND INC
11235 NEWKIRK ST
DALLAS, TX 75229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Debtor    Yellow Corporation
          Name

Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.134 2**

**Nonpriority creditor's name and mailing address**

HERTZ FURNITURE SYS
170 WILLIAMS DR
STACEY FORBES
RAMSEY, NJ 07446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.134 3**

**Nonpriority creditor's name and mailing address**

HERTZ FURNITURES SYS
170 WILLIAMS DR 201-529-2100
STACY FORBES
RAMSEY, NJ 07446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.134 4**

**Nonpriority creditor's name and mailing address**

HEXION INC
470 S 2ND ST
AL SHAFFER
SPRINGFIELD, OR 97477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.134 5**

**Nonpriority creditor's name and mailing address**

HI DESERT FIRE PROTECTION SERVICE INC
PO BOX 400182
HESPERIA, CA 92340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    586.70

---

**3.134 6**

**Nonpriority creditor's name and mailing address**

HI LOGISTICS NJ
111 SYLVAN AVE
JINJOO LIU
ENGLEWOOD CLIFFS, NJ 07632

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

Debtor   Yellow Corporation
          Name

Case number (if known)   23-11069 (CTG)

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1347**

**Nonpriority creditor's name and mailing address**

HIGH TEMP METALS
12500 FOOTHILL BLVD
JUAN J URIBE
SYLMAR, CA 91342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1348**

**Nonpriority creditor's name and mailing address**

HIGHLAND IMPORTS
74 LINWOOD AVE
LIZ OCONNELL
FAIRFIELD, CT 06824

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1349**

**Nonpriority creditor's name and mailing address**

HIGHLAND INVESTMENTS LLLP
4720 BOW MAR DRIVE
BOW MAR, CO 80123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 48,610.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1350**

**Nonpriority creditor's name and mailing address**

HIGHLAND PRODUCTS GROUP LLC
220 CONGRESS PARK DR
CALEB CHARLES
DELRAY BEACH, FL 33445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1351**

**Nonpriority creditor's name and mailing address**

HIGHLINE WARREN
4500 MALONE RD
MEMPHIS, TN 38118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.135 2**

**Nonpriority creditor's name and mailing address**

HIGHLINE WARREN - ELKTON, MD
4500 MALONE ROAD
MEMPHIS, TN 38118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

$ Undetermined

---

**3.135 3**

**Nonpriority creditor's name and mailing address**

HIKARI SALES USA
2230 DAVIS CT DOCK 1012
SHAWN BONHAM
HAYWARD, CA 94545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

$ Undetermined

---

**3.135 4**

**Nonpriority creditor's name and mailing address**

HIKARI SALES USA INC
2230 DAVIS CT
BONHAM SHAWN
HAYWARD, CA 94545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

$ Undetermined

---

**3.135 5**

**Nonpriority creditor's name and mailing address**

HILLHOUSE NATURALS
1917 HUGHES RD
BRENDA WILKERSON
WICKLIFFE, KY 42087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

$ Undetermined

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

HISPANIC PRODUCTS CORP
2550 AMERA TRL
ATTN:  OSMANJUJICA
ST CLOUD, FL 34771

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| **Date or dates debt was incurred**  Undetermined | **Is the claim subject to offset?** |
|---|---|
| **Last 4 digits of account number** | ☑ No  ☐ Yes |

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.135 7**

**Nonpriority creditor's name and mailing address**

HITEK LOGISTIC INC
9475 RTE TRANSCANADIENNE OUEST
BOBBI MORISON
ST LAURENT, QC H4S1V3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.135 8**

**Nonpriority creditor's name and mailing address**

HLI SOLUTIONS INC
221 S 10TH ST
VIKTORIA LACZKO
LEMOYNE, PA 17043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

HMS INDUSTRIES INC
1256 RT 22 HWY WEST
BARRY AIKINS
BLAIRSVILLE, PA 15717

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

HODSON, CHARLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 124.26

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

HOGAN
DEPARTMENT NO 55, PO BOX 21228
TULSA, OK 74121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 13,190.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.136 2**

**Nonpriority creditor's name and mailing address**

HOLCIM SOLUTIONS AND PRODUCTS US
PO BOX 93661
BRAD BRISKEY
GL 800233 / PC 100000
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

HOLCIM SOLUTIONS AND PRODUCTS US L
PO BOX 93661
BRAD BRISKEY
800233 / PC 100000
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

HOLCIM SOLUTIONS AND PRODUCTS US LL
PO BOX 93661
BRAD BRISKEY
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

HOLE PRODUCTS
309 13TH AVE NW
MALORI MILLER
LITTLE FALLS, MN 56345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

HOLGATE MILLING
G510 COUNTY ROAD 14
BROOKE STCLAIR
HOLGATE, OH 43527

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Corporation
Name                                                                                    Case number (if known)    23-11069 (CTG)

---

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1367**
**Nonpriority creditor's name and mailing address**

HOLLEY PERFORMANCE
487 CENTURY ST
CYNTHIA CHANEY
BOWLING GREEN, KY 42101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1368**
**Nonpriority creditor's name and mailing address**

HOLLINGSHEAD MIXER COMPANY LLC
200 DEKKO DR
ANDREW BYNUM
AVILLA, IN 46710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1369**
**Nonpriority creditor's name and mailing address**

HOME DEPOT
2455 PACES FERRY RD
B-10 FREIGHT CLAIMS DEPARTMENT
ATLANTA, GA 30339

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1370**
**Nonpriority creditor's name and mailing address**

HOME LEGEND
PO BOX 887
ADAIRSVILLE, GA 30103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1371**
**Nonpriority creditor's name and mailing address**

HOMEDEPOT.COM
441 MASON RD
KALEISHA TISDALE
LA VERGNE, TN 37086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|--------|---------------------|--|------------------------|-----------------|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.137 2**

**Nonpriority creditor's name and mailing address**

HONEYTREE INC
8570 MONROE RD
RHONDA FROELICH
ONSTED, MI 49265

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 3**

**Nonpriority creditor's name and mailing address**

HONEYWELL SCANNING AND MOBILITY
62408 COLLECTIONS CENTER DR
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 80,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 4**

**Nonpriority creditor's name and mailing address**

HOPE DICKS/COMPTROLLER
3007 DIAL ST
PRICHARD, AL 36610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

HOPKINS MFG
10877 WATSON RD
TRICIA SEYMOUR
% SUNSET TRANSPORTATION
ST LOUIS, MO 63127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

HORIZON DISTRIBUTORS INC #H520
3411 CHAPEL ST S
LANCE HUGHES
LAKEWOOD, WA 98499

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.137 7**

**Nonpriority creditor's name and mailing address**

HORNADAY, DAVID
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Severance Pay Continuation (Non-Union): $20,532.50

$ 20,532.50

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.137 8**

**Nonpriority creditor's name and mailing address**

HORNINGS SUPPLY INC
23 PARK LN
HEATHER HORNING
HEGINS, PA 17938

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.137 9**

**Nonpriority creditor's name and mailing address**

HORSE TECH
112 WALNUT ST
ISARLENE PEREZ
LAURENS, IA 50554

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138 0**

**Nonpriority creditor's name and mailing address**

HOT ROD
4123 S CONKLIN RD
T.J. GERHART
GREENACRES, WA 99016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138 1**

**Nonpriority creditor's name and mailing address**

HOUSE HASSON HARDWARE
DON HENDERSON
3125 WATER PLANT RD
KNOXVILLE, TN 37914

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.138 2**

**Nonpriority creditor's name and mailing address**

HOWDEN AMERICAN FAN
3025 SYMMES RD
BRYCE KENNEDY
HAMILTON, OH 45015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.138 3**

**Nonpriority creditor's name and mailing address**

HSA INC
1717 E 6TH ST
ALAN D OGLESBY
MISHAWAKA, IN 46544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.138 4**

**Nonpriority creditor's name and mailing address**

HUB CITY PBE INC
344 S ROYAL ST
BRANDON SHIDLER
JACKSON, TN 38301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.138 5**

**Nonpriority creditor's name and mailing address**

HUB CITY TERMINALS INC
36258 TREASURY CTR
SANETA BELGIRA
CHICAGO, IL 60694

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.138 6**

**Nonpriority creditor's name and mailing address**

HUB GROUP
36258 TREASURY CTR
SANETA BELGIRA
HUB CITY TERMINALS INC
CHICAGO, IL 60694

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.138 7** | **Nonpriority creditor's name and mailing address**

HUDSON TEA CO % ECHO
600 W CHICAGO AVE STE 725
NICOLE TUCKER
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138 8** | **Nonpriority creditor's name and mailing address**

HUFFER, NICHOLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 292.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.138 9** | **Nonpriority creditor's name and mailing address**

HUGHES, BROCK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 151.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 0** | **Nonpriority creditor's name and mailing address**

HUNTER HAMILTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 4,004.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.139 1** | **Nonpriority creditor's name and mailing address**

HYATT HOUSE ANCHORANGE
5141 BUSINESS PARK BLVD
ANCHORAGE, AK 99503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.139 2** | **Nonpriority creditor's name and mailing address**

HYUNDAI TRANSLEAD
8880 RIO SAN DIEGO DR STE 600
ANA GRAGEOLA
SAN DIEGO, CA 92108

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.139 3** | **Nonpriority creditor's name and mailing address**

HYVEE INC.
SHAWNA SAVAGE
1801 OSCEOLA AVE
CHARITON, IA 50049

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.139 4** | **Nonpriority creditor's name and mailing address**

I R TRONIX
20900 NORMANDIE AVE BLDG B
MADHARA
TORRANCE, CA 90502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.139 5** | **Nonpriority creditor's name and mailing address**

IAC MAPLE
PO BOX 518
JENNIFER SPENCER
% UBER FREIGHT
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.139 6** | **Nonpriority creditor's name and mailing address**

IAN K CURTIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    95.94

---

Debtor   Yellow Corporation                                          Case number (if known)   23-11069 (CTG)
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

---

**3.1397**

**Nonpriority creditor's name and mailing address**

IBM CORPORATION
PO BOX 676673
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,664.03

---

**3.1398**

**Nonpriority creditor's name and mailing address**

IBT LOCAL 710
SEAN O'BRIEN, GENERAL PRESIDENT
C/O INTERNATIONAL BROTHERHOOD OF TEAMSTERS
25 LOUISIANA AVE, N.W.
WASHINGTON, DC 200001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Open Litigation

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.1399**

**Nonpriority creditor's name and mailing address**

IC TRANSPORT
22675 DULLES SUMMIT CT STE 175
IC TRANSPORT
STERLING, VA 20166

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.1400**

**Nonpriority creditor's name and mailing address**

ICC INTERNATIONAL
2100 E VALENCIA DR STE D
CHUCK DODSON
FULLERTON, CA 92831

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.1401**

**Nonpriority creditor's name and mailing address**

ICONIC PINEAPPLE
3015 RT 32
LAURA PINGEL
W FRIENDSHIP, MD 21794

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.140 2**

**Nonpriority creditor's name and mailing address**

IDEAL WOOD PRODUCTS
225 MAIN ST
LITTLE FALLS, NY 13365

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.140 3**

**Nonpriority creditor's name and mailing address**

IDENTICARD LIMITED
PO BOX 57097 POSTAL STATION A
TORONTO, ON M5W 5M5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    580.00

---

**3.140 4**

**Nonpriority creditor's name and mailing address**

IEWC
29857 NETWORK PLACE
CONNIE STAFFORD
% MANAGED SERVICES
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.140 5**

**Nonpriority creditor's name and mailing address**

ILLINOIS SECRETARY OF STATE
501 W 2ND ST
300 HOWLETT BLDG
SPRINGFIELD, IL 62756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    450.00

---

**3.140 6**

**Nonpriority creditor's name and mailing address**

IMAGININGS 3 % SOURCE ALLIANCE
2023 W CARROLL AVE STE C205
NADIA NUNEZ
CHICAGO, IL 60612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.1407**

**Nonpriority creditor's name and mailing address**

IMPACT PRODUCTS
1759 SHERIDAN ST
DONNA HAMILTON
RICHMOND, IN 47374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1408**

**Nonpriority creditor's name and mailing address**

IMPERO WINE DISTRIBUTORS SAN D
8680 MIRALANI DR STE 124
ANDREA DANGIO
SAN DIEGO, CA 92126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1409**

**Nonpriority creditor's name and mailing address**

IMUSA USA
6000 NW 97TH AVE STE 26
MIAMI, FL 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1410**

**Nonpriority creditor's name and mailing address**

IN THE DITCH TOWING
2915 INDUSTRIAL WAY
STACEY CHARLES
MOUNTAIN HOME, ID 83647

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1411**

**Nonpriority creditor's name and mailing address**

INCSTORES LLC PMB34787
11201 N TATUM BLVD
OPERATIONS
OPERATIONS
PHOENIX, AZ 85028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.141 2**

**Nonpriority creditor's name and mailing address**

INDEED, INC.
MAIL CODE 5160, P.O. BOX 660367
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    84,828.37

---

**3.141 3**

**Nonpriority creditor's name and mailing address**

INDIANA RAILROAD
8864 N 1380 W
SHERRI WILSON
JASONVILLE, IN 47438

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.141 4**

**Nonpriority creditor's name and mailing address**

INDIANA STATE DEPARTMENT OF REVENUE
ONE NATIONAL CITY CENTER
INDIANAPOLIS, IN 46206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    267.89

---

**3.141 5**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL LABELING S C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.141 6**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL PLASTICS
14025 NW 58TH CT
TOM
MIAMI LAKES, FL 33014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1417**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL RUBBER SUPPLY 1995
55 DUNLOP AVE
ALEX KOLESAR
WINNIPEG, MB R2X2V2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1418**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL TRAINING INTERNATIO
9428 OLD PACIFIC HWY
ITI SHIPPING
WOODLAND, WA 98674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1419**

**Nonpriority creditor's name and mailing address**

INDUSTRIAL TRANS CONSULTANTA
MICHAEL A. KACOS
3550 HWY 5
DOUGLASVILLE, GA 30135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.1420**

**Nonpriority creditor's name and mailing address**

INFOSTRETCH CORPORATION
3200 PATRICK HENRY DR STE 250
SANTA CLARA, CA 95054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    290,558.00

---

**3.1421**

**Nonpriority creditor's name and mailing address**

INGRAM MICRO FREIGHT CLAIMS DEPARTM
1759 WEHRLE DRIVE
WILLIAMSVILLE, NY 14221

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.142 2**

**Nonpriority creditor's name and mailing address**

INGREDIS US
20 HAYPRESS RD STE 321
PHILIP MANGOLD
CRANBURY, NJ 08512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| Date or dates debt was incurred | Undetermined |
|---|---|

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.142 3**

**Nonpriority creditor's name and mailing address**

INKEGNITO
103 CHIPMUNK LN
VINCE ZUWIALA
MEDIA, PA 19063

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| Date or dates debt was incurred | Undetermined |
|---|---|

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.142 4**

**Nonpriority creditor's name and mailing address**

INLINE PLASTICS C/O ECHO
600 W CHICAGO AVE STE 725
NICOLE TUCKER
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| Date or dates debt was incurred | Undetermined |
|---|---|

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.142 5**

**Nonpriority creditor's name and mailing address**

INMARK
675 HARTMAN RD STE 100
ARIAL WATERS
AUSTELL, GA 30168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| Date or dates debt was incurred | Undetermined |
|---|---|

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.142 6**

**Nonpriority creditor's name and mailing address**

INNOVATIONS MANUFACTURING
4555 GRAPE ST
ADRIEN
DENVER, CO 80216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| Date or dates debt was incurred | Undetermined |
|---|---|

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

Debtor  Yellow Corporation                                    Case number (if known)  23-11069 (CTG)
        Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.142 7**

**Nonpriority creditor's name and mailing address**

INNOVATIVE C/O MGN LOGISTICS
89 PROVIDENCE HWY E STE 1F
DONNA PABON
WESTWOOD, MA 02090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142 8**

**Nonpriority creditor's name and mailing address**

INNOVATIVE ENERGY INC
1204 ERIE CT
CROWN POINT, IN 46307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.142 9**

**Nonpriority creditor's name and mailing address**

INSIGHT SOURCING GROUP LLC
5555 TRIANGLE PARKWAY SUITE 300
NORCROSS, GA 30092

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.143 0**

**Nonpriority creditor's name and mailing address**

INSPIRATION FURNITURE AND DESIGN
12550 PERKINS RD
BATON ROUGE, LA 70810

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143 1**

**Nonpriority creditor's name and mailing address**

INSTAWARES
PO BOX 441326
% CTS FREIGHT PAYMENT
KENNESAW, GA 30160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Corporation
          Name                                                      Case number (if known)    23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.143 2**

**Nonpriority creditor's name and mailing address**

INSTITUTE FOR MANAGEMENT STUDIES, INC.
241 RIDGE ST. STE 250
RENO, NV 89501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

INTACT GROUP
605 HIGHWAY 169 N
PLYMOUTH, MN 55441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #800006644

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    6644

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

INTACT GROUP
605 HIGHWAY 169 N
PLYMOUTH, MN 55441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #800006663

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    6663

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

INTACT GROUP
605 HIGHWAY 169 N
PLYMOUTH, MN 55441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #800006649

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    6649

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

INTELLIGENT AUDIT
365 W PASSAIC ST SUITE 455
JOHNSON CONTROLS
ROCHELLE PARK, NJ 07662

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 291 of 717

Debtor    Yellow Corporation                                                    Case number (if known)    23-11069 (CTG)
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.143 7**

**Nonpriority creditor's name and mailing address**

INTELLIGENT AUDIT%JOHNSON CONTROLS
365 W PASSAIC ST, STE 455
ROCHELLE PARK, NJ 07662

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143 8**

**Nonpriority creditor's name and mailing address**

INTEPLAST BUILDING PRODUCTS
2030 W BENDER RD
REINALDO APONTE
GLENDALE, WI 53209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.143 9**

**Nonpriority creditor's name and mailing address**

INTEPLAST GROUP-PITT PLASTICS
PO BOX 356
ANN KELLER
PITTSBURG, KS 66762

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144 0**

**Nonpriority creditor's name and mailing address**

INTER CONTAL INC
125 N CONGRESS AVE STE 58
ROBERTO CACERES
DELRAY BEACH, FL 33445

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144 1**

**Nonpriority creditor's name and mailing address**

INTERCOM LOGISTICS LLC
11909 AUBURN RD E
FERNANDA GUERRERO
LAREDO, TX 78045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.144 2**

**Nonpriority creditor's name and mailing address**

INTERGRATED SUPPLY NETWORK
2727 INTERSTATE DR
LAKELAND, FL 33805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.144 3**

**Nonpriority creditor's name and mailing address**

INTERMETRO INDUSTRIES
651 N WASHINGTON ST
METRO CUSTOMER SERVICE
WILKES-BARRE, PA 18705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.144 4**

**Nonpriority creditor's name and mailing address**

INTERMOUNTAIN PIPE & THREADING
3621 BELL
TRACI YOUNG
CASPER, WY 82604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.144 5**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL ASSOCIATION OF MACHINISTS AND AEROSPACE
WORKERS, AFL-CIO
9000 MACHINISTS PLACE
UPPPER MARLBORO, MD 20772

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Open Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.144 6**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL BROTHERHOOD OF TEAMSTERS NO. 23
25 LOUISIANA AVENUE, N.W.
DC 20001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Open Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

Debtor   Yellow Corporation
Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.144 7**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL FOOD PACKAGING-
340 PORT ROAD 22 ( DOCK 105
MARIBEL LOPEZ
STOCKTON, CA 95203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144 8**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL ROAD DYNAMICS
710 43RD STE
KEN KWAN
SASKATOON, SK S7K3T9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.144 9**

**Nonpriority creditor's name and mailing address**

INTERNATIONAL WINES AND CRAFT BEERS
100 GILBERT DR
CRUZ
ALABASTER, AL 35007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.145 0**

**Nonpriority creditor's name and mailing address**

INTERSTATE BATTERY
PO BOX 9319
ANTHONY CELSI
% RUAN TRANSPORT
DES MOINES, IA 50306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.145 1**

**Nonpriority creditor's name and mailing address**

INTERSTOR DESIGN ASSOCIATES INC
2098 AFTON ST
HOUSTON, TX 77055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor  Yellow Corporation
Name

Case number (if known)  23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.145 2**

**Nonpriority creditor's name and mailing address**

INTERTAPE POLYMER CORP
PO BOX 518
% TRANSPLACE CARGO CLAIMS
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.145 3**

**Nonpriority creditor's name and mailing address**

INTERTAPE POLYMER GROUP
PO BOX 518
AMY YAUK
C/O TRANSPLACE CARGO CLAIMS
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.145 4**

**Nonpriority creditor's name and mailing address**

INTOUCH INSIGHT INC
400 MARCH RD
OTTAWA, K2K 3H4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  3,300.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.145 5**

**Nonpriority creditor's name and mailing address**

INXPRESS AMERICAS
PO BOX 709030
MARY GARGIULO
SANDY, UT 84070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.145 6**

**Nonpriority creditor's name and mailing address**

INXPRESS CANADA
700 DORVAL DR STE 305
TOM SETKA
OAKVILLE, ON L6K3V3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1457**

**Nonpriority creditor's name and mailing address**

IOANE J ALE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    54.00

---

**3.1458**

**Nonpriority creditor's name and mailing address**

IPC
3000 LAKESIDE DR, STE 105N
BANNOCKBURN, IL 60015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.1459**

**Nonpriority creditor's name and mailing address**

IPEX INC
3 PLACE DU COMMERCE
NAVJOT KAUR
TRANSPORT
VERDUN, QC H3E1V6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.1460**

**Nonpriority creditor's name and mailing address**

IQOR / RMS
PO BOX 604036
CHARLOTTE, NC 28260

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    620.79

---

**3.1461**

**Nonpriority creditor's name and mailing address**

IQOR CANADA LTD
C/O TH1034U USD FUNDS
PO BOX 4283 POSTAL STATION A
TORONTO, M5W 5W6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    372.24

---

Debtor   Yellow Corporation                                          _Case number (if known)_   23-11069 (CTG)
         Name

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
| --- | --- |

**3.146 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 49,587.70 |
| --- | --- | --- |
| IRON MOUNTAIN<br>PO BOX 27128<br>NEW YORK, NY 10087 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.146 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ Undetermined |
| --- | --- | --- |
| IROQUOIS MANUFACTURING COMPANY<br>695 RICHMOND RD<br>SHERRI LUCIA<br>HINESBURG, VT 05461 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim:** Cargo Claims | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.146 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ Undetermined |
| --- | --- | --- |
| IRWIN FITNESS AND SUPPLY<br>UNIT 5 79 4TH AVE NW<br>GARTH IRWIN<br>CARMAN, MB R0G0J0<br>CANADA | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim:** Cargo Claims | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.146 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 32.30 |
| --- | --- | --- |
| ISAAC E GONZALEZ<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.146 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | $ 603.39 |
| --- | --- | --- |
| ISHMAEL J MILLER<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

Debtor   Yellow Corporation                                    Case number (if known)   23-11069 (CTG)
            Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.1467**

**Nonpriority creditor's name and mailing address**

ISI NORTH AMERICA
175 US HIGHWAY 46 UNIT C
TOM LINEWEAVER
FAIRFIELD, NJ 07004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1468**

**Nonpriority creditor's name and mailing address**

ISRAEL PEREZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 30.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1469**

**Nonpriority creditor's name and mailing address**

ISUZU MOTORS AMERICA
5265 E PROVIDENT DR
CHERYL CRAFT
CINCINNATI, OH 45246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1470**

**Nonpriority creditor's name and mailing address**

ISUZU WARRANTY CENTER
1600 S CLAUDINA WAY
MIHO KOTSUJI
ANAHEIM, CA 92805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1471**

**Nonpriority creditor's name and mailing address**

ITW PRO BRANDS
805 E OLD 56 HWY
GAYLE KELLY
OLATHE, KS 66061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Yellow Corporation
        Name                                                     Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.147 2**

**Nonpriority creditor's name and mailing address**

IVORY SAPP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 165.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147 3**

**Nonpriority creditor's name and mailing address**

J & A USA INC
335 CROOKED HILL RD
ALBERT KIM
OFFICE ADMIN
BRENTWOOD, NY 11717

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147 4**

**Nonpriority creditor's name and mailing address**

J MENARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147 5**

**Nonpriority creditor's name and mailing address**

J MORGANS CONFECTIONS
3758 PACIFIC AVE STE 101
BROCK SQUIRE
OGDEN, UT 84405

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.147 6**

**Nonpriority creditor's name and mailing address**

J T FENNELL COMPANY INCORPORAT
1104 N FRONT
JOHN CASALINA
CHILLICOTHE, IL 61523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.147 7** **Nonpriority creditor's name and mailing address**

J W PEPPER & SON
191 SHEREE BLVD
ANDREW KEIGHTLEY
ANDREW KEIGHTLEY
EXTON, PA 19341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.147 8** **Nonpriority creditor's name and mailing address**

JA NATIONWIDE INC
PO BOX 1090
BECKY CONANT
MCHENRY, IL 60051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.147 9** **Nonpriority creditor's name and mailing address**

JA RU INC
13875 GRAN BAY PKWY
TORY KING
JACKSONVILLE, FL 32258

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.148 0** **Nonpriority creditor's name and mailing address**

JACK PEAK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.148 1** **Nonpriority creditor's name and mailing address**

JACK WOOD STICKS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.148 2**

**Nonpriority creditor's name and mailing address**

JACKNOB CPR[
290 OSER AVE
ANGELA COSTA
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                        Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

JACOB A FLORES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                        510.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

JACOB BARKELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                        Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

JACOBO, CHRISTOPHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Open Litigation

$                        Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

JACQUELYN LEAP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                        Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name                                    Case number (if known)   23-11069 (CTG)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

**3.148 7**

**Nonpriority creditor's name and mailing address**

JADA TOYS
18855 E SAN JOSE AVE
MIGUEL GONZALEZ
CITY OF INDUSTRY, CA 91748

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 8**

**Nonpriority creditor's name and mailing address**

JAG LAND ENGINES
9944 GLENOAKS BLVD
FREIGHT PROS
SUN VALLEY, CA 91352

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.148 9**

**Nonpriority creditor's name and mailing address**

JAHKAVEUS A JONES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 88.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 0**

**Nonpriority creditor's name and mailing address**

JAIPUR LIVING % IL2000
PO BOX 8372
HOLLY MENKE
VIRGINIA BEACH, VA 23450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 1**

**Nonpriority creditor's name and mailing address**

JAMES A SCHULZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.149 2** **Nonpriority creditor's name and mailing address**

JAMES B FARRINGTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 601.27

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 3** **Nonpriority creditor's name and mailing address**

JAMES B LEWIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 3.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 4** **Nonpriority creditor's name and mailing address**

JAMES D BARACOSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 131.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 5** **Nonpriority creditor's name and mailing address**

JAMES D CRUMP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.149 6** **Nonpriority creditor's name and mailing address**

JAMES D GIBBONS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 119.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1497 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

JAMES D. WINSTON
ADDRESS ON FILE

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1498 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 12.50 |
|---|---|---|---|

JAMES DEINER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1499 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 75.06 |
|---|---|---|---|

JAMES F MCGINN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1500 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20.85 |
|---|---|---|---|

JAMES GRIFFIN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| 3.1501 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 70.00 |
|---|---|---|---|

JAMES H BLAKNEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.150 2**

**Nonpriority creditor's name and mailing address**

JAMES H HEDGECOCK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 115.00

---

**3.150 3**

**Nonpriority creditor's name and mailing address**

JAMES K GREEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 115.28

---

**3.150 4**

**Nonpriority creditor's name and mailing address**

JAMES LENZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 122.13

---

**3.150 5**

**Nonpriority creditor's name and mailing address**

JAMES M FEZZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 293.52

---

**3.150 6**

**Nonpriority creditor's name and mailing address**

JAMES M HOLT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 92.87

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.150 7**

**Nonpriority creditor's name and mailing address**

JAMES M NACHE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 45.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150 8**

**Nonpriority creditor's name and mailing address**

JAMES M SULLIVAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.150 9**

**Nonpriority creditor's name and mailing address**

JAMES MITCHELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 70.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 0**

**Nonpriority creditor's name and mailing address**

JAMES P JENKINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.151 1**

**Nonpriority creditor's name and mailing address**

JAMES R MERZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 128.66

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.151 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 300.23 |
|---|---|---|---|

JAMES S LOBMILLER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.151 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7.51 |
|---|---|---|---|

JAMES SCHLECHTER
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.151 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 60.00 |
|---|---|---|---|

JAMES W GREEN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.151 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 11.05 |
|---|---|---|---|

JAMES W OWENS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.151 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 6.30 |
|---|---|---|---|

JAMIE HARRIS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  Yellow Corporation _____  Case number (if known) __23-11069 (CTG)__
        Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.151 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 52.02 |
|---|---|---|---|

JAMIE R BREEDLOVE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.151 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 46.40 |
|---|---|---|---|

JAMMEL D ADAMS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.151 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 117.00 |
|---|---|---|---|

JAMULE D COROTHERS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.152 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 70.00 |
|---|---|---|---|

JAN BALOGH
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.152 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 148.51 |
|---|---|---|---|

JANET H PARKEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Yellow Corporation
          Name

*Case number (if known)*    23-11069 (CTG)

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.152 2**

**Nonpriority creditor's name and mailing address**

JANICE STEWART
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 827.98

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152 3**

**Nonpriority creditor's name and mailing address**

JARED T CLARKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 185.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152 4**

**Nonpriority creditor's name and mailing address**

JARRET L MYLES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

JARRETT LOGISTICS
1347 N MAIN ST
LORA RUFENER
ORRVILLE, OH 44667

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

JARVIS S ROWELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 595.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.152 7** Nonpriority creditor's name and mailing address

JAS CORPORATE HEADQUARTERS
6165 BARFIELD RD
ATLANTA, GA 30328

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  Customer Claim

$ _____ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.152 8** Nonpriority creditor's name and mailing address

JAS FORWARDING
4 PARKLANE BLVD SUITE 330
DEARBORN, MI 48126

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Cargo Claims

$ _____ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.152 9** Nonpriority creditor's name and mailing address

JASCO PRODUCTS
PO BOX 518
% UBER FREIGHT
LOWELL, AR 72745

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim:  Cargo Claims

$ _____ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.153 0** Nonpriority creditor's name and mailing address

JASMERA J HARDEN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ _____ 100.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.153 1** Nonpriority creditor's name and mailing address

JASMYNE D PORTIES
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ _____ 55.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|--------------------|-----------------------| ---------------|
|        | Name               |                       |                |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.153 2**

**Nonpriority creditor's name and mailing address**

JASON SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.153 3**

**Nonpriority creditor's name and mailing address**

JASON STULL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40.00

---

**3.153 4**

**Nonpriority creditor's name and mailing address**

JASON T RINGGENBERG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 64.00

---

**3.153 5**

**Nonpriority creditor's name and mailing address**

JASON W SMITH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 281.34

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

JASPER SEATING
225 CLAY ST
JASPER, IN 47546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

Debtor   Yellow Corporation
         Name
                                          Case number (if known)   23-11069 (CTG)

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

JASPER SEATING JASPER GROUP
225 CLAY ST
FRENCH LICK, IN 47432

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.153 8**

**Nonpriority creditor's name and mailing address**

JASPER WAREHOUSE
473 11TH AVE
COREY SCHERER
JASPER, IN 47546

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.153 9**

**Nonpriority creditor's name and mailing address**

JAVIER A MENDOZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                        303.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 0**

**Nonpriority creditor's name and mailing address**

JAVIER HINOJOSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                        156.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.154 1**

**Nonpriority creditor's name and mailing address**

JAXSON D MORRIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                        220.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.154 2**

**Nonpriority creditor's name and mailing address**

JBT AEROTECH JETWAY SYSTEMS
3100 PENNSYLVANIA AVE
TRACY STRONG
OGDEN, UT 84401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                              Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154 3**

**Nonpriority creditor's name and mailing address**

JCB DOCKBOARD MAINTENANCE
100 PENNSYLVANIA AVE
WHITE HOUSE, TN 37188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                  4,150.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154 4**

**Nonpriority creditor's name and mailing address**

JCPENNEY COMPANY INC
4455 S 700 E SUITE 100
LORA MARTINEZ
SALT LAKE CITY, UT 84107

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                              Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154 5**

**Nonpriority creditor's name and mailing address**

JDI LOGISTICS CORPORATION
263 E REDONDO BEACH BLVD
DANIEL CELOS
GARDENA, CA 90248

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                              Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.154 6**

**Nonpriority creditor's name and mailing address**

JEDWARDS INTERNATIONAL INC
141 CAMPANELLI DR
LYNDA RICHARDS
BRAINTREE, MA 02184

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                              Undetermined

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.154 7** **Nonpriority creditor's name and mailing address**

JEFF D REEDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 464.10

---

**3.154 8** **Nonpriority creditor's name and mailing address**

JEFFERY WALDRON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 74.86

---

**3.154 9** **Nonpriority creditor's name and mailing address**

JEFFREY W PAYNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 217.47

---

**3.155 0** **Nonpriority creditor's name and mailing address**

JENMAX FOODS LLC C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.155 1** **Nonpriority creditor's name and mailing address**

JENNIFER LEE GONZALEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23.75

---

Debtor   Yellow Corporation
         Name                                                    Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.155 2** Nonpriority creditor's name and mailing address

JEREMIAH L NADEAU
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                69.59

---

**3.155 3** Nonpriority creditor's name and mailing address

JEREMY A PURVIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                91.25

---

**3.155 4** Nonpriority creditor's name and mailing address

JEREMY J VILLWOCK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                530.37

---

**3.155 5** Nonpriority creditor's name and mailing address

JEREMY LEON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$        Undetermined

---

**3.155 6** Nonpriority creditor's name and mailing address

JEREMY M WILLIAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                14.50

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.155 7**

**Nonpriority creditor's name and mailing address**

JEREMY P DIAZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 120.52

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

JEREMY P RILEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 36.03

---

**3.155 9**

**Nonpriority creditor's name and mailing address**

JEROME M PRATT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 419.43

---

**3.156 0**

**Nonpriority creditor's name and mailing address**

JEROME R PESINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6.00

---

**3.156 1**

**Nonpriority creditor's name and mailing address**

JERROD R DANTZLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 45.00

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.156 2**

**Nonpriority creditor's name and mailing address**

JERRY MARIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35.00

---

**3.156 3**

**Nonpriority creditor's name and mailing address**

JERRY POTTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 174.03

---

**3.156 4**

**Nonpriority creditor's name and mailing address**

JESSE KAPFENSTEIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 122.30

---

**3.156 5**

**Nonpriority creditor's name and mailing address**

JESSE L WIENKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 107.59

---

**3.156 6**

**Nonpriority creditor's name and mailing address**

JESSIE COX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40.00

---

| Debtor | Yellow Corporation | | *Case number (if known)* | 23-11069 (CTG) |
| | Name | | | |

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.156 7**

**Nonpriority creditor's name and mailing address**

JET LINE PRODUCTS
1400 TAYLORS LN
YING LOUIE
CINNAMINSON, NJ 08077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.156 8**

**Nonpriority creditor's name and mailing address**

JETHRO A FRANK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    113.45

---

**3.156 9**

**Nonpriority creditor's name and mailing address**

JEVON L WHITE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    53.06

---

**3.157 0**

**Nonpriority creditor's name and mailing address**

JEZIORSKI, BRENDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Open Litigation

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.157 1**

**Nonpriority creditor's name and mailing address**

JILDARDO GUERRERO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    41.00

---

Debtor    Yellow Corporation
          Name

Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.157 2 | **Nonpriority creditor's name and mailing address**<br>JILLAMY WAREHOUSE & PACKAGING<br>1070 HORSHAM RD<br>SUZANNE WASHINGTON<br>N WALES, PA 19454 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | $    Undetermined |
|---|---|---|---|

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.157 3 | **Nonpriority creditor's name and mailing address**<br>JILLIAN SENNE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $    8.00 |
|---|---|---|---|

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.157 4 | **Nonpriority creditor's name and mailing address**<br>JLT MOBILE COMPUTERS INC.<br>7402 WEST DETROIT STREET, SUITE 150<br>CHANDLER, AZ 85226 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $    1,070.00 |
|---|---|---|---|

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.157 5 | **Nonpriority creditor's name and mailing address**<br>JMA RAIL PRODUCTS<br>835 E 10TH ST<br>JACKIE KUHNIG<br>SEYMOUR, IN 47274 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | $    Undetermined |
|---|---|---|---|

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| 3.157 6 | **Nonpriority creditor's name and mailing address**<br>JME<br>2023 W CARROLL AVE C-205<br>NADIA NUNEZ<br>% SOURCE ALLIANCE NETWORK<br>CHICAGO, IL 60612 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | $    Undetermined |
|---|---|---|---|

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.157 7**   **Nonpriority creditor's name and mailing address**

JOEL J HOWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 218.01

---

**3.157 8**   **Nonpriority creditor's name and mailing address**

JOEL PACKARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 51.22

---

**3.157 9**   **Nonpriority creditor's name and mailing address**

JOEL W HARVEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 16.00

---

**3.158 0**   **Nonpriority creditor's name and mailing address**

JOGUE INC
14731 HELM CT
KWESI AKAAH
PLYMOUTH, MI 48170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.158 1**   **Nonpriority creditor's name and mailing address**

JOHN A GONZALES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 384.43

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.158 2** | **Nonpriority creditor's name and mailing address**

JOHN A PADILLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 145.23

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158 3** | **Nonpriority creditor's name and mailing address**

JOHN B STOKES JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158 4** | **Nonpriority creditor's name and mailing address**

JOHN BOOS & CO
970 MEREDITH WAY
CHERYL GARRISON
SPARKS, NV 89431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.158 5** | **Nonpriority creditor's name and mailing address**

JOHN BOOS & COMPANY
CHERYL GARRISON
3601 S BANKER STREET
EFFINGHAM, IL 62401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.158 6** | **Nonpriority creditor's name and mailing address**

JOHN CAMPBELL OH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 126.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number *(if known)* | 23-11069 (CTG) |
|--------|-------|--|--|--|
| | Name | | | |

## Part 2:     Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.158 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

JOHN CARRILLO HYDRONIC HEATING SPEC
7800 MILLER DR UNIT C
FREDERICK, CO 80504

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | | ☑ No   ☐ Yes |

| 3.158 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 478.00 |
|---|---|---|---|

JOHN E RUTH CO INC
5621 OLD FREDERICK RD
BALTIMORE, MD 21228

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred** | | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | | ☑ No   ☐ Yes |

| 3.158 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 184.69 |
|---|---|---|---|

JOHN HARDING
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred** | | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | | ☑ No   ☐ Yes |

| 3.159 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 43.09 |
|---|---|---|---|

JOHN J WILSON
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred** | | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | | ☑ No   ☐ Yes |

| 3.159 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

JOHN MCKEE
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
| **Last 4 digits of account number** | | ☑ No   ☐ Yes |

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.159 2** | **Nonpriority creditor's name and mailing address**

JOHN P LESMEISTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 23.66

---

**3.159 3** | **Nonpriority creditor's name and mailing address**

JOHN P WEAVER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22.48

---

**3.159 4** | **Nonpriority creditor's name and mailing address**

JOHN PARRIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40.00

---

**3.159 5** | **Nonpriority creditor's name and mailing address**

JOHN R MOSBY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 110.02

---

**3.159 6** | **Nonpriority creditor's name and mailing address**

JOHN RICHARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.159 7** | **Nonpriority creditor's name and mailing address**
JOHN S JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 90.00

---

**3.159 8** | **Nonpriority creditor's name and mailing address**
JOHN T O'LONE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 106.40

---

**3.159 9** | **Nonpriority creditor's name and mailing address**
JOHNATHAN D JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40.00

---

**3.160 0** | **Nonpriority creditor's name and mailing address**
JOHNATHAN REIFF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28.78

---

**3.160 1** | **Nonpriority creditor's name and mailing address**
JOHNSON CONTROLS
MICHIGAN AVE, M80
ALAN ARISTA SAUCEDA
KYLE BOERS 507 E.
MILWAUKEE, WI 53202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.160.2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JOHNSON CONTROLS INC
811 E 33RD ST N
EDITHA SALABAO
WICHITA, KS 67219

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

| 3.160.3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JOHNSON SUPPLY CO
5083 MILLER TRUNK HWY
CHRIS SUOMALA
HERMANTOWN, MN 55811

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

| 3.160.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JOHNSON WORLDWIDE ASSOCIATES
121 POWER DR
DEANNE CARBONNEAU
MANKATO, MN 56001

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

| 3.160.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 27,845.30 |
|---|---|---|---|---|

JOHNSON, DONALD
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Simplified Employee Pension Plan Obligations (Non-Union): $27,845.30

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

| 3.160.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

JOHNSTONE SUPPLY  C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No ☐ Yes |

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1607**

**Nonpriority creditor's name and mailing address**

JOHNSTONE SUPPLY #165
3900 N W ST
PENSACOLA, FL 32505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

| **Date or dates debt was incurred** | Undetermined |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ Undetermined

---

**3.1608**

**Nonpriority creditor's name and mailing address**

JOHNSTONE SUPPLY C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

| **Date or dates debt was incurred** | Undetermined |
|---|---|

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ Undetermined

---

**3.1609**

**Nonpriority creditor's name and mailing address**

JONATHAN B GRISSOM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 107.44

---

**3.1610**

**Nonpriority creditor's name and mailing address**

JONATHAN I JIMENEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 176.06

---

**3.1611**

**Nonpriority creditor's name and mailing address**

JONATHAN J BOUCHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**

$ 60.90

---

Debtor   Yellow Corporation
Name

Case number (if known)   23-11069 (CTG)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.161 2**

**Nonpriority creditor's name and mailing address**

JONATHAN K ALLGOOD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 106.02

---

**3.161 3**

**Nonpriority creditor's name and mailing address**

JONATHAN MOODY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 130.00

---

**3.161 4**

**Nonpriority creditor's name and mailing address**

JONATHAN R EDWARDS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 182.91

---

**3.161 5**

**Nonpriority creditor's name and mailing address**

JONATHON L SCHRADER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 60.81

---

**3.161 6**

**Nonpriority creditor's name and mailing address**

JONES NATURALS LLC
4960 28TH AVE
SHANNA TAYLOR
ROCKFORD, IL 61109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.161 7**

**Nonpriority creditor's name and mailing address**

JORDAN T QUADE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 251.90

---

**3.161 8**

**Nonpriority creditor's name and mailing address**

JORDAN, MARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 73.00

---

**3.161 9**

**Nonpriority creditor's name and mailing address**

JORGE L VILLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 301.21

---

**3.162 0**

**Nonpriority creditor's name and mailing address**

JOSE A MACIAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 275.71

---

**3.162 1**

**Nonpriority creditor's name and mailing address**

JOSE A VELAZQUEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 45.01

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.162 2**

**Nonpriority creditor's name and mailing address**

JOSE EMILIO RONDEROS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.162 3**

**Nonpriority creditor's name and mailing address**

JOSE G PADILLA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    12.50

---

**3.162 4**

**Nonpriority creditor's name and mailing address**

JOSE L CASTANEDA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    68.93

---

**3.162 5**

**Nonpriority creditor's name and mailing address**

JOSE M VALENZUELA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    93.33

---

**3.162 6**

**Nonpriority creditor's name and mailing address**

JOSEPH A ALVA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    77.24

---

Debtor    Yellow Corporation
          Name

Case number (if known)    23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1627**

**Nonpriority creditor's name and mailing address**

JOSEPH A MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 80.00

---

**3.1628**

**Nonpriority creditor's name and mailing address**

JOSEPH CORNEILLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40.64

---

**3.1629**

**Nonpriority creditor's name and mailing address**

JOSEPH L PATTERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 388.44

---

**3.1630**

**Nonpriority creditor's name and mailing address**

JOSEPH P MCENERY JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 120.00

---

**3.1631**

**Nonpriority creditor's name and mailing address**

JOSEPH P WILDAUER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 498.01

---

Debtor   Yellow Corporation                                  Case number (if known)   23-11069 (CTG)
         Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.163 2**

**Nonpriority creditor's name and mailing address**

JOSEPH QUINN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 120.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163 3**

**Nonpriority creditor's name and mailing address**

JOSEPH S MERTZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  74.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163 4**

**Nonpriority creditor's name and mailing address**

JOSHUA A LEZAMA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  68.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163 5**

**Nonpriority creditor's name and mailing address**

JOSHUA A SKIDMORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 115.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.163 6**

**Nonpriority creditor's name and mailing address**

JOSHUA DIXON - CA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                 250.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.163 7**

**Nonpriority creditor's name and mailing address**

JOSHUA L LEWIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 200.43

---

**3.163 8**

**Nonpriority creditor's name and mailing address**

JOSHUA R L SANCHEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30.00

---

**3.163 9**

**Nonpriority creditor's name and mailing address**

JOSUE ZUNIGA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 186.33

---

**3.164 0**

**Nonpriority creditor's name and mailing address**

JS INTERNATIONAL
380 VETERANS PKWY
SEAN NADEAU
BOLINGBROOK, IL 60440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.164 1**

**Nonpriority creditor's name and mailing address**

JSI INTERNATIONAL
4175 BOULDER RIDGE DR SW
AMANDA FOX
ATLANTA, GA 30336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor    Yellow Corporation
          Name

Case number (if known)    23-11069 (CTG)

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.164 2**

**Nonpriority creditor's name and mailing address**

JTS LOGISTICS
5441 ALESIA CT SE
AUSTIN RAWLINGS
SALEM, OR 97306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.164 3**

**Nonpriority creditor's name and mailing address**

JUAN AVILA CASTRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    85.00

---

**3.164 4**

**Nonpriority creditor's name and mailing address**

JUAN B RAZO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    310.00

---

**3.164 5**

**Nonpriority creditor's name and mailing address**

JUAN C ORTIZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    123.20

---

**3.164 6**

**Nonpriority creditor's name and mailing address**

JUAN C RODRIGUEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    40.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.164 7**

**Nonpriority creditor's name and mailing address**
JUAN M SERRANO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 170.06

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164 8**

**Nonpriority creditor's name and mailing address**
JUANNA ESBER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.164 9**

**Nonpriority creditor's name and mailing address**
JUAREZ, VICTOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165 0**

**Nonpriority creditor's name and mailing address**
JUDE HURST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 269.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.165 1**

**Nonpriority creditor's name and mailing address**
JULIAN R RODRIGUEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 42.86

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

| 3.165 2 | **Nonpriority creditor's name and mailing address**<br>JUSTIN BASSETT<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 83.53 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.165 3 | **Nonpriority creditor's name and mailing address**<br>JUSTIN BOVA<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 32.55 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.165 4 | **Nonpriority creditor's name and mailing address**<br>JUSTIN C BODDIE<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 35.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.165 5 | **Nonpriority creditor's name and mailing address**<br>JUSTIN H ANDERSON<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 128.70 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.165 6 | **Nonpriority creditor's name and mailing address**<br>JUSTIN I MICHEAU<br>ADDRESS ON FILE | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** Trade Payable | $ 13.00 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.165 7**

**Nonpriority creditor's name and mailing address**

JUSTIN K SOWARDS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 99.65

---

**3.165 8**

**Nonpriority creditor's name and mailing address**

JUSTIN MABE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 148.88

---

**3.165 9**

**Nonpriority creditor's name and mailing address**

JUSTIN MOORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 157.40

---

**3.166 0**

**Nonpriority creditor's name and mailing address**

JUSTIN P LONGORIA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 390.86

---

**3.166 1**

**Nonpriority creditor's name and mailing address**

JUSTIN R BECKLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 166.37

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.166 2**

**Nonpriority creditor's name and mailing address**

JUSTIN SONKO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    120.00

---

**3.166 3**

**Nonpriority creditor's name and mailing address**

JW PEPPER & SON
JACKIE CAVANAUGH
191 SHEREE BLVD
EXTON, PA 19341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.166 4**

**Nonpriority creditor's name and mailing address**

K2 ELECTRIC
4038 E. SUPERIOR AVE.
PHOENIX, AZ 85040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  2,830.00

---

**3.166 5**

**Nonpriority creditor's name and mailing address**

KALITTA AIR
RICK MENEREY
5053 SKYWAY STREET
OSCODA, MI 48750

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.166 6**

**Nonpriority creditor's name and mailing address**

KANSAS STATE TREASURER
UNCLAIMED PROPERTY DIVISION
900 SW JACKSON, STE 201
TOPEKA, KS 66612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  1,560.27

---

Debtor   Yellow Corporation
Name

Case number (if known)   23-11069 (CTG)

## Part 2: Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1667**

**Nonpriority creditor's name and mailing address**

KAPLAN EARLY LEARNING
C/O TRANSPORTATION INSIGHT
PO BOX 23000 ATTN TYLER BROOKS
HICKORY, NC 28601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$   Undetermined

---

**3.1668**

**Nonpriority creditor's name and mailing address**

KARA D FREEMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   965.02

---

**3.1669**

**Nonpriority creditor's name and mailing address**

KARBONOUS INC % LOGISTICS FOX
1290 N HANCOCK ST
YVONNE ARELLANO
ANAHEIM, CA 92807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.1670**

**Nonpriority creditor's name and mailing address**

KAREEM BARKHADLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   135.97

---

**3.1671**

**Nonpriority creditor's name and mailing address**

KARON R WHITE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   120.00

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167 2**

**Nonpriority creditor's name and mailing address**

KATELYN M PETERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 83.10

---

**3.167 3**

**Nonpriority creditor's name and mailing address**

KAYAK KATALOUGE CORP
2000 COMMERCE PKWY
LANCASTER, NY 14086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.167 4**

**Nonpriority creditor's name and mailing address**

KAYLAN C ALLEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14.49

---

**3.167 5**

**Nonpriority creditor's name and mailing address**

KAZ
PO BOX 847377
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.167 6**

**Nonpriority creditor's name and mailing address**

KBX LOGISTICS
PO BOX 28236
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.167 7**

**Nonpriority creditor's name and mailing address**

KC DISTRIBUTION
7400 E 12TH ST UNIT 4
CHRIS KING
KANSAS CITY, MO 64126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.167 8**

**Nonpriority creditor's name and mailing address**

KC FIXTURES AND DISPLAY INC
7400 E 12TH ST UNIT 4
CHIRS KING
KANSAS CITY, MO 64126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.167 9**

**Nonpriority creditor's name and mailing address**

KDL FREIGHT MANAGEMENT
PO BOX 752
VICKIE HARTY
CARNEGIE, PA 15106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.168 0**

**Nonpriority creditor's name and mailing address**

KEEF, ROGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.168 1**

**Nonpriority creditor's name and mailing address**

KEITH DONALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 96.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.168 2** Nonpriority creditor's name and mailing address

KEITH FUQUA
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                    150.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.168 3** Nonpriority creditor's name and mailing address

KEITH R HEEREN
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                    165.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.168 4** Nonpriority creditor's name and mailing address

KELLY A GARRISON
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                    138.12

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.168 5** Nonpriority creditor's name and mailing address

KELLY RYAN EQUIPMENT
900 KELLY RYAN DR
DALLAS FLYNN
BLAIR, NE 68008

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Cargo Claims

$                    Undetermined

Date or dates debt was incurred      Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.168 6** Nonpriority creditor's name and mailing address

KELLY T JONES
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$                    50.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.1687**

**Nonpriority creditor's name and mailing address**

KENDELL N SEATON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 63.50

---

**3.1688**

**Nonpriority creditor's name and mailing address**

KENDRIC D COLLINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 120.00

---

**3.1689**

**Nonpriority creditor's name and mailing address**

KENNETH J HABERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48.42

---

**3.1690**

**Nonpriority creditor's name and mailing address**

KENNETH L PETERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 323.95

---

**3.1691**

**Nonpriority creditor's name and mailing address**

KENNETH M DAVOREN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 140.02

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.169 2**

**Nonpriority creditor's name and mailing address**
KENNETH R MCWILLIAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 562.73

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169 3**

**Nonpriority creditor's name and mailing address**
KERLIK, LINDA (ANDREW)
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): $57,827.57

$ 57,827.57

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169 4**

**Nonpriority creditor's name and mailing address**
KERMA MEDICAL PRODUCTS
215 SUBURBAN DR
KERMA MEDICAL PRODUCTS
SUFFOLK, VA 23434

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169 5**

**Nonpriority creditor's name and mailing address**
KERNEL POPS
2126 MCCULLOCH BLVD N STE 18
MARIA BOODY
LAKE HAVASU CITY, AZ 86403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.169 6**

**Nonpriority creditor's name and mailing address**
KESTREL CROSSDOCK, LLC
310 W SPRUCE ST
MISSOULA, MT 59802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 20,150.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.1697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 67.86 |
|---|---|---|---|---|

KEVIN BROWN
ADDRESS ON FILE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1698 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 146.32 |
|---|---|---|---|---|

KEVIN CYPRET
ADDRESS ON FILE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1699 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 577.98 |
|---|---|---|---|---|

KEVIN D ROBINSON JR
ADDRESS ON FILE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1700 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | Undetermined |
|---|---|---|---|---|

KEVIN HILLER
ADDRESS ON FILE

*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.1701 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $ | 87.75 |
|---|---|---|---|---|

KEVIN L KOHAUT
ADDRESS ON FILE

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.170 2**

**Nonpriority creditor's name and mailing address**

KEVIN PARKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20.94

---

**3.170 3**

**Nonpriority creditor's name and mailing address**

KEVIN RAWLINSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27.43

---

**3.170 4**

**Nonpriority creditor's name and mailing address**

KEVIN S RHOADS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 228.49

---

**3.170 5**

**Nonpriority creditor's name and mailing address**

KEVIN SUMMERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 21.19

---

**3.170 6**

**Nonpriority creditor's name and mailing address**

Keybank, N.A.
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Letter of Credit #S325340 for the benefit of Old Republic Insurance Company

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

$ Undetermined

---

Debtor    Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

**Amount of claim**

---

**3.1707**

**Nonpriority creditor's name and mailing address**

KEYHOLE SOFTWARE LLC
11205 W 79TH ST
LENEXA, KS 66214

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    595,231.69

---

**3.1708**

**Nonpriority creditor's name and mailing address**

KEYSTONE AUTOMOTIVE % ECHO
600 W CHICAGO AVE STE 725
JANAU WASHINGTON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.1709**

**Nonpriority creditor's name and mailing address**

KEYSTONE AUTOMOTIVE OPERATIONS
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.1710**

**Nonpriority creditor's name and mailing address**

KEYSTONE C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.1711**

**Nonpriority creditor's name and mailing address**

KEYSTONE RV
4635 MC KENNON RD
PENDLETON, OR 97801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.171 2** | **Nonpriority creditor's name and mailing address**

KEYSTONE RV COMPANY
2425 DAVIS DR
DONNA MAYNARD
CUSTOMER SERVICE
GOSHEN, IN 46526

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.171 3** | **Nonpriority creditor's name and mailing address**

KGP CO RENO
13900 MOUNT LIMBO ST
VIRIDIANA GERMAN
RENO, NV 89506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.171 4** | **Nonpriority creditor's name and mailing address**

KGP TELECOMMUNICATIONS
310 MAIN AVE WAY SE
HICKORY, NC 28602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.171 5** | **Nonpriority creditor's name and mailing address**

KGP TELECOMMUNICATIONS OUTBOUND
310 MAIN AVE WAY SE
SHANNON HOLTGRAVER
HICKORY, NC 28602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.171 6** | **Nonpriority creditor's name and mailing address**

KHALIFA DAW SHADI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                120.68

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.1717**

**Nonpriority creditor's name and mailing address**

KI
P.O. BOX 737048
DEANNA SNELL
DALLAS, TX 753737048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.1718**

**Nonpriority creditor's name and mailing address**

KIDDE SAFETY
3825 S WILLOW AVE STE 104
PRAMOD KUMAR
FRESNO, CA 93725

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.1719**

**Nonpriority creditor's name and mailing address**

KIDS WHEELS
13055 FM 971
FLAVIO LEAL
GRANGER, TX 76530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.1720**

**Nonpriority creditor's name and mailing address**

KIM R HOUGH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                967.31

---

**3.1721**

**Nonpriority creditor's name and mailing address**

KIMA MOORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                167.25

---

| Debtor | Yellow Corporation | | |
|---|---|---|---|
| | Name | *Case number (if known)* | 23-11069 (CTG) |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.172 2**

**Nonpriority creditor's name and mailing address**

KIMTEK CORPORATION
326 INDUSTRIAL PARK LN
KIMBALL JOHNSON
ORLEANS, VT 05860

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172 3**

**Nonpriority creditor's name and mailing address**

KING BRANDS
18974 NE 4TH CT
RINA ASH
MIAMI GARDENS, FL 33179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172 4**

**Nonpriority creditor's name and mailing address**

KING SOLUTIONS
11011 HOLLY LN N
DAYTON, MN 55369

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172 5**

**Nonpriority creditor's name and mailing address**

KLEINSCHMIDT INC.
PO BOX 7158
DEERFIELD, IL 60015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,579.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.172 6**

**Nonpriority creditor's name and mailing address**

KMG SUPPLY CHAIN SRVCS LLC
C/O SHEBOYGAN PAINT CO
559 CHESTNUT HILL COURT
WOODSTOCK, GA 30189

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| Debtor | Yellow Corporation | | 23-11069 (CTG) |
|---|---|---|---|
| | Name | Case number (if known) | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1727**

**Nonpriority creditor's name and mailing address**

KMS HUTCH
3401 E 4TH AVE
KYLE HOUGH
HUTCHINSON, KS 67501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1728**

**Nonpriority creditor's name and mailing address**

KNOCK KNOCK LLC
6695 GREEN VALLEY CIR
LENA MARION
CULVER CITY, CA 90230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1729**

**Nonpriority creditor's name and mailing address**

KNOCKOUT SUPPLIES
3315 SW 13TH ST STE 205
MICHAEL KROITOR
OCALA, FL 34474

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.1730**

**Nonpriority creditor's name and mailing address**

KNOX COUNTY CLERK
300 MAIN STREET  STE 219
KNOXVILLE, TN 37902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,006.75

---

**3.1731**

**Nonpriority creditor's name and mailing address**

KNU LLC
1300 N BROAD
ROBERT  WORBINGTON
LELAND, MS 38756

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

Debtor    Yellow Corporation
          Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.173 2**

**Nonpriority creditor's name and mailing address**

KOCH FILTER
8401 AIR COMMERCE DR
LOUISVILLE, KY 40219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173 3**

**Nonpriority creditor's name and mailing address**

KOCH LOGISTICS
PO BOX 4239
PA MOUA
ST PAUL, MN 55101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173 4**

**Nonpriority creditor's name and mailing address**

KOHLER CO
444 HIGHLAND DRIVE
MAIL STOP 106
KOHLER, WI 53044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173 5**

**Nonpriority creditor's name and mailing address**

KOHLER COM
444 HIGHLAND DR MAIL STOP 106
KIM SIPPEL
KOHLER, WI 53044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173 6**

**Nonpriority creditor's name and mailing address**

KOHLER COMPANY
444 HIGHLAND DR MAIL STOP 106
KIM SIPPEL
KOHLER, WI 53044

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.173 7**

**Nonpriority creditor's name and mailing address**

KOMELON USA
N8W22380 JOHNSON DRIVE
BILL AYERS
WAUKESHA, WI 53186

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173 8**

**Nonpriority creditor's name and mailing address**

KOMPAN INC C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.173 9**

**Nonpriority creditor's name and mailing address**

KONECRANES  C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174 0**

**Nonpriority creditor's name and mailing address**

KONECRANES % ECHO GLOBAL
600 W CHICAGO AVE
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.174 1**

**Nonpriority creditor's name and mailing address**

KONSTANTIN KOURBATOV
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      108.19

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.174 2**

**Nonpriority creditor's name and mailing address**

KOOLA BUCK INC
494 SERVICE CENTER RD
NIKKI FREMER
BROOKVILLE, PA 15825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.174 3**

**Nonpriority creditor's name and mailing address**

KORI A BROWN HAYNES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    30.00

---

**3.174 4**

**Nonpriority creditor's name and mailing address**

KREYSTONE C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.174 5**

**Nonpriority creditor's name and mailing address**

KRICK PLUMBING & HEATING COMPANY INC
5011 46TH AVE.
HYATTSVILLE, MD 20781

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    2,655.00

---

**3.174 6**

**Nonpriority creditor's name and mailing address**

KRISTEN JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    47.85

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.174 7**

**Nonpriority creditor's name and mailing address**

KRISTOPHER WILLIAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 23.10

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 8**

**Nonpriority creditor's name and mailing address**

KROSSWOOD DOORS
1440 S EUCLID AVE
KALEISHA TISDALE
TUCSON, AZ 85713

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.174 9**

**Nonpriority creditor's name and mailing address**

KRUEGER INTERNATIONAL INC
PO BOX 8100
DEANNA SNELL
ACCOUNTS RECEIVABLE
GREEN BAY, WI 543088100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 0**

**Nonpriority creditor's name and mailing address**

KUTOL PRODUCTS COMPANY
PO BOX 630104
NOREEN TIMBERS
CINCINNATI, OH 45263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.175 1**

**Nonpriority creditor's name and mailing address**

KYLE J HUGHES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 92.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.175 2**

**Nonpriority creditor's name and mailing address**

KYLE M FERNANDEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 241.93

---

**3.175 3**

**Nonpriority creditor's name and mailing address**

KYLE M GOLDEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 66.50

---

**3.175 4**

**Nonpriority creditor's name and mailing address**

KYLE R SHANLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 65.45

---

**3.175 5**

**Nonpriority creditor's name and mailing address**

L E JOHNSON PRODUCTS INC
2100 STERLING AVE
STEVE CREAL
ELKHART, IN 46516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.175 6**

**Nonpriority creditor's name and mailing address**

L E JOHNSON PRODUCTS, INC.
TRAFFIC MANAGER
2100 STERLING
ELKHART, IN 46516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.175 7**

**Nonpriority creditor's name and mailing address**

L O TRADING CORP C O MAREX
4340 W 104TH ST STE 180
ERICA BRICENO
HIALEAH, FL 33018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.175 8**

**Nonpriority creditor's name and mailing address**

L P I CORPORATION
3000 TAFT ST
TRACY ATKINSON
HOLLYWOOD, FL 33021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.175 9**

**Nonpriority creditor's name and mailing address**

L&J FIRE EQUIPMENT
10926 DAVID TAYLOR DR
MARK PUCEL
CHARLOTTE, NC 28262

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.176 0**

**Nonpriority creditor's name and mailing address**

LAARS C/O MGN LOGISTICS, INC
89 PROVIDENCE HWY, STE 1F
DONNA PABON
WESTWOOD, MA 02090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.176 1**

**Nonpriority creditor's name and mailing address**

LAB PRODUCTS
2225 PULASKI HWY
RAFAEL LEMUS
ABERDEEN, MD 21001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.176 2**

**Nonpriority creditor's name and mailing address**

LACROSSE SHOE
KRIS JOHNSON
17634 NE AIRPORT WAY
PORTLAND, OR 97230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.176 3**

**Nonpriority creditor's name and mailing address**

LADARIUS V THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 120.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 4**

**Nonpriority creditor's name and mailing address**

LADY BURD COSMETICS
44 EXECUTIVE BLVD
FARMINGDALE, NY 11735

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 5**

**Nonpriority creditor's name and mailing address**

LAIRD PLASTICS
40 51ST WAY STE 200
MINNEAPOLIS, MN 55421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.176 6**

**Nonpriority creditor's name and mailing address**

LAKSI CARTS INC
1290 SPEERS RD UNIT 14
SANTHOSH
OAKVILLE, ON L6L2X4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Corporation
          Name

Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | |

**3.1767**

**Nonpriority creditor's name and mailing address**

LANDSTAR
13410 SUTTON PARK DR S
JACKSONVILLE, FL 32224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1768**

**Nonpriority creditor's name and mailing address**

LANDSTAR GLOBAL LOGISTICS
13410 SUTTON PARK DR S
BETSY HARPER
JACKSONVILLE, FL 32224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1769**

**Nonpriority creditor's name and mailing address**

LANDSTAR RANGER, INC.
P.O. BOX 784293
PHILADELPHIA, PA 19178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    8,950.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1770**

**Nonpriority creditor's name and mailing address**

LANKOTA
270 WESTPARK AVE
MICHEAL JOHNSON
SHIPPING
HURON, SD 57350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.1771**

**Nonpriority creditor's name and mailing address**

LAPIDRY CENTRAL
9430 CASE RD SW UNIT 26
BRIAN RHODE
OLYMPIA, WA 98512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.177 2**

**Nonpriority creditor's name and mailing address**

LAPP USA
29 HANOVER RD
KATHY KELLY
FLORHAM PARK, NJ 07932

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.177 3**

**Nonpriority creditor's name and mailing address**

LAPPIN ELECTRIC 526
3160 PRAIRIE AVE
DIVISION OF CED
BELOIT, WI 53511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.177 4**

**Nonpriority creditor's name and mailing address**

LARRY C FOSTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          89.20

---

**3.177 5**

**Nonpriority creditor's name and mailing address**

LARRY L GREEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          91.05

---

**3.177 6**

**Nonpriority creditor's name and mailing address**

LARRY W JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          22.49

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.177 7**

**Nonpriority creditor's name and mailing address**

LAST MILE GAME LOGISTICS LLC
1974 HUDSON ST
MUSKEGON, MI 49441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.177 8**

**Nonpriority creditor's name and mailing address**

LATASHA HENRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 87.00

---

**3.177 9**

**Nonpriority creditor's name and mailing address**

LATHAM, ROAMEY A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.178 0**

**Nonpriority creditor's name and mailing address**

LATRELL MITCHELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 299.45

---

**3.178 1**

**Nonpriority creditor's name and mailing address**

LAURA SCHULZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 60.16

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.178 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 223.06 |
|---|---|---|
| LAWRENCE G AYERS<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.178 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20.01 |
|---|---|---|
| LAWTON J MCCOMBS<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.178 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|
| LAZYSUZY<br>1461 7TH AVE<br>ARZAN RAIMALWALA<br>SAN FRANCISCO, CA 94122 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim:** Cargo Claims | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.178 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|
| LEBANANAURORA PARTS<br>500 S ENTERPRISE BLVD<br>LEBANON, IN 46052 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Basis for the claim:** Cargo Claims | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

**3.178 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20.65 |
|---|---|---|
| LEE BURNS<br>ADDRESS ON FILE | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☒ No<br>☐ Yes | |

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.178 7** | **Nonpriority creditor's name and mailing address**

LEFLER, RYAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 72.80

---

**3.178 8** | **Nonpriority creditor's name and mailing address**

LEGENDARY FLOORS INC
3036 PARQUET DR
SHARON JORDAN
DALTON, GA 30720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.178 9** | **Nonpriority creditor's name and mailing address**

LEGO SYSTEMS
100 PRINT SHOP RD
HEATHER SHELDON
ENFIELD, CT 06082

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.179 0** | **Nonpriority creditor's name and mailing address**

LEISA WEIR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.179 1** | **Nonpriority creditor's name and mailing address**

LEISURE LIVING
574 MAIN ST
TODD HAINES
TONAWANDA, NY 14150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor    Yellow Corporation _____    Case number (if known)    23-11069 (CTG)
          Name

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.179 2**

**Nonpriority creditor's name and mailing address**

LEISURE LIVING
574 MAIN ST
TONAWANDA, NY 14150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.179 3**

**Nonpriority creditor's name and mailing address**

LEISURE TIME PRODUCTS
ACCOUNTS PAYABLE
P.O. BOX 604
PITTSBURG, KS 66762

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

LEISURE TIME PRODUCTS INC
3001 N ROUSE AVE
AMY RAKESTRAW
PITTSBURG, KS 66762

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 5**

**Nonpriority creditor's name and mailing address**

LENNOX IND
4000 HAMNER AVE
SUZY EDWARDS
MIRA LOMA, CA 91752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 6**

**Nonpriority creditor's name and mailing address**

LENNOX INDUSTRIES INC
4000 HAMNER AVE
SUZY EDWARDS
MIRA LOMA, CA 91752

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Corporation
          Name                                              Case number (if known)    23-11069 (CTG)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.179 7** | **Nonpriority creditor's name and mailing address**

LENNOX INDUSTRIES RDC
1400 AIP DR STE 400
TOM ESTERMYER
MIDDLETOWN, PA 17057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 8** | **Nonpriority creditor's name and mailing address**

LENO, JOHNATHON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 107.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.179 9** | **Nonpriority creditor's name and mailing address**

LEONARDO GARZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 322.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 0** | **Nonpriority creditor's name and mailing address**

LEOTEK ELECTRONICS
1955 LUNDY AVE
ANH
SAN JOSE, CA 95131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 1** | **Nonpriority creditor's name and mailing address**

LESLIE SCHWIEM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.180 2**

**Nonpriority creditor's name and mailing address**

LESLIES POOLMART C/O ECHO
600 W CHICAGO AVE STE 725
JANAU WASHINGTON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 3**

**Nonpriority creditor's name and mailing address**

LETKE, DAVID J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 4**

**Nonpriority creditor's name and mailing address**

LEVEL 3 COMMUNICATIONS LLC
PO BOX 910182
DENVER, CO 80291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 10,581.61

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 5**

**Nonpriority creditor's name and mailing address**

LEVIN FURNITURE
301 FITZ HENRY ROAD
SMITHTON, PA 15479

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.180 6**

**Nonpriority creditor's name and mailing address**

LEVITON
96 ISIDOR CT
ANGELA BARBARO
LOGISTICS
SPANISH SPRINGS, NV 89441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.180 7**

**Nonpriority creditor's name and mailing address**

LEVITON MFG
103 LEVITON DR
ANGELA BARBARO
LEBANON, TN 37090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.180 8**

**Nonpriority creditor's name and mailing address**

LEVITON MFG CO
103 LEVITON DR
ANGELA BARBARO
LEBANON, TN 37090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.180 9**

**Nonpriority creditor's name and mailing address**

LEWIN, KERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  66.33

---

**3.181 0**

**Nonpriority creditor's name and mailing address**

LEXMARK INTERNATIONAL
13599 PARK VISTA BLVD 38
RHONDA MCGWIER
% RYDER
FORT WORTH, TX 76177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.181 1**

**Nonpriority creditor's name and mailing address**

LEXMARK INTL PUERTO RICO
255 PONCE DE LEON AVENUE
SAN JUAN, PR 00917

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  47.90

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.181 2**

**Nonpriority creditor's name and mailing address**

LIBERTY MULTI-MODAL
9498 SW BARBUR BLVD STE 200
TOM ARANT
PORTLAND, OR 97219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$       Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.181 3**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #674017627

$       Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**    7627

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.181 4**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #674010586

$       Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**    0586

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.181 5**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #674020856

$       Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**    0856

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.181 6**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #674020855

$       Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**    0855

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.181 7**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #674020860

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 0860 | ☑ No  ☐ Yes |

**3.181 8**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #674211502

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 1502 | ☑ No  ☐ Yes |

**3.181 9**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #674016746

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 6746 | ☑ No  ☐ Yes |

**3.182 0**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #674218080

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 8080 | ☑ No  ☐ Yes |

**3.182 1**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #674020857

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 0857 | ☑ No  ☐ Yes |

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.182 2**

**Nonpriority creditor's name and mailing address**

LIBERTY MUTUAL GROUP
175 BERKELEY STREET
BOSTON, MA 02116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #674017167

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 7167 | ☑ No  ☐ Yes |

**3.182 3**

**Nonpriority creditor's name and mailing address**

LIBERTYWARE
FREEPORT CTR W BLDG E6
SHERRY NAGEL
CLEARFIELD, UT 84016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

**3.182 4**

**Nonpriority creditor's name and mailing address**

LIFESTYLES CERAMIC TILE INC
7800 19 MILE RD
PAM SHERMAN
STERLING HTS, MI 48314

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

**3.182 5**

**Nonpriority creditor's name and mailing address**

LIFETIME PRODUCTS, INC.
LOCK BOX 271102, PO BOX 35146
TAZIA PTACEK
SEATTLE, WA 98124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

**3.182 6**

**Nonpriority creditor's name and mailing address**

LIFTMOORE INCORPORATED
7810 PINEMONT
PRISCILLA CERVANTES
HOUSTON, TX 77040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.182 7** Nonpriority creditor's name and mailing address

LIGHTHOUSE FOR THE BLIND
10440 TRENTON AVE
OLIVETTE, MO 63132

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

Date or dates debt was incurred    Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                    Undetermined

---

**3.182 8** Nonpriority creditor's name and mailing address

LINDA KERLIK
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

Date or dates debt was incurred
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                    7,500.00

---

**3.182 9** Nonpriority creditor's name and mailing address

LINDE GAS & EQUIPMENT
4236 STATESVILLE RD
CHRIS FLINT
CHARLOTTE, NC 28269

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

Date or dates debt was incurred    Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                    Undetermined

---

**3.183 0** Nonpriority creditor's name and mailing address

LINE HARDWARE
4426 HUNT AVE
ASHLEY CAMPBELL
ST LOUIS, MO 63110

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

Date or dates debt was incurred    Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                    Undetermined

---

**3.183 1** Nonpriority creditor's name and mailing address

LITEHOUSE CUSTOM PRINTING
1920 INDUSTRIAL DR
SUSAN MCDADE
SANDPOINT, ID 83864

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

Date or dates debt was incurred    Undetermined
Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

$                    Undetermined

---

Debtor    Yellow Corporation
          Name                                                          Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.183 2**

**Nonpriority creditor's name and mailing address**

LITTLE RAPIDS CORP
2300 HUTSON RD
CRYSTAL LIEUWEN
GREEN BAY, WI 54307

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.183 3**

**Nonpriority creditor's name and mailing address**

LIVING ESSENTIALS
200 BOND ST
SARALYN TYNER
WABASH, IN 46992

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.183 4**

**Nonpriority creditor's name and mailing address**

LKQ
600 W CHICAGO AVE STE 725
JACQUELINE CARRUTHERS
% ECHO GLOBAL LOGISTICS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.183 5**

**Nonpriority creditor's name and mailing address**

LLOYD BARKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    165.20

---

**3.183 6**

**Nonpriority creditor's name and mailing address**

LLOYD LONDON DAVIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    30.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1837**

**Nonpriority creditor's name and mailing address**

LLOYD SPEARMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 541.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1838**

**Nonpriority creditor's name and mailing address**

LOADER SERVICES & EQUIP
319 BEARDEN RD
PELHAM, AL 35124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1839**

**Nonpriority creditor's name and mailing address**

LOCAL 707
KEVIN MCCAFFREY, PRESIDENT
14 FRONT STREET
SUITE 301
HEMPSTEAD, NY 11550

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Open Litigation

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1840**

**Nonpriority creditor's name and mailing address**

LOCKARD DEVELOPMENT GROUP INC
301 ALDER AVE
ROLAND LOCKARD
JOHNSTOWN, CO 80534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.1841**

**Nonpriority creditor's name and mailing address**

LODGING KIT COMPANY
210 DALE ST
HILARY CONNELLY
EDGEWATER, FL 32132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.184 2**

**Nonpriority creditor's name and mailing address**

LOEFFLER, DAVID E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

LOGISTICS FREIGHT SOLUTIONS
PO BOX 227008
JULIAN MORA ARANGO
MIAMI, FL 33222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184 4**

**Nonpriority creditor's name and mailing address**

LOGISTICS FREIGHT SOLUTIONS IN
PO BOX 227008
PEDRO GARRO
MIAMI, FL 33222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184 5**

**Nonpriority creditor's name and mailing address**

LOGISTICS PLUS
1406 PEACH ST
KRISTEN RZODKIEWICZ
LTL CLAIMS
ERIE, PA 16501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.184 6**

**Nonpriority creditor's name and mailing address**

LONESTAR ELECTRIC
4036 BINZ ELECTRIC STE 208
GARRETT WELCH
SAN ANTONIO, TX 78219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.184 7**

**Nonpriority creditor's name and mailing address**

LONNEL D FOSTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 212.22

---

**3.184 8**

**Nonpriority creditor's name and mailing address**

LONSEAL
928 E 238TH ST
PRESCILLA VIELMAN
PRESCILLA VIELMAN
CARSON, CA 90745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.184 9**

**Nonpriority creditor's name and mailing address**

L'OREAL
PO BOX 518
CODY STRINGER
% TRANSPLACE CARGO CLAIMS
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.185 0**

**Nonpriority creditor's name and mailing address**

LORENSON, PAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Severance Pay Continuation (Non-Union): $115,875.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 115,875.00

---

**3.185 1**

**Nonpriority creditor's name and mailing address**

LORI GRAVES MURRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 30.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.185 2**

**Nonpriority creditor's name and mailing address**

LOST CHORD GUITARS
1576 COPENHAGEN DR STE 101
ANNA MKRTCHYAN
SOLVANG, CA 93463

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185 3**

**Nonpriority creditor's name and mailing address**

LRH SOLUTIONS
171 WEST WING STREET SUITE 204A
RON LUCARELLI
% CDS
ARLINGTON HEIGHTS, IL 60005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185 4**

**Nonpriority creditor's name and mailing address**

LUBECON USA LLC
PO BOX 78158
% SCHNEIDER LOGISTICS INC
MILWAUKEE, WI 53278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185 5**

**Nonpriority creditor's name and mailing address**

LUCINDA A LAMB
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   166.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.185 6**

**Nonpriority creditor's name and mailing address**

LUIS A JUNCO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$   100.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.185 7

**Nonpriority creditor's name and mailing address**

LUIS E JUAREZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                30.00

---

### 3.185 8

**Nonpriority creditor's name and mailing address**

LUKE L LEHNE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                64.99

---

### 3.185 9

**Nonpriority creditor's name and mailing address**

LUMIFI CYBER INC
ATTN: ACCOUNTS RECEIVABLE
1475 N SCOTTSDALE RD STE 410
SCOTTSDALE, AZ 85257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            33,000.00

---

### 3.186 0

**Nonpriority creditor's name and mailing address**

LYLE V MILLS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                585.00

---

### 3.186 1

**Nonpriority creditor's name and mailing address**

LYON
PO BOX 671
AURORA, IL 60507

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            Undetermined

---

Debtor  Yellow Corporation
Name

Case number (if known)  23-11069 (CTG)

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.186
2**

**Nonpriority creditor's name and mailing address**

LYTX, INC.
PO BOX 849972
LOS ANGELES, CA 90084

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              201,215.26

---

**3.186
3**

**Nonpriority creditor's name and mailing address**

M & K INTERNATIONAL
541 COMMERCIAL DR
STATHAM, GA 30666

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              Undetermined

---

**3.186
4**

**Nonpriority creditor's name and mailing address**

M K BATTERY
9108C YELLOW BRICK RD
ROSEDALE, MD 21237

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              Undetermined

---

**3.186
5**

**Nonpriority creditor's name and mailing address**

M PET GROUP
2980 NE 207TH ST STE 701
JAIME MENDAL
AVENTURA, FL 33180

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              Undetermined

---

**3.186
6**

**Nonpriority creditor's name and mailing address**

M PHILLIPS GROUP LLC
PO BOX 36
IRENE BOHINC
QUARRYVILLE, PA 17566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.186 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 33,454.13 |
|---|---|---|---|

M4 TERMINALS LLC
PO BOX 51467
LOS ANGELES, CA 90051

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.186 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MACRON DYNAMICS INC
100 PHYLLIS AVE
COLEEN OLIVE
CROYDON, PA 19021

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.186 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MACY'S INC
145 PROGRESS PLACE
SPRINGDALE, OH 45246

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.187 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 5,452.00 |
|---|---|---|---|

MAD ACQUISITIONS, LLC
435 ESSEX AVE #105
WAYNESBORO, VA 22980

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.187 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MAD WILL'S FOOD COMPANY
2043 AIRPARK CT
VALERIE KNECHT
CUSTOMER SERVICE
AUBURN, CA 95602

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Yellow Corporation
Name

(Case number (if known))   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.187.2**

**Nonpriority creditor's name and mailing address**

MADE GOODS
918 S STIMSON AVE
EUGENIE TRAN
CITY OF INDUSTRY, CA 91745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.187.3**

**Nonpriority creditor's name and mailing address**

MADRONA CUTTER, LLC
C/O WINKLER DEVELOPMENT CORPORATION
210 SW MORRISON STREET STE 600
PORTLAND, OR 97204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   125,369.19

---

**3.187.4**

**Nonpriority creditor's name and mailing address**

MAGELLAN AIRCRAFT
MIKE SIEGFRIED
2345B TOWNSHIP RD
CHARLOTTE, NC 28273

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$   Undetermined

---

**3.187.5**

**Nonpriority creditor's name and mailing address**

MAGIC TRANSPORT
PO BOX 360729
GLADYS GOMEZ
CLAIMS
SAN JUAN, PR 00936

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.187.6**

**Nonpriority creditor's name and mailing address**

MAGNATAG INC
290 WOODCLIFF DR STE 102
FAIRPORT, NY 14450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.187 7** | **Nonpriority creditor's name and mailing address**

MAGNETEK
N49 W13650 CAMPBELL DRIVE
MENOMONEE FALLS, WI 53051

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.187 8** | **Nonpriority creditor's name and mailing address**

MAGNOLIA METAL AND PLASTIC PRODUCTS
PO BOX 822049
VICKSBURG, MS 39183

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.187 9** | **Nonpriority creditor's name and mailing address**

MALCO PRODUCTS, INC.
14080 STATE HWY 55 NW, PO BOX 400
ANNANDALE, MN 55302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.188 0** | **Nonpriority creditor's name and mailing address**

MALIK J ROBERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    95.00

---

**3.188 1** | **Nonpriority creditor's name and mailing address**

MALLEY INDUSTRIES
1100 AVIATION AV
DARRYL GOMEZ
PURCHASING
DIEPPE, NB E1A9A3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

Debtor   Yellow Corporation
Name

(Case number (if known))   23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.188 2**

**Nonpriority creditor's name and mailing address**

MALOUF
1525 W 2960 S
LOGAN, UT 84321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.188 3**

**Nonpriority creditor's name and mailing address**

MALOUF COMPANIES
1525 W 2960 S
ADMIN MALOUF
LOGAN, UT 84321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.188 4**

**Nonpriority creditor's name and mailing address**

MAM BABY
PO BOX 2208
JOANA PITRE
% GEODIS
BRENTWOOD, TN 37024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.188 5**

**Nonpriority creditor's name and mailing address**

MANE INC
10261 CHESTER RD
MANE INC.
CINCINNATI, OH 45215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.188 6**

**Nonpriority creditor's name and mailing address**

MANSFIELD OIL CO
PO BOX 736945
C/O RXO CORPORATE SOLUTIONS LLC
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.188 7**

**Nonpriority creditor's name and mailing address**

MANUEL RIVERA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    44.70

---

**3.188 8**

**Nonpriority creditor's name and mailing address**

MARANELLO SPORTS
200 AUTO PARK CIR
PETER MICIELI
PARTS DEPT
VAUGHAN, ON L4L8R1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.188 9**

**Nonpriority creditor's name and mailing address**

MARATHON TRUCK BODIES
25667 SPRINGBROOK AVE
RICK COURTNEY
SANTA CLARITA, CA 91350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.189 0**

**Nonpriority creditor's name and mailing address**

MARCELINO CANTU III
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    253.00

---

**3.189 1**

**Nonpriority creditor's name and mailing address**

MARCELLO M MOORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    53.92

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.189 2**

**Nonpriority creditor's name and mailing address**

MARCO GROUP INC
5400 DONIPHAN DR
REBECCA TOSH
NEOSHO, MO 64850

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.189 3**

**Nonpriority creditor's name and mailing address**

MARCOROCKS
36200 SW 212TH AVE
MARC TETREAULT
OWNER
HOMESTEAD, FL 33034

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.189 4**

**Nonpriority creditor's name and mailing address**

MARCUS A QUINN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 47.45

---

**3.189 5**

**Nonpriority creditor's name and mailing address**

MARCUS D AUSTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 27.00

---

**3.189 6**

**Nonpriority creditor's name and mailing address**

MARCUS PITTMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 37.80

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.189 7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined

MARGERET FARNON
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.189 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined

MARGIN FREIGHT SERVICES
7208 W 80TH ST STE 204
JASON ROBERTS
OVERLAND PARK, KS 66204

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.189 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined

MARIAH HARRISON
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | 200.85

MARIANO QUINDAY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.190 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined

MARINE RESCUE PRODUCTS
41 PROSPECT AVE
DANIEL WILKINSON
MIDDLETOWN, RI 02842

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.190 2**

**Nonpriority creditor's name and mailing address**
MARINO A WALTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 98.00

---

**3.190 3**

**Nonpriority creditor's name and mailing address**
MARINO, NICHOLAS J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.190 4**

**Nonpriority creditor's name and mailing address**
MARIO A SANCHEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 86.39

---

**3.190 5**

**Nonpriority creditor's name and mailing address**
MARIO AYALA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 114.40

---

**3.190 6**

**Nonpriority creditor's name and mailing address**
MARIO VAZQUEZ-ANDRADE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 616.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.190 7**   **Nonpriority creditor's name and mailing address**

MARK A IACONO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 212.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.190 8**   **Nonpriority creditor's name and mailing address**

MARK A SELDERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 86.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.190 9**   **Nonpriority creditor's name and mailing address**

MARK P CURTIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 180.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.191 0**   **Nonpriority creditor's name and mailing address**

MARK SIMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.191 1**   **Nonpriority creditor's name and mailing address**

MARKAS L ARRINGTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 469.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

### 3.191 2

**Nonpriority creditor's name and mailing address**

MARKIETH T WILLIAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 108.89

### 3.191 3

**Nonpriority creditor's name and mailing address**

MARKIT NORTH AMERICA, INC.
450 WEST 33RD STREET, 5TH FLOOR
NEW YORK, NY 10001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 500.00

### 3.191 4

**Nonpriority creditor's name and mailing address**

MARKO LAW PLLC
4000 EXECUTIVE PARK DR #300
CINCINNATI, OH 45241

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 250.00

### 3.191 5

**Nonpriority creditor's name and mailing address**

MARKWINS % SIMS GLOBAL SOLUTIO
PO BOX 1824
MARTHA ALESANA
MANHATTAN, KS 66505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

### 3.191 6

**Nonpriority creditor's name and mailing address**

MARKWINS C O SIMS GLOBAL SOLUT
PO BOX 1824
MARTHA ALESANA
MANHATTAN, KS 66505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.191 7**

**Nonpriority creditor's name and mailing address**

MAROON GROUP C O TBL
PO BOX 3838
TBL SERVICES
ALLENTOWN, PA 18106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191 8**

**Nonpriority creditor's name and mailing address**

MARQUIS CARPET MILLS
2743 HIGHWAY 76
DEB GRANT
CLAIMS DEPT DEB GRANT
CHATSWORTH, GA 30705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.191 9**

**Nonpriority creditor's name and mailing address**

MARQUIS INDS.
P O BOX 1308
TEKIESHA WIGGINS
CLAIMS
CHATSWORTH, GA 30705

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.192 0**

**Nonpriority creditor's name and mailing address**

MARQUISE J THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 100.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.192 1**

**Nonpriority creditor's name and mailing address**

MARSHALLTOWN COMPANY
2364 ARMSTRONG AVE
SABRINA JAYNE
FAYETTEVILLE, AR 72701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192 2**

**Nonpriority creditor's name and mailing address**

MARSHALLTOWN TOOLS
2364 ARMSTRONG AVE
MICHELE REINERT
FAYETTEVILLE, AR 72701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.192 3**

**Nonpriority creditor's name and mailing address**

MARSHALLTOWN TROWEL COMPANY
2364 ARMSTRONG AVE
SABRINA JAYNE
FAYETTEVILLE, AR 72701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

---

**3.192 4**

**Nonpriority creditor's name and mailing address**

MARTIAL SLATER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                117.90

---

**3.192 5**

**Nonpriority creditor's name and mailing address**

MARTIN MACIAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                100.00

---

**3.192 6**

**Nonpriority creditor's name and mailing address**

MARTIN, WILLIAM F, JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.192 7**

**Nonpriority creditor's name and mailing address**

MARTINEZ L EVANS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 275.00

---

**3.192 8**

**Nonpriority creditor's name and mailing address**

MARTINEZ, JOHNNY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.192 9**

**Nonpriority creditor's name and mailing address**

MARTY FEWELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 127.21

---

**3.193 0**

**Nonpriority creditor's name and mailing address**

MARTY HOPE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 208.19

---

**3.193 1**

**Nonpriority creditor's name and mailing address**

MARVIN MOORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 287.52

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.193 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 613.76 |
|---|---|---|---|

MARVIN RUSSELL
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.193 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MASCIARELLI WINE
144 MOORE RD
JOE SPAGNOLO
WEYMOUTH, MA 02189

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.193 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MASTER COLINX LLC
1536 GENESIS RD
KAYLA HAYES
CLAIMS
CROSSVILLE, TN 38555

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.193 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MASTER UNIFORM
2101 ALBRIGHT RD
BRIAN
OSWEGO, IL 60543

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.193 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

MAT INDUSTRIES
118 W ROCK ST
SPRINGFIELD, MN 56087

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Corporation
Name

*Case number (if known)*    23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.1937**

**Nonpriority creditor's name and mailing address**

MATCH FREIGHT LINES
9450 SW GEMINI DR
ANDRES GUERRA
BEAVERTON, OR 97008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1938**

**Nonpriority creditor's name and mailing address**

MATTEL
1456 E HARRY SHEPPARD BLVD
MARITZA CABADA
CLAIMS DEPARTMENT
SAN BERNARDINO, CA 92408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1939**

**Nonpriority creditor's name and mailing address**

MATTEL TOYS
1456 E HARRY SHEPPARD BLVD
MARITZA CABADA
CLAIMS DEPARTMENT
SAN BERNARDINO, CA 92408

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1940**

**Nonpriority creditor's name and mailing address**

MATTEO LIGHTING
6875 SPEEDWAY BLVD USTE 105
VALENTINA BUSTOS
LAS VEGAS, NV 89115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.1941**

**Nonpriority creditor's name and mailing address**

MATTER SURFACES
401 SALEM RD SW
PATRICK ANDERSON
CALHOUN, GA 30701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.194 2**

**Nonpriority creditor's name and mailing address**

MATTHEW A MERGLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 38.77

---

**3.194 3**

**Nonpriority creditor's name and mailing address**

MATTHEW EDWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 137.00

---

**3.194 4**

**Nonpriority creditor's name and mailing address**

MATTHEW J HOBBS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 408.01

---

**3.194 5**

**Nonpriority creditor's name and mailing address**

MAX LITE C/O ECHO
600 W CHICAGO AVE STE 1600
JANAU WASHINGTON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.194 6**

**Nonpriority creditor's name and mailing address**

MAX PACKAGING
PO BOX 172248
ALICIA THOMPSON
% DUNAVANT
MEMPHIS, TN 38119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

**3.1947** Nonpriority creditor's name and mailing address
MAX PACKAGING % DUNAVANT
PO BOX 172248
ALICIA THOMPSON
MEMPHIS, TN 38119

As of the petition filing date, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Cargo Claims

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.1948** Nonpriority creditor's name and mailing address
MAXWELL S WHITTAKER
ADDRESS ON FILE

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 126.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.1949** Nonpriority creditor's name and mailing address
MAXWELL, PHILLIP
ADDRESS ON FILE

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 101.92

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.1950** Nonpriority creditor's name and mailing address
MC REALTY GROUP, LLC
114 W 11TH ST STE 200
KANSAS CITY, MO 64105

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 78,726.64

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

**3.1951** Nonpriority creditor's name and mailing address
MCCLAIN & ASSOCIATES
2458 OLD DORSETT RD STE 250
DOUG R
MARYLAND HTS, MO 63043

As of the petition filing date, the claim is: Check all that apply.
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim: Cargo Claims

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.195 2**

**Nonpriority creditor's name and mailing address**

MCCLOY, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Simplified Employee Pension Plan Obligations (Non-Union): $18,563.54

$                    18,563.54

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195 3**

**Nonpriority creditor's name and mailing address**

MCCLURES PICKLES C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.195 4**

**Nonpriority creditor's name and mailing address**

MCLANE CO - SAN BERNARDINO, CA
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.195 5**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - ATHENS GA
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.195 6**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - BATTLEBORO NC
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Debtor  Yellow Corporation
        Name

Case number *(if known)*  23-11069 (CTG)

---

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.1957**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - BROOKHAVEN MS
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$  Undetermined

---

**3.1958**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - CARNEYS PT NJ
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$  Undetermined

---

**3.1959**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - CONTOOCOOK NH
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$  Undetermined

---

**3.1960**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - COTTONWOOD AL
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$  Undetermined

---

**3.1961**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - DANVILLE IL
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$  Undetermined

---

Debtor   Yellow Corporation                                    Case number (if known)   23-11069 (CTG)
          Name

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.196 2**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - FINDLAY, OH
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.196 3**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - FREDERICKSBURG
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.196 4**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - FT WORTH
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.196 5**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - GOODYEAR AZ
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.196 6**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - KISSIMMEE FL
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.196 7**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - LAKEWOOD WA
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.196 8**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - LONGMONT CO
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.196 9**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - LUBBOCK TX
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.197 0**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - MERCED CA
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.197 1**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - NICHOLAS KY
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$   Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Debtor    Yellow Corporation                                    *Case number (if known)*    23-11069 (CTG)
          Name

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.197 2**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - NORTHFIELD MN
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.197 3**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - REPUBLIC
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.197 4**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC - TEMPLE TX
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.197 5**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC-BALDWINSVILLE KY
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.197 6**

**Nonpriority creditor's name and mailing address**

MCLANE CO INC-SAN BERNADINO CA
CENTRAL A/P
PO BOX 6131
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                              Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Debtor   Yellow Corporation
         Name                                              Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.197 7** | **Nonpriority creditor's name and mailing address**
MCMASTER CARR
PO BOX 4355
CHICAGO, IL 606804355

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.197 8** | **Nonpriority creditor's name and mailing address**
MCMILLAN ELECTRIC COMPANY
400 BEST RD
JESSICA SCHAFFER
WOODVILLE, WI 54028

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.197 9** | **Nonpriority creditor's name and mailing address**
MEDA, EDWIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 444.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198 0** | **Nonpriority creditor's name and mailing address**
MEDACURE
221 S 31ST ST
ARI KLEIN
KENILWORTH, NJ 07033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.198 1** | **Nonpriority creditor's name and mailing address**
MEDEGEN MEDICAL
PO BOX 750236
JAMES RAY
% TCI
MEMPHIS, TN 38175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.198 2**

**Nonpriority creditor's name and mailing address**

MEDEGEN MEDICAL% TCI
PO BOX 750236
JAMES RAY
MEMPHIS, TN 38175

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.198 3**

**Nonpriority creditor's name and mailing address**

MEDEX SUPPLY
61 WILLET ST BLDG 1A 2ND FL
PASSAIC, NJ 07055

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.198 4**

**Nonpriority creditor's name and mailing address**

MEDIACOM C/O ECHO
600 W CHICAGO AVE STE 725
JANAU WASHINGTON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.198 5**

**Nonpriority creditor's name and mailing address**

MEDINA, CASSANDRA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    261.41

---

**3.198 6**

**Nonpriority creditor's name and mailing address**

MEDLINE IDUSTRIES
1 MEDLINE PL
MELISSA MARINO
CLAIMS ADMINISTRATOR
MUNDELEIN, IL 60060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

Debtor  Yellow Corporation
        Name

Case number (if known)  23-11069 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.198 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $              Undetermined |
|---|---|---|---|

MEDLINE INDUSTRIES
1 MEDLINE PL
MELISSA MARINO
CLAIMS ADMINISTRATOR
MUNDELEIN, IL 60060

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.198 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $              Undetermined |
|---|---|---|---|

MEDLINE INDUSTRIES / CORPORATE CLAI
ONE MEDLINE PLACE
MELISSA MARINO
ATTN FREIGHT CLAIMS
MUNDELEIN, IL 60060

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.198 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $              Undetermined |
|---|---|---|---|

MEGACORP LOGISTICS LLC
1011 ASHES DR
CHRIS KAMPHAUS
WILMINGTON, NC 28405

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.199 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $              Undetermined |
|---|---|---|---|

MELANIE NORMAN
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.199 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $              Undetermined |
|---|---|---|---|

MELISSA D BOLTON
ADDRESS ON FILE

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.199 2**

**Nonpriority creditor's name and mailing address**

MELISSA J CLARK-KREWSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 386.21

---

**3.199 3**

**Nonpriority creditor's name and mailing address**

MELVIN L WALKER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10.64

---

**3.199 4**

**Nonpriority creditor's name and mailing address**

MELVIN LUCKETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20.64

---

**3.199 5**

**Nonpriority creditor's name and mailing address**

MELZERS FUEL SERVICE
PO BOX 785995
PHILADELPHIA, PA 19178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 4,854.66

---

**3.199 6**

**Nonpriority creditor's name and mailing address**

MENARDS
DC OPERATIONS
5120 MENARD DR
EAU CLAIRE, WI 54703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.199 7**

**Nonpriority creditor's name and mailing address**

MERCURY MARINE
405 E 78TH ST
% WILLIAMS & ASSOCIATES INC
BLOOMINGTON, MN 55420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.199 8**

**Nonpriority creditor's name and mailing address**

MERGE
P.O. BOX 7044
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 265,191.03

---

**3.199 9**

**Nonpriority creditor's name and mailing address**

MEROLA SALES COMPANY
217 COUNTY RD
ANN MARIE WHITAKER
MANALAPAN, NJ 07726

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.200 0**

**Nonpriority creditor's name and mailing address**

MEROLA TILE
217 COUNTY RD 522
KATE GREBINSKAYA
MANALAPAN, NJ 07726

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.200 1**

**Nonpriority creditor's name and mailing address**

MEROLA TILE DISTRIBUTORS OF AM
217 COUNTY RD 522
ANN MARIE WHITAKER
MANALAPAN, NJ 07726

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

---

### Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.200 2**

**Nonpriority creditor's name and mailing address**

MESCA FREIGHT SERVICES
P.O. BOX 935888
ATLANTA, GA 31193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.200 3**

**Nonpriority creditor's name and mailing address**

MESFIN J MADE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$      25.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200 4**

**Nonpriority creditor's name and mailing address**

METAL FORM MANUFACTURING CO IN
5960 W WASHINGTON ST
LISA CARRASCO
PHOENIX, AZ 85043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200 5**

**Nonpriority creditor's name and mailing address**

METAL INDUSTRIES, LLC % ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.200 6**

**Nonpriority creditor's name and mailing address**

METALTEK - SANDUSKY INTERNATIO
615 W MARKET ST
RANDY YONTZ
SANDUSKY, OH 44870

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
Name

Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.2007** Nonpriority creditor's name and mailing address

METHIA R REEVES
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 43.13

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2008** Nonpriority creditor's name and mailing address

METROPOLITAN MATERIALS %ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Cargo Claims

$ Undetermined

Date or dates debt was incurred       Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2009** Nonpriority creditor's name and mailing address

METTLER TOLEDO INC AMERICA'S H
1900 POLARIS PKWY
BRENDA MADDY
RETAIL
COLUMBUS, OH 43240

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Cargo Claims

$ Undetermined

Date or dates debt was incurred       Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2010** Nonpriority creditor's name and mailing address

MEXICO PLASTIC LLC
2000 W BOULEVARD
MEXICO, MO 65265

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Basis for the claim:  Cargo Claims

$ Undetermined

Date or dates debt was incurred       Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

**3.2011** Nonpriority creditor's name and mailing address

MHERETAB S ESHETE
ADDRESS ON FILE

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Trade Payable

$ 30.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

---

Debtor   Yellow Corporation
_____
Name

Case number (if known)   23-11069 (CTG)

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.201 2**

**Nonpriority creditor's name and mailing address**

MIAMI CORDAGE
2475 NW 38TH ST
HERMINIA RECIO
MIAMI, FL 33142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.201 3**

**Nonpriority creditor's name and mailing address**

MICHAEL A HOWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   90.00

---

**3.201 4**

**Nonpriority creditor's name and mailing address**

MICHAEL C BURKS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   23.69

---

**3.201 5**

**Nonpriority creditor's name and mailing address**

MICHAEL C WEGGELAND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   28.89

---

**3.201 6**

**Nonpriority creditor's name and mailing address**

MICHAEL D JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   329.36

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2017**

**Nonpriority creditor's name and mailing address**
MICHAEL D NESS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 130.00

---

**3.2018**

**Nonpriority creditor's name and mailing address**
MICHAEL D WHITE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 243.66

---

**3.2019**

**Nonpriority creditor's name and mailing address**
MICHAEL E RODRIGUES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 173.16

---

**3.2020**

**Nonpriority creditor's name and mailing address**
MICHAEL H MORRISON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 33.00

---

**3.2021**

**Nonpriority creditor's name and mailing address**
MICHAEL J TAYLOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 180.56

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.202 2**

**Nonpriority creditor's name and mailing address**

MICHAEL J THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34.93

---

**3.202 3**

**Nonpriority creditor's name and mailing address**

MICHAEL K DONALDSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 137.93

---

**3.202 4**

**Nonpriority creditor's name and mailing address**

MICHAEL K MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 133.11

---

**3.202 5**

**Nonpriority creditor's name and mailing address**

MICHAEL KACZMAREK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14.97

---

**3.202 6**

**Nonpriority creditor's name and mailing address**

MICHAEL L HOLBROOK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 150.74

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.2027** **Nonpriority creditor's name and mailing address**

MICHAEL L LAUGHNAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 27.32

---

**3.2028** **Nonpriority creditor's name and mailing address**

MICHAEL L NELSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 40.61

---

**3.2029** **Nonpriority creditor's name and mailing address**

MICHAEL L SILLS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 19.26

---

**3.2030** **Nonpriority creditor's name and mailing address**

MICHAEL L THURMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 201.74

---

**3.2031** **Nonpriority creditor's name and mailing address**

MICHAEL MCCARTHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28.40

---

Debtor   Yellow Corporation _____   Case number (if known) ___ 23-11069 (CTG)
Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.203 2**

**Nonpriority creditor's name and mailing address**

MICHAEL MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  20.00

---

**3.203 3**

**Nonpriority creditor's name and mailing address**

MICHAEL R MCCARTHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  50.03

---

**3.203 4**

**Nonpriority creditor's name and mailing address**

MICHAEL S DAVIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  99.00

---

**3.203 5**

**Nonpriority creditor's name and mailing address**

MICHAEL STOKES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  20.00

---

**3.203 6**

**Nonpriority creditor's name and mailing address**

MICHAEL T CAHER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  36.02

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.203 7**

**Nonpriority creditor's name and mailing address**

MICHAEL WORLD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 50.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.203 8**

**Nonpriority creditor's name and mailing address**

MICHAELA A OLNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 412.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.203 9**

**Nonpriority creditor's name and mailing address**

MICHEAL S RIDGE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 44.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 0**

**Nonpriority creditor's name and mailing address**

MICHELLE RIDLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 1**

**Nonpriority creditor's name and mailing address**

MICHIGAN CAT
24800 NOVI ROAD
KRYSTYN BROWN
NOVI, MI 48375

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.204 2**

**Nonpriority creditor's name and mailing address**

MICROSOFT CORPORATION
PO BOX 844510
BANK OF AMERICA, DALL
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 7,963.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 3**

**Nonpriority creditor's name and mailing address**

MIDDLEBURG YARN % ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 4**

**Nonpriority creditor's name and mailing address**

MIDTOWN SERVICE INC
2615 LAKESIDE AVE E
CLEVELAND, OH 44114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 2,620.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 5**

**Nonpriority creditor's name and mailing address**

MIDWEST FASTENERS C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.204 6**

**Nonpriority creditor's name and mailing address**

MIDWEST INDUSTRIAL EQUIPMENT, INC.
PO BOX 1869
PIQUA, OH 45356

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 243.08

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Corporation

Name

*Case number (if known)*    23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.204 7**

**Nonpriority creditor's name and mailing address**

MIDWEST TRUST CO TRUSTEE
507 CANYON BLVD #100
BOULDER, CO 80302

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                9,545.47

---

**3.204 8**

**Nonpriority creditor's name and mailing address**

MIDWESTERN MECHANICAL
3905 4TH AVE W
JARED HARRISON
SPENCER, IA 51301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.204 9**

**Nonpriority creditor's name and mailing address**

MIGUEL A VAZQUEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                377.30

---

**3.205 0**

**Nonpriority creditor's name and mailing address**

MIGUEL CHAVEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                137.68

---

**3.205 1**

**Nonpriority creditor's name and mailing address**

MIKE BZDZIAK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                20.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.205 2**

**Nonpriority creditor's name and mailing address**

MIKE CREAMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 70.00

---

**3.205 3**

**Nonpriority creditor's name and mailing address**

MIKE MENDOZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.205 4**

**Nonpriority creditor's name and mailing address**

MIKE MORPHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 89.27

---

**3.205 5**

**Nonpriority creditor's name and mailing address**

MIKROPOR AMERICA
4921 OHIO STREET
L.DUMORTIER
MICHIGAN CITY, IN 46360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**       Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.205 6**

**Nonpriority creditor's name and mailing address**

MILLARD D MILLNER III
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 117.90

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.205.7**

**Nonpriority creditor's name and mailing address**

MILLER, ELBERT J
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Potential Claim

**Date or dates debt was incurred** UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.205.8**

**Nonpriority creditor's name and mailing address**

MILON J SANDERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    30.00

---

**3.205.9**

**Nonpriority creditor's name and mailing address**

MINLAND OF TEXAS INC
10515 HARWIN DR STE 130
EDWARD WU
HOUSTON, TX 77036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.206.0**

**Nonpriority creditor's name and mailing address**

MINNESOTA DEPARTMENT OF COMMERCE
UNCLAIMED PROPERTY DIVISION
MAIN OFFICE, GOLDEN RULE BLDG
85 7TH PLACE E, STE 280
ST. PAUL, MN 55101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    595.18

---

**3.206.1**

**Nonpriority creditor's name and mailing address**

MINUTEMEN PRECISION MACHINE & TOOL
135 RAYNOR AVE
RONKONKOMA, NY 11779

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

**3.206 2**

**Nonpriority creditor's name and mailing address**

MIRA INTERNATIONAL FOODS
20 ELEANORE FINE RD
SWATHI CHAVAN
CLAIMS
BEAUFORT, SC 29906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 3**

**Nonpriority creditor's name and mailing address**

MISSOURI STAIRWAY
900 SYCAMORE LN
DENISE SMITH
COLUMBIA, MO 65203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 4**

**Nonpriority creditor's name and mailing address**

MISSOURI STATE TREASURER
UNCLAIMED PROPERTY DIVISION
PO BOX 210
JEFFERSON CITY, MO 65102

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$    2,350.15

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 5**

**Nonpriority creditor's name and mailing address**

MITCHELL G AUTRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    132.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.206 6**

**Nonpriority creditor's name and mailing address**

MITCHELL INDUSTRIAL TIRE COMPA
2915 8TH AVE
CLAY MASSINGILL
CHATTANOOGA, TN 37407

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Yellow Corporation
Name    Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.206 7** | **Nonpriority creditor's name and mailing address**

MI-T-M CORP
9846 KAPP CT
AMY MCINTYRE
SHIPPING
PEOSTA, IA 52068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206 8** | **Nonpriority creditor's name and mailing address**

MITY LITE
1307 W 400 N
JEREMY K WILLIAMS
LOGISTICS
OREM, UT 84057

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.206 9** | **Nonpriority creditor's name and mailing address**

MIX IT UP NW LLC
700 5TH AVE STE #101-120
SEATTLE, WA 98104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207 0** | **Nonpriority creditor's name and mailing address**

MOBILI PROPERTY MANAGEMENT
PO BOX 1543
SABANA SECA, PR 00952

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.207 1** | **Nonpriority creditor's name and mailing address**

MODE GLOBAL
14785 PRESTON RD #850
DWANE CRAIN
CARGO CLAIMS DEPT
DALLAS, TX 75254

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.207 2**

**Nonpriority creditor's name and mailing address**

MODE TRANSPORTATION LLC
6077 PRIMACY PARKWAY 4TH FLOOR SUITE 400
MEMPHIS, TN 38119

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.207 3**

**Nonpriority creditor's name and mailing address**

MOHAMMED K AMRO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    81.50

---

**3.207 4**

**Nonpriority creditor's name and mailing address**

MOHAWK INDUSTRIES
PO BOX 12069
JOHN PEMBERTON
CALHOUN, GA 30703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.207 5**

**Nonpriority creditor's name and mailing address**

MONROE D BRADLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    133.27

---

**3.207 6**

**Nonpriority creditor's name and mailing address**

MONROE LINCOLN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    581.71

---

Debtor   Yellow Corporation                                                          Case number (if known)   23-11069 (CTG)
         Name

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.2077
**Nonpriority creditor's name and mailing address**

MONTEFERRO
258 GLOBAL DR
ANDREW TIDSBURY
ORANGEBURG, SC 29115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

### 3.2078
**Nonpriority creditor's name and mailing address**

MOORECO C O BEST RITE CHALKBOA
2885 LORRAINE AVE
JERI RICHARDS
TEMPLE, TX 76503

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

### 3.2079
**Nonpriority creditor's name and mailing address**

MORENO, LUCIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   305.00

---

### 3.2080
**Nonpriority creditor's name and mailing address**

MORRIS ALEXANDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   207.91

---

### 3.2081
**Nonpriority creditor's name and mailing address**

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
PO BOX 1347
WILMINGTON, DE 19899

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   1,064.50

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.208 2**

**Nonpriority creditor's name and mailing address**

MORRISON CUP SOLUTIONS
3400 S KELLY AVE STE 100
VONDA JONES
EDMOND, OK 73013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.208 3**

**Nonpriority creditor's name and mailing address**

MORRISON GROUP
3400 S KELLY AVE DOCK 21
VONDA JONES
EDMOND, OK 73013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.208 4**

**Nonpriority creditor's name and mailing address**

MORRISON SUPPLY CO
5673  STATE HWY 359
LAREDO, TX 78043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.208 5**

**Nonpriority creditor's name and mailing address**

MORU K MANE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    130.39

---

**3.208 6**

**Nonpriority creditor's name and mailing address**

MOSES L CANTY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    134.84

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.208 7**

**Nonpriority creditor's name and mailing address**

MOTHERS POLISH
5456 INDUSTRIAL DR
GLORIA MONTANO
HUNTINGTON BEACH, CA 92649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.208 8**

**Nonpriority creditor's name and mailing address**

MOTHERS POLISHES
5456 INDUSTRIAL DR
GLORIA MONTANO
HUNTINGTON BEACH, CA 92649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.208 9**

**Nonpriority creditor's name and mailing address**

MOTION CA78
4165 COMMERCIAL DR
MARIE ORNELLAS
TRACY, CA 95304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.209 0**

**Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES
P.O. BOX 1319
DOUGLASVILLE, GA 30133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.209 1**

**Nonpriority creditor's name and mailing address**

MOTION INDUSTRIES CANADA
9803 12 AVE SW
HERITIER NGALAMULUME
EDMONTON, AB T6X0E3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.209 2**

**Nonpriority creditor's name and mailing address**

MOTORS & ARMATURES
13490 LAKEFRONT DR
LORI CAVA
EARTH CITY, MO 63045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.209 3**

**Nonpriority creditor's name and mailing address**

MOTORS AND ARMATURES
13490 LAKEFRONT DR
HILARY HARRIS
CS
EARTH CITY, MO 63045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.209 4**

**Nonpriority creditor's name and mailing address**

MOTORSPORT INC
3553 S MAIN ST
SOUTH SALT LAKE CITY, UT 84115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.209 5**

**Nonpriority creditor's name and mailing address**

MOUNTAIN COUNTRY FOODS
1721 N 200 E
BILL NORTH
SPANISH FORK, UT 84660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.209 6**

**Nonpriority creditor's name and mailing address**

MOUNTAIN WEST DAIRY SERVICES
3744 N HAROLDSEN DR
MICHELLE CHASENSKY
IDAHO FALLS, ID 83401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.209 7**

**Nonpriority creditor's name and mailing address**

MOUNTAINLAND SUPPLY
605 MOHAWK DR
ROCK SPRINGS, WY 82901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.209 8**

**Nonpriority creditor's name and mailing address**

MPIO INC
18553 S DOMINGUEZ HILLS DR
ORLANDO TORRES
RANCHO DOMINGUEZ, CA 90220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.209 9**

**Nonpriority creditor's name and mailing address**

MRE STAR
6411 PARKLAND DR STE 102
LARRY FORMAN
SARASOTA, FL 34243

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210 0**

**Nonpriority creditor's name and mailing address**

MRS ERICA MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210 1**

**Nonpriority creditor's name and mailing address**

MS AEROSPACE INC
13928 BALBOA BLVD
BRIAN GONZALEZ
SYLMAR, CA 91342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
Name

*Case number (if known)*   23-11069 (CTG)

## Part 2:   Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | |

**3.210 2**

**Nonpriority creditor's name and mailing address**

MS TECH CORP
1911 SAMPSON AVE
FRANK LIN
CORONA, CA 92879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210 3**

**Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL DIRECT
515 BROADHOLLOW RD STE 1000
CINDY RING
ATTN RITA MARCONI  A/R
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210 4**

**Nonpriority creditor's name and mailing address**

MSC INDUSTRIAL SUPPLY
6700 DISCOVERY BLVD
MARYVETT SUSS
MABLETON, GA 30126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210 5**

**Nonpriority creditor's name and mailing address**

MTD PRODUCTS INC
PO BOX 368022
PATTY BLAZE/ TEEM REED
CLEVELAND, OH 44136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.210 6**

**Nonpriority creditor's name and mailing address**

MTD PRODUCTS INCORPORATED
PO BOX 368022
PATTY BLAGE
CLEVELAND, OH 44136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.210 7**

**Nonpriority creditor's name and mailing address**

MULTIQUIP C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.210 8**

**Nonpriority creditor's name and mailing address**

MURNIGKEIT, JASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.210 9**

**Nonpriority creditor's name and mailing address**

MUSE FREIGHT
3943 MAIN ST
SHEA
KANSAS CITY, MO 64111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.211 0**

**Nonpriority creditor's name and mailing address**

MUSHROOM CENTRAL % ECHO
600 W CHICAGO AVE STE 725
NICOLE TUCKER
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.211 1**

**Nonpriority creditor's name and mailing address**

MUTUAL TRADING CO INC
4200 SHIRLEY AVE
TAMMY PAREDES
SHIPPING
EL MONTE, CA 91731

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | | | | | Case number (if known) | 23-11069 (CTG) |

Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

---

**3.211.2**

**Nonpriority creditor's name and mailing address**

MY SPA COVER % TREND TRANSPORT
400 N BERRY ST
EUGENE YESIN
CLAIM
BREA, CA 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.211.3**

**Nonpriority creditor's name and mailing address**

MYERS, FRANK E
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.211.4**

**Nonpriority creditor's name and mailing address**

MYERS, MAURICE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.211.5**

**Nonpriority creditor's name and mailing address**

MYFREIGHTWORLD
7007 COLLEGE BLVD STE 150
LIZ ROBERTS
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.211.6**

**Nonpriority creditor's name and mailing address**

NAILOR INDUSTRIES
2640 E GOWAN RD
DEBRA L
N LAS VEGAS, NV 89030

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.211 7** **Nonpriority creditor's name and mailing address**

NAMASTE LABORATORIES
62615 COLLECTION CENTRE DR
DAVE DUFFY
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$        Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.211 8** **Nonpriority creditor's name and mailing address**

NAMYSLOWSKI, ALBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$        20.20

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.211 9** **Nonpriority creditor's name and mailing address**

NAOMI R JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$        90.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 0** **Nonpriority creditor's name and mailing address**

NATHAN J BROWN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$        144.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.212 1** **Nonpriority creditor's name and mailing address**

NATHAN S LONG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$        60.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.212 2**

**Nonpriority creditor's name and mailing address**

NATIONAL ASSOCIATION OF
SPORTING GOODS WHOLESALERS
1255 SW PRAIRIE TRAIL PARKWAY
ANKENY, IA 50023

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.212 3**

**Nonpriority creditor's name and mailing address**

NATIONAL FASTENER DIST ASSOC.
3020 OLD RANCH PARKWAY #300
SEAL BEACH, CA 90740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.212 4**

**Nonpriority creditor's name and mailing address**

NATIONAL FILTERS% ECHO
600 W CHICAGO AVE
NICOLE TUCKER
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.212 5**

**Nonpriority creditor's name and mailing address**

NATIONAL FLOORING PRODUCT
1975 E LOCUST ST STE A
JAMIE MOYA
ONTARIO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.212 6**

**Nonpriority creditor's name and mailing address**

NATIONAL HANGER CO, INC.
P.O. BOX 818
N BENNINGTON, VT 05257

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.212 7 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL PRODUCTS INC<br>8410 DALLAS AVE SOUTH<br>Y VONNE LOPEZ<br>SEATTLE, WA 98108 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.212 8 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL SKI AREA ASSOC<br>PROGRAM ADMINISTRATOR<br>133 S VAN GORDON ST, STE 300<br>LAKEWOOD, CO 80228 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Customer Claim | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☐ No<br>☑ Yes | |

| 3.212 9 | **Nonpriority creditor's name and mailing address**<br><br>NATMI LPF BLOOMINGTON LP<br>PO BOX 740502<br>LOS ANGELES, CA 90074 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 348,491.48 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.213 0 | **Nonpriority creditor's name and mailing address**<br><br>NATMI NATIONAL TRUCK TERMINALS LLC<br>25296 NETWORK PLACE<br>CHICAGO, IL 60673 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  Trade Payable | $ 194,105.26 |
|---|---|---|---|
| | **Date or dates debt was incurred**<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| 3.213 1 | **Nonpriority creditor's name and mailing address**<br><br>NATURAL PIGMENTS<br>291 SHELL LN<br>GEORGE OHANLON<br>WILLITS, CA 95490 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | $ Undetermined |
|---|---|---|---|
| | **Date or dates debt was incurred**   Undetermined<br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes | |

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.213 2**

**Nonpriority creditor's name and mailing address**

NATURALENRICHMENTINDUSTRIES%EC
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          Undetermined

---

**3.213 3**

**Nonpriority creditor's name and mailing address**

NAVY EXCHANGE SERVICE COMMAND
3280 VIRGINIA BEACH BLVD
JON HUFF
CODE D TRANS & TRAFFIC
VIRGINIA BEACH, VA 23452

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          Undetermined

---

**3.213 4**

**Nonpriority creditor's name and mailing address**

NBF C/O ECHO GLOBAL
600 W CHICAGO AVE STE 725
NATASIA FIELDS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                          Undetermined

---

**3.213 5**

**Nonpriority creditor's name and mailing address**

NBMDA
8356 SOLUTIONS CENTER
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                          Undetermined

---

**3.213 6**

**Nonpriority creditor's name and mailing address**

NDC DENTAL
C/O FREIGHT WATCH, INC.
4811 S 76TH STE 14
MILWAUKEE, WI 53220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                          Undetermined

---

Debtor   Yellow Corporation
Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2137**

**Nonpriority creditor's name and mailing address**

NEILMED PRODUCTS
601 AVIATION BLVD
OMKAR SHRESTHA
SANTA ROSA, CA 95403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.2138**

**Nonpriority creditor's name and mailing address**

NEIMAN BROTHERS COMPANY INC
3322 W NEWPORT
LIMARY SKWERES
CHICAGO, IL 60618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.2139**

**Nonpriority creditor's name and mailing address**

NELSON EQUIPMENT
PO BOX 18170
KURT NELSON
SHREVEPORT, LA 71138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.2140**

**Nonpriority creditor's name and mailing address**

NEMO TILE
11540 DUNKIRK ST
KEITH FECHTIG
ST ALBANS, NY 11412

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.2141**

**Nonpriority creditor's name and mailing address**

NEPTUNES HARVEST
28 KONDELIN RD
MAIA MCKINNEY
GLOUCESTER, MA 01930

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.214 2**

**Nonpriority creditor's name and mailing address**

NETPLUS ALLIANCE
SHIRLEY WEILAND
57 CANAL STREET, STE 101
LOCKPORT, NY 14094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$      Undetermined

---

**3.214 3**

**Nonpriority creditor's name and mailing address**

NEUTRINO TECH SYSTEMS LLC
434 RIDGETOP BND
CEDAR PARK, TX 78613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      105,400.00

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

NEVADA STATE TREASURER
UNCLAIMED PROPERTY DIVISION
GRANT SAWYER BUILDING
LAS VEGAS, NV 89101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      117.16

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

NEW BALANCE ATHLETIC SHOE
KRISTA ROSS
10 INTERNATIONAL WAY
LAWRENCE, MA 01843

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$      Undetermined

---

**3.214 6**

**Nonpriority creditor's name and mailing address**

NEW ENGLAND PATIO & HEARTH
974 SILAS DEANE HWY
DARCIE SCHULTZ
WETHERSFIELD, CT 06109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.214 7** | **Nonpriority creditor's name and mailing address**

NEW INDY CONTAINERBOARD
JEFF BRANCH
5936 PERKINS RD
OXNARD, CA 93033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.214 8** | **Nonpriority creditor's name and mailing address**

NEW PENN
6140 CENTRAL CHURCH
% INDUSTRIAL TRANSPORTATION CONSULT
DOUGLASVILLE, GA 30135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.214 9** | **Nonpriority creditor's name and mailing address**

NEW PENN MOTOR EXPRESS LLC
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 187,925,074.22

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215 0** | **Nonpriority creditor's name and mailing address**

NEW PIG CORPORATION
GENERAL ACCOUNTING DEPT.
ONE PORK AVENUE
TIPTON, PA 16684

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.215 1** | **Nonpriority creditor's name and mailing address**

NEW TRANSPORT USA
10435 NW 29TH TER
FRANCHESCO LA ROSA
MIAMI, FL 33172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation                                          Case number *(if known)*   23-11069 (CTG)
         Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.215 2** | **Nonpriority creditor's name and mailing address**

NEW TRONICS LTD
113 CAMBRIDGE PARK TRL
MELISSA HARRISON
WEATHERFORD, TX 76088

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215 3** | **Nonpriority creditor's name and mailing address**

NEW YORK STATE CORPORATION TAX
NYS ESTIMATED CORPORATION TAX
PO BOX 4136
BINGHAMTON, NY 13902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    5,487.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215 4** | **Nonpriority creditor's name and mailing address**

NEWELL BRAND
13599 PARK VISTA BLVD #38
% RYDER
FORT WORTH, TX 76177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215 5** | **Nonpriority creditor's name and mailing address**

NEWELL BRANDS
13599 PARK VISTA BLVD #38
RHONDA MCGWIER
% RYDER
FORT WORTH, TX 76177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.215 6** | **Nonpriority creditor's name and mailing address**

NEWLY WEDS FOODS INC
DAVE BAUTZ_TRAFFIC MANAGER
4140 W FULLERTON AVE
CHICAGO, IL 60639

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.215 7**

**Nonpriority creditor's name and mailing address**

NEXCOM ACCTS REC OFFICE
PO BOX 368150
GUINEVERE PANTIG
SAN DIEGO, CA 92136

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.215 8**

**Nonpriority creditor's name and mailing address**

NEXCOM TRANSPORTATION
NEDC ADM ASSISTANT
1000 KENYON COURT
SUFFOLK, VA 23434

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.215 9**

**Nonpriority creditor's name and mailing address**

NEXT MEDICAL PRODUCTS C/O ECHO
600 W CHICAGO AVE STE 725
JANAU WASHINGTON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.216 0**

**Nonpriority creditor's name and mailing address**

NEXTEL COMMUNICATIONS, INC.
PO BOX 4181
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,964.63

---

**3.216 1**

**Nonpriority creditor's name and mailing address**

NEXUS RELOCATION GROUP, INC.
2041 W 141ST TERRACE
LEAWOOD, KS 66224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 153,023.30

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.216
2**

**Nonpriority creditor's name and mailing address**

NFI
10 MARTINGALE RD STE 610
SEAN NELSON
ATTN:  SEAN NELSON
SCHAUMBURG, IL 60173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.216
3**

**Nonpriority creditor's name and mailing address**

NFI INDUSTRIES
10 N MARTINGALE RD, SUITE #610
SEAN NELSON
% GLOBAL INDUSTRIAL
SCHAUMBURG, IL 60173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.216
4**

**Nonpriority creditor's name and mailing address**

NFI LOGISTICS
10 MARTINGALE RD. SUITE 610
SEAN NELSON
SCHAUMBURG, IL 60173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.216
5**

**Nonpriority creditor's name and mailing address**

NIA BERRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 125.69

---

**3.216
6**

**Nonpriority creditor's name and mailing address**

NIBCO INC
1516 MIDDLEBURY ST
LINDSEY JACQUEZ
FREIGHT CLAIMS
ELKHART, IN 46516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.216 7** | **Nonpriority creditor's name and mailing address**

NICE PAK PRODUCTS
2 NICE PAK PARK
ORANGEBURG, NY 109621376

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216 8** | **Nonpriority creditor's name and mailing address**

NICE PARK COLLECTIONS
PO BOX 713227
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.216 9** | **Nonpriority creditor's name and mailing address**

NICHOLAS C BOX
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.217 0** | **Nonpriority creditor's name and mailing address**

NICHOLAS W THOMAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 653.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.217 1** | **Nonpriority creditor's name and mailing address**

NICKERRIA S COLEMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 55.14

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|-------------------|----------------------|----------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.217 2**

**Nonpriority creditor's name and mailing address**

NIGHTHAWKS INC
PO BOX 101
LEONIA, NJ 07605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   Undetermined

---

**3.217 3**

**Nonpriority creditor's name and mailing address**

NIPPON EXPRESS USA
1341 ITURREGUI AVE RIO DANUBI
JOSE GARCIA
CAROLINA, PR 00982

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   Undetermined

---

**3.217 4**

**Nonpriority creditor's name and mailing address**

NISSIN FOODS USA CO INC
2001 W ROSECRANS AVE
GARDENA, CA 90249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   Undetermined

---

**3.217 5**

**Nonpriority creditor's name and mailing address**

NITEO PRODUCTS
720 VAIDEN DR
HERNANDO, MS 38632

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                   Undetermined

---

**3.217 6**

**Nonpriority creditor's name and mailing address**

NOHAM AGELIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          68.60

---

Debtor    Yellow Corporation                                      Case number (if known)    23-11069 (CTG)
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.217 7** 

**Nonpriority creditor's name and mailing address**

NOLASCO, MIGUEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                157.36

---

**3.217 8**

**Nonpriority creditor's name and mailing address**

NON-FERROUS FOUNDERS' SOCIETY
905 E CHICAGO RD, SUITE 1
STURGIS, MI 49091

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.217 9**

**Nonpriority creditor's name and mailing address**

NORCO INDUSTRIES
365 W VICTORIA ST
LOLA HERNANDEZ
COMPTON, CA 90220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.218 0**

**Nonpriority creditor's name and mailing address**

NORDIC WARE DIVISION OF NORTHL
5005 COUNTY ROAD 25
KURT TIMIAN
MINNEAPOLIS, MN 55416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.218 1**

**Nonpriority creditor's name and mailing address**

NORMA I REYES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                160.52

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.218 2**

**Nonpriority creditor's name and mailing address**

NORMAN INTERNATIONAL
28 CENTERPOINTE DRIVE SUITE 120
LA PALMA, CA 90623

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.218 3**

**Nonpriority creditor's name and mailing address**

NORTEK GLOBAL HVAC LLC
PO BOX 78158
% SCHNEIDER LOGISTICS INC
MILWAUKEE, WI 53278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.218 4**

**Nonpriority creditor's name and mailing address**

NORTH AMERICAN TRANSPORTATION COUNCIL INC
PO BOX 548
BUFFALO, NY 14225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    7.48

---

**3.218 5**

**Nonpriority creditor's name and mailing address**

NORTH AMERICAN WAREHOUSING CO
CJ PHILLIPS
5350 WEST 70TH PLACE
BEDFORD PARK, IL 60638

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                    Undetermined

---

**3.218 6**

**Nonpriority creditor's name and mailing address**

NORTH CAROLINA STATE TREASURER
UNCLAIMED PROPERTY DIVISION
PO BOX 20431
RALEIGH, NC 27619-0431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    86.45

---

Debtor    Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.218
7** | **Nonpriority creditor's name and mailing address**

NORTH COAST ELECTRIC
20048 NE SAN RAFAEL ST
CHELSEA BOEHOLT
PORTLAND, OR 97230

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.218
8** | **Nonpriority creditor's name and mailing address**

NORTH COAST MED INC % ECHO
600 W CHICAGO AVE
NICOLE TUCKER
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.218
9** | **Nonpriority creditor's name and mailing address**

NORTH PARK TRANSPORTATION
5150 COLUMBINE STREET
DENVER, CO 80216

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219
0** | **Nonpriority creditor's name and mailing address**

NORTH TIMBER CABINETRY
10 PANAS RD STE A
KEVIN LU
FOXBORO, MA 02035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219
1** | **Nonpriority creditor's name and mailing address**

NORTHAMPTON PEANUT CO
MAIN & VIRCAR ST
MELISSA FOWLER
CLAIMS DEPT
SEVERN, NC 27877

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.219 2**

**Nonpriority creditor's name and mailing address**

NORTHERN TOOL % ECHO GLOBAL LO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219 3**

**Nonpriority creditor's name and mailing address**

NORTHERN TOOL & EQUIPMENT
600 W CHICAGO AVE STE 725
JANAU WASHINGTON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219 4**

**Nonpriority creditor's name and mailing address**

NORTHERN TOOL C/O ECHO
600 W CHICAGO AVE STE 725
JANAU WASHINGTON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219 5**

**Nonpriority creditor's name and mailing address**

NORTHLAND SYSTEMS, INC.
9560 85TH AVE N
MAPLE GROVE, MN 55369

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      811.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.219 6**

**Nonpriority creditor's name and mailing address**

NORTHSTAR ENVIRONMENTAL GROUP, INC.
417 N BLYTHE ST
GALLATIN, TN 37066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      2,037.77

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.219 7**

**Nonpriority creditor's name and mailing address**

NOTIONS MARKETING
PO BOX 18170
% AFS LOGISTICS LLC
SHREVEPORT, LA 71138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.219 8**

**Nonpriority creditor's name and mailing address**

NOVO HEALTH SERVICES
6024 CENTURY OAKS DR
JOHN DENBLEYKER
CHATTANOOGA, TN 37416

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.219 9**

**Nonpriority creditor's name and mailing address**

NOVOLEX  BAGCRAFT PACKAGING
PO BOX 518
LAURA GARRISON
CARGO CLAIMS
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.220 0**

**Nonpriority creditor's name and mailing address**

NOVOLEX BAGCRAFT PACKAGING
PO BOX 518
LAURA GARRISON
CARGO CLAIMS
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.220 1**

**Nonpriority creditor's name and mailing address**

NOVOLEX- BAGCRAFT PACKAGING
PO BOX 518
LAURA GARRISON
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.220 2**

**Nonpriority creditor's name and mailing address**

NOVOLEX HERITAGE BAG
PO BOX 518
LAURA GARRISON
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220 3**

**Nonpriority creditor's name and mailing address**

NOWELL, RALPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220 4**

**Nonpriority creditor's name and mailing address**

NSK
1581 PERRY RD STE A
SARAH MEECE
CLAIMS
PLAINFIELD, IN 46168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220 5**

**Nonpriority creditor's name and mailing address**

NTT DATA SERVICES LLC
P.O. BOX 677956
DALLAS, TX 75267

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 166,109.71

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220 6**

**Nonpriority creditor's name and mailing address**

NU DIMENSION TECH VENTURES LLC
3215 HUFFMAN EASTGATE RD
MAYRE BEATY/NITIN DEGAONKAR
HUFFMAN, TX 77336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.220 7**

**Nonpriority creditor's name and mailing address**

NUART GALLERY
670 CANYON RD
JUAN KELLY
SANTA FE, NM 87501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220 8**

**Nonpriority creditor's name and mailing address**

NUCOR LMP
2000 E 1ST ST
MARYVILLE, MO 64468

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.220 9**

**Nonpriority creditor's name and mailing address**

NURSE ASSIST
4409 HALTOM RD
HALTOM CITY, TX 76117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.221 0**

**Nonpriority creditor's name and mailing address**

NURSE ASSIST INC
4409 HALTOM RD
CHERYL MARTIN
CUSTOMER SERVICE
HALTOM CITY, TX 76117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.221 1**

**Nonpriority creditor's name and mailing address**

NW 5+B OFFICE AND RETAIL LLC
5036 BROADWAY PL STE 216
NASHVILLE, TN 37203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 45,806.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.221 2**

**Nonpriority creditor's name and mailing address**

NWESTCO LLC
2209 ZEUS CT
M STROMECKI
BAKERSFIELD, CA 93308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221 3**

**Nonpriority creditor's name and mailing address**

NYC DEPARTMENT OF FINANCE
GENERAL CORPORATION TAX
PO BOX 5070
KINGSTON, NY 12402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    725.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221 4**

**Nonpriority creditor's name and mailing address**

OAK HARBOR FREIGHT LINES
PO BOX 1469
AUBURN, WA 98071

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221 5**

**Nonpriority creditor's name and mailing address**

OAKLEAF, KEVIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Retention Agreement (Non-Union): $15,000.00

$    15,000.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.221 6**

**Nonpriority creditor's name and mailing address**

OASIS C/O ECHO GLOBAL
600 W CHICAGO AVE STE 725
NATASIA FIELDS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.221 7**

**Nonpriority creditor's name and mailing address**

OBERTO SAUSAGE COMPANY
7060 OBERTO DR
DEANNA CRAFT
KENT, WA 98032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.221 8**

**Nonpriority creditor's name and mailing address**

OBERTO SNACKS INC
7060 OBERTO DR
MICHELLE FREED
KENT, WA 98032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.221 9**

**Nonpriority creditor's name and mailing address**

OBERTO SNACKS INC.
22513 54TH AVE S
KIMBERLY SMITH
KENT, WA 98032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.222 0**

**Nonpriority creditor's name and mailing address**

OCEAN CARGO RECOVERIES INC
66  WHITECAP DR
LAURA DOIRON
N KINGSTOWN, RI 02852

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.222 1**

**Nonpriority creditor's name and mailing address**

OCP GROUP
7130 ENGINEER RD
LEO SANCHEZ
SAN DIEGO, CA 92111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|--------------------|------------------------|----------------|
|        | Name               |                        |                |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.222 2**

**Nonpriority creditor's name and mailing address**

ODILON JIMENEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 131.01

---

**3.222 3**

**Nonpriority creditor's name and mailing address**

ODW LOGISTICS
345 HIGH ST STE 600
LANA SMITH
HAMILTON, OH 45011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.222 4**

**Nonpriority creditor's name and mailing address**

ODW LTS
345 HIGH STREET SUITE 600
LANA SMITH
HAMILTON, OH 45011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.222 5**

**Nonpriority creditor's name and mailing address**

ODW LTS - OH
345 HIGH STREET SUITE 600
HAMILTON, OH 45011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.222 6**

**Nonpriority creditor's name and mailing address**

ODW LTS OH
345 HIGH STREET SUITE 600
LANA SMITH
HAMILTON, OH 45011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.222 7**

**Nonpriority creditor's name and mailing address**

OFFICE DEPOT
6600 N MILITARY TRL
NANETTE ALBANO
OFFICE DEPOT CLAIMS - N204M
BOCA RATON, FL 33496

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.222 8**

**Nonpriority creditor's name and mailing address**

OFFICE OF STATE FIRE MARSHAL
DIVISION OF FIRE PREVENTION
555 W MONROE ST   SUITE 1300-N
CHICAGO, IL 60661

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    170.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.222 9**

**Nonpriority creditor's name and mailing address**

OFFICE OF THE INDIANA ATTORNEY GENERAL
UNCLAIMED PROPERTY DIVISION
PO BOX 2504
GREENWOOD, IN 46142

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    415.27

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.223 0**

**Nonpriority creditor's name and mailing address**

OFFICE OF THE MS. STATE TREASURER
UNCLAIMED PROPERTY DIVISION
PO BOX 138
JACKSON, MS 39205-0138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    59.79

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.223 1**

**Nonpriority creditor's name and mailing address**

OFFICE OF THE N.Y. STATE COMPTROLLER
OFFICE OF UNCLAIMED FUNDS
110 STATE ST
ALBANY, NY 12236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$                    288.90

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Yellow Corporation
Name                                                                    (Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

---

**3.223 2** **Nonpriority creditor's name and mailing address**

OFFICE SNAX
539 W ROOSEVELT RD
DEBBIE JETT
GLEN ELLYN, IL 60137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.223 3** **Nonpriority creditor's name and mailing address**

OHIO DEPARTMENT OF COMMERCE
DIVISION OF UNCLAIMED FUNDS
77 SOUTH HIGH ST, 23RD FL
COLUMBUS, OH 43215-6133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$      453.38

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.223 4** **Nonpriority creditor's name and mailing address**

OHIO RACK C/O ECHO
600 W CHICAGO AVE
JANAU WASHINGTON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.223 5** **Nonpriority creditor's name and mailing address**

OHMITE HOLDINGS
9350 METCALF AVE
BROOKE SULLIVAN
% RYAN TRANS
OVERLAND PARK, KS 66212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.223 6** **Nonpriority creditor's name and mailing address**

OHMITE HOLDINGS
9350 METCALF AVE
wtnW1tLFQOLk09PJ5cHVBQUFBQU=
% RYAN TRANS
OVERLAND PARK, KS 66212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.223 7**

**Nonpriority creditor's name and mailing address**

OHNSORG TRUCK BODY %ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  Undetermined

---

**3.223 8**

**Nonpriority creditor's name and mailing address**

OKTA INC
P.O. BOX 743620
LOS ANGELES, CA 90074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  59,174.30

---

**3.223 9**

**Nonpriority creditor's name and mailing address**

OLD DOMINION FURNITURE COMPANY
800 CRADDOCK ST
SHERRI STILWELL
CUSTOMER SERVICE
LYNCHBURG, VA 24501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  Undetermined

---

**3.224 0**

**Nonpriority creditor's name and mailing address**

OLDCASTLE ENCLOSURE SOLUTIONS
509 S MCKENNA ST
AARON BOSTELMAN
POTEAU, OK 74953

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  Undetermined

---

**3.224 1**

**Nonpriority creditor's name and mailing address**

OLIVER A GROMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                  109.78

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.224
2**

**Nonpriority creditor's name and mailing address**

OLIVER MCMILLIAN SPECTRUM EMERY LLC
733 8TH AVE
SAN DIEGO, CA 92101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 134,969.07

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224
3**

**Nonpriority creditor's name and mailing address**

OLIVIA STRAYER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 114.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224
4**

**Nonpriority creditor's name and mailing address**

OLSON, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 100.70

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224
5**

**Nonpriority creditor's name and mailing address**

OMER Y YASARLAR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 150.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.224
6**

**Nonpriority creditor's name and mailing address**

ONE STOP
2686 NORTHRIDGE DR NW
JOHN BIRD
INVENTORY
GRAND RAPIDS, MI 49544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.224 7**

**Nonpriority creditor's name and mailing address**

ONEIDA NATION
PO BOX 621
ROBERTA CLAY
C/O DM TRANSPORTATION
BOYERTOWN, PA 19512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.224 8**

**Nonpriority creditor's name and mailing address**

ONESIMO GANDARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                          60.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.224 9**

**Nonpriority creditor's name and mailing address**

ONSET WORLDWIDE
843 STATE ROUTE 12 STE B15
SARA
FRENCHTOWN, NJ 08825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.225 0**

**Nonpriority creditor's name and mailing address**

OPIS
OIL PRICE INFORMATION SERVICE, LLC
PO BOX 9407
GAITHERSBURG, MD 20898

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                       23,753.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.225 1**

**Nonpriority creditor's name and mailing address**

OPK INSURANCE CO. LTD.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable

$                          256.00

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | 23-11069 (CTG) |
|---|---|---|---|
| | Name | Case number (if known) | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.225 2**

**Nonpriority creditor's name and mailing address**

OPS-KC ASPIRIA LLC
PO BOX 776671
CHICAGO, IL 60677

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 94,233.85

---

**3.225 3**

**Nonpriority creditor's name and mailing address**

OPTIMA INC
220 CHERRY ST
KAREN MACDONALD
SHREWSBURY, MA 01545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.225 4**

**Nonpriority creditor's name and mailing address**

OPTYM
7600 NW 5TH PL
GAINESVILLE, FL 32607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 115,000.00

---

**3.225 5**

**Nonpriority creditor's name and mailing address**

OPW INC
3250 US HWY 70 BUSINESS W
KARLA HERNANDEZ
SHIPPING
SMITHFIELD, NC 27577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.225 6**

**Nonpriority creditor's name and mailing address**

OPWFCS
3250 US HWY 70 BUSINESS W
KARLA HERNANDEZ
SMITHFIELD, NC 27577

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.225 7**

**Nonpriority creditor's name and mailing address**

OREGON DEPARTMENT OF STATE LANDS
UNCLAIMED PROPERTY DIVISION
900 COURT ST NE
SALEM, OR 97301-1279

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 76.10

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.225 8**

**Nonpriority creditor's name and mailing address**

ORGILL INC
260 JORDAN RD
JEFFERY TANNER
TIFTON, GA 31794

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.225 9**

**Nonpriority creditor's name and mailing address**

ORGILL INC
LOGISTICS AND OPERATIONS DEPT
P O BOX 140
MEMPHIS, TN 38101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.226 0**

**Nonpriority creditor's name and mailing address**

ORKIN/SAWYER, INC.
107 W 43RD ST
BOISE, ID 83714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 164.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.226 1**

**Nonpriority creditor's name and mailing address**

O'ROURKE SALES
3885 ELMORE AVENUE, STE 100
KIRBI MCCUBBIN
DAVENPORT, IA 52807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.226 2** | **Nonpriority creditor's name and mailing address**

ORVIC
19365 BUSINESS CENTER DR UNIT 9
MIKE WOODLEY
NORTHRIDGE, CA 91324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.226 3** | **Nonpriority creditor's name and mailing address**

OSCAR G DE LA CRUZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   121.84

---

**3.226 4** | **Nonpriority creditor's name and mailing address**

OSCAR L ELLIOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   195.00

---

**3.226 5** | **Nonpriority creditor's name and mailing address**

OSHKOSH CORPORATION
PO BOX 17600
TJ JACKSON
% CASS INFORMATION SYSTEMS
ST LOUIS, MO 63179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.226 6** | **Nonpriority creditor's name and mailing address**

OTIS B SHELTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   225.33

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.226 7**

**Nonpriority creditor's name and mailing address**

OTIS TOOL FACILITY
1500 OTIS WAY DOOR 23
KEVIN DUFFEE
FLORENCE, SC 29501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.226 8**

**Nonpriority creditor's name and mailing address**

OTR FLEET SERVICE INC
P.O. BOX 11279
HOUSTON, TX 77293

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 1,577.47

---

**3.226 9**

**Nonpriority creditor's name and mailing address**

OUTDOOR EQUIPMENT DISTRIBUTORS
2721 DISCOVERY DR
TIFFANY BOWMAN
RALEIGH, NC 27616

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.227 0**

**Nonpriority creditor's name and mailing address**

OUTDOOR FITNESS
PO BOX 1470
ANDREA KING
MONUMENT, CO 80132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.227 1**

**Nonpriority creditor's name and mailing address**

OUTDOOR INDUSTRY ASSOCIATION
P.O. BOX 21497
BOULDER, CO 80308

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

Debtor  Yellow Corporation
Name

Case number (if known)  23-11069 (CTG)

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.227
2**

**Nonpriority creditor's name and mailing address**

OUTWATER PLASTICS
24 RIVER RD STE 108
STEPHANIE CACCAMESE
STEPHANIE CACCAMESE
BOGOTA, NJ 07603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.227
3**

**Nonpriority creditor's name and mailing address**

OVEREZ CHICKEN COOP
340 HOSTETTER RD
RACHEL SHUPP
MANHEIM, PA 17545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.227
4**

**Nonpriority creditor's name and mailing address**

OVERHEAD DOOR C/O MANAGED SERVICES
29857 NETWORK PLACE
LD000005105
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.227
5**

**Nonpriority creditor's name and mailing address**

OVERLAND PARK
6503 W 135TH ST STE 88
JAKE SCHMIDT
OVERLAND PARK, KS 66223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.227
6**

**Nonpriority creditor's name and mailing address**

OVERSTOCK CENTRAL
13421 MC KINLEY HWY
RANDALL HORVATH
MISHAWAKA, IN 46545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Yellow Corporation
          Name

Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2277**

**Nonpriority creditor's name and mailing address**

OWENS CORNING
62366 COLLECTIONS CENTER DR
SARA HAGERMAN
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.2278**

**Nonpriority creditor's name and mailing address**

OXENDALE HYUNDAI
1160 W ROUTE 66
MARLEY DONOVAN
PARTS
FLAGSTAFF, AZ 86001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.2279**

**Nonpriority creditor's name and mailing address**

OXO REVLON
14545 J MILITARY TRL #192
KAREN TELEP
% D&J ASSOCIATES INC
DELRAY BEACH, FL 33484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.2280**

**Nonpriority creditor's name and mailing address**

OXO REVLON OUTBOUND
14545 J MILITARY TRAIL #192
KAREN TELEP
C/O D&J ASSOCIATES, INC
DELRAY BEACH, FL 33484

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.2281**

**Nonpriority creditor's name and mailing address**

OXYGEN POOLS LLC
3055 TECH PARK WAY STE A
CINDY LETTAU
DE LAND, FL 32724

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.228.2**

**Nonpriority creditor's name and mailing address**

OZBURN-HESSEY LOGISTICS
JACE MARTIN
7101 EXECUTIVE CENTER DRV STE 333
BRENTWOOD, TN 37027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                            Undetermined

---

**3.228.3**

**Nonpriority creditor's name and mailing address**

PACCAR PARTS
5700 S COUNCIL RD
OKLAHOMA CITY, OK 73179

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                            Undetermined

---

**3.228.4**

**Nonpriority creditor's name and mailing address**

PACIFIC INDUSTRIAL PARTS
221 CAMPILLO ST STE C
NIDIA PADILLA
CALEXICO, CA 92231

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                            Undetermined

---

**3.228.5**

**Nonpriority creditor's name and mailing address**

PACIFIC-WEST FASTENER ASSOC.
3020 OLD RANCH PARKWAY, #300
SEAL BEACH, CA 90740

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                            Undetermined

---

**3.228.6**

**Nonpriority creditor's name and mailing address**

PACTIV EVERGREEN
1900 W FIELD CT
LISA MIGON
LAKE FOREST, IL 60045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                            Undetermined

---

Debtor  Yellow Corporation
         Name

Case number (if known)  23-11069 (CTG)

## Part 2:  Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.2287** | **Nonpriority creditor's name and mailing address**

PAIGE ELECTRIC CORPORATION
16110 MANNING WAY
SAMONE CLEMONS
CERRITOS, CA 90703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2288** | **Nonpriority creditor's name and mailing address**

PAMEX INC
4680 VINITA CT
CHRIS TRUONG
CHINO, CA 91710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2289** | **Nonpriority creditor's name and mailing address**

PANASONIC CORPORATION OF N.A.
PO BOX 730060
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    13,734.16

---

**3.2290** | **Nonpriority creditor's name and mailing address**

PANDUIT
171 WEST WING STREET 204A
SHAVAUN CATANZARO
% CDS
ARLINGTON HEIGHTS, IL 60005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2291** | **Nonpriority creditor's name and mailing address**

PARADYME
16115 SW 117 AVENUE, UNIT 2
MIAMI, FL 33177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    933.50

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.229 2**

**Nonpriority creditor's name and mailing address**

PARAGON FILMS INC
3500 W TACOMA
DAVID BOYLE
BROKEN ARROW, OK 74012

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.229 3**

**Nonpriority creditor's name and mailing address**

PARAMOUNT FARMS
DARRELL FANNING
13646 HIGHWAY 33
LOST HILLS, CA 93249

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.229 4**

**Nonpriority creditor's name and mailing address**

PARKEY, JANET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.229 5**

**Nonpriority creditor's name and mailing address**

PARRIS, GAIL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.229 6**

**Nonpriority creditor's name and mailing address**

PARTNERSHIP
500 E LORAIN ST
PARTNERSHIP CLAIMS
OBERLIN, OH 44074

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2297**

**Nonpriority creditor's name and mailing address**

PATCH MY PC LLC
PO BOX 1436
CASTLE ROCK, CO 80104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$              16,625.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2298**

**Nonpriority creditor's name and mailing address**

PATRICK A STATOM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   33.15

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2299**

**Nonpriority creditor's name and mailing address**

PATRICK FRILOT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  125.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2300**

**Nonpriority creditor's name and mailing address**

PATRICK MCALLISTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                   40.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2301**

**Nonpriority creditor's name and mailing address**

PATRICK O LILLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                  110.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.230 2**

**Nonpriority creditor's name and mailing address**

PATTERSON, IKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 603.00

---

**3.230 3**

**Nonpriority creditor's name and mailing address**

PAUL ADAIR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35.00

---

**3.230 4**

**Nonpriority creditor's name and mailing address**

PAUL J CALLAHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 489.45

---

**3.230 5**

**Nonpriority creditor's name and mailing address**

PAUL LEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 43.98

---

**3.230 6**

**Nonpriority creditor's name and mailing address**

PAUL S HENDERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6.40

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2307**

**Nonpriority creditor's name and mailing address**

PAUL SOLOMON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2308**

**Nonpriority creditor's name and mailing address**

PAWLING CORPORATION
32 NELSON HILL RD
BRIAN DERMODY
WASSAIC, NY 12592

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2309**

**Nonpriority creditor's name and mailing address**

PAXTON COMPANY % ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2310**

**Nonpriority creditor's name and mailing address**

PAYPOOL LLC
800 MAINE AVENUE SW  SUITE 650
WASHINGTON, DC 20024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   379.30

---

**3.2311**

**Nonpriority creditor's name and mailing address**

PAYTON W NELSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   117.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.231 2**

**Nonpriority creditor's name and mailing address**

PB CONSULTANTS
BOX 37
BROADALBIN, NY 12025

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                    Undetermined

---

**3.231 3**

**Nonpriority creditor's name and mailing address**

PBI GROUP
1207 TREND DR
SHEILA DANLOG
CARROLLTON, TX 75006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.231 4**

**Nonpriority creditor's name and mailing address**

PC LIQUIDATIONS INC.
140 STOCKTON ST
NEIL DAVIS
JACKSONVILLE, FL 32204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.231 5**

**Nonpriority creditor's name and mailing address**

PEA GROUP
1849 POND RUN
AUBURN HEIGHTS, MI 48326

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    12,797.58

---

**3.231 6**

**Nonpriority creditor's name and mailing address**

PEACH TRADER
6286 DAWSON BLVD
SUMMER DANIELS
NORCROSS, GA 30093

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.231 7** — **Nonpriority creditor's name and mailing address**
PEC, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 186.57

---

**3.231 8** — **Nonpriority creditor's name and mailing address**
PEDRO LARA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 190.00

---

**3.231 9** — **Nonpriority creditor's name and mailing address**
PEDRO TORRES-SEGUI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.232 0** — **Nonpriority creditor's name and mailing address**
PEI
MELINDA WHITNEY
6514 E 69TH ST
TULSA, OK 74133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.232 1** — **Nonpriority creditor's name and mailing address**
PEIRCE PHELPS
2145 CENTER SQUARE RD
LAURA FOX
SWEDESBORO, NJ 08085

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    Yellow Corporation
          Name

Case number (if known)    23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.232 2**

**Nonpriority creditor's name and mailing address**

PELICAN PRODUCTS INC
PO BOX 518
JENNIFER SPENCER
% UBER FREIGHT
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.232 3**

**Nonpriority creditor's name and mailing address**

PELTON SHEPHERD IND
4600 FREDERICK DR SW
MELISSA BILBREY
ATLANTA, GA 30336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.232 4**

**Nonpriority creditor's name and mailing address**

PENDA CORPORATION
29145 NETWORK PLACE
MCCAFFERY PINTAR
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.232 5**

**Nonpriority creditor's name and mailing address**

PENNSY CORP (SCHUBERT PLASTICS
245 LUNGREN RD
SUZANNE TAYLOR
LENNI, PA 19052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.232 6**

**Nonpriority creditor's name and mailing address**

PENNSYLVANIA STATE TREASURY
UNCLAIMED PROPERTY DIVISION
4TH FL, RIVERFRONT OFFICE CTR
1101 SOUTH FRONT ST
HARRISBURG, PA 17104-2516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$ 1,005.50

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Yellow Corporation
          Name

Case number (if known)    23-11069 (CTG)

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.232**
**7**

**Nonpriority creditor's name and mailing address**

PENTAIR
405 E 78TH ST
% WILLIAMS & ASSOCIATES INC
BLOOMINGTON, MN 554201251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.232**
**8**

**Nonpriority creditor's name and mailing address**

PENTAIR FRESNO C/O RATELINX
PO BOX 77065
KATHERINE NIEUWENHUIS
MADISON, WI 53707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.232**
**9**

**Nonpriority creditor's name and mailing address**

PENTAIR WATER TREATMENT
5661 N GOLDEN STATE BLVD
KATHERINE NIEUWENHUIS
FRESNO, CA 93722

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.233**
**0**

**Nonpriority creditor's name and mailing address**

PEPSI
310 MAIN AVE WAY SE
ANGELIC LIVINGSTON
% TRANSPORTATION INSIGHT
HICKORY, NC 28602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.233**
**1**

**Nonpriority creditor's name and mailing address**

PEPSICO PBC WALMART
1001 S 52ND STREET
ROGERS, AR 72758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.233 2**

**Nonpriority creditor's name and mailing address**

PEREIRA INDUSTRIAL CONSTRUCTION & MAINTENANCE INC
15355 W GRANT LINE RD
TRACY, CA 95304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                5,029.00

---

**3.233 3**

**Nonpriority creditor's name and mailing address**

PERI, FREDERIC A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.233 4**

**Nonpriority creditor's name and mailing address**

PERIMETER INTL DBA PGL
2800 STORY RD W STE 100
MARCOS JIMENEZ
CLAIMS
IRVING, TX 75038

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.233 5**

**Nonpriority creditor's name and mailing address**

PERIO INC
2011 FORD DR
LANCE MCMANUS
ASHLAND, OH 44805

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.233 6**

**Nonpriority creditor's name and mailing address**

PERKINS, RODERICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                125.25

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2337**

**Nonpriority creditor's name and mailing address**

PERMALOC
13505 BARRY ST
JILL PETERSON
HOLLAND, MI 49424

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.2338**

**Nonpriority creditor's name and mailing address**

PERMALOC CORP
13505 BARRY ST
JILL PETERSON
HOLLAND, MI 49424

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.2339**

**Nonpriority creditor's name and mailing address**

PERMATEX
6875 PARKLAND BLVD
SOLON, OH 44139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.2340**

**Nonpriority creditor's name and mailing address**

PERMATEX INC
6875 PARKLAND BLVD
SOLON, OH 44139

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.2341**

**Nonpriority creditor's name and mailing address**

PET SOCIETY
1301 GILLARD AVE STE 115
MARIA POCHINE
WINTER GARDEN, FL 34787

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
| --- | --- | --- | --- |
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
| --- | --- |

---

**3.234**
**2**

**Nonpriority creditor's name and mailing address**

PETE GARCIA CO
5587 NEW PEACHTREE RD
PETE GARCIA
CHAMBLEE, GA 30341

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.234**
**3**

**Nonpriority creditor's name and mailing address**

PETER M HILL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 117.81

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.234**
**4**

**Nonpriority creditor's name and mailing address**

PETROLEUM PACKAGING COUNCIL
1519 VIA TULIPAN
SAN CLEMENTE, CA 92673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.234**
**5**

**Nonpriority creditor's name and mailing address**

PETROS A HABTEMARIAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 42.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.234**
**6**

**Nonpriority creditor's name and mailing address**

PETSPORT USA
1160 RAILROAD AVE
BRIANA AYALA
PITTSBURG, CA 94565

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.234 7**

**Nonpriority creditor's name and mailing address**

PETTERSON H CHA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 81.25

---

**3.234 8**

**Nonpriority creditor's name and mailing address**

PEX SUPPLY
JOSH MEYEROWITZ
130 SPAGNOLI ROAD
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.234 9**

**Nonpriority creditor's name and mailing address**

PEXCO % ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.235 0**

**Nonpriority creditor's name and mailing address**

PEXCO % ECHOGLOBAL LOGISTICS
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.235 1**

**Nonpriority creditor's name and mailing address**

PEYTON'S FOUNTAIN
500 S CHARTER OAK RANCH RD
FOUNTAIN, CO 80817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.235 2**

**Nonpriority creditor's name and mailing address**

PGU WAREHOUSE / NORAC ADDITIVE
360 PHILLIPS 311 RD
WENDY FLETCHER
HELENA, AR 72342

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.235 3**

**Nonpriority creditor's name and mailing address**

PHASE II
21 INDUSTRIAL AVE
PHYLLIS SACCHI
UPPER SADDLE RIVER, NJ 07458

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.235 4**

**Nonpriority creditor's name and mailing address**

PHIL WHITE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    556.15

---

**3.235 5**

**Nonpriority creditor's name and mailing address**

PHILLIPS COLLECTION
916 FINCH AVE
DAVID MANN
HIGH POINT, NC 27263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.235 6**

**Nonpriority creditor's name and mailing address**

PHX1
255 S 143RD AVE
JENNY LYON
GOODYEAR, AZ 85338

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

Debtor    Yellow Corporation
Name                                                        Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.235 7**

**Nonpriority creditor's name and mailing address**

PIEPER, CHERYL A
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235 8**

**Nonpriority creditor's name and mailing address**

PIER OF D NORT
6035 HWY 70 E
LORI ADLER
ST GERMAIN, WI 54558

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.235 9**

**Nonpriority creditor's name and mailing address**

PINNACLE FLEET SOLUTIONS
62861 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,519.39

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.236 0**

**Nonpriority creditor's name and mailing address**

PIPE CREEK WINES
7204 RAINBOW LN
ANDY ZOULIAS
FREDERICK, MD 21702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.236 1**

**Nonpriority creditor's name and mailing address**

PITT PLASTICS
P O BOX 356
ANN KELLER
PITTSBURG, KS 66762

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.236 2**

**Nonpriority creditor's name and mailing address**

PLANT MARVEL LABORATORIES INC
371 E 16TH ST
ANDREA WALLENBERG
CHICAGO HTS, IL 60411

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.236 3**

**Nonpriority creditor's name and mailing address**

PLASTIC PROCESS EQUIPMENT INCORPORATE
8303 CORPORATE PARK DR
SUE SMEARSOLL
MACEDONIA, OH 44056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.236 4**

**Nonpriority creditor's name and mailing address**

PLASTILITE CORP
4930 BATTLEFIELD DR
OMAHA, NE 68152

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.236 5**

**Nonpriority creditor's name and mailing address**

PLAYMONSTER LLC  C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.236 6**

**Nonpriority creditor's name and mailing address**

PLS LOGISTICS SERVICE
2000 WESTINGHOUSE DR UNIT 201
BRIAN STERLING
CRANBERRY TOWNSHIP, PA 16066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

Debtor    Yellow Corporation
         Name

Case number (if known)    23-11069 (CTG)

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.2367**

**Nonpriority creditor's name and mailing address**

PLS LOGISTICS SERVICES, INC.
3120 UNIONVILLE RD BLDG 110 STE 100
JOEY SMITH
CRANBERRY TOWNSHIP, PA 16066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2368**

**Nonpriority creditor's name and mailing address**

PM SHOES INC
560 E MEMORIAL RD
JASON PARKS
OKLAHOMA CITY, OK 73114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2369**

**Nonpriority creditor's name and mailing address**

PNC Bank, N.A.
INTERNATIONAL TRADE DEPT.
20 CABOT ROAD
M/S MMF-470
MEDFORD, MA 02155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Credit #18121497-00-000 for the benefit of Westchester Fire Insurance Company

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2370**

**Nonpriority creditor's name and mailing address**

PNC Bank, N.A.
INTERNATIONAL TRADE DEPT.
20 CABOT ROAD
M/S MMF-470
MEDFORD, MA 02155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Credit #38138959-00-000 for the benefit of Atlantic Specialty Insurance (One Beacon)

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.2371**

**Nonpriority creditor's name and mailing address**

PNC Bank, N.A.
INTERNATIONAL TRADE DEPT.
20 CABOT ROAD
M/S MMF-470
MEDFORD, MA 02155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Credit #18121302-00-000 for the benefit of Ace American Insurance Company

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

Debtor    Yellow Corporation

Name                                                                    Case number (if known)    23-11069 (CTG)

| Part 2: | Additional Page |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.**                                         **Amount of claim**

---

**3.237 2**

**Nonpriority creditor's name and mailing address**

PNC Bank, N.A.
INTERNATIONAL TRADE DEPT.
20 CABOT ROAD
M/S MMF-470
MEDFORD, MA 02155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Credit #18121251-00-000 for the benefit of Old Republic Insurance Company

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.237 3**

**Nonpriority creditor's name and mailing address**

PNC Bank, N.A.
INTERNATIONAL TRADE DEPT.
20 CABOT ROAD
M/S MMF-470
MEDFORD, MA 02155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Credit #18121729-00-000 for the benefit of Hartford Fire Insurance Company (Arnold)

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.237 4**

**Nonpriority creditor's name and mailing address**

PNC Bank, N.A.
INTERNATIONAL TRADE DEPT.
20 CABOT ROAD
M/S MMF-470
MEDFORD, MA 02155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Letter of Credit #18121252-00-000 for the benefit of AIG - Chartis - National  Union

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☐ Yes

---

**3.237 5**

**Nonpriority creditor's name and mailing address**

PNEUMERCATOR
1785 EXPRESSWAY DR N
ROBYN TREZZA
HAUPPAUGE, NY 11788

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.237 6**

**Nonpriority creditor's name and mailing address**

POIST GAS CO.
360 MAIN STREET
LAUREL, MD 20707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                    31.80

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.237 7**

**Nonpriority creditor's name and mailing address**

POLYJOHN C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.237 8**

**Nonpriority creditor's name and mailing address**

POLYMER ADHESIVES%IL2000
PO BOX 8372
HOLLY MENKE
VIRGINIA BEACH, VA 23450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.237 9**

**Nonpriority creditor's name and mailing address**

POLYMER SHAPES
PO BOX 8372
LIESEL BOROVSKY
% IL2000
VIRGINIA BEACH, VA 23450

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.238 0**

**Nonpriority creditor's name and mailing address**

POLYVINYL FILMS
38 PROVIDENCE RD
LYDIA RIVERA
SUTTON, MA 01590

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.238 1**

**Nonpriority creditor's name and mailing address**

PONTOON SOLUTIONS, INC.
BOX 223672
PITTSBURGH, PA 15251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 720,756.93

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.238 2**

**Nonpriority creditor's name and mailing address**

POSSMEI USA INC
23476 KIDDER ST
HAYWARD, CA 94545

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238 3**

**Nonpriority creditor's name and mailing address**

POWELL, GE III
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238 4**

**Nonpriority creditor's name and mailing address**

POWER  TELEPHONE SUPPLY COMPA
200 KEOUGH DR
TARA OLIVER
PIPERTON, TN 38017

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238 5**

**Nonpriority creditor's name and mailing address**

POWER DEPOT
3553 NW 78TH AVE
BILLY MANTILLA
MIAMI, FL 33122

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.238 6**

**Nonpriority creditor's name and mailing address**

POWER DISTRIBUTORS
3700 PARAGON DR
DANIEL HARVEY
COLUMBUS, OH 43228

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.238 7** | **Nonpriority creditor's name and mailing address**

POWER TRAIN COMPONENTS
P.O. BOX 805
BRYAN, OH 43506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$   Undetermined

---

**3.238 8** | **Nonpriority creditor's name and mailing address**

POWER TRANSMISSION DIST ASSOC
230 W MONROE ST. SUITE 1410
CHICAGO, IL 60606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$   Undetermined

---

**3.238 9** | **Nonpriority creditor's name and mailing address**

PRECISE NUTRITION
44300 SUN GOLD ST
RAMIRO GARCIA
INDIO, CA 92201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.239 0** | **Nonpriority creditor's name and mailing address**

PRECISELY SOFTWARE INCORPORATED
1700 DISTRICT AVENUE
SUITE 300
BURLINGTON, MA 01803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   3,099.76

---

**3.239 1** | **Nonpriority creditor's name and mailing address**

PRECISION METALFORMING ASSOC
EILEEN HOSTELLER
6363 OAK TREE BLVD
INDEPENDENCE, OH 44131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$   Undetermined

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.239**
**2**

**Nonpriority creditor's name and mailing address**

PRECISION PULLEY
300 SE 14TH ST
PELLA, IA 50219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$   Undetermined

---

**3.239**
**3**

**Nonpriority creditor's name and mailing address**

PREGIS LLC
2901 W KINGSLEY RD
ANGELA KOLANOWSKI
GARLAND, TX 75041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.239**
**4**

**Nonpriority creditor's name and mailing address**

PREM SUPPLY LLC
PO BOX 3007
SONALI PATEL
CLAIM
LUBBOCK, TX 79452

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.239**
**5**

**Nonpriority creditor's name and mailing address**

PREMIER BRANDS OF AMERICA INC
170 HAMILTON AVE STE 201
JENNY RUIZ
WHITE PLAINS, NY 10601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.239**
**6**

**Nonpriority creditor's name and mailing address**

PREMIER PAINT ROLLER
13111 ATLANTIC AVE
RICHMOND HILL, NY 11418

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.239 7**

**Nonpriority creditor's name and mailing address**

PREMIER PAN COMPANY
2301 DUSS AVE BLDG 11 STE B
MIKE WOLAK
AMBRIDGE, PA 15003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.239 8**

**Nonpriority creditor's name and mailing address**

PREMIER PARKING OF TENNESSEE LLC
144 2ND AVE N   SUITE 300
NASHVILLE, TN 37201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    4,549.23

---

**3.239 9**

**Nonpriority creditor's name and mailing address**

PREMIER PLASMA
4743 W PORT AU PRINCE LN
JAKE WATSON
GLENDALE, AZ 85306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.240 0**

**Nonpriority creditor's name and mailing address**

PRESTIGE SPA COVERS
2875 MCI DR N
SABRINA BURNS
PINELLAS PARK, FL 33782

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.240 1**

**Nonpriority creditor's name and mailing address**

PRIDE MFG
10 N MAIN STREET ROUTE 100
FRED HEDMARK
BURNHAM, ME 04922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

Debtor    Yellow Corporation
          Name

Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.240 2**

**Nonpriority creditor's name and mailing address**

PRIDE MFG CO
10 N MAIN ST
BURNHAM, ME 04922

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|
| **Last 4 digits of account number** | |

**3.240 3**

**Nonpriority creditor's name and mailing address**

PRIMARY ONE
ALEX AMANO
6631 OTTO ROAD
GLENDALE, NY 11385

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ _____ Undetermined

| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** ☐ No ☑ Yes |
|---|---|
| **Last 4 digits of account number** | |

**3.240 4**

**Nonpriority creditor's name and mailing address**

PRIME SOURCE
4703 GREATLAND
CONCEPCION CARRASCO
SAN ANTONIO, TX 78218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|
| **Last 4 digits of account number** | |

**3.240 5**

**Nonpriority creditor's name and mailing address**

PRIMELITE  MFG CORP
407 S MAIN ST
ALEX MADRIGAL
FREEPORT, NY 11520

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|
| **Last 4 digits of account number** | |

**3.240 6**

**Nonpriority creditor's name and mailing address**

PRIMEXVENTS
101 19070 39 AVE
TREVOR PRICE
LOGISTICS MANAGER
SURREY, BC V3Z0Y6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

| **Date or dates debt was incurred**    Undetermined | **Is the claim subject to offset?** ☑ No ☐ Yes |
|---|---|
| **Last 4 digits of account number** | |

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.240.7**

**Nonpriority creditor's name and mailing address**

PRIMO
PO BOX 227008
MARIA PENARANDA
MIAMI, FL 33222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.240.8**

**Nonpriority creditor's name and mailing address**

PRINTRONIX LLC
15345 BARRANCA PARKWAY
IRVINE, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,170.78

---

**3.240.9**

**Nonpriority creditor's name and mailing address**

PRIORITY 1 BEHALF OF BUD'S EQUIPMEN
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.241.0**

**Nonpriority creditor's name and mailing address**

PRIORITY 1 BEHALF OF CLASSIC FILTER
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.241.1**

**Nonpriority creditor's name and mailing address**

PRIORITY 1 BEHALF OF CUNNINGHAM BRO
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.241 2**

**Nonpriority creditor's name and mailing address**

PRIORITY 1 BEHALF OF FACILITY CONCE
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.241 3**

**Nonpriority creditor's name and mailing address**

PRIORITY 1 BEHALF OF GRIP CLEAN
PO BOX 398
NORTH LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.241 4**

**Nonpriority creditor's name and mailing address**

PRIORITY 1 BEHALF OF HIGH MARK MFG
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.241 5**

**Nonpriority creditor's name and mailing address**

PRIORITY 1 BEHALF OF HIRSHFIELDS PA
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.241 6**

**Nonpriority creditor's name and mailing address**

PRIORITY 1 BEHALF OF HMC ENTERPRISE
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2417**

**Nonpriority creditor's name and mailing address**

PRIORITY 1 BEHALF OF KINGFA GLOBAL
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2418**

**Nonpriority creditor's name and mailing address**

PRIORITY 1 BEHALF OF METRO POLY COR
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2419**

**Nonpriority creditor's name and mailing address**

PRIORITY 1 BEHALF OF SOGNO TOSCANO
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2420**

**Nonpriority creditor's name and mailing address**

PRIORITY 1 BEHALF OF WEL COMPANIES
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2421**

**Nonpriority creditor's name and mailing address**

PRIORITY 1 BEHALF OF YESCOM USA INC
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.242 2**

**Nonpriority creditor's name and mailing address**

PRIORITY 1 INC
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.242 3**

**Nonpriority creditor's name and mailing address**

PRIORITY BEHALF OF HEWITT MACHINE &
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.242 4**

**Nonpriority creditor's name and mailing address**

PRIORITY TIRE
1436 ECK ROAD
ALEX MLINKOV
ALLENTOWN, PA 18104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.242 5**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF ARION WATER
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.242 6**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF BLACK FOREST
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|--------------------|-----------------------|-----------------|
| | Name | | |

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.242 7**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF BRUCES NUT N
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.242 8**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF CD PRO POWER
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.242 9**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF CLAD REX
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.243 0**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF CLEARFREIGHT
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.243 1**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF CRYSTAL TECH
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.243 2**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF DALTON WOOD
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.243 3**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF DELIRIUM WIN
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.243 4**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF EUFORA INTER
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.243 5**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF EVERFRESH PA
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.243 6**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF FISHMAN FLOO
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.243 7**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF IMPERIAL TIL
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.243 8**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF ISPACE OFFIC
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.243 9**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF JACK RICHESO
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244 0**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF JW NUTRITION
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244 1**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF KEMP HARDWAR
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.244 2**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF MCWHORTERS L
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244 3**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF MEDI-DOSE IN
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244 4**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF NATIONAL TRA
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244 5**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF ONEBOX EXPRE
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.244 6**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF PACLIGHTS LL
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.2447**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF POP BAR LLC
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2448**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF PRIMARY SOUR
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2449**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF REALSTONE SY
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2450**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF ROOT SHOOT M
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2451**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF SJF MATERIAL
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.245 2**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF SOUTHERN HOM
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          Undetermined

---

**3.245 3**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF THE TIERRA G
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          Undetermined

---

**3.245 4**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF TOOLOTS INC
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          Undetermined

---

**3.245 5**

**Nonpriority creditor's name and mailing address**

PRIORITY1 ON BEHALF OF VINES TO VIN
PO BOX 398
N LITTLE ROCK, AR 72115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          Undetermined

---

**3.245 6**

**Nonpriority creditor's name and mailing address**

PRO ORTHOPEDIC DEVICES, LLC
2884 E GANLEY
KARL WALTON
TUCSON, AZ 85706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$          Undetermined

---

Debtor    Yellow Corporation                                                                    Case number (if known)    23-11069 (CTG)
          Name

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.245 7**

**Nonpriority creditor's name and mailing address**

PRO PRODUCTS LLC
3404 CONESTOGA DR
OLIVIA MILLER
FT WAYNE, IN 46808

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.245 8**

**Nonpriority creditor's name and mailing address**

PROACTIVE SOLUTIONS, INC.
5625 FOXRIDGE DRVIE
MISSION, KS 66202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    35,381.49

---

**3.245 9**

**Nonpriority creditor's name and mailing address**

PROFUSION COSMETICS CORP
5491 SCHAEFER AVE
JESSE
CHINO, CA 91710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.246 0**

**Nonpriority creditor's name and mailing address**

PROGRESS LIGHTING
350 LOGISTICS CENTER PKWY STE 100
FRANK CRUZ
JEFFERSON, GA 30549

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.246 1**

**Nonpriority creditor's name and mailing address**

PROGRESSIVE COMMERCIAL AQUATIC
15616 SCHMIDT LOOP
MANOR, TX 78653

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

Debtor  Yellow Corporation
        Name

Case number (if known)  23-11069 (CTG)

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.246 2**

**Nonpriority creditor's name and mailing address**

PROGRESSIVE HYDRAULICS
350 N MIDLAND AVE
KERRY TOLAS
SADDLE BROOK, NJ 07663

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.246 3**

**Nonpriority creditor's name and mailing address**

PROGRESSIVE LIGHTING
3130 N BERKELEY LAKE RD NW
CATHY GEURIN
DULUTH, GA 30096

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.246 4**

**Nonpriority creditor's name and mailing address**

PROLOGIS LP
C/O DCT REGENTVIEW AVENUE LLC
PO BOX 198267
ATLANTA, GA 30384

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 269,548.43

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.246 5**

**Nonpriority creditor's name and mailing address**

PROLOGIS TARGETED U.S. LOGISTICS FUND LP
PO BOX 846336
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 153,619.85

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.246 6**

**Nonpriority creditor's name and mailing address**

PROLOGIS USLV NEWCA 3 LP
PO BOX 846329
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 314,136.48

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.246 7**

**Nonpriority creditor's name and mailing address**

PROMPT LOGISTICS USA
212 2ND ST STE 205A
TRISHANAE JAMES
LAKEWOOD, NJ 08701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                           Undetermined

---

**3.246 8**

**Nonpriority creditor's name and mailing address**

PROPER PITCH MOUNDS
3209 AIR PARK RD
KAREN BROWN
FUQUAY VARINA, NC 27526

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                           Undetermined

---

**3.246 9**

**Nonpriority creditor's name and mailing address**

PROSTAR LOGISTICS
5160 W WILEY POST WAY
SCOTT BROWN
SALT LAKE CITY, UT 84116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                           Undetermined

---

**3.247 0**

**Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #B-9419

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   9419

**Is the claim subject to offset?**
☑ No
☐ Yes

$                           Undetermined

---

**3.247 1**

**Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #B-6652

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**   6652

**Is the claim subject to offset?**
☑ No
☐ Yes

$                           Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247 2**

**Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #B-3097

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    3097

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 3**

**Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #B-3095

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    3095

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 4**

**Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #B-3106

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    3106

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 5**

**Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #B-3104

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    3104

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 6**

**Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #B-3273

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**    3273

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Yellow Corporation
        Name

Case number (if known)  23-11069 (CTG)

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.247 7** | **Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #B-5322

$                      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     5322

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 8** | **Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #B-6405

$                      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     6405

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.247 9** | **Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #B-3091

$                      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     3091

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.248 0** | **Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #B-3103

$                      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     3103

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.248 1** | **Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Surety Bond - Bond #B-3092

$                      Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     3092

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
| --- | --- |

**3.248
2**

**Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #B-2986

$              Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     2986

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248
3**

**Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #B-6962

$              Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     6962

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248
4**

**Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #B-3098

$              Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     3098

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248
5**

**Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #B-3112

$              Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     3112

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.248
6**

**Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #B-3480

$              Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**     3480

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Yellow Corporation                                        Case number (if known)    23-11069 (CTG)
          Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.248 7**    **Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #B-3099

$    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 3099 | ☑ No   ☐ Yes |

---

**3.248 8**    **Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #B-5144

$    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 5144 | ☑ No   ☐ Yes |

---

**3.248 9**    **Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #788859

$    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 8859 | ☑ No   ☐ Yes |

---

**3.249 0**    **Nonpriority creditor's name and mailing address**

PROTECTIVE
111 CONGRESSIONAL BLVD
SUITE 500
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Surety Bond - Bond #B-3101

$    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | 3101 | ☑ No   ☐ Yes |

---

**3.249 1**    **Nonpriority creditor's name and mailing address**

PROTECTIVE INDUSTRIAL PRODUCTS
8331 FRONTAGE RD
NICOLE FRONK
OLIVE BRANCH, MS 38654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No   ☐ Yes |

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.249 2**

**Nonpriority creditor's name and mailing address**

PRUITT, KENNETH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 312.01

---

**3.249 3**

**Nonpriority creditor's name and mailing address**

PS FURNITURE
171 W WING ST SUITE 204A
RON LUCARELLI
% EVANSTRANS
ARLINGTON HEIGHTS, IL 60005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.249 4**

**Nonpriority creditor's name and mailing address**

PSISC
9031 FARROW RD
MATT ORSELLI
COLUMBIA, SC 29203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.249 5**

**Nonpriority creditor's name and mailing address**

PUBLIX SUPERMARKET
AR CHECK APPLICATION
P.O. BOX 32024
LAKELAND, FL 33802

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.249 6**

**Nonpriority creditor's name and mailing address**

PUREBULK INC
1640 AUSTIN RD
TOM BECKNEL
ROSEBURG, OR 97471

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2497**

**Nonpriority creditor's name and mailing address**

PURITAN MEDICAL PRODUCTS
PO BOX 149
JOLYNE GUAY
GUILFORD, ME 04443

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.2498**

**Nonpriority creditor's name and mailing address**

PURVIS INDUSTRIES
ROCKY WILSON
10500 N STEMMONS FWY
DALLAS, TX 75220

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$   Undetermined

---

**3.2499**

**Nonpriority creditor's name and mailing address**

PURVIS INDUSTRIES LTD
PO BOX 18170
% AFS LOGISTICS LLC
SHREVEPORT, LA 71138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.2500**

**Nonpriority creditor's name and mailing address**

QUALITY TOOL & EQUIPMENT
42660 RIO NEDO
BERNIE RUIZ
TEMECULA, CA 92590

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.2501**

**Nonpriority creditor's name and mailing address**

QUALITY VENDING CO. INC.
6850 N OAK TRAFFICWAY
GLADSTONE, MO 64118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   225.63

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.250 2**

**Nonpriority creditor's name and mailing address**

QUENTIN POWER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                220.39

---

**3.250 3**

**Nonpriority creditor's name and mailing address**

QUICKSILVER SCIENTIFIC
9350 METCALF AVE
BROOKE SULLIVAN
OVERLAND PARK, KS 66212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              Undetermined

---

**3.250 4**

**Nonpriority creditor's name and mailing address**

QUINCY COOPER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                204.00

---

**3.250 5**

**Nonpriority creditor's name and mailing address**

R & Y INDUSTRIES
3170 N FEDERAL HWY
RANDY YOUNGSWICK
LIGHTHOUSE POINT, FL 33064

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              Undetermined

---

**3.250 6**

**Nonpriority creditor's name and mailing address**

R WEINSTEIN INC
846 POHUKAINA ST
HONOLULU, HI 96813

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.250 7**

**Nonpriority creditor's name and mailing address**

R.L. ROBERTS LLC
600 GILLAM RD
WILMINGTON, OH 45177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 107,688.88

---

**3.250 8**

**Nonpriority creditor's name and mailing address**

RA JONES C/O MGN LOGISTICS INC
89 PROVIDENCE HWY
DONNA PABON
WESTWOOD, MA 02090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.250 9**

**Nonpriority creditor's name and mailing address**

RACHEL U POCHES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,265.58

---

**3.251 0**

**Nonpriority creditor's name and mailing address**

RADER, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 137.70

---

**3.251 1**

**Nonpriority creditor's name and mailing address**

RADIAL ENGINEERING
4201 RONALD REAGAN BLVD UNIT 100
DORINE HENNINGS
JOHNSTOWN, CO 80534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.251 2**

**Nonpriority creditor's name and mailing address**

RADIANT POOLS - RYAN
440 N PEARL ST
RYAN FUNK
CUST. SERVICE - RYAN
ALBANY, NY 12204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.251 3**

**Nonpriority creditor's name and mailing address**

RADIUS LOGISTICS INC
3338 190 STREET, UNIT 103
DILJOT KAUR
CLAIMS
SURREY, BC V3Z1A7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.251 4**

**Nonpriority creditor's name and mailing address**

RADOMIR ARSENIC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     86.86

---

**3.251 5**

**Nonpriority creditor's name and mailing address**

RAL STOKELY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     9.65

---

**3.251 6**

**Nonpriority creditor's name and mailing address**

RALPH M YORKE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     150.73

---

Debtor   Yellow Corporation

Name                                                                     Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.251 7**

**Nonpriority creditor's name and mailing address**
RAMIREZ, RUDY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 40.35

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251 8**

**Nonpriority creditor's name and mailing address**
RAMON A ALEXANDER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 218.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.251 9**

**Nonpriority creditor's name and mailing address**
RAMON O GREEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 58.44

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.252 0**

**Nonpriority creditor's name and mailing address**
RANDALL K SALYER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 572.57

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.252 1**

**Nonpriority creditor's name and mailing address**
RANDALL MANUFACTURING
PO BOX 518
JENNIFER SPENCER
% UBER FREIGHT
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F              Schedule E/F: Creditors Who Have Unsecured Claims              Page 508 of 717

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.252 2**

**Nonpriority creditor's name and mailing address**

RANDALL-REILLY, LLC
PO BOX 2029
TUSCALOOSA, AL 35403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 15,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.252 3**

**Nonpriority creditor's name and mailing address**

RANDY L DICKERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 64.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.252 4**

**Nonpriority creditor's name and mailing address**

RANDY MOFFITT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.252 5**

**Nonpriority creditor's name and mailing address**

RAPID DEALS
5521 SCHAEFER AVE
MICHAEL FAN
CHINO, CA 91710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.252 6**

**Nonpriority creditor's name and mailing address**

RAPID PARTS
PO BOX 2208
SARAH NEWSOME
% GEODIS
BRENTWOOD, TN 37024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.252 7**

**Nonpriority creditor's name and mailing address**
RAS GREER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                95.30

---

**3.252 8**

**Nonpriority creditor's name and mailing address**
RASHAD M HENDERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                30.00

---

**3.252 9**

**Nonpriority creditor's name and mailing address**
RAVEN INDUSTRIES
CRAIG
P.O. BOX 5107
SIOUX FALLS, SD 57117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.253 0**

**Nonpriority creditor's name and mailing address**
RAY MURRAY INC
50 LIMESTONE RD
TONY VIOLA
LEE, MA 01238

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.253 1**

**Nonpriority creditor's name and mailing address**
RAYMOND DAVIS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                79.98

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.253 2**

**Nonpriority creditor's name and mailing address**

RAYMOND F GILLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 34.75

---

**3.253 3**

**Nonpriority creditor's name and mailing address**

RDS PAINTING INC
PO BOX 71656
SPRINGFIELD, OR 97475

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.253 4**

**Nonpriority creditor's name and mailing address**

REAVES, HUGH M
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.253 5**

**Nonpriority creditor's name and mailing address**

RECEIVER GENERAL FOR CANADA
2720 BRITANNIA RD EAST
PO BOX 40, AMF
TORONTO, L4W 2P7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,974.46

---

**3.253 6**

**Nonpriority creditor's name and mailing address**

RECKO D ATKINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 128.90

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.253 7**

**Nonpriority creditor's name and mailing address**

RECONEX
384 INVERNESS PARKWAY SUITE 140
KRYSTINA MROCZKOWSKI
ENGLEWOOD, CO 80112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.253 8**

**Nonpriority creditor's name and mailing address**

RECORD TECHNOLOGY & DEVELOPMEN
15 E BEAVER CREEK RD
OLIVIER DAROS
RICHMOND HILL, ON L4B1B3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.253 9**

**Nonpriority creditor's name and mailing address**

RECREONICS
MR. FRANK JONES
P.O. BOX 34575
LOUISVILLE, KY 40232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.254 0**

**Nonpriority creditor's name and mailing address**

RECREONICS INCORPORATED
4200 SCHMITT AVE
JUDY SHEPHERD
JULIE SPIVEY
LOUISVILLE, KY 40213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.254 1**

**Nonpriority creditor's name and mailing address**

RED APPLE FIREWORKS
8876 SPANISH RIDGE AVE STE 204
LAS VEGAS, NV 89148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

Debtor    Yellow Corporation
         Name                                                    Case number (if known)    23-11069 (CTG)

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.254 2** **Nonpriority creditor's name and mailing address**

RED DEVIL, INC.
JONATHAN PERRIELLO, VP, OPS
4175 WEBB ST
PRYOR, OK 74361

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.254 3** **Nonpriority creditor's name and mailing address**

RED GATE SOFTWARE LIMITED
P.O. BOX 845066
BOSTON, MA 02284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                8,208.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254 4** **Nonpriority creditor's name and mailing address**

RED RIVER TRUCK REPAIR
3415 S US HIGHWAY 75
SHERMAN, TX 75090

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                855.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254 5** **Nonpriority creditor's name and mailing address**

REDING, CHRISTOPHER S
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                6.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254 6** **Nonpriority creditor's name and mailing address**

REDLINE ENGINEERING
9950 N PALAFOX ST
DUSTIN GILMORE
PENSACOLA, FL 32534

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.254 7**

**Nonpriority creditor's name and mailing address**

REDWOOD MULTIMODAL
PO BOX 9349
ANDY PARSILL
LOUISVILLE, KY 40209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254 8**

**Nonpriority creditor's name and mailing address**

REECE USA
13591 HARBOR BLVD
DANIEL DE LEON
SHIPPING/TRANSFERS
GARDEN GROVE, CA 92843

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.254 9**

**Nonpriority creditor's name and mailing address**

REESE ENTERPRISES INC
16350 ASHER AVE
VICKY MCCALLUM
ROSEMOUNT, MN 55068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.255 0**

**Nonpriority creditor's name and mailing address**

REEVES INTL INC
14 HENDERSON DR
JOSUET CUETO
W CALDWELL, NJ 07006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.255 1**

**Nonpriority creditor's name and mailing address**

REFTEKK INC
5988 N HARBOR TOWN PL
NICK PETTERSON
BOISE, ID 83714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.255
2**

**Nonpriority creditor's name and mailing address**

REGAL REXNORD
9899 BRADFORD RD
LISA DUNCAN
PLAINFIELD, IN 46168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.255
3**

**Nonpriority creditor's name and mailing address**

REGALREXNORD
9899 BRADFORD RD
LISA DUNCAN
PLAINFIELD, IN 46168

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.255
4**

**Nonpriority creditor's name and mailing address**

REGENCY WEST OFFICE PARTNERS LLC
1080 JORDAN CREEK PKWY STE 200 N
WEST DES MOINES, IA 50266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 20,241.00

---

**3.255
5**

**Nonpriority creditor's name and mailing address**

REGINALD LAWRENCE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 21.94

---

**3.255
6**

**Nonpriority creditor's name and mailing address**

REGINALD S ROSS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12.29

---

Debtor   Yellow Corporation
         Name                                                    Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2557**

**Nonpriority creditor's name and mailing address**

REI
PO BOX 1938
JONDA PEACE
% FINANCE
SUMNER, WA 98390

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2558**

**Nonpriority creditor's name and mailing address**

REIMANN & GEORGER CORP
1849 HARLEM RD
ANN MARIE GOODLANDER
BUFFALO, NY 14212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2559**

**Nonpriority creditor's name and mailing address**

REIMANN & GEORGER CORPORATION
1849 HARLEM RD
ANN MARIE GOODLANDER
BUFFALO, NY 14212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2560**

**Nonpriority creditor's name and mailing address**

REISSIG, BARRY L
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   35.98

---

**3.2561**

**Nonpriority creditor's name and mailing address**

RELIABLE EQUIPMENT CO
301 IVYLAND RD
PAM WINDER
SHIPPING
IVYLAND, PA 18974

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.256 2**

**Nonpriority creditor's name and mailing address**

RELIANCE FASTENERS
115 E GANDY ST
JEFF FRANCIS
DENISON, TX 75021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.256 3**

**Nonpriority creditor's name and mailing address**

REMPAC LLC
370 W PASSAIC ST
LESLIE METZGER
ROCHELLE PARK, NJ 07662

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.256 4**

**Nonpriority creditor's name and mailing address**

RENE GONZALES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.256 5**

**Nonpriority creditor's name and mailing address**

RENE MORAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   389.14

---

**3.256 6**

**Nonpriority creditor's name and mailing address**

REPUBLIC FLOOR LLC
1700 W 4TH ST
ANTIOCH, CA 94509

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

Debtor  Yellow Corporation
Name

*Case number (if known)*  23-11069 (CTG)

---

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.256 7**

**Nonpriority creditor's name and mailing address**

REPUBLIC FLOOR, LLC
1700 W 4TH ST
ANTIOCH, CA 945091008

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.256 8**

**Nonpriority creditor's name and mailing address**

RESO INC
1930 AVENUE L
STAS KONTANISTOV
RIVIERA BEACH, FL 33404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.256 9**

**Nonpriority creditor's name and mailing address**

RESOURCE LOGISTICS GROUP, INC.
C/O COMMERCIAL VEHICLE GROUP
110 E BROWARD BLVD, STE 1732
FT LAUDERDALE, FL 33301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.257 0**

**Nonpriority creditor's name and mailing address**

RESPONSIVE RESPIRATORY %ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.257 1**

**Nonpriority creditor's name and mailing address**

RESTAURANT STORE
2205 OLD PHILADELPHIA PIKE
THE RESTAURANT STORE
TRS LOGISTICS
LANCASTER, PA 17602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor    Yellow Corporation                                    Case number (if known)    23-11069 (CTG)
Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.257 2**

**Nonpriority creditor's name and mailing address**
REXEL
425 QUIVAS ST
KARI LEIN
DENVER, CO 80204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.257 3**

**Nonpriority creditor's name and mailing address**
REXEL CONSOLIDATED
PO BOX 18170
% AFS LOGISTICS LLC
SHREVEPORT, LA 71138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.257 4**

**Nonpriority creditor's name and mailing address**
REXFERD T MCPHERSON JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    180.78

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.257 5**

**Nonpriority creditor's name and mailing address**
REYDIS MARTINEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$    192.87

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.257 6**

**Nonpriority creditor's name and mailing address**
RHC ICO SZ15 LOGISTICS
PO BOX 698
GERRIE CYRUS
CARLISLE, PA 17013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2577**

**Nonpriority creditor's name and mailing address**

RICARDO DELEON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 79.76

---

**3.2578**

**Nonpriority creditor's name and mailing address**

RICARDO MOLINA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 319.99

---

**3.2579**

**Nonpriority creditor's name and mailing address**

RICHARD A CASTLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30.00

---

**3.2580**

**Nonpriority creditor's name and mailing address**

RICHARD A HOWARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 30.00

---

**3.2581**

**Nonpriority creditor's name and mailing address**

RICHARD COMBS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 40.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|--------------------|-----------------------|-----------------|
|        | Name               |                       |                 |

| **Part 2:** | **Additional Page** |
|-------------|---------------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.258 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 113.74 |
|---|---|---|
| RICHARD E PETERS<br>ADDRESS ON FILE | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.258 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 167.53 |
|---|---|---|
| RICHARD G KIRKWOOD<br>ADDRESS ON FILE | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.258 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 400.00 |
|---|---|---|
| RICHARD GLOBERSON<br>ADDRESS ON FILE | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.258 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ Undetermined |
|---|---|---|
| RICHARD HYWOOD<br>ADDRESS ON FILE | *Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed | |
| | **Basis for the claim:** Cargo Claims | |
| **Date or dates debt was incurred** Undetermined | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

**3.258 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $ 290.16 |
|---|---|---|
| RICHARD K BOYD<br>ADDRESS ON FILE | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Basis for the claim:** Trade Payable | |
| **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| **Last 4 digits of account number** | ☑ No<br>☐ Yes | |

| Official Form 206E/F | Schedule E/F: Creditors Who Have Unsecured Claims | Page 521 of 717 |
|---|---|---|

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2587**

**Nonpriority creditor's name and mailing address**
RICHARD KINDOLL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 20.32

---

**3.2588**

**Nonpriority creditor's name and mailing address**
RICHARD L TIFT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 225.32

---

**3.2589**

**Nonpriority creditor's name and mailing address**
RICHARD STOPKA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 6.48

---

**3.2590**

**Nonpriority creditor's name and mailing address**
RICHARD VAN HOOZEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 326.93

---

**3.2591**

**Nonpriority creditor's name and mailing address**
RICHARDS & RICHARDS LLC
PO BOX 17070
NASHVILLE, TN 37217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 92.50

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.259 2**

**Nonpriority creditor's name and mailing address**

RICHELIEU AMERICA LTD
8648 GLENMONT SUITE 150
JACK BERLIN
HOUSTON, TX 77036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.259 3**

**Nonpriority creditor's name and mailing address**

RICHFIELD PLUMBING CO
8640 HARRIET AVE S STE 100
BLOOMINGTON, MN 55420

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    168.00

---

**3.259 4**

**Nonpriority creditor's name and mailing address**

RICK A RODER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    93.75

---

**3.259 5**

**Nonpriority creditor's name and mailing address**

RICK KOPPOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    714.82

---

**3.259 6**

**Nonpriority creditor's name and mailing address**

RICK ZITZMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    427.38

---

Debtor   Yellow Corporation
         Name                                                    Case number (if known)   23-11069 (CTG)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.2597**

**Nonpriority creditor's name and mailing address**

RICKY D EVANS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 13.76

---

**3.2598**

**Nonpriority creditor's name and mailing address**

RICOH USA, INC.
PO BOX 660342
DALLAS, TX 75266

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 172,608.24

---

**3.2599**

**Nonpriority creditor's name and mailing address**

RIGHTLINE EQUIPMENT
29120 DIKE RD
LOWEN MURRAY
CUSTOMER SERVICE
RAINIER, OR 97048

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2600**

**Nonpriority creditor's name and mailing address**

RIKEN ELASTOMERS CORP
340 RIKEN CT
LARRY BYRD
HOPKINSVILLE, KY 42240

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.2601**

**Nonpriority creditor's name and mailing address**

RILEY TRACTOR PARTS INC
530 W LINFOOT ST
ZACH RILEY
WAUSEON, OH 43567

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor  Yellow Corporation
Name

Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.260 2**

**Nonpriority creditor's name and mailing address**

RILEY, PAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                220.00

---

**3.260 3**

**Nonpriority creditor's name and mailing address**

RINGCENTRAL INC
20 DAVIS DRIVE
BELMONT, CA 94002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            28,059.84

---

**3.260 4**

**Nonpriority creditor's name and mailing address**

RINGGENBERG, JASON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  2021 Short-Term Incentive Plan, 2021 Long-Term Incentive Plan, and 2022 Long-Term Incentive Plan

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            Undetermined

---

**3.260 5**

**Nonpriority creditor's name and mailing address**

RITA SALINAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 48.52

---

**3.260 6**

**Nonpriority creditor's name and mailing address**

RITCHIE MCGRATH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.260 7**

**Nonpriority creditor's name and mailing address**

RITE AID CORPORATION
NANCY WATTS
200 NEWBERRY COMMONS
ETTERS, PA 17319

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$  Undetermined

---

**3.260 8**

**Nonpriority creditor's name and mailing address**

RITE HITE
4343 CHAVENELLE RD
DUBUQUE, IA 52002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$  Undetermined

---

**3.260 9**

**Nonpriority creditor's name and mailing address**

RIVER LOGISTICS INC
41 E 400 N 159
JEFF GULBRANSEN
LOGAN, UT 84321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.261 0**

**Nonpriority creditor's name and mailing address**

RIVIAN AUTOMOTIVE LLC
13250 N HAGGERTY RD
TYLER SEVERSON
PLYMOUTH, MI 48170

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.261 1**

**Nonpriority creditor's name and mailing address**

RJ THOMAS % ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

Debtor    Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.261 2**

**Nonpriority creditor's name and mailing address**

RKM FIREWORKS CO
27383 MAY ST
RACHEL CORAK
EDWARDSBURG, MI 49112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.261 3**

**Nonpriority creditor's name and mailing address**

RLF BOOTH SPE LLC
C/O NORTH AMERICAN TERMINALS MGT
201 WEST STREET SUITE 200
ANNAPOLIS, MD 21401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    79,472.42

---

**3.261 4**

**Nonpriority creditor's name and mailing address**

RLF I-A SPE, LLC
C/O NORTH AMERICAN TERM MGMT, 201 WEST STREET SUITE 200
ANNAPOLIS, MD 21401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    73,297.59

---

**3.261 5**

**Nonpriority creditor's name and mailing address**

RLR INVESTMENTS LLC
600 GILLAM ROAD
PO BOX 271
WILMINGTON, OH 45177

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    204,661.02

---

**3.261 6**

**Nonpriority creditor's name and mailing address**

RM AUTO
8085 ONEIDA ST STE 102
MIKE MITUSLIA
ADAMS CITY, CO 80022

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

Debtor   Yellow Corporation
          Name                                    Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2617**

**Nonpriority creditor's name and mailing address**

ROADWAY EXPRESS INTERNATIONAL, INC.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 35,454.79

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2618**

**Nonpriority creditor's name and mailing address**

ROANOKE CLAIMS
1475 E WOODFIELD RD #500
MICHAEL MCGRORY
SCHAUMBURG, IL 60173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2619**

**Nonpriority creditor's name and mailing address**

ROANOKE CLAIMS SERVICES
1475 E WOODFIELD RD #500
MARISSA STAVNEM
SCHAUMBURG, IL 60173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2620**

**Nonpriority creditor's name and mailing address**

ROARING SPRING BLANK BOOK CO
235 APPLE PACKER RD
MIKE BAUM
MARTINSBURG, PA 16662

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2621**

**Nonpriority creditor's name and mailing address**

ROBERT & SON ALUMINUM INC
13 MCBRIDE ST
NEWNAN, GA 30263

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262 2**

**Nonpriority creditor's name and mailing address**

ROBERT A ANDERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 152.12

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262 3**

**Nonpriority creditor's name and mailing address**

ROBERT A HEYMANS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21.89

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262 4**

**Nonpriority creditor's name and mailing address**

ROBERT ANKRUM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 100.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262 5**

**Nonpriority creditor's name and mailing address**

ROBERT AVERY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 18.18

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.262 6**

**Nonpriority creditor's name and mailing address**

ROBERT BERNAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 57.31

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.262 7** **Nonpriority creditor's name and mailing address**

ROBERT BOSCH CORPORATION
11302 EASTPOINT DR STE C
JANET GUADALUPE MARTINEZMACIAS
CEAP 3020
LAREDO, TX 78045

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.262 8** **Nonpriority creditor's name and mailing address**

ROBERT CRESPIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 89.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.262 9** **Nonpriority creditor's name and mailing address**

ROBERT E FERGUSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,399.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263 0** **Nonpriority creditor's name and mailing address**

ROBERT JOHNSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 20.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.263 1** **Nonpriority creditor's name and mailing address**

ROBERT KEPPLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 10.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.263 2**

**Nonpriority creditor's name and mailing address**

ROBERT L BRADLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    207.07

---

**3.263 3**

**Nonpriority creditor's name and mailing address**

ROBERT L BRYANT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     20.40

---

**3.263 4**

**Nonpriority creditor's name and mailing address**

ROBERT L JEFFERSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     30.00

---

**3.263 5**

**Nonpriority creditor's name and mailing address**

ROBERT L MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                     21.00

---

**3.263 6**

**Nonpriority creditor's name and mailing address**

ROBERT L STUCKEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    150.76

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.263 7**

**Nonpriority creditor's name and mailing address**

ROBERT L WOOD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 324.56

---

**3.263 8**

**Nonpriority creditor's name and mailing address**

ROBERT LEZAJ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 177.46

---

**3.263 9**

**Nonpriority creditor's name and mailing address**

ROBERT M WATTERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 84.24

---

**3.264 0**

**Nonpriority creditor's name and mailing address**

ROBERT MANN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 54.00

---

**3.264 1**

**Nonpriority creditor's name and mailing address**

ROBERT R. MCGILL AIR CONDITIONING, INC.
333 S 3RD ST
LANTANA, FL 33462

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 608.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.264 2**

**Nonpriority creditor's name and mailing address**

ROBERT RIOS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 42.34

---

**3.264 3**

**Nonpriority creditor's name and mailing address**

ROBERT S CORNING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 14.76

---

**3.264 4**

**Nonpriority creditor's name and mailing address**

ROBERT WARNER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.264 5**

**Nonpriority creditor's name and mailing address**

ROBERT WEERTS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 345.51

---

**3.264 6**

**Nonpriority creditor's name and mailing address**

ROBIN BAILEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor   Yellow Corporation
Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.264 7**

**Nonpriority creditor's name and mailing address**

ROCK SOLID LOGISTICS INC
PO BOX 1767, 5918 MERIDIAN BLVD., SUITE 3
MATTHEW LEE
BRIGHTON, MI 48116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264 8**

**Nonpriority creditor's name and mailing address**

ROCKAUTO C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.264 9**

**Nonpriority creditor's name and mailing address**

ROCKET FARMS, INC.
C/O: BERLINER COHEN, LLP
ATTN: JONATHAN D WOLEF
TEN ALMADEN BOULEVARD, 11TH FLOOR
SAN JOSE, CA 95113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Open Litigation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265 0**

**Nonpriority creditor's name and mailing address**

ROCKWELL LABS LTD
1257 BEDFORD AVE
JOHN GARCIA
N KANSAS CITY, MO 64116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.265 1**

**Nonpriority creditor's name and mailing address**

ROCKWOOD CORPORATION
869A STATE ROUTE 12
CHRISTINE DEWIRE
FRENCHTOWN, NJ 08825

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.265 2**

**Nonpriority creditor's name and mailing address**

RODERICK ROAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 186.48

---

**3.265 3**

**Nonpriority creditor's name and mailing address**

RODNEY SCHILLING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.265 4**

**Nonpriority creditor's name and mailing address**

RODRIGUEZ, VICTOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Potential Claim

**Date or dates debt was incurred**   UNDETERMINED

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.265 5**

**Nonpriority creditor's name and mailing address**

ROEBIC LABORATORIES
25 CONNAIR RD PO BOX 927
ALEXA
ORANGE, CT 06477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.265 6**

**Nonpriority creditor's name and mailing address**

ROEBIC LABORATORIES INC
PO BOX 927, 25 CONNAIR RD
ALEXA
ORANGE, CT 06477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.265 7**

**Nonpriority creditor's name and mailing address**

ROGER D ROMANS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 11.50

---

**3.265 8**

**Nonpriority creditor's name and mailing address**

ROGER E PETTRY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 404.75

---

**3.265 9**

**Nonpriority creditor's name and mailing address**

ROGER KEEF ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED
C/O THE BIFFERATO FIRM PA
1007 NORTH ORANGE ST.
4TH FLOOR
WILMINGTON, DE 19801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.266 0**

**Nonpriority creditor's name and mailing address**

ROLLS ROYCE SOLUTIONS AMERICA INC
39525 MACKENZIE DR
DAN GABON
NOVI, MI 48377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.266 1**

**Nonpriority creditor's name and mailing address**

ROLLS-ROYCE SOLUTIONS AMERICA INC
39525 MACKENZIE DRIVE
DAN GABON
NOVI, MI 48377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.266 2**

**Nonpriority creditor's name and mailing address**

ROMEOVILLE PARTS WAREHOUSE
187 SOUTHCREEK PKWY
DIANA HERNANDEZ
ROMEOVILLE, IL 60446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266 3**

**Nonpriority creditor's name and mailing address**

RONALD BELOTTI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 157.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266 4**

**Nonpriority creditor's name and mailing address**

RONALD E CLARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 158.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266 5**

**Nonpriority creditor's name and mailing address**

RONALD L GRAY JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 120.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.266 6**

**Nonpriority creditor's name and mailing address**

RONALD MILLER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 201.83

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2667**

**Nonpriority creditor's name and mailing address**

ROOFNEST % ECHO GLOBAL
600 W CHICAGO AVE STE 725
NICOLE TUCKER
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.2668**

**Nonpriority creditor's name and mailing address**

ROSANN SCHULTZ BERKEMEIER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Open Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.2669**

**Nonpriority creditor's name and mailing address**

ROSE BRAND
4 EMERSON LN
KEITH BRANTNER
SECAUCUS, NJ 07094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.2670**

**Nonpriority creditor's name and mailing address**

ROTO-ROOTER PLUMBERS
136 TANNER ROAD
GREENVILLE, SC 29607

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,441.80

---

**3.2671**

**Nonpriority creditor's name and mailing address**

ROUNDY'S GENERAL MDSE DIVN
400 WALTER RD
MAZOMANIE, WI 53560

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.267 2**

**Nonpriority creditor's name and mailing address**

ROVERS NORTH
1319 ROUTE 128
ALAN KOSLOWSKI
WAREHOUSE
WESTFORD, VT 05494

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.267 3**

**Nonpriority creditor's name and mailing address**

ROY J BLOODWORTH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 22.50

---

**3.267 4**

**Nonpriority creditor's name and mailing address**

ROYAL BRUSH
515 W 45TH ST
MUNSTER, IN 46321

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.267 5**

**Nonpriority creditor's name and mailing address**

ROYSTER, MELISSA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 341.31

---

**3.267 6**

**Nonpriority creditor's name and mailing address**

RSL LLC
3092 ENGLISH CREEK AVE
KATRINA FORREST
EGG HARBOR TOWNSHIP, NJ 08234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.267 7**

**Nonpriority creditor's name and mailing address**

RTP CO
PO BOX 5439, 580 EAST FRONT STREET
TRAVIS NIELSEN
WINONA, MN 55987

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.267 8**

**Nonpriority creditor's name and mailing address**

RTP COMPANY
580 EAST FRONT STREET PO BOX 5439
TRAVIS NIELSEN
WINONA, MN 55987

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.267 9**

**Nonpriority creditor's name and mailing address**

RUAN
PO BOX 9319
LUKE PARKER
DES MOINES, IA 50306

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.268 0**

**Nonpriority creditor's name and mailing address**

RUBEN J ANAYA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 3,430.88

---

**3.268 1**

**Nonpriority creditor's name and mailing address**

RUEBEN J BENEDICT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 189.28

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.268 2**

**Nonpriority creditor's name and mailing address**

RUHL, JOHN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): $32,501.91

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,501.91

---

**3.268 3**

**Nonpriority creditor's name and mailing address**

RUNYON SURFACE PREP
1402 CHASE CT
CARMEL, IN 46032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.268 4**

**Nonpriority creditor's name and mailing address**

RUPP, GREG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Severance Pay Continuation (Non-Union): $22,430.08

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22,430.08

---

**3.268 5**

**Nonpriority creditor's name and mailing address**

RUSH TRUCK CENTER
7450 TORBRAM RD
MISSISSAUGA, L4T 1G9
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,284.15

---

**3.268 6**

**Nonpriority creditor's name and mailing address**

RUSH TRUCK CENTER AUSTIN
16870 INTERSTATE 35 SOUTH
JOHN NEELY
BUDA, TX 78610

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor  Yellow Corporation
Name

Case number (if known)  23-11069 (CTG)

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.268 7**

**Nonpriority creditor's name and mailing address**

RUSSELL EAST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                              32.09

---

**3.268 8**

**Nonpriority creditor's name and mailing address**

RUSSELL SIGLER
1415 LAWRENCE DR
MIKE SERRATO
NEWBURY PARK, CA 91320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        Undetermined

---

**3.268 9**

**Nonpriority creditor's name and mailing address**

RXO
4725 LAKEHURST CT BOX 6
JIM JOSLYN
DUBLIN, OH 43016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        Undetermined

---

**3.269 0**

**Nonpriority creditor's name and mailing address**

RXO CAPACITY SOLUTIONS
4725 LAKEHURST DR BOX 6
ANGIE BLANKENSHIP
DUBLIN, OH 43016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        Undetermined

---

**3.269 1**

**Nonpriority creditor's name and mailing address**

RXO CORPORATE SOLUTIONS LLC
4725 LAKEHURST DR BOX 6
ANGIE BLANKENSHIP
DUBLIN, OH 43016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                        Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.269 2**

**Nonpriority creditor's name and mailing address**

RXO NAT SOLUTIONS LLC
4725 LAKHURST DR BOX 6
GIA L WOOD
DUBLIN, OH 43016

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.269 3**

**Nonpriority creditor's name and mailing address**

RYAN L LACEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    30.00

---

**3.269 4**

**Nonpriority creditor's name and mailing address**

RYAN LLC
PO BOX 848351
DALLAS, TX 75284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    10,719.00

---

**3.269 5**

**Nonpriority creditor's name and mailing address**

RYAN M STERMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    83.42

---

**3.269 6**

**Nonpriority creditor's name and mailing address**

RYAN SPEERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    129.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|--------------------|-----------------------|----------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2697**

**Nonpriority creditor's name and mailing address**

RYDER LAST MILE
7795 WALTON PKWY CLAIMS DEPT
NICHOL HUFFMAN
NEW ALBANY, OH 43054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2698**

**Nonpriority creditor's name and mailing address**

RYOBI DIE CASTING
525 INDUSTRIAL PARK DR
SHEILAH SMITH
SHELBYVILLE, IN 46176

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2699**

**Nonpriority creditor's name and mailing address**

S M PERFORMANCE
4113 WOODCLIFF CIR
MIKE FISSEL
SEVEN VALLEYS, PA 17360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2700**

**Nonpriority creditor's name and mailing address**

S P RICHARDS
6140 CENTRAL CHURCH
% INDUSTRIAL TRANSPORTATION CONSULT
DOUGLASVILLE, GA 30133

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2701**

**Nonpriority creditor's name and mailing address**

S P RICHARDS CO
6140 CENTRAL CHURCH
% INDUSTRIAL TRANSPORTATION CONSULT
DOUGLASVILLE, GA 30135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.270 2**

**Nonpriority creditor's name and mailing address**

S P RICHARDS COMPANY
5820 E SHELBY DR
ELENA SHULIKOV
MEMPHIS, TN 38141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

**3.270 3**

**Nonpriority creditor's name and mailing address**

S&S ACTIVEWEAR C/O ECHO GLOBAL
600 W CHICAGO AVE STE 725
NICOLE TUCKER
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

**3.270 4**

**Nonpriority creditor's name and mailing address**

SA CONSUMER PRODUCTS INC
3305 W 132ND STREET
DENISE PERTELL
LEAWOOD, KS 66209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

**3.270 5**

**Nonpriority creditor's name and mailing address**

SA CUSTOMER PRODUCTS INC
3305 W 132ND STREET
DENISE PERTELL
LEAWOOD, KS 66209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

**3.270 6**

**Nonpriority creditor's name and mailing address**

SABER CABINETS
19200 CHENNAULT WAY STE A
CONNIE GREENE
GAITHERSBURG, MD 20879

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☑ No  ☐ Yes |

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.2707**

**Nonpriority creditor's name and mailing address**

SABIN, KEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 400.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2708**

**Nonpriority creditor's name and mailing address**

SACRAMENTO TRUCK CENTER
100 OPPORTUNITY ST
SACRAMENTO, CA 95838

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 968.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2709**

**Nonpriority creditor's name and mailing address**

SAFE FLEET
319 ROSKE DR
CHERYL ALEXANDER
ELKHART, IN 46516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2710**

**Nonpriority creditor's name and mailing address**

SAGE PRODUCTS
3909 THREE OAKS RD
NATHAN SALVESEN
CARY, IL 60013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.2711**

**Nonpriority creditor's name and mailing address**

SALAH ILEIWAT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 90.02

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Corporation
          Name                                                   *Case number (if known)*    23-11069 (CTG)

| Part 2: | Additional Page |
|---------|-----------------|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.271 2**

**Nonpriority creditor's name and mailing address**

SALESFORCE.COM INC
PO BOX 203141
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    1,713,446.40

---

**3.271 3**

**Nonpriority creditor's name and mailing address**

SALLY BEAUTY
PO BOX 90219
ASHLEY ROGERS
DENTON, TX 76202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.271 4**

**Nonpriority creditor's name and mailing address**

SALVATORE A CAPASSO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    125.25

---

**3.271 5**

**Nonpriority creditor's name and mailing address**

SAM D DILL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    264.36

---

**3.271 6**

**Nonpriority creditor's name and mailing address**

SAM PILGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    75.56

---

Debtor    Yellow Corporation
Name                                                                    Case number (if known)    23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.271 7**

**Nonpriority creditor's name and mailing address**

SAMP USA INC
10310 GOVERNOR LANE BLVD STE 6015
DAVID GRAFF
WILLIAMSPORT, MD 21795

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.271 8**

**Nonpriority creditor's name and mailing address**

SAMSUNG ELECTRONICS AMERICA INC
85 CHALLENGER RD
NADIA RANKINE
C/O CLAIMS & INSURANCE 7TH FL
RIDGEFIELD PARK, NJ 07660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.271 9**

**Nonpriority creditor's name and mailing address**

SAMSUNG ELECTRONICS AMERICA, INC
85 CHALLENGER RD
RIDGEFIELD PARK, NJ 07660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.272 0**

**Nonpriority creditor's name and mailing address**

SAMSUNG ELECTRONICS AMERICA, INC.
85 CHALLENGER RD.
RIDGEFIELD PARK, NJ 07660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.272 1**

**Nonpriority creditor's name and mailing address**

SAMUEL C D LEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$    89.54

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.272 2** **Nonpriority creditor's name and mailing address**

SAMUEL STRAPPING % ECHO
600 W CHICAGO AVE STE 725
JANAU WASHINGTON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.272 3** **Nonpriority creditor's name and mailing address**

SAMUEL TRUJILLO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    148.40

---

**3.272 4** **Nonpriority creditor's name and mailing address**

SANDRA C LATHAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    131.32

---

**3.272 5** **Nonpriority creditor's name and mailing address**

SANJAY J FITZGERALD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    29.19

---

**3.272 6** **Nonpriority creditor's name and mailing address**

SANTOS BOCH OSCAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    553.82

---

| Debtor | Yellow Corporation | | | | | |
|---|---|---|---|---|---|---|
| | Name | | *(Case number (if known))* | | 23-11069 (CTG) | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.272 7**

**Nonpriority creditor's name and mailing address**

SARA M ERICKSEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                323.87

---

**3.272 8**

**Nonpriority creditor's name and mailing address**

SARES REGIS MANAGEMENT CO LP
FBO ORANGE BATAVIA & SRG BARDEEN LLC
3501 JAMBOREE ROAD SUITE 3000
NEWPORT BEACH, CA 92660

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              73,756.32

---

**3.272 9**

**Nonpriority creditor's name and mailing address**

SARGEANT, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                159.54

---

**3.273 0**

**Nonpriority creditor's name and mailing address**

SAS SAFETY CORP
3031 GARDENIA AVE
LONG BEACH, CA 90807

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$            Undetermined

---

**3.273 1**

**Nonpriority creditor's name and mailing address**

SATARIUS K RAY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                105.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.273 2**

**Nonpriority creditor's name and mailing address**

SATCO PRODUCTS
2000 VALWOOD PKWY
JOHN FORD
FARMERS BRANCH, TX 75234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.273 3**

**Nonpriority creditor's name and mailing address**

SAUDER WOODWORKING CO
330 N CLYDES WAY PO BOX 156
JULIA MCCLAIN
ARCHBOLD, OH 43502

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.273 4**

**Nonpriority creditor's name and mailing address**

SAV TRANSPORTATION
PO BOX 480050
KRISTEN MAPLES
COON RAPIDS, MN 55448

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.273 5**

**Nonpriority creditor's name and mailing address**

SAVANNAH WILLIAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          20.00

---

**3.273 6**

**Nonpriority creditor's name and mailing address**

SAWSTOP
RENEE KNIGHT
11555 SW MYSLONY ST
TUALATIN, OR 97062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.273 7**

**Nonpriority creditor's name and mailing address**

SAWSTOP LLC
11555 SW MYSLONY ST
KONNER MONK
TUALATIN, OR 97062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.273 8**

**Nonpriority creditor's name and mailing address**

SAYED M SADAT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 126.84

---

**3.273 9**

**Nonpriority creditor's name and mailing address**

SC JOHNSON
29857 NETWORK PLACE
ALIX AREVALO
% MANAGED SERVICES
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.274 0**

**Nonpriority creditor's name and mailing address**

SCAA
505 TECHNOLOGY DR, STE 340
IRVINE, CA 92618

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.274 1**

**Nonpriority creditor's name and mailing address**

SCAN GLOBAL LOGISTICS
18850 8TH AVE S SUITE 100
SEATTLE, WA 98148

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
| --- | --- | --- | --- |
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.274 2**

**Nonpriority creditor's name and mailing address**

SCARBOROUGH, CARL K, JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274 3**

**Nonpriority creditor's name and mailing address**

SCHAPPELL, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): $32,977.37

$ 32,977.37

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274 4**

**Nonpriority creditor's name and mailing address**

SCHLAGE LOCK
1659 GAILES BLVD
HIROMI LEONARD
SHIPPER
SAN DIEGO, CA 92154

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274 5**

**Nonpriority creditor's name and mailing address**

SCHLAGE LOCK / ALLEGION
2119 E KANSAS CITY RD
MARK HOWARD
OLATHE, KS 66061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.274 6**

**Nonpriority creditor's name and mailing address**

SCHMIDT, DANIEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): $78,396.54

$ 78,396.54

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | |
| --- | --- | --- | --- |
| | Name | Case number (if known) | 23-11069 (CTG) |

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

---

**3.274 7**

**Nonpriority creditor's name and mailing address**

SCHOENFELD, CORY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 615.32

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.274 8**

**Nonpriority creditor's name and mailing address**

SCHOOL ZONE PUBLISHING CO.
1819 INDUSTRIAL DR
GRAND HAVEN, MI 49417

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.274 9**

**Nonpriority creditor's name and mailing address**

SCHULZ LAW, PLC
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Settlement Agreement

$ 8,735.00

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275 0**

**Nonpriority creditor's name and mailing address**

SCHUSTER CANDY
10100 JELLY BELLY LN
TAMARA TURNER
PLEASANT PRAIRIE, WI 53158

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.275 1**

**Nonpriority creditor's name and mailing address**

SCOTCHMAN INDUSTRIES INC
PO BOX 850
EDNA DALE
PHILIP, SD 57567

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | | | | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|---|---|---|
| | Name | | | | | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.275 2**

**Nonpriority creditor's name and mailing address**

SCOTT A NORBERG
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 65.00

---

**3.275 3**

**Nonpriority creditor's name and mailing address**

SCOTT A NULL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 253.66

---

**3.275 4**

**Nonpriority creditor's name and mailing address**

SCOTT COLWELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 289.51

---

**3.275 5**

**Nonpriority creditor's name and mailing address**

SCOVIL HANNA DBA RROWHEAD IND
4545 JOHNSTON PKWY
MARK GURDY
CLEVELAND, OH 44128

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.275 6**

**Nonpriority creditor's name and mailing address**

SCP #663
14071 - B NE 200TH ST
WOODINVILLE, WA 98072

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | | | | *Case number (if known)* | 23-11069 (CTG) |
|---|---|---|---|---|---|---|
| | Name | | | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| 3.275 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SCP DISTRIBUTORS LLC
780 COLUMBIA AVE
SCP CORP
RIVERSIDE, CA 92507

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No  ☐ Yes |

| 3.275 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SCP DISTRIBUTORS LLC #44
4208 W CHEYENNE AVE STE 130
DAVID QUINTERO
N LAS VEGAS, NV 89032

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No  ☐ Yes |

| 3.275 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 138.86 |
|---|---|---|---|

SCRITCHFIELD, ASHLEY
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred** | | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No  ☐ Yes |

| 3.276 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SDI PACKAGING INC
10310 RAY LAWSON
ANJOU, QC H1J1M1
CANADA

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

| **Date or dates debt was incurred** | Undetermined | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No  ☐ Yes |

| 3.276 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 9.99 |
|---|---|---|---|

SEAN D MILNE
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

| **Date or dates debt was incurred** | | **Is the claim subject to offset?** |
|---|---|---|
| **Last 4 digits of account number** | | ☒ No  ☐ Yes |

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | |

### 3.276.2

**Nonpriority creditor's name and mailing address**

SEATEX MARINE
729 W 16TH ST UNIT A2
JESUS ORIHUELA
COSTA MESA, CA 92627

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

### 3.276.3

**Nonpriority creditor's name and mailing address**

SECUREIT TACTICAL
PO BOX 9490
SUSAN LEPAGE
% KUEHNE NAGEL INC
FALL RIVER, MA 02720

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

### 3.276.4

**Nonpriority creditor's name and mailing address**

SEDGWICK CLAIMS MANAGEMENT SERVICES
P.O. BOX 14151
JOSHUA CATALANO
LEXINGTON, KY 405124151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

### 3.276.5

**Nonpriority creditor's name and mailing address**

SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
PO BOX 207834
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   462,845.08

### 3.276.6

**Nonpriority creditor's name and mailing address**

SELECT BRANDS LLC
3638 W DIVISION ST
SPRINGFIELD, MO 65803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.276 7**

**Nonpriority creditor's name and mailing address**

SELECTRON INDUSTRIAL CO
16410 MANNING WAY
JOHN KYUNG
CERRITOS, CA 90703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.276 8**

**Nonpriority creditor's name and mailing address**

SEMCO MODERN SEAMLESS SURFACE
3620 W RENO AVE STE J
YAMINE
LAS VEGAS, NV 89118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.276 9**

**Nonpriority creditor's name and mailing address**

SENKOR GROUP
12045 CURRENCY CIR
FORNEY, TX 75126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.277 0**

**Nonpriority creditor's name and mailing address**

SENNECA HOLDINGS
PO BOX 518
MIKE MEYERS
% UBER FREIGHT CARGO CLAIMS
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.277 1**

**Nonpriority creditor's name and mailing address**

SENNECA HOLDINGS INC
PO BOX 518
MIKE MEYERS
% UBER FREIGHT CARGO CLAIMS
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.277 2**

**Nonpriority creditor's name and mailing address**

SENSIENT FLAVORS
79 STATE ST
HARBOR BEACH, MI 48441

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.277 3**

**Nonpriority creditor's name and mailing address**

SENSUS METERING
450 N GALLATIN AVE
WILLIAM GALAND
UNIONTOWN, PA 15401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.277 4**

**Nonpriority creditor's name and mailing address**

SERGEI TSUPRUK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    55.24

---

**3.277 5**

**Nonpriority creditor's name and mailing address**

SERGEY DROBCHENKO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.277 6**

**Nonpriority creditor's name and mailing address**

SERVICE LIGHTING
310 MAIN AVENUE WAY SE
SHEA NICKERSON
HICKORY, NC 28602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2777**

**Nonpriority creditor's name and mailing address**

SERVICE LOGIC STRATEGIC SERVICES LLC
11325 N COMMUNITY HOUSE RD   STE 525
CHARLOTTE, NC 28277

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   18,415.99

---

**3.2778**

**Nonpriority creditor's name and mailing address**

SETHMAR TRANSPORTATION
PO BOX 23770
JAY DILLMAN
OVERLAND PARK, KS 66283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   Undetermined

---

**3.2779**

**Nonpriority creditor's name and mailing address**

SEVEN 12 MANAGEMENT
ASSOC FOR HOSE & ACCESS
180 ADMIRAL COCHRANE DR STE 370
ANNAPOLIS, MD 21401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$   Undetermined

---

**3.2780**

**Nonpriority creditor's name and mailing address**

SEVEN 12 MANAGEMENT - ISDA
180 ADMIRAL COCHRANE DR STE 370
ANNAPOLIS, MD 21401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$   Undetermined

---

**3.2781**

**Nonpriority creditor's name and mailing address**

SEVENE, PAUL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$   130.00

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.278 2**

**Nonpriority creditor's name and mailing address**

SEYMOUR MIDWEST DISTRIBUTION C
1037 SEYMOUR MIDWEST DR BLDG C
JOSH SCHMUCKER
CUSTOMER RESOLUTION
WARSAW, IN 46580

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278 3**

**Nonpriority creditor's name and mailing address**

SEYMOUR OF SYCAMORE
917 CROSBY AVE
JEANNA VALENTIN
SYCAMORE, IL 60178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278 4**

**Nonpriority creditor's name and mailing address**

SF 4*4
344 MONTAUK HWY
RYAN PANTER
EASTPORT, NY 11941

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278 5**

**Nonpriority creditor's name and mailing address**

SFS FREIGHT PAYMENT
PO BOX 680308
STEVE LOVE
MARIETTA, GA 30068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.278 6**

**Nonpriority creditor's name and mailing address**

SHADDIX INC
207 PARK DR
DEWAYNE SHADDIX
CULLMAN, AL 35058

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name                                                    Case number (if known)    23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.278 7**

**Nonpriority creditor's name and mailing address**

SHADOWTRACK 247
45 PARK RIDGE DR
FLETCHER, NC 28732

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 778.05

---

**3.278 8**

**Nonpriority creditor's name and mailing address**

SHAMIER S CARPENTER
3635 GLENWAY AVE
CINCINNATI, OH 45205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 35.00

---

**3.278 9**

**Nonpriority creditor's name and mailing address**

SHARI L LUZNEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 214.80

---

**3.279 0**

**Nonpriority creditor's name and mailing address**

SHAW INC
PO BOX 2128
ROSA RODRIGUEZ
DALTON, GA 30721

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.279 1**

**Nonpriority creditor's name and mailing address**

SHAW INDUSTRIES INC
947 UNION GROVE RD
ROSA RODRIGUEZ
ADAIRSVILLE, GA 30103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.279 2** | **Nonpriority creditor's name and mailing address**

SHAWN E GOODWIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 68.62

---

**3.279 3** | **Nonpriority creditor's name and mailing address**

SHAYLA M KING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 223.36

---

**3.279 4** | **Nonpriority creditor's name and mailing address**

SHEMEA E ADAMS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 65.00

---

**3.279 5** | **Nonpriority creditor's name and mailing address**

SHERIDAN BOOKS
613 E INDUSTRIAL DR
CHELSEA, MI 48118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.279 6** | **Nonpriority creditor's name and mailing address**

SHI INTERNATIONAL CORP.
PO BOX 952121
DALLAS, TX 75395

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 48,625.03

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2797**

**Nonpriority creditor's name and mailing address**

SHILOH LIN CORPORATION
6129 LUTHER LN
SCOTT DRAIN
DALLAS, TX 75225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2798**

**Nonpriority creditor's name and mailing address**

SHINABERY, MICHAEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                        101.59

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2799**

**Nonpriority creditor's name and mailing address**

SHIPCARTE
8120 W BEAVER CREEK RD UNIT 8
SHAQUEEL KASSAM
RICHMOND HILL, ON L4B1L2
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2800**

**Nonpriority creditor's name and mailing address**

SHIPPERSFRIEND LOGISTICS, LLC
178 REBECCA LN W
KEN ASHMORE
ESTILL SPRINGS, TN 37330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2801**

**Nonpriority creditor's name and mailing address**

SHOP ENVIRONMENTS ASSOC.
SHINTA DUMAIS
28 VALLEY ROAD, STE 1
MONTCLAIR, NJ 07042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                        Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

Debtor  Yellow Corporation
Name

Case number (if known)  23-11069 (CTG)

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.280 2**

**Nonpriority creditor's name and mailing address**

SHORR PACKAGING % ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.280 3**

**Nonpriority creditor's name and mailing address**

SIA
SNOWSPORTS INDUSTRIES ASSOC
1918 PROSPECTOR AVE
PARK CITY, UT 84060

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.280 4**

**Nonpriority creditor's name and mailing address**

SIDEDOOR
210 CROSS ROAD SQ
SCOT
SALT LAKE CITY, UT 84115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.280 5**

**Nonpriority creditor's name and mailing address**

SIERRA E-LIFE C/O ECHO
600 W CHICAGO AVE STE 725
ASHLEY STEVENSON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.280 6**

**Nonpriority creditor's name and mailing address**

SIGMA SUPPLY
2821 N MARION DR
HEATHER BURNS
LAS VEGAS, NV 89115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.280 7** 

**Nonpriority creditor's name and mailing address**

SIGN SOURCE USA
1700 S DIXIE HWY
ROB GAGLIANI
LIMA, OH 45804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.280 8**

**Nonpriority creditor's name and mailing address**

SIGNATURE GRAPHICS INC
1000 SIGNATURE DR
PORTER, IN 46304

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,377,589.95

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.280 9**

**Nonpriority creditor's name and mailing address**

SIGNIFY NORTH AMERICA CORPORATION
13100 WORTHAM CENTER DRIVE STE 145
JOSE ARCE
% 4PL CENTRAL STATION
HOUSTON, TX 77065

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.281 0**

**Nonpriority creditor's name and mailing address**

SINCLAIR AND RUSH INC
111 MANUFACTURERS DR
LISA BUSCHER
ACCOUNTING DEPT.
ARNOLD, MO 63010

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.281 1**

**Nonpriority creditor's name and mailing address**

SINCLAIR DENTAL
900 HARBOURSIDE DR
NICO DELLISANTI
N VANCOUVER, BC V7P3T8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.281 2**

**Nonpriority creditor's name and mailing address**

SINCLAIR DENTAL CO LTD
900 HARBOURSIDE DR
N VANCOUVER, BC V7P3T8
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.281 3**

**Nonpriority creditor's name and mailing address**

SIPI METALS
1720 N ELSTON AVE
CONNIE GARCIA
CHICAGO, IL 60642

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.281 4**

**Nonpriority creditor's name and mailing address**

SIRIUS COMPUTER SOLUTIONS INC
PO BOX 202289
DALLAS, TX 75320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    102,753.66

---

**3.281 5**

**Nonpriority creditor's name and mailing address**

SKF USA INC % COLINX LLC
139 COX AVE
KAYLA HAYES
CLAIMS
CROSSVILLE, TN 38555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.281 6**

**Nonpriority creditor's name and mailing address**

SKF USA INC (COLINX)
139 COX AVE
YVONNE ROBBIN
CARGO CLAIMS
CROSSVILLE, TN 38555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2817**

**Nonpriority creditor's name and mailing address**

SKYFER LOGISTICS INC
1827 CROIS DU HARFANG
PIERRE KITTS
ST LAZARE, QC J7T0B6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2818**

**Nonpriority creditor's name and mailing address**

SKYJACK PRODUCT SUPPORT
2525 ENTERPRISE CIR STE 1
CLINT ORTIZ
W CHICAGO, IL 60185

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2819**

**Nonpriority creditor's name and mailing address**

SKYLINE MITSUBISHI INC
2040 W 104TH AVE
DAVE BEITZ
DENVER, CO 80234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2820**

**Nonpriority creditor's name and mailing address**

SLAKEY BROTHERS INC
2215 KAUSEN DR
GINO ROSILLO
ELK GROVE, CA 95758

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.2821**

**Nonpriority creditor's name and mailing address**

SLS ARTS
5524 MOUNES
TREY DUBOSE
HARAHAN, LA 70123

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.282 2**

**Nonpriority creditor's name and mailing address**

SMARTIES CANDY COMPANY
1091 LOUSONS ROAD
WENDY PETULLO
UNION, NJ 07083

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.282 3**

**Nonpriority creditor's name and mailing address**

SMC3
PO BOX 2040
PEACHTREE, GA 30269

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 32,851.67

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.282 4**

**Nonpriority creditor's name and mailing address**

SMEAD MFG CO
3309 W SMEAD BLVD
DON REID
CEDAR CITY, UT 84721

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.282 5**

**Nonpriority creditor's name and mailing address**

SMI-CARR INCORPORATED
2573 PINE ST
JAMI PARVARESH
ABILENE, TX 79601

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.282 6**

**Nonpriority creditor's name and mailing address**

SMITH & WESSON SALES
1800 N ROUTE Z
JIM BURNS
COLUMBIA, MO 65202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.282 7**

**Nonpriority creditor's name and mailing address**

SMS DISTRIBUTORS % SMITH TRANS
5040 JOANNE KEARNEY BLVD
MONIQUE BAILEY
TAMPA, FL 33619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.282 8**

**Nonpriority creditor's name and mailing address**

SOBOLEV BODY SHOP
7153 LONE OAK RD
JOE DENN
SPARTANBURG, SC 29303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.282 9**

**Nonpriority creditor's name and mailing address**

SOFTWARE AG USA, INC
PO BOX 910600
DALLAS, TX 75391

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 153,800.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.283 0**

**Nonpriority creditor's name and mailing address**

SOLUTIONS SAMPLE SYSTEMS
8645 S HARRISON ST
ZACH BENNETT
SANDY, UT 84070

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.283 1**

**Nonpriority creditor's name and mailing address**

SONIC AIR SYSTEMS
1050 BEACON ST
GIANG NGUYEN
BREA, CA 92821

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.283 2**

**Nonpriority creditor's name and mailing address**

SONOMA TILEMAKERS
7890 BELL RD STE F
ALANA RODRIGUEZ
WINDSOR, CA 95492

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283 3**

**Nonpriority creditor's name and mailing address**

SONSTEGARD FOODS OF GEORGIA
2079 MEMORIAL PARK DR
CALLIE REID
GAINESVILLE, GA 30504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283 4**

**Nonpriority creditor's name and mailing address**

SOTERO CABALLERO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                516.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283 5**

**Nonpriority creditor's name and mailing address**

SOUDAL ACCUMETRIC
350 RING RD
NANCY HENSEL
ELIZABETHTOWN, KY 42701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.283 6**

**Nonpriority creditor's name and mailing address**

SOUND PRODUCTS, INC.
1365 N WINCHESTER ST
OLATHE, KS 66061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                 55.65

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

**Part 2:**   **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.283 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 98.31 |
|---|---|---|---|

SOURCE TECHNOLOGIES
PO BOX 207324
DALLAS, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.283 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SOUTH FLORIDA MARKETING
1580 SW 55TH AVE
CARRIE
PLANTATION, FL 33317

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.283 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SOUTH SIDE CONTROL SUPPLY
488 N MILWAUKEE AVE
JULIE KERKHOVEN
RETURNS
CHICAGO, IL 60610

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.284 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SOUTHARD CORPORATION
1222 E 10TH ST
GREAT BEND, KS 67530

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.284 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 131,878.89 |
|---|---|---|---|

SOUTHEASTERN FREIGHT LINES, INC.
PO BOX 1691
COLUMBIA, SC 29202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Yellow Corporation

Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.284 2**

**Nonpriority creditor's name and mailing address**

SOUTHERN ELEVATOR & ELECTRIC S
1150 W MCNABB RD
IVAN TKACHENKO
AP
FT LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.284 3**

**Nonpriority creditor's name and mailing address**

SOUTHWIND BUILDING PRODUCTS
2202 INDUSTRIAL SOUTH RD
DEBBIE SALES
DALTON, GA 30721

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.284 4**

**Nonpriority creditor's name and mailing address**

SOUTHWIRE COMPANY
1900 BRANNAN RD, STE 300
BECKY DOSSETT
% CLAIM DEPARTMENT
MCDONOUGH, GA 30253

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.284 5**

**Nonpriority creditor's name and mailing address**

SOUTHWORTH
715 S HWY 77
C. STUCK
MANILA, AR 72442

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.284 6**

**Nonpriority creditor's name and mailing address**

SOYVENTIS NORTH AMERICA LLC
695 ROUTE 46 WEST ST 406
FAIRFIELD, NJ 07004

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|--------------------|------------------------|----------------|
|        | Name               |                        |                |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2847**

**Nonpriority creditor's name and mailing address**

SP RICHARDS
6140 CENTRAL CHURCH
C.O INDUSTRIAL TRANSPORTATION CONSU
DOUGLASVILLE, GA 30135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.2848**

**Nonpriority creditor's name and mailing address**

SP RICHARDS CO
1970 S 3850 W UNIT B
KATHERINE CORDERO
RETURNS
SALT LAKE CITY, UT 84104

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.2849**

**Nonpriority creditor's name and mailing address**

SP RICHARDS COMPANY
6140 CENTRAL CHURCH
% INDUSTRIAL TRANSPORTATION CONSULT
DOUGLASVILLE, GA 30135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.2850**

**Nonpriority creditor's name and mailing address**

SPACEWORX
4390 PARLIAMENT PL STE D
LYNN
LANHAM, MD 20706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

**3.2851**

**Nonpriority creditor's name and mailing address**

SPAN ALASKA TRANSPORTATION INC
3815 W VALLEY HWY N
LYNETTE BLANKENSHIP
AUBURN, WA 98001

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.285 2**

**Nonpriority creditor's name and mailing address**

SPANGLER, PHILLIP
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    Undetermined

---

**3.285 3**

**Nonpriority creditor's name and mailing address**

SPARTAN NASH
INBOUND LOGISTICS DEPARTMENT
7600 FRANCE AVE SOUTH
EDINA, MN 55435

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$    Undetermined

---

**3.285 4**

**Nonpriority creditor's name and mailing address**

SPARTAN STORE
GENERAL MERCHANDISE
850 76TH ST, SW
GRAND RAPIDS, MI 49518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$    Undetermined

---

**3.285 5**

**Nonpriority creditor's name and mailing address**

SPEARMAN, MARCUS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$    183.19

---

**3.285 6**

**Nonpriority creditor's name and mailing address**

SPECIALTY GRAPHIC IMAGING ASSO
SONDRA FRY BENOUDIZ
10015 MAIN ST
FAIRFAX, VA 22031

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.285 7**

**Nonpriority creditor's name and mailing address**

SPECTIS MOULDERS INC
PO BOX 970, 100 CEDAR DR
LUELLA ABRAMS
NIVERVILLE, MB R0A1E0
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.285 8**

**Nonpriority creditor's name and mailing address**

SPECTRUM BRANDS
31100 W 196TH ST
LISA SCUDDER
EDGERTON, KS 66021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.285 9**

**Nonpriority creditor's name and mailing address**

SPEED GLOBAL SERVICES
2299 KENMORE AVE
MIKE BOVA
BUFFALO, NY 14207

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.286 0**

**Nonpriority creditor's name and mailing address**

SPI WESTPORT INC
377 SWIFT AVE
IRENE ZHENG
S SAN FRANCISCO, CA 94080

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.286 1**

**Nonpriority creditor's name and mailing address**

SPICEWORKS LLC
3641 NW FRONT AVE
ILLIA VOROTYNTSEV
PORTLAND, OR 97210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|--------|-------------------|-------------------------|----------------|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.286 2**

**Nonpriority creditor's name and mailing address**

SPIRAL BINDING LLC
1 MALTESE DR
FAHEEM CHAUDHRY
TOTOWA, NJ 07512

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.286 3**

**Nonpriority creditor's name and mailing address**

SPIRIT AEROSYSTEMS, INC.
JAYRE ERKER M/C K66-27
P.O. BOX 780008
WICHITA, KS 67278

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                    Undetermined

---

**3.286 4**

**Nonpriority creditor's name and mailing address**

SPIRIT HALLOWEEN
PO BOX 35783
TAMMY GLASCOE
GREENSBORO, NC 27425

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.286 5**

**Nonpriority creditor's name and mailing address**

SPOT FREIGHT
141 S MERIDIAN ST STE 200
CAT DANIEL
INDIANAPOLIS, IN 46225

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.286 6**

**Nonpriority creditor's name and mailing address**

SPR
6140 CENTRAL CHURCH
% INDUSTRIAL TRANSPORTATION CONSULT
DOUGLASVILLE, GA 30135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|--------------------|-----------------------|-----------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2867**

**Nonpriority creditor's name and mailing address**

SPR SEATTLE DC
1100 ANDOVER PARK W
SVETLANA MOSKVICH
TUKWILA, WA 98188

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.2868**

**Nonpriority creditor's name and mailing address**

SPRING MFRS INSTITUTE INC
LYNNE CARR
2001 MIDWEST RD #106
OAK BROOK, IL 60523

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

**3.2869**

**Nonpriority creditor's name and mailing address**

SPRINGFIELD ALUMINUM CO
1093 CYNTHIA ST
CINDY STANLEY
NIXA, MO 65714

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.2870**

**Nonpriority creditor's name and mailing address**

SPRINGFIELD ELECT/VALLEY ELEC
1361 N STATE ROAD 67
VINCENNES, IN 47591

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.2871**

**Nonpriority creditor's name and mailing address**

SPRINGFIELD ELECTRIC SUPPLY
1361 N STATE ROAD 67
LORI GRANNAN
VINCENNES, IN 47591

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

Debtor   Yellow Corporation
         Name

                                                                    23-11069 (CTG)
                                                    Case number (if known)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.287 2

**Nonpriority creditor's name and mailing address**

SPRINGFIELD SIGN & NEON
4825 E KEARNEY ST
JOSH BELL
SPRINGFIELD, MO 65803

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      Undetermined

### 3.287 3

**Nonpriority creditor's name and mailing address**

SPRINGS WINDOW FASHION DIV INC
75490 GRABER RD
BRITTANY NOLTY
MIDDLETON, WI 53562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      Undetermined

### 3.287 4

**Nonpriority creditor's name and mailing address**

SPRINGS WINDOW FASHIONS
7549 GRABER RD
BRITTANY NOLTY
MIDDLETON, WI 53562

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      Undetermined

### 3.287 5

**Nonpriority creditor's name and mailing address**

SPRINKLE POP
10161 HARWIN DR #115
ELIZABETH BUTTS
HOUSTON, TX 77036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      Undetermined

### 3.287 6

**Nonpriority creditor's name and mailing address**

SR TRUCKING LLC
8765 E 29TH ST
MARSHFIELD, WI 54449

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      Undetermined

Debtor  Yellow Corporation
Name

Case number (if known)  23-11069 (CTG)

---

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

---

**3.2877**

**Nonpriority creditor's name and mailing address**

SRC LOGISTIC
PO BOX 9147
GAYLA VAN HISE
SPRINGFIELD, MO 65801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2878**

**Nonpriority creditor's name and mailing address**

SRC LOGISTICS
PO BOX 9147
DANA FRAHER
SPRINGFIELD, MO 65801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2879**

**Nonpriority creditor's name and mailing address**

SRF FENCE & SUPPLY CO
8086 MIDWAY DR
LAURA VINSON
LITTLETON, CO 80125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2880**

**Nonpriority creditor's name and mailing address**

ST VINCENT DE PAUL
4135 S MINUTEMEN WAY
CARL BREIDENBACH
BOISE, ID 83706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.2881**

**Nonpriority creditor's name and mailing address**

STANDARD FILTER CORPORATION
3801 OCEAN RANCH BLVD STE 107
CHRISTIAN PENUELAS
OCEANSIDE, CA 92056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**Part 2:**    **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.288 2**   **Nonpriority creditor's name and mailing address**

STANDARD MOTOR PRODUCTS
7070 GOLF COURSE DR
QUAVANNE LUNDY
CUSTOMER SERVICE
DISPUTANTA, VA 23842

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.288 3**   **Nonpriority creditor's name and mailing address**

STANLEY R RHYAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$      80.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.288 4**   **Nonpriority creditor's name and mailing address**

STAPLES INC
500  STAPLES DR
KIRK GEYER/BEN MUNROE
FRAMINGHAM, MA 01702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.288 5**   **Nonpriority creditor's name and mailing address**

STAPLES, INC.
PATRISHA DUCEY-MATOS
500 STAPLES DR., FLR 4WEST
FRAMINGHAM, MA 01702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.288 6**   **Nonpriority creditor's name and mailing address**

STAR BRANDS
1354 W SHERIDAN AVE
WILLIAM ICKE
OKLAHOMA CITY, OK 73106

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Yellow Corporation
        Name                                                        Case number (if known)  23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.288 7**

**Nonpriority creditor's name and mailing address**

STAR INDUSTRIES
4101 GARLAND DR
DOUG DYER
HALTOM CITY, TX 76117

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$  Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.288 8**

**Nonpriority creditor's name and mailing address**

STARCRAFT BUS & MOBILITY
2372 CENTURY DR
MICHAEL MUNLEY
GOSHEN, IN 46528

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$  Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.288 9**

**Nonpriority creditor's name and mailing address**

STATE OF MICHIGAN
MICHIGAN DEPT OF ENV QUALITY
CASHIERS OFFICE - SWPF
PO BOX 30657
LANSING, MI 48909-8157

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  17,330.47

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.289 0**

**Nonpriority creditor's name and mailing address**

STATE OF NEW HAMPSHIRE TREASURY
UNCLAIMED PROPERTY DIVISION
25 CAPITOL ST, ROOM 121
CONCORD, NH 03301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$  96.92

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.289 1**

**Nonpriority creditor's name and mailing address**

STATE OF TENNESSEE
UNCLAIMED PROPERTY DIVISION
PO BOX 190693
NASHVILLE, TN 32719-0693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

$  4.32

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.289 2** | **Nonpriority creditor's name and mailing address**

STEAM LOGISTICS
325 MARKET ST STE 204
KIM JOHNSON
CLAIMS
CHATTANOOGA, TN 37402

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

| **Date or dates debt was incurred** | Undetermined |
|---|---|
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      Undetermined

---

**3.289 3** | **Nonpriority creditor's name and mailing address**

STEARNS PACKAGING % ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

| **Date or dates debt was incurred** | Undetermined |
|---|---|
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      Undetermined

---

**3.289 4** | **Nonpriority creditor's name and mailing address**

STEEL CITY PRODUCTS
1044 CORPORATE LN
MINDY RODEN
EXPORT, PA 15632

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

| **Date or dates debt was incurred** | Undetermined |
|---|---|
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      Undetermined

---

**3.289 5** | **Nonpriority creditor's name and mailing address**

STEEL ELECTRIC PRODS
6301 NEW UTRECHT AVE
KAREN RICHIEZ
BROOKLYN, NY 11219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

| **Date or dates debt was incurred** | Undetermined |
|---|---|
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☑ No
☐ Yes

$                      Undetermined

---

**3.289 6** | **Nonpriority creditor's name and mailing address**

STEEL FOUNDERS SOCIETY OF AMER
LEANNE MUELLER-GONZALEZ
780 MCARDLE DR UNIT F
CRYSTAL LAKE, IL 60014

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

| **Date or dates debt was incurred** | Undetermined |
|---|---|
| **Last 4 digits of account number** | |

**Is the claim subject to offset?**
☐ No
☑ Yes

$                      Undetermined

---

| Debtor | Yellow Corporation | | _Case number (if known)_ | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.2897**

**Nonpriority creditor's name and mailing address**

STEEL KING INDUSTRIES
171 WEST WING STREET STE 204A
RON LUCARELLI
% EVANS TRANS
ARLINGTON HEIGHTS, IL 60005

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$       Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2898**

**Nonpriority creditor's name and mailing address**

STEELCRAFT MANUFACTURING
11015 KENWOOD RD
KAREN TUCKER
CINCINNATI, OH 45242

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$       Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2899**

**Nonpriority creditor's name and mailing address**

STEGMEIER LLC
1111 W HARRIS RD
ANTHONY AUSTIN
ARLINGTON, TX 76001

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$       Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2900**

**Nonpriority creditor's name and mailing address**

STEINER TRACTOR PARTS
1660 S M 13
PATTI PIERCE
CLAIMS/PATTI
LENNON, MI 48449

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$       Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2901**

**Nonpriority creditor's name and mailing address**

STELLAR SCIENTIFIC LLC
10715 RED RUN BLVD STE 111 & 112
DORIS DOUGLAS
OWINGS MILLS, MD 21117

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$       Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Yellow Corporation
         Name                                              Case number (if known)   23-11069 (CTG)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |

---

**3.290 2**

**Nonpriority creditor's name and mailing address**
STEPHANIE J WEBB
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    30.00

---

**3.290 3**

**Nonpriority creditor's name and mailing address**
STEPHANIE R NEEDHAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    88.26

---

**3.290 4**

**Nonpriority creditor's name and mailing address**
STEPHEN A KINSMAN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                  2,984.26

---

**3.290 5**

**Nonpriority creditor's name and mailing address**
STEPHEN DIAZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

**3.290 6**

**Nonpriority creditor's name and mailing address**
STEPHEN ENGLISCH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                   384.80

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

**3.290 7**

**Nonpriority creditor's name and mailing address**

STEPHEN L ISHAM
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 155.47

---

**3.290 8**

**Nonpriority creditor's name and mailing address**

STEPHEN S SHAFER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 817.68

---

**3.290 9**

**Nonpriority creditor's name and mailing address**

STEPHON L NESBITT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 43.02

---

**3.291 0**

**Nonpriority creditor's name and mailing address**

STERLING RADIATOR DIV
3576 S FIELD ST
KATRINA HARRIS
FARMVILLE, NC 27828

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 Undetermined

---

**3.291 1**

**Nonpriority creditor's name and mailing address**

STERLING TRANSPORT SERVICES IN
47 DEBRA LN
RICHARD GRABER
BASKING RIDGE, NJ 07920

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                 Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.291 2**

**Nonpriority creditor's name and mailing address**

STERNO
300 DATA CT
% ROCKFARM
DUBUQUE, IA 52003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.291 3**

**Nonpriority creditor's name and mailing address**

STERNO C/O ROCKFARM
300 DATA CT
DUBUQUE, IA 52003

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.291 4**

**Nonpriority creditor's name and mailing address**

STEVE ROSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 157.36

---

**3.291 5**

**Nonpriority creditor's name and mailing address**

STEVEN A EVANS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 32.00

---

**3.291 6**

**Nonpriority creditor's name and mailing address**

STEVEN E KELSHAW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 15.75

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.291 7** **Nonpriority creditor's name and mailing address**

STEVEN G MARTIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 27.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.291 8** **Nonpriority creditor's name and mailing address**

STEVEN R ROSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 343.75

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.291 9** **Nonpriority creditor's name and mailing address**

STEVEN ROSE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 109.69

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.292 0** **Nonpriority creditor's name and mailing address**

STEVEN SANDERS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 83.25

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.292 1** **Nonpriority creditor's name and mailing address**

STEVEN TRAUTHWEIN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 21.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.292 2**

**Nonpriority creditor's name and mailing address**

STEVENS APPLIANCE TRUCK COMPAN
203 NORTON RD
SHELBY RHODEN
AUGUSTA, GA 30906

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.292 3**

**Nonpriority creditor's name and mailing address**

STEVENS AUTOMOTIVE
1014 8TH AVENUE
RICHARD ROTH
GREELEY, CO 80631

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.292 4**

**Nonpriority creditor's name and mailing address**

STEVENS WEST INC
1212 KERR GULCH RD
CASEY WINDLE
EVERGREEN, CO 80439

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.292 5**

**Nonpriority creditor's name and mailing address**

STEWART SUTHERLAND INC
PO BOX 162
BRANDY MCCLEARY
BRANDY MCCLEARY
VICKSBURG, MI 49097

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.292 6**

**Nonpriority creditor's name and mailing address**

STEWART, RAYMOND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.292 7**

**Nonpriority creditor's name and mailing address**

STILLWATER DESIGNS
3100 N HUSBAND ST
KAREN KING
STILLWATER, OK 74075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.292 8**

**Nonpriority creditor's name and mailing address**

STILLWATER DESIGNS
DAVE MCDONALD
3100 N HUSBAND
STILLWATER, OK 74075

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.292 9**

**Nonpriority creditor's name and mailing address**

STOLARSKI, STANLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 86.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.293 0**

**Nonpriority creditor's name and mailing address**

STONE AND TILE SHOPPE
12804 RAYMER ST
HARDEEP JOHAR
NORTH HOLLYWOOD, CA 91605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.293 1**

**Nonpriority creditor's name and mailing address**

STONE, BOB (LOREN)
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** 2021 Short-Term Incentive Plan

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | 23-11069 (CTG) |
|---|---|---|---|
| | Name | Case number (if known) | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.293**
**2**

**Nonpriority creditor's name and mailing address**
STONE, BOB (LOREN)
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Severance Pay Continuation (Non-Union): $166,879.81

$ 166,879.81

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.293**
**3**

**Nonpriority creditor's name and mailing address**
STONEMAR NATURAL STONE CO
18000 COMMERCE PKWY
OLESYA
MT LAUREL, NJ 08054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.293**
**4**

**Nonpriority creditor's name and mailing address**
STONER INC
ROY PETERS
PO BOX 65
QUARRYVILLE, PA 17566

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.293**
**5**

**Nonpriority creditor's name and mailing address**
STORAGE AND CANOPY INC
990 US HWY 27 S
MILEIDYS PUJOL
VENUS, FL 33960

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.293**
**6**

**Nonpriority creditor's name and mailing address**
STRADER FERRIS INTERNATIONAL
808 COMMERCE PARK DR
SANDRA MCLEOD
OGDENSBURG, NY 13669

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.293 7**

**Nonpriority creditor's name and mailing address**

STRIDAS
8259 BEECHMONT AVE
MARK BOOHER
CINCINNATI, OH 45255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.293 8**

**Nonpriority creditor's name and mailing address**

STRUCTURAL PLASTICS
3401 CHIEF DR
ALICIA MATHIS
HOLLY, MI 48442

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.293 9**

**Nonpriority creditor's name and mailing address**

SUBARU OF AMERICA
14510 N LOMBARD ST
BRENDA WOODWARD
PORTLAND, OR 97203

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.294 0**

**Nonpriority creditor's name and mailing address**

SUBARU OF AMERICA, INC.
19600 E 32ND PKWY STE 100
SHAUNA ROBINSON
AURORA, CO 80011

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.294 1**

**Nonpriority creditor's name and mailing address**

SUBROSMART
12750 MERIT DRIVE, SUITE 520
ERIN THOMAS
DALLAS, TX 75251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

| **Part 2:** | **Additional Page** | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.294 2**

**Nonpriority creditor's name and mailing address**

SUCCESS GOESO
231 BISSELL AVE
BUFFALO, NY 14211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 113.30

---

**3.294 3**

**Nonpriority creditor's name and mailing address**

SUGAROX % ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.294 4**

**Nonpriority creditor's name and mailing address**

SUGGS, LEO H
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.294 5**

**Nonpriority creditor's name and mailing address**

SUMMER CLASSICS-SC31
3140 PELHAM PKWY
SUZANNE WASHINGTON
PELHAM, AL 35124

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.294 6**

**Nonpriority creditor's name and mailing address**

SUNAIR WEST INC
3803 W THOMAS RD
ISAI CANCHE
PHOENIX, AZ 85019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | | | |
|---|---|---|---|---|
| | Name | Case number (if known) | 23-11069 (CTG) | |

---

**Part 2:** **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.294 7** **Nonpriority creditor's name and mailing address**

SUNCOATINGS INC
4701 E 7TH AVE
JAMES PRECOURT
TAMPA, FL 33605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.294 8** **Nonpriority creditor's name and mailing address**

SUNDANCE MARINE
2291 TALL GRASS DR
GRAND JUNCTION, CO 81505

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.294 9** **Nonpriority creditor's name and mailing address**

SUNSHINE CORDAGE
7190 NW 12TH ST
GERMAN ROMERO
MIAMI, FL 33126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.295 0** **Nonpriority creditor's name and mailing address**

SUNSHINE MAKERS
1190 PROGRESS CENTER AVE
VALERIE DOMINGUEZ
LAWRENCEVILLE, GA 30043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.295 1** **Nonpriority creditor's name and mailing address**

SUNSHINE MAKERS, INC
15922 PACIFIC COAST HIGWAY
VALERIE DOMINGUEZ
HUNTINGTON BEACH, CA 92649

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

Debtor   Yellow Corporation
          Name

                                                    Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.295 2**

**Nonpriority creditor's name and mailing address**

SUNTECKTTS LLC
11000 FRISCO ST STE 100
SUZANNE WASHINGTON
FRISCO, TX 75033

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.295 3**

**Nonpriority creditor's name and mailing address**

SUPER PUFFT SNACKS
700 SUPER PUFFT ST
JESUS RAZO
CLAIMS SPECIALIST
PERRY, FL 32348

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.295 4**

**Nonpriority creditor's name and mailing address**

SUPERIOR LAUNDRY EQUIPMENT
458 COZINE AVE
RITA
BROOKLYN, NY 11208

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.295 5**

**Nonpriority creditor's name and mailing address**

SUPERIOR POOL PRODUCTS
9201 OAK HILL RD
EVANSVILLE, IN 47725

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.295 6**

**Nonpriority creditor's name and mailing address**

SUPERIOR TRANSPORT & LOGISTICS
2021 AIRPORT DRIVE
GREEN BAY, WI 54313

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

Debtor  Yellow Corporation
Name

Case number (if known)  23-11069 (CTG)

| Part 2: | Additional Page |
|---------|-----------------|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.**

**Amount of claim**

**3.295 7**

**Nonpriority creditor's name and mailing address**

SUPPLY SOURCE IMPACT PRODUCTS
2840 CENTENNIAL RD
AUDREY GAWRYCH
LOGISTICS
TOLEDO, OH 43617

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$  Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.295 8**

**Nonpriority creditor's name and mailing address**

SUPPLY VINEYARD
122 W MAIN ST STE 206
NICK CONTE
BABYLON, NY 11702

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$  Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.295 9**

**Nonpriority creditor's name and mailing address**

SUPPLYHOUSE
130 SPAGNOLI RD
REBECCA BARROSO
MELVILLE, NY 11747

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$  Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.296 0**

**Nonpriority creditor's name and mailing address**

SURE LOC ALUM EDGING
310 E 64TH ST
MARIANN LEEP
HOLLAND, MI 49423

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$  Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.296 1**

**Nonpriority creditor's name and mailing address**

SUREPAY FINANCIAL SERVICES, LLC
10 GLENLAKE PKWY STE 130
ATLANTA, GA 30328

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$  31,263.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.296.2** **Nonpriority creditor's name and mailing address**

SURYA BRASIL PRODUCTS % ECHO
600 W CHICAGO AVE
NICOLE TUCKER
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.296.3** **Nonpriority creditor's name and mailing address**

SUSAN K PURCELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 469.91

---

**3.296.4** **Nonpriority creditor's name and mailing address**

SUSTAIN SEED & SOIL
739 S VANDEMARK RD
BEN BELCHER
SIDNEY, OH 45365

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.296.5** **Nonpriority creditor's name and mailing address**

SWAMP COOLERS ONLINE
1018 MERIDITH DR
TERRELL, TX 75160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.296.6** **Nonpriority creditor's name and mailing address**

SWIMMING POOL FULFILLMENT
51 SAW MILL POND RD
MERCEDES LARIS
EDISON, NJ 08817

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

| 3.296 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SWISS STEEL USA INC
365 VILLAGE DR
CAROL STREAM, IL 60188

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.296 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 20.43 |
|---|---|---|---|

SYDNEY R MOTES
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.296 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 35.80 |
|---|---|---|---|

SYED BOKHARI
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.297 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

SYLVAMO
601 N MECHANIC ST
ALISON HOLT
FRANKLIN, VA 23851

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.297 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 3.90 |
|---|---|---|---|

SYLVESTER J ADKINS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Corporation
          Name                                              Case number (if known)    23-11069 (CTG)

| Part 2: | Additional Page | |
|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | | Amount of claim |

**3.297 2** **Nonpriority creditor's name and mailing address**

SYNCHROGISTICS LLC
PO BOX 99066
NOVELLYN SALIO-AN
CLAIMS
RALEIGH, NC 27624

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.297 3** **Nonpriority creditor's name and mailing address**

SZ15 LOGISTICS
PO BOX 698
GERRIE CYRUS
CARLISLE, PA 17013

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.297 4** **Nonpriority creditor's name and mailing address**

T & E THE CAT RENTAL STORE
2770 N 19TH AVE
JON VENTLING
BOZEMAN, MT 59718

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.297 5** **Nonpriority creditor's name and mailing address**

T FORCE WORLDWIDE
1000 WINDHAM PKWY
CINDY TORAN
BOLINGBROOK, IL 60490

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.297 6** **Nonpriority creditor's name and mailing address**

T V H PARTS CO
16355 S LONE ELM RD
OLATHE, KS 66062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$    Undetermined

---

Official Form 206E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 599 of 717

| Debtor | Yellow Corporation | _Case number (if known)_ | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

### Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2977**

**Nonpriority creditor's name and mailing address**

T&E PRIME FOODS
1080 WYCKOFF AVE
SARAI NEVAREZ
RIDGEWOOD, NY 11385

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2978**

**Nonpriority creditor's name and mailing address**

TAHE OUTDOORS NORTH AMERICA
2384 CRANBERRY HWY
ROCHELLE GENDRON
W WAREHAM, MA 02576

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2979**

**Nonpriority creditor's name and mailing address**

TALETHA J ELLIOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   30.00

---

**3.2980**

**Nonpriority creditor's name and mailing address**

TAMERICA PRODUCTS INC
9157 ROCHESTER CT
TAMMY PAREDES
RANCHO CUCAMONGA, CA 91730

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.2981**

**Nonpriority creditor's name and mailing address**

TAMEX DE QUERETARO
10224 CROSSROADS LOOP
JAPHET MENESES
LAREDO, TX 78045

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.298 2**

**Nonpriority creditor's name and mailing address**

TANECIA S DUDLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 85.86

---

**3.298 3**

**Nonpriority creditor's name and mailing address**

TANNY O AMAYA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 60.00

---

**3.298 4**

**Nonpriority creditor's name and mailing address**

TARGET
LOCKBOX #860363
P.O. BOX 860363
MINNEAPOLIS, MN 55486

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.298 5**

**Nonpriority creditor's name and mailing address**

TARGET FREIGHT MANAGEMENT
5905 BROWNSVILLE RD
CLAIMS DEPARTMENT
CLAIMS DEPARTMENT
PITTSBURGH, PA 15236

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.298 6**

**Nonpriority creditor's name and mailing address**

TARTER, JAMES
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 347.17

---

Debtor  Yellow Corporation
        Name                                                          Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

**3.298 7** | **Nonpriority creditor's name and mailing address**

TAYLOR POWER SYSTEMS
947 INDUSTRIAL PARK DR
TYLER COX
CLINTON, MS 39056

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.298 8** | **Nonpriority creditor's name and mailing address**

TEAM SUBJECT MATTER LLC
1201 NEW YORK AVE NW STE 900
WASHINGTON, DC 20005

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                          25,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.298 9** | **Nonpriority creditor's name and mailing address**

TEAM TECHNOLOGIES
310 MAIN AVE WAY SE
HICKORY, NC 28602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299 0** | **Nonpriority creditor's name and mailing address**

TEAMSTER LOCAL UNION NO 170
330 SOUTHWEST CUTOFF SUITE 201
WORCESTER, MA 01604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

$                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.299 1** | **Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL 24
2380 ROMIG RD
AKRON, OH 44320

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

$                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
| --- | --- | --- | --- |
| | Name | | |

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.299 2**

**Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL NO. 63
ATTN: GENERAL COUNSEL
955 BLOOMINGTON AVE
BLOOMINGTON, CA 92316

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Open Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.299 3**

**Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL UNION #238
5000 J STREET S.W.
CEDAR RAPIDS, IA 52404

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Open Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.299 4**

**Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL UNION NO 179
1000 NE FRONTAGE RD
JOLIET, IL 60431

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Open Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.299 5**

**Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL UNION NO 200
6200 W BLUEMOUND RD
MILWAUKEE, WI 53213

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Open Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.299 6**

**Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL UNION NO 371
7909 42ND ST W
ROCK ISLAND, IL 61201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Open Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.2997**

**Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL UNION NO 439
1531 E FREMONT ST
STOCKTON, CA 95205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2998**

**Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL UNION NO 480
PO BOX 100230
NASHVILLE, TN 37224

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.2999**

**Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL UNION NO 592
3705 CAROLINA AVE
RICHMOND, VA 23222

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3000**

**Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL UNION NO 612
PO BOX 190008
BIRMINGHAM, AL 35219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3001**

**Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL UNION NO 631
700 N LAMB BLVD
LAS VEGAS, NV 89110

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.300 2**

**Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL UNION NO 662
850 STATE HIGHWAY 153 D
MOSINEE, WI 54455

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.300 3**

**Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL UNION NO 701
2003 ROUTE 130 SUITE B
NORTH BRUNSWICK, NJ 08902

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.300 4**

**Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL UNION NO 79
5818 E MARTIN LUTHER KING JR
TAMPA, FL 33619

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.300 5**

**Nonpriority creditor's name and mailing address**

TEAMSTERS LOCAL UNION NO 986
115 W BUNNY ST
SANTA MARIA, CA 93454

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.300 6**

**Nonpriority creditor's name and mailing address**

TECHLINE
702 E CHEROKEE
ANTHONY NELSON
JACKSONVILLE, TX 75766

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.300 7** | **Nonpriority creditor's name and mailing address**

TECHNOLOGY & MFG ASSOCIATION
TMA PRESIDENT
1651 WILKENING ROAD
SCHAUMBURG, IL 60173

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.300 8** | **Nonpriority creditor's name and mailing address**

TECHNOLOGY GROUP SOLUTIONS, LLC
8551 QUIVIRA ROAD
LENEXA, KS 66215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 129,676.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.300 9** | **Nonpriority creditor's name and mailing address**

TECHNOLOGY RECOVERY GROUP LTD.
PO BOX 933260
CLEVELAND, OH 44193

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 29,390.09

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.301 0** | **Nonpriority creditor's name and mailing address**

TED ROLLE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 60.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.301 1** | **Nonpriority creditor's name and mailing address**

TEDRIC D HAMMOND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 116.99

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor  Yellow Corporation                                        Case number (if known)  23-11069 (CTG)
        Name

| Part 2: | Additional Page | |
|---|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.301 2** Nonpriority creditor's name and mailing address

TEHTUNG CORP % ECHO
600 W CHICAGO AVE STE 725
JAZMIN GARCIA
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.301 3** Nonpriority creditor's name and mailing address

TEKSYSTEMS
3689 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 46,030.79

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.301 4** Nonpriority creditor's name and mailing address

TELEFIELD NA
4915 SW GRIFFITH DR SUITE 205
BEAVERTON, OR 97005

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.301 5** Nonpriority creditor's name and mailing address

TELUS CORPORATION
PO BOX 7575
VANCOUVER, V6B 8N9
CANADA

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 58.01

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.301 6** Nonpriority creditor's name and mailing address

TEN4 RECRUITING
CONVERSION INTERACTIVE AGENCY LLC
PO BOX 743562
ATLANTA, GA 30374

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 5,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.301 7**

**Nonpriority creditor's name and mailing address**
TENA SPENCE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Settlement Agreement

$ 1,400,000.00

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.301 8**

**Nonpriority creditor's name and mailing address**
TENNSCO
PO BOX 18170
% AFS LOGISTICS LLC
SHREVEPORT, LA 71138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.301 9**

**Nonpriority creditor's name and mailing address**
TENSTREET LLC
5121 S. WHEELING AVE, STE 200
TULSA, OK 74105

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 77,910.82

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.302 0**

**Nonpriority creditor's name and mailing address**
TENT & TABLE WAREHOUSE
60 CLYDE AVE
RYAN WILLET
BUFFALO, NY 14215

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.302 1**

**Nonpriority creditor's name and mailing address**
TERRENO 700 DELL LLC
C/O JONES LANG LASALLE AMERICAS INC
700 OAKMONT LANE
WESTMONT, IL 60559

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 69,712.03

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | | 23-11069 (CTG) |
|---|---|---|---|
| | Name | *(Case number if known)* | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.302 2**

**Nonpriority creditor's name and mailing address**

TERRENO CLAWITER LLC
C/O CUSHMAN & WAKEFIELD
721 EMERSON ROAD SUITE 600
ST LOUIS, MO 63141

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 68,762.44

---

**3.302 3**

**Nonpriority creditor's name and mailing address**

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
UNCLAIMED PROPERTY CLAIMS SECTION
PO BOX 12046
AUSTIN, TX 78711-2046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Unclaimed Property

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 2,155.96

---

**3.302 4**

**Nonpriority creditor's name and mailing address**

TEXTRON
PO BOX 17600
% CASS INFORMATION SYSTEMS
SAINT LOUIS, MO 63178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.302 5**

**Nonpriority creditor's name and mailing address**

TFWW
1000 WINDHAM PKWY
CINDY TORAN
BOLINGBROOK, IL 60490

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.302 6**

**Nonpriority creditor's name and mailing address**

THE BEAM STORE
7637 NW 3RD ST
MIKE HEMBREE
OKLAHOMA CITY, OK 73127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor  Yellow Corporation
Name

Case number (if known)  23-11069 (CTG)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.

**Amount of claim**

---

**3.302 7**

**Nonpriority creditor's name and mailing address**

THE CARY COMPANY
1195 W FULLERTON AVE
STEVE PROVANCAL
LOGISTICS
ADDISON, IL 60101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.302 8**

**Nonpriority creditor's name and mailing address**

THE CHAMBERLAIN GROUP LLC
2850 E DREXEL RD SUITE #180
KARLA PALACIOS
TUCSON, AZ 85706

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.302 9**

**Nonpriority creditor's name and mailing address**

THE CONTAINER STORE
ACCT RECEIVABLE
500 FREEPORT PKWY STE 100
COPPELL, TX 75019

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$  Undetermined

---

**3.303 0**

**Nonpriority creditor's name and mailing address**

THE CONTAINER STORE C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.303 1**

**Nonpriority creditor's name and mailing address**

THE FAMILY GAME ROOM
4555 PONDVIEW DR
BIG LAKE, MN 55309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

### 3.303 2

**Nonpriority creditor's name and mailing address**

THE HONEST CO % ECHO GLOBAL
600 W CHICAGO AVE STE 725
NICOLE  TUCKER
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

### 3.303 3

**Nonpriority creditor's name and mailing address**

THE HONEY POT CO C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

### 3.303 4

**Nonpriority creditor's name and mailing address**

THE INTERIOR GALLERY
1700 W CROSBY RD
MARY STONE
CARROLLTON, TX 75006

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

### 3.303 5

**Nonpriority creditor's name and mailing address**

THE KONG COMPANY
MS. LIANA CHRISTENSEN
16191-D TABLE MOUNTAIN PKWY
GOLDEN, CO 80403

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                    Undetermined

### 3.303 6

**Nonpriority creditor's name and mailing address**

THE L C DOANE CO
110 POND MEADOW RD
LUCY BAKEWELL
IVORYTON, CT 06442

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.303 7**

**Nonpriority creditor's name and mailing address**

THE MARCO COMPANY
DARIN DOUGHERTY
3209 MARQUITA DR
FT WORTH, TX 76116

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                    Undetermined

---

**3.303 8**

**Nonpriority creditor's name and mailing address**

THE NELSON CO
JACK WILLIAMS
301 MAHONING AVE
NEW CASTLE, PA 16103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                    Undetermined

---

**3.303 9**

**Nonpriority creditor's name and mailing address**

THE NOBLE FLOORS WHOLESALE
6131 ANDERSON RD UNIT Q
ADRIANO FRAZATTO
TAMPA, FL 33634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.304 0**

**Nonpriority creditor's name and mailing address**

THE OUTDOOR PLUS COMPANY INC
701 S DUPONT AVE
ONTARIO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.304 1**

**Nonpriority creditor's name and mailing address**

THE RESTAURANT STORE
2205 OLD PHILADELPHIA PIKE
THE RESTAURANT STORE
TRS LOGISTICS
LANCASTER, PA 17602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

Debtor    Yellow Corporation
Name
(Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

| | Amount of claim |
|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | |

**3.304 2**

**Nonpriority creditor's name and mailing address**

THE SAFETY ZONE
385 LONG HILL RD
KIMBERLY HART
GUILFORD, CT 06437

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.304 3**

**Nonpriority creditor's name and mailing address**

THE SANSIN CORPORATION
111 MCNAB ST
DEBBIE SOUSA
STRATHROY, ON N7G4J6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.304 4**

**Nonpriority creditor's name and mailing address**

THE SCOTTS COMPANY
PO BOX 93211
MOLLY BURNS
CHICAGO, IL 60673

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.304 5**

**Nonpriority creditor's name and mailing address**

THE TERRA FIRMA CO %ECHO
600 W CHICAGO AVE STE 725
NICOLE TUCKER
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.304 6**

**Nonpriority creditor's name and mailing address**

THE UTTERMOST
3325 GRASSY HILL RD
ANGIE GEORGE
ROCKY MT, VA 24151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | | 23-11069 (CTG) |
|---|---|---|---|
| | Name | Case number (if known) | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.304 7**

**Nonpriority creditor's name and mailing address**

THE UTTERMOST CO
GARY BOWLING
P.O. BOX 558
ROCKY MT, VA 24151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$  Undetermined

---

**3.304 8**

**Nonpriority creditor's name and mailing address**

THE UTTERMOST COMPANY
3325 GRASSY HILL ROAD
ANGELA GEORGE
ROCKY MT, VA 24151

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.304 9**

**Nonpriority creditor's name and mailing address**

THE VOLLRATH COMPANY
1236 N. 18TH STREET
SHEBOYGAN, WI 53081

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.305 0**

**Nonpriority creditor's name and mailing address**

THE WATERWORKS
550 SCHROCK RD
COLUMBUS, OH 43229

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  220.00

---

**3.305 1**

**Nonpriority creditor's name and mailing address**

THEADO T REED II
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  115.00

---

| Debtor | Yellow Corporation | | 23-11069 (CTG) |
|---|---|---|---|
| | Name | Case number (if known) | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.305 2**

**Nonpriority creditor's name and mailing address**

THERESA BROUGHTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.305 3**

**Nonpriority creditor's name and mailing address**

THERESA P HOUSTON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    59.67

---

**3.305 4**

**Nonpriority creditor's name and mailing address**

THERMA TRU
601 RE JONES ROAD
BUTLER, IN 46721

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.305 5**

**Nonpriority creditor's name and mailing address**

THERMO FISHER
9389 WAPLES ST
RUSSELL SYBANG
SAN DIEGO, CA 92121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.305 6**

**Nonpriority creditor's name and mailing address**

THERMO FISHER SCIENTIFIC
111 SCOTIA CT
WHITBY CLAIMS
WHITBY CLAIMS
WHITBY, ON L1N6J6
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.305 7**

**Nonpriority creditor's name and mailing address**

THERMO KING CHRISTENSEN
7508 F ST
BRETT KAISER
OMAHA, NE 68127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.305 8**

**Nonpriority creditor's name and mailing address**

THERMO PRODUCTS LLC
802 FAR HILLS DR
DEB SMITH
% NEXTERUS
NEW FREEDOM, PA 17349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.305 9**

**Nonpriority creditor's name and mailing address**

THERMOS LLC
355 THERMOS DR
MICHELL PUTMAN
BATESVILLE, MS 38606

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.306 0**

**Nonpriority creditor's name and mailing address**

THOMAS E ESPINOZA
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    795.00

---

**3.306 1**

**Nonpriority creditor's name and mailing address**

THOMAS M POWER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    12.50

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.306 2**

**Nonpriority creditor's name and mailing address**

THOMAS W BRANT III
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 3.14

---

**3.306 3**

**Nonpriority creditor's name and mailing address**

THOMAS, STEPHEN EUGENE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Legacy PTO/Vacation (Union): Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.306 4**

**Nonpriority creditor's name and mailing address**

THOMSON REUTERS (LEGAL) INC.
PO BOX 6016
CAROL STREAM, IL 60197

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 10,788.75

---

**3.306 5**

**Nonpriority creditor's name and mailing address**

THOR MOTORCOACH
PO BOX 1486
BETTY YOUNG
PARTS
ELKHART, IN 46516

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.306 6**

**Nonpriority creditor's name and mailing address**

THULE % LRG
18000 W 105TH ST
LONNIE MCQUAY
CLAIMS
OLATHE, KS 66061

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.306 7** **Nonpriority creditor's name and mailing address**

TIER POINT, LLC
PO BOX 82670
LINCOLN, NE 68501

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 32,616.65

---

**3.306 8** **Nonpriority creditor's name and mailing address**

TILTON TRUCK REPAIR
1801 E 4TH ST
LIMA, OH 45804

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 397.56

---

**3.306 9** **Nonpriority creditor's name and mailing address**

TIM ZUCKETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 393.56

---

**3.307 0** **Nonpriority creditor's name and mailing address**

TIMELESS TILE NYC
1958 CONEY ISLAND AVE
PETER VALERIO
BROOKLYN, NY 11223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.307 1** **Nonpriority creditor's name and mailing address**

TIMEYAH N BROWNLEE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 79.16

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.307 2**

**Nonpriority creditor's name and mailing address**

TIMKEN CORP C/O COLINX
139 COX AVE
YVONNE ROBBINS
TIMKEN CORP C/O COLINX
CROSSVILLE, TN 38555

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$  Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.307 3**

**Nonpriority creditor's name and mailing address**

TIMOTHY C GORDONEL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  142.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.307 4**

**Nonpriority creditor's name and mailing address**

TIMOTHY J. MACLEOD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  181.58

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.307 5**

**Nonpriority creditor's name and mailing address**

TIMOTHY L PARKS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  114.40

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.307 6**

**Nonpriority creditor's name and mailing address**

TIMOTHY L SHORT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$  260.22

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name                                                    Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.307 7**

**Nonpriority creditor's name and mailing address**
TIMOTHY PARKHURST
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                5.25

---

**3.307 8**

**Nonpriority creditor's name and mailing address**
TIMOTHY PIERCY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$               85.01

---

**3.307 9**

**Nonpriority creditor's name and mailing address**
TIMOTHY R BISHINS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              110.02

---

**3.308 0**

**Nonpriority creditor's name and mailing address**
TIMOTHY S STEGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                6.43

---

**3.308 1**

**Nonpriority creditor's name and mailing address**
TIMOTHY W TIVEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$              206.82

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

### Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.308
2**

**Nonpriority creditor's name and mailing address**

TINA LAMPHERE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 79.76

---

**3.308
3**

**Nonpriority creditor's name and mailing address**

TK ELEVATOR CORPORATION
PO BOX 3796
CAROL STREAM, IL 60132

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 701.08

---

**3.308
4**

**Nonpriority creditor's name and mailing address**

TLG PETERBILT
#1 N CENTRAL DR
KERI PALLARDY
O'FALLON, MO 63366

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.308
5**

**Nonpriority creditor's name and mailing address**

TMOBILE
PO BOX 742596
CINCINNATI, OH 45274

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 626.39

---

**3.308
6**

**Nonpriority creditor's name and mailing address**

TMS CLAIMS
1 LANDAIR WAY
GREENEVILLE, TN 37743

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor  Yellow Corporation _____  Case number (if known) 23-11069 (CTG)
        Name

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.308 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 43.23 |
|---|---|---|---|
| | TOBY M DAVIS ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.308 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 542.02 |
|---|---|---|---|
| | TOBYS MOBILE REPAIRS INC 8714 E 162ND AVE BRIGHTON, CO 80602 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.308 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 215.04 |
|---|---|---|---|
| | TODD A SERGENT ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.309 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 7,700.00 |
|---|---|---|---|
| | TODD BISS PRODUCTIONS, INC. 850 S MAIN ST AKRON, OH 44311 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| 3.309 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ 324.20 |
|---|---|---|---|
| | TODD GARNETT ADDRESS ON FILE | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| | | **Basis for the claim:** Trade Payable | |
| | **Date or dates debt was incurred** | **Is the claim subject to offset?** | |
| | **Last 4 digits of account number** | ☒ No ☐ Yes | |

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| **Part 2:** | **Additional Page** |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.309 2**

**Nonpriority creditor's name and mailing address**

TOFF INDUSTRIES INC
P O BOX 579
MILLDALE, CT 06467

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.309 3**

**Nonpriority creditor's name and mailing address**

TOLCO
1440 JACKSON ST
KEN FRENCH
TRAFFIC
TOLEDO, OH 43604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.309 4**

**Nonpriority creditor's name and mailing address**

TOLCO CORPORATION
1920 LINWOOD AVE
KEN FRENCH
TRAFFIC
TOLEDO, OH 43604

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.309 5**

**Nonpriority creditor's name and mailing address**

TOM MCLEOD SOFTWARE CORPORATION
DEPARTMENT #3500, P.O. BOX 830539
BIRMINGHAM, AL 35283

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    188,067.38

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.309 6**

**Nonpriority creditor's name and mailing address**

TOM OCONNOR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    155.36

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.309 7**

**Nonpriority creditor's name and mailing address**

TOMMY GATE
KEITH BARNUM
83 BUS BROWN DRIVE
WOODBINE, IA 51579

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.309 8**

**Nonpriority creditor's name and mailing address**

TOMMY L REDMOND
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                70.00

---

**3.309 9**

**Nonpriority creditor's name and mailing address**

TOMY INTERNATIONAL, INC.
39792 TREASURY CENTER
CHICAGO, IL 60694

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$                Undetermined

---

**3.310 0**

**Nonpriority creditor's name and mailing address**

TONY J VANDEMORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                75.00

---

**3.310 1**

**Nonpriority creditor's name and mailing address**

TOOLS FOR BENDING INCORPORATED
194 W DAKOTA AVE
TRACY LINAN
DENVER, CO 80223

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.310 2**

**Nonpriority creditor's name and mailing address**

TOOLS UNLIMITED
PO BOX 5757
TOLEDO, OH 43613

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 183.82

---

**3.310 3**

**Nonpriority creditor's name and mailing address**

TOPS PRODUCTS
39324 LBJ FWY STE 120
CHRISTOPHER SPRINGSTON
DALLAS, TX 75232

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.310 4**

**Nonpriority creditor's name and mailing address**

TORREZ, JULIO
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 94.20

---

**3.310 5**

**Nonpriority creditor's name and mailing address**

TOTAL BIZ FULFILLMENT
1 CORPORATE DR
ELAINE HAGER
GRANTSVILLE, MD 21536

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.310 6**

**Nonpriority creditor's name and mailing address**

TOTAL POWER LIMITED
914 55 AVE NE
KENTON
CALGARY, AB T2E6Y4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.310 7**

**Nonpriority creditor's name and mailing address**

TOTAL QUALITY INC
550 3 MILE RD NW STE D
KATELYN BROWN
GRAND RAPIDS, MI 49544

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.310 8**

**Nonpriority creditor's name and mailing address**

TOTAL QUALITY LOGISTICS
1701 EDISON DRIVE
MATTHEW BAKER
MILFORD, OH 45150

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.310 9**

**Nonpriority creditor's name and mailing address**

TOTAL TRUCK
1111 E DOWLING RD STE 101
BROOK PESTER
ANCHORAGE, AK 99518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.311 0**

**Nonpriority creditor's name and mailing address**

TOTER INC
1661 FRONTERA RD
RANDY HAGER
DEL RIO, TX 78840

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.311 1**

**Nonpriority creditor's name and mailing address**

TOTES ISOTONER
AR DEPT
9655 INTERNATIONAL BLVD
CINCINNATI, OH 45246

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.311 2**

**Nonpriority creditor's name and mailing address**

TOWER LABS
P O BOX 306
GRETCHEN MAYO
ACCOUNTS RECEIVABLE
CENTERBROOK, CT 06409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311 3**

**Nonpriority creditor's name and mailing address**

TRACY GONZALEZ
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 209.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311 4**

**Nonpriority creditor's name and mailing address**

TRACY KRIEGER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311 5**

**Nonpriority creditor's name and mailing address**

TRAFFIC TECH
16711 TRANS-CANADA HWY
KAMILA OBROCHTA
KIRKLAND, QC H9H3L1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311 6**

**Nonpriority creditor's name and mailing address**

TRAFFIC TECH INC
16711 TRANS CANADA HWY
SHERVIN AMIRLATIFI
SALES
KIRKLAND, QC H9H3L1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.311 7**

**Nonpriority creditor's name and mailing address**

TRAFFIX CORPORATE HQ
1375 WHEELABRATOR WAY
ISARLENE PEREZ
MILTON, ON L9T3C1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311 8**

**Nonpriority creditor's name and mailing address**

TRANCO GLOBAL
5901 SHALLOWFORD RD STE 110
JESSICA BAILEY
CORPORATE ACCOUNTING
CHATTANOOGA, TN 37421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.311 9**

**Nonpriority creditor's name and mailing address**

TRANE COMMERCIAL CUSTOMER CUST
800 BEATY ST BUILDING E
A. POORNIMA
DAVIDSON, NC 28036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.312 0**

**Nonpriority creditor's name and mailing address**

TRANE COMMERCIAL CUSTOMER-CUST
800 BEATY ST. BUILDING E
A. POORNIMA
DAVIDSON, NC 28036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.312 1**

**Nonpriority creditor's name and mailing address**

TRANE EXPORT
800 BEATY ST, BUILDING E
TERRY GINA
DAVIDSON, NC 28036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$      Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.312 2** **Nonpriority creditor's name and mailing address**

TRANE GLOBAL PARTS-PARTS
800 BEATY ST. BUILDING E
DAVIDSON, NC 28036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.312 3** **Nonpriority creditor's name and mailing address**

TRANE LIGHT COMM FALCON-FALC
800 BEATY ST., BUILDING E
PRACHI BHAVSAR
DAVIDSON, NC 28036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.312 4** **Nonpriority creditor's name and mailing address**

TRANE RESIDENTIAL SYSTEMS
14000 JUSTICE RD
JASON INGRAM
MIDLOTHIAN, VA 23113

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.312 5** **Nonpriority creditor's name and mailing address**

TRANE TECHNOLOGIES
800 BEATY ST, BUILDING E
DARSHAN J
TRANE TECHNOLOGIES
DAVIDSON, NC 28036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.312 6** **Nonpriority creditor's name and mailing address**

TRANSARCTIC OF OKLAHOMA
6440 S 57TH WEST AVE
JP
TULSA, OK 74131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                          Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.3127**

**Nonpriority creditor's name and mailing address**

TRANSPORT DISTRIBUTION SERVICE
550 VILLAGE CENTER DR 100
KRISTINA SIV
ST PAUL, MN 55127

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3128**

**Nonpriority creditor's name and mailing address**

TRANSPORT EXPRESS
3275 MIKE COLLINS DR
ERYN HINNENKAMP
EAGAN, MN 55121

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3129**

**Nonpriority creditor's name and mailing address**

TRANSPORTATION INSIGHT
PO BOX 23000
HICKORY, NC 28603

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3130**

**Nonpriority creditor's name and mailing address**

TRANSPORTATION MANAGEMENT SOLU
18450 PINES BLVD STE 203
NADREEN MARTINEZ
PEMBROKE PINES, FL 33029

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3131**

**Nonpriority creditor's name and mailing address**

TRANSPORTATION PERFORMANCE INC
C/O EXPLORE INFORMATION SVC
PO BOX 206708
DALLAS, TX 75320-6708

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 23,000.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

### Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

| **3.313 2** | **Nonpriority creditor's name and mailing address** | | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|---|

TRANSPORTATION SERVICES
PO BOX 296
MATT KLINE
POTTSTOWN, PA 19464

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **3.313 3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

TRANSX LTD
2595 INKSTER BLVD
AARON SWEET
WINNIPEG, MB R3C2E6
CANADA

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **3.313 4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | Undetermined |
|---|---|---|---|---|

TRAVERSE CITY GLASS
1502 BARLOW ST
KIM GARRIS
TRAVERSE CITY, MI 49686

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **3.313 5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | 45.00 |
|---|---|---|---|---|

TRAVIS J BROWN
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

| **3.313 6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>*Check all that apply.* | $ | 50.31 |
|---|---|---|---|---|

TRAVIS L FELTS
ADDRESS ON FILE

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number**

---

Debtor   Yellow Corporation                                    Case number (if known)   23-11069 (CTG)
         Name

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.3137** | **Nonpriority creditor's name and mailing address**

TRAX GROUP INC.
909 LAKE CAROLYN PARKWAY SUITE
RITCHEL ENERLAN
FREIGHT CLAIMS
IRVING, TX 75039

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3138** | **Nonpriority creditor's name and mailing address**

TRAYVON D MCALLISTER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                                67.37

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3139** | **Nonpriority creditor's name and mailing address**

TREAT AMERICA FOOD SERVICES
9771 COMMERCE PARKWAY
LENEXA, KS 66219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                             1,666.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3140** | **Nonpriority creditor's name and mailing address**

TREMCO INC
1313 E SAINT PATRICK ST
SARA WELCH
RAPID CITY, SD 57701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3141** | **Nonpriority creditor's name and mailing address**

TRENDITIONS LLC
3501 RAIDER DR
JEFF PECORA
SHIPPING
HURST, TX 76053

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$                                          Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.314 2**

**Nonpriority creditor's name and mailing address**

TRENDY FABRICS
12330 E 60TH ST STE H
JUSTIN HERNANDEZ
TULSA, OK 74146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.314 3**

**Nonpriority creditor's name and mailing address**

TRENT JENSEN
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 18.18

---

**3.314 4**

**Nonpriority creditor's name and mailing address**

TRETTER, JOSEPH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Simplified Employee Pension Plan Obligations (Non-Union): $41,972.11

**Date or dates debt was incurred**        Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 41,972.11

---

**3.314 5**

**Nonpriority creditor's name and mailing address**

TREVOR A THOMPSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 104.05

---

**3.314 6**

**Nonpriority creditor's name and mailing address**

TREVOR ONEAL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 99.84

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.314 7**

**Nonpriority creditor's name and mailing address**

TRI STAR TRAFFIC & DISTRIBUTION
PO BOX 924
MISSISSAUGA, ON L5M2C5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.314 8**

**Nonpriority creditor's name and mailing address**

TRIBECA STONE LLC
25 MURRAY STREET #3G
NEW YORK, NY 10007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.314 9**

**Nonpriority creditor's name and mailing address**

TRICO PRODUCTS
1995 BILLY MITCHELL BLVD
BROWNSVILLE, TX 78521

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.315 0**

**Nonpriority creditor's name and mailing address**

TRIM TEX
3700 W PRATT AVE
LINCOLNWOOD, IL 60712

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.315 1**

**Nonpriority creditor's name and mailing address**

TRIMARK GILL MARKETING
1904 W PARKSIDE LN, STE 100
LIZ LABRANCHE
CSR
PHOENIX, AZ 85027

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.315 2** **Nonpriority creditor's name and mailing address**

TRIMARK RW SMITH CO
10101 OLD GROVE ROAD
LUCINDA TROMBLAY
SAN DIEGO, CA 92131

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.315 3** **Nonpriority creditor's name and mailing address**

TRIMLOK
6905 ARAGON CIR
TRACY LEON
BUENA PARK, CA 90620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.315 4** **Nonpriority creditor's name and mailing address**

TRIMLOK
COREY GUY
6855 HERMOSA CIRCLE
BUENA PARK, CA 90620

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

**3.315 5** **Nonpriority creditor's name and mailing address**

TRINITY LOGISTICS INC
50 FALLON AVE
BETH MASTEN
SEAFORD, DE 19973

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.315 6** **Nonpriority creditor's name and mailing address**

TRISTAN L SCHUETT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    30.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

### 3.3157

**Nonpriority creditor's name and mailing address**

TRIUMPHPAY
LEGAL DEPARTMENT
12700 PARK CENTRAL DRIVE
SUITE 1600
DALLAS, TX 75251

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,376.00

### 3.3158

**Nonpriority creditor's name and mailing address**

TRIVANTAGE LLC
11431 NW 107 STREET SUITE 19
MIAMI, FL 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

### 3.3159

**Nonpriority creditor's name and mailing address**

TRIVEX TRADING C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

### 3.3160

**Nonpriority creditor's name and mailing address**

TRIVIDIA HEALTH
3230 W PROSPECT RD STE 170
FRANK STABIO
FT LAUDERDALE, FL 33309

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

### 3.3161

**Nonpriority creditor's name and mailing address**

TROST FIRE EQUIPMENT COMPANY, INC.
3710 WALDEN AVENUE
LANCASTER, NY 14086

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 148.99

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.316 2**

**Nonpriority creditor's name and mailing address**

TROVE BRAND
250 S 850 E
ANDREW ANGERHOFER
LEHI, UT 84043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.316 3**

**Nonpriority creditor's name and mailing address**

TROVE BRANDS
250 S 850 E
JACE GARNER
LEHI, UT 84043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.316 4**

**Nonpriority creditor's name and mailing address**

TROVE BRANDS LLC
250 S 850 E
JACE GARNER
TRANSPORTATION
LEHI, UT 84043

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.316 5**

**Nonpriority creditor's name and mailing address**

TROY W OVERSTREET
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    464.00

---

**3.316 6**

**Nonpriority creditor's name and mailing address**

TRUCK ENTERPRISES HARRISONBURG
3440 SOUTH MAIN STREET
HARRISONBURG, VA 22801

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    129.20

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.316 7**

**Nonpriority creditor's name and mailing address**

TRUCK THERMO KING
101 WHITE PICKET TRL
STEVE CHANDLER
MT CRAWFORD, VA 22841

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.316 8**

**Nonpriority creditor's name and mailing address**

TRUCKING MANAGEMENT, INC.
PO BOX 860725
SHAWNEE, KS 66286

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.316 9**

**Nonpriority creditor's name and mailing address**

TRUCKSESS, HERBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.317 0**

**Nonpriority creditor's name and mailing address**

TRUE MANUFACTURING CO INC
PO BOX 790100
DEPARTMENT 547214
SAINT LOUIS, MO 631790100

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.317 1**

**Nonpriority creditor's name and mailing address**

TRUSERVE LOGISTICS COMPANY
2687 PAYSPHERE CIRCLE
CHICAGO, IL 60674

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.317 2**

**Nonpriority creditor's name and mailing address**

TSD GROUP CORP
4120 W 104TH ST STE 13
ANDRES FERNANDEZ
HIALEAH, FL 33018

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.317 3**

**Nonpriority creditor's name and mailing address**

TSG CABINETS
850 HELEN DR
DRT
LEBANON, PA 17042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.317 4**

**Nonpriority creditor's name and mailing address**

TSG CABINETS % DRT TRANSPORTAT
850 HELEN DR
DRT
LEBANON, PA 17042

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.317 5**

**Nonpriority creditor's name and mailing address**

TTI CONSUMER POWER TOOLSS
203 ORANGE WAY
KASSIDY BUFFUM
ANDERSON, SC 29621

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.317 6**

**Nonpriority creditor's name and mailing address**

TURN 5
7980 GRISSOM PKWY
ISSUE RESOLUTION
ISSUE RESOLUTION
TITUSVILLE, FL 32780

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.317.7**

**Nonpriority creditor's name and mailing address**

TURN 5 INC
17700 COLLEGE BLVD
ISSUE RESOLUTION
ISSUE RESOLUTION
LENEXA, KS 66219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$      Undetermined

---

**3.317.8**

**Nonpriority creditor's name and mailing address**

TURNER ROUND LOGISTICS LLC
1414 E. LAKE MEAD BLVD  #365019
VANESSA
VANESSA TURNER
LAS VEGAS, NV 89169

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$      Undetermined

---

**3.317.9**

**Nonpriority creditor's name and mailing address**

TURNILS NA
1750 SATELLITE BLVD STE 100
BUFORD, GA 30518

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$      Undetermined

---

**3.318.0**

**Nonpriority creditor's name and mailing address**

TV TSLC, L.L.C.
2687 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$      Undetermined

---

**3.318.1**

**Nonpriority creditor's name and mailing address**

TVH PARTS CO
16355 S LONE ELM RD
APRIL NOLAN
OLATHE, KS 66062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$      Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.318 2**

**Nonpriority creditor's name and mailing address**

TWIN CITIES PERFOMANCE
9191 WAYZATA BLVD
AARON CHARLES LORENZEN
PARTS
GOLDEN VALLEY, MN 55426

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318 3**

**Nonpriority creditor's name and mailing address**

TWIN CITY FAN
PO BOX 490
% TPS LOGISTICS
TROY, MI 48099

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318 4**

**Nonpriority creditor's name and mailing address**

TWIN CITY FAN COMPANIES LTD
5959 TRENTON LANE
ROXI STRONG
PLYMOUTH, MN 55442

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318 5**

**Nonpriority creditor's name and mailing address**

TY CAMPBELL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 146.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.318 6**

**Nonpriority creditor's name and mailing address**

TYLER D SIZEMORE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 93.13

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor    Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| | |
|---|---|
| **3.318 7** | **Nonpriority creditor's name and mailing address** |

TYLER UNION
1501 W 17TH ST
JASON ASKEW
ANNISTON, AL 36201

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| **3.318 8** | **Nonpriority creditor's name and mailing address** |

TYNISHA A CANADY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 11.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| **3.318 9** | **Nonpriority creditor's name and mailing address** |

TYPENEX MEDICAL C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| **3.319 0** | **Nonpriority creditor's name and mailing address** |

TYPENEX MEDICAL, LLC C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| | |
|---|---|
| **3.319 1** | **Nonpriority creditor's name and mailing address** |

TYSHAWN J BEARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 60.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.319 2**

**Nonpriority creditor's name and mailing address**

U-HAUL FREIGHT DEPT
8162 S PRIEST DR
CLIFFORD ANDERSON
TEMPE, AZ 85284

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   Undetermined

---

**3.319 3**

**Nonpriority creditor's name and mailing address**

UNDERGROUND VAULTS & STORAGE, INC.
PO BOX 1723
HUTCHINSON, KS 67504

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   304.22

---

**3.319 4**

**Nonpriority creditor's name and mailing address**

UNGERMAN ELECTRIC INC.
395 SHERIDAN AVE.
ALBANY, NY 12206

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   2,625.20

---

**3.319 5**

**Nonpriority creditor's name and mailing address**

UNI% AMEREQ INC
2700 COMMERCE ST
LAINE WALLACE
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   Undetermined

---

**3.319 6**

**Nonpriority creditor's name and mailing address**

UNI% DIVERSIFIED AGRICULTURE
2700 COMMERCE ST
LAINE WALLACE
UNI% DIVERSIFIED AGRICULTURE
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   Undetermined

---

Debtor   Yellow Corporation                                          Case number (if known)   23-11069 (CTG)
         Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.3197**

**Nonpriority creditor's name and mailing address**

UNI% LIGHTING TECHNOLOGIES
2700 COMMERCE ST
LAINE WALLACE
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.3198**

**Nonpriority creditor's name and mailing address**

UNI% MERICAL - FREEDOM
2700 COMMERCE ST
LAINE WALLACE
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.3199**

**Nonpriority creditor's name and mailing address**

UNI% MERICAL INC
2700 COMMERCE ST
LAINE WALLACE
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.3200**

**Nonpriority creditor's name and mailing address**

UNI% NORTHWEST FUELS & LANDSCA
2700 COMMERCE ST
LAINE WALLACE
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.3201**

**Nonpriority creditor's name and mailing address**

UNICOR FEDERAL PRISON INDUSTRI
PO BOX 7000
KEVIN HOLBROOK
FORREST CITY, AR 72336

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.320 2**

**Nonpriority creditor's name and mailing address**

UNICOR FEDERAL PRISON INDUSTRIES
4002 E ARKONA RD
B STREU
MILAN, MI 48160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.320 3**

**Nonpriority creditor's name and mailing address**

UNICOR FEDERAL PRISON INST
4002 E ARKONA RD
B STREU
MILAN, MI 48160

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.320 4**

**Nonpriority creditor's name and mailing address**

UNIFIED PURCHASING GROUP
SEAN OVERHOLT
901 WEST BAXTER DR
S JORDAN, UT 84095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.320 5**

**Nonpriority creditor's name and mailing address**

UNIS TRANSPORTATION
218 MACHLIN CT
ARYAN SABAYTON
CARGO CLAIMS DEPARTMENT
WALNUT, CA 91789

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.320 6**

**Nonpriority creditor's name and mailing address**

UNISHIPPERS
PO BOX 4011
JEREMY PETERSON
GREENWOOD VILLAGE, CO 80155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.3207** **Nonpriority creditor's name and mailing address**

UNISHIPPERS 10YJ
3337 N HULLEN ST STE 200
METAIRIE, LA 70002

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3208** **Nonpriority creditor's name and mailing address**

UNISHIPPERS- 10YJ
PO BOX 6990
WENDY WEST
WENDY WEST
METAIRIE, LA 70009

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3209** **Nonpriority creditor's name and mailing address**

UNISHIPPERS C/O MIR MOSAIC
2700 COMMERCE ST STE 1500
CLAIMS HELP
CLAIMS  HELP
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3210** **Nonpriority creditor's name and mailing address**

UNISHIPPERS C/O SNAKE RIVER TR
2700 COMMERCE ST STE 1500
CLAIMS HELP
CLAIMS HELP
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3211** **Nonpriority creditor's name and mailing address**

UNISHIPPERS C/O TRINIC
2700 COMMERCE ST STE 1500
CLAIMS HELP
CLAIMS HELP
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.321 2**

**Nonpriority creditor's name and mailing address**

UNISHIPPERS CENTRAL BILLING
PO BOX 4011
UNISHIPPERS
GREENWOOD VILLAGE, CO 80155

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.321 3**

**Nonpriority creditor's name and mailing address**

UNISHIPPERS FAR
177 HUNTINGTON AVE #1700-94143
CHELSEA MORROW
BOSTON, MA 02115

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.321 4**

**Nonpriority creditor's name and mailing address**

UNISHIPPERS OF LOS ANGELES
18919 NORDHOFF ST #4C
ALEX ZAMORA
NORTHRIDGE, CA 91324

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.321 5**

**Nonpriority creditor's name and mailing address**

UNISOURCE SHIPPING INC
4711 FORT HAMILTON PKWY
ESTY
BROOKLYN, NY 11219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.321 6**

**Nonpriority creditor's name and mailing address**

UNITED HARDWARE
CORPORATE ACCOUNTING
P.O. BOX 410
MINNEAPOLIS, MN 55440

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

Debtor   Yellow Corporation
         Name                                                    Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.** | **Amount of claim**

---

**3.321 7** **Nonpriority creditor's name and mailing address**

UNITED SHIPPERS ALLIANCE
GENE GRAVES
5505 SANDY DRIVE
LEWIS CENTER, OH 43035

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$   Undetermined

---

**3.321 8** **Nonpriority creditor's name and mailing address**

UNITED STATES GYPSUM
PO BOX 518
REBECCA CAROTHERS
% UBER FREIGHT CARGO CLAIMS
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.321 9** **Nonpriority creditor's name and mailing address**

UNITED VOLLYBALL SUPPLY
14615 NE 91ST ST STE B
AARON BLAIR
REDMOND, WA 98052

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.322 0** **Nonpriority creditor's name and mailing address**

UNIVERSAL ALLOY CORPORATION
180 LAMAR HALEY PKWY
SHI TURNER
LOGISTICS
CANTON, GA 30114

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.322 1** **Nonpriority creditor's name and mailing address**

UNIVERSAL FRAMING PR
21139 CENTRE POINTE PKWY
GORDON GLASSICK
SANTA CLARITA, CA 91350

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.322 2**

**Nonpriority creditor's name and mailing address**

UNIVERSAL MANUFACTURING
43900 GROESBECK HWY
CLINTON TOWNSHIP, MI 48036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.322 3**

**Nonpriority creditor's name and mailing address**

UNIVERSAL TRAFFIC SERVICE
PO BOX 888470
RENEE ANTHONY
GRAND RAPIDS, MI 495888470

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.322 4**

**Nonpriority creditor's name and mailing address**

UNIVERSAL TRAFFIC SERVICE INC
PO BOX 888470
GRAND RAPIDS, MI 495888470

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.322 5**

**Nonpriority creditor's name and mailing address**

UNIVERSITY PRODUCTS
517 MAIN ST PO BOX 101
HOLYOKE, MA 01040

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.322 6**

**Nonpriority creditor's name and mailing address**

UNYSON
1801 PARK 270 DR, STE 500
JAMES SCHWARBER
ST LOUIS, MO 63146

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |
|---|---|

---

**3.3227**

**Nonpriority creditor's name and mailing address**

UPS CAPITAL FTW CLAIMS
PO BOX 101688
FT WORTH, TX 761851688

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3228**

**Nonpriority creditor's name and mailing address**

UPS CAPITAL INSURANCE AGENCY INC
PO BOX 101688
FT WORTH, TX 761851688

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3229**

**Nonpriority creditor's name and mailing address**

UPS STORE
6905 S 1300 E
BILL BEATTY
MIDVALE, UT 84047

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3230**

**Nonpriority creditor's name and mailing address**

URBAN NORTHERN INC
3407 83RD AVE NE
ALAN HYATT
MARYSVILLE, WA 98270

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3231**

**Nonpriority creditor's name and mailing address**

US BOILER COMPANY
802 FAR HILLS DRIVE
LISA FOSTER
% NEXTERUS
NEW FREEDOM, PA 17349

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | Case number (if known) | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.323 2**

**Nonpriority creditor's name and mailing address**

US COTTON, LLC
531 COTTON BLOSSOM CIR
CHANNON WELCH
ACCOUNTS RECEIVABLE
GASTONIA, NC 28054

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.323 3**

**Nonpriority creditor's name and mailing address**

US CUSTOM BALL
700 BELLEVILLE AVE
RONDA AUGUSTINE
NEW BEDFORD, MA 02745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.323 4**

**Nonpriority creditor's name and mailing address**

US DOOR & MORE
4904 SAVARESE CIR
SHAYAN BEHJATI
TAMPA, FL 33634

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.323 5**

**Nonpriority creditor's name and mailing address**

US FREIGHTWAYS, INC
ATTN: GENERAL COUNSEL
700 NICHOLAS BLVD
SUITE 200
ELK GROVE VILLAGE, IL 60007

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Open Litigation

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.323 6**

**Nonpriority creditor's name and mailing address**

US HARDWARE
79 STEWART AVE
MELANIE HARTZOG
WASHINGTON, PA 15301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

### 3.323 7

**Nonpriority creditor's name and mailing address**

US MARKERBOARD
500 CHESTNUT ST UNIT 204
JOEL YOUNG
ABINGTON, MA 02351

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

### 3.323 8

**Nonpriority creditor's name and mailing address**

US POLYMERS INCORPORATED
1057 S VAIL AVE
PAUL ORTIZ
MONTEBELLO, CA 90640

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

### 3.323 9

**Nonpriority creditor's name and mailing address**

USF BESTWAY INC.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 36,165,584.03

---

### 3.324 0

**Nonpriority creditor's name and mailing address**

USF DUGAN INC.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 12,585,577.71

---

### 3.324 1

**Nonpriority creditor's name and mailing address**

USF Holland LLC
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 324,406,469.54

---

| Debtor | Yellow Corporation | (Case number *if known*) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.324 2**

**Nonpriority creditor's name and mailing address**

USF REDDAWAY INC.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable

$ 322,429,860.11

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324 3**

**Nonpriority creditor's name and mailing address**

USF REDSTAR LLC
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Intercompany Payable

$ 87,865,694.56

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324 4**

**Nonpriority creditor's name and mailing address**

UST CORPORATION
1373 W GORDON AVE
HYRUM SHINGLETON
RECEIVING
LAYTON, UT 84041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324 5**

**Nonpriority creditor's name and mailing address**

UTAH STATE TREASURY
UNCLAIMED PROPERTY DIVISION
PO BOX 140530
SALT LAKE CITY, UT 84114-0530

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 64.95

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.324 6**

**Nonpriority creditor's name and mailing address**

VAC U MAX
69 WILLIAM ST
BELLEVILLE, NJ 07109

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.324 7**

**Nonpriority creditor's name and mailing address**

VAL-CO SAFEGUARD PRODUCTS COMP
2710 DIVISION HWY
KELLY SHEAFFER
NEW HOLLAND, PA 17557

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.324 8**

**Nonpriority creditor's name and mailing address**

VALERIE C SCOTT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 89.90

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.324 9**

**Nonpriority creditor's name and mailing address**

VALLEY BOBCAT
9324 SAN FERNANDO RD
SUN VALLEY, CA 91352

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325 0**

**Nonpriority creditor's name and mailing address**

VALLEY CHROME PLATING
1028 HOBLITT
VICTOR REDONDO
CLOVIS, CA 93612

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325 1**

**Nonpriority creditor's name and mailing address**

VALLEY FORGE FLAG
1335 GARROTT AVE
LAURIE OBRIEN
MONCKS CORNER, SC 29461

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Corporation
          Name

(Case number (if known)    23-11069 (CTG)

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.325 2**

**Nonpriority creditor's name and mailing address**

VALTERRA PRODUCTS LLC
15230 SAN FERNANDO MISSION BLVD STE B107
JOHN PETHERBRIDGE
MISSION HILLS, CA 91345

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325 3**

**Nonpriority creditor's name and mailing address**

VALUE MERCHANDISERS CO
WILL CHANEY
4690 HUNGERFORD RD
MEMPHIS, TN 38118

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.325 4**

**Nonpriority creditor's name and mailing address**

VAN ZYVERDEN INC
8079 VAN ZYVERDEN RD
GLENDA AUST
MERIDIAN, MS 39305

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325 5**

**Nonpriority creditor's name and mailing address**

VANGUARD
1915 VAUGHN ROAD
WENDY MEUSE
% CTS
KENNESAW, GA 30144

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.325 6**

**Nonpriority creditor's name and mailing address**

VANITY ART
2261 MORGAN PKWY
QUNQUN
FARMERS BRANCH, TX 75234

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | (Case number if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.325
7**

**Nonpriority creditor's name and mailing address**

VEEDER-ROOT FUELQUEST LLC
32982 COLLECTION CENTER DRIVE
CHICAGO, IL 60693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 71,143.02

---

**3.325
8**

**Nonpriority creditor's name and mailing address**

VELEZ, TIMOTHY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 239.92

---

**3.325
9**

**Nonpriority creditor's name and mailing address**

VELOCITI
PO BOX 872287
KANSAS CITY, MO 64187

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 70,606.45

---

**3.326
0**

**Nonpriority creditor's name and mailing address**

VENEER TECHNOLOGIES INC % FREI
611 VERDUN ST
ANTHONY LYNCHESKY
NEWPORT, NC 28570

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.326
1**

**Nonpriority creditor's name and mailing address**

VENTURA COACH
73 BLACKWATER DR
JENNIFER SHUMPERT
LUMBERTON, NC 28360

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.326 2** **Nonpriority creditor's name and mailing address**

VEOLIA WATER TECHNOLOGIES
945 S BROWN SCHOOL RD
VEOLIA
VANDALIA, OH 45377

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.326 3** **Nonpriority creditor's name and mailing address**

VERITIV
7500 AMIGOS AVE
DOWNEY, CA 90242

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.326 4** **Nonpriority creditor's name and mailing address**

VERITIV CORPORATION
4700 S PALISADE ST
DREW YOUNG
WICHITA, KS 67217

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.326 5** **Nonpriority creditor's name and mailing address**

VERIZON
PO BOX 16802
NEWARK, NJ 07101

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 7,615.86

---

**3.326 6** **Nonpriority creditor's name and mailing address**

VERMONT COUNTRY STORE
5650 MAIN ST
MANCHESTER CENTER, VT 05255

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.326 7**

**Nonpriority creditor's name and mailing address**

VESARE SOLUTIONS % ECHO
600 W CHICAGO AVE
NICOLE TUCKER
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.326 8**

**Nonpriority creditor's name and mailing address**

VESTIL
900 GROWTH PKWY
AMIE WICKER
ANGOLA, IN 46703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.326 9**

**Nonpriority creditor's name and mailing address**

VESTIL MFG
900 GROWTH PKWY
ANGOLA, IN 46703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.327 0**

**Nonpriority creditor's name and mailing address**

VESTIL MFG FULFILLMENT CENTER
749 GROWTH PKWY
AMIE WICKER
ANGOLA, IN 46703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.327 1**

**Nonpriority creditor's name and mailing address**

VESTIL MFG.
P.O. BOX 507
ANGOLA, IN 46703

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                    Undetermined

---

Debtor    Yellow Corporation                                         Case number (if known)    23-11069 (CTG)
          Name

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |

| 3.327 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

VETERANS AFFAIRS
1901 VETERANS MEMORIAL DR
THOMAS WALSH
TEMPLE, TX 76504

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.327 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

VETERANS MARINE REPAIR LLC
889 E ANDERSON DR STE 600
GROVELAND, FL 34736

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.327 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

VETTER FORKS
1711 OPPORTUNITY AVE
ETHAN BURKHOLDER
CHAMBERSBURG, PA 17201

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.327 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

VIBRANTZ TECHNOLOGIES
PO BOX 18170
% AFS LOGISTICS LLC
SHREVEPORT, LA 71138

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.327 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined |

VICE BROS PATTERN SHOP & FNDRY
1010 W STATE ROAD 524
STAN BOWMAN
LAGRO, IN 46941

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.327 7**

**Nonpriority creditor's name and mailing address**

VICE, MATTHEW
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 117.00

---

**3.327 8**

**Nonpriority creditor's name and mailing address**

VICTOR G WOODALL
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 50.00

---

**3.327 9**

**Nonpriority creditor's name and mailing address**

VICTORY WHOLESALE GROCERS
400 VICTORY LN
KATLYN BROCK
SPRINGBORO, OH 45066

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.328 0**

**Nonpriority creditor's name and mailing address**

VIESSMANN MANUFACTURING CO INC
45 ACCESS RD
DAN HULLEY
WARWICK, RI 02888

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.328 1**

**Nonpriority creditor's name and mailing address**

VIKING ELECTRIC
2025 COUNTY RD U
WAUSAU, WI 54401

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.328**
**2**

**Nonpriority creditor's name and mailing address**

VINNOVA INC
5695 E FRANCIS ST
MEGAN WILSON
ONTARIO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.328**
**3**

**Nonpriority creditor's name and mailing address**

VINTAGE TUB & BATH
395 OAK HILL RD
MARIELA RODRIGUEZ
MOUNTAIN TOP, PA 18707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.328**
**4**

**Nonpriority creditor's name and mailing address**

VINYL VISION
5380 E LARRY CALDWELL DR
PRESCOTT, AZ 86301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.328**
**5**

**Nonpriority creditor's name and mailing address**

VIRCO MANUFACTURING CO
1701 STURGIS RD
ROBYN JONES
CONWAY, AR 72032

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.328**
**6**

**Nonpriority creditor's name and mailing address**

VISTA OUTDOOR SALES
1 VISTA WAY
MARY MILBRATH
ANOKA, MN 55303

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

Debtor    Yellow Corporation
Name

Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.3287**

**Nonpriority creditor's name and mailing address**

VISUAL COMFORT
22400 NW LAKE DR
NASEER AHMAD
HOUSTON, TX 77095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3288**

**Nonpriority creditor's name and mailing address**

VISUAL COMFORT & CO
22400 NW LAKE DR
NASEER AHMAD
HOUSTON, TX 77095

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3289**

**Nonpriority creditor's name and mailing address**

VIVIAN BAISLEY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ _____ 70.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3290**

**Nonpriority creditor's name and mailing address**

VIZ-PRO LLC
120 COLEBROOK RIVER RD
VICTORIA CLARKE
WINSTED, CT 06098

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3291**

**Nonpriority creditor's name and mailing address**

VKM INTL INC
289 NW 68TH AVE
MARIA LOW
OCALA, FL 34482

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.329 2**

**Nonpriority creditor's name and mailing address**

VMC DISTRIBUTION CTR
6565 BRADY ST
JAN BLACK
594
DAVENPORT, IA 52806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.329 3**

**Nonpriority creditor's name and mailing address**

VOLP, DILLON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      183.08

---

**3.329 4**

**Nonpriority creditor's name and mailing address**

VOLVO GROUP CLAIMS
PO BOX 17600
% CASS INFORMATION SYSTEMS
ST LOUIS, MO 63178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.329 5**

**Nonpriority creditor's name and mailing address**

VOLVO GROUP NA LLC
7900  NATIONAL SERVICE RD
CRYSTAL WATERS-PENN
CRYSTAL WATERS-PENN
GREENSBORO, NC 27409

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

**3.329 6**

**Nonpriority creditor's name and mailing address**

VON MAUR
6565 BRADY ST
JAN BLACK
271
DAVENPORT, IA 52806

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$      Undetermined

---

Debtor   Yellow Corporation                                              Case number (if known)   23-11069 (CTG)
         Name

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.3297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ Undetermined |
|---|---|---|---|

VOXX INTERNATIONAL
PO BOX 518
JENNIFER SPENCER
% UBER FREIGHT
LOWELL, AR 72745

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3298 | **Nonpriority creditor's name and mailing address** |
|---|---|

VS AMERICA IN
384 INVERNESS PKWY STE 140
KRYSTINA MROCZKOWSKI
% RECONEX
ENGLEWOOD, CO 80112

$ Undetermined

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3299 | **Nonpriority creditor's name and mailing address** |
|---|---|

VWR INTERNATIONAL
521 HIGHWAY 90 A STE 140
ANDREW EKUERE
MISSOURI CITY, TX 77489

$ Undetermined

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3300 | **Nonpriority creditor's name and mailing address** |
|---|---|

VWR INTERNATIONAL 8015
17750 E. 32ND PL STE 10
JULIE MURPHY
AURORA, CO 80011

$ Undetermined

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| 3.3301 | **Nonpriority creditor's name and mailing address** |
|---|---|

VWR INTERNATIONAL LLC
2360 ARGENTIA RD
CECILIA ALBINO
MISSISSAUGA, ON L5N5Z7
CANADA

$ Undetermined

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.330
2**

**Nonpriority creditor's name and mailing address**

VWR INTERNATIONAL LLC
C/O TRANSPORTATION GROUP
100 MATSONFORD RD, BLDG 1, SUITE 200
RADNOR, PA 19087

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                          Undetermined

---

**3.330
3**

**Nonpriority creditor's name and mailing address**

VWR INTERNATIONAL PARTS OF AVANTTOR
8711 W RIGGEN AVE
VISALIA, CA 93291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.330
4**

**Nonpriority creditor's name and mailing address**

VWR INTERNATIONAL SUWANEE
1050 SATELLITE BLVD
JENNA FINN
SUWANEE, GA 30024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.330
5**

**Nonpriority creditor's name and mailing address**

VWR PART OF AVANTOR
8711 W RIGGEN AVE
JOSE HERNANDEZ
VISALIA, CA 93291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

**3.330
6**

**Nonpriority creditor's name and mailing address**

VWR PART OF AVANTOR TUALATIN
12350 SW TUALATIN RD
JOSE HERNANDEZ
TUALATIN, OR 97062

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                          Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|-------------------|------------------------|----------------|
| | Name | | |

---

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.330 7**

**Nonpriority creditor's name and mailing address**

VWR PART OF AVANTOR VISALIA
8711 W RIGGIN AVE
JOSE HERNANDEZ
VISALIA, CA 93291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.330 8**

**Nonpriority creditor's name and mailing address**

VWR PARTS OF AVANTOR VISALIA
8711 W RIGGEN AVE
VISALIA, CA 93291

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.330 9**

**Nonpriority creditor's name and mailing address**

VWR SCIENTIFIC SUWANEE
1050 SATELLITE BLVD
JENNA FINN
SUWANEE, GA 30024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.331 0**

**Nonpriority creditor's name and mailing address**

W A CHARNSTROM
5391 12TH AVE E
SHAKOPEE, MN 55379

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$ Undetermined

---

**3.331 1**

**Nonpriority creditor's name and mailing address**

W E COX CLAIMS GROUP (USA) LLC
2785 ROUTE 115, STE 201
CLAUDETTE MOORE MADHOO
CARRIAGE HOUSE SQUARE
EFFORT, PA 18330

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.331 2**

**Nonpriority creditor's name and mailing address**

W K WEBSTER & CO LTD
WEBSTER HOUSE 207 LONGLANDS RD
DOMANTAS MUSINSKAS
SIDCUP, DA157JH
UNITED KINGDOM

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.331 3**

**Nonpriority creditor's name and mailing address**

W M TRADING
PO BOX 5352
LAKE WYLIE, SC 29710

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.331 4**

**Nonpriority creditor's name and mailing address**

W W CROSS
2510 ALLEN AVE SE
SANCY MEHRINGER
CANTON, OH 44707

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.331 5**

**Nonpriority creditor's name and mailing address**

WA CHARNSTROM
5391 12TH AVE E
JOHN HERNTIER
SHAKOPEE, MN 55379

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.331 6**

**Nonpriority creditor's name and mailing address**

WADDINGTON NA CITY OF INDUSTRY
PO BOX 518
LISA GARRISON
% UBER FREIGHT
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.3317**

**Nonpriority creditor's name and mailing address**

WADDINGTON NA DESOTO
PO BOX 518
LISA GARRISON
% UBER FREIGHT
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3318**

**Nonpriority creditor's name and mailing address**

WADDINGTON NA HOUSTON
PO BOX 518
LISA GARRISON
% UBER FREIGHT
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3319**

**Nonpriority creditor's name and mailing address**

WADDINGTON NA- HOUSTON
PO BOX 518
% UBER FREIGHT
LOWELL, AR 72745

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3320**

**Nonpriority creditor's name and mailing address**

WAL MART STORES INCORPORATED
1301 SE 10TH ST
GLOBAL SHARED SERVICES
CARGO CLAIMS DEPARTMENT
BENTONVILLE, AR 727160655

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3321**

**Nonpriority creditor's name and mailing address**

WALGREENS
TOM CHOI
304 WILMOT RD., MS 3191
DEERFIELD, IL 60015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.332
2**

**Nonpriority creditor's name and mailing address**

WALLACE CONSTRUCTION SPECIALTI
825 MACKAY ST
KEN BARRY
REGINA, SK S4N2S3
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$              Undetermined

---

**3.332
3**

**Nonpriority creditor's name and mailing address**

WALLACE DESIGN CENTER INC
44500 COUNTY RD
SOUTHOLD, NY 11971

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$              Undetermined

---

**3.332
4**

**Nonpriority creditor's name and mailing address**

WALLCOVERINGS ASSOCIATION
MATTHEW JONES
1120 20TH ST, NW, STE 750
WASHINGTON, DC 20036

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$              Undetermined

---

**3.332
5**

**Nonpriority creditor's name and mailing address**

WALLGUARD COM LLC
32 NELSON HILL RD
ANGELA ROMEO
WASSAIC, NY 12592

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$              Undetermined

---

**3.332
6**

**Nonpriority creditor's name and mailing address**

WALTER J COZZI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                   197.12

---

Debtor  Yellow Corporation
        Name                                                    Case number (if known)  23-11069 (CTG)

---

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.332 7**

**Nonpriority creditor's name and mailing address**

WALTER OUTING
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 829.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.332 8**

**Nonpriority creditor's name and mailing address**

WALTONS C/O ECHO
600 W CHICAGO AVE
JANAU WASHINGTON
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.332 9**

**Nonpriority creditor's name and mailing address**

WARN INDUSTRIES
11277 SE JENNIFER ST
CHRISTOPHER LEGROS
CLACKAMAS, OR 97015

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.333 0**

**Nonpriority creditor's name and mailing address**

WASHINGTON STATE DEPT OF REVENUE
UNCLAIMED PROPERTY SECTION
PO BOX 47477
OLYMPIA, WA 98504-7477

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Unclaimed Property

$ 116.43

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.333 1**

**Nonpriority creditor's name and mailing address**

WASHINGTON, AVERY
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 504.16

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Yellow Corporation                                    Case number (if known)  23-11069 (CTG)
Name

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.333 2**

**Nonpriority creditor's name and mailing address**

WASTE MANAGEMENT
WM CORP SVCS AS PMNT AGENT, PO BOX 55558
BOSTON, MA 02205

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  25.00

---

**3.333 3**

**Nonpriority creditor's name and mailing address**

WATER CREATION
701 AUTO CENTER DR
SOPHIA
ONTARIO, CA 91761

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.333 4**

**Nonpriority creditor's name and mailing address**

WATERS CORPORATION
34 MAPLE STREET
MILFORD, MA 01757

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$  Undetermined

---

**3.333 5**

**Nonpriority creditor's name and mailing address**

WAYNE DALTON PORTLAND
5511 SE 26TH
RENEE LAWRENCE
PORTLAND, OR 97202

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

**3.333 6**

**Nonpriority creditor's name and mailing address**

WAYNE TYLER INC
1535 GRAND AVE
GORDON GRANT
SAN MARCOS, CA 92078

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$  Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.3337**

**Nonpriority creditor's name and mailing address**
WAYNE VINKAVICH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 28.61

---

**3.3338**

**Nonpriority creditor's name and mailing address**
WBURNS
940 VISADOR RD
JASPER, TX 75951

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.3339**

**Nonpriority creditor's name and mailing address**
WEATHERABLES LLC
5795 GREENPOINTE DR S
WEATHERABLES ACCOUNTING
GROVEPORT, OH 43125

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.3340**

**Nonpriority creditor's name and mailing address**
WEAVER, CATHERINE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 25.00

---

**3.3341**

**Nonpriority creditor's name and mailing address**
WEBSITEPULSE
2451 RIVER TREE CIR
SANFORD, FL 32771

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 1,328.00

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.334 2**

**Nonpriority creditor's name and mailing address**

WEBSTAURANT STORE
40 CITATION LANE
TRENT WEISS
LITITZ, PA 17543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.334 3**

**Nonpriority creditor's name and mailing address**

WEBSTAURANTSTORE
40 CITATION LN
ELISE PEREZ TORRES
LITITZ, PA 17543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.334 4**

**Nonpriority creditor's name and mailing address**

WEBSTAURANTSTORE.COM
40 CITATION LN
LITITZ, PA 17543

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              Undetermined

---

**3.334 5**

**Nonpriority creditor's name and mailing address**

WEGMANS FOOD MARKET
AR LOCK BOX
P.O. BOX 23150
ROCHESTER, NY 14692

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

$                              Undetermined

---

**3.334 6**

**Nonpriority creditor's name and mailing address**

WELLS, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Retention Agreement (Non-Union): $20,000.00

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                              20,000.00

---

Debtor   Yellow Corporation                                        Case number *(if known)*   23-11069 (CTG)
         Name

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.334 7**

**Nonpriority creditor's name and mailing address**

WELWOOD, PATRICK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 161.34

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.334 8**

**Nonpriority creditor's name and mailing address**

WENDELL R LAGOSH
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$ 82.11

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.334 9**

**Nonpriority creditor's name and mailing address**

WESCO
990 NORTH HILLS BLVD
JOSE DAVILA
RENO, NV 89506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.335 0**

**Nonpriority creditor's name and mailing address**

WESCO DISTRIBUTION INC
3419 S BASHFORD AVE
LOUISVILLE, KY 40218

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.335 1**

**Nonpriority creditor's name and mailing address**

WESCO RENO 333
990 N HILLS BLVD STE 100
RENO, NV 89506

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Official Form 206E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page 674 of 717

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.335 2**

**Nonpriority creditor's name and mailing address**

WEST CHESTER PROTECTIVE GEAR
8331 FRONTAGE RD
NICOLE MCKISSICKFRONK
OLIVE BRANCH, MS 38654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.335 3**

**Nonpriority creditor's name and mailing address**

WESTBAY AUTO PARTS
2610 SE MILE HILL DR
TIM OLSON
PORT ORCHARD, WA 98366

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.335 4**

**Nonpriority creditor's name and mailing address**

WESTCO FRUIT AND NUT PRODUCTS
9397 COIT ST
NATHAN MORADI
IRVINGTON, NJ 07111

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.335 5**

**Nonpriority creditor's name and mailing address**

WESTERN ALLIANCE LOGISTICS
16766 TRANSCANADIENNE RTE, 403
PAULA
KIRKLAND, QC H9H4M7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.335 6**

**Nonpriority creditor's name and mailing address**

WESTERN PLASTICS US LIMITED
2399 US 41 SW
SHANNON BURNS
CALHOUN, GA 30701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|--------------------|-----|---------------|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.3357**

**Nonpriority creditor's name and mailing address**

WESTERN POWER SPORTS
601 E GOWEN RD
1222039-CA
BOISE, ID 83716

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3358**

**Nonpriority creditor's name and mailing address**

WESTERN PULP PRODUCTS COMPANY
1577 N BOLTON ST
BECKY EMPEN
JACKSONVILLE, TX 75766

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3359**

**Nonpriority creditor's name and mailing address**

WESTLAKE ROYAL BP
29797 BECK RD
NICK AUGUSTINE
WIXOM, MI 48393

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3360**

**Nonpriority creditor's name and mailing address**

WESTLUND, ROBERT
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 133.92

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3361**

**Nonpriority creditor's name and mailing address**

WESTMINSTER PET
35 MARTIN ST
COLLEEN HUTCHINSON
CUMBERLAND, RI 02864

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (*if known*) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.336 2**

**Nonpriority creditor's name and mailing address**

WHEELING DC
100 DISTRIBUTION RD
JAMIE VAN VOORST
TRIADELPHIA, WV 26059

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.336 3**

**Nonpriority creditor's name and mailing address**

WHIRLEY INDUSTRIES
618 4TH AVE
GREG FLAGELLA
WARREN, PA 16365

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.336 4**

**Nonpriority creditor's name and mailing address**

WHOLESALE ELECTRIC SUPPLY CO INC
6320 YOUNG RD
LITTLE ROCK, AR 72209

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.336 5**

**Nonpriority creditor's name and mailing address**

WICHITA A C SUPPLY
1403 SCOTT AVE
WICHITA FALLS, TX 76301

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.336 6**

**Nonpriority creditor's name and mailing address**

WIELAND METAL SERVICES
5100 S ARCHIBALD AVE
KAIRA REIS
ONTARIO, CA 91762

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.336 7**

**Nonpriority creditor's name and mailing address**

WILCOR INTERNATIONAL INC
161 DRIVE IN RD
TONYA VANDRESAR
FRANKFORT, NY 13340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.336 8**

**Nonpriority creditor's name and mailing address**

WILLERT HOME PRODUCTS
PO BOX 2208
SARAH NEWSOME
% GEODIS
BRENTWOOD, TN 37024

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.336 9**

**Nonpriority creditor's name and mailing address**

WILLIAM D SORCI
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                          205.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.337 0**

**Nonpriority creditor's name and mailing address**

WILLIAM E CLARK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                           66.04

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.337 1**

**Nonpriority creditor's name and mailing address**

WILLIAM P ONLY JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                           70.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.337
2**

**Nonpriority creditor's name and mailing address**

WILLIAM R
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                                    Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.337
3**

**Nonpriority creditor's name and mailing address**

WILLIAM R SATHRE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                           24.33

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.337
4**

**Nonpriority creditor's name and mailing address**

WILLIAM TEVERE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                           78.97

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.337
5**

**Nonpriority creditor's name and mailing address**

WILLIAMSBURG WICKER
7422 RICHMOND RD
DARCIE SCHULTZ
WILLIAMSBURG, VA 23185

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                                    Undetermined

**Date or dates debt was incurred**          Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.337
6**

**Nonpriority creditor's name and mailing address**

WILLIE C LAWSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                           74.53

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.3377**

**Nonpriority creditor's name and mailing address**

WILLIE TOMASIK
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 22.25

---

**3.3378**

**Nonpriority creditor's name and mailing address**

WILLYGOAT.COM
861A BUTLER DR
LEAH ANDREA IPIL
MOBILE, AL 36693

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.3379**

**Nonpriority creditor's name and mailing address**

WILMAR CORP
PO BOX 88259
TUKWILA, WA 98138

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.3380**

**Nonpriority creditor's name and mailing address**

WILO CANADA
GLENN SOMERVILLE
925 30TH ST, NE BAY 8
CALGARY, AB T2A5L7
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☒ Yes

$ Undetermined

---

**3.3381**

**Nonpriority creditor's name and mailing address**

WILSON APPLIANCE
795 STATE ROUTE 3
AMBER SMITH
PLATTSBURGH, NY 12901

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

Debtor   Yellow Corporation

Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.**

Amount of claim

---

**3.338 2**

**Nonpriority creditor's name and mailing address**

WINDFALL INC.
WINDFALL INC.
1411 SE 47TH ST, SUITE 1
CAPE CORAL, FL 33904

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                              Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.338 3**

**Nonpriority creditor's name and mailing address**

WINES, DOUGLAS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                    209.28

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338 4**

**Nonpriority creditor's name and mailing address**

WING, JEFF
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

$                                      13.00

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338 5**

**Nonpriority creditor's name and mailing address**

WIZARD INDUSTRIES
4263 PHILLIPS AVE
JOSEPH JONES
BURNABY, BC V5A2X4
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                              Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338 6**

**Nonpriority creditor's name and mailing address**

WM BARR % HATFIELD & ASSOC.
5100 POPLAR AVE, STE 3119
MEMPHIS, TN 38137

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer Claim

$                              Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.338 7** **Nonpriority creditor's name and mailing address**

WM LAMPTRACKER % RYAN TRANSPOR
9350 METCALF AVE
KAYLIN BROOKS
OVERLAND PARK, KS 66212

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.338 8** **Nonpriority creditor's name and mailing address**

WOMEN IN MANUFACTURING
1800 E 63RD STREET
CLEVELAND, OH 44103

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.338 9** **Nonpriority creditor's name and mailing address**

WOODARD INCORPORATED
210 S DELANEY ST
DARCIE SCHULTZ
OWOSSO, MI 48867

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339 0** **Nonpriority creditor's name and mailing address**

WOODARD INCORPORATED
210 S DELANEY ST
OWOSSO, MI 48867

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.339 1** **Nonpriority creditor's name and mailing address**

WOODIE S SHEPARD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 2,419.50

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.339 2**

**Nonpriority creditor's name and mailing address**

WOODRUFF CORP
400 INDUSTRIAL PKWY
RICHMOND, IN 47374

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** Customer Claim

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☐ No
☑ Yes

---

**3.339 3**

**Nonpriority creditor's name and mailing address**

WORLD GUTTER SYSTEMS
1561 E 12TH ST
JAIME KERNER
ERIE, PA 16511

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339 4**

**Nonpriority creditor's name and mailing address**

WORLD WIDE TECHNOLOGY, INC.
P.O. BOX 957653
ST LOUIS, MO 63195

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$ 1,586.46

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339 5**

**Nonpriority creditor's name and mailing address**

WORLDWIDE DOOR COMPONENTS
19175 N DALE MABRY HWY
LUTZ, FL 33548

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.339 6**

**Nonpriority creditor's name and mailing address**

WORLDWIDE FREIGHT MANAGEMENT
20 S ELLERMAN RD
JENNA CZAJKOWSKI
LAKE ST LOUIS, MO 63367

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
| | Name | | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.3397**

**Nonpriority creditor's name and mailing address**

WORLDWIDE SAFE AND VAULT INCOR
3660 NW 115TH AVE
FRANKLYN RICHARDS
NEW SAFE SALES
MIAMI, FL 33178

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3398**

**Nonpriority creditor's name and mailing address**

WORLEE NATURAL PRODUCTS CANADA
750 RUE GOUGEON
KEVIE SOUSA
ST LAURENT, QC H4T4L5
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3399**

**Nonpriority creditor's name and mailing address**

WPI
2399 US 41 SW
SHANNON BURNS
CALHOUN, GA 30701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3400**

**Nonpriority creditor's name and mailing address**

WPP ACQUISITION LLC
35 MARTIN ST
COLLEEN HUTCHINSON
CUMBERLAND, RI 02864

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3401**

**Nonpriority creditor's name and mailing address**

WR GRACE
PO BOX 19749
% ODYSSEY LOGISTICS
CHARLOTTE, NC 28219

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page.**

**Amount of claim**

---

**3.340 2**

**Nonpriority creditor's name and mailing address**

WRIGHT, RICHARD JR
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

**Basis for the claim:** Simplified Employee Pension Plan Obligations (Non-Union): Undetermined

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.340 3**

**Nonpriority creditor's name and mailing address**

WUXI ADVANCED THERAPIES
4701 LEAGUE ISLAND BLVD
PHILADELPHIA, PA 19112

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.340 4**

**Nonpriority creditor's name and mailing address**

WWE C/O STENGEL BROS
2700 COMMERCE ST #1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.340 5**

**Nonpriority creditor's name and mailing address**

WWEX % ACD DISTRIBUTION - PA
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.340 6**

**Nonpriority creditor's name and mailing address**

WWEX % ACD DISTRIBUTORS
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

$ Undetermined

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.340 7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined

WWEX % ALPINE4U
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.340 8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined

WWEX % AMA CONTAINERS
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.340 9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined

WWEX % AMPAC ENTERPRISES
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.341 0** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined

WWEX % BELLS OF STEEL
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.341 1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $ | Undetermined

WWEX % BEST COB
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | Yellow Corporation | _Case number (if known)_ | 23-11069 (CTG) |
|--------|-------------------|------------------------|----------------|
| | Name | | |

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | **Amount of claim** |
|---|---|

---

**3.341 2**

**Nonpriority creditor's name and mailing address**

WWEX % BETTER LIFE TECHNOLOGY
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.341 3**

**Nonpriority creditor's name and mailing address**

WWEX % BLUEBIRD TURF
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.341 4**

**Nonpriority creditor's name and mailing address**

WWEX % BUFFERS USA
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.341 5**

**Nonpriority creditor's name and mailing address**

WWEX % BUILT RITE INDUSTRIES
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.341 6**

**Nonpriority creditor's name and mailing address**

WWEX % CFM DISTRIBUTORS
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
_Check all that apply._
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.341 7**

**Nonpriority creditor's name and mailing address**

WWEX % CHANNEL MANUFACTURING
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.341 8**

**Nonpriority creditor's name and mailing address**

WWEX % CHOICE BOOKS
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.341 9**

**Nonpriority creditor's name and mailing address**

WWEX % CLEAN REPUBLIC
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.342 0**

**Nonpriority creditor's name and mailing address**

WWEX % DEMELLO OFFROAD
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

---

**3.342 1**

**Nonpriority creditor's name and mailing address**

WWEX % E GLASS INDUSTRIES
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$  Undetermined

Debtor    Yellow Corporation
          Name                                                    Case number (if known)    23-11069 (CTG)

---

| **Part 2:** | **Additional Page** |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | **Amount of claim** |

---

**3.342 2**

**Nonpriority creditor's name and mailing address**

WWEX % ELEVEN
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.342 3**

**Nonpriority creditor's name and mailing address**

WWEX % FRIANT
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.342 4**

**Nonpriority creditor's name and mailing address**

WWEX % FRIANT - VA
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.342 5**

**Nonpriority creditor's name and mailing address**

WWEX % FURNART INTERNATIONAL L
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.342 6**

**Nonpriority creditor's name and mailing address**

WWEX % GALLAGHER TIRE
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.342 7**

**Nonpriority creditor's name and mailing address**

WWEX % GREENCHEM INDUSTRIES
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.342 8**

**Nonpriority creditor's name and mailing address**

WWEX % HOLLANDER GLASS TEXAS,
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.342 9**

**Nonpriority creditor's name and mailing address**

WWEX % IBG TRUCK PARTS
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.343 0**

**Nonpriority creditor's name and mailing address**

WWEX % ICERA USA
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.343 1**

**Nonpriority creditor's name and mailing address**

WWEX % IM DESIGN CONCEPTS
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor    Yellow Corporation                                    Case number (if known)    23-11069 (CTG)
          Name

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.343 2**

**Nonpriority creditor's name and mailing address**

WWEX % INNOVATIONS IN WALLCOVE
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.343 3**

**Nonpriority creditor's name and mailing address**

WWEX % INTERIORMARK LLC
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.343 4**

**Nonpriority creditor's name and mailing address**

WWEX % IWATANI CORPORATION OF
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.343 5**

**Nonpriority creditor's name and mailing address**

WWEX % JC GOLF ACCESSORIES
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.343 6**

**Nonpriority creditor's name and mailing address**

WWEX % KRAFT TYME INC.
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$    Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

---

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.343 7**

**Nonpriority creditor's name and mailing address**

WWEX % LA LUCKY IMPORT EXPORT
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.343 8**

**Nonpriority creditor's name and mailing address**

WWEX % LAROSA
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.343 9**

**Nonpriority creditor's name and mailing address**

WWEX % LEADER PAPER PRODUCTS
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.344 0**

**Nonpriority creditor's name and mailing address**

WWEX % LINKS UNLIMITED HEINEKE
2700 COMMERCE STREET, STE 1500
FREIGHT BILLING
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.344 1**

**Nonpriority creditor's name and mailing address**

WWEX % MARBLE TILE COLLECTION
2700 COMMERCE ST, 15TH FLOOR
ANNA DAVIDSON
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.344 2**

**Nonpriority creditor's name and mailing address**

WWEX % MARQ ENTERPRISES
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.344 3**

**Nonpriority creditor's name and mailing address**

WWEX % MAZAL GROUP
2700 COMMERCE ST, 15TH FLOOR
ANNA DAVIDSON
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.344 4**

**Nonpriority creditor's name and mailing address**

WWEX % MERRIMACK VALLEY PLASTI
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.344 5**

**Nonpriority creditor's name and mailing address**

WWEX % MID-STATES SERVICES
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

**3.344 6**

**Nonpriority creditor's name and mailing address**

WWEX % MR BULTS
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:**  **Additional Page**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.3447**

**Nonpriority creditor's name and mailing address**

WWEX % NCP INDUSTRIES
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3448**

**Nonpriority creditor's name and mailing address**

WWEX % NEW CABINET CO
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3449**

**Nonpriority creditor's name and mailing address**

WWEX % NOVILAND, INC.
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3450**

**Nonpriority creditor's name and mailing address**

WWEX % NUVO H2O
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3451**

**Nonpriority creditor's name and mailing address**

WWEX % O.BERK COMPANY
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
Name

Case number (if known)   23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.345 2** **Nonpriority creditor's name and mailing address**

WWEX % OTC LOGISTICS LLC
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.345 3** **Nonpriority creditor's name and mailing address**

WWEX % PETRASLATE TILE & STONE
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.345 4** **Nonpriority creditor's name and mailing address**

WWEX % POWERBLOCK
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.345 5** **Nonpriority creditor's name and mailing address**

WWEX % PRO FORM LABS - PO 3926
2700 COMMERCE ST, 15TH FLOOR
ANNA DAVIDSON
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.345 6** **Nonpriority creditor's name and mailing address**

WWEX % PROSOURCE WHOLESALE FLO
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|--------|--------------------|-----------------|----------|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.3457**

**Nonpriority creditor's name and mailing address**

WWEX % RKM FIREWORKS COMPANY
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3458**

**Nonpriority creditor's name and mailing address**

WWEX % ROYAL CONSUMER INFORMAT
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3459**

**Nonpriority creditor's name and mailing address**

WWEX % SALTWORKS
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3460**

**Nonpriority creditor's name and mailing address**

WWEX % SEACHROME
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.3461**

**Nonpriority creditor's name and mailing address**

WWEX % SHAH BROTHERS
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ Undetermined

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor   Yellow Corporation
         Name                                                    Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |
| --- | --- |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
| --- | --- |

**3.346 2**

**Nonpriority creditor's name and mailing address**

WWEX % SNUGZ USA
2700 COMMERCE ST, 15TH FLOOR
ANNA DAVIDSON
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.346 3**

**Nonpriority creditor's name and mailing address**

WWEX % SOUTHWESTERN
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.346 4**

**Nonpriority creditor's name and mailing address**

WWEX % SPIRAL MANUFACTURING
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.346 5**

**Nonpriority creditor's name and mailing address**

WWEX % STEVE GARLOCK EQUIPMENT
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.346 6**

**Nonpriority creditor's name and mailing address**

WWEX % SUNSHINE SUPPLY COMPANY
2700 COMMERCE ST, 15TH FLOOR
ANNA DAVIDSON
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$                              Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.346 7**

**Nonpriority creditor's name and mailing address**

WWEX % T T INDUSTRIES INC- ARI
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.346 8**

**Nonpriority creditor's name and mailing address**

WWEX % TACOMA PARTS CORPORATIO
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.346 9**

**Nonpriority creditor's name and mailing address**

WWEX % TAPIS CORPORATION
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.347 0**

**Nonpriority creditor's name and mailing address**

WWEX % TECH SERVICE PRODUCTS I
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.347 1**

**Nonpriority creditor's name and mailing address**

WWEX % TEMETAL RECYCLING INVES
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

| Part 2: | Additional Page |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |

**3.347 2** | **Nonpriority creditor's name and mailing address**

WWEX % THERMOSERV
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.347 3** | **Nonpriority creditor's name and mailing address**

WWEX % TIFFIN MOTOR HOMES, INC
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.347 4** | **Nonpriority creditor's name and mailing address**

WWEX % TIFFIN MOTORHOMES
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.347 5** | **Nonpriority creditor's name and mailing address**

WWEX % TOOLOTS
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

**3.347 6** | **Nonpriority creditor's name and mailing address**

WWEX % TOOLOTS, INC.
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$   Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: | Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.3477**

**Nonpriority creditor's name and mailing address**

WWEX % TRILLIUM US - AUSTIN AI
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.3478**

**Nonpriority creditor's name and mailing address**

WWEX % TRINIC LLC-IML
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.3479**

**Nonpriority creditor's name and mailing address**

WWEX % TRINITY
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.3480**

**Nonpriority creditor's name and mailing address**

WWEX % VAN AKEN INTERNATIONAL
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.3481**

**Nonpriority creditor's name and mailing address**

WWEX % VIRTUAL POLYMER COMPOUN
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.348 2**

**Nonpriority creditor's name and mailing address**

WWEX % WE CORK
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348 3**

**Nonpriority creditor's name and mailing address**

WWEX % WOOD KOTE
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348 4**

**Nonpriority creditor's name and mailing address**

WWEX % XLEAR, INC
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348 5**

**Nonpriority creditor's name and mailing address**

WWEX % ZOLTEK COMPANIES, INC.
2700 COMMERCE STREET, STE 1500
CHRISTOPHER FARRELL
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.348 6**

**Nonpriority creditor's name and mailing address**

WWEX C/O CENTURY SNACKS
2700 COMMERCE ST STE 1500
UNISHIPPERS
CLAIMS FILING
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.348 7**

**Nonpriority creditor's name and mailing address**

WWEX C/O DURHAM MANUFACTURING
2700 COMMERCE ST STE 1500
CLAIMS FILING
CLAIMS FILING
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.348 8**

**Nonpriority creditor's name and mailing address**

WWEX C/O FORD HOTEL SUPPLY
2700 COMMERCE ST STE 1500
WORLDWIDE EXPRESS
CLAIMS FILING
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.348 9**

**Nonpriority creditor's name and mailing address**

WWEX C/O MUNN WORK
2700 COMMERCE STREET 1500
CLAIMS FILING
CLAIMS FILING
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.349 0**

**Nonpriority creditor's name and mailing address**

WWEX C/O TIJUANA
2700 COMMERCE STREET 1500
CLAIMS FILING
CLAIMS FILING
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

**3.349 1**

**Nonpriority creditor's name and mailing address**

WWEX%ADORE FLOORS
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$     Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

---

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.349 2**

**Nonpriority creditor's name and mailing address**

WWEX%CBS NUTS
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.349 3**

**Nonpriority creditor's name and mailing address**

WWEX%CHEM BOYS
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.349 4**

**Nonpriority creditor's name and mailing address**

WWEX%DSI
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.349 5**

**Nonpriority creditor's name and mailing address**

WWEX%EASTERN INDUSTRIAL AUTOMA
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.349 6**

**Nonpriority creditor's name and mailing address**

WWEX%EZCHEM
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**      Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.3497**

**Nonpriority creditor's name and mailing address**

WWEX%FGV AMERICA, INC.
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.3498**

**Nonpriority creditor's name and mailing address**

WWEX%FRIANT
2700 COMMERCE ST STE 1500,
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.3499**

**Nonpriority creditor's name and mailing address**

WWEX%FRIANT - VA
2700 COMMERCE ST STE 1500,
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.3500**

**Nonpriority creditor's name and mailing address**

WWEX%G LIGHTING
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.3501**

**Nonpriority creditor's name and mailing address**

WWEX%HSI DURATEK
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

Debtor  Yellow Corporation
        Name

Case number *(if known)*  23-11069 (CTG)

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

---

**3.350 2**

**Nonpriority creditor's name and mailing address**

WWEX%ILMOR MARINE
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.350 3**

**Nonpriority creditor's name and mailing address**

WWEX%KOBELCO WELDING CHICAGO
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.350 4**

**Nonpriority creditor's name and mailing address**

WWEX%MEDSOURCE INTL
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.350 5**

**Nonpriority creditor's name and mailing address**

WWEX%NUTRACOM
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

**3.350 6**

**Nonpriority creditor's name and mailing address**

WWEX%NUVO H2O
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$    Undetermined

---

Debtor  Yellow Corporation
Name

Case number (if known)  23-11069 (CTG)

## Part 2:  Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

| 3.350 7 | **Nonpriority creditor's name and mailing address**<br><br>WWEX%OCTOTRIAD INDUSTRIES LLC<br>2700 COMMERCE STREET 1500<br>ERCILIA CANTARERO<br>DALLAS, TX 75226 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | $                      Undetermined |
|---|---|---|---|
|  | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.350 8 | **Nonpriority creditor's name and mailing address**<br><br>WWEX%POLAR KING INTERNATIONAL<br>2700 COMMERCE STREET 1500<br>ERCILIA CANTARERO<br>DALLAS, TX 75226 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | $                      Undetermined |
|---|---|---|---|
|  | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.350 9 | **Nonpriority creditor's name and mailing address**<br><br>WWEX%REPUBLIC FLOORING<br>2700 COMMERCE STREET 1500<br>ERCILIA CANTARERO<br>DALLAS, TX 75226 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | $                      Undetermined |
|---|---|---|---|
|  | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.351 0 | **Nonpriority creditor's name and mailing address**<br><br>WWEX%RF AGRICULTURE<br>2700 COMMERCE STREET 1500<br>ERCILIA CANTARERO<br>DALLAS, TX 75226 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | $                      Undetermined |
|---|---|---|---|
|  | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| 3.351 1 | **Nonpriority creditor's name and mailing address**<br><br>WWEX%SIGLER<br>2700 COMMERCE STREET 1500<br>ERCILIA CANTARERO<br>DALLAS, TX 75226 | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br><br>**Basis for the claim:**  Cargo Claims | $                      Undetermined |
|---|---|---|---|
|  | **Date or dates debt was incurred**   Undetermined<br><br>**Last 4 digits of account number** | **Is the claim subject to offset?**<br>☑ No<br>☐ Yes |  |

| Debtor | Yellow Corporation | Case number *(if known)* | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.351 2**

**Nonpriority creditor's name and mailing address**

WWEX%SNUGZ USA
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.351 3**

**Nonpriority creditor's name and mailing address**

WWEX%SOURCE - PORTLAND
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.351 4**

**Nonpriority creditor's name and mailing address**

WWEX%THE DURKIN COMPANY
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.351 5**

**Nonpriority creditor's name and mailing address**

WWEX%TOOLOTS, INC.
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.351 6**

**Nonpriority creditor's name and mailing address**

WWEX%TRINITY
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

$ _____ Undetermined

**Date or dates debt was incurred**  Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

Debtor   Yellow Corporation
         Name

Case number (if known)   23-11069 (CTG)

| **Part 2:** | **Additional Page** |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.351 7**

**Nonpriority creditor's name and mailing address**

WWEX%WILLIENT LLC
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.351 8**

**Nonpriority creditor's name and mailing address**

WWEX%WORLDWIDE FOAM
2700 COMMERCE STREET 1500
ERCILIA CANTARERO
DALLAS, TX 75226

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.351 9**

**Nonpriority creditor's name and mailing address**

WYATT G SWANSON
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

$                    15.21

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.352 0**

**Nonpriority creditor's name and mailing address**

WYNDHAM COLLECTION
1175 AVIATION PL
WYNDHAM COLLECTION
CLAIMS
SAN FERNANDO, CA 91340

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

**3.352 1**

**Nonpriority creditor's name and mailing address**

X5 COMPANY LLC
1345 NW 98TH CT UNIT 9
MIAMI, FL 33172

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Yellow Corporation
          Name                                                    Case number (if known)    23-11069 (CTG)

## Part 2:    Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.352 2**

**Nonpriority creditor's name and mailing address**

XODUS MEDICAL
204 MYLES
DAN EVANS
NEW KENSINGTON, PA 15068

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.352 3**

**Nonpriority creditor's name and mailing address**

XYLEM WATER SYSTEMS LLC USA
1 GOULDS DR
DAVID WRIGHT
AUBURN, NY 13021

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.352 4**

**Nonpriority creditor's name and mailing address**

YAKIMA C/O ECHO
600 W CHICAGO AVE
JACQUELINE CARRUTHERS
CHICAGO, IL 60654

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.352 5**

**Nonpriority creditor's name and mailing address**

YAMAHA MOTOR CORP
6555 KATELLA AVE
LOGISTICS
CYPRESS, CA 90630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

**3.352 6**

**Nonpriority creditor's name and mailing address**

YAMAHA MOTOR CORPORATION
6555 KATELLA AVE
DANIELA CASTILLO
CYPRESS, CA 90630

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**    Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                    Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.3527**

**Nonpriority creditor's name and mailing address**

YARN SOLUTIONS LLC
PO BOX 680647
CLEVE CHISENHALL
FORT PAYNE, AL 35968

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3528**

**Nonpriority creditor's name and mailing address**

YELLOW BLUE ECOTECH
1800 HIGHLAND SHORES BLVD
MORGAN COX
HIGHLAND VILLAGE, TX 75077

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3529**

**Nonpriority creditor's name and mailing address**

YELLOW LOGISTICS
5200 W 110TH ST
LISA FINNIE
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ Undetermined

---

**3.3530**

**Nonpriority creditor's name and mailing address**

YELLOW LOGISTICS, INC.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 14,325,131.70

---

**3.3531**

**Nonpriority creditor's name and mailing address**

YEUNG, TING YE
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$ 58.95

---

Debtor   Yellow Corporation                                                    Case number (if known)   23-11069 (CTG)
         Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.353 2** | **Nonpriority creditor's name and mailing address**

YNVISION
311 MILLBURN AVE
MILLBURN, NJ 07041

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.353 3** | **Nonpriority creditor's name and mailing address**

YORK MANUFACTURING
43 COMMUNITY DR
SHELLY PATCH
SANFORD, ME 04073

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.353 4** | **Nonpriority creditor's name and mailing address**

YOUNG LIFE LOST CANYON
1450 S PERKINSVILLE RD
BENSON E.
WILLIAMS, AZ 86046

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.353 5** | **Nonpriority creditor's name and mailing address**

YRC
6140 CENTRAL CHURCH
% INDUSTRIAL TRANSPORTATION CONSULT
DOUGLASVILLE, GA 30135

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.353 6** | **Nonpriority creditor's name and mailing address**

YRC ASSOCIATION SOLUTIONS, INC.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$                    3,055,276.06

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.3537**

**Nonpriority creditor's name and mailing address**

YRC FREIGHT CANADA COMPANY
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 61,627,301.21

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3538**

**Nonpriority creditor's name and mailing address**

YRC INC.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 1,207,312,095.29

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3539**

**Nonpriority creditor's name and mailing address**

YRC INTERNATIONAL INVESTMENTS, INC.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 94,610,809.51

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3540**

**Nonpriority creditor's name and mailing address**

YRC LOGISTICS SERVICES, INC.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 8,113,859.82

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.3541**

**Nonpriority creditor's name and mailing address**

YRC REGIONAL TRANSPORTATION, INC.
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Intercompany Payable

$ 1,432,062,728.90

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor  Yellow Corporation          Case number (if known)  23-11069 (CTG)
        Name

## Part 2:   Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.354 2**

**Nonpriority creditor's name and mailing address**

YSS FOODS CORP
30 MAIN ST
SONAL KHAKHAR
ASHLAND, MA 01721

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                            Undetermined

---

**3.354 3**

**Nonpriority creditor's name and mailing address**

YUASA BATTERY INC
2901 MONTROSE AVE
LAURELDALE, PA 19605

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                            Undetermined

---

**3.354 4**

**Nonpriority creditor's name and mailing address**

YUSEN LOGISTICS AMERICAS
300 LIGHTING WAY 5TH FLOOR
LISA GELVIN
SECAUCUS, NJ 07094

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**  Cargo Claims

**Date or dates debt was incurred**   Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                            Undetermined

---

**3.354 5**

**Nonpriority creditor's name and mailing address**

ZACH D SIMMONS
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                            115.00

---

**3.354 6**

**Nonpriority creditor's name and mailing address**

ZACHARY J ZIMMER
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

$                            61.61

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

---

**3.354 7**

**Nonpriority creditor's name and mailing address**

ZAKIYYAH A MCCLOUD
ADDRESS ON FILE

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 159.00

---

**3.354 8**

**Nonpriority creditor's name and mailing address**

ZEHNDER AMERICA
310 MAIN AVENUE WAY SE
CINDY SPICER
HICKORY, NC 28602

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.354 9**

**Nonpriority creditor's name and mailing address**

ZELLO INC
P.O. BOX 735935
DALLAS, TX 75373

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Trade Payable

**Date or dates debt was incurred**

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ 109,733.36

---

**3.355 0**

**Nonpriority creditor's name and mailing address**

ZEOTEC LTD
9643 62 AVE NW
MIKE DELA CRUZ
EDMONTON, AB T6E0E1
CANADA

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

**3.355 1**

**Nonpriority creditor's name and mailing address**

ZIP TRUCK SERVICES
6940 NW 12TH ST
ABRAHAM MARTINEZ
MIAMI, FL 33126

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** Cargo Claims

**Date or dates debt was incurred** Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☒ No
☐ Yes

$ Undetermined

---

| Debtor | Yellow Corporation | Case number (if known) | 23-11069 (CTG) |
|--------|--------------------|-----|-----|
| | Name | | |

## Part 2: Additional Page

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill it out or submit this page. | Amount of claim |
|---|---|

**3.355 2**

**Nonpriority creditor's name and mailing address**

ZIPPO MFG CO
401 CONGRESS ST
HEATHER WATSON
BRADFORD, PA 16701

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.355 3**

**Nonpriority creditor's name and mailing address**

ZIWI PEAK
10985 CODY ST #110
OVERLAND PARK, KS 66210

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.355 4**

**Nonpriority creditor's name and mailing address**

ZURN INDUSTRIES
511 FRESHWATER
THERESA WHITE
LOGISTICS / TRANSPORTATION
MILWAUKEE, WI 53204

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.355 5**

**Nonpriority creditor's name and mailing address**

ZURN INDUSTRIES INC
1350 TROUPE RD BLDG 1
THERESA WHITE
HARBORCREEK, PA 16421

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.355 6**

**Nonpriority creditor's name and mailing address**

ZURN WILKINS - 161
1747 COMMERCE WAY
THERESA WHITE
PASO ROBLES, CA 93446

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** Cargo Claims

$                    Undetermined

**Date or dates debt was incurred**     Undetermined

**Last 4 digits of account number**

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | Yellow Corporation | Case number (If known): | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.  Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | | Line ___<br>☐ Not listed.  Explain | |
| 4.2 | | Line ___<br>☐ Not listed.  Explain | |
| 4.3 | | Line ___<br>☐ Not listed.  Explain | |
| 4.4 | | Line ___<br>☐ Not listed.  Explain | |
| 4.5 | | Line ___<br>☐ Not listed.  Explain | |
| 4.6 | | Line ___<br>☐ Not listed.  Explain | |
| 4.7 | | Line ___<br>☐ Not listed.  Explain | |
| 4.8 | | Line ___<br>☐ Not listed.  Explain | |
| 4.9 | | Line ___<br>☐ Not listed.  Explain | |

Debtor    Yellow Corporation
          Name

Case number (if known)    23-11069 (CTG)

---

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a.  **Total claims from Part 1** | 5a. | $                    113,936.23 |
| 5b.  **Total claims from Part 2** | 5b.  **+** | $              3,817,360,251.36 |
| | | + Undetermined Amounts |
| 5c.  **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $              3,817,474,187.59 |
| | | + Undetermined Amounts |

---

**Fill in this information to identify the case:**

Debtor name: Yellow Corporation

United States Bankruptcy Court for the: District of Delaware

Case number (If known): 23-11069 (CTG)

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 01/01/2022 | A PERFECT START DECORATING EXPOSITION 2306 E 10TH ST AUSTIN, TX 78702 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 04/08/2021 | ADVANCED EXPOSITION SERVICES 3770 ZIP INDUSTRIAL SE BLVD ATLANTA, GA 30354 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/19/2023 | ADVANCED RECORDS MANAGEMENT INC 13700 WATER TOWER CIR PLYMOUTH, MN 55441 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/19/2023 | ADVANCED RECORDS MANAGEMENT INC 13700 WATER TOWER CIR PLYMOUTH, MN 55441 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED 01/19/2023 | ADVANCED RECORDS MANAGEMENT INC 13700 WATER TOWER CIR PLYMOUTH, MN 55441 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Yellow Corporation
Name

Case number (if known):    23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.6** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT AGREEMENT DATED 01/31/2023<br><br>ADVANCED RECORDS MANAGEMENT INC<br>13700 WATER TOWER CIR<br>PLYMOUTH, MN 55441 |
| **2.7** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 06/17/2008<br><br>ALG WORLDWIDE LOGISTICS<br>220 W  VICTORIA ST<br>RANCHO DOMINGUEZ, CA 90220 |
| **2.8** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 11/1/2021<br><br>ALIUS HEALTH, LLC<br>63 COMMERCE PARK DRIVE<br>WESTERVILLE, OH 43082 |
| **2.9** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 06/01/2023<br><br>ALLIANCE EXPO<br>200 E MARKET ST<br>SAN ANTONIO, TX 78205 |
| **2.10** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 04/17/2008<br><br>ALLIANCE FOR ILLINOIS MANUFACTURING<br>8420 W BRYN MAWR AVE<br>CHICAGO, IL 60631 |
| **2.11** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 10/01/2022<br><br>ALVARIA INC<br>5 TECHNOLOGY PARK DRIVE, SUITE 9<br>WESTFORD, MA 01886 |
| **2.12** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 10/01/2022<br><br>ALVARIA INC<br>5 TECHNOLOGY PARK DRIVE, SUITE 9<br>WESTFORD, MA 01886 |

Debtor  Yellow Corporation

Name

Case number (if known):   23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 10/01/2022 | ALVARIA INC<br>5 TECHNOLOGY PARK DRIVE, SUITE 9<br>WESTFORD, MA 01886 |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 05/23/2007 | AMERICAN BUS ASSOCIATION<br>111 K NE ST<br>WASHINGTON, DC 20002 |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 05/26/2021 | AMERICAN EXPOSITION SERVICES<br>1500 W  RIALTO AVE<br>SAN BERNARDINO, CA 92410 |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 05/08/2009 | AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS (ASCAP)<br>2675 PACES FERRY ROAD, SE<br>SUITE 350<br>ATLANTA, GA 30339 |
| 2.17 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 10/01/1997 | AMSTED INDUSTRIES<br>111 S WACKER DR. SUITE 4400<br>CHICAGO, IL 60606 |
| 2.18 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 12/16/2021 | ARATA EXPOSITIONS INC<br>2500 E  2ND ST<br>RENO, NV 89502 |
| 2.19 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/01/2022 | ARTMRKT PRODUCTIONS<br>11315 NW 36TH TER<br>DORAL, FL 33178 |

| Debtor | Yellow Corporation | | Case number (if known): | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.20 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT AGREEMENT DATED 11/08/2022<br><br>ASSETWORKS INC<br>998 OLD EAGLE ROAD #1215<br>WAYNE, PA 19087 |
| 2.21 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/01/2022<br><br>AUDIE EXPO<br>4636 L B MCLEOD RD<br>ORLANDO, FL 32811 |
| 2.22 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 03/28/2007<br><br>BATTERY COUNCIL INTERNATIONAL<br>330 N WABASH AVE, SUITE 2000<br>CHICAGO, IL 60611 |
| 2.23 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>BAYARD ADVERTISING AGENCY<br>CREDIT & COLLECTION DEPARTMENT, 1430 BROADWAY 20TH FLOOR<br>NEW YORK, NY 10018 |
| 2.24 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/01/2022<br><br>BENCHMARK EXPO<br>2109 BOTTS DR<br>ARLINGTON, TX 76012 |
| 2.25 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 10/01/2020<br><br>BEST BUY<br>15445 COLLECTIONS CENTER DR<br>CHICAGO, IL 60693 |
| 2.26 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | PROFESSIONAL SERVICES AGREEMENT DATED 03/24/2020<br><br>BGR Group<br>601 Thirteenth Street NW<br>Washington, DC 20005 |

| Debtor | Yellow Corporation | Case number (if known): 23-11069 (CTG) |
|---|---|---|
| | Name | |

| | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** | |
|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| **2.27** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/2022 | BLUE1 ENERGY EQUIPMENT 3040 WHITE HORSE RD GREENVILLE, SC 29611 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.28** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 10/01/2022 | BLUE1 ENERGY EQUIPMENT 3040 WHITE HORSE RD GREENVILLE, SC 29611 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.29** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 10/01/2022 | BLUE1 ENERGY EQUIPMENT 3040 WHITE HORSE RD GREENVILLE, SC 29611 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.30** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/2022 | BLUE1 ENERGY EQUIPMENT 3040 WHITE HORSE RD GREENVILLE, SC 29611 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.31** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/2022 | BLUE1 ENERGY EQUIPMENT 3040 WHITE HORSE RD GREENVILLE, SC 29611 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.32** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/01/2022 | BLUE1 ENERGY EQUIPMENT 3040 WHITE HORSE RD GREENVILLE, SC 29611 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |
| **2.33** | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 12/01/2022 | BLUE1 ENERGY EQUIPMENT 3040 WHITE HORSE RD GREENVILLE, SC 29611 |
| | **State the term remaining** | |
| | **List the contract number of any government contract** | |

Debtor    Yellow Corporation
          Name

Case number (if known):    23-11069 (CTG)

### Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.34 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 10/01/2022 | BLUE1 ENERGY EQUIPMENT<br>3040 WHITE HORSE RD<br>GREENVILLE, SC 29611 |
| 2.35 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 12/01/2022 | BLUE1 ENERGY EQUIPMENT<br>3040 WHITE HORSE RD<br>GREENVILLE, SC 29611 |
| 2.36 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 10/01/2020 | BRIDGESTONE BANDAG<br>PO BOX 247<br>LA VERGNE, TN 37086 |
| 2.37 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/01/2010 | BROADCAST MUSIC, INC. (BMI)<br>10 MUSIC SQUARE EAST<br>NASHVILLE, TN 37203 |
| 2.38 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 06/22/2007 | BROUSSARD LOGISITCS<br>5151 KATY FWY<br>HOUSTON, TX 77007 |
| 2.39 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | BSWIFT LLC<br>10 S. RIVERSIDE PLAZA, STE. 1100<br>CHICAGO, IL 60606 |
| 2.40 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 07/27/2007 | BUILDING SERVICE CONTRACTORS<br>330 N WABASH AVE STE 2000<br>CHICAGO, IL 60611 |

Debtor    Yellow Corporation
          Name

Case number (if known):  23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Customer Agreement Dated 08/01/2006 | CALIFORNIA MANUFACTURERS AND TECHNOLOGY<br>1121 L ST<br>SACRAMENTO, CA 95814 |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Customer Agreement Dated 04/01/2021 | CAPITAL CONVENTION<br>181 BOSTON POST W  RD<br>MARLBOROUGH, MA 01752 |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Customer Agreement Dated 07/01/2023 | CAPTIAL TRANSPORTATION SERVICES<br>7 WALL ST<br>WINDHAM, NH 03087 |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Customer Agreement Dated 01/01/2022 | CARDEN CONVENTION SERVIES<br>4225 AVOCADO AVE<br>LA MESA, CA 91941 7125 |
| 2.45 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Customer Agreement Dated 06/09/2008 | CHASE<br>14212 COUNTY ROAD M50<br>MONTPELIER, OH 43543 |
| 2.46 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Customer Agreement Dated 07/15/2023 | CHEVRON CHEMICAL<br>CHEMICAL ROW<br>ORANGE, TX 77630 |
| 2.47 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 04/01/2023 | CHEVRON PRODUCTS COMPANY<br>6001 BOLINGER CANYON ROAD<br>SAN RAMON, CA 94583 |

| Debtor | Yellow Corporation | Case number (if known): 23-11069 (CTG) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.48 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED 04/01/2023 | CHEVRON PRODUCTS COMPANY 6001 BOLINGER CANYON ROAD SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.49 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 04/01/2023 | CHEVRON PRODUCTS COMPANY 6001 BOLINGER CANYON ROAD SAN RAMON, CA 94583 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.50 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 04/12/2019 | CHEWY.COM ATTN: JENNY LYON ACCOUNTS RECEIVABLE PO BOX 936874 ATLANTA, GA 31193 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.51 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 06/01/2022 | CHROM EXPO SERVICES 1134 STINSON BLVD MINNEAPOLIS, MN 55413 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.52 | State what the contract or lease is for and the nature of the debtor's interest | CASH PLEDGE AGREEMENT (CASH MANAGEMENT SERVICES) DATED 06/20/2023 | Citizens Bank, N.A. One Citizens Plaza Providence, RI 02903 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.53 | State what the contract or lease is for and the nature of the debtor's interest | COMMERCIAL CARD PROGRAM AGREEMENT DATED 09/22/2017 | Citizens Bank, N.A. PO BOX 18290 Bridgeport, CT 06601-8290 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.54 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/30/2023 | CITIZENS BANK, NATIONAL ASSOCIATION ONE CITIZENS PLAZA PROVIDENCE, RI 02903 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Yellow Corporation                                                Case number (if known):    23-11069 (CTG)
              Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | |
|---|---|---|
| **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |

| 2.55 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/30/2023 | CITIZENS BANK, NATIONAL ASSOCIATION ONE CITIZENS PLAZA PROVIDENCE, RI 02903 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.56 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 06/30/2023 | CITIZENS BANK, NATIONAL ASSOCIATION ONE CITIZENS PLAZA PROVIDENCE, RI 02903 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.57 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 07/01/2021 | CLASSIC EXPO 5600 JEFFERSON HWY NEW ORLEANS, LA 70123 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.58 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/24/2023 | COLDIRON FUEL, INC. 2000 COLLEGE AVE, ELMIRA, NY 14901 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.59 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 05/24/2023 | COLDIRON FUEL, INC. 2000 COLLEGE AVE, ELMIRA, NY 14901 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.60 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 05/24/2023 | COLDIRON FUEL, INC. 2000 COLLEGE AVE, ELMIRA, NY 14901 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.61 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 08/01/2008 | COLGATE PALMOLIVE ATTN: DONA VIDAL CARGO CLAIMS PO BOX 518 LOWELL, AR 72745 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Yellow Corporation | | Case number (if known): | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.62 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 11/01/2016 | COLUMBUS MCKINNON<br>9415 PIONEER AVE<br>CHARLOTTE, NC 28273 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.63 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 09/20/2008 | CONAGRA<br>PO BOX 982193<br>EL PASO, TX 79998 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.64 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 07/29/1998 | CONAIR CORPORATION<br>PO BOX 2259<br>CORONA, CA 92878 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.65 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | CONFERENCE BOARD<br>C\O DEVAN RILEY<br>ACCOUNTS RECEIVABLE 845 THIRD AVENUE<br>NEW YORK, NY 10022 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.66 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/21/2023 | CONRAD & BISCHOFF, INC.<br>2251 N HOLMES AVE<br>IDAHO FALLS,, ID 83401 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.67 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 03/21/2023 | CONRAD & BISCHOFF, INC.<br>2251 N HOLMES AVE<br>IDAHO FALLS,, ID 83401 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.68 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 03/21/2023 | CONRAD & BISCHOFF, INC.<br>2251 N HOLMES AVE<br>IDAHO FALLS,, ID 83401 |
|---|---|---|---|
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Yellow Corporation | Case number (if known): 23-11069 (CTG) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.69 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 01/01/2022 | CONVENTION DISPLAY SERVICE 1040 S  RACEWAY RD GREENVILLE, MS 38703 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.70 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 06/01/2021 | CONVENTION EXPO MANAGMENT SERVICES 5201 AVENUE G AUSTIN, TX 78751-2023 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.71 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 07/01/2008 | COPYRIGHT CLEARANCE CENTER (CCC) 222 ROSEWOOD DRIVE DANVERS, MA 01923 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.72 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | CORBIN ADVISORS LLC 270 FARMINGTON AVE SUITE 260 FARMINGTON, CT 06032 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.73 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 06/01/2021 | CORPORATE COMMUNICATIONS 4030 HARRY HINES BLVD DALLAS, TX 75219 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.74 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 09/25/2001 | CORPORATE MANAGEMENT GROUP 1501 W 124TH AVE STE 500 DENVER, CO 80234-1729 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.75 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 07/11/2007 | COTY 350 5TH AVE NEW YORK, NY 10118 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Yellow Corporation | | Case number (if known): | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.76** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 06/01/2021<br><br>CROSS CONNECT CUSTOMS<br>14 RAYBECK CT<br>BRAMPTON, ON L6Y0K1<br>CANADA |
| **2.77** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/01/2022<br><br>CSD EXPO<br>3789 GROVEPORT RD<br>COLUMBUS, OH 43207 |
| **2.78** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 07/01/2021<br><br>CSS CONVENTION SERVICES SOUTHWEST<br>1921 BELLAMAH AVE. N.W.<br>ALBUQUERQUE, NM 87104 |
| State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | CT CORP<br>PO BOX 4349<br>CAROL STREAM, IL 60197 |
| **2.80** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 05/16/2021<br><br>CURTIN CONVENTION<br>55 CYRIL MAGNIN ST<br>SAN FRANCISCO, CA 94102 |
| **2.81** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 08/01/2019<br><br>DANAHER<br>25A ABE VORHEES DR<br>MANASQUAN, NJ 08736 |
| **2.82** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 07/01/2016<br><br>DANAHER BUSINESS SYSTEM<br>2200 PENNSYLVANIA AVE NW STE 800W<br>WASHINGTON, DC 20037 |

| Debtor | Yellow Corporation | | Case number (if known): 23-11069 (CTG) |
|--------|--------------------|--|--------------------------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.83 | State what the contract or lease is for and the nature of the debtor's interest | IT AGREEMENT DATED 08/02/2022 | DATASHIELD AN ADT COMPANY<br>1475 NORTH SCOTTSDALE ROAD, STE 410<br>SCOTTSDALE, AZ 85259 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.84 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 01/01/2022 | DAVIDSON & SONS<br>1188 W. GEORGIA ST<br>VANCOUVER, BC V6E 4A2<br>CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.85 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 05/22/2009 | DEERE AND COMPANY<br>1215 HYLAND AVE<br>KAUKAUNA, WI 54130 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.86 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 08/01/2021 | DEMERS EXPO AND EVENT SERVICES<br>401 JEFFERSON AVE<br>TOLEDO, OH 43604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.87 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/06/2023 | DENVER PROPANE EXCHANGE LLC<br>3801 E 56TH AVE<br>PO BOX 807<br>COMMERCE CITY, CO 80037 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.88 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED 06/06/2023 | DENVER PROPANE EXCHANGE LLC<br>3801 E 56TH AVE<br>PO BOX 807<br>COMMERCE CITY, CO 80037 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.89 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 06/06/2023 | DENVER PROPANE EXCHANGE LLC<br>3801 E 56TH AVE<br>PO BOX 807<br>COMMERCE CITY, CO 80037 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Yellow Corporation | Case number (if known): 23-11069 (CTG) |
|---|---|---|
| | Name | |

███ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.90 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/04/2020 | DESCARTES<br>120 RANDALL DRIVE<br>WATERLOO, ON N2V 1C6<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.91 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 02/04/2020 | DESCARTES<br>120 RANDALL DRIVE<br>WATERLOO, ON N2V 1C6<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.92 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 02/04/2020 | DESCARTES<br>120 RANDALL DRIVE<br>WATERLOO, ON N2V 1C6<br>CANADA |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.93 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 02/01/2020 | DETROIT<br>8475 COMMERCE DR PLT 2<br>CAMBRIDGE, OH 43725 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.94 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 02/01/2020 | DETROIT DIESEL<br>8475 COMMERCE DR PLT 2<br>CAMBRIDGE, OH 43725 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.95 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | DEVELOPMENT DIMENSIONS INTERNATIONAL INC<br>PO BOX 780470<br>PHILADELPHIA, PA 19178 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| 2.96 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 11/01/2017 | DIAMOND MANAGEMENT GROUP<br>10117 RESIDENCY RD<br>MANASSAS, VA 20110 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Yellow Corporation
         Name

Case number (if known):   23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.97** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | DIRECTEMPLOYERS<br>7602 WOODLAND DRIVE, SUITE 200<br>INDIANAPOLIS, IN 46278 |
| **2.98** State what the contract or lease is for and the nature of the debtor's interest — Customer Agreement Dated 03/01/2004<br><br>State the term remaining<br><br>List the contract number of any government contract | DM TRANSPORTATION MANAGEMENT<br>740 S READING AVE<br>BOYERTOWN, PA 19512 |
| **2.99** State what the contract or lease is for and the nature of the debtor's interest — Customer Agreement Dated 12/16/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | DOLLAR TREE DISTRIBUTION INC<br>99 INTERNATIONAL DR<br>WINDSOR, CT 06095 |
| **2.100** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICES AGREEMENT DATED 04/15/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | DSI DIGITAL SYSTEMS INSTALLATION LLC<br>3319 LINCOLN AVENUE<br>OGDEN, UT 884401 |
| **2.101** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | EAB GLOBAL INC (Seramount)<br>PO BOX 603519<br>CHARLOTTE, NC 28260 |
| **2.102** State what the contract or lease is for and the nature of the debtor's interest — Customer Agreement Dated 06/01/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | EATON<br>7945 WALLACE RD<br>EDEN PRAIRIE, MN 55344 |
| **2.103** State what the contract or lease is for and the nature of the debtor's interest — Customer Agreement Dated 03/21/2008<br><br>State the term remaining<br><br>List the contract number of any government contract | ECHO GLOBAL<br>25572 NERWORK PLACE<br>CHICAGO, IL 60673 |

| Debtor | Yellow Corporation | Case number (if known): 23-11069 (CTG) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.104 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 02/09/2023 | EDWARDS PERFORMANCE SOLUTIONS<br>10980 GRANTCHESTER WAY, SUITE 300<br>COLUMBIA, MD 21044 |
| 2.105 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 02/23/2023 | EDWARDS PERFORMANCE SOLUTIONS<br>10980 GRANTCHESTER WAY, SUITE 300<br>COLUMBIA, MD 21044 |
| 2.106 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 02/09/2023 | EDWARDS PERFORMANCE SOLUTIONS<br>10980 GRANTCHESTER WAY, SUITE 300<br>COLUMBIA, MD 21044 |
| 2.107 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT DATED 02/09/2023 | EDWARDS PERFORMANCE SOLUTIONS<br>10980 GRANTCHESTER WAY, SUITE 300<br>COLUMBIA, MD 21044 |
| 2.108 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT DATED 02/23/2023 | EDWARDS PERFORMANCE SOLUTIONS<br>10980 GRANTCHESTER WAY, SUITE 300<br>COLUMBIA, MD 21044 |
| 2.109 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 02/23/2023 | EDWARDS PERFORMANCE SOLUTIONS<br>10980 GRANTCHESTER WAY, SUITE 300<br>COLUMBIA, MD 21044 |
| 2.110 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Customer Agreement Dated 11/22/2022 | EMERSON ELECTRIC<br>8000 W FLORISSANT AVE<br>SAINT LOUIS, MO 63136 |

| Debtor | Yellow Corporation | Case number (if known): | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.111** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>EMPLOYMENT ADVISORY SERVICES INC<br>1501 M STREET NW, SUITE 1000<br>WASHINGTON, DC 20005 |
| **2.112** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 04/10/2011<br><br>ENGLAND LOGISTICS<br>PO BOX 27247<br>SALT LAKE CITY, UT 84127 |
| **2.113** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>ENHANCED SALES POTENTIAL LLC<br>1010 COVES PHEASANT COURT<br>CANDLER, NC 28715 |
| **2.114** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/28/2022<br><br>EQUINIX INC<br>ONE LAGOON DRIVE, 4TH FLOOR<br>REDWOOD CITY, CA 94065 |
| **2.115** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/28/2022<br><br>EQUINIX INC<br>ONE LAGOON DRIVE, 4TH FLOOR<br>REDWOOD CITY, CA 94065 |
| **2.116** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/21/2022<br><br>EQUINIX INC<br>ONE LAGOON DRIVE, 4TH FLOOR<br>REDWOOD CITY, CA 94065 |
| **2.117** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 07/28/2022<br><br>EQUINIX INC<br>ONE LAGOON DRIVE, 4TH FLOOR<br>REDWOOD CITY, CA 94065 |

| Debtor | Yellow Corporation | Case number (if known): 23-11069 (CTG) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.118 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 07/21/2022 | EQUINIX INC<br>ONE LAGOON DRIVE, 4TH FLOOR<br>REDWOOD CITY, CA 94065 |
| 2.119 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/21/2022 | EQUINIX INC<br>ONE LAGOON DRIVE, 4TH FLOOR<br>REDWOOD CITY, CA 94065 |
| 2.120 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT | eSCREEN INC<br>7500 WEST 110TH ST<br>OVERLAND PARK, KS 66210 |
| 2.121 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/27/2003 | ETHICS POINT<br>12725 SW 66TH AVE<br>SUITE 107<br>PORTLAND, OR 97223 |
| 2.122 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 06/01/2023 | EVANS TRANSPORTATION<br>400 WELLS STREET SUITE 200<br>DELAFIELD, WI 53018 |
| 2.123 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 08/01/2021 | EXHIBIT SERVICES INC<br>4545 TRANSPORT DR<br>TAMPA, FL 33605 |
| 2.124 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 12/31/2022 | EXPO PLUS<br>1055 RESEARCH CENTER DR<br>ATLANTA, GA 30331 |

| Debtor | Yellow Corporation | Case number (if known): | 23-11069 (CTG) |
|--------|--------------------|-----------------------|----------------|
| | Name | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|------------------------------------------|---------------------------------------------------------------------------------------------------------------------------|
| **2.125** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 08/01/2016<br><br>FAMILY DOLLAR STORES<br>1327 N  DALLAS AVE<br>LANCASTER, TX 75134 |
| **2.126** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 07/01/2005<br><br>FARRIER INDUSTRY ASSOCIATION<br>403 AXMINSTER DR<br>FENTON, MO 63026 |
| **2.127** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/01/2023<br><br>FASTENAL COMPANY LTD<br>2001 THEURER BLVD<br>WINONA, MN 55987 |
| **2.128** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/01/2023<br><br>FASTENAL COMPANY LTD<br>2001 THEURER BLVD<br>WINONA, MN 55987 |
| **2.129** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/01/2023<br><br>FASTENAL COMPANY LTD<br>2001 THEURER BLVD<br>WINONA, MN 55987 |
| **2.130** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 01/01/2023<br><br>FASTENAL COMPANY LTD<br>2001 THEURER BLVD<br>WINONA, MN 55987 |
| **2.131** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/01/2023<br><br>FASTENAL COMPANY LTD<br>2001 THEURER BLVD<br>WINONA, MN 55987 |

Debtor   Yellow Corporation

Name

Case number (if known):   23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.132 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 01/01/2023<br><br>FASTENAL COMPANY LTD<br>2001 THEURER BLVD<br>WINONA, MN 55987 |
| 2.133 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 08/12/2009<br><br>FEDEX SUPPLY CHAIN SERVICES<br>65 WINDHAM BLVD<br>AIKEN, SC 29805 |
| 2.134 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/01/2023<br><br>FERN EXPOSITIION SERVICES<br>645 LINN ST<br>CINCINNATI, OH 45203 |
| 2.135 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>FIDELITY INVESTMENTS INSTITUTIONAL OPERATIONS COMPANY, INC.<br>OPERATIONS CO INC (ACCT # 5956927), PO BOX 73307<br>CHICAGO, IL 60673 |
| 2.136 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>FIRST ADVANTAGE BACKGROUND SERVICES CORP<br>1 CONCOURSE PARKWAY NE, SUITE 200<br>ATLANTA, GA 30328 |
| 2.137 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/01/2018<br><br>FLEX-N-GATE VENTRA<br>300 GIBRALTAR RD<br>VAUGHAN, ON L4H4W7<br>CANADA |
| 2.138 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 09/05/2017<br><br>FORD MOTOR<br>777 REPUBLIC DR<br>ALLEN PARK, MI 48101 |

Debtor   Yellow Corporation
Name

Case number (if known): 23-11069 (CTG)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.139** **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 08/14/2017 |
| | FSL GROUP PO BOX 405 STOCKBRIDGE, GA 30281 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.140** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 06/09/2023 |
| | FUTUREFEED 936 FELL STREET BALTIMORE, MD 21231 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.141** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/09/2023 |
| | FUTUREFEED 936 FELL STREET BALTIMORE, MD 21231 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.142** **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 06/09/2023 |
| | FUTUREFEED 936 FELL STREET BALTIMORE, MD 21231 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.143** **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 04/15/2021 |
| | GENERAL EXPOSITION SERVICES 100 STATION AVE OAKS, PA 19456 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.144** **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 04/18/2011 |
| | GEORGIA PACIFIC ATTN: MINDY BERGER 1919 S BROADWAY GREEN BAY, WI 54304-1523 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |
| **2.145** **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 09/01/2009 |
| | GLOBAL TRANZ PO BOX 6348 SCOTTSDALE, AZ 85261 |
| **State the term remaining** | |
| **List the contract number of any government contract** | |

Debtor   Yellow Corporation
Name

Case number (if known): 23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.146 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> Customer Agreement Dated 07/25/2016 | GOODYEAR TIRE <br> ATTN: KIMBERLY HOLMES <br> ATTN: KIM HOLMES HQ-4660 <br> 200 INNOVATION WAY <br> AKRON, OH 44316 |
| 2.147 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> Customer Agreement Dated 03/23/1995 | GRAYBAR ELECTRIC <br> 3350 W EARLL DRIVE <br> PHOENIX, AZ 85017 |
| 2.148 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> Customer Agreement Dated 12/01/2022 | GULF COAST EXPOSITIONAS <br> 8432 SUNSTATE ST <br> TAMPA, FL 33634 |
| 2.149 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> Customer Agreement Dated 11/19/2007 | HD SUPPLY <br> 3400 CUMBERLAND BLVD <br> ATLANTA, GA 30339 |
| 2.150 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> Customer Agreement Dated 01/01/2022 | HERITAGE EXPO <br> 950 GILLS DR <br> ORLANDO, FL 32824 |
| 2.151 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> Customer Agreement Dated 01/01/2022 | HOUSE HASSON HOWE <br> 122 PRICHARD INDUSTRIAL PARK RD <br> PRICHARD, WV 25555 |
| 2.152 **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** <br> MASTER SERVICES AGREEMENT DATED 05/08/2023 | HOWES OIL CO., INC. <br> 823 EAST 14TH STREET <br> SIOUX FALLS, SD 57104 |

Debtor    Yellow Corporation
          Name

Case number (if known):    23-11069 (CTG)



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.153** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 05/08/2023<br><br>HOWES OIL CO., INC.<br>823 EAST 14TH STREET<br>SIOUX FALLS, SD 57104 |
| **2.154** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 05/08/2023<br><br>HOWES OIL CO., INC.<br>823 EAST 14TH STREET<br>SIOUX FALLS, SD 57104 |
| **2.155** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 12/12/2021<br><br>IAG SOLUTIONS<br>941 13TH W AVE<br>VANCOUVER, BC V5Z1P4<br>CANADA |
| **2.156** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>ICIMS INC<br>29348 NETWORK PLACE<br>CHICAGO, IL 60673 |
| **2.157** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>INDEED, INC.<br>MAIL CODE 5160, P.O. BOX 660367<br>DALLAS, TX 75266 |
| **2.158** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/08/2023<br><br>INFOSTRETCH CORPORATION<br>3200 PATRICK HENRY DRIVE, SUITE 250<br>SANTA CLARA, CA 65054 |
| **2.159** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 03/08/2023<br><br>INFOSTRETCH CORPORATION<br>3200 PATRICK HENRY DRIVE, SUITE 250<br>SANTA CLARA, CA 65054 |

| Debtor | Yellow Corporation | Case number (if known): 23-11069 (CTG) |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.160** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/08/2023<br><br>INFOSTRETCH CORPORATION<br>3200 PATRICK HENRY DRIVE, SUITE 250<br>SANTA CLARA, CA 65054 |
| **2.161** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 06/10/2021<br><br>INNOVATIVE EXPO<br>285 ANDREW YOUNG INTERNATIONAL DR<br>ATLANTA, GA 30313 |
| **2.162** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 07/14/2015<br><br>INTEGRATED LOGISTICS 200 FORMERLY M.A.I. LOGISTICS<br>4007 ATLANTIC AVE<br>VIRGINIA BEACH, VA 23452 |
| **2.163** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/03/2021<br><br>INTELLIGENT MEDICAL SOLUTIONS, INC.<br>1 SPECTRUM POINTE DR STE 140<br>LAKE FOREST, CA 92630-2283 |
| **2.164** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/01/2022<br><br>INTERNATIONAL AGRI-CENTER<br>920 WILBECK DR<br>HUTCHINSON, KS 67505 |
| **2.165** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>INTUIT, INC (QUICKBASE)<br>2632 MARINE WAY<br>MOUNTAIN VIEW, CA 94043 |
| **2.166** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 07/24/2023<br><br>ITW CONSTRUCTION PRODUCTS<br>120 TRAVAIL RD<br>MARKHAM, ON L3S3J1<br>CANADA |

Debtor   Yellow Corporation
         Name

Case number (if known):   23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.167** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/06/2023 <br><br> JACOBUS ENERGY LLC <br> 11815 W BRADLEY ROAD <br> MILWAUKEE, WI 53224 |
| **2.168** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/06/2023 <br><br> JACOBUS ENERGY LLC <br> 11815 W BRADLEY ROAD <br> MILWAUKEE, WI 53224 |
| **2.169** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | MASTER AGREEMENT DATED 06/06/2023 <br><br> JACOBUS ENERGY LLC <br> 11815 W BRADLEY ROAD <br> MILWAUKEE, WI 53224 |
| **2.170** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | PRICING CONTRACT DATED 07/01/2006 <br><br> JELD-WEN <br> TRANSPORTATION DEPARTMENT <br> 401 HARBOR ISLES BLVD <br> KLAMATH FALLS, OR 97601 |
| **2.171** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Customer Agreement Dated 02/08/2021 <br><br> JOHNSON CONTROLS <br> TRANS INTERNATIONAL, N93 W16288 MEGAL DR <br> MENOMONEE FALLS, WI 53051 |
| **2.172** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Customer Agreement Dated 06/15/2023 <br><br> JOHNSON CONTROLS <br> TRANS INTERNATIONAL, N93 W16288 MEGAL DR <br> MENOMONEE FALLS, WI 53051 |
| **2.173** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | Customer Agreement Dated 05/01/2021 <br><br> JP DISPLAYS LLC <br> 327 W REDBERRY RD <br> DRAPER, UT 84020 |

Debtor   Yellow Corporation

Name

Case number (if known):   23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.174** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Customer Agreement Dated 07/09/2008<br><br>KEYSTONE DEDICATED LOGISTICS<br>PO BOX 752<br>CARNEGIE, PA 15106 |
| **2.175** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Customer Agreement Dated 06/01/2020<br><br>KINGSGATE LOGISTICS<br>9100 W CHESTR TWNE CTR W<br>CHESTER, OH 45069 |
| **2.176** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Customer Agreement Dated 04/13/2006<br><br>KODAK COMPANY<br>1999 LAKE<br>AVU ROCHESTER, NY 14650 |
| **2.177** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Customer Agreement Dated 04/01/2007<br><br>KROGER<br>6111 W  WASHINGTON ST<br>PHOENIX, AZ 85043 |
| **2.178** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 02/29/2008<br><br>LAO-HMONG SECURITY AGENCY, INC.<br>10682 TRASK AVENUE<br>GARDEN GROVE, CA 92843 |
| **2.179** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Customer Agreement Dated 01/01/2022<br><br>LIBERTY CFS<br>1000 FT DUQUESNE BLVD<br>PITTSBURGH, PA 15222 |
| **2.180** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT<br><br>LINKEDIN CORPORATION<br>1000 WEST MAUDE AVE<br>SUNNYVALE, CA 94085 |

Debtor    Yellow Corporation
          Name

Case number (if known):    23-11069 (CTG)

▮    **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.181** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | LOCKTON INVESTMENT ADVISORS LLC<br>DEPT 999224, PO BOX 219153<br>KANSAS CITY, MO 64121 |
| **2.182** State what the contract or lease is for and the nature of the debtor's interest — Customer Agreement Dated 06/01/2006<br><br>State the term remaining<br><br>List the contract number of any government contract | LOGISTICS MANAGEMENT<br>BLDG 1177<br>FT BLISS, TX 79906 |
| **2.183** State what the contract or lease is for and the nature of the debtor's interest — PRICING CONTRACT DATED 06/01/2006<br><br>State the term remaining<br><br>List the contract number of any government contract | LOGISTICS MANAGEMENT SERVICES<br>GENERAL COUNSEL<br>2700 COMMERCE ST<br>STE1500<br>DALLAS, TX 75226 |
| **2.184** State what the contract or lease is for and the nature of the debtor's interest — Customer Agreement Dated 08/23/2001<br><br>State the term remaining<br><br>List the contract number of any government contract | LOGISTICS PLANNING<br>731 BIELENBERG DR #108<br>WOODBURY, MN 55125 |
| **2.185** State what the contract or lease is for and the nature of the debtor's interest — Customer Agreement Dated 12/15/1996<br><br>State the term remaining<br><br>List the contract number of any government contract | LOZIER<br>PO BOX 3285<br>OMAHA, NE 68103 |
| **2.186** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICE AGREEMENT DATED 10/01/2018<br><br>State the term remaining<br><br>List the contract number of any government contract | Markit<br>450 W 33rd Street, 5th Floor<br>New York, NY 10001 |
| **2.187** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICES AGREEMENT DATED 10/01/2018<br><br>State the term remaining<br><br>List the contract number of any government contract | MARKIT<br>IHS MARKIT LEGAL DEPARTMENT<br>IHS MARKIT<br>450 WEST 33RD STREET<br>5TH FLOOR<br>NEW YORK, NY 10001 |

Debtor   Yellow Corporation
Name

Case number (if known): 23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.188** State what the contract or lease is for and the nature of the debtor's interest — Customer Agreement Dated 10/09/2019<br><br>State the term remaining<br><br>List the contract number of any government contract | MEIJER<br>2929 WALKER AVE NW, STE 982<br>GRAND RAPIDS, MI 49544-9428 |
| **2.189** State what the contract or lease is for and the nature of the debtor's interest — Customer Agreement Dated 11/26/2007<br><br>State the term remaining<br><br>List the contract number of any government contract | MENLO AKA XPO<br>2666 HOLMGREN WAY<br>GREEN BAY, WI 54304 |
| **2.190** State what the contract or lease is for and the nature of the debtor's interest — Customer Agreement Dated 10/15/2001<br><br>State the term remaining<br><br>List the contract number of any government contract | MENLO AKA XPO<br>2666 HOLMGREN WAY<br>GREEN BAY, WI 54304 |
| **2.191** State what the contract or lease is for and the nature of the debtor's interest — Customer Agreement Dated 07/01/2004<br><br>State the term remaining<br><br>List the contract number of any government contract | MERCK CO<br>351 SUMNEYTOWN PIKE UPPER GWYNED N<br>WALES, PA 19454 |
| **2.192** State what the contract or lease is for and the nature of the debtor's interest — Customer Agreement Dated 06/01/2021<br><br>State the term remaining<br><br>List the contract number of any government contract | MODERN EXPO<br>1710 E  WASHINGTON ST<br>PHOENIX, AZ 85034 |
| **2.193** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICES AGREEMENT<br><br>State the term remaining<br><br>List the contract number of any government contract | MTM RECOGNITION<br>PO BOX 15659<br>OKLAHOMA CITY, OK 73115 |
| **2.194** State what the contract or lease is for and the nature of the debtor's interest — MASTER SERVICES AGREEMENT DATED 06/01/2023<br><br>State the term remaining<br><br>List the contract number of any government contract | MTM RECOGNITION CORPORATION<br>3405 S.E. 29TH ST<br>OKLAHOMA CITY, OK 73115 |

Debtor    Yellow Corporation
        Name                                          Case number (if known):  23-11069 (CTG)

| ▓ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |
| **2.195** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 06/01/2023<br><br>MTM RECOGNITION CORPORATION<br>3405 S.E. 29TH ST<br>OKLAHOMA CITY, OK 73115 |
| **2.196** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/01/2023<br><br>MTM RECOGNITION CORPORATION<br>3405 S.E. 29TH ST<br>OKLAHOMA CITY, OK 73115 |
| **2.197** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/23/2023<br><br>NATIONAL LANDSCAPE MANAGEMENT<br>3865 HOLCOMB BRIDGE ROAD<br>NORCROSS, GA 30092 |
| **2.198** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/23/2023<br><br>NATIONAL LANDSCAPE MANAGEMENT<br>3865 HOLCOMB BRIDGE ROAD<br>NORCROSS, GA 30092 |
| **2.199** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 01/23/2023<br><br>NATIONAL LANDSCAPE MANAGEMENT<br>3865 HOLCOMB BRIDGE ROAD<br>NORCROSS, GA 30092 |
| **2.200** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 01/23/2023<br><br>NATIONAL LANDSCAPE MANAGEMENT<br>3865 HOLCOMB BRIDGE ROAD<br>NORCROSS, GA 30092 |
| **2.201** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/23/2023<br><br>NATIONAL LANDSCAPE MANAGEMENT<br>3865 HOLCOMB BRIDGE ROAD<br>NORCROSS, GA 30092 |

Debtor    Yellow Corporation
          Name

Case number (if known):    23-11069 (CTG)

| Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |
|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.202** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/23/2023<br><br>NATIONAL LANDSCAPE MANAGEMENT<br>3865 HOLCOMB BRIDGE ROAD<br>NORCROSS, GA 30092 |
| **2.203** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 07/05/2018<br><br>NAVISTAR<br>PRECISE FREIGHT AUDIT, PO BOX 14402<br>SPRINGFIELD, MO 65814 |
| **2.204** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 08/15/2019<br><br>NESTLE PURINA<br>196 NEWTON ST<br>FREDONIA, NY 14063 |
| **2.205** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 03/01/2011<br><br>NEWGISTICS FREIGHT SERVICES FKA LOGISTICS MANAGEMENT, INC.<br>2700 VIA FORTUNA<br>AUSTIN, TX 78746 |
| **2.206** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 06/05/2010<br><br>NISSAN MOTOR<br>445 COUCHVILLE INDUSTRIAL BLVD<br>MOUNT JULIET, TN 37122 |
| **2.207** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/01/2023<br><br>NORTH AMERICAN LOGISTICS<br>160 ALI BABA AVE<br>OPA LOCKA, FL 33054 |
| **2.208** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.<br>300 N MAIN STREET, SUITE 500<br>GREENVILLE, SC 29601 |

Debtor    Yellow Corporation
          Name

Case number (if known):    23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.209** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER AGREEMENT DATED 11/02/2022 | ORBITAL INSTALLATIONS TECHNOLOGIES<br>9750 E. 150TH ST. SUITE#1200<br>NOBLESVILLE, IN 46060 |
| **2.210** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | IT AGREEMENT DATED 11/07/2022 | ORBITAL INSTALLATIONS TECHNOLOGIES<br>9750 E. 150TH ST. SUITE#1200<br>NOBLESVILLE, IN 46060 |
| **2.211** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 11/02/2022 | ORBITAL INSTALLATIONS TECHNOLOGIES<br>9750 E. 150TH ST. SUITE#1200<br>NOBLESVILLE, IN 46060 |
| **2.212** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 11/02/2022 | ORBITAL INSTALLATIONS TECHNOLOGIES<br>9750 E. 150TH ST. SUITE#1200<br>NOBLESVILLE, IN 46060 |
| **2.213** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | Customer Agreement Dated 02/20/2015 | PACCAR<br>750 HOUSER WAY N<br>RENTON, WA 98057 |
| **2.214** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 06/27/2018 | PACCAR PARTS FLEET SERVICES (MSTS)<br>P.O. BOX 10922<br>SHAWNEE MISSION, KS 66225-9022 |
| **2.215** | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 06/27/2018 | PACCAR PARTS FLEET SERVICES (MSTS)<br>P.O. BOX 10922<br>SHAWNEE MISSION, KS 66225-9022 |

Debtor    Yellow Corporation

Name

Case number (if known):   23-11069 (CTG)

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.216 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 06/27/2018 | PACCAR PARTS FLEET SERVICES (MSTS)<br>P.O. BOX 10922<br>SHAWNEE MISSION, KS 66225-9022 |
| 2.217 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 03/06/2019 | PACKAGING CORPORATION OF AMERICA<br>1 NORTHFIELD COURT<br>LAKE FOREST, IL 60045 |
| 2.218 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/06/2019 | PACKAGING CORPORATION OF AMERICA<br>1 NORTHFIELD COURT<br>LAKE FOREST, IL 60045 |
| 2.219 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/06/2019 | PACKAGING CORPORATION OF AMERICA<br>1 NORTHFIELD COURT<br>LAKE FOREST, IL 60045 |
| 2.220 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 12/15/1999 | PARKER HANNIFIN CORPORATION<br>CONDATA GLOBAL, 1315 W 22ND ST STE 300<br>OAK BROOK, IL 60523 |
| 2.221 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 12/15/1999 | PARKER HANNIFIN CORPORATION<br>CONDATA GLOBAL, 1315 W 22ND ST STE 300<br>OAK BROOK, IL 60523 |
| 2.222 | State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 04/30/2015 | PATRICK INDUSTRIES<br>P.O. BOX 638<br>ELKHART, IN 46515 |

Debtor   Yellow Corporation
Name

Case number (if known): 23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.223** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 11/15/2016<br><br>PENSKE<br>2555 TELEGRAPH RD<br>BLOOMFIELD HILLS, MI 48302 |
| **2.224** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/08/2007<br><br>PETSMART<br>7050 HIGHWAY 6 N<br>HOUSTON, TX 77095 |
| **2.225** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>PONTOON<br>BOX 223672<br>PITTSBURGH, PA 15251 |
| **2.226** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>PREDICTIVE INDEX<br>101 STATION DRIVE<br>WESTWOOD, MA 02090 |
| **2.227** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 06/01/2021<br><br>PREMIER MEETINGS EVENTS<br>PO BOX 99067<br>RALEIGH, NC 27624 |
| **2.228** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 11/12/2003<br><br>PRIORITY LOGISTICS<br>6900 COLLEGE BLVD, STE 470<br>OVERLAND PARK, KS 66211 |
| **2.229** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>PROLEASE<br>1 DOCK ST<br>STAMFORD, CT 06902 |

| Debtor | Yellow Corporation | Case number (if known): 23-11069 (CTG) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.230 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 06/23/2023 | PROTRANS INTERNATIONAL<br>8311 NORTH PERIMETER ROAD<br>INDIANAPOLIS, IN 46241 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.231 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 02/10/2023 | QUANTUM EXPOSITIONS<br>3747 EXPOSITION<br>TIPTON, IN 46072 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.232 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/01/2022 | RAND MCNALLY<br>8770 W. BRYN MAWR AVE.<br>CHICAGO, IL 60631 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.233 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 08/01/2022 | RAND MCNALLY<br>8770 W. BRYN MAWR AVE.<br>CHICAGO, IL 60631 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.234 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 08/01/2022 | RAND MCNALLY<br>8770 W. BRYN MAWR AVE.<br>CHICAGO, IL 60631 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.235 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 01/01/2022 | REAL TIME STRATEGIES LLC<br>2616 12TH SE WAY<br>OLYMPIA, WA 98501 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.236 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 01/01/2022 | REFLEX EVENT SERVICES<br>36227 MONTEZUMA VALLEY RD<br>RANCHITA, CA 92066 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor    Yellow Corporation

Name

Case number (if known):    23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.237** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 06/16/2005<br><br>RETRANSPORTATOIN<br>355 DAVIDSON MILL RD<br>MEMPHIS, TN 38187 |
| **2.238** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/01/2022<br><br>RICOH USA, INC.<br>5 DEDRICK PLACE<br>WEST CALDWELL, NJ 07006 |
| **2.239** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/01/2022<br><br>RICOH USA, INC.<br>5 DEDRICK PLACE<br>WEST CALDWELL, NJ 07006 |
| **2.240** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 08/01/2022<br><br>RICOH USA, INC.<br>5 DEDRICK PLACE<br>WEST CALDWELL, NJ 07006 |
| **2.241** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 02/28/2023<br><br>RILEY OIL CO<br>P.O. BOX 630<br>RICHMOND, KY 40476 |
| **2.242** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 02/28/2023<br><br>RILEY OIL CO<br>P.O. BOX 630<br>RICHMOND, KY 40476 |
| **2.243** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 02/28/2023<br><br>RILEY OIL CO<br>P.O. BOX 630<br>RICHMOND, KY 40476 |

Debtor    Yellow Corporation

Name

Case number (if known):    23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.244** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 07/14/2006<br><br>RR DONNELLEY<br>TFORCE WORLDWIDE, 1000 WINDHAM PKWY<br>BOLINGBROOK, IL 60490 |
| **2.245** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 07/14/2006<br><br>RR DONNELLEY LOGISTICS AKA DLS<br>118 18TH S<br>ST ST PETERSBURG, FL 33712 |
| **2.246** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/08/2023<br><br>RSA SECURITY LLC (NOW ARCHER TECHNOLOGIES LLC)<br>13200 METCALF AVE, SUITE 300<br>OVERLAND PARK, KS 66213 |
| **2.247** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 03/08/2023<br><br>RSA SECURITY LLC (NOW ARCHER TECHNOLOGIES LLC)<br>13200 METCALF AVE, SUITE 300<br>OVERLAND PARK, KS 66213 |
| **2.248** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/08/2023<br><br>RSA SECURITY LLC (NOW ARCHER TECHNOLOGIES LLC)<br>13200 METCALF AVE, SUITE 300<br>OVERLAND PARK, KS 66213 |
| **2.249** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>RYAN GOTTFREDSON<br>1228 N. MARK LN.<br>ANAHEIM, CA 92807 |
| **2.250** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 08/04/2020<br><br>RYDER<br>11690 N W 105TH ST<br>MIAMI, FL 33178 |

Debtor    Yellow Corporation
Name

Case number (if known):  23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.251** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 04/22/2009<br><br>RYDER TRANSPORTATION MGMT<br>11433 154 NW<br>ST EDMONTON, AB T5M3N7<br>CANADA |
| **2.252** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>SAIR COLLECTIVE<br>129 RUSKIN DR<br>CHAPEL HILL, NC 27516 |
| **2.253** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/06/2004<br><br>SAUDER WOODWORKING<br>801 W  BARRE DOOR 104-105 RD<br>ARCHBOLD, OH 43502 |
| **2.254** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 06/13/2017<br><br>SCHNEIDER LOGISTICS<br>SCHNEIDER LOGISTICS, PO BOX 78158<br>MILWAUKEE, WI 53278 |
| **2.255** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/01/2019<br><br>SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.<br>175 W JACKSON BLVD #700<br>CHICAGO, IL 60606 |
| **2.256** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 05/01/2023<br><br>SHEPARD CORPORATION<br>1424 HILLS PLACE<br>ATTN ANDRE BURNS JR<br>ATLANTA, GA 30318 |
| **2.257** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 10/01/2022<br><br>SHIPLIFY<br>888 3RD STREET NW<br>ALTLANTA, GA 30318 |

Debtor   Yellow Corporation
         Name

Case number (if known): 23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.258 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 10/01/2022 | SHIPLIFY 888 3RD STREET NW ALTLANTA, GA 30318 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.259 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 10/01/2022 | SHIPLIFY 888 3RD STREET NW ALTLANTA, GA 30318 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.260 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER AGREEMENT DATED 11/01/2022 | SIRIUS COMPUTER SOLUTIONS INC 10100 REUNION PLACE SUITE 500 SAN ANTONIO, TX 78216 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.261 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/01/2022 | SIRIUS COMPUTER SOLUTIONS INC 10100 REUNION PLACE SUITE 500 SAN ANTONIO, TX 78216 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.262 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT DATED 11/01/2022 | SIRIUS COMPUTER SOLUTIONS INC 10100 REUNION PLACE SUITE 500 SAN ANTONIO, TX 78216 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.263 | **State what the contract or lease is for and the nature of the debtor's interest** | MASTER SERVICES AGREEMENT | SKILLSOFT CORPORATION BANK OF AMERICA, PO BOX 405527 ATLANTA, GA 30384 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.264 | **State what the contract or lease is for and the nature of the debtor's interest** | Customer Agreement Dated 05/01/2021 | SMALL BUSINESS EXPO - SHOW PRODUCER 110 E BROWARD BLVD STE 1700 FORT LAUDERDALE, FL 33301-3500 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Yellow Corporation | Case number (if known): 23-11069 (CTG) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.265 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 01/01/2023 <br><br> SMC3 <br> 653 LEXINGTON CIRCLE <br> PEACHTREE CITY, GA 30269 |
| 2.266 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 02/28/2023 <br><br> SMC3 <br> 653 LEXINGTON CIRCLE <br> PEACHTREE CITY, GA 30269 |
| 2.267 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 02/28/2023 <br><br> SMC3 <br> 653 LEXINGTON CIRCLE <br> PEACHTREE CITY, GA 30269 |
| 2.268 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 03/01/2023 <br><br> SMC3 <br> 653 LEXINGTON CIRCLE <br> PEACHTREE CITY, GA 30269 |
| 2.269 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 02/01/2023 <br><br> SMC3 <br> 653 LEXINGTON CIRCLE <br> PEACHTREE CITY, GA 30269 |
| 2.270 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 02/01/2023 <br><br> SMC3 <br> 653 LEXINGTON CIRCLE <br> PEACHTREE CITY, GA 30269 |
| 2.271 | **State what the contract or lease is for and the nature of the debtor's interest** <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 01/01/2023 <br><br> SMC3 <br> 653 LEXINGTON CIRCLE <br> PEACHTREE CITY, GA 30269 |



Debtor    Yellow Corporation
Name

Case number (if known): 23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.272** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT DATED 02/28/2023<br><br>SMC3<br>653 LEXINGTON CIRCLE<br>PEACHTREE CITY, GA 30269 |
| **2.273** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT DATED 03/01/2023<br><br>SMC3<br>653 LEXINGTON CIRCLE<br>PEACHTREE CITY, GA 30269 |
| **2.274** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/01/2023<br><br>SMC3<br>653 LEXINGTON CIRCLE<br>PEACHTREE CITY, GA 30269 |
| **2.275** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT DATED 02/01/2023<br><br>SMC3<br>653 LEXINGTON CIRCLE<br>PEACHTREE CITY, GA 30269 |
| **2.276** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | MASTER AGREEMENT DATED 01/01/2023<br><br>SMC3<br>653 LEXINGTON CIRCLE<br>PEACHTREE CITY, GA 30269 |
| **2.277** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Customer Agreement Dated 01/01/1999<br><br>SNAP ON TOOLS<br>C/O CLIFTON DARNELL, 3608 MADISON ST<br>DEARBORN, MI 48124 |
| **2.278** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br>List the contract number of any government contract | Customer Agreement Dated 07/15/2010<br><br>SOLUTIA<br>201 RUSSELL BLVD<br>ST LOUIS, MO 63104 |

Debtor    Yellow Corporation
          Name                                                    Case number (if known):   23-11069 (CTG)

 **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.279** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 09/18/2008<br><br>SOUTHERN LOGISTICS<br>P.O. BOX 1620<br>OCEAN SPRINGS, MS 39566 |
| **2.280** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/01/2022<br><br>SOUTHWEST AIRLINES<br>2702 LOVE FIELD DRIVE<br>DALLAS, TX 75235 |
| **2.281** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 07/01/2022<br><br>SOUTHWEST AIRLINES<br>2702 LOVE FIELD DRIVE<br>DALLAS, TX 75235 |
| **2.282** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 07/01/2022<br><br>SOUTHWEST AIRLINES<br>2702 LOVE FIELD DRIVE<br>DALLAS, TX 75235 |
| **2.283** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 06/16/2013<br><br>SPECTRUM BRANDS<br>ATTN: LISA SCUDDER<br>31100 W 196TH ST<br>EDGERTON, KS 66021 |
| **2.284** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 08/01/1998<br><br>SQUARE D<br>12150 MONUMENT DR<br>FAIRFAX, VA 22033 |
| **2.285** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 09/01/2008<br><br>STEEL SUPPLY<br>2020 NEWARK SE AVE<br>GRAND RAPIDS, MI 49507 |

| Debtor | Yellow Corporation | Case number (if known): 23-11069 (CTG) |
| --- | --- | --- |
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.286 | State what the contract or lease is for and the nature of the debtor's interest | CONSULTING SERVICES AGREEMENT DATED 02/10/2021 | Subject Matter 1201 New York Avenue NW 9th Floor Washington, DC 20005 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.287 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 05/01/2021 | SUMMIT EXPOSITION 2211 LESNETT RD PITTSBURGH, PA 15241 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.288 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 06/01/2021 | SUNCOAST CONVENTION SERVICES 3644 S  WEST SHORE BLVD TAMPA, FL 33629 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.289 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 03/03/2021 | SUPERIOR EXPOSITION 10548 W US HIGHWAY 80 FORNEY, TX 75126 7045 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.290 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 06/01/2021 | T3 EXPO LLC 8 LAKEVILLE BUSINESS PARK LAKEVILLE, MA 02347 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.291 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 01/15/2017 | TARGET P.O. BOX 860363 MINNEAPOLIS, MN 55486 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.292 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 09/29/2022 | TAYLOR COMMUNICATIONS 1725 ROE CREST DRIVE NORTH MANKATO, MN 56003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Yellow Corporation
          Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | |
|---|---|
| **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| **2.293** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 09/29/2022<br><br>TAYLOR COMMUNICATIONS<br>1725 ROE CREST DRIVE<br>NORTH MANKATO, MN 56003 |
| **2.294** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 09/29/2022<br><br>TAYLOR COMMUNICATIONS<br>1725 ROE CREST DRIVE<br>NORTH MANKATO, MN 56003 |
| **2.295** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 05/15/2017<br><br>TBL SERVICES<br>1005 BROOKSIDE RD<br>ALLENTOWN, PA 18106 |
| **2.296** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 06/01/2004<br><br>TECH LOGISTICS<br>SPECIALTY QUALITY PK, 300 ELM ST<br>MILFORD, NH 03055 |
| **2.297** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | IT AGREEMENT DATED 12/01/2022<br><br>TECHNOLOGY RECOVERY GROUP LTD.<br>31390 VIKING PARKWAY<br>WESTLAKE, OH 44145 |
| **2.298** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/01/2023<br><br>TEKSYSTEMS<br>7437 RACE ROAD<br>HANOVER, MD 21076 |
| **2.299** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 01/01/2023<br><br>TEKSYSTEMS<br>7437 RACE ROAD<br>HANOVER, MD 21076 |

| Debtor | Yellow Corporation | | Case number (if known): | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |



**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.300** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 01/01/2023<br><br>TEKSYSTEMS<br>7437 RACE ROAD<br>HANOVER, MD 21076 |
| **2.301** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>TELESKOPE LLC<br>7720 WATER ST.<br>FULTON, MD 20759 |
| **2.302** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/01/2022<br><br>THE EXPO GROUP<br>5924 CAMPUS CIRCLE W  DR<br>IRVING, TX 75063 |
| **2.303** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>THOMAS & COMPANY<br>P. O. BOX 645555<br>CINCINNATI, OH 45264 |
| **2.304** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | THOMSON FINANCIAL CORPORATE SERVICES CLIENT AGREEMENT DATED 08/07/2009<br><br>Thomson Financial Corporate Services<br>3 Times Square, 15th Floor<br>New York, NY 10036 |
| **2.305** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/07/2009<br><br>THOMSON REUTERS<br>3 TIMES SQUARE<br>15TH FLOOR<br>NEW YORK, NY 10036 |
| **2.306** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 09/30/2021<br><br>THOMSON REUTERS D/B/A WESTLAW<br>610 OPPERMAN DRIVE<br>EAGAN, MN 55123 |

| Debtor | Yellow Corporation | Case number (if known): 23-11069 (CTG) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.307** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/01/2022<br><br>THREED TRADESHOW SERVICES<br>522 BARBRI LANE<br>DAVIE, FL 33325 |
| **2.308** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 05/01/2009<br><br>THYSSENKRUPP USA<br>11936 EXIT 5 PKWY<br>FISHERS, IN 46037 |
| **2.309** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 05/01/2021<br><br>TRADE GROUP<br>2853 EISENHOWER<br>CARROLLTON, TX 75007 |
| **2.310** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/01/2022<br><br>TRADESHOWLOGISTICS.COM INC<br>2655 DALLAS HIGHWAY, STE 120<br>MARIETTA, GA 30064 |
| **2.311** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 10/14/2005<br><br>TRANSLOGISTICS<br>321 N FURNACE ST<br>BIRDSBORO, PA 19508 |
| **2.312** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 04/01/2006<br><br>TRANSPLACE FKA LMS<br>N/K/A UBER FREIGHT LLC<br>1455 MARKET ST FL 4<br>SAN FRANCISCO, CA 94103-1355 |
| **2.313** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 11/18/2013<br><br>TRANZACT<br>360 W BUTTERFIELD RD SUITE 400<br>ELMHURST, IL 60126 |

| Debtor | Yellow Corporation | Case number (if known):    23-11069 (CTG) |
|---|---|---|
| | Name | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.314** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 08/01/2021 | TRICORD TRADE SHOW 738 NEESON RD MARINA, CA 93933 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.315** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 07/03/2023 | U HAUL INTERNATIONAL INC PO BOX 21502 PHOENIX, AZ 85036 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.316** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 01/06/2021 | ULINE 700 ULINE WAY ALLENTOWN, PA 18106 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.317** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/21/2022 | ULINE SHIPPING SUPPLY SPECIALISTS 12575 ULINE DRIVE PLEASEANT PRAIRIE, WI 53158 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.318** | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED 07/21/2022 | ULINE SHIPPING SUPPLY SPECIALISTS 12575 ULINE DRIVE PLEASEANT PRAIRIE, WI 53158 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.319** | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 07/21/2022 | ULINE SHIPPING SUPPLY SPECIALISTS 12575 ULINE DRIVE PLEASEANT PRAIRIE, WI 53158 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| **2.320** | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 11/20/2007 | UNISHIPPERS GLOBAL TRANZ 2700 COMMERCE ST STE 1500 DALLAS, TX 75226 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Yellow Corporation | Case number (if known): 23-11069 (CTG) |
|--------|--------------------|-----------------------------------------|
|        | Name               |                                         |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.321** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 04/28/2006<br><br>UNIVERSAL TRAFFIC SERVICE<br>PO BOX 888470<br>GRAND RAPIDS, MI 49588 |
| **2.322** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 11/05/1998<br><br>UNIVERSAL TRAFFIC SERVICE<br>PO BOX 888470<br>GRAND RAPIDS, MI 49588 |
| **2.323** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 02/22/2010<br><br>UPS<br>55 GLENLAKE PKWY NE<br>ATLANTA, GA 30328 |
| **2.324** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/01/2022<br><br>VALLEY EXPO<br>1160 FIRST AVE<br>KING OF PRUSSIA, PA 19406 |
| **2.325** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/23/2022<br><br>VASION<br>432 SOUTH TECH RIDGE DRIVE<br>SAINT GEORGE, UT 84770 |
| **2.326** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 06/23/2022<br><br>VASION<br>432 SOUTH TECH RIDGE DRIVE<br>SAINT GEORGE, UT 84770 |
| **2.327** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 06/23/2022<br><br>VASION<br>432 SOUTH TECH RIDGE DRIVE<br>SAINT GEORGE, UT 84770 |

| Debtor | Yellow Corporation | Case number (if known): | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

| ■ | **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases** |
|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.328 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/27/2023 | VERIZON CONNECT TELO INC 5055 N POINT PKWY ALPHARETTA, GA 30022 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.329 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT DATED 01/27/2023 | VERIZON CONNECT TELO INC 5055 N POINT PKWY ALPHARETTA, GA 30022 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.330 | State what the contract or lease is for and the nature of the debtor's interest | MASTER AGREEMENT DATED 01/27/2023 | VERIZON CONNECT TELO INC 5055 N POINT PKWY ALPHARETTA, GA 30022 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.331 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 04/15/2023 | VILLAGE OF ROSEMONT EXHIBIT 5300 PEARL ST ROSEMONT, IL 60018 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.332 | State what the contract or lease is for and the nature of the debtor's interest | MASTER SERVICES AGREEMENT | VINTEK 1735 MARKET STREET SUITE 900 PHILADELPHIA, PA 19103 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.333 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 01/01/2022 | VIPER TRADESHOW LOGISTICS 6560 TIOGA WAY LAS VEGAS, NV 89113 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| 2.334 | State what the contract or lease is for and the nature of the debtor's interest | Customer Agreement Dated 04/15/2021 | VISTA CONVENTION SERVICES 6804 DELILAH RD, PO BOX 3000 PLEASANTVILLE, NJ 08232 |
|---|---|---|---|
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor    Yellow Corporation
          Name

Case number (if known):    23-11069 (CTG)

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.335** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 03/21/2022<br><br>VOLVO LOGISTICS<br>18450 SHOWALTER RD<br>HAGERSTOWN, MD 21742 |
| **2.336** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 11/15/2017<br><br>VWR INTERNATIONAL<br>ATTN: ANDREW EKUERE<br>521 HIGHWAY 90A SUITE 140<br>MISSOURI CITY, TX 77489 |
| **2.337** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/30/2023<br><br>W. DOUGLASS DISTRIBUTING, LTD.<br>325 EAST FOREST AVENUE<br>SHERMAN, TX 75090 |
| **2.338** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER AGREEMENT DATED 03/30/2023<br><br>W. DOUGLASS DISTRIBUTING, LTD.<br>325 EAST FOREST AVENUE<br>SHERMAN, TX 75090 |
| **2.339** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 03/30/2023<br><br>W. DOUGLASS DISTRIBUTING, LTD.<br>325 EAST FOREST AVENUE<br>SHERMAN, TX 75090 |
| **2.340** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 12/17/2019<br><br>WALMART<br>702 SW 8TH ST<br>BENTONVILLE, AR 72716 |
| **2.341** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT DATED 08/13/2012<br><br>WEST PUBLISHING CORPORATION D/B/A SERENGETI LAW<br>611 OPPERMAN DRIVE<br>P.O. BOX 64833<br>ST PAUL, MN 55164-1803 |

Debtor  Yellow Corporation

Name

Case number (if known):  23-11069 (CTG)

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.342** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Union Contract Dated 12/31/2019<br><br>WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST<br>225 SOUTH LAKE AVE<br>SUITE 1200<br>PASADENA, CA 91101-3000 |
| **2.343** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 01/27/2022<br><br>WESTERN EVENT SERVICE<br>9777 S  LAS VEGAS S  BLVD<br>LAS VEGAS, NV 89183 |
| **2.344** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 05/01/2022<br><br>WESTLAKE ROYAL BUILDING FKA BORAL BUILDING PRODUCTS<br>91 ROYAL GROUP CRESCENT<br>WOODBRIDGE, ON L4H 1X9<br>CANADA |
| **2.345** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 10/26/2007<br><br>WHIRPOOL<br>326 SMITH ST<br>KEASBEY, NJ 08832 |
| **2.346** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | Customer Agreement Dated 10/01/2015<br><br>WHIRPOOL<br>326 SMITH ST<br>KEASBEY, NJ 08832 |
| **2.347** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>WILLIS TOWERS WATSON US LLC<br>1079 SOLUTIONS CENTER<br>CHICAGO, IL 60677 |
| **2.348** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | MASTER SERVICES AGREEMENT<br><br>WILLIS TOWERS WATSON US LLC<br>1079 SOLUTIONS CENTER<br>CHICAGO, IL 60677 |

| Debtor | Yellow Corporation | Case number (if known): 23-11069 (CTG) |
|---|---|---|
| | Name | |

███ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.349** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement Dated 04/15/2021<br><br>WILLWORK<br>23 NORFOLK AVE<br>S EASTON, MA 02375 |
| **2.350** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 09/20/2022<br><br>WINDSTREAM<br>1720 GALLERIA BLVD.<br>CHARLOTTE, NC 28270 |
| **2.351** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER AGREEMENT DATED 09/20/2022<br><br>WINDSTREAM<br>1720 GALLERIA BLVD.<br>CHARLOTTE, NC 28270 |
| **2.352** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | MASTER SERVICES AGREEMENT DATED 09/20/2022<br><br>WINDSTREAM<br>1720 GALLERIA BLVD.<br>CHARLOTTE, NC 28270 |
| **2.353** **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | Customer Agreement Dated 05/01/2021<br><br>WISCONSIN EXPO<br>N113W18750 CARNEGIE DR<br>GERMANTOWN, WI 53022 |
| **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |
| **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br>**List the contract number of any government contract** | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td>Yellow Corporation</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>District of Delaware</td></tr>
<tr><td>Case number (If known):</td><td>23-11069 (CTG)</td></tr>
</table>

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.   If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.1 | 1105481 Ontario Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CHUBB GROUP | ☐ D<br>☑ E/F<br>☐ G |
| 2.2 | 1105481 Ontario Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITADEL | ☑ D<br>☐ E/F<br>☐ G |
| 2.3 | 1105481 Ontario Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.4 | 1105481 Ontario Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D<br>☑ E/F<br>☐ G |
| 2.5 | 1105481 Ontario Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | Express Lane Service, Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CHUBB GROUP | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Yellow Corporation | Case number (If known): | 23-11069 (CTG) |
|--------|-------------------|-------------------------|----------------|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.7 | Express Lane Service, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.8 | Express Lane Service, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.9 | Express Lane Service, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.10 | Express Lane Service, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.11 | New Penn Motor Express LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | ARMANDO RIVERA ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | ☐ D ☑ E/F ☐ G |
| 2.12 | New Penn Motor Express LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.13 | New Penn Motor Express LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.14 | New Penn Motor Express LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |

Debtor   Yellow Corporation
Name

Case number (If known):   23-11069 (CTG)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.15 | New Penn Motor Express LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | IBT LOCAL 710 | ☐ D ☑ E/F ☐ G |
| 2.16 | New Penn Motor Express LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.17 | New Penn Motor Express LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | PEDRO TORRES-SEGUI | ☐ D ☑ E/F ☐ G |
| 2.18 | New Penn Motor Express LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.19 | New Penn Motor Express LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST | ☐ D ☐ E/F ☑ G |
| 2.20 | Roadway Express International, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.21 | Roadway Express International, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.22 | Roadway Express International, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |

| Debtor | Yellow Corporation | Case number (If known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.23 | Roadway Express International, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.24 | Roadway Express International, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.25 | Roadway LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.26 | Roadway LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.27 | Roadway LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.28 | Roadway LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.29 | Roadway LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.30 | Roadway Next Day Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |

| Debtor | Yellow Corporation | Case number (If known): | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.31 | Roadway Next Day Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☒ D ☐ E/F ☐ G |
| 2.32 | Roadway Next Day Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☒ D ☐ E/F ☐ G |
| 2.33 | Roadway Next Day Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☒ E/F ☐ G |
| 2.34 | Roadway Next Day Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☒ D ☐ E/F ☐ G |
| 2.35 | USF Bestway Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☒ E/F ☐ G |
| 2.36 | USF Bestway Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☒ D ☐ E/F ☐ G |
| 2.37 | USF Bestway Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☒ D ☐ E/F ☐ G |
| 2.38 | USF Bestway Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☒ E/F ☐ G |

| Debtor | Yellow Corporation |
|---|---|
| | Name |

Case number (If known): 23-11069 (CTG)

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.39 | USF Bestway Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☒ D ☐ E/F ☐ G |
| 2.40 | USF Dugan Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☒ E/F ☐ G |
| 2.41 | USF Dugan Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☒ D ☐ E/F ☐ G |
| 2.42 | USF Dugan Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☒ D ☐ E/F ☐ G |
| 2.43 | USF Dugan Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☒ E/F ☐ G |
| 2.44 | USF Dugan Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☒ D ☐ E/F ☐ G |
| 2.45 | USF Holland International Sales Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☒ E/F ☐ G |
| 2.46 | USF Holland International Sales Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☒ D ☐ E/F ☐ G |

| Debtor | Yellow Corporation | Case number (If known): | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.47 | USF Holland International Sales Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.48 | USF Holland International Sales Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.49 | USF Holland International Sales Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.50 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | ARCH CAPITAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.51 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | ARMANDO RIVERA ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | ☐ D ☑ E/F ☐ G |
| 2.52 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.53 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.54 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |

Debtor   Yellow Corporation
                Name

Case number (If known):   23-11069 (CTG)

| | Additional Page if Debtor Has More Codebtors |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.55 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | DEZERAE DURANSO | ☐ D ☑ E/F ☐ G |
| 2.56 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.57 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | SCHULZ LAW, PLC | ☐ D ☑ E/F ☐ G |
| 2.58 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL 24 | ☐ D ☑ E/F ☐ G |
| 2.59 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL UNION #238 | ☐ D ☑ E/F ☐ G |
| 2.60 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL UNION NO 179 | ☐ D ☑ E/F ☐ G |
| 2.61 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL UNION NO 200 | ☐ D ☑ E/F ☐ G |
| 2.62 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL UNION NO 371 | ☐ D ☑ E/F ☐ G |

Debtor  Yellow Corporation
Name

Case number (If known)   23-11069 (CTG)

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing address | Name | Check all schedules that apply: |
| 2.63 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL UNION NO 612 | ☐ D ☑ E/F ☐ G |
| 2.64 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL UNION NO 662 | ☐ D ☑ E/F ☐ G |
| 2.65 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.66 | USF Holland LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST | ☐ D ☐ E/F ☑ G |
| 2.67 | USF Reddaway Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | ARCH CAPITAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.68 | USF Reddaway Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | ARMANDO RIVERA ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | ☐ D ☑ E/F ☐ G |
| 2.69 | USF Reddaway Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CARLOS RODRIGUEZ | ☐ D ☑ E/F ☐ G |
| 2.70 | USF Reddaway Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |

| Debtor | Yellow Corporation | Case number (If known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.71 | USF Reddaway Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITADEL | ☑ D<br>☐ E/F<br>☐ G |
| 2.72 | USF Reddaway Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.73 | USF Reddaway Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | JOSE EMILIO RONDEROS | ☐ D<br>☑ E/F<br>☐ G |
| 2.74 | USF Reddaway Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D<br>☑ E/F<br>☐ G |
| 2.75 | USF Reddaway Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | TEAMSTERS LOCAL UNION NO 631 | ☐ D<br>☑ E/F<br>☐ G |
| 2.76 | USF Reddaway Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D<br>☐ E/F<br>☐ G |
| 2.77 | USF Reddaway Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | WESTERN CONFERENCE OF TEAMSTERS PENSION TRUST | ☐ D<br>☐ E/F<br>☑ G |
| 2.78 | USF RedStar LLC | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CHUBB GROUP | ☐ D<br>☑ E/F<br>☐ G |

| Debtor | Yellow Corporation | Case number (If known) | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.79 | USF RedStar LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☒ D ☐ E/F ☐ G |
| 2.80 | USF RedStar LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☒ D ☐ E/F ☐ G |
| 2.81 | USF RedStar LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☒ E/F ☐ G |
| 2.82 | USF RedStar LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☒ D ☐ E/F ☐ G |
| 2.83 | Yellow Freight Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☒ E/F ☐ G |
| 2.84 | Yellow Freight Corporation | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☒ E/F ☐ G |
| 2.85 | Yellow Logistics, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☒ E/F ☐ G |
| 2.86 | Yellow Logistics, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☒ D ☐ E/F ☐ G |

| Debtor | Yellow Corporation | | Case number (If known): | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.87 | Yellow Logistics, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.88 | Yellow Logistics, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.89 | Yellow Logistics, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.90 | YRC Association Solutions, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.91 | YRC Association Solutions, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.92 | YRC Association Solutions, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.93 | YRC Association Solutions, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.94 | YRC Association Solutions, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |

Debtor  Yellow Corporation

Name

Case number (If known):  23-11069 (CTG)

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.95 | YRC Enterprise Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.96 | YRC Enterprise Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.97 | YRC Enterprise Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.98 | YRC Enterprise Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.99 | YRC Enterprise Services, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.100 | YRC Freight Canada Company | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.101 | YRC Freight Canada Company | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.102 | YRC Freight Canada Company | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |

| Debtor | Yellow Corporation | Case number (If known): | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | Check all schedules that apply: |
| 2.103 | YRC Freight Canada Company | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.104 | YRC Freight Canada Company | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.105 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | AISHAH RANDALL | ☐ D ☑ E/F ☐ G |
| 2.106 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | ARCH CAPITAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.107 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | ARMANDO RIVERA ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED | ☐ D ☑ E/F ☐ G |
| 2.108 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.109 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.110 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |

Debtor    Yellow Corporation
          Name                                                    Case number (If known):    23-11069 (CTG)

| ■ | Additional Page if Debtor Has More Codebtors |

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. |
|---|

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.111 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | DESAREE COCCHIA | ☐ D ☑ E/F ☐ G |
| 2.112 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | IBT LOCAL 710 | ☐ D ☑ E/F ☐ G |
| 2.113 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | JELD-WEN | ☐ D ☐ E/F ☑ G |
| 2.114 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.115 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LOGISTICS MANAGEMENT SERVICES | ☐ D ☐ E/F ☑ G |
| 2.116 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | PEDRO TORRES-SEGUI | ☐ D ☑ E/F ☐ G |
| 2.117 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | ROCKET FARMS, INC. | ☐ D ☑ E/F ☐ G |
| 2.118 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTER LOCAL UNION NO 170 | ☐ D ☑ E/F ☐ G |

| Debtor | Yellow Corporation | Case number (If known): | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.119 YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL 24 | ☐ D ☑ E/F ☐ G |
| 2.120 YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL UNION #238 | ☐ D ☑ E/F ☐ G |
| 2.121 YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL UNION NO 371 | ☐ D ☑ E/F ☐ G |
| 2.122 YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL UNION NO 439 | ☐ D ☑ E/F ☐ G |
| 2.123 YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL UNION NO 480 | ☐ D ☑ E/F ☐ G |
| 2.124 YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL UNION NO 612 | ☐ D ☑ E/F ☐ G |
| 2.125 YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL UNION NO 631 | ☐ D ☑ E/F ☐ G |
| 2.126 YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | TEAMSTERS LOCAL UNION NO 701 | ☐ D ☑ E/F ☐ G |

| Debtor | Yellow Corporation | Case number (If known): | 23-11069 (CTG) |
|---|---|---|---|
| | Name | | |

### Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.127 | YRC Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.128 | YRC International Investments, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.129 | YRC International Investments, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.130 | YRC International Investments, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.131 | YRC International Investments, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.132 | YRC International Investments, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.133 | YRC Logistics Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.134 | YRC Logistics Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |

| Debtor | Yellow Corporation | | Case number (If known): | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.135 | YRC Logistics Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.136 | YRC Logistics Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D<br>☑ E/F<br>☐ G |
| 2.137 | YRC Logistics Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D<br>☐ E/F<br>☐ G |
| 2.138 | YRC Logistics Services, Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CHUBB GROUP | ☐ D<br>☑ E/F<br>☐ G |
| 2.139 | YRC Logistics Services, Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITADEL | ☑ D<br>☐ E/F<br>☐ G |
| 2.140 | YRC Logistics Services, Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.141 | YRC Logistics Services, Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D<br>☑ E/F<br>☐ G |
| 2.142 | YRC Logistics Services, Inc. | 11500 Outlook Street<br>Suite 400<br>Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Yellow Corporation | Case number (If known): | 23-11069 (CTG) |
|--------|-------------------|------------------------|----------------|
| | Name | | |

## Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|--------|-----------|-----------------|------|------------------------------|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.143 | YRC Mortgages, LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.144 | YRC Mortgages, LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.145 | YRC Mortgages, LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |
| 2.146 | YRC Mortgages, LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.147 | YRC Mortgages, LLC | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.148 | YRC Regional Transportation, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CHUBB GROUP | ☐ D ☑ E/F ☐ G |
| 2.149 | YRC Regional Transportation, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITADEL | ☑ D ☐ E/F ☐ G |
| 2.150 | YRC Regional Transportation, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | CITIZENS BUSINESS CAPITAL | ☑ D ☐ E/F ☐ G |

| Debtor | Yellow Corporation | | Case number (If known): | 23-11069 (CTG) |
|---|---|---|---|---|
| | Name | | | |

**Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
| 2.151 | YRC Regional Transportation, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | LIBERTY MUTUAL GROUP | ☐ D ☑ E/F ☐ G |
| 2.152 | YRC Regional Transportation, Inc. | 11500 Outlook Street Suite 400 Overland Park, KS 66211 | UNITED STATES DEPARTMENT OF TREASURY | ☑ D ☐ E/F ☐ G |
| 2.153 | | | | ☐ D ☐ E/F ☐ G |
| 2.154 | | | | ☐ D ☐ E/F ☐ G |
| 2.155 | | | | ☐ D ☐ E/F ☐ G |
| 2.156 | | | | ☐ D ☐ E/F ☐ G |
| 2.157 | | | | ☐ D ☐ E/F ☐ G |
| 2.158 | | | | ☐ D ☐ E/F ☐ G |

**Fill in this information to identify the case and this filing:**

Debtor name  Yellow Corporation

United States Bankruptcy Court for the:   District of Delaware

Case number (If known)  23-11069 (CTG)

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

| | **Declaration and signature** |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑  *Schedule H: Codebtors* (Official Form 206H)

☑  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐  Amended Schedule _____

☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders*  (Official Form 204)

☐  Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  09/11/2023
　　　　　　　MM / DD / YYYY

X  /s/ Daniel L. Olivier
Signature of individual signing on behalf of debtor

Daniel L. Olivier
Printed name

Chief Financial Officer
Position or relationship to debtor