**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| **YELLOW CORPORATION**, *et al.*, | ) Case No. 23-11069 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Re:  Docket Nos. 13, 337 |

**NOTICE OF WITHDRAWAL OF OBJECTION OF CERTAIN UTILITY COMPANIES TO THE MOTION OF DEBTORS FOR ENTRY OF INTERIM AND FINAL ORDERS (A)(I) APPROVING THE DEBTORS' PROPOSED ADEQUATE ASSURANCE OF PAYMENT FOR FUTURE UTILITY SERVICES, (II) PROHIBITING UTILITY PROVIDERS FROM ALTERING, REFUSING, OR DISCONTINUING SERVICES, (III) APPROVING THE DEBTORS' PROPOSED PROCEDURES FOR RESOLVING ADEQUATE ASSURANCE REQUESTS, AND (B) GRANTING RELATED RELIEF**

American Electric Power, Constellation NewEnergy, Inc., Constellation NewEnergy – Gas Division, LLC, Georgia Power Company, Salt River Project, Southern California Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company, Ohio Edison Company, Monongahela Power Company, Potomac Edison Company, Pennsylvania Electric Company, Metropolitan Edison Company, The Connecticut Light & Power Company, Yankee Gas Service Company, Public Service Company of New Hampshire, Eversource Gas of Massachusetts, NStar Electric Company, Western Massachusetts, Tucson Electric Power Company, UNS Electric, Inc., UNS Gas, Inc., CenterPoint Energy Resources Corp., Consolidated Edison Company of New York, Inc., Rochester Gas & Electric Corporation, New York State Electric and Gas Corporation,

ME1 46002885v.1

Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Dominion Energy South Carolina, Inc., Public Service Company of North Carolina Incorporated, d/b/a Dominion Energy North Carolina, Florida Power & Light Company, Colonial Gas Cape Cod, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Narragansett Electric Company, Niagara Mohawk Power Corporation, San Diego Gas and Electric Company, Southern California Gas Company and DTE Energy Company (collectively, the "Utilities"), by counsel, hereby withdraw their *Objection* (Docket No. 337) to the *Motion of Debtors For Entry of Interim and Final Orders (A)(I) Approving the Debtors' Proposed Adequate Assurance of Payment For Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures For Resolving Adequate Assurance Requests, and (B) Granting Related Relief* (Docket No. 13), pursuant to a settlement between the Utilities and the Debtors.

Dated: Sept. 12, 2023    McCARTER & ENGLISH, LLP

/s/ William F. Taylor, Jr.
William F. Taylor, Jr. (DE#2936)
Renaissance Centre
405 North King Street, 8th Floor
Wilmington, DE  19801
wtaylor@mccarter.com

and

2

LAW FIRM OF RUSSELL R. JOHNSON III, PLC
Russell R. Johnson III (VSB No. 31468)
John M. Craig (VSB No. 32977)
2258 Wheatlands Drive
Manakin-Sabot, Virginia  23103
Telephone: (804) 749-8861
E-mail: russell@russelljohnsonlawfirm.com
E-mail: john@russelljohnsonlawfirm.com

*Counsel for American Electric Power, Constellation NewEnergy, Inc., Constellation NewEnergy – Gas Division, LLC, Georgia Power Company, Salt River Project, Southern California Edison Company, The Cleveland Electric Illuminating Company, Toledo Edison Company, Ohio Edison Company, Monongahela Power Company, Potomac Edison Company, Pennsylvania Electric Company, Metropolitan Edison Company, The Connecticut Light & Power Company, Yankee Gas Service Company, Public Service Company of New Hampshire, Eversource Gas of Massachusetts, NStar Electric Company, Western Massachusetts, Tucson Electric Power Company, UNS Electric, Inc., UNS Gas, Inc., CenterPoint Energy Resources Corp., Consolidated Edison Company of New York, Inc., Rochester Gas & Electric Corporation, New York State Electric and Gas Corporation, Virginia Electric and Power Company d/b/a Dominion Energy Virginia, Dominion Energy South Carolina, Inc., Public Service Company of North Carolina Incorporated, d/b/a Dominion Energy North Carolina, Florida Power & Light Company, Colonial Gas Cape Cod, KeySpan Energy Delivery Long Island, KeySpan Energy Delivery New York, Massachusetts Electric Company, Narragansett Electric Company, Niagara Mohawk Power Corporation, San Diego Gas and Electric Company, Southern*

3

*California Gas Company and DTE Energy Company*