**EXHIBIT 3**

# Evidence of Business Risk Deposit

