**EXHIBIT 4**

# WFS AR Aging Report

| 127077 |
|---|
| YRC WORLDWIDE, INC. |

| Total Past Due |
|---|
| 546,625.58 |

| Customer Name | Invoice Number | Invoice Date | Type | Balance Due (CURR) | Uplift Date |
|---|---|---|---|---|---|
| YRC WORLDWIDE, INC. | 1142588 | 31-Dec-2022 | INV | 660.64 | 26-Nov-2022 |
| YRC WORLDWIDE, INC. | 2450272-41525 | 09-Jun-2023 | INV | 15,251.08 | 05-Jun-2023 |
| YRC WORLDWIDE, INC. | 2456603-41525 | 15-Jun-2023 | INV | 10,851.30 | 05-Jan-2023 |
| YRC WORLDWIDE, INC. | 2456632-41525 | 15-Jun-2023 | INV | 20,706.76 | 13-Jun-2023 |
| YRC WORLDWIDE, INC. | 2466189-41525 | 26-Jun-2023 | INV | 24,601.13 | 25-Jun-2023 |
| YRC WORLDWIDE, INC. | 2489184-41525 | 17-Jul-2023 | INV | 25,013.29 | 14-Jul-2023 |

Sheet1

| Vendor | Invoice | Type | Date | Amount | Due Date |
|---|---|---|---|---|---|
| YRC WORLDWIDE, INC. | 2492490-41525 | INV | 19-Jul-2023 | 18,765.51 | 14-Jul-2023 |
| YRC WORLDWIDE, INC. | 2492504-41525 | INV | 19-Jul-2023 | 20,945.01 | 05-Jun-2023 |
| YRC WORLDWIDE, INC. | 2492584-41525 | INV | 19-Jul-2023 | 23,375.00 | 14-Jul-2023 |
| YRC WORLDWIDE, INC. | 2492501-41525 | INV | 19-Jul-2023 | 24,088.00 | 12-Jul-2023 |
| YRC WORLDWIDE, INC. | 2492405-41525 | INV | 19-Jul-2023 | 13,240.78 | 18-Jul-2023 |
| YRC WORLDWIDE, INC. | 2492500-41525 | INV | 19-Jul-2023 | 23,400.00 | 15-Jul-2023 |
| YRC WORLDWIDE, INC. | 2492583-41525 | INV | 19-Jul-2023 | 23,296.87 | 17-Jul-2023 |
| YRC WORLDWIDE, INC. | 2492489-41525 | INV | 19-Jul-2023 | 22,728.45 | 14-Jul-2023 |
| YRC WORLDWIDE, INC. | 2498482-41525 | INV | 25-Jul-2023 | 20,489.24 | 03-Jul-2023 |
| YRC WORLDWIDE, INC. | 2498449-41525 | INV | 25-Jul-2023 | 24,095.68 | 21-Jul-2023 |
| YRC WORLDWIDE, INC. | 2498388-41525 | INV | 25-Jul-2023 | 24,635.20 | 24-Jul-2023 |
| YRC WORLDWIDE, INC. | 2498473-41525 | INV | 25-Jul-2023 | 21,214.95 | 19-Jul-2023 |
| YRC WORLDWIDE, INC. | 2498470-41525 | INV | 25-Jul-2023 | 23,880.64 | 20-Jul-2023 |
| YRC WORLDWIDE, INC. | 2506623-41525 | INV | 01-Jul-2023 | 21,803.53 | 30-Jun-2023 |
| YRC WORLDWIDE, INC. | 2509630-41525 | INV | 31-Jul-2023 | 26,085.40 | 28-Jul-2023 |
| YRC WORLDWIDE, INC. | 2505477-41525 | INV | 31-Jul-2023 | 20,505.12 | 26-Jul-2023 |
| YRC WORLDWIDE, INC. | 2505548-41525 | INV | 31-Jul-2023 | 21,395.77 | 07-Jul-2023 |
| YRC WORLDWIDE, INC. | 2509663-41525 | INV | 31-Jul-2023 | 24,798.90 | 25-Jul-2023 |
| YRC WORLDWIDE, INC. | 2505398-41525 | INV | 31-Jul-2023 | 26,129.36 | 22-Jul-2023 |
| YRC WORLDWIDE, INC. | 2508288-41525 | INV | 31-Jul-2023 | 24,667.97 | 21-Jul-2023 |

Sheet1

| YRC WORLDWIDE, INC. | 2513458-41525 | 07-Aug-2023 | INV | 22,630.30 | 17-Jul-2023 |
|---|---|---|---|---|---|

569,255.88