# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| YELLOW CORPORATION, *et al.*, | ) Case No. 23-11069 (CTG) |
| | ) (Jointly Administered) |
| Debtors. | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of Andrew D. Zaron, Esq. to represent World Fuel Services, Inc. in the above-captioned action and any related proceedings.

Dated:  September 11, 2023

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)
**GELLERT SCALI BUSENKELL & BROWN, LLC**
1201 North Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5812
mbusenkell@gsbblaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the State Bar of Florida and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16.  I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated:  September 11, 2023

*/s/ Andrew D. Zaron*
Andrew D. Zaron (Fla. Bar No. 965790)
**LEÓN COSGROVE JIMÉNEZ, LLP**
255 Alhambra Circle, 8th Floor
Miami, Florida 33134
Telephone: (305) 740-1975
Facsimile:  (305) 351-4059
azaron@leoncosgrove.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that Counsel's motion for admission pro hac vice is granted.

**Dated: September 13th, 2023**            **CRAIG T. GOLDBLATT**
**Wilmington, Delaware**                **UNITED STATES BANKRUPTCY JUDGE**