# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**Yellow Corporation, a/k/a YRC Worldwide, Inc.,** *et al.*[1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11069-CTG |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of **Mark S. Lichtenstein** to represent City Wide Franchise Company, Inc. in this action.

Dated: August 28, 2023
    Wilmington, Delaware

BROWN McGARRY NIMEROFF LLC

*/s/ Jami B. Nimeroff*
Jami B. Nimeroff (No. 4049)
919 N. Market Street, Suite 420
Wilmington, Delaware 19801
(302) 428-8142 - direct
(302) 351-2744 - facsimile
Email: jnimeroff@bmnlawyers.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

## CERTIFICATION

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the States of New York and New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: August 25, 2023

                              Mark S. Lichtenstein, Esquire
                              AKERMAN LLP
                              1251 Avenue of the Americas, 37th Floor
                              New York, NY  10020

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: September 13th, 2023
Wilmington, Delaware

                        **CRAIG T. GOLDBLATT**
                        **UNITED STATES BANKRUPTCY JUDGE**