IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>YELLOW CORPORATION, *et al.*<br><br>Debtors. | CHAPTER 11<br><br>CASE NO. 23-11069 (CTG) |

### **REQUEST FOR REMOVAL FROM MAILING LIST**

TO:      Clerk of the above-entitled Court;

AND TO:    Pachulski Stang Ziehl & Jones LLP
                Kirkland & Ellis LLP
                Kirkland & Ellis International LLP
                Attorneys for Debtors and Debtors in Possession

AND TO:    Jane M. Leany
                Richard L. Schepacarter
                Office of the United States Trustee

AND TO:    All Other Parties of Interest.

      YOU ARE HEREBY NOTIFIED that the undersigned attorney files this Request for Removal from Mailing List on behalf of creditor Western Teamsters Welfare Trust ("Trust"). The Trust requests notice of hearings and conferences herein and make demand for services of all papers herein, including, without limitation, all schedules, motions, applications, plans of reorganization, disclosure statements, orders, documents, including those in an adversary proceeding, and all papers and notices pursuant to Federal Rules of Bankruptcy Procedure

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., STE. 910
SEATTLE, WA 98101
(206) 224-9900

2002, 4001, 9007, 9010, and Sections 342 and 1109(b) of the Bankruptcy Code by <u>ECF notification only</u>.

DATED this 13th day of September, 2023.

<u>/s/ Noelle E. Dwarzski</u>
Noelle E. Dwarzski WSBA No. 40041
BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
Attorneys for Trust Funds
1325 Fourth Avenue, Suite 910
Seattle, WA 98101
Phone: 206-224-9900
Fax:    206-224-9820
Email:  noelled@bcmjlaw.com

Attorneys for Western Teamsters Welfare Trust

## **CERTIFICATE OF SERVICE**

This will certify that on September 13, 2023, I caused the foregoing Request for Removal from Mailing List to be electronically filed with the Clerk of the Court using the CM/ECF system. This certifies that the foregoing document was served via CM/ECF electronic mail on all registered users.

DATED this 13th day of September 2023.

<u>/s/ Noelle E. Dwarzski</u>
Noelle E. Dwarzski

200.000 Bankruptc gi13bn019r

BARLOW COUGHRAN
MORALES & JOSEPHSON, P.S.
1325 FOURTH AVE., STE. 910
SEATTLE, WA 98101
(206) 224-9900