# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| Yellow Corporation, et al. | : | |
| | : | Case No: 23-11069 (CTG) |
| Debtor. | : | |

_____

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Irve J. Goldman, Esquire of Pullman & Comley LLC to represent Nations Fund I, LLC in this action.

Dated: Wilmington, Delaware
September 13, 2023

/s/ Martin J. Weis
Martin J. Weis
Dilworth Paxson LLP
One Customs House – Suite 500
704 King Street
Wilmington, DE 19801
Phone: 215-575-7000
Email: mweis@dilworthlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Connecticut and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund dated 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: September 13, 2023

/s/ Irve J. Goldman
Irve J. Goldman
Pullman & Comley LLC
850 Main Street
PO Box 7006
Bridgeport, CT 06601-7006
Phone: 203-330-2213
Email: igoldman@pullcom.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

123429645-1