**Exhibit A**

**Revised Proposed Order**