# Exhibit B

# Redline