IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 394** |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS MOTION OF DEBTORS SEEKING ENTRY OF AN ORDER (I) AUTHORIZING (A) REJECTION OF CERTAIN EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF DATES SPECIFIED HEREIN AND (B) ABANDONMENT OF CERTAIN PERSONAL PROPERTY, IF ANY, AND (II) GRANTING RELATED RELIEF**

The undersigned hereby certifies that:

1. On August 31, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Omnibus Motion of Debtors Seeking Entry of an Order (I) Authorizing (A) Rejection of Certain Executory Contracts and Unexpired Leases Effective as of Dates Specified Herein and (B) Abandonment of Certain Personal Property, If Any, and ((II) Granting Related Relief* (the "Motion") [Docket No. 394].

2. The deadline to respond to the Motion was on September 8, 2023 at 4:00 p.m. Eastern Time (the "Objection Deadline").

3. The Debtors received informal comments from (a) the Office of the United States Trustee and (b) Schneider, and a filed objection from (c) East West Bank [Docket No. 430] (the "Responding Parties").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4. The Debtors circulated a revised proposal form of order to the Responding Parties and the following parties: counsel to the Official Committee of Unsecured Creditors, the Junior DIP Lender, the B-2 Lenders, the ABL Agent, the United States Department of the Treasury, and the UST Tranche A Agent and UST Tranche B Agent (collectively, with the Responding Parties, the "<u>Reviewing Parties</u>").

5. Attached hereto as <u>Exhibit A</u> is a revised proposed form of order (the "<u>Revised Proposed Order</u>") that has been circulated to the Reviewing Parties, which do not object to entry of the Revised Proposed Order. Attached hereto as <u>Exhibit B</u> is a redline of the Revised Proposed Order showing changes against the order filed with the Motion.

6. Accordingly, the Debtors respectfully request entry of the Revised Proposed Order at the Court's earliest convenience.

DOCS_DE:244769.1 96859/001

Dated:  September 13, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone:   (212) 446-4800 |
| Telephone:   (302) 652-4100 | Facsimile:   (212) 446-4900 |
| Facsimile:   (302) 652-4400 | Email:   patrick.nash@kirkland.com |
| Email:   ljones@pszjlaw.com |         david.seligman@kirkland.com |
|         tcairns@pszjlaw.com |         whitney.fogelberg@kirkland.com |
|         pkeane@pszjlaw.com | |
|         ecorma@pszjlaw.com | -and- |

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:   allyson.smith@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in*