# Exhibit A

## Revised Proposed Order

DOCS_DE:244769.1 96859/001