**Exhibit B**

**Redline**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. —394** |

**ORDER (I) AUTHORIZING**
**(A) REJECTION OF CERTAIN EXECUTORY**
**CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF**
**DATES SPECIFIED HEREIN AND (B) ABANDONMENT OF CERTAIN**
**PERSONAL PROPERTY, IF ANY, AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) authorizing the Debtors to (i) reject the Contracts set forth on the Rejected Contracts List[3] attached hereto as **Annex 1** effective as the Contract Rejection Date, (ii) reject the Leases set forth on the Rejected Leases List[4] attached hereto as **Annex 2** effective as of the Lease Rejection Date, and (iii) abandon Personal Property that may be located at the Premises, and (b) granting related relief, all as more fully set forth in the Motion; and upon the First Day Declaration; and the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings given to them in the Motion.

[3] The Debtors reserve the right to remove any Contract or to amend any Rejection Date set forth on the Rejected Contracts List attached hereto as **Annex 1** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

[4] The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on the Rejected Leases List attached hereto as **Annex 2** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under

28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States

District Court for the District of Delaware, dated February 29, 2012; and this Court having found

that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that

this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that this Court may enter a final

order consistent with Article III of the United States Constitution; and this Court having found

that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C.

§§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and

opportunity for a hearing on the Motion were appropriate and no other notice need be provided,

as set forth herein; and this Court having reviewed the Motion ~~and having heard the statements~~

~~in support of the relief requested therein at a hearing before this Court (the "Hearing")~~; and this

Court having determined that the legal and factual bases set forth in the Motion ~~and at the~~

~~Hearing~~ establish just cause for the relief granted herein; and upon all of the proceedings had

before this Court; and after due deliberation and sufficient cause appearing therefor, it is

HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      Each of the Contracts identified on Rejected Contracts List is rejected under

section 365 of the Bankruptcy Code effective as of the as of the rejection date listed for each

Contract on the Rejected Contracts List attached hereto as **Annex 1**.

3.      Each of the Leases identified on Rejected Leases List is rejected under section

365 of the Bankruptcy Code effective as of the earlier of (a) August 31, 2023, as listed for each

Lease on the Rejected Lease List attached hereto as **Annex 2**, or (b) the date the Debtors have

surrendered the Premises to the landlord via delivery of the keys, key codes, or alarm codes to

the premises, as applicable, to the applicable lease counterparty, or, if not delivering such keys or codes, providing notice that the landlord may re-let the premises.

4.      The Debtors are authorized, but not directed, to abandon any Personal Property located at the Premises identified on the Rejected Leases List and all such property is deemed abandoned as of the Lease Rejection Date free and clear of all liens, claims, encumbrances, interests, and rights of the Debtors and third parties.  The applicable counterparty to each Lease may utilize or dispose of such Personal Property without liability to any third parties, and without further notice to any party claiming an interest in such abandoned Personal Property. The automatic stay, to the extent applicable, is modified to allow for such utilization or disposition.

5.      Claims arising out of the rejection of the Contracts and/or Leases, if any, must be filed on or before the later of (i) the applicable deadline for filing proofs of claim established in these chapter 11 cases, and (ii) thirty (30) days after the later of (A) the effective rejection date listed on Annex 1 and Annex 2 hereto and (b) the date the Debtors surrender control of the premises to the landlord via delivery of the keys, key codes or alarm codes to the premises, as applicable to the applicable lease counterparty, or, if not delivering such keys or codes, providing notice that the landlord may re-let the premises.

6.      5. Notwithstanding the relief granted in this Order and any actions taken pursuant to such relief, nothing in this Order shall be deemed:  (a) an admission as to the validity, priority, or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other party in interest's right to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; (d) an implication or admission that any particular claim is of a type specified or defined in this Order or the Motion; (e) other than as set forth herein and

on the Rejected Contracts List and Rejected Leases Lists, a request or authorization to assume any agreement, contract, or lease pursuant to section 365 of the Bankruptcy Code; (f) a waiver or limitation of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law; or (g) a concession by the Debtors or any other party in interest's that any liens (contractual, common law, statutory, or otherwise) satisfied pursuant to this Order are valid and the Debtors and all other parties in interest expressly reserve their rights to contest the extent, validity, or perfection or to seek avoidance of all such liens. Any payment made pursuant to this Order should not be construed as an admission as to the validity, priority, or amount of any particular claim or a waiver of the Debtors' or any other party in interest's rights to subsequently dispute such claim.

7.      6. The numerosity requirements of Bankruptcy Rule 6006(f)(6) are waived for the Motion and the rejection of the Contracts and Leases authorized by this Order complies with the requirements of Bankruptcy Rule 6006(f).

8.      7. Nothing in the Motion or this Order shall be deemed or construed as an approval of an assumption of any contract pursuant to section 365 of the Bankruptcy Code.

9.      8. Notice of the Motion as set forth therein shall be deemed good and sufficient notice of such Motion and the requirements of the Bankruptcy Rules and the Bankruptcy Local Rules are satisfied by such notice.

10.      9. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

11.      10. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

## <u>Annex 1</u>

## Rejected Contracts List[1]

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract. The Debtors reserve the right to remove any Contract or to amend any Rejection Date set forth on this Rejected Contracts List at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

**Rejected Contracts List**[1]

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 1 | 5 STRING SOLUTIONS LLC | 19448 W 102nd Street Lenexa, KS 66215 USA | YRC Enterprise Services, Inc. | Master services agreement for cartage modernization and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 2 | ALVARIA INC | 5 TECHNOLOGY PARK DRIVE, SUITE 9 WESTFORD, MA 01886 USA | YRC Enterprise Services, Inc. | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/17/2023 |
| 3 | ALVARIA INC | 5 TECHNOLOGY PARK DRIVE, SUITE 9 WESTFORD, MA 01886 USA | Yellow Corporation | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/17/2023 |
| 4 | American Society of Composers, Authors and Publishers | 2675 Paces Ferry Road SE Atlanta, GA 30339 USA | YRC Worldwide | Master supply agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 5 | Ansonia | PO BOX 71221 Charlotte, NC 28272 USA | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 6 | APPSPACE INC | 10 Research Parkway Wallingford, CT 06492 USA | YRC Enterprise Services, Inc. | Master business agreement for digital signage and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 7 | ARAMARK | 115 North First Street Burbank, CA 91502 USA | YRC Enterprise Services, Inc. | Master business agreement for uniforms and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 8 | ASANA INC | 633 FOLSOM ST San Francisco, CA 94107 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 9 | ASSETWORKS INC | 998 Old Eagle Road #1215 | Yellow Corporation | Master agreement and all related amendments, renewals, additions, | 8/25/2023 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract. The Debtors reserve the right to remove any Contract or to amend any Rejection Date set forth on this Rejected Contracts List at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| | | Wayne, PA 19087 USA | | SOWs, upgrades, etc. | |
| 10 | AVI SYSTEM, INC | 8019 BOND ST LENEXA, KS 66214 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |
| 11 | Banyan Technologies | 31011 VIKING PARKWAY WESTLAKE, OH 44145 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 12 | Batchmark XL | 653 Lexington Circle Peachtree City, GA 30269 USA | YRC Enterprise Services, Inc. | Master agreement for pricing and rating tool and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 13 | BAYARD ADVERTISING AGENCY | 1430 Broadway New York, NY 10018 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 14 | BRIDGE MY RETURN | 417 Wedgemere Pl Libertyville, IL 60048 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 15 | Broadcast Music Inc. | 10 Music Square East Nashville, TN 37203 USA | YRC Worldwide | Master licensing agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 16 | CAPGEMINI AMERICA | 623 FIFTH AVE, 33RD FL NEW YORK, NY 10022 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |
| 17 | CAPSIM | 2012 Corporate Lane Naperville, IL 60563 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 18 | CENTER FOR DISABILITY INCLUSION | PO Box 901296 Kansas City, MO 64190 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 19 | CENTER FOR WORKPLACE COMPLIANCE | 1501 M Street, NW Washington, DC 20005 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 20 | Cintas Corporation | 6800 Cintas Blvd. Cincinatti, OH 45262 USA | No Contract | Master supply agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 21 | Copyright Clearance Center | 222 Rosewood Drive Danvers, MA 01923 USA | YRC Worldwide | Master licensing agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 22 | CRM | 704 Executive Blvd, Ste A Valley Cottage, NY 10989 USA | Yellow Corporation | Master services agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 23 | Cummins Inc. d/b/a Cummins Sales and Service | 1600 Buerkle Rd. White Bear Lake, MN 55110 USA | YRC Inc. | Master services agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 24 | D&B Transport | PO BOX 931197 Atlanta, GA 31193 USA | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 25 | DAT SOLUTIONS, LLC | 8405 SW Nimbus Street Beaverton, OR 97008 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 26 | DEVELOPMENT DIMENSIONS INTERNATIONAL INC | 1225 Washington Pike Bridgeville, PA 15017-2838 USA | YRC Enterprise Services, Inc. | Master services agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 27 | DISPLAYR | 2045 W Grand Ave Chicago, IL 60612-1577 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 28 | Dream Suites, Inc | 501 Commerce St, 11th Floor, Suite 1120 Nashville, TN 37203 USA | YRC Inc. | Cumberland Suite Limited License Agreement dated as of January 13, 2022 | 8/17/2023 |
| 29 | DTN, Inc. | 18205 Capitol Ave, Ste 100 Omaha, NE 68002 USA | No Contract | Master fuel supply agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 30 | DUN & BRADSTREET, INC | 5335 Gate Parkway Jacksonville, FL 32256 USA | YRC Enterprise Services, Inc. | Master services agreement for collections activities and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 31 | EAB GLOBAL INC (Seramount) | 2445 M St NW Washington, DC 20037 USA | YRC Enterprise Services, Inc. | Master services agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 32 | EMPLOYMENT ADVISORY SERVICES INC | 1501 M Street, NW Washington, DC 20005 USA | YRC Enterprise Services, Inc. | Master services agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 33 | EnerSys Delaware Inc. | 2366 Bernville Rd. Reading, PA 19605 USA | YRC Enterprise Services, Inc. | Master services agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 34 | EXPLORE CAREERS | DIVISION OF TEBER PTY LTD, LEVEL 2, 163 EASTERN RD SOUTH MELBOURNE, 03205 Australia | YRC Enterprise Services, Inc. | Master agreement for recruitment and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 35 | Focused Xtermination | 14046 W. 107th Street Lenexa, KS 66215 USA | YRC Enterprise Services, Inc. | Master services agreement for pest control and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 36 | GARTNER, INC. | 56 TOP GALLANT ROAD STAMFORD, CT 06902 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 37 | General Fire Sprinkler Company, LLC | 10324 W. 79th St Shawnee, KS 66214 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 38 | Glint, Inc | 1100 Island Drive Redwood City, CA 94065 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 39 | Goodwin Pro Turf | 6945 W. 152nd Terr Overland Park, KS 66223 USA | YRC Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 40 | GUROBI OPTIMIZATION, INC. | 9450 SW GEMINI DR. #90729 BEAVERTON, OR 97008 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |
| 41 | ICIMS INC | 29348 NETWORK PLACE Chicago, IL 60673 USA | YRC Enterprise Services, Inc. | Master agreement for recruitment and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 42 | INDEED, INC. | P.O. Box 660367 Dallas, TX 75266 USA | YRC Enterprise Services, Inc. | Master agreement for recruitment and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 43 | INSTITUTE FOR MANAGEMENT STUDIES | 241 Ridge St Reno, NV 89501 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 44 | INTERACTIVE MEDIA GROUP | 190 North Union Street Akron, OH 44304 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 45 | Intouch Insight | 400 March Road Ottawa, Ontario K2K 3H4 Canada | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 46 | INTOUCH INSIGHT INC | 400 March Road Ottawa, Ontario K2K 3H4 Canada | YRC Enterprise Services, Inc. | Master business agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 47 | Johnson Controls | ATTN: VANESSA PLEASANT LITHIA SPRINGS, GA 30122 USA | YRC Enterprise Services, Inc. | Master services agreement for chiller maintenance and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 48 | Kansas Chamber | 534 S Kansas Ave, Ste 1400 Topeka, KS 66603 USA | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 49 | KBS Constructors, Inc | 14955 W 117th St Olathe, KS 66062 USA | YRC Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 50 | KEYHOLE SOFTWARE LLC | 11205 W 79TH STREET LENEXA, KS 66214 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |
| 51 | KEYHOLE SOFTWARE LLC | 11205 W 79TH STREET LENEXA, KS | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| | | 66214 USA | | | |
| 52 | LEAN STAFFING SOLUTIONS INC | 11555 Heron Bay Blvd Suite 301 Coral Gables, FL 33076 USA | YRC Enterprise Services, Inc. | Master services agreement for staffing services and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 53 | LEXMARK INTERNATIONAL, INC. | 740 WEST NEW CIRCLE ROAD LEXINGTON, KY 40550 USA | YRC Enterprise Services, Inc. | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/17/2023 |
| 54 | Liebert | 1050 Dearborn Drive Columbus, OH 43229 USA | YRC Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 55 | LINKEDIN CORPORATION | 62228 COLLECTIONS CENTER DR Chicago, IL 60693 USA | YRC Enterprise Services, Inc. | Master agreement for recruitment and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 56 | LumenData Inc | 5201 Great America Parkway Santa Clara , CA 95054 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 57 | MITSUBISHI LOGISNEXT AMERICAS (HOUSTON) INC | 2121 W Sam Houston Parkway N Houston, TX 77043 USA | YRC Enterprise Services, Inc. | Master equipment Sales agreement for marketing services and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 58 | MTM RECOGNITION | 3405 S.E. 29th St Oklahoma City, OK 73115 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 59 | N. CHRISTY CONSULTING | 421 E 74th Terr Kansas City, MO 64131-1636 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 60 | Nalco | 1604 West Diehl Rd Naperville, IL 60563 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 61 | NMFTA | 1001 N FAIRFAX ST STE 600 ALEXANDRIA, VA 22314 USA | YRC Enterprise Services, Inc. | Master membership agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 62 | OKTA INC | 100 FIRST STREET SAN FRANCISCO, CA 94105 USA | YRC Enterprise Services, Inc. | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |
| 63 | OPENTEXT INC. | 11720 AMBER PARK DRIVE, SUITE 200 ALPHARETTA, GA 30009 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |
| 64 | OPIS | 9737 Washingtonian Blvd. Suite 100 Gaithersburg, MD 20878 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 65 | OPTYM | 3401 OLYMPUS BLVD, SUITE 500 DALLAS, TX 75019 USA | YRC Enterprise Services, Inc. | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |
| 66 | ORACLE AMERICA INC | 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 USA | YRC Enterprise Services, Inc. | Software licenses and maintenance agreement Contract ID: CPQ-2250815,CPQ-2250828 - 1 | 8/24/2023 |
| 67 | PRINTRONIX LLC | 15345 BARRANCA PARKWAY IRVINE, CA  92618 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/17/2023 |
| 68 | PUBLICIS SAPIENT | 40 Water Street Boston, MA  02109 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |
| 69 | Quality Vending | 7401 NW 109th Street Kansas City, MO 64153 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 70 | RAND MCNALLY | 8770 W. Bryn Mawr Ave. Chicago, IL  60631 USA | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 71 | Rateware | 653 Lexington Circle Peachtree City, GA 30269 USA | YRC Enterprise Services, Inc. | Master agreement for pricing data and services and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 72 | REDDENS FLEET MAINTENANCE | P.O. Box 257 Mt. Washington, KY  40047 USA | YRC Enterprise Services, Inc. | Vendor master services agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 73 | Richards and Richards, LLC | 1741 Elm Hill Pike Nashville, TN 37210 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 74 | ROBERT HALF FINANCE & ACCOUNTING | 2884 Sandhill Road Menlo Park, CA 94025 USA | YRC Enterprise Services, Inc. | Master agreement for recruitment and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 75 | S&P Global Inc. (Platts) | 55 Water Street New York, NY 10041 USA | YRC Enterprise Services, Inc. | Master data subscription agreement  and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 76 | SAIR COLLECTIVE | 129 RUSKIN DR Chapel Hill, NC 27516 USA | YRC Enterprise Services, Inc. | Master agreement for consulting services and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 77 | SALESFORCE.COM INC | 415 MISSION STREET, 3RD FL SAN FRANCISCO, CA  94105 USA | YRC Enterprise Services, Inc. | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |
| 78 | SC Realty Services Inc. d/b/a SG360 | 14711 W. 114th Terr. | YRC Inc. | Master agreement for janitorial services and all related | 8/31/2023 |

7

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|-----|------------------------|------------------|--------|------------------------|--------------------------|
| | | Lenexa, KS  66215 USA | | amendments, renewals, additions, SOWs, etc. | |
| 79 | SCHNEIDER | 3101 S PACKERLAND DRIVE GREEN BAY, WI 54313 USA | YRC Enterprise Services, Inc.; YRC Inc.; USF Holland LLC; USF Reddaway Inc. | Master services agreement for purchased transportation and all related amendments, renewals, additions, SOWs, etc., and any other executory agreements between the Debtors and Schneider relating to transportation services provided to the Debtors by Schneider | 8/31/2023 |
| 80 | SCHNEIDER | 3101 S PACKERLAND DRIVE GREEN BAY, WI 54313 USA | YRC Inc. | Master services agreement for purchased transportation and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 810 | SHIPLIFY | 888 3rd Street NW Atlanta, GA  30318 USA | Yellow Corporation | Master services agreement for liftgate identification and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 821 | SHIPLIFY | 888 3rd Street NW Atlanta, GA  30318 USA | YRC Enterprise Services, Inc. | Master services agreement for liftgate identification and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 832 | Siemens | 1000 Deerfield Parkway Buffalo Grove, IL 60089 USA | YRC Enterprise Services, Inc. | Master business agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 843 | SIGNATURE GRAPHICS INC | 1000 Signature Drive Porter, IN  46304 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 854 | SKILLSOFT CORPORATION | 300 Innovative Way Nashua, NH  03062 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 865 | TECHNOLOGY RECOVERY GROUP LTD. | 31390 VIKING PARKWAY WESTLAKE, OH 44145 USA | YRC Enterprise Services, Inc. | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |
| 876 | TECHNOLOGY RECOVERY GROUP LTD. | 31390 VIKING PARKWAY WESTLAKE, OH 44145 USA | Yellow Corporation | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |
| 887 | TELESKOPE LLC | 7720 Water St. Fulton, MD  20759 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 898 | TOM MCLEOD SOFTWARE CORPORATION | 100 CORPORATE PARKWAY BIRMINGHAM, AL  35242 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |
| 890 | VALOREM | 2101 BROADWAY | YRC | Master agreement and all related | 8/25/2023 |

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| | CONSULTING GROUP, L.L.C. | KANSAS CITY, MO  64108 USA | Enterprise Services, Inc. | amendments, renewals, additions, SOWs, upgrades, etc. | |
| 9~~10~~0 | VASION | 432 SOUTH TECH RIDGE DRIVE SAINT GEORGE, UT  84770 USA | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/17/2023 |
| 9~~2~~1 | Vertiv | 9776 Legler Rd. Lenexa, KS  66219 USA | YRC Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 9~~3~~2 | Westlaw | 610 Opperman Drive Eagan, MN  55123 USA | YRC Worldwide | Master services agreement for legal research and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 9~~4~~3 | Wheels up | 601 WEST 26TH STREET, SUITE 900 NEW YORK, NY 10001 USA | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 9~~5~~4 | WHEELS UP PARTNERS LLC | 601 West 26th Street, Suite 900 New York, NY 10001 USA | YRC Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 9~~6~~5 | ZELLO INC | 701 BRAZOS, 16TH FLOOR AUSTIN, TX 78701 USA | YRC Enterprise Services, Inc. | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |

**<u>Annex 2</u>**

**Rejected Leases List[1]**

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease. The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on this Rejected Leases List at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

**Rejected Leases List**[1]

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|-----|-------------------------|--------|---------------------|------------------|--------------------|--------------------------|
| 1 | BIG SKY PROPERTY MANAGEMENT PO Box 6000, Butte, MT 59702 | USF Reddaway Inc. | Lease Agreement by and among BIG SKY PROPERTY MANAGEMENT dated as of 8/20/21 | 401 Jackrabbit Lane, Belgrade, MT 59714 | N/A | 8/31/2023 |
| 2 | BLACH INVESTMENT GROUP 131 Main Street, Elko, NV 89801 | USF Reddaway Inc. | Lease Agreement (as amended) by and among BLACH INVESTMENT GROUP dated as of 4/9/15 | 131 Main Street, Elko, NV 89801 | N/A | 8/31/2023 |
| 3 | BLUEBIRD REAL ESTATE HOLDINGS, LLC 201 North Minnesota Avenue, Suite 101, Sioux Falls, SD | YRC Inc. | Lease Agreement (as amended) by and among BLUEBIRD REAL ESTATE HOLDINGS, LLC dated as of 3/10/95 | 2801 S Kiwanis Ave, 3rd Floor, Sioux Falls, SD 57105 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |
| 4 | BOYER LOGISTICS, INC. 7318 4th Avenue South, Seattle, WA 98108 | USF Reddaway Inc. | Lease Agreement by and among BOYER LOGISTICS, INC. dated as of 4/23/08 | 7318 4th Avenue S, Seattle, WA 98108 | N/A | 8/31/2023 |
| 5 | C AND S BROKERAGE PO Box 143 3122 Hilyard Ave, Klamath Falls, OR 97601 | USF Reddaway Inc. | Lease Agreement by and among C AND S BROKERAGE dated as of 3/5/13 | 3122 Hilyard Ave, Klamath Falls, OR 97601 | N/A | 8/31/2023 |
| 6 | DAVID M. AND ANN B. MORSE 615 S Silver Valley Road, Leeds, UT 84746 | USF Reddaway Inc. | Lease Agreement by and among DAVID M. AND ANN B. MORSE dated as of 9/21/22 | 115 W Main Street, Beaver, UT 84713 | N/A | 8/31/2023 |
| 7 | DWJS, LLC 3440 Secor Road, | YRC Inc. | Lease Agreement (as amended) by and among | 1339 S Byrne Road, Toledo, OH | Furniture, fixtures, IT | 8/31/2023 |

[1]    The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease.  The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on this Rejected Leases List at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| | Toledo, OH 43606 | | DWJS, LLC dated as of 7/6/05 | 43606 | equipment, other miscellaneous de minimis items | |
| 8 | ESTES EXPRESS LINES 3901 West Broad Street, Richmond, VA 23230 | USF Reddaway Inc. | Lease Agreement by and among ESTES EXPRESS LINES dated as 8/31/09 | 10762 Highway 287, Three Forks, MT 59752 | N/A | 8/31/2023 |
| 9 | FEDERAL BRIDGE CORPORATION 1555 Venetian Boulevard, Point Edward, ON N7T 0A9 | YRC Freight Canada Company | Lease Agreement by and among FEDERAL BRIDGE CORPORATION dated as of 8/19/19 | 1555 Venetian Boulevard Point Edward, ON N7T 0A9 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |
| 10 | GLEN EG, LLC PO Box 12005 Overland Park, KS 66285 | YRC Inc. | Lease Agreement by and among YRC Inc. and GLEN EG, LLC dated as of 11/1/2014 | 5200 110th Street, Overland Park, KS 66211 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |
| 11 | HARTMAN ROAD LLC 1904 Monroe Drive, Suite 250, Atlanta GA 30324 | YRC Logistics Services, Inc. (f/k/a HNRY Logistics, Inc.) | Lease Agreement by and among HARTMAN ROAD LLC dated as of 1/20/21 | 300 Hartman Road, Austell, GA 30168 | N/A | 8/31/2023 |
| 12 | HEALTHSOURCE INTEGRATED SOLUTIONS 2121 SW Chelsea Drive, Topeka, KS 66614 | YRC Inc. | Lease Agreement (as amended) by and among HEALTHSOURCE INTEGRATED SOLUTIONS dated as of 9/8/17 | 2121 SW Chelsea Drive, Topeka, KS 66614 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |
| 13 | MARIA ONTIVEROS 335 Edwards Avenue, Liberal, KS 67901 | YRC Inc. | Lease Agreement by and among MARIA ONTIVEROS dated as of 9/16/21 | 1067 E Pancake Boulevard, Liberal, KS 67901 | N/A | 8/31/2023 |
| 14 | MATELICH CRANE PIER & PILING PO Box 1621, Kalispell, MT 59903 | USF Reddaway Inc. | Lease Agreement by and among MATELICH CRANE PIER & PILING dated as of 4/21/21 | 3085 Highway 93 South, Kalispell, MT 59901 | N/A | 8/31/2023 |
| 15 | MULTI-BASE, INC. 3835 Copley Road, Copley, OH 44321 | YRC Inc. | Lease Agreement by and among MULTI-BASE, INC. dated as of 11/23/09 | 3835 Copley Road, Copley, OH 44321 | N/A | 8/31/2023 |
| 16 | NAPA AUTO PARTS 829 MLK Way, | YRC Inc. | Lease Agreement by and among NAPA AUTO PARTS dated as | 841 W M. L. King. Jr. Way, Merced, CA 95340 | N/A | 8/31/2023 |

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| | Merced, CA 95340 | | of 11/6/09 | | | |
| 17 | NIAGARA FALLS BRIDGE PO Box 395 Niagara Falls, ON L2E 6T8 | YRC Inc. | Lease Agreement by and among NIAGARA FALLS BRIDGE dated as of 7/29/19 | 14154 Niagara Parkway, Suite 215 St. Catharines, ON L0S 1J0 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |
| 18 | NORSTAR WALKER INC. 7077 Keele Street, Suite 102, Concord, ON L4K 0B6 | YRC Freight Canada Company | Lease Agreement (as amended) by and among NORSTAR WALKER INC. dated as of 4/30/97 | 4055 Walker Road, Windsor, ON N8W 3T6 | N/A | 8/31/2023 |
| 19 | NW 5+B OFFICE AND RETAIL LLC 5036 Broadway Place, Suite 216, Nashville, TN 37203 | YRC Inc. | Lease Agreement (as amended) by and among YRC Inc. and NW 5+B OFFICE AND RETAIL LLC dated as of 1/26/22 | 501 Commerce Street, Suite 1100, Nashville, TN 37203 | Furniture, fixtures, other miscellaneous de minimis items | 8/31/2023 |
| 20 | PACIFICORP 1407 W North Temple, Suite 110, Salt Lake City, UT 84116 | YRC Inc. | Lease Agreement by and among PACIFICORP dated as of 1/1/20 | 2410 S 2700 W, Salt Lake City, UT 84119 | N/A | 8/31/2023 |
| 21 | PAUL ISAACSON 3940 Isaacson Rd, Bellingham, WA 98226 | USF Reddaway Inc. | Lease Agreement by and among PAUL ISAACSON dated as of 1/17/11 | 646 Burlington Boulevard, #B, Burlington, WA 98233 | N/A | 8/31/2023 |
| 22 | PEARL LENZEN 678 10th Street, Granite Falls, MN 56241 | YRC Inc. | Lease Agreement (as amended) by and among PEARL LENZEN dated as of 12/16/98 | 1000 W Highway 212, Granite Falls, MN 56241 | N/A | 8/31/2023 |
| 23 | PORT OF SEATTLE PO Box 34249-1249, Seattle, WA 98124 | USF Reddaway Inc. | Lease Agreement by and among PORT OF SEATTLE dated as of 1/1/10 (no lease - earliest payment) | Port of Seattle, Seattle, WA 98117 | N/A | 8/31/2023 |
| 24 | PORT OF SEATTLE PO Box 34249-1249, Seattle, WA 98124 | YRC Inc. | Lease Agreement by and among PORT OF SEATTLE dated as of 6/14/14 | Port of Seattle, Pier 91, Seattle, WA 98124 | N/A | 8/31/2023 |
| 25 | PRICE PROPERTY AND INVESTMENTS LLC AND GREEN--BLUE 1818 LLC PO Box 12067, Shawnee Mission, KS 66282-2067 | YRC Inc. | Lease Agreement (as amended) by and among YRC Inc. and PRICE PROPERTY AND INVESTMENTS LLC AND GREEN-BLUE 1818 LLC dated as of 10/31/2009 | 10990 Roe Avenue, Overland Park, KS 66211 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |
| 26 | REGENCY WEST OFFICE | YRC Inc. | Lease Agreement (as amended) by and among | 4800 Westown Parkway, Suite 120, | Furniture, fixtures, IT | 8/31/2023 |

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| | PARTNERS 1080 Jordan Creek Parkway, Suite 200 North, West Des Moines, IA 50266 | | REGENCY WEST OFFICE PARTNERS dated as of 11/21/94 | West Des Moines, IA 50266 | equipment, other miscellaneous de minimis items | |
| 27 | SANTA MARIA INVESTMENTS, LLC 1344 White Court, Santa Maria, CA | YRC Inc. | Lease Agreement (as amended) by and among SANTA MARIA INVESTMENTS, LLC dated as of 7/25/03 | 1344 White Court, Santa Maria, CA 93458 | N/A | 8/31/2023 |
| 28 | SCHOPP PROPERTIES2360 W Melgaard Road, Aberdeen, SD 57401 | YRC Inc. | Lease Agreement by and among SCHOPP PROPERTIES dated as of 4/18/23 | 2921 Industrial Ave, Aberdeen, SD 57401 | N/A | 8/31/2023 |
| 29 | SHURLING PROPERTY 4530 Ogeechee Road, Lot B, Savannah, GA 31405 | YRC Inc. | Lease Agreement by and among SHURLING PROPERTY dated as of 4/19/23 | 4530 Ogeechee Road, Lot B, Savannah, GA 31405 | N/A | 8/31/2023 |
| 30 | SILVER CREEK, LLC 1800 Progress Way, Clarksville, IN | USF Holland LLC | Lease Agreement by and among SILVER CREEK, LLC dated as of 3/3/23 | 1800 Progress Way, Clarksville, IN 47129 | N/A | 8/31/2023 |
| 31 | SOUTHERN WAREHOUSING & DISTRIBUTION 3232 North PanAm Expressway, San Antonio, TX 78219 | YRC Inc. | Lease Agreement by and among SOUTHERN WAREHOUSING & DISTRIBUTION dated as of 11/1/17 | 721 Gembler Road, San Antonio, TX 78219 | N/A | 8/31/2023 |
| 32 | SPALDING AND SON, INC. PO Box 430, Grants Pass, OR 97858 | USF Reddaway Inc. | Lease Agreement by and among SPALDING AND SON, INC. dated as of 2/5/13 | Corner of Favil and Spalding Streets, Grants Pass, OR 97528 | N/A | 8/31/2023 |
| 33 | TIMBERLINE DISTRIBUTORS LLC / THE BLACK SHEEP 3585 North Cederblom Street, Coeur d' Alene, ID 83815 | USF Reddaway Inc. | Lease Agreement by and among TIMBERLINE DISTRIBUTORS LLC / THE BLACK SHEEP dated as of 10/4/18 | 308 Seale Avenue N, Coeur d'Alene, WA 83815 | N/A | 8/31/2023 |
| 34 | TRAFTON WAREHOUSE LLC 8912-B Kimmie Street SW, Tumwater WA 98512 | YRC Inc. | Lease Agreement by and among TRAFTON WAREHOUSE LLC dated as of 1/20/20 | 8848 Kimmie Street SW, Tumwater, WA 98512 | N/A | 8/31/2023 |
| 35 | VELOCITY PARTNERS LLC | YRC Inc. | Lease Agreement by and among VELOCITY | 250 Homer Street, Olean, NY 14760 | N/A | 8/31/2023 |

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| | PO Box 987, Olean, NY 14760 | | PARTNERS LLC dated as of 4/12/05 | | | |
| 36 | VILLA VISTA WEST, LLC 605 S Willow Avenue, Tampa, FL 33606 | YRC Inc. | Lease Agreement by and among VILLA VISTA WEST, LLC dated as of 2/3/23 | 862 Landstreet Road, Orlando, FL 32824 | N/A | 8/31/2023 |
| 37 | West Emerson Brokers Mall Ltd. 809 – 167 Lombard Avenue Winnipeg, MB R3B 3H8, CANADA | YRC Freight Canada Company | Lease Agreement by and among West Emerson Brokers Mall Ltd. dated as of 12/1/99 | West Emerson Brokers Mall 101-389 Goshen Street, Emerson, R0A 0L0, CANADA | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |

| Summary report: Litera Compare for Word 11.3.1.3 Document comparison done on 9/13/2023 6:50:38 PM | |
|---|---|
| **Style name:** Color (Kirkland Default) | |
| **Intelligent Table Comparison:** Active | |
| **Original DMS:** iw://dms.kirkland.com/LEGAL/99762956/1 | |
| **Modified DMS:** iw://dms.kirkland.com/LEGAL/99762956/5 | |
| **Changes:** | |
| Add | 27 |
| Delete | 25 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 0 |
| Table Delete | 1 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 53 |