IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) ) ) | (Jointly Administered)<br><br>**Re: Docket No. 539** |

**NOTICE OF WITHDRAWAL OF DOCKET NO. 539 – CERTIFICATION
OF COUNSEL REGARDING OMNIBUS MOTION OF DEBTORS
SEEKING ENTRY OF AN ORDER (I) AUTHORIZING (A) REJECTION OF CERTAIN
EXECUTORY CONTRACTS AND UNEXPIRED LEASES EFFECTIVE AS OF DATES
SPECIFIED HEREIN AND (B) ABANDONMENT OF CERTAIN PERSONAL
PROPERTY, IF ANY, AND (II) GRANTING RELATED RELIEF**

PLEASE TAKE NOTICE that Yellow Corporation, et al. (the "Debtors"), in the above-captioned Chapter 11 case, hereby withdraws docket no. 539 - Certification of Counsel Regarding Omnibus Motion of Debtors Seeking Entry of an Order (I) Authorizing (A) Rejection

*[Remainder of the page left blank intentionally]*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

of Certain Executory Contracts and Unexpired Leases Effective as of Dates Specified Herein and

(B) Abandonment of Certain Personal Property, if any, and (II) Granting Related Relief.

.

Date: September 14, 2023      /s/ Laura Davis Jones
                                        Laura Davis Jones (DE Bar No. 2436)
                                        Timothy P. Cairns (DE Bar No. 4228)
                                        Peter J. Keane (DE Bar No. 5503)
                                        Edward Corma (DE Bar No. 6718)
                                        PACHULSKI STANG ZIEHL & JONES LLP
                                        919 North Market Street, 17th Floor
                                        P.O. Box 8705
                                        Wilmington, Delaware 19801
                                        Telephone (302) 652-4100
                                        Facsimile (32) 652-4400
                                        Email:  ljones@pszjlaw.com
                                        tcairns@pszjlaw.com
                                        pkeane@pszjlaw.com
                                        ecorma@pszjlaw.com
                                        *Proposed Counsel to the Debtors and Debtors in Possession*