**Exhibit 1**

**Cash Management Systems Schematic**





YELLOW Corporation
US Cash Schematic
PNC Bank 7094 ABL Receivables Accounts Receivables / Lockbox Account
PNC Bank 2947 PNC Concentration Account Concentration Account
Bank Of America 2291 USA Concentration Collection Receivables / Lockbox Account
JPMorgan Chase Bank N.A. 2835 USA Equipment Proceeds Accounts
JPMorgan Chase Bank N.A. 9583, 9567, 3310, 1713 ABL Receivables Accounts Receivable Accounts
BNY Mellon 6663 USA BNY Mellon Operating Operating Account
JPMorgan Chase Bank N.A. 0830 USA Concentration Account Concentration Account
BNY Mellon 6671, 6698 USA Equipment Proceeds Receivables / Equipment Account
JPMorgan Chase Bank N.A. 7613 YRC Freight Disbursement Concentration Account
Citizens Bank N.A 8727, 8638 USA Investment Account Money Market Account
US Bank N.A. 5676 USA Payroll Accounts Disbursement / Payroll Account
JPMorgan Chase Bank N.A. 5497, 2227 ABL Receivables Accounts Receivable Accounts
Citizens Bank N.A 9308, 8700 ABL Cash Collateral Account
Citizens Bank N.A 8719 Citizen Concentration Account
JPMorgan Chase Bank N.A. 4193 USA Disbursement Concentration Account
Secondary Accounts Wells Fargo 6130, 9838; PNC 0640 UMB 1046; JPM Unknown BNY Mellon 8400, 8400
Citizens Bank N.A 8689, 8417 USA Liability Accounts Disbursement / Payable Account
JPMorgan Chase Bank N.A. 4201, 4250, 4599, 4623, 4268 USA O&M Accounts Operating Account
JPMorgan Chase Bank N.A. 4219 USA Government Account Governmental Accounts
Legend
BNY Mellon
Citizens Bank N.A
Bank Of America
Zero Balance
Secondary Accounts
US Bank N.A.
3rd Party Receivables
Manual Transfer
JPMorgan Chase Bank
PNC Bank
3rd Party Disb.
ZBA in place
MAKING GLOBAL COMMERCE WORK, BY CONNECTING PEOPLE, PLACES AND INFORMATION.

MAKING GLOBAL COMMERCE WORK, BY CONNECTING PEOPLE, PLACES AND INFORMATION.



**YELLOW Corporation**
**Non-Debtor Affiliate Cash Schematic**

- [NDE] Bancomer — 5883 — Mexico Bank Accounts — Receivables / Property Account
- [NDE] JPMorgan Netherlands — 6641, 6633 — Reimer Holdings Bank Accounts — Payable Account
- [NDE] Bancomer — 0138 — Mexico Bank Accounts — Concentration Account
- [NDE] Bank of Bermuda — -501 — OPK Bank Accounts — Disbursement / Insurance Account
- [NDE] Bancomer — 9423, 9991, 0708 — Mexico Bank Accounts — Operating Account



**Legend**

| Bancomer | 3rd Party Receivables | Manual Transfer |
| Bank of Bermuda | Zero Balance | ZBA in place |
| JPMorgan Netherland | 3rd Party Disb. | [NDE] = Non Debtor Entity |

MAKING GLOBAL COMMERCE WORK, BY CONNECTING PEOPLE, PLACES AND INFORMATION.