# Annex 1

## Rejected Contracts List[1]

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract. The Debtors reserve the right to remove any Contract or to amend any Rejection Date set forth on this Rejected Contracts List at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

**Rejected Contracts List**[1]

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 1 | 5 STRING SOLUTIONS LLC | 19448 W 102nd Street Lenexa, KS  66215 USA | YRC Enterprise Services, Inc. | Master services agreement for cartage modernization and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 2 | ALVARIA INC | 5 TECHNOLOGY PARK DRIVE, SUITE 9 WESTFORD, MA 01886 USA | YRC Enterprise Services, Inc. | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/17/2023 |
| 3 | ALVARIA INC | 5 TECHNOLOGY PARK DRIVE, SUITE 9 WESTFORD, MA 01886 USA | Yellow Corporation | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/17/2023 |
| 4 | American Society of Composers, Authors and Publishers | 2675 Paces Ferry Road SE Atlanta, GA  30339 USA | YRC Worldwide | Master supply agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 5 | Ansonia | PO BOX 71221 Charlotte, NC 28272 USA | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 6 | APPSPACE INC | 10 Research Parkway Wallingford, CT 06492 USA | YRC Enterprise Services, Inc. | Master business agreement for digital signage and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 7 | ARAMARK | 115 North First Street Burbank, CA 91502 USA | YRC Enterprise Services, Inc. | Master business agreement for uniforms and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 8 | ASANA INC | 633 FOLSOM ST San Francisco, CA 94107 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 9 | ASSETWORKS INC | 998 Old Eagle Road #1215 Wayne, PA  19087 USA | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |
| 10 | AVI SYSTEM, INC | 8019 BOND ST LENEXA, KS 66214 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract. The Debtors reserve the right to remove any Contract or to amend any Rejection Date set forth on this Rejected Contracts List at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 11 | Banyan Technologies | 31011 VIKING PARKWAY WESTLAKE, OH 44145 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 12 | Batchmark XL | 653 Lexington Circle Peachtree City, GA 30269 USA | YRC Enterprise Services, Inc. | Master agreement for pricing and rating tool and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 13 | BAYARD ADVERTISING AGENCY | 1430 Broadway New York, NY 10018 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 14 | BRIDGE MY RETURN | 417 Wedgemere Pl Libertyville, IL 60048 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 15 | Broadcast Music Inc. | 10 Music Square East Nashville, TN 37203 USA | YRC Worldwide | Master licensing agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 16 | CAPGEMINI AMERICA | 623 FIFTH AVE, 33RD FL NEW YORK, NY 10022 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |
| 17 | CAPSIM | 2012 Corporate Lane Naperville, IL 60563 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 18 | CENTER FOR DISABILITY INCLUSION | PO Box 901296 Kansas City, MO 64190 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 19 | CENTER FOR WORKPLACE COMPLIANCE | 1501 M Street, NW Washington, DC 20005 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 20 | Cintas Corporation | 6800 Cintas Blvd. Cincinatti, OH 45262 USA | No Contract | Master supply agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 21 | Copyright Clearance Center | 222 Rosewood Drive Danvers, MA 01923 USA | YRC Worldwide | Master licensing agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 22 | CRM | 704 Executive Blvd, Ste A Valley Cottage, NY  10989 USA | Yellow Corporation | Master services agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 23 | Cummins Inc. d/b/a Cummins Sales and Service | 1600 Buerkle Rd. White Bear Lake, MN  55110 USA | YRC Inc. | Master services agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 24 | D&B Transport | PO BOX 931197 Atlanta, GA  31193 USA | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 25 | DAT SOLUTIONS, LLC | 8405 SW Nimbus Street Beaverton, OR 97008 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 26 | DEVELOPMENT DIMENSIONS INTERNATIONAL INC | 1225 Washington Pike Bridgeville, PA 15017-2838 USA | YRC Enterprise Services, Inc. | Master services agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 27 | DISPLAYR | 2045 W Grand Ave Chicago, IL 60612-1577 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 28 | Dream Suites, Inc | 501 Commerce St, 11th Floor, Suite 1120 Nashville, TN 37203 USA | YRC Inc. | Cumberland Suite Limited License Agreement dated as of January 13, 2022 | 8/17/2023 |
| 29 | DTN, Inc. | 18205 Capitol Ave, Ste 100 Omaha, NE 68002 USA | No Contract | Master fuel supply agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 30 | DUN & BRADSTREET, INC | 5335 Gate Parkway Jacksonville, FL 32256 USA | YRC Enterprise Services, Inc. | Master services agreement for collections activities and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 31 | EAB GLOBAL INC (Seramount) | 2445 M St NW Washington, DC 20037 USA | YRC Enterprise Services, Inc. | Master services agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 32 | EMPLOYMENT ADVISORY SERVICES INC | 1501 M Street, NW Washington, DC 20005 USA | YRC Enterprise Services, Inc. | Master services agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 33 | EnerSys Delaware Inc. | 2366 Bernville Rd. Reading, PA 19605 USA | YRC Enterprise Services, Inc. | Master services agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 34 | EXPLORE CAREERS | DIVISION OF TEBER PTY LTD, LEVEL 2, 163 EASTERN RD SOUTH MELBOURNE, 03205 Australia | YRC Enterprise Services, Inc. | Master agreement for recruitment and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 35 | Focused Xtermination | 14046 W. 107th Street Lenexa, KS 66215 USA | YRC Enterprise Services, Inc. | Master services agreement for pest control and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 36 | GARTNER, INC. | 56 TOP GALLANT ROAD STAMFORD, CT 06902 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 37 | General Fire Sprinkler Company, LLC | 10324 W. 79th St Shawnee, KS 66214 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 38 | Glint, Inc | 1100 Island Drive Redwood City, CA 94065 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 39 | Goodwin Pro Turf | 6945 W. 152nd Terr Overland Park, KS 66223 USA | YRC Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 40 | GUROBI OPTIMIZATION, INC. | 9450 SW GEMINI DR. #90729 BEAVERTON, OR 97008 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |
| 41 | ICIMS INC | 29348 NETWORK PLACE Chicago, IL 60673 USA | YRC Enterprise Services, Inc. | Master agreement for recruitment and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 42 | INDEED, INC. | P.O. Box 660367 Dallas, TX 75266 USA | YRC Enterprise Services, Inc. | Master agreement for recruitment and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 43 | INSTITUTE FOR MANAGEMENT STUDIES | 241 Ridge St Reno, NV 89501 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 44 | INTERACTIVE MEDIA GROUP | 190 North Union Street Akron, OH 44304 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 45 | Intouch Insight | 400 March Road Ottawa, Ontario K2K 3H4 Canada | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 46 | INTOUCH INSIGHT INC | 400 March Road Ottawa, Ontario K2K 3H4 Canada | YRC Enterprise Services, Inc. | Master business agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 47 | Johnson Controls | ATTN: VANESSA PLEASANT LITHIA SPRINGS, GA 30122 USA | YRC Enterprise Services, Inc. | Master services agreement for chiller maintenance and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 48 | Kansas Chamber | 534 S Kansas Ave, Ste 1400 Topeka, KS 66603 USA | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 49 | KBS Constructors, Inc | 14955 W 117th St Olathe, KS 66062 USA | YRC Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 50 | KEYHOLE SOFTWARE LLC | 11205 W 79TH STREET LENEXA, KS 66214 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |
| 51 | KEYHOLE SOFTWARE LLC | 11205 W 79TH STREET LENEXA, KS 66214 USA | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |
| 52 | LEAN STAFFING SOLUTIONS INC | 11555 Heron Bay Blvd Suite 301 Coral Gables, FL 33076 USA | YRC Enterprise Services, Inc. | Master services agreement for staffing services and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 53 | LEXMARK INTERNATIONAL, INC. | 740 WEST NEW CIRCLE ROAD LEXINGTON, KY 40550 USA | YRC Enterprise Services, Inc. | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/17/2023 |
| 54 | Liebert | 1050 Dearborn Drive Columbus, OH 43229 USA | YRC Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 55 | LINKEDIN CORPORATION | 62228 COLLECTIONS CENTER DR Chicago, IL 60693 USA | YRC Enterprise Services, Inc. | Master agreement for recruitment and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 56 | LumenData Inc | 5201 Great America Parkway Santa Clara, CA 95054 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 57 | MITSUBISHI LOGISNEXT AMERICAS (HOUSTON) INC | 2121 W Sam Houston Parkway N Houston, TX 77043 USA | YRC Enterprise Services, Inc. | Master equipment Sales agreement for marketing services and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 58 | MTM RECOGNITION | 3405 S.E. 29th St Oklahoma City, OK 73115 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 59 | N. CHRISTY CONSULTING | 421 E 74th Terr Kansas City, MO 64131-1636 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 60 | Nalco | 1604 West Diehl Rd Naperville, IL 60563 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 61 | NMFTA | 1001 N FAIRFAX ST STE 600 ALEXANDRIA, VA 22314 USA | YRC Enterprise Services, Inc. | Master membership agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 62 | OKTA INC | 100 FIRST STREET SAN FRANCISCO, CA 94105 USA | YRC Enterprise Services, Inc. | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |
| 63 | OPENTEXT INC. | 11720 AMBER PARK DRIVE, SUITE 200 ALPHARETTA, GA 30009 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |
| 64 | OPIS | 9737 Washingtonian Blvd. Suite 100 Gaithersburg, MD 20878 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 65 | OPTYM | 3401 OLYMPUS BLVD, SUITE 500 DALLAS, TX 75019 USA | YRC Enterprise Services, Inc. | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |
| 66 | ORACLE AMERICA INC | 500 ORACLE PARKWAY REDWOOD SHORES, CA 94065 USA | YRC Enterprise Services, Inc. | Software licenses and maintenance agreement Contract ID: CPQ-2250815,CPQ-2250828 - 1 | 8/24/2023 |
| 67 | PRINTRONIX LLC | 15345 BARRANCA PARKWAY IRVINE, CA 92618 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/17/2023 |
| 68 | PUBLICIS SAPIENT | 40 Water Street Boston, MA 02109 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |
| 69 | Quality Vending | 7401 NW 109th Street Kansas City, MO 64153 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 70 | RAND MCNALLY | 8770 W. Bryn Mawr Ave. Chicago, IL 60631 USA | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 71 | Rateware | 653 Lexington Circle Peachtree City, GA 30269 USA | YRC Enterprise Services, Inc. | Master agreement for pricing data and services and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 72 | REDDENS FLEET MAINTENANCE | P.O. Box 257 Mt. Washington, KY 40047 USA | YRC Enterprise Services, Inc. | Vendor master services agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 73 | Richards and Richards, LLC | 1741 Elm Hill Pike Nashville, TN 37210 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 74 | ROBERT HALF FINANCE & ACCOUNTING | 2884 Sandhill Road Menlo Park, CA 94025 USA | YRC Enterprise Services, Inc. | Master agreement for recruitment and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 75 | S&P Global Inc. (Platts) | 55 Water Street New York, NY 10041 USA | YRC Enterprise Services, Inc. | Master data subscription agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 76 | SAIR COLLECTIVE | 129 RUSKIN DR Chapel Hill, NC 27516 USA | YRC Enterprise Services, Inc. | Master agreement for consulting services and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 77 | SALESFORCE.COM INC | 415 MISSION STREET, 3RD FL SAN FRANCISCO, CA 94105 USA | YRC Enterprise Services, Inc. | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |
| 78 | SC Realty Services Inc. d/b/a SG360 | 14711 W. 114th Terr. Lenexa, KS 66215 USA | YRC Inc. | Master agreement for janitorial services and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 79 | SCHNEIDER | 3101 S PACKERLAND DRIVE GREEN BAY, WI 54313 USA | YRC Enterprise Services, Inc.; YRC Inc.; USF Holland LLC; USF Reddaway Inc. | Master services agreement for purchased transportation and all related amendments, renewals, additions, SOWs, etc., and any other executory agreements between the Debtors and Schneider relating to transportation services provided to the Debtors by Schneider | 8/31/2023 |
| 80 | SHIPLIFY | 888 3rd Street NW Altlanta, GA 30318 USA | Yellow Corporation | Master services agreement for liftgate identification and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 81 | SHIPLIFY | 888 3rd Street NW Altlanta, GA 30318 USA | YRC Enterprise Services, Inc. | Master services agreement for liftgate identification and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 82 | Siemens | 1000 Deerfield Parkway Buffalo Grove, IL 60089 USA | YRC Enterprise Services, Inc. | Master business agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 83 | SIGNATURE GRAPHICS INC | 1000 Signature Drive Porter, IN 46304 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 84 | SKILLSOFT CORPORATION | 300 Innovative Way Nashua, NH 03062 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 85 | TECHNOLOGY RECOVERY GROUP LTD. | 31390 VIKING PARKWAY WESTLAKE, OH 44145 USA | YRC Enterprise Services, Inc. | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |
| 86 | TECHNOLOGY RECOVERY GROUP LTD. | 31390 VIKING PARKWAY WESTLAKE, OH 44145 USA | Yellow Corporation | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |
| 87 | TELESKOPE LLC | 7720 Water St. Fulton, MD 20759 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 88 | TOM MCLEOD SOFTWARE CORPORATION | 100 CORPORATE PARKWAY BIRMINGHAM, AL 35242 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |
| 89 | VALOREM CONSULTING GROUP, L.L.C. | 2101 BROADWAY KANSAS CITY, MO 64108 USA | YRC Enterprise Services, Inc. | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/25/2023 |
| 90 | VASION | 432 SOUTH TECH RIDGE DRIVE SAINT GEORGE, UT 84770 USA | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/17/2023 |
| 91 | Vertiv | 9776 Legler Rd. Lenexa, KS 66219 USA | YRC Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 92 | Westlaw | 610 Opperman Drive Eagan, MN 55123 USA | YRC Worldwide | Master services agreement for legal research and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 93 | Wheels up | 601 WEST 26TH STREET, SUITE 900 NEW YORK, NY 10001 USA | Yellow Corporation | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |
| 94 | WHEELS UP PARTNERS LLC | 601 West 26th Street, Suite 900 New York, NY 10001 USA | YRC Inc. | Master agreement and all related amendments, renewals, additions, SOWs, etc. | 8/31/2023 |

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 95 | ZELLO INC | 701 BRAZOS, 16TH FLOOR AUSTIN, TX 78701 USA | YRC Enterprise Services, Inc. | Master software licensing agreement and all related amendments, renewals, additions, SOWs, upgrades, etc. | 8/24/2023 |