# Annex 2

# Rejected Leases List[1]

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease. The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on this Rejected Leases List at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

## Rejected Leases List[1]

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| 1 | BIG SKY PROPERTY MANAGEMENT PO Box 6000, Butte, MT 59702 | USF Reddaway Inc. | Lease Agreement by and among BIG SKY PROPERTY MANAGEMENT dated as of 8/20/21 | 401 Jackrabbit Lane, Belgrade, MT 59714 | N/A | 8/31/2023 |
| 2 | BLACH INVESTMENT GROUP 131 Main Street, Elko, NV 89801 | USF Reddaway Inc. | Lease Agreement (as amended) by and among BLACH INVESTMENT GROUP dated as of 4/9/15 | 131 Main Street, Elko, NV 89801 | N/A | 8/31/2023 |
| 3 | BLUEBIRD REAL ESTATE HOLDINGS, LLC 201 North Minnesota Avenue, Suite 101, Sioux Falls, SD | YRC Inc. | Lease Agreement (as amended) by and among BLUEBIRD REAL ESTATE HOLDINGS, LLC dated as of 3/10/95 | 2801 S Kiwanis Ave, 3rd Floor, Sioux Falls, SD 57105 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |
| 4 | BOYER LOGISTICS, INC. 7318 4th Avenue South, Seattle, WA 98108 | USF Reddaway Inc. | Lease Agreement by and among BOYER LOGISTICS, INC. dated as of 4/23/08 | 7318 4th Avenue S, Seattle, WA 98108 | N/A | 8/31/2023 |
| 5 | C AND S BROKERAGE PO Box 143 3122 Hilyard Ave, Klamath Falls, OR 97601 | USF Reddaway Inc. | Lease Agreement by and among C AND S BROKERAGE dated as of 3/5/13 | 3122 Hilyard Ave, Klamath Falls, OR 97601 | N/A | 8/31/2023 |
| 6 | DAVID M. AND ANN B. MORSE 615 S Silver Valley Road, Leeds, UT 84746 | USF Reddaway Inc. | Lease Agreement by and among DAVID M. AND ANN B. MORSE dated as of 9/21/22 | 115 W Main Street, Beaver, UT 84713 | N/A | 8/31/2023 |

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease. The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on this Rejected Leases List at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| 7 | DWJS, LLC 3440 Secor Road, Toledo, OH 43606 | YRC Inc. | Lease Agreement (as amended) by and among DWJS, LLC dated as of 7/6/05 | 1339 S Byrne Road, Toledo, OH 43606 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |
| 8 | ESTES EXPRESS LINES 3901 West Broad Street, Richmond, VA 23230 | USF Reddaway Inc. | Lease Agreement by and among ESTES EXPRESS LINES dated as 8/31/09 | 10762 Highway 287, Three Forks, MT 59752 | N/A | 8/31/2023 |
| 9 | FEDERAL BRIDGE CORPORATION 1555 Venetian Boulevard, Point Edward, ON N7T 0A9 | YRC Freight Canada Company | Lease Agreement by and among FEDERAL BRIDGE CORPORATION dated as of 8/19/19 | 1555 Venetian Boulevard Point Edward, ON N7T 0A9 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |
| 10 | GLEN EG, LLC PO Box 12005 Overland Park, KS 66285 | YRC Inc. | Lease Agreement by and among YRC Inc. and GLEN EG, LLC dated as of 11/1/2014 | 5200 110th Street, Overland Park, KS 66211 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |
| 11 | HARTMAN ROAD LLC 1904 Monroe Drive, Suite 250, Atlanta GA 30324 | YRC Logistics Services, Inc. (f/k/a HNRY Logistics, Inc.) | Lease Agreement by and among HARTMAN ROAD LLC dated as of 1/20/21 | 300 Hartman Road, Austell, GA 30168 | N/A | 8/31/2023 |
| 12 | HEALTHSOURCE INTEGRATED SOLUTIONS 2121 SW Chelsea Drive, Topeka, KS 66614 | YRC Inc. | Lease Agreement (as amended) by and among HEALTHSOURCE INTEGRATED SOLUTIONS dated as of 9/8/17 | 2121 SW Chelsea Drive, Topeka, KS 66614 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |
| 13 | MARIA ONTIVEROS 335 Edwards Avenue, Liberal, KS 67901 | YRC Inc. | Lease Agreement by and among MARIA ONTIVEROS dated as of 9/16/21 | 1067 E Pancake Boulevard, Liberal, KS 67901 | N/A | 8/31/2023 |

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| 14 | MATELICH CRANE PIER & PILING PO Box 1621, Kalispell, MT 59903 | USF Reddaway Inc. | Lease Agreement by and among MATELICH CRANE PIER & PILING dated as of 4/21/21 | 3085 Highway 93 South, Kalispell, MT 59901 | N/A | 8/31/2023 |
| 15 | MULTI-BASE, INC. 3835 Copley Road, Copley, OH 44321 | YRC Inc. | Lease Agreement by and among MULTI-BASE, INC. dated as of 11/23/09 | 3835 Copley Road, Copley, OH 44321 | N/A | 8/31/2023 |
| 16 | NAPA AUTO PARTS 829 MLK Way, Merced, CA 95340 | YRC Inc. | Lease Agreement by and among NAPA AUTO PARTS dated as of 11/6/09 | 841 W M. L. King. Jr. Way, Merced, CA 95340 | N/A | 8/31/2023 |
| 17 | NIAGARA FALLS BRIDGE PO Box 395 Niagara Falls, ON L2E 6T8 | YRC Inc. | Lease Agreement by and among NIAGARA FALLS BRIDGE dated as of 7/29/19 | 14154 Niagara Parkway, Suite 215 St. Catharines, ON L0S 1J0 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |
| 18 | NORSTAR WALKER INC. 7077 Keele Street, Suite 102, Concord, ON L4K 0B6 | YRC Freight Canada Company | Lease Agreement (as amended) by and among NORSTAR WALKER INC. dated as of 4/30/97 | 4055 Walker Road, Windsor, ON N8W 3T6 | N/A | 8/31/2023 |
| 19 | NW 5+B OFFICE AND RETAIL LLC 5036 Broadway Place, Suite 216, Nashville, TN 37203 | YRC Inc. | Lease Agreement (as amended) by and among YRC Inc. and NW 5+B OFFICE AND RETAIL LLC dated as of 1/26/22 | 501 Commerce Street, Suite 1100, Nashville, TN 37203 | Furniture, fixtures, other miscellaneous de minimis items | 8/31/2023 |
| 20 | PACIFICORP 1407 W North Temple, Suite 110, Salt Lake City, UT 84116 | YRC Inc. | Lease Agreement by and among PACIFICORP dated as of 1/1/20 | 2410 S 2700 W, Salt Lake City, UT 84119 | N/A | 8/31/2023 |
| 21 | PAUL ISAACSON 3940 Isaacson Rd, Bellingham, WA 98226 | USF Reddaway Inc. | Lease Agreement by and among PAUL ISAACSON dated as of 1/17/11 | 646 Burlington Boulevard, #B, Burlington, WA 98233 | N/A | 8/31/2023 |
| 22 | PEARL LENZEN 678 10th Street, Granite Falls, MN 56241 | YRC Inc. | Lease Agreement (as amended) by and among PEARL LENZEN dated as of 12/16/98 | 1000 W Highway 212, Granite Falls, MN 56241 | N/A | 8/31/2023 |

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| 23 | PORT OF SEATTLE PO Box 34249-1249, Seattle, WA 98124 | USF Reddaway Inc. | Lease Agreement by and among PORT OF SEATTLE dated as of 1/1/10 (no lease - earliest payment) | Port of Seattle, Seattle, WA 98117 | N/A | 8/31/2023 |
| 24 | PORT OF SEATTLE PO Box 34249-1249, Seattle, WA 98124 | YRC Inc. | Lease Agreement by and among PORT OF SEATTLE dated as of 6/14/14 | Port of Seattle, Pier 91, Seattle, WA 98124 | N/A | 8/31/2023 |
| 25 | PRICE PROPERTY AND INVESTMENTS LLC AND GREEN-BLUE 1818 LLC PO Box 12067, Shawnee Mission, KS 66282-2067 | YRC Inc. | Lease Agreement (as amended) by and among YRC Inc. and PRICE PROPERTY AND INVESTMENTS LLC AND GREEN-BLUE 1818 LLC dated as of 10/31/2009 | 10990 Roe Avenue, Overland Park, KS 66211 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |
| 26 | REGENCY WEST OFFICE PARTNERS 1080 Jordan Creek Parkway, Suite 200 North, West Des Moines, IA 50266 | YRC Inc. | Lease Agreement (as amended) by and among REGENCY WEST OFFICE PARTNERS dated as of 11/21/94 | 4800 Westown Parkway, Suite 120, West Des Moines, IA 50266 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |
| 27 | SANTA MARIA INVESTMENTS, LLC 1344 White Court, Santa Maria, CA | YRC Inc. | Lease Agreement (as amended) by and among SANTA MARIA INVESTMENTS, LLC dated as of 7/25/03 | 1344 White Court, Santa Maria, CA 93458 | N/A | 8/31/2023 |
| 28 | SCHOPP PROPERTIES 2360 W Melgaard Road, Aberdeen, SD 57401 | YRC Inc. | Lease Agreement by and among SCHOPP PROPERTIES dated as of 4/18/23 | 2921 Industrial Ave, Aberdeen, SD 57401 | N/A | 8/31/2023 |
| 29 | SHURLING PROPERTY 4530 Ogeechee Road, Lot B, Savannah, GA 31405 | YRC Inc. | Lease Agreement by and among SHURLING PROPERTY dated as of 4/19/23 | 4530 Ogeechee Road, Lot B, Savannah, GA 31405 | N/A | 8/31/2023 |
| 30 | SILVER CREEK, LLC 1800 Progress Way, Clarksville, IN | USF Holland LLC | Lease Agreement by and among SILVER CREEK, LLC dated as of 3/3/23 | 1800 Progress Way, Clarksville, IN 47129 | N/A | 8/31/2023 |

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| 31 | SOUTHERN WAREHOUSING & DISTRIBUTION 3232 North PanAm Expressway, San Antonio, TX 78219 | YRC Inc. | Lease Agreement by and among SOUTHERN WAREHOUSING & DISTRIBUTION dated as of 11/1/17 | 721 Gembler Road, San Antonio, TX 78219 | N/A | 8/31/2023 |
| 32 | SPALDING AND SON, INC. PO Box 430, Grants Pass, OR 97858 | USF Reddaway Inc. | Lease Agreement by and among SPALDING AND SON, INC. dated as of 2/5/13 | Corner of Favil and Spalding Streets, Grants Pass, OR 97528 | N/A | 8/31/2023 |
| 33 | TIMBERLINE DISTRIBUTORS LLC / THE BLACK SHEEP 3585 North Cederblom Street, Coeur d' Alene, ID 83815 | USF Reddaway Inc. | Lease Agreement by and among TIMBERLINE DISTRIBUTORS LLC / THE BLACK SHEEP dated as of 10/4/18 | 308 Seale Avenue N, Coeur d'Alene, WA 83815 | N/A | 8/31/2023 |
| 34 | TRAFTON WAREHOUSE LLC 8912-B Kimmie Street SW, Tumwater WA 98512 | YRC Inc. | Lease Agreement by and among TRAFTON WAREHOUSE LLC dated as of 1/20/20 | 8848 Kimmie Street SW, Tumwater, WA 98512 | N/A | 8/31/2023 |
| 35 | VELOCITY PARTNERS LLC PO Box 987, Olean, NY 14760 | YRC Inc. | Lease Agreement by and among VELOCITY PARTNERS LLC dated as of 4/12/05 | 250 Homer Street, Olean, NY 14760 | N/A | 8/31/2023 |
| 36 | VILLA VISTA WEST, LLC 605 S Willow Avenue, Tampa, FL 33606 | YRC Inc. | Lease Agreement by and among VILLA VISTA WEST, LLC dated as of 2/3/23 | 862 Landstreet Road, Orlando, FL 32824 | N/A | 8/31/2023 |
| 37 | West Emerson Brokers Mall Ltd. 809 – 167 Lombard Avenue Winnipeg, MB R3B 3H8, CANADA | YRC Freight Canada Company | Lease Agreement by and among West Emerson Brokers Mall Ltd. dated as of 12/1/99 | West Emerson Brokers Mall 101-389 Goshen Street, Emerson, R0A 0L0, CANADA | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 8/31/2023 |