**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |
|---|---|
| **In re:** ) | |
| ) | **Case No. 23-11069** |
| **YELLOW CORPORATION,** ) | **Chapter 11** |
| ) | |
| **Debtor.** ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

NOTICE IS HEREBY GIVEN of the appearance of Sharon L. Stolte and Sandberg Phoenix & von Gontard P.C. on behalf of Blue Beacon, Inc. and CWW Enterprises, LLC. Notice of all pleadings and documents should be transmitted to Sandberg Phoenix & von Gontard P.C. at the following address:

Sharon L. Stolte
Sandberg Phoenix & von Gontard P.C.
4600 Madison Avenue, Suite 1000
Kansas City, MO  64112
816.627.5543 (phone)
816.627.5532 (fax)
sstolte@sandbergphoenix.com

DATED this 14th day of September 2023.

SANDBERG PHOENIX & von GONTARD P.C.

*/s/ Sharon L. Stolte*
Sharon L. Stolte, MO #41133
4600 Madison Avenue, Suite 1000
Kansas City, MO 64112
Telephone:  816.627.5543
Facsimile:  816.627.5532
Email:  sstolte@sandbergphoenix.com
*COUNSEL FOR BLUE BEACON, INC. and CWW ENTERPRISES, LLC*

23959192.v1

## **CERTIFICATE OF SERVICE**

      I hereby certify that the 14th day of September 2023, the Notice of Appearance and Request for Notice was electronically filed with the Clerk of the Court by using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

                                                */s/ Sharon L. Stolte*
                                                Sharon L. Stolte

23959192.v1