UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG)<br>(Jointly Administered) |
| Debtors. | Re: Docket No. 554 |

**ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED
HEARING PURSUANT TO DEL. BANKR. L.R. 9006-1(e) REGARDING
MOTION OF AFCO CREDIT CORPORATION FOR AN ORDER
GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT
TO 11 U.S.C. § 362(d) AND BANKRUPTCY RULE 4001(a)**

Upon consideration of the *Motion of AFCO Credit Corporation for an Order Shortening Notice and Scheduling an Expedited Hearing* (the "Motion to Shorten")[2] pursuant to Del. Bankr. L. R. 9006-1(e) with respect to the *Motion of AFCO Credit Corporation for an Order Granting Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a)* (the "Stay Relief Motion"); and it appearing that sufficient cause exists for the relief granted herein, it is **HEREBY ORDERED THAT**:

1.   The Motion to Shorten is **GRANTED** as set forth herein.

2.   A hearing on the Stay Relief Motion shall be held on **September 22, 2023, at 9:30 a.m. (Eastern)** before the Honorable Craig T. Goldblatt.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms not defined in the Order have the meaning ascribed to such terms in the Motion to Shorten.

- 2 -

3. Responses or objections, if any, to the relief sought by the Stay Relief Motion may be presented at the hearing on the Stay Relief Motion.

4. Counsel for AFCO shall promptly serve a copy of this Order upon parties entitled to receive notice of the Stay Relief Motion.

**Dated: September 15th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**