## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br>(Jointly Administered)<br><br>**Re: D.I. No. 572** |

### CERTIFICATE OF SERVICE

I, Mark Eckard, an attorney with the firm Reed Smith LLP, do hereby certify that, on the 15th day of September, 2023, a true and correct copy of the **ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING PURSUANT TO DEL. BANKR. L.R. 9006-1(e) REGARDING MOTION OF AFCO CREDIT CORPORATION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) AND BANKRUPTCY RULE 4001(a)** was electronically filed via the Court's CM/ECF system and thereby served on those parties having to consented to electronic service; and was also served separately on the parties listed on the attached service list in the manners indicated.

Dated: September 18, 2023

By: /s/ *Mark W. Eckard*
Mark W. Eckard (No. 4542)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
E-mail: meckard@reedsmith.com

*Counsel to AFCO Credit Corporation*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.