## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### ORDER APPROVING THE JOINT
### STIPULATION PERMITTING PENSION BENEFIT GUARANTY
### CORPORATION TO FILE CONSOLIDATED CLAIMS UNDER ONE CASE NUMBER

Upon consideration of the *Certification of Counsel Regarding the Joint Stipulation Permitting Benefit Guaranty Corporation to File Consolidated Claims Under One Case Number* (the "Certification of Counsel") and the *Joint Stipulation Permitting Benefit Guaranty Corporation to File Consolidated Claims Under One Case Number* (the "Stipulation"),[2] by and between the above-captioned debtors and debtors in possession (each individually a "Debtor", and collectively, the "Debtors") and the Pension Benefit Guaranty Corporation ("PBGC," together with the Debtors, the "Parties"), attached to this order (the "Order") as **Exhibit 1**; and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

1

of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Stipulation; and this Court having determined that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Stipulation is approved.

2.      The Stipulation shall be effective immediately upon entry of this Order.

3.      Notwithstanding anything to the contrary set forth in the Bar Date Order and any related orders or notices, the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, or local bankruptcy rules that would otherwise require PBGC to file a separate proof of claim against each Debtor on account of each claim against such entity, any proof of claim or amendment thereto filed by PBGC (on its own behalf or on behalf of the Pension Plans) in the Lead Case shall be deemed to constitute the filing of such proof of claim or proofs of claim in all of the cases jointly administered under the Lead Case.  Consequently, each claim PBGC filed in the Lead Case shall represent a separate claim asserted against each of the Debtors.

4.      Nothing contained in the Stipulation or this Order shall constitute an acknowledgement or finding as to whether the Debtors are jointly and severally liable to the Pension Plans or PBGC, and all parties reserve all rights with respect to the Debtors' liability to the Pension Plans or PBGC.  The Stipulation shall not be used for any purpose other than allowing the PBGC to file consolidated proofs of claim and any amendments thereto in the Lead Case.

5.      The Court shall retain jurisdiction over all matters or disputes concerning this Stipulation.

6.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

7.      The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order and the Stipulation.


**Dated: September 18th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**