**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) (Jointly Administered) |
| Debtors. | |

**CERTIFICATION OF COUNSEL REGARDING JOINT STIPULATION AMONG THE DEBTORS AND AFCO CREDIT CORPORATION (I) GRANTING RELIEF FROM THE AUTOMATIC STAY AND (II) REJECTING CERTAIN FINANCE AGREEMENTS**

The undersigned counsel for AFCO Credit Corporation ("AFCO"), hereby certifies as follows:

1. On August 6, 2023 (the "Petition Date"), Yellow Corporation ("Yellow") and certain of its affiliates (collectively, with Yellow, the "Debtors" and each, a "Debtor") each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (the "Bankruptcy Case"). The Debtors, together with AFCO, are the "Parties."

2. The undersigned certifies that AFCO and the Debtors have entered into a *Joint Stipulation by and Among the Debtors and AFCO Credit Corporation to Grant AFCO Credit Corporation Relief from the Automatic Stay* (the "Stipulation").

3. The undersigned further certifies that attached hereto as **Exhibit A** is an order (the "Order") approving the Stipulation, which is attached as Exhibit 1 to the Order. The Stipulation, by its terms, is not effective until entry of the Order.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4. The Parties respectfully request entry of the Order authorizing the Stipulation, permitting AFCO, *inter alia*, relief from the automatic stay to cancel certain insurance policies funded by AFCO effective as of September 1, 2023.

**STIPULATED AND AGREED TO THIS 11TH DAY OF SEPTEMBER, 2023.**

Dated: September 18, 2023
      Wilmington, Delaware

By: */s/ Mark W. Eckard*
**REED SMITH LLP**
Mark W. Eckard (No. 4542)
1201 N. Market Street, Suite 1500
Wilmington, DE 19801
Telephone: (302) 778-7500
Facsimile: (302) 778-7575
Email: meckard@reedsmith.com

*Counsel to AFCO Credit Corporation*