IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 372** |

**CERTIFICATION OF COUNSEL REGARDING DEBTORS' APPLICATION
FOR AUTHORIZATION TO EMPLOY AND RETAIN PACHULSKI STANG ZIEHL
& JONES LLP AS CO-COUNSEL FOR THE DEBTORS EFFECTIVE
AS OF THE PETITION DATE**

The undersigned counsel hereby certifies that:

1. On August 30, 2023, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors Effective as of the Petition Date* [Docket No. 372] (the "Application").

2. Pursuant to the Notice filed with the Application, objections to entry of an order granting the Application were due no later than September 13, 2023.

3. The Debtors received informal comments to the Application from the Office of the United States Trustee ("UST"). No objections to the Application were filed on the docket.

4. Per the request of the UST, the PSZ&J attorneys and staff primarily involved in this matter and their hourly rates are listed below:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

| | |
|---|---|
| Laura Davis Jones | $1,745.00 |
| Timothy P. Cairns | $1,125.00 |
| Peter J. Keane | $1,025.00 |
| Edward A. Corma | $725.00 |
| Patricia E. Cuniff | $545.00 |

5.Attached hereto as **Exhibit A** is a revised proposed form of order approving the Application (the "Revised Proposed Order").  The UST has no objection to entry of the Revised Proposed Order.

6.A blacklined copy of the Revised Proposed Order is attached hereto as **Exhibit B**, showing changes from the proposed form of order filed with the Application.

Accordingly, the Debtors request that the proposed order attached hereto as **Exhibit A** be entered at the Court's earliest convenience.

Dated: September 18, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-4100 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |
| | Allyson B. Smith (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: allyson.smith@kirkland.com |

*Proposed Co-Counsel for the Debtors and Debtors in Possession*