## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, [1] | Case No. 23-11069 (CTG) (Jointly Administered) |
| Debtors. | **Re: D.I. No. 572** |

## AMENDED CERTIFICATE OF SERVICE

I, Mark Eckard, an attorney with the firm Reed Smith LLP, do hereby certify that, on the 15th day of September, 2023, a true and correct copy of the **ORDER SHORTENING NOTICE AND SCHEDULING AN EXPEDITED HEARING PURSUANT TO DEL. BANKR. L.R. 9006-1(e) REGARDING MOTION OF AFCO CREDIT CORPORATION FOR AN ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) AND BANKRUPTCY RULE 4001(a)** was electronically filed via the Court's CM/ECF system and thereby served on those parties having to consented to electronic service; and on the 19th day of September was also served separately on the parties listed on the attached service list via U.S. first-class mail.

Dated:  September 19, 2023

By:  /s/ *Mark W. Eckard*
Mark W. Eckard (No. 4542)
1201 North Market Street, Suite 1500
Wilmington, DE 19801
Telephone:  (302) 778-7500
Facsimile:  (302) 778-7575
E-mail:  meckard@reedsmith.com

*Counsel to AFCO Credit Corporation*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

## <u>SERVICE LIST</u>

(ATTACHED)

ABERNATHY ROEDER BOYD & HULLETT PC
(COUNSEL TO CITY OF SHERMAN)
ATTN PAUL M LOPEZ; LARRY R BOYD; EMILY M HAHN
1700 REDBUD BLVD, STE 300
MCKINNEY, TX 75069

ACAR LEASING LTD D/B/A GM FINACIAL LEASING
ATTN LORENZO NUNEZ
PO BOX 183853
ARLINGTON, TX 76096

AIS PORTFOLIO SERVICES LLC
ATTN ALLY BANK DEPARTMENT
ACCOUNT XXXXXXXX0604
4515 N SANTA FE AVE, DEPT APS
OKLAHOMA CITY, OK 73118

AKERMAN LLP
(COUNSEL TO CITY WIDE FRANCHISE COMPANY, INC)
ATTN: MARK S. LICHTENSTEIN
1251 AVENUE OF THE AMERICAS, 37TH FL
NEW YORK, NY 10020

AKIN GUMP STRAUS HAUER & FELD LLP
(COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
ATTN P DUBLIN; M LAHAIE; K ZUZOLO
ONE BRYANT PARK
NEW YORK, NY 10036

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS
(COUNSEL TO ORANGE BATAVIA I LLC)
ATTN MICHAEL S GREGER
2010 MAIN ST, FL 8
IRVINE, CA 92614-7214

ALTER DOMUS PRODUCTS CORP.
ADMIN & COLL. AGTS UNDER B-2 TERM LOAN
ATTN: LEGAL DEPT, E. PAPPAS & C CAPEZUTI
225 W. WASHINGTON STREET, 9TH FLOOR
CHICAGO, IL 60606

ALTER DOMUS PRODUCTS CORP.
ATTN: LEGAL DEPT - AGENCY, DIP AGENT
EMILY ERGANG PAPPAS AND CHRIS CAPEZUTI
225 W. WASHINGTON STREET, 9TH FLOOR
CHICAGO, IL 60606

AMAZON
ANDY JASSY, PRESIDENT & CEO
410 TERRY AVE N
SEATTLE, WA 98109

ARNOLD & PORTER KAYE SCHOLER LLP
COUNSEL TO US DEPT OF THE TREASURY
ATTN: BENJAMIN MINTZ
250 WEST 55TH STREET
NEW YORK, NY 10019

ARNOLD & PORTER KAYE SCHOLER LLP
COUNSEL TO US DEPT OF THE TREASURY
ATTN: ROSA EVERGREEN
601 MASSACHUSETTS AVE., N.W.
WASHINGTON, DC 20001

ARNOLD & PORTER KAYE SCHOLER LLP
COUNSEL TO US DEPT OF THE TREASURY
ATTN: MICHAEL MESSERSMITH
70 WEST MADISON STREET, SUITE 4200
CHICAGO, IL 60602

ASHBY & GEDDES PA
(COUNSEL TO PACCAR FINANCIAL CORP & UNION
PACIFIC RAILROAD CO)
ATTN MICHAEL D DEBAECKE; GREGORY A TAYLOR
500 DELAWARE AVE, 8TH FL
WILMINGTON, DE 19801

BAKER & HOSTETLER LLP
(COUNSEL TO OLD DOMINION FREIGHT LINE)
ATTN JEFFREY J LYONS
1201 N MARKET ST, STE 1407
WILMINGTON, DE 19801

BAKER & HOSTETLER LLP
(COUNSEL TO OLD DOMINION FREIGHT LINE)
ATTN JORIAN L ROSE
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111

BAKER & HOSTETLER LLP
(COUNSEL TO OLD DOMINION FREIGHT)
ATTN ELIZABETH A GREEN; JIMMY D PARRISH
200 S ORANGE AVE, STE 2300
ORLANDO, FL 32801

BALLARD SPAHR LLP
(COUNSEL TO ORANGE BATAVIA I LLC)
ATTN L HEILMAN; L ROGLEN; N BRANNICK; M VESPER
919 N MARKET ST, FL 11
WILMINGTON, DE 19801-3034

BEAL BANK USA
C/O CLMG CORP
6000 LEGACY DRIVE
PLANO, TX 75024

BED BATH & BEYOND
ATTN: DAVID KASTIN, EVP, CLO & CORP SECY
650 LIBERTY AVE
UNION, NJ 07083

BEESON TAYER & BODINE APC
(COUNSEL TO GENERAL TEAMSTERS LOCAL 439)
ATTN CATHERINE E HOLZHAUSER
520 CAPITOL MALL, STE 300
SACRAMENTO, CA 95814-4714

BELK EXPRESS
ANTHONY BELK, PRINCIPAL
7814 SCRAPESHIN TRAIL
CHATTANOOGA, TN 37421

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
(COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
ATTN: J. HOOVER, K. CAPUZZI, J. GENTILE
1313 NORTH MARKET STREET, SUITE 1201
WILMINGTON, DE 19801

BIELLI & KLAUDER LLC
(COUNSEL TO OLD REPUBLIC INSURANCE CO;
CUSTOMERS COMMERCIAL FINANCE LLC)
ATTN DAVID M KLAUDER; MELISSA M HARTLIPP
1204 N KING ST
WILMINGTON, DE 19801

BIFFERATO FIRM PA, THE
(COUNSEL TO ROGER KEEF, AS REPRESENTATIVE)
ATTN IAN CONNOR BIFFERATO
1007 N ORANGE ST, 4TH FL
WILMINGTON, DE 19801

BLANK ROME LLP
(COUNSEL TO PNC BANK, NATIONAL ASSOCIATION)
ATTN: REGINA STANGO KELBON, LAWRENCE R THOMAS III
12O1 N MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
(COUNSEL TO PNC BANK, NATIONAL ASSOCIATION)
ATTN: JOHN E. LUCIAN
ONE LOAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

BNSF RAILWAY
ATTN JILL RUGEMA
2500 LOU MENK DR
FORT WORTH, TX 76131

BNSF RAILWAY COMPANY
KATIE FARMER, PRESIDENT & CEO
2650 LOU MENK DR
FORT WORTH, TX 76131

BROUSE MCDOWELL, LPA
(COUNEL TO THE GOODYEAR TIRE & RUBBER COMPANY)
ATTN JULIE K ZURN; MARC B MERKLIN
388 S MAIN ST, STE 500
AKRON, OH 44311

BROWN MCGARRY NIMEROFF LLC
(COUNSEL TO CITY WIDE FRANCHISE COMPANY, INC.)
ATTN: JAMI B. NIMEROFF
919 N. MARKET STREET, SUITE 420
WILMINGTON, DE 19801

BRYAN CAVE LEIGHTON PAISNER LLP
(COUNSEL TO SAIA INC; SAIA MOTOR FREIGHT)
ATTN LAURENCE M FRAZEN; JARRET HITCHINGS
ONE KANSAS CITY PLACE
1200 MAIN ST, STE 3800
KANSAS CITY, MO 64105-2122

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO TSC EQUIPMENT FINANCE)
ATTN GEOFFREY G GRIVNER; KODY M SPARKS
500 DELAWARE AVE, STE 720
WILMINGTON, DE 19801

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO TSC EQUIPMENT FINANCE)
ATTN TIMOTHY P PALMER
UNION TRUST BLDG
501 GRANT ST, STE 200
PITTSBURGH, PA 15219-4413

BYRAN CAVE LEIGHTON PAISNER LLP
(COUNSEL TO SAIA INC; SAIA MOTOR FREIGHT)
ATTN LAURENCE M FRANZEN; JARRET HITCHINGS
ONE KANSAS CITY PLACE
1200 MAIN ST, STE 3800
KANSAS CITY, MO 64105-2122

CENTRAL PENNSYLVANIA TEAMSTERS
WILLIAM M. SHAPPELL, PRES & CHAIRMAN
1055 SPRING STREET
WYOMISSING, PA 19610

CENTRAL STATES FUNDS
ATTN BRAD R BERLINER; ANDREW J HERINK
DANIEL SULLIVAN
8647 W HIGGINS RD, 8TH FL
CHICAGO, IL 60631

CENTRAL STATES H&W FUND
THOMAS NYHAN, EXECUTIVE DIRECTOR
8647 WEST HIGGINS RD.
ROSEMONT, IL 60631

CENTRAL STATES PENSION
THOMAS NYHAN, EXECUTIVE DIRECTOR
8647 WEST HIGGINS RD.
ROSEMONT, IL 60631

CHAFFETZ LINDSEY LLP
(COUNSEL TO USF HOLLAND LLC; USHOLL LLC)
ATTN ALAN J LIPKIN; ALEX LUPSAIU
1700 BROADWAY, 33RD FL
NEW YORK, NY 10019

CHARLES E DORR PC
(COUNSEL TO CREDITOR)
ATTN CHARLES E DORR
201 W JEFFERSON ST
MADISON, GA 30650

CHIPMAN BROWN CICERO & COLE LLP
(COUNSEL TO SAIA INC; SAIA MOTOR FREIGHT)
ATTN WILLIAM E CHIPMAN, JR; MARK D OLIVERE
HERCULES PLAZA
1313 N MARKET ST, STE 5400
WILMINGTON, DE 19801

CHOATE HALL & STEWART LLP
(COUNSEL TO CITIZENS BUSINESS CAPITAL)
ATTN KEVIN J SIMARD; JONATHAN D MARSHALL; SETH D
MENNILLO; M HAMPTON FOUSHEE
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

CLARK HILL PLC
(COUNSEL TO MID-AMERICA CONSTRUCTORS)
ATTN KAREN M GRIVNER
824 N MARKET ST, STE 710
WILMINGTON, DE 19801

COHEN LEDER MONTALBANO & CONNAUGHTON
(COUNSEL TO TRUCKING EMPLOYEES OF NORTH
JERSEY WELFARE & PENSION FUND, ET AL)
ATTN PAUL MONTALBANO; BRADY CONNAUGHTON
669 RIVER DR, STE 125
ELMWOOD PARK, NJ 07407

COHNE KINGHORN PC
(COUNSEL TO FREIGHT LINE PROPERTIES LLC)
ATTN GEORGE HOFFMAN
111 E BROADWAY, 11TH FL
SALT LAKE CITY, UT 84111

COMMONWEALTH OF PUERTO RICO ATTY GENERAL
ATTN: DOMINGO EMANUELLI HERNANDEZ
PO BOX 9020192
SAN JUAN, PR 00902-0192

COOKSEY TOOLEN GAGE DUFFY & WOOG
(COUNSEL TO MERCEDES-BENZ VEHICLE TRUST)
ATTN KIM GAGE; RANDALL MROCZYNSKI
535 ANTON BLVD, 10TH FL
COSTA MESA, CA 92626

COTY
SUE NABI, CHIEF EXECUTIVE OFFICER
350 5TH AVE
NEW YORK, NY 10118

COUSINS LAW LLC
(COUNSEL TO APOLLO CAPITAL MGMT LP)
ATTN SCOTT D COUSINS
1521 CONCORD PIKE, STE 301
WILMINGTON, DE 19803

DAIMLER TRUCKS NA
ATTN JOHN OLEARY; KIRSTIN ABEL
4555 NORTH CHANNEL AVENUE
PORTLAND, OR 97217

DILWORTH PAXSON LLP
(COUNSEL TO NATIONS FUND I LLC)
ATTN MARTIN J WEIS
704 N KING ST, STE 500
PO BOX 1031
WILMINGTON, DE 19899-1031

DIRECT CHASSISLINK, INC.
BILL SHEA, CHIEF EXECUTIVE OFFICER
3525 WHITEHALL PARK DRIVE
SUITE 400
CHARLOTTE, NC 28273

DISTRICT OF COLUMBIA ATTORNEY GENERAL
ATTN: BRIAN L. SCHWALB
400 6TH STREET, NW
WASHINGTON, DC 20001

DUANE MORRIS LLP
(COUNSEL TO RICOH USA; VALLEY NATIONAL)
ATTN SOMMER L ROSS
1201 N MARKET ST, STE 501
WILMINGTON, DE 19801

EXL SERVICE HOLDINGS INC
ROHIT KAPOOR, VICE CHAIRMAN AND CEO
320 PARK AVE
29TH FLOOR
NEW YORK, NY 10022

FAEGRE DRINKER BIDDLE & REATH LLP
(COUNSEL TO PPF SUDBERRY; PENSKE TRUCK)
ATTN BRETT D FALLON; JOSEPH ARGENTINA, JR
222 DELAWARE AVE, STE 1410
WILMINGTON, DE 19801

FOX SWIBEL LEVIN & CARROLL LLP
(COUNSEL TO OLD REPUBLIC INSURANCE CO)
ATTN MARGARET M SCHULTZ; RYAN T SCHULTZ;
KENNETH M THOMAS
200 W MADISON ST, STE 3000
CHICAGO, IL 60606

GELLERT SCALI BUSENKELL & BROWN LLC
(COUNSEL TO C PA TEAMSTERS PENSION FUND, ET AL)
ATTN MICHAEL BUSENKELL
1201 N ORANGE ST, STE 300
WILMINGTON, DE 19801

GOODYEAR TIRE & RUBBER COMPANY
CHRISTINA ZAMARRO, EVP AND CFO
200 INNOVATION WAY
AKRON, OH 44316-0001

GRAY ROBINSON PA
(COUNSEL TO CITADEL ADVISORS LLC)
ATTN JEFFREY SCHLERF
1007 N ORANGE ST, 4TH FL, #127
WILMINGTON, DE 19801

GREENBERG TRAURIG LLP
(COUNSEL TO MERCEDES-BENZ VEHICLE TRUST)
ATTN ANTHONY W CLARK; DENNIS A MELORO
222 DELAWARE AVE, STE 1600
WILMINGTON, DE 19801

GRIMES & LINEBARGER LLP
(COUNSEL TO CITY OF MESQUITE)
ATTN JOHN KENDRICK TURNER
120 W MAIN, STE 201
MESQUITE, TX 75149

HOGAN LOVELLS
(COUNSEL TO THE BANK OF NEW YORK MELLON)
ATTN: RONALD J SILVERMAN; ROBERT A RIPIN;
CHRISTOPHER R BYANT
390 MADISON AVE
NEW YORK, NY 10017

HOLLAND & KNIGHT LLP
COUNSEL TO ALTER DOMUS PRODS, DIP AGENT
ATTN: JOSHUA M. SPENCER
150 N. RIVERSIDE PLAZA, SUITE 2700
CHICAGO, IL 60606

HOLLAND & KNIGHT LLP
COUNSEL TO ALTER DOMUS PRODUCTS CORP.
ADMIN AGT B2 TERM LOAN, ATTN: J. SPENCER
150 N. RIVERSIDE PLAZA, SUITE 2700
CHICAGO, IL 60606

HOME DEPOT
TED DECKER, CHAIRMAN, PRESIDENT & CEO
2455 PACES FERRY RD SE
ATLANTA, GA 30339

IAM NATIONAL 401K PLAN
ROBERT MARTINEZ, JR., PRESIDENT
C/O INTERNATIONAL ASSO OF MACHINISTS
12365 ST. CHARLES ROCK ROAD
BRIDGETON, MO 63044

IBT LOCAL 710
SEAN OBRIEN, GENERAL PRESIDENT
C/O INTL BROTHERHOOD OF TEAMSTERS
25 LOUISIANA AVE, N.W.
WASHINGTON, DC 20001

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF TEAMSTERS
ATTN FRED ZUCKERMAN
25 LOUISIANA AVE, NW
WASHINGTON, DC 20001

JACK SHRUM PA
(COUNSEL TO KANSAS CITY SOUTHERN RAILWAY CO)
ATTN J JACKSON SHRUM
919 N MARKET ST, STE 1410
WILMINGTON, DE 19801

JAVERBAUM WURGAFT HICKS KAHN WIKSTROM SININS PC
(COUNSEL TO AMERIGAS PROPANE LP)
ATTN RAYMOND M PATELLA
505 MORRIS AVE
SPRINGFIELD, NJ 07081

KEURIG DR PEPPER
ANTHONY SHOEMAKER, CLO & GEN COUNSEL
6425 HALL OF FAME LANE
FRISCO, TX 75034

KEURIG DR PEPPER
C/O RICHARD W WARD
6304 TEAL CT
PLANO, TX 75024

KING & SPALDING LLP
(COUNSEL TO SARATOGA RACK MARKETING LLC)
ATTN THADDEUS D WILSON
1180 PEACHTREE ST, NE, STE 1600
ATLANTA, GA 30309

KING & SPALDING LLP
(COUNSEL TO SARATOGA RACK MARKETING LLC)
ATTN MICHAEL FISHEL
1100 LOUISIANA ST, STE 4100
HOUSTON, TX 77002

KOHNER MANN KAILAS SC
(COUNSEL TO SIGNIFY NORTH AMERICAN CORP)
ATTN SAMUEL C WISOTZKEY
4650 N PORT WASHINGTON RD
MILWAUKEE, WI 53212-1059

KYE LAW GROUP, P.C.
(COUNSEL TO MITSUBISHI HC CAPITAL AMERICA, INC.)
ATTN: MATTHEW F. KYE
201 OLD COUNTRY ROAD, SUITE 120
MELVILLE, NY 11747

LAW OFFICE OF JAMES TOBIA LLC
(COUNSEL TO PARTY OF INTEREST)
ATTN JAMES TOBIA
1716 WAWASET ST
WILMINGTON, DE 19806

LAW OFFICES OF SUSAN E KAUFMAN LLC
(COUNSEL TO INTL BROTHERHOOD OF TEAMSTERS, ET AL;
INTL ASSOCIATION OF MACHINISTS & AEROSPACE WKRS)
ATTN SUSAN E KAUFMAN
919 N MARKET ST, STE 460
WILMINGTON, DE 19801

LINEBARGER GOGGAN BLAIR & SAMPSON LLC
(COUNSEL TO NUECES, MCLENNAN, HIDALGO COUNTYS)
ATTN DIANE W SANDERS
PO BOX 17428
AUSTIN, TX 78760-7428

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO CITY OF EAGLE PASS & EAGLE PASS ISD)
ATTN DON STECKER
112 E PECAN ST, STE 2200
SAN ANTONIO, TX 78205

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO CYPRESS-FAIRBANKS; JEFFERSON
COUNTY; HARRIS COUNTY; FORT BEND COUNTY)
ATTN TARA L GRUNDEMEIER
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO DALLAS CTY, TARRANT CTY, IRVING ISD)
ATTN JOHN KENDRICK TURNER
2777 N STEMMONS FWY, STE 1000
DALLAS, TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO BEXAR COUNTY & EL PASO)
ATTN DON STECKER
112 E PECAN ST, STE 2200
SAN ANTONIO, TX 78205

LIPSON NEILSON PC
(COUNSEL TO CREDITOR JAMES CHARLES HOWARD)
ATTN MICHAEL D LIEBERMAN
3910 TELEGRAPH RD, STE 200
BLOOMFIELD HILLS, MI 48302

LOCAL 707
KEVIN MCCAFFREY, PRESIDENT
14 FRONT STREET
SUITE 301
HEMPSTEAD, NY 11550

LOCAL 805 PENSION AND RETIREMENT PLAN
ARTHUR KATZ, PLAN TRUSTEE
60 BROAD STREET
37TH FLOOR
NEW YORK, NY 10004

LOIZIDES PA
(COUNSEL TO PLAINTIFFS)
ATTN CHRISTOPHER D LOIZIDES
1225 KING ST, STE 800
WILMINGTON, DE 19801

MARICOPA COUNTY ATTORNEY'S OFFICE
ATTN PETER MUTHIG
225 W MADISON ST
PHOENIX, AZ 85003

MCCARTER & ENGLISH LLP
(COUNSEL TO PEAPACK GLADSTONE BANK)
ATTN KATE ROGGIO BUCK
405 N KING ST, FL 8
WILMINGTON, DE 19801

MCCARTER & ENGLISH LLP
(COUNSEL TO PEAPACK GLADSTONE BANK)
ATTN JOSEPH LUBERTAZZI, JR; SHEILA CALELLO
100 MULBERRY ST
NEWARK, NJ 07102

MCCREARY VESELKA BRAGG & ALLEN PC
(COUNSEL TO BOWIE CENTRAL; ET AL)
ATTN JULIE ANN PARSONS
700 JEFFREY WAY, STE 100
ROUND ROCK, TX 78680-1269

MCELROY DEUTSCH MULVANEY & CARPENTER LLP
(COUNSEL TO NJSIGA)
ATTN DAVID P PRIMACK
300 DELAWARE AVE, STE 1014
WILMINGTON, DE 19801

MICHELIN NORTH AMERICA INC
ATTN ROLAND KNIGHT
1 PARKWAY SOUTH
GREENVILLE, SC 29615

MICHIGAN CONFERENCE OF TEAMSTERS
KYLE STALLMAN, EXECUTIVE DIRECTOR
2700 TRUMBULL AVENUE
DETROIT, MI 48216

MID-AMERICAN CONSTRUCTORS LLC
JARRETT R MINCH, AGENT
4202 PINGREE ROAD
HOWELL, MI 48843

MILBANK LLP
(COUNSEL TO APOLLO CAPITAL MANAGEMENT, LP)
ATTN DENNIS F DUNNE & MATTHEW L BROD
55 HUDSON YARDS
NEW YORK, NY 10001

MORRIS NICHOLS ARSHT & TUNNEL LLP
(COUNSEL TO USF HOLLAND; SARATOGA RACK; USHOLL)
ATTN C MILLER; M HARVEY; J WEYAND
1201 N MARKET ST, STE 1600
PO BOX 1347
WILMINGTON, DE 19899-1347

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO EDINBURGH LOGISTICS ASSETS LLC &
FINLAYSON LOGISTICS ASSETS LLC)
ATTN DEBORAH M PERRY
500 N AKARD ST, STE 3800
DALLAS, TX 75201-6659

MYERS & MYERS PLLC
(COUNSEL TO MID-AMERICAN CONSTRUCTORS)
ATTN REBECCA J S CASSELL
915 N MICHIGAN AVE, STE 200
HOWELL, MI 48843

NORTH AMERICAN TRANSACTION SERVICES
BARBARA CARLSON, AUTHORIZED REP.
PO BOX 7247-6171
PHILADELPHIA, PA 19170

NORTON ROSE FULBRIGHT US LLP
(COUNSEL TO MITSUBISHI LOGISNEXT AMERICAS)
ATTN REBECCA J WINTHROP
555 S FLOWER ST, 41ST FL
LOS ANGELES, CA 90071

NY STATE TEAMSTERS COUNCIL
JOHN A. BULGARO, CO-CHAIRMAN
151 NORTHERN CONCOURSE
SYRACUSE, NY 13212-4047

NY STATE TEAMSTERS PENSION/HEALTH FUNDS
ATTN KENNEDTH R STILWELL
PO BOX 4929
SYRACUSE, NY 13221-4928

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
(COUNSEL TO THE TX DEPT OF INS;
TX COMPTROLLER OF PUBLIC ACCOUNTS)
ATTN SEAN T FLYNN; LAYLA D MILLIGAN
PO BOX 12548
MODENA, NY 12548

OFFICE OF THE UNITED STATES ATTORNEY
DISTRICT OF DELAWARE
HERCULES BUILDING
1313 N MARKET ST, STE 400
WILMINGTON, DE 19801

OFFICE OF THE US TRUSTEE
DISTRICT OF DELAWARE
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

PARAVATI KARL GREEN & DEBELLA LLP
(COUNSEL TO NYSP HEALTH FUND & PENSION FUND)
ATTN VINCENT M DEBELLA
LANDMARC BUILDING
520 SENECA ST, STE 105
UTICA, NY 13502

PASHMAN STEIN WALDER HAYDEN PC
(COUNSEL TO HAWKEY TRANPORTATION)
ATTN JOSEPH C BARSALONA II
1007 N ORANGE ST, 4TH FL, STE 183
WILMINGTON, DE 19801

PENSION BENEFIT GUARANTY CORP
OFFICE OF THE GENERAL COUNSEL
ATTN REBECCA L STARK; SVEN SERSPINSKI;
DONIKA HRISTOVA
445 12TH ST, SW
WASHINGTON, DC 20024

PENSION BENEFIT GUARANTY CORPORATION
PATRICIA KELLY, CHIEF FINANCIAL OFFICER
1200 K STREET, NW
WASHINGTON, DC 20015

PENSKE TRUCK LEASING
BRIAN HARD, PRESIDENT & CEO
ROUTE 10 GREEN HILLS
READING, PA 19603

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO LUBBOCK CENTRAL APPRAISAL DIST)
ATTN LAURA J MONROE
PO BOX 817
LUBBOCK, TX 79408

PILOT TRAVEL CENTERS LLC
ADAM WRIGHT, CHIEF EXECUTIVE OFFICER
5500 LONAS DRIVE
KNOXVILLE, TN 37909

POLSINELLI PC
(COUNSEL TO EXISERVICE HOLDINGS INC)
ATTN BRENNA A DOLPHIN
222 DELAWARE AVE, STE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
(COUNSEL TO MFN PARTNERS LP)
ATTN L KATHERINE GOOD; MARIA KOTSIRAS
1313 N MARKET ST, FL 6
WILMINGTON, DE 19801

PREVIANT LAW FIRM, SC, THE
(COUNSEL TO THE INTL BROTHERHOOD OF TEAMSTERS, ET
AL; INTL ASSOC OF MACHINISTS & AEROSPACE WRKS)
ATTN FREDERICK PERILLO; JILL HARTLEY; EMMA WOODS
310 W WISCONSIN AVE, STE 100MW
MILWAUKEE, WI 53203

PULLMAN & COMLEY LLC
(COUNSEL TO NATIONS FUND I LLC)
ATTN KRISTIN B MAYHEW
850 MAIN ST
PO BOX 7006
BRIDGEPORT, CT 06601-7006

QUINN EMANUEL URQUHART & SULLIVAN LLP
(COUNSEL TO MFN PARTNERS LP)
ATTN SUSHEEL KIRPALANI
51 MADISON AVE, FL 22
NEW YORK, NY 10010

QUINN EMANUEL URQUHART & SULLIVAN LLP
(COUNSEL TO MFN PARTNERS LP)
ATTN ERIC WINSTON; JORDYN PAPERNY
865 S FIGUEROA ST, FL 10
LOS ANGELES, CA 90017

RAISNER ROUPINIAN LLP
(COUNSEL TO PLAINTIFFS)
ATTN JACK A RAISNER; RENE S ROUPINIAN
270 MADISON AVE, STE 1801
NEW YORK, NY 10010

REED SMITH LLP
(COUNSEL TO BNYM; TRUIST EQUIPMENT FINANCE;
PRIME ALLIANCE BANK; ARCO CREDIT CORP)
ATTN KURT F GWYNNE; MARK W ECKARD
1201 MARKET ST, STE 1500
WILMINGTON, DE 19801

RFT LOGISTICS LLC
ATTN CHRISTOPHER MEJIA, CEO
14439 NW MILITARY HWY
SUITE 108-607
SAN ANTONIO, TX 78231

RICHARDS LAYTON & FINGER PA
(COUNSEL TO CITIZENS BUSINESS CAPITAL)
ATTN MARK D COLLINS; JOHN H KNIGHT; DAVID T
QUEROLI; ALEXANDER R STEIGER
ONE RODNEY SQUARE
920 N KING ST
WILMINGTON, DE 19801

ROCK ISLAND COUNTY ILLINOIS
ATTN AUSTIN CARLSON, ASST STATE'S ATTY
1317 THIRD AVE, FL 2
ROCK ISLAND, IL 61201

ROPES & GRAY LLP
ATTN LUCAS S SMITH
191 N WACKER DR, 32ND FL
CHICAGO, IL 60606

ROPES & GRAY LLP
ATTN NATASHA S HWANGPO
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

ROSNER LAW GROUP LLC
(COUNCEL TO G&I CHESHIRE LLC; CREDITOR)
ATTN FREDERICK B ROSNER
824 N MARKET ST, STE 810
WILMINGTON, DE 19801

S&D LAW
(COUNSEL TO APPLETREE REALTY HOLDINGS)
ATTN MICHAEL L SCHLEPP
1550 WEWATTA ST, FL 2
DENVER, CO 80202

SALDUTTI LAW GROUP
(COUNSEL TO CUSTOMERS COMMERCIAL FINANCE)
ATTN ROBERT L SALDUTTI; REBECCA K MCDOWELL
1700 MARKET ST, STE 1005
PHILADELPHIA, PA 19103

SANDBERG PHOENIX & VON GONTARD PC
(COUNSEL TO BLUE BEACON; CWW ENTERPRISES)
4600 MADISON AVE, STE 1000
KANSAS CITY, MO 64112

SAUDER SCHELKOPF LLC
(COUNSEL TO ROGER KEEF, AS REPRESENTATIVE)
ATTN JOSEPH G SAUDER; JOSEPH B KENNEY
1109 LANCASTER AVE
BERWYN, PA 19312

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR
200 VESEY STREET, SUITE 400
NEW YORK, NY 10281-1022

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SEYFARTH SHAW LLP
(COUNSEL TO THE HOME DEPOT)
ATTN JAMES B SOWKA
233 S WACKER DR, STE 8000
CHICAGO, IL 60606

SORENSON VAN LEUVEN PLLC
(COUNSEL TO FLORIDA SELF-INSURERS ASSN)
ATTN JAMES E SORENSON
PO BOX 3637
TALLAHASSEE, FL 32315-3637

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY, AL 36104

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: STEVE MARSHALL
PO BOX 300152
MONTGOMERY, AL 36130-0152

STATE OF ALASKA ATTORNEY GENERAL
ATTN: TREG TAYLOR
1031 W 4TH AVE, STE 200
ANCHORAGE, AK 99501-1994

STATE OF AMERICAN SAMOA ATTORNEY GENERAL
ATTN: FAINU'ULELEI FALEFATU ALA'ILIMAUTU
AMERICAN SAMOA GOVT, EXEC OFC BLDG
UTULEI, TERRITORY OF AMERICAN SAMOA
PAGO PAGO, AS 96799

STATE OF ARIZONA ATTORNEY GENERAL
ATTN: KRIS MAYES
2005 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2926

STATE OF ARKANSAS ATTORNEY GENERAL
ATTN: TIM GRIFFIN
323 CENTER ST, STE 200
LITTLE ROCK, AR 72201-2610

STATE OF CALIFORNIA ATTORNEY GENERAL
ATTN: ROB BONTA
1300 'I' ST
SACRAMENTO, CA 95814-2919

STATE OF COLORADO ATTORNEY GENERAL
ATTN: PHIL WEISER
RALPH L CARR COLORADO JUDICIAL BLDG
1300 BROADWAY, 10TH FL
DENVER, CO 80203

STATE OF CONNECTICUT ATTORNEY GENERAL
ATTN: WILLIAM TONG
165 CAPITOL AVENUE
HARTFORD, CT 06106

STATE OF DELAWARE ATTORNEY GENERAL
ATTN: KATHY JENNINGS
CARVEL STATE BUILDING
820 N FRENCH ST
WILMINGTON, DE 19801

STATE OF FLORIDA ATTORNEY GENERAL
ATTN: ASHLEY MOODY
PL 01 THE CAPITOL
TALLAHASSEE, FL 32399-1050

STATE OF GEORGIA ATTORNEY GENERAL
ATTN: CHRIS CARR
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334

STATE OF HAWAII ATTORNEY GENERAL
ATTN: ANN E LOPEZ
425 QUEEN ST
HONOLULU, HI 96813

STATE OF IDAHO ATTORNEY GENERAL
ATTN: RAUL R. LABRADOR
700 W JEFFERSON ST, STE 210
PO BOX 83720
BOISE, ID 83720-0010

STATE OF ILLINOIS ATTORNEY GENERAL
ATTN: KWAME RAOUL
100 W RANDOLPH ST
CHICAGO, IL 60601

STATE OF INDIANA ATTORNEY GENERAL
ATTN: TODD ROKITA
INDIANA GOVERNMENT CENTER SOUTH
302 W WASHINGTON ST, 5TH FL
INDIANAPOLIS, IN 46204

STATE OF IOWA ATTORNEY GENERAL
ATTN: BRENNA BIRD
HOOVER STATE OFFICE BUILDING
1305 E WALNUT ST
DES MOINES, IA 50319

STATE OF KANSAS ATTORNEY GENERAL
ATTN: KRIS W. KOBACH
120 SW 10TH AVE, 2ND FL
TOPEKA, KS 66612

STATE OF KENTUCKY ATTORNEY GENERAL
ATTN: DANIEL CAMERON
700 CAPITOL AVE, STE 118
FRANKFORT, KY 40601-3449

STATE OF LOUISIANA ATTORNEY GENERAL
ATTN: JEFF LANDRY
1885 N THIRD ST
BATON ROUGE, LA 70802

STATE OF LOUISIANA ATTORNEY GENERAL
ATTN: JEFF LANDRY
PO BOX 94005
BATON ROUGE, LA 70804

STATE OF MAINE ATTORNEY GENERAL
ATTN: AARON FREY
6 STATE HOUSE STATION
AUGUSTA, ME 04333

STATE OF MARYLAND ATTORNEY GENERAL
ATTN: ATHONY G. BROWN
200 ST PAUL PLACE
BALTIMORE, MD 21202

STATE OF MASSACHUSETTS ATTORNEY GENERAL
ATTN: ANDREA JOY CAMPBELL
1 ASHBURTON PLACE, 20TH FL
BOSTON, MA 02108-1518

STATE OF MICHIGAN ATTORNEY GENERAL
ATTN: DANA NESSEL
G. MENNEN WILLIAMS BLDG
525 W OTTAWA ST - PO BOX 30212
LANSING, MI 48909

STATE OF MINNESOTA ATTORNEY GENERAL
ATTN: KEITH ELLISON
445 MINNESOTA ST STE 1400
ST. PAUL, MN 55101-2131

STATE OF MISSISSIPPI ATTORNEY GENERAL
ATTN: LYNN FITCH
PO BOX 220
JACKSON, MS 39205

STATE OF MISSOURI ATTORNEY GENERAL
ATTN: ANDREW BAILEY
SUPREME CT BLDG, 207 W HIGH ST
PO BOX 899
JEFFERSON CITY, MO 65102

STATE OF MONTANA ATTORNEY GENERAL
ATTN: AUSTIN KNUDSEN
JUSTICE BLDG
215 N SANDERS ST
HELENA, MT 59601

STATE OF NEBRASKA ATTORNEY GENERAL
ATTN: MIKE HILGERS
2115 STATE CAPITOL
PO BOX 98920
LINCOLN, NE 68509

STATE OF NEVADA ATTORNEY GENERAL
ATTN: AARON D. FORD
100 N CARSON ST
CARSON CITY, NV 89701

STATE OF NEW HAMPSHIRE ATTORNEY GENERAL
ATTN: JOHN M. FORMELLA
NH DEPT OF JUSTICE
33 CAPITOL ST
CONCORD, NH 03301

STATE OF NEW JERSEY ATTORNEY GENERAL
ATTN: MATTHEW J. PLATKIN
RJ HUGHES JUSTICE COMPLEX
25 MARKET ST - PO BOX 080
TRENTON, NJ 08625-0080

STATE OF NEW MEXICO ATTORNEY GENERAL
ATTN: RAUL TORREZ
408 GALISTEO ST
VILLAGRA BLDG
SANTA FE, NM 87501

STATE OF NEW YORK ATTORNEY GENERAL
ATTN: LETITIA A. JAMES
DEPT. OF LAW
THE CAPITOL, 2ND FL
ALBANY, NY 12224-0341

STATE OF NORTH CAROLINA ATTORNEY GENERAL
ATTN: JOSH STEIN
PO BOX 629
RALEIGH, NC 27602-0629

STATE OF NORTH CAROLINA ATTORNEY GENERAL
ATTN: JOSH STEIN
9001 MAIL SERVICE CTR
RALEIGH, NC 27699-9001

STATE OF NORTH DAKOTA ATTORNEY GENERAL
ATTN: DREW WRIGLEY
600 E BOULEVARD AVE
DEPT 125
BISMARCK, ND 58505

STATE OF OHIO ATTORNEY GENERAL
ATTN: DAVE YOST
30 E BROAD ST, 14TH FL
COLUMBUS, OH 43215

STATE OF OKLAHOMA ATTORNEY GENERAL
ATTN: GENTNER DRUMMOND
313 NE 21ST ST
OKLAHOMA CITY, OK 73105

STATE OF OREGON ATTORNEY GENERAL
ATTN: ELLEN F. ROSENBLUM
1162 COURT ST, NE
SALEM, OR 97301-4096

STATE OF PENNSYLVANIA ATTORNEY GENERAL
ATTN: MICHELLE HENRY
STRAWBERRY SQ
HARRISBURG, PA 17120

STATE OF RHODE ISLAND ATTORNEY GENERAL
ATTN: PETER F. NERONHA
150 S MAIN ST
PROVIDENCE, RI 02903

STATE OF SOUTH CAROLINA ATTORNEY GENERAL
ATTN: ALAN WILSON
REMBERT C. DENNIS OFFICE BLDG
1000 ASSEMBLY ST, ROOM 519
COLUMBIA, SC 29201

STATE OF SOUTH CAROLINA ATTORNEY GENERAL
ATTN: ALAN WILSON
PO BOX 11549
COLUMBIA, SC 29211-1549

STATE OF SOUTH DAKOTA ATTORNEY GENERAL
ATTN: MARK JACKLEY
1302 EAST HIGHWAY 14, STE 1
PIERRE, SD 57501-8501

STATE OF TENNESSEE ATTORNEY GENERAL
ATTN: JONATHAN SKRMETTI
PO BOX 20207
NASHVILLE, TN 37202-0207

STATE OF TEXAS ATTORNEY GENERAL
ATTN: KEN PAXTON
300 W 15TH ST
AUSTIN, TX 78701

STATE OF TEXAS ATTORNEY GENERAL
ATTN: KEN PAXTON
PO BOX 12548
AUSTIN, TX 78711-2548

STATE OF UTAH ATTORNEY GENERAL
ATTN: SEAN D. REYES
350 N STATE ST, STE 230
SALT LAKE CITY, UT 84114-2320

STATE OF UTAH ATTORNEY GENERAL
ATTN: SEAN D. REYES
PO BOX 142320
SALT LAKE CITY, UT 84114-2320

STATE OF VERMONT ATTORNEY GENERAL
ATTN: CHARITY R. CLARK
109 STATE ST
MONTPELIER, VT 05609-1001

STATE OF VIRGINIA ATTORNEY GENERAL
ATTN: JASON MIYARES
202 N NINTH ST
RICHMOND, VA 23219

STATE OF WASHINGTON ATTORNEY GENERAL
ATTN: BOB FERGUSON
1125 WASHINGTON ST SE
OLYMPIA, WA 98504-0100

STATE OF WASHINGTON ATTORNEY GENERAL
ATTN: BOB FERGUSON
PO BOX 40100
OLYMPIA, WA 98504-0100

STATE OF WEST VIRGINIA ATTORNEY GENERAL
ATTN: PATRICK MORRISEY
STATE CAPITOL COMPLEX, BLDG 1, ROOM E-26
1900 KANAWHA BLVD. E
CHARLESTON, WV 25305

STATE OF WISCONSIN ATTORNEY GENERAL
ATTN: JOSH KAUL
WISCONSIN DEPARTMENT OF JUSTICE
17 PO BOX 7857
MADISON, WI 53703-7857

STATE OF WYOMING ATTORNEY GENERAL
ATTN: BRIDGET HILL
109 STATE CAPITAL
200 W. 24TH ST
CHEYENNE, WY 82002

STEVENS & LEE PC
(COUNSEL TO THE TEAMSTERS PA FUNDS)
ATTN JOSEPH H HUSTON, JR
919 N MARKET ST, STE 1300
WILMINGTON, DE 19801

STEVENS & LEE PC
(COUNSEL TO THE TEAMSTERS PA FUNDS)
ATTN JOHN C KILGANNON
1500 MARKET ST, EAST TOWER, STE 1800
PHILADELPHIA, PA 19102

STRADLEY RONON STEVENS & YOUNG LLP
(COUNSEL TO TERMINAL PROPERTIES OF NY LLC)
ATTN JULIE M MURPHY, ESQ
1000 N WEST ST, STE 1200
WILMINGTON, DE 19801

STREUSAND LANDON OZBURN & LEMMON
(COUNSEL TO NTT DATA SERVICES LLC)
ATTN SABRINA L STREUSAND
1801 S MOPAC EXPWY, STE 320
AUSTIN, TX 78746

SULLIVAN HAZELTINE ALLINSON LLC
(COUNSEL TO NYST HEALTH FUND, ET AL)
ATTN WILLIAM D SULLIVAN; WILLIAM A HAZELTINE
919 N MARKET ST, STE 420
WILMINGTON, DE 19801

SUSSMAN SHANK LLP
(COUNSEL TO HAWKEY TRANSPORTATION)
ATTN GARRETT S EGGEN
1000 SW BROADWAY, STE 1400
PORTLAND, OR 97205

SWEETBAUM MILLER PC
(COUNSEL TO HIGHLAND INVESTMENTS)
ATTN ALAN D SWEETBAUM
1200 17TH ST, STE 1250
DENVER, CO 80202

TEAMSTERS NATIONAL 401K SAVINGS PLAN
SEAN OBRIEN, GENERAL PRESIDENT
C/O INTL BROTHERHOOD OF TEAMSTERS
25 LOUISIANA AVE, N.W.
WASHINGTON, DC 20001

TENNESSEE ATTORNEY GENERAL'S OFFICE
(COUNSEL TO TN DEPARTMENT OF REVENUE)
C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV
PO BOX 20207
NASHVILLE, TN 37202-0207

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
ATTN KIMBERLY WALSH, ASST ATTORNEY GEN
PO BOX 12548
AUSTIN, TX 78711-2548

THE BANK OF NEW YORK MELLON
ATTN: JOANNA SHAPIRO, MANAGING DIR
240 GREENWICH STREET 7TH FLOOR
NEW YORK, NY 10286

THOMPSON O'BRIEN KAPPLER & NASUTI PC
(COUNSEL TO MANSFIELD OIL CO OF GAINSVILLE)
ATTN MICHAEL PUGH
2 SUN CT, STE 400
PEACHTREE CORNERS, GA 30092

TRAVIS COUNTY ATTORNEY
ATTN JASON A STARKS
PO BOX 1748
AUSTIN, TX 78767

U.S. DEPARTMENT OF JUSTICE
UNITED STATES DEPARTMENT OF THE TREASURY
ATTN: I-HENG.HSU AND CRYSTAL GEISE
1100 L ST NW RM 7102
WASHINGTON, DC 20005-4035

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

UNION PACIFIC RAILROAD
JENNIFER HAMANN, EXECUTIVE VP & CFO
1400 DOUGLAS ST
OMAHA, NE 68179

UNION PACIFIC RAILROAD COMPANY
ATTN: CHRSTINE A. NEUHARTH; LILA L. HOWE
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179

US DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN I-HENG HSU, TRIAL ATTORNEY
1100 L ST NW, RM 7102
WASHINGTON, DC 20005

US DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN CRYSTAL J GEISE, TRIAL ATTORNEY
1100 L ST NW, RM 7106
WASHINGTON, DC 20005

WELTMAN, WEINBERG & REIS CO. LPA
(COUNSEL TO TOYOTA INDUSTRIES & MATCO TOOLS CORP)
ATTN SCOTT D FINK
965 KEYNOTE CIRCLE
BROOKLYN HEIGHTS, OH 44131

WESTERN TEAMSTERS WELFARE FUND
CHUCK MACK, UNION CHAIRMAN & FUND TTEE
2323 EASTLAKE AVE. E
SEATTLE, WA 98102

WHITE & CASE LLP
(COUNSEL TO CITADEL ADVISORS LLC)
ATTN S GREISSMAN; A ZATZ; E FELD
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095

WHITE & CASE LLP
(COUNSEL TO CITADEL ADVISORS)
ATTN JASON N ZAKIA
111 S WACKER DR, STE 5100
CHICAGO, IL 60606

WHITE AND WILLIAMS LLP
(COUNSEL TO ATLANTIC & ARCH COS)
ATTN AMY E VULPIO
1650 MARKET ST, STE 1800
ONE LIBERTY PLACE
PHILADELPHIA, PA 19103-7395

WHITE AND WILLIAMS LLP
(COUNSEL TO ATLANTIC & ARCH INSURANCE COS)
ATTN MICHAEL A INGRASSIA
600 N KING ST, STE 800
WILMINGTON, DE 19801-3722

WHITEFORD TAYLOR & PRESTON LLP
(COUNSEL TO ESTES EXPRESS LINES)
ATTN MICHAEL J ROESCHENTHALER; DANIEL R SCHIMIZZI
11 STANWIX ST, STE 1400
PITTSBURGH, PA 15222

WHITEFORD TAYLOR & PRESTON LLP
(COUNSEL TO ESTES EXPRESS LINES)
ATTN DAVID B STRATTON; RICHARD W RILEY
600 N KING ST, STE 300
WILMINGTON, DE 19801

WHITEFORD TAYLOR & PRESTON LLP
(COUNSEL TO ESTES EXPRESS LINES)
ATTN DAVID W GAFFEY
3190 FAIRVIEW PARK DR, STE 800
FALLS CHURCH, VA 22042-9260

WILSON SONSINI GOODRICH & ROSATI PC
(COUNSEL TO EAST WEST BANK)
ATTN ERIN R FAY; CATHERINE C LYONS
222 DELAWARE AVE, STE 800
WILMINGTON, DE 19801

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO VOLVO LEASING CO)
ATTN JAMES S LIVERMON, III
555 FAYETTEVILLE ST, STE 1100
RALEIGH, NC 27601

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO VOLVO LEASING CO)
ATTN KEVIN J MANGAN
1313 N MARKET ST, STE 1200
WILMINGTON, DE 19801