IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 )  |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) ) (Jointly Administered) ) |
| Debtors. | ) **Hearing Date: October 23, 2023 at 10:00 am (ET)** ) **Obj. Deadline: October 3, 2023 at 4:00 pm (ET)** |

## CERTIFICATE OF SERVICE

The undersigned certifies that this 19th day of September 2023 a copy of the foregoing Motion was served on all parties-in-interest via ECF notification and via First Class Mail on the parties listed on the attached service list.

Dated: September 19, 2023

FISHERBROYLES, LLP

 /s/ *Carl D. Neff*
Carl D. Neff (No. 4895)
Maura L. Burke (No. 5313)
CSC Station
112 S. French Street
Wilmington, Delaware 19801
Telephone: (302) 482-4244
carl.neff@fisherbroyles.com
mburke@fisherbroyles.com

*Counsel to Movant, Gary W. Gibby*

**Service List** *(via First Class Mail)*

---

[1] A complete list of each of the debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation.The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

*<u>Debtors</u>*

**Yellow Corporation**
11500 Outlook Street, Suite 400
Overland Park, KS 66211

*<u>Counsel to Debtors</u>*

**Michael Esser**
Kirkland & Ellis LLP
555 California Street
27th Floor
San Francisco, CA 94104

**Whitney C. Fogelberg**
**Richard U.S. Howell**
**Casey McGushin**
**Conor P. McNamara**
**Patrick J. Nash**
**David Seligman**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**Laura Davis Jones**
**Peter J. Keane**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

*<u>U.S. Trustee</u>*

**U.S. Trustee**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

***Counsel to U.S. Trustee***

**Jane M. Leamy**
**Richard L. Schepacarter**
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

***Counsel to Committee of Unsecured Creditors***

**Kevin M. Capuzzi**
**John C Gentile**
**Jennifer R. Hoover**
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street
Suite 1201
Wilmington, DE 19801-1611

**Philip C. Dublin**
**Meredith A. Lahaie**
**Abid Qureshi**
**Joseph L. Sorkin**
**Kevin Zuzolo**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036