**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, et al.[1],<br><br>   Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>Jointly Administered |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Adam B. Nach of Lane & Nach, P.C., on behalf of creditor Tena J. Spence, hereby appears in the above-captioned cases through its co-counsel, Ashby & Geddes, P.A. and, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure and 11 U.S.C. §§ 102(1), 342 and 1109(b), requests that all notices given or required to be given in these cases or any related adversary proceeding and all papers served or required to be served in this case be given and served upon:

| **LANE & NACH, P.C.**<br>Adam N. Nach<br>Lane & Nach, P.C.<br>2001 E. Campbell Avenue, Suite 103<br>Phoenix, Arizona 85016<br>Phone: (602) 258-6000<br>Email: adam.nach@lane-nach.com | **ASHBY & GEDDES, P.A.**<br>Don A. Beskrone, Esq.<br>500 Delaware Avenue, 8th Floor<br>P.O. Box 1150<br>Wilmington, DE  19899-1150<br>Tel:  (302) 654-1888<br>Fax:  (302) 654-2067<br>Email: dbeskrone@ashbygeddes.com |
|---|---|

**PLEASE TAKE FURTHER NOTICE** that this request for notice and service includes copies of all papers, including, but not limited to, reports, pleadings, motions, applications or petitions, schedules, plans, disclosure statements, and answering or reply papers filed in these cases or any related adversary proceeding and that such service be by mailing one copy of each, unless

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 511500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

{01940966;v1 }

otherwise directed by the Court, to the parties listed above.

**PLEASE TAKE FURTHER NOTICE** that Adam B. Nach intends that neither this Notice of Appearance nor any former or later pleading, claim or suit shall waive (1) the right to have final orders in non-core matters entered only after de novo review by the United States District Court for the District of Delaware (the "District Court"), (2) the right to trial by jury in any proceeding so triable in these cases or any case, controversy or proceeding related to this case, (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal or (4) any other rights, claims, actions, defenses, set-offs, or recoupments to which Ms. Spence is or may be entitled under agreements in law or in equity.

Dated:  September 20, 2023

**ASHBY & GEDDES, P.A.**

*/s/ Don A. Beskrone*
Don A. Beskrone, Esq. (#4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel:  (302) 654-1888
Fax:  (302) 654-2067
Email: dbeskrone@ashbygeddes.com

-and-

**LANE & NACH, P.C.**
Adam N. Nach
Lane & Nach, P.C.
2001 E. Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Phone: (602) 258-6000
Email: adam.nach@lane-nach.com

*Counsel to Tena J. Spence*