**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Joint Administered) |
|  | ) |  |
|  | ) |  |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON SEPTEMBER 22, 2023 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801**

**This hearing will be conducted in-person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Goldblatt. All participants over Zoom must register in advance. Please register by September 21, 2023, at 4:00 p.m. (EST).**

**Registration Link:**

https://debuscourts.zoomgov.com/meeting/register/vJItde-vqj0qH2tcfi_7LRMGrkLfn5ZFLdk

**WITHDRAWN MATTER:**

1.    Motion of AFCO Credit Corporation for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a) [Filed: 9/14/23] (Docket No. 545)

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Response Deadline:  September 20, 2023 at 4:00 p.m. (ET)

Responses Received:  Responses can be made before or at the hearing.

Related Documents:

A.      [Proposed] Order Granting Consent Motion of AFCO Credit Corporation for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a) [Filed: 9/14/23] (Docket No. 545, Exhibit A)

B.      Motion of AFCO Credit Corporation for an Order Shortening Notice and Scheduling an Expedited Hearing Pursuant to Del. Bankr. L.R. 9006-1(E) Regarding its Motion for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(D) and Bankruptcy Rule 4001(A) [Filed: 9/14/23] (Docket No. 554)

      i.      [Signed] Order Shortening Notice and Scheduling an Expedited Hearing Pursuant to Del. Bankr. L.R. 9006-1(E) Regarding Motion for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(D) and Bankruptcy Rule 4001(A) [Filed: 9/15/23] (Docket No. 572)

C.      Certification of Counsel Regarding Joint Stipulation Among the Debtors and AFCO Credit Corporation (I) Granting Relief from the Automatic Stay and (II) Rejecting Certain Finance Agreements [Filed: 9/18/23] (Docket No. 588)

D.      Notice of Withdrawal of Motion of AFCO Credit Corporation for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a) [Filed: 9/18/23] (Docket No. 590)

Status:  This matter is withdrawn.  No hearing is necessary.

**MATTER GOING FORWARD:**

2.      Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Real Estate Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [Filed: 9/13/23] (Docket No. 518)

Response Deadline:  September 20, 2023 at 4:00 p.m. (ET)

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.      [Proposed] Order Approving (I) Debtors' Selection of a Real Estate Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [Filed: 9/13/23] (Docket No. 518, Exhibit B)

B.      Debtors' Motion for Entry of an Order (I) Shortening the Notice and Objection Period for the Debtors' Real Estate Stalking Horse Motion and (II) Granting Related Relief [Filed: 9/13/23] (Docket No. 520)

   i.      [Signed] Order Shortening the Notice and Objection Period for the Debtors' Real Estate Stalking Horse Motion and (II) Granting Related Relief [Filed: 9/14/23] (Docket No. 543)

C.      Declaration of Cody Leung Kaldenberg in Support of the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [Filed: 9/13/23] (Docket No. 529).

D.      Notice of Hearing on Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Real Estate Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [Filed: 9/14/23] (Docket No. 557)

Status:  This matter will go forward.

DOCS_DE:244886.2 96859/001

Dated:  September 20, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:       (302) 652-4100
Facsimile:       (302) 652-4400
Email:           ljones@pszjlaw.com
                 tcairns@pszjlaw.com
                 pkeane@pszjlaw.com
                 ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
David Seligman, P.C. (admitted *pro hac vice*)
Whitney Fogelberg (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:       (212) 446-4800
Facsimile:       (212) 446-4900
Email:           patrick.nash@kirkland.com
                 david.seligman@kirkland.com
                 whitney.fogelberg@kirkland.com

-and-

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:       (212) 446-4800
Facsimile:       (212) 446-4900
Email:           allyson.smith@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

4