IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

_____

In re:                                                                                      Chapter 11

YELLOW CORPORATION, et al                                    Case No. 23-11069 (CTG)

Debtor.

_____

### CERTIFICATE OF SERVICE

I, Brian McLaughlin, do hereby certify that on September 20, 2023 , I served the Motion of Amer Nasser and Omeira Ulloque for Relief From the Automatic Stay on the following parties by the United States Bankruptcy Court's Electronic Filing and Notification System.

OFFIT KURMAN, P.A.

/s/    Brian J. McLaughlin

Brian J. McLaughlin, Esquire
222 Delaware Avenue, Suite 1105
Wilmington, DE 19899
(302) 351-0916

Attorney for Amer Nasser and Omeira Ulloque

Michael Esser
Kirkland & Ellis LLP
555 California Street
27th Floor
San Francisco, CA 94104
Michael.esser@kirkland.com

Whitney C. Fogelberg
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Whitney.folgelberg@kirkland.com

Richard U.S. Howell
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654

Rob Jacobson
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Rob.jacobson@kirkland.com

Laura Davis Jones
Pachulski Stag Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
ljone@pszjlaw.com

Peter J Keane
Pachulski Stag Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
pkeane@pszjlaw.com

Casey McGushin
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Casey.mcgushin@kirkland.com

Conor P. McNamara
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Conor.mcnamara@kirkland.com

Patrick J. Nash
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
Patrick.nash@kirkland.com

David Seligman
Kirkland & Ellis LLP
300 North LaSalle Street
Chicago, IL 60654
dseligman@kirkland.com

Allyson B. Smith
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Allyson.smith@kirkland.com

Jane M. Leamy
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Jane.m.leamy@usdoj.gov

Richard L. Schepacarter
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Richard.schepacarter@usdoj.gov

Kevin M. Capuzzi
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801-1611
kcapuzzi@beneschlaw.com

Philip C. Dublin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
pdublin@akingump.com

John C Gentile
Benesch, Friedlander, Coplan & Aronoff LLP
1313 North Market Stret, Suite 1201
Wilmington, DE 19801
jgentile@beneschlaw.com

Jennifer R. Hoover
Benesch Friedlander Coplan & Arnoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
jhoover@beneschlaw.com

Meredith A. Lahaie
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
mlahaie@akingump.com

Abid Quershi
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
aqureshi@akingump.com

Joseph L. Sorkin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
jsorkin@akingump.com

Kevin Zuzolo
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
kzuzolo@akingump.com