IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

_____

| | |
|---|---|
| In re: | Chapter 11 |
| YELOW CORPORATION, et al, | Case No. 23-11069 (CTG) |
| Debtor. | |
| | Hearing Date: October 23, 2023 at 10:00 am (ET) |
| | Objection Deadline: October 4, 2023 at 4:00 pm (ET) |

_____

## NOTICE OF MOTION OF AMER NASSER AND OMEIRA ULLOQUE FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Amer Nasser and Omeir Ulloque, filed the Motion for Relief from the Automatic Stay (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, on or before October 4, 2023 at 4:00 (ET) (the "Objection Deadline") and served upon and received by the undersigned attorneys for Amer Nasser and Omeira Ulloque.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Craig T. Glodblatt at the Bankruptcy Court, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware on October 23, 2023 at 10:00 am (ET).

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 20, 2023

Respectfully submitted,

/s/ Brian J. McLaughlin

Brian J. McLaughlin, Esquire
222 Delaware Avenue, Suite 1105
Wilmington, DE 19899
(302) 351-0916
Brian.mclaughlin@offitkurman.com

Attorney for Amer Nasser and Omeira Ulloque