**Exhibit 2**

**Tier 1 OCP List**

| Name | Address | Service |
|---|---|---|
| Husch Blackwell LLP | 4801 MAIN ST<br>Kansas City, MO 64180 | Legal - Real Estate |
| McDermott, Will & Emery LLP | 444 WEST LAKE STREET SUITE 4000<br>Chicago, IL 60606 | Legal - Workers Compensation |
| Morgan, Lewis & Bockius LLP | COUNSELORS AT LAW, PO BOX 8500 S-6050<br>PHILADELPHIA, PA 19178 | Legal - Employment |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | PO BOX 89<br>COLUMBIA, SC 29202 | Legal - Employment |
| Proskauer Rose LLP | 11 TIMES SQUARE<br>New York, NY 10036 | Legal - Labor |
| Willis Towers Watson US LLC | 1079 SOLUTIONS CENTER<br>CHICAGO, IL 60677 | Actuarial Services |