**Exhibit 3**

**Tier 2 OCP List**

| Name | Address | Service |
|---|---|---|
| Altus Group | 126 DON HILLOCK DR AURORA ON L4G 0G9, CANADA | Accounting - Tax |
| Basham, Ringe y Correa, S.C. | PASEO DE LOS TAMARINDOS #100, 5TH FLOOR, BOSQUES DE LAS LOMAS, CUAJIMALPA DE MORELOS, 05120, MEXICO CITY | Legal - Mexican Counsel |
| Burns & McDonnell, Inc. | 9400 WARD PARKWAY KANSAS CITY, MO 64114 | Consulting - Environmental |
| Carr, Allison, Oliver & Sisson LLP | 100 VESTAVIA PKWY Birmingham, AL 35216 | Legal - Injury and Property Damage |
| Ethority (dba Equifax) | 4076 PAYSPHERE CIR CHICAGO, IL 60674 | Tax and Consulting Services |
| Filion, Wakely, Thorup & Angeletti LLP | BAY ADELAIDE CENTRE, 333 BAY ST STE 2500 PO BOX 44 TORONTO ON M5H 2R2, CANADA | Legal - Canadian Counsel |
| Hemenway & Barnes LLP | 75 State St Boston, MA 02109 | Legal - Taxation |
| Hunton Andrews Kurth LLP | 951 E BYRD ST Richmond, VA 23219 | Legal - Taxation |
| Maher, Brannigan & Heywood PC | 11520 W 183rd St Orland Park, IL 6046 | Legal - Taxation |
| Origami Risk LLC | P.O. BOX 74751 Chicago, IL 60694 | Consulting - Safety and Compliance |
| Ryan Law | Three Galleria Office Tower 13155 Noel Road, Suite 1850 Dallas, Texas 75240 | Legal - Taxation |
| Schroder & Strom LLP | 114 Old Country Rd # 218 Mineola, NY 11501 | Legal - Taxation |
| Serviam Consulting | 8700 Indian Creek Pkwy Brown and Gold Office Overland Park, KS 66210 | Consulting - Information Technology |

2

| Name | Address | Service |
|---|---|---|
| TekSystems | 3689 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | Consulting - Information Technology |
| Thomas & Company | P. O. BOX 645555<br>Cincinnati, OH 45264 | Employment Verification Services |