IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, et al.,<br><br>   Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Adam B. Nach of Lane & Nach, P.C. to represent Tena J. Spence in the above-referenced case.

Dated: September 20, 2023

**ASHBY & GEDDES, P.A.**
*/s/ Don A. Beskrone*
Don A. Beskrone (DE No. 4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801
Tel: (302) 654-1888/Fax: (302) 654-2067
Email: dbeskrone@ashbygeddes.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of the State of Arizona, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund effective September 1, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Date: September 20, 2023

**LANE & NACH, P.C.**
*/s/Adam B. Nach*
Adam N. Nach
Lane & Nach, P.C.
2001 E. Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Phone: (602) 258-6000
Email: adam.nach@lane-nach.com

## ORDER GRANTING MOTION
IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: September 20th, 2023
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**