IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

I, Lawrence J. Kotler, certify that I am not less than 18 years of age, and that on the date set forth below, I caused a true and correct copy of the foregoing *Reservation of Rights of the Chubb Companies with Respect to Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Real Estate Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief* to be filed and served via CM/ECF on all parties requesting electronic notification in this case and via electronic mail to the parties set forth on the attached service list, unless otherwise noted.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: September 20, 2023            */s/ Lawrence J. Kotler*
                                                           Lawrence J. Kotler, Esq. (DE 4181)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**SERVICE LIST**

**Proposed Counsel to the Debtors**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois, 60654
Attn.: Whitney Fogelberg
Email: whitney.fogelberg@kirkland.com

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn.: Allyson B. Smith
Email: allyson.smith@kirkland.com

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19801
Attn.: Laura Davis Jones, Timothy P. Cairns, Peter J. Keane, and Edward Corma
Email: ljones@pszjlaw.com
Email: tcairns@pszjlaw.com
Email: pkeane@pszjlaw.com
Email: ecorma@pszjlaw.com

**U.S. Trustee**
The Office of United States Trustee for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn.: Jane Leamy and Richard Shepacarter
Email: jane.m.leamy@usdoj.gov
Email: richard.shepacarter@usdoj.gov

**Proposed Counsel to the Committee**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Attn.: Philip C. Dublin, Meredith A. Lahaie, and Kevin Zuzolo
Email: pdublin@akingump.com
Email: mlahaie@akingump.com
Email: kzuzolo@akingump.com

Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE, 19801

Attn.: Jennifer R. Hoover and Kevin M. Capuzzi
Email: jhoover@beneschlaw.com
Email: kcapuzzi@beneschlaw.com