# **EXHIBIT 1**

**Bidding Procedures**