# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Joint Administered) |
| | ) ) | **Re: Docket No. 613** |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON SEPTEMBER 22, 2023 AT 9:30 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 2, WILMINGTON, DELAWARE 19801**

> **THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**WITHDRAWN MATTER:**

1. Motion of AFCO Credit Corporation for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a) [Filed: 9/14/23] ([Docket No. 545](#))

    Response Deadline:  September 20, 2023 at 4:00 p.m. (ET)

    Responses Received:  Responses can be made before or at the hearing.

    Related Documents:

    A.  [Proposed] Order Granting Consent Motion of AFCO Credit Corporation for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a) [Filed: 9/14/23] ([Docket No. 545, Exhibit A](#))

    B.  Motion of AFCO Credit Corporation for an Order Shortening Notice and Scheduling an Expedited Hearing Pursuant to Del. Bankr. L.R. 9006-1(E)

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]  **Amended items are in bold.**

      Regarding its Motion for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(D) and Bankruptcy Rule 4001(A) [Filed: 9/14/23] ([Docket No. 554](#))

      i.    [Signed] Order Shortening Notice and Scheduling an Expedited Hearing Pursuant to Del. Bankr. L.R. 9006-1(E) Regarding Motion for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(D) and Bankruptcy Rule 4001(A) [Filed: 9/15/23] ([Docket No. 572](#))

C.    Certification of Counsel Regarding Joint Stipulation Among the Debtors and AFCO Credit Corporation (I) Granting Relief from the Automatic Stay and (II) Rejecting Certain Finance Agreements [Filed: 9/18/23] ([Docket No. 588](#))

D.    Notice of Withdrawal of Motion of AFCO Credit Corporation for an Order Granting Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) and Bankruptcy Rule 4001(a) [Filed: 9/18/23] ([Docket No. 590](#))

Status:  This matter is withdrawn.  No hearing is necessary.

**RESOLVED MATTER:**

2.    Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Real Estate Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [Filed: 9/13/23] ([Docket No. 518](#))

Response Deadline:  September 20, 2023 at 4:00 p.m. (ET)

Responses Received:

**A.    Reservation of Rights of the Chubb Companies with Respect to Debtors Motion for Entry of an Order (I) Approving the Debtors Selection of a Real Estate Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [Filed: 9/20/23 ([Docket No. 620](#))**

Related Documents:

A.    [Proposed] Order Approving (I) Debtors' Selection of a Real Estate Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [Filed: 9/13/23] ([Docket No. 518, Exhibit B](#))

B.    Debtors' Motion for Entry of an Order (I) Shortening the Notice and Objection Period for the Debtors' Real Estate Stalking Horse Motion and (II) Granting Related Relief [Filed: 9/13/23] ([Docket No. 520](#))

      i.    [Signed] Order Shortening the Notice and Objection Period for the Debtors' Real Estate Stalking Horse Motion and (II) Granting Related Relief [Filed: 9/14/23] ([Docket No. 543](#))

2

C.  Declaration of Cody Leung Kaldenberg in Support of the Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [Filed: 9/13/23] ([Docket No. 529](#)).

D.  Notice of Hearing on Debtors' Motion for Entry of an Order (I) Approving the Debtors' Selection of a Real Estate Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [Filed: 9/14/23] ([Docket No. 557](#))

E.  **Notice of Filing of Revised Real Estate Stalking Horse Asset Purchase Agreement [Filed: 9/20/23] ([Docket No. 622](#))**

F.  **Certification of Counsel Regarding Order (I) Approving the Debtors' Selection of a Real Estate Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [Filed: 9/20/23] ([Docket No. 623](#))**

G.  **[Signed] Order (I) Approving the Debtors' Selection of a Real Estate Stalking Horse Bidder, (II) Approving Bid Protections in Connection Therewith, and (III) Granting Related Relief [Filed: 9/21/23] ([Docket No. 624](#))**

<u>Status</u>:  **The Court has entered an order on this matter.  No hearing is necessary.**

Dated: September 21, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-4100 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900
Email:        allyson.smith@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*