Notice of Withdrawal of Claim

On 8/10/23, Isaacs Forklift Repair filed a claim against the Bankruptcy Case concerning Yellow Corporation, Case # 23-11069.  As such, we are giving notice that we withdraw Claim #5, which was filed on 8/10/23.

Please contact us if you have any questions. Mobile: 479-935-0879 (Mindy Isaacs, Co-Owner, Isaacs Forklift Repair).

Isaacs Forklift Repair, LLC 6745 Van Wagener Road London, Ohio 43140