## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Joint Administered) |
| | ) | |
| | ) | **Re: Docket No. 638** |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON SEPTEMBER 26, 2023 AT 12:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

> **THIS HEARING HAS BEEN CANCELLED BY THE COURT
> AS NO MATTERS ARE SCHEDULED TO FORWARD.**

**RESOLVED MATTERS:**

1. Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors Effective as of the Petition Date [Filed: 8/30/23] (Docket No. 372)

    Response Deadline: September 13, 2023 at 4:00 p.m. (ET)

    Responses Received: Informal comments from the Office of the United States Trustee.

    Related Documents:

    A. Certification of Counsel Regarding Debtors' Application for Authorization to Employ and Retain Pachulski Stang Ziehl & Jones LLP as Co-Counsel for the Debtors Effective as of the Petition Date [Filed: 9/18/23] (Docket No. 592)

    B. [Signed] Order Authorizing the Employment and Retention of Pachulski Stang

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

[2] **Amended items appear in bold.**

        Ziehl & Jones LLP as Co-Counsel for the Debtors Effective as of the Petition Date [Filed: 9/19/23] ([Docket No. 607](#))

        Status:  The Court has entered an order on this matter.  No hearing is necessary.

2.   Application of the Debtors to Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Section 327(a) and 328 of the Bankruptcy Code [Filed: 8/30/23] ([Docket No. 373](#))

        Response Deadline:  September 13, 2023 at 4:00 p.m. (ET)

        Responses Received:  None as of the date of this Notice of Agenda.

        Related Documents:

        A.   First Supplemental Declaration of Brian Whittman in Support of Application of the Debtors to Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Section 327(a) and 328 of the Bankruptcy Code [Filed: 9/15/23] ([Docket No. 577](#))

        B.   Certification of Counsel Regarding Revised Order Authorizing Debtors to Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Section 327(a) and 328 of the Bankruptcy Code [Filed: 9/15/23] ([Docket No. 578](#))

        C.   [Signed] Order Authorizing Debtors to Retain Alvarez & Marsal North America, LLC as Financial Advisors to Debtors and Debtors in Possession Pursuant to Section 327(a) and 328 of the Bankruptcy Code [Filed: 9/18/23] ([Docket No. 585](#))

        Status:  The Court has entered an order on this matter.  No hearing is necessary.

3.   Application of Debtors for Authority to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of the Petition Date [Filed: 8/30/23] ([Docket No. 375](#))

        Response Deadline:  September 13, 2023 at 4:00 p.m. (ET)

        Responses Received:  None as of the date of this Notice of Agenda.

        Related Documents:

        A.   Certification of No Objection Regarding Application of Debtors for Authority to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of the Petition Date [Filed: 9/18/23] ([Docket No. 593](#))

        B.   [Signed] Order Authorizing the Debtors to Retain and Employ Epiq Corporate Restructuring, LLC as Administrative Advisor Effective as of the Petition Date [Filed: 8/30/23] ([Docket No. 605](#))

       Status:  The Court has entered an order on this matter.  No hearing is necessary.

4. Application of Debtors for Entry of an Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider Effective as of the Petition Date, and (II) Granting Related Relief [Filed: 8/30/23] ([Docket No. 377](#))

   Response Deadline:  September 13, 2023 at 4:00 p.m. (ET)

   Responses Received:  None as of the date of this Notice of Agenda.

   Related Documents:

   A. Certification of Counsel Regarding Revised Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider Effective as of the Petition Date, and (II) Granting Related Relief [Filed: 9/15/23] ([Docket No. 579](#))

   B. [Signed] Order (I) Authorizing the Retention and Employment of Ernst & Young LLP as Tax Services Provider Effective as of the Petition Date, and (II) Granting Related Relief [Filed: 9/18/23] ([Docket No. 586](#))

   Status:  The Court has entered an order on this matter.  No hearing is necessary.

5. Application of Debtors for Entry of an Order Authorizing Retention and Employment of Goodmans LLP as Canadian Restructuring Counsel Effective as of August 6, 2023 Pursuant to Section 327I, 328(a), 330, and 363(b)(1) of the Bankruptcy Code [Filed: 8/30/23] ([Docket No. 376](#))

   Response Deadline:  September 13, 2023 at 4:00 p.m. (ET)

   Responses Received:  None as of the date of this Notice of Agenda.

   Related Documents:

   A. Certification of No Objection Regarding Application of Debtors for Entry of an Order Authorizing Retention and Employment of Goodmans LLP as Canadian Restructuring Counsel Effective as of August 6, 2023 Pursuant to Section 327I, 328(a), 330, and 363(b)(1) of the Bankruptcy Code [Filed: 9/18/23] ([Docket No. 594](#))

   B. [Signed] Order Authorizing Retention and Employment of Goodmans LLP as Canadian Restructuring Counsel Effective as of August 6, 2023 Pursuant to Section 327I, 328(a), 330, and 363(b)(1) of the Bankruptcy Code [Filed: 8/30/23] ([Docket No. 606](#))

   Status:  The Court has entered an order on this matter.  No hearing is necessary.

6. Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 8/31/23] (Docket No. 392)

    Response Deadline:  September 13, 2023 at 4:00 p.m. (ET)

    Responses Received:  Informal comments from the Office of the United States Trustee.

    Related Documents:

    A. Amended Notice of Hearing on Motion of Debtors for Entry of an Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 9/11/23] (Docket No. 440)

    B. Certification of Counsel Regarding Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 9/19/23] (Docket No. 604)

    C. [Signed] Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief [Filed: 9/20/23] (Docket No. 617)

    Status:  The Court has entered an order on this matter.  No hearing is necessary.

**MATTER FOR WHICH A COC HAS BEEN FILED:**

7. Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2023 [Filed: 8/30/23] (Docket No. 371)

    Response Deadline:  September 13, 2023 at 4:00 p.m. (ET)

    Responses Received:  None.

    Related Documents:

    A. [Proposed] Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2023 [Filed: 8/30/23] (Docket No. 371, Exhibit A)

    B. First Supplemental Declaration of Patrick J. Nash, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2023 [Filed: 9/21/23] (Docket No. 626)

- C. Certification of Counsel Regarding Revised Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2023 [Filed: 9/21/23] (Docket No. 627)

- **D. [Signed] Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2023 [Filed: 9/22/23] (Docket No. 639).**

Status: **The Court has entered an order on this matter. No hearing is necessary.**

8. Application for Entry of an Order (I) Authorizing the Retention and Employment of Ducera Partners LLC as Investment Banker to the Debtors Effective as of the Petition Date, and (II) Granting Related Relief [Filed: 8/30/23] (Docket No. 374)

    Response Deadline: September 13, 2023 at 4:00 p.m. (ET)

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    - A. [Proposed] Order (I) Authorizing the Retention and Employment of Ducera Partners LLC as Investment Banker to the Debtors Effective as of Petition Date, and (II) Granting Related Relief [Filed: 8/30/23] (Docket No. 374, Exhibit B)

    - B. Certification of Counsel **Application for Entry of an Order (I) Authorizing the Retention and Employment of Ducera Partners LLC as Investment Banker to the Debtors Effective as of the Petition Date, and (II) Granting Related Relief [Filed: 9/24/23] (Docket No. 647)**

    - C. **[Signed] Order (I) Authorizing the Retention and Employment of Ducera Partners LLC as Investment Banker to the Debtors Effective as of Petition Date, and (II) Granting Related Relief [Filed: 9/25/23] (Docket No. 648)**

    Status: **The Court has entered an order on this matter. No hearing is necessary.**

Dated: September 25, 2023
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-4100 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    allyson.smith@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*