# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, et al.,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 223** |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, AMY HENAULT, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 7, 2023, I caused to be served the "Notice of Chapter 11 Bankruptcy Case," filed on August 11, 2023 [Docket No. 223], by causing true and correct copies to be:

    a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

    b. delivered via electronic mail to the party listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                            /s/ Amy Henault
                                                            Amy Henault

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**EXHIBIT A**

Yellow Corporation, *et al.* - Case No 23-11069 (CTG)
First Class Mail Parties

| | |
|---|---|
| CONDUENT<br>ATTN JENNIFER ALLEN<br>PO BOX 447<br>OCOEE, FL 34761 | CONDUENT<br>ATTN JENNIFER ALLEN<br>9405 W COLONIAL DR<br>OCOEE, FL 34761 |

**EXHIBIT B**

Yellow Corporation, *et al*. - Case No. 23-11069 (CTG)

Email Service Party

| NAME | COMPANY | EMAIL |
|---|---|---|
| JENNIFER ALLEN | SUN PASS | JENNIFER.ALLEN@CONDUENT.COM |