# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| YELLOW CORPORATION, *et al.*[1] | ) Case No. 23-11069 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Hearing Date: October 23, 2023 at 10:00 a.m. EST |
| _____ | ) Objection Deadline: October 11, 2023 at 5:00 p.m. EST |

## NOTICE OF MOTION OF LAWRENCE NOWICKI FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) OF THE BANKRUPTCY CODE

TO:

| | |
|---|---|
| Michael Esser, Esquire<br>Kirkland & Ellis LLP<br>555 California Street<br>27th Floor<br>San Francisco, CA 94104 | Whitney C. Fogelberg, Esquire<br>Richard U.S. Howell, Esquire<br>Casey McGushin, Esquire<br>Conor P. McNamara, Esquire<br>Patrick J. Nash, Esquire<br>David Seligman, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654 |
| Laura Davis Jones, Esquire<br>Peter J. Keane, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, DE 19801 | Jame M. Leamy, Esquire<br>Richard L. Schepacarter, Esquire<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |
| Kevin M. Capuzzi, Esquire<br>John C. Gentile, Esquire<br>Jennifer R. Hoover, Esquire<br>Benesch Friedlander Coplan & Aronoff LLP<br>1313 North Market Street<br>Suite 1201<br>Wilmington, DE 19801-1611 | Philip C. Dublin, Esquire<br>Meredith A. Lahaie, Esquire<br>Abid Qureshi, Esquire<br>Joseph L. Sorkin, Esquire<br>Kevin Zuzolo, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036 |
| Epiq Corporate Restructuring, LLC | |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

| | |
|---|---|
| www.epiqsystems.com<br>777 Third Avenue, 12th Floor<br>New York, NY 10017 | |

Lawrence Nowicki ("Movant") has filed the attached Motion For Relief From Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code (the "Motion") which seeks an order lifting the stay to allow certain state court litigation to proceed in New York.

**HEARING ON THE MOTION WILL BE HELD ON OCTOBER 23, 2023 at 10:00 a.m.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date with the Clerk of the Bankruptcy Court for the District of Delaware.

At the same time, you must also serve a copy of the response upon Movant's counsel:

> Louis J. Rizzo, Jr., Esquire
> Reger Rizzo & Darnall LLP
> Brandywine Plaza West
> 1521 Concord Pike, Suite 305
> Wilmington, DE 19803
> (302) 477-7100

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

> **REGER RIZZO & DARNALL LLP**
>
> /s/ *Louis J. Rizzo, Jr., Esquire*
> Louis J. Rizzo, Jr., Esquire (#3374)
> Brandywine Plaza West
> 1521 Concord Pike, Suite 305
> Wilmington, DE 19803
> (302) 477-7100
> Attorney for Movant,
> Lawrence Nowicki

Dated:  September 26, 2023