# EXHIBIT A

# UNITED STATES DISTRICT COURT
## for the
## Western District of New York

LAWRENCE NOWICKI

    Plaintiff

                             CASE NO.: 1:19-CV-00124

YRC WORLDWIDE INC. a/k/a        JURY TRIAL DEMANDED
YRC FREIGHT, and
G2 CORPORATION d/b/a SCREEN TIGHT

    Defendants

## AMENDED COMPLAINT

Plaintiff, LAWRENCE NOWICKI, for his cause of action against the defendants alleges as follows:

### I. NATURE OF THE CASE

1. This is a personal injury action for injuries suffered by the plaintiff, LAWRENCE NOWICKI, that occurred when package of screen doors he was unloading that had been manufactured, packed, shipped, palletized, and/or delivered by the defendants sprung forth from the packaging and fell on the plaintiff, causing him to suffer serious personal injuries.

### II. PARTIES

2. The plaintiff, LAWRENCE NOWICKI, is an individual who at all times herein resides in the Town of Hamburg, the County of Erie, and State of New York.

**Collins&Collins**
ATTORNEYS, LLC

*a.* 267 North Street, Buffalo, New York 14201   *p.* 716 885 9700

3. Upon information and belief, the defendant, YRC WORLDWIDE INC. a/k/a YRC FREIGHT ("YRC") was and is a foreign business corporation incorporated in Delaware and authorized to do business in the State of New York.

4. The defendant, YRC, conducts business in the State of New York, County of Erie, out of its main office at 66 Milens Road, Tonawanda, New York 14150.

5. Upon information and belief, the defendant, G2 CORPORATION d/b/a SCREEN TIGHT, ("G2") was and is a foreign business corporation incorporated in the State of South Carolina.

6. The defendant, G2, conducts business out of offices in South Carolina and Texas located at 1 Better Way Georgetown, South Carolina and South, 2235 I-45BL, Corsicana, TX 75110, respectively.

### III. JURISDICTION, VENUE, PRIOR SUIT, AND JURY DEMAND

7. This court has jurisdiction over this matter pursuant to 28 U.S.C. 1332, because plaintiff the parties are completely diverse of citizenship.

8. The amount in controversy is more than $75,000, not counting interest and costs of court, because the plaintiff has suffered serious personal injuries, including, but not limited to those requiring a cervical fusion surgery of the C5-C7 discs, a right knee arthroscopy with partial medial meniscectomy and chondroplasty, along with the plaintiff having suffered lost wages.

9. Venue is proper pursuant to 28 U.S.C. 1391(b) because the events giving rise to the allegations in this Complaint occurred in this district.

10. This case was originally brought in New York State Supreme Court, Erie County under Index Number 815565/2018.

**Collins&Collins**
ATTORNEYS, LLC

a. 267 North Street, Buffalo, New York 14201   p. 716 885 9700

11.  Defendant YRC moved to remove the case to this Court. Plaintiff thereafter filed a motion to remand. By Order of the Hon. Geoffrey W. Crawford, dated April 5, 2019, plaintiff was instructed to file an Amended Complaint adding the proper defendant, G2 Corporation.

12.  Plaintiff demands a trial by jury.

### IV. FACTS

13.  On and prior to July 7, 2017, LAWRENCE NOWICKI was employed by the Home Depot U.S.A., Inc ("Home Depot") at the Home Depot store located at 4405 Milestrip Road, Buffalo, New York.

14.  On and prior to July 7, 2017, plaintiff LAWRENCE NOWICKI, while an employee of Home Depot, routinely worked unloading packages that were delivered to the store.

15.  On July 7, 2017, while in the course of his employment the plaintiff, LAWRENCE NOWICKI, was injured when a pallet of screen doors he was unloading sprung forth from the packaging and fell upon him and caused him to suffer serious personal injuries.

16.  Upon information and belief, as reflected in **Exhibit A**, which is a delivery receipt provided by plaintiff's employer, the Home Depot, the screen doors that injured the plaintiff were manufactured, packed, and/or palletized by the defendant G2 at one of the their facilities located at South, 2235 I-45BL, Corsicana, TX 75110.

17.  Upon information and belief, as also reflected in **Exhibit A**, the screen doors that injured the plaintiff were packed, shipped, palletized, and/or delivered to Home Deport by the defendant, YRC, and/or one of its employees or agents.

## V. CAUSES OF ACTION

### COUNT I: Negligence

18. Plaintiff incorporates by reference the facts as alleged in paragraphs 1-17.

19. On and before July 7, 2017, defendants, YRC and G2, owed a duty to exercise reasonable care in the packing, shipping, palletizing and/or delivering of the screen doors to ensure the safety of those who would be receiving the delivery.

20. The injuries suffered by the plaintiff, LAWRENCE NOWICKI, were caused solely as a result of the negligence of the defendants, their agents, servants and/or employees in their failure to use reasonable care in packing, shipping, palletizing, and/or delivering the pallet of screen doors.

21. As a direct and proximate result of the negligence of the defendants, when the screen doors sprung forth from the packaging and fell upon the plaintiff, plaintiff sustained serious, permanent and painful injuries by reason of which the plaintiff will suffer damages in an amount exceeding the jurisdictional limits of all lower courts which would otherwise have jurisdiction.

### VI. PRAYER FOR RELIEF

22. Wherefore, plaintiff prays for judgment against defendants, as follows:

   a. For such compensatory damages occasioned by the negligent conduct of defendants as may be proved at the trial of this cause;

   b. For his past and future medical expenses incurred and to be incurred;

   c. For his past and future lost wages and wage-earning capacity;

   d. For his lost household services;

   e. For his loss of enjoyment and quality of life;

 f. For his costs of suit incurred herein;

 g. For pre-judgment and post-judgment interest, at the rate allowed by law, on all such amounts awarded from the date of filing this Complaint and after judgment is entered;

 h. For such other and further relief as the Court deems proper.

DATED: Buffalo, New York
    May 2, 2019

*[signature]*

ETHAN W. COLLINS, ESQ.
COLLINS & COLLINS ATTORNEYS, LLC
*Attorneys for Plaintiff*
267 North Street
Buffalo, New York 14201
(716) 885-9700

**Exhibit to Plaintiff's Amended Complaint**

**"Delivery Receipt"**

## Bill of Lading 1

**PICK UP DATE:** 4-27-17   **205-/12   82026   5   01 OF 01**

**PO# 86980591**
SCREEN TIGHT
2235 S BUSINESS 45
CORSICANA TX 75110

HOME DEPOT
4405 MILESTRIP
BUFFALO NY 14219

SHIPPER CODE: 1638
THU   1286
0.032

ORG 508

YRC TARIFFS LIMIT CARRIER'S LIABILITY. ALL FREIGHT RECEIVED IN GOOD ORDER AND SHRINKWRAP/BANDING INTACT UNLESS NOTED

RECEIVED BY – PRINTED NAME: Anthony Rivera
DATE: 7-6
SIGNED: [signature]
TIME: 859

BOL NO: 000000000012904
693-053670-X

STND APPT MTWRF 0900-1200

| PKG | HM | DESCRIPTION OF ARTICLES | CODE | WEIGHT (LB) | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 1 PLT | | VINYL/METAL/WOOD SCREEN DOORS NMFC=03531501 CLC300 40 PCS PERCENT DISCOUNT GENERAL SURCHARGE (FUEL/FRT) | E250 | 693 | | SCAC RDWY |
| 1 TTL /// | | STC BL#: 000000000012904&0 PO=86980591 | TTL | 693 | | COL |

☐ LIFTGATE  ☐ SORT/SEGREGATION  ☐ LIMITED ACCESS
☐ INSIDE DELIVERY  ☐ RESIDENTIAL DELIVERY  ☐ OTHER

CONSIGNEE'S COPY

---

## Bill of Lading 2

YRC Freight
Customer Service Center: 1.800.610.6500

**PICK UP DATE:** 6-23-17   **205-/12   82026   5   01 OF 01**

PO# 86984215
SCREEN TIGHT
2235 S BUSINESS 45
CORSICANA TX 75110

HOME DEPOT
4405 MILESTRIP
BUFFALO NY 14219

SHIPPER CODE: 1638
THU   1286
0.032

ORG 508
693-053670-X

YRC TARIFFS LIMIT CARRIER'S LIABILITY. ALL FREIGHT RECEIVED IN GOOD ORDER AND SHRINKWRAP/BANDING INTACT UNLESS NOTED

RECEIVED BY – PRINTED NAME: Anthony Rivera
DATE: 7-6
SIGNED: [signature]
TIME: 859

BOL NO: 000000000012905
693-053670-X

STND APPT MTWRF 0900-1200

| PKG | HM | DESCRIPTION OF ARTICLES | CODE | WEIGHT (LB) | RATE | CHARGES |
|---|---|---|---|---|---|---|
| 1 PLT | | VINYL/METAL/WOOD SCREEN DOORS NMFC=03531501 CLC300 44 PCS PERCENT DISCOUNT GENERAL SURCHARGE (FUEL/FRT) | E250 | 766 | | SCAC RDWY |
| 1 TTL /// | | STC BL#: 000000000012905124 PO=86984215 | TTL | 766 | | COL |

☐ LIFTGATE  ☐ SORT/SEGREGATION  ☐ LIMITED ACCESS