### Related to IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Related to Docket No.: _____ |
| _____ | ) | |

### ORDER GRANTING MOTION OF LAWRENCE NOWICKI
### FOR RELIEF FROM THE AUTOMATIC STAY
### PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE

AND NOW, upon consideration of the Motion of Lawrence Nowicki ("Movant"), for an Order granting relief from the automatic stay pursuant to Section 362(d) of the Bankruptcy Code in order to allow certain state court litigation to proceed in the United States District Court for the Western District of New York (the "Motion"), and any opposition thereto, and good cause to modify the stay having been found, and the Court having determined that granting the relief requested in the Motion is appropriate.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The stay is lifted and the action pending in the United States District Court for the Western District of New York at Docket No.:1:19-CV-00124-GWC (the "State Court Action") shall be permitted to proceed to adjudication.

3. That Movant shall be entitled to liquidate and satisfy and judgment or other

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

        resolution granted, if any, from applicable insurance coverage available to the Debtors.

4. To the extent that insurance proceeds are unavailable, or insufficient, Movant will return to this Court for disposition of his claim.

5. Relief from the automatic stay shall be effective immediately upon entry of this Order and the 14 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply.

6. This Court shall retain jurisdiction over any and all issues arising among or related to the implementation and interpretation of this Order.

**BY THE COURT:**

_____
The Honorable Craig T Goldblatt
United States Bankruptcy Judge

Dated: October ____, 2023