### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11069 (CTG)<br>(Jointly Administered)<br><br>Hearing Date: October 23, 2023 at 10:00 a.m.<br>Objection Deadline: October 10, 2023 at 4:00 p.m. |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that Corporate Lodging Consultants Inc. and Comdata, Inc. filed the *Motion of Corporate Lodging Consultants Inc. and Comdata, Inc., Pursuant to Bankruptcy Code Section 362(d), Bankruptcy Rule 4001, and Local Rule 4001-1, for Relief From the Automatic Stay to Effectuate Setoff of Security Deposit* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that a Hearing on the Motion will be held on **October 23, 2023 at 10:00 a.m. (ET)** before The Honorable Craig T. Goldblatt, United States Bankruptcy Judge, at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, Wilmington, Delaware, 19801.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be filed by **October 10, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware, 19801. At the same time, a copy of any objection must be served upon the undersigned counsel so as to be received on or before the Objection Deadline.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

**PLEASE TAKE FURTHER NOTICE** that, if you fail to respond in accordance with this notice, the Court may grant the relief requested and enter a final order without further notice.

Dated: September 26, 2023
Wilmington, Delaware

CROSS & SIMON, LLC

By: */s/ Kevin S. Mann*
Kevin Mann (Del. Bar No. 4576)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
kmann@crosslaw.com

*Counsel to Corporate Lodging Consultants Inc. and Comdata, Inc.*