**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| MOM CA Investco LLC, *et al.*,[1] | Case No. 25-10321 (BLS) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 670 & 676** |

## ORDER VACATING PREFERRED BANK STAY RELIEF ORDER

Upon consideration of the *Debtors' Emergency Motion Pursuant to Federal Rule of Civil Procedure 60(b) to Vacate Order Approving Motion for Preferred Bank for Relief From the Automatic Stay* (the "Motion")[2] filed by the above-captioned debtors and debtors in possession (the "Debtors") in the above-captioned jointly administered chapter 11 cases (the "Chapter 11 Cases"), for entry of an order (the "Order"), pursuant to Federal Rule 60(b), vacating the Stay Relief Order; and the Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 1334 and 157, and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware* dated February 29, 2012; and the Motion being a core matter pursuant to 28 U.S.C. § 157(b)(2) and the entry of a final order being consistent with Article III of the United States Constitution; and venue of these Chapter 11 Cases and of the Motion being proper pursuant to 28 U.S.C. §§ 1408 and 1409; and due and adequate notice of the Motion having been given

---

[1] The Debtors in these chapter 11 proceedings, together with the last four digits of each Debtor's federal tax identification number, are: MOM CA Investco LLC [6263], MOM AS Investco LLC [6049], MOM BS Investco LLC [6180], Retreat at Laguna Villas, LLC [2046], Sunset Cove Villas, LLC [9178], Duplex at Sleepy Hollow, LLC [9237], Cliff Drive Properties DE, LLC [0893], 694 NCH Apartments, LLC [0318], Heisler Laguna, LLC [4709], Laguna Festival Center, LLC [4073], 891 Laguna Canyon Road, LLC [0647], 777 AT Laguna, LLC [8715], Laguna Art District Complex, LLC [8316], Tesoro Redlands DE, LLC [2764], Aryabhata Group LLC [7332], Hotel Laguna, LLC [9580], 4110 West 3rd Street DE, LLC [8641], 314 S. Harvard DE, LLC [2057], Laguna HI, LLC [6408], Laguna HW, LLC [9470], The Masters Building, LLC [6134], 837 Park Avenue, LLC [3229], and Terra Laguna Beach, Inc. [2344] (interim). The Debtors' headquarters are located at 520 Newport Center Drive, Suite 480, Newport Beach, CA 92660.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

12361831v.1

under the circumstances, and no other or further notice needed; and the relief requested being in the best interests of the Debtors' estates, their creditors, and other parties in interest,

    **IT IS HEREBY ORDERED THAT**:

1. The Motion is GRANTED to the extent set forth herein.

2. The Stay Relief Order is hereby vacated and the automatic stay reinstated.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.

**Dated: July 17th, 2025**
**Wilmington, Delaware**

    **BRENDAN L. SHANNON**
    **UNITED STATES BANKRUPTCY JUDGE**

12361831v.1