IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*[1],<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>Jointly Administered<br><br>**Hearing Date: October 23, 2023 at 10:00 a.m. (ET)**<br>**Objection Deadline: October 12, 2023 at 4:00 p.m. (ET)** |

## NOTICE OF MOTION OF TENA J. SPENCE
## FOR RELIEF FROM AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on September 28, 2023, Tena J. Spence ("Ms. Spence"), filed a *Motion for Relief from the Automatic Stay* (the "Motion").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the relief sought in the Motion must be (a) in writing and served on or before **October 12, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Wilmington, DE 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **OCTOBER 23, 2023 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY JUDGE FOR THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, 3TH FLOOR, COURTROOM #7, WILMINGTON, DE 19801.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 511500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

{01943489;v1 }

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: September 28, 2023

**ASHBY & GEDDES, P.A.**

*/s/ Don A. Beskrone*
Don A. Beskrone, Esq. (#4380)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
Tel: (302) 654-1888
Fax: (302) 654-2067
Email: dbeskrone@ashbygeddes.com

-and-

**LANE & NACH, P.C.**
Adam N. Nach
Lane & Nach, P.C.
2001 E. Campbell Avenue, Suite 103
Phoenix, Arizona 85016
Phone: (602) 258-6000
Email: adam.nach@lane-nach.com

*Counsel to Tena J. Spence*