# **<u>Exhibit B</u>**

1 Phillip H. Stanfield, Bar #011729
Clarice A. Spicker, Bar #029964
2 JONES, SKELTON & HOCHULI P.L.C.
40 N. Central Avenue, Suite 2700
3 Phoenix, Arizona 85004
Telephone: (602) 263-1745
4 Fax: (602) 200-7877
pstanfield@jshfirm.com
5 cspicker@jshfirm.com
minuteentries@jshfirm.com
6
Attorneys for Defendants USF Reddaway Inc.
7 and Robert Gibbs

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| TENA J. SPENCE, an individual, | NO. CV2021-017849 |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | (Assigned to the Honorable Christopher Coury) |
| USF REDDAWAY, INC., an Oregon corporation; and ROBERT GIBBS, an individual, on his own behalf and on behalf of his marital community, | |
| Defendants. | |

Defendants USF Reddaway Inc. and Robert Gibbs, through undersigned counsel, hereby notify the court pursuant to Arizona Rule of Civil Procedure 5.3(d) that the parties have reached settlement in the above-captioned matter. The parties will file a Stipulation to Dismiss and corresponding Order shortly.

///

///

///

///

11646929.1

        DATED this 2nd day of May, 2023.

                          JONES, SKELTON & HOCHULI P.L.C.

                          By /s/ Clarice A Spicker
                              Phillip H. Stanfield
                              Clarice A. Spicker
                              40 N. Central Avenue, Suite 2700
                              Phoenix, Arizona 85004
                              Attorneys for Defendants USF Reddaway Inc. and Robert Gibbs

ORIGINAL of the foregoing electronically filed this 2nd day of May, 2023.

COPY of the foregoing e-mailed this 2nd day of May, 2023, to:

Joel B. Robbins, Esq.
Anne E. Findling, Esq.
Jesse M. Showalter, Esq.
Lauren E. Channell, Esq.
ROBBINS CURTIN MILLEA & SHOWALTER, LLC
301 E. Bethany Home Road, Suite B-100
Phoenix, AZ 85012-0001
joel@rcmslaw.com
kim@rcmslaw.com
lauren@rcmslaw.com
Attorneys for Plaintiff


/s/ J. Proffitt

2

11646929.1