## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, et al.,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 524, 540, 541, & 562** |

## CERTIFICATE OF SERVICE

I, PANAGIOTA MANATAKIS, hereby certify that:

1.  I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2.  On September 14, 2023, I caused to be served the:

    a.  "Certification of Counsel Regarding Omnibus Motion of Debtors Seeking Entry of an Order (I) Authorizing (A) Rejection of Certain Executory Contracts and Unexpired Leases Effective as of Dates Specified Herein and (B) Abandonment of Certain Personal Property, if any, and (II) Granting Related Relief," dated September 13, 2023 [Docket No. 540], (the "COC Leases"),

    b.  "Certification of Counsel Regarding Omnibus Motion of Debtors Seeking Entry of an Order (I) Authorizing (A) Rejection of Certain Executory Contracts and Unexpired Leases Effective as of Dates Specified Herein and (B) Abandonment of Certain Personal Property, if any, and (II) Granting Related Relief," dated September 13, 2023 [Docket No. 541], (the "COC Contracts"),

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

c.  "Certification of Counsel Regarding Revised Order (I)(A) Approving Bidding Procedures for the Sale or Sales of the Debtors' Assets; (B) Scheduling Auctions and Approving the Form and Manner of Notice Thereof; (C) Approving Assumption and Assignment Procedures, (D) Scheduling Sale Hearings and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief," dated September 14, 2023 [Docket No. 562], (the "COC Procedures"), and

d.  "Notice of Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief," dated September 14, 2023, *related to Docket No. 524*, a copy of which is annexed hereto as <u>Exhibit A</u>, (the "Final NOL Notice"),

by causing true and correct copies of the:

i.  COC Leases, COC Contracts, COC Procedures, and Final NOL Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>,

ii.  Final NOL Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit C</u>,

iii.  COC Leases, COC Contracts, COC Procedures, and Final NOL Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>,

iv.  Final NOL Notice to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit E</u>, and

v.  COC Leases, COC Contracts, COC Procedures, and Final NOL Notice to be delivered via electronic mail to: *sstolte@sandbergphoenix.com*, *crystal.geise@usdoj.gov*, and *asweetbaum@sweetbaumlaw.com*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Panagiota Manatakis*
Panagiota Manatakis

**EXHIBIT A**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

### NOTICE OF FINAL ORDER (I) APPROVING
### NOTIFICATION AND HEARING PROCEDURES FOR CERTAIN
### TRANSFERS OF COMMON STOCK AND (II) GRANTING RELATED RELIEF

**TO: ALL ENTITIES (AS DEFINED BY SECTION 101(15) OF THE BANKRUPTCY CODE) THAT MAY HOLD BENEFICIAL OWNERSHIP OF THE EXISTING CLASSES (OR SERIES) OF COMMON STOCK (THE "COMMON STOCK") OF YELLOW CORPORATION:**

**PLEASE TAKE NOTICE** that on August 6, 2023 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed petitions with the United States Bankruptcy Court for the District of Delaware (the "Court") under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). Subject to certain exceptions, section 362 of the Bankruptcy Code operates as a stay of any act to obtain possession of property of or from the Debtors' estates or to exercise control over property of or from the Debtors' estates.

**PLEASE TAKE FURTHER NOTICE** that on August 7, 2023, the Debtors filed the *Debtors' Motion for Entry of Interim and Final Orders (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief* [Docket No. 4] (the "Motion").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**PLEASE TAKE FURTHER NOTICE** that on September 13, 2023, the Court entered the *Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief* [Docket No. 524] (the "Final Order") approving procedures for certain transfers of Common Stock set forth in Exhibit 1 attached to the Final Order [Docket No. 524] (the "Procedures").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Order, a Substantial Shareholder may not consummate any purchase, sale, or other transfer of Common Stock, in violation of the Procedures, and any such transaction in violation of the Procedures shall be null and void *ab initio*.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Order, the Procedures shall apply to the holding and transfers of Common Stock or any Beneficial Ownership therein by a Substantial Shareholder or someone who may become a Substantial Shareholder.

---

[2] Capitalized terms used but not otherwise defined herein have the meanings given to them in the Final Order or the Motion, as applicable.

All registered and nominee holders of Common Stock shall be required to serve the Notice of Final Order, as applicable, on any holder for whose benefit such registered or nominee holder holds such Common Stock, down the chain of ownership for all such holders of Common Stock.  Any entity or individual, or broker or agent acting on such entity's or individual's behalf who sells Common Stock to another entity or individual, shall be required to serve a copy of the Notice of Final Order, as applicable, on such purchaser of such Common Stock, or any broker or agent acting on such purchaser's behalf.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Order, upon the request of any entity, the proposed notice, claims, and solicitation agent for the Debtors, Epiq Corporate Restructuring, LLC will provide a copy of the Final Order and a form of each of the declarations required to be filed by the Procedures in a reasonable period of time.  Such declarations are also available via PACER on the Court's website at https://ecf.deb.uscourts.gov/ for a fee, or free of charge by accessing the Debtors' restructuring website at https://dm.epiq11.com/YellowCorporation.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Final Order, failure to follow the procedures set forth in the Final Order shall constitute a violation of, among other things, the automatic stay provisions of section 362 of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that nothing in the Final Order shall preclude any person desirous of acquiring any Common Stock from requesting relief from the Final Order from this Court, subject to the Debtors' and the other Declaration Notice Parties' rights to oppose such relief.

**PLEASE TAKE FURTHER NOTICE** that other than to the extent that the Final Order expressly conditions or restricts trading in Common Stock, nothing in the Final Order or in the Motion shall, or shall be deemed to, prejudice, impair, or otherwise alter or affect the rights of any holders of Common Stock, including in connection with the treatment of any such stock under any chapter 11 plan or any applicable bankruptcy court order.

**PLEASE TAKE FURTHER NOTICE** that any prohibited purchase, sale, other transfer of Common Stock, or option with respect thereto in violation of the Final Order is prohibited and shall be null and void *ab initio* and may be subject to additional sanctions as this court may determine**.**

**PLEASE TAKE FURTHER NOTICE** that the requirements set forth in the Final Order

are in addition to the requirements of applicable law and do not excuse compliance therewith.

Dated:  September 14, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email:         ljones@pszjlaw.com
               tcairns@pszjlaw.com
               pkeane@pszjlaw.com
               ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (*pro hac vice* pending)
David Seligman, P.C. (*pro hac vice* pending)
Whitney Fogelberg (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         patrick.nash@kirkland.com
               david.seligman@kirkland.com
               whitney.fogelberg@kirkland.com

-and-

Allyson B. Smith (*pro hac vice* pending)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         allyson.smith@kirkland.com

*Proposed Co-Counsel for the Debtors and Debtors in Possession*

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER LLP | (COUNSEL TO SAIA INC; SAIA MOTOR FREIGHT) ATTN LAURENCE M FRAZEN; JARRET HITCHINGS ONE KANSAS CITY PLACE 1200 MAIN ST, STE 3800 KANSAS CITY MO 64105-2122 |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192 SAN JUAN PR 00902-0192 |
| LOCAL 805 PENSION AND RETIREMENT PLAN | ARTHUR KATZ, PLAN TRUSTEE 60 BROAD STREET 37TH FLOOR NEW YORK NY 10004 |
| MID-AMERICAN CONSTRUCTORS LLC | JARRETT R MINCH, AGENT 4202 PINGREE ROAD HOWELL MI 48843 |
| NY STATE TEAMSTERS COUNCIL | JOHN A. BULGARO, CO-CHAIRMAN 151 NORTHERN CONCOURSE SYRACUSE NY 13212-4047 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN: FAINU'ULELEI FALEFATU ALA'ILIMAUTU AMERICAN SAMOA GOVT, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| THOMPSON O'BRIEN KAPPLER & NASUTI PC | (COUNSEL TO MANSFIELD OIL CO OF GAINSVILLE) ATTN MICHAEL PUGH 2 SUN CT, STE 400 PEACHTREE CORNERS GA 30092 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count  25**

**EXHIBIT C**

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA NA | PO BOX 15284 WILIMGTON DE 19850 |
| BANK OF NEW YORK MELLON, THE | 1 WALL ST NEW YORK NY 10286 |
| BBVA MEXICO SA | AVE PASEO DE LA REFORMA 510 COL JUAREZ, ALCALDIA CUAUHTEMOC CDMX 06600 MEXICO |
| CITIZENS BANK NA | PO BOX 7000 PROVIDENCE RI 02940 |
| JP MORGAN SE | TAUNUSTOR 1 (TAUNUSTURM) FRANKFORT AM MAIN DE60310 GERMANY |
| JP MORGAN SE | AMSTERDAM BRANCH STRAWINSKYLAAN 1135, TOWER B AMSTERDAM 1077 XX NETHERLANDS |
| JPMORGAN CHASE BANK NA | PO BOX 182051 COLUMBUS OH 43218-2051 |
| PNC BANK | ONE FINANCIAL PKWY KALAMAZOO MI 49009 |
| SCOTIABANK | PO BOX 3700 STATION MAIN 71787 WINNEPEG MB R3C 0A7 CANADA |
| TD BANK | 1701 ROUTE 70 EAST CHERRY HILL NJ 08034 |
| THE BANK OF NOVA SCOTIA | ATTN BRADELY TATE, JOHN SCALI 40 KING ST W 8TH FL TORONTO ON M5H 1H1 CANADA |
| THE BANK OF NOVA SCOTIA | 711 LOUISIANA STE 1400 HOUSTON TX 77002 |
| US BANK NA | PO BOX 1800 ST PAUL MN 55101-0800 |
| WELLS FARGO BANK NA | 800 WALNUT ST F0005-044 DES MOINES IA 50309 |
| WELLS FARGO BANK NA | PO BOX 77101 MINNEAPOLIS MN 55480 |

**Total Creditor count  15**

| Claim Name | Address Information |
|---|---|
| ABN AMROCC (0695) | ATT PROXY DEPT 175 W. JACKSON BLVD STE 2050 CHICAGO IL 60605 |
| AEIS (0756) | ATT GREG WRAALSTAD/PROXY MGR 901 3RD AVE SOUTH MINNEAPOLIS MN 55474 |
| ALPINE SECS CORP (8072) | JANET BRANDLER OR PROXY MGR 440 EAST 400 SOUTH SALT LAKE CITY UT 84111 |
| ALTRUIST (3164) | ATT PROXY MGR 3030 S LA CIENEGA CULVER CITY CA 90232 |
| AMALGAMATED BANK (2352) | ATT BOB WINTERS OR PROXY MGR 275 7TH AV NEW YORK NY 10001 |
| APEX/ETRADE (0158/0385) | C/O BROADRIDGE SECS PROCESSING YASMINE CASSEUS, 2 GATEWAY CTR 283-299 MARKET ST – 16TH FL NEWARK NJ 07102 |
| AXOS CLEARING (0052) | ATT CORPORATE ACTIONS DEPT 1200 LANDMARK CTR, STE. 800 OMAHA NE 68102-1916 |
| BANK OF NEW YORK MELLON (0901) | ATT EVENT CREATION 500 GRANT ST ROOM 151-1700 PITTSBURGH PA 15258 |
| BARCLAYS CAPITAL (8455) | ATT CORPORATE ACTIONS/REORG 745 7TH AV, 3RD FL NEW YORK NY 10019 |
| BARCLAYS CAPITAL INC. (0229) | ATT CORPORATE ACTIONS/REORG 745 7TH AV, 3RD FL NEW YORK NY 10019 |
| BERNARD GUY GRAHAM & | ADDRESS ON FILE |
| BMO NESBITT BURNS /CDS (5043) | ATT PHUTHORN PENIKETT 250 YONGE ST., 14TH FL TORONTO ON M5B 2M8 CANADA |
| BNP PARIBAS, NY BRANCH (2147) | ATT PROXY DEPT 525 WASHINGTON BLVD 9TH FL JERSEY CITY NJ 07310 |
| BNP/CUST (2787) | ATT PROXY DEPT 525 WASHINGTON BLVD 9TH FL JERSEY CITY NJ 07310 |
| BNY / MID CAP SPDRS (2209) | ATT EVENT CREATION 500 GRANT ST ROOM 151-1700 PITTSBURGH PA 15258 |
| BNY/WEALTH (8275) | ATT EVENT CREATION 500 GRANT ST ROOM 151-1700 PITTSBURGH PA 15258 |
| BNY/WINSEC (8318) | ATT EVENT CREATION 500 GRANT ST ROOM 151-1700 PITTSBURGH PA 15258 |
| BOA/GWIM TST OPER (0955) | ATT CORPORATE ACTIONS MANAGER 901 MAIN ST 12TH FL DALLAS TX 75202 |
| BOFA SECS (0161) | ATT EARL WEEKS OR PROXY DEPT C/O MERRILL LYNCH CORP ACTIONS 4804 DEER LAKE DR. E. JACKSONVILLE FL 32246 |
| BOFA SECS (5143) | ATT EARL WEEKS OR PROXY DEPT C/O MERRILL LYNCH CORP ACTIONS 4804 DEER LAKE DR. E. JACKSONVILLE FL 32246 |
| BOFA SECS (5198) | ATT EARL WEEKS OR PROXY DEPT C/O MERRILL LYNCH CORP ACTIONS 4804 DEER LAKE DR. E. JACKSONVILLE FL 32246 |
| BRENDON OKIA | ADDRESS ON FILE |
| BROWN BROS HARRIMAN & CO(0010) | ATT CORPORATE ACTIONS / VAULT 140 BROADWAY NEW YORK NY 10005 |
| CAJA DE VALORES S.A. (5610) | ATT MELINA BOBBIO OR PROXY MGR AVE 25 DE MAYO 362 C1002ABH BUENOS AIRES ARGENTINA |
| CAJA DE VALORES S.A. (5610) | ATT MELINA BOBBIO OR PROXY MGR AVE 25 DE MAYO 362 BUENOS AIRES C1002ABH ARGENTINA |
| CANACCORD GENUITY/CDS (5046) | ATT BEN THIESSEN OR PROXY DEPT 10337 PACIFIC CENTRE 2200-609 GRANVILLE ST VANCOUVER BC V7Y 1H2 CANADA |
| CDS CLEAR & DEPOSITORY (5099) | ATT LORETTA VERELLI/PROXY MGR 600 BOUL. DE MAISONNEUVE OUEST BUREAU 210 MONTREAL QC H3A 3J2 CANADA |
| CEDE & CO | 570 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| CETERA (0701) | ATT ANGELA HANDELAND/PROXY MGR 400 1ST ST SOUTH STE 300 ST. CLOUD MN 56301 |
| CHARLES SCHWAB & CO. (0164) | ATT CHRISTINA YOUNG/PROXY MGR 2423 EAST LINCOLN DR PHOENIX AZ 85016-1215 |
| CI INVESTMENT SVCS/CDS (5085) | ATT DEBORAH CARLYLE/PROXY MGR 4100 YONGE ST STE 504A TORONTO ON M2P 2G2 CANADA |
| CIBC WORLD MKTS CORP (0438) | MICHAEL CASTAGLIOLA/PROXY MGR 425 LEXINGTON AV 5TH FL NEW YORK NY 10017 |
| CIBC WORLD MKTS. /CDS (5030) | ATT REED JON OR PROXY DEPT 22 FRONT ST. W. 7TH FL TORONTO ON M5J 2W5 CANADA |
| CITADEL SECS LLC (8430) | ATT KEVIN NEWSTEAD/PROXY MGR 131 SOUTH DEARBORN ST 35TH FL CHICAGO IL 60603 |
| CITIBANK (0505) | ATT DARYL SLATER OR REORG MGR 3800 CITIBANK CTR B3-12 TAMPA FL 33610 |
| CITIBANK, N.A. (0908) | ATT SHERIDA SINANAN/PROXY DEPT 3801 CITIBANK CTR B/3RD FL/ZONE 12 TAMPA FL 33610 |
| CLEAR ST LLC (9132) | ATT PROXY MGR 55 BROADWAY STE 2102 NEW YORK NY 10006 |
| CLEARSTREAM BANKING AG | ATT NICO STAES MERGENTHALLERALLEE 61 ESCBORN D-65760 GERMANY |
| CREDENTIAL SECS INC (5083) | DANIELLE MONTANARI/PROXY MGR 700 – 1111 W. GEORGIA ST VANCOUVER BC V6E 4T6 CANADA |
| CREST INTL NOMINEES LTD (2012) | ATT NATHAN ASHWORTH/PROXY MGR 33 CANNON ST LONDON EC4M 5SB UNITED KINGDOM |
| D. A. DAVIDSON & CO. (0361) | ATT RITA LINSKEY OR PROXY MGR 8 THIRD ST NORTH GREAT FALLS MT 59401 |

| Claim Name | Address Information |
|---|---|
| DESERET TST CO - I (2497) | ATT PROXY MGR 60 EAST SOUTH TEMPLE STE 400 SALT LAKE CITY UT 84111-1036 |
| DESJARDINS SECS INC.(5028) | ATT KARLA DIAZ/VALUERS MOB. 2 COMPLEXE DESJARDINS TOUR EST NIVEAU 62 MONTREAL QC H5B 1B4 CANADA |
| DEUTSCHE BANK (2690) | ATT REORG MGR 5022 GATE PKWY STE 200 JACKSONVILLE FL 32256 |
| DRIVEWEALTH, LLC (2402) | ATT PROXY MGR 15 EXCHANGE PL JERSEY CITY NJ 07302 |
| EDWARD JONES (0057) | ATT DEREK ADAMS OR PROXY DEPT CORPORATE ACTS & DISTRIBUTION 12555 MANCHESTER RD ST. LOUIS MO 63131 |
| EDWARD JONES/CDS (5012) | ATT NICK HUMMELL OR PROXY MGR 1255 MANCHESTER RD ST. LOUIS MO 63131 |
| ETRADE/APEX (0158/0385) | C/O BROADRIDGE SECS PROCESSING YASMINE CASSEUS, 2 GATEWAY CTR 283-299 MARKET ST - 16TH FL NEWARK NJ 07102 |
| FIFTH THIRD BANK THE (2116) | ATT CARRIE POTTER/PROXY DEPT 5001 KINGSLEY DR MAIL DROP 1M0B2D CINCINNATI OH 45227 |
| FOLIO INVESTMENTS, INC. (0728) | ATT ASHLEY THEOBALD/PROXY MGR 8180 GREENSBORO DR 8TH FL MCLEAN VA 22102 |
| FUTU CLEARING INC. (4272) | ATT COLLETE REX 12750 MERIT DR, STE 475 DALLAS TX 75251 |
| GOLDMAN SACHS (0005) | ATT MEGHAN SULLIVAN/PROXY DEPT 30 HUDSON ST JERSEY CITY NJ 07302 |
| GOLDMAN SACHS INTERNATL (5208) | ATT MEGHAN SULLIVAN/PROXY DEPT 30 HUDSON ST JERSEY CITY NJ 07302 |
| HILLTOP SECS (0279) | ATT PROXY DEPT 1201 ELM ST STE 3500 DALLAS TX 75270 |
| HRT FIN LLC (0369) | ATT PROXY MGR 32 OLD SLIP 30TH FL NEW YORK NY 10005 |
| HSBC BANK USA/CLEARING (8396) | ATT BARBARA SKELLY/PROXY MGR 545 WASHINGTON BLVD 10TH FL JERSEY CITY NJ 07310 |
| INTERACTIVE BROKERS (0534) | ATT KARIN MCCARTHY/PROXY DEPT 2 PICKWICK PLAZA, 2ND FL GREENWICH CT 06830 |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | 25 LOUISIAN AVE, N.W. WASHINGTON DC 20001 |
| INTL FCSTONE FIN, INC. (0750) | ATT KEN SIMPSON OR PROXY MGR 2 PERIMETER PARK, STE 100W BIRMINGHAM AL 35209 |
| J.P. MORGAN/CLEARING (0352) | ATT CORPORATE ACTIONS TEAM 500 STANTON CHRISTIANA RD. NCC5 FL3 NEWARK DE 19713 |
| JANNEY MONT. SCOTT INC. (0374) | ATT KURT DODDS OR PROXY MGR 1717 ARCH ST, 17TH FL PHILADELPHIA PA 19103 |
| JEFFERIES & CO, INC. (0019) | ATT ROBERT MARANZANO/PROXY MGR 34 EXCHANGE PL JERSEY CITY NJ 07311 |
| JENNIFER L REDAM | ADDRESS ON FILE |
| JOHN ALLEN BARKER | ADDRESS ON FILE |
| JOHN F RINGWOOD JR | ADDRESS ON FILE |
| JPM CHASE/PUB EMPLOYEES (2975) | ATT KENNY CHIU PROXY MGR NY1-C094 4 METROTECH CTR - 3RD FL BROOKLYN NY 11245 |
| JPMORGAN CHASE (0902) | ATT KENNY CHIU PROXY MGR NY1-C094 4 METROTECH CTR - 3RD FL BROOKLYN NY 11245 |
| JPMORGAN CHASE (2357) | ATT KENNY CHIU PROXY MGR NY1-C094 4 METROTECH CTR - 3RD FL BROOKLYN NY 11245 |
| JPMORGAN CHASE (3622) | ATT KENNY CHIU PROXY MGR NY1-C094 4 METROTECH CTR - 3RD FL BROOKLYN NY 11245 |
| JPMORGAN CHASE / EURO (1970) | ATT KENNY CHIU PROXY MGR NY1-C094 4 METROTECH CTR - 3RD FL BROOKLYN NY 11245 |
| KIM FORD | ADDRESS ON FILE |
| LAURENTIAL BK OF CAN/CDS(5001) | ESTELLE COLLE OR PROXY MGR 1981 MCGILL COLLEGE AVE STE 100 MONTREAL QC H3A 3K3 CANADA |
| LPL FIN CORP (0075) | ATT CORPORATE ACTIONS 1055 LPL WAY FORT MILL SC 29715 |
| LYNDELL W COLBURN | ADDRESS ON FILE |
| M1 FINANCE (1497) | ATTN PROXY MGR 200 N LASALLE ST, STE 800 CHICAGO IL 60601 |
| MACKIE RESEARCH CAP/CDS (5029) | ATT TONY RODRIGUES/PROXY MGR 199 BAY ST COMMERCE CT WEST, STE 4600 TORONTO ON M5L 1G2 CANADA |
| MARIEL TOLLINCHI CUST | ADDRESS ON FILE |
| MARSCO INVESTMENT CORP (0287) | ATT KAREN JACOBSEN/PROXY MGR 101 EISENHOWER PKWY ROSELAND NJ 07068 |
| MERRILL LYNCH (0671) | ATT EARL WEEKS/PROXY DEPT C/O MERRILL LYNCH CORP ACTIONS 4804 DEER LAKE DR. E. JACKSONVILLE FL 32246 |
| MERRILL LYNCH (8862) | ATT EARL WEEKS/PROXY DEPT C/O MERRILL LYNCH CORP ACTIONS 4804 DEER LAKE DR. E. JACKSONVILLE FL 32246 |
| MERRILL LYNCH/STK (6582) | ATT EARL WEEKS/PROXY DEPT C/O MERRILL LYNCH CORP ACTIONS 4804 DEER LAKE DR. E. JACKSONVILLE FL 32246 |
| MFN PARTNERS MANAGEMENT, LP | ATTN: JONATHAN REISMAN 222 BERKELEY ST 13TH FLOOR BOSTON MA 02116 |
| MICHAEL E TOLLISON | ADDRESS ON FILE |

| Claim Name | Address Information |
| --- | --- |
| MORGAN PALMER | ADDRESS ON FILE |
| MORGAN STANLEY & CO. (0050) | ATT MS PROXY DEPT 1300 THAMES ST WHARF BALTIMORE MD 21231 |
| MSSB (0015) | ATT MS PROXY DEPT 1300 THAMES ST WHARF BALTIMORE MD 21231 |
| NATL FIN SVCS. (0226) | ATT SEAN COLE OR PROXY DEPT NEWPORT OFFICE CTR III 499 WASHINGTON BLVD JERSEY CITY NJ 07310 |
| NBCN INC. /CDS (5008) | ATT DANIEL NTAP OR PROXY MGR 1010 DE LA GAUCHETIERE OUEST STE 1925 MONTREAL QC H3B 5J2 CANADA |
| NORTHERN TST CO, THE (2669) | ATT ANDREW LUSSEN OR PROXY MGR 801 S. CANAL ST ATT: CAPITAL STRUCTURES-C1N CHICAGO IL 60607 |
| OPPENHEIMER & CO. INC. (0571) | ATT COLIN SANDY OR PROXY MGR 85 BROAD ST, 4TH FL NEW YORK NY 10004 |
| ORIAN W JOHNSON | ADDRESS ON FILE |
| PERSHING (0443) | ATT JOSEPH LAVARA/PROXY DEPT 1 PERSHING PLAZA JERSEY CITY NJ 07399 |
| PHILL CAP (8460) | ATT PROXY MGR 141 W JACKSON BLVD CBOT BLDG, STE 3050 CHICAGO IL 60604 |
| PI FIN CORP/CDS (5075) | ATT ROB MCNEIL OR PROXY MGR 666 BURRARD ST STE 1900 VANCOUVER BC V6C 2G3 CANADA |
| PRINCIPAL FINANCIAL (2925) | ATTN PROXY MGR 711 HIGH ST DES MOINES IA 50392 |
| QUESTRADE INC./CDS (5084) | ATT AL NANJI OR PROXY MGR 5650 YONGE ST TORONTO ON M2M 4G3 CANADA |
| RAYMOND JAMES ASSOC INC (0725) | ATT ROBERTA GREEN OR PROXY MGR 880 CARILION PKWY TOWER 2, 4TH FL ST. PETERSBURG FL 33716 |
| RBC CAPITAL MKTS CORP (0235) | ATT STEVE SCHAFER OR PROXY MGR 60 S 6TH ST - P09 MINNEAPOLIS MN 55402-1106 |
| RBC DOMINION /CDS (5002) | ATT PROXY MGR 2 BLOOR ST E 2300 TORONTO ON M4W 1A8 CANADA |
| ROBERT W BAIRD & CO INC (0547) | ATTN CORPORATE ACTIONS 777 E WISCONSIN AVE - 9TH FL MILWAUKEE WI 53202 |
| ROBINHOOD SECS, LLC (6769) | ATT MEHDI TAIFI 500 COLONIAL CTR PKWY 100 LAKE MARY FL 32746 |
| RQD CLEARING LLC (4305) | ATT PROXY MGR 250 VESEY ST, SUITE 2601 NEW YORK NY 10281 |
| SCOTIA CAPITAL /CDS (5011) | ATT EVELYN PANDE OR PROXY DEPT SCOTIA PLAZA 40 KING ST W, 23RD FL TORONTO ON M5H 1H1 CANADA |
| SEI PRIVATE TST CO (2663) | ATT ERIC GREENE OR PROXY MGR ONE FREEDOM VALLEY DR OAKS PA 19456 |
| SG AMERICAS SECS, LLC (0286) | ATT PAUL MITSAKOS OR PROXY MGR 1221 AV OF THE AMERICAS NEW YORK NY 10020 |
| SSB&T/CLIENT CUST SVCS (2678) | ATT PROXY DEPT 1776 HERITAGE DR NORTH QUINCY MA 02171 |
| STATE ST (0997) | ATT PROXY DEPT 1776 HERITAGE DR NORTH QUINCY MA 02171 |
| STATE ST (2319) | ATT PROXY DEPT 1776 HERITAGE DR NORTH QUINCY MA 02171 |
| STATE ST (2399) | ATT PROXY DEPT 1776 HERITAGE DR NORTH QUINCY MA 02171 |
| STATE ST BANK & TST (2950) | ATT PROXY DEPT 1776 HERITAGE DR NORTH QUINCY MA 02171 |
| STIFEL NICOLAUS & CO. (0793) | ATT CHRIS WIEGAND/PROXY DEPT C/O MEDIANT COMMUNCATIONS 501 N. BROADWAY ST. LOUIS MO 63102 |
| STOCKCROSS FIN (0445) | ATT DIANE TOBEY OR PROXY MGR 77 SUMMER ST BOSTON MA 02210 |
| TD AMERITRADE CLEARING (0188) | ATT MANDI FOSTER OR PROXY MGR 200 S. 108TH AVE OMAHA NE 68154 |
| TDWATERHOUSE CANADA/CDS (5036) | ATT YOUSUF AHMED OR PROXY MGR 77 BLOOR ST WEST 3RD FL TORONTO ON M4Y 2T1 CANADA |
| TEXAS TREASURY SFKPG (2622) | ATT JANIE DOMINGUEZ/PROXY MGR 208 E. 10TH ST ROOM 410 AUSTIN TX 78701 |
| THE BANK OF NEW YORK MELLON | ATTN JOANNA SHAPIRO 240 GREENWICH ST NEW YORK NY 10286 |
| THE ROYAL BANK OF SCOTLAND PLC | 600 WASHINGTON BLVD STAMFORD CT 06901 |
| TONI L KEARNEY & | ADDRESS ON FILE |
| TRADESTATION SECS (0271) | ATT CORPORATE ACTIONS 8050 SW 10TH ST, STE 2000 PLANTATION FL 33324 |
| U.S. BANCORP INVEST (0280) | ATT KEVIN BROWN OR PROXY MGR 60 LIVINGSTON AVE ST. PAUL MN 55107-1419 |
| U.S. BANK N.A. (2803) | ATT PAUL KUXHAUS OR PROXY MGR 1555 N. RIVER CTR DR STE 302 MILWAUKEE WI 53212 |
| U.S. DEPARTMENT OF THE TREASURY | C/O THE BANK OF NEW YORK MELLON 240 GREENWICH STREET 7TH FLOOR NEW YORK NY 10004 |
| UBS FIN SVCS LLC (0221) | ATT PROXY DEPT - JANE FLOOD 1000 HARBOR BLVD WEEHAWKEN NJ 07086 |
| UBS SECS LLC (0642) | ATT MICHAEL HALLET/PROXY MGR PROXY DEPT 315 DEADRICK ST NASHVILLE TN 37238 |
| VANGUARD MARKETING CORP (0062) | ATT BEN BEGUIN OR PROXY MGR 14321 N. NORTHSIGHT BLVD SCOTTSDALE AZ 85260 |

| Claim Name | Address Information |
|---|---|
| VELOCITY CLEARING (0294) | ALFRED PENNISI OR PROXY MGR 100 WALL ST 26TH FL NEW YORK NY 10005 |
| VELOX CLEARING LLC (3856) | ATT PROXY MGR 2400 E. KATELLA AVE STE 725 ANAHEIM CA 92806 |
| VIRTU AM (0295) | ATT JANICA BRINK OR PROXY MGR 300 VESEY ST NEW YORK NY 10282 |
| VISION FIN MKTS LLC (0595) | ATT OPS DEPT 120 LONG RIDGE RD, 3 NORTH STAMFORD CT 06902 |
| WEDBUSH MORGAN SECS INC (0103) | ATT ALAN FERREIRA OR PROXY MGR 1000 WILSHIRE BLVD., STE 850 LOS ANGELES CA 90030 |
| WEDBUSH SECS INC./P3 (8199) | ATT ALAN FERREIRA OR PROXY MGR 1000 WILSHIRE BLVD., STE 850 LOS ANGELES CA 90017 |
| WELLS FARGO BANK NA/SIG (2072) | ATT SCOTT NELLIS OR PROXY MGR 1525 W T HARRIS BLVD 1ST FL CHARLOTTE NC 28262-8522 |
| WELLS FARGO CAPITAL FINANCE INC | 1800 CENTURY PARK E STE 1100 CENTURY CITY CA 90067-1519 |
| WELLS FARGO CLEARSVCS (0141) | ATT PROXY DEPT H0006-08N 2801 MARKET ST ST. LOUIS MO 63103 |
| WELLS FARGO SECS, LLC (0250) | ATT SCOTT NELLIS OR PROXY MGR CORP ACTIONS - MAC D109-010 1525 WEST WT HARRIS BLVD, 1B1 CHARLOTTE NC 28262 |
| WILSON-DAVIS & CO., INC (0283) | ATT BILL WALKER OR PROXY MGR 236 SOUTH MAIN ST SALT LAKE CITY UT 84101 |
| YRC WORLDWIDE INC | ATTN STEPHANIE FISHER 10990 ROE AVE OVERLAND PARK KS 66211-1213 |
| YRC WORLDWIDE INC, ATTN STEPHANIE FISHER | 11500 OUTLOOK ST STE 400 OVERLAND PARK KS 66211 |

**Total Creditor count  138**

**EXHIBIT D**

Yellow Corporation
Case No. 23-11069
Core/2002/Top 30 - Email List

| NAME | ATTN | EMAIL |
|------|------|-------|
| ABERNATHY ROEDER BOYD & HULLETT PC | ATTN PAUL M LOPEZ; LARRY R BOYD; EMILY M HAHN | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| ACAR LEASING LTD D/B/A GM FINANCIAL LEASING | ATTN LORENZO NUNEZ | leasesvcbnkrpcy@gmfinancial.com |
| AIS PORTFOLIO SERVICES CORP | ATTN ALLY BANK DEPT | ecfnotices@aisinfo.com |
| AKERMAN LLP | ATTN: MARK S. LICHTENSTEIN | mark.lichtenstein@akerman.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN: PHILIP C. DUBLIN; MEREDITH A. LAHAIE; KEVIN ZUZOLO | pdublin@akingump.com; mlahaie@akingump.com; kzuzolo@akingump.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN MICHAEL S GREGER | mgreger@allenmatkins.com |
| ALTER DOMUS PRODUCTS CORP. | ATTN LEGAL DEPT, E. PAPPAS & C CAPEZUTI | legal_agency@alterdomus.com; emily.ergangpappas@alterdomus.com; cpcagency@alterdomus.com |
| AMAZON | ANDY JASSY, PRESIDENT & CEO | andyj@amazon.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: BENJAMIN MINTZ | benjamin.mintz@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: ROSA EVERGREEN | rosa.evergreen@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: MICHAEL MESSERSMITH | michael.messersmith@apks.com |
| ASHBY & GEDDES PA | ATTN MICHAEL D DEBAECKE | mdebaecke@ashbygeddes.com |
| ASHBY & GEDDES PA | ATTN: GREGORY A. TAYLOR | gtaylor@ashbygeddes.com |
| BAKER & HOSTETLER LLP | ATTN JEFFREY J LYONS; ELIZABETH A GREEN; JORIAN L ROSE; JIMMY D PARRISH | jjlyons@bakerlaw.com; egreen@bakerlaw.com; orlbankruptcy@bakerlaw.com; jrose@bakerlaw.com; jparrish@bakerlaw.com; |
| BALLARD SPAHR LLP | ATTN LESLIE C HEILMAN; LAUREL D ROGLEN; NICHOLAS J BRANNICK; MARGARET A VESPER | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| BEAL BANK USA | | commercialloans@bealbank.com |
| BED BATH & BEYOND | | david.kastin@bedbath.com |
| BELK EXPRESS | ANTHONY BELK, PRINCIPAL | aggoalie@yahoo.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN: JENNIFER R. HOOVER; KEVIN M. CAPUZZI; JOHN C. GENTILE | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com |
| BIELLI & KLAUDER LLC | ATTN DAVID M KLAUDER; MELISSA M HARTLIPP | dklauder@bk-legal.com; mhartlipp@bk-legal.com |
| BIFFERATO FIRM PA | ATTN IAN CONNOR BIFFERATO | cbifferato@tbf.legal |
| BLANK ROME LLP | ATTN: REGINA STANGO KELBON; LAWRENCE R. THOMAS III; JOHN E. LUCIAN | regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com; john.lucian@blankrome.com |
| BNSF RAILWAY COMPANY | KATIE FARMER, PRESIDENT & CEO; JILL RUGEMA | katie.farmer@bnsf.com; jill.rugema@bnsf.com |
| BROUSE McDOWELL, LPA | ATTN JULIE K ZURN; MARC B MERKLIN | jzurn@brouse.com; mmerklin@brouse.com |
| BROWN McGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN LAURENCE M FAZEN; JARRET HITCHINGS | larry.frazen@bclplaw.com; jarret.hitchings@bclplaw.com |
| BUCHANAN INGERSOLL & ROONEY | ATTN GEOFFREY G GRIVNER; KODY M SPARKS; TIMOTHY P PALMER | geoffrey.grivner@bipc.com; kody.sparks@bipc.com; timothy.palmer@bipc.com |
| CENTRAL PENNSYLVANIA TEAMSTERS | WILLIAM M. SHAPPELL, PRES & CHAIRMAN | pensionfund@centralpateamsters.com |
| CENTRAL STATES FUNDS | ATTN BRAD R BERLINER; ANDREW J HERINK; DANIEL SULLIVAN | bberliner@centralstatesfunds.org; aherink@centralstatesfunds.org; dsulliva@centralstatesfunds.org |
| CENTRAL STATES H&W FUND | THOMAS NYHAN, EXECUTIVE DIRECTOR | thomas.nyhan@myteamcare.org |
| CENTRAL STATES PENSION | THOMAS NYHAN, EXECUTIVE DIRECTOR | thomas.nyhan@myteamcare.org; bberline@centralstatesfunds.org |
| CHAFFETZ LINDSEY LLP | ATTN ALAN J LIPKIN; ALEX LUPSAIU | alan.lipkin@chaffetzlindsey.com; alex.lupsaiu@chaffetzlindsey.com |
| CHARLES E DORR PC | ATTN CHARLES E DORR | ced@cedpc.com |
| CHIPMAN BROWN CICERO & COLE LLP | ATTN WILLIAM E CHIPMAN, JR; MARK D OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CHOATE HALL & STEWART LLP | ATTN KEVIN J SIMARD, JONATHAN D MARSHALL, SETH D MENNILLO, M HAMPTON FOUSHEE | jmarshall@choate.com; smennillo@choate.com; hfoushee@choate.com; ksimard@choate.com |
| CLARK HILL PLC | ATTN KAREN M GRIVNER | kgrivner@clarkhill.com |

Yellow Corporation
Case No. 23-11069
Core/2002/Top 30 - Email List

| NAME | ATTN | EMAIL |
|---|---|---|
| COHEN LEDER MONTALBANO & CONNAUGHTON | ATTN PAUL A MONTALBANO; BRADY M CONNAUGHTON | paul.montalbano@clmc-law.com; brady.connaughton@clmc-law.com |
| COHNE KINGHORN PC | ATTN GEORGE HOFMANN | ghofmann@ck.law |
| COOKSEY TOOLEN GAGE DUFFY & WOOG | ATTN KIM GAGE; RANDALL P MROCZYNSKI | kgage@cookseylaw.com; rmroczynski@cookseylaw.com |
| COTY | SUE NABI, CHIEF EXECUTIVE OFFICER | sue_nabi@cotyinc.com |
| COUSINS LAW LLC | ATTN SCOTT D COUSINS | scott.cousins@cousins-law.com |
| DAIMLER TRUCKS NA | JOHN OLEARY, PRESIDENT & CEO | john.oleary@daimler.com; kirstin.abel@daimlertruck.com |
| DILWORTH PAXSON LLP | ATTN MARTIN J WEIS | mweis@dilworthlaw.com |
| DIRECT CHASSISLINK, INC. | BILL SHEA, CHIEF EXECUTIVE OFFICER | bill.shea@dcli.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN: BRIAN L. SCHWALB | oag@dc.gov |
| DUANE MORRIS LLP | ATTN SOMMER L ROSS | slross@duanemorris.com |
| EXL SERVICE HOLDINGS INC | ROHIT KAPOOR, VICE CHAIRMAN AND CEO | rohit.kapoor@exlservice.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | ATTN BRETT D FALLON; JOSEPH N ARGENTINA, JR | brett.fallon@faegredrinker.com; joseph.argentina@faegredrinker.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN MICHAEL BUSENKELL | mbusenkell@gsbblaw.com |
| GENERAL TEAMSTERS LOCAL 439 | ATTN CATHERINE E HOLZHAUSER | cholzhauser@beesontaxer.com |
| GOODYEAR TIRE & RUBBER COMPANY | CHRISTINA ZAMARRO, EVP AND CFO | christina_zamarro@goodyear.com |
| GRAY ROBINSON PA | ATTN JEFFREY SCHLERF | jeffrey.schlerf@gray-robinson.com |
| GREENBERG TRAURIG LLP | ATTN ANTHONY W CLARK; DENNIS A MELORO | anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com |
| GRIMES & LINEBARGER LLP | ATTN JOHN KENDRICK TURNER | dallas.bankruptcy@lgbs.com |
| HOGAN LOVELLS | ATTN: RONALD SILVERMAN; ROBERT A RIPIN; RONALD J SILVERMAN; CHRISTOPHER R BRYANT | ronald.silverman@hoganlovells.com; robert.ripin@hoganlovells.com; ronald.silverman@hoganlovells.com; chris.bryant@hoganlovells.com |
| HOLLAND & KNIGHT LLP | ATTN: JOSHUA M. SPENCER | joshua.spencer@hklaw.com; alterdomus@hklaw.com |
| HOME DEPOT | PAUL J KAPLAN | paul_j_kaplan@homedepot.com |
| IAM NATIONAL 401K PLAN | ROBERT MARTINEZ, JR., PRESIDENT | bobby.martinez@iamaw.ca |
| IBT LOCAL 710 | SEAN OBRIEN, GENERAL PRESIDENT | sobrien@teamster.com |
| INTERNAL REVENUE SERVICE | | millie.h.agent@irs.gov |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ATTN FRED ZUCKERMAN | fzuckerman@teamster.org |
| JACK SHRUM PA | ATTN J JACKSON SHRUM | jshrum@jshrumlaw.com |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS PC | ATTN RAYMOND M PATELLA | rpatella@lawjw.com |
| KEURIG DR. PEPPER | ANTHONY SHOEMAKER, CLO & GEN COUNSEL; RICHARD W WARD | anthony.shoemaker@kdrp.com; rwward@airmail.net |
| KING & SPALDING LLP | ATTN THADDEUS D WILSON; MICHAEL FISHEL | thadwilson@kslaw.com; mfishel@kslaw.com |
| KOHNER MANN & KAILAS SC | ATTN SAMUEL C WISOTZKEY | swisotzkey@kmksc.com |
| KYE LAW GROUP, P.C. | ATTN: MATTHEW F. KYE | mkye@kyelaw.com |
| LAW OFFICES OF JAMES TOBIA LLC | ATTN JAMES TOBIA | jtobia@tobialaw.com |
| LAW OFFICES OF SUSAN E KAUFMAN LLC | ATTN SUSAN E KAUFMAN | skaufman@skaufmanlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | sanantonio.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com; austin.bankruptcy@lgbs.com; dallas.bankruptcy@lgbs.com |
| LIPSON NEILSON PC | ATTN MICHAEL D LIEBERMAN | mlieberman@lipsonneilson.com |
| LOCAL 707 | KEVIN MCCAFFREY, PRESIDENT | kmccaffrey@ibt707.com |
| LOIZIDES PA | ATTN CHRISTOPHER D LOIZIDES | loizides@loizides.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | ATTN PETER MUTHIG | muthigk@mcao.maricopa.gov |
| MCCARTER & ENGLISH LLP | ATTN KATE ROGGIO BUCK; JOSEPH LUBERTAZZI, JR; SHEILA E CALELLO | kbuck@mccarter.com; jlubertazzi@mccarter.com; scalello@mccarter.com |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN JULIE ANNE PARSONS | jparsons@mvbalaw.com |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN DAVID P PRIMACK | dprimack@mdmc-law.com |
| MICHELIN NORTH AMERICA INC | ATTN ROLAND KNIGHT | roland.knight@michelin.com, brian.gutbrod@michelin.com |
| MICHIGAN CONFERENCE OF TEAMSTERS | KYLE STALLMAN, EXECUTIVE DIRECTOR | kstallman@mctwf.org |
| MILBANK LLP | ATTN: DENNIS F. DUNNE & MATTHEW L. BROD | ddunne@milbank.com; mbrod@milbank.com |
| MORRIS NICHOLS ARSHT & TUNNEL LLP | ATTN CURTIS S MILLER; MATTHEW B HARVEY; JONATHAN M WEYAND | cmiller@morrisnichols.com; mharvey@morrisnichols.com; jweyand@morrisnichols.com |

Yellow Corporation
Case No. 23-11069
Core/2002/Top 30 - Email List

| NAME | ATTN | EMAIL |
|------|------|-------|
| MUNSCH HARDT KOPF & HARR PC | ATTN DEBORAH M PERRY | dperry@munsch.com |
| MYERS & MYERS PLLC | ATTN REBECCA JS CASSELL | rcassell@myers2law.com |
| NEW YORK STATE TEAMSTERS PENSION & HEALTH FUNDS | ATTN KENNNETH R STILWELL | krgstil@nytfund.org |
| NORTH AMERICAN TRANSACTION SERVICES | BARBARA CARLSON, AUTHORIZED REP. | vfs.psf.support.na@volvo.com |
| NORTON ROSE FULBRIGHT US LLP | ATTN: REBECCA J. WINTHROP | rebecca.winthrop@nortonrosefulbright.com |
| OFFICE OF THE UNITED STATES ATTORNEY | | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFICE OF THE US TRUSTEE | | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.gov |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN PETER J KEANE | pkeane@pszjlaw.com |
| PARAVATI KARL GREEN & DEBELLA LLP | ATTN VINCENT M DEBELLA | vdebella@pkgdlaw.com |
| PENSION BENEFIT GUARANTY CORPORATION | PATRICIA KELLY, CHIEF FINANCIAL OFFICER; REBECCA STARK; ANDREW PHILIP WALKER | stark.rebecca@pbgc.gov; efile@pbgc.gov; serspinski.sven@pbgc.gov; hristova.donika@pbgc.gov |
| PENSKE TRUCK LEASING | BRIAN HARD, PRESIDENT & CEO | b.hard@gopenske.com |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN LAURA J MONROE | lmbkr@pbfcm.com |
| PILOT TRAVEL CENTERS LLC | ADAM WRIGHT, CHIEF EXECUTIVE OFFICER | awright@pilotflyingj.com |
| POLSINELLI PC | ATTN BRENNA A DOLPHIN | bdolphin@polsinelli.com |
| POTTER ANDERSON & CORROON LLP | ATTN L KATHERINE GOOD; MARIA KOTSIRAS | kgood@potteranderson.com; mkotsiras@potteranderson.com |
| PREVIANT LAW FIRM SC, THE | ATTN FREDERICK PERILLO; JILL M HARTLEY; EMMA M WOODS | fp@previant.com; jh@previant.com; emw@previant.com |
| PULLMAN & COMLEY LLC | ATTN KRISTIN B MAYHEW | kmayhew@pullman.com |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN SUSHEEL KIRPALANI; ERIC WINSTON; JORDYN PAPERNY | susheelkirpalani@quinnemanuel.com; ericwinston@quinnemanuel.com; jordynpaperny@quinnemanuel.com |
| RFT LOGISTICS LLC | CHRISTOPHER MEJIA, CEO | truckload@rftlogistics.com, chris.mejia@rftlogistics.com |
| RAISNER ROUPINIAN LLP | ATTN JACK A RAISNER; RENE S ROUPINIAN; ARMANDO RIVERA | jar@raisnerroupinian.com; rsr@raisnerroupinian.com; rsr@raisnerroupinian.com |
| REED SMITH LLP | ATTN KURT F GWYNNE; MARK W ECKARD | kgwynne@reedsmith.com; meckard@reedsmith.com |
| RICHARDS LAYTON & FINGER PA | ATTN MARK D COLLINS, JOHN H KNIGHT, DAVID T QUEROLI, ALEXANDER R STEIGER | collins@rlf.com; knight@rlf.com; queroli@rlf.com; steiger@rlf.com |
| ROCK ISLAND COUNTY TREASURER | ATTN AUSTIN CARLSON | carlsona@rockislandcountyil.gov |
| ROPES & GREY | ATTN NATASHA HWANGO; LUKE SMITH | natasha.hwangpo@ropesgray.com; luke.smith@ropesgray.com |
| ROSNER LAW GROUP LLC | ATTN FREDERICK B ROSNER | rosner@teamrosner.com |
| S&D LAW | ATTN MICHAEL L SCHLEPP, ESQ | mschlepp@s-d.com |
| SALDUTTI LAW GROUP | ATTN ROBERT L SALDUTTI; REBECCA K MCDOWELL | rsaldutti@slgcollect.com; rmcdowell@slgcollect.com |
| SAUDER SCHELKOPF LLC | ATTN JOSEPH G SAUDER; JOSEPH B KENNEY | jgs@sstriallawyers.com; jbk@sstriallawyers.com |
| SECURITIES & EXCHANGE COMMISSION | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | nyrobankruptcy@sec.gov |
| SEYFARTH SHAW LLP | ATTN JAMES B SOWKA | jsowka@seyfarth.com |
| SORENSON VAN LEUVEN PLLC | ATTN JAMES E SORENSON | bk@svllaw.com |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: TREG TAYLOR | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: KRIS MAYES | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: TIM GRIFFIN | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: ANN E LOPEZ | hawaiiag@hawaii.gov |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BRENNA BIRD | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: AARON FREY | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: ATHONY G. BROWN | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: ANDREA JOY CAMPBELL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL | miag@michigan.gov |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON | attorney.general@state.mn.us |
| STEVENS & LEE PC | ATTN JOSEPH H HUSTON, JR; JOHN C KILGANNON | joseph.huston@stevenslee.com; john.kilgannon@stevenslee.com |

Yellow Corporation
Case No. 23-11069
Core/2002/Top 30 - Email List

| NAME | ATTN | EMAIL |
|---|---|---|
| STRADLEY RONON STEVENS & YOUNG LLP | ATTN JULIE M MURPHY | jmmurphy@stradley.com |
| STREUSAND LANDON OZBURN & LEMMON LLP | ATTN SABRINA L STREUSAND | streusand@slollp.com |
| SULLIVAN HAZELTINE ALLINSON | ATTN WILLIAM D SULLIVAN; WILLIAM A HAZELTINE | bsullivan@sha-llc.com; whazeltine@sha-llc.com |
| THE BANK OF NEW YORK MELLON | ATTN: JOANNA SHAPIRO, MANAGING DIRECTOR | joanna.g.shapiro@bnymellon.com; ust.cares.program@bnymellon.com |
| TEAMSTERS NATIONAL 401K SAVINGS PLAN | SEAN OBRIEN, GENERAL PRESIDENT | sobrien@teamster.org |
| TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN: JONATHAN SKRMETTI | agbankdelaware@ag.tn.gov |
| TEXAS ATTORNEY GENERAL | ATTN SEAN T FLYNN; LAYLA D MILLIGAN | sean.flynn@oag.texas.gov; layla.milligan@oag.texas.gov |
| TEXAS COMPTROLLER | ATTN KIMBERLY A WALSH, ASST ATTORNEY GENERAL | kimberly.walsh@oag.texas.gov |
| TRAVIS COUNTY | ATTN JASON A STARKS | jason.starks@traviscountytx.gov |
| U.S. DEPARTMENT OF JUSTICE | | millie.h.agent@irs.gov; i-heng.hsu@usdoj.gov |
| UNION PACIFIC RAILROAD | JENNIFER HAMANN, EXECUTIVE VP & CFO | jhamann@up.com |
| UNION PACIFIC RAILROAD | ATTN: CHRISTINE A. NEUHARTH; LILA L. HOWE | bankruptcynotices@up.com |
| WELTMAN WEINBERG & REIS CO LPA | ATTN SCOTT D FINK | sfink@weltman.com; bronationalecf@weltman.com |
| WESTERN TEAMSTERS WELFARE FUND | CHUCK MACK, UNION CHAIRMAN & FUND TTEE | chuckmack620@gmail.com |
| WHITE & CASE LLP | ATTN SCOTT GREISSMAN; ANDREW ZATZ; ELIZABETH FELD; JZAKIA@WHITECASE.COM | sgreissman@whitecase.com; azatz@whitecase.com; efeld@whitecase.com; jzakia@whitecase.com |
| WHITE & WILLIAMS LLP | ATTN AMY E VULPIO; MICHAEL A INGRASSIA | vulpioa@whiteandwilliams.com; ingrassiam@whiteandwilliams.com |
| WHITEFORD TAYLOR & PRESTON LLP | ATTN MICHAEL J JOESCHENTHALER; DANIEL R SCHIMIZZI; DAVID W GAFFEY; DAVID B STRATTON; RICHARD W RILEY | mroeschenthaler@whitefordlaw.com; dschimizzi@whitefordlaw.com; dgaffey@whitefordlaw.com; dstratton@whitefordlaw.com; rriley@whitefordlaw.com |
| WILSON SONSINI GOODRICH & ROSATI PC | ATTN ERIN R FAY; CATHERINE C LYONS | efay@wsgr.com; clyons@wsgr.com |
| WOMBLE BOND DICKINSON LLP | ATTN JAMES S LIVERMON, III; KEVIN J MANGAN | charlie.livermon@wbd-us.com; kevin.mangan@wbd-us.com |

**EXHIBIT E**

YELLOW CORPORATION, *et al.* - Case No. 23-11069 (CTG)

Additional Email Parties

| NAME | ATTN | EMAIL |
|------|------|-------|
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN IVAN M GOLD | igold@allenmatkins.com |
| DUANE MORRIS LLP | ATTN LAWRENCE KOTLER; WENDY SIMKULAK; ELISA HYDER | ljkotler@duanemorris.com; wmsimkulak@duanemorris.com; ehyder@duanemorris.com |
| GELLERT SCALI BUSENKELL & BROWN, LLC | ATTN CHARLES J BROWN III | cbrown@gsbblaw.com |
| LAW FIRM OF RUSSELL R JOHNSON III, PLC | ATTN RUSSELL R JOHNSON III; JOHN M CRAIG | russell@russelljohnsonlawfirm.com; john@russelljohnsonlawfirm.com |
| LEON COSGROVE JIMENEZ, LLP | ATTN ANDREW D ZARON | azaron@leoncosgrove.com |
| MCCARTER & ENGLISH, LLP | ATTN WILLIAM F TAYLOR, JR | wtaylor@mccarter.com |
| PASHMAN STEIN WALDER HAYDEN, P.C. | ATTN JOSEPH C BARSALONA II | jbarsalona@pashmanstein.com |
| SAUDER SCHELKOPF LLC | ATTN JOSEPH G SAUDER; JOSEPH B KENNEY | jgs@sstriallawyers.com; jbk@sstriallawyers.com |
| SUSSMAN SHANK LLP | ATTN GARRETT S EGGEN | geggen@sussmanshank.com |
| THE BIFFERATO FIRM PA | ATTN IAN CONNOR BIFFERATO | cbifferato@tbf.legal |
| HILLER LAW, LLC | ATTN ADAM HILLER | ahiller@adamhillerlaw.com |
| BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C. | ATTN WALTER R KIRKMAN | wkirkman@bakerdonelson.com |