**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>Objection Deadline: October 2, 2023 at 4:00 p.m. (ET)<br>Hearing Date: October 23, 2023 at 10:00 a.m. (ET) |

**AFFIDAVIT OF SERVICE**

I, Norris Hicks, being duly sworn, depose and say:

1. I am employed by DLS Discovery, LLC, noticing agent for a party in the above-captioned case. I am over 18 years of age and not a party to this proceeding.

2. On September 28th 2023, I caused a true and correct copy of the following document(s) to be served upon the parties on the attached service list via First Class Mail and, where an email address was available, via email.

**SUPPLEMENTAL DECLARATION OF PHILIP C. DUBLIN IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW CORPORATION, *ET AL.* TO RETAIN AND EMPLOY AKIN GUMP STRAUSS HAUER & FELD LLP AS LEAD CO-COUNSEL, *NUNC PRO TUNC* TO AUGUST 18, 2023 [D.I. 690]**

**SUPPLEMENTAL DECLARATION OF LAURA MARCERO IN SUPPORT OF THE APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW CORPORATION, *ET AL.* TO RETAIN AND EMPLOY HURON CONSULTING SERVICES LLC AS FINANCIAL ADVISOR, *NUNC PRO TUNC* TO AUGUST 21, 2023 [D.I. 691]**

Norris Hicks _____

SWORN TO AND SUBSCRIBED before me this 3rd day of October 2023

NOTARY PUBLIC _____

Master Service List (as of 09/17/2023 06:00:32)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 | CITY | STATE | ZIP | EMAIL | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| ABERNATHY ROEDER BOYD & HULLETT PC | (COUNSEL TO CITY OF SHERMAN) | ATTN PAUL M LOPEZ; LARRY R BOYD; EMILY M HAHN | 1700 REDBUD BLVD, STE 300 | | | MCKINNEY | TX | 75069 | PLOPEZ@ABERNATHY-LAW.COM; BANKRUPTCY@ABERNATHY-LAW.COM; EHAHN@ABERNATHY-LAW.COM | 214-544-4040 |
| ACAR LEASING LTD D/B/A GM FINACIAL LEASING | ATTN LORENZO NUNEZ | PO BOX 183853 | | | | ARLINGTON | TX | 76096 | LEASESVCBNKRPCY@GMFINANCIAL.COM | |
| AIS PORTFOLIO SERVICES LLC | ATTN ALLY BANK DEPARTMENT | ACCOUNT XXXXXXXXX0604 | 4515 N SANTA FE AVE, DEPT APS | | | OKLAHOMA CITY | OK | 73118 | ECFNOTICES@AISINFO.COM | 817-461-8070 |
| AKERMAN LLP | (COUNSEL TO CITY WIDE FRANCHISE COMPANY, INC) | ATTN: MARK S. LICHTENSTEIN | 1251 AVENUE OF THE AMERICAS, 37TH FL | | | NEW YORK | NY | 10020 | mark.lichtenstein@akerman.com | |
| AKIN GUMP STRAUS HAUER & FELD LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | ATTN P DUBLIN; M LAHAIE; K ZUZOLO | ONE BRYANT PARK | | | NEW YORK | NY | 10036 | pdublin@akingump.com; mlahaie@akingump.com; kzuzolo@akingump.com | 212-872-1002 |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS | (COUNSEL TO ORANGE BATAVIA I LLC) | ATTN MICHAEL S GREGER | 2010 MAIN ST, FL 8 | | | IRVINE | CA | 92614-7214 | MGREGER@ALLENMATKINS.COM | 949-553-8354 |
| ALTER DOMUS PRODUCTS CORP. | ADMIN & COLL. AGTS UNDER B-2 TERM LOAN | ATTN: LEGAL DEPT, E. PAPPAS & C CAPEZUTI | 225 W. WASHINGTON STREET, 9TH FLOOR | | | CHICAGO | IL | 60606 | LEGAL_AGENCY@ALTERDOMUS.COM, EMILY.ERGANGPAPPAS@ALTERDOMUS.COM AND CPCAGENCY@ALTERDOMUS.COM | 312-376-0751 |
| ALTER DOMUS PRODUCTS CORP. | ATTN: LEGAL DEPT - AGENCY, DIP AGENT | EMILY ERGANG PAPPAS AND CHRIS CAPEZUTI | 225 W. WASHINGTON STREET, 9TH FLOOR | | | CHICAGO | IL | 60606 | LEGAL_AGENCY@ALTERDOMUS.COM, EMILY.ERGANGPAPPAS@ALTERDOMUS.COM AND CPCAGENCY@ALTERDOMUS.COM | 312-376-0751 |
| AMAZON | ANDY JASSY, PRESIDENT & CEO | 410 TERRY AVE N | | | | SEATTLE | WA | 98109 | ANDYJ@AMAZON.COM | |
| ARNOLD & PORTER KAYE SCHOLER LLP | COUNSEL TO US DEPT OF THE TREASURY | ATTN: BENJAMIN MINTZ | 250 WEST 55TH STREET | | | NEW YORK | NY | 10019 | BENJAMIN.MINTZ@ARNOLDPORTER.COM | 212.836.8689 |
| ARNOLD & PORTER KAYE SCHOLER LLP | COUNSEL TO US DEPT OF THE TREASURY | ATTN: ROSA EVERGREEN | 601 MASSACHUSETTS AVE., N.W. | | | WASHINGTON | DC | 20001 | ROSA.EVERGREEN@ARNOLDPORTER.COM | 202-942-5999 |
| ARNOLD & PORTER KAYE SCHOLER LLP | COUNSEL TO US DEPT OF THE TREASURY | ATTN: MICHAEL MESSERSMITH | 70 WEST MADISON STREET, SUITE 4200 | | | CHICAGO | IL | 60602 | MICHAEL.MESSERSMITH@APKS.COM | 312.583.2360 |
| ASHBY & GEDDES PA | (COUNSEL TO PACCAR FINANCIAL CORP & UNION PACIFIC RAILROAD CO) | ATTN MICHAEL D DEBAECKE; GREGORY A TAYLOR | 500 DELAWARE AVE, 8TH FL | | | WILMINGTON | DE | 19801 | MDebaecke@ashbygeddes.com; gtaylor@ashbygeddes.com | |
| BAKER & HOSTETLER LLP | (COUNSEL TO OLD DOMINION FREIGHT LINE) | ATTN JEFFREY J LYONS | 1201 N MARKET ST, STE 1407 | | | WILMINGTON | DE | 19801 | JJLYONS@BAKERLAW.COM | |
| BAKER & HOSTETLER LLP | (COUNSEL TO OLD DOMINION FREIGHT LINE) | ATTN JORIAN L ROSE | 45 ROCKEFELLER PLAZA | | | NEW YORK | NY | 10111 | JROSE@BAKERLAW.COM | |
| BAKER & HOSTETLER LLP | (COUNSEL TO OLD DOMINION FREIGHT) | ATTN ELIZABETH A GREEN; JIMMY D PARRISH | 200 S ORANGE AVE, STE 2300 | | | ORLANDO | FL | 32801 | EGREEN@BAKERLAW.COM; ORLBANKRUPTCY@BAKERLAW.COM; JPARRISH@BAKERLAW.COM | |
| BALLARD SPAHR LLP | (COUNSEL TO ORANGE BATAVIA I LLC) | ATTN L HEILMAN; L ROGLEN; N BRANNICK; M VESPER | 919 N MARKET ST, FL 11 | | | WILMINGTON | DE | 19801-3034 | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; BRANNICKN@BALLARDSPAHR.COM; VESPERM@BALLARDSPAHR.COM | 302-252-4466 |
| BEAL BANK USA | C/O CLMG CORP | 6000 LEGACY DRIVE | | | | PLANO | TX | 75024 | COMMERCIALLOANS@BEALBANK.COM | (469) 241-9564 |
| BED BATH & BEYOND | ATTN: DAVID KASTIN, EVP, CLO & CORP SECY | 650 LIBERTY AVE | | | | UNION | NJ | 07083 | DAVID.KASTIN@BEDBATH.COM | |
| BEESON TAYER & BODINE APC | (COUNSEL TO GENERAL TEAMSTERS LOCAL 439) | ATTN CATHERINE E HOLZHAUSER | 520 CAPITOL MALL, STE 300 | | | SACRAMENTO | CA | 95814-4714 | CHOLZHAUSER@BEESONTAYER.COM | |
| BELK EXPRESS | ANTHONY BELK, PRINCIPAL | 7814 SCRAPESHIN TRAIL | | | | CHATTANOOGA | TN | 37421 | AGGOALIE@YAHOO.COM | (423) 521-3757 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | (COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED CREDITORS) | ATTN: L. HOOVER, K. CAPUZZI, J. GENTILE | 1313 NORTH MARKET STREET, SUITE 1201 | | | WILMINGTON | DE | 19801 | lhoover@beneschlaw.com; kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com | 302-442-7012 |
| BIELLI & KLAUDER LLC | (COUNSEL TO OLD REPUBLIC INSURANCE CO; CUSTOMERS COMMERCIAL FINANCE LLC) | ATTN DAVID M KLAUDER; MELISSA M HARTLIPP | 1204 N KING ST | | | WILMINGTON | DE | 19801 | DKLAUDER@BK-LEGAL.COM; MHARTLIPP@BK-LEGAL.COM | |
| BIFFERATO FIRM PA, THE | (COUNSEL TO ROGER KEEF, AS REPRESENTATIVE) | ATTN IAN CONNOR BIFFERATO | 1007 N ORANGE ST, 4TH FL | | | WILMINGTON | DE | 19801 | CBIFFERATO@TBF.LEGAL | 302-298-0688 |
| BLANK ROME LLP | (COUNSEL TO PNC BANK, NATIONAL ASSOCIATION) | ATTN: REGINA STANGO KELBON, LAWRENCE R THOMAS III | 1201 N MARKET STREET, SUITE 800 | | | WILMINGTON | DE | 19801 | regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com | 302-425-6464 |
| BLANK ROME LLP | (COUNSEL TO PNC BANK, NATIONAL ASSOCIATION) | ATTN: JOHN E. LUCIAN | ONE LOGAN SQUARE | 130 NORTH 18TH STREET | | PHILADELPHIA | PA | 19103 | john.lucian@blankrome.com | 215-569-5555 |
| BNSF RAILWAY | ATTN JILL RUGEMA | 2500 LOU MENK DR | | | | FORT WORTH | TX | 76131 | JILL.RUGEMA@BNSF.COM | |
| BNSF RAILWAY COMPANY | KATIE FARMER, PRESIDENT & CEO | 2650 LOU MENK DR | | | | FORT WORTH | TX | 76131 | KATIE.FARMER@BNSF.COM | |
| BROUSE MCDOWELL, LPA | (COUNSEL TO THE GOODYEAR TIRE & RUBBER COMPANY) | ATTN JULIE K ZURN; MARC B MERKLIN | 388 S MAIN ST, STE 500 | | | AKRON | OH | 44311 | jzurn@brouse.com; mmerklin@brouse.com | 330-253-8601 |
| BROWN MCGARRY NIMEROFF LLC | (COUNSEL TO CITY WIDE FRANCHISE COMPANY, INC.) | ATTN: JAMI B. NIMEROFF | 919 N. MARKET STREET, SUITE 420 | | | WILMINGTON | DE | 19801 | jnimeroff@bmnlawyers.com | 302-351-2744 |
| BRYAN CAVE LEIGHTON PAISNER LLP | (COUNSEL TO SAIA INC; SAIA MOTOR FREIGHT) | ATTN LAURENCE M FRAZEN; JARRET HITCHINGS | ONE KANSAS CITY PLACE | 1200 MAIN ST, STE 3800 | | KANSAS CITY | MO | 64105-2122 | | |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO TSC EQUIPMENT FINANCE) | ATTN GEOFFREY G GRIVNER; KODY M SPARKS | 500 DELAWARE AVE, STE 720 | | | WILMINGTON | DE | 19801 | GEOFFREY.GRIVNER@BIPC.COM; KODY.SPARKS@BIPC.COM | 302-552-4295 |
| BUCHANAN INGERSOLL & ROONEY PC | (COUNSEL TO TSC EQUIPMENT FINANCE) | ATTN TIMOTHY P PALMER | UNION TRUST BLDG | 501 GRANT ST, STE 200 | | PITTSBURGH | PA | 15219-4413 | TIMOTHY.PALMER@BIPC.COM | 412-562-1041 |
| BYRAN CAVE LEIGHTON PAISNER LLP | (COUNSEL TO SAIA INC; SAIA MOTOR FREIGHT) | ATTN LAURENCE M FRANZEN; JARRET HITCHINGS | ONE KANSAS CITY PLACE | 1200 MAIN ST, STE 3800 | | KANSAS CITY | MO | 64105-2122 | LARRY.FRAZEN@BCLPLAW.COM; JARRET.HITCHINGS@BCLPLAW.COM | |
| CENTRAL PENNSYLVANIA TEAMSTERS | WILLIAM M. SHAPPELL, PRES & CHAIRMAN | 1055 SPRING STREET | | | | WYOMISSING | PA | 19610 | PENSIONFUND@CENTRALPATEAMSTERS.COM | |
| CENTRAL STATES FUNDS | ATTN BRAD R BERLINER; ANDREW J HERINK | DANIEL SULLIVAN | 8647 W HIGGINS RD, 8TH FL | | | CHICAGO | IL | 60631 | BBERLINER@CENTRALSTATESFUNDS.ORG; AHERINK@CENTRALSTATESFUNDS.ORG; DSULLIVAN@CENTRALSTATESFUNDS.ORG | |
| CENTRAL STATES H&W FUND | THOMAS NYHAN, EXECUTIVE DIRECTOR | 8647 WEST HIGGINS RD. | | | | ROSEMONT | IL | 60631 | THOMAS.NYHAN@MYTEAMCARE.ORG | |
| CENTRAL STATES PENSION | THOMAS NYHAN, EXECUTIVE DIRECTOR | 8647 WEST HIGGINS RD. | | | | ROSEMONT | IL | 60631 | THOMAS.NYHAN@MYTEAMCARE.ORG | |
| CHAFFETZ LINDSEY LLP | (COUNSEL TO USF HOLLAND LLC; USHOLL LLC) | ATTN ALAN J LIPKIN; ALEX LUPSAIU | 1700 BROADWAY, 33RD FL | | | NEW YORK | NY | 10019 | ALAN.LIPKIN@CHAFFETZLINDSEY.COM; ALEX.LUPSAIU@CHAFFETZLINDSEY.COM | 212-257-6950 |
| CHARLES E DORR PC | (COUNSEL TO CREDITOR) | ATTN CHARLES E DORR | 201 W JEFFERSON ST | | | MADISON | GA | 30650 | ALAN.LIPKIN@CHAFFETZLINDSEY.COM | |
| CHIPMAN BROWN CICERO & COLE LLP | (COUNSEL TO SAIA INC; SAIA MOTOR FREIGHT) | ATTN WILLIAM E CHIPMAN, JR; MARK D OLIVERE | HERCULES PLAZA | 1313 N MARKET ST, STE 5400 | | WILMINGTON | DE | 19801 | CHIPMAN@CHIPMANBROWN.COM; OLIVERE@CHIPMANBROWN.COM | |
| CHOATE HALL & STEWART LLP | (COUNSEL TO CITIZENS BUSINESS CAPITAL) | ATTN KEVIN J SIMARD; JONATHAN D MARSHALL; SETH D MENNILLO; M HAMPTON FOUSHEE | TWO INTERNATIONAL PLACE | | | BOSTON | MA | 02110 | ksimard@choate.com; jmarshall@choate.com; smennillo@choate.com; hfoushee@choate.com | 617-248-4000 |
| CLARK HILL PLC | (COUNSEL TO MID-AMERICA CONSTRUCTORS) | ATTN KAREN M GRIVNER | 824 N MARKET ST, STE 710 | | | WILMINGTON | DE | 19801 | KGRIVNER@CLARKHILL.COM | 302-421-9439 |
| COHEN LEDER MONTALBANO & CONNAUGHTON | (COUNSEL TO TRUCKING EMPLOYEES OF NORTH JERSEY WELFARE & PENSION FUND, ET AL) | ATTN PAUL MONTALBANO; BRADY CONNAUGHTON | 669 RIVER DR, STE 125 | | | ELMWOOD PARK | NJ | 07407 | PAUL.MONTALBANO@CLMC-LAW.COM; BRADY.CONNAUGHTON@CLMC-LAW.COM | |
| COHNE KINGHORN PC | (COUNSEL TO FREIGHT LINE PROPERTIES LLC) | ATTN GEORGE HOFFMAN | 111 E BROADWAY, 11TH FL | | | SALT LAKE CITY | UT | 84111 | GHOFMANN@CK.LAW | 801-363-4378 |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | ATTN: DOMINGO EMANUELLI HERNANDEZ | PO BOX 9020192 | | | | SAN JUAN | PR | 00902-0192 | | |
| COOKSEY TOOLEN GAGE DUFFY & WOOG | (COUNSEL TO MERCEDES-BENZ VEHICLE TRUST) | ATTN KIM GAGE; RANDALL MROCZYNSKI | 535 ANTON BLVD, 10TH FL | | | COSTA MESA | CA | 92626 | KGAGE@COOKSEYLAW.COM; RMROCZYNSKI@COOKSEYLAW.COM | |
| COTY | SUE NABI, CHIEF EXECUTIVE OFFICER | 350 5TH AVE | | | | NEW YORK | NY | 10118 | SUE_NABI@COTYINC.COM | |
| COUSINS LAW LLC | (COUNSEL TO APOLLO CAPITAL MGMT LP) | ATTN SCOTT D COUSINS | 1521 CONCORD PIKE, STE 301 | | | WILMINGTON | DE | 19803 | scott.cousins@cousins-law.com | 302-295-0331 |
| DAIMLER TRUCKS NA | ATTN JOHN OLEARY; KIRSTIN ABEL | 4555 NORTH CHANNEL AVENUE | | | | PORTLAND | OR | 97217 | JOHN.OLEARY@DAIMLER.COM; KIRSTIN.ABEL@DAIIMLERTRUCK.COM | |
| DILWORTH PAXSON LLP | (COUNSEL TO NATIONS FUND I LLC) | ATTN MARTIN J WEIS | 704 N KING ST, STE 500 | PO BOX 1031 | | WILMINGTON | DE | 19899-1031 | MWEIS@DILWORTHLAW.COM | |
| DIRECT CHASSISLINK, INC. | BILL SHEA, CHIEF EXECUTIVE OFFICER | 3525 WHITEHALL PARK DRIVE | SUITE 400 | | | CHARLOTTE | NC | 28273 | BILL.SHEA@DCLI.COM | |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN: BRIAN L. SCHWALB | 400 6TH STREET, NW | | | | WASHINGTON | DC | 20001 | OAG@DC.GOV | 202-347-8922 |
| DUANE MORRIS LLP | (COUNSEL TO RICOH USA; VALLEY NATIONAL) | ATTN SOMMER L ROSS | 1201 N MARKET ST, STE 501 | | | WILMINGTON | DE | 19801 | SLROSS@DUANEMORRIS.COM | 302-657-4901 |
| EXL SERVICE HOLDINGS INC | ROHIT KAPOOR, VICE CHAIRMAN AND CEO | 320 PARK AVE | 29TH FLOOR | | | NEW YORK | NY | 10022 | ROHIT.KAPOOR@EXLSERVICE.COM | |
| FAEGRE DRINKER BIDDLE & REATH LLP | (COUNSEL TO PPF SUDBERRY; PENSKE TRUCK) | ATTN BRETT D FALLON; JOSEPH ARGENTINA, JR | 222 DELAWARE AVE, STE 1410 | | | WILMINGTON | DE | 19801 | BRETT.FALLON@FAEGREDRINKER.COM; JOSEPH.ARGENTINA@FAEGREDRINKER.COM | 302-467-4201 |
| FOX SWIBEL LEVIN & CARROLL LLP | (COUNSEL TO OLD REPUBLIC INSURANCE CO) | ATTN MARGARET M SCHULTZ; RYAN T SCHULTZ; KENNETH M THOMAS | 200 W MADISON ST, STE 3000 | | | CHICAGO | IL | 60606 | KTHOMAS@FOXSWIBEL.COM; PANDERSON@FOXSWIBEL.COM; RSCHULTZ@FOXSWIBEL.COM | |
| GELLERT SCALI BUSENKELL & BROWN LLC | (COUNSEL TO C PA TEAMSTERS PENSION FUND, ET AL) | ATTN MICHAEL BUSENKELL | 1201 N ORANGE ST, STE 300 | | | WILMINGTON | DE | 19801 | MBUSKENKELL@GSBBLAW.COM | 302-425-5812 |
| GOODYEAR TIRE & RUBBER COMPANY | CHRISTINA ZAMARRO, EVP AND CFO | 200 INNOVATION WAY | | | | AKRON | OH | 44316-0001 | CHRISTINA_ZAMARRO@GOODYEAR.COM | |
| GRAY ROBINSON PA | (COUNSEL TO CITADEL ADJUSTS LLC) | ATTN JEFFREY SCHLER | 1007 N ORANGE ST, 4TH FL, #127 | | | WILMINGTON | DE | 19801 | JEFFREY.SCHLER@GRAY-ROBINSON.COM | |
| GREENBERG TRAURIG LLP | (COUNSEL TO MERCEDES-BENZ VEHICLE TRUST) | ATTN ANTHONY W CLARK; DENNIS A MELORO | 222 DELAWARE AVE, STE 1600 | | | WILMINGTON | DE | 19801 | ANTHONY.CLARK@GTLAW.COM; DENNIS.MELORO@GTLAW.COM | |
| GRIMES & LINEBARGER LLP | (COUNSEL TO CITY OF MESQUITE) | ATTN JOHN KENDRICK TURNER | 120 W MAIN, STE 201 | | | MESQUITE | TX | 75149 | DALLAS.BANKRUPTCY@LGBS.COM | 469-221-5003 |
| HOGAN LOVELLS | (COUNSEL TO THE BANK OF NEW YORK MELLON) | ATTN: RONALD J SILVERMAN; ROBERT A RIPIN; CHRISTOPHER R BRYANT | 390 MADISON AVE | | | NEW YORK | NY | 10017 | RONALD.SILVERMAN@HOGANLOVELLS.COM; ROBER.RIPIN@HOGANLOVELLS.COM; CHRIS.BRYANT@HOGANLOVELLS.COM | 212-918-3100 |
| HOLLAND & KNIGHT LLP | COUNSEL TO ALTER DOMUS PRODS, DIP AGENT | ATTN: JOSHUA M. SPENCER | 150 N. RIVERSIDE PLAZA, SUITE 2700 | | | CHICAGO | IL | 60606 | JOSHUA.SPENCER@HKLAW.COM AND ALTERDOMUS@HKLAW.COM | 312-578-6666 |
| HOLLAND & KNIGHT LLP | COUNSEL TO ALTER DOMUS PRODUCTS CORP. | ADMIN AGT B2 TERM LOAN, ATTN: J. SPENCER | 150 N. RIVERSIDE PLAZA, SUITE 2700 | | | CHICAGO | IL | 60606 | JOSHUA.SPENCER@HKLAW.COM AND ALTERDOMUS@HKLAW.COM | 312-578-6666 |
| HOME DEPOT | TED DECKER, CHAIRMAN, PRESIDENT & CEO | 2455 PACES FERRY RD SE | | | | ATLANTA | GA | 30339 | TED_DECKER@HOMEDEPOT.COM | |
| IAM NATIONAL 401K PLAN | ROBERT MARTINEZ, JR., PRESIDENT | 12365 ST. CHARLES ROCK ROAD | | | | BRIDGETON | MO | 63044 | BOBBY.MARTINEZ@IAMAW.CA | (314) 739-2374 |
| IBT LOCAL 710 | SEAN OBRIEN, GENERAL PRESIDENT | C/O INTL BROTHERHOOD OF TEAMSTERS | 25 LOUISIANA AVE, N.W. | | | WASHINGTON | DC | 20001 | SOBRIEN@TEAMSTER.ORG | |
| INTERNAL REVENUE SERVICE | CENTRALIZED INSOLVENCY OPERATION | P.O. BOX 7346 | | | | PHILADELPHIA | PA | 19101-7346 | MILLIE.H.AGENT@IRS.GOV | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ATTN FRED ZUCKERMAN | 25 LOUISIANA AVE, NW | | | | WASHINGTON | DC | 20001 | FZUCKERMAN@TEAMSTER.ORG | |
| JACK SHRUM PA | (COUNSEL TO KANSAS CITY SOUTHERN RAILWAY CO) | ATTN J JACKSON SHRUM | 919 N MARKET ST, STE 1410 | | | WILMINGTON | DE | 19801 | JSHRUM@JSHRUMLAW.COM | |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM SININS PC | (COUNSEL TO AMERIGAS PROPANE LP) | ATTN RAYMOND M PATELLA | 505 MORRIS AVE | | | SPRINGFIELD | NJ | 07081 | RPATELLA@LAW.W.COM | 973-379-7872 |
| KEURIG DR PEPPER | ANTHONY SHOEMAKER, CLO & GEN COUNSEL | 6425 HALL OF FAME LANE | | | | FRISCO | TX | 75034 | ANTHONY.SHOEMAKER@KDRP.COM | |
| KEURIG DR PEPPER | C/O RICHARD W WARD | 6304 TEAL CT | | | | PLANO | TX | 75024 | RWWARD@AIRMAIL.NET | |
| KING & SPALDING LLP | (COUNSEL TO SARATOGA RACK MARKETING LLC) | ATTN THADDEUS D WILSON | 1180 PEACHTREE ST, NE, STE 1600 | | | ATLANTA | GA | 30309 | THADWILSON@KSLAW.COM | |
| KING & SPALDING LLP | (COUNSEL TO SARATOGA RACK MARKETING LLC) | ATTN MICHAEL FISHEL | 1100 LOUISIANA ST, STE 4100 | | | HOUSTON | TX | 77002 | MFISHEL@KSLAW.COM | |
| KOHNER MANN KAILAS SC | (COUNSEL TO SIGNIFY NORTH AMERICAN CORP) | ATTN SAMUEL C WISOTZKEY | 4650 N PORT WASHINGTON RD | | | MILWAUKEE | WI | 53212-1059 | SWISOTZKEY@KMKSC.COM | 414-962-8725 |
| KYE LAW GROUP, P.C. | (COUNSEL TO MITSUBISHI HC CAPITAL AMERICA, INC.) | ATTN: MATTHEW F. KYE | 201 OLD COUNTRY ROAD, SUITE 120 | | | MELVILLE | NY | 11747 | mkye@kyelaw.com | |
| LAW OFFICE OF JAMES TOBIA LLC | (COUNSEL TO PARTY OF INTEREST) | ATTN JAMES TOBIA | 1716 WAWASET ST | | | WILMINGTON | DE | 19806 | JTOBIA@TOBIALAW.COM | 302-656-8053 |
| LAW OFFICES OF SUSAN E KAUFMAN LLC | (COUNSEL TO INTL BROTHERHOOD OF TEAMSTERS, ET AL; INTL ASSOCIATION OF MACHINISTS & AEROSPACE WKRS) | ATTN SUSAN E KAUFMAN | 919 N MARKET ST, STE 460 | | | WILMINGTON | DE | 19801 | SKAUFMAN@SKAUFMANLAW.COM | 302-792-7420 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLC | (COUNSEL TO NUECES, MCLENNAN, HIDALGO COUNTYS) | ATTN DIANE W SANDERS | PO BOX 17428 | | | AUSTIN | TX | 78760-7428 | austin.bankruptcy@lgbs.com | 512-443-5114 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO CITY OF EAGLE PASS & EAGLE PASS ISD) | ATTN DON STECKER | 112 E PECAN ST, STE 2200 | | | SAN ANTONIO | TX | 78205 | SANANTONIO.BANKRUPTCY@LGBS.COM | 210-225-6410 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO CYPRESS-FAIRBANKS; JEFFERSON COUNTY; HARRIS COUNTY; FORT BEND COUNTY) | ATTN TARA L GRUNDEMEIER | PO BOX 3064 | | | HOUSTON | TX | 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM | 713-844-3503 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO DALLAS CITY, TARRANT CTY, IRVING ISD) | ATTN JOHN KENDRICK TURNER | 2777 N STEMMONS FWY, STE 1000 | | | DALLAS | TX | 75207 | DALLAS.BANKRUPTCY@LGBS.COM | 469-221-5003 |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | (COUNSEL TO BEXAR COUNTY & EL PASO) | ATTN DON STECKER | 112 E PECAN ST, STE 2200 | | | SAN ANTONIO | TX | 78205 | SANANTONIO.BANKRUPTCY@LGBS.COM | 210-225-6410 |
| LIPSON NEILSON PC | (COUNSEL TO CREDITOR JAMES CHARLES HOWARD) | ATTN MICHAEL D LIEBERMAN | 3910 TELEGRAPH RD, STE 200 | | | BLOOMFIELD HILLS | MI | 48302 | MLIEBERMAN@LIPSONNEILSON.COM | |
| LOCAL 707 | KEVIN MCCAFFREY, PRESIDENT | 14 FRONT STREET | SUITE 301 | | | HEMPSTEAD | NY | 11550 | KMCCAFFREY@IBT707.COM | |
| LOCAL 805 PENSION AND RETIREMENT PLAN | ARTHUR KATZ, PLAN TRUSTEE | 60 BROAD STREET | 37TH FLOOR | | | NEW YORK | NY | 10004 | | (212) 308-4545 |
| LOIZIDES PA | (COUNSEL TO PLAINTIFFS) | ATTN CHRISTOPHER D LOIZIDES | 1225 KING ST, STE 800 | | | WILMINGTON | DE | 19801 | loizides@loizides.com | 302-654-0728 |
| MARICOPA COUNTY ATTORNEY'S OFFICE | ATTN PETER MUTHIG | 225 W MADISON ST | | | | PHOENIX | AZ | 85003 | MUTHIGK@MCAO.MARICOPA.GOV | |
| MCCARTER & ENGLISH LLP | (COUNSEL TO PEAPACK GLADSTONE BANK) | ATTN KATE ROGGIO BUCK | 405 N KING ST, FL 8 | | | WILMINGTON | DE | 19801 | KBUCK@MCCARTER.COM | 302-984-6399 |
| MCCARTER & ENGLISH LLP | (COUNSEL TO PEAPACK GLADSTONE BANK) | ATTN JOSEPH LUBERTAZZI, JR; SHEILA CALELLO | 100 MULBERRY ST | | | NEWARK | NJ | 07102 | JLUBERTAZZI@MCCARTER.COM; SCALELLO@MCCARTER.COM | |
| MCCREARY VESELKA BRAGG & ALLEN PC | (COUNSEL TO BOWIE CENTRAL; ET AL) | ATTN JULIE ANN PARSONS | 700 JEFFREY WAY, STE 100 | | | ROUND ROCK | TX | 78680-1269 | JPARSONS@MVBALAW.COM | 512-323-3205 |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | (COUNSEL TO NJSIGA) | ATTN DAVID P PRIMACK | 300 DELAWARE AVE, STE 1014 | | | WILMINGTON | DE | 19801 | DPRIMACK@MDMC-LAW.COM | 302-654-4031 |
| MICHELIN NORTH AMERICA INC | ATTN ROLAND KNIGHT | 1 PARKWAY SOUTH | | | | GREENVILLE | SC | 29615 | ROLAND.KNIGHT@MICHELIN.COM; BRIAN.GUTBROD@MICHELIN | |
| MICHIGAN CONFERENCE OF TEAMSTERS | KYLE STALLMAN, EXECUTIVE DIRECTOR | 2700 TRUMBULL AVENUE | | | | DETROIT | MI | 48216 | KSTALLMAN@MCTWF.ORG | |
| MID-AMERICAN CONSTRUCTORS LLC | JARRETT R MINCH, AGENT | 4202 PINGREE ROAD | | | | HOWELL | MI | 48843 | | |
| MILBANK LLP | (COUNSEL TO APOLLO CAPITAL MANAGEMENT, LP) | ATTN DENNIS F DUNNE & MATTHEW L BROD | 55 HUDSON YARDS | | | NEW YORK | NY | 10001 | DDUNNE@MILBANK.COM; MBROD@MILBANK.COM | 212.530.5219 |
| MORRIS NICHOLS ARSHT & TUNNEL LLP | (COUNSEL TO USF HOLLAND; SARATOGA RACK; USHOLL) | ATTN C MILLER; M HARVEY; J WEYAND | 1201 N MARKET ST, STE 1600 | PO BOX 1347 | | WILMINGTON | DE | 19899-1347 | CMILLER@MORRISNICHOLS.COM; MBROD@MORRISNICHOLS.COM; JWEYAND@MORRISNICHOLS.COM; MHARVEY@MORRISNICHOLS.COM | 302-658-3989 |
| MUNSCH HARDT KOPF & HARR PC | (COUNSEL TO EDINBURGH LOGISTICS ASSETS LLC & FINLAYSON LOGISTICS ASSETS LLC) | ATTN DEBORAH M PERRY | 500 N AKARD ST, STE 3800 | | | DALLAS | TX | 75201-6659 | dperry@munsch.com | 214-855-7584 |
| MYERS & MYERS PLLC | (COUNSEL TO MID-AMERICAN CONSTRUCTORS) | ATTN REBECCA J S CASSELL | 915 N MICHIGAN AVE, STE 200 | | | HOWELL | MI | 48843 | rcassell@myers2law.com | 517-540-1701 |
| NORTH AMERICAN TRANSACTION SERVICES | BARBARA CARLSON, AUTHORIZED REP. | PO BOX 7247-6171 | | | | PHILADELPHIA | PA | 19170 | VFS.PST.SUPPORT.NA@VOLVO.COM | |
| NORTON ROSE FULBRIGHT US LLP | (COUNSEL TO MITSUBISHI LOGISNEXT AMERICAS) | ATTN REBECCA J WINTHROP | 555 S FLOWER ST, 41ST FL | | | LOS ANGELES | CA | 90071 | REBECCA.WINTHROP@NORTONROSEFULBRIGHT.COM | 213-892-9494 |
| NY STATE TEAMSTERS COUNCIL | JOHN A. BULGARO, CO-CHAIRMAN | 151 NORTHERN CONCOURSE | | | | SYRACUSE | NY | 13212-4047 | | |
| NY STATE TEAMSTERS PENSION/HEALTH FUNDS | ATTN KENNETH R STILWELL | PO BOX 4929 | | | | SYRACUSE | NY | 13221-4928 | KRGSTIL@NYTFUND.ORG | |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN: THE TX DEPT OF INS; TX COMPTROLLER OF PUBLIC ACCOUNTS | ATTN SEAN T FLYNN; LAYLA D MILLIGAN | PO BOX 12548 | | | MODENA | TX | 12548 | SEAN.FLYNN@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV | 512-936-1409 |
| OFFICE OF THE UNITED STATES ATTORNEY | DISTRICT OF DELAWARE | HERCULES BUILDING | 1313 N MARKET ST, STE 400 | | | WILMINGTON | DE | 19801 | USADE.ECFBANKRUPTCY@USDOJ.GOV; ELLEN.SLIGHTS@USDOJ.GOV | 302-573-6220 |
| OFFICE OF THE US TRUSTEE | DISTRICT OF DELAWARE | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | | | WILMINGTON | DE | 19801 | USTRUSTEE.PROGRAM@USDOJ.GOV; BENJAMIN.A.HACKMAN@USDOJ.GOV | (302) 573-6497 |
| PARAVATI KARL GREEN & DEBELLA LLP | (COUNSEL TO NYSP HEALTH FUND & PENSION FUND) | ATTN VINCENT M DEBELLA | LANDMARC BUILDING | 520 SENECA ST, STE 105 | | UTICA | NY | 13502 | VDEBELLA@PKGDLAW.COM | |
| PASHMAN STEIN WALDER HAYDEN PC | (COUNSEL TO HAWKEY TRANSPORTATION) | ATTN JOSEPH C BARSALONA II | 1007 N ORANGE ST, 4TH FL, STE 183 | | | WILMINGTON | DE | 19801 | JBARSALONA@PASHMANLAW.COM | |
| PENSION BENEFIT GUARANTY CORP | OFFICE OF THE GENERAL COUNSEL | ATTN REBECCA L STARK; SVEN SERSPINSKI; DONIKA HRISTOVA | 445 12TH ST, SW | | | WASHINGTON | DC | 20024 | STARK.REBECCA@PBGC.GOV; EFILE@PBGC.GOV; SERSPINSKI.SVEN@PBGC.GOV; HRISTOVA.DONIKA@PBGC.GOV | |

Master Service List (as of 09/17/2023 06:00:32)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 | CITY | STATE | ZIP | EMAIL | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION | PATRICIA KELLY, CHIEF FINANCIAL OFFICER | 1200 K STREET, NW | | | | WASHINGTON | DC | 20015 | PBGCPUBLICAFFAIRS@PBGC.GOV; STARK.REBECCA@PBGC.GOV; EFILE@PBGC.GOV | (202) 229-4047 |
| PENSKE TRUCK LEASING | BRIAN HARD, PRESIDENT & CEO | ROUTE 10 GREEN HILLS | | | | READING | PA | 19603 | B.HARD@OPPENSKE.COM | |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | (COUNSEL TO LUBBOCK CENTRAL APPRAISAL DIST) | ATTN LAURA J MONROE | PO BOX 817 | | | LUBBOCK | TX | 79408 | LMBKR@PBFCM.COM | 806-744-9953 |
| PILOT TRAVEL CENTERS LLC | ADAM WRIGHT, CHIEF EXECUTIVE OFFICER | 5500 LONAS DRIVE | | | | KNOXVILLE | TN | 37909 | AWRIGHT@PILOTFLYINGJ.COM | |
| POLSINELLI PC | (COUNSEL TO EXSERVICE HOLDINGS INC) | ATTN BRENNA A DOLPHIN | 222 DELAWARE AVE, STE 1101 | | | WILMINGTON | DE | 19801 | BDOLPHIN@POLSINELLI.COM | 302-252-0921 |
| POTTER ANDERSON & CORROON LLP | (COUNSEL TO MFN PARTNERS LP) | ATTN L KATHERINE GOOD; MARIA KOTSIRAS | 1313 N MARKET ST, FL 6 | | | WILMINGTON | DE | 19801 | KGOOD@POTTERANDERSON.COM; MKOTSIRAS@POTTERANDERSON.COM | 302-658-1192 |
| PREVIANT LAW FIRM, SC, THE | (COUNSEL TO THE INTL BROTHERHOOD OF TEAMSTERS, ET | AL; INTL ASSOC OF MACHINISTS & AEROSPACE WRKS) | ATTN FREDERICK PERILLO; JILL HARTLEY; EMMA WOODS | 310 W WISCONSIN AVE, STE 100MW | | MILWAUKEE | WI | 53203 | FP@PREVIANT.COM; JH@PREVIANT.COM; EMW@PREVIANT.COM | 414-271-6308 |
| PULLMAN & COMLEY LLC | (COUNSEL TO NATIONS FUND I LLC) | ATTN KRISTIN B MAYHEW | 850 MAIN ST | PO BOX 7006 | | BRIDGEPORT | CT | 06601-7006 | KMAYHEW@PULLCOM.COM | |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | (COUNSEL TO MFN PARTNERS LP) | ATTN SUSHEEL KIRPALANI | 51 MADISON AVE, FL 22 | | | NEW YORK | NY | 10010 | SUSHEELKIRPALANI@QUINNEMANUEL.COM | |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | (COUNSEL TO MFN PARTNERS LP) | ATTN ERIC WINSTON; JORDYN PAPERNY | 865 S FIGUEROA ST, FL 10 | | | LOS ANGELES | CA | 90017 | ERICWINSTON@QUINNEMANUEL.COM; JORDYNPAPERNY@QUINNEMANUEL.COM | 213-443-3100 |
| RAISNER ROUPINIAN LLP | (COUNSEL TO PLAINTIFFS) | ATTN JACK A RAISNER; RENE S ROUPINIAN | 270 MADISON AVE, STE 1801 | | | NEW YORK | NY | 10010 | JAR@RAISNERROUPINIAN.COM; RSR@RAISNERROUPINIAN.COM | |
| REED SMITH LLP | (COUNSEL TO BNYM; TRUIST EQUIPMENT FINANCE; | PRIME ALLIANCE BANK; ARCO CREDIT CORP) | ATTN KURT F GWYNNE; MARK W ECKARD | 1201 MARKET ST, STE 1500 | | WILMINGTON | DE | 19801 | KGWYNNE@REEDSMITH.COM; MECKARD@REEDSMITH.COM | 302-788-7575 |
| RFT LOGISTICS LLC | ATTN CHRISTOPHER MEJIA, CEO | 14439 NW MILITARY HWY | SUITE 108-607 | | | SAN ANTONIO | TX | 78231 | TRUCKLOAD@RFTLOGISTICS.COM; CHRIS.MEJIA@RFTLOGISTICS.COM | |
| RICHARDS LAYTON & FINGER PA | (COUNSEL TO CITIZENS BUSINESS CAPITAL) | ATTN MARK D COLLINS; JOHN H KNIGHT; DAVID T | QUEROLI; ALEXANDER R STEIGER | ONE RODNEY SQUARE | 920 N KING ST | WILMINGTON | DE | 19801 | collins@rlf.com; knight@rlf.com; queroli@rlf.com; steiger@rlf.com | 302-651-7700 |
| ROCK ISLAND COUNTY ILLINOIS | ATTN AUSTIN CARLSON, ASST STATE'S ATTY | 1317 THIRD AVE, FL 2 | | | | ROCK ISLAND | IL | 61201 | CARLSONA@ROCKISLANDCOUNTYIL.GOV | 309-786-5052 |
| ROPES & GRAY LLP | ATTN LUCAS S SMITH | 191 N WACKER DR, 32ND FL | | | | CHICAGO | IL | 60606 | LUKE.SMITH@ROPESGRAY.COM | 312-845-5500 |
| ROPES & GRAY LLP | ATTN NATASHA S HWANGPO | 1211 AVENUE OF THE AMERICAS | | | | NEW YORK | NY | 10036 | NATASHA.HWANGPO@ROPESGRAY.COM | |
| ROSNER LAW GROUP LLC | (COUNCEL TO G&I CHESHIRE LLC; CREDITOR) | ATTN FREDERICK B ROSNER | 824 N MARKET ST, STE 810 | | | WILMINGTON | DE | 19801 | ROSNER@TEAMROSNER.COM | |
| S&D LAW | (COUNSEL TO APPLETREE REALTY HOLDINGS) | ATTN MICHAEL L SCHLEPP | 1550 WEWATTA ST, FL 2 | | | DENVER | CO | 80202 | MSCHLEPP@S-D.COM | |
| SALDUTTI LAW GROUP | (COUNSEL TO CUSTOMERS COMMERCIAL FINANCE) | ATTN ROBERT L SALDUTTI; REBECCA K MCDOWELL | 1700 MARKET ST, STE 1005 | | | PHILADELPHIA | PA | 19103 | RSALDUTTI@SLGCOLLECT.COM; RMCDOWELL@SLGCOLLECT.COM | |
| SANDBERG PHOENIX & VON GONTARD PC | (COUNSEL TO BLUE BEACON; CWW ENTERPRISES) | 4600 MADISON AVE, STE 1000 | | | | KANSAS CITY | MO | 64112 | SSTOLTE@SANDBERGPHOENIX.COM | |
| SAUDER SCHELKOPF LLC | (COUNSEL TO ROGER KEEF, AS REPRESENTATIVE) | ATTN JOSEPH G SAUDER; JOSEPH B KENNEY | 1109 LANCASTER AVE | | | BERWYN | PA | 19312 | JGS@SSTRIALLAWYERS.COM; JBK@SSTRIALLAWYERS.COM | 610-421-1326 |
| SECURITIES & EXCHANGE COMMISSION | NEW YORK REGIONAL OFFICE | ATTN: ANDREW CALAMARI, REGIONAL DIRECTOR | 200 VESEY STREET, SUITE 400 | | | NEW YORK | NY | 10281-1022 | NYROBANKRUPTCY@SEC.GOV | |
| SECURITIES & EXCHANGE COMMISSION | 100 F STREET, NE | | | | | WASHINGTON | DC | 20549 | NYROBANKRUPTCY@SEC.GOV | |
| SEYFARTH SHAW LLP | (COUNSEL TO THE HOME DEPOT) | ATTN JAMES B SOWKA | 233 S WACKER DR, STE 8000 | | | CHICAGO | IL | 60606 | JSOWKA@SEYFARTH.COM | 312-460-7325 |
| SORENSON VAN LEUVEN PLLC | (COUNSEL TO FLORIDA SELF-INSURERS ASSN) | ATTN JAMES E SORENSON | PO BOX 3637 | | | TALLAHASSEE | FL | 32315-3637 | BK@SVLLAW.COM | 850-391-6800 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL | 501 WASHINGTON AVE | | | | MONTGOMERY | AL | 36104 | | |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL | PO BOX 300152 | | | | MONTGOMERY | AL | 36130-0152 | | |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN: TREG TAYLOR | 1031 W 4TH AVE, STE 200 | | | | ANCHORAGE | AK | 99501-1994 | ATTORNEY.GENERAL@ALASKA.GOV | 907-276-3697 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN: FAINU'ULELEI FALEFATU ALA'ILIMAUTU | AMERICAN SAMOA GOVT, EXEC OFC BLDG | UTULEI, TERRITORY OF AMERICAN SAMOA | | | PAGO PAGO | AS | 96799 | | |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN: KRIS MAYES | 2005 NORTH CENTRAL AVENUE | | | | PHOENIX | AZ | 85004-2926 | AGINFO@AZAG.GOV | 602-542-4085 |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN: TIM GRIFFIN | 323 CENTER ST, STE 200 | | | | LITTLE ROCK | AR | 72201-2610 | OAG@ARKANSASAG.GOV | |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA | 1300 'I' ST | | | | SACRAMENTO | CA | 95814-2919 | | 916-323-5341 |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN: PHIL WEISER | RALPH L CARR COLORADO JUDICIAL BLDG | 1300 BROADWAY, 10TH FL | | | DENVER | CO | 80203 | ATTORNEY.GENERAL@COAG.GOV | 720-508-6030 |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN: WILLIAM TONG | 165 CAPITOL AVENUE | | | | HARTFORD | CT | 06106 | ATTORNEY.GENERAL@CT.GOV | 860-808-5387 |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN: KATHY JENNINGS | CARVEL STATE BUILDING | 820 N FRENCH ST | | | WILMINGTON | DE | 19801 | ATTORNEY.GENERAL@DELAWARE.GOV | 302-577-6630 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY | PL 01 THE CAPITOL | | | | TALLAHASSEE | FL | 32399-1050 | | 850-487-2564 |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN: CHRIS CARR | 40 CAPITOL SQUARE, SW | | | | ATLANTA | GA | 30334 | AGCARR@LAW.GA.GOV | 404-657-8733 |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN: ANN E LOPEZ | 425 QUEEN ST | | | | HONOLULU | HI | 96813 | HAWAIIAG@HAWAII.GOV | 808-586-1239 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR | 700 W JEFFERSON ST, STE 210 | PO BOX 83720 | | | BOISE | ID | 83720-0010 | | 208-854-8071 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL | 100 W RANDOLPH ST | | | | CHICAGO | IL | 60601 | | |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA | INDIANA GOVERNMENT CENTER SOUTH | 302 W WASHINGTON ST, 5TH FL | | | INDIANAPOLIS | IN | 46204 | | 317-232-7979 |
| STATE OF IOWA ATTORNEY GENERAL | ATTN: BRENNA BIRD | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | | | DES MOINES | IA | 50319 | WEBTEAM@AG.IOWA.GOV | 515-281-4209 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH | 120 SW 10TH AVE, 2ND FL | | | | TOPEKA | KS | 66612 | | 785-296-6296 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON | 700 CAPITOL AVE, STE 118 | | | | FRANKFORT | KY | 40601-3449 | | 502-564-2894 |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | 1885 N THIRD ST | | | | BATON ROUGE | LA | 70802 | CONSTITUENTSERVICES@AG.LOUISIANA.GOV | |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN: JEFF LANDRY | PO BOX 94005 | | | | BATON ROUGE | LA | 70804 | CONSTITUENTSERVICES@AG.LOUISIANA.GOV | |
| STATE OF MAINE ATTORNEY GENERAL | ATTN: AARON FREY | 6 STATE HOUSE STATION | | | | AUGUSTA | ME | 04333 | ATTORNEY.GENERAL@MAINE.GOV | |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN: ATHONY G. BROWN | 200 ST PAUL PLACE | | | | BALTIMORE | MD | 21202 | OAG@OAG.STATE.MD.US | |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: ANDREA JOY CAMPBELL | 1 ASHBURTON PLACE, 20TH FL | | | | BOSTON | MA | 02108-1518 | AGO@STATE.MA.US | |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN: DANA NESSEL | G. MENNEN WILLIAMS BLDG | 525 W OTTAWA ST - PO BOX 30212 | | | LANSING | MI | 48909 | MIAG@MICHIGAN.GOV | 517-335-7644 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN: KEITH ELLISON | 445 MINNESOTA ST STE 1400 | | | | ST. PAUL | MN | 55101-2131 | ATTORNEY.GENERAL@AG.STATE.MN.US | |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH | PO BOX 220 | | | | JACKSON | MS | 39205 | | |
| STATE OF MISSOURI ATTORNEY GENERAL | ATTN: ANDREW BAILEY | SUPREME CT BLDG, 207 W HIGH ST | PO BOX 899 | | | JEFFERSON CITY | MO | 65102 | ATTORNEY.GENERAL@AGO.MO.GOV | 573-751-0774 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN | JUSTICE BLDG | 215 N SANDERS ST | | | HELENA | MT | 59601 | | 406-444-3549 |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: MIKE HILGERS | 2115 STATE CAPITOL | PO BOX 98920 | | | LINCOLN | NE | 68509 | AGO.INFO.HELP@NEBRASKA.GOV | 402-471-3297 |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D. FORD | 100 N CARSON ST | | | | CARSON CITY | NV | 89701 | AGINFO@AG.NV.GOV | 775-684-1108 |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA | NH DEPT OF JUSTICE | 33 CAPITOL ST | | | CONCORD | NH | 03301 | ATTORNEYGENERAL@DOJ.NH.GOV | 603-271-2110 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN | RJ HUGHES JUSTICE COMPLEX | 25 MARKET ST - PO BOX 080 | | | TRENTON | NJ | 08625-0080 | | 609-292-3508 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ | 408 GALISTEO ST | VILLAGRA BLDG | | | SANTA FE | NM | 87501 | | 505-490-4883 |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES | DEPT. OF LAW | THE CAPITOL, 2ND FL | | | ALBANY | NY | 12224-0341 | NYAG.PRESSOFFICE@AG.NY.GOV | |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN | PO BOX 629 | | | | RALEIGH | NC | 27602-0629 | | 919-716-6750 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN | 9001 MAIL SERVICE CTR | | | | RALEIGH | NC | 27699-9001 | | 919-716-6750 |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: DREW WRIGLEY | 600 E BOULEVARD AVE | DEPT 125 | | | BISMARCK | ND | 58505 | NDAG@ND.GOV | |
| STATE OF OHIO ATTORNEY GENERAL | ATTN: DAVE YOST | 30 E BROAD ST, 14TH FL | | | | COLUMBUS | OH | 43215 | AGOCARES@OHIOAGO.GOV | |
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: GENTNER DRUMMOND | 313 NE 21ST ST | | | | OKLAHOMA CITY | OK | 73105 | OAGWCFU@OAG.OK.GOV | 405-521-6246 |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | 1162 COURT ST, NE | | | | SALEM | OR | 97301-4096 | ATTORNEYGENERAL@DOJ.STATE.OR.US | |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MICHELLE HENRY | STRAWBERRY SQ | | | | HARRISBURG | PA | 17120 | CONSUMERS@ATTORNEYGENERAL.GOV | 717-787-8242 |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA | 150 S MAIN ST | | | | PROVIDENCE | RI | 02903 | AG@RIAG.RI.GOV | |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON | REMBERT C. DENNIS OFFICE BLDG | 1000 ASSEMBLY ST, ROOM S19 | | | COLUMBIA | SC | 29201 | ODCMAIL@SCCOURTS.ORG | |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON | PO BOX 11549 | | | | COLUMBIA | SC | 29211-1549 | ODCMAIL@SCCOURTS.ORG | |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARK JACKLEY | 1302 EAST HIGHWAY 14, STE 1 | | | | PIERRE | SD | 57501-8501 | CONSUMERHELP@STATE.SD.US | 605-773-4106 |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI | PO BOX 20207 | | | | NASHVILLE | TN | 37202-0207 | TNATTYGEN@AG.TN.GOV | 615-741-2009 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON | 300 W 15TH ST | | | | AUSTIN | TX | 78701 | COMPLAINTS@OAG.TEXAS.GOV | |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON | PO BOX 12548 | | | | AUSTIN | TX | 78711-2548 | COMPLAINTS@OAG.TEXAS.GOV | |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES | 350 N STATE ST, STE 230 | | | | SALT LAKE CITY | UT | 84114-2320 | UAG@AGUTAH.GOV | |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D. REYES | PO BOX 142320 | | | | SALT LAKE CITY | UT | 84114-2320 | UAG@AGUTAH.GOV | |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN: CHARITY R. CLARK | 109 STATE ST | | | | MONTPELIER | VT | 05609-1001 | AGO.INFO@VERMONT.GOV | |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES | 202 N NINTH ST | | | | RICHMOND | VA | 23219 | EMAILMAILOAG@OAG.STATE.VA.US | 703-277-3547 |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON | 1125 WASHINGTON ST SE | | | | OLYMPIA | WA | 98504-0100 | SERVICEATG@ATG.WA.GOV | |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON | PO BOX 40100 | | | | OLYMPIA | WA | 98504-0100 | SERVICEATG@ATG.WA.GOV | |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY | STATE CAPITOL COMPLEX, BLDG 1, ROOM E-26 | 1900 KANAWHA BLVD. E | | | CHARLESTON | WV | 25305 | COMMUNICATIONS@WVAGO.GOV | 304-558-0140 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL | WISCONSIN DEPARTMENT OF JUSTICE | 17 PO BOX 7857 | | | MADISON | WI | 53703-7857 | | 608-267-2779 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL | 109 STATE CAPITAL | 200 W. 24TH ST | | | CHEYENNE | WY | 82002 | | 307-777-6869 |
| STEVENS & LEE PC | (COUNSEL TO THE TEAMSTERS PA FUNDS) | ATTN JOSEPH H HUSTON, JR | 919 N MARKET ST, STE 1300 | | | WILMINGTON | DE | 19801 | JOSEPH.HUSTON@STEVENSLEE.COM | 610-371-7972 |
| STEVENS & LEE PC | (COUNSEL TO THE TEAMSTERS PA FUNDS) | ATTN JOHN C KILGANNON | 1500 MARKET ST, EAST TOWER, STE 1800 | | | PHILADELPHIA | PA | 19102 | JOHN.KILGANNON@STEVENSLEE.COM | 610-371-7954 |
| STRADLEY RONON STEVENS & YOUNG LLP | (COUNSEL TO TERMINAL PROPERTIES OF NY LLC) | ATTN JULIE M MURPHY, ESQ | 1000 N WEST ST, STE 1200 | | | WILMINGTON | DE | 19801 | JMMURPHY@STRADLEY.COM | 302-295-4801 |
| STREUSAND LANDON OZBURN & LEMMON | (COUNSEL TO NTT DATA SERVICES LLC) | ATTN SABRINA L STREUSAND | 1801 S MOPAC EXPWY, STE 320 | | | AUSTIN | TX | 78746 | STREUSAND@SLOLLP.COM | 512-236-9904 |
| SULLIVAN HAZELTINE ALLINSON LLC | (COUNSEL TO NYST HEALTH FUND, ET AL) | ATTN WILLIAM D SULLIVAN; WILLIAM A HAZELTINE | 919 N MARKET ST, STE 420 | | | WILMINGTON | DE | 19801 | BSULLIVAN@SHA-LLC.COM; WHAZELTINE@SHA-LLC.COM | |
| SUSSMAN SHANK LLP | (COUNSEL TO HAWKEY TRANSPORTATION) | ATTN GARRETT S EGGEN | 1000 SW BROADWAY, STE 1400 | | | PORTLAND | OR | 97205 | GEGGEN@SUSSMANSHANK.COM | |
| SWEETBAUM MILLER PC | (COUNSEL TO HIGHLAND INVESTMENTS) | ATTN ALAN D SWEETBAUM | 1200 17TH ST, STE 1250 | | | DENVER | CO | 80202 | ASWEETBAUM@SWEETBAUMLAW.COM | |
| TEAMSTERS NATIONAL 401K SAVINGS PLAN | SEAN OBRIEN, GENERAL PRESIDENT | C/O INTL BROTHERHOOD OF TEAMSTERS | 25 LOUISIANA AVE, N.W. | | | WASHINGTON | DC | 20001 | SOBRIEN@TEAMSTER.ORG | |
| TENNESSEE ATTORNEY GENERAL'S OFFICE | (COUNSEL TO TN DEPARTMENT OF REVENUE) | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 | AGBankDelaware@ag.tn.gov | 615-741-3334 |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | ATTN KIMBERLY WALSH, ASST ATTORNEY GEN | PO BOX 12548 | | | | AUSTIN | TX | 78711-2548 | KIMBERLY.WALSH@AOG.TEXAS.GOV | |
| THE BANK OF NEW YORK MELLON | ATTN: JOANNA SHAPIRO, MANAGING DIR | 240 GREENWICH STREET 7TH FLOOR | | | | NEW YORK | NY | 10286 | JOANNA.G.SHAPIRO@BNYMELLON.COM; UST.CARES.PROGRAM@BNYMELLON.COM | |
| THOMPSON O'BRIEN KAPPLER & NASUTI PC | (COUNSEL TO MANSFIELD OIL CO OF GAINSVILLE) | ATTN MICHAEL PUGH | 2 SUN CT, STE 400 | | | PEACHTREE CORNERS | GA | 30092 | | 770-925-8597 |
| TRAVIS COUNTY ATTORNEY | ATTN JASON A STARKS | PO BOX 1748 | | | | AUSTIN | TX | 78767 | JASON.STARKS@TRAVISCOUNTYTX.GOV | |
| U.S. DEPARTMENT OF THE TREASURY | UNITED STATES DEPARTMENT OF THE TREASURY | ATTN: I-HENG.HSU AND CRYSTAL GEISE | 1100 L ST NW RM 7102 | | | WASHINGTON | DC | 20005-4035 | MILLIE.H.AGENT@IRS.GOV | 512-854-9316 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW | | | | | WASHINGTON | DC | 20530-0001 | | |
| UNION PACIFIC RAILROAD | JENNIFER HAMANN, EXECUTIVE VP & CFO | 1400 DOUGLAS ST | | | | OMAHA | NE | 68179 | JHAMANN@UP.COM | |
| UNION PACIFIC RAILROAD COMPANY | ATTN: CHRSTINE A. NEUHARTH; LILA L. HOWE | 1400 DOUGLAS STREET, STOP 1580 | | | | OMAHA | NE | 68179 | bankruptcynotices@up.com | |
| US DEPARTMENT OF JUSTICE | CIVIL DIVISION | ATTN I-HENG HSU, TRIAL ATTORNEY | 1100 L ST NW, RM 7102 | | | WASHINGTON | DC | 20005 | I-HENG.HSU@USDOJ.GOV | 202-514-9163 |
| US DEPARTMENT OF JUSTICE | CIVIL DIVISION | ATTN CRYSTAL J GEISE, TRIAL ATTORNEY | 1100 L ST NW, RM 7106 | | | WASHINGTON | DC | 20005 | CRYSTAL.GEISE@USDOJ.GOV | |
| WELTMAN, WEINBERG & REIS CO. LPA | (COUNSEL TO TOYOTA INDUSTRIES & MATCO TOOLS CORP) | ATTN SCOTT D FINK | 965 KEYNOTE CIRCLE | | | BROOKLYN HEIGHTS | OH | 44131 | SFINK@WELTMAN.COM; bronationalecf@weltman.com | |
| WESTERN TEAMSTERS WELFARE FUND | CHUCK MACK, UNION CHAIRMAN & FUND TTEE | 2323 EASTLAKE AVE. E | | | | SEATTLE | WA | 98102 | CHUCKMACK620@GMAIL.COM | |
| WHITE & CASE LLP | (COUNSEL TO CITADEL ADVISORS LLC) | ATTN S GREISSMAN; A ZATZ; E FELD | 1221 AVENUE OF THE AMERICAS | | | NEW YORK | NY | 10020-1095 | SGREISSMAN@WHITECASE.COM; AZATZ@WHITECASE.COM; EFELD@WHITECASE.COM | |
| WHITE & CASE LLP | (COUNSEL TO CITADEL ADVISORS) | ATTN JASON N ZAKIA | 111 S WACKER DR, STE 5100 | | | CHICAGO | IL | 60606 | JZAKIA@WHITECASE.COM | |
| WHITE AND WILLIAMS LLP | (COUNSEL TO ATLANTIC & ARCH CDS) | ATTN AMY E VULPIO | 1650 MARKET ST, STE 1800 | ONE LIBERTY PLACE | | PHILADELPHIA | PA | 19103-7395 | VULPIOA@WHITEAND WILLIAMS.COM | 215-789-7550 |
| WHITE AND WILLIAMS LLP | (COUNSEL TO ATLANTIC & ARCH INSURANCE COS) | ATTN MICHAEL A INGRASSIA | 600 N KING ST, STE 800 | | | WILMINGTON | DE | 19801-3722 | INGRASSIAM@WHITEANDWILLIAMS.COM | 302-467-4550 |
| WHITEFORD TAYLOR & PRESTON LLP | (COUNSEL TO ESTES EXPRESS LINES) | ATTN MICHAEL J ROESCHENTHALER; DANIEL R SCHIMIZZI | 11 STANWIX ST, STE 1400 | | | PITTSBURGH | PA | 15222 | MROESCHENTHALER@WHITEFORDLAW.COM; DSCHIMIZZI@WHITEFORDLAW.COM | |
| WHITEFORD TAYLOR & PRESTON LLP | (COUNSEL TO ESTES EXPRESS LINES) | ATTN DAVID B STRATTON; RICHARD W RILEY | 600 N KING ST, STE 300 | | | WILMINGTON | DE | 19801 | DSTRATTON@WHITEFORDLAW.COM; RRILEY@WHITEFORDLAW.COM | |
| WHITEFORD TAYLOR & PRESTON LLP | (COUNSEL TO EAST WEST BANK) | ATTN DAVID W GAFFEY | 3190 FAIRVIEW PARK DR, STE 800 | | | FALLS CHURCH | VA | 22042-9260 | DGAFFEY@WHITEFORDLAW.COM | |
| WILSON SONSINI GOODRICH & ROSATI PC | (COUNSEL TO EAST WEST BANK) | ATTN ERIN R FAY; CATHERINE C LYONS | 222 DELAWARE AVE, STE 800 | | | WILMINGTON | DE | 19801 | EFAY@WSGR.COM; CLYONS@WSGR.COM | |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO VOLVO LEASING CO) | ATTN JAMES S LIVERMON, III | 555 FAYETTEVILLE ST, STE 1100 | | | RALEIGH | NC | 27601 | charlie.livermon@wbd-us.com | |
| WOMBLE BOND DICKINSON (US) LLP | (COUNSEL TO VOLVO LEASING CO) | ATTN KEVIN J MANGAN | 1313 N MARKET ST, STE 1200 | | | WILMINGTON | DE | 19801 | KEVIN.MANGAN@WBD-US.COM | 302-252-4330 |
| Yellow Corporation | (DEBTORS) | Attn.: General Counsel | 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211 | | | | | | | |
| Kirkland & Ellis LLP | (COUNSEL TO DEBTORS) | Attn.: Whitney Fogelberg (whitney.fogelberg@kirkland.com) | 300 North LaSalle, Chicago, Illinois | | | | | | | |
| Kirkland & Ellis LLP | (COUNSEL TO DEBTORS) | Attn.: Allyson B. Smith (allyson.smith@kirkland.com) | 601 Lexington Avenue, New York, New York 10022 | | | | | | | |

Master Service List (as of 09/17/2023 06:00:32)

| NAME | ADDRESS1 | ADDRESS2 | ADDRESS3 | ADDRESS4 | ADDRESS5 | CITY | STATE | ZIP | EMAIL | FAX |
|---|---|---|---|---|---|---|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | (COUNSEL TO DEBTORS) | Attn.: Laura Davis Jones (ljones@pszjlaw.com), Timothy P. Cairns (tcairns@pszjlaw.com), Peter J. Keane (pkeane@pszjlaw.com), and Edward Corma (ecorma@pszjlaw.com) | 919 North Market Street, 17th Floor, PO Box 8705, Wilmington, Delaware 19801 | | | | | | | |
| Quinn Emanuel Urquhart & Sullivan, LLP | (COUNSEL TO JUNIOR DIP LENDER) | Attn: Susheel Kirpalani (susheelkirpalani@quinnemanuel.com) | 51 Madison Avenue. 22nd Floor New York, New York 10010 | | | | | | | |
| Quinn Emanuel Urquhart & Sullivan, LLP | (COUNSEL TO JUNIOR DIP LENDER) | Attn: Eric Winston (Ericwinston@quinnemanuel.com) | 865 S. Figueroa St., 10th Floor Los Angeles, CA 90017 | | | | | | | |
| Ropes & Gray LLP | (COUNSEL TO JUNIOR DIP LENDER) | Attn: Lucas S. Smith (Luke.Smith@ropesgray.com) | 191 North Wacker Drive, 32nd Floor Chicago, IL 60606 | | | | | | | |
| Ropes & Gray LLP | (COUNSEL TO JUNIOR DIP LENDER) | Attn: Natasha S. Hwangpo (Natasha.Hwangpo@ropesgray.com) | 1211 Avenue of the Americas New York, NY 10036 | | | | | | | |
| Holland & Knight LLP | (COUNSEL TO JUNIOR DIP AGENT) | Attn: Joshua M. Spencer (Joshua.Spencer@hklaw.com); Phillip W. Nelson (Phillip.Nelson@hklaw.com) | 150 N. Riverside Plaza, Suite 2700 Chicago IL 60606 | | | | | | | |
| Choate, Hall & Stewart LLP | (COUNSEL TO PREPETITION ABL AGENT) | Attn: Kevin Simard (ksimard@choate.com); Hampton Foushee (hfoushee@choate.com) | Two International Place Boston, MA 02110 | | | | | | | |
| Holland & Knight LLP | (COUNSEL TO B-2 AGENT) | Attn: Joshua M. Spencer (Joshua.Spencer@hklaw.com); Phillip W. Nelson (Phillip.Nelson@hklaw.com) | 150 N. Riverside Plaza, Suite 2700 Chicago IL 60606 | | | | | | | |
| Hogan Lovells US LLP | (COUNSEL TO PREPETITION UST TRANCHE A AGENT) | Attn: Ronald J. Silverman and Christopher R. Bryant | 390 Madison Avenue, New York, New York 10017 | | | | | | | |
| Hogan Lovells US LLP | (COUNSEL TO PREPETITION UST TRANCHE B AGENT) | Attn: Ronald J. Silverman and Christopher R. Bryant | 390 Madison Avenue, New York, New York 10017 | | | | | | | |