**<u>Exhibit B</u>**

**Declaration of Michael S. Ensz**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.,*[4] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## DECLARATION OF MICHAEL S. ENSZ IN SUPPORT OF APPLICATION OF THE DEBTORS TO RETAIN KPMG LLP TO PROVIDE AUDIT SERVICES TO DEBTORS AND DEBTORS IN POSSESSION PURSUANT TO SECTIONS 327(A) AND 328 OF THE BANKRUPTCY CODE EFFECTIVE AS OF THE PETITION DATE

I, Michael S. Ensz, being duly sworn, deposes and says:

1.    I am a Certified Public Accountant and a partner of KPMG LLP, a Delaware limited liability partnership ("KPMG").  I submit this declaration on behalf of KPMG in support of the application (the "Application")[5] of the above-captioned debtors and debtors-in-possession (the "Debtors"), for entry of an order, pursuant to sections 327(a) and 328(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 2014-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the Debtors to retain and employ KPMG to provide audit services to the Debtors effective as of the Petition Date.  I am authorized to make this

---

[4]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[5]    Capitalized terms used herein but not otherwise defined shall have those meanings set forth in the Application and Declaration.

declaration on behalf of KPMG, and I make this declaration based on my own knowledge, review of KPMG business records, and discussions with other professionals at KPMG.

## KPMG's Qualifications

2.    KPMG is a professional firm providing audit, tax and advisory services. The Debtors have selected KPMG to provide audit services because of the firm's diverse experience and extensive knowledge in the fields of accounting, taxation, and operational controls for large, sophisticated companies both in chapter 11 as well as outside of chapter 11. The Debtors have employed KPMG since 2002. KPMG is qualified to continue to provide such services to the Debtors. As such, retaining KPMG is an efficient and cost-effective manner in which the Debtors may obtain the requisite services.

## Services to be Rendered

3.    Subject to approval of the Application, pursuant to an engagement letter dated September 13, 2023 (the "Engagement Letter") [6], which is attached to the Application as **Exhibit A** KPMG will provide, but is not limited to, the following services: [7]

**Audit Services** [8]

A.  Pursuant to language in the 2023 Audit Engagement Letter, KPMG will perform, but is not limited to the following services for the Debtors:

  i.  Audit of the consolidated balance sheet (going-concern basis of accounting) and statement of net assets in liquidation (liquidation basis of accounting) of the Company as of  December 31, 2023 and 2022, respectively, the related consolidated statements of operations, shareholders' deficit and

---

[6]    If there is any inconsistency between the description of the services in the applicable Engagement Letter and in this Declaration, the description in the applicable Engagement Letter shall control.

[7]    KPMG will also provide non-audit services to the Debtors which includes a subscription to KPMG's Accounting Research Online, the cost of which is included in the Audit Fixed Fee.

[8]    The Engagement Letter dated September 13, 2023 superseded an engagement letter dated May 2, 2023, pursuant to which KPMG provided, among other things, pre-petition audit and quarterly review services for which it was paid prior to the Petition Date, as further discussed in paragraph 15 of this Declaration.

> comprehensive income (loss), and cash flows for years ended December 31, 2021 and December 31, 2022 and year to date period ended August 6, 2023 (all under the going-concern basis of accounting) and statement of changes in net assets for the period from August 6, 2023 through December 31, 2023 (liquidation basis of accounting), and the related notes to the financial statements; and

    ii.  Quarterly Review Services:

        a.  Quarter ended March 31, 2023

        b.  Quarter ended June 30, 2023

        c.  Quarter ended September 30, 2023

4.     In addition to the foregoing, KPMG will provide such other consulting, advice, research, planning, and analysis regarding audit services as may be necessary, desirable or requested from time to time by the Debtors.  Should KPMG and the Debtors enter into any additional engagement letters and/or statement(s) of work regarding additional services to be provided to the Debtors during these chapter 11 cases, KPMG and the Debtors will follow the procedure for authorization to provide such additional services as set forth in the Court's order approving the Application.

5.     Subject to this Court's approval of the Application, KPMG is willing to provide services to the Debtors and to perform the services described above.

## **<u>Professional Compensation</u>**

6.     Subject to Court approval, and in compliance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and such other procedures as may be fixed by order of the Court, the Debtors will compensate KPMG in accordance with the terms and conditions of the Engagement Letter, which, in relevant part, provides for the following compensation structure:

7.     The Debtors requested KPMG perform additional audit services post-petition. KPMG's requested compensation for audit services rendered to the Debtors post-petition will be based upon the hours actually expended by each assigned staff member at each staff member's hourly billing rate, and the Debtors have agreed to compensate KPMG at such rate, as follows:

| Professional Level | Discounted Rate |
| --- | --- |
| National Office | $850 |
| Specialists | $850 |
| Accounting Advisory – audit support | $850 |
| Audit Partners & Managing Directors | $700 |
| Managers | $475 |
| Senior Associates | $275 |
| Associates | $200 |

The majority of fees to be charged for audit services reflect a reduction of approximately 20% - 60% from KPMG's normal and customary rates.

8.     As further described in the 2023 Audit Engagement Letter, in connection with the audit services, and based on tax and reporting laws in Puerto Rico that require tax returns be accompanied by audited financial statements with auditor's report certified by a CPA licensed in Puerto Rico, KPMG will also issue the required Puerto Rico Statutory filings at no additional cost to the Debtors.

9.     In the normal course of KPMG's business, its hourly rates are subject to periodic increase.  To the extent any hourly rates referenced herein are increased, KPMG requests

that, with respect to the work to be performed after such increase, the rates herein be amended to reflect the increase.

10.     KPMG also will seek reimbursement for reasonable and necessary costs and expenses incurred, including but not limited to meals, lodging, travel, photocopying, delivery service, postage, vendor charges, value added tax, reasonable and documented outside counsel legal fees and expenses, and other out-of-pocket costs and expenses incurred in providing professional services.

11.     KPMG intends to apply to the Court for the allowance of compensation for professional services rendered and reimbursement of expenses incurred in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Bankruptcy Rules and the orders of this Court.  Such applications will include time records setting forth a description of the services rendered by each professional and the amount of time spent on each date by each such individual in rendering services on behalf of the Debtors.  For all services rendered on an hourly basis, KPMG will maintain detailed time records in one-tenth hour increments.

12.     KPMG's applications for compensation and expenses will be paid by the Debtors pursuant to the terms of the Engagement Letter, in accordance with Bankruptcy Local Rule 2016-1 and any procedures established by the Court.  KPMG has agreed to accept as compensation such sums as may be allowed by the Court and understands that interim and final fee awards are subject to approval by the Court.

13.     KPMG has agreed to modify the Engagement Letter during the course of these chapter 11 cases as set forth in the Proposed Order attached to the Application as Exhibit C.

14.     As of the Petition Date, the Debtors did not owe KPMG any unpaid fees or expenses.  In connection with this Application, if it is determined that the Debtors did owe  KPMG

any unpaid fees or expenses for prepetition professional services, KPMG waives any amounts owed for such services rendered prior to the Petition Date.

15.     According to KPMG's books and records, during the 90-day period prior to the Petition Date, KPMG received $1,230,000 from the Debtors for professional services performed and expenses incurred as follows:

| Invoice Number | Invoice Date | Amount Billed | Date Invoice Paid | Amount Paid |
|---|---|---|---|---|
| 8004799011 | 05/10/2023 | $570,000.00 | 05/18/2023 | $570,000.00 |
| 8004854027 | 06/08/2023 | $220,000.00 | 06/20/2023 | $220,000.00 |
| 8004904474 | 07/10/2023 | $220,000.00 | 07/28/2023 | $220,000.00 |
| 8004931445 | 07/26/2023 | $220,000.00 | 08/01/2023 | $220,000.00 |

16.     Except as explained in paragraphs herein (a) no commitments have been made or received by KPMG with respect to compensation or payment in connection with these cases other than in accordance with the provisions of the Bankruptcy Code; and (b) there is no agreement or understanding between KPMG and any other entity, other than a member, partner or regular associate of KPMG, for the sharing of compensation received or to be received for services rendered in connection with these proceedings.

### **Disinterestedness of Professionals**

17.     Based upon information supplied by the Debtors, KPMG searched the database described below to identify connections or relationships with the individuals and entities listed on **Schedule 1** attached hereto and incorporated herein.

18.     KPMG's review identified current clients of any KPMG member firm, as well as former clients with engagements in the past three years and potential clients with engagements that have not yet been agreed.  This engagement management system identifies not only the clients but other parties whose interests may be adverse to, in conflict with, or potentially

negatively impacted by the engagement. Accordingly, the search can identify whether an engagement is adverse to the Debtors or relates to the bankruptcy estates.

19.     In connection with its proposed retention by the Debtors in these cases, KPMG sent an e-mail to any KPMG partners, principals or other professionals currently providing and/or expected to provide services to the Debtors pursuant to the Engagement Letter, to determine if any such individuals or members of their immediate family (a) holds or controls any securities of the Debtors, (b) is related or connected to any bankruptcy judge in the District of Delaware, any employee in the judges' offices, or any employee in the U. S. Trustee's Office located in the District of Delaware; or (c) is or was within two (2) years prior to the bankruptcy filing an officer, director or employee of the Debtors or any of their affiliates.

20.     To the best of my knowledge, based on the searches discussed above, KPMG has determined that certain connections should be disclosed as follows:

a.     KPMG may provide or has provided services to the potential parties-in-interest or their affiliates listed on **Schedule 2**. The connections listed on **Schedule 2** involve only services that are unrelated to the Debtors or their estates.

b.     Law firms identified on **Schedule 2**, including Hogan Lovells US LLP, MORGAN, Lewis & Bockius LLP, Ogletree, Deakins, Nash, Smoak & Stewart, P.C. and Proskauer Rose LLP, have provided, currently provide and may in the future provide legal services to KPMG or KPMG professionals in matters unrelated to the Debtors or their estates, and/or KPMG has provided, currently provide and may in the future provide services to such firms or their clients in matters unrelated to the Debtors or their estates.

c.     Certain financial institutions or their respective affiliates (including Citizens Bank, JP Morgan Chase, Key Bank and PNC Bank) listed on Schedule 2 (i) are lenders to KPMG

and/or (ii) have financed a portion of the capital and/or capital loan requirements of various managing partners and principals, respectively, of KPMG.  In addition, certain institutions or their respective affiliates provide asset management services, and/or have a similar role with respect to investments of, certain pension, benefit and similar funds sponsored by KPMG.

d.      KPMG has provided and continues to provide professional services to certain of the Debtors' secured lenders and/or their affiliates in matters unrelated to the Debtors or their estates.  With respect to those connection that are attest clients, KPMG provides such clients with ordinary course auditing services and may conduct typical audit procedures that arise from such potential parties-in-interests' business arrangements with the Debtors.

21.      KPMG is the United States member firm of the KPMG global network of independent member firms affiliated with KPMG International Limited ("KPMG International"), a private English company limited by guarantee.  KPMG International is an entity that is legally separate from each member.   KPMG International and the member firms are not a global partnership, single firm, multinational corporation, joint venture, or in a principal or agent relationship or partnership with each other.   The KPMG International member firm structure reflects the fact that the member firms are not affiliates, subsidiaries, or branch offices of each other or of a global parent.   No member firm has any authority to obligate or bind KPMG International any of its related entities or any other member firm vis-à-vis third parties, nor does KPMG International or any of its related entities have any such authority to obligate or bind any member firm.  KPMG does not share profits with the other KPMG member firms or with KPMG International.

22.     KPMG International acts as the coordinating entity for the overall benefit of the KPMG member firms but does not provide professional services to clients. Professional services to clients are exclusively provided by member firms.  KPMG member firms commit to conduct their operations in compliance with a common set of values, standards and service quality expectations. Partners and employees within those firms commit to act with integrity at all times. Each member firm takes responsibility for its management and the quality of its work.

23.     While KPMG is a separate and distinct legal entity from all other member firms of KPMG International, KPMG International has a global conflict internal computer database containing actual and potential engagement activity of the member firms for at least the last three years.  The client database was created to include engagements and prospective engagements of all member firms of the KPMG International network of independent firms and firms and entities controlled by, or under common control with, one or more such member firms (collectively, the "Other KPMG Entities"), and is maintained by the Global Business Operations Office funded by KPMG International.  KPMG International has given permission to a limited number of professionals located in the United States to use the system to identify potential conflicts and potentially adverse engagements, while additional professionals are able to use the system to identify connections.   For the sake of clarity, the disclosures included herein identify connections with KPMG or any Other KPMG Entities (as explained below), and none of those connections involved an engagement which was adverse to the Debtors or their estates.

24.     On an ongoing basis, KPMG will conduct further reviews of its professional contacts as it becomes aware of new parties of interest, as is stated below.  To the best of my knowledge and based upon the results of the relationship search described above and disclosed

herein, KPMG neither holds nor represents an interest adverse to the Debtors estates in accordance with section 327 of the Bankruptcy Code.

25.     To the best of my knowledge, KPMG is a "disinterested person" as that term is defined in section 101(14) of the Bankruptcy Code, as modified by section 1107(b) of the Bankruptcy Code, in that, KPMG:

a.     is not a creditor, an equity security holder, or an insider of the Debtors;

b.     is not and was not, within two years before the date of filing of these chapter 11 cases, a director, officer, or employee of the Debtors; and

c.     does not have an interest materially adverse to the interest of the Debtors estates or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the Debtors or for any other reason.

26.     KPMG has in the past been retained by, and presently provides and likely in the future will provide services for, certain creditors of the Debtors, other parties-in-interest and their respective attorneys and accountants in matters unrelated to such parties' claims against the Debtors or interests in these chapter 11 cases.  KPMG has not identified any material relationships or connections with any law firm, financial consultant or investment banker involved in these chapter 11 cases that would cause it to be adverse to the Debtors, the Debtors' estates, any creditor or any other party-in-interest.  KPMG currently performs, has previously performed or may have performed such services for the entities listed in **Schedule 2**, however, except as disclosed herein, such services, to the extent performed by KPMG, are unrelated to the Debtors or their chapter 11 cases.

27.     To the best of my knowledge, except as set forth herein and in **Schedule 2**, (a) KPMG has no connections with the creditors, any other party-in-interest, or their respective attorneys and accountants; (b) none of the KPMG partners and professionals working in these chapter 11 cases is a relative of or has any known connection with the U.S. Trustee of the District of Delaware or of any known employee in the office thereof, or any United States Bankruptcy Judge of the District of Delaware; and (c) none of the KPMG partners and professionals is or was within two years prior to the bankruptcy filing, an officer, director or employee of the Debtors or their non-debtor affiliates.

28.     KPMG has not provided, and will not provide, any professional services to any of the creditors, other parties-in-interest, or their respective attorneys and accountants with regard to any matter related to these chapter 11 cases.

29.     Notwithstanding anything to the contrary herein, from time to time, KPMG may use the services of certain professionals from the Other KPMG Entities when necessary to the performance of its professional duties and services to the Debtors.  The use of such professionals allows KPMG to maximize resources and minimize costs to the Debtors' estates. KPMG will pay such Other KPMG Entities directly for the use of such professionals, and will include such amounts in its fee application at KPMG's cost without any mark-up or increase.[9]

30.     In addition, from time to time, KPMG may use independent contractors, such as software providers.  However, KPMG will not profit from the use of such persons. Notwithstanding any use of any Other KPMG Entities or independent contractors, KPMG shall

---

[9]     The hourly rates set forth above include the rates to be charged to KPMG by professionals from KPMG International member firms, if applicable.

remain fully and solely responsible for any liabilities and obligations in respect of its engagement and services to the Debtors in these cases.

31.    Only KPMG is being retained in these matters.  KPMG cannot assure that an engagement will not be accepted by a foreign member firm of KPMG International for another party that may bear upon KPMG's engagement by the Debtors.  However, to the extent KPMG becomes aware of such engagement and believes such engagement may bear upon KPMG's engagement by the Debtors, KPMG will file a supplemental declaration with the Court.

32.    If and when additional information becomes available with respect to any other connections or relationships which may exist between KPMG, foreign member firms of KPMG International, or their partners and professionals, and the Debtors, creditors, or any other parties in interest which may affect these cases, KPMG shall file a supplemental declaration describing such information with the Court.

33.    This declaration is provided in accordance with sections 327 and 328 of the Bankruptcy Code, Bankruptcy Rule 2014 and Local Bankruptcy Rule 2014-1.


I declare under penalty of perjury that the foregoing is true and correct.

Executed this October 3, 2023.

/s/ Michael S. Ensz

Michael S. Ensz
**KPMG LLP**
1000 Walnut Street
Suite 1100
Kansas City, MO
64106-2162

## **Schedule 1**

**List of Potential Parties in Interest**

## SCHEDULE 1

**Yellow Corporation,** *et al.*
**PARTIES IN INTEREST**

### 5% or More Equity Holders

UNITED STATES DEPARTMENT OF THE TREASURY
MFN PARTNERS MANAGEMENT, LP
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

### Affiliated Company Names and Joint Ventures

OPK INSURANCE CO. LTD.
YRC LOGISTICS ASIA LIMITED
ROADWAY LLC
PT MERIDIAN IQ INDONESIA INTERNATIONAL
ROADWAY EXPRESS, S.A. DE C.V.
YRC TRANSPORTATION, S.A. DE C.V.
TRANSCONTINENTAL LEASE, S. DE R.L. DE C.V.
REIMER HOLDING B.V.
YRC SERVICES S. DE R.L. DE C.V.
USF HOLLAND INC.
YRC FREIGHT
ROADWAY EXPRESS, INC.
YELLOW TRANSPORTATION, INC

### Bankruptcy Judges

LAURIE SELBER SILVERSTEIN
JOHN T. DORSEY
CRAIG T. GOLDBLATT
THOMAS M. HORAN
KAREN B. OWENS
BRENDAN L. SHANNON
J. KATE STICKLES
MARY F. WALRATH
ASHELY M. CHAN

### Bankruptcy Judges – Staff

CACIA BATTS
LORA JOHNSON
LAURA HANEY

1

ROBERT CAVELLO
DEMITRA YEAGER
NICKITA BARKSDALE
AMANDA HRYCAK
DANIELLE GADSON
CLAIRE BRADY
MARQUIETTA LOPEZ
JILL WALKER
RACHEL BELLO
PAULA SUBDA
AL LUGANO
CATHERINE FARRELL
LAURIE CAPP
JOAN RANIERI

**Bankruptcy Professionals**

ALVAREZ & MARSAL
KIRKLAND & ELLIS
DUCERA PARTNERS
EPIQ GLOBAL
GOODMANS LLP
PACHULSKI STANG ZIEHL & JONES

**Banks/Lender/Administrative Agents**

CITIZENS BANK N.A.
JPMORGAN CHASE BANK N.A.
BNY MELLON
US BANK N.A.
BANK OF AMERICA, N.A.
PNC BANK
BANK OF NOVA SCOTIA
TD BANK
WELLS FARGO
UMB BANK
BANCOMER
BANK OF BERMUDA
CITIZENS BUSINESS CAPITAL
PNC BANK NATIONAL ASSOCIATION
ING CAPITAL LLC
CIT FINANCE LLC
KEYBANK NATIONAL ASSOCIATION
SIEMENS FINANCIAL SERVICES, INC.
CORTLAND PRODUCTS CORP.

APOLLO CREDIT STRATEGIES MASTER FUND, LTD.
APOLLO ATLAS MASTER FUND, LLC
AP KENT CREDIT MASTER FUND, L.P.
MPI (LONDON) LIMITED
APOLLO TR ENHANCES LEVERED YIELD LLC
APOLLO TR OPPORTUNISTIC LTD.
APOLLO A-N CREDIT FUND (DELAWARE), L.P.
APOLLO CENTRE STREET PARTNERSHIP, LP
APOLLO MOULTRIE CREDIT FUND, L.P.
APOLLO TACTICAL VALUE SPN INVESTMENTS, L.P.
APOLLO ACCORD MASTER FUND III, L.P.
CADBURY MONDELEZ PENSION TRUST LIMITED
AMISSIMA DIVERSIFIED INCOME ICAV
ATHORA LUX INVEST
SAN BERNARDINO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION
APOLLO CREDIT FUNDS ICAV
ACE GLOBAL MULTI-CREDIT LLC
APOLLO CREDIT MASTER FUND LTD.
APOLLO LINCOLN FIXED INCOME FUND, L.P.
ASPEN AMERICAN INSURANCE COMPANY
UNITED STATES DEPARTMENT OF THE TREASURY
ALTER DOMUS PRODUCTS CORP.
MFN PARTNERS MANAGEMENT, LP
CITADEL

**Cargo-Related Claims**

FREIGHTQUOTE
VWR INTERNATIONAL
FALVEY SHIPPERS INSURANCE
FORD
TURN 5
EXPEDITORS CARGO INSURANCE BROKERS
UPS CAPITAL INSURANCE AGENCY INC
UNYSON
ETECH GROUP
MARS PETCARE USA INC
NFI INDUSTRIES
WEBSTAURANT STORE
BLUEGRACE LOGISTICS
TFWW
DUPONT
PHILLIPS VAN-HEUSEN
SIGNIFY NORTH AMERICA CORPORATION
RIVIAN AUTOMOTIVE LLC

LOGISTICS PLUS
STANLEY BLACK & DECKER (US) INC
SAMSUNG ELECTRONICS AMERICA INC
SPECTRUM BRANDS
SUPPLYHOUSE
MEDLINE INDUSTRIES
THE VOLLRATH COMPANY
BARRETTE OUTDOOR LIVING

**<u>Customers</u>**

4FRONT
AMAZON COM INC
ARC SUPPLY CHAIN SOLUTIONS
ARCBEST ENTERPRISE SOLUTIONS INC
ASCENT GLOBAL LOGISTICS COMPANY
ASSOCIATION SOLUTIONS
BLUE GRACE LOGISTICS
CH ROBINSON CO
DAIMLER TRUCKS NA
DOLLAR GENERAL CORPORATION
DOLLAR TREE STORES
EATON CORPORATION
ECHO GLOBAL LOGISTICS
EXEL INC DBA DHL SUPPLY CHAIN
FERN
FIRST BRANDS GROUP
FORD MOTOR COMPANY
FREEMAN PARENT COMPANIES
GALLAGHER AFFINITY
GENERAL ELECTRIC
GLOBAL TRANZ ENTERPRISES
HEALTHCORE
HILLENBRAND INC
HNRY LOGISTICS
HOME DEPOT
HONDA MOTOR LOGISTICS
HUB GROUP
HUBBELL INC
HYUNDAI AMERICA
JOHNSON CONTROLS INC
L.O. TRADING
LOGIKOR
NISSAN NORTH AMERICA INC
OFFICE DEPOT

OHIO LOGISTICS
OMNI LOGISTICS
PB CONSULTANTS
PLY GEM
PRIORITY ONE
RE TRANS FREIGHT
REDWOOD/SIMPLIFIED LOGISTICS
ROGERS & BROWN NORTH AMERICAN LOGISTICS
RYDER CARRIER MGMT SVCS
SAVINGS4MEMBERS
SCHNEIDER LOGISTICS
SIGNIFY LIGHTING
STAPLES INC
TFORCE WORLDWIDE
TPS LOGISTICS
TRANSPORTATION INSIGHT
UBER FREIGHT US LLC
ULINE
UNISHIPPERS
UNITED STATES GOVERNMENT
VOLVO LOGISTICS NORTH AMERICAN
WALMART STORES INC
WORLDWIDE EXPRESS
RITE AID

**Debtors**

1105481 ONTARIO, INC.
EXPRESS LANE SERVICE, INC.
NEW PENN MOTOR EXPRESS LLC
YRC ASSOCIATION SOLUTIONS, INC
YRC ENTERPRISE SERVICES, INC.
USF HOLLAND LLC
YRC INTERNATIONAL INVESTMENTS, INC
YRC REGIONAL TRANSPORTATION, INC.
YRC MORTGAGES, LLC
USF REDSTARLLC
USF BESTWAY INC.
USF DUGAN INC.
ROADWAY NEXT DAY CORPORATION
YRC INC.
USF HOLLAND INTERNATIONAL SALES CORPORATION
YRC LOGISTICS SERVICES, INC.
USF REDDAWAY INC.
YRC LOGISTICS INC.

YELLOW FREIGHT CORPORATION
ROADWAY EXPRESS INTERNATIONAL, INC.
YELLOW LOGISTICS, INC.
YRC FREIGHT CANADA COMPANY
YELLOW CORPORATION

**Directors/Officers – Current**

DARREN D. HAWKINS
DARREL J. HARRIS
JASON W. BERGMAN
DANIEL L. OLIVIER
LEAH K. DAWSON
ANNLEA RUMFOLA
TONY CARRENO
DOUGLAS A. CARTY
MATTHEW A. DOHENY
JAVIER EVANS
JAMES E. HOFFMAN
SHAUNNA D. JONES
SUSANA MARTINEZ
DAVID S. MCCLIMON
PATRICIA M. NAZEMETZ
CHRIS T. SULTEMEIER
DAVID H. WEBBER

**Environmental / PRP – Potentially Responsible Parties**

US ENVIRONMENTAL PROTECTION AGENCY
ROOSEVELT IRRIGATION DISTRICT

**Insurance Providers / Agents**

ACE AMERICAN INSURANCE COMPANY
ACE PROPERTY & CASUALTY INSURANCE COMPANY
AEGIS LONDON
AIG SPECIALTY INSURANCE COMPANY
ALLIANZ GLOBAL CORP & SPECIALTY SE
ALLIANZ GLOBAL RISK US INSURANCE CO
ALLIANZ US RISKS US INSURANCE COMPANY
ALLIED WORLD ASSURANCE COMPANY, LTD. (AWAC)
AMERICAN INTERNATIONAL GROUP UK LIMITED
AMERICAN INTERNATIONAL REINSURANCE CO., LTD.
APPLIED UNDERWRITERS
ARCADIAN

ARCH REINSURANCE LTD.
ARIA (SAC) LTD
ASPEN AMERICAN INSURANCE CO
AXA XL
AXIS BERMUDA PUNI-WRAP
AXIS INSURANCE COMPANY
AXIS SPECIALTY LIMITED
AXIS SURPLUS INSURANCE COMPANY
BEAZLEY INSURANCE CO.
BERKSHIRE HATHAWAY INTERNATIONAL INSURANCE LTD.
BERKSHIRE INTERNATIONAL
CANOPIOUS
CHUBB BERMUDA INSURANCE
CHUBB LIMITED
CNA
COLUMBIA CASUALTY
CONTINENTAL CASUALTY
CRUM & FORESTER
EMERGIN RISK
ENDURANCE AMERICAN INSURANCE CO
ENDURANCE SPECIALTY INSURANCE LTD.
EVEREST INSURANCE
FEDERAL INSURANCE CO
GAI INSURANCE COMPANY, LTD.
GREAT AMERICAN ASSURANCE CO.
GREENWICH INSURANCE COMPANY
HELIX UNDERWRITING PARTNERS LTD
ILLINOIS UNION INS. CO.
LEX-LONDON
LLOYD'S OF LONDON
MAGNA CARTA - AEGIS
MAGNA CARTA INSURANCE, LTD.
MARKEL
MARKEL BERMUDA
MOSAIC INSURANCE
NATIONAL FIRE & MARINE INSURANCE COMPANY
NATIONAL UNION FIRE INS CO OF PA
NORTH ROCK INSURANCE COMPANY
OLD REPUBLIC GENERAL INSURANCE CORPORATION
OLD REPUBLIC INSURANCE CO.
OLD REPUBLIC INSURANCE COMPANY OF CANADA
RESILIENCE CYBER INSURANCE
ROANOKE (MUNICH RE SYNDICATE)
RSUI INDEMNITY
RT SPECIALTY

SIRIUSPOINT BERMUDA INS CO LTD
SOMPO
ST. PAUL FIRE AND MARINE INSURANCE COMPANY
TOKIO MARINE HCC
TRAVELERS
TRAVELERS OF CANADA
US SPECIALTY INSURANCE CO
VANTAGE RISK LTD
WESTCHESTER SURPLUS INSURANCE COMPANY
XL INSURANCE COMPANY SE - IRISH BRANCH
LOCKTON
WILLIS TOWERS WATSON
ROANOKE TRADE
AFCO CREDIT CORPORATION
BFL

**Litigation**

68TH STREET SITE WORK GROUP
ALABAMA AUTO
ALCO IRON & METAL
ALEXANDER HITZ
ALVIN L. MALNIK
AMEESH BHANDARI
ANTHONY MARTINO
APDI LIQUIDATION, LLC
BED BATH & BEYOND
BLACKSTRAP INDUSTRIES, INC.
BM GROUP INC.
BRIGHT EARTH FOODS
BRYANT HOLDINGS LLC
CAESAR SMITH
CHERRY MAN INDUSTRIES
CHRISTINA LEWIS
COMLINK NETWORK SERVICES
DEPARTMENT OF DEFENCE
DPS AUTO SHIPPERS
ECLIPSE IP LLC
ENVIRONMENTAL PROTECTION AGENCY
FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION
G & J CARLSON TRUCK & TRAILER REPAIRS
GPNE CORP
HALLAMORE CORP, D/B/A B.T. EQUIPMENT
HBC STRATEGIES CONTRACT PAYMENTS
HKM DIRECT MARKET COMMUNICATION

HNRYLOGISTICS.NET
HOME PRODUCTS INTERNATIONAL, INC.
INDEMNITY INS. CO. OF NORTH AMERICA A/S/O/ PERRIGO COMPANY
INTERBORO PACKAGING CORP
JAMES D. WINSTON
JEFF THORN
KENCO LOGISTICS SERVICES (INVACARE)
LOGISTICA ZEMOG
LOGITRAQ, LLC
MAXFIELD CANDY CO
NIPPONKOA INSURANCE
NOVA WILDCAT SHUR-LINE HOLDINGS (H2 GROUP)
OCEAN AMUSEMENTS, INC
OMACHRON SCIENCE INC.
OSHA
PARTY CITY
PML CAPITAL
PYRAMID FLOORING / SENECA HARDWOOD
QUALITY OCEAN
R&L CARRIERS
REIMER WORLD CORP
REVLON, INC.
ROADNET TECHNOLOGIES
ROADWAYDELIVERY.COM
ROCKET FARMS, INC.
SIRIUS COMPUTER SOLUTIONS
STANDARD ROOFING & SHEET METAL SUPPLY
TEMP-COAT BRAND PRODUCTS
THE PURCHASE MASTER, LLC
TM LONGEVITY CENTER, C.A.
TRANSMATE LOGISTICS
TS EXPRESS/MOTORCAR PARTS OF AMERICA
TUCOWS INC
HNRYLOGISTIC.COM
HNRYSLOGISTICS.COM
US FREIGHTWAYS, INC.
US TREASURY
VITAL PHARMACEUTICALS, INC
VIZANT
WASHINGTON STATE EMPLOYEMENT SECURITY DEPARTMENT
YELLO STROM
YELLOW CRATES CORP
KEVIN M GALLOWAY
YELLOW TRANSPORTATION (MANTECA CA)
YRCCOURIER.COM

YRCWORLDWIDEDELIVERY.COM
ZENOBIA COMPANY, LLC

**Material Contract Counterparties**

1313 GRAND STREET REALTY, LLC
181 W JOHNSON OPERATING LLC
445 HOLLYWOOD AVENUE, LLC
9551930 CANADA INC.
A. DUIE PYLE
A2.21 1333 NORTH MARKET LLC
ABF FREIGHT SYSTEM, INC.
ACHERON LAND HOLDINGS ULC
ALAMITOS AUTO PARTS, INC.
ALLIED LOGISTICS CORP.
B & W INVESTMENTS
BARRY JENKINS TRUST
BEL AIR T.T., LLC
BLACH DISTRIBUTING COMPANY
BNSF RAILWAY COMPANY
CHAMBERLAIN TRUST
CHAMPION TERMINAL ASSOCIATES, LLC
CHRISTY REAL ESTATE, LLC
COMMERCE ROAD TERMINALS LLC
CROWN ENTERPRISES, INC.
CWW ENTERPRISES LLC
CYNTHIA OLIVER
DCT ECKHOFF STREET LLC
DCT PEORIA STREET LLC
DCT REGENTVIEW AVENUE, LLC
DOCK STREET CORP
DON JERRY X-PLO, INC.
EDINBURGH LOGISTICS ASSETS LLC
EILER, LLC
ELMIRA TERMINAL & WAREHOUSE CORP.
ESTES EXPRESS LINES
GULSONS CUTTER, LLC
ESTES TERMINALS LLC
EXETER 1619 N PLAZA, LLC
EXOL PROPERTIES, LLC
FIFTY SECOND AVENUE ASSOCIATES, INC.
FINLAYSON LOGISTICS ASSETS LLC
FREIGHT LINE PROPERTIES, LLC
GB UNION GAP, LLC
GEFFS

GIJV IL7 LLC
GPT SANTA FE SPRINGS OWNER LP
GRP 298 ASTOR LLC
HARRIS REAL ESTATE HOLDINGS, LLC
HAWKEY TRANSPORTATION
HIGHLAND INVESTMENTS, LLLP
INVERMEX, LLC
IVEY SELF STORAGE, INC.
J AND C GILMAN LLC
J. L. CLARK CORPORATION
J. B. WRIGHT
JAY F. MANNINO TRUST
JEDS, LLC
JENNINGS LEASING, LC
JERALD K. HOFSTAD
JVCA INVESTMENTS, LLC
KESTREL CROSSDOCK, LLC
LEE A. WIGGINS
LORRAINE CARLSON
M J ROCK, LLC
M4 TERMINALS, LLC
MAD ACQUISITIONS, LLC
MADRONA CUTTER, LLC
MCCALLUM FAMILY, LLC
MG FISHERSVILLE I, LLC
MITCHELL NELSON
NATMI LPF BLOOMINGTON, LP
NATMI NATIONAL FX PROPERTIES, LLC
NATMI NATIONAL TAMPA, LLC
NATMI NATIONAL TRUCK TERMINALS, LLC
NORSTAR WALKER INC.
NORTH ACRES DEVELOPMENT CO., INC.
ORANGE BATAVIA I LLC
ORCHARD INVESTMENTS, INC.
P & R PROPERTY MANAGEMENT
PEARL LENZEN
PETERS INVESTMENTS, LLC
PIFER PROPERTY HOLDINGS, LP
POPULAR INVESTMENTS, LLC
PROLOGIS L.P.
PROLOGIS TARGETED U.S. LOGISTICS FUND, LP
PROLOGIS USLV NEWCA 3, LLC
PROLOGIS USLV SUBREIT 4, LLC
PROPERTY 1955 LLC
PWM, INC.

11

PYRO JUNKIE FIREWORKS, INC.
R. L. ROBERTS, LLC
REIMER WORLD PROPERTIES CORP.
RICHARDSONS PROPERTIES LLC
RLF BOOTH SPE, LLC
RLF I-A SPE, LLC
RLF I-C SPE, LLC
RLF I-PICO SPE, LLC
RLIF EAST 2 LLC
RLR INVESTMENTS, LLC
ROEMER WAY LLC
RWP MANITOBA LTD
SANTA MARIA INVESTMENTS, LLC
SHAFFER ROAD LLC
SOUTHEASTERN FREIGHT LINES, INC.
TATANKA, LLC
TERMINAL LOGISTICS II MID-ATLANTIC SPE, LLC
TERMINAL LOGISTICS II SOUTH SPE, LLC
TERMINAL LOGISTICS II TEXAS SPE, LP
TERRENO CLAWITER LLC
TERRENO DELL LLC
TFI INTERNATIONAL INC.
TOON INVESTMENTS, LLC
TRIP PORTFOLIO, LLC
USHOLL (MI) LLC
VICTORIA C. HAYCOCK
VIEWEG REAL ESTATE
WARNER-WILLIAMS INVESTMENTS, INC.
WATWOOD INVESTMENTS, LLC
WHEELS UP EXPERIENCE, INC.
WIPT, INC.
WOLVERINE FREIGHT SYSTEM
ZOLLINGER COMMERCIAL WAREHOUSING
AXOS BANK
EAST WEST BANK
MERCEDES-BENZ FINANCIAL SERVICES USA LLC
NATIONS
NEXTRAN TRUCK CENTER
PACCAR FINANCIAL CORP.
PEAPACK CAPITAL CORPORATION
RADIUS BANK
STERLING NATIONAL BANK
STOUGHTON TRAILERS ACCEPTANCE CO LLC
TOYOTA
UNITE PRIVATE NETWORKS

VOLVO FINANCIAL SERVICES
GROWTH FUNDING EQUIPMENT FINANCE
RYDER TRANSPORTATION SERVICES
PENSKE TRUCK LEASING CO, L.P.
AJIA, LLC
APPLETREE REALTY HOLDINGS, LLC
ARTIM INDUSTRIAL PROPERTIES
B. KIK PROPERTIES LLC
BIG SKY PROPERTY MANAGEMENT
BLACH INVESTMENT GROUP
BLUEBIRD REAL ESTATE HOLDINGS, LLC
BOYER LOGISTICS, INC.
BREIT INDUSTRIAL CANYON GA 1B01 LLC
C AND S BROKERAGE
CHICAGO TITLE LAND TRUST COMPANY
CITY OF GOODLAND/COUNTY CLERK OF SHERMAN COUNTY
CROWN ASSOCIATES
DAVID M. AND ANN B. MORSE
DUNCO, LLC
DWELL WISE LP
DWJS, LLC
FAZIO TV, LLC
FEDERAL BRIDGE CORPORATION
FREEPORT CENTER ASSOCIATES
G&I IX CHESHIRE, LLC
GB ALBANY, LLC
GLEN EG, LLC
GPT DEER PARK TERMINAL OWNER LLC
GPT ORLANDO TERMINAL OWNER LLC
HAENER PROPERTIES LP
HARTMAN ROAD LLC
HEALTHSOURCE INTEGRATED SOLUTIONS
HVIP INDUSTRIAL PARK
JACK CHAMBERLAIN
JIM HEATHERLY
MARIA ONTIVEROS
MARY A. FAZIO LIMITED PARTNERSHIP I
MATELICH CRANE PIER & PILING
MOBILE AIRPORT AUTHORITY
MOHAWK STREET PROPERTIES LLC
MULTI-BASE, INC.
NAPA AUTO PARTS
NED PROPERTIES, LLC
NIAGARA FALLS BRIDGE
NW 5+B OFFICE AND RETAIL LLC

OPS-KC ASPIRIA, LLC
PAC OPERATING LIMITED PARTNERSHIP
PACIFICORP
PAUL ISAACSON
PORT OF SEATTLE
PPF SUDBERRY OCEAN VIEW HILLS, LP
PRICE PROPERTY AND INVESTMENTS LLC AND GREEN BLUE 1818 LLC
PROLOGIS USLV NEWCA 3, CA
REALTERM NAT PROPERTY HOLDINGS, LP
REGENCY WEST OFFICE PARTNERS
RGA DALFEN EAST DALLAS LP
RICH AND DAVE GRANT PROPERTIES
S&S TRANSPORT
SCHOPP PROPERTIES
SHURLING PROPERTY
SILVER CREEK, LLC
SNOHOMISH COUNTY/CITY AIRPORT
SOETH CORPORATION
SOUTHERN WAREHOUSING & DISTRIBUTION
SPALDING AND SON, INC.
STAKER & PARSON
THE FALOMA FAZIO PROPERTY, LLC
THE MCPHERSON COMPANIES
THUNDERBOLT MANAGEMENT GROUP INC.
TIMBERLINE DISTRIBUTORS LLC / THE BLACK SHEEP
TRAFTON WAREHOUSE LLC
UMPQUA DAIRY
VELOCITY PARTNERS LLC
VILLA VISTA WEST, LLC
AURORA BUSINESS PARK ASSOCIATES, LP
BAKER DENNARD & GOETZ, INC.
CENTRAL PROPERTY GROUP LLC
GREEN ACRES GYPSUM
JONESBORO FREIGHT TERMINAL, LLC
LIGHTEDGE TECHNOLOGIES
MARLEY RMC II SPE LLC
MONTANA OPPORTUNITIES, LLC
PACIFIC TRANSSHIPMENT CENTERS, LLC
SALEM WAREHOUSE SYNDICATE LLC
TIERPOINT, LLC
WEST EMERSON BROKERS MALL LTD.

**Other Restructuring Professionals**

MILBANK

HOLLAND & KNIGHT LLP
CHOATE HALL & STEWART LLP
HOGAN LOVELLS US LLP
ALIX PARTNERS
FTI
ROPES & GRAY
QUINN EMANUEL
PROVINCE
WHITE & CASE
ARNOLD & PORTER
HOULIHAN LOKEY

**Subrogations Claims - Open Litigation**

GIUNTO, VINCENZO
SIMON, ALPAR
SRITHARAN, SRI
ABILI, EDWARD
AGYILIRAH, KWAME
ALEXANDER, JAMES C
ALMONTE, CRISEILY A
ARCE, MARIO
ARIAS, NICOLE
AUGUSTE, MICHELINE
BAEZ, DANIA
BAGWELL, KEVIN
BAKER, RINGO
BAZAROV, JACOB
BINETTE, MYRIAM
BOBLITT, ROBERT E
BOJANG, MUHAMED
BROUSSARD, DEVONTE THOMAS
BROWN, MELISSA D
BUFFORD, RUSSELL
BUFORD, VIRGINIA
BURRELL, BRANDY C
BYRD, DESTINEE R
CANCINO, EDGAR
CARRILLO, ROBERT
CHARLOT, CHARLENE
CLARIN, SHANNON L
CLARK, PAUL
COOPER, STEVEN
CURRY, JAMES
DAUGHERTY, NORMAN E

DELEON, YEFERSON
DEWELL, MEGAN B
DOMINGUEZ, JENNIFER
DREW, DERRICK E
DRIVE NEW JERSEY INS. CO.
ESKRIDGE, DECARLO A
FERNANDEZ, CHRISTIAN
FISHER, SHERQUENNA
FREEMAN, SABRINA
FUSELIER, WILLIAM
GARCIA, ERICA
GASSAWAY, JOHN
GIBBY, GARY
GILMORE, JIMMIE L
GLOVER, D'ANGELO
GOODMAN, SOPIA L
GRISSOM, BOBBY
HAEFNER FARM
HALL, DEREK
HAMILTON, BONITA
HANFORD, PAIGE
HERNANDEZ, EMELY
HERNANDEZ, HENRY P
HETTICK, RACHAEL L
HILL, ANTONIO
HILL, TINA
HONG, HAN G
HONG, ISAAC
HONG, MARYBETH
HOUSE, JOSHUA W
HOWARD, JAMES
HUBERT, JIMMIE
HUCKS, NOVELLA N
HUDSON, CHRISTINE
IBARRA-BASTIDAS, GABRIELA
JACKSON, GERALDINE
JACKSON, LEROY F
JOHNSON, GLENN
JOHNSON, LILLIE P
JONES, DELORES
KELSIE, ADAM
KHAIRA, JARNAIL S
KIEL, MINDY ANN
KIRN, COLENAN B
KITZMILLER, CHRISTIE

KLUXEN, MICHAEL
KOULOUJIAN, HAGOP
LAPOLLA, BLAISE E
LEUNG, MARINA
LITTRAL, WILLIAM A
LOOMIS, MARSHALL
LOPEZ-BUILES, MARTHA
LOUIS, KIRBY
LOURO, EMILY J
LUCE, JOHN
MADDEN, JAYLIN J
MARTIN, JANAE
MATA, MARTIN NAVA
MCBEAN, CAMILA
MERCADO, MILAGROS V
MILLER, THOMAS
MISQUEZ, AARON S
MONGELLI, PAUL L
MOONILAL-SINGH, KAVIR
MUGHADAM, DAVID
NAPIWOCKI, JILL
NEATHERY, ANTHONY S
NEWTON, JESSE
NOWICKI, LAWRENCE
ONCOR ELECTRIC DELIVERY COMPANY
OPENSHAW, ANNE-CELESTE
PATEL, ANKIT K
PATTERSON, NANCY
PEGUERO, YENCY
PEMBA, VIGNOLA
PEREZ-ORTIZ, YURITSI
PEREZ-VALENCIA, LEXINGTON
PLOTT, JC
PONCE, LEONEL
POWELL, ANTHONY
PROTO, ERIK
RICHARD, JOSHUA
RIGGINS, KIMDELL
RILEY, CHERRY B
RIVERA-ROMERO, LESLIE J
ROBINSON, SUMMER CHEYENNE
ROBLES, SAMUEL
RODRIGUEZ, KENNETH
RODRIGUEZ, RAUDIN
ROGERS, LILIAH

17

ROMAN, NADINE
ROPSHAW, CADE J
SANCHEZ GARCIA, HORACIO
SANDERS, JOHN
SANTOS, MARTITA S
SAWYER, SHERI L
SAYEGH, AILYN
SCHIMMOLLER, JAMES D
SELBY, ROBERT
SESSION, QUSARN F
SIRA-MONSALVE, YELIMAR
SLATER, WILLIE LEE
SNEED, HODGES
SOFOLONIA, VEA
SOSA, JUAN
SPENCE, TENA J
STEWART RENTALS
TARTABULL, CARLOS E
TINSLEY, JESSTINA
TRICE, WHITTNI L
TURAKULOV, DAMIR T
VEASEY, ZACKARY
VIERA, OCTAVIO F
WASMILLER, LORINDA
WATERS-OCASIO, LAUREEN
WATKINS, ERIC
WILLIAMS, BERNARD
WILLIAMS, JOHN
WINSTON, JOYCE A
WINSTON, SHAREE D
WYSZYNSKI, PAUL
YANTO, CHARMANE

**Surety and Letters of Credit Issuers**

ARCH CAPITAL GROUP
ARGO GROUP
AXA XL
CHUBB GROUP
CNA SURETY
INTACT GROUP
LIBERTY MUTUAL GROUP
PROTECTIVE

**Taxing Authorities / Governmental Agencies / Regulatory Agencies**

CANADA REVENUE AGENCY
CITY OF JOILET, IL
CITY OF DANVILLE, IL
TEXAS COMPTROLLER
ST. JOSEPH COUNTY (SOUTH BEND), IN
SAN JOAQUIN COUNTY ASSESSOR'S OFFICE (TRACY, CA)
WASHINGTON DEPARTMENT OF REVENUE
PENNSYLVANIA DEPARTMENT OF REVENUE
NEW YORK DEPARTMENT OF TAXATION AND FINANCE
MASSACHUSETTS DEPARTMENT OF REVENUE
LOS ANGELES COUNTY, CA

**Top Creditors**

BNSF RAILWAY COMPANY
EXL SERVICE HOLDINGS INC
AMAZON
PILOT TRAVEL CENTERS LLC
HOME DEPOT
BELK EXPRESS
RFT LOGISTICS LLC
PENSKE TRUCK LEASING
UNION PACIFIC RAILROAD
GOODYEAR TIRE & RUBBER COMPANY
MICHELIN NORTH AMERICA INC
KEURIG DR. PEPPER
DIRECT CHASSISLINK, INC.
MID-AMERICAN CONSTRUCTORS LLC
BED BATH & BEYOND
COTY
DAIMLER TRUCKS NA
NORTH AMERICAN TRANSACTION SERVICES
CENTRAL STATES H&W FUND
WESTERN TEAMSTERS WELFARE FUND
CENTRAL STATES PENSION
TEAMSTERS NATIONAL 401K SAVINGS PLAN
CENTRAL PENNSYLVANIA TEAMSTERS
IAM NATIONAL 401K PLAN
IBT LOCAL 710
LOCAL 805 PENSION AND RETIREMENT PLAN
NY STATE TEAMSTERS COUNCIL
MICHIGAN CONFERENCE OF TEAMSTERS
LOCAL 707

PENSION BENEFIT GUARANTY CORPORATION

**U.S. Trustee Office**

JOSEPH MCMAHON
LAUREN ATTIX
LINDA CASEY
JOSEPH CUDIA
HOLLY DICE
SHAKIMA L. DORTCH
TIMOTHY J. FOX, JR.
DIANE GIORDANO
CHRISTINE GREEN
BENJAMIN HACKMAN
NYANQUOI JONES
JANE LEAMY
HANNAH M. MCCOLLUM
JAMES R. O'MALLEY
LINDA RICHENDERFER
JULIET SARKESSIAN
RICHARD SCHEPACARTER
EDITH A. SERRANO
ROSA SIERRA-FOX
DION WYNN

**UCC Lien Parties**

ALTABANK
ALTER DOMUS PRODUCTS CORP.
BANK OF NEW YORK MELLON, THE AS COLLATERAL AGENT
BOFI FEDERAL BANK
CITIZENS ASSET FINANCE INC
CITIZENS BANK N.A.
CITIZENS BUSINESS CAPITAL
CORTLAND PRODUCTS CORP.
CREDIT SUISSE AG AS COLLATERAL AGENT
EVERBANK COMMERCIAL FINANCE INC
FIRST UTAH BANK
GROWTH FUNDING EQUIPMENT FINANCE
HARBOR CAPITAL LEASING INC
HARBOR CAPITAL LEASING LLC
HYG FINANCIAL SERVICES INC
INTERNAL REVENUE SERVICE
INVESTORS BANK
JPMORGAN CHASE BANK N.A.

LE SCHWAB WAREHOUSE CENTER INC
MILESTONE EQUIPMENT CORPORATION
NATIONS FUND I INC
NATIONS FUND I LLC
NEWSTAR COMMERCIAL LEASE FUNDING I LLC
NEWSTAR EQUIPMENT FINANCE I LLC
NMHG FINANCIAL SERVICES INC
PEOPLE'S CAPITAL AND LEASING CORP
PEOPLE'S UNITED BANK NA
PMC FINANCIAL SERVICES GROUP LLC
RADIUS BANK
RBS CITIZENS BUSINESS CAPITAL AS AGENT
SOMERSET CAPITAL GROUP LTD
SOMERSET CAPITAL GROUP XXII
STOUGHTON TRAILERS ACCEPTANCE COMPANY LLC
SUSQUEHANNA COMMERCIAL FINANCE INC
TOYOTA INDUSTRIES COMMERICIAL FINANCE INC
UTICA LEASECO LLC
WINTRUST EQUIPMENT FINANCE
YRC INC

**UCC Members**

BNSF RAILWAY COMPANY
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
MICHELIN NORTH AMERICA INC
CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND
DAIMLER TRUCKS NA
NEW YORK STATE TEAMSTERS PENSION AND HEALTH FUNDS
RFT LOGISTICS LLC
PENSION BENEFIT GUARANTY CORPORATION
ARMANDO RIVERA

**UCC Professionals**

AKIN GUMP
MILLER BUCKFIRE & CO.
HURON CONSULTING

**Union Funds**

CENTRAL STATES PENSION FUNDS
ALBANY TRUCKING & ALLIED INDUSTRIES - LOCAL 294
AUTOMOBILE MECHANICS' LOCAL 701 UNION & INDUSTRY PENSION FUND
        (CHICAGO MECHANICS)

AUTOMOBILE MECHANICS' LOCAL 701 UNION & INDUSTRY WELFARE FUND (CHICAGO MECHANICS)
BRAC 1908 MIA (ALLIED SERVICES DIVISION)
BRAC 1908 MIA (TCU PENSION FUND)
CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND
CENTRAL PENNSYLVANIA TEAMSTERS HW FUND
CENTRAL STATES H/W FUND - LOCAL 778 KANSAS PAID TO 01A (IAM)
CENTRAL STATES HEALTH & WELFARE FUND
CENTRAL STATES PENSION FUND (LOCAL 778 MECHANICS)
CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION #301, I B OF T
DISTRICT #77 IAMAW WELFARE ASSOCIATION (737 ST. PAUL HW (IAM))
DISTRICT #9 IA OF M & A W WELFARE TRUST (LOCAL 777 ST LOUIS HW)
DISTRICT #9 IA OF M & AW PENSION TRUST (LOCAL 777 - ST LOUIS MECH)
EAST BAY DRAYAGE DRIVERS SECURITY FUND (LOCAL 70)
EMPLOYER-TEAMSTERS LOCAL #175 & 505 H/W FUND (JC 84)
FREIGHT DRIVERS & HELPERS LOCAL UNION 557
HAGERSTOWN TEAMSTERS HEALTH & PENSION FUND (LOCAL 992)
HAWAII TEAMSTERS HEALTH & WELFARE TRUST
HAWAII TRUCKERS UNION PENSION FUND
IA OF M MOTOR CITY WELFARE & PENSION FUND (LOCAL 698 - DETROIT MECHANICS)
IAM LOCAL 447 HEALTH/WELFARE FUND (BUFFALO HW)
IAM NATIONAL PENSION FUND
IAM NATIONAL PENSION FUND (BUF 447)
IAM NATIONAL PENSION FUND (LOCAL 778 MECHANICS)
IAM NATIONAL PENSION FUND (ST PAUL 737)
IBOFT OFFICE OF THE TRUSTEES LOCAL 710 HW & PENSION FUND (CHICAGO MECHANICS)
INDIANA CONFERENCE OF TEAMSTERS SAFETY TRAINING & EDUCATIONAL TRUST FUND
JOINT COUNCIL #83- VIRGINIA
LA MACHINISTS BENEFIT TRUST (LOCAL 1186 SOUTHERN CA MECH)
LOCAL 294 ALBANY AREA TRUCKING
LOCAL 445 PENSION FUND
TEAMSTERS LOCAL 617
LOCAL 705 IB OF T HEALTH & WELFARE FUND
MACHINIST MONEY PURCHASE PENSION FUND
MANAGEMENT LABOR WELFARE & PENSION FUNDS - LOCAL 1730 ILA
MICHIGAN CONFERENCE OF TEAMSTERS WELFARE FUND
MID JERSEY TRUCKING INDUSTRY LOCAL 701 WELFARE & PENSION FUND
MINNESOTA TEAMSTERS - MINNEAPOLIS OFFICE
NATIONAL IAM PENSION FUND (SOCAL 1186)
NEW ENGLAND TEAMSTERS PENSION TRUST
NEW YORK STATE TEAMSTERS (LOCAL 445)
NEW YORK STATE TEAMSTERS CONFERENCE PENSION & RETIREMENT FUND

NEW YORK STATE TEAMSTERS COUNCIL HEALTH & HOSPITAL FUND
NEW YORK STATE WELFARE FUND (LOCAL 355 - BLT)
NORTHERN NEW ENGLAND BENEFIT TRUST
OPEIU (TPA CORP 401K) SANTA ROSA AND BAY AREA
OREGON TEAMSTERS NATIONAL 401K SAVINGS PLAN
OREGON WESTERN TEAMSTERS WELFARE FUND
P130-EMPLOYERS-TEAMSTERS LOCAL #175 & 505 PENSION FUND (JC 84)
ROAD CARRIERS LOCAL 707 HEALTH & WELFARE FUND
ROAD CARRIERS LOCAL 707 PENSION FUND
SANTA ROSA 665, LOCAL 287, AND LOCAL 2785 (TEAMSTER BENEFIT TRUST)
SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE & PENSION FUND
        (LOCAL 179)
SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE & PENSION FUND
        (LOCAL 673/179/330/134)
SW PA AND WESTERN MARYLAND TEAMSTERS & EMPLOYERS PENSION FUND
TEAMSTERS #261 & EMPLOYERS WELFARE FUND
TEAMSTERS 401(K) JO/MILWAUKEE
TEAMSTERS 401(K) JOLIETE
TEAMSTERS HEALTH SERVICES & INSURANCE PLAN OF LOCAL 404
TEAMSTERS JOINT COUNCIL #83 OF VIRGINIA
TEAMSTERS LOCAL 251 HEALTH SERVICES & INSURANCE PLAN
TEAMSTERS LOCAL 493 HEALTH SERVICE & INSURANCE PLAN
TEAMSTERS LOCAL 560 BENEFIT FUNDS (NORTH JERSEY)
TEAMSTERS LOCAL 639 EMPLOYERS PENSION TRUST
TEAMSTERS LOCAL 639 EMPLOYERS HEALTH TRUST
TEAMSTERS LOCAL 641 PENSION FUND
TEAMSTERS LOCAL 641 WELFARE FUND
TEAMSTERS LOCAL 671 HEALTH SERVICES & INSURANCE PLAN
TEAMSTERS LOCAL 677 HEALTH SERVICES & INSURANCE PLAN
TEAMSTERS LOCAL UNION NO. 653 HEALTH WELFARE & INSURANCE FUND
TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY -
        TEAMSTERS HEALTH & WELFARE FUND
TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY -
        TEAMSTERS PENSION FUND
TEAMSTERS UNION 25 HEALTH SERVICES & INSURANCE PLAN
TRANSPORTATION LOCAL 443 HEALTH SERVICE & INSURANCE PLAN
TRUCK DRIVERS LOCAL 170 HEALTH & WELFARE FUND
UNION LOCAL 705 PT PENSION FUND
WASHINGTON TEAMSTERS NATIONAL 401K SAVINGS PLAN
WESTERN TEAMSTERS WELFARE FUND
WESTERN CONFERENCE OF TEAMSTERS - NATIONAL 401(K) SAVINGS PLAN
WESTERN CONFERENCE OF TEAMSTERS SUPPLEMENTAL BENEFIT TRUST FUND
WESTERN PENNSYLVANIA TEAMSTERS & EMPLOYERS PENSION FUND
WESTERN PENNSYLVANIA TEAMSTERS & EMPLOYERS WELFARE FUND
WESTERN STATES OFFICE & PROFESSIONAL EMPLOYEES PENSION FUND (OPEU)

WESTERN TEAMSTERS WELFARE TRUST - WASHINGTON
WESTERN TEAMSTERS WELFARE TRUST - OPEIU
WISCONSIN HEALTH FUND

**Unions**

INTERNATIONAL BROTHERHOOD OF TEAMSTERS

**Vendors**

COMDATA, INC.
EXL SERVICE IRELAND LIMITED
TEAMSTERS NATIONAL 401K SAVINGS PLAN
SALESFORCE.COM INC
GOODYEAR TIRE & RUBBER COMPANY
MICHELIN NORTH AMERICA INC
DIRECT CHASSISLINK, INC.
MID-AMERICAN CONSTRUCTORS LLC
NORTH AMERICAN TRANSACTION SERVICES
BELK EXPRESS
HAZ-MAT RESPONSE, INC.
BLUE CROSS AND BLUE SHIELD ILL
FLEETPRIDE
RFT LOGISTICS LLC
ORACLE AMERICA INC
CITY WIDE FRANCHISE CO INC
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
KEYHOLE SOFTWARE LLC
SECURITAS SECURITY SERVICES
SUPERIOR MATERIAL HANDLING INC
BS TRANSPORT LLC
CVS CAREMARK
OLD WORLD INDUSTRIES, LLC
PRESTIGE FLEET SERVICES LLC
BRIDGESTONE AMERICAS
WIESE USA
DAIMLER TRUCK FINANCIAL SERVICES
CORPORATE LODGING CONSULTANTS INC
WASTE MANAGEMENT NATIONAL SERVICES INC
HARTFORD LIFE AND ACCIDENT INS CO
RECEIVER GENERAL FOR CANADA
FIRE ENGINEERING COMPANY, INC.
OKTA INC
ORLANDO PRO TRUCK REPAIRS LLC
MERGE

GBS
ARAMARK
AVERY WEIGH-TRONIX LLC
OPTYM
STAPLES BUSINESS ADVANTAGE
VERIZON CONNECT TELO INC
DEKRA SERVICES INC.
KPMG LLP
ALTUS RECEIVABLES MANAGEMENT INC
SECURITY SOLUTIONS OF AMERICA
WASTE HARMONICS
BESTPASS, INC.
TRUCKPRO
DUN & BRADSTREET, INC
PUBLICIS SAPIENT
FLEET CHARGE
RINGCENTRAL INC
PASHA HAWAII HOLDINGS LLC
LYTX, INC.
R & D MOBILE SERVICES INC
RICOH USA, INC.
IMPERIAL SUPPLIES LLC
AAA SEMI TRUCK & TRAILER REPAIRS, LLC
ROOFOPTIONS, LLC
BROWN & JOSEPH
CINTAS
PACCAR PARTS FLEET SERVICES
PINNACLE FLEET SOLUTIONS
INFOSTRETCH CORPORATION
ROAD-1 INC
FACTOR SYSTEMS, INC.
BOBS MOBILE TRUCK & TRAILER SHOP LTD
TECHNOLOGY GROUP SOLUTIONS, LLC
HONEYWELL SCANNING AND MOBILITY
NW FLEET TRUCKTRAILER REPAIR INC
BAUCOM SERVICE INC
TRUCKING MANAGEMENT, INC.
SAFETY-KLEEN SYSTEMS INC
MTM RECOGNITION CORPORATION
GEOS ENVIRONMENTAL, INC.
EAN SERVICES LLC
LAO-HMONG SECURITY AGENCY INC
MODE TRANSPORTATION LLC
ZELLO INC
AURORA PARTS & ACCESSORIES LLC

INTERSTATE BUILDING MAINTENANCE CORP.
CASS INFORMATION SYSTEMS, INC.
TAYLOR COMMUNICATIONS
NTT DATA SERVICES LLC
PETROCARD, INC.
NATIONAL LANDSCAPE MANAGEMENT
AMERIGAS PROPANE
TIG FLEET SERVICE
CN
ULINE SHIPPING SUPPLY SPECIALISTS
GRAINGER
PONTOON SOLUTIONS, INC.
WEST POWER SERVICES
4REFUEL CANADA LP
CHEVRON PRODUCTS COMPANY
DELTA DENTAL OF KANSAS, INC.
BAYARD ADVERTISING AGENCY
FLETES MEXICO CARGA EXPRESS
RAYS TIRE SERVICE LLC
UNITED PARCEL SERVICE
PACKAGING CORPORATION OF AMERICA
FIDELITY WORKPLACE SERVICES LLC
CSTK
ERNST & YOUNG LLP
CONVERGE ONE INC
TOTAL QUALITY LOGISTICS, LLC
CBK CONSTRUCTION COMPANY
HAULISTIC LLC
TEN LOGISTICS, INC.
JACOBUS ENERGY LLC
GOETZ ENERGY CORPORATION
ITF LLC
MILESTONE TRAILER LEASING LLC
MIRI PIRI TRANSPORTATION INC
DELL MARKETING L.P.
SIGNATURE GRAPHICS INC
MICROSOFT CORPORATION
SCHNEIDER NATIONAL, INC.
KASOWITZ BENSON TORRES LLP
INDIANA STATE DEPARTMENT OF REVENUE
JLT MOBILE COMPUTERS INC.
CONRAD & BISCHOFF, INC.
HERITAGE PETROLEUM LLC
J.J. ADVANTAGE SECURITY
PROGISTICS DISTRIBUTION INC

TOTE MARITIME PUERTO RICO, LLC
OVERLAND WEST FREIGHT LINES
RUSH TRUCK CENTER
WORLD FUEL SERVICES INC
DIESEL DIRECT WEST
MANSFIELD OIL COMPANY
INSIGHT DIRECT USA, INC.
TEAMSTERS PENSION FUND
ITS NATIONAL, LLC
PILOT TRAVEL CENTERS LLC
UNION PACIFIC RAILROAD
NORFOLK SOUTHERN CORPORATION
NEXTRAN TRUCK CENTERS MIDWEST INC
JAMES RIVER PETROLEUM, INC.
HIGHTOWERS PETROLEUM COMPANY
SPEEDY TRANSPORT GROUP INC
VANGUARD TRAILER
IBT LOCAL 710 HEALTH & WELFARE
EXL SERVICE HOLDINGS INC
ROAD CARRIERS LOCAL 707 WELFARE FUND
MIRABITO ENERGY PRODUCTS
WEBSTER BANK
SPAN ALASKA TRANSPORTATION INC
U.S. XPRESS ENTERPRISES INC.
OLD REPUBLIC RISK MANAGEMENT INC
DIVERSIFIED ENERGY SUPPLY
REED TRANSPORT, LLC
DIESEL DIRECT, INC.
TBS FACTORING SERVICE, LLC
AT&T
NY STATE TEAMSTERS COUNCIL
PROLOGIS USLV NEWCA 3 LP
TEAMSTERS LOCAL 641
MAGNUM LTL, INC.
OREGON TEAMSTER EMPLOYERS TRUST
MOTUS LLC
WASHINGTON TEAMSTERS WELFARE TRUST
IBT LOCAL 710
GREEN BLUE 1818 LLC
PCS SURFACE DELIVERY
TEAMSTERS HEALTH & WELFARE FUND
HYUNDAI TRANSLEAD
OSCO INCORPORATED
OFFEN PETROLEUM LLC
LOCAL 701 MID JERSEY TRUCKING

SC FUELS
HAGERSTOWN TEAMSTERS & MOTOR CARRIERS
OHIO DEPARTMENT OF TAXATION
7 OIL COMPANY INC
IBT LOCAL 710 PENSION FUND
NORTH PARK TRANSPORTATION CO INC
M-O FREIGHT WORKS
CROSS COUNTRY COURIER INC
WELFARE ACCOUNT NO. 500
SUBURBAN TEAMSTERS WELFARE FUND
GARDAWORLD SECURITY SERVICES
GPT OPERATING PARTNERSHIP LP
WILMINGTON TRUST COMPANY
IBM CORPORATION
CENTURYLINK
GUIDEPOINT SECURITY LLC
TEAMSTERS LOCAL 641 H/W FUND
LEUF OF FLORIDA INC
STL TRUCKERS, LLC.
NEW ENGLAND TEAMSTERS PENSION FUND
OREGON DOT/MCT
INTERCEPT LOGISTICS, INC.
US SPECIAL DELIVERY
VERIZON WIRELESS
HNRY INTRA SUP
STRAIGHT FREIGHT SYSTEM LLC
PROSKAUER ROSE LLP
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
EBDDSF
B2B SUPPLY
EXPERSOLVE
TEAMSTERS UNION LOCAL 25
COOK COUNTY TREASURER
MIRACLE EXPRESS, INC.
TRANS-NATIONAL EXPRESS
LOCAL 707
GARDEWINE & SONS LTD
TACOMA MOTORFREIGHT SERVICE
LOCAL 251 H & W FUND
MORGAN, LEWIS & BOCKIUS LLP
WESTERN PA WELFARE FUND
A DUIE PYLE INC
TEAMSTERS LOCAL 25 H & W PLAN
RILEY OIL CO
FIRST ADVANTAGE BACKGROUND SERVICES CORP

R.L. ROBERTS LLC
COYOTE LOGISTICS
MARSH USA INC
SBC TAX COLLECTOR
NY ST TEAMSTERS
TRUCKING EMPLOYEES OF NORTH

### Schedule 2

**Potential Connections or Related Parties**

## SCHEDULE 2

**Yellow Corporation, *et al.***
**KPMG CONNECTIONS**

### 5% or More Equity Holders

UNITED STATES DEPARTMENT OF THE TREASURY
MFN PARTNERS MANAGEMENT, LP
INTERNATIONAL BROTHERHOOD OF TEAMSTERS

### Affiliated Company Names and Joint Ventures

OPK INSURANCE CO. LTD.
YRC LOGISTICS ASIA LIMITED
ROADWAY LLC
PT MERIDIAN IQ INDONESIA INTERNATIONAL
ROADWAY EXPRESS, S.A. DE C.V.
YRC TRANSPORTATION, S.A. DE C.V.
TRANSCONTINENTAL LEASE, S. DE R.L. DE C.V.
REIMER HOLDING B.V.
YRC SERVICES S. DE R.L. DE C.V.
USF HOLLAND INC.
YRC FREIGHT
ROADWAY EXPRESS, INC.
YELLOW TRANSPORTATION, INC

### Bankruptcy Judges

No KPMG Connections

### Bankruptcy Judges – Staff

No KPMG Connections

### Bankruptcy Professionals

ALVAREZ & MARSAL
KIRKLAND & ELLIS
EPIQ GLOBAL
GOODMANS LLP
PACHULSKI STANG ZIEHL & JONES

### Banks/Lender/Administrative Agents

CITIZENS BANK N.A.
JPMORGAN CHASE BANK N.A.

BNY MELLON
US BANK N.A.
BANK OF AMERICA, N.A.
PNC BANK
BANK OF NOVA SCOTIA
TD BANK
WELLS FARGO
UMB BANK
BANCOMER
BANK OF BERMUDA
CITIZENS BUSINESS CAPITAL
PNC BANK NATIONAL ASSOCIATION
ING CAPITAL LLC
CIT FINANCE LLC
KEYBANK NATIONAL ASSOCIATION
SIEMENS FINANCIAL SERVICES, INC.
CORTLAND PRODUCTS CORP.
APOLLO CREDIT STRATEGIES MASTER FUND, LTD.
APOLLO ATLAS MASTER FUND, LLC
AP KENT CREDIT MASTER FUND, L.P.
MPI (LONDON) LIMITED
APOLLO TR ENHANCES LEVERED YIELD LLC
APOLLO TR OPPORTUNISTIC LTD.
APOLLO A-N CREDIT FUND (DELAWARE), L.P.
APOLLO CENTRE STREET PARTNERSHIP, LP
APOLLO MOULTRIE CREDIT FUND, L.P.
APOLLO TACTICAL VALUE SPN INVESTMENTS, L.P.
APOLLO ACCORD MASTER FUND III, L.P.
CADBURY MONDELEZ PENSION TRUST LIMITED
AMISSIMA DIVERSIFIED INCOME ICAV
ATHORA LUX INVEST
SAN BERNARDINO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION
APOLLO CREDIT FUNDS ICAV
ACE GLOBAL MULTI-CREDIT LLC
APOLLO CREDIT MASTER FUND LTD.
APOLLO LINCOLN FIXED INCOME FUND, L.P.
ASPEN AMERICAN INSURANCE COMPANY
UNITED STATES DEPARTMENT OF THE TREASURY
ALTER DOMUS PRODUCTS CORP.
MFN PARTNERS MANAGEMENT, LP
CITADEL

**Cargo-Related Claims**

FREIGHTQUOTE
VWR INTERNATIONAL
FORD
TURN 5

EXPEDITORS CARGO INSURANCE BROKERS
UPS CAPITAL INSURANCE AGENCY INC
ETECH GROUP
MARS PETCARE USA INC
NFI INDUSTRIES
BLUEGRACE LOGISTICS
DUPONT
PHILLIPS VAN-HEUSEN
SIGNIFY NORTH AMERICA CORPORATION
RIVIAN AUTOMOTIVE LLC
LOGISTICS PLUS
STANLEY BLACK & DECKER (US) INC
SAMSUNG ELECTRONICS AMERICA INC
SPECTRUM BRANDS
MEDLINE INDUSTRIES
THE VOLLRATH COMPANY
BARRETTE OUTDOOR LIVING

**Customers**

4FRONT
AMAZON COM INC
ARC SUPPLY CHAIN SOLUTIONS
ARCBEST ENTERPRISE SOLUTIONS INC
ASCENT GLOBAL LOGISTICS COMPANY
ASSOCIATION SOLUTIONS
BLUE GRACE LOGISTICS
CH ROBINSON CO
DAIMLER TRUCKS NA
DOLLAR GENERAL CORPORATION
DOLLAR TREE STORES
EATON CORPORATION
ECHO GLOBAL LOGISTICS
EXEL INC DBA DHL SUPPLY CHAIN
FERN
FIRST BRANDS GROUP
FORD MOTOR COMPANY
GENERAL ELECTRIC
GLOBAL TRANZ ENTERPRISES
HILLENBRAND INC
HNRY LOGISTICS
HOME DEPOT
HONDA MOTOR LOGISTICS
HUB GROUP
HUBBELL INC
HYUNDAI AMERICA
JOHNSON CONTROLS INC
LOGIKOR

NISSAN NORTH AMERICA INC
OFFICE DEPOT
OHIO LOGISTICS
OMNI LOGISTICS
PLY GEM
RE TRANS FREIGHT
REDWOOD/SIMPLIFIED LOGISTICS
SCHNEIDER LOGISTICS
STAPLES INC
TFORCE WORLDWIDE
TRANSPORTATION INSIGHT
UBER FREIGHT US LLC
ULINE
UNISHIPPERS
UNITED STATES GOVERNMENT
VOLVO LOGISTICS NORTH AMERICAN
WALMART STORES INC
WORLDWIDE EXPRESS
RITE AID

**Debtors**

1105481 ONTARIO, INC.
EXPRESS LANE SERVICE, INC.
NEW PENN MOTOR EXPRESS LLC
YRC ASSOCIATION SOLUTIONS, INC
YRC ENTERPRISE SERVICES, INC.
USF HOLLAND LLC
YRC INTERNATIONAL INVESTMENTS, INC
YRC REGIONAL TRANSPORTATION, INC.
YRC MORTGAGES, LLC
USF REDSTARLLC
USF BESTWAY INC.
USF DUGAN INC.
ROADWAY NEXT DAY CORPORATION
YRC INC.
USF HOLLAND INTERNATIONAL SALES CORPORATION
YRC LOGISTICS SERVICES, INC.
USF REDDAWAY INC.
YRC LOGISTICS INC.
YELLOW FREIGHT CORPORATION
ROADWAY EXPRESS INTERNATIONAL, INC.
YELLOW LOGISTICS, INC.
YRC FREIGHT CANADA COMPANY
YELLOW CORPORATION

**Directors/Officers – Current**

DARREN D. HAWKINS
DARREL J. HARRIS
JASON W. BERGMAN
DANIEL L. OLIVIER
LEAH K. DAWSON
ANNLEA RUMFOLA
TONY CARRENO
DOUGLAS A. CARTY
MATTHEW A. DOHENY
JAVIER EVANS
JAMES E. HOFFMAN
SHAUNNA D. JONES
SUSANA MARTINEZ
DAVID S. MCCLIMON
PATRICIA M. NAZEMETZ
CHRIS T. SULTEMEIER
DAVID H. WEBBER

**Environmental / PRP – Potentially Responsible Parties**

US ENVIRONMENTAL PROTECTION AGENCY

**Insurance Providers / Agents**

ACE AMERICAN INSURANCE COMPANY
ACE PROPERTY & CASUALTY INSURANCE COMPANY
AEGIS LONDON
AIG SPECIALTY INSURANCE COMPANY
ALLIANZ GLOBAL CORP & SPECIALTY SE
ALLIANZ GLOBAL RISK US INSURANCE CO
ALLIANZ US RISKS US INSURANCE COMPANY
ALLIED WORLD ASSURANCE COMPANY, LTD. (AWAC)
AMERICAN INTERNATIONAL GROUP UK LIMITED
AMERICAN INTERNATIONAL REINSURANCE CO., LTD.
APPLIED UNDERWRITERS
ARCADIAN
ARCH REINSURANCE LTD.
ARIA (SAC) LTD
ASPEN AMERICAN INSURANCE CO
AXA XL
AXIS BERMUDA PUNI-WRAP
AXIS INSURANCE COMPANY
AXIS SPECIALTY LIMITED
AXIS SURPLUS INSURANCE COMPANY
BEAZLEY INSURANCE CO.
BERKSHIRE HATHAWAY INTERNATIONAL INSURANCE LTD.

BERKSHIRE INTERNATIONAL
CANOPIOUS
CHUBB BERMUDA INSURANCE
CHUBB LIMITED
CNA
COLUMBIA CASUALTY
CONTINENTAL CASUALTY
CRUM & FORESTER
EMERGIN RISK
ENDURANCE AMERICAN INSURANCE CO
ENDURANCE SPECIALTY INSURANCE LTD.
EVEREST INSURANCE
FEDERAL INSURANCE CO
GAI INSURANCE COMPANY, LTD.
GREAT AMERICAN ASSURANCE CO.
GREENWICH INSURANCE COMPANY
HELIX UNDERWRITING PARTNERS LTD
ILLINOIS UNION INS. CO.
LEX-LONDON
LLOYD'S OF LONDON
MAGNA CARTA - AEGIS
MAGNA CARTA INSURANCE, LTD.
MARKEL
MARKEL BERMUDA
MOSAIC INSURANCE
NATIONAL FIRE & MARINE INSURANCE COMPANY
NATIONAL UNION FIRE INS CO OF PA
NORTH ROCK INSURANCE COMPANY
OLD REPUBLIC GENERAL INSURANCE CORPORATION
OLD REPUBLIC INSURANCE CO.
OLD REPUBLIC INSURANCE COMPANY OF CANADA
RESILIENCE CYBER INSURANCE
ROANOKE (MUNICH RE SYNDICATE)
RSUI INDEMNITY
RT SPECIALTY
SIRIUSPOINT BERMUDA INS CO LTD
SOMPO
ST. PAUL FIRE AND MARINE INSURANCE COMPANY
TOKIO MARINE HCC
TRAVELERS
TRAVELERS OF CANADA
US SPECIALTY INSURANCE CO
VANTAGE RISK LTD
WESTCHESTER SURPLUS INSURANCE COMPANY
XL INSURANCE COMPANY SE - IRISH BRANCH
LOCKTON
WILLIS TOWERS WATSON
ROANOKE TRADE

AFCO CREDIT CORPORATION
BFL

**Litigation**

ALCO IRON & METAL
ANTHONY MARTINO
BED BATH & BEYOND
BM GROUP INC.
BRYANT HOLDINGS LLC
CHERRY MAN INDUSTRIES
DEPARTMENT OF DEFENCE
ENVIRONMENTAL PROTECTION AGENCY
FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION
HALLAMORE CORP, D/B/A B.T. EQUIPMENT
HBC STRATEGIES CONTRACT PAYMENTS
HKM DIRECT MARKET COMMUNICATION
HNRYLOGISTICS.NET
HOME PRODUCTS INTERNATIONAL, INC.
INDEMNITY INS. CO. OF NORTH AMERICA A/S/O/ PERRIGO COMPANY
KENCO LOGISTICS SERVICES (INVACARE)
MAXFIELD CANDY CO
NIPPONKOA INSURANCE
NOVA WILDCAT SHUR-LINE HOLDINGS (H2 GROUP)
OMACHRON SCIENCE INC.
OSHA
PARTY CITY
PML CAPITAL
R&L CARRIERS
REVLON, INC.
ROADNET TECHNOLOGIES
SIRIUS COMPUTER SOLUTIONS
TS EXPRESS/MOTORCAR PARTS OF AMERICA
TUCOWS INC
HNRYLOGISTIC.COM
HNRYSLOGISTICS.COM
US TREASURY
VITAL PHARMACEUTICALS, INC
WASHINGTON STATE EMPLOYEMENT SECURITY DEPARTMENT
YELLO STROM
YELLOW TRANSPORTATION (MANTECA CA)

**Material Contract Counterparties**

9551930 CANADA INC.
ABF FREIGHT SYSTEM, INC.
ALLIED LOGISTICS CORP.
B & W INVESTMENTS

BNSF RAILWAY COMPANY
CROWN ENTERPRISES, INC.
DCT PEORIA STREET LLC
EDINBURGH LOGISTICS ASSETS LLC
ESTES EXPRESS LINES
EXETER 1619 N PLAZA, LLC
FREIGHT LINE PROPERTIES, LLC
GIJV IL7 LLC
HARRIS REAL ESTATE HOLDINGS, LLC
HIGHLAND INVESTMENTS, LLLP
J. L. CLARK CORPORATION
MCCALLUM FAMILY, LLC
NATMI LPF BLOOMINGTON, LP
NATMI NATIONAL FX PROPERTIES, LLC
NATMI NATIONAL TAMPA, LLC
NATMI NATIONAL TRUCK TERMINALS, LLC
ORCHARD INVESTMENTS, INC.
PETERS INVESTMENTS, LLC
PROLOGIS L.P.
PROLOGIS TARGETED U.S. LOGISTICS FUND, LP
PROLOGIS USLV NEWCA 3, LLC
PROLOGIS USLV SUBREIT 4, LLC
RLF BOOTH SPE, LLC
RLF I-A SPE, LLC
RLF I-C SPE, LLC
RLF I-PICO SPE, LLC
RLIF EAST 2 LLC
RLR INVESTMENTS, LLC
SOUTHEASTERN FREIGHT LINES, INC.
TERRENO CLAWITER LLC
TERRENO DELL LLC
TFI INTERNATIONAL INC.
USHOLL (MI) LLC
WHEELS UP EXPERIENCE, INC.
WOLVERINE FREIGHT SYSTEM
AXOS BANK
EAST WEST BANK
MERCEDES-BENZ FINANCIAL SERVICES USA LLC
NATIONS
PACCAR FINANCIAL CORP.
PEAPACK CAPITAL CORPORATION
RADIUS BANK
STERLING NATIONAL BANK
STOUGHTON TRAILERS ACCEPTANCE CO LLC
TOYOTA
UNITE PRIVATE NETWORKS
VOLVO FINANCIAL SERVICES
RYDER TRANSPORTATION SERVICES

PENSKE TRUCK LEASING CO, L.P.
BIG SKY PROPERTY MANAGEMENT
BREIT INDUSTRIAL CANYON GA 1B01 LLC
CHICAGO TITLE LAND TRUST COMPANY
CITY OF GOODLAND/COUNTY CLERK OF SHERMAN COUNTY
FEDERAL BRIDGE CORPORATION
G&I IX CHESHIRE, LLC
HARTMAN ROAD LLC
MOHAWK STREET PROPERTIES LLC
MULTI-BASE, INC.
NAPA AUTO PARTS
NIAGARA FALLS BRIDGE
PAC OPERATING LIMITED PARTNERSHIP
PACIFICORP
PORT OF SEATTLE
PROLOGIS USLV NEWCA 3, CA
REALTERM NAT PROPERTY HOLDINGS, LP
S&S TRANSPORT
SNOHOMISH COUNTY/CITY AIRPORT
STAKER & PARSON
THE MCPHERSON COMPANIES
VELOCITY PARTNERS LLC
CENTRAL PROPERTY GROUP LLC
TIERPOINT, LLC

**Other Restructuring Professionals**

MILBANK
HOLLAND & KNIGHT LLP
CHOATE HALL & STEWART LLP
HOGAN LOVELLS US LLP
ALIX PARTNERS
FTI
ROPES & GRAY
QUINN EMANUEL
PROVINCE
WHITE & CASE
ARNOLD & PORTER
HOULIHAN LOKEY

**Subrogations Claims - Open Litigation**

CLARK, PAUL
COOPER, STEVEN
DRIVE NEW JERSEY INS. CO.
HALL, DEREK
HOWARD, JAMES
JOHNSON, GLENN

LITTRAL, WILLIAM A
MILLER, THOMAS
ONCOR ELECTRIC DELIVERY COMPANY
PATEL, ANKIT K
POWELL, ANTHONY
SANDERS, JOHN
SELBY, ROBERT
WATKINS, ERIC
WILLIAMS, JOHN

**Surety and Letters of Credit Issuers**

ARCH CAPITAL GROUP
ARGO GROUP
AXA XL
CHUBB GROUP
CNA SURETY
INTACT GROUP
LIBERTY MUTUAL GROUP
PROTECTIVE

**Taxing Authorities / Governmental Agencies / Regulatory Agencies**

CANADA REVENUE AGENCY
CITY OF JOILET, IL
CITY OF DANVILLE, IL
TEXAS COMPTROLLER
ST. JOSEPH COUNTY (SOUTH BEND), IN
SAN JOAQUIN COUNTY ASSESSOR'S OFFICE (TRACY, CA)
WASHINGTON DEPARTMENT OF REVENUE
PENNSYLVANIA DEPARTMENT OF REVENUE
NEW YORK DEPARTMENT OF TAXATION AND FINANCE
MASSACHUSETTS DEPARTMENT OF REVENUE
LOS ANGELES COUNTY, CA

**Top Creditors**

BNSF RAILWAY COMPANY
EXL SERVICE HOLDINGS INC
AMAZON
PILOT TRAVEL CENTERS LLC
HOME DEPOT
PENSKE TRUCK LEASING
UNION PACIFIC RAILROAD
GOODYEAR TIRE & RUBBER COMPANY
MICHELIN NORTH AMERICA INC
KEURIG DR. PEPPER
DIRECT CHASSISLINK, INC.

BED BATH & BEYOND
COTY
DAIMLER TRUCKS NA
TEAMSTERS NATIONAL 401K SAVINGS PLAN
CENTRAL PENNSYLVANIA TEAMSTERS
IAM NATIONAL 401K PLAN
IBT LOCAL 710
NY STATE TEAMSTERS COUNCIL
MICHIGAN CONFERENCE OF TEAMSTERS
PENSION BENEFIT GUARANTY CORPORATION

**U.S. Trustee Office**

No KPMG Connections

**UCC Lien Parties**

ALTABANK
ALTER DOMUS PRODUCTS CORP.
BANK OF NEW YORK MELLON, THE AS COLLATERAL AGENT
CITIZENS ASSET FINANCE INC
CITIZENS BANK N.A.
CITIZENS BUSINESS CAPITAL
CORTLAND PRODUCTS CORP.
CREDIT SUISSE AG AS COLLATERAL AGENT
FIRST UTAH BANK
HARBOR CAPITAL LEASING INC
HARBOR CAPITAL LEASING LLC
HYG FINANCIAL SERVICES INC
INTERNAL REVENUE SERVICE
INVESTORS BANK
JPMORGAN CHASE BANK N.A.
LE SCHWAB WAREHOUSE CENTER INC
MILESTONE EQUIPMENT CORPORATION
NATIONS FUND I INC
NATIONS FUND I LLC
NEWSTAR COMMERCIAL LEASE FUNDING I LLC
NEWSTAR EQUIPMENT FINANCE I LLC
NMHG FINANCIAL SERVICES INC
PEOPLE'S CAPITAL AND LEASING CORP
PEOPLE'S UNITED BANK NA
PMC FINANCIAL SERVICES GROUP LLC
RADIUS BANK
RBS CITIZENS BUSINESS CAPITAL AS AGENT
SOMERSET CAPITAL GROUP LTD
SOMERSET CAPITAL GROUP XXII
SUSQUEHANNA COMMERCIAL FINANCE INC
TOYOTA INDUSTRIES COMMERICIAL FINANCE INC

WINTRUST EQUIPMENT FINANCE
YRC INC

## UCC Members

BNSF RAILWAY COMPANY
INTERNATIONAL BROTHERHOOD OF TEAMSTERS
MICHELIN NORTH AMERICA INC
DAIMLER TRUCKS NA
NEW YORK STATE TEAMSTERS PENSION AND HEALTH FUNDS
PENSION BENEFIT GUARANTY CORPORATION

## UCC Professionals

AKIN GUMP
MILLER BUCKFIRE & CO.
HURON CONSULTING

## Union Funds

AUTOMOBILE MECHANICS' LOCAL 701 UNION & INDUSTRY PENSION FUND
    (CHICAGO MECHANICS)
AUTOMOBILE MECHANICS' LOCAL 701 UNION & INDUSTRY WELFARE FUND
    (CHICAGO MECHANICS)
BRAC 1908 MIA (TCU PENSION FUND)
CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND
CENTRAL PENNSYLVANIA TEAMSTERS HW FUND
CHAUFFEURS, TEAMSTERS & HELPERS LOCAL UNION #301, I B OF T
FREIGHT DRIVERS & HELPERS LOCAL UNION 557
HAGERSTOWN TEAMSTERS HEALTH & PENSION FUND (LOCAL 992)
HAWAII TEAMSTERS HEALTH & WELFARE TRUST
IAM LOCAL 447 HEALTH/WELFARE FUND (BUFFALO HW)
IAM NATIONAL PENSION FUND
IAM NATIONAL PENSION FUND (BUF 447)
IAM NATIONAL PENSION FUND (LOCAL 778 MECHANICS)
IAM NATIONAL PENSION FUND (ST PAUL 737)
INDIANA CONFERENCE OF TEAMSTERS SAFETY TRAINING & EDUCATIONAL
TRUST FUND
JOINT COUNCIL #83- VIRGINIA
LOCAL 445 PENSION FUND
TEAMSTERS LOCAL 617
MICHIGAN CONFERENCE OF TEAMSTERS WELFARE FUND
MINNESOTA TEAMSTERS - MINNEAPOLIS OFFICE
NATIONAL IAM PENSION FUND (SOCAL 1186)
NEW ENGLAND TEAMSTERS PENSION TRUST
NEW YORK STATE TEAMSTERS (LOCAL 445)
NEW YORK STATE TEAMSTERS CONFERENCE PENSION & RETIREMENT FUND
NEW YORK STATE TEAMSTERS COUNCIL HEALTH & HOSPITAL FUND

TEAMSTERS JOINT COUNCIL #83 OF VIRGINIA
TEAMSTERS LOCAL 639 EMPLOYERS PENSION TRUST
TEAMSTERS LOCAL 639 EMPLOYERS HEALTH TRUST
TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY -
    TEAMSTERS HEALTH & WELFARE FUND
TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY -
    TEAMSTERS PENSION FUND
WESTERN CONFERENCE OF TEAMSTERS - NATIONAL 401(K) SAVINGS PLAN
WESTERN CONFERENCE OF TEAMSTERS SUPPLEMENTAL BENEFIT TRUST FUND
WESTERN PENNSYLVANIA TEAMSTERS & EMPLOYERS PENSION FUND
WESTERN PENNSYLVANIA TEAMSTERS & EMPLOYERS WELFARE FUND

**Unions**

INTERNATIONAL BROTHERHOOD OF TEAMSTERS

**Vendors**

COMDATA, INC.
EXL SERVICE IRELAND LIMITED
TEAMSTERS NATIONAL 401K SAVINGS PLAN
SALESFORCE.COM INC
GOODYEAR TIRE & RUBBER COMPANY
MICHELIN NORTH AMERICA INC
DIRECT CHASSISLINK, INC.
BLUE CROSS AND BLUE SHIELD ILL
FLEETPRIDE
ORACLE AMERICA INC
SEDGWICK CLAIMS MANAGEMENT SERVICES, INC.
SECURITAS SECURITY SERVICES
BS TRANSPORT LLC
CVS CAREMARK
OLD WORLD INDUSTRIES, LLC
BRIDGESTONE AMERICAS
DAIMLER TRUCK FINANCIAL SERVICES
CORPORATE LODGING CONSULTANTS INC
WASTE MANAGEMENT NATIONAL SERVICES INC
HARTFORD LIFE AND ACCIDENT INS CO
RECEIVER GENERAL FOR CANADA
FIRE ENGINEERING COMPANY, INC.
OKTA INC
MERGE
GBS
ARAMARK
AVERY WEIGH-TRONIX LLC
OPTYM
STAPLES BUSINESS ADVANTAGE
VERIZON CONNECT TELO INC

DEKRA SERVICES INC.
ALTUS RECEIVABLES MANAGEMENT INC
WASTE HARMONICS
BESTPASS, INC.
TRUCKPRO
DUN & BRADSTREET, INC
PUBLICIS SAPIENT
FLEET CHARGE
RINGCENTRAL INC
LYTX, INC.
RICOH USA, INC.
IMPERIAL SUPPLIES LLC
BROWN & JOSEPH
CINTAS
INFOSTRETCH CORPORATION
FACTOR SYSTEMS, INC.
HONEYWELL SCANNING AND MOBILITY
TRUCKING MANAGEMENT, INC.
SAFETY-KLEEN SYSTEMS INC
GEOS ENVIRONMENTAL, INC.
MODE TRANSPORTATION LLC
AURORA PARTS & ACCESSORIES LLC
INTERSTATE BUILDING MAINTENANCE CORP.
CASS INFORMATION SYSTEMS, INC.
TAYLOR COMMUNICATIONS
NTT DATA SERVICES LLC
PETROCARD, INC.
AMERIGAS PROPANE
ULINE SHIPPING SUPPLY SPECIALISTS
GRAINGER
PONTOON SOLUTIONS, INC.
WEST POWER SERVICES
4REFUEL CANADA LP
CHEVRON PRODUCTS COMPANY
DELTA DENTAL OF KANSAS, INC.
BAYARD ADVERTISING AGENCY
FLETES MEXICO CARGA EXPRESS
UNITED PARCEL SERVICE
PACKAGING CORPORATION OF AMERICA
FIDELITY WORKPLACE SERVICES LLC
ERNST & YOUNG LLP
CONVERGE ONE INC
TOTAL QUALITY LOGISTICS, LLC
HAULISTIC LLC
JACOBUS ENERGY LLC
ITF LLC
MILESTONE TRAILER LEASING LLC
DELL MARKETING L.P.

14

SIGNATURE GRAPHICS INC
MICROSOFT CORPORATION
SCHNEIDER NATIONAL, INC.
KASOWITZ BENSON TORRES LLP
INDIANA STATE DEPARTMENT OF REVENUE
JLT MOBILE COMPUTERS INC.
CONRAD & BISCHOFF, INC.
HERITAGE PETROLEUM LLC
PROGISTICS DISTRIBUTION INC
TOTE MARITIME PUERTO RICO, LLC
RUSH TRUCK CENTER
WORLD FUEL SERVICES INC
DIESEL DIRECT WEST
MANSFIELD OIL COMPANY
INSIGHT DIRECT USA, INC.
ITS NATIONAL, LLC
PILOT TRAVEL CENTERS LLC
UNION PACIFIC RAILROAD
NORFOLK SOUTHERN CORPORATION
HIGHTOWERS PETROLEUM COMPANY
IBT LOCAL 710 HEALTH & WELFARE
EXL SERVICE HOLDINGS INC
WEBSTER BANK
U.S. XPRESS ENTERPRISES INC.
OLD REPUBLIC RISK MANAGEMENT INC
DIESEL DIRECT, INC.
AT&T
NY STATE TEAMSTERS COUNCIL
PROLOGIS USLV NEWCA 3 LP
MOTUS LLC
WASHINGTON TEAMSTERS WELFARE TRUST
IBT LOCAL 710
HYUNDAI TRANSLEAD
OSCO INCORPORATED
HAGERSTOWN TEAMSTERS & MOTOR CARRIERS
OHIO DEPARTMENT OF TAXATION
IBT LOCAL 710 PENSION FUND
GARDAWORLD SECURITY SERVICES
GPT OPERATING PARTNERSHIP LP
WILMINGTON TRUST COMPANY
IBM CORPORATION
CENTURYLINK
GUIDEPOINT SECURITY LLC
STL TRUCKERS, LLC.
NEW ENGLAND TEAMSTERS PENSION FUND
OREGON DOT/MCT
VERIZON WIRELESS
PROSKAUER ROSE LLP

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
B2B SUPPLY
EXPERSOLVE
TEAMSTERS UNION LOCAL 25
COOK COUNTY TREASURER
GARDEWINE & SONS LTD
MORGAN, LEWIS & BOCKIUS LLP
WESTERN PA WELFARE FUND
TEAMSTERS LOCAL 25 H & W PLAN
FIRST ADVANTAGE BACKGROUND SERVICES CORP
COYOTE LOGISTICS
MARSH USA INC
SBC TAX COLLECTOR
NY ST TEAMSTERS