## CERTIFICATE OF SERVICE

I, Kevin S. Mann, hereby certify that on October 4, 2023, a true and correct copy of the foregoing *Limited Objection of Comdata, Inc. to Notice of Rejection of Certain Executory Contracts and Unexpired Leases* was served upon all persons requesting notice in this case via CM/ECF and upon the attached service list via electronic mail unless otherwise indicated thereon.

*/s/ Kevin S. Mann*
Kevin S. Mann (No. 4576)

## SERVICE LIST

**VIA FIRST CLASS MAIL**
Yellow Corporation
Attn.: General Counsel
11500 Outlook Street, Suite 400
Overland Park, Kansas 66211

Kirkland & Ellis LLP
Attn.: Allyson B. Smith
601 Lexington Avenue
New York, New York 10022
allyson.smith@kirkland.com

Office of the United States Trustee
for the District of Delaware
Attn.: Jane Leamy
Richard Schepacarter
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
jane.m.leamy@usdoj.gov
richard.schepacarter@usdoj.gov

Benesch Friedlander Coplan & Aronoff LLP
Attn.: Jennifer R. Hoover
Kevin M. Capuzzi
1313 North Market Street, Suite 1201
Wilmington, DE, 19801
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

Kirkland & Ellis LLP
Attn.: Whitney Fogelberg
Rob Jacobson
300 North LaSalle
Chicago, Illinois 60654
whitney.fogelberg@kirkland.com
rob.jacobson@kirkland.com

Pachulski Stang Ziehl & Jones LLP
Attn.: Laura Davis Jones
Timothy P. Cairns
Peter J. Keane
Edward Corma
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

Akin Gump Strauss Hauer & Feld LLP
Attn.: Philip C. Dublin
Meredith A. Lahaie
Kevin Zuzolo
One Bryant Park, Bank of America Tower
New York, NY 10036-6745
pdublin@akingump.com
mlahaie@akingump.com
kzuzolo@akingump.com

Quinn Emmanuel Urquhart & Sullivan
Attn.: Eric Winston
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
ericwinston@quinnemanuel.com

Quinn Emmanuel Urquhart & Sullivan
Attn.: Susheel Kirplani
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com

Ropes & Gray LLP
Attn.: Natasha S. Hwangpo
1211 Avenue of the Americas
New York, NY 10036
Natasha.Hwangpo@ropesgray.com

White & Case LLP
Attn.: Scott Greissman
Elizabeth Feld
Andrew Zatz
1221 Avenue of the Americas
New York, NY 10020
sgreissman@whitecase.com
efeld@whitecase.com
azatz@whitecase.com

Holland & Knight LLP
Attn.: Joshua M. Spencer
Phillip W. Nelson
50 N. Riverside Plaza, Suite 2700
Chicago IL 60606
Joshua.Spencer@hklaw.com
Phillip.Nelson@hklaw.com

Arnold & Porter Kaye Scholer LLP
Attn.: Michael Messersmith
70 West Madison Street, Suite 4200
Chicago, IL 60602
michael.messersmith@arnoldporter.com

Ropes & Gray LLP
Attn.: Lucas S. Smith
191 North Wacker Drive, $32_{nd}$ Floor
Chicago, IL 60606
Luke.Smith@ropesgray.com

Holland & Knight LLP
Attn.: Joshua M. Spencer
Phillip W. Nelson
50 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Joshua.Spencer@hklaw.com
Phillip.Nelson@hklaw.com

Choate, Hall & Stewart LLP
Attn.: Kevin Simard
Hampton Foushee
Two International Place
Boston, MA 02110
ksimard@choate.com
hfoushee@choate.com

Hogan Lovells US LLP
Attn.: Ronald J. Silverman
Christopher R. Bryant
390 Madison Avenue
New York, NY 10017
ronald.silverman@hoganlovells.com
chris.bryant@hoganlovells.com

Arnold & Porter Kaye Scholer LLP
250 West 55th Street
Attn.: Benjamin Mintz
New York, NY 10019
benjamin.mintz@arnoldporter.com

| | |
|---|---|
| Arnold & Porter Kaye Scholer LLP<br>Attn.: Rosa Evergreen<br>601 Massachusetts Ave., N.W.<br>Washington, DC 20001<br>rosa.evergreen@arnoldporter.com | United States Department of Justice<br>Attn.: I-Heng Hsu<br>Crystal Geise<br>1100 L St NW, Rm. 7102<br>Washington, DC 20005-4035<br>I-Heng.Hsu@usdoj.gov<br>Crystal.Geise@usdoj.gov |