# Exhibit B

FILED
04-18-2023
Clerk of Circuit Court
La Crosse County WI
2023CV000008

DATE SIGNED: April 18, 2023

Electronically signed by Scott L. Horne
Circuit Court Judge

| STATE OF WISCONSIN | CIRCUIT COURT | LA CROSSE COUNTY |

JIMMIE HUBERT, and
JANEL HUBERT,

   Plaintiffs,        Case No. 2023CV000008

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, and
BLUECROSS BLUESHIELD OF ILLINOIS,

   Involuntary Plaintiffs,

v.

JORDAN WALBER,
USF HOLLAND, LLC,
OLD REPUBLIC INSURANCE COMPANY,
and ABC INSURANCE COMPANY,

   Defendants.

## ORDER FOR PROPER PARTY NAME

Pursuant to the foregoing stipulation by the parties,

IT IS HEREBY ORDERED that:

1. USF Holland, LLC is named as the proper party in place of Penske Leasing and Rental Company; and

2. The caption is amended to reflect the same.