**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Yellow Corporation, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No.  23-11069 (CTG)<br><br>Jointly Administered |

**ORDER GRANTING MOTION OF JIMMIE AND JANEL HUBERT FOR RELIEF
FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362**

Upon consideration of the *Motion of Jimmie and Janel Hubert for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* (the "Motion"),[1] allowing Movants to proceed with the Wisconsin Action pending in the Wisconsin Circuit Court of La Crosse County, against Debtor USF Holland, LLC, and the Court having found that notice of the Motion and the hearing on the Motion was proper under applicable rules of procedure and provided adequate notice of the Motion and the hearing on the Motion to all parties in interest; and the Court, having found that cause exists under 11 U.S.C. §362(d) to grant relief from stay as requested by Movant; and the Court having found that it is in the best interests of the Debtors' estates to grant relief from stay to allow the Movants to continue litigation of their claims in the Wisconsin Action for the purposes of liquidating the amount of such claims and collecting on any judgment entered from any available insurance proceeds under any applicable liability insurance, it is hereby

**ORDERED** that the Motion is GRANTED as set forth herein; and it is further

**ORDERED** that the automatic stay of 11 U.S.C. §362(a) is modified to allow Movants to fully prosecute their claims against Debtor USF Holland, LLC in the Wisconsin Action to conclusion, including through final judgment and any and all appeals therefrom; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

00659867                                                             1

2

**ORDERED** that, subject to further modification of the automatic stay by this Court, the Movants shall be entitled to seek recovery solely against the proceeds of any applicable liability insurance policy; and it is further

**ORDERED** that this Order shall be effective immediately upon entry by the Court; and it is further

**ORDERED** that the automatic 14-day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived upon entry of this Order.