# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>Yellow Corporation, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>Jointly Administered<br><br>**Hearing Date: October 23, 2023 at 10 am (ET)**<br>**Objection Deadline: October 16, 2023 at 4 pm (ET)** |

## NOTICE OF MOTION

TO: (A) COUNSEL FOR THE DEBTORS; (B) COUNSEL FOR THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (C) COUNSEL FOR THE DEBTOR-IN-POSSESSION FINANCING LENDERS; (D) COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (E) KNOWN PARTIES HAVING AN INTEREST IN THE SUBJECT PROPERTY AS SET FORTH IN THE ATTACHED CERTIFICATE OF SERVICE:

**PLEASE TAKE NOTICE** that. Jimmie and Janel Hubert ("Movants") have filed the attached *Motion of Jimmie and Janel Hubert for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* (the "Motion").[1]

**PLEASE TAKE FURTHER NOTICE** that, any objections or responses to the relief requested in the Motion must be filed and served so as to be received on or before **October 16, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801. At the same time, copies of any responses or objections to the Motion must be served upon the undersigned counsel to Movant so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** THAT, A HEARING TO CONSIDER THE MOTION WILL BE HELD ON **October 23, 2023 at 10:00 a.m. (ET)** BEFORE THE HONORABLE CRAIG T. GOLDBLATT UNITED STATES BANKRUPTCY JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 N. MARKET STREET, WILMINGTON, DELAWARE 19801 (THE "HEARING").

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**PLEASE TAKE FURTHER NOTICE** THAT, IF NO OBJECTIONS OR RESPONSES TO THE MOTION ARE TIMELY FILED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.

| | |
|---|---|
| DATED: 10/4/2023 | **COOCH AND TAYLOR, P.A.** |
| | */s/ R. Grant Dick IV* |
| | R. Grant Dick IV (#5123) |
| | The Brandywine Building |
| | 1000 N. West Street, Suite 1500 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 984-3800 |
| | Email: gdick@coochtaylor.com |
| | *Attorney for Movants* |