## CERTIFICATE OF SERVICE

I, R. Grant Dick IV, hereby certify that on October 4, 2023, I caused a copy of the foregoing *Motion of Jimmie and Janel Hubert for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362* to be served on the parties and in the manner listed below and electronically through the CM/ECF system.

### Via United States Mail

(Debtors)
Yellow Corporation
Attn: Matthew A. Doheny and Leah Dawson
10990 Roe Avenue
Overland Park, KS 66211

### Via Electronic Mail

(Counsel to the Debtors)
Kirkland & Ellis LLP
Allyson B. Smith, Esq.
601 Lexington Avenue
New York, NY 10022
allyson.smith@kirkland.com

(Counsel to the Debtors)
Kirkland & Ellis LLP
Patrick J. Nash, Jr.
Whitney Fogelberg, Esq.
300 North LaSalle
Chicago, Illinois, 60654
patrick.nash@kirkland.com
whitney.fogelberg@kirkland.com

(Counsel to the Debtors)
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Peter J. Keane, Esq.
Edward Corma, Esq.
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19801
ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

(Counsel to the Committee of Unsecured Creditors)
Akin Gump Strauss Hauer & Feld LLP
Philip C. Dublin, Esq.
Meredith A. Lahaie, Esq.
Kevin Zuzolo, Esq.
One Bryant Park, Bank of America Tower
New York, NY 10036-6745
pdublin@akingump.com
mlahaie@akingump.com
kzuzolo@akingump.com

(Counsel to the Committee of Unsecured Creditors)
Benesch Friedlander Coplan & Aronoff LLP
Jennifer R. Hoover, Esq.
Kevin M. Capuzzi, Esq.
One Bryant Park, Bank of America Tower
New York, NY 10036-6745
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

(Counsel to the Junior DIP Lender)
Quinn Emanuel Urquhart & Sullivan, LLP
Eric Winston, Esq.
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
ericwinston@quinnemanuel.com

(Counsel to the Junior DIP Lender)
Quinn Emanuel Urquhart & Sullivan, LLP
Susheel Kirplani, Esq.
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirplani@quinnemanuel.com

(Counsel to the Junior DIP Lender)
Natasha S. Hwangpo, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
natasha.hwangpo@ropesgray.com

(Counsel to the Junior DIP Lender)
Lucas S. Smith, Esq.
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
luke.smith@ropesgray.com

(Counsel to the B-2 Lenders)
White & Case LLP
Scott Greissman, Esq.
Elizabeth Feld, Esq.
Andrew Zatz, Esq.
1221 Avenue of the Americas
New York, NY 10020
sgreissman@whitecase.com
efeld@whitecase.com
azatz@whitecase.com

(U.S. Trustee)
The Office of United States Trustee
Jane Leamy, Esq.
Richard Schepacarter, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
Email: jane.m.leamy@usdoj.gov
richard.schepacarter@usdoj.gov

(Counsel to Old Republic)
Bielli & Klauder, LLC
David M. Klauder, Esquire
Melissa M. Hartlipp, Esquire
1204 N. King Street
Wilmington, DE 19801
dklauder@bk-legal.com
mhartlipp@bk-legal.com

(Counsel to Old Republic)
Fox Swibel Levin & Carroll LLP
Margaret M. Anderson, Esquire
Ryan T. Schultz, Esquire
Kenneth M. Thomas, Esquire
200 W. Madison Street, Suite 3000
Chicago, Illinois 60606
panderson@foxswibel.com
rschultz@foxswibel.com
kthomas@foxswibel.com

Dated: October 4, 2023

/s/ *R. Grant Dick IV*
R. Grant Dick IV (#5123)