# Exhibit A

## Proposed Order

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION., et al., | Case No. 23-11069-CTG |
| Debtors. | (Jointly Administered) |

**ORDER GRANTING MOTION OF DONNA LEE DAUGHERTY FOR ORDER PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE, BANKRUPTCY RULE 4001 AND LOCAL BANKRUPTCY RULE 4001-1 MODIFYING THE AUTOMATIC STAY TO ALLOW CONTINUATION OF PREPETITION LITIGATION**

UPON CONSIDERATION OF the *Motion of Donna Lee Daugherty for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Prepetition Litigation* (the "Motion"),[1] and, for good cause shown,

IT IS HEREBY ORDERED that:

1. The Motion is GRANTED as set forth herein;

2. The automatic stay imposed by 11 U.S.C § 362 is hereby modified for the limited purpose of permitting Movant prosecute the Daugherty Action to final judgement;

3. The Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order, including considering further relief from the automatic stay.

Dated: October ___, 2023

_____
United States Bankruptcy Court Judge

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

{00036904. }