# Exhibit D

E-FILED IN OFFICE - JM
CLERK OF STATE COURT
GWINNETT COUNTY, GEORGIA

**20-C-02608-S4**

**3/24/2022 12:03 PM**

**TIANA P. GARNER, CLERK**

STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| Donna Lee Daugherty, individually and Donna Lee Daugherty as Administratrix of the estate of Norman Eugene Daugherty, Jr., deceased, )<br><br>    Plaintiffs<br><br>vs.<br><br>YRC INC. and YRC INC. d/b/a YRC Freight; Larry D. Ingram; and Luis Burgos,<br><br>    Defendants. | CIVIL ACTION FILE<br>No: 20-C-02608-S4 |

## DISMISSAL WITHOUT PREJUDICE

COME NOW PLAINTIFFS pursuant to O.C.G.A. §9-11-41(a) and hereby dismiss the above-captioned civil action against all parties, **without prejudice.**

Plaintiffs have paid all costs of court herein.

Respectfully submitted this 24th day of March, 2022.

                        ATTORNEYS FOR PLAINTIFFS:

                        /s/ James E. Carter
                        JAMES E. CARTER
Carter Cromwell Law Firm     Georgia Bar No: 114400
199 West Jefferson Street
Madison, Georgia 30650
(706) 438-4225               /s/ Charles E. Dorr
                        CHARLES E. DORR
                        Georgia Bar No: 225983

Charles E. Dorr, P.C.
201 West Jefferson Street
Madison, Georgia 30650
(404) 474-2334

STATE COURT OF GWINNETT COUNTY
STATE OF GEORGIA

| | |
|---|---|
| Donna Lee Daugherty, individually and Donna Lee Daugherty as Administratrix of the estate of Norman Eugene Daugherty, Jr., deceased, ) ) ) | CIVIL ACTION FILE No: 20-C-02608-S4 |
| Plaintiffs ) vs. ) ) | |
| YRC INC. and YRC INC. d/b/a YRC Freight; Larry D. Ingram; and Luis Burgos, ) ) ) | |
| Defendants. ) | |

CERTIFICATE OF SERVICE

This is to certify a copy of the foregoing document was served on all parties via the court's efiling system and via email and/or U.S. mail with adequate postage affixed thereto to ensure delivery to:

Sean B. Cox scox@hallboothsmith.com
Mark D. Christopher mchristopher@hallboothsmith.com
Scott H. Moulton   smoulton@hallboothsmith.com
Hall Booth Smith, P.C.
191 Peachtree Street NE, Suite 2900
Atlanta, Georgia 30303-1775


This 24th day of March, 2022.

ATTORNEYS FOR PLAINTIFFS:

/s/ James E. Carter
JAMES E. CARTER