# Exhibit G

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA LEE DAUGHERTY, INDIVIDUALLY AND DONNA LEE DAUGHERTY AS ADMINISTRATRIX OF THE ESTATE OF NORMAN EUGENE DAUGHERTY, JR., DECEASED,<br><br>    Plaintiffs<br><br>vs.<br><br>YRC INC. AND YRC INC. D/B/A YRC FREIGHT AND LUIS BURGOS,<br><br>    Defendants. | CIVIL ACTION FILE No:<br><br>1:22-cv-01777-SEG<br><br>REMOVED FROM SUPERIOR COURT OF GWINNETT COUNTY<br>CIVIL ACTION FILE NO.<br>22-A-02616-4 |

NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT LUIS BURGOS

PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs hereby give notice that this action is voluntarily dismissed as to Defendant Luis Burgos only. Defendant Luis Burgos has not served an answer or motion for summary judgment in this action. Accordingly, Plaintiffs notice voluntary dismissal of this action as to Defendant Luis Burgos.

This dismissal operates as a dismissal with prejudice of Defendant Luis Burgos pursuant to Fed. R. Civ. P. 41(a)(1)(B).

Page 1 of 4

Dated: July 7, 2023.

Respectfully submitted,

                                        ATTORNEYS FOR PLAINTIFFS

                                        /s/ Charles E. Dorr
                                        CHARLES E. DORR
                                        GA Bar No: 225983

Charles E. Dorr, P.C.
201 West Jefferson Street
Madison, Georgia 30650
(404) 474-2334
chuck@dorrlaw.com

                                        /s/ James E. Carter
                                        JAMES E. CARTER
                                        GA Bar No: 114400

James E. Carter Law Firm, LLC
1860 Barnett Shoals Rd., Suite 103, PMB 564
Athens, GA 30605
(706) 438-4225
jcarter@jcarterlawllc.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DONNA LEE DAUGHERTY, INDIVIDUALLY AND DONNA LEE DAUGHERTY AS ADMINISTRATRIX OF THE ESTATE OF NORMAN EUGENE DAUGHERTY, JR., DECEASED, | ) ) ) ) ) ) | CIVIL ACTION FILE No: 1:22-cv-01777-SEG |
| Plaintiffs | ) ) ) | REMOVED FROM SUPERIOR COURT OF GWINNETT COUNTY CIVIL ACTION FILE NO. |
| vs. | ) ) | 22-A-02616-4 |
| YRC INC. AND YRC INC. D/B/A YRC FREIGHT AND LUIS BURGOS, | ) ) ) ) | |
| Defendants. | ) | |

CERTIFICATE OF COMPLIANCE

The foregoing Plaintiffs' Notice of Voluntary Dismissal of Defendant Luis Burgos Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

/s/ James E. Carter
JAMES E. CARTER
GA Bar No: 114400

James E. Carter Law Firm, LLC
1860 Barnett Shoals Rd., Suite 103, PMB 564
Athens, GA 30605
(706) 438-4225
jcarter@jcarterlawllc.com

Page 3 of 4

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA LEE DAUGHERTY, INDIVIDUALLY AND DONNA LEE DAUGHERTY AS ADMINISTRATRIX OF THE ESTATE OF NORMAN EUGENE DAUGHERTY, JR., DECEASED,<br><br>    Plaintiffs<br><br>vs.<br><br>YRC INC. AND YRC INC. D/B/A YRC FREIGHT AND LUIS BURGOS,<br><br>    Defendants. | CIVIL ACTION FILE No:<br><br>1:22-cv-01777-SEG<br><br>REMOVED FROM SUPERIOR COURT OF GWINNETT COUNTY CIVIL ACTION FILE NO. 22-A-02616-4 |

CERTIFICATE OF SERVICE

This is to certify I have this day served a copy of Plaintiffs' Notice of Voluntary Dismissal of Defendant Luis Burgos Pursuant to FED. R. CIV. P. 41(a)(1)(A)(i) via email and the court's efiling system to:

    Scott H. Moulton   smoulton@hallboothsmith.com
    Mark D. Christopher mchristopher@hallboothsmith.com
    Hall Booth Smith, P.C.
    191 Peachtree Street NE, Suite 2900
    Atlanta, Georgia 30303-1775

This 7th day of July, 2023.

                        ATTORNEYS FOR PLAINTIFFS:

                        /s/ James E. Carter
                        JAMES E. CARTER