# Exhibit H

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DONNA LEE DAUGHERTY, INDIVIDUALLY AND DONNA LEE DAUGHERTY AS ADMINISTRATRIX OF THE ESTATE OF NORMAN EUGENE DAUGHERTY JR., DECEASED<br><br>Plaintiff,<br><br>v.<br><br>YRC INC. AND YRC INC. D/B/A YRC FREIGHT; AND LUIS BURGOS,<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>1:22-cv-01777-SEG<br><br>REMOVED FROM SUPERIOR COURT OF GWINNETT COUNTY CIVIL ACTION FILE NO. 22-A-02616-4 |

## ORDER EXTENDING DISCOVERY

This case is before the Court on the parties' joint motion to extend discovery. (Doc. 46.) The motion is GRANTED. The deadline to complete discovery is extended to **January 7, 2023**. All related deadlines are adjusted accordingly.

IT IS SO ORDERED, this 27th day of October, 2022.

_____
SARAH E. GERAGHTY
United States District Judge