# Exhibit I

**1:22-cv-01777-SEG** Daugherty et al v. YRC Inc. et al
Sarah E. Geraghty, presiding
**Date filed:** 05/05/2022
**Date terminated:** 08/11/2023
**Date of last filing:** 08/11/2023

# History

| Doc. No. | Dates | Description |
|---|---|---|
| 1 | *Filed:* 05/05/2022<br>*Entered:* 05/06/2022 | Notice of Removal |
| 2 | *Filed & Entered:* 05/06/2022 | Notice of Filing |
| 3 | *Filed & Entered:* 05/06/2022 | Answer to Complaint (Notice of Removal) |
| 4 | *Filed & Entered:* 05/06/2022 | Notice (Other) |
| 5 | *Filed & Entered:* 05/16/2022 | Leave of Absence |
| 6 | *Filed & Entered:* 05/20/2022 | Order |
| 7 | *Filed & Entered:* 06/04/2022 | Joint Preliminary Report and Discovery Plan |
| 8 | *Filed & Entered:* 06/04/2022 | Certificate of Interested Persons/Corporate Disclosure Statement |
| 9 | *Filed & Entered:* 06/05/2022 | Initial Disclosures |
| 10 | *Filed & Entered:* 06/06/2022 | Initial Disclosures |
|  | *Filed & Entered:* 06/07/2022 | Notice of Hearing |
| 11 | *Filed & Entered:* 06/10/2022 | Response (Non-Motion) |
| 12 | *Filed & Entered:* 06/13/2022 | Response (Non-Motion) |
| 13 | *Filed & Entered:* 06/13/2022 | Telephone Conference |
| 14 | *Filed & Entered:* 06/24/2022 | Response (Non-Motion) |
| 15 | *Filed & Entered:* 07/08/2022 | Response (Non-Motion) |
| 16 | *Filed & Entered:* 07/12/2022 | Initial Disclosures |
|  | *Filed & Entered:* 07/13/2022 | Submission to District Judge |
| 17 | *Filed:* 07/25/2022<br>*Entered:* 07/26/2022 | Scheduling Order |
| 18 | *Filed & Entered:* 07/26/2022 | Initial Disclosures |
| 19 | *Filed & Entered:* 07/26/2022 | Leave of Absence |
| 20 | *Filed & Entered:* 08/09/2022 | Certificate of Service |
| 21 | *Filed & Entered:* 08/09/2022 | Certificate of Service |

| | | | |
|---|---|---|---|
| [22](#) | *Filed & Entered:* 08/10/2022<br>*Terminated:* 03/17/2023 | | Motion to Dismiss |
| [23](#) | *Filed & Entered:* 08/11/2022 | | Certificate of Service |
| [24](#) | *Filed & Entered:* 08/16/2022 | | Notice to Take Deposition |
| [25](#) | *Filed & Entered:* 08/16/2022 | | Initial Disclosures |
| [26](#) | *Filed & Entered:* 08/18/2022 | | Certificate of Service |
| [27](#) | *Filed & Entered:* 08/23/2022 | | Notice to Take Deposition |
| [28](#) | *Filed & Entered:* 08/24/2022 | | Response in Opposition to Motion |
| [29](#) | *Filed & Entered:* 08/25/2022 | | Notice of Filing |
| | *Filed:* 08/29/2022<br>*Entered:* 08/31/2022 | | Remark |
| [30](#) | *Filed & Entered:* 08/30/2022 | | Notice (Other) |
| | *Filed & Entered:* 09/01/2022 | | Submission to District Judge |
| [31](#) | *Filed & Entered:* 09/01/2022 | | Reply to Response to Motion |
| [32](#) | *Filed & Entered:* 09/08/2022 | | Certificate of Service |
| [33](#) | *Filed & Entered:* 09/13/2022 | | Initial Disclosures |
| [34](#) | *Filed & Entered:* 09/13/2022 | | Notice to Take Deposition |
| [35](#) | *Filed & Entered:* 09/15/2022 | | Notice (Other) |
| [36](#) | *Filed & Entered:* 09/20/2022 | | Affidavit |
| [37](#) | *Filed & Entered:* 09/21/2022 | | Notice to Take Deposition |
| [38](#) | *Filed & Entered:* 10/03/2022 | | Notice (Other) |
| [39](#) | *Filed & Entered:* 10/03/2022 | | Notice (Other) |
| [40](#) | *Filed & Entered:* 10/10/2022 | | Notice (Other) |
| [41](#) | *Filed & Entered:* 10/11/2022 | | Notice (Other) |
| [42](#) | *Filed & Entered:* 10/11/2022 | | Certificate of Service |
| [43](#) | *Filed & Entered:* 10/17/2022 | | Notice of Filing |
| [44](#) | *Filed & Entered:* 10/18/2022 | | Certificate of Service |
| [45](#) | *Filed & Entered:* 10/24/2022 | | Initial Disclosures |
| [46](#) | *Filed & Entered:* 10/26/2022<br>*Terminated:* 10/27/2022 | | Motion for Extension of Time to Complete Discovery |
| [47](#) | *Filed & Entered:* 10/27/2022 | | Order on Motion for Extension of Time to Complete Discovery |
| [48](#) | *Filed & Entered:* 11/09/2022 | | Notice (Other) |
| [49](#) | *Filed & Entered:* 11/09/2022 | | Notice to Take Deposition |

| | | | |
|---|---|---|---|
| 50 | *Filed & Entered:* 11/15/2022 | | Certificate of Service |
| 51 | *Filed & Entered:* 12/01/2022 | | Certificate of Service |
| 52 | *Filed & Entered:* 12/01/2022 | | Notice (Other) |
| 53 | *Filed & Entered:* 12/01/2022 | | Notice to Take Deposition |
| 54 | *Filed & Entered:* 01/17/2023  *Terminated:* 01/26/2023 | | Motion for Miscellaneous Relief |
| 55 | *Filed & Entered:* 01/26/2023 | | Order on Motion for Miscellaneous Relief |
| 56 | *Filed & Entered:* 02/06/2023  *Terminated:* 02/07/2023 | | Motion to Amend |
| 57 | *Filed & Entered:* 02/07/2023 | | Order on Motion to Amend |
| 58 | *Filed & Entered:* 02/22/2023  *Terminated:* 08/11/2023 | | Motion to Exclude |
| 59 | *Filed & Entered:* 02/22/2023  *Terminated:* 08/11/2023 | | Motion to Exclude |
| 60 | *Filed & Entered:* 02/22/2023  *Terminated:* 08/11/2023 | | Motion for Summary Judgment |
| 61 | *Filed & Entered:* 02/23/2023 | | Notice of Filing |
| 62 | *Filed & Entered:* 03/07/2023 | | Response to Motion |
| 63 | *Filed & Entered:* 03/07/2023 | | Notice of Filing |
| 64 | *Filed & Entered:* 03/08/2023 | | Response to Motion |
| 75 | *Filed:* 03/08/2023  *Entered:* 03/15/2023 | | Notice of Filing |
| 65 | *Filed & Entered:* 03/09/2023 | | Notice of Filing |
| 66 | *Filed & Entered:* 03/09/2023 | | Deposition |
| 67 | *Filed & Entered:* 03/11/2023 | | Notice of Filing |
| 68 | *Filed & Entered:* 03/13/2023 | | Notice of Filing |
| 69 | *Filed & Entered:* 03/13/2023 | | Request to File Original Discovery |
| | *Filed & Entered:* 03/14/2023 | | Remark |
| 70 | *Filed & Entered:* 03/14/2023 | | Request to File Original Discovery |
| 71 | *Filed & Entered:* 03/14/2023 | | Notice of Filing |
| 76 | *Filed:* 03/14/2023  *Entered:* 03/15/2023 | | Notice of Filing |
| | *Filed & Entered:* 03/15/2023 | | Remark |
| 72 | *Filed & Entered:* 03/15/2023 | | Notice of Filing |
| 73 | *Filed & Entered:* 03/15/2023 | | Notice of Filing |

| | | | |
|---|---|---|---|
| 74 | *Filed & Entered:* | 03/15/2023 | Response to Motion |
| 77 | *Filed & Entered:* | 03/15/2023 | Response to Motion |
| 78 | *Filed & Entered:* | 03/15/2023 | Response to Statement of Material Facts |
| 79 | *Filed & Entered:* | 03/15/2023 | Notice (Other) |
| 80 | *Filed & Entered:* | 03/15/2023 | Notice of Filing |
| 85 | *Filed:* *Entered:* | 03/15/2023 03/20/2023 | Notice of Filing |
| 81 | *Filed & Entered:* *Terminated:* | 03/16/2023 03/17/2023 | Motion to Amend |
| 82 | *Filed & Entered:* | 03/17/2023 | Order on Motion to Dismiss |
| 83 | *Filed & Entered:* | 03/17/2023 | Order on Motion to Amend |
| 84 | *Filed & Entered:* | 03/17/2023 | Response to Motion |
| | *Filed & Entered:* | 03/21/2023 | Remark |
| | *Filed & Entered:* | 03/21/2023 | Remark |
| | *Filed & Entered:* | 03/21/2023 | Remark |
| | *Filed & Entered:* | 03/21/2023 | Submission to District Judge |
| 86 | *Filed & Entered:* | 03/21/2023 | Reply Brief |
| | *Filed & Entered:* | 03/22/2023 | Submission to District Judge |
| 87 | *Filed & Entered:* | 03/22/2023 | Reply Brief |
| | *Filed & Entered:* | 03/29/2023 | Submission to District Judge |
| 88 | *Filed & Entered:* | 03/29/2023 | Response to Statement of Material Facts |
| 89 | *Filed & Entered:* | 03/29/2023 | Reply Brief |
| 90 | *Filed & Entered:* | 07/05/2023 | Notice (Other) |
| 91 | *Filed & Entered:* | 07/07/2023 | Notice of Voluntary Dismissal |
| | *Filed & Entered:* | 07/10/2023 | Clerks Entry of Dismissal |
| 92 | *Filed & Entered:* | 08/10/2023 | Notice (Other) |
| | *Filed & Entered:* | 08/11/2023 | Terminated Case |
| 93 | *Filed & Entered:* | 08/11/2023 | Order |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 09/28/2023 17:22:35 | | | |
| **PACER Login:** | jec114400 | **Client Code:** | Daugherty |

| Description: | History/Documents | Search Criteria: | 1:22-cv-01777-SEG |
|---|---|---|---|
| Billable Pages: | 3 | Cost: | 0.30 |