# Exhibit J

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **DONNA LEE DAUGHERTY, INDIVIDUALLY AND DONNA LEE DAUGHERTY AS ADMINISTRATRIX OF THE ESTATE OF NORMAN EUGENE DAUGHERTY JR., DECEASED**<br><br>Plaintiff,<br><br>v.<br><br>**YRC INC. AND YRC INC. D/B/A YRC FREIGHT,**<br><br>Defendant. | **CIVIL ACTION FILE NO.**<br><br>**1:22-cv-01777-SEG**<br><br><br>**REMOVED FROM SUPERIOR COURT OF GWINNETT COUNTY CIVIL ACTION FILE NO. 22-A-02616-4** |

## DEFENDANT YRC, INC. AND YRC INC. D/B/A YRC FREIGHT'S NOTICE OF AUTOMATIC STAY DUE TO BANKRUPTCY

Comes now, **Defendant YRC INC. AND YRC INC. D/B/A YRC FREIGHT,** (hereinafter, "YRC"), and files this Notice of Automatic Stay Due to Bankruptcy, showing this Honorable Court the following:

YRC, Inc. filed the Voluntary Petition for Non-Individuals Filing for Bankruptcy attached as Exhibit "A" under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, Case Number 23-11087.

Yellow Corporation, also known as YRC Worldwide Inc., also filed a Voluntary Petition for Non-Individuals Filing for Bankruptcy, attached hereto as Exhibit "B", under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, Case Number 23-11069. Yellow Corporation, YRC, Inc., and the other entities listed in Rider 1 of Exhibit "B" have moved for joint administration of their cases under Case Number 23-11069. (*See* Ex. B, Rider 1).

Pursuant to 11 U.S.C. § 362(a)(1), all matters in this civil action are automatically stayed.

Respectfully submitted this 10th day of August, 2023.

**QUINTAIROS, PRIETO, WOOD, AND BOYER, P.A.**

*/s/ Mark D. Christopher*
SCOTT H. MOULTON
Georgia State Bar No. 974237
MARK D. CHRISTOPHER
Georgia State Bar No. 821387
*Counsel for Defendant*

365 Northridge Road, Suite 230
Atlanta, GA 30350
Phone: (770) 650-8737
Fax: (770) 650 8797
scott.moulton@qpwblaw.com
mark.christopher@qpwblaw.com

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **DONNA LEE DAUGHERTY, INDIVIDUALLY AND DONNA LEE DAUGHERTY AS ADMINISTRATRIX OF THE ESTATE OF NORMAN EUGENE DAUGHERTY JR., DECEASED**<br><br>Plaintiff,<br><br>v.<br><br>**YRC INC. AND YRC INC. D/B/A YRC FREIGHT,**<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>1:22-cv-01777-SEG<br><br><br>REMOVED FROM SUPERIOR COURT OF GWINNETT COUNTY CIVIL ACTION FILE NO. 22-A-02616-4 |

## **CERTIFICATE OF COMPLIANCE**

The foregoing **DEFENDANT YRC, INC. AND YRC INC. D/B/A YRC FREIGHT 'S NOTICE OF AUTOMATIC STAY DUE TO BANKRUPTCY** is double spaced in 14 point Times New Roman font and complies with the type-volume limitation set forth in Local Rule 7.1.

Respectfully submitted this 10th day of August, 2023.

3

**QUINTAIROS, PRIETO, WOOD, AND BOYER, P.A.**

*/s/ Mark D. Christopher*
SCOTT H. MOULTON
Georgia State Bar No. 974237
MARK D. CHRISTOPHER
Georgia State Bar No. 821387
*Counsel for Defendant*

365 Northridge Road, Suite 230
Atlanta, GA 30350
Phone: (770) 650-8737
Fax: (770) 650 8797
scott.moulton@qpwblaw.com
mark.christopher@qpwblaw.com

4

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **DONNA LEE DAUGHERTY, INDIVIDUALLY AND DONNA LEE DAUGHERTY AS ADMINISTRATRIX OF THE ESTATE OF NORMAN EUGENE DAUGHERTY JR., DECEASED**<br><br>Plaintiff,<br><br>v.<br><br>**YRC INC. AND YRC INC. D/B/A YRC FREIGHT,**<br><br>Defendant. | CIVIL ACTION FILE NO.<br><br>1:22-cv-01777-SEG<br><br><br>REMOVED FROM SUPERIOR COURT OF GWINNETT COUNTY CIVIL ACTION FILE NO. 22-A-02616-4 |

**CERTIFICATE OF SERVICE**

I hereby certify that on this day I have served a copy of the within and foregoing **DEFENDANT YRC, INC. AND YRC INC. D/B/A YRC FREIGHT 'S NOTICE OF AUTOMATIC STAY DUE TO BANKRUPTCY** upon all parties to this matter by depositing a true copy of same in the U.S. Mail, proper postage prepaid, addressed to counsel of record as follows and/or filing said document with the CM/ECF system which will automatically send electronic notification to the following:

5

Charles E. Dorr, P.C.
201 West Jefferson Street
Madison, Georgia 30650
chuck@dorrlaw.com

James E. Carter
Carter Cromwell Law Firm
199 West Jefferson Street
Madison, Georgia 30650
jcarter@cartercromwell.com

Respectfully submitted this 10th day of August, 2023.

**QUINTAIROS, PRIETO, WOOD, AND BOYER, P.A.**

*/s/ Mark D. Christopher*
SCOTT H. MOULTON
Georgia State Bar No. 974237
MARK D. CHRISTOPHER
Georgia State Bar No. 821387
*Counsel for Defendant*

365 Northridge Road, Suite 230
Atlanta, GA 30350
Phone: (770) 650-8737
Fax: (770) 650 8797
scott.moulton@qpwblaw.com
mark.christopher@qpwblaw.com