## **CERTIFCATE OF SERVICE**

I, Frederick B. Rosner, hereby certify that on October 5, 2023, I caused a copy of the foregoing *Motion of Donna Lee Daugherty for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of Wrongful Death Litigation* to be served on the parties and in the manner listed below and electronically through the CM/ECF system.

### **Via United States Mail**

(Debtors)
Yellow Corporation
Attn: Matthew A. Doheny and Leah Dawson
10990 Roe Avenue
Overland Park, KS 66211

### **Via Electronic Mail**

(Counsel to the Debtors)
Kirkland & Ellis LLP
Allyson B. Smith, Esq.
601 Lexington Avenue
New York, NY 10022 allyson.smith@kirkland.com

(Counsel to the Debtors)
Kirkland & Ellis LLP
Patrick J. Nash, Jr.
Whitney Fogelberg, Esq.
300 North LaSalle
Chicago, Illinois, 60654
patrick.nash@kirkland.com
whitney.fogelberg@kirkland.com

(Counsel to the Debtors)
Pachulski Stang Ziehl & Jones LLP Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Peter J. Keane, Esq.
Edward Corma, Esq.
919 N. Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19801
ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

(Counsel to the Committee of Unsecured Creditors)
Akin Gump Strauss Hauer & Feld LLP
Philip C. Dublin, Esq.
Meredith A. Lahaie, Esq.
Kevin Zuzolo, Esq.
One Bryant Park, Bank of America Tower
New York, NY 10036-6745
pdublin@akingump.com
mlahaie@akingump.com
kzuzolo@akingump.com

| | |
|---|---|
| (Counsel to the Committee of Unsecured Creditors)<br>Benesch Friedlander Coplan & Aronoff LLP<br>Jennifer R. Hoover, Esq.<br>Kevin M. Capuzzi, Esq.<br>One Bryant Park, Bank of America Tower<br>New York, NY 10036-6745<br>jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com | (Counsel to the Junior DIP Lender)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>Eric Winston, Esq.<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>ericwinston@quinnemanuel.com |
| (Counsel to the Junior DIP Lender)<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>Susheel Kirplani, Esq.<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>susheelkirplani@quinnemanuel.com | (Counsel to the Junior DIP Lender)<br>Lucas S. Smith, Esq.<br>Ropes & Gray LLP<br>191 North Wacker Drive, 32nd Floor<br>Chicago, IL 60606<br>luke.smith@ropesgray.com |
| (Counsel to the Junior DIP Lender)<br>Natasha S. Hwangpo, Esq.<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>natasha.hwangpo@ropesgray.com | (Counsel to the B-2 Lenders)<br>White & Case LLP<br>Scott Greissman, Esq.<br>Elizabeth Feld, Esq.<br>Andrew Zatz, Esq.<br>1221 Avenue of the Americas<br>New York, NY 10020<br>sgreissman@whitecase.com<br>efeld@whitecase.com<br>azatz@whitecase.com |
| (U.S. Trustee)<br>The Office of United States Trustee<br>Jane Leamy, Esq.<br>Richard Schepacarter, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>Email: jane.m.leamy@usdoj.gov<br>richard.schepacarter@usdoj.gov | |

| | |
|---|---|
| Dated: October 5, 2023 | /s/ *Frederick B. Rosner*<br>Frederick B. Rosner (DE #3995) |