UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In Re:

YELLOW CORPORATION, *et al*

Debtor-in-Possession.

Chapter 11
Case No. 23-11069 (CTG)
(Jointly Administered)
Hon. Craig T. Goldblatt

## GOVERNMENT ATTORNEY CERTIFICATION

Pursuant to Local Rule 9010-1(e) of this Court, the undersigned counsel herby certifies the following:

1. I am an Assistant Attorney General and represent the State of New York and the New York State Department of Environmental Conservation in this matter.

2. I am admitted to practice law in every United States District Court in New York (Northern, Southern, Eastern, and Western), United States District Court Colorado, and all New York State courts.

3. I currently maintain good standing in those jurisdictions outlined above.

4. I agree to be bound by the Local Rules of this Court and submit to its jurisdiction for disciplinary purposes.

**PLEASE TAKE FURTHER NOTICE** that the undersigned should be added to the official mailing matrix and/or service list retained by the Debtor and the Clerk of the United States Bankruptcy Court for the District of Delaware in this proceeding.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request refers to all notices, statements, papers, pleadings, application, motions, petitions, requests, complaints, adversary proceedings, or any other document filed in or otherwise brought before this Court.

**PLEASE TAKE FURTHER NOTICE** that in filing and serving this Notice of Appearance, the State of New York and its agencies do not intend to waive any rights as a sovereign in this or any other action or proceeding.

DATED:  September 25, 2023

Hon. Letitia James
Attorney General of the State of New York

By:  __s/*Stephen M. Nagle*_____
STEPHEN M. NAGLE
Special Counsel
Fed. Bar No. 104580
New York State Department of Law
Environmental Protection Bureau
The Capitol
Albany, New York 12224
Tel. (518) 776-2405
Email: Stephen.Nagle@ag.ny.gov

## ORDER GRANTING MOTION

**IT IS HEREBY ORDERED** counsel's motion for admission *pro hac vice* is granted

Dated: October 5th, 2023
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**