IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket Nos. 334, 414, 427** |

**NOTICE OF EXTENSION OF TIME TO RESPOND TO MOTION TO LIFT THE AUTOMATIC STAY**

**WHEREAS**, on August 6, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware (the "Court"); and

**WHEREAS**, on August 24, 2023, Brett Groves (the "Movant," and together with the Debtors, the "Parties") filed the *Motion of Brett Groves for Relief from the Automatic Stay to the Extent of Liability Insurance Proceeds* [Docket No. 334] (the "Motion"), pursuant to which the deadline for filing a response was set for September 7, 2023, at 4:00 p.m. (ET) (the "Response Deadline") and the hearing date for the Motion was set for September 18, 2023, at 2:00 p.m. (ET) (the "Hearing Date"); and

**WHEREAS**, on September 7, 2023, the Debtors filed the *Certification of Counsel Regarding the Joint Stipulation Certification of Counsel Regarding the Joint Stipulation by and Among the Debtors and Brett Groves to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto* [Docket No. 414] certifying that the Parties entered into a *Joint Stipulation By and Among the Debtors and Brett Groves to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto* (the "Stipulation"); and

**WHEREAS**, on September 8, 2023, the Court entered the *Order Approving the Joint Stipulation Certification of Counsel Regarding the Joint Stipulation by and Among the Debtors*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

*and Brett Groves to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto* [Docket No. 427] (the "Order"); and

**WHEREAS**, by the Order, the Response Deadline was extended through and including October 9, 2023, at 4:00 p.m. (ET) and the Hearing Date was extended through and including October 23, 2023, at 10:00 a.m. (ET); and

**WHEREAS**, paragraph 6 of the Order provides that the Parties may mutually agree to further extensions of the Response Deadline and/or Hearing Date by filing a notice with the Court reflecting such extensions.

**PLEASE TAKE NOTICE**, that the Parties have mutually agreed to extend the Response Deadline through and including **October 12, 2023, at 4:00 p.m. (ET)**.

[*Remainder of page intentionally left blank*]

Dated: October 5, 2023
Wilmington, Delaware

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email:         ljones@pszjlaw.com
               tcairns@pszjlaw.com
               pkeane@pszjlaw.com
               ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
David Seligman, P.C. (admitted *pro hac vice*)
Whitney Fogelberg (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         patrick.nash@kirkland.com
               david.seligman@kirkland.com
               whitney.fogelberg@kirkland.com

-and-

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

3