**<u>Exhibit 1</u>**

**Stipulation**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket No. 659** |

**JOINT STIPULATION
BY AND AMONG THE DEBTORS AND LAWRENCE NOWICKI
TO (I) EXTEND THE DEADLINE TO RESPOND TO MOTION TO LIFT THE
AUTOMATIC STAY AND (II) EXTEND THE HEARING DATES RELATED THERETO**

This joint stipulation ("Stipulation") is made and entered into by and among (a) the above-captioned debtors and debtors in possession (the "Debtors")[2] and (b) Lawrence Nowicki (the "Movant," and together with the Debtors, the "Parties"). The Parties hereby stipulate and agree as follows:

**RECITALS**

WHEREAS, on August 6, 2023 (the "Petition Date"), each of the Debtors filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. These chapter 11 cases have been consolidated for procedural purposes only and are being jointly administered pursuant to Bankruptcy Rule 1015(b) [Docket No. 169]. The Debtors are managing their businesses and their properties as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] A detailed description of the Debtors and their businesses, including the facts and circumstances giving rise to the Debtors' chapter 11 cases, is set forth in the *Declaration of Matthew A. Doheny, Chief Restructuring Officer of Yellow Corporation, in Support of the Debtors' Chapter 11 Petitions and First Day Motions* [Docket No. 14] (the "First Day Declaration").

DOCS_DE:245217.1 96859/001

On August 16, 2023, the United States Trustee for the District of Delaware (the "U.S. Trustee") appointed an official committee of unsecured creditors [Docket No. 269] (the "Committee"). No trustee or examiner has been appointed in these chapter 11 cases;

WHEREAS, on September 26, 2023, the Movant filed the *Motion of Lawrence Nowicki, for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code* [Docket No. 659] (the "Motion"),[1] pursuant to which the deadline for filing a response was set for October 11, 2023 at 5:00 p.m. (ET) (the "Response Deadline"); and

WHEREAS, the Parties have conferred and agreed to extend the Response Deadline for the Debtors and all other parties in interest to respond to the Motion to **October 12, 2023 at 4:00 p.m. (ET)**.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, AND UPON APPROVAL BY THE BANKRUPTCY COURT OF THIS STIPULATION, IT IS SO ORDERED as follows:

1. The above recitals are incorporated by reference into this Stipulation with the same force and effect as if fully set forth hereinafter.

2. The Response Deadline for the Debtors and all other parties in interest to respond to the Motion is extended through and including **October 12, 2023 at 4:00 p.m. (ET)**.

3. For the avoidance of doubt, the Hearing Date for the Motion is **October 23, 2023 at 10:00 a.m. (ET)**, or such other date as may be suitable for the Court's docket.

4. The Parties may mutually agree to further extensions of the response deadline and/or hearing date by filing a notice with the Court reflecting such extensions.

5. Each of the Parties to this Stipulation represents and warrants it is duly authorized to enter into and be bound by this Stipulation.

---

[1] Capitalized terms used but not immediately defined have the meanings given to them in the Motion.

3

6. This Stipulation is subject to the approval of the Court and shall be effective upon entry of an order approving this Stipulation by the Court (the "Order").  The Parties hereby consent to the entry of the Order and waive any right to notice or hearing on the approval of the Stipulation.

7. The Court retains exclusive jurisdiction with respect to any disputes arising from or other actions to interpret, administer, or enforce the terms and provisions of this Stipulation and the Order.

**STIPULATED AND AGREED TO THIS 5th DAY OF OCTOBER, 2023:**

Dated: October 5, 2023
Wilmington, Delaware

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:	(302) 652-4100
Facsimile:	(302) 652-4400
Email:	ljones@pszjlaw.com
	tcairns@pszjlaw.com
	pkeane@pszjlaw.com
	ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
David Seligman, P.C. (admitted *pro hac vice*)
Whitney Fogelberg (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:	patrick.nash@kirkland.com
	david.seligman@kirkland.com
	whitney.fogelberg@kirkland.com

-and-

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

*/s/ Louis J. Rizzo, Jr.*
Louis J. Rizzo, Jr., Esquire (#3374)
**REGER RIZZO & DARNALL LLP**
Brandywine Plaza West
1521 Concord Pike, Suite 305
Wilmington, DE 19803
(302) 477-7100

*Counsel to Movant*