# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| YELLOW CORPORATION, *et al.*[1] | ) Case No. 23-11069 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) Objection Deadline: October 16, 2023 at 4:00 p.m. |
| | ) Hearing Date: October 23, 2023 at 10:00 a.m. |
| _____ | ) |

## NOTICE OF MOTION OF ANTHONY MARTINO
## FOR ORDERS GRANTING RELIEF FROM THE AUTOMATIC STAY

TO: (A) COUNSEL FOR THE DEBTORS; (B) COUNSEL FOR THE OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE; (C) COUNSEL FOR THE DEBTOR-IN-POSSESSION FINANCING LENDERS; (D) COUNSEL FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND (E) KNOWN PARTIES HAVING AN INTEREST IN THE SUBJECT PROPERTY AS SET FORTH IN THE ATTACHED CERTIFICATE OF SERVICE:

**PLEASE TAKE NOTICE** that on October 7, 2023, Anthony Martino ("Movant"), by and through undersigned counsel filed the *Motion Of Anthony Martino For Orders Granting Relief From The Automatic Stay* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response by **October 16, 2023, at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on **October 23, 2023 at 10:00 a.m.** before the Honorable Craig T. Goldblatt United States Bankruptcy Judge at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd floor, courtroom 7, Wilmington, Delaware 19801 (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that if you fail to respond in accordance with this notice, the Bankruptcy Court may grant the relief requested in the Motion without further notice or hearing.

Dated: October 7, 2023

THE LAW OFFICE OF JAMES TOBIA, LLC

By: *James Tobia*
James Tobia, Esq. (#3798)
1716 Wawaset Street
Wilmington, DE 19806
Tel. (302) 655-5303
Fax (302) 656-8053
Email: jtobia@tobialaw.com
*Attorney for Anthony Martino*