# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: _____ |
| | ) | |
| _____ | ) | |

**[PROPOSED] ORDER PARTIALLY GRANTING MOTION OF ANTHONY MARTINO AND GRANTING LIMITED INTERIM RELIEF FROM THE AUTOMATIC STAY**

AND NOW THIS _____ day of _____ 2023, upon consideration of the *Motion Of Anthony Martino For Orders Granting Relief From The Automatic Stay* (the "Motion"), the Court having determined that good and adequate cause exists for approval of the Motion, and the Court having determined that no further notice of the Motion is necessary,

IT IS ORDERED:

1. That the Motion is GRANTED in part as set forth herein; and

2. The automatic stay of 11 U.S.C. § 362(a) of the Bankruptcy Code is immediately modified to allow Movant and the parties to the Illinois Federal Action to refile pleadings related to the parties' competing motions for summary judgment and to allow the Illinois District Court to rule on the parties' competing summary judgment motions; and

3. This Order does not fully resolve the Motion and does not waive the Primary Relief sought therein; and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

1

2

4. This Order does not prevent Movant from seeking further relief from the automatic stay in connection with the Illinois Federal Action or otherwise.

5. The fourteen day stay period imposed by Federal Rule of Bankruptcy Procedure 4001(a)(3) is waived with respect to the relief granted herein.

6. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation and enforcement of this Order.