# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Anthony Martino

                    Plaintiff,

v.

YRC, Inc., et al.

                    Defendant.

Case No.: 1:20–cv–02893
Honorable John J. Tharp Jr.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, September 7, 2023:

    MINUTE entry before the Honorable John J. Tharp, Jr:In light of the suggestion of bankruptcy as to Yellow Corporation [97], which indicates that both defendant entities have also filed bankruptcy petitions, this matter is stayed. The pending summary judgment motion [78] is administratively terminated without prejudice to refiling after the stay has been lifted or further order of the Court. A status report on the defendants' bankruptcy proceedings is due 12/8/23. Mailed notice(air, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.