## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*, | ) Case No. 23-11069 (CTG) |
| Debtors. | ) Jointly Administered |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Rule 9010-1 and the attached certification, counsel moves for the admission *pro hac vice* of David M. Eisenberg, Esq. to represent Michigan Conference of Teamsters Welfare Fund in the above-captioned cases and any and all adversary proceedings in this action.

*/s/ Raymond H. Lemisch*
Raymond H. Lemisch (DE Bar No. 4204)
KLEHR HARRISON HARVEY BRANZBURG LLP
919 N. Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone: (302) 426-1189
Email: rlemisch@klehr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Michigan and submit to the disciplinary jurisdiction of the Court for any alleged misconduct which occurs in the preparation or course of this proceeding. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

*/s/ David M. Eisenberg*
David M. Eisenberg, Esq.
MADDIN HAUSER ROTH & HELLER P.C.
28400 Northwestern Highway
Southfield, Michigan 48034
Telephone: (248) 354-4030
Email: deisenberg@maddinhauser.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED THAT counsel's motion for admission *pro hac vice* is granted.

**Dated: October 10th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

10698216.v1