# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## CERTIFICATION OF COUNSEL REGARDING JOINT STIPULATION BY AND AMONG THE DEBTORS AND TRUIST EQUIPMENT FINANCE CORP. (I) GRANTING RELIEF FROM THE AUTOMATIC STAY AND (II) REJECTING CERTAIN LEASE AGREEMENTS

1. On August 6, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.

2. The undersigned certifies that the Debtors have entered into a *Joint Stipulation By and Among the Debtors and Truist Equipment Finance Corp. (I) Granting Relief from the Automatic Stay and (II) Rejecting Certain Lease Agreements* (the "Stipulation").

3. The undersigned further certifies that attached hereto as **Exhibit A** is an order (the "Order") approving the Stipulation, which is attached as Exhibit 1 to the Order. The Stipulation, by its terms, is not effective until entry of the Order.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4. The undersigned further certifies that the Stipulation has been shared with counsel to the official committee of unsecured creditors (the "UCC Counsel"), and on October 10, 2023, the UCC Counsel communicated to the Debtors' counsel that the Committee does not object to the Stipulation.

5. The Debtors respectfully request entry of the Order authorizing the Stipulation.

[*Remainder of page intentionally left blank*]

Dated: October 10, 2023
Wilmington, Delaware

| | |
|---|---|
| /s/   Peter J. Keane | |
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 652-4100 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |
| | Allyson B. Smith (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: allyson.smith@kirkland.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |