**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION , *et. al.*, | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF MOTION**

    **PLEASE TAKE NOTICE** that on October 11, 2023, Kavir Moonilal-Singh ("Kavir" or "Movant") filed the **Motion for Relief of the Automatic Stay** (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

    **PLEASE TAKE FURTHER NOTICE** that objections, if any, to the entry of an order approving the Motion must be (a) in writing and served on or before November 1,2023 by 4:00 p, (prevailing Eastern Standard Time) (the "Objection Deadline"); (b) filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801; and (c) served as to be received on or before the Objection Deadline by the undersigned attorneys for Landlord.

    **PLEASE TAKE FURTHER NOTICE THAT** only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

    **PLEASE TAKE FURTHER NOTICE** THAT A HEARING ON THE MOTION WILL BE HELD ON **November 13, 2023 at 10:00 am** BEFORE THE HONORABLE CRAIG T. GOLDBLAT, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3rd FLOOR, COURTROOM 7, WILMINGTON, DELAWARE 19801.

    **IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 11, 2023
Wilmington, Delaware

                               HOGAN♦McDANIEL

                               /s/Garvan F. McDaniel
                               Garvan F. McDaniel (DE Bar No. 4167)
                               1311 Delaware Avenue
                               Wilmington, Delaware 19806
                               Telephone: 302.656.7540
                               Facsimile: 302.656.7599
                               Email: gfmcdaniel@dkhogan.com