**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION , *et. al.*, | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | Re Docket No.:_____ |

**ORDER GRANTING IHAB SULAIMAN**
**RELIEF FROM THE AUTOMATIC STAY**

BE IT REMEMBERED on the _____ day of _____, 2023, the Court reviewed the motion for relief from automatic stay filed herein (the "Motion") by movant Kavir Moonilal-Sigh (the "Movant") seeking to terminate the automatic stay pursuant to 11 U.S.C. § 362 as it applies to the Movant's Lawsuit (the "Movant's Lawsuit"). Having reviewed the Motion and the argument of counsel, the Court is of the opinion that said Motion should be granted. It is therefore:

ORDERED, ADJUDGED AND DECREED that the automatic stay in the above-captioned bankruptcy case is terminated in the Movant's Lawsuit effective upon entry of this Order. Movant may settle the Movant's Lawsuit, liquidate the Movant's Lawsuite to judgment and may execute, levy, and collect upon such settlement or judgment.