4

**Schedule I**

**Potential Rolling Stock Assumption List**

**Yellow Corporation**
**Rolling Stock Cure Schedule**

| Contract ID | Debtor | Counterparty Name / Address | Description of Contract | Cure Amount |
|---|---|---|---|---|
| AXOS-006 | USF Holland LLC | AXOS BANK<br>ATTN: BRAD BURGESS, 4350 LA JOLLA DR, SUITE 140<br>SAN DIEGO, CA 92122 | Forklifts Lease Agreement | $ 16,316 |
| 34200094001 | USF Reddaway Inc. | CUSTOMERS BANK<br>ATTN: PAUL C. RODITAKIS & DANA GALVIN, 25 CHESTNUT STREET, SUITE 200 SOUTH<br>PORTSMOUTH, NH 03801 | Trailers Lease Agreement | $ 75,274 |
| 137542-023 | YRC Inc. | CUSTOMERS BANK<br>ATTN: PAUL C. RODITAKIS & DANA GALVIN, 25 CHESTNUT STREET, SUITE 200 SOUTH<br>PORTSMOUTH, NH 03801 | Trailers Lease Agreement | $ - |
| 137542-024 | YRC Inc. | CUSTOMERS BANK<br>ATTN: PAUL C. RODITAKIS & DANA GALVIN, 25 CHESTNUT STREET, SUITE 200 SOUTH<br>PORTSMOUTH, NH 03801 | Trailers Lease Agreement | $ 34,685 |
| 34200094002 | USF Reddaway Inc. | EAST WEST BANK<br>ATTN: PAUL BRADLEY, 9033 FLAIR DRIVE<br>EL MONTE, CA 91731 | Trailers Lease Agreement | $ 104,906 |
| 137542-025 | YRC Inc. | FIRST FINANCIAL<br>225 PICTORIA DR, SUITE 700<br>CINCINNATI, OH 45246 | Trailers Lease Agreement | $ 199,109 |
| 137542-037 | YRC Inc. | FIRST FINANCIAL<br>225 PICTORIA DR, SUITE 700<br>CINCINNATI, OH 45246 | Trailers Lease Agreement | $ 72,553 |
| 137542-039 | YRC Inc. | FIRST FINANCIAL<br>225 PICTORIA DR, SUITE 700<br>CINCINNATI, OH 45246 | Trailers Lease Agreement | $ 9,828 |
| UHL-0007-Nations | USF Holland LLC | NATIONS<br>ATTN: ERIC GRANT & JOSEPH O'BEIRN, 40 DANBURY ROAD<br>WILTON, CT 06897 | Trailers Lease Agreement | $ 23,984 |
| UHL-0008-Nations | USF Holland LLC | NATIONS<br>ATTN: ERIC GRANT & JOSEPH O'BEIRN, 40 DANBURY ROAD<br>WILTON, CT 06897 | Trailers Lease Agreement | $ 69,684 |
| UHL-0009-Nations | USF Holland LLC | NATIONS<br>ATTN: ERIC GRANT & JOSEPH O'BEIRN, 40 DANBURY ROAD<br>WILTON, CT 06897 | Trailers Lease Agreement | $ 12,032 |
| UHL-0010-Nations | USF Holland LLC | NATIONS<br>ATTN: ERIC GRANT & JOSEPH O'BEIRN, 40 DANBURY ROAD<br>WILTON, CT 06897 | Trailers Lease Agreement | $ 80,616 |
| Radius - 006 | USF Holland LLC | RADIUS BANK<br>ATTN: MICHAEL GABELL & GREGORY BURKE, 1 HARBOR STREET, SUITE 201<br>BOSTON, MA 02210 | Trailers Lease Agreement | $ 214,239 |
| US272706 | USF Holland LLC | STOUGHTON<br>ATTN: KEAN KASPER, 416 S ACADEMY STREET<br>STOUGHTON, WI 53589 | Trailers Lease Agreement | $ 110,750 |
| 137542-026 | YRC Inc. | TRISTATE/TSC EQUIPMENT FINANCE<br>C/O BUCHANAN INGERSOLL & ROONEY, ATTN: TIMOTHY PALMER, UNION TRUST BUILDING, 501 GRANT STREET, SUITE 200<br>PITTSBURGH, PA 15219 | Trailers Lease Agreement | $ 366,410 |
| 137542-029 | YRC Inc. | TRISTATE/TSC EQUIPMENT FINANCE<br>C/O BUCHANAN INGERSOLL & ROONEY, ATTN: TIMOTHY PALMER, UNION TRUST BUILDING, 501 GRANT STREET, SUITE 200<br>PITTSBURGH, PA 15219 | Trailers Lease Agreement | $ 31,440 |

| Contract ID | Debtor | Counterparty Name / Address | Description of Contract | Cure Amount |
|---|---|---|---|---|
| 137542-031 | YRC Inc. | VALLEY NATIONAL BANK<br>C/O DUANE MORRIS, ATTN: SOMMER ROSS, 30 SOUTH 17TH ST PHILADELPHIA, PA 19103 | Trailers Lease Agreement | $ 39,490 |
| 137542-032 | YRC Inc. | VALLEY NATIONAL BANK<br>C/O DUANE MORRIS, ATTN: SOMMER ROSS, 30 SOUTH 17TH ST PHILADELPHIA, PA 19103 | Trailers Lease Agreement | $ 76,293 |
| 137542-038 | YRC Inc. | VALLEY NATIONAL BANK<br>C/O DUANE MORRIS, ATTN: SOMMER ROSS, 30 SOUTH 17TH ST PHILADELPHIA, PA 19103 | Trailers Lease Agreement | $ 122,417 |
| 137542-042 | YRC Inc. | VALLEY NATIONAL BANK<br>C/O DUANE MORRIS, ATTN: SOMMER ROSS, 30 SOUTH 17TH ST PHILADELPHIA, PA 19103 | Trailers Lease Agreement | $ 46,151 |
| 137542-043 | YRC Inc. | VALLEY NATIONAL BANK<br>C/O DUANE MORRIS, ATTN: SOMMER ROSS, 30 SOUTH 17TH ST PHILADELPHIA, PA 19103 | Trailers Lease Agreement | $ 91,327 |
| 137542-044 | YRC Inc. | VALLEY NATIONAL BANK<br>C/O DUANE MORRIS, ATTN: SOMMER ROSS, 30 SOUTH 17TH ST PHILADELPHIA, PA 19103 | Trailers Lease Agreement | $ 39,935 |