# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Hearing Date: November 13, 2023 at 10:00 a.m. EST |
| _____ | ) | Objection Deadline: October 30, 2023 at 5:00 p.m. EST |

## NOTICE OF MOTION OF JASON E. ELLIS FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO 11 U.S.C. § 362(d) OF THE BANKRUPTCY CODE

TO:

Michael Esser, Esquire
Kirkland & Ellis LLP
555 California Street
27th Floor
San Francisco, CA 94104

Whitney C. Fogelberg, Esquire
Richard U.S. Howell, Esquire
Casey McGushin, Esquire
Conor P. McNamara, Esquire
Patrick J. Nash, Esquire
David Seligman, Esquire
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

Laura Davis Jones, Esquire
Peter J. Keane, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

Jame M. Leamy, Esquire
Richard L. Schepacarter, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Kevin M. Capuzzi, Esquire
John C. Gentile, Esquire
Jennifer R. Hoover, Esquire
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street
Suite 1201
Wilmington, DE 19801-1611

Philip C. Dublin, Esquire
Meredith A. Lahaie, Esquire
Abid Qureshi, Esquire
Joseph L. Sorkin, Esquire
Kevin Zuzolo, Esquire
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

Epiq Corporate Restructuring, LLC
www.epiqsystems.com
777 Third Avenue, 12th Floor
New York, NY 10017

Jason E. Ellis ("Movant") has filed the attached Motion For Relief From Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code (the "Motion") which seeks an order lifting the stay to allow certain state court litigation to proceed in Tennessee.

**HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 13, 2023 at 10:00 a.m.**

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date with the Clerk of the Bankruptcy Court for the District of Delaware.

At the same time, you must also serve a copy of the response upon Movant's counsel:

> Louis J. Rizzo, Jr., Esquire
> Reger Rizzo & Darnall LLP
> Brandywine Plaza West
> 1521 Concord Pike, Suite 305
> Wilmington, DE 19803
> (302) 477-7100

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

**REGER RIZZO & DARNALL LLP**

/s/ *Louis J. Rizzo, Jr., Esquire*
Louis J. Rizzo, Jr., Esquire (#3374)
Brandywine Plaza West
1521 Concord Pike, Suite 305
Wilmington, DE 19803
(302) 477-7100
*Attorney for Movant,*
*Jason E. Ellis*

Dated: October 13, 2023