IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 575 |
| | ) | |
| | ) | **Rescheduled Bid Deadline:** A Date and Time to Be Determined |
| | ) | |
| | ) | **Rescheduled Auction:** A Date and Time to Be Determined |
| | ) | |
| | ) | **Rescheduled Hearing:** A Date and Time to Be Determined |
| | ) | |

**NOTICE OF RESCHEDULED BID DEADLINE, AUCTION,
AND HEARING TO APPROVE THE ROLLING STOCK WINNING BIDDER**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On September 15, 2023, the Court entered its *Order (I)(A) Approving Bidding Procedures for the Sale or Sales of the Debtors' Assets; (B) Scheduling Auctions and Approving the Form and Manner of Notice Thereof; (C) Approving Assumption and Assignment Procedures (D) Scheduling Sale Hearings and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

*Unexpired Lease; and (III) Granting Related Relief* [Docket No. 575] (the "<u>Bidding Procedures Order</u>").[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the Bid Deadline for the Rolling Stock was October 13, 2023, at 5:00 p.m., prevailing Eastern Time and an Auction for the Rolling Stock, if any, was scheduled to take place on October 18, 2023, at 10:00 a.m., prevailing Eastern Time.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the section 16 of the Bidding Procedures, the Debtors, in consultation with the Consultation Parties and in their reasonable business judgement, have elected to **<u>extend the deadlines set forth in the Bidding Procedures</u>**.

Certain dates and deadlines set forth in the Bidding Procedures Order for the Rolling Stock have been rescheduled as follows:

(i) **<u>Rescheduled Rolling Stock Bid Deadline</u>**. The Rolling Stock Bid Deadline is a date and time to be determined.

(ii) **<u>Rescheduled Rolling Stock Auction</u>**. The Rolling Stock Auction, if necessary, will commence on a date and time to be determined, via remote video or in-person at the Debtors' election after consultation with the Consultation Parties.

(iii) **<u>Rescheduled Hearing</u>**. The hearing for approval of the Debtors' designation of the Winning Bidder and Winning Bid is scheduled for a date and time to be determined, before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, for the Bankruptcy Court for the District of Delaware.

---

[2] Capitalized terms used in this notice but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order or the Bidding Procedures, as applicable.

Except as expressly modified by the Agreed Order, the terms of the Bidding Procedures Order, in the Bidding Procedures, remain in full force and effect.

The hearing may be adjourned from time to time without further notice to parties in interest other than by an announcement in Court of such adjournment on the date scheduled for the hearing or as indicated in any notice of agenda of matters scheduled for hearing filed by the Debtors with the Court.

Dated: October 13, 2023
Wilmington, Delaware

/s/ Laura Davis Jones

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 652-4100 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |
| | Allyson B. Smith (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*