**EXHIBIT 1**

## NOTICE OF INTENT TO FILE MECHANIC'S LIEN CLAIM

**TO:** **Fee Owner:**
USF Holland, LLC f/k/a USF Holland, Inc.
Attn: C T Corporation System
120 South Central Avenue
Clayton, Missouri 63105

**Original Contractor:**
Mid-American Constructors, LLC
Attn: Owner of Company
PO Box 496
Howell, Missouri 48843

**PLEASE TAKE NOTICE** that, pursuant to Mo. Rev. Stat. §§ 429.010, et seq., Doing Steel Fabrication, LLC ("Lien Claimant"), with its principal place of business being located at 2125 N. Golden Avenue, Springfield, Missouri 65803, holds a claim against the improvements, appurtenances, and the real property upon which the same are situated in Jasper County in the State of Missouri which has a street address of 2702 Newman Road, Joplin, Missouri 64801 and a legal description as follows:

> Commencing at the North Quarter corner of Section 1, Township 27, Range 33, in the City of Joplin, Jasper County, Missouri, thence East along the North line of said Section 1, 163.60 feet, said point being 30.0 feet East of the center line of Florida Avenue, thence South 00°09' West 7.98 feet, thence in a Southwesterly direction along a curve with a radius of 1176.0 feet a distance of 22.02 feet to the intersection of the South line of Newman Road and the East line of Florida Avenue and the point of beginning, thence Southwesterly along a curve with a radius of 1176.0 feet and East line of Florida Avenue a distance of 310.0 feet, thence Southwesterly along the East line of Florida Avenue a distance of 135.50 feet, thence Southwesterly along a curve with a radius of 1116.0 feet and East line of Florida Avenue a distance of 104.60 feet, thence East parallel with the North line of said Section 1 a distance of 711.20 feet, thence North 00°09' East a distance of 541.0 feet to the South line of Newman Road, thence West along the South line of Newman Road a distance of 600.0 feet to the point of beginning.

(the "Property") for which materials, labor, equipment, and supplies (the "Work") were provided by Lien Claimant in the construction of improvements upon said Property.

As a result of furnishing the Work, Lien Claimant is owed the sum of Seventy Thousand Three Hundred and Eight Dollars and 00/100 **($70,308.00)** plus all interest, costs, and attorney's fees which lien claimant is entitled to under Missouri law and its contract Mid-America Constructors, LLC that have accrued and continue to accrue which are not included in the foregoing amount. Lien Claimant furnished the Work at the request of Mid-America Constructors, LLC on the Property who, in turn, furnished work at the direction of (and under contract with) USF Holland, LLC f/k/a USF Holland, Inc. on the Property. Lien Claimant's claim has accrued within six months prior to the giving of this Notice.

**PLEASE TAKE FURTHER NOTICE** that, unless Lien Claimant is paid the aforesaid amount within ten (10) days from the date you have received this notice, Lien Claimant will file a mechanic's lien against all rights and interests that USF Holland, LLC f/k/a USF Holland, Inc. has

in the above-described Property, including, but not limited to, all fee interest, improvements, appurtenances, and real property upon which the same are situated, and will proceed thereon to enforce its mechanic's lien pursuant to Chapter 429, RSMo, and enforce such other rights and remedies available to it under law.

Dated: October 3, 2023

**DOING STEEL FABRICATION, LLC**

By: _____
Name: Brian Gordon
Title: Chief Financial Officer

STATE OF Missouri    )
                     )  ss.
COUNTY OF Greene     )

On this 3rd day of October 2023, before me, Patricia L Barnoskie a Notary Public in and for said State, personally appeared Brian Gordon, the Chief Financial Officer of Doing Steel Fabrication, LLC, a Missouri limited liability company, known to be the person who executed the within Notice of Intent to File Mechanic's Lien Claim on behalf of said company and acknowledged to me that he executed the same for the purposes therein stated.

IN WITNESS WHEREOF, I have hereunto set my hand and affixed my official seal in the County and State aforesaid, the day and year first above written.

_____
Notary Public

My Commission Expires:

2/1/2026



PATRICIA L BARNOSKIE
My Commission Expires
02-01-2026
NOTARY SEAL
Polk County
Commission # 14930060
NOTARY PUBLIC - STATE OF MISSOURI

2

KC 21128030.1