IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 617** |

**NOTICE OF FILING OF AMENDED LIST OF
ORDINARY COURSE PROFESSIONALS**

**PLEASE TAKE NOTICE** that, on September 20, 2023, the Court entered the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 617] (the "OCP Order"). Pursuant to the OCP Order, the Debtors are authorized to retain and pay reasonable fees and expenses for the services of various professionals utilized in the ordinary course of the Debtors' businesses (each an ordinary course professionals, or "OCP" and collectively the "OCPs"). The OCPs that the Debtors are authorized to retain are listed on Exhibit 1 to the OCP Order (the "Original OCP List").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(h) of the OCP Order, the Debtors have the right to amend the Original OCP List as necessary, to add or remove OCPs from time to time in consultation with the Committee.

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file an amended OCP list (the "Amended OCP List"), attached hereto **Exhibit A**. A blackline of the Amended OCP List against the Original OCP List is attached hereto as **Exhibit B**.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

DOCS_DE:245358.1 96859/001

Dated: October 16, 2023
Wilmington, Delaware

| | |
|---|---|
| */s/   Laura Davis Jones*  | |
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone:    (312) 862-2000 |
| Telephone:    (302) 652-4100 | Facsimile:    (312) 862-2200 |
| Facsimile:    (302) 652-4400 | Email:    patrick.nash@kirkland.com |
| Email:    ljones@pszjlaw.com |     david.seligman@kirkland.com |
|     tcairns@pszjlaw.com |     whitney.fogelberg@kirkland.com |
|     pkeane@pszjlaw.com | |
|     ecorma@pszjlaw.com | -and- |
| | |
| | Allyson B. Smith (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:    (212) 446-4800 |
| | Facsimile:    (212) 446-4900 |
| | Email:    allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*