# EXHIBIT B

## Redline

**Tier 1 OCP List**

| Name | Address | Service |
|---|---|---|
| AEI Consultants | 20 Gibson Place, Suite 310<br>Freehold, NJ 07728 | Consulting - Environmental |
| Husch Blackwell LLP | 4801 MAIN ST<br>Kansas City, MO 64180 | Legal - Real Estate |
| McDermott, Will & Emery LLP | 444 WEST LAKE STREET SUITE 4000<br>Chicago, IL 60606 | Legal - Workers Compensation |
| Morgan, Lewis & Bockius LLP | COUNSELORS AT LAW, PO BOX 8500 S-6050<br>PHILADELPHIA, PA 19178 | Legal - Employment |
| Ogletree, Deakins, Nash, Smoak & Stewart, P.C. | PO BOX 89<br>COLUMBIA, SC 29202 | Legal - Employment |
| Proskauer Rose LLP | 11 TIMES SQUARE<br>New York, NY 10036 | Legal - Labor |
| Willis Towers Watson US LLC | 1079 SOLUTIONS CENTER<br>CHICAGO, IL 60677 | Actuarial Services |

**Tier 2 OCP List**

| Name | Address | Service |
|---|---|---|
| Altus Group | 126 DON HILLOCK DR AURORA ON L4G 0G9, CANADA | Accounting - Tax |
| Basham, Ringe y Correa, S.C. | PASEO DE LOS TAMARINDOS #100, 5TH FLOOR, BOSQUES DE LAS LOMAS, CUAJIMALPA DE MORELOS, 05120, MEXICO CITY | Legal - Mexican Counsel |
| Burns & McDonnell, Inc. | 9400 WARD PARKWAY KANSAS CITY, MO 64114 | Consulting - Environmental |
| Carr, Allison, Oliver & Sisson LLP | 100 VESTAVIA PKWY Birmingham, AL 35216 | Legal - Injury and Property Damage |
| Dexter Hoffing LLC | 43 ROCKEFELLER PLAZA Suite 2000 NEW YORK, NY 10111 | Actuarial Services |
| Ethority (dba Equifax) | 4076 PAYSPHERE CIR CHICAGO, IL 60674 | Tax and Consulting Services |
| Filion, Wakely, Thorup & Angeletti LLP | BAY ADELAIDE CENTRE, 333 BAY ST STE 2500 PO BOX 44 TORONTO ON M5H 2R2, CANADA | Legal - Canadian Counsel |
| Hemenway & Barnes LLP | 75 State St Boston, MA 02109 | Legal - Taxation |
| ~~Hunton Andrews Kurth LLP~~ | ~~951 E BYRD ST Richmond, VA 23219~~ | ~~Legal - Taxation~~ |
| Maher, Brannigan & Heywood PC | 11520 W 183rd St Orland Park, IL 6046 | Legal - Taxation |
| ~~Origami Risk LLC~~ | ~~P.O. BOX 74751 Chicago, IL 60694~~ | ~~Consulting - Safety and Compliance~~ |
| Ryan Law | Three Galleria Office Tower 13155 Noel Road, Suite 1850 Dallas, Texas 75240 | Legal - Taxation |
| Schroder & Strom LLP | 114 Old Country Rd # 218 Mineola, NY 11501 | Legal - Taxation |
| Serviam Consulting | 8700 Indian Creek Pkwy Brown and Gold Office Overland Park, KS 66210 | Consulting - Information Technology |

2

| Name | Address | Service |
|---|---|---|
| TekSystems | 3689 COLLECTION CENTER DRIVE<br>CHICAGO, IL 60693 | Consulting - Information Technology |
| Thomas & Company | P. O. BOX 645555<br>Cincinnati, OH 45264 | Employment Verification Services |

**Tier 3 OCP List**

| Name | Address | Service |
|---|---|---|
| Amari & Locallo | 734 N WELLS ST<br>CHICAGO, IL 60654 | Legal - Taxation |
| Armanino LLP | PO BOX 206700<br>Dallas, TX 75320 | Auditors - Benefits Plan |
| CFGI | SANTANDER TOWER<br>1601 ELM STREET<br>DALLAS, TX 75201 | Accounting – Public Filings |
| Creative Planning | LOCKTON RETIREMENT SERVICES, PO BOX 952032<br>St Louis, MO 63195 | Consulting Services and Investment Management |
| ~~Dexter Hofing LLC~~ | ~~45 ROCKEFELLER PLAZA SUITE 2000<br>New York, NY 10111~~ | ~~Actuarial Services~~ |
| Gowling Lafleur Henderson LLP | P.O. BOX 466, STATION D OTTAWA ON K1P 1C3, CANADA | Legal - Corporate Counsel |
| ~~MarksNelson~~ | ~~1310 E 104TH ST STE 300<br>KANSAS CITY, MO 64131~~ | ~~Accounting - Tax~~ |
| Property Tax Advisory Group | 11300 TOMAHAWK CREEK PKWY STE 320<br>Leawood, KS 66211 | Consulting - Tax |
| Scopelitis, Garvin, Light, Hanson & Feary PC | 10 W MARKET ST STE 1500<br>INDIANAPOLIS, IN 46204 | Legal -Transportation |
| Snow, Christensen & Martineau LLP | 10 EXCHANGE PLACE, 11TH FLOOR<br>SALT LAKE CITY, UT 84111 | Legal – Personal Injury |
| Stewart, McKelvey, Sterling, Scales LLP | PURDYS WHARF TOWER ONE, 1959 UPPER WATER STREET HALIFAX NS B3J 3N2, CANADA | Legal - Canadian Regulatory |
| Stinson LLP | 50 SOUTH 6TH STREET UNIT 2600<br>MINNEAPOLIS, MN 55402 | Legal – Public Filings |
| Tax Advisors Group LLC | 12400 COIT RD STE 960<br>Dallas, TX 75251 | Consulting - Tax |
| Worsek & Vihon | 180 N LA SALLE ST # 3010<br>CHICAGO, IL 60601 | Legal - Taxation |

4

| | |
|---|---|
| **Summary report:** <br> **Litera Compare for Word 11.3.1.3 Document comparison done on 10/12/2023 5:22:52 PM** ||
| **Style name:** Color (Kirkland Default) ||
| **Intelligent Table Comparison:** Active ||
| **Original DMS:** iw://dms.kirkland.com/LEGAL/101239316/1 ||
| **Modified DMS:** iw://dms.kirkland.com/LEGAL/101239316/3 ||
| **Changes:** ||
| Add | 0 |
| Delete | 0 |
| Move From | 0 |
| Move To | 0 |
| Table Insert | 5 |
| Table Delete | 4 |
| Table moves to | 0 |
| Table moves from | 0 |
| Embedded Graphics (Visio, ChemDraw, Images etc.) | 0 |
| Embedded Excel | 0 |
| Format changes | 0 |
| **Total Changes:** | 9 |