## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. __** |

**ORDER AUTHORIZING THE DEBTORS TO (I) REDACT AND FILE UNDER SEAL CERTAIN CONFIDENTIAL COMMERCIAL INFORMATION IN CONNECTION WITH THE DEBTORS' AGENCY AGREEMENT MOTION AND (II) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order"), (a) authorizing the Debtors to file certain portions of the Agency Agreement Motion under seal, and (b) granting related relief, all as more fully set forth in the Motion; and this Court having jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C.§§ 157 and 1334 and Amended Standing Order; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided, except as set forth herein; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (the "Hearing"); and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion.

cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY ORDERED THAT:**

1. The Motion is granted as set forth herein.

2. The Debtors are authorized to redact and file under seal the Commission Percentages and Fees set forth in the Agency Agreement and the Agency Agreement Motion.

3. Subject to Local Rule 9018-1(d), the Commission Percentages and Fees shall be redacted from the filed Agency Agreement and the Agency Agreement Motion. The Commission Percentages and Fees shall be filed under seal and kept confidential and shall not be made available to anyone, except that the Debtors shall provide unredacted copies of the Agency Agreement Motion to (a) this Court; (b) the U.S. Trustee; (c) counsel and financial advisors to the Secured Parties; and (d) counsel and financial advisors to the Committee.

4. Any party who receives the Agency Agreement or the Agency Agreement Motion in accordance with this Order shall not disclose or otherwise disseminate the Commission Percentages and Fees to any other person or entity.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

7. This Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.