IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re Docket Nos. 575** |

## NOTICE OF CANCELLATION OF ROLLING STOCK BID DEADLINE AND ROLLING STOCK AUCTION

**PLEASE TAKE NOTICE** that on September 15, 2023, the Court entered the *Order (I)(A) Approving Bidding Procedures for the Sale or Sales of the Debtors' Assets; (B) Scheduling Auctions and Approving the Form and Manner of Notice Thereof; (C) Approving Assumption and Assignment Procedures; (D) Scheduling Sale Hearings and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 575] (the "Bidding Procedures Order").[2]

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Bidding Procedures Order, the Bid Deadline for submissions of Bids on the Rolling Stock Assets was October 13, 2023, at 5:00 p.m., prevailing Eastern Time (the "Rolling Stock Bid Deadline") and an Auction (if any, the "Rolling Stock Auction"), was scheduled to commence on October 18, 2023, at 10:00 a.m., prevailing Eastern Time.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used in this notice but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order, the Bidding Procedures, or the Agency Agreement, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, on October 13, 2023, the Debtors' filed that certain *Notice of Rescheduled Bid Deadline, Auction, and Hearing to Approve the Rolling Stock Winning Bidder* [Docket No. 834], notifying interested parties that the Rolling Stock Bid Deadline and the Rolling Stock Auction had been rescheduled to dates and times to be determined.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to section 16 of the Bidding Procedures, the Debtors, in consultation with the Consultation Parties and in their reasonable business judgement, and in light of the Debtors' entry into the Agency Agreement (defined below), have elected to **cancel the Rolling Stock Bid Deadline** and to **cancel the Rolling Stock Bid Auction**.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Debtors have filed the *Motion of Debtors for Entry of an Order (I) Approving Agency Agreement with Nations Capital, LLC, Ritchie Bros. Auctioneers (America) Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd., and IronPlanet Canada Ltd. Effective as of October 16, 2023; (II) Authorizing the Sale of Rolling Stock Assets Free and Clear of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief* (the "Agency Agreement Motion") requesting a hearing on October 23, 2023 at 10:00 a.m. (prevailing Eastern Time) to consider entry of an order approving the Agency Agreement Motion (the "Agency Agreement Order"), with objections due to be filed by October 23, 2023 at 8:00 a.m. (prevailing Eastern Time). All parties in interest, including any party with interest in participating in the sale process for the Rolling Stock Assets (as defined in the Agency Agreement Motion), are advised to review the Agency Agreement Motion and the Agency Agreement Order.

**PLEASE TAKE FURTHER NOTICE** that the cancelation of the Rolling Stock Auction does not affect or alter the Bidding Procedures other than as explicitly set forth herein or pursuant to the relief requested to be granted by the Court under the Agency Agreement Order, including with respect to any provisions relating to the rights of parties to submit credit bids consistent with the terms of the Bidding Procedures.

**PLEASE TAKE FURTHER NOTICE** that copies of all documents filed in these chapter 11 cases, including the Bidding Procedures Order, the Agency Agreement Motion, the Agency Agreement Order, the Agency Agreement (redacted to protect certain confidential commercial information), and the motion to shorten notice with respect to relief requested by the Agency Agreement Motion may be obtained free of charge by visiting the Debtors' case website at dm.epiq11.com/case/yellowcorporation.

Dated: October 16, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 652-4100 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |
| | Allyson B. Smith (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: allyson.smith@kirkland.com |
| | |
| | *Co-Counsel to the Debtors and Debtors in Possession* |