IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 794** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW CORPORATION, *ET AL.*, FOR ENTRY OF AN ORDER CLARIFYING THE REQUIREMENT TO PROVIDE ACCESS TO CONFIDENTIAL OR PRIVILEGED INFORMATION AND APPROVING A PROTOCOL REGARDING CREDITOR REQUESTS FOR INFORMATION**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Motion of the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information* [Docket No. 794] (the "Motion") filed on October 9, 2023. The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection, or other responsive pleading to the Motion appears thereon.

Pursuant to the *Notice of Motion of the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or Privileged Information and Approving a Protocol Regarding Creditor Requests for Information* [Docket No. 794-2], objections to the Motion were to be filed and served no later than October 16, 2023, at 4:00 p.m.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: October 17, 2023
Wilmington, Delaware

| **BENESCH, FRIEDLANDER,** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| **COPLAN & ARONOFF LLP** | |

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

/s/ John C. Gentile
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
        kcapuzzi@beneschlaw.com
        jgentile@beneschlaw.com

AKIN GUMP STRAUSS HAUER & FELD LLP

Philip C. Dublin (*pro hac vice*)
Meredith A. Lahaie (*pro hac vice*)
Kevin Zuzolo (*pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: pdublin@akingump.com
       mlahaie@akingump.com
       kzuzolo@akingump.com

*Counsel to the Official Committee of Unsecured Creditors*