**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 853** |
| | ) | |

**ORDER SHORTENING THE
NOTICE AND OBJECTION PERIOD FOR THE DEBTORS'
MOTION FOR ENTRY OF AN ORDER (I) APPROVING AGENCY
AGREEMENT WITH NATIONS CAPITAL, LLC, RITCHIE BROS.
AUCTIONEERS (AMERICA) INC., IRONPLANET, INC., RITCHIE
BROS. AUCTIONEERS (CANADA) LTD., AND IRONPLANET CANADA
LTD. EFFECTIVE AS OF OCTOBER 16, 2023; (II) AUTHORIZING THE
SALE OF ROLLING STOCK ASSETS FREE AND CLEAR OF LIENS, CLAIMS,
INTERESTS AND ENCUMBRANCES; AND (III) GRANTING RELATED RELIEF**

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (a) shortening the notice period for entry of the Agency Agreement Order, scheduling a hearing on the Debtors' request for entry of the Agency Agreement Order on **October 23, 2023** at **10:00 a.m. (ET)** (the "Proposed Hearing"), and requiring that objections to entry of the Bidding Procedures Order be filed and served by **October 23, 2023** at **8:00 a.m. (ET)**, and (b) granting related relief, all as more fully set forth in the Motion; and upon the Agency Agreement Motion; and upon the Kaldenberg Declaration and the Agent Declaration; and this Court having jurisdiction over this matter pursuant

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]    Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion.

to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other or further notice need be provided; and this Court having reviewed the Motion; and this Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.      The Motion is granted as set forth herein.

2.      The  Hearing to consider entry of the Agency Agreement Order shall be held on **October 27, 2023 at 12:00 p.m. noon (ET)**.

3.      Responses or objections to the Agency Agreement Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of Delaware, and shall be filed with the Court no later than **October 27, 2023 at 9:00 a.m. (ET)** (the "Objection Deadline").

4.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6.     This Court retains jurisdiction with respect to all matters arising from or related to the

implementation, interpretation, and enforcement of this Order.

**Dated: October 18th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**