**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Joint Administered) |
| | ) | |
| | ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON OCTOBER 23, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

> **This hearing will be conducted in-person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Goldblatt. All participants over Zoom must register in advance. Please register by October 20, 2023, at 4:00 p.m. (EST).**
>
> **Registration Link:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJIsduqsqjkoGpNF8u2qcuPeBwA_Cf4e9tw**

**RESOLVED MATTERS:**

1.   Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Lead Co-Counsel, Nunc Pro Tunc to August 18, 2023 [Filed: 9/18/23] (Docket No. 597)

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

Response Deadline:  October 2, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.   Supplemental Declaration of Philip C. Dublin in Support of the Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Lead Co-Counsel, Nunc Pro Tunc to August 18, 2023 [Filed: 9/28/23] (Docket No. 690)

B.   Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Lead Co-counsel, Nunc Pro Tunc to August 18, 2023 [Filed: 10/3/23] (Docket No. 748)

C.   [Signed] Order Authorizing the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Lead Co-Counsel, Nunc Pro Tunc to August 18, 2023 [Filed: 10/4/23] (Docket No. 760)

Status:  The Court has entered an order on this matter.  No hearing is necessary.

2.   Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Benesch, Friedlander, Coplan & Aronoff LLP as Delaware Counsel and Co-Counsel, Nunc Pro Tunc to August 22, 2023 [Filed: 9/18/23] (Docket No. 598)

Response Deadline:  October 2, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.   Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Benesch, Friedlander, Coplan & Aronoff LLP as Delaware Counsel and Co-Counsel, Nunc Pro Tunc to August 22, 2023 [Filed: 10/3/23] (Docket No. 749)

B.   [Signed] Order Authorizing the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Benesch, Friedlander, Coplan & Aronoff LLP as Delaware Counsel and Co-Counsel, Nunc Pro Tunc to August 22, 2023 [Filed: 10/4/23] (Docket No. 762)

Status:  The Court has entered an order on this matter.  No hearing is necessary.

3.      Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Miller Buckfire as Investment Banker, Nunc Pro Tunc to August 21, 2023 [Filed: 9/18/23] (Docket No. 599)

Response Deadline:  October 2, 2023 at 4:00 p.m. (ET)

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.      Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Miller Buckfire as Investment Banker, Nunc Pro Tunc to August 21, 2023 [Filed: 10/3/23] (Docket No. 750)

B.      [Signed] Order Authorizing the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Miller Buckfire as Investment Banker, Nunc Pro Tunc to August 21, 2023 [Filed: 10/4/23] (Docket No. 764)

Status:  The Court has entered an order on this matter.  No hearing is necessary.

4.      Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Huron Consulting Services LLC as Financial Advisor, Nunc Pro Tunc to August 21, 2023 [Filed: 9/18/23] (Docket No. 600)

Response Deadline:  October 2, 2023 at 4:00 p.m. (ET)

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.      Supplemental Declaration of Laura Marcero in Support of the Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Huron Consulting Services LLC as Financial Advisor, Nunc Pro Tunc to August 21, 2023 [Filed: 9/28/23] (Docket No. 691)

B.      Certification of Counsel Regarding Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Huron Consulting Services LLC as Financial Advisor, Nunc Pro Tunc to August 21, 2023 [Filed: 10/3/23] (Docket No. 751)

C.      [Signed] Order Authorizing the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Huron Consulting Services LLC as Financial Advisor, Nunc Pro Tunc to August 21, 2023 [Filed: 10/4/23] (Docket No. 761)

Status:  The Court has entered an order on this matter.  No hearing is necessary.

5.      Motion of the Official Committee of Unsecured Creditor of Yellow Corporation, et al.,
        for Entry of an Order Clarifying the Requirement to Provide Access to Confidential or
        Privileged Information and Approving a Protocol Regarding Creditor Requests for
        Information [Filed: 10/9/23] ([Docket No. 794](#))

        Response Deadline:  October 16, 2023 at 4:00 p.m. (ET)

        Responses Received:  None as of the date of this Notice of Agenda.

        Related Documents:

        A.      Certification of No Objection Regarding Motion of the Official Committee of
                Unsecured Creditor of Yellow Corporation, et al., for Entry of an Order Clarifying
                the Requirement to Provide Access to Confidential or Privileged Information and
                Approving a Protocol Regarding Creditor Requests for Information [Filed:
                10/17/23] ([Docket No. 861](#))

        B.      [Signed] Order Clarifying the Requirement to Provide Access to Confidential or
                Privileged Information and Approving a Protocol Regarding Creditor Requests for
                Information [Filed: 10/19/23] ([Docket No. 872](#))

        Status:  The Court has entered an order on this matter.  No hearing is necessary.

**CONTINUED MATTERS:**

6.      Debtors' Application Pursuant to Sections 327(e), 328(a), and 339 of the Bankruptcy
        Code for Entry of an Order Authorizing the Retention and Employment of Kasowitz
        Benson Torres LLP, as Special Litigation Counsel to the Debtors Effective as of the
        Petition Date [Filed: 9/7/23] ([Docket No. 418](#))

        Response Deadline:  September 21, 2023 at 4:00 p.m. (ET)

        Responses Received:  None as of the date of this Notice of Agenda.

        Related Documents:

        A.      [Proposed] Order Pursuant to Sections 327(e), 328(a), and 339 of the Bankruptcy
                Code for Entry of an Order Authorizing the Retention and Employment of
                Kasowitz Benson Torres LLP, as Special Litigation Counsel to the Debtors
                Effective as of the Petition Date [Filed: 9/7/23] ([Docket No. 418, Exhibit A](#))

        Status:  This matter is adjourned until November 13, 2023 at 10:00 a.m. (ET).

7.      Motion of TSC Equipment Finance, LLC (A) to Compel Debtor YRC, Inc. to Assume or
        Reject Equipment Lease Covering Approximately 246 Wabash Duraplate Pup Trailers;
        (B) For Relief from the Automatic Stay Pursuant to 11 USC 362(d) to Permit Movant to
        Exercise Rights and Enforce Remedies Against Debtor YRC, Inc. with Respect to

DOCS_DE:245328.4 96859/001

Equipment Lease and Trailers and (C) to Waive the 14 Day Stay of Enforcement Pursuant to FRBP 4001(a)(3) [Filed: 9/15/23] (Docket No. 576)

Response Deadline:  October 2, 2023 at 4:00 p.m. (ET) *(extended for the Debtors until 10/19/23 at 4:00 p.m. (ET))*

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.      [Proposed] Order [Filed: 9/15/23] (Docket No. 576)

Status:  This matter is adjourned by agreement of the parties until October 27, 2023 at 12:00 p.m. (ET).

8.      Motion of Gary W. Gibby for Relief from the Automatic Stay [Filed: 9/19/23] (Docket No. 608)

Response Deadline:  October 3, 2023 at 4:00 p.m. (ET) *(extended until October 12, 2023 at 4:00 p.m. (ET)*

Responses Received:

A.      Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.      Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

Related Documents:

A.      [Proposed] Order Granting Motion of Gary W. Gibby for Relief from the Automatic Stay [Filed: 9/19/23] (Docket No 608, Exhibit A)

B.      [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Gary W. Gibby to (I) Extend the Deadline to respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 10/3/23] (Docket No. 747)

Status:  This matter is adjourned until November 13, 2023 at 10:00 a.m. (ET).

9.      Motion of Lawrence Nowicki for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy [Filed: 9/26/23] (Docket No. 659)

Response Deadline:  October 11, 2023 at 5:00 p.m. (ET) *(extended until October 12, 2023 at 4:00 p.m. (ET)*

Responses Received:

A.     Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.     Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

Related Documents:

A.     [Proposed] Order Granting Motion of Lawrence Nowicki for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy [Filed: 9/26/23] (Docket No. 659)

B.     [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Lawrence Nowicki to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 10/6/23] (Docket No. 780)

Status:  This matter is adjourned until November 13, 2023 at 10:00 a.m. (ET).

10.     Motion of Corporate Lodging Consultants Inc. and Comdata, Inc., Pursuant to Bankruptcy Code Section 362(d), Bankruptcy Rule 4001, and Local Rule 4001-1, for Relief From the Automatic Stay to Effectuate Setoff of Security Deposit [Filed: 9/26/23] (Docket No. 663)

Response Deadline:  October 10, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.     [Proposed] Order Granting Motion of Corporate Lodging Consultants Inc. and Comdata, Inc., Pursuant to Bankruptcy Code Section 362(d), Bankruptcy Rule 4001, and Local Rule 4001-1, for Relief From the Automatic Stay to Effectuate Setoff of Security Deposit [Filed: 9/26/23] (Docket No. 663)

Status:  This matter is adjourned until November 13, 2023 at 10:00 a.m. (ET).

**CONTESTED MATTERS:**

11.     Motion of Brett Groves for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 8/24/23] (Docket No. 334)

Response Deadline:  September 7, 2023, at 4:00 p.m. ET *(extended until October 9, 2023 at 4:00 p.m. ET)*

Responses Received:

A.     Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.     Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

Related Documents:

A.     [Proposed] Order Granting Motion for Relief from the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 8/24/23] (Docket No. 334, Exhibit B)

B.     [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Brett Groves to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/8/23] (Docket No. 427)

C.     Notice of Extension of Time to Respond to Motion to Lift the Automatic Stay [Filed: 10/5/23] (Docket No. 777)

Status:  This matter will go forward.

12.     Motion of Myriam Binette for Relief From the Automatic Stay [Filed: 8/28/23] (Docket No. 344)

Response Deadline:  September 7, 2023, at 4:00 p.m. ET *(extended until October 9, 2023 at 4:00 p.m. ET)*

Responses Received:

A.     Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

Related Documents:

A.     Notice of Motion of Myriam Binette for Relief from Stay Under Section 362 of the Bankruptcy Code [File: 8/30/23] (Docket No. 364)

B.     [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Myriam Binette to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/8/23] (Docket No. 429)

C.      Notice of Extension of Time to Respond to Motion to Lift the Automatic Stay [Filed: 10/5/23] (Docket No. 776)

Status:  This matter will go forward.

13.      Motion of Paul Clark and Jean Clark for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 8/29/23] (Docket No. 358)

Response Deadline:  September 12, 2023, at 4:00 p.m. ET *(extended until October 12, 2023 at 4:00 p.m. ET)*

Responses Received:

A.      Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.      Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

Related Documents:

A.      [Proposed] Order Granting Motion for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 8/29/23] (Docket No 358, Exhibit B)

B.      [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Paul Clark and Jean Clark to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/8/23] (Docket No. 428)

Status:  This matter will go forward.

14.      Motion for Relief From Stay [Filed by Dariun Wright] [Filed: 9/8/23] (Docket No. 423)

Response Deadline:  October 16, 2023 at 4:00 p.m. (ET)

Responses Received:

A.      Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.      Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

Related Documents:  None.

Status:  This matter will go forward.

15.     Motion of James Charles Howard for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 9/14/23] (Docket No. 553)

Response Deadline:  September 28, 2023 at 4:00 p.m. (ET)

Responses Received:

A.     Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.     Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

Related Documents:

A.     [Proposed] Order Granting Motion for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 9/14/23] (Docket No. 553, Exhibit B)

Status:  This matter will go forward.

16.     Motion of Amer Nasser and Meira Ulloque for Relief From the Automatic Stay [Filed: 9/20/23] (Docket No. 615)

Response Deadline:  October 4, 2023 at 4:00 p.m. (ET) *(extended until October 12, 2023 at 4:00 p.m. (ET)*

Responses Received:

A.     Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.     Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

Related Documents:

A.    [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Amer Nasser and Meira Ulloque to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/28/23] (Docket No. 688)

Status:  This matter will go forward.

17.    Motion of Paul R. Wyszynski for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 9/21/23] (Docket No. 630)

Response Deadline:  October 5, 2023 at 4:00 p.m. (ET) *(extended until October 12, 2023 at 4:00 p.m. (ET)*

Responses Received:  None.

Related Documents:

A.    [Proposed] Motion of Paul R. Wyszynski for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 9/21/23] (Docket No. 630)

B.    [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Paul R. Wyszynski to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/28/23] (Docket No. 687)

Status:  This matter will go forward.

18.    Motion for Relief From the Automatic Stay Filed by Tena J. Spence [Filed: 9/28/23] (Docket No. 684)

Response Deadline:  October 12, 2023 at 5:00 p.m. (ET)

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

Related Documents:

A.    [Proposed] Order Granting Motion for Relief From the Automatic Stay Filed by

Tena J. Spence [Filed: 9/28/23] ([Docket No. 684, Exhibit C)](#)

Status:  This matter will go forward.

19.    Motion of Jesse Israel Newton for Relief From the Automatic Stay [Filed: 10/3/23] ([Docket No. 741](#))

Response Deadline:  October 16, 2023 at 5:00 p.m. (ET)

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] ([Docket No. 823](#))

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] ([Docket No. 827](#))

Related Documents:

A.    [Proposed] Order Granting Motion of Jesse Israel Newton for Relief From the Automatic Stay [Filed: 10/3/23] ([Docket No. 741](#))

Status:  This matter will go forward.

20.    Motion of Jimmie and Janel Hubert for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Filed: 10/4/23] ([Docket No. 758](#))

Response Deadline:  October 16, 2023 at 5:00 p.m. (ET)

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] ([Docket No. 823](#))

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] ([Docket No. 827](#))

Related Documents:

A.    [Proposed] Order Granting Motion of Jimmie and Janel Hubert for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Filed: 10/4/23] ([Docket No. 758](#))

Status:  This matter will go forward.

DOCS_DE:245328.4 96859/001

21.     Motion of Donna Lee Daugherty for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of the Wrongful Death Litigation [Filed: 10/5/23] (Docket No. 770)

Response Deadline:  October 16, 2023 at 5:00 p.m. (ET)

Responses Received:

A.      Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.      Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

Related Documents:

A.      [Proposed] Order Granting Motion of Donna Lee Daugherty for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of the Wrongful Death Litigation [Filed: 10/5/23] (Docket No. 770, Exhibit A)

Status:  This matter will go forward.

22.     Motion of Anthony Martino for Orders Granting Relief From the Automatic Stay [Filed: 10/7/23] (Docket No. 789)

Response Deadline:  October 16, 2023 at 5:00 p.m. (ET)

Responses Received:

A.      Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.      Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

Related Documents:

A.      [Proposed] Order Granting Motion of Anthony Martino For Orders Granting Relief From the Automatic Stay [Filed: 10/7/23] (Docket No. 789, Exhibit A)

DOCS_DE:245328.4 96859/001

B.    [Proposed] Order Partially Granting Motion of Anthony Martino and Granting Limited Interim Relief From the Automatic Stay [Filed: 10/7/23] ([Docket No. 789, Exhibit B](#))

Status: This matter will go forward.

Dated: October 19, 2023
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |

919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:    ljones@pszjlaw.com
    tcairns@pszjlaw.com
    pkeane@pszjlaw.com
    ecorma@pszjlaw.com

300 North LaSalle
Chicago, Illinois 60654
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    patrick.nash@kirkland.com
    david.seligman@kirkland.com
    whitney.fogelberg@kirkland.com

-and-

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

13

DOCS_DE:245328.4 96859/001