IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 23-11069 (CTG), *et seq.*<br>(jointly administered)<br><br>Hearing date: November 13, 2023, 10:00 a.m.<br>Objection deadline: November 6, 2023 |

# NOTICE OF MOTION

**TO:  Parties listed on the Certificate of Service**

Jacob Bazarov and Tamara Peirova ("Movants") have filed a Motion for Relief From The Automatic Stay (the "Motion"), which seeks the following relief: Relief from the automatic stay to enforce personal injury and other claims under applicable non-bankruptcy law against one or more of the above-captioned debtors to recover against third parties, including but not limited to receiving available insurance proceeds.

**HEARING ON THE MOTION WILL BE HELD ON NOVEMBER 13, 2023 AT 10:00 A.M. PREVAILING EASTERN TIME.**

You are required to file a response, if any, on or before November 6, 2023 at 4:00 P.M. Prevailing Eastern Time. At the same time, you must also serve a copy of the response upon Movants' attorneys:

| | |
|---|---|
| Adam Hiller, Esquire<br>Hiller Law, LLC<br>300 Delaware Avenue<br>Suite 210, #227<br>Wilmington, Delaware 19801<br>(302) 442-7677 telephone<br>ahiller@adamhillerlaw.com | Nissim Abaev, Esquire<br>ABAEV LAW FIRM, PLLC<br>108-01 Queens Blvd., Suite 204<br>Forest Hills, NY 11375<br>(718) 207-7671<br>nabaev@thenewyorklawfirm.com |

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 19, 2023
       Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

-and-

Nissim Abaev, Esquire
ABAEV LAW FIRM, PLLC
108-01 Queens Blvd., Suite 204
Forest Hills, NY 11375
(718) 207-7671
nabaev@thenewyorklawfirm.com

*Attorneys for Movants, Jacob Bazarov and Tamara Peirova*