# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | ) | Re: Docket No. 608 |

### ORDER APPROVING THE JOINT STIPULATION
### BY AND AMONG THE DEBTORS AND GARY W. GIBBY TO (I) EXTEND THE DEADLINE TO RESPOND TO OMNIBUS OBJECTIONS TO MOTION TO LIFT THE AUTOMATIC STAY AND
### (II) EXTEND THE HEARING DATE RELATED THERETO

Upon the *Certification of Counsel Regarding the Joint Stipulation By and Among the Debtors and Gary W. Gibby to (I) Extend the Deadline to Respond to Omnibus Objections to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto* (the "Certification of Counsel") and the *Joint Stipulation By and Among the Debtors and Gary W. Gibby to (I) Extend the Deadline to Respond to Omnibus Objections to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto* (the "Stipulation"),[2] by and between the above-captioned debtors and debtors in possession (collectively, the "Debtors") and Gary W. Gibby (the "Movant," and together with the Debtors, the "Parties"), attached to this order (this "Order") as **Exhibit 1**; and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

*of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Stipulation; and this Court having determined that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Stipulation shall be effective immediately upon entry of this Order.

3. The Hearing Date for the Motion is **November 13, 2023 at 10:00 a.m. (ET)**, or such other date as may be suitable for the Court's docket.

4. The deadline for Movant to respond to the Omnibus Objections is extended through and including **November 8, 2023 at 4:00 p.m. (ET)**.

5. The entry of this Stipulation and Order is without prejudice to any other party's right to respond to the Motion.

6. The Parties may mutually agree to further extensions of the response deadline and/or hearing date via email or by noting such extensions on the applicable hearing agenda.

7. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

8. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order and the Stipulation.

**Dated: October 20th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:245436.1 96859/001