**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 334, 344, 358, 423, 553, 608, 615, 630, 650, 659, 684, 741, 758, 770, 783, 789, 827 |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF YELLOW CORPORATION, *ET AL.,* TO DEBTORS' OMNIBUS
OBJECTION TO PERSONAL INJURY CLAIMANT MOTIONS FOR RELIEF FROM
THE AUTOMATIC STAY UNDER SECTION 362 OF THE BANKRUPTCY CODE**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby files this joinder (the "Joinder") to join in and adopt the arguments submitted by the Debtors in the *Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code* [Docket No. 827] (the "Omnibus Objection"). In support of this Joinder, the Committee respectfully states as follows.

**JOINDER**

1. The Committee expressly joins, adopts, and incorporates the legal arguments set forth in the Omnibus Objection and submits that the Lift-Stay Motions should be denied.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

2.   The Committee expressly reserves all rights with respect to the Lift-Stay Motions and the Omnibus Objection, including the right to supplement and join in any other filings and to present further arguments at any hearing on the Lift-Stay Motions.

*[Remainder of Page Intentionally Left Blank]*

Dated: October 20, 2023
      Wilmington, Delaware

**BENESCH, FRIEDLANDER,**
    **COPLAN & ARONOFF LLP**

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile:  (302) 442-7012
E-mail:   jhoover@beneschlaw.com
         kcapuzzi@beneschlaw.com
         jgentile@beneschlaw.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Philip C. Dublin (*pro hac vice*)
Meredith A. Lahaie (*pro hac vice*)
Kevin Zuzolo (*pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: pdublin@akingump.com
      mlahaie@akingump.com
      kzuzolo@akingump.com

*Counsel to the Official Committee of Unsecured Creditors*