**YELLOW CORPORATION**
Date: 10/16/2023

| Content of the Notice | Input |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | IT Assets in Kansas City Area |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | See IT Equip/Inventory Schedules[1] |
| (c) identification of the Debtor entity selling the De Minimis Assets | YRC Enterprise Services, Inc. |
| (d) identification of the purchaser of the De Minimis Assets | Exit Technologies |
| (e) the purchase price[2] | $401,000.00 ($418,000.00 minus $17,000.00 equipment removal cost) |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | REDACTED |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | • Company ran a formal RFO process with outreach with six (6) potential buyers.<br>• Resulted in four (4) bidders for the asset.<br>• RFO was modified to four (4) locations in Kansas City with higher value inventory<br>• Bid was raised from $210k to $410k. The highest and best offer was selected. |
| (h) any other significant terms of the sale or transfer | The chosen vendor is to provide packing material and labor to locate, box and load equipment for safe transport to purchaser processing locations, ensuring the timely and safe removal of assets from these facilities. Yellow is prioritizing the assets at one of the data centers location to try and reject the lease at the end of the month and save on carrying costs |

*Footnote(s)*
*1.) The company is selling IT equipment and inventory at four (4) of the Kansas City locations*