# EXHIBIT A

**YELLOW CORPORATION**
Date: 10/16/2023

| **Content of the Notice** | **Input** |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | Scrap metal |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | NA |
| (c) identification of the Debtor entity selling the De Minimis Assets | Yellow Corporation |
| (d) identification of the purchaser of the De Minimis Assets | Various[1] |
| (e) the purchase price[2] | $101,295 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | NA |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | Utilizing existing local/regional vendors |
| (h) any other significant terms of the sale or transfer | NA |

*Footnote(s)*
*1.) The company utilizes various local/regional scrap vendors at each of the 79 locations with scrap*
*2.) Total purchase price is the company's best estimates of the scrap at each of the 79 locations*
*Actual purchase amounts is not known until the vendor takes the scrap back their sorting facilities*
*and completes the process of separating the metals from other miscenarous items.*