IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>YELLOW CORPORATION,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br><br>**Objection Deadline: November 6, 2023 at 4 p.m. (ET)**<br>**Hearing date: November 13, 2023 at 10 a.m. (ET)** |

## NOTICE OF MOTION OF JAMES ALEXANDER AND LISA ALEXANDER FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on October 23, 2023, James Alexander and Lisa Alexander ("Movants") filed the *Motion of James Alexander and Lisa Alexander for Relief from the Automatic Stay* (the "Motion") with the United States Bankruptcy Court for the District of Delaware which seeks relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **November 6, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon Movants' undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **November 13, 2023 at 10:00 a.m. (ET)** before the Honorable Craig T. Goldblatt in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, if an objection is filed.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

{C1288012.1 }

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security interest.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 23, 2023
Wilmington, Delaware

**CAMPBELL & LEVINE, LLC**

*/s/ Katherine L. Hemming*
Katherine L. Hemming (No. 5496)
222 Delaware Ave, Suite 1620
Wilmington, DE 19801
(302) 426-1900
khemming@camlev.com

*Counsel for Movants James and Lisa Alexander*

{C1288012.1 }