IN THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF
DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) |
| Debtors.[1] | **Objection Deadline: November 6, 2023 at 4 p.m. (ET)**<br>**Hearing date: November 13, 2023 at 10 a.m. (ET)** |

Upon consideration of the Motion of James Alexander and Lisa Alexander for Relief from the Automatic Stay (the "Motion"), the Court having determined that good and adequate cause exists for approval of the Motion, and the Court having determined that no further notice of the Motion is necessary, and for the reasons set forth on the record, it is hereby ORDERED THAT:

1. The Motion is granted.

2. Movants are granted relief from the Automatic Stay for cause shown and are permitted to proceed with and prosecute the State Court Action[2] against the Debtors and any other individuals or entities, including any subsequent appeals, and may enforce any judgment, including any alternative dispute resolution award or settlement obtained in the State Court Action against the Debtors and/or the Debtors' applicable insurance.

3. This Order shall become effective immediately upon entry by the Court and is not subject to the fourteen-day stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

{C1287881.1}

4. This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

{C1287881.1}