# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Joint Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON OCTOBER 27, 2023 AT 12:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, <u>3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801</u>**

> **This hearing will be conducted in-person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) a party who files a responsive pleading intends to make only a limited argument; (ii) a party who has not submitted a pleading but is interested in observing the hearing; or (iii) other extenuating circumstances as determined by Judge Goldblatt. All participants over Zoom must register in advance. Please register by October 25, 2023, at 4:00 p.m. (EST).**
>
> **Registration Link:**
>
> **https://debuscourts.zoomgov.com/meeting/register/vJItduyrpjktGPrbGz4sPYRbjkG6p3MOeIc**

**<u>UNCONTESTED MATTER:</u>**

1. Motion of TSC Equipment Finance, LLC (A) to Compel Debtor YRC, Inc. to Assume or Reject Equipment Lease Covering Approximately 246 Wabash Duraplate Pup Trailers; (B) For Relief from the Automatic Stay Pursuant to 11 USC 362(d) to Permit Movant to Exercise Rights and Enforce Remedies Against Debtor YRC, Inc. with Respect to

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

Equipment Lease and Trailers and (C) to Waive the 14 Day Stay of Enforcement Pursuant to FRBP 4001(a)(3) [Filed: 9/15/23] ([Docket No. 576](#))

Response Deadline:  October 2, 2023 at 4:00 p.m. (ET) *(extended for the Debtors until 10/25/23 at 5:00 p.m. (ET)*

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.    [Proposed] Order [Filed: 9/15/23] ([Docket No. 576](#))

Status:  This matter will go forward.

**MATTERS GOING FORWARD:**

2.    Motion of Debtors for Entry of an Order (I) Approving Agency Agreement with Nations Capital, LLC, Ritchie Bros. Auctioneers (America) Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd. and IronPlanet Canada Ltd Effective as of October 16, 2023; (II) Authorizing the Sale of Rolling Stock Assets Free and Clear of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief [Filed: 10/16/23] ([Docket No. 852](#))

Response Deadline:  October 27, 2023 at 9:00 a.m. (ET)

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.    [Proposed] Order (I) Approving Agency Agreement with Nations Capital, LLC, Ritchie Bros. Auctioneers (America) Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd. and IronPlanet Canada Ltd Effective as of October 16, 2023; (II) Authorizing the Sale of Rolling Stock Assets Free and Clear of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief [Filed: 10/16/23] ([Docket No. 852, Exhibit A](#))

B.    Motion of Debtors for Entry of an Order Shortening Notice of Debtors' Motion for Entry of an Order (I) Approving Agency Agreement with Nations Capital, LLC, Ritchie Bros. Auctioneers (America) Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd. and IronPlanet Canada Ltd Effective as of October 16, 2023; (II) Authorizing the Sale of Rolling Stock Assets Free and Clear of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief [Filed: 10/16/23] ([Docket No. 853](#))

   i.    [Signed] Order Shortening the Notice and Objection Period for the Debtors Motion for Entry of an Order (I) Approving Agency Agreement with Nations Capital, LLC, Ritchie Bros. Auctioneers (America) Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd. and IronPlanet Canada Ltd Effective as of October 16, 2023; (II) Authorizing the Sale of

    Rolling Stock Assets Free and Clear of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief [Filed: 10/16/23] (Docket No. 864)

 C. Declaration of Cody Leung Kaldenberg in Support of Motion of Debtors for Entry of an Order (I) Approving Agency Agreement with Nations Capital, LLC, Ritchie Bros. Auctioneers (America) Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd. and IronPlanet Canada Ltd Effective as of October 16, 2023; (II) Authorizing the Sale of Rolling Stock Assets Free and Clear of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief [Filed: 10/16/23] (Docket No. 855)

 D. Declaration of Disinterestedness of Nations Capital LLC, Ritchie Bros. Auctioneers (America) Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd., and IronPlanet Canada Ltd. [Filed: 10/16/23] (Docket No. 856)

 E. [Filed Under Seal] Motion of Debtors for Entry of an Order (I) Approving Agency Agreement with Nations Capital, LLC, Ritchie Bros. Auctioneers (America) Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd. and IronPlanet Canada Ltd Effective as of October 16, 2023; (II) Authorizing the Sale of Rolling Stock Assets Free and Clear of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief [Filed: 10/17/23] (Docket No. 863)

  i. Motion of Debtors for Entry of an Order Authorizing the Debtors to (I) Redact and File Under Seal Certain Confidential Commercial Information in Connection with the Debtors' Agency Agreement Motion and (II) Granting Related Relief [Filed: 10/16/23] (Docket No. 854)

 F. Notice of Hearing on Debtors' Motion for Entry of an Order (I) Approving Agency Agreement with Nations Capital, LLC, Ritchie Bros. Auctioneers (America) Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd. and IronPlanet Canada Ltd Effective as of October 16, 2023; (II) Authorizing the Sale of Rolling Stock Assets Free and Clear of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief [Filed: 10/18/23] (Docket No. 865)

 <u>Status</u>:  This matter will go forward.

3. Motion of Debtors for Entry of an Order Authorizing the Debtors to (I) Redact and File Under Seal Certain Confidential Commercial Information in Connection with the Debtors' Agency Agreement Motion and (II) Granting Related Relief [Filed: 10/16/23] (Docket No. 854)

 <u>Response Deadline</u>:  None.

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.  [Proposed] Order Authorizing the Debtors to (I) Redact and File Under Seal Certain Confidential Commercial Information in Connection with the Debtors' Agency Agreement Motion and (II) Granting Related Relief [Filed: 10/16/23] ([Docket No. 854, Exhibit A](Docket No. 854, Exhibit A))

B.  [Filed Under Seal] Motion of Debtors for Entry of an Order (I) Approving Agency Agreement with Nations Capital, LLC, Ritchie Bros. Auctioneers (America) Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd. and IronPlanet Canada Ltd Effective as of October 16, 2023; (II) Authorizing the Sale of Rolling Stock Assets Free and Clear of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief [Filed: 10/17/23] (Docket No. 863)

Status:  This matter will go forward.

Dated:  October 25, 2023
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-4100 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*