# EXHIBIT A

**YELLOW CORPORATION**
Date: 10/24/2023

| **Content of the Notice** | **Input** |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | Two (2) Antique Trucks |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | GMC 1954 - Serial F351 24 Z1395; and INTL 1953 - Serial 22161 |
| (c) identification of the Debtor entity selling the De Minimis Assets | Yellow Corporation |
| (d) identification of the purchaser of the De Minimis Assets | Keystone Trucks (Tractor Museum) |
| (e) the purchase price | GMC $22,500.00; INTL $27,500.00 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | REDACTED |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | Company reached out to potential buyers that has previously transacted with the company and received interest and bids for the two trucks identified. |
| (h) any other significant terms of the sale or transfer | Buyer would move off site at own expense and purchase the units "as is" and "where is" |