IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION[1], et al.,<br><br>　　　　　Debtors. | Chapter 7<br><br>Case No. 23-11069 (CTG)<br>(Jointly Administered)<br><br>**Hearing Date:  November 13, 2023, at 10:00 a.m**<br>**Obj. Deadline:  November 6, 2023, at 4:00 p.m.** |

## NOTICE OF EMILY LOURO'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that on October 26, 2023, Emily Louro ("Louro"), filed the *Motion for Relief from the Automatic Stay* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to actually be received by the undersigned counsel for the Landlord on or before **November 6, 2023, at 4:00 p.m**. (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if any objection is filed, a hearing on the Motion may be held before the Honorable Craig T. Goldblatt in the Bankruptcy Court, 824 Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801 on **November 13, 2023, at 10:00 a.m.,** (prevailing Eastern Time).

**PLEASE TAKE FURTHER NOTICE** that if no objection is timely filed in accordance with the procedures enumerated above, the Bankruptcy Court may enter an Order without further notice or hearing.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Ave, Overland Park, KS 66211.

ME1 46448169v.1

| | |
|---|---|
| Date: October 26, 2023<br>Wilmington, DE | **McCARTER & ENGLISH LLP**<br><br>*/s/ Kate R. Buck*<br>Kate Roggio Buck (No. 5140)<br>Renaissance Centre<br>405 N. King Street, 8th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 984-6300<br>Facsimile: (302) 984-6399<br>kbuck@mccarter.com<br><br>*Attorneys for Emily Louro* |

## **CERTIFICATE OF SERVICE**

I, Kate R. Buck, certify that on October 26, 2023, I caused a true and correct copy of the *Notice of Motion for Relief from the Automatic Stay* to be served upon the below listed parties via email:

>                                    */s/ Kate R. Buck*
>                                    Kate R. Buck (No. 5140)

| | |
|---|---|
| Laura David Jones<br>Timothy P. Cairns<br>Peter J. Keane<br>Edward A. Corma<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com, tcairns@pszjlaw.com;<br>pkeane@pszjlaw.com; ecorma@pszjlaw.com<br>*Debtors' Counsel* | Jane M. Leamy<br>Richard L. Schepacarter<br>U.S. Trustee's Office<br>844 King Street, Room 2207<br>Lockbox #35<br>Wilmington, Delaware  19899-0035<br>jane.m.leamy@usdoj.gov,<br>Richard.schepacarter@usdoj.gov<br>*United States Trustee* |
| Patrick J. Nash, Jr., P.C.<br>David Seligman, P.C.<br>Whitney Fogelberg<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>patrick.nash@kirkland.com,<br>david.seligman@kirkland.com,<br>whitney.fogelberg@kirkland.com<br>*Debtors' Counsel* | Philip C. Dublin<br>Meredith A. Lahaie<br>Kevin Zuzolo<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryan Park<br>New York, NY 10036<br>pdublin@akingump.com,<br>mlahaie@akingump.com,<br>kzuzolo@akingump.com<br>*Counsel to The Official Committee of Unsecured Creditors* |

ME1 46448169v.1

| | |
|---|---|
| Allyson B. Smith<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>allyson.smith@kirkland.com<br>*Debtors' Counsel* | Jennifer R. Hoover<br>Kevin M. Capuzzi<br>John C. Gentile<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>jhoover@beneschlaw.com,<br>kcapuzzi@beneschlaw.com,<br>jgentile@beneschlaw.com<br>*Counsel to Official Committee of Unsecured Creditors* |

ME1 46448169v.1