# Schedule 1

**Potential Non-Rolling Stock Asset Assumption List**

**Yellow Corporation**
**Real Property Lease Cure Schedule**

| No. | Lessor | Debtor | Description of Lease | Property Address | Cure Amount |
|---|---|---|---|---|---|
| 1 | 1313 GRAND STREET REALTY, LLC<br>203 MESEROLE AVENUE<br>BROOKLYN, NY 11222 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1313 GRAND STREET<br>BROOKLYN, NY 11211 | $ 95,202 |
| 2 | 181 W JOHNSON OPERATING LLC<br>500 FRANK W BURR BLVD, SUITE 47<br>TEANECK, NJ 07666 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 177 W JOHNSON AVENUE<br>CHESHIRE, CT 06410-4402 | $ 88,721 |
| 3 | 445 HOLLYWOOD AVENUE, LLC<br>480 DUNCAN AVENUE<br>JERSEY CITY, NJ 07306 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 445 HOLLYWOOD AVENUE<br>SOUTH PLAINFIELD, NJ 07080 | $ 44,000 |
| 4 | 9551930 CANADA INC.<br>100-888 BELFAST ROAD<br>OTTAWA, ON K1G 0Z6<br>CANADA | YRC Freight Canada Company | REAL PROPERTY LEASE - TERMINAL | 888 BELFAST ROAD, SUITE 210<br>OTTAWA, ON K1G 0Z6<br>CANADA | $ 17,442 |
| 5 | A. DUIE PYLE, INC.<br>PO BOX 564<br>WEST CHESTER, PA 19381 | New Penn Motor Express LLC | REAL PROPERTY LEASE - TERMINAL | 58-60 PAGE PLACE<br>MASPETH, NY 11378-2250 | $ 90,727 |
| 6 | A2-21 1333 NORTH MARKET LLC<br>2202 WEST 166TH STREET<br>MARKHAM, IL 60428 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1333 N MARKET STREET<br>SHREVEPORT, LA 71107 | $ 7,347 |
| 7 | ABF FREIGHT SYSTEM, INC.<br>3801 OLD GREENWOOD ROAD<br>FORT SMITH, AR 72903 | New Penn Motor Express LLC | REAL PROPERTY LEASE - TERMINAL | 3570 BROADWAY ROAD<br>MILTON, PA 17847 | $ 15,186 |
| 8 | ACHERON LAND HOLDINGS ULC<br>12225 STEPHENS ROAD<br>WARREN, MI 48089 | YRC Freight Canada Company | REAL PROPERTY LEASE - TERMINAL | 6130 NETHERHART ROAD<br>MISSISSAUGA, ON L5T 1B7<br>CANADA | $ 225,750 |
| 9 | ALLIED LOGISTICS CORPORATION<br>PO BOX 101<br>GUAYNABO, PR 00097 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | STATE ROAD #165, KM 2.4<br>SAN JUAN, PR 00096 | $ 15,210 |
| 10 | ARTIM INDUSTRIAL PROPERTIES<br>14105 W 182ND AVENUE<br>LOWELL, IN 46356 | YRC Inc. | REAL PROPERTY LEASE - PARKING | 2345 SUMMER STREET<br>HAMMOND, IN 46320 | $ 8,800 |
| 11 | B & W INVESTMENTS CO<br>PO BOX 1059<br>SUN VALLEY, ID 83353 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 833 MELLOWNEY LANE<br>BILLINGS, MT 59101 | $ 6,845 |
| 12 | B & W INVESTMENTS CO<br>PO BOX 1059<br>SUN VALLEY, ID 83353 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 4169 N PARK TRAIL<br>GREAT FALLS, MT 59405 | $ 2,544 |
| 13 | B. KIK PROPERTIES LLC<br>81180 HIGHWAY 395 N<br>HERMISTON, OR 97838 | USF Reddaway Inc. | REAL PROPERTY LEASE - PARKING | 30550 KIK STREET<br>HERMISTON, OR 97838 | $ 700 |
| 14 | BARRY JENKINS TRUST<br>507 CANYON BLVD #100<br>BOULDER, CO 80302 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 4810 NORTHPARK DRIVE<br>COLORADO SPRINGS, CO 80918 | $ 9,545 |
| 15 | BEL AIR T.T., LLC<br>6272 E PACIFIC COAST HIGHWAY, SUITE E<br>LONG BEACH, CA 90803 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 9525 PADGETT STREET<br>SAN DIEGO, CA 92126 | $ 51,404 |
| 16 | BLACH DISTRIBUTING COMPANY<br>131 MAIN STREET<br>ELKO, NV 89801 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 143 MAIN STREET<br>ELKO, NV 89801 | $ 1,600 |
| 17 | BNSF RAILWAY COMPANY<br>PO BOX 676190<br>DALLAS, TX 75267 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 4905 N RAILROAD AVENUE<br>PASCO, WA 99301 | $ 4,775 |
| 18 | BREIT INDUSTRIAL CANYON GA 1B01 LLC<br>602 W OFFICE CENTER DRIVE, SUITE 200<br>FORT WASHINGTON, PA 30122 | Yellow Logistics, Inc. | REAL PROPERTY LEASE - WAREHOUSE | 1250 TERMINUS DRIVE<br>LITHIA SPRINGS, GA 30122 | $ 71,062 |
| 19 | CHAMPION TERMINAL ASSOCIATES, LLC<br>800 WEST 79TH STREET, SUITE #3<br>WILLOWBROOK, IL 60527 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 260 E OLD CHICAGO DRIVE<br>BOLINGBROOK, IL 60440 | $ 114,297 |
| 20 | CHRISTY REAL ESTATE LLC<br>339-C BLISS STREET<br>WEST SPRINGFIELD, MA 01089 | New Penn Motor Express LLC | REAL PROPERTY LEASE - TERMINAL | 241B BLISS STREET<br>WEST SPRINGFIELD, MA 01089 | $ 27,318 |
| 21 | CITY OF GOODLAND/COUNTY CLERK OF SHERMAN COUNTY<br>PO BOX 57<br>GOODLAND, KS 67735 | YRC Inc. | REAL PROPERTY LEASE - LAND | 1/4 MI S OF I70 & KS27<br>GOODLAND, KS 67735 | $ - |
| 22 | COMMERCE ROAD TERMINALS LLC<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230 | USF Holland LLC | REAL PROPERTY LEASE - TERMINAL | 5550 W CLEVELAND ROAD EXT<br>SOUTH BEND, IN 46628 | $ 79,029 |
| 23 | COMMERCE ROAD TERMINALS LLC<br>3901 W BROAD STREET<br>RICHMOND, VA 23230 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 3500 W FIRST STREET<br>EUGENE, OR 97402 | $ 13,718 |

| No. | Lessor | Debtor | Description of Lease | Property Address | Cure Amount |
|---|---|---|---|---|---|
| 24 | COMMERCE ROAD TERMINALS LLC<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 4931 SOUTH HYDRAULIC AVENUE<br>WICHITA, KS 67216 | $ 13,656 |
| 25 | COMMERCE ROAD TERMINALS LLC<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 3215 US HIGHWAY 70<br>DURHAM, NC 27703 | $ 12,838 |
| 26 | COMMERCE ROAD TERMINALS LLC<br>3901 W BROAD STREET<br>RICHMOND, VA 23230 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 1701 SW FIRST STREET<br>REDMOND, OR 97756 | $ 8,294 |
| 27 | CROWN ASSOCIATES<br>4401 EASTERN AVE<br>BALTIMORE, MD 21224 | YRC Inc. | REAL PROPERTY LEASE - SHOP | 4315 EASTERN AVENUE, UNIT B<br>BALTIMORE, MD 21224 | $ 2,182 |
| 28 | CROWN ENTERPRISES, INC.<br>12225 STEPHENS ROAD<br>WARREN, MI 48089 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 70 GRAHAM STREET<br>MCKEES ROCKS, PA 15136 | $ 49,036 |
| 29 | CROWN ENTERPRISES, INC.<br>12225 STEPHENS ROAD<br>WARREN, MI 48089 | New Penn Motor Express LLC | REAL PROPERTY LEASE - TERMINAL | 200 CAYUGA AVENUE<br>ALTOONA, PA 16602-3150 | $ 6,572 |
| 30 | CWW ENTERPRISES, LLC<br>C/O BLUE BEACON, INC., PO BOX 856<br>SALINA, KS 67402 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 505 GRAVES BOULEVARD<br>SALINA, KS 67401 | $ 4,572 |
| 31 | CYNTHIA OLIVER<br>9320 ORANGEWOOD TRAIL<br>DENTON, TX 76207 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 8101 N STATELINE AVENUE<br>TEXARKANA, TX 75503 | $ 4,104 |
| 32 | DCT ECKHOFF STREET LLC<br>17777 CENTER COURT DRIVE NORTH, SUITE 100<br>CERRITOS, CA 90703 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 700 N ECKHOFF STREET<br>ORANGE, CA 92868 | $ 118,865 |
| 33 | DCT PEORIA STREET LLC<br>11099 S LACIENEGA BOULEVARD, SUITE 210<br>LOS ANGELES, CA 90045 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 11266 AND 11300 PEORIA STREET<br>SUN VALLEY, CA 91352 | $ 71,718 |
| 34 | DCT REGENTVIEW AVENUE, LLC C/O PROLOGIS MANAGEMENT LLC<br>17777 CENTER COURT DRIVE NORTH, SUITE 100<br>CERRITOS, CA 90703 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 11937 REGENTVIEW AVENUE<br>DOWNEY, CA 90241 | $ 78,966 |
| 35 | DOCK STREET CORP<br>PO BOX 3409<br>MT. VERNON, NY 10553-3409 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 12 DOCK STREET<br>MT. VERNON, NY 10550 | $ 42,096 |
| 36 | DON JERRY X- PLO, INC.<br>1080 MILITARY TURNPIKE, SUITE 1<br>PLATTSBURGH, NY 12901 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 182 KELLY ROAD<br>PLATTSBURGH, NY 12901 | $ 2,700 |
| 37 | DUNCO, LLC<br>PO BOX 309<br>FARMINGTON, NM 87499 | YRC Inc. | REAL PROPERTY LEASE - PARKING | 499 SANDSTONE AVENUE<br>FARMINGTON, NM 87401 | $ 1,000 |
| 38 | DWELL WISE LP<br>330 BUFFALO TRAIL<br>SOMERS, MT 59932 | USF Holland LLC | REAL PROPERTY LEASE - OFFICE | 700 WAVERLY ROAD<br>HOLLAND, MI 49423 | $ 52,397 |
| 39 | EDINBURGH LOGISTICS ASSETS LLC<br>5 BRYANT PARK, 28TH FLOOR<br>NEW YORK, NY 10018 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 9415 WALLISVILLE ROAD<br>HOUSTON, TX 77013 | $ 59,902 |
| 40 | EILER, LLC<br>520 COACHMAN DRIVE<br>JACKSONVILLE, OR 97530 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 1419 JEFFERSON AVENUE<br>LAGRANDE, OR 97830 | $ 2,520 |
| 41 | ELMIRA TERMINAL & WAREHOUSE CORP.<br>PO BOX 2091<br>ELMIRA, NY 14903-0091 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1620 GRAND CENTRAL AVENUE<br>ELMIRA, NY 14903 | $ 1,050 |
| 42 | ESTES EXPRESS LINES<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 72 SECOND STREET<br>KEARNY, NJ 07032 | $ 92,608 |
| 43 | ESTES EXPRESS LINES<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 802 E 11TH STREET<br>TACOMA, WA 98421 | $ 78,037 |
| 44 | ESTES EXPRESS LINES<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 11010 REAMES ROAD<br>CHARLOTTE, NC 28269 | $ 65,101 |
| 45 | ESTES EXPRESS LINES<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230 | USF Holland LLC | REAL PROPERTY LEASE - TERMINAL | 11220 XEON STREET NW<br>COON RAPIDS, MN 55448 | $ 54,437 |
| 46 | ESTES EXPRESS LINES<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230 | USF Holland LLC | REAL PROPERTY LEASE - TERMINAL | 6161 SOUTH 6TH STREET<br>MILWAUKEE, WI 53211 | $ 50,619 |
| 47 | ESTES EXPRESS LINES<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230 | USF Holland LLC | REAL PROPERTY LEASE - TERMINAL | 400 HOLLAND STREET<br>TOMAH, WI 54660 | $ 11,901 |

| No. | Lessor | Debtor | Description of Lease | Property Address | Cure Amount |
|---|---|---|---|---|---|
| 48 | ESTES TERMINALS LLC<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230 | USF Holland LLC | REAL PROPERTY LEASE - TERMINAL | 3801 MOUND ROAD<br>JOLIET, IL 60436 | $ 77,162 |
| 49 | ESTES TERMINALS LLC<br>3901 W BROAD STREET<br>RICHMOND, VA 23230 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1650 KLEPPE LANE<br>SPARKS, NV 89431-6430 | $ 54,167 |
| 50 | ESTES TERMINALS LLC<br>3901 WEST BROAD STREET<br>RICHMOND, VA 23230 | USF Holland LLC | REAL PROPERTY LEASE - TERMINAL | 1751 NEW MILFORD SCHOOL ROAD<br>ROCKFORD, IL 61109 | $ 40,717 |
| 51 | EXETER 1619 NORTH PLAZA, LLC<br>100 MATSONFORD ROAD, SUITE 250<br>RADNOR, PA 19087 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 1619 NORTH PLAZA DRIVE<br>VISALIA, CA 93291 | $ 34,443 |
| 52 | EXOL PROPERTIES, LLC<br>PO BOX 249<br>MEDINA, WA 98039-0249 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 1405 N OLIVE AVENUE<br>MERIDIAN, ID 83642 | $ 27,960 |
| 53 | FAZIO TV, LLC<br>8433 NE 13TH AVENUE<br>PORTLAND, OR 97231<br>MARY A. FAZIO LIMITED PARTNERSHIP I<br>8433 NE 13TH AVENUE<br>PORTLAND, OR 97231<br>THE FALOMA FAZIO PROPERTY, LLC<br>20815 NW SAUVIE ISLAND ROAD<br>PORTLAND, OR 97231 | YRC Inc. | REAL PROPERTY LEASE - LAND | 10730 N VANCOUVER WAY<br>PORTLAND, OR 97217 | $ 28,454 |
| 54 | FIFTY SECOND AVENUE ASSOCIATES, INC.<br>5469 NW 42ND AVENUE<br>BOCA RATON, FL 33496 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 410 SW 52ND AVENUE<br>OCALA, FL 34474 | $ 7,865 |
| 55 | FINLAYSON LOGISTICS ASSETS LLC<br>275 7TH AVENUE, SUITE 746<br>NEW YORK, NY 10001 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 2021 S 51ST AVENUE<br>PHOENIX, AZ 85043 | $ 80,230 |
| 56 | FREEPORT CENTER ASSOCIATES<br>PO BOX 160466<br>CLEARFIELD, UT 84016 | YRC Inc. | REAL PROPERTY LEASE - PARKING | FREEPORT CENTER<br>CLEARFIELD, UT 86016 | $ 2,450 |
| 57 | FREIGHT LINE PROPERTIES LLC<br>3863 E BROCKBANK DRIVE<br>SALT LAKE CITY, UT 84124 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 2410 S 2700 W<br>SALT LAKE CITY, UT 84119 | $ 31,519 |
| 58 | GB ALBANY, LLC<br>277 STEWART ROAD SW<br>PACIFIC, WA 98047 | USF Reddaway Inc. | REAL PROPERTY LEASE - PARKING | 5801 OLD SALEM ROAD NE<br>MILLERSBURG, OR 97321 | $ 3,600 |
| 59 | GB UNION GAP LLC C/O GORDON TRUCK CENTERS INC<br>277 STEWART ROAD SW<br>PACIFIC, WA 98047 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 1928-C RUDKIN ROAD<br>UNION GAP, WA 98903 | $ 6,000 |
| 60 | GEFFS<br>556 TIMBERWYCK DRIVE<br>FRONTENAC, MO 63131 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 322 HEREFORD ROAD<br>CORPUS CHRISTI, TX 78408 | $ 3,288 |
| 61 | GIJV IL7 LLC C/O GPT OPERATING<br>220 COMMERCE DRIVE, 4TH FLOOR<br>FORT WASHINGTON, PA 19034 | New Penn Motor Express LLC | REAL PROPERTY LEASE - TERMINAL | 6351 S HANOVER ROAD<br>ELKRIDGE, MD 21075-9998 | $ 51,220 |
| 62 | GPT DEER PARK TERMINAL OWNER LLC<br>220 COMMERCE DRIVE, SUITE 400<br>FORT WASHINGTON, PA 19034 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 50 BURT DRIVE<br>DEER PARK, NY 11729 | $ 31,883 |
| 63 | GPT ORLANDO TERMINAL OWNER LLC<br>220 COMMERCE DRIVE, SUITE 400<br>FORT WASHINGTON, PA 19034 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1265 LAQUINTA DRIVE<br>ORLANDO, FL 32809 | $ 43,645 |
| 64 | GREEN ACRES GYPSUM<br>PO BOX 250<br>GREENACRES, WA 99016 | USF Reddaway Inc. | REAL PROPERTY LEASE - PARKING | 4100 SELTICE WAY<br>POST FALLS, ID 83854 | $ - |
| 65 | GRP 298 ASTOR LLC<br>1212 YORK ROAD, SUITE C-300<br>LUTHERVILLE, MD 21093 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 198 INNOVATION DRIVE<br>BEDFORD, PA 15522 | $ 15,169 |
| 66 | HAENER PROPERTIES LP<br>1918 4TH AVE N<br>LEWISTON, ID 83501 | USF Reddaway Inc. | REAL PROPERTY LEASE - PARKING | 1903 5TH AVENUE N<br>LEWISTON, WA 83501 | $ 350 |
| 67 | HARRIS REAL ESTATE HOLDINGS, LLC<br>1001 STEPHENSON STREET<br>NORWAY, MI 49870 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1001 STEPHENSON STREET<br>NORWAY, MI 49870 | $ 3,929 |
| 68 | HAWKEY TRANSPORTATION INC<br>PO BOX 732<br>BEAVERTON, OR 97075 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 2065B ALEXANDER AVENUE<br>ANDERSON, CA 96007 | $ 6,000 |
| 69 | HIGHLAND INVESTMENTS, LLLP<br>4720 BOW MAR DRIVE<br>BOW MAR, CO 80123 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 9900 E 102ND AVENUE<br>COMMERCE CITY, CO 80640 | $ 48,610 |

| No. | Lessor | Debtor | Description of Lease | Property Address | Cure Amount |
|---|---|---|---|---|---|
| 70 | HVIP INDUSTRIAL PARK<br>3463 CEDARVILLE ROAD<br>BELLINGHAM, WA 98226 | YRC Inc. | REAL PROPERTY LEASE - PARKING | 4000 HANNEGAN ROAD A<br>BELLINGHAM, WA 98226 | $ 1,622 |
| 71 | HVIP INDUSTRIAL PARK<br>3463 CEDARVILLE ROAD<br>BELLINGHAM, WA 98226 | USF Reddaway Inc. | REAL PROPERTY LEASE - PARKING | 4000 HANNEGAN ROAD B<br>BELLINGHAM, WA 98226 | $ 1,352 |
| 72 | INVERMEX, LLC<br>2741 CROWN HILL, STE B<br>EAGLE PASS, TX 78852 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1013 CARLETON DRIVE<br>EAGLE PASS, TX 78852 | $ 5,383 |
| 73 | IVEY SELF STORAGE, INC.<br>PO BOX 608<br>SMITHFIELD, NC 27577 | USF Holland LLC | REAL PROPERTY LEASE - TERMINAL | 1305 KIRKLAND ROAD<br>RALEIGH, NC 27603 | $ 22,053 |
| 74 | J & C GILMAN FAMILY LP<br>3099 GRAND AVENUE<br>BUTTE, MT 59701 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 122005 W BROWNS GULCH ROAD<br>BUTTE, MT 59701 | $ 3,204 |
| 75 | J. B. WRIGHT<br>4085 WAYNE POULTRY ROAD<br>PENDERGRASS, GA 30567 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 175 HORACE HEAD ROAD<br>JEFFERSON, GA 30549 | $ 6,500 |
| 76 | J. L. CLARK CORPORATION<br>PO BOX 1117<br>POCA, WV 25159 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 2201 6TH AVENUE<br>CHARLESTON, WV 25312 | $ 10,500 |
| 77 | JACK CHAMBERLAIN C/O CHAMBERLAIN TRUST<br>1101 TRACY LYNN DRIVE<br>ABILENE, TX 79601 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1201 CHINA STREET<br>ABILENE, TX 79602 | $ 4,900 |
| 78 | JAY F. MANNINO TRUST<br>55 LAKE HAVASU AVENUE S, SUITE F-387<br>LAKE HAVASU CITY, AZ 86403 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 2451 PORTICO BOULEVARD<br>CALEXICO, CA 92231 | $ 25,000 |
| 79 | JEDS, LLC<br>713 PARK DRIVE<br>FARGO, ND 58103 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 720 64TH SE<br>MINOT, ND 58701 | $ 6,101 |
| 80 | JENNINGS LEASING, LC<br>335 EAST ST. GEORGE BOULEVARD<br>ST. GEORGE, UT 84770 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 680 NORTH 1300 EAST<br>ST. GEORGE, UT 84770 | $ 15,957 |
| 81 | JERALD K. HOFSTAD<br>PO BOX 1565<br>EVANSVILLE, WY 82636 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 62 COPPER AVENUE<br>EVANSVILLE, WY 82636 | $ 4,368 |
| 82 | JONESBORO FREIGHT TERMINAL, LLC C/O JIM HEATHERLY<br>350 S STATE STREET<br>NEWPORT, AR 72112 | YRC Inc. | REAL PROPERTY LEASE - PARKING | 2901 COMM<br>JONESBORO, AR 72401 | $ 1,000 |
| 83 | JVCA INVESTMENTS, LLC<br>2400 E PACIFIC COAST HIGHWAY<br>WILMINGTON, CA 90744 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 17401 ADELANTO ROAD<br>ADELANTO, CA 92301 | $ 5,390 |
| 84 | KESTREL CROSSDOCK LLC<br>310 SPRUCE ST<br>MISSOULA, MT 59802 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 7180 KESTREL DRIVE<br>MISSOULA, MT 59808 | $ 20,150 |
| 85 | LEE A. WIGGINS<br>9901 ROAD 92<br>BRIDGEPORT, NE 69336 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 9971 U.S. HWY 26<br>BRIDGEPORT, NE 69336 | $ 1,350 |
| 86 | LIGHTEDGE TECHNOLOGIES<br>17501 98TH STREET<br>LENEXA, KS 66219 | Yellow Corporation | REAL PROPERTY LEASE - DATA CENTER | 17501 WEST 98TH STREET<br>LENEXA, KS 66219 | $ - |
| 87 | LORRAINE CARLSON<br>876 S LAKE DRIVE<br>WATERTOWN, SD 57201 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 2615 LOCKHEED AVENUE<br>WATERTOWN, SD 57201 | $ 2,756 |
| 88 | M J ROCK PROPERTY, LLC<br>C/O SALMON RIVER STAGES, PO BOX 2166<br>POCATELLO, ID 83206 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 14299 W US HIGHWAY 30<br>POCATELLO, ID 83206 | $ 6,964 |
| 89 | M4 TERMINALS, LLC<br>C/O MARK IV CAPITAL, INC., 4450 MACARTHUR BOULEVARD<br>NEWPORT BEACH, CA 92660 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1700 MONTAGUE EXPRESSWAY<br>SAN JOSE, CA 95131 | $ 48,038 |
| 90 | M4 TERMINALS, LLC<br>4450 MACARTHUR BLVD, 2ND FLOOR<br>NEWPORT BEACH, CA 92660 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 751 NUTTMAN AVENUE<br>SANTA CLARA, CA 95054 | $ 33,454 |
| 91 | MAD ACQUISITIONS, LLC<br>435 ESSEX AVENUE, SUITE 105<br>WAYNESBORO, VA 22980 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1665 SEIBEL DRIVE NE<br>ROANOKE, VA 24012 | $ 5,452 |
| 92 | MADRONA CUTTER, LLC AND GULSONS CUTTER, LLC<br>210 SW MORRISON STREET, SUITE 600<br>PORTLAND, OR 97204 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 6845 N CUTTER CIRCLE<br>PORTLAND, OR 97217 | $ 125,792 |
| 93 | MARLEY RMC II SPE LLC C/O BLOCK REAL ESTATE SERVICES<br>700 W 47TH STREET, SUITE 200<br>KANSAS CITY, MO 64112 | YRC Inc. | REAL PROPERTY LEASE - PARKING | 110TH STREET<br>OVERLAND PARK, KS 66211 | $ - |

| No. | Lessor | Debtor | Description of Lease | Property Address | Cure Amount |
|---|---|---|---|---|---|
| 94 | MCCALLUM FAMILY LLC<br>2471 RIVERSIDE PARKWAY #A<br>GRAND JUNCTION, CO 81505 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 1547 INDEPENDENT AVENUE, UNIT 1<br>GRAND JUNCTION, CO 81505 | $ 5,419 |
| 95 | MG FISHERSVILLE I, LLC<br>PO BOX 13470<br>RICHMOND, VA 23225 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 53 EXPO ROAD<br>FISHERSVILLE, VA 22939 | $ 9,180 |
| 96 | MITCHELL NELSON<br>PO BOX 75<br>WENATCHEE, WA 98807-0075 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 5537 ENTERPRISE DRIVE<br>EAST WENATCHEE, WA 98802 | $ 6,506 |
| 97 | MOBILE AIRPORT AUTHORITY<br>1891 9TH STREET<br>MOBILE, AL 36615 | YRC Inc. | REAL PROPERTY LEASE - OFFICE | 1801 S BROAD STREET<br>MOBILE, AL 36615 | $ 2,500 |
| 98 | MOHAWK STREET PROPERTIES LLC<br>PO BOX 399118<br>SAN FRANCISCO, CA 94139 | USF Reddaway Inc. | REAL PROPERTY LEASE - OFFICE | 7720 SW MOHAWK STREET, BLDG H<br>TUALATIN, OR 97062 | $ - |
| 99 | NATMI LPF BLOOMINGTON, LP<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 18298 SLOVER AVENUE<br>BLOOMINGTON, CA 92316 | $ 348,491 |
| 100 | NATMI NATIONAL TAMPA, LLC<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 9801 PALM RIVER ROAD<br>TAMPA, FL 33619 | $ 47,019 |
| 101 | NATMI NATIONAL TRUCK TERMINALS, LLC<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | New Penn Motor Express LLC | REAL PROPERTY LEASE - TERMINAL | 28 STERLING ROAD<br>BILLERICA, MA 01821 | $ 81,948 |
| 102 | NATMI NATIONAL TRUCK TERMINALS, LLC<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 6930 CACTUS COURT<br>SAN DIEGO, CA 92154 | $ 34,311 |
| 103 | NATMI NATIONAL TRUCK TERMINALS, LLC<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 1875 INDUSTRIAL WAY<br>SPARKS, NV 89431 | $ 33,456 |
| 104 | NATMI, NATIONAL FX PROPERTIES, LLC<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 19604 84TH AVENUE SOUTH<br>KENT, WA 98032 | $ 59,680 |
| 105 | NED PROPERTIES, LLC<br>2200 EAST CAMELBACK ROAD, SUITE 101<br>PHOENIX, AZ 85016 | Yellow Logistics, Inc. | REAL PROPERTY LEASE - WAREHOUSE | 1876 S4130W<br>SALT LAKE CITY, UT 84101 | $ 28,586 |
| 106 | NORTH ACRES DEVELOPMENT CO., INC.<br>601 OHIO STREET<br>TERRE HAUTE, IN 47807 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 4900 N 13TH STREET<br>TERRE HAUTE, IN 47805 | $ 2,082 |
| 107 | OPS-KC ASPIRIA, LLC<br>165 S. ROCK ISLAND AVE., SUITE 300<br>WICHITA, KS 67202 | YRC Inc. | REAL PROPERTY LEASE - OFFICE | 11500 OUTLOOK STREET, SUITE 400<br>OVERLAND PARK, KS 66211 | $ 88,413 |
| 108 | OPS-KC ASPIRIA, LLC<br>165 S. ROCK ISLAND AVE., SUITE 300<br>WICHITA, KS 67202 | YRC Inc. | REAL PROPERTY LEASE - STORAGE | 11500 OUTLOOK STREET, SUITE 400<br>OVERLAND PARK, KS 66211 | $ 1,173 |
| 109 | ORANGE BATAVIA I LLC C/O SARES-REGIS GROUP<br>3501 JAMBOREE ROAD, SUITE 3000<br>NEWPORT BEACH, CA 92660 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 2200 N BATAVIA STREET<br>ORANGE, CA 92865 | $ 73,756 |
| 110 | ORCHARD INVESTMENTS<br>2620 OLD ORCHARD ROAD<br>JACKSON, MO 63755 | USF Holland LLC | REAL PROPERTY LEASE - TERMINAL | 830 HIGHWAY AA<br>MINER, MO 63801 | $ 9,764 |
| 111 | P&R PROPERTY MANAGEMENT<br>2468 DORM DRIVE<br>TWIN FALLS, ID 83301 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 304 6TH AVENUE W<br>TWIN FALLS, ID 83301 | $ 4,166 |
| 112 | PAC OPERATING LIMITED PARTNERSHIP<br>383 NORTH FRONT STREET, SUITE 1A<br>COLUMBUS, OH 43215 | Yellow Logistics, Inc. | REAL PROPERTY LEASE - WAREHOUSE | 2200 SOUTHWEST BOULEVARD<br>GROVE CITY, OH 43123 | $ 80,695 |
| 113 | PACIFIC TRANSSHIPMENT CENTERS, LLC<br>PO BOX 176<br>COOLIN, ID 83821 | USF Reddaway Inc. | REAL PROPERTY LEASE - PARKING | 606 NORTH FISKE STREET<br>SPOKANE, WA 99202 | $ - |
| 114 | PETERS INVESTMENTS, LLC<br>1620 S HASTINGS WAY<br>EAU CLAIRE, WI 54701 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 8125 OLD HIGHWAY ROAD NORTH<br>ST. CLOUD, MN 56301 | $ 12,440 |
| 115 | PIFER PROPERTY HOLDINGS, LP<br>687 CLEAR BROOK DRIVE<br>KELLER, TX 76248 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 270 DUTTON AVENUE<br>SANTA ROSA, CA 95407 | $ 20,795 |
| 116 | POPULAR INVESTMENTS, LLC<br>2453 SOUTH PLAZA DRIVE<br>RAPID CITY, SD 57702 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 900 E OMAHA STREET<br>RAPID CITY, SD 57701 | $ 3,795 |
| 117 | PPF SUDBERRY OCEAN VIEW HILLS, LP<br>PO BOX 100329<br>PASADENA, CA 91189-0329 | Yellow Logistics, Inc. | REAL PROPERTY LEASE - WAREHOUSE | 1424 CORPORATE CENTER DRIVE, BUILDING F<br>SAN DIEGO, CA 92154 | $ 59,242 |
| 118 | PROLOGIS L.P.<br>3800 HOWARD HUGHES PARKWAY, SUITE 1250<br>LAS VEGAS, NV 89169 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 4650 E CHEYENNE ROAD<br>LAS VEGAS, NV 89115 | $ 49,326 |

| No. | Lessor | Debtor | Description of Lease | Property Address | Cure Amount |
|---|---|---|---|---|---|
| 119 | PROLOGIS LP<br>383 NORTH FRONT STREET, SUITE 1A<br>COLUMBUS, OH 43215 | Yellow Logistics, Inc. | REAL PROPERTY LEASE - WAREHOUSE | 2141 SOUTHWEST BOULEVARD<br>GROVE CITY, OH 43123 | $ 71,935 |
| 120 | PROLOGIS TARGETED U.S. LOGISTICS FUND, LP<br>12720 GATEWAY DRIVE, SUITE 100<br>TUKWILA, WA 98168 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 2807 70TH AVENUE EAST<br>FIFE, WA 98424 | $ 41,674 |
| 121 | PROLOGIS TARGETED US LOGISTICS FUND, LP<br>17777 CENTER COURT DRIVE NORTH, SUITE 100<br>CERRITOS, CA 90703 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 15400 S MAIN STREET<br>GARDENA, CA 90248 | $ 111,946 |
| 122 | PROLOGIS USLV NEWCA 3, CA<br>12720 GATEWAY DRIVE, SUITE 110<br>TUKWILA, WA 98168 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 12855 48TH AVENUE SOUTH<br>TUKWILA, WA 98168 | $ 137,244 |
| 123 | PROLOGIS USLV NEWCA3, LLC<br>2817 E CEDAR STREET, SUITE 200<br>ONTARIO, CA 91761 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 10661 ETIWANDA AVENUE<br>FONTANA, CA 92337 | $ 176,892 |
| 124 | PROLOGIS USLV SUBREIT 4, LLC<br>3353 GATEWAY BLVD<br>FREMONT, CA 94538 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 499 VALLEY DRIVE<br>BRISBANE, CA 91005 | $ 208,797 |
| 125 | PROPERTY 1955 LLC<br>304 E ROSSER AVE, SUITE 200<br>BISMARCK, ND 58501 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1955 HANCOCK DRIVE<br>BISMARCK, ND 58501 | $ 3,200 |
| 126 | PWM INC.<br>C/O PACIFIC COAST TOWERS, 5000 VALLEYSTONE DRIVE, SUITE 200<br>CARY, NC 27519 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 1100 W DEL NORTE STREET<br>EUREKA, CA 95501 | $ 7,914 |
| 127 | PYRO JUNKIE FIREWORKS, INC.<br>13046 RACETRACK ROAD, SUITE 171<br>TAMPA, FL 33626 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 280 HUMBOLDT LANE<br>GREENVILLE, TN 37745 | $ 7,210 |
| 128 | R. L. ROBERTS, LLC<br>ATTN: CORP LEGAL, DEPARTMENT 600, GILLAM ROAD<br>WILMINGTON, OH 45177 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 2100 ROCHESTER DRIVE<br>MONTGOMERY, IL 60538 | $ 69,862 |
| 129 | R. L. ROBERTS, LLC<br>PO BOX 271<br>WILMINGTON, OH 45177 | New Penn Motor Express LLC | REAL PROPERTY LEASE - TERMINAL | 1212 O'NEIL HIGHWAY<br>DUNMORE, PA 18512-1708 | $ 37,827 |
| 130 | REALTERM NAT PROPERTY HOLDINGS, LP<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 10451 COLONEL COURT<br>MANASSAS, VA 20110 | $ 44,391 |
| 131 | REIMER WORLD PROPERTIES CORP.<br>201 PORTAGE AVENUE, SUITE 2900<br>WINNIPEG, MB R3B 3K6<br>CANADA | YRC Freight Canada Company | REAL PROPERTY LEASE - TERMINAL | 3985 STILL CREEK AVENUE<br>BURNABY, BC V5C 4E2<br>CANADA | $ 132,889 |
| 132 | REIMER WORLD PROPERTIES CORP.<br>201 PORTAGE AVENUE, SUITE 2900<br>WINNIPEG, MB R3B 3K6<br>CANADA | YRC Freight Canada Company | REAL PROPERTY LEASE - TERMINAL | 75 DUFFERIN PLACE SE<br>CALGARY, AB T2C 4M2<br>CANADA | $ 107,560 |
| 133 | REIMER WORLD PROPERTIES CORP.<br>SUITE 2900, 201 PORTAGE AVENUE<br>WINNIPEG, MB R3B 3K6<br>CANADA | YRC Freight Canada Company | REAL PROPERTY LEASE - TERMINAL | 1725 CHEMIN SAINT FRANCOIS<br>DORVAL, QC H9P 2S1<br>CANADA | $ 68,028 |
| 134 | REIMER WORLD PROPERTIES CORP.<br>SUITE 2900, 201 PORTAGE AVENUE<br>WINNIPEG, MB R3B 3K6<br>CANADA | YRC Freight Canada Company | REAL PROPERTY LEASE - TERMINAL | 16060 128 AVENUE<br>EDMONTON, AB T5V 1B6<br>CANADA | $ 64,644 |
| 135 | REIMER WORLD PROPERTIES CORP.<br>201 PORTAGE AVENUE, SUITE 2900<br>WINNIPEG, MB R3B 3K6<br>CANADA | YRC Freight Canada Company | REAL PROPERTY LEASE - TERMINAL | 717 CYNTHIA STREET<br>SASKATOON, SK S7L 6B7<br>CANADA | $ 25,539 |
| 136 | REIMER WORLD PROPERTIES CORP.<br>201 PORTAGE AVENUE, SUITE 2900<br>WINNIPEG, MB R3B 3K6<br>CANADA | YRC Freight Canada Company | REAL PROPERTY LEASE - TERMINAL | 920 MACKAY STREET<br>REGINA, SK S4N 4X7<br>CANADA | $ 22,683 |
| 137 | RGA DALFEN EAST DALLAS LP C/O 1460 E KEARNEY OWNER LP<br>5575 S SEMORAN BOULEVARD, SUITE 5010<br>ORLANDO, FL 32882 | Yellow Logistics, Inc. | REAL PROPERTY LEASE - WAREHOUSE | 1460 EAST KEARNEY STREET<br>MESQUITE, TX 75149 | $ 93,880 |
| 138 | RICH AND DAVE GRANT PROPERTIES<br>910 WEST 24TH STREET<br>OGDEN, UT 84401 | YRC Inc. | REAL PROPERTY LEASE - PARKING | 910 W 24TH STREET<br>OGDEN, UT 84401 | $ 400 |
| 139 | RICHARDSONS PROPERTIES LLC<br>101 LEXINGTON AVENUE, #2<br>CHEYENNE, WY 82007 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 101 LEXINGTON AVENUE, SUITE 4<br>CHEYENNE, WY 82007 | $ 3,450 |
| 140 | RLF BOOTH SPE, LLC<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 3500 BOOTH AVENUE<br>KANSAS CITY, MO 64129 | $ 79,472 |

| No. | Lessor | Debtor | Description of Lease | Property Address | Cure Amount |
|---|---|---|---|---|---|
| 141 | RLF I-A SPE, LLC<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1110 AND 1130 SOUTH RESERVOIR STREET<br>POMONA, CA 91766 | $ 32,536 |
| 142 | RLF I-C SPE, LLC<br>201 WEST STREET<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 14700 SMITH ROAD<br>AURORA, CO 80011-2499 | $ 73,298 |
| 143 | RLF I-PICO SPE, LLC<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 9933 BEVERLY BOULEVARD<br>PICO RIVERA, CA 90660 | $ 405,326 |
| 144 | RLIF EAST 2 LLC<br>201 WEST STREET<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 49 THOMAS J. RHODES INDUSTRIAL PARK<br>HAMILTON TOWNSHIP, NJ 08619 | $ 138,893 |
| 145 | RLR INVESTMENTS, LLC<br>ATTN: CORP LEGAL DEPARTMENT, 600 GILLAM ROAD<br>WILMINGTON, OH 45177 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1892 AIRPORT INDUSTRIAL PARK DRIVE<br>MARIETTA, GA 30060 | $ 124,396 |
| 146 | RLR INVESTMENTS, LLC<br>ATTN: CORP LEGAL DEPARTMENT, 600 GILLAM ROAD, PO BOX 271<br>WILMINGTON, OH 45177 | USF Holland LLC | REAL PROPERTY LEASE - TERMINAL | 2843 COUNTY ROAD II<br>NEENAH, WI 54956 | $ 51,624 |
| 147 | RLR INVESTMENTS, LLC<br>PO BOX 271<br>WILMINGTON, OH 45177 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 3901 EAST BROADWAY<br>SPOKANE, WA 99202 | $ 28,642 |
| 148 | ROEMER WAY LLC<br>C/O R. POLTL & ASSOCIATES, INC., 1328 MADONNA RD<br>SAN LUIS OBISPO, CA 93405 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 223 EAST ROEMER WAY<br>SANTA MARIA, CA 93454 | $ 17,695 |
| 149 | RWP MANITOBA LTD.<br>SUITE 2900, 201 PORTAGE AVENUE<br>WINNIPEG, MB REB 3K6<br>CANADA | YRC Freight Canada Company | REAL PROPERTY LEASE - TERMINAL | 1400 INKSTER BOULEVARD<br>WINNIPEG, MB R2X 2X3<br>CANADA | $ 87,224 |
| 150 | S&S TRANSPORT<br>2975 N WASHINGTON STREET<br>GRAND FORKS, ND 58203 | YRC Inc. | REAL PROPERTY LEASE - PARKING | 2975 N WASHINGTON STREET<br>GRAND FORKS, ND 58203 | $ 380 |
| 151 | SCHAFFER ROAD LLC<br>ONE SOUTH ORANGE AVE, SUITE 404<br>ORLANDO, FL 32801 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 116 SATTERLEE ROAD<br>DUBOIS, PA 15801 | $ 7,411 |
| 152 | SNOHOMISH COUNTY/CITY AIRPORT<br>10108 32ND AVENUE W, SUITE J<br>EVERETT, WA 98204 | USF Reddaway Inc. | REAL PROPERTY LEASE - LAND | LAND - 9501 24TH PL WEST<br>EVERETT, WA 98204 | $ 27,923 |
| 153 | SOUTHEASTERN FREIGHT LINES, INC.<br>420 DAVEGA ROAD<br>LEXINGTON, SC 29073 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 11301 NW 134TH STREET<br>MIAMI, FL 33178 | $ 90,360 |
| 154 | SOUTHEASTERN FREIGHT LINES, INC.<br>PO BOX 1691<br>COLUMBIA, SC 29202 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 3500 N MCCOLL ROAD<br>MCALLEN, TX 78501 | $ 14,085 |
| 155 | SOUTHEASTERN FREIGHT LINES, INC.<br>420 DAVEGA ROAD<br>LEXINGTON, SC 29073 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 14549 E ADMIRAL PLACE<br>TULSA, OK 74116 | $ 13,123 |
| 156 | SOUTHEASTERN FREIGHT LINES, INC.<br>PO BOX 1691<br>COLUMBIA, SC 29202 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1317 E 38TH STREET<br>LUBBOCK, TX 79404 | $ 9,008 |
| 157 | SOUTHEASTERN FREIGHT LINES, INC.<br>PO BOX 1691<br>COLUMBIA, SC 29202 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 3924 SOUTH COUNTY ROAD, 1290<br>ODESSA, TX 79765 | $ 5,304 |
| 158 | STAKER & PARSON<br>2350 S 1900 W, SUITE 100<br>OGDEN, UT 84401 | YRC Inc. | REAL PROPERTY LEASE - PARKING | 463 N 1500 W<br>OREM, UT 84057 | $ 2,000 |
| 159 | TATANKA, LLC<br>PO BOX 422<br>BIG HORN, WY 82833-0422 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 94 US HIGHWAY 16 EAST<br>BUFFALO, WY 82834 | $ 4,070 |
| 160 | TERMINAL LOGISTICS II MID-ATLANTIC SPE, LLC<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 2527 BROADHEAD ROAD<br>BETHLEHEM, PA 18017 | $ 26,085 |
| 161 | TERMINAL LOGISTICS II SOUTH SPE, LLC<br>201 WEST STREET<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 3934 THURMAN ROAD<br>CONLEY, GA 30288 | $ 32,178 |
| 162 | TERMINAL LOGISTICS II TEXAS SPE, LP<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 12340 E NORTHWEST HIGHWAY<br>GARLAND, TX 75228 | $ 33,058 |
| 163 | TERRENO CLAWITER LLC<br>C/O CUSHMAN & WAKEFIELD, 721 EMERSON ROAD, SUITE 600<br>ST. LOUIS, MO 63141 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 25555 CLAWITER ROAD<br>HAYWARD, CA 94545 | $ 68,762 |

| No. | Lessor | Debtor | Description of Lease | Property Address | Cure Amount |
|---|---|---|---|---|---|
| 164 | TERRENO DELL LLC<br>700 OAKMONT LANE<br>WESTMONT, IL 60559 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 700 DELL ROAD<br>CARLSTADT, NJ 07072 | $ 69,712 |
| 165 | TFI INTERNATIONAL INC<br>6600 CHEMIN SAINT FRANCOIS<br>ST. LAURENT, PQ H4S 1B7<br>CANADA | YRC Freight Canada Company | REAL PROPERTY LEASE - TERMINAL | 5945 CHEMIN SAINT-ELIE<br>SHERBROOK, QC J1R 0L1<br>CANADA | $ 10,595 |
| 166 | TIERPOINT, LLC<br>12444 POWERSCOURT DRIVE, SUITE 450<br>ST. LOUIS, MO 63131 | Yellow Corporation | REAL PROPERTY LEASE - DATA CENTER | 14500 WEST 105TH STREET<br>LENEXA, KS 66215 | $ - |
| 167 | TOON INVESTMENTS LLC<br>4931 S. VICTORIA ST<br>WICHITA, KS 67216 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1621 NW SALINE STREET<br>TOPEKA, KS 66618 | $ 2,562 |
| 168 | TRIP PORTFOLIO, LLC<br>222 SOUTH 9TH STREET, SUITE 2870<br>MINNEAPOLIS, MN 55402 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1415 S OLIVE STREET<br>SOUTH BEND, IN 46619 | $ 23,930 |
| 169 | UMPQUA DAIRY PRODUCTS CO<br>333 SE SYKES AVENUE<br>SALEM, OR 97302 | USF Reddaway Inc. | REAL PROPERTY LEASE - PARKING | 3020 22ND STREET SE<br>SALEM, OR 97302 | $ 2,760 |
| 170 | USHOLL (MI), LLC C/O W.P. CAREY INC.<br>ONE MANHATTAN WEST, 395 9TH AVENUE, 58TH FLOOR<br>NEW YORK, NY 10001 | USF Holland LLC | REAL PROPERTY LEASE - TERMINAL | 10151 SOUTH DIVISION AVENUE<br>WAYLAND, MI 49348 | $ 91,229 |
| 171 | VICTORIA C. HAYCOCK<br>FAMILY TRUST UAD APRIL 14, 2000; PO BOX 1608<br>ROSEBURG, OR 97470 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 1899 SE STEPHENS STREET<br>ROSEBURG, OR 97470 | $ 3,635 |
| 172 | VIEWEG REAL ESTATE<br>225 SOUTH MAIN STREET, SUITE 225<br>DECATUR, IL 62523 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 3910 E. HARRISON AVE<br>DECATUR, IL 62526 | $ 4,000 |
| 173 | WARNER- WILLIAMS INVESTMENTS INC.<br>PO BOX 501<br>BAXTER SPRINGS, KS 66713 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 2600 POWELL ROAD<br>BAXTER SPRINGS, KS 66713 | $ 9,050 |
| 174 | WATWOOD INVESTMENTS, LLC<br>PO BOX 1207<br>DOTHAN, AL 36302 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 1250 SUNSET DRIVE<br>THOMASVILLE, GA 31792 | $ 6,950 |
| 175 | WIPT, INC.<br>18 W 8TH AVENUE<br>REDFIELD, SD 57469 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 3401 NORTH 1ST AVENUE<br>SIOUX FALLS, SD 57104 | $ 9,500 |
| 176 | WOLVERINE FREIGHT SYSTEM<br>2500 AIRPORT ROAD<br>WINDSOR, ON N8W 5E7<br>CANADA | YRC Freight Canada Company | REAL PROPERTY LEASE - TERMINAL | 281 QUEENSTON ROAD<br>NIAGARA-ON-THE-LAKE, ON L0S 1J0<br>CANADA | $ 3,418 |
| 177 | ZOLLINGER COMMERCIAL WAREHOUSING<br>695 W 1700 SOUTH<br>LOGAN, UT 84321 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 695 W 1700 S, BUILDING 7<br>LOGAN, UT 84321 | $ 1,340 |
| 178 | ZOLLINGER COMMERCIAL WAREHOUSING<br>695 W 1700 S<br>LOGAN, UT 84321 | YRC Inc. | REAL PROPERTY LEASE - PARKING | 695 W 1700 S<br>LOGAN, UT 84321 | $ 250 |