# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 852, 863** |

**NOTICE OF FILING OF REVISED ORDER (I) APPROVING AGENCY AGREEMENT WITH NATIONS CAPITAL, LLC, RITCHIE BROS. AUCTIONEERS (AMERICA) INC., IRONPLANET, INC., RITCHIE BROS. AUCTIONEERS (CANADA) LTD., AND IRONPLANET CANADA LTD. EFFECTIVE AS OF OCTOBER 16, 2023; (II) AUTHORIZING THE SALE OF ROLLING STOCK ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES; AND <u>(III) GRANTING RELATED RELIEF</u>**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On October 16, 2023, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Motion of Debtors for Entry of an Order (I) Approving Agency Agreement with Nations Capital, LLC, Ritchie Bros. Auctioneers (America) Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd. and IronPlanet Canada Ltd Effective as of October 16, 2023; (II) Authorizing the Sale of Rolling Stock Assets Free and Clear of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief* (the "<u>Motion</u>")[2] [Docket No. 852][3], which attached a proposed order as <u>Exhibit A</u> thereto.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms not otherwise defined herein shall have the meaning given to them in the Motion.

[3] The sealed version of the Motion was filed at Docket No. 863.

1

2. Pursuant to the notice of hearing on the Motion [Docket No. 865], objections to the Motion are due to be filed on or before October 27, 2023 at 9:00 a.m. (ET) (the "Objection Deadline") and a hearing on the Motion is scheduled for October 27, 2023 at 12:00 p.m. (ET) (the "Hearing").

3. Attached hereto as **Exhibit A** is a revised proposed order granting the Motion (the "Revised Proposed Order"), which incorporates comments received from the following parties: (a) the Committee, (b) the Agent, (c) the Prepetition UST Secured Parties, (d) the Prepetition Secured Parties, (e) BNSF, (f) Nations Fund I, Inc., and (g) the Texas Taxing Authorities. As of the filing of this notice, the U.S. Trustee has received but has not provided comments to the Revised Proposed Order.

4. Attached hereto as **Exhibit B** is a redline of the Revised Order reflecting changes against the original proposed order attached to the Motion.

5. Attached as Exhibit 1 to the Revised Proposed Order is the Agency Agreement, which was originally filed with the Motion. Attached as Exhibits A and B thereto are lists of the Rolling Stock Assets and the Leased Rolling Stock Assets, the latter of which has been amended by the Debtors, in consultation with the Consultation Parties, as set forth at fn. 8 to the Revised Proposed Order.

6. The Debtors intend to present the Revised Proposed Order at the Hearing.

Dated: October 26, 2023
Wilmington, Delaware

/s/ *Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (212) 446-4800 |
| Telephone: (302) 652-4100 | Facsimile: (212) 446-4900 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*