## CONTRACT FOR LEGAL SERVICES

I, Jeff Minter, an authorized agent of YRC, Inc. (Client), hereby retain MAHER, BRANNIGAN & HEYWOOD, P.C. (Attorneys) for the Assessment Period 2023 and 2024 and 2025 to be the Legal Representative for real estate tax matters relating to the following property:

| ADDRESS | PERMANENT INDEX NUMBER | TOWNSHIP |
|---|---|---|
| 2000 Lincoln Highway | 32-24-301-003-0000, 32-24-303-003-0000, | Bloom |
| 416-001-0000 | 32-24-303-009-0000, 32-24-416-001-0000 | |
| Sauk Village, IL 60411 | | |

I further state that I am the owner/lessee of said property and that I am authorized to enter into this Contract on behalf of any co-owners/co-lessees.

Client agrees to pay Attorney a contingent fee as follows:

1. For reducing assessed values prior to tax payment at either the Cook County Assessor's Office or the Cook County Board of Review in 2023, an amount equal to 15% of the estimated first years's tax savings. The fee is calculated by multiplying the assessed value reduction by the equalized tax rate then in effect. *That amount shall be due 30 days after notice of reduction. Interest in the amount of 1.5% compounded monthly will be payable on any unpaid balance not paid when due. Sale, foreclosure or any other transfer of the Property from the Client to another person or entity will not relieve the Client from the Client's obligation to pay the fee as set forth for the remaining years covered by this Contract. In the event that the client fails to pay Attorney's fee within 90 days from the issuance of the attorney's invoice, the client agrees that the contract and the invoice may be recorded against the real property parcel and will act as a lien in the unpaid amount and interest as provided above.*

2. For obtaining tax refunds or tax savings, through Court Order or Order of the Illinois Property Tax Appeal Board, including Certificates of Error and refunds pertaining to illegal tax rates, or Omitted Assessment, an amount equal to 1/3rd of the amount refunded, credited or saved.

The Client is not obligated to pay Attorney any fee for legal services other than the contingent fee. Court costs and filing fees are the responsibility of the client and may be advanced by Attorney and deducted or invoiced at the conclusion of such matter. Fees for appraisers or expert witnesses are to be paid by the Client. Attorney is authorized to take whatever action it deems appropriate to safeguard Client's tax refunds, pursuant to Rule 1.15 of the Illinois Rules of Professional Conduct, including endorsing and depositing these funds into an IOLTA client's account. Attorney may receive the settlement, judgment or refund amount and may retain its fee, Court costs, and other fees before disbursing the remainder to the Client. Client agrees that the Attorney enjoys an Attorney's Lien on said funds and on any other recovery of property Client may realize as a result of Attorney's professional services pursuant to the IL Attorney's Lien Act (770 ILCS 5/1). Attorney may withdraw from representing the Client in this matter at any time after giving reasonable notice to the Client. Attorney will use its best efforts in representing the Client, but makes no promises or guarantees regarding the outcome of this matter. If a suit for the collection of any unpaid fees and interest is filed by Attorney, Client shall be responsible for the costs of filing and for the reasonable attorney's fees for such suit. This contract constitutes the entire agreement between Attorney and Client as to this matter. Client acknowledges that there are no communications or oral understandings contrary, different on which in any way modify the terms of this Contract. This contract may be modified only by written agreement signed by Attorney and Client.

DATED: 5/25/2023

YRC, Inc.
Jeff Minter

E-MAIL ADDRESS: jeff.minter@MyYellow.com