| Name | Relationship |
| --- | --- |
|  | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |



Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer



Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer



| | |
|---|---|
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ Ltd | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████ INTERNATIONAL ████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████ TRANSPORTATION INC | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████████████ LTD | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████ Trucking Cargo Limited | Buyer |
| ████████████ | Buyer |
| ████ HEAVY TRUCK ████ | Buyer |
| ████████████ | Buyer |
| ████████████ | Buyer |
| ████ Logistics LLC ████ | Buyer |
| ████ Inwood ████ | Buyer |
| ████ Transport LLC | Buyer |
| ████ Express Inc | Buyer |
| ████ Coast Cargo LLC | Buyer |
| ████ Transport & logistics ████ | Buyer |



City of Portland



Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer



Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer



Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer



Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer



City of Gladstone



Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer



Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer



Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer



Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer



City of tacoma

Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer



Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer
Buyer



| | |
|---|---|
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| Washington County | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| City of Edmonton | Buyer |
| | Buyer |



| | |
|---|---|
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| | Buyer |
| Wells Fargo | |
| | Buyer |
| | Investment |
| PNC BANK NATIONAL ASSOCIATION | Consignor/Seller |
| WELLS FARGO | Consignor/Seller |
| SIEMENS FINANCIAL SERVICES, INC. | Consignor/Seller |
| TD BANK | Consignor/Seller |
| CATERPILLAR INC | Consignor/Seller |



| | |
|---|---|
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| DUKE ENERGY CORP | Consignor/Seller |

| | |
|---|---|
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| TDS | Consignor/Seller |



| | |
|---|---|
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |
| | Consignor/Seller |



TOYOTA
VOLVO FINANCIAL SERVICES



STERLING NATIONAL BANK
FTI



PEOPLES CAPITAL AND LEASING CORP



NATIONS EQUIPMENT FINANCE LLC



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller

WASHINGTON COUNTY



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller

CITY OF ALEXANDRIA

Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller





Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller



Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller
Consignor/Seller