Schedule 1

| Potential Party In Interest | Nations Capital Relationship Type |
|---|---|
| [REDACTED] | Bought assets from |
| ALIX PARTNERS | Professional Dealings/Deal Opportunities |
| ALLIANZ GLOBAL RISK US INSURANCE CO | Professional Dealings/Deal Opportunities |
| ALLIANZ US RISKS US INSURANCE COMPANY | Professional Dealings/Deal Opportunities |
| ALVAREZ & MARSAL | Professional Dealings/Deal Opportunities |
| [REDACTED] | Customer |
| BANK OF AMERICA, N.A. | Vendor (Bank Line) |
| [REDACTED] | Bought assets from |
| BMO TRANSPORTATION LLC (MC1255825) | Professional Dealings/Deal Opportunities |
| [REDACTED] | Bought assets from |
| CHOATE HALL & STEWART LLP | Professional Dealings/Deal Counsel |
| CIT FINANCE LLC | Professional Dealings/Deal Opportunities |
| CITIZENS BANK | Professional Dealings/Deal Opportunities |
| CITIZENS BUSINESS CAPITAL | Professional Dealings/Deal Opportunities |
| [REDACTED] | Bought assets from |
| DUCERA PARTNERS | Professional Dealings/Deal Opportunities |
| FTI | Professional Dealings/Deal Opportunities |
| HOULIHAN LOKEY | Professional Dealings/Deal Opportunities/Advisor to NCI |
| [REDACTED] | Bought assets from |
| [REDACTED] | Bought assets from |
| [REDACTED] | Bought assets from |
| KEYBANK NATIONAL ASSOCIATION | Professional Dealings/Deal Opportunities |
| KIRKLAND & ELLIS | Professional Dealings/Deal Opportunities |
| MILLER BUCKFIRE & CO. | Professional Dealings/Deal Opportunities |
| OHIO DEPARTMENT OF COMMERCE | Corporate |
| OHIO DEPARTMENT OF TAXATION | Corporate |
| [REDACTED] | Bought assets from |
| PEOPLE'S CAPITAL AND LEASING CORP | Professional Dealings/Deal Opportunities |
| PNC BANK | Professional Dealings/Deal Opportunities |
| PNC BANK NATIONAL ASSOCIATION | Professional Dealings/Deal Opportunities |

1604886314.6

| [REDACTED] | Seller/Customer |
|---|---|
| STERLING NATIONAL BANK | Professional Dealings/Deal Opportunities |
| [REDACTED] | Bought assets from |
| TIGER EXPRESS LLC | Deal Opportunities |
| [REDACTED] | Bought assets from |
| [REDACTED] | Vendor |
| [REDACTED] | Bought assets from |
| [REDACTED] | Bought assets from |
| [REDACTED] | Bought assets from |
| [REDACTED] | Vendor to NCI Customer/Interactions |
| VOLVO FINANCIAL SERVICES | Professional Dealings/Deal Opportunities |
| [REDACTED] | Bought assets from |
| WELLS FARGO | Professional Dealings/Deal Opportunities |

1604886314.6