# SIGN-IN SHEET

**JUDGE: Goldblatt   COURTROOM: 7**

**CASE NUMBER: 23-11069   CASE NAME: Yellow Corporation   DATE: 10/27/2023 (12:00 PM)**

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Stuart Brown / Rachel Albanese | DLA Piper LLP (US) | Agent - Rolling Stock |
| Allyson Smith | Kirkland + Ellis | Debtos |
| Casey McGushin | Kirkland + Ellis | Debtors |
| Meredith Lehay | Akin | Committee |
| Kevin Capuzzi | Beresch | Committee |
| Martin Weis | Dilworth | Nations Fund |
| Peter Keane | Pachulski Stang Ziehl & Jones | Debtors |
| Patrick Nash | Kirkland & Ellis LLP | " |
| Allyson Smith | " | " |
| Casey McGushin | " | " |
| Aaron Metzinger | " | " |
| Benjamin Mintz | Arnold + Porter | US Treasury |
| Justin Imperato | " | " |
| I-Heng Hsu | U.S. Department of Justice | " |

# SIGN-IN SHEET

<u>JUDGE</u>: Goldblatt    <u>COURTROOM</u>: 7

<u>CASE NUMBER</u>: 23-11069    <u>CASE NAME</u>: Yellow Corporation  <u>DATE</u>: 10/27/2023 (12:00 PM)

*\*\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Jane Leamy | US Trustee | US Trustee |
| Richard Schepacarter | US Trustee | US Trustee |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Yellow Corporation, et al
23-11069

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Deborah | Perry | Edinburgh Logistics and Finlayson Logistics | Munsch Hardt Kopf & Harr, PC |
| Andrew | Zatz | Citadel | White & Case LLP |
| Benjamin | Mintz | U.S. Department of the Treasury | Arnold & Porter Kaye Scholer LLP |
| Stephanie | Fernandes | Counsel to the Information Officer | Cassels Brock & Blackwell LLP |
| Natalie | Levine | Counsel to the Information Officer | Cassels Brock & Blackwell LLP |
| Kevin | Eckhardt | Reorg | |
| Stephen | Lam | interested party | Corre Partners |
| Anthony | Pignataro | SPC | SPC |
| Aman | S | Self | |
| KE | Listen Only Line | Debtors | Kirkland and Ellis LLP |
| Lisa | Feld | Citadel | White & Case LLP |
| Kyle | Ferrier | Citadel | White & Case LLP |
| Livy | Mezei | Citadel | White & Case LLP |
| Claire | Tuffey | Citadel | White & Case LLP |
| Cody | Lehrer | Citadel | White & Case LLP |
| Jake | Goldberg | Citizens | Choate |
| Raymond | Patella | AmeriGas Propane L.P. | Javerbaum Wurgaft Hicks Kahn Wikstrom & Sinins, P.C. |
| Jeff | Kaplan | BCAS | BCAS |
| Michael | Roeschenthaler | Estes Express Lines | Whiteford Taylor & Preston, LLP |
| David | Gaffey | Estes Express Lines | Whiteford Taylor & Preston, LLP |
| Ryan | Trombley | U.S. Department of the Treasury | Arnold & Porter Kaye Scholer LLP |
| Brooke | Bean | N/A | |
| Michael | Messersmith | U.S. Department of the Treasury | Arnold & Porter Kaye Scholer LLP |
| Rosa | Evergreen | U.S. Department of the Treasury | Arnold & Porter Kaye Scholer LLP |
| Justin | Imperato | U.S. Department of the Treasury | Arnold & Porter Kaye Scholer LLP |
| Erika | Robinson | U.S. Department of the Treasury | |
| Kevin | Simard | Citizens Bank | Choate, Hall & Stewart LLP |
| Jeffrey | Schlerf | Citadel | GrayRobinson |
| Austin | Carlson | Rock Island County Collector | Rock Island County State's Attorney's Office |
| David | Slattery | Citizens | |
| Allison | Chung | Lender | |
| Kate | Buck | BNSF Railway | McCarter & English, LLP |

Yellow Corporation, et al
23-11069

| Matthew | Rifino | BNSF Railway | McCarter & English, LLP |
|---|---|---|---|
| Luke | Spangler | Debtors | Kirkland & Ellis |
| Emma | Woods | IBT and IAMAW | The Previant Law Firm, S.C. |
| Eric | Froman | US Department of the Treasury | |
| Ryan | Reinert | Navistar, Inc. | Shutts & Bowen |
| Adam | Searles | abl lenders | |
| Michael | Busenkell | Central Pennsylvania Teamsters Fund | Gellert Scali Busenkell & Brown, LLC |
| Joseph | Perrone | Direct Chassis Link | Giuliano McDonnell & Perrone, LLP |
| Steven | Miller | DCLI | Giuliano McDonnell & Perrone |
| Howard | W | Observer | |
| David | Braun | Interested Party | Gordon Brothers |
| Ryan | Welsh | Interested Party | Ritchie Brothers / DLA Piper LLP (US) |
| Todd | Maiden | FreightWaves | |
| I-Heng | Hsu | United States | U.S. Department of Justice |
| Amish | Doshi | Oracle America, Inc. | Doshi Legal Group PC |
| Shannon | Forshay | MFN Partners | Potter Anderson & Corrroon LLP |
| David | Eisenberg | Michigan Conference of Teamsters Welfare Fund | Maddin, Hauser, Roth & Heller, P.C. |
| Eric | Winston | MFN Partners | Quinn Emanuel |
| Geoffrey | Grivner | TSC Equipment Finance LLC | Buchanan Ingersoll & Rooney PC |
| Brennan | Caldwell | Canadian counsel to Yellow Corporation | Goodmans LLP |
| Caroline | Descours | Debtors | Goodmans LLP |
| Timothy | Palmer | TSC Equipment Finance | Buchanan Ingersoll and Rooney PC |
| Phil | Dublin | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Kevin | Zuzolo | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Leah | Lopez | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |
| Joe | Sullivan | UCC | Akin Gump |
| Rebecca | Cassell | Mid-America Constructors, LLC | Myers & Myers, PLLC |
| Christopher | Bryant | Bank of New York Mellon | Hogan Lovells US LLP |
| Elisa | Hyder | The Chubb Companies | Duane Morris LLP |
| Crystal | Geise | United States | |
| Sommer | Ross | Valley National Bank | Duane Morris LLP |
| Katherine | Lynn | Bank of New York Mellon | Hogan Lovells |
| Vince | Sullivan | Law360 | |
| Taylor | Harrison | Debtwire | |

Yellow Corporation, et al
23-11069

| Jonathan | Randles | Bloomberg News | |
|---|---|---|---|
| Jennifer | Hoover | Official Committee of Unsecured Creditors | Benesch, Friedlander, Coplan & Aronoff LLP |
| Abigail | Debold | Interested party | |
| Zhao (Ruby) | Liu | 181 W JOHNSON OPERATING LLC | |
| Mike | He | None | |
| Gregory | Juell | Nations Capital | DLA Piper LLP (US) |
| Evan | Maass | NA | |
| Jason | Morrow | U.S. Department of the Treasury | |
| Sam | Ward | Treasury | Houlihan Lokey |
| Alexander | Abawi | Creditor | |
| James | Santoro | United States Treasury | Houlihan Lokey |
| Paul | Huygens | MFN | Province |
| Sheryl | Gittlitz | Lender | Arnold & Porter Kaye Scholer LLP |
| Rodney | Morris | United States | United States Department of Justice |
| Hampton | Foushee | Citizens Bank, N.A. | Choate, Hall & Stewart LLP |
| Graham | Fisher | [spectating] | |
| Uday | Gorrepati | N/A (ABI Project) | |
| Soma | Biswas | Dow Jones | Dow Jones |
| Catherine | Lyons | East West Bank | Wilson Sonsini Goodrich & Rosati, P.C. |
| Paul | Berger | Wall Street Journal | |
| Meredith | Lahaie | Official Committee of Unsecured Creditors | Akin Gump Strauss Hauer & Feld LLP |