


//

Address Reply To:

Office - Chicago
Area Administrative Center
PO Box 68606
Schaumburg, IL 60173
T: 847-240-9622
F: 847-240-9699
E: chicago.il@custard.com
Adjuster -
E: dweinberg@custard.com
D: 224-595-4204

May 3, 2023

Law Office of Edward M. Shishem
900 Jorie Boulevard, Suite 106
Oak Park, IL 60523

**Our File #:** **046-032163**
**Name of Insured:** **YRC Worldwide - USF Holland**
**Date of Loss:** **04/17/2023**
**Claimant(s):** **Seung Chung**

Dear Mr. Shishem:

This letter is to inform you that I am the Adjuster assigned to handle the above-captioned claim. Please direct all future communications to my attention, and note our File number on all correspondence – until you receive written instructions to do otherwise.

At your earliest convenience, please provide me with the following information for your client

1. The Full Names of All Treating Physicians
2. The Addresses of the Treating Physicians
3. Date of Your Client's Treatment
4. Your Firm's Social Security Number (in anticipation of an eventual settlement)
5. Type of injury(-ies) sustained by your client from above accident
6. Any prior injury(-ies), whether related to automobile accidents or not

If you have any questions, you may contact me at my cell telephone number of (224) 595-4204 between the hours of 8:00 and 5:00, Monday through Friday. If I am not in, please leave your name, telephone number, our File Number and the best time to return your call. I look forward to working with you to bring this matter to an appropriate conclusion.

Sincerely,

**Custard Insurance Adjusters, Inc.**

David A. Weinberg
Liability Adjuster
E: dweinberg@custard.com
D: 224-595-4204

Sedgwick Claims Management Services, Inc.
P O Box 14516
Lexington, KY 40512-4516




Phone: (800)972-7602
Fax: (913)661-4999

May 04, 2023

Edward M. Shishem, Inc.
Attn: Clarissa Pena
900 Jorie Blvd Suite 106
Oak Brook, IL 60523

| Re : | **Insured:** | USF Holland Inc |
|---|---|---|
| | **Claimant Name:** | Chung E. Seung |
| | **Date of Loss:** | 04/17/2023 |
| | **Claim Number:** | 2300003343- |

Dear Ms. Pena:

This letter will serve to acknowledge receipt of your Letter of Representation, relative to the above-captioned matter, as well as confirm my telephone call to your office.

Please provide me with the following information relating to your client's loss so I can proceed with my investigation:

- Home address; date of birth; Social Security number
- Description of the injury sustained by your client
- Pre-existing or prior injury(ies)
- Status of the injury(ies) and treatment
- Medical carrier, claim number, claim handler, telephone number
- All wage loss information
- All specials received to date
- Detailed description of what occurred
- Names and addresses of all potential witnesses
- Your theory of liability
- Signed "Authorization For Medical Reports & Records"
- Signed "Medical Provider Information"

Please be advised that it may be necessary to obtain previous medical records if your client has sustained past injuries to any of the same body parts involved in this incident. We cannot send a medical records request to these doctors without a complete address either. I would greatly appreciate having copies of medical bills and reports forwarded to me once you receive same.



Thank you for your anticipated cooperation. Sedgwick manages claims for OLD REPUBLIC INSURANCE COMPANY on behalf of USF Holland Inc.

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.

Sincerely,
Anthony Batchelor
Claims Examiner
Enc: Authorization For Medical Reports & Records, Medical Provider Information


*C00144678.849-6284*




# ILLINOIS TRAFFIC CRASH REPORT

Sheet 1 of 1 Sheets

IY003

* X002989555 *

| DRAC U1 | U2 | TRFD | TRFC | WEAT | DRVA | U2 | VIS U1 | U2 | VEHD U1 | U2 | LGHT | COLL | MANV U1 | U2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 3 | 4 | 1 | 7 | 5 | 99 | 99 | 99 | 99 | 5 | 10 | 1 | 4 |

INVESTIGATING AGENCY: Northbrook PD

DAMAGE TO ANY ONE PERSON'S VEHICLE / PROPERTY: ☐ $500 OR LESS ☐ $501 - $1,500 ☑ OVER $1,500

TYPE OF REPORT: ☑ ON SCENE ☐ NOT ON SCENE (DESK REPORT) ☐ AMENDED

☐ A No Injury / Drive Away ☑ B Injury and / or Tow Due to Crash

YR: 23 | AGENCY CRASH REPORT NO.: 23-06308

ADDRESS NO.: | HIGHWAY OR STREET NAME: WILLOW RD | ☑ City ☐ Township: NORTHBROOK

INTERSECTION RELATED ☑ Y ☐ N | DATE OF CRASH: 4/17/2023 | TIME: 9:23 ☐ AM ☑ PM | SECONDARY CRASH ☐ YES ☑ NO

☐ ........ FT / MI N S E W (CIRCLE) (CIRCLE) ☑ AT INTERSECTION WITH: GREENWOOD RD (NAME OF INTERSECTION OR ROAD FEATURE)

COUNTY: COOK | PRIVATE PROPERTY ☐ Y ☑ N | HIT & RUN ☐ Y ☑ N | DOORING WITH PEDALCYCLIST? ☐ Y ☑ N | # OF MOTOR VEHICLES INVLD: 2

FLOW CONDITION: ☐ SLOW ☐ STOPPED ☑ FREE FLOW

## UNIT 1

☑DRIVER ☐PARKED ☐DRIVERLESS ☐PED ☐PEDAL ☐EQUES ☐NMV ☐NCV ☐DV

NAME (LAST, FIRST, M): TURNER, CURTIS E | DATE OF BIRTH: 11/21/1962

STREET ADDRESS: 702 S GREENVIEW AVE

CITY: ROCKFORD | STATE: IL | ZIP: 61102

SEX: F | SAFT: 9 | AIR: 3 | INJ: O | EJCT: 1 | EPTH: 0

PHONE NUMBER: (815) 703-9240 | DRIVER LICENSE NO.: T656-1056-2331 | STATE: IL | CLASS: D | CDL ID: 7

EMS AGENCY: Northbrook 12 | HOSPITAL (TAKEN TO):

INCIDENT RESPONDER ☐ Y ☑ N

MAKE: VOLVO | MODEL: VNR | YEAR: 2023

AUTOMATION SYSTEM ☐ Y ☐ NO ☑ UNK | LEVEL IN VEH.: 9 | LEVEL ENGAGED AT CRASH: 9

PLATE NO.: 3252359AP | STATE: IN | YEAR: 2023

VIN: 4V4W19EGXPN616940 | INSURANCE CO.: Old Republic Insurance Co | EXPIRED ☐ Y ☑ N

VEHICLE OWNER (LAST, FIRST, M.I.): YRC INC | POLICY NO.: MWML18562

OWNER STREET, CITY, STATE, ZIP: 10990 ROE AVE OVERLAND PARK, KS 66216 | PHONE NUMBER: (913) 696-6100

CIRCLE NUMBER(S) FOR DAMAGED AREA(S): 00 - NONE, 13 - UNDER CARRIAGE, 14 - TOTAL (ALL), 15 - OTHER, 99 - UNKNOWN — circled: 12, 1

POINT OF FIRST CONTACT: 1

TOWED DUE TO CRASH ☐ Y ☑ N | FIRE ☐ Y ☑ N | DISTRACTED ☐ Y ☑ N | COM VEH ☑ Y ☐ N (* IF YES SEE SIDEBAR)

## UNIT 2

☑DRIVER ☐PARKED ☐DRIVERLESS ☐PED ☐PEDAL ☐EQUES ☐NMV ☐NCV ☐DV

NAME (LAST, FIRST, M): CHUNG, SEUNG E | DATE OF BIRTH: 12/4/1971

STREET ADDRESS: 2416 COBBLEWOOD DR

CITY: NORTHBROOK | STATE: IL | ZIP: 60062

SEX: F | SAFT: 9 | AIR: 6 | INJ: C | EJCT: 1 | EPTH: 0

PHONE NUMBER: (847) 421-3199 | DRIVER LICENSE NO.: C520-7807-1945 | STATE: IL | CLASS: D | CDL ID: 0

EMS AGENCY: Northbrook 12 | HOSPITAL (TAKEN TO): Refused

INCIDENT RESPONDER ☐ Y ☑ N

MAKE: CHRYSLER | MODEL: PACIFICA | YEAR: 2017

AUTOMATION SYSTEM ☐ Y ☐ NO ☑ UNK | LEVEL IN VEH.: 9 | LEVEL ENGAGED AT CRASH: 9

PLATE NO.: DC96670 | STATE: IL | YEAR: 2023

VIN: 2C4RC1GG3HR504194 | INSURANCE CO.: Progressive Insurance | EXPIRED ☐ Y ☑ N

VEHICLE OWNER (LAST, FIRST, M.I.): HYOUNG, JOON H | POLICY NO.: 967893063

OWNER ADDRESS (STREET, CITY, STATE, ZIP): 2416 COBBLEWOOD DR NORTHBROOK, IL 60062 | PHONE NUMBER: (847) 421-3199

CIRCLE NUMBER(S) FOR DAMAGED AREA(S) — circled: 8, 7, 6, 4, 5

POINT OF FIRST CONTACT: 7

TOWED DUE TO CRASH ☑ Y ☐ N | FIRE ☐ Y ☑ N | DISTRACTED ☐ Y ☑ N | COM VEH ☐ Y ☑ N

## PASSENGERS & WITNESSES ONLY

| (UNIT) | (SEAT) | (DOB) | (SEX) | (SAFT) | (AIR) | (INJ) | (EJCT) | (EPTH) | (NAME) / (ADDR) / (TEL) | (HOSP) | (EMS) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| W | | 10/7/1979 | M | | | | | | JI, SEONGHUN, 2545 WINDSOR LN NORTHBROOK, IL 60062 / (815) 814-3946 | | |

## Sequence of Events

| Unit | (EVNO) | (MOST) | (EVNT) | (LOC) |
|---|---|---|---|---|
| UNIT 1 | 1 | ☑ | 11 | 4 |
| UNIT 1 | 2 | ☐ | 29 | 3 |
| UNIT 1 | 3 | ☐ | | |
| UNIT 2 | 1 | ☑ | 11 | 4 |
| UNIT 2 | 2 | ☐ | | |
| UNIT 2 | 3 | ☐ | | |

DAMAGED PROPERTY OWNER NAME: MEADE | DAMAGED PROPERTY: TRAFFIC SIGNAL

PROPERTY OWNERS ADDRESS: STREET, CITY, STATE, ZIP:

PRIMARY: 28 | SECONDARY: 18

☑ CITIONS ISSUED ☐ PENDING — ARREST NAME: TURNER, CURTIS E | SECTION: 5/11-601 | CITATION NO.: EG307662

☐ CITATIONS ISSUED ☐ PENDING — ARREST NAME: | SECTION: | CITATION NO.:

OFFICER ID.: 101 | SIGNATURE: Andrew Ciszek | BEAT / DIST.: 44N | SUPERVISOR ID.: Doracely Chavez, 551

| | Date | Time |
|---|---|---|
| POLICE NOTIFIED | 4/17/2023 | 9:24 ☐ AM ☑ PM |
| EMS NOTIFIED | 4/17/2023 | 9:27 ☐ AM ☑ PM |
| EMS ARRIVED | 4/17/2023 | 9:32 ☐ AM ☑ PM |
| ROAD CLEARANCE | 4/17/2023 | 10:00 ☐ AM ☑ PM |
| COURT DATE | 5/5/2023 | 2:30 ☐ AM ☑ PM |

Did crash occur in a Work Zone? ☐ Y ☑ N

If YES check one below: ☐ Construction ☐ Maintenance ☐ Utility ☐ Unknown work zone type

Workers present? ☐ Y ☑ N

| Field | U1 | U2 |
|---|---|---|
| TRFW | 3 | |
| VEHT | 7 | 3 |
| # LNS | | |
| ALIGN | 1 | 1 |
| RSUR | 1 | |
| VEHU | 20 | 2 |
| SPDR | 9 | 9 |
| RDEF | 1 | |
| BAC | 996 | 996 |
| # OCCS | 1 | 1 |
| DIRP | 3 | 3 |
| SLMT | 40 | 40 |

X002989555

A **Diagram** and **Narrative** are required on all **Type B** crashes, **even if** units have been moved prior to the officer's arrival.



NARRATIVE (refer to vehicle by unit #)

The driver of Unit #2 said she was traveling E/B on Willow Road and was approaching the intersection of Greenwood Road. The driver of Unit #2 said she slowed down to make a right-hand turn onto S/B Greenwood Road. The driver of Unit #2 said she believe she used her right-turn signal. The driver of Unit #2 said that as she was making the turn, Unit #1 crashed into the rear of Unit #2, subsequently pushing Unit #2 towards the S/E corner of the intersection. Unit #2 came to a stop on the sidewalk after striking a traffic signal pole, knocking it off its foundation.

The driver of Unit #1 said he was traveling E/B on Willow Road and was approaching the intersection of Greenwood Road. The driver of Unit #1 said that Unit #2 suddenly began to slow down and went to make a right-hand turn onto S/B Greenwood Road. The driver of Unit #1 said Unit #2 never used a right-turn signal. The driver of Unit #1 slammed on the

LOCAL USE ONLY

N 42.1056
W -87.8392

U1 Race: U2 Race:

| U1 COLOR White | U2 COLOR White | U1 Drug 1 000 | U1 Drug 2 | U2 Drug 1 000 | U2 Drug 2 |
|---|---|---|---|---|---|
| U1 TOWED DUE TO ☐ DISABLING DAMAGE ☑ NOT DISABLING DAMAGE | DAMAGE EXTENT: 1 | U1 TOWED BY / TO: | | | |
| U2 TOWED DUE TO ☑ DISABLING DAMAGE ☐ NOT DISABLING DAMAGE | DAMAGE EXTENT: 3 | U2 TOWED BY / TO: Gene's Towing | | | |

## LARGE TRUCK, BUS, OR HM VEHICLE

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS.

A CMV is defined as any motor vehicle used to transport passengers or property and:

1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination): or
2. Is used or designed to transport more than 15 passengers including the driver (example: shuttle or charter bus): or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van type vehicle or passenger car): or
4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation (example: large van used for specific purpose): or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

UNIT 1

CARRIER NAME YRC INC

ADDRESS 10990 ROE AVE

CITY/STATE/ZIP OVERLAND PARK, KS 66211

MOTOR CARR. ID ☐ Interstate ☐ Intrastate ☐ Not In Comm./Govt. ☐ Not In Comm./Other

USDOT NO. 75806 ILLCC NO.

Source of above ☑ Side of Truck ☐ Papers ☐ Driver ☐ Log Book

GVWR/GCWR ☐ <10,000 ☑ 10,000 - 26,000 ☐ >26,000

Were HAZMAT placards on vehicle? ☐ Yes ☑ No

If yes, name on placard

4 digit UN NO. 1 digit Hazard Class NO.

Did HAZMAT Spill from vehicle (do NOT consider FUEL from vehicle's own tank)? ☐ Yes ☑ No ☐ Unknown

Did HAZMAT Regulations violation contribute to the crash? ☐ Yes ☑ No ☐ Unknown

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Yes ☑ No ☐ Unknown

Was a Driver/Vehicle Examination Report form completed?

HAZMAT ☐ Yes ☑ No ☐ Unknown Out of Service ☐ Yes ☐ No

MCS ☐ Yes ☑ No ☐ Unknown Out of Service ☐ Yes ☐ No

Form Number

IDOT PERMIT NO. WIDELOAD? ☐ Y ☑ N

TRAILER VIN 1 1JJV281W54L883722

TRAILER VIN 2 1JJV281W66L987879

| TRAILER WIDTH(S) | 0 - 96" | 97 - 102" | > 102" |
|---|---|---|---|
| TRAILER 1 | ☐ | ☐ | ☑ |
| TRAILER 2 | ☐ | ☐ | ☑ |

TRAILER LENGTH(S) 1 ___ ft 2 ___ ft

TOTAL VEHICLE LENGTH ___ ft NO. OF AXLES 6

SELECT CODES FROM BACK OF CRASH BOOKLET

VEHICLE CONFIG. ___ CARGO BODY TYPE ___ LOAD TYPE ___

**Narrative**

brakes but ultimately crashed into the rear of Unit #2, pushing it onto the sidewalk on the S/E corner of the intersection.

Witness stated he was in the left-hand turn lane to go N/B on Greenwood Road at the intersection of E/B Willow Road. Witness said he observed Unit #2 slow down at the intersection and attempt to make a right-hand turn onto S/B Greenwood Road. Witness said he observed Unit #1 attempt to brake, but ultimately crash into the rear of Unit #2. Witness said he could not remeber if Unit #2 did or did not use a right-turn signal.