# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
|  | ) |
| Debtors. | ) (Jointly Administered) |

## CERTIFICATION
## OF COUNSEL REGARDING JOINT
## STIPULATION BY AND AMONG THE DEBTORS
## AND EAST WEST BANK (I) GRANTING RELIEF FROM
## THE AUTOMATIC STAY AND (II) REJECTING CERTAIN LEASE AGREEMENTS

1. On August 6, 2023, the above-captioned debtors and debtors in possession (the "Debtors") filed voluntary petitions for relief under title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.

2. The undersigned certifies that the Debtors have entered into a *Joint Stipulation by and Among the Debtors and East West Bank (I) Granting Relief from the Automatic Stay and (II) Rejecting Certain Lease Agreements* (the "Stipulation").

3. The undersigned further certifies that attached hereto as **Exhibit A** is an order (the "Order") approving the Stipulation, which is attached as Exhibit 1 to the Order. The Stipulation, by its terms, is not effective until entry of the Order.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

2

    4.       The undersigned further certifies that the Stipulation has been shared with counsel to the official committee of unsecured creditors (the "UCC Counsel"), and on October 27, 2023, the UCC Counsel communicated to the Debtors' counsel that the Committee does not object to the Stipulation.

    5.       The Debtors respectfully request entry of the Order authorizing the Stipulation.

*[Remainder of page intentionally left blank]*

Dated: October 30, 2023
Wilmington, Delaware

/s/     *Laura Davis Jones*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400
Email:            ljones@pszjlaw.com
                     tcairns@pszjlaw.com
                     pkeane@pszjlaw.com
                     ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
David Seligman, P.C. (admitted *pro hac vice*)
Whitney Fogelberg (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:            patrick.nash@kirkland.com
                     david.seligman@kirkland.com
                     whitney.fogelberg@kirkland.com

-and-

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*