# Exhibit 1

# Rejected Leases[1]

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease. The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on **Exhibit 1** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

## Rejected Leases[1]

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|
| 1 | Customers Commercial Finance, LLC | USF Reddaway, Inc. | Equipment lease schedule for 125 trailers dated as of December 14, 2018 under a Master Lease Agreement dated August 17, 2016 ("Schedule 34200094001 Lease") | N/A | August 6, 2023 |
| 2 | Customers Commercial Finance, LLC | YRC Worldwide, Inc. | Guaranty Agreement of the Schedule 34200094001 Lease | N/A | August 6, 2023 |
| 3 | Customers Commercial Finance, LLC | YRC Enterprise Services Inc. and YRC, Inc. d/b/a YRC Freight | Equipment lease for 132 Wabash trailers dated as of August 30, 2018 ("Schedule 137542-023"), under a Master Lease Agreement dated March 6, 2016 ("Wabash Lease") ) | N/A | August 6, 2023 |
| 4 | Customers Commercial Finance, LLC | YRC Worldwide, Inc. | Guaranty Agreement of the Wabash Lease, dated as of March 16, 2016 | N/A | August 6, 2023 |
| 5 | Customers Commercial Finance, LLC | YRC, Inc. d/b/a YRC Freight and YRC Enterprise Services, Inc. | Equipment Lease for 110 trailers dated as of September 28, 2018 ("Schedule 137542-024"), under the Wabash Lease | N/A | August 6, 2023 |
| 6 | Customers Commercial Finance, LLC | YRC Worldwide, Inc. | Guaranty Agreement of the Wabash Lease, dated as of March 16, 2016 | N/A | August 6, 2023 |

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease. The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on **Exhibit 1** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.