IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>Hearing Date: December 12, 2023 at 10 a.m. (ET)<br>Objection Deadline: November 13, 2023 at 4 p.m. (ET) |

**NOTICE OF MOTION
OF SHANE SNIDER AND CARLA MARIA SNIDER
FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d)
OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on October 30, 2023, Shane Snider and Carla Maria Snider (together, the "Movants") filed the *Motion of Shane Snider and Carla Maria Snider for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* (the "Motion") with the United States Bankruptcy Court for the District of Delaware which seeks relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before **November 13, 2023, at 4: p.m. (ET)** (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington, Delaware 19801. At the same time, you must serve a copy of any objection upon Movant's undersigned counsel so as to be received on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on **December 12, 2023, at 10 a.m. (ET)** before the Craig T. Goldblatt in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, courtroom 7, Wilmington, Delaware 19801, if an objection is filed.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security interest.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF A HEARING.**

Dated: October 30, 2023
Wilmington, Delaware

       */s/ Michael J. Joyce*
       Michael J. Joyce (No. 4563)
       **JOYCE, LLC**
       1225 King Street, Suite 800
       Wilmington, DE 19801
       (302)-388-1944
       mjoyce@mjlawoffices.com

       *Counsel to Shane Snider and Carla Maria Snider*