## **CERTIFICATE OF SERVICE**

      I hereby certify that on October 30, 2023, I caused a true and correct copy of the foregoing *Motion of Shane Snider and Carla Maria Snider for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* to be electronically filed the with the Clerk of Court in Case No. 23-11069 (CTG) and served on the parties on the attached service list CM/ECF and first-class mail.

Dated: October 30, 2023

                                                  */s/ Michael Joyce*
                                                  Michael J. Joyce

*Debtors*

**Yellow Corporation**
11500 Outlook Street, Suite 400
Overland Park, KS 66211

*Counsel to Debtors*

**Michael Esser**
Kirkland & Ellis LLP
555 California Street
27th Floor
San Francisco, CA 94104

**Whitney C. Fogelberg**
**Richard U.S. Howell**
**Casey McGushin**
**Conor P. McNamara**
**Patrick J. Nash**
**David Seligman**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654

**Laura Davis Jones**
**Peter J. Keane**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801

*U.S. Trustee*

**U.S. Trustee**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

***Counsel to U.S. Trustee***

**Jane M. Leamy**
**Richard L. Schepacarter**
Office of the U.S. Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

***Counsel to Committee of Unsecured Creditors***

**Kevin M. Capuzzi**
**John C Gentile**
**Jennifer R. Hoover**
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street
Suite 1201
Wilmington, DE 19801-1611

**Philip C. Dublin**
**Meredith A. Lahaie**
**Abid Qureshi**
**Joseph L. Sorkin**
**Kevin Zuzolo**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036