IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellow Corporation, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |
| | ) | **Hearing Date: November 13, 2023 at 10:00 a.m.** |
| | ) | **Objection Deadline: November 6, 2023 at 4:00 p.m.** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on October 30, 2023, the Automobile Mechanics' Local No. 701 Union and Industry Pension Fund and the Automobile Mechanics' Local 701 Union and Industry Welfare Fund (the "Movants"), filed their *Automobile Mechanics' Local No. 701 Union and Industry Pension Fund and the Automobile Mechanics' Local 701 Union and Industry Welfare Fund's Routine Motion for Rule 2004 Examination of the Debtors* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **November 6, 2023, at 4:00 p.m.** ("Response Deadline") with the United States Bankruptcy Court for the District of Delaware, Clerk's Office, 824 North Market Street, Third Floor, Wilmington, Delaware 19081 and served on the undersigned counsel to the Movants so as to be received on or before the Response Deadline.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, is scheduled before the Honorable Craig T. Goldblatt at the Bankruptcy Court, 3rd Floor, Courtroom 7, on **November 13, 2023, at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Date: October 30, 2023
Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON LLC**

/s/ William D. Sullivan
William D. Sullivan (No. 2820)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195
Email: bsullivan@sha-llc.com

and-

Jeffrey A. Krol, Esq.
**JOHNSON & KROL, LLC**
311 S. Wacker Dr., Suite 1050
Chicago, Illinois 60606
(312) 757-5465
krol@johnsonkrol.com

*Counsel for the Automobile Mechanics' Local No. 701 Union and Industry Pension Fund and the Automobile Mechanics' Local 701 Union and Industry Welfare Fund*