## **CERTIFICATE OF SERVICE**

I, William D. Sullivan, hereby certify that on the 30th day of October 2023, a copy of the foregoing *Automobile Mechanics' Local No. 701 Union and Industry Pension Fund and the Automobile Mechanics' Local 701 Union and Industry Welfare Fund's Routine Motion for Rule 2004 Examination of the Debtors* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the following parties via Electronic Mail.

*Counsel to the Debtors:*

| | |
|---|---|
| Allyson B. Smith, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>allyson.smith@kirkland.com<br><br>Patrick J. Nash, Jr.<br>Whitney Fogelberg, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>patrick.nash@kirkland.com<br>whitney.fogelberg@kirkland.com | Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Peter J. Keane, Esq.<br>Edward Corma, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com |

*Counsel to the Committee of Unsecured Creditors:*

| | |
|---|---|
| Philip C. Dublin, Esq.<br>Meredith A. Lahaie, Esq.<br>Kevin Zuzolo, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park,<br>Bank of America Tower<br>New York, NY 10036-6745<br>pdublin@akingump.com<br>mlahaie@akingump.com<br>kzuzolo@akingump.com | Jennifer R. Hoover, Esq.<br>Kevin M. Capuzzi, Esq.<br>John C. Gentile, Esq.<br>BENESCH, FRIEDLANDER, COPLAN &<br>ARONOFF LLP<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com |

*U.S. Trustee:*

The Office of United States Trustee
Jane Leamy, Esq.
Richard Schepacarter, Esq.
844 King Street, Suite 2207,
Lockbox 35
Wilmington, DE 19801
jane.m.leamy@usdoj.gov
richard.schepacarter@usdoj.gov

| | |
|---|---|
| October 30, 2023 | */s/ William D. Sullivan* |
| Date | William D. Sullivan |