**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 617** |

<u>**NOTICE REGARDING QUARTERLY REPORTS OF ORDINARY COURSE**
**PROFESSIONALS FROM AUGUST 6, 2023, TO SEPTEMBER 30, 2023**</u>

**PLEASE TAKE NOTICE** that, in accordance with the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 617] (the "<u>OCP Order</u>") and the procedures established therein, the above captioned debtors (the "<u>Debtors</u>") hereby submit their reports of payments to ordinary course professionals (the "<u>OCP Quarterly Payment Report</u>") for the third fiscal quarter ending on September 30, 2023, attached hereto as **<u>Exhibit A</u>**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(g) of the OCP Order, the OCP Quarterly Payment Report includes:  (i) the name of the ordinary course professional; (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that ordinary course professional during the reported quarter, and (iii) a general description of the serviced rendered by that ordinary course professional.

**PLEASE TAKE FURTHER NOTICE** that the inclusion of the fees and expenses of any ordinary course professional in the OCP Quarterly Payment Report is without prejudice to the

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Debtors' right to dispute or challenge the fees and expenses of each professional and does not

constitute final approval of the fees and expenses of any Ordinary Course Professional by the

Debtors.

Dated:  October 30, 2023
Wilmington, Delaware

| | |
|---|---|
| */s/ Laura David Jones* | |
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone:    (312) 862-2000 |
| Telephone:    (302) 652-4100 | Facsimile:    (312) 862-2200 |
| Facsimile:    (302) 652-4400 | Email:    patrick.nash@kirkland.com |
| Email:    ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in
Possession*