# EXHIBIT A

**OCP Quarterly Payment Report**

# Yellow Corporation
## OCP Quarterly Payment Report
**Payments from 8/6/23 to 9/30/23**

| Professional | Tier | Types of Service | August Payments | September Payments | Total | Average Monthly Payments |
|---|---|---|---|---|---|---|
| Husch Blackwell LLP | Tier 1 | Legal - Real Estate | $ - | $ - | $ - | $ - |
| McDermott, Will & Emery LLP | Tier 1 | Legal - Workers Compensation | - | - | - | - |
| Morgan, Lewis & Bockius LLP | Tier 1 | Legal - Employment | - | - | - | - |
| Ogletree, Deakins, Nash, Smoak & Stewart, | Tier 1 | Legal - Employment | - | - | - | - |
| Proskauer Rose LLP | Tier 1 | Legal - Labor | - | - | - | - |
| Willis Towers Watson US LLC [1] | Tier 1 | Actuarial Services | - | 1,294.00 | 1,294.00 | 647.00 |
| Altus Group | Tier 2 | Accounting - Tax | - | - | - | - |
| Basham, Ringe y Correa, S.C. | Tier 2 | Legal - Mexican Counsel | - | - | - | - |
| Burns & McDonnell, Inc. | Tier 2 | Consulting - Environmental | - | - | - | - |
| Carr, Allison, Oliver & Sisson LLP | Tier 2 | Legal - Injury and Property Damage | - | - | - | - |
| Ethority (dba Equifax) | Tier 2 | Tax and Consulting Services | - | - | - | - |
| Filion, Wakely, Thorup & Angeletti LLP | Tier 2 | Legal - Canadian Counsel | - | - | - | - |
| Hemenway & Barnes LLP | Tier 2 | Legal - Taxation | - | - | - | - |
| Hunton Andrews Kurth LLP | Tier 2 | Legal - Taxation | - | - | - | - |
| Maher, Brannigan & Heywood PC | Tier 2 | Legal - Taxation | - | - | - | - |
| Origami Risk LLC | Tier 2 | Consulting - Safety and Compliance | - | - | - | - |
| Ryan Law | Tier 2 | Legal - Taxation | - | - | - | - |
| Schroder & Strom LLP | Tier 2 | Legal - Taxation | - | - | - | - |
| Serviam Consulting | Tier 2 | Consulting - Information Technology | - | - | - | - |
| TekSystems | Tier 2 | Consulting - Information Technology | - | - | - | - |
| Thomas & Company | Tier 2 | Employment Verification Services | - | - | - | - |
| Amari & Locallo | Tier 3 | Legal - Taxation | - | - | - | - |
| Armanino LLP | Tier 3 | Auditors - Benefits Plan | - | - | - | - |
| Creative Planning | Tier 3 | Consulting Services and Investment | - | - | - | - |
| Dexter Hofing LLC | Tier 3 | Actuarial Services | - | - | - | - |
| Gowling Lafleur Henderson LLP | Tier 3 | Legal - Corporate Counsel | - | - | - | - |

**Yellow Corporation**
**OCP Quarterly Payment Report**
**Payments from 8/6/23 to 9/30/23**

| Professional | Tier | Types of Service | August Payments | September Payments | Total | Average Monthly Payments |
|---|---|---|---|---|---|---|
| MarksNelson | Tier 3 | Accounting - Tax | - | - | - | - |
| Property Tax Advisory Group | Tier 3 | Consulting - Tax | - | - | - | - |
| Scopelitis, Garvin, Light, Hanson & Feary PC | Tier 3 | Legal - Transportation | - | - | - | - |
| Stewart, McKelvey, Sterling, Scales LLP | Tier 3 | Legal - Canadian Regulatory | - | - | - | - |
| Tax Advisors Group LLC | Tier 3 | Consulting - Tax | - | - | - | - |
| Worsek & Vihon | Tier 3 | Legal - Taxation | - | - | - | - |
| Total Payments | | | $ - | $ 1,294.00 | $ 1,294.00 | $ 647.00 |

Footnote:

(1) Willis Towers Watson US LLC was inadvertently paid $1,294 on September 29, 2023.  Willis Towers Watson US LLC subsequently filed their Declaration of Disinterestedness on October 17, 2023.  The Objection Period for Willis Towers Watson US LLC's Declaration of Disinterestedness expires on October 31, 2023.  To date, there have been no objections filed, and the Debtors do not anticipate any objections.