UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Joint Administered) |
| | ) | |

## WITHDRAWAL OF CLAIM

Now comes the County Treasurer in and for Rock Island County, Illinois, as *ex officio* Collector of Rock Island County Illinois, an elected officer of Rock Island County, Illinois, and a named Creditor in this action (the "Rock Island County Treasurer"),[2] by and through its attorney, Austin R. Carlson, Assistant State's Attorney, and hereby withdraws its Amended Proof of Claim numbered 0000011096 and filed September 20, 2023. For its withdrawal, the Rock Island County Treasurer hereby states as follows:

1. On August 31, 2023, the Rock Island County Treasurer filed its proof of claim in this matter asserting it was owed certain unpaid, prepetition taxes secured by a statutory lien on certain real estate owned by the consolidated debtors. This claim was assigned claim number 0000010451.

2. On September 20, 2023, the Rock Island County Treasurer filed its amended proof of claim—which was assigned the claim number 0000011096—reducing the amount of the claim in light of the consolidated debtors' voluntary payment, pursuant to authority granted by

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] The Rock Island County Treasurer is identified as a creditor in the Consolidated Debtors' filings as the Rock Island County Collector.

this Court to pay prepetition tax claims (see ECF #276 [interim order] and ECF #569 [final order]), of an additional installment of the taxes which served as the basis for the Rock Island County Treasurer's claim.

3. On October 30, 2023, the consolidated debtors paid the final installment of prepetition taxes owed to the Rock Island County Treasurer. As such, the Rock Island County Treasurer no longer has any claim against the bankruptcy estate and its statutory lien is accordingly extinguished.

For the foregoing reasons, the Rock Island County Treasurer hereby withdraws its amended proof of claim filed in this matter.

Respectfully submitted,

Date: October 31, 2023

By: /s/ Austin Carlson
Austin Carlson
IL #6341256
IA #AT0014755
Assistant State's Attorney
Attorney for Creditor
State's Attorney's Office
1317 3rd Ave. – 2nd Floor
Rock Island, IL 61201
Phone: (309) 558-3219
Fax: (309) 786-5052
Email: carlsona@rockislandcountyil.gov

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2023, I electronically filed the foregoing Withdrawal of Claim with the Clerk of the Court using the CM/ECF system, which effected electronic service of the document on all interested parties who have appeared in this matter.

/s/ Austin Carlson