# EXHIBIT A

**YELLOW CORPORATION**
Date: 10/27/2023

| Content of the Notice | Input |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | Salvage in Kansas, Puerto Rico & Canada |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | N/A |
| (c) identification of the Debtor entity selling the De Minimis Assets | Yellow Corporation; YRC Freight Canada Company |
| (d) identification of the purchaser of the De Minimis Assets | **Kansas** - Recovery Management Corporation (dba Cargo Largo); **Puerto Rico** - Local Vendor[1]; and **Canada** - Various[1] |
| (e) the purchase price | **Kansas** - $130,340.00[2] (Net of estimated $12,500.00 shipping/transport cost) **Puerto Rico** - $1,622.00[2]; and **Canada** - $15,250.00[3] |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | N/A |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | **Kansas** - Main vendor the company worked with for all salvage prior to the petition date; **Puerto Rico** - Outreached to local liquidator(s) in Bayamon with interest; and **Canada** - Outreached to salvage vendor(s) within each local region with interest. |
| (h) any other significant terms of the sale or transfer | **Kansas** - cosignment - approx. 80% is sold within 4 months and remainder over 5 to 9 months. Payment is made weekly. **Puerto Rico** - payment after pick-up **Canada** - prepay + consignment - payment due 30 days after pick-up |

*1.) The company will be working with various local scrap vendors and liquidators in Puerto Rico and Canada.*
*2.) The purchase price is the company's best estimate - the actual purchase price in Kansas and Puerto Rico will be based on actual resale price.*
*3.) Certain vendors in Canada will prepay for salvage by the trailer load, remaining will be by consignment.*