# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 847 & 848** |

## CERTIFICATE OF SERVICE

I, AMY HENAULT, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 16, 2023, I caused to be served the:

   a. "Notice of Filing of Amended List of Ordinary Course Professionals," dated October 16, 2023 [Docket No. 847], and

   b. "Certification of Counsel Regarding Joint Stipulation by and Among the Debtors and Axos Bank (I) Granting Relief from the Automatic Stay and (II) Rejecting Certain Lease Agreements," dated October 16, 2023 [Docket No. 848],

   by causing true and correct copies to be:

   i. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A, and

   ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Amy Henault*
Amy Henault

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER LLP | (COUNSEL TO SAIA INC; SAIA MOTOR FREIGHT) ATTN LAURENCE M FRAZEN; JARRET HITCHINGS ONE KANSAS CITY PLACE 1200 MAIN ST, STE 3800 KANSAS CITY MO 64105-2122 |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192 SAN JUAN PR 00902-0192 |
| NY OFFICE OF THE ATTORNEY GEN | ENVIRONMENTAL PROTECTION BUREAU ATTN STEVE H NGUYEN THE CAPITOL ALBANY NY 12224 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN: FAINU'ULELEI FALEFATU ALA'ILIMAUTU AMERICAN SAMOA GOVT, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| THOMPSON O'BRIEN KAPPLER & NASUTI PC | (COUNSEL TO MANSFIELD OIL CO OF GAINSVILLE) ATTN MICHAEL PUGH 2 SUN CT, STE 400 PEACHTREE CORNERS GA 30092 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count  24**

**EXHIBIT B**

Yellow Corporation, Case No. 23-11069
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| ABERNATHY ROEDER BOYD & HULLETT PC | ATTN PAUL M LOPEZ; LARRY R BOYD; EMILY M HAHN | PLOPEZ@ABERNATHY-LAW.COM; BANKRUPTCY@ABERNATHY-LAW.COM; EHAHN@ABERNATHY-LAW.COM |
| ACAR LEASING LTD D/B/A GM FINANCIAL LEASING | ATTN LORENZO NUNEZ | LEASESVCBNKRPCY@GMFINANCIAL.COM |
| AIS PORTFOLIO SERVICES CORP | ATTN ALLY BANK DEPT | ECFNOTICES@AISINFO.COM |
| AKERMAN LLP | ATTN MARK S. LICHTENSTEIN | mark.lichtenstein@akerman.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN PHILIP C. DUBLIN; MEREDITH A. LAHAIE; KEVIN ZUZOLO | pdublin@akingump.com; mlahaie@akingump.com; kzuzolo@akingump.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN MICHAEL S GREGER | MGREGER@ALLENMATKINS.COM |
| ALTER DOMUS PRODUCTS CORP. | ATTN LEGAL DEPT, E. PAPPAS & C CAPEZUTI | legal_agency@alterdomus.com; emily.ergangpappas@alterdomus.com; cpcagency@alterdomus.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN BENJAMIN MINTZ | benjamin.mintz@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN ROSA EVERGREEN | rosa.evergreen@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN MICHAEL MESSERSMITH | michael.messersmith@apks.com |
| ASHBY & GEDDES PA | ATTN MICHAEL D DEBAECKE | Mdebaecke@ashbygeddes.com |
| ASHBY & GEDDES PA | ATTN GREGORY A. TAYLOR | gtaylor@ashbygeddes.com |
| ASHBY & GEDDES PA | ATTN DON A BESKRONE | DBESKRONE@ASHBYGEDDES.COM |
| BAKER & HOSTETLER LLP | ATTN JEFFREY J LYONS; ELIZABETH A GREEN; JORIAN L ROSE; JIMMY D PARRISH | JJLYONS@BAKERLAW.COM; EGREEN@BAKERLAW.COM; ORLBANKRUPTCY@BAKERLAW.COM; JROSE@BAKERLAW.COM; JPARRISH@BAKERLAW.COM; |
| BALLARD SPAHR LLP | ATTN LESLIE C HEILMAN; LAUREL D ROGLEN; NICHOLAS J BRANNICK; MARGARET A VESPER | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; BRANNICKN@BALLARDSPAHR.COM; VESPERM@BALLARDSPAHR.COM |
| BEAL BANK USA | | commercialloans@bealbank.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN JENNIFER R. HOOVER; KEVIN M. CAPUZZI; JOHN C. GENTILE | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com |
| BIELLI & KLAUDER LLC | ATTN DAVID M KLAUDER; MELISSA M HARTLIPP | DKLAUDER@BK-LEGAL.COM; MHARTLIPP@BK-LEGAL.COM |
| BIFFERATO FIRM PA | ATTN IAN CONNOR BIFFERATO | CBIFFERATO@TBF.LEGAL |
| BLANK ROME LLP | ATTN REGINA STANGO KELBON; LAWRENCE R. THOMAS III; JOHN E. LUCIAN | regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com; john.lucian@blankrome.com |
| BNSF RAILWAY COMPANY | JILL RUGEMA | jill.rugema@bnsf.com |
| BROWN McGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN LAURENCE M FAZEN; JARRET HITCHINGS | LARRY.FRAZEN@BCLPLAW.COM; JARRET.HITCHINGS@BCLPLAW.COM |
| BUCHANAN INGERSOLL & ROONEY | ATTN GEOFFREY G GRIVNER; KODY M SPARKS; TIMOTHY P PALMER | GEOFFREY.GRIVNER@BIPC.COM; KODY.SPARKS@BIPC.COM; TIMOTHY.PALMER@BIPC.COM |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN MARC J PHILLIPS | MPHILLIPS@MMWR.COM |
| CENTRAL STATES FUNDS | ATTN BRAD R BERLINER; ANDREW J HERINK; DANIEL SULLIVAN | BBERLINER@CENTRALSTATESFUNDS.ORG; AHERINK@CENTRALSTATESFUNDS.ORG; DSULLIVA@CENTRALSTATESFUNDS.ORG |
| CENTRAL STATES PENSION | | bberline@centralstatesfunds.org |
| CHAFFETZ LINDSEY LLP | ATTN ALAN J LIPKIN; ALEX LUPSAIU | ALAN.LIPKIN@CHAFFETZLINDSEY.COM; ALEX.LUPSAIU@CHAFFETZLINDSEY.COM |
| CHARLES E DORR PC | ATTN CHARLES E DORR | CED@CEDPC.COM |
| CHIPMAN BROWN CICERO & COLE LLP | ATTN WILLIAM E CHIPMAN, JR; MARK D OLIVERE | CHIPMAN@CHIPMANBROWN.COM; OLIVERE@CHIPMANBROWN.COM |

| NAME | ATTN | EMAIL |
|---|---|---|
| CHOATE HALL & STEWART LLP | ATTN KEVIN J SIMARD, JONATHAN D MARSHALL, SETH D MENNILLO, M HAMPTON FOUSHEE | jmarshall@choate.com; smennillo@choate.com; hfoushee@choate.com; ksimard@choate.com |
| CLARK HILL PLC | ATTN KAREN M GRIVNER | KGRIVNER@CLARKHILL.COM |
| COHEN LEDER MONTALBANO & CONNAUGHTON | ATTN PAUL A MONTALBANO; BRADY M CONNAUGHTON | PAUL.MONTALBANO@CLMC-LAW.COM; BRADY.CONNAUGHTON@CLMC-LAW.COM |
| COHNE KINGHORN PC | ATTN GEORGE HOFMANN | GHOFMANN@CK.LAW |
| COOKSEY TOOLEN GAGE DUFFY & WOOG | ATTN KIM GAGE; RANDALL P MROCZYNSKI | KGAGE@COOKSEYLAW.COM; RMROCZYNSKI@COOKSEYLAW.COM |
| COUSINS LAW LLC | ATTN SCOTT D COUSINS | scott.cousins@cousins-law.com |
| DAIMLER TRUCKS NA | JOHN OLEARY, PRESIDENT & CEO | john.oleary@daimler.com; kirstin.abel@daimlertruck.com |
| DILWORTH PAXSON LLP | ATTN MARTIN J WEIS | MWEIS@DILWORTHLAW.COM |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN BRIAN L. SCHWALB | oag@dc.gov |
| DOSHI LEGAL GROUP PC | ATTN AMISH R DOSHI | AMISH@DOSHILEGAL.COM |
| DUANE MORRIS LLP | ATTN SOMMER L ROSS | SLROSS@DUANEMORRIS.COM |
| EMMET MARVIN & MARTIN LLP | ATTN THOMAS A PITTA | TPITTA@EMMETMARVIN.COM |
| EPSTEIN BECKER & GREEN | ATTN WENDY G MARCARI | WMARCARI@EBGLAW.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP | ATTN BRETT D FALLON; JOSEPH N ARGENTINA, JR | BRETT.FALLON@FAEGREDRINKER.COM; JOSEPH.ARGENTINA@FAEGREDRINKER.COM |
| FONTANEZ, FERNANDO | | ADDRESS ON FILE |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN MICHAEL BUSENKELL | MBUSENKELL@GSBBLAW.COM |
| GENERAL TEAMSTERS LOCAL 439 | ATTN CATHERINE E HOLZHAUSER | CHOLZHAUSER@BEESONTAYER.COM |
| GRAY ROBINSON PA | ATTN JEFFREY SCHLERF | JEFFREY.SCHLERF@GRAY-ROBINSON.COM |
| GREENBERG TRAURIG LLP | ATTN ANTHONY W CLARK; DENNIS A MELORO | ANTHONY.CLARK@GTLAW.COM; DENNIS.MELORO@GTLAW.COM |
| GRIMES & LINEBARGER LLP | ATTN JOHN KENDRICK TURNER | DALLAS.BANKRUPTCY@LGBS.COM |
| HOGAN LOVELLS | ATTN: RONALD SILVERMAN; ROBERT A RIPIN; CHRISTOPHER R BRYANT | ronald.silverman@hoganlovells.com; robert.ripin@hoganlovells.com; chris.bryant@hoganlovells.com |
| HOLLAND & KNIGHT LLP | ATTN: JOSHUA M. SPENCER | joshua.spencer@hklaw.com; alterdomus@hklaw.com |
| INTERNAL REVENUE SERVICE | | MILLIE.H.AGENT@IRS.GOV |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ATTN FRED ZUCKERMAN | fzuckerman@teamster.org |
| JACK SHRUM PA | ATTN J JACKSON SHRUM | JSHRUM@JSHRUMLAW.COM |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS PC | ATTN RAYMOND M PATELLA | RPATELLA@LAWJW.COM |
| KEURIG DR. PEPPER | RICHARD W WARD | rwward@airmail.net |
| KING & SPALDING LLP | ATTN THADDEUS D WILSON; MICHAEL FISHEL | THADWILSON@KSLAW.COM; MFISHEL@KSLAW.COM |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN RAYMOND H LEMISCH | RLEMISCH@KLEHR.COM |
| KOHNER MANN & KAILAS SC | ATTN SAMUEL C WISOTZKEY | SWISOTZKEY@KMKSC.COM |
| KYE LAW GROUP, P.C. | ATTN: MATTHEW F. KYE | mkye@kyelaw.com |
| LANE & NACH PC | ATTN ADAM N NACH | ADAM.NACH@LANE-NACH.COM |
| LAW OFFICES OF JAMES TOBIA LLC | ATTN JAMES TOBIA | JTOBIA@TOBIALAW.COM |
| LAW OFFICES OF SUSAN E KAUFMAN LLC | ATTN SUSAN E KAUFMAN | SKAUFMAN@SKAUFMANLAW.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | sanantonio.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com; austin.bankruptcy@lgbs.com; dallas.bankruptcy@lgbs.com |
| LIPSON NEILSON PC | ATTN MICHAEL D LIEBERMAN | MLIEBERMAN@LIPSONNEILSON.COM |
| LOIZIDES PA | ATTN CHRISTOPHER D LOIZIDES | loizides@loizides.com |
| MADDIN HAUSER ROTH & HELLER PC | ATTN DAVID M EISENBERG | DEISENBERG@MADDINHAUSER.COM |

| NAME | ATTN | EMAIL |
|---|---|---|
| MARICOPA COUNTY ATTORNEY'S OFFICE | ATTN PETER MUTHIG | MUTHIGK@MCAO.MARICOPA.GOV |
| MCCARTER & ENGLISH LLP | ATTN KATE ROGGIO BUCK; JOSEPH LUBERTAZZI, JR; SHEILA E CALELLO; WILLIAM F TAYLOR, JR | KBUCK@MCCARTER.COM; JLUBERTAZZI@MCCARTER.COM; SCALELLO@MCCARTER.COM; WTAYLOR@MCCARTER.COM |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN JULIE ANNE PARSONS | JPARSONS@MVBALAW.COM |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN DAVID P PRIMACK | DPRIMACK@MDMC-LAW.COM |
| MICHELIN NORTH AMERICA INC | ATTN BRIAN GUTBROD | brian.gutbrod@michelin.com |
| MILBANK LLP | ATTN: DENNIS F. DUNNE & MATTHEW L. BROD | ddunne@milbank.com; mbrod@milbank.com |
| MORRIS NICHOLS ARSHT & TUNNEL LLP | ATTN CURTIS S MILLER; MATTHEW B HARVEY; JONATHAN M WEYAND | CMILLER@MORRISNICHOLS.COM; MHARVEY@MORRISNICHOLS.COM; JWEYAND@MORRISNICHOLS.COM |
| MUNSCH HARDT KOPF & HARR PC | ATTN DEBORAH M PERRY | dperry@munsch.com |
| MYERS & MYERS PLLC | ATTN REBECCA JS CASSELL | RCASSELL@MYERS2LAW.COM |
| NEW YORK STATE TEAMSTERS PENSION & HEALTH FUNDS | ATTN KENNNETH R STILWELL | krgstil@nytfund.org |
| NORTON ROSE FULBRIGHT US LLP | ATTN REBECCA J. WINTHROP | rebecca.winthrop@nortonrosefulbright.com |
| OFFICE OF THE UNITED STATES ATTORNEY | | USADE.ECFBANKRUPTCY@USDOJ.GOV; ELLEN.SLIGHTS@USDOJ.GOV |
| OFFICE OF THE US TRUSTEE | | USTRUSTEE.PROGRAM@USDOJ.GOV; JANE.M.LEAMY@USDOJ.GOV |
| OFFIT KURMAN PA | ATTN BRIAN J MCLAUGHLIN | BRIAN.MCLAUGHLIN@OFFITKURMAN.COM |
| OKLAHOMA COUNTY TREASURER | ATTN TAMMY JONES | TAMMY.JONES@OKLAHOMACOUNTY.ORG |
| OSLER HOSKIN & HARCOURT LLP | ATTN TRACY SANDLER; KATHRYN ESAW | TSANDLER@OSLER.COM; KESAW@OSLER.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN PETER J KEANE | pkeane@pszjlaw.com |
| PARAVATI KARL GREEN & DEBELLA LLP | ATTN VINCENT M DEBELLA | vdebella@pkgdlaw.com |
| PASHMAN STEIN WALDER HAYDEN | ATTN JOSEPH C BARSALONA II | JBARSALONA@PASHMANSTEIN.COM |
| PENSION BENEFIT GUARANTY CORPORATION | REBECCA STARK; ANDREW PHILIP WALKER | Stark.Rebecca@pbgc.gov; efile@pbgc.gov; Serspinski.Sven@pbgc.gov; Hristova.Donika@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN LAURA J MONROE | LMBKR@PBFCM.COM |
| POLSINELLI PC | ATTN BRENNA A DOLPHIN | BDOLPHIN@POLSINELLI.COM |
| POTTER ANDERSON & CORROON LLP | ATTN L KATHERINE GOOD; MARIA KOTSIRAS | KGOOD@POTTERANDERSON.COM; MKOTSIRAS@POTTERANDERSON.COM |
| PREVIANT LAW FIRM SC, THE | ATTN FREDERICK PERILLO; JILL M HARTLEY; EMMA M WOODS | FP@PREVIANT.COM; JH@PREVIANT.COM; EMW@PREVIANT.COM |
| PULLMAN & COMLEY LLC | ATTN KRISTIN B MAYHEW | KMAYHEW@PULLMAN.COM |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN SUSHEEL KIRPALANI; ERIC WINSTON | SUSHEELKIRPALANI@QUINNEMANUEL.COM; ERICWINSTON@QUINNEMANUEL.COM |
| RFT LOGISTICS LLC | CHRISTOPHER MEJIA, CEO | truckload@rftlogistics.com; chris.mejia@rftlogistics.com |
| RAISNER ROUPINIAN LLP | ATTN JACK A RAISNER; RENE S ROUPINIAN; ARMANDO RIVERA | jar@raisnerroupinian.com; rsr@raisnerroupinian.com; rsr@raisnerroupinian.com |
| REED SMITH LLP | ATTN KURT F GWYNNE; MARK W ECKARD | KGWYNNE@REEDSMITH.COM; MECKARD@REEDSMITH.COM |
| RICHARDS LAYTON & FINGER PA | ATTN MARK D COLLINS, JOHN H KNIGHT, DAVID T QUEROLI, ALEXANDER R STEIGER | collins@rlf.com; knight@rlf.com; queroli@rlf.com; steiger@rlf.com |
| ROCK ISLAND COUNTY TREASURER | ATTN AUSTIN CARLSON | treasurer@rockislandcountyil.gov |

| NAME | ATTN | EMAIL |
| --- | --- | --- |
| ROPES & GREY | ATTN NATASHA HWANGO; LUKE SMITH | natasha.hwangpo@ropesgray.com; luke.smith@ropesgray.com |
| ROSNER LAW GROUP LLC | ATTN FREDERICK B ROSNER | ROSNER@TEAMROSNER.COM |
| S&D LAW | ATTN MICHAEL L SCHLEPP, ESQ | MSCHLEPP@S-D.COM |
| SALDUTTI LAW GROUP | ATTN ROBERT L SALDUTTI; REBECCA K MCDOWELL | RSALDUTTI@SLGCOLLECT.COM; RMCDOWELL@SLGCOLLECT.COM |
| SANDBERG PHOENIX & VON GONTARD | ATTN SHARON L STOLTE | SSTOLTE@SANDBERGPHOENIX.COM |
| SAUDER SCHELKOPF LLC | ATTN JOSEPH G SAUDER; JOSEPH B KENNEY | JGS@SSTRIALLAWYERS.COM; JBK@SSTRIALLAWYERS.COM |
| SECURITIES & EXCHANGE COMMISSION | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | NYROBANKRUPTCY@SEC.GOV |
| SEYFARTH SHAW LLP | ATTN JAMES B SOWKA | JSOWKA@SEYFARTH.COM |
| SORENSON VAN LEUVEN PLLC | ATTN JAMES E SORENSON | BK@SVLLAW.COM |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN TREG TAYLOR | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN KRIS MAYES | AGInfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN TIM GRIFFIN | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN PHIL WEISER | Attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN KATHY JENNINGS | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN CHRIS CARR | AGCARR@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN ANN E LOPEZ | HAWAIIAG@HAWAII.GOV |
| STATE OF IOWA ATTORNEY GENERAL | ATTN BRENNA BIRD | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN JEFF LANDRY | ConstituentServices@ag.louisiana.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN JEFF LANDRY | ConstituentServices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | ATTN AARON FREY | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN ATHONY G. BROWN | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN ANDREA JOY CAMPBELL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN DANA NESSEL | miag@michigan.gov |
| STATE OF NEW YORK ATTORNEY GENERAL; ENVIRONMENTAL PROTECTION BUREAU | ATTN STEVE H NGUYEN; STEPHEN M NAGLE | STEVE.NGUYEN@AG.NY.GOV; STEPHEN.NAGLE@AG.NY.GOV |
| STATE OF OHIO ATTORNEY GENERAL | ATTN ROBERT L DOTY | ROBERT.DOTY@OHIOAGO.GOV |
| STEVENS & LEE PC | ATTN JOSEPH H HUSTON, JR; JOHN C KILGANNON | JOSEPH.HUSTON@STEVENSLEE.COM; JOHN.KILGANNON@STEVENSLEE.COM |
| STRADLEY RONON STEVENS & YOUNG LLP | ATTN JULIE M MURPHY | JMMURPHY@STRADLEY.COM |
| STREUSAND LANDON OZBURN & LEMMON LLP | ATTN SABRINA L STREUSAND | STREUSAND@SLOLLP.COM |
| SULLIVAN HAZELTINE ALLINSON | ATTN WILLIAM D SULLIVAN; WILLIAM A HAZELTINE | bsullivan@sha-llc.com; whazeltine@sha-llc.com |
| SUSSMAN SHANK LLP | ATTN GARRETT S EGGEN | GEGGEN@SUSSMANSHANK.COM |

Yellow Corporation, Case No. 23-11069
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| SWEETBAUM MILLER PC | ATTN ALAN D SWEETBAUM | ASWEETBAUM@SWEETBAUMLAW.COM |
| THE BANK OF NEW YORK MELLON | ATTN JOANNA SHAPIRO, MANAGING DIRECTOR | joanna.g.shapiro@bnymellon.com; UST.Cares.Program@bnymellon.com |
| TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN JONATHAN SKRMETTI | AGBankDelaware@ag.tn.gov |
| TEXAS ATTORNEY GENERAL | ATTN SEAN T FLYNN; LAYLA D MILLIGAN | SEAN.FLYNN@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| TEXAS COMPTROLLER | ATTN KIMBERLY A WALSH, ASST ATTORNEY GENERAL | KIMBERLY.WALSH@OAG.TEXAS.GOV |
| TRAVIS COUNTY | ATTN JASON A STARKS | Jason.Starks@traviscountytx.gov |
| U.S. DEPARTMENT OF JUSTICE | | millie.h.agent@irs.gov; I-HENG.HSU@USDOJ.GOV; crystal.geise@usdoj.gov |
| UNION PACIFIC RAILROAD | ATTN CHRISTINE A. NEUHARTH; LILA L. HOWE | bankruptcynotices@up.com |
| WELTMAN WEINBERG & REIS CO LPA | ATTN SCOTT D FINK | SFINK@WELTMAN.COM; bronationalecf@weltman.com |
| WHITE & CASE LLP | ATTN SCOTT GREISSMAN; ANDREW ZATZ; ELIZABETH FELD; JZAKIA@WHITECASE.COM | SGREISSMAN@WHITECASE.COM; AZATZ@WHITECASE.COM; EFELD@WHITECASE.COM; JZAKIA@WHITECASE.COM |
| WHITE & WILLIAMS LLP | ATTN AMY E VULPIO; MICHAEL A INGRASSIA | VULPIOA@WHITEANDWILLIAMS.COM; INGRASSIAM@WHITEANDWILLIAMS.COM |
| WHITEFORD TAYLOR & PRESTON LLP | ATTN MICHAEL J JOESCHENTHALER; DANIEL R SCHIMIZZI; DAVID W GAFFEY; DAVID B STRATTON; RICHARD W RILEY | MROESCHENTHALER@WHITEFORDLAW.COM; DSCHIMIZZI@WHITEFORDLAW.COM; DGAFFEY@WHITEFORDLAW.COM; DSTRATTON@WHITEFORDLAW.COM; RRILEY@WHITEFORDLAW.COM |
| WILSON SONSINI GOODRICH & ROSATI PC | ATTN ERIN R FAY; CATHERINE C LYONS | EFAY@WSGR.COM; CLYONS@WSGR.COM |
| WOMBLE BOND DICKINSON LLP | ATTN JAMES S LIVERMON, III; KEVIN J MANGAN | charlie.livermon@wbd-us.com; kevin.mangan@wbd-us.com |