# EXHIBIT 1

## Rejected Contracts[1]

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract. The Debtors reserve the right to remove any Contract or to amend any Rejection Date set forth on **Exhibit 1** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

## Rejected Contracts[1]

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 1 | A&M Mechanical | 6035 PANAMA DR, HERMITAGE, TN, 37076 UNITED STATES | YRC Enterprise Services | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |
| 2 | Bell/Knott & Associates | 12730 STATE LINE ROAD, SUITE 100, LEAWOOD, KS, 66209, UNITED STATES | YRC Enterprise Services | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |
| 3 | Black & McDonald | 6001 E FRONT ST, KANSAS CITY, MO, 64120, UNITED STATES | YRC Enterprise Services | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |
| 4 | Design Mechanical | 100 GREYSTONE, KANSAS CITY, KS, 66103, UNITED STATES | YRC Enterprise Services | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |
| 5 | DL Smith Electric-Topeka | 1405 SW 41ST ST, TOPEKA, KS, 66609, UNITED STATES | YRC Enterprise Services | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |
| 6 | Dynamic Transit Company | PO Box 38219 St. Louis, MO 63138 | USF Reddaway Inc. | Sublease of 3 Parking Spaces to Dynamic Transit at 30550 Kik Street | 10/31/2023 |
| 7 | Elevator Safety Services | 10206 N TRACY AVENUE, KANSAS CITY, MO, 65166, UNITED STATES | YRC Enterprise Services | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |
| 8 | Elite Exercise Equipment | 506 BROADWAY STREET, GRAIN VALLEY, MO, 64029, UNITED STATES | YRC Inc. d/b/a YRC Freight | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract. The Debtors reserve the right to remove any Contract or to amend any Rejection Date set forth on **Exhibit 1** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 9 | Facility Solutions Group | 2525 WALNUT HILL LANE, #100, DALLAS, TX 75229, UNITED STATES | YRC Enterprise Services | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |
| 10 | FSC MEP-Independent Contractor Agreement | 8675 W. 96TH STREET OVERLAND PARK, KS, 66212, UNITED STATES | YRC Enterprise Services | INDEPENDENT CONTRACTOR AGREEMENT | 8/6/2023 |
| 11 | GrandMark Signs | 15301 W. 109TH STREET, LENEXA, KS, 66219, UNITED STATES | YRC Enterprise Services | MASTER BUSINESS AGREEMENT AND ALL RELATED AGREEMENTS, SOWs, AMENDMENTS, ETC. | 8/6/2023 |
| 12 | Heritage Crystal Clean | 2000 CENTER DRIVE, SUITE EAST C300, HOFFMAN ESTATES, IL, 60192, UNITED STATES | Yellow Freight | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |
| 13 | In and Out Painting LLC | 1729 Linn St, North Kansas City, MO 64116 | YRC Enterprise Services | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |
| 14 | J&J Interiors | PO BOX 41458, NASHVILLE, TN, 37204, UNITED STATES | YRC Enterprise Services | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |
| 15 | KC Goose Control | 3550 W. 191ST STREET, STILWELL, KS, 66085, UNITED STATES | YRC Inc. d/b/a YRC Freight | MASTER BUSINESS AGREEMENT | 8/6/2023 |
| 16 | Keller Fire & Safety, Inc. | 1138 KANSAS AVE, KANSAS CITY, KS, 66105, UNITED STATES | YRC Enterprise Services | MASTER BUSINESS AGREEMENT | 8/6/2023 |
| 17 | LEXINGTON PLUMBING & HTG. CO., INC. | 1620 TROOST AVENUE, KANSAS CITY, | YRC Enterprise Services | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| | | MO 64108, UNITED STATES | | | |
| 18 | MARKIT NORTH AMERICA, INC | 450 W 33rd Street, 5th Floor, New York, NY 10001, UNITED STATES | Yellow Corporation | MASTER SERVICE AGREEMENT DATED 10/01/2018 | 10/31/2023 |
| 19 | Omega Door and Hardware (Missouri Door Co Inc) | 1223 GIBSON ST, YOUNGSTOWN, OH, 44502, UNITED STATES | YRC Enterprise Services | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |
| 20 | Oxarc | 4003 E BROADWAY AVE, SPOKANE, WA, 99202, UNITED STATES | USF Reddaway Inc. | MASTER LEASE AGREEMENT FOR LEASED EQUIPMENT | 8/31/2023 |
| 21 | Peak Technologies, Inc | 901 Elkridge Landing Rd, Suite 300 Linthicum Heights, MD 21090 | YRC Enterprise Services, Inc. | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |
| 22 | PENDO.IO INC | 150 FAYETTEVILLE STREET, SUITE 1400, RALEIGH, NC 27601, UNITED STATES | YRC Enterprise Services, Inc. | MASTER SERVICES AGREEMENT DATED 08/01/2022 | 8/6/2023 |
| 23 | Pitney Bowes Presort Service, Inc. | PO BOX 6808, DEPT 008, CAROL STREAM, IL, 60197, UNITED STATES | YRC Inc. | MASTER SERVICES AGREEMENT | 8/6/2023 |
| 24 | PROJECT44 LLC | 222 W. MERCHANDISE MART PLAZA, SUITE 1744, CHICAGO, IL 60654, UNITED STATES | YRC Logistics Services, Inc. | MASTER SERVICES AGREEMENT DATED 07/20/2022 AND ALL RELATED STATEMENTS OF WORK | 10/31/2023 |
| 25 | Roofing Solutions | 6728 WEST 153RD STREET, OVERLAND PARK, KS, 66223, UNITED STATES | YRC Enterprise Services | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 26 | Serv Pro of Blue Valley (Piat) | 15365 S. Keeler St. Olathe, KS 66062 | YRC Enterprise Services | MASTER BUSINESS AGREEMENT | 8/6/2023 |
| 27 | Service One LLC | 1250 NW MAIN STREET, LEE'S SUMMIT, MO, 64086, UNITED STATES | YRC Enterprise Services | MASTER AGREEMENT FOR SERVICES | 8/6/2023 |
| 28 | TIER POINT, LLC | LEGAL DEPARTMENT, 12444 POWERSCOURT DRIVE, SUITE 450, ST. LOUIS, MO 63131, UNITED STATES | YRC Enterprise Services, Inc. | IT AGREEMENT DATED 02/01/2023 | 10/31/2023 |
| 29 | TIER POINT, LLC | LEGAL DEPARTMENT, 12444 POWERSCOURT DRIVE, SUITE 450, ST. LOUIS, MO 63131, UNITED STATES | YRC Enterprise Services, Inc. | MASTER SERVICES AGREEMENT DATED 11/25/2022 | 10/31/2023 |
| 30 | WiLine Networks Inc | 104 Carnegie Center Dr. Princeton, NJ 08540 | YRC Enterprise Services, Inc. | IT AGREEMENT | 8/6/2023 |