**Exhibit 2**

**Rejected Leases**[1]

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease. The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on **Exhibit 2** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

## Rejected Leases[1]

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| 1 | PPF Sudberry Ocean View Hills, LP P. O. Box 100329 Pasadena, CA 91189-0329 | YRC Logistics Services, Inc. | Lease Agreement by and among PPF Sudberry Ocean View Hills, LP dated as of 3/1/2019 | 1424 Corporate Center Drive, Building F San Diego, CA 92154 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 10/31/2023 |
| 2 | Breit Industrial Canyon GA1B01 LLC 602 W. Office Center Drive, Suite 200 Fort Washington, PA 19034 | YRC Logistics Services, Inc. | Lease Agreement by and among Breit Industrial Canyon GA1B01 LLC dated as of 8/1/2020 | 1250 Terminus Drive Atlanta, GA 30122 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 10/31/2023 |
| 3 | PAC Operating Limited Partnership (Division of Prologis) 383 North Front Street, Suite 1A Columbus, OH 43215 | YRC Logistics Services, Inc. | Lease Agreement by and among PAC Operating Limited Partnership (Division of Prologis) dated as of 9/30/2004 | 2200 Southwest Boulevard Columbus, OH 43123 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 10/31/2023 |
| 4 | Prologis, LP 383 North Front Street, Suite 1A Columbus, OH 43215 | YRC Logistics Services, Inc. | Lease Agreement by and among Prologis, LP dated as of 9/1/2022 | 2141 Southwest Boulevard Columbus, OH 43123 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 10/31/2023 |
| 5 | RGA Dalfen East Dallas LP c/o Dalfen Industrial LLC 5575 S. Semoran Blvd., Suite 5010 Orlando, FL 32822 | YRC Logistics Services, Inc. | Lease Agreement by and among RGA Dalfen East Dallas LP c/o Dalfen Industrial LLC dated as of 9/1/2021 | 1460 E Kearney Street Dallas, TX 75149 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 10/31/2023 |

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease. The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on **Exhibit 2** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

DOCS_DE:245650.1 96859/001

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| 6 | NED Properties, LLC 2200 East Camelback Road, Suite 101 Phoenix, AZ 85016 | YRC Logistics Services, Inc. | Lease Agreement by and among NED Properties, LLC dated as of 12/1/1997 | 1876 S 4130 W Salt Lake City, UT 84101 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 10/31/2023 |
| 7 | GB Albany, LLC 277 Stewart Road SW Pacific, WA 98047 | USF Reddaway Inc. | Lease Agreement by and among GB Albany, LLC dated as of 5/1/2019 | 5801 Old Salem Road NE Albany, OR - Parking 97321 | N/A | 10/31/2023 |
| 8 | Artim Industrial Properties 14105 w 182nd Ave Hammond, IN 46320 | YRC Inc. | Lease Agreement by and among Artim Industrial Properties dated as of 4/1/2015 | 2345 Summer Street Hammond 46320 | N/A | 10/31/2023 |
| 9 | S&S Transport 2975 N Washington Street Grand Forks, ND 58203 | YRC Inc. | Lease Agreement by and among S&S Transport dated as of 9/1/2015 | 2975 N Washington Street Fargo, ND - Parking 58203 | N/A | 10/31/2023 |
| 10 | B. Kik Properties LLC 81180 Highway 395 N Hermiston, OR 97838 | USF Reddaway Inc. | Lease Agreement by and among B. Kik Properties LLC dated as of 7/1/2013 | 30550 Kik Street Hermiston, OR - Parking 97838 | IT equipment and other miscellaneous de minimis items | 10/31/2023 |
| 11 | Jonesboro Freight Terminal, LLC P.O. Box 999 Newport, AR 72112 | YRC Inc. | Lease Agreement by and among Jonesboro Freight Terminal, LLC dated as of 8/1/2021 | 2901 Commerce Drive Jonesboro, TN 72401 | N/A | 10/31/2023 |

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| 12 | Mobile Airport Authority 1891 Ninth Street Mobile, AL 36615 | YRC Inc. | Lease Agreement by and among Mobile Airport Authority dated 4/1/2021 | 1801 South Broad Street Mobile, AL - Parking 36615 | N/A | 10/31/2023 |
| 13 | Salem Warehouse Syndicate LLC 333 SE Sykes Avenue Salem, OR 97302 | USF Reddaway Inc. | Lease Agreement by and among Salem Warehouse Syndicate LLC dated as of 9/27/2017 | 3020 22nd Street SE Portland, OR - Parking 97302 | N/A | 10/31/2023 |
| 14 | Freeport Center Associates P O Box 160466 Clearfield, UT 84016 | YRC Inc. | Lease Agreement by and among Freeport Center Associates dated as of 9/1/1996 | Freeport Center Salt Lake City, UT - Parking 84016 | N/A | 10/31/2023 |
| 15 | Zollinger Commercial Warehousing 695 W 1700 S Logan, UT 84321 | YRC Inc. | Lease Agreement by and among Zollinger Commercial Warehousing dated as of 11/1/2019 | 695 W 1700 S, Building 7 Salt Lake City, UT - Parking 84321 | N/A | 10/31/2023 |
| 16 | Staker & Parson 2350 S 1900 W, Suite 100 Ogden, UT 84401 | YRC Inc. | Lease Agreement by and among Staker & Parson dated as of 2/6/2018 | 463 N 1500 W Salt Lake City, UT - Parking 84057 | N/A | 10/31/2023 |
| 17 | Haener Properties LP 1918 4th Ave N Lewiston, ID 83501 | USF Reddaway Inc. | Lease Agreement by and among Haener Properties LP dated as of 1/1/2011 | 1903 5th Avenue N Spokane, WA - Parking 83501 | N/A | 10/31/2023 |
| 18 | Crown Associates 4401 Eastern Ave # 40, Baltimore, MD 21224 | YRC Inc. | Lease Agreement by and among Crown Associates dated as of 4/1/2011 | 4315 Eastern Avenue, Unit B Baltimore 155 Offsite Shop 21224 | N/A | 10/31/2023 |

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| 19 | TierPoint, LLC 12444 Powerscourt Drive, Suite 450 St. Louis, MO 63131 | Yellow Corporation | Lease Agreement by and among TierPoint, LLC dated as of 2/21/2018 | 14500 West 105th Street CoSentry Data Center 66215 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 10/31/2023 |