**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| IN RE: | : BANKRUPTCY NO. 23-11069 (CTG) |
| | : |
| YELLOW CORPORATION, et al | : (Jointly Administered) |
|         Debtor | : CHAPTER 11 |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

TO THE CLERK OF THE COURT:

    Kindly enter my appearance on behalf of Muhlenberg Township Authority in the above-captioned proceeding. Direct copies of all notices to:

Thomas A. Rothermel, Esquire<br>
BINGAMAN, HESS, COBLENTZ & BELL, P. C.<br>
Treeview Corporate Center, Suite 100<br>
2 Meridian Boulevard<br>
Wyomissing, PA 19610<br>
610-374-8377<br>
610-376-3105 – FAX<br>
tarothermel@bingamanhess.com

                          BINGAMAN, HESS, COBLENTZ & BELL, P. C.

              By:    /s/ Thomas A. Rothermel, Esquire
                          Attorneys for Muhlenberg Township Authority

Date: 11/02/2023

977753.1