# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: December 5, 2023 at 4:00 p.m.**<br>**Hearing Date: December 12, 2023 at 10:00 a.m.** |

## NOTICE OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Edgar Cancino ("**Movant**") has filed a *Motion for Relief from the Automatic Stay* which seeks the following relief: to prosecute a personal injury lawsuit against the Debtors and proceed to collect any award or settlement against applicable insurance proceeds.

A HEARING ON THE MOTION WILL BE HELD ON **DECEMBER 12, 2023 AT 10:00 A.M. (ET)** BEFORE THE HONORABLE JUDGE CRAIG T. GOLDBLATT, AT THE BANKRUPTCY COURT, 824 N. MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon Movant's attorneys:

| | |
|---|---|
| **POLSINELLI PC** | **WILLIAM TINKLER, JR.** |
| Christopher A. Ward | **ATTORNEY AT LAW, PC** |
| Michael V. DiPietro | William Tinkler, Jr. |
| 222 Delaware Avenue, Suite 1101 | P.O. Box 237 |
| Wilmington, Delaware 19801 | Suches, GA 30572 |
| Telephone: (302) 252-0920 | Telephone: (706) 747-1021 |
| Facsimile: (302) 252-0921 | Facsimile: (404) 506-9264 |
| cward@polsinelli.com | wpt@tinkler.com |
| mdipietro@polsinelli.com | |

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

91953483.1

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance of the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: November 2, 2023
Wilmington, Delaware

**POLSINELLI PC**

*/s/ Michael V. DiPietro*
Christopher A. Ward (Del. Bar No. 3877)
Michael V. DiPietro (Del. Bar No. 6781)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
cward@polsinelli.com
mdipietro@polsinelli.com

-and-

**WILLIAM TINKLER, JR.
ATTORNEY AT LAW, PC**
William Tinkler, Jr.
P.O. Box 237
Suches, GA 30572
Telephone: (706) 747-1021
Facsimile: (404) 506-9264
wpt@tinkler.com

*Counsel for Edgar Cancino*