# **CERTIFICATE OF SERVICE**

I, Michael V. DiPietro, hereby certify that on November 2, 2023, I caused a copy of the foregoing *Motion of Edgar Cancino for Relief from the Automatic Stay* to be served via CM/ECF upon all parties entitled to receive notice and upon the individuals listed below via first-class mail.

**Debtors**
Yellow Corporation
11500 Outlook Street, Suite 400
Overland Park, KS 66211

**Counsel to the Debtors**
Kirkland & Ellis LLP
Attn: Whitney G. Fogelberg
Richard U.S. Howell
Casey McGushin
Conor P. McNamara
Patrick J. Nash
David Seligman
300 North LaSalle
Chicago, IL 60654

**Counsel to the Debtors**
Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones
Peter J. Keane
919 N. Market Street, 17th Floor
Wilmington, DE 19801

**Counsel to the Committee of Unsecured Creditors**
Benesch Friedlander Coplan & Aronoff LLP
Attn: Kevin M. Capuzzi
John C. Gentile
Jennifer R. Hoover
1313 North Market Street, Suite 1201
Wilmington, DE 19801-1611

**Counsel to the Debtors**
Kirkland & Ellis LLP
Attn: Michael Esser
555 California Street, 27th Floor
San Francisco, CA 94104

**Counsel to the Committee of Unsecured Creditors**
Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin
Meredith A. Lahaie
Abid Qureshi
Joseph L. Sorkin
Kevin Zuzolo
One Bryant Park
Bank of America Tower
New York, NY 10036

**U.S. Trustee**
Office of the United States Trustee
Attn: Jane M. Leamy
Richard L. Schepacarter
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

**Counsel to the Junior DIP Lender**
Quinn Emanuel Urquhart & Sullivan, LLP
Attn: Eric Winston
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017

91845541.2

| | |
|---|---|
| **Counsel to the Junior DIP Lender**<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>Attn: Susheel Kirplani<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010 | **Counsel to the Junior DIP Lender**<br>Ropes & Gray LLP<br>Attn: Lucas S. Smith<br>191 North Wacker Drive, 32nd Floor<br>Chicago, IL 60606 |
| **Counsel to the Junior DIP Lender**<br>Ropes & Gray LLP<br>Attn: Natasha S. Hwangpo<br>1211 Avenue of the Americas<br>New York, NY 10036 | **Counsel to the B-2 Lenders**<br>White & Case LLP<br>Attn: Scott Greissman<br>Attn: Elizabeth Feld<br>Attn: Andrew Zatz<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| **Counsel to the Prepetition B-2 Agent and Junior DIP Agent**<br>Holland & Knight LLP<br>Attn: Joshua M. Spencer<br>Attn: Phillip W. Nelson<br>150 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606 | **Counsel to USF Holland, LLC in the State Court Action**<br>Weinberg, Wheeler, Hudgins, Gunn & Dial, LLC<br>Attn: Brannon J. Arnold<br>Attn: Marriah N. Paige<br>3344 Peachtree Road, Suite 2400<br>Atlanta, Georgia 30326 |

Dated: November 2, 2023

*/s/ Michael V. DiPietro*
Michael V. DiPietro (Del. Bar No. 6781)