# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| YELLOW CORPORATION, *et al.*, | : | Case No. 23-11069 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

# EXHIBIT A

**OBJECTION OF B & W INVESTMENTS TO NOTICE OF POTENTIAL ASSUMPTION OR ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS OR LEASES <u>ASSOCIATED WITH THE NON-ROLLING STOCK ASSETS</u>**

Calculation of Actual Cure Amount and corresponding Lease Section(s):

1. Unpaid Rent for August 2023:     $6,844.66
   *See* Section 3(a) and various amendments to Lease

2. Late Fees and Interest on Unpaid Rent:     $696.15
   *See* Section 3(b) of Lease

3. Unpaid Property Taxes for 2022:     $22,400.15
   *See* Sections 6 and 7 of Lease and Exhibit 1
   attached hereto

4. Repair of Damages to Building Caused by Debtors:     $85,100.00
   *See* Sections 7 and 8 of Lease and
   Exhibit 2 attached hereto.

5. Mechanics Lien of Mid-American Constructors, LLC:     $231,402.00
   *See* Sections 8 and 16 of the Lease and
   Exhibit 3 attached hereto.

6. Repair of Damages to Asphalt Caused by Debtors:     $694,782.00
   *See* Sections 7 and 8 of Lease

7. Repair of Damages to Yard Caused by Debtors:     $550.00
   *See* Sections 7 and 8 of Lease and Exhibit 4
   *attached* hereto

8. Attorneys' fees and expenses:
   *See* Section 24 of Lease
   - Jeffrey Andrews, PC     $1,080.00
   - Christon, Fulton & Filz, PLLC     $5,300.00
   - Montgomery McCracken Walker & Rhoads LLP     $6,950.00

**TOTAL ACTUAL CURE AMOUNT:**     <u>**$1,055,104.96**</u>