Exhibit 4

**John's Home and Yard Service**
P.O. Box 21460
Billings, MT 59104-1460
4066528985
www.johnshomeandyard.com


*pd ck# 4472*
*10-12-23*
*$ 250 cc*


JOHN'S
HOME AND YARD
SERVICE

# Statement

STATEMENT NO. 93058
DATE 09/30/2023
TOTAL DUE $400.00
ENCLOSED

**TO**
Tim Williams
P.O. Box 1059
Sun Valley, ID 83353

**PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.**

| DATE | ACTIVITY | AMOUNT | BALANCE |
|---|---|---|---|
| 08/31/2023 | Balance Forward | | 150.00 |
| 09/04/2023 | Invoice #200644: Mow<br>— 09/04/2023 Mowing Service = $50.00 | 50.00 | 200.00 |
| 09/11/2023 | Invoice #201162: Mow<br>— 09/11/2023 Mowing Service = $50.00 | 50.00 | 250.00 |
| 09/12/2023 | Invoice #201321: Fert<br>— 09/12/2023 Fertilizer Application = $50.00 | 50.00 | 300.00 |
| 09/18/2023 | Invoice #201618: Mow<br>— 09/18/2023 Mowing Service = $50.00 | 50.00 | 350.00 |
| 09/25/2023 | Invoice #202434: Mow<br>— 09/25/2023 Mowing Service = $50.00 | 50.00 | 400.00 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 400.00 | 0.00 | 0.00 | 0.00 | 0.00 | **$400.00** |

We accept payments by check and credit card through our website at www.johnshomeandyard.com.

**LATE FEE WARNING!**

If we do not receive your payment by the due date, a $25 late fee may be assessed. Services rendered are due by the end of the following month.

10% annual interest rate will be applied to all past due balances.

John's Home and Yard Service
P.O. Box 21460
Billings, MT 59104-1460
4066528985
www.johnshomeandyard.com



# Statement

STATEMENT NO. 92379
DATE 08/31/2023
TOTAL DUE $150.00
ENCLOSED

TO
Tim Williams
P.O. Box 1059
Sun Valley, ID 83353

PLEASE DETACH TOP PORTION AND RETURN WITH YOUR PAYMENT.

| DATE | ACTIVITY | AMOUNT | BALANCE |
|---|---|---|---|
| 07/31/2023 | Balance Forward | | 0.00 |
| 08/21/2023 | Invoice #199776: Mow | 50.00 | 50.00 |
| | --- 08/21/2023 Mowing Service = $50.00 | | |
| 08/23/2023 | Invoice #199967: Fert | 50.00 | 100.00 |
| | --- 08/23/2023 Fertilizer Application = $50.00 | | |
| 08/28/2023 | Invoice #200219: Mow | 50.00 | 150.00 |
| | --- 08/28/2023 Mowing Service = $50.00 | | |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 150.00 | 0.00 | 0.00 | 0.00 | 0.00 | $150.00 |

We accept payments by check and credit card through our website at www.johnshomeandyard.com.

LATE FEE WARNING!

If we do not receive your payment by the due date, a $25 late fee may be assessed. Services rendered are due by the end of the following month.

10% annual interest rate will be applied to all past due balances.