**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: November 17, 2023 at 4:00 p.m. (ET)** <br> **Hearing Date: December 12, 2023 at 10:00 a.m. (ET)** |

## NOTICE OF MOTION

To:   See Attached Service List.

**PLEASE TAKE NOTICE THAT** the undersigned counsel has filed *Phillip B. Deterding's Motion for Relief from the Automatic Stay* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court") seeking relief from the automatic stay to allow Movant to resume and prosecute to conclusion a civil action.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion is scheduled for **December 12, 2023 at 10:00 a.m. prevailing Eastern Time** before The Honorable Craig T. Goldblatt, Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3th Floor, Courtroom No. 7, Wilmington, Delaware 19801.

You are required to file a response to the attached Motion **on or before November 17, 2023 at 4:00 p.m. prevailing Eastern Time** (the "Objection Deadline").

At the same time, you must also serve a copy of the response upon the undersigned counsel on or before the Objection Deadline.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

16373853/1

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated: November 3, 2023 | **MORRIS JAMES LLP** |
| | */s/ Tara C. Pakrouh* <br> Jeffrey R. Waxman (DE Bar No. 4159) <br> Tara C. Pakrouh (DE Bar No. 6192) <br> 500 Delaware Avenue, Suite 1500 <br> Wilmington, DE 19801 <br> Telephone: (302) 888-6800 <br> Facsimile: (302) 571-1750 <br> E-mail: jwaxman@morrisjames.com <br> E-mail: tpakrouh@morrisjames.com |
| | *Counsel for Phillip B. Deterding* |