## **EXHIBIT A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. ___** |

**ORDER GRANTING PHILLIP B. DETRDING'S**
**MOTION FOR RELIEF FROM THE AUTOMATIC STAY**

Upon consideration of *Phillip B. Deterding's Motion for Relief from the Automatic Stay* (the "Motion")[2] filed by Phillip B. Deterding ("Mr. Deterding"), and any response thereto, and for good cause shown,

**IT IS HEREBY ORDERED that**:

1.      The Motion is GRANTED as set forth herein.

2.      The automatic stay set forth in 11 U.S.C. § 362(a) is hereby lifted and modified to permit Mr. Deterding to proceed with and prosecute the Washington Action against Debtor Reddaway and any other individual or entities, including any subsequent appeals, and may enforce any judgement, including any alternative dispute resolution award or settlement obtained in the Washington Action against the Debtors and/or the Debtors' applicable insurance.

3.      This Order shall become effective upon the expiration of the fourteen (14) day stay provided in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

4.      This Court shall retain jurisdiction over any and all issues arising from or related to the implementation and interpretation of this Order.

16373436/2