# **EXHIBIT 2**

## **Claim Investigation Letter**



**CUSTARD**
INSURANCE ADJUSTERS



RECEIVED
NOV 0 2 2020
Davis Law Group, P.S.

October 26, 2020

Phillip Detering
1926 Dan Kelly Rd..
Port Angles, WA  98362

Address Reply To:
Office - Seattle
Regional Mailing Center
107 E. Historic Columbia River Hwy.
Suite 106
Troutdale, OR  97060
T: 206-527-4285
F: 206-522-2816
E: seattle.wa@custard.com
Adjuster -
E: amauck@custard.com
C: 503-995-6822

Our File #:            055-071121
Name of Insured:       Reddaway
Date of Loss:          09/25/2020
Claimant(s):           Okasan Japanese Restaurant, Phillip Detering

Dear Mr. Detering,

Custard Insurance Adjusters has been retained by Sedgwick CMS / Texas Locations to investigate the circumstances surrounding the above-referenced loss, which occurred on 09/25/2020.

In order for us to properly review this matter, it is essential we speak with you regarding the circumstances surrounding this incident. We will be happy to minimize any inconvenience to you as much as possible. Given advance notice, we can be flexible in scheduling a meeting that can accommodate your preferred date and time.

Please contact me at 503.995.6822 or via email at amauck@custard.com between the hours of 8:00 and 5:00, Monday through Friday. If I am not in, please leave your name, telephone number, our file number and the best time to return your call.

Thank you,

**Custard Insurance Adjusters, Inc.**

Andrew Mauck
Branch Manager
E: amauck@custard.com
C: 503-995-6822

AM/sh