# **EXHIBIT 4**

**Email Chain**

# Tyler Aguilar

| | |
|---|---|
| **From:** | Colin Hutchinson-Flaming |
| **Sent:** | Friday, October 20, 2023 11:02 AM |
| **To:** | Sbaih, Jeff; Jackson, Dylan |
| **Cc:** | Tyler Aguilar; Jamie Chapman; DeterdingPhillipZ8109081@projects.filevine.com |
| **Subject:** | RE: Deterding v. USF Reddaway, Inc & Cook |

Hi Jeff,

Please provide an update on this matter and the available insurance as indicated on 8/23. Thank you.

Best,
Colin

**Colin Hutchinson-Flaming**
*Senior Trial Attorney*

**Davis Law Group, P.S.**
2101 Fourth Avenue, Suite 1030
Seattle, WA 98121
Phone (206) 727-4000   Fax (206) 727-4001

colin@davislawgroupseattle.com

*There is no attorney-client relationship unless the attorney and the client sign a written agreement.* Your receipt of information from this website, receipt of books or reports via mail, filling out a Case Submit or contact form, an email exchange, phone conversation and/or in-person consultation with **Davis Law Group, P.S.,** or one of its attorneys or staff, **DOES NOT** create an attorney-client relationship between you and **Davis Law Group**. Davis Law Group, P.S. is **not** acting as your attorney unless or until a written agreement is signed by the client and the attorney.

---

**From:** Colin Hutchinson-Flaming
**Sent:** Monday, October 2, 2023 12:15 PM
**To:** Sbaih, Jeff <Sbaih@wscd.com>; Jackson, Dylan <Jackson@wscd.com>
**Cc:** Tyler Aguilar <Tyler@davislawgroupseattle.com>; Jamie Chapman <jamie@davislawgroupseattle.com>; DeterdingPhillipZ8109081@projects.filevine.com
**Subject:** RE: Deterding v. USF Reddaway, Inc & Cook

Hi Jeff,

Circling back on this. Can you provide me with the information we discussed? Thanks.

Best,
Colin

**Colin Hutchinson-Flaming**
*Senior Trial Attorney*

**Davis Law Group, P.S.**
2101 Fourth Avenue, Suite 1030
Seattle, WA 98121
Phone (206) 727-4000   Fax (206) 727-4001

colin@davislawgroupseattle.com

**There is no attorney-client relationship unless the attorney and the client sign a written agreement.** Your receipt of information from this website, receipt of books or reports via mail, filling out a Case Submit or contact form, an email exchange, phone conversation and/or in-person consultation with **Davis Law Group, P.S.,** or one of its attorneys or staff, **DOES NOT** create an attorney-client relationship between you and **Davis Law Group**. Davis Law Group, P.S. is **not** acting as your attorney unless or until a written agreement is signed by the client and the attorney.

**From:** Sbaih, Jeff <Sbaih@wscd.com>
**Sent:** Wednesday, August 23, 2023 11:16 AM
**To:** Colin Hutchinson-Flaming <colin@davislawgroupseattle.com>; Jackson, Dylan <Jackson@wscd.com>
**Cc:** Tyler Aguilar <Tyler@davislawgroupseattle.com>; Jamie Chapman <jamie@davislawgroupseattle.com>; DeterdingPhillipZ8109081@projects.filevine.com; Sbaih, Jeff <Sbaih@wscd.com>
**Subject:** RE: Deterding v. USF Reddaway, Inc & Cook

**CAUTION:** This email originated from outside of **Davis Law Group**. Double check the email address--do not open attachments unless you recognize the sender and know the content is safe.

Hi Colin,

Confirming our call, we'll inquire about available insurance proceeds here and share the information with you. Then we can continue our conversation about how to deal with the automatic stay.

Meanwhile, we know Plaintiff's discovery requests served on our clients. You and I agree that the discovery efforts are also stayed pending getting relief from the bankruptcy court.

Best,



Jeff M. Sbaih
Pronouns: He/Him
**Attorney**
*Admitted in Washington, Nevada, and Utah*
1000 Second Ave, Suite 2050
Seattle, WA 98104-3629
Direct:  206-452-8978
Fax:      206 623 9273
Email:   Sbaih@wscd.com
Web:    www.wscd.com



CONFIDENTIALITY NOTICE: The information contained in this ELECTRONIC MAIL transmission is confidential.  It may also be subject to the attorney-client privilege or be privileged work product or proprietary information. This information is intended for the exclusive use of the addressee(s).  If you are not the intended recipient, you are hereby notified that any use, disclosure, dissemination, distribution (other than to the addressee(s)), copying or taking of any action because of this information is strictly prohibited.

**From:** Colin Hutchinson-Flaming <colin@davislawgroupseattle.com>
**Sent:** Wednesday, August 23, 2023 9:53 AM

**To:** Jackson, Dylan <Jackson@wscd.com>; Sbaih, Jeff <Sbaih@wscd.com>
**Cc:** Tyler Aguilar <Tyler@davislawgroupseattle.com>; Jamie Chapman <jamie@davislawgroupseattle.com>; DeterdingPhillipZ8109081@projects.filevine.com
**Subject:** Deterding v. USF Reddaway, Inc & Cook

Dylan and Jeff,

Following up on the voicemails I just attempted to leave you both. Do either of you have a few minutes to discuss this matter? Thanks.

Best,
Colin

**Colin Hutchinson-Flaming**
*Senior Trial Attorney*

**Davis Law Group, P.S.**
2101 Fourth Avenue, Suite 1030
Seattle, WA 98121
Phone (206) 727-4000   Fax (206) 727-4001

colin@davislawgroupseattle.com

**There is no attorney-client relationship unless the attorney and the client sign a written agreement.** *Your receipt of information from this website, receipt of books or reports via mail, filling out a Case Submit or contact form, an email exchange, phone conversation and/or in-person consultation with* **Davis Law Group, P.S.,** *or one of its attorneys or staff,* **DOES NOT** *create an attorney-client relationship between you and* **Davis Law Group**. **Davis Law Group, P.S.** *is* **not** *acting as your attorney unless or until a written agreement is signed by the client and the attorney.*