**Exhibit A**

**YELLOW CORPORATION**
Date: 11/01/2023

| **Content of the Notice** | **Input** |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | 400 gallons of DEF |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | N/A |
| (c) identification of the Debtor entity selling the De Minimis Assets | Yellow Corporation |
| (d) identification of the purchaser of the De Minimis Assets | AG Farm |
| (e) the purchase price[1] | $200.00 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | $0.00 |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | The company marketed the DEF to both local and national buyers and garnered minimal interest on both levels; much of the DEF will be abandoned or scrapped across the network |
| (h) any other significant terms of the sale or transfer | The bid includes the cost of retrieval and transport. |

*1.) Purchase price is based on initial conversations between buyer and company; final purchase price may vary*