**<u>Exhibit A</u>**

**YELLOW CORPORATION**
Date: 11/01/2023

| Content of the Notice | Input |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | 6 Lexmark printers and 7 Printronix Printers |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | 746590702GV9<br>74634C66013GP<br>5029823040BF3<br>7465944021137<br>701545HH0KD5C<br>502724945MPB1<br>8P8V31932084<br>8P8V31927139<br>8P8V31927127<br>8P8V42225050<br>8P8V31927160<br>8P8V31801028<br>8P8V31932064 |
| (c) identification of the Debtor entity selling the De Minimis Assets | Yellow Corporation |
| (d) identification of the purchaser of the De Minimis Assets | Dave Emery, North Park Transportation |
| (e) the purchase price[1] | $4,000.00 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | $0.00 |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | The company marketed the printers to both local and national buyers and the printers garnered minimal interest on both levels; many printers will be abandoned or scrapped across the network |
| (h) any other significant terms of the sale or transfer | The bid includes the cost of retrieval and transport. |

*1.) Purchase price is based on initial conversations between buyer and company; final purchase price may vary*