**Exhibit A**

**YELLOW CORPORATION**
Date: 10/31/2023

| **Content of the Notice** | **Input** |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | Bulk Fuel (119 Locations) |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | N/A |
| (c) identification of the Debtor entity selling the De Minimis Assets | Yellow Corporation |
| (d) identification of the purchaser of the De Minimis Assets | Kenan Advantage Group (KAG) |
| (e) the purchase price[1,2] | $2,781,464.00 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | REDACTED |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | The company ran an official RFP process that outreached to six (6) different parties. Three (3) bidders provided interest and price indications - the highest and best offer was awarded the transaction. |
| (h) any other significant terms of the sale or transfer | The bid for the fuel includes the cost of retrieval, transport and pumping the tanks. |

*1.) The purchase price includes NY and TX, where fuel resale licenses is required. The agreement to sell the fuel is subject to the company obtaining the licenses in the two (2) states.*
*2.) The purchase price is based on volumes from the latest inventory. The actual purchase price may vary based on actual usage amount of fuel pumped from each tank/location.*