# Richardson Properties, LLC



RECEIVED
2023 NOV -2  AM 10: 33
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

October 31, 2023

Via: Overnight Mail and email

Yellow Corporation, et al., [1]
Attn: General Counsel
11500 Outlook Street, Suite 400
Overland Park KS 66211

Re: YELLOW CORPORATION, et al., [1] v Debtors.
Chapter 11
Case No. 23-11069 (CTG)
Non-Rolling Stock Asset Cure Objection

United States Bankruptcy Court for the District of Delaware and Yellow Corp.:

Richardsons Properties LLC, by submission of this letter, hereby objects to the United States Bankruptcy Court's for the District of Delaware ("Court") September 15, 2023, Non-Rolling Stock Asset Cure Order. Specifically, the involvement of the lease of 101 Lexington Avenue, Suite 4 Cheyenne, WY 82007 between Yellow Corp., Lessee, and Richardsons Properties LLC., Lessor in the aforesaid order.

Yellow Corp. violated the above referenced lease by both failure to pay rent and by filing for bankruptcy. Both of these violations still exist as of the date of this letter.

Richardsons Properties LLC respectfully requests that the "cure" to the above listed violations is the immediate termination of the lease agreement between the parties and the removal of all Yellow Corp. assets still located on or in the premises stipulated in the lease agreement by November 9, 2023. Further, Richardsons Properties LLC requests this "cure" as the lease agreement does NOT extend the right to Yellow Corp to sell this lease agreement or allow the assumption of this lease agreement by a 3rd party.

In exchange for the above "cure" Richardsons Properties LLC will: "forgive" rent owed to Richardson Properties LLC of $3,450.00; "forgive" any further rent that may become due and payable under said lease after that owed on October 31, 2023; "forgive" the cost of damages to the premises listed in said lease agreement caused by Yellow Corp. Cost of damages has yet to be determined but can be supplied to the Court and Debtor's General Counsel if/when requested.

101 Lexington Avenue, Suite 2, Cheyenne, WY 82007-1805
Phone (307) 635-6166 • Fax (307) 635-6213 • Email office@richardsonconstructioninc.com



# Richardson Properties, LLC

Please direct responses to this Letter to:
Randall Richardson, President, Richardsons Properties, LLC (randy@rciwyo.com)
and/or
Thomas Cotter, Controller, Richardson's Properties LLC. 1
101 Ledington Avenue, #2
Cheyenne WY 82007

Sincerely,

*[signature]*   11/1/23

Randy Richarson

cc:
US Bankruptcy Court District of Delaware
Case #23-11069 (CTG)
824 Market St N. 3rd Floor
Wilmington, DE 19801

Kirkland & Ellis LLP
Attn: Allyson B. Smith & Aaron Metviner
601 Lexington Avenue
New York, NY 10022
Allyson.smith@kirkland.com
Aaron.metviner@kirkland.com

The Office of the United States Trustee
for the District of Delaware
Attn: Jane Leamy
844 King Street, Suite 2207, Lock Box 35
Wilmington DE 19801
Jane.m.leamy@usdoj.gov

Counsel to the Junior DIP Lender –
Quinn Emmanuel Urquhart & Sullivan
Attn: Eric Winston
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Ericwinston@quinnemanuel.com

Counsel to the Debtors – Kirkland & Ellis LLP
Attn: Whitney Fogelberg
300 North La Salle
Chicago, IL 60654
Whitney.fogelberg@kirkland.com

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones, Timothy P. Cairns,
        Peter J. Keane
919 North Market Street 17th Floor
PO Box 8705
Wilmington, DE 19801
ljones@pszjlaw.com, tcairns@pszjlaw.com,
pkeane@pszjlaw.com

Creditors' Committee Counsel -
Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin, Meredith > Lahaie,
        Stephen B. Kuhn, Kevin Zuzolol
One Bryant Park, Bank of America Tower
New York, NY 10036-6745
pdublin@akingump.com,
mlahaie@akingump.com,
Skuhn@akingump.com kzuzolo@akingump.com

Counsel to the Junior DIP Lender –
Quinn Emmanuel Urquhart & Sullivan
Attn: Susheel Kirplani
51 Madison Avenue, 22nd Floor
New York NY 10010
susheelkirpalani@quinnemanuel.com

# Richardson Properties, LLC

| | |
|---|---|
| Ropes & Gray LLP<br>Attn: Lucas S. Smith<br>191 North Wacker Drive, 32nd Floor<br>Chicago, IL 60606<br>Luke.smith@ropesgray.com | Ropes & Gray LLP<br>Attn: Natasha S. Hwangpo<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Natasha.hwangpo@ropesgray.com |
| Counsel to the Junior DIP Agent –<br>Holland & Knight LLLP<br>Attn: Joshua M. Spencer,<br>    Phillip W. Nelson<br>50 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606<br>Joshua.spencer@hklaw.com,<br>phillip.nelson@hklaw.com | Counsel to the B-2 Lenders – White & Case LLP<br>Attn: Scott Greissman, Elizabeth Feld,<br>    Andrew Zatz<br>1211 Avenue of the Americas<br>New York, NY 10036<br>sgreissman@whitecase.com,<br>efeld@whitecase.com, azatz@whitecase.com |
| Counsel to the Prepetition ABL Agent –<br>Choate, Hall & Stewart LLP<br>Attn: Kevin Simard, Hampton Foushee<br>Two International Place<br>Boston MA 02110<br>ksimard@choate.com,<br>hfoushee@choate.com | Counsel to the B-2 Agent – Holland & Knight LLP<br>Attn: Joshua M. Spencer,<br>    Phillip W. Nelson<br>50 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606<br>Joshua.spencer@hklaw.com,<br>phillip.nelson@hklaw.com |
| Counsel to the Prepetition UST Trance A<br>   Agent –<br>Hogan Lovells US LLP<br>Attn: Ronald J. Silverman,<br>    Christopher R. Bryant<br>390 Madison Avenue<br>New York NY 10017 | Counsel to the Prepetition UST Trance B<br>   Agent –<br>Hogan Lovells US LLP<br>Attn: Ronald J. Silverman,<br>    Christopher R. Bryant<br>390 Madison Avenue<br>New York NY 10017<br>Ronald.silverman@hoganlovells.com,<br>Chris.bryant@hoganlovells.com |
| Counsel to the Unted States Department<br>of the Treasury –<br>Arnold & Porter Kaye Scholer LLP<br>Attn: Michael Messersmith<br>70 West Madison Street, Suite 4200<br>Chicago IL 60602<br>Michael.messersmith@arnoldporter.com | Counsel to the Unted States Department of the<br>Treasury –<br>Arnold & Porter Kaye Scholer LLP<br>Attn: Benjamin Mintz<br>250 West 55th Street<br>New York NY 10019<br>Benjamin.mintz@arnoldporter.com |



Counsel to the Unted States Department
of the Treasury –
Arnold & Porter Kaye Scholer LLP
Attn: Rosa Evergreen
601 Massachusetts Avenue N. W.
Washington, DC 20001
rosa.evergreen@arnoldporter.com
file

