# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

## NOTICE OF APPEARANCE AND REQUEST FOR DOCUMENTS

**NOTICE IS HEREBY GIVEN** pursuant to § 1109(b) of title 11 of the United States Code ("Bankruptcy Code") and Rule 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules") that FisherBroyles, LLP appears as counsel for and on behalf of unsecured creditors Road Carriers' Local 707 Pension Fund and Road Carriers' Local 707 Health and Welfare Fund (together, the "Funds") in the above-captioned action.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 11 U.S.C. § 1109(b), the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, disclosure document of any kind, conference, hearing, demand, order, or any other paper filed in the proceeding, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, telephone, facsimile transmission, telegraph, telex or otherwise. Counsel of record is requested to direct all written or telephone correspondence to:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Carl D. Neff, Esq.
FISHERBROYLES, LLP
CSC Station
112 S. French Street
Wilmington, DE 19801
Telephone: (302) 482-4244
carl.neff@fisherbroyles.com

Maura L. Burke, Esq.
FISHERBROYLES, LLP
CSC Station
112 S. French Street
Wilmington, DE 19801
Telephone: (215) 398-5916
maura.burke@fisherbroyles.com

This Notice of Appearance and Request for Documents shall not be deemed or construed to be a waiver of (a) the rights of the Funds (i) to have final orders in non-core matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matters subject to mandatory or discretionary withdrawal, (iv) to have any claims constitutionally required to be determined by the District Court be determined therein, or (v) to have any matter heard by an arbitrator or (b) any other rights, claims, actions, defenses (including defenses to jurisdictions), setoffs, or recoupments to which the Funds may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments it expressly reserves.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Documents nor any former or later appearance, pleading, claim, or suit shall constitute an authorization for the undersigned to accept service of process on behalf of the Funds, and that such service must be done in strict compliance with the Federal Rules of Civil Procedure and the Bankruptcy Rules.

|                              | **FISHERBROYLES LLP**                                                                                                                                                                                                           |
|------------------------------|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| Dated: November 8, 2023      | /s/ *Maura L. Burke*                                                                                                                                                                |
|                              | Carl D. Neff (No. 4895)  <br>Maura L. Burke (No. 5313)  <br>CSC Station  <br>112 S. French Street  <br>Wilmington, DE 19801  <br>Telephone: (302)482-4244  <br>carl.neff@fisherbroyles.com  <br>maura.burke@fisherbroyles.com |
|                              | *Attorneys for Road Carriers' Local 707 Pension Fund and Road Carriers' Local 707 Health and Welfare Fund* |