**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*, | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE***

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission pro hac vice of George Hofmann of Cohne Kinghorn, P.C., 111 East Broadway, 11th Floor, Salt Lake City, Utah 84111, as counsel for Freight Line Properties, LLC in this case.

Dated: November 8, 2023                    */s/ Garvan F. McDaniel*
                                            Garvan F. McDaniel (DE #4167)
                                            HOGAN♦MCDANIEL
                                            1311 Delaware Avenue, Wilmington, DE 19806
                                            (302) 656-7540; (302) 656-7599 (f)
                                            gfmcdaniel@dkhogan.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE***

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Utah and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated:  November 8, 2023                   */s/* George Hofmann
                                            George Hofmann
                                            Cohne Kinghorn, P.C.
                                            111 East Broadway, 11th Floor
                                            Salt Lake City, Utah 84111
                                            Telephone: (801) 363-4300; Fax: (801) 363-4378
                                            Email: ghofmann@ck.law

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.