**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | ) | **Re: Docket No. 608** |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and the below certification, counsel moves the admission *pro hac vice* of Susan Bruno, Esq. of Cary Kane PLLC, to represent creditors Road Carriers' Local 707 Pension Fund and Road Carriers' Local 707 Health and Welfare Fund (together, the "Funds"), in the above-captioned action.

**FISHERBROYLES LLP**

Dated: November 8, 2023

/s/ *Maura L. Burke*
Carl D. Neff (No. 4895)
Maura L. Burke (No. 5313)
CSC Station
112 S. French Street
Wilmington, DE 19801
Telephone: (302)482-4244
carl.neff@fisherbroyles.com
maura.burke@fisherbroyles.com

*Attorneys for Road Carriers' Local 707
Pension Fund and Road Carriers' Local 707
Health and Welfare Fund*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of New York, the district courts for the Eastern and Southern Districts of New York and the bankruptcy court for the Eastern District of New York, and I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 8, 2023

/s/ *Susan Bruno*
Susan Bruno, Esq.
Cary Kane PLLC
1350 Broadway, Suite 1410
New York, New York 10018
(212) 871-0540
sbruno@carykane.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.