# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, et al., | Case No.  23-11069 (CTG) |
| Debtors.[1] | Objection Deadline: November 22, 2023 at 4:00 pm (ET)<br>Hearing date: December 12, 2023 at 10:00 am (ET) |

## NOTICE OF MOTION OF JILL NAPIWOCKI FOR RELIEF FROM THE AUTOMATIC STAY TO THE EXTENT OF LIABILITY INSURANCE

**PLEASE TAKE NOTICE** that on November 8, 2023, Jill Napiwocki (the "Movant"), by and through undersigned counsel filed the *Motion of Jill Napiwocki For Relief From The Automatic Stay to the Extent of Liability Insurance* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response by **November 22, 2023, at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion is scheduled for **December 12, 2023 at 10:00 am (ET)** before the Honorable Craig T. Goldblatt in Courtroom No. 7, 3rd Floor, in the United States Bankruptcy Court located at 824 N. Market Street, Wilmington, Delaware 19801.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

**IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

Dated: November 8, 2023

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Charles J. Brown III*
Charles J. Brown III (DE 3368)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Ph: 302.425.5813
Fax: 302.425.5814
cbrown@gsbblaw.com

*Counsel for Movant Jill Napiwocki*