# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, Monique B. DiSabatino, hereby certify that on November 8, 2023, I caused a copy of the *Objection of Reimer World Properties Corp. and RWP Manitoba Ltd. to Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets* to be served on the parties on the attached service list via electronic mail.

**SAUL EWING LLP**

By: */s/ Monique B. DiSabatino*
Monique B. DiSabatino (DE Bar No. 6027)
1201 N. Market Street, Suite 2300
P.O. Box 1266
Wilmington, DE 19899
(302) 421-6806

Dated: November 8, 2023

## Service List

| | |
|---|---|
| Whitney Fogelberg, Esquire<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>whitney.fogelberg@kirkland.com | Eric Winston, Esquire<br>Quinn Emmanuel Urquhart & Sullivan<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>ericwinston@quinnemanuel.com |
| Allyson B. Smith, Esquire<br>Aaron Metviner, Esquire<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>allyson.smith@kirkland.com<br>aaron.metviner@kirkland.com | Susheel Kirplani, Esquire<br>Quinn Emmanuel Urquhart & Sullivan<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>susheelkirpalani@quinnemanuel.com |
| Laura Davis Jones, Esquire<br>Timothy P. Cairns, Esquire<br>Peter J. Keane, Esquire<br>Edward Corma, Esquire<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com | Lucas S. Smith, Esquire<br>Ropes & Gray LLP<br>191 North Wacker Drive, 32nd Floor<br>Chicago, IL 60606<br>Luke.Smith@ropesgray.com<br><br>Natasha S. Hwangpo, Esquire<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Natasha.Hwangpo@ropesgray.com |
| Jane Leamy, Esquire<br>Richard Schepacarter, Esquire<br>Office of the United States Trustee<br>  for the District of Delaware<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 19801<br>jane.m.leamy@usdoj.gov<br>richard.schepacarter@usdoj.gov | Scott Greissman, Esquire<br>Elizabeth Feld, Esquire<br>Andrew Zatz, Esquire<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020<br>sgreissman@whitecase.com<br>efeld@whitecase.com<br>azatz@whitecase.com |
| Philip C. Dublin, Esquire<br>Meredith A. Lahaie, Esquire<br>Stephen B. Kuhn, Esquire<br>Kevin Zuzolo, Esquire<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>pdublin@akingump.com<br>mlahaie@akingump.com<br>skuhn@akingump.com<br>kzuzolo@akingump.com | Kevin Simard, Esquire<br>Hampton Foushee, Esquire<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>ksimard@choate.com<br>hfoushee@choate.com<br><br>Joshua M. Spencer, Esquire<br>Phillip W. Nelson, Esquire<br>Holland & Knight LLP<br>50 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606<br>Joshua.Spencer@hklaw.com<br>Phillip.Nelson@hklaw.com |

2

Ronald J. Silverman, Esquire
Christopher R. Bryant, Esquire
Hogan Lovells US LLP
390 Madison Avenue
New York, NY 10017
ronald.silverman@hoganlovells.com
chris.bryant@hoganlovells.com

Michael Messersmith, Esquire
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602
michael.messersmith@arnoldporter.com

Benjamin Mintz, Esquire
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
benjamin.mintz@arnoldporter.com

Rosa Evergreen, Esquire
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
rosa.evergreen@arnoldporter.com