## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON NOVEMBER 13, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**This hearing will be conducted in-person in Courtroom #7, 3rd floor. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. All participants over Zoom must register in advance. Please register by November 10, 2023, at 4:00 p.m. (EST).**

**Registration Link:**

**https://debuscourts.zoomgov.com/meeting/register/vJItf-GhrjovHUgQL7-if41StCkwdldDKCs**

## RESOLVED MATTER:

1.      Application of the Debtors to Retain KPMG LLP to Provide Audit Services to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Effective as of the Petition Date [Filed: 10/3/23] (Docket No. 753)

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

<u>Response Deadline:</u>  October 18, 2023 at 4:00 p.m. (ET)

<u>Responses Received:</u>  None.

<u>Related Documents:</u>

A.      Certification of No Objection Regarding Application of the Debtors to Retain KPMG LLP to Provide Audit Services to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Effective as of the Petition Date [Filed: 10/20/23] (Docket No. 884)

B.      [Signed] Order to Retain KPMG LLP to Provide Audit Services to Debtors and Debtors in Possession Pursuant to Sections 327(a) and 328 of the Bankruptcy Code Effective as of the Petition Date [Filed: 10/20/23] (Docket No. 887)

<u>Status:</u>  The Court has entered an order on this matter.  No hearing is necessary.

2.      Motion of Debtors for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 10/30/23] (Docket No. 996)

<u>Response Deadline:</u>  November 6, 2023 at 4:00 p.m. (ET)

<u>Responses Received:</u>  None.

<u>Related Documents:</u>

A.      [Proposed] Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 10/30/23] (Docket No. 996, Exhibit A)

B.      Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 11/8/23] (Docket No. 1053)

C.      [Signed] Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 11/8/23] (Docket No. 1056)

<u>Status:</u>  The Court has entered an order on this matter.  No hearing is necessary.

**<u>CONTINUED MATTERS:</u>**

3.      Motion of Myriam Binette for Relief From the Automatic Stay [Filed: 8/28/23] (Docket No. 344)

<u>Response Deadline:</u>  September 7, 2023, at 4:00 p.m. ET *(extended until October 9, 2023 at 4:00 p.m. ET)*

Responses Received:

A.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

B.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

Related Documents:

A.    Notice of Motion of Myriam Binette for Relief from Stay Under Section 362 of the Bankruptcy Code [File: 8/30/23] (Docket No. 364)

B.    [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Myriam Binette to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/8/23] (Docket No. 429)

C.    Notice of Extension of Time to Respond to Motion to Lift the Automatic Stay [Filed: 10/5/23] (Docket No. 776)

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

4.    Motion for Relief From Stay [Filed by Dariun Wright] [Filed: 9/8/23] (Docket No. 423)

Response Deadline:  October 16, 2023 at 4:00 p.m. (ET)

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

Related Documents:  None.

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

5.    Motion of Gary W. Gibby for Relief from the Automatic Stay [Filed: 9/19/23] (Docket No. 608)

Response Deadline:  October 3, 2023 at 4:00 p.m. (ET) *(extended until October 12, 2023 at 4:00 p.m. (ET)*

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

Replies Received:

A.    Reply in Further Support of Motion of Gary W. Gibby for Relief From the Automatic Stay [Filed: 11/8/23] (Docket No. 1058)

Related Documents:

A.    [Proposed] Order Granting Motion of Gary W. Gibby for Relief from the Automatic Stay [Filed: 9/19/23] (Docket No 608, Exhibit A)

B.    [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Gary W. Gibby to (I) Extend the Deadline to respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 10/3/23] (Docket No. 747)

C.    Certification of Counsel Regarding the Joint Stipulation By and Among the Debtors and Gary W. Gibby to (I) Extend the Deadline to respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 10/3/23] (Docket No. 875)

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

6.     Motion of Amer Nasser and Meira Ulloque for Relief From the Automatic Stay [Filed: 9/20/23] (Docket No. 615)

Response Deadline:  October 4, 2023 at 4:00 p.m. (ET) *(extended until October 12, 2023 at 4:00 p.m. (ET)*

Responses Received:

A.     Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.     Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.     Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

Related Documents:

A.     [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Amer Nasser and Meira Ulloque to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/28/23] (Docket No. 688)

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

7.     Motion of Paul R. Wyszynski for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 9/21/23] (Docket No. 630)

Response Deadline:  October 5, 2023 at 4:00 p.m. (ET) *(extended until October 12, 2023 at 4:00 p.m. (ET)*

Responses Received:

A.     Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

Related Documents:

A.     [Proposed] Motion of Paul R. Wyszynski for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 9/21/23] (Docket No. 630)

      B.      [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Paul R. Wyszynski to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/28/23] (Docket No. 687)

      <u>Status</u>:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

8.    Emily Louro's Motion for Relief From Automatic Stay [Filed: 9/25/23] (Docket No. 650)

      <u>Response Deadline</u>:  November 6, 2023 at 4:00 p.m. (ET)

      <u>Responses Received</u>:

      A.      Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

      B.      Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

      C.      Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

      <u>Replies Received</u>:

      A.      Emily Louro's Reply in Support of Her Motion for Relief From the Automatic Stay [Filed: 10/18/23] (Docket No. 866)

      <u>Related Documents</u>:

      A.      [Proposed] Order of Emily Louro's Motion for Relief From Automatic Stay [Filed: 9/25/23] (Docket No. 650)

      B.      Notice of Emily Louro's Motion for Relief From Automatic Stay [Filed: 10/26/23] (Docket No. 961)

      <u>Status</u>:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

9.    Motion of Lawrence Nowicki for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy [Filed: 9/26/23] (Docket No. 659)

      <u>Response Deadline</u>:  October 11, 2023 at 5:00 p.m. (ET) *(extended until October 12, 2023 at 4:00 p.m. (ET)*

Responses Received:

A.      Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance
        Company to Motions for Relief from the Automatic Stay to the Extent of Insurance
        Proceeds [Filed: 10/12/23] (Docket No. 823)

B.      Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from
        the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23]
        (Docket No. 827)

C.      Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation,
        Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for
        Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed
        10/20/23] (Docket No. 886)

Related Documents:

A.      [Proposed] Order Granting Motion of Lawrence Nowicki for Relief from the
        Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy [Filed: 9/26/23]
        (Docket No. 659)

B.      [Signed] Order Approving the Joint Stipulation By and Among the Debtors and
        Lawrence Nowicki to (I) Extend the Deadline to Respond to Motion to Lift the
        Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 10/6/23]
        (Docket No. 780)

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

10.     Motion for Relief From the Automatic Stay Filed by Tena J. Spence [Filed: 9/28/23]
        (Docket No. 684)

Response Deadline:  October 12, 2023 at 5:00 p.m. (ET)

Responses Received:

A.      Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance
        Company to Motions for Relief from the Automatic Stay to the Extent of Insurance
        Proceeds [Filed: 10/12/23] (Docket No. 823)

B.      Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from
        the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23]
        (Docket No. 827)

C.      Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

Related Documents:

A.      [Proposed] Order Granting Motion for Relief From the Automatic Stay Filed by Tena J. Spence [Filed: 9/28/23] (Docket No. 684, Exhibit C)

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

11.     Motion of Jesse Israel Newton for Relief From the Automatic Stay [Filed: 10/3/23] (Docket No. 741)

Response Deadline:  October 16, 2023 at 5:00 p.m. (ET)

Responses Received:

A.      Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.      Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.      Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

Related Documents:

A.      [Proposed] Order Granting Motion of Jesse Israel Newton for Relief From the Automatic Stay [Filed: 10/3/23] (Docket No. 741)

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

12.     Motion of Jimmie and Janel Hubert for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Filed: 10/4/23] (Docket No. 758)

Response Deadline:  October 16, 2023 at 5:00 p.m. (ET)

Responses Received:

A.      Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance

Proceeds [Filed: 10/12/23] (Docket No. 823)

B.     Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.     Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

Related Documents:

A.     [Proposed] Order Granting Motion of Jimmie and Janel Hubert for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Filed: 10/4/23] (Docket No. 758)

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

13.    Motion of Susan Degenkolb for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 10/6/23] (Docket No. 783)

Response Deadline:  October 20, 2023 at 4:00 p.m. (ET)

Responses Received:

A.     Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.     Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.     Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

Related Documents:

A.     [Proposed] Order Granting Motion of Susan Degenkolb for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 10/6/23] (Docket No. 783)

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

14.    Motion for Relief of the Automatic Stay filed by Kavir Moonilal-Singh [Filed: 10/11/23] (Docket No. 812)

Response Deadline:  November 1, 2023 at 4:00 p.m. (ET)

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

Related Documents:

A.    [Proposed] Order Granting Ihab Sulaiman Relief from the Automatic Stay [Filed: 10/11/23] (Docket No. 812)

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

15.    Motion of Jason E. Ellis for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Filed: 10/13/23] (Docket No. 829)

Response Deadline:  October 30, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.    [Proposed] Order Granting Motion of Jason E. Ellis for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Filed: 10/13/23] (Docket No. 829)

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

16.    Motion of William Littral for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 10/13/23] (Docket No. 844)

Response Deadline:  October 27, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.    [Proposed] Order Granting Motion of William Littral for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 10/13/23] (Docket No. 844)

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

17.    Jose Emilio Ronderos' Motion for Relief From the Automatic Stay [Filed: 10/19/23] (Docket No. 877)

Response Deadline:  November 6, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.      [Proposed] Order Granting Jose Emilio Ronderos' Motion for Relief From the
        Automatic Stay [Filed: 10/19/23] (Docket No. 877)

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

18.    Jacob Bazarov and Tamara Peirova's Motion for Relief From the Automatic Stay [Filed:
       10/19/23] (Docket No. 878)

Response Deadline:  November 6, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.      [Proposed] Order Granting Jacob Bazarov and Tamara Peirova's Motion for Relief
        From the Automatic Stay [Filed: 10/19/23] (Docket No. 878)

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

19.    Sopia L. Goodman's Motion for Relief From the Automatic Stay [Filed: 10/19/23] (Docket
       No. 879)

Response Deadline:  October 28, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.      [Proposed] Order Sopia L. Goodman's Motion for Relief From the Automatic Stay
        to Pursue Non-Bankruptcy Litigation [Filed: 10/19/23] (Docket No. 879)

Status:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

20.    James Alexander and Lisa Alexander Motion for Relief From the Automatic Stay [Filed:
       10/23/23] (Docket No. 903)

Response Deadline:  November 6, 2023 at 4:00 p.m. (ET) *(extended until November 9,
2023 at 4:00 p.m. (ET))*

Responses Received:  None.

<u>Related Documents:</u>

A.      [Proposed] Order [Filed: 10/23/23] (Docket No. 903)

B.      Re-Notice of Hearing of Motion of James Alexander and Lisa Alexander for Relief From the Automatic Stay [Filed: 11/3/23] (Docket No. 1034)

C.      Re-Notice of Hearing of Motion of James Alexander and Lisa Alexander for Relief From the Automatic Stay [Filed: 11/7/23] (Docket No. 1052)

<u>Status</u>:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

21.     Motion of Seung Chung for Order Granting Relief From The Automatic Stay [Filed: 10/27/23] (Docket No. 984)

<u>Response Deadline:</u>  November 6, 2023 at 4:00 p.m. (ET)

<u>Responses Received:</u>  None.

<u>Related Documents:</u>

A.      [Proposed] Order Granting Motion of Seung Chung for Order Granting Relief From The Automatic Stay [Filed: 10/27/23] (Docket No. 984)

<u>Status</u>:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

22.     Automobile Mechanics' Local No. 701 Union and Industry Pension Fund and the Automobile Mechanics' Local 701 Union and Industry Welfare Fund's Routine Motion for Rule 2004 Examination of the Debtors [Filed: 10/30/23] (Docket No. 993)

<u>Response Deadline:</u>  November 6, 2023 at 4:00 p.m. (ET)

<u>Responses Received:</u>  None.

<u>Related Documents:</u>

A.      [Proposed] Order Directing Debtors to Produce Documents in Response to Rule 2004 Requests [Filed: 10/30/23] (Docket No. 993, Exhibit 1)

<u>Status</u>:  This matter is continued until December 12, 2023 at 10:00 a.m. (ET).

## **UNCONTESTED MATTERS FOR WHICH A COC/CNO HAS BEEN FILED:**

23.     Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Filed: 10/30/23] ([Docket No. 997](#))

<u>Response Deadline:</u>  November 6, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.    [Proposed] Order (I) Extending the Debtors' Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Filed: 10/30/23] (Docket No. 997, Exhibit A)

B.    Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Filed: 11/8/23] (Docket No. 1055)

Status:  No parties have objected to the relief requested in the Motion.  Accordingly, the Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Motion.

24.    Debtors' Motion for Entry of an Order Authorizing Parties, Including the Debtors Exclusive Broker and Auctioneer of Rolling Stock Assets, to File Under Seal the Names of Certain Confidential Parties In Interest in Connection with the Rolling Stock Sale Process [Filed: 10/30/23] (Docket No. 998)

Response Deadline:  November 6, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.    [Proposed] Order Authorizing Parties, Including the Debtors Exclusive Broker and Auctioneer of Rolling Stock Assets, to File Under Seal the Names of Certain Confidential Parties In Interest in Connection with the Rolling Stock Sale Process [Filed: 10/30/23] (Docket No. 998, Exhibit A)

B.    Declaration of Agent in Support of Debtors' Motion for an Order Authorizing Parties, Including the Debtors Exclusive Broker and Auctioneer of Rolling Stock Assets, to File Under Seal the Names of Certain Confidential Parties in Connection with the Rolling Stock Sale Process [Filed: 10/31/23] (Docket No. 1006)

C.    Certification of Counsel Regarding Debtors' Motion for Entry of an Order Authorizing Parties, Including the Debtors Exclusive Broker and Auctioneer of Rolling Stock Assets, to File Under Seal the Names of Certain Confidential Parties In Interest in Connection with the Rolling Stock Sale Process [Filed: 11/8/23] (Docket No. 1057)

Status:  The Debtors have filed a revised proposed order under certification of counsel. Accordingly, no hearing on this matter is necessary unless requested by the Court.

25.    Motion of Debtors for Entry of an Order (I) Modifying the Application of Local Rule 3007-1(f) and (II) Granting Related Relief [Filed: 10/30/23] (Docket No. 999)

Response Deadline:  November 6, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.    [Proposed] Order (I) Modifying the Application of Local Rule 3007-1(f) and (II) Granting Related Relief [Filed: 10/30/23] (Docket No. 999, Exhibit A)

B.    Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Modifying the Application of Local Rule 3007-1(f) and (II) Granting Related Relief [Filed: 11/8/23] (Docket No. 1054)

Status:  No parties have objected to the relief requested in the Motion.  Accordingly, the Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Motion.

**UNCONTESTED MATTERS:**

26.    Debtors' Application Pursuant to Sections 327(e), 328(a), and 339 of the Bankruptcy Code for Entry of an Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP, as Special Litigation Counsel to the Debtors Effective as of the Petition Date [Filed: 9/7/23] (Docket No. 418)

Response Deadline:  September 21, 2023 at 4:00 p.m. (ET)

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.    [Proposed] Order Pursuant to Sections 327(e), 328(a), and 339 of the Bankruptcy Code for Entry of an Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP, as Special Litigation Counsel to the Debtors Effective as of the Petition Date [Filed: 9/7/23] (Docket No. 418, Exhibit A)

Status: This matter will go forward.

27.    Motion of Corporate Lodging Consultants Inc. and Comdata, Inc., Pursuant to Bankruptcy Code Section 362(d), Bankruptcy Rule 4001, and Local Rule 4001-1, for Relief From the Automatic Stay to Effectuate Setoff of Security Deposit [Filed: 9/26/23] (Docket No. 663)

Response Deadline:  October 10, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.      [Proposed] Order Granting Motion of Corporate Lodging Consultants Inc. and Comdata, Inc., Pursuant to Bankruptcy Code Section 362(d), Bankruptcy Rule 4001, and Local Rule 4001-1, for Relief From the Automatic Stay to Effectuate Setoff of Security Deposit [Filed: 9/26/23] (Docket No. 663)

Status: This matter will go forward.

28.     Debtors' Motion for Entry of an Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 10/30/23] (Docket No. 995)

Response Deadline:  November 6, 2023 at 4:00 p.m. (ET) (extended to November 8, 2023 for certain landlord)

Responses Received:  Informal response from certain landlord.

Related Documents:

A.      [Proposed] Order, Pursuant to Section 365(d)(4) of the Bankruptcy Code, Extending Time to Assume or Reject Unexpired Leases of Nonresidential Real Property [Filed: 10/30/23] (Docket No. 995, Exhibit A)

Status:  This matter will go forward.

## CONTESTED MATTERS:

29.     Motion of Brett Groves for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 8/24/23] (Docket No. 334)

Response Deadline:  September 7, 2023, at 4:00 p.m. ET *(extended until October 9, 2023 at 4:00 p.m. ET)*

Responses Received:

A.      Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.      Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.      Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

Related Documents:

A.    [Proposed] Order Granting Motion for Relief from the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 8/24/23] (Docket No. 334, Exhibit B)

B.    [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Brett Groves to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/8/23] (Docket No. 427)

C.    Notice of Extension of Time to Respond to Motion to Lift the Automatic Stay [Filed: 10/5/23] (Docket No. 777)

Status: This matter will go forward.

30.    Motion of James Charles Howard for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 9/14/23] (Docket No. 553)

Response Deadline:  September 28, 2023 at 4:00 p.m. (ET)

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

Related Documents:

A.    [Proposed] Order Granting Motion for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 9/14/23] (Docket No. 553, Exhibit B)

B.    [Signed] Order Approving the Joint Stipulation By and Among the Debtors and James Charles Howard to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing ate Related Thereto [Filed: 9/28/23] (Docket No. 689)

Status: This matter will go forward.

31.    Motion of Paul Clark and Jean Clark for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 8/29/23] (Docket No. 358)

Response Deadline:  September 12, 2023, at 4:00 p.m. ET *(extended until October 12, 2023 at 4:00 p.m. ET)*

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

Related Documents:

A.    [Proposed] Order Granting Motion for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 8/29/23] (Docket No 358, Exhibit B)

B.    [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Paul Clark and Jean Clark to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/8/23] (Docket No. 428)

Status: This matter will go forward.

*[Remainder of Page Intentionally Left Blank]*

Dated:  November 8, 2023
Wilmington, Delaware

/s/ Peter J. Keane
_____

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone:    (212) 446-4800 |
| Telephone:    (302) 652-4100 | Facsimile:    (212) 446-4900 |
| Facsimile:    (302) 652-4400 | Email:    patrick.nash@kirkland.com |
| Email:    ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*