**Exhibit B**

Case 23-11069-CTG    Doc 1071-2    Filed 11/08/23    Page 1 of 2

# Aging Detail

Page 1

DB Caption: LIVE   Property: 3753   Status: Current, Past, Future   Age As Of: 09/30/2023   Post To: 09/2023

| Property | Customer | Lease | Status | Tran# | Charge Code | Date | Month | Current Owed | 0-30 Owed | 31-60 Owed | 61-90 Owed | Over 90 Owed | Pre-payments | Total Owed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 53 Expo Road (3753) | | | | | | | | | | | | | | |
| YRC Inc. (t0021453) | | | | | | | | | | | | | | |
| 3753 | | YRC Inc. | Current | C-1371624 | ins | 07/25/2023 | 07/2023 | 2,542.00 | 0.00 | 0.00 | 2,542.00 | 0.00 | 0.00 | 2,542.00 |
| 3753 | | YRC Inc. | Current | C-1382470 | rnt | 09/01/2023 | 09/2023 | 9,180.00 | 9,180.00 | 0.00 | 0.00 | 0.00 | 0.00 | 9,180.00 |
| | | YRC Inc. | | | | | | 11,722.00 | 9,180.00 | 0.00 | 2,542.00 | 0.00 | 0.00 | 11,722.00 |
| 3753 | | | | | | | | 11,722.00 | 9,180.00 | 0.00 | 2,542.00 | 0.00 | 0.00 | 11,722.00 |
| Grand Total | | | | | | | | 11,722.00 | 9,180.00 | 0.00 | 2,542.00 | 0.00 | 0.00 | 11,722.00 |

UserId : ███████   Date : 9/7/2023 Time : 8:11 AM