**<u>Exhibit C</u>**



# Augusta County, Virginia
## Jacqueline C Nash, Treasurer

e-mail Jacqueline C Nash (mailto:jnash@co.augusta.va.us?subject=Link From Online Payments&Body=Dear Ms. Nash)

*Real Estate Tax Bill Detail*

**11 2023 REAL ESTATE**

|  |  |
|---|---|
| **Dept/Ticket No:** | RE2023 / 241940002 |
| **Bill Date:** | 04/28/2023 |
| **Due Date:** | 12/05/2023 |
| **Name:** | MG FISHERSVILLE I LLC |
| **Name 2:** |  |
| **Mortgage Co:** |  |
| **Map No:** | 066D 2 4 |
| **Account No:** | 35074 |
| **Address:** | P. O. BOX 13470 |
|  | RICHMOND VA 23225 |
| **Description:** | 66D-(2)-4 |
|  | W RT 608 LYING S INT 64 5 |
|  | .228 ACRES |
| **Acreage:** | 5 |
| **Land Value:** | $313,700 |
| **Improvements:** | $249,000 |
| **Minerals:** | $0.00 |
| **Original Bill:** | $1,772.50 |
| **Payments:** | $0.00 |
| **Principal:** | $1,772.50 |
| **Penalty:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $1,772.50 |

Previous