**Exhibit D**

# TERMINAL INSPECTION FORM

Terminal  FISHERSVILLE, VA   Code _____     Date _____

Representing Landlord:                              Representing Tenant:

_____                        _____
(signature)                                         (signature)

_____                        _____
(print name)                                        (print name)

_____                        _____
(company)                                           (company)

Instructions:
1. Inspect each item noted below.
2. Place proper code in "Condition" column.
3. Use "Remarks" column for additional information concerning conditions coded "2".
4. Provide a clear photo of all conditions coded "2". Label photo.
5. Be sure both representatives sign the inspection report.

Condition-Legend
1-Satisfactory Condition
2-Unsatisfactory Condition
N/A-Not applicable

Facilities    Engineering
Use Only
1.    File   Report
2.    TWX for Pix
3.    Close File
4.

| OFFICE | COND. | REMARKS |
|---|---|---|
| Walls | 1 | SOME EXTERIOR PANELS BENT |
| Windows | 1 | FRONT WINDOWS NEED PAINT |
| Doors | 1 | |
| Stairs & Handrails | 1 | |
| Ceilings | 1 | |
| Lighting | 1 | |
| Exit Sign | 1 | |
| Floors | 1 | |
| Heating | 1 | |
| Air Conditioning | 2 | EXCESSIVE CONDENSATION ON A/H |
| Restrooms/Plumbing Fixtures | 1 | |
| Water Coolers | 2 | ONE NOT WORKING |

| DOCK | COND. | REMARKS |
|---|---|---|
| Bumpers/Edge Channel | 1 | RECENTLY REPAIRED |
| Dock Levelers | 1 | RECENTLY REPAIRED |
| Columns | 1 | |
| Overhead Doors/Track | 1 | |
| Stairs & Handrails | 1 | |
| Ladders & Handrails | 1 | |
| Ceiling/Skylights | 1 | |
| Walls | 1 | |
| Scale | NA | |
| Floor | 1 | JOINTS & POTHOLES REPAIRED |
| Pipe Door Guards | 1 | |
| Lighting/Trailer Lighting | 1 | |
| Personnel Doors | 1 | |
| Dock Office | 1 | |
| Dock Restroom | 1 | |
| Forklift Ramp | 1 | |

| BUILDING EXTERIOR | COND. | REMARKS |
|---|---|---|
| Roof | 1 | |
| Handicap Ramp | 1 | |
| Fascia & Siding | 1 | BENT SIDING AT RAMP |
| Canopy | 1 | |
| Gutters & Downspouts | 1 | MISSING ONE DOWNSPOUT |

| YARD | COND. | REMARKS |
|---|---|---|
| Concrete Apron | 1 | |
| Concrete Dolly Strips | NA | |
| Parking Bumpers | NA | |
| Yard Condition | 2 | POTHOLES — Y2C CONTRACTED TO FIX |

| YARD | COND. | REMARKS |
|---|---|---|

|   |   |   |
|---|---|---|
| Shrubbery/Landscaping | 1 | RAILROAD TIES TO FIX |
| Sidewalks | 1 |   |
| Storm Sewers & Catch Basins | 1 |   |
| Yard Lights | 1 |   |
| Fence & Gates | 2 | KNOCKED DOWN IN REAR |
| Employee Parking Lot | 1 |   |
| Scale | NA |   |

| GARAGE | COND. | REMARKS |
|---|---|---|
| Wall Interior & Exterior | 2 | SEE PHOTO'S AND NOTES ✳ |
| Windows | 1 |   |
| Doors | 1 |   |
| Stairs & Handrails | NA |   |
| Overhead Doors | 1 |   |
| Lighting | 1 |   |
| Approach Aprons | 1 |   |
| Drains | 1 |   |
| Gutters & Downspouts | 1 |   |
| Roof | 1 |   |
| Pipe Door Guards | NA |   |
| Restrooms | NA |   |
| Office | NA |   |
| Heating | NA |   |
| Air Conditioning | NA |   |
| Equipment | NA |   |

OTHER ITEMS:

✳ GARAGE IN ROUGH SHAPE. INSULATION FALLING. DOESN'T SEEM LIKE IT IS BEING USED. ALMOST LOOKS ABANDONED.

SOME TRASH / PALLETS NEED CLEANED UP BUT NOT BAD.

**From:** █████████████████████████
**Subject:** FW: Fishersville facility
**Date:** August 7, 2012 1:36:45 PM CDT
**To:** ████████████████████
▶ 20 Attachments, 946 KB

Mary, this is the info and pictures I sent to Jeanette at Conway.

---

**From:** ███████████████████████████████
**Sent:** Monday, August 06, 2012 9:35 AM
**To:** ███████████████████████ @con-way.com)
**Subject:** Fishersville facility

Good morning Jeanette,
I hope all is well.  Here are some pictures that I took while I was there.  A few things I noted that need repair:

The wall sheet by the ramp has been damaged
The fence in the rear of the yard has been knocked down
The downspout at the rear of the building is missing
I am not sure what to say about the garage.  It almost seems abandoned and is in bad shape.  What are your thoughts on this?

All in all I thought the property was in good/serviceable condition.  Please reply with any issues you may have had.

Thanks,

████


























