**Exhibit E**



**Move Out Inspection Form**

Tenant Name: YRC

Building/Suite: 53 Expo Road, Fishersville, VA 22939    Square Feet: 10,940

Forwarding Address:
Phone Number:
Email:

Utility Meters:

Original Lease Term: From:    To:

Lease Expiration Date:    Move Out Date: TBD

| | Acceptable | Not Acceptable | N/A | Notes |
|---|---|---|---|---|
| **Storefront** | | | | |
| Windows/Glass | x | | | |
| Entry Door | x | | | |
| Entry Door Closer | x | | | |
| Signage | x | | | |
| **Interior Office** | | | | |
| Lighting | x | | |  |
| Exit Lights | | x | | |
| Walls | | x | | Minor Holes and some face tears, needs patching |
| Carpet | | x | | Worn out and stained |
| Tile/VCT | | x | | Needs to be cleaned throughout, strip/wax |



| | | | | |
|---|---|---|---|---|
| | | | | |
| Voce Base | x | | | |
| Windows | x | | | |
| Window Covering | | x | | Several (4) blinds did not work throughout office |
| Doors and Hardware (Keys) | | x | | Did not have keys for interior offices |
| Door Closers | x | | | |
| Electrical Outlets | x | | | |
| Ceiling Grid | | x | | Damage in Service Center Mangers Office |



| | | | | |
|---|---|---|---|---|
| | | | |  |
| Ceiling Tiles | | x | | 8 stained ceiling tiles in main office and ladies' room |







| | | | | |
|---|---|---|---|---|
| | | | | |
| Telephone and Internet Cabling | x | | | |
| **Restrooms** | | | | |



| Toilets | x | | | |
|---|---|---|---|---|
| Urinals | x | | | |
| Partitions | | | x | |
| Walls | | X | | Walls damaged/dirty |
| Faucets | | x | | Faucet in men's rooms had no pressure and head missing from shower in WH restroom |



| | | | | |
|---|---|---|---|---|
| | | | | |
| Sinks | | x | | Dirty |
| Lights | x | | | |
| Fans | x | | | |
| Water Heaters | | x | | Tested water – ran warm but did not get hot. HWH appears to have a leak |



| | Acceptable | Not Acceptable | N/A | Notes |
|---|---|---|---|---|
| **Warehouse** | | | | |
| Bollards | | X | | All bollards need to be repainted |
| Floor condition | | x | | Landlord is only responsbile for structural portion of the loading dock floor |



| | | | | |
|---|---|---|---|---|
| | | | | |
| Floor joints | | x | | |
| Drains | | | x | |
| Demising Walls | | x | | Wall panel damage on rear (Eastern) wall |
| Man Doors | | x | | Doors on North and South of WH have holes |



| | | | | |
|---|---|---|---|---|
| | | | | |
| Lighting | | x | | 4 lights not working. Overhead Door #18 light is bent |
| | | | | |
| Breaker Panels | x | | | |
| Transformers | | | x | |
| Columns | x | | | |
| Bollards | x | | | |
| Other | | x | | Ceiling had insulation damage throughout WH |







| | | | | |
|---|---|---|---|---|
| | | | | |
| **HVAC Equipment** | | | | |
| Heating Units | | | x | |
| A/C Units | | x | | No copies of reports, but TSTATS in office were set to 69 and reading 69 |
| Rooftop Units | | | x | Did not inspect |
| Thermostats | x | | | TSTATS were set to 69 and were reading 69. Need inspection report. |
| Exhaust Fans | x | | | |
| Roof Top Fans | | | x | |
| Paddle Fans | | | x | |
| HVAC PM Reports | | x | | Tenant did not provide |
| Switch Plates/Cover Plates | x | | | |
| **Dock Equipment** | | | | |
| Dock Door #1 | | x | | Minor track damage on right side |



| | | | | |
|---|---|---|---|---|
| | | | | |
| Dock Door #2 | | x | | Trim around door roller hanging loose |
| Dock Door #3 | X | | | |



| Dock Door #4 | | x | | |
|---|---|---|---|---|
| | | | | Door casing damage on left side |
| Dock Door #5 | | x | | Door only opened partially. Dents in lower panels |



| | | | | |
|---|---|---|---|---|
| | | | |  |
| Dock Door #6 | | x | | Leveler pulled away from slab |



| | | | | |
|---|---|---|---|---|
| | | | | |
| Dock Door #7 | | x | | Door only opened partially |
| Dock Door #8 | | x | | Bent rail (steel piece of bottom or door) on bottom of door, did not |





open properly



| Dock Door #9 | x | | | Bent rail (steel piece of bottom or door) on bottom of door |
|---|---|---|---|---|
| Dock Door #10 | | x | | Bent rail (steel piece of bottom or door) on bottom of door |
| Dock Door #11 | x | | | |
| Dock Door #12 | | | | Bent rail (steel piece of bottom or door) on bottom of door, door only |



|  |  |  |  |  |
| --- | --- | --- | --- | --- |
|  |  |  |  | opened partially |
| Dock Door #13 | x |  |  |  |
| Dock Door #14 |  | x |  | Bent rail (steel piece of bottom or door) on bottom of door. Lock broken. Door did not open properly |





| | | | | | |
|---|---|---|---|---|---|
| Dock Door #15 | | x | | Lower panel badly bent. Door only opened partially. | |



| | | | | |
|---|---|---|---|---|
| Dock Door #16 | x | | | |
| Dock Door #17 | | x | | Bent rail (steel piece of bottom or door) on bottom of door. Track damaged. Door casing on right side damaged |







| | | | | |
|---|---|---|---|---|
| | | | | |
| Dock Door #18 | | x | | Bent rail (steel piece of bottom or door) on bottom of door. Track damaged on right side. Door casing on bottom ride side damaged. |



| | | | | |
|---|---|---|---|---|
| | | | | |
| Dock Door #19 | x | | | |
| Dock Door #20 | | x | | Bent rail (steel piece of bottom or door) on bottom of door |
| Levelers | | | | The ones that were checked worked, except #6. Many were unable to be checked due to trailers parked at door. |



| Fire Protection | | | | |
|---|---|---|---|---|
| Sprinkler Heads | | | x | |
| Risers | | | x | |
| Fire Pump | | | x | |
| Fire Extinguishers | x | | | Serviced in June 2023 |
| **Exterior** | | | | |
| Steps/Handrails | | x | | Concrete damage on steps to main entrance |
| Guard Rails | | x | | Fence around yard is damaged in several places |



| | | | | |
|---|---|---|---|---|
| Pipe Bollards | x | | | |
| Ramps | x | | | |
| Parking Stops | | X | | Deteriorated need to be replaced |



| | | | | |
|---|---|---|---|---|
| | | | |  |
| Yard | | x | | Gravel "yard" has erosion on north side |
| Exterior Siding | | X | | Badly damaged in many areas. |





| | | | | |
|---|---|---|---|---|
| **Specialty Items** | | | | |
| "Trucker Break Room" | | x | | Shower filthy and head missing from faucet. Room needs to be deep cleaned |
| Exterior Lighting | | | x | Unable to properly check |
| Down Spouts | | X | | 1 crushed on south side of building. 2 Damaged at drive in doors to |





shop



| | | | | | |
|---|---|---|---|---|---|
| | | | | |  |
| Grounds | | | X | | Vegetation growing on fence around perimeter of property. Entrance landscaping overgrown with weeds |





| | | | | |
|---|---|---|---|---|
| Exterior Spigot | | X | | Located on front of building to the right of the entrance. Missing handle |



| | | | | |
|---|---|---|---|---|
| | | | | (photo) |
| Abandoned Vehicle | | X | | To be removed from premises. Located on southwestern corner. |
| | | | | (photo) |
| Modular Trailer | | X | | Needs to be removed and all electrical capped properly |



| | | | | |
|---|---|---|---|---|
| | | | | |
| Water Cooler | | X | | Water fountain in warehouse does not work. Needs to be replaced. |
| Telco Closet | | X | | Very Dirty. |