**<u>Exhibit F</u>**



October 27, 2023

Colliers International
2221 Edward Holland Drive
Suite 600
Richmond, VA 23230
Attn: ▮▮▮▮▮ Property Manager
PHONE: ▮▮▮▮▮
EMAIL: ▮▮▮▮▮

RE: 53 Expo Road Property, Fishersville, VA

Dear ▮▮▮▮

Mathers Construction Team has been in business for over 70 years. Like most construction companies, Mathers began as a residential contractor and eventually shifted into commercial construction. Since 1948, our dedicated Team of men and women have been providing cost-effective, design-build, and construction management solutions for businesses, towns, colleges, and industrial plants along the East Coast.

By combining the experience and abilities of our employees, we can offer exceptional planning, comprehensive project management, and reliable service throughout the life cycle of your project.

Using multiple site visits, extensive field work, and conversations to accommodate the needs of this particular property, we offer a Lump Sum Proposal in the amount of

**Three Hundred Twenty-Five Thousand Dollars ($325,000)**

In addition to the pricing above, we are providing the following attachments for clarification:

- ➢ Scope of Work Document
- ➢ Floor Plan Sketch

Upon your review of the information enclosed within, we look forward to answering any questions and providing additional detail needed.

Sincerely,

Josh Fox
Preconstruction Manager



**Scope of Work Document**
Mathers Construction Team
53 Expo Road Property
Fishersville, VA
Friday, October 27, 2023

| AREA | | DIMENSIONS | | | MATERIALS | | | Strip & Wax VCT | Ovrlay and install new VCT | Patch & Paint Walls | Demo & Replace GWB / FRP | Replace D/F/H | Clean / Repair Ceiling Grid | Re-work Insulation & Replace ACT | Clean / Adjust Diffusers | Repair / Replace Plumbing Fixtures | Replace Light Bulbs | Repair Exit Lights | Repair Lighting | Scrub and seal comcrete floor | Repair / Fill Floor Joints | Paint Bollards | Paint Guardrail | Repair Ceiling Insulation | Repair / Replace Window Blinds | Repair OH Door | Replace OH Door | Repair / Replace Dock Bumper |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NUMBER | USE | S.F. | PERIMETER | CEILING HT. | FLOOR | BASE | WALLS | CEILING | | | | | | | | | | | | | | | | | | | | |
| 101 | Entry | 47 | 28 | 8'-0" | VCT | Vinyl | CMU/Wd | ACT | 47 | | 224 | | | Y | Y | Y | | Y | Y | | | | | | | | | |
| 102 | Main Office | 566 | 82 | 8'-0" | VCT | Vinyl | GWB/Wd | ACT | 566 | | 656 | | | Y | Y | Y | | Y | | | | | | | | 2 | | |
| 103 | Training | 150 | 49 | 8'-0" | VCT | Vinyl | GWB/Wd | ACT | 150 | | 392 | | | Y | Y | Y | | Y | | | | | | | | 2 | | |
| 104 | Serv. Cntr. Manger | 163 | 49 | 8'-0" | VCT | Vinyl | Wood | ACT | 163 | | 392 | | | Y | Y | Y | | Y | | | | | | | | 1 | | |
| 105 | Mens Room | 42 | 26 | 8'-0" | VCT | Vinyl | GWB/FRP | ACT | 42 | | 104 | 104 | 1 | Y | Y | Y | Y | Y | | | | | | | | | | |
| 106 | Ladies Room | 42 | 26 | 8'-0" | VCT | Vinyl | GWB/FRP | ACT | 42 | | 104 | 104 | | Y | Y | Y | Y | Y | | | | | | | | | | |
| 107 | Dispatch | 210 | 58 | 8'-0" | VCT | Vinyl | Wood | ACT | | 210 | 464 | | 1 | Y | Y | Y | | Y | | | | | | | | | | |
| 108 | Closet | 7 | 12 | 8'-0" | VCT | Vinyl | Wood | ACT | 7 | | 96 | | | Y | Y | Y | | Y | | | | | | | | | | |
| 109 | Supply | 100 | 45 | 8'-0" | VCT | Vinyl | CMU/GWB | ACT | 100 | | 360 | | | Y | Y | Y | | Y | | | | | | | 1 | | | |
| 110 | Rgnl. Scty. Manger | 160 | 52 | 8'-0" | VCT | Vinyl | GWB | ACT | 160 | | 416 | | | Y | Y | Y | | Y | | | | | | | 1 | | | |
| 111 | Shower Room | 96 | 40 | 8'-0" | Quarry | Vinyl | GWB/FRP | ACT | 96 | | 320 | 160 | 1 | Y | Y | Y | Y | Y | | | | | | | | | | |
| 112 | Hall | 115 | 44 | 8'-0" | VCT | Vinyl | GWB/Wd | ACT | 115 | | 352 | | 1 | Y | Y | Y | | Y | Y | | | | | | | | | |
| 113 | Hall | 40 | 31 | 8'-0" | VCT | Vinyl | GWB/Wd | ACT | 40 | | 248 | | 1 | Y | Y | Y | | Y | Y | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 201 | Warehouse | 7,200 | 360 | Varies | Concrete | | | Exposed | | | | | | | | | | Y | Y | Y | 7,200 | 100 | 40 | Y | 250 | | 10 | 1 | 10 |
| 202 | Utility | 202 | 34 | 8'-0" | Concrete | | | ACT | | | 272 | | 1 | Y | Y | Y | Y | Y | | | 202 | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| 301 | Shop | 1,440 | 168 | Varies | Concrete | | MTL | Exposed | | | | | | | | | | Y | | Y | 1,440 | | | | 1,000 | | | 2 | |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| | | 10580 | | | | | | | 1528 | 210 | 4400 | 368 | 6 | | | | | | | | 8842 | 100 | 40 | | 1250 | 7 | 10 | 3 | 10 |
| | | sf | | | | | | | sf | sf | sf | sf | ea | | | | | | | | sf | lf | ea | | sf | ea | ea | ea | ea |

**GENERAL :**
Provide 3 men for 2 days x 8 hours for labor to dispose of all debris left in the offices and warehouse once facility is vacant.
Provide 3 men for 5 days x 10 hours for labor to perform repairs to pre-engineeded building siding and trims. Materials are on an **allowance of $20,000** .
Ensure all electrical convenience outlets are properly operating and in good condition
Demo & Replacement of the GWB and FRP is from finished floor to 4' aff and includes the vinyl base.
Painting  all exterior loading dock steel and door frames are included. This excludes pre-engineered steel.
Repair all handrails for the stairs to the Dispatch area. Repair all exterior handrails.

Plumbing repairs are limited to :
    Replacing the vanities and sinks in Rooms 105 and 106.
    Replacing the shower head and faucets in Room 111, as well as cleaning the unit itself.
    Replacing the hot water heater.
    Replacing the exterior water spigot located on the front of th building.
    Replacing the water fountain in the warehouse.
Does not include repairs where the Dock Leveler and edge of slab embed angles have pulled away from building. A defined scope is required for this repair.
Does not include removal of abandoned vehicle from premises.

**SITE**
**LIGHTING :**   Ensure all exterior site lighting is functional and operating properly.
**FENCING:**  Repair chain link fence around entire perimeter of site. Replace entrance gates with manually operated pair.  Repair interior fence for Employee Parking Area.
**LANDSCAPING :**   Remove old timber edging and replace with new PT 6x6 timbers. Top dress beds with new pea gravel. Pull old shrubs and install 8 new Inkberry and 8 Nandina. Mow 10' perimeter around fence and limb up vegetation to keep growth off fences.
Weed eat and treat weeds / vegetation within the fenced lot. Remove low branches from trees at entrance gate.  Clean work site and remove all project debris.
**ABANDONED TRAILER :** Disconnect, remove and dispose of exterior trailer and all associated porches. Utilities to be made safe. This scope item requires a title and Bill of Sale for the trailer.

Case 23-11069-CTG    Doc 1071-6    Filed 11/08/23    Page 4 of 5




**MATHERS CONSTRUCTION TEAM** — Since 1948

*FLOOR PLAN* SKETCH



Status: Active
Contact:
Date: 10/30/2023

## Estimate: 5701001 53 Expo Rd Repairs

**Estimate Totals**

| Description | Total Estimate | Job % | Cost/Unit |
|---|---|---|---|
| **02 EXISTING CONDITIONS** | | | |
| 02.82023 General Cleaning and Removal of Abandoned Trailer | $12,283 | 3.78% | |
| **03 CONCRETE** | | | |
| 03.01301 Concrete Floor Crack Repairs | $5,601 | 1.72% | |
| **06 WOOD AND PLASTICS** | | | |
| 06.16001 Floor Underlayment | $1,301 | 0.40% | |
| **08 DOORS AND WINDOWS** | | | |
| 08.14000 Remove & Replace Doors, Frames, and Hardware | $3,248 | 1.00% | |
| 08.31000 Repair & Replace Overhead Doors | $66,089 | 20.34% | |
| **09 FINISHES** | | | |
| 09.61000 Clean & Seal Existing Concrete Floor | $13,623 | 4.19% | |
| 09.91263 Interior Finishes - Drywall, Paint, Floors | $65,657 | 20.20% | |
| **11 EQUIPMENT** | | | |
| 11.13001 Repair Dock Bumpers | $5,529 | 1.70% | |
| **12 FURNISHINGS** | | | |
| 12.21000 Replace Window Shades | $1,290 | 0.40% | |
| **13 SPECIAL CONSTRUCTION** | | | |
| 13.34200 Metal Building Repairs (Including Insulation) | $46,818 | 14.41% | |
| **22 PLUMBING** | | | |
| 22.66011 Plumbing Repairs | $14,406 | 4.43% | |
| **23 HVAC** | | | |
| 23.84170 HVAC Repairs | $3,274 | 1.01% | |
| **26 ELECTRICAL** | | | |
| 26.56014 Electrical Repairs | $37,193 | 11.44% | |
| **32 EXTERIOR IMPROVEMENTS** | | | |
| 32.31130 Chain Link Fencing | $25,116 | 7.73% | |
| 32.91000 Landscaping | $23,573 | 7.25% | |
| **Total Estimate** | **$325,000** | **100%** | |