**<u>Exhibit G</u>**

| 53 Expo Ledger of Amounts Owed | | |
|---|---|---|
| Rent Due | | |
| August | $ | 9,180.0 |
| September | | PAID |
| October | $ | 9,180.0 |
| November | $ | 9,180.0 |
| 2nd Half 2023 CRE Taxes | $ | 1,772.5 |
| Insurance Reimbursement | | |
| Tran# 1371624 | $ | 2,542.0 |
| Legal Fees | | |
| Invoice 286096 , plus estimate for 10/1/23 - 11/6/23 | $ | 7,008.5 |
| Repairs Expense | | |
| General Cleaning & Removal of Abandoned Trailer | $ | 12,283 |
| Concrete Floor Crack Repairs | $ | 5,601 |
| Floor Underlayment | $ | 1,301 |
| Remove & Replace Doors, Frames, Hardware | $ | 3,248 |
| Repair and Replace Overhead Doors | $ | 66,089 |
| Clean & Seal Existing Concrete Floor | $ | 13,623 |
| Interior Finishes - Drywall, Paint, Floor | $ | 65,657 |
| Repair Dock Bumpers | $ | 5,529 |
| Replace Window Shades | $ | 1,290 |
| Metal Building Repairs (Including Insulation) | $ | 46,818 |
| Plumbing Repairs | $ | 14,406 |
| HVAC Repairs | $ | 3,274 |
| Electrical Repairs | $ | 37,193 |
| Chain Link Fencing | $ | 25,116 |
| Landscaping | $ | 23,573 |
| TOTAL | $ | 363,864.0 |