**CERTIFICATE OF SERVICE**

The undersigned certifies that on November 8, 2023, a copy of the foregoing Objection was served on all parties requesting notice via CM/ECF and electronically or by Overnight Delivery on the parties listed in the attached Schedule A.

Dated: November 8, 2023                  */s/ Gregory A. Taylor*  
                                                       Gregory A. Taylor (DE Bar No. 4008)

## Schedule A – Service List

| | |
|---|---|
| **Whitney C. Fogelberg**<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2000<br>(312) 862-2200 (fax)<br>whitney.fogelberg@kirkland.com | **Allyson B Smith**<br>**Aaron Metviner**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>212-909-3217<br>212-446-4900 (fax)<br>allyson.smith@kirkland.com<br>Aaron.metviner@kirkland.com |
| **Laura Davis Jones**<br>**Timothy P. Cairns**<br>**Peter J. Keane**<br>**Edward Corma**<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>302 652-4100<br>302-652-4400 (fax)<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com | **Jane M. Leamy**<br>**Richard L. Schepacarter**<br>Office of the U.S. Trustee<br>844 King St.<br>Suite 2207<br>Wilmington, DE 19801<br>302-573-6491<br>302-573-6497 (fax)<br>jane.m.leamy@usdoj.gov<br>Richard.schepacarter@usdoj.gov |
| **Philip C. Dublin**<br>**Meredith A. Lahaie**<br>**Stephen B. Kuhn**<br>**Kevin Zuzolo**<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036<br>212-872-1000<br>212-872-1002 (fax)<br>pdublin@akingump.com<br>mlahaie@akingump.com<br>skuhn@akingump.com<br>kzuzolo@akingump.com | **Eric D. Winston**<br>Quinn Emanuel Urquhart & Sullivan LLP<br>865 South Figueroa Street<br>10th Floor<br>Los Angeles, CA 90017<br>213-443-3000<br>ericwinston@quinnemanuel.com |

| | |
|---|---|
| **Susheel Kirpalani**<br>Quinn Emanuel Urquhart Oliver Hedges LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>susheelkirpalani@quinnemanuel.com | **Luke S. Smith**<br>Ropes & Gray LLP<br>191 North Wacker Drive, 32nd Floor<br>Chicago, IL 60606<br>Luke.smith@ropesgray.com |
| **Natasha S. Hwangpo**<br>Ropes Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Natasha.hwangpo@ropesgray.com | **Joshua Spencer**<br>**Phillip W. Nelson**<br>Holland & Knight LLP<br>50 N. Riverside Plaza, Suite 2700<br>Chicago, IL 60606<br>Joshua.Spencer@hklaw.com<br>Phillip.Nelson@hklaw.com |
| **Scott Greissman**<br>**Elizabeth Feld**<br>**Andrew Zatz**<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, NY 10020-1095<br>212-819-8567<br>sgreissman@whitecase.com<br>efeld@whitecase.com<br>azatz@whitecase.com | **Kevin J. Simard**<br>**Hampton Foushee**<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>ksimard@choate.com<br>hfoushee@choate.com |
| **Ronald J. Silverman**<br>**Christopher R. Bryant**<br>Hogan Lovells US LLP<br>390 Madison Avenue<br>New York City, NY 10017<br>212-918-3000<br>Ronald.silverman@hoganlovells.com<br>chris.bryant@hoganlovells.com | **Michael Messersmith**<br>Arnold & Porter Kaye Scholer LLP<br>70 West Madison Street, Suite 4200<br>Chicago, IL 60602<br>Michael.messersmith@arnoldporter.com |
| **Benjamin Mintz**<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, NY 10019<br>Benjamin.mintz@arnoldporter.com | **Rosa Evergreen**<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave., N.W.<br>Washington, DC 20001<br>Rosa.evergreen@arnoldporter.com |
| **Yellow Corporation**<br>Attn: General Counsel<br>11500 Outlook Street, Suite 400<br>Overland Park, KS 66211 | |