## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, et al.,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

### APPLICATION OF JASON W. HARBOUR
### TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)

I, Jason W. Harbour, a Partner with Hunton Andrews Kurth LLP, respectfully request the approval of this Court to appear in the above-captioned cases on behalf of A. Duie Pyle, Inc. pursuant to Rule 9010-1(e)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"). Local Rule 9010-1(e)(ii) provides that "[a]ttorneys who are admitted to the Bar of the District Court and in good standing, but do not maintain an office in the District of Delaware, may appear on behalf of parties upon approval by the Court." Del. Bankr. L.R. 9010-1(e)(ii).

I am admitted to and in good standing with the Bar of the United States District Court for the District of Delaware. I do not maintain an office for the practice of law in the District of Delaware. My office is located in Richmond, Virginia, at the address indicated below.

I respectfully request that the Court enter the proposed order, attached here as Exhibit A approving my appearance in these proceedings pursuant to Local Rule 9010-1(e)(ii).

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Dated: November 8, 2023                    Respectfully submitted,

*/s/ Jason W. Harbour*
Jason W. Harbour (No. 4176)
**HUNTON ANDREWS KURTH LLP**
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219
Telephone:    (804) 788-8200
Facsimile:    (804) 788-8218
Email:        jharbour@HuntonAK.com

*Counsel for A. Duie Pyle, Inc.*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, et al.,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

**ORDER APPROVING APPEARANCE OF JASON W. HARBOUR**
**TO APPEAR PURSUANT TO LOCAL RULE 9010-1(e)(ii)**

This matter coming before the Court upon the application of Jason W. Harbour of Hunton Andrews Kurth LLP to appear in the above-captioned cases on behalf of A. Duie Pyle, Inc. pursuant to Rule 9010-1(e)(ii) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"); and the Court having reviewed the application and determined that the relief sought is appropriate; it is hereby

ORDERED, that Jason W. Harbour may appear in the above-captioned cases pursuant to Local Rule 9010-1(e)(ii).

ORDERED, that Jason W. Harbour may file pleadings and other papers and take all other actions as counsel in the above-captioned cases.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.