**Exhibit A**

**YELLOW CORPORATION**
Date: 11/03/2023

| Content of the Notice | Input |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | Remaining Salvage (215 Locations) |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | N/A |
| (c) identification of the Debtor entity selling the De Minimis Assets | Yellow Corporation |
| (d) identification of the purchaser of the De Minimis Assets | Recovery Management Corporation (dba Cargo Largo) |
| (e) the purchase price[1,2] | $1,916,366 (Net Transport Cost) |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | N/A |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | Main salvage vendor that the company worked with prior to the petition date. Understand the type of salvage and has historically been able to garner the highest sales value. The applicable commissions and fees is approximately 35%. |
| (h) any other significant terms of the sale or transfer | A purchase deposit will be provided by the vendor. The amount will equal the transport cost to ship the salvage to the vendor. Historically approx. 80% is sold within 4 months and remainder over the following 4 to 6 months. |

*1.) The purchase price is the company's best estimate - the actual purchase price for the salvage will be based on actual resale price of the salvage item (net of comissions)*
*2.) Company may determine to hold back shipping salvage from terminals with less than one (1) truck load as it may be cost prohibitive in some instances to transport low value salvage for resale.*