IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
|  | **Re: Docket No. 575** |
|  | <u>**Rescheduled Bid Deadline**</u>: Date and Time to Be Determined |
|  | <u>**Rescheduled Auction**</u>: Date and Time to Be Determined |
|  | <u>**Rescheduled Sale Hearing**</u>: Date and Time to Be Determined |

**NOTICE OF RESCHEDULED BID DEADLINE, AUCTION, AND
SALE HEARING FOR INTELLECTUAL PROPERTY AND OTHER ASSETS**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On September 15, 2023, the Court entered that certain *Order (I)(A) Approving Bidding Procedures for the Sale or Sales of the Debtors' Assets; (B) Scheduling Auctions and Approving the Form and Manner of Notice Thereof; (C) Approving Assumption and Assignment Procedures (D) Scheduling Sale Hearings and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

*Unexpired Lease; and (III) Granting Related Relief* [Docket No. 575] (the "Bidding Procedures Order).[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the (i) Bid Deadline for the Debtors' Assets constituting Non-Rolling Stock Assets (*i.e.*, Real Property Assets, Intellectual Property, and Other Assets) was scheduled for November 9, 2023 at 5:00 p.m., prevailing Eastern Time, (ii) an Auction, if any, for such Assets was scheduled to commence on November 28, 2023, at 10:00 a.m., prevailing Eastern Time, and (iii) a Sale Hearing as to Winning Bid(s) (and/or Back-Up Bid(s), as applicable) for such Assets was scheduled to take place on December 12, 2023 at a time to be determined (subject to the Court's availability).

**PLEASE TAKE FURTHER NOTICE** that each of the Bid Deadline, the Auction, and the Sale Hearing for Intellectual Property and Other Assets are hereby rescheduled to a date and time to be determined.

**PLEASE TAKE FURTHER NOTICE** that the Bid Deadline for Real Property Assets (November 9, 2023 at 5:00 p.m. (ET)), the commencement of the Auction for Real Property Assets (November 28, 2023 at 9:00 a.m. (ET)), and the Sale Hearing as to Winning Bid(s) (and/or Back-Up Bid(s), as applicable) for Real Property Assets remain as scheduled under the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to that certain *Order (I) Approving Agency Agreement with Nations Capital, LLC, Ritchie Bros. Auctioneers (America) Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd. and IronPlanet Canada Ltd Effective as of October 16, 2023; (II) Authorizing the Sale of Rolling Stock Assets Free and*

---

[2] Capitalized terms used in this notice but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

*Clear of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief* [Docket No. 981] and the *Notice of Cancellation of Rolling Stock Bid Deadline And Rolling Stock Auction* [Docket No. 857], sales of the Debtors' Rolling Stock Assets will be conducted by the Agent (as defined in the Agency Agreement Order) in accordance with the Agency Agreement Order and the Agency Agreement (as defined in the Agency Agreement Order and attached as <u>Exhibit 1</u> thereto).

Dated: November 8, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone:  (312) 862-2000 |
| Telephone:  (302) 652-4100 | Facsimile:  (312) 862-2200 |
| Facsimile:  (302) 652-4400 | Email:  patrick.nash@kirkland.com |
| Email:  ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*