**CERTIFICATE OF SERVICE**

I, Garvan F. McDaniel, hereby certify that on November 9, 2023, I caused a copy of the foregoing to be served upon all parties registered for service via CM/ECF and the parties on the attached service list.

*/s/ Garvan F. McDaniel*
Garvan F. McDaniel

## SERVICE LIST

**VIA EMAIL**

| | |
|---|---|
| Whitney Fogelberg<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, Illinois, 60654<br>whitney.fogelberg@kirkland.com | Allyson B. Smith<br>Aaron Metviner<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>allyson.smith@kirkland.com<br>aaron.metviner@kirkland.com |
| Laura Davis Jones<br>Timothy P. Cairns<br>Timothy P. Cairns<br>Peter J. Keane<br>Edward Corma<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, Delaware 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com | Jane Leamy<br>Richard Schepacarter<br>Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>jane.m.leamy@usdoj.gov<br>richard.schepacarter@usdoj.gov |
| Philip C. Dublin<br>Meredith A. Lahaie<br>Stephen B. Kuhn<br>Kevin Zuzolo<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>pdublin@akingump.com<br>mlahaie@akingump.com<br>skuhn@akingump.com<br>kzuzolo@akingump.com | Eric Winston<br>Quinn Emmanuel Urquhart & Sullivan<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>ericwinston@quinnemanuel.com |
| Susheel Kirplani<br>Quinn Emmanuel Urquhart & Sullivan<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>susheelkirpalani@quinnemanuel.com | Lucas S. Smith<br>Ropes & Gray LLP<br>191 North Wacker Drive, 32nd Floor<br>Chicago, IL 60606<br>Luke.Smith@ropesgray.com |

| | |
|---|---|
| Natasha S. Hwangpo<br>Ropes & Gray LLP<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Natasha.Hwangpo@ropesgray.com | Joshua M. Spencer<br>Phillip W. Nelson<br>Holland & Knight LLP<br>50 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606<br>Joshua.Spencer@hklaw.com<br>Phillip.Nelson@hklaw.com |
| Scott Greissman<br>Elizabeth Feld<br>Andrew Zatz<br>White & Case LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>sgreissman@whitecase.com<br>efeld@whitecase.com<br>azatz@whitecase.com | Kevin Simard<br>Hampton Foushee<br>Choate, Hall & Stewart LLP<br>Two International Place<br>Boston, MA 02110<br>ksimard@choate.com<br>hfoushee@choate.com |
| Joshua M. Spencer<br>Phillip W. Nelson<br>Holland & Knight LLP<br>50 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606<br>Joshua.Spencer@hklaw.com<br>Phillip.Nelson@hklaw.com | Ronald J. Silverman<br>Christopher R. Bryant<br>Hogan Lovells US LLP<br>390 Madison Avenue<br>New York, New York 10017<br>ronald.silverman@hoganlovells.com<br>chris.bryant@hoganlovells.com |
| Michael Messersmith<br>Arnold & Porter Kaye Scholer LLP<br>70 West Madison Street, Suite 4200<br>Chicago, Illinois 60602<br>michael.messersmith@arnoldporter.com | Benjamin Mintz<br>Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street<br>New York, New York 10019<br>benjamin.mintz@arnoldporter.com |
| Attn: Rosa Evergreen<br>Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave., N.W.<br>Washington, DC 20001<br>rosa.evergreen@arnoldporter.com | |

**VIA FIRST CLASS MAIL**

| | |
|---|---|
| Yellow Corporation<br>11500 Outlook Street, Suite 400<br>Overland Park, Kansas 66211<br>Attn.: General Counsel | |