**CERTIFICATE OF SERVICE**

    I, Kevin S. Mann, hereby certify that, on this 9th day of November, 2023, I caused copies of the foregoing *Crown Enterprises, Inc.'s, Crown Enterprises, LLC's, and Dauntless ULC's (A/K/A Crown Enterprises) Objection to Notice of Potential Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets* to be served upon all interested parties via CM/ECF and the parties listed on the attached service list by electronic mail unless otherwise indicated thereon.

                                                                     */s/ Kevin S. Mann*
                                                                    Kevin S. Mann (No. 4576)

**SERVICE LIST**

**VIA FIRST CLASS MAIL**
Yellow Corporation
Attn.: General Counsel
11500 Outlook Street, Suite 400
Overland Park, Kansas 66211

Kirkland & Ellis LLP
Attn.: Allyson B. Smith
Aaron Metviner
601 Lexington Avenue
New York, New York 10022
allyson.smith@kirkland.com
aaron.metviner@kirkland.com

Office of the United States Trustee
for the District of Delaware
Attn.: Jane Leamy
Richard Schepacarter
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
jane.m.leamy@usdoj.gov
richard.schepacarter@usdoj.gov

Quinn Emmanuel Urquhart & Sullivan
Attn: Eric Winston
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
ericwinston@quinnemanuel.com

Ropes & Gray LLP
Attn: Lucas S. Smith
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Luke.Smith@ropesgray.com

Kirkland & Ellis LLP
Attn.: Whitney Fogelberg
300 North LaSalle
Chicago, Illinois, 60654
whitney.fogelberg@kirkland.com

Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones
Timothy P. Cairns
Peter J. Keane
Edward Corma
919 North Market Street, 17th Floor
Wilmington, Delaware 19801
ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

Akin Gump Strauss Hauer & Feld LLP
Attn: Philip C. Dublin
Meredith A. Lahaie
Stephen B. Kuhn
Kevin Zuzolo
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
pdublin@akingump.com
mlahaie@akingump.com
skuhn@akingump.com
kzuzolo@akingump.com

Quinn Emmanuel Urquhart & Sullivan
Attn: Susheel Kirplani
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com

Ropes & Gray LLP
Attn: Natasha S. Hwangpo
1211 Avenue of the Americas
New York, NY 10036
Natasha.Hwangpo@ropesgray.com

Holland & Knight LLP
Attn. Joshua M. Spencer
Phillip W. Nelson
50 N. Riverside Plaza, Suite 2700
Chicago IL 60606
Joshua.Spencer@hklaw.com
Phillip.Nelson@hklaw.com

White & Case LLP
Attn: Scott Greissman
Elizabeth Feld
Andrew Zatz
1221 Avenue of the Americas
New York, New York 10020
sgreissman@whitecase.com
efeld@whitecase.com
azatz@whitecase.com

Choate, Hall & Stewart LLP
Attn: Kevin Simard
Hampton Foushee
Two International Place
Boston, MA 02110
ksimard@choate.com
hfoushee@choate.com

Holland & Knight LLP
Attn. Joshua M. Spencer
Phillip W. Nelson
50 N. Riverside Plaza, Suite 2700
Chicago IL 60606
Joshua.Spencer@hklaw.com
Phillip.Nelson@hklaw.com

Hogan Lovells US LLP
Attn: Ronald J. Silverman
Christopher R. Bryant
390 Madison Avenue
New York, New York 10017
ronald.silverman@hoganlovells.com
chris.bryant@hoganlovells.com

Arnold & Porter Kaye Scholer LLP
Attn: Michael Messersmith
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
michael.messersmith@arnoldporter.com

Arnold & Porter Kaye Scholer LLP
Attn: Benjamin Mintz
250 West 55th Street
New York, New York 10019
benjamin.mintz@arnoldporter.com

Arnold & Porter Kaye Scholer LLP
Attn: Rosa Evergreen
601 Massachusetts Ave., N.W.
Washington, DC 20001
rosa.evergreen@arnoldporter.com