**EXHIBIT A**

**Calculation of Cure Amount and corresponding Lease Section(s):**

| | | |
|---|---|---|
| 1. | Unpaid Rent for August 2023: <br> *See* Section 6 and various amendments to Lease: | $14,226.97 |
| 4. | Unpaid Property Taxes for 2023: <br> *See* Section 7 and various amendments to Lease: | $102,695.90 |
| 5. | Attorneys' fees and expenses: | $10,462.00 |
| TOTAL CURE AMOUNT AS OF NOVEMBER 8, 2023: | | $127,384.87 |