## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on November 9, 2023, I caused a true and correct copy of *Limited Objection of 445 Hollywood Avenue LLC to Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the parties below via electronic mail unless otherwise indicated thereon.

Dated:  November 9, 2023              */s/ Amy D. Brown*
                                                             Amy D. Brown (DE 4077)

**SERVICE LIST**

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Yellow Corporation<br>Attn.: General Counsel<br>11500 Outlook Street, Suite 400<br>Overland Park, Kansas 66211 | Kirkland & Ellis LLP<br>Attn.: Whitney Fogelberg, Esq.<br>300 North LaSalle<br>Chicago, Illinois, 60654<br>whitney.fogelberg@kirkland.com |
| Kirkland & Ellis LLP<br>Attn.: Allyson B. Smith, Esq.<br>Aaron Metviner, Esq.<br>601 Lexington Avenue<br>New York, New York 10022<br>allyson.smith@kirkland.com<br>aaron.metviner@kirkland.com | Pachulski Stang Ziehl & Jones LLP<br>Attn: Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Peter J. Keane, Esq.<br>Edward Corma, Esq.<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com |
| Office of the United States Trustee<br>for the District of Delaware<br>Attn.: Jane Leamy, Esq.<br>Richard Schepacarter, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>jane.m.leamy@usdoj.gov<br>richard.schepacarter@usdoj.gov | Akin Gump Strauss Hauer & Feld LLP<br>Attn: Philip C. Dublin, Esq.<br>Meredith A. Lahaie, Esq.<br>Stephen B. Kuhn, Esq.<br>Kevin Zuzolo, Esq.<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>pdublin@akingump.com<br>mlahaie@akingump.com<br>skuhn@akingump.com<br>kzuzolo@akingump.com |
| Quinn Emmanuel Urquhart & Sullivan<br>Attn: Eric Winston, Esq.<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>ericwinston@quinnemanuel.com | Quinn Emmanuel Urquhart & Sullivan<br>Attn: Susheel Kirplani, Esq.<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>susheelkirpalani@quinnemanuel.com |
| Ropes & Gray LLP<br>Attn: Lucas S. Smith, Esq.<br>191 North Wacker Drive, 32nd Floor<br>Chicago, IL 60606<br>Luke.Smith@ropesgray.com | Ropes & Gray LLP<br>Attn: Natasha S. Hwangpo, Esq.<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Natasha.Hwangpo@ropesgray.com |

Holland & Knight LLP
Attn. Joshua M. Spencer, Esq.
Phillip W. Nelson, Esq.
50 N. Riverside Plaza, Suite 2700
Chicago IL 60606
Joshua.Spencer@hklaw.com
Phillip.Nelson@hklaw.com

White & Case LLP
Attn: Scott Greissman
Elizabeth Feld, Esq.
Andrew Zatz, Esq.
1221 Avenue of the Americas
New York, New York 10020
sgreissman@whitecase.com
efeld@whitecase.com
azatz@whitecase.com

Choate, Hall & Stewart LLP
Attn: Kevin Simard, Esq.
Hampton Foushee, Esq.
Two International Place
Boston, MA 02110
ksimard@choate.com
hfoushee@choate.com

Holland & Knight LLP
Attn. Joshua M. Spencer, Esq.
Phillip W. Nelson, Esq.
50 N. Riverside Plaza, Suite 2700
Chicago IL 60606
Joshua.Spencer@hklaw.com
Phillip.Nelson@hklaw.com

Hogan Lovells US LLP
Attn: Ronald J. Silverman, Esq.
Christopher R. Bryant, Esq.
390 Madison Avenue
New York, New York 10017
ronald.silverman@hoganlovells.com
chris.bryant@hoganlovells.com

Arnold & Porter Kaye Scholer LLP
Attn: Michael Messersmith, Esq.
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
michael.messersmith@arnoldporter.com

Arnold & Porter Kaye Scholer LLP
Attn: Benjamin Mintz, Esq.
250 West 55th Street
New York, New York 10019
benjamin.mintz@arnoldporter.com

Arnold & Porter Kaye Scholer LLP
Attn: Rosa Evergreen, Esq.
601 Massachusetts Ave., N.W.
Washington, DC 20001
rosa.evergreen@arnoldporter.com