**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| YELLOW CORPORATION, *et al.*, | : | Case No. 23-11069 (CTG) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**EXHIBIT A**

**OBJECTION OF KESTREL CROSSDOCK, LLC TO NOTICE OF POTENTIAL ASSUMPTION OR ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS OR LEASES ASSOCIATED WITH THE NON-ROLLING STOCK ASSETS**

Calculation of Actual Cure Amount and corresponding Lease Section(s):

1. Unpaid Rent for August 2023:     $20,150.32
   *See* Section 3 of Lease

2. Late Fees on Unpaid Rent:     $1,007.52
   *See* Section 27 of Lease

3. Interest on Unpaid Rent:     $540.00
   *See* Section 27 of Lease

4. Unpaid Property Taxes:     $16,583.96
   *See* Section 4 of Lease

5. Repair of Damages to Building Caused by Debtors:     $22,000.00
   *See* Section 10 of Lease

6. Fall Maintenance and Administrative Fee:     $2,200.00
   *See* Section 10 of Lease

7. Repair of Damages to Asphalt Caused by Debtors:     $147,000.00
   *See* Section 10 of Lease

8. Repair of Damages to Bollard and Fence Caused by Debtors:     $5,000.00
   *See* Section 10 of Lease

9. Attorneys' fees and expenses:     $1,475.00
   *See* Section 25 of Lease

**TOTAL ACTUAL CURE AMOUNT:**     **$215,956.80**