**THE UNITED STATES BANKRTUCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| YELLOW CORPORTATION, *et al.*, | : | Case No. 23-11069 (CTG) |
| | : | (Jointly Administered) |
| Debtors. | : | |

## MOTION AND ORDER FOR ADMISSION PRO HACE VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Philip W. Allogramento, III of Connell Foley LLP to represent 445 Hollywood Avenue, LLC in the above cases and any associated adversary proceedings.

Dated: November 9, 2023　　　　　　　　　　*/s/ Amy D. Brown*
Wilmington, Delaware　　　　　　　　　　　Amy D. Brown, Esq. (DE 4077)
　　　　　　　　　　　　　　　　　　　　　GELLERT SCALI BUSENKELL & BROWN, LLC
　　　　　　　　　　　　　　　　　　　　　1201 N. Orange Street, Suite 300
　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　Telephone: (302) 416-3357
　　　　　　　　　　　　　　　　　　　　　abrown@gsbblaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of New Jersey and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local rules and with Standing Order for District Court Fund revised August 31, 2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: November 9, 2023　　　　　　　　　　*/s/ Philip W. Allogramento*
　　　　　　　　　　　　　　　　　　　　　Philip W. Allogramento III (007722004)
　　　　　　　　　　　　　　　　　　　　　CONNELL FOLEY LLP
　　　　　　　　　　　　　　　　　　　　　56 Livingston Ave
　　　　　　　　　　　　　　　　　　　　　Roseland, New Jersey 07068
　　　　　　　　　　　　　　　　　　　　　Telephone: (973) 535-0500
　　　　　　　　　　　　　　　　　　　　　pallogramento@connellfoley.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.