## **CERTIFICATE OF SERVICE**

I, Joseph C. Barsalona II, hereby certify that on November 9, 2023, I caused a copy of the foregoing *HAWKEY TRANSPORTATION, INC.'S OBJECTION TO PROPOSED CURE AMOUNT IN NOTICE OF POTENTIAL ASSUMPTION OR ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS OR LEASES ASSOCIATED WITH THE NON-ROLLING STOCK ASSETS* to be served on all parties who are scheduled to receive notice through the Court's ECF system and the parties listed on the service list as indicated.

        **PASHMAN STEIN WALDER HAYDEN, P.C.**

        */s/ Joseph C. Barsalona II*
        Joseph C. Barsalona II (No. 6102)
        1007 North Orange Street 4th Floor #183
        Wilmington, DE 19801-1242
        Telephone: (302) 592-6496
        Email: jbarsalona@pashmanstein.com

        *Counsel to Hawkey Transportation, Inc.*

**Via First Class Mail and Email (if listed)**

| | |
|---|---|
| Yellow Corporation,<br>11500 Outlook Street, Suite 400,<br>Overland Park, Kansas 66211,<br>Attn.: General Counsel | Kirkland & Ellis LLP<br>300 North LaSalle,<br>Chicago, Illinois, 60654,<br>Attn.: Whitney Fogelberg<br>Email: whitney.fogelberg@kirkland.com |
| Kirkland & Ellis LLP<br>601 Lexington Avenue,<br>New York, New York 10022,<br>Attn.: Allyson B. Smith<br>      Aaron Metviner<br>Email: allyson.smith@kirkland.com<br>      aaron.metviner@kirkland.com | Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor,<br>PO Box 8705,<br>Wilmington, Delaware 19801<br>Attn: Laura Davis Jones<br>      Timothy P. Cairns<br>      Peter J. Keane<br>      Edward Corma<br>Email: ljones@pszjlaw.com<br>      tcairns@pszjlaw.com<br>      pkeane@pszjlaw.com<br>      ecorma@pszjlaw.com |
| Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207, Lockbox 35,<br>Wilmington, Delaware 19801<br>Attn.: Jane Leamy<br>      Richard Schepacarter<br>Email: jane.m.leamy@usdoj.gov<br>      richard.schepacarter@usdoj.gov | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>Attn: Philip C. Dublin<br>      Meredith A. Lahaie<br>      Stephen B. Kuhn<br>      Kevin Zuzolo<br>Email: pdublin@akingump.com<br>      mlahaie@akingump.com<br>      skuhn@akingump.com<br>      kzuzolo@akingump.com |
| Quinn Emmanuel Urquhart & Sullivan<br>865 S. Figueroa St., 10th Floor,<br>Los Angeles, CA 90017,<br>Attn: Eric Winston<br>Email: ericwinston@quinnemanuel.com | Quinn Emmanuel Urquhart & Sullivan<br>51 Madison Avenue, 22nd Floor,<br>New York, NY 10010,<br>Attn: Susheel Kirplani<br>Email: susheelkirpalani@quinnemanuel.com |
| Ropes & Gray LLP<br>191 North Wacker Drive, 32nd Floor,<br>Chicago, IL 60606,<br>Attn: Lucas S. Smith<br>Email: luke.Smith@ropesgray.com | Ropes & Gray LLP<br>1211 Avenue of the Americas,<br>New York, NY 10036,<br>Attn: Natasha S. Hwangpo<br>Email: Natasha.Hwangpo@ropesgray.com |

| | |
|---|---|
| Holland & Knight LLP,<br>50 N. Riverside Plaza, Suite 2700,<br>Chicago IL 60606,<br>Attn. Joshua M. Spencer<br>         Phillip W. Nelson<br>Email: Joshua.Spencer@hklaw.com<br>           Phillip.Nelson@hklaw.com | White & Case LLP,<br>1221 Avenue of the Americas,<br>New York, New York 10020<br>Attn: Scott Greissman<br>Elizabeth Feld<br>Andrew Zatz<br>Email: sgreissman@whitecase.com<br>           efeld@whitecase.com<br>           azatz@whitecase.com |
| Choate, Hall & Stewart LLP<br>Two International Place,<br>Boston, MA 02110<br>Attn: Kevin Simard<br>Hampton Foushee<br>Email: ksimard@choate.com<br>           hfoushee@choate.com | Hogan Lovells US LLP,<br>390 Madison Avenue,<br>New York, New York 10017,<br>Attn: Ronald J. Silverman<br>         Christopher R. Bryant<br>Email: ronald.silverman@hoganlovells.com<br>           chris.bryant@hoganlovells.com |
| Arnold & Porter Kaye Scholer LLP<br>70 West Madison Street, Suite 4200,<br>Chicago, Illinois 60602,<br>Attn: Michael Messersmith<br>Email: michael.messersmith@arnoldporter.com | Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave., N.W.,<br>Washington, DC 20001<br>Attn: Rosa Evergreen<br>Email: rosa.evergreen@arnoldporter.com |
| Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street,<br>New York, New York 10019,<br>Attn: Benjamin Mintz<br>Email: benjamin.mintz@arnoldporter.com | |