# EXHIBIT B

**(Cure Amount Calculations)**

**Cure Amounts**

| Due Date | Description | Amount |
|---|---|---|
| 8/1/2023 | Minimum Rent (08/2023) | $58,587.02 |
| 8/1/2023 | CAM Other Charges (08/2023) | $16,353.44 |
| 8/1/2023 | CAM Real Estate Tax (08/2023) | $6,076.58 |
| 8/1/2023 | Parking Retail Income (08/2023) | $7,400.00 |
| 8/24/2023 | Electric Charge (7/21/23-8/22/23) 12903 kwh @0.22629 | $3,057.12 |
| 9/26/2023 | Electric Charge (08/22/23-9/21/23) 12039 kwh @0.23422 | $2,952.37 |
| | Late Fee on Past Due Rent | $3,829.56 |
| | Attorneys' Fees (Rosner Law Group LLC) | $7,577.80 |
| | **TOTAL** | **$105,833.89** |

{00037207.2 }