## **EXHIBIT A**

| Property Address | Description of Lease | Lessor | Debtor Cure Amount | Lessor Cure Amount |
|---|---|---|---|---|
| **6351 S Hanover Road, Elkridge MD 21075-9998** | Real Property Lease - Terminal | GPT Elkridge Terminal Owner LLC | $51,220 | $129,238.19 |
| **50 Burt Drive, Deer Park, NY 11729** | Real Property Lease - Terminal | GPT Deer Park Terminal Owner LLC | $31,883 | $31,883 |
| **1265 LaQuinta Drive, Orlando, FL 32809** | Real Property Lease - Terminal | GPT Orlando Terminal Owner LLC | $43,645 | $101,504.19 |
| **1250 Terminus Drive Lithia Springs, GA 30122** | Real Property Lease - Terminal | BREIT Industrial Canyon GA 1B01 LLC | $71,062 | $71,062 |

10070891.2