**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 9, 2023, I caused a true and correct copy of foregoing *Objection of Link Logistics Real Estate Management LLC, Breit Industrial Canyon GA1B01 LLC, GPT Elkridge Terminal Owner LLC, GPT Deer Park Terminal Owner LLC, and GPT Orlando Terminal Owner LLC, to Debtors' Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets* to be electronically filed and served via CM/ECF upon all parties requesting electronic notices in this case and additionally upon the parties below via electronic mail unless otherwise indicated thereon.

Dated: November 9, 2023          */s/ Michael Van Gorder*
                                            Michael Van Gorder (DE 6214)

## SERVICE LIST

| | |
|---|---|
| **VIA FIRST CLASS MAIL**<br>Yellow Corporation<br>Attn.: General Counsel<br>11500 Outlook Street, Suite 400<br>Overland Park, Kansas 66211 | Kirkland & Ellis LLP<br>Attn.: Whitney Fogelberg, Esq.<br>300 North LaSalle<br>Chicago, Illinois, 60654<br>whitney.fogelberg@kirkland.com |
| Kirkland & Ellis LLP<br>Attn.: Allyson B. Smith, Esq.<br>Aaron Metviner, Esq.<br>601 Lexington Avenue<br>New York, New York 10022<br>allyson.smith@kirkland.com<br>aaron.metviner@kirkland.com | Pachulski Stang Ziehl & Jones LLP<br>Attn: Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Peter J. Keane, Esq.<br>Edward Corma, Esq.<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com |
| Office of the United States Trustee<br>for the District of Delaware<br>Attn.: Jane Leamy, Esq.<br>Richard Schepacarter, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>jane.m.leamy@usdoj.gov<br>richard.schepacarter@usdoj.gov | Akin Gump Strauss Hauer & Feld LLP<br>Attn: Philip C. Dublin, Esq.<br>Meredith A. Lahaie, Esq.<br>Stephen B. Kuhn, Esq.<br>Kevin Zuzolo, Esq.<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>pdublin@akingump.com<br>mlahaie@akingump.com<br>skuhn@akingump.com<br>kzuzolo@akingump.com |
| Quinn Emmanuel Urquhart & Sullivan<br>Attn: Eric Winston, Esq.<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>ericwinston@quinnemanuel.com | Quinn Emmanuel Urquhart & Sullivan<br>Attn: Susheel Kirplani, Esq.<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>susheelkirpalani@quinnemanuel.com |
| Ropes & Gray LLP<br>Attn: Lucas S. Smith, Esq.<br>191 North Wacker Drive, 32nd Floor<br>Chicago, IL 60606<br>Luke.Smith@ropesgray.com | Ropes & Gray LLP<br>Attn: Natasha S. Hwangpo, Esq.<br>1211 Avenue of the Americas<br>New York, NY 10036<br>Natasha.Hwangpo@ropesgray.com |

Holland & Knight LLP
Attn. Joshua M. Spencer, Esq.
Phillip W. Nelson, Esq.
50 N. Riverside Plaza, Suite 2700
Chicago IL 60606
Joshua.Spencer@hklaw.com
Phillip.Nelson@hklaw.com

White & Case LLP
Attn: Scott Greissman
Elizabeth Feld, Esq.
Andrew Zatz, Esq.
1221 Avenue of the Americas
New York, New York 10020
sgreissman@whitecase.com
efeld@whitecase.com
azatz@whitecase.com

Choate, Hall & Stewart LLP
Attn: Kevin Simard, Esq.
Hampton Foushee, Esq.
Two International Place
Boston, MA 02110
ksimard@choate.com
hfoushee@choate.com

Holland & Knight LLP
Attn. Joshua M. Spencer, Esq.
Phillip W. Nelson, Esq.
50 N. Riverside Plaza, Suite 2700
Chicago IL 60606
Joshua.Spencer@hklaw.com
Phillip.Nelson@hklaw.com

Hogan Lovells US LLP
Attn: Ronald J. Silverman, Esq.
Christopher R. Bryant, Esq.
390 Madison Avenue
New York, New York 10017
ronald.silverman@hoganlovells.com
chris.bryant@hoganlovells.com

Arnold & Porter Kaye Scholer LLP
Attn: Michael Messersmith, Esq.
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
michael.messersmith@arnoldporter.com

Arnold & Porter Kaye Scholer LLP
Attn: Benjamin Mintz, Esq.
250 West 55th Street
New York, New York 10019
benjamin.mintz@arnoldporter.com

Arnold & Porter Kaye Scholer LLP
Attn: Rosa Evergreen, Esq.
601 Massachusetts Ave., N.W.
Washington, DC 20001
rosa.evergreen@arnoldporter.com