IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069(CTG)<br><br>Re: D.I. 968 |

**DECLARATION OF MIKE HAWKEY IN SUPPORT OF HAWKEY TRANSPORTATION, INC. OBJECTION TO PROPOSED CURE AMOUNT IN NOTICE OF POTENTIAL ASSUMPTION OR ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS OR LEASES ASSOCIATED WITH THE NON-ROLLING STOCK ASSETS**

I, Mike Hawkey, declare as follows:

1. I am the owner of Hawkey Transportation, Inc. I have personal knowledge of the matters herein and could testify competently thereto, if necessary.

2. I submit this Declaration in support of the *Hawkey Transportation, Inc. Objection to Proposed Cure Amount in Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets* (the "Objection").[2]

3. Attached hereto as Exhibit A is a true and correct copy of that certain lease dated October 1, 2021, by and between Hawkey, as landlord, and USF, as tenant for certain premises located in Anderson, Shasta County, California (the "Lease").

4. According to Hawkey's records, USF's unpaid charges under the lease include the following:

   a. August Rent - $6,000

   b. Utilities for April 13, 2023 to July 12, 2023 - $2,366.51

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Objection.

      c. Utilities for July 13, 2023 to August 10, 2023 - $1,324.00

      d. Utilities for September 12, 2023 to October 11, 2023 - $631.00

5. A true and correct copy of the invoices setting for the aforementioned charges is attached hereto as Exhibit B.

I declare under penalty of perjury that the foregoing is true and correct.
Executed this 8 day of November, 2023, at Beaverton, Oregon.

/s/ _____
Mike Hawkey