# Exhibit B

**Hawkey Transportation Inc.**
P.O. Box 732
Beaverton, OR 97075

# Invoice

Invoice #: 9595
Invoice Date: 8/1/2023
Due Date: 8/1/2023
Project:
P.O. Number:

**Bill To:**
USF Reddaway
19903 Alexander Ave.
Anderson, CA 96007

| Date | Description | Amount |
|---|---|---|
|  | August 2023 Rent | 6,000.00 |

| | Total | $6,000.00 |
|---|---|---|
|  | Payments/Credits | $0.00 |
|  | Balance Due | $6,000.00 |

Exhibit B
Page 1 of 4

**Hawkey Transportation Inc.**
P.O. Box 732
Beaverton, OR 97075

# Invoice

**Invoice #:** 9603
**Invoice Date:** 7/30/2023
**Due Date:** 7/30/2023
**Project:**
**P.O. Number:**

**Bill To:**
USF Reddaway
19903 Alexander Ave.
Anderson, CA  96007

| Date | Description | Amount |
|---|---|---|
|  | Utilities 4-13-23 to 5-11-23 | 639.21 |
|  | Utilities 5-12-23 to 6-11-23 | 741.40 |
|  | Utilities 6-12-23 to 7-12-23 | 985.90 |

**Total** $2,366.51

**Payments/Credits** $0.00

**Balance Due** $2,366.51

Exhibit B
Page 2 of 4

**Hawkey Transportation Inc.**
P.O. Box 732
Beaverton, OR 97075

# Invoice

Invoice #: 9626
Invoice Date: 9/11/2023
Due Date: 9/11/2023
Project:
P.O. Number:

**Bill To:**
USF Reddaway
19903 Alexander Ave.
Anderson, CA 96007

| Date | Description | Amount |
|---|---|---|
|  | Utilities 7-13-23 to 8-10-23 | 1,324.00 |
|  | Utilities 8-11-23 to 9-11-23 | 951.00 |

10/27 paid

| | | |
|---|---|---|
| | Total | $2,275.00 |
| | Payments/Credits | $0.00 |
| | Balance Due | $2,275.00 |

Exhibit B
Page 3 of 4

**Hawkey Transportation Inc.**
P.O. Box 732
Beaverton, OR 97075

# Invoice

**Invoice #:** 9648
**Invoice Date:** 11/8/2023
**Due Date:** 11/8/2023
**Project:**
**P.O. Number:**

**Bill To:**
USF Reddaway
19903 Alexander Ave.
Anderson, CA  96007

| Date | Description | Amount |
|---|---|---|
|  | Utilities 9-12-23 to 10-11-23 | 631.00 |

| | | |
|---|---|---|
| | **Total** | $631.00 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $631.00 |

Exhibit B
Page 4 of 4