## Exhibit A




1000 SW Broadway
Suite 1400
Portland, OR 97205
503.227.1111
sussmanshank.com

HAWKEY TRANSPORTATION INC.
PO Box 732
Beaverton, OR 97075

November 08, 2023

Client ID 27028-001 TWS

Statement for period through November 08, 2023

**LEGAL SERVICES REGARDING:** Yellow Corporation, Chapter 11 Bankruptcy

**Fees**

| Date | Description | T.K. | Hours | Amount |
|---|---|---|---|---|
| 10/26/23 | Review notice of potential assumption of lease and correspondence with Mike Hawkey concerning same | GSE | 0.20 | $68.00 |
| 10/27/23 | Begin drafting objection to notice of potential assumption, including research on attorneys fees in cure costs (2.0); Draft declaration in support of objection (.3) | GSE | 2.30 | $782.00 |
| 10/30/23 | Continue drafting objection to notice of cure amounts | GSE | 0.30 | $102.00 |
| | Review lease and respond to Mike Hawkey's inquiry regarding debtor's occupation of non-leased property | GSE | 0.20 | $68.00 |
| 10/31/23 | Final review of objection to notice of proposed cure amounts and supporting declaration and correspondence with Tom Stilley regarding same | GSE | 0.20 | $68.00 |
| 11/02/23 | Correspondence with Mike Hawkey concerning motion for relief from stay, objection to cure amounts and administrative claims | GSE | 0.10 | $34.00 |
| | Further revise objection to notice of cure amounts (1.0); Draft declaration of Garrett Eggen in support of cure amounts (.3); Correspondence with Joe Barsalona III and Mike Hawkey regarding objection to notice of cure amounts and supporting declarations needed (.1) | GSE | 1.40 | $476.00 |
| 11/07/23 | Review declaration and exhibits and for attorney Garrett S. Eggen | MPR | 0.30 | $78.00 |
| 11/08/23 | Call with Sandi Hawkey regarding objection to notice of assumption (.1); Revise Mike Hawkey declaration to include updated information (.2) | GSE | 0.30 | $102.00 |
| | Revise objection to notice of assumption and cure to incorporate updated invoice figures | GSE | 0.20 | $68.00 |

**Timekeeper Recap**

| T.K. | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| GSE | EGGEN, GARRETT S. | 5.40 | $340.00 | $1,768.00 |

Sussman Shank LLP | TIN: 93-0461608

HAWKEY TRANSPORTATION INC.  November 08, 2023
PO Box 732
Beaverton, OR 97075  Client ID 27028-001 TWS

## Timekeeper Recap

| T.K. | Name | Hours | Rate | Amount |
|---|---|---|---|---|
| MPR | RACANELLI, MAJESTA P. | 0.30 | $260.00 | $78.00 |

**TOTAL FEES** $1,846.00

Sussman Shank LLP | TIN: 93-0461608