## **CERTIFICATE OF SERVICE**

I, Joseph C. Barsalona II, hereby certify that on November 9, 2023, I caused a copy of the foregoing *DECLARATION OF GARRETT S. EGGEN IN SUPPORT OF HAWKEY TRANSPORTATION, INC.'S OBJECTION TO PROPOSED CURE AMOUNT IN NOTICE OF POTENTIAL ASSUMPTION OR ASSUMPTION AND ASSIGNMENT OF CERTAIN CONTRACTS OR LEASES ASSOCIATED WITH THE NON-ROLLING STOCK ASSETS* to be served on all parties who are scheduled to receive notice through the Court's ECF system and the parties listed on the service list as indicated.

        **PASHMAN STEIN WALDER HAYDEN, P.C.**

        */s/ Joseph C. Barsalona II*
        Joseph C. Barsalona II (No. 6102)
        1007 North Orange Street 4th Floor #183
        Wilmington, DE 19801-1242
        Telephone: (302) 592-6496
        Email: jbarsalona@pashmanstein.com

        *Counsel to Hawkey Transportation, Inc.*

**Via First Class Mail and Email (if listed)**

| | |
|---|---|
| Yellow Corporation,<br>11500 Outlook Street, Suite 400,<br>Overland Park, Kansas 66211,<br>Attn.: General Counsel | Kirkland & Ellis LLP<br>300 North LaSalle,<br>Chicago, Illinois, 60654,<br>Attn.: Whitney Fogelberg<br>Email: whitney.fogelberg@kirkland.com |
| Kirkland & Ellis LLP<br>601 Lexington Avenue,<br>New York, New York 10022,<br>Attn.: Allyson B. Smith<br>        Aaron Metviner<br>Email: allyson.smith@kirkland.com<br>        aaron.metviner@kirkland.com | Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor,<br>PO Box 8705,<br>Wilmington, Delaware 19801<br>Attn: Laura Davis Jones<br>        Timothy P. Cairns<br>        Peter J. Keane<br>        Edward Corma<br>Email: ljones@pszjlaw.com<br>        tcairns@pszjlaw.com<br>        pkeane@pszjlaw.com<br>        ecorma@pszjlaw.com |
| Office of the United States Trustee<br>for the District of Delaware<br>844 King Street, Suite 2207, Lockbox 35,<br>Wilmington, Delaware 19801<br>Attn.: Jane Leamy<br>        Richard Schepacarter<br>Email: jane.m.leamy@usdoj.gov<br>        richard.schepacarter@usdoj.gov | Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>Attn: Philip C. Dublin<br>        Meredith A. Lahaie<br>        Stephen B. Kuhn<br>        Kevin Zuzolo<br>Email: pdublin@akingump.com<br>        mlahaie@akingump.com<br>        skuhn@akingump.com<br>        kzuzolo@akingump.com |
| Quinn Emmanuel Urquhart & Sullivan<br>865 S. Figueroa St., 10th Floor,<br>Los Angeles, CA 90017,<br>Attn: Eric Winston<br>Email: ericwinston@quinnemanuel.com | Quinn Emmanuel Urquhart & Sullivan<br>51 Madison Avenue, 22nd Floor,<br>New York, NY 10010,<br>Attn: Susheel Kirplani<br>Email: susheelkirpalani@quinnemanuel.com |
| Ropes & Gray LLP<br>191 North Wacker Drive, 32nd Floor,<br>Chicago, IL 60606,<br>Attn: Lucas S. Smith<br>Email: luke.Smith@ropesgray.com | Ropes & Gray LLP<br>1211Avenue of the Americas,<br>New York, NY 10036,<br>Attn: Natasha S. Hwangpo<br>Email: Natasha.Hwangpo@ropesgray.com |

| | |
|---|---|
| Holland & Knight LLP,<br>50 N. Riverside Plaza, Suite 2700,<br>Chicago IL 60606,<br>Attn. Joshua M. Spencer<br>       Phillip W. Nelson<br>Email: Joshua.Spencer@hklaw.com<br>       Phillip.Nelson@hklaw.com | White & Case LLP,<br>1221 Avenue of the Americas,<br>New York, New York 10020<br>Attn: Scott Greissman<br>Elizabeth Feld<br>Andrew Zatz<br>Email: sgreissman@whitecase.com<br>       efeld@whitecase.com<br>       azatz@whitecase.com |
| Choate, Hall & Stewart LLP<br>Two International Place,<br>Boston, MA 02110<br>Attn: Kevin Simard<br>Hampton Foushee<br>Email: ksimard@choate.com<br>       hfoushee@choate.com | Hogan Lovells US LLP,<br>390 Madison Avenue,<br>New York, New York 10017,<br>Attn: Ronald J. Silverman<br>       Christopher R. Bryant<br>Email: ronald.silverman@hoganlovells.com<br>       chris.bryant@hoganlovells.com |
| Arnold & Porter Kaye Scholer LLP<br>70 West Madison Street, Suite 4200,<br>Chicago, Illinois 60602,<br>Attn: Michael Messersmith<br>Email: michael.messersmith@arnoldporter.com | Arnold & Porter Kaye Scholer LLP<br>601 Massachusetts Ave., N.W.,<br>Washington, DC 20001<br>Attn: Rosa Evergreen<br>Email: rosa.evergreen@arnoldporter.com |
| Arnold & Porter Kaye Scholer LLP<br>250 West 55th Street,<br>New York, New York 10019,<br>Attn: Benjamin Mintz<br>Email: benjamin.mintz@arnoldporter.com | |