# EXHIBIT

# 1

# TERRENO CURE AMOUNTS

## CLAWITER LEASE ‐ Y889

| Charge Code | Date | Current Owed | Notes |
|---|---|---|---|
| **25555 Clawiter Road (pclawi01)** | | | |
| **YRC Inc. (lyrcin03)** | | | |
| ins_bill | 7/31/2023 | 28,222.11 | insurance bill increase |
| b_rent | 8/1/2023 | 68,762.44 | outstanding stub rent |
| RE Tax | 11/6/2023 | 58,259.17 | direct bill tax payment due |
| HVAC | 11/6/2023 | 115,987.00 | HVAC replacement of units not properly maintained, requested April-23 (approximate bid) |
| Parking Lot R&M 2023) | 11/6/2023 | 102,326.00 | Requested R&M from April-23 that tenant has not addressed (approximate bid) |

**Clawiter Total:**     373,556.72

## DELL LEASE ‐ Y126

| | |
|---|---|
| Insurance reimbursement | 11,691.60 |
| August base rent | 69,712.03 |
| RE Tax | 38,790.32 |
| Repairs and Maintenance | 203,264.37 |

**Dell Total:**    323,458.32