# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

In Re:                       Chapter __11__

                           Case No. __23__-__11069__ (__CTG__)

Debtor: YELLOW CORPORATION, et al.

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of __Gerard DiConza__

to represent __1313 Grand Street Realty, LLC__ in this action.

Alan M. Root (No. 5427)

Firm Name: Archer & Greiner, P.C.
Address: 300 Delaware Avenue, Ste 1100
Wilmington, DE 19801
Phone: (302) 777-4350
Email: aroot@archerlaw.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of __New York__ and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Gerard DiConza

Firm Name: Archer & Greiner, P.C.
Address: 1211 Avenue of the Americas
New York, NY 10036
Phone: (212) 682-4940
Email: gdiconza@archerlaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Local Form 105