## Exhibit B



540-932-2300
540-932-2322
441 Mt. Torrey Rd. Lyndhurst, VA 22952
www.mathers-team.com

November 7, 2023

Attn: ███
PHONE: ███
EMAIL: ███

RE: 1665 Seibel Drive NE, Roanoke, VA 24012

Dear ███

Mathers Construction Team has been in business for over 70 years. Like most construction companies, Mathers began as a residential contractor and eventually shifted into commercial construction. Since 1948, our dedicated Team of men and women have been providing cost-effective, design-build, and construction management solutions for businesses, towns, colleges, and industrial plants along the East Coast.

By combining the experience and abilities of our employees, we can offer exceptional planning, comprehensive project management, and reliable service throughout the life cycle of your project.

Using multiple site visits, we offer a Lump Sum Proposal in the amount of

**Three Hundred Sixty-One Thousand, Six Hundred Dollars ($361,600)**

In addition to the pricing above, please see the attached estimate breakdown for further clarification.

Upon your review of the information enclosed within, we look forward to answering any questions and providing additional detail needed.

Sincerely,

*Josh Fox*
Josh Fox
Preconstruction Manager



Status: Active
Contact:
Date: 11/07/2023

**Estimate: 5701100 YRC Bldg Repairs - Seibel Dr.**  **Estimate Totals**

| Description | Total Estimate | Job % | Cost/Unit |
|---|---|---|---|
| **02 EXISTING CONDITIONS** | | | |
| 02.82023 General Cleaning | $5,655 | 1.56% | |
| **03 CONCRETE** | | | |
| 03.01301 Concrete Floor Crack Repairs | $8,961 | 2.48% | |
| 03.82171 Exterior Concrete Repairs | $9,067 | 2.51% | |
| **05 METALS** | | | |
| 05.12001 Structural Steel Assessment & Repair | $15,161 | 4.19% | |
| 05.52000 Metal Railings | $6,187 | 1.71% | |
| **08 DOORS AND WINDOWS** | | | |
| 08.14000 Remove & Replace Doors, Frames, and Hardware | $3,248 | 0.90% | |
| 08.31000 Repair & Replace Overhead Doors | $67,291 | 18.61% | |
| **09 FINISHES** | | | |
| 09.61000 Clean & Seal Existing Concrete Floor | $13,623 | 3.77% | |
| 09.91263 Interior Finishes - Drywall, Paint, Floors | $78,772 | 21.79% | |
| **11 EQUIPMENT** | | | |
| 11.13001 Repair Dock Bumpers | $7,188 | 1.99% | |
| **13 SPECIAL CONSTRUCTION** | | | |
| 13.34200 Metal Building Repairs (Including Insulation) | $73,492 | 20.32% | |
| **22 PLUMBING** | | | |
| 22.66011 Plumbing Repairs | $17,680 | 4.89% | |
| **23 HVAC** | | | |
| 23.84170 HVAC Repairs | $4,846 | 1.34% | |
| **26 ELECTRICAL** | | | |
| 26.56014 Electrical Repairs | $26,847 | 7.42% | |
| **32 EXTERIOR IMPROVEMENTS** | | | |
| 32.91000 Landscaping | $23,573 | 6.52% | |
| **Total Estimate** | **$361,589** | **100%** | |