**Exhibit C**

| Seibel Drive, Ledger of Amounts Owed | | |
|---|---|---:|
| **Rent Due** | | |
| August | | PAID |
| September | | PAID |
| October | $ | 5,452.0 |
| November | $ | 5,452.0 |
| 2nd Half 2023 CRE Taxes | $ | 4,649.4 |
| Accrued Storm Water Fees | $ | 2,469.6 |
| **Legal Fees** | | |
| Legal Fee Estimate Through 11/9/23 | $ | 4,000.0 |
| **Repairs Expense** | | |
| General Cleaning | $ | 5,655 |
| Concrete Floor Crack Repairs | $ | 8,961 |
| Exterior Concrete Repairs | $ | 9,067 |
| Structural Steel Assessment & Repair | $ | 15,161 |
| Metal Railings | $ | 6,187 |
| Remove & Replace Doors, Frames, Hardware | $ | 3,248 |
| Repair & Replace Overhead Doors | $ | 67,291 |
| Clean & Seal Existing Concrete Floor | $ | 13,623 |
| Interior Finishes - Drywall, Paint, Floors | $ | 78,772 |
| Repair Dock Bumpers | $ | 7,188 |
| Metal Building Repairs (Including Insulation) | $ | 73,492 |
| Plumbing Repairs | $ | 17,680 |
| HVAC Repairs | $ | 4,846 |
| Electrical Repairs | $ | 26,847 |
| Landscaping | $ | 23,573 |
| **TOTAL** | **$** | **383,614.0** |