## CERTIFICATE OF SERVICE

The undersigned certifies that on the 9th day of November 2023, a copy of the foregoing Objection was served on all parties requesting notice via CM/ECF and electronically or by U.S. First Class Mail, postage prepaid on the parties listed in the attached Schedule A.

Dated: November 9, 2023                  /s/ Gregory A. Taylor
                                                               Gregory A. Taylor (DE Bar No. 4008)

## Schedule A – Service List

**Whitney C. Fogelberg**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
(312) 862-2000
(312) 862-2200 (fax)
whitney.fogelberg@kirkland.com

**Allyson B Smith**
**Aaron Metviner**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212-909-3217
212-446-4900 (fax)
allyson.smith@kirkland.com
Aaron.metviner@kirkland.com

**Laura Davis Jones**
**Timothy P. Cairns**
**Peter J. Keane**
**Edward Corma**
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
302 652-4100
302-652-4400 (fax)
ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

**Jane M. Leamy**
**Richard L. Schepacarter**
Office of the U.S. Trustee
844 King St.
Suite 2207
Wilmington, DE 19801
302-573-6491
302-573-6497 (fax)
jane.m.leamy@usdoj.gov
Richard.schepacarter@usdoj.gov

**Philip C. Dublin**
**Meredith A. Lahaie**
**Stephen B. Kuhn**
**Kevin Zuzolo**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
212-872-1000
212-872-1002 (fax)
pdublin@akingump.com
mlahaie@akingump.com
skuhn@akingump.com
kzuzolo@akingump.com

**Eric D. Winston**
Quinn Emanuel Urquhart & Sullivan LLP
865 South Figueroa Street
10th Floor
Los Angeles, CA 90017
213-443-3000
ericwinston@quinnemanuel.com

{01956372;v1 }

**Susheel Kirpalani**
Quinn Emanuel Urquhart Oliver Hedges LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com

**Natasha S. Hwangpo**
Ropes Gray LLP
1211 Avenue of the Americas
New York, NY 10036
Natasha.hwangpo@ropesgray.com

**Scott Greissman**
**Elizabeth Feld**
**Andrew Zatz**
White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
212-819-8567
sgreissman@whitecase.com
efeld@whitecase.com
azatz@whitecase.com

**Ronald J. Silverman**
**Christopher R. Bryant**
Hogan Lovells US LLP
390 Madison Avenue
New York City, NY 10017
212-918-3000
Ronald.silverman@hoganlovells.com
chris.bryant@hoganlovells.com

**Benjamin Mintz**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
Benjamin.mintz@arnoldporter.com

**Yellow Corporation**
Attn: General Counsel
11500 Outlook Street, Suite 400
Overland Park, KS 66211

**Luke S. Smith**
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Luke.smith@ropesgray.com

**Joshua Spencer**
**Phillip W. Nelson**
Holland & Knight LLP
50 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Joshua.Spencer@hklaw.com
Phillip.Nelson@hklaw.com

**Kevin J. Simard**
**Hampton Foushee**
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
ksimard@choate.com
hfoushee@choate.com

**Michael Messersmith**
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, IL 60602
Michael.messersmith@arnoldporter.com

**Rosa Evergreen**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
Rosa.evergreen@arnoldporter.com

{01956372;v1 }