# EXHIBIT A

EXOL Properties LLC
**Meridian Reddaway Rent**        11/6/2023

| Lease Year | Date | Rent Paid | Increase Percent | Actual CPI | Correct % Increase | Correct Rent | Variance | |
|---|---|---|---|---|---|---|---|---|
| | 03/01/18 | 20,898.58 | | | | 20,898.58 | 0.00 | Zero balance forward |
| 9 | 04/01/18 | 21,734.52 | 4.00% | 5.01% | 5.01% | 21,945.60 | **211.08** | |
| | 05/01/18 | 21,734.52 | 4% min 12% max increase | | | 21,945.60 | **211.08** | |
| | 06/01/18 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 07/01/18 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 08/01/18 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 09/01/18 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 10/01/18 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 11/01/18 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 12/01/18 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 12/31/18 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 02/01/19 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 03/01/19 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| 10 | 04/01/19 | 21,734.52 | N/A | No increase | N/A | 21,945.60 | **211.08** | |
| | 05/01/19 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 06/01/19 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 07/01/19 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 08/01/19 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 09/01/19 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 10/01/19 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 11/01/19 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 12/01/19 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 12/31/19 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 02/01/20 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| | 03/01/20 | 21,734.52 | | | | 21,945.60 | **211.08** | |
| 11 | 04/01/20 | 22,603.90 | 4.00% | 3.90% | 4.00% | 22,823.42 | **219.52** | |
| | 05/01/20 | 22,603.90 | 4% min 12% max increase | | | 22,823.42 | **219.52** | |
| | 06/01/20 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 07/01/20 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 08/01/20 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 09/01/20 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 10/01/20 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 11/01/20 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 12/01/20 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 01/01/21 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 02/01/21 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 03/01/21 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| 12 | 04/01/21 | 22,603.90 | N/A | No increase | N/A | 22,823.42 | **219.52** | |
| | 05/01/21 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 06/01/21 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 07/01/21 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 08/01/21 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 09/01/21 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 10/01/21 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 11/01/21 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 12/01/21 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 12/31/21 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 02/01/22 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| | 03/01/22 | 22,603.90 | | | | 22,823.42 | **219.52** | |
| 13 | 04/01/22 | 23,960.13 | 6.00% | 9.68% | 9.68% | 25,032.73 | **1,072.60** | |
| | 05/01/22 | 23,960.13 | 4% min 12% max increase | | | 25,032.73 | **1,072.60** | |
| | 06/01/22 | 23,960.13 | | | | 25,032.73 | **1,072.60** | |
| | 07/01/22 | 23,960.13 | | | | 25,032.73 | **1,072.60** | |

|    | Date | | | Correct Amount | Shortfall | |
|----|----------|-----------|---|-----------|-----------|---|
|    | 08/01/22 | 23,960.13 | | 25,032.73 | **1,072.60** | |
|    | 09/01/22 | 23,960.13 | | 25,032.73 | **1,072.60** | |
|    | 10/01/22 | 23,960.13 | | 25,032.73 | **1,072.60** | |
|    | 11/01/22 | 23,960.13 | | 25,032.73 | **1,072.60** | |
|    | 12/01/22 | 23,960.13 | | 25,032.73 | **1,072.60** | |
|    | 12/31/22 | 23,960.13 | | 25,032.73 | **1,072.60** | |
|    | 02/01/23 | 23,960.13 | | 25,032.73 | **1,072.60** | |
|    | 03/01/23 | 23,960.13 | | 25,032.73 | **1,072.60** | |
| 14 | 04/01/23 | 23,960.13 | | 25,032.73 | **1,072.60** | |
|    | 05/01/23 | 23,960.13 | | 25,032.73 | **1,072.60** | |
|    | 06/01/23 | 23,960.13 | | 25,032.73 | **1,072.60** | |
|    | 07/01/23 | 23,960.13 | | 25,032.73 | **1,072.60** | |
|    |          |           | | | **$27,496.00** | **Rent Shortfall thru September 2023 (pre-petition)** |

**Pre-Petition August 2023 Monthly Rent and Tax Impound**

| Date | Rent Paid | Tax Impound | Correct Amount | Shortfall | |
|----------|-----------|-------------|----------------|-----------|---|
| 08/01/23 | 0.00 | 0.00 | 29,032.73 | **29,032.73** | **August 2023 (pre-petition) Rent and Tax Impound Shortfall** |

**Post-Petition Monthly Rent and Tax Impound**

| Date | Rent Paid | Tax Impound | Correct Amount | Shortfall | |
|----------|-----------|-------------|----------------|-----------|---|
| 09/01/23 | 23,960.13 | 4,000.00 | 29,032.73 | **1,072.60** | |
| 10/01/23 | 23,960.13 | 4,000.00 | 29,032.73 | **1,072.60** | |
| 11/01/23 | 23,960.13 | 4,000.00 | 29,032.73 | **1,072.60** | |
|          |           |             |                | **$3,217.80** | **Rent Shortfall 9/1/23-11/30/23 (post-petition)** |

R03B4201B

SRG0002

Company:   00300      SRMC FBO Orange Bat/SRG Bardee

A/R Details with Aging

| Ty | Number | Company | Item | Invoice Date | Due Date/ Check Date | Original Amount | Open Amount | Current | 31 - 60 | 61 - 90 | 91 - 120 | Over 120 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer: | 1907157 | | | USF Reddaway Inc | | | | Phone Number: ( ) | | Credit Limit | | Insured Credit Limit | |
| RU | 5160 | 00300 | 001 | 3/1/2023 | 3/1/2023 | 73,557.45- | .68- | | | | | .68- | |
| RU | 5172 | 00300 | 001 | 4/5/2023 | 4/5/2023 | 73,557.45- | .68- | | | | | .68- | |
| RU | 5181 | 00300 | 001 | 5/2/2023 | 5/2/2023 | 73,340.45- | .68- | | | | | .68- | |
| RU | 5187 | 00300 | 001 | 6/1/2023 | 6/1/2023 | 73,557.45- | .68- | | | | | .68- | |
| RU | 5195 | 00300 | 001 | 6/28/2023 | 6/28/2023 | 73,557.45- | .68- | | | | | .68- | |
| RU | 5222 | 00300 | 001 | 9/1/2023 | 9/1/2023 | 73,557.45- | .68- | | .68- | | | | |
| RU | 5231 | 00300 | 001 | 9/29/2023 | 9/29/2023 | 73,557.45- | .68- | | .68- | | | | |
| RN | 46838 | 00300 | 002 | 4/30/2021 | 4/30/2021 | 458.89 | 13.11 | | | | | 13.11 | |
| RN | 47161 | 00300 | 001 | 1/1/2022 | 1/1/2022 | 4,374.17 | 13.72 | | | | | 13.72 | |
| RD | 47162 | 00300 | 001 | 2/1/2022 | 2/1/2022 | 217.00 | 13.72 | | | | | 13.72 | |
| RD | 47166 | 00300 | 001 | 3/1/2022 | 3/1/2022 | 217.00 | 15.00 | | | | | 15.00 | |
| RD | 47205 | 00300 | 001 | 4/1/2022 | 4/1/2022 | 217.00 | 15.00 | | | | | 15.00 | |
| RD | 47234 | 00300 | 001 | 5/1/2022 | 5/1/2022 | 217.00 | 15.00 | | | | | 15.00 | |
| RN | 47636 | 00300 | 001 | 4/6/2023 | 4/6/2023 | 116.72 | 116.72 | | | | | 116.72 | |
| RD | 47737 | 00300 | 001 | 8/1/2023 | 8/1/2023 | 217.00 | 217.00 | | | 217.00 | | | |
| RD | 47737 | 00300 | 002 | 8/1/2023 | 8/1/2023 | 73,339.77 | 73,339.77 | | | 73,339.77 | | | |
| RN | 47757 | 00300 | 001 | 8/1/2023 | 8/1/2023 | 16,214.50 | 16,214.50 | | | 16,214.50 | | | |
| Customer: | 1907157 | USF Reddaway Inc | | | | 419,096.10- | 89,968.78 | | 1.36- | 89,771.27 | | 198.87 | |
| Company: | 00300 | SRMC FBO Orange Bat/SRG Bardee | | | | 419,096.10- | 89,968.78 | | 1.36- | 89,771.27 | | 198.87 | |
| Grand Total | | | | | | 419,096.10- | 89,968.78 | | 1.36- | 89,771.27 | | 198.87 | |