# EXHIBIT B

Joint Property Inspection
1405 North Olive Way, Meridian, ID

Date: 10/19/2023

Representing Tenant: Mac Jones

Representing Landlord: Dan Temkin

The following deferred maintenance items were noted:

Warehouse

• 25 overhead doors – bottom panels damaged
• Task lights were removed at all loading positions
• Overhead door at loading position 24 is off its track
• Metal siding damage above headers at loading positions 4, 6 and 8
• Pressure wash all overhead doors

Office

• South dispatch office - recessed light fixture not properly seated and ceiling tile damaged
• General office area – VCT flooring is damaged and stained in numerous locations
• Ceiling tiles in numerous locations throughout office are damaged from roof leaks

Yard/Exterior

• Perform asphalt crack sealing throughout the yard area as needed
• Grass needs to be mowed
• Weeds need to be cleared in unimproved portion of property
• Some pole-mounted yard lights reportedly not working (unable to verify during daylight hours)
• Underground water leak observed southeast of fuel island building (water bubbling to surface)
• Hazardous materials in and around fuel island building need to be disposed of
• All debris to be removed from property

(SEE ACCOMPANYING PHOTOS)

Joint Property Inspection - 1405 North Olive Way, Meridian, ID - 10/19/2023







BOTTOM PANEL DAMAGE TO ALL OVERHEAD DOORS

Joint Property Inspection - 1405 North Olive Way, Meridian, ID - 10/19/2023



TASK LIGHTS REMOVED FROM ALL LOADING POSITIONS



OVERHEAD DOOR OFF TRACK AT LOADING POS NO. 24

Joint Property Inspection - 1405 North Olive Way, Meridian, ID - 10/19/2023

 

METAL SIDING DAMAGED AT LOADING POS 4, 6 AND 8

 

Joint Property Inspection - 1405 North Olive Way, Meridian, ID - 10/19/2023

VCT FLOORING STAINED AND DAMAGED

 

VCT FLOORING STAINED AND DAMAGED



LIGHT FIXTURE IN DISPATCH OFFICE NOT PROPERLY SEATED

Joint Property Inspection - 1405 North Olive Way, Meridian, ID - 10/19/2023

 

STAINED CEILING TILES THROUGHOUT OFFICE AREA

 

UNDERGROUND WATER LEAK

Joint Property Inspection - 1405 North Olive Way, Meridian, ID - 10/19/2023

 

HAZARDOUS MATERIALS TO BE REMOVED FROM PROPERTY

 

ALL DEBRIS TO BE REMOVED FROM PROPERTY