**CERTIFICATE OF SERVICE**

I, Laurel D. Roglen, Esquire, hereby certify that on this 9th day of November 2023, I caused a true and correct copy of the foregoing pleading to be served by electronic notice upon all parties registered to receive notice via CM/ECF.

Dated: November 9, 2023

/s/ Laurel D. Roglen
Laurel D. Roglen
BALLARD SPAHR LLP