# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION., *et al.,* [1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, David M. Klauder, hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing *Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motion for Relief from the Automatic Stay to the Extend of Insurance Proceeds* to be filed and served via CM/ECF on all parties requesting electronic notification in this case and on all parties on the attached service list as indicated thereon.

Dated:  November 9, 2023           **BIELLI & KLAUDER, LLC**

                                   */s/ David M. Klauder*
                                   David M. Klauder, Esquire (No. 5769)
                                   Melissa M. Hartlipp, Esquire (No. 7063)
                                   1204 N. King Street
                                   Wilmington, DE 19801
                                   Phone: (302) 803-4600
                                   dklauder@bk-legal.com
                                   mhartlipp@bk-legal.com

                                   -and-

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address is these chapter 11 cases is: 11500 Outlook Street, Suite 400 Overland Park, Kansas 66211.

**FOX SWIBEL LEVIN & CARROLL LLP**

Margaret M. Anderson
Kenneth M. Thomas
Fox Swibel Levin & Carroll LLP
200 W. Madison Street
Suite 3000
Chicago, IL  60606
Phone:  (312) 224-1241
Fax:  (312) 224-1201
panderson@foxswibel.com
kthomas@foxswibel.com

*Attorneys for Old Republic Insurance Company*

# SERVICE LIST

**Via First Class Mail and E-mail if listed**

Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois, 60654
Attn.: Whitney Fogelberg
whitney.fogelberg@kirkland.com

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn.: Allyson B. Smith
allyson.smith@kirkland.com

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19801
Attn.: Laura Davis Jones, Timothy P. Cairns, Peter J. Keane, and Edward Corma
ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

Gellert Scali Busenkell & Brown, LLC
Charles J. Brown III
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
cbrown@gsbblaw.com

Law Offices of Jonathan D. Mandell
Attorney for Plaintiff Myriam Binette
29 Broadway
Lynbrook, New York 11563

U.S. Trustee
The Office of United States Trustee for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn.: Jane Leamy and Richard Shepacarter
jane.m.leamy@usdoj.gov
richard.shepacarter@usdoj.gov

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Attn.: Philip C. Dublin, Meredith A. Lahaie, and Kevin Zuzolo
pdublin@akingump.com
mlahaie@akingump.com
kzuzolo@akingump.com

Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE, 19801
Attn.: Jennifer R. Hoover and Kevin M. Capuzzi
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

Jacobs & Crumplar, P.A.
Raeann Warner, Esq.
750 Shipyard Drive, Suite 200
Wilmington, DE 19801

FisherBroyles, LLP
Carl D. Neff
Maura L. Burke
CSC Station
112 S. French Street
Wilmington, Delaware 19801
carl.neff@fisherbroyles.com
mburke@fisherbroyles.com

Offit Kurman, P.A.
Brian J. McLaughlin
Christopher Isaac
222 Delaware Avenue, Suite 1105
Wilmington, DE 19801

Joyce, LLC
1225 King Street
Suite 800
Wilmington, DE 19801
mjoyce@mjlawoffices.com

Polinsky Law Group, LLC
Cassandra L. Dulepski
890 West Boulevard
Hartford, CT 06105
cld@polinsky-law.com

Reger Rizzo & Darnall LLP
Louis J. Rizzo, Jr., Esq.
Brandywine Plaza West
1521 Concord Pike, Suite 305
Wilmington, DE 19803

Ashby & Geddes, P.A.
Don A. Beskrone, Esq.
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899-1150
dbeskrone@ashbygeddes.com

Lane & Nach, P.C.
Adam N. Nach
Lane & Nach, P.C.
2001 E. Campbell Avenue, Suite 103
Phoenix, Arizona 85016
adam.nach@lane-nach.com

The Powell Firm, LLC
Jason C. Powell
Thomas Reichert
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899
jpowell@delawarefirm.com
treichert@delawarefirm.com

Cooch and Tayler, P.A.
R. Grant Dick IV
The Brandywine Building
1000 N. West Street, Suite 1500
Wilmington, DE 19801
gdick@coochtaylor.com

The Rosner Law Group LLC
Frederick B. Rosner
824 N. Market Street
Suite 810
Wilmington, DE 19801
rosner@teamrosner.com

Charles E. Dorr, P.C.
Charles E. Dorr
201 West Jefferson Street
Madison, Georgia 30650
chuck@dorrlaw.com

The Law Office of James Tobia, LLC
James Tobia
1716 Wawaset Street
Wilmington, DE 19806

Hogan McDaniel
Garvan F. McDaniel, Esq.
1311 Delaware Avenue
Wilmington, DE 19806
gfmcdaniel@dkhogan.com