**Exhibit A**

| Date | Category | Amount |
|---|---|---:|
| 8/1/2023 | Operating Expenses | $4,945.00 |
| 8/1/2023 | Base Rent | $29,497.50 |
| 9/13/2023 | 2022 Operating Expenses | $19,541.62 |
| 9/29/2023 | Prepaid Rent | $(34,442.50) |
| 10/1/2023 | Operating Expenses | $4,945.00 |
| 10/1/2023 | Base Rent | $29,497.50 |
| | **Total** | **$53,984.12** |