# CERTIFICATE OF SERVICE

I, Josef W. Mintz, hereby certify that on November 9, 2023, I served or caused to be served a copy of the foregoing document (i) by CM/ECF upon those parties registered to receive such electronic notifications in these cases, and (ii) by upon the following:

| | |
|---|---|
| Whitney Fogelberg, Esq.<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, Illinois, 60654<br>whitney.fogelberg@kirkland.com | Joshua M. Spencer, Esq.<br>Phillip W. Nelson, Esq.<br>HOLLAND & KNIGHT LLP<br>50 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606<br>Joshua.Spencer@hklaw.com<br>Phillip.Nelson@hklaw.com |
| Allyson B. Smith, Esq.<br>Aaron Metviner, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>allyson.smith@kirkland.com<br>aaron.metviner@kirkland.com | Rosa Evergreen, Esq.<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave., N.W.<br>Washington, DC 20001<br>rosa.evergreen@arnoldporter.com |
| Laura Davis Jones, Esq. Timothy P. Cairns, Esq.<br>Peter J. Keane, Esq. Edward Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street<br>17th Floor, PO Box 8705<br>Wilmington, Delaware 19801<br>ljones@pszjlaw.com tcairns@pszjlaw.com<br>pkeane@pszjlaw.com ecorma@pszjlaw.com | Michael Messersmith, Esq.<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>70 West Madison Street, Suite 4200<br>Chicago, Illinois 60602<br>michael.messersmith@arnoldporter.com |
| Jane Leamy, Esq.<br>Richard Schepacarter, Esq.<br>OFFICE OF THE UNITED STATES TRUSTEE FOR THE DISTRICT OF DELAWARE<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>jane.m.leamy@usdoj.gov<br>richard.schepacarter@usdoj.gov | Benjamin Mintz, Esq.<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55th Street<br>New York, New York 10019<br>benjamin.mintz@arnoldporter.com |
| Philip C. Dublin, Esq. Meredith A. Lahaie, Esq.<br>Stephen B. Kuhn, Esq. Kevin Zuzolo, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745 US<br>pdublin@akingump.com<br>mlahaie@akingump.com skuhn@akingump.com | Ronald J. Silverman, Esq. Christopher R. Bryant, Esq.<br>HOGAN LOVELLS US LLP<br>390 Madison Avenue<br>New York, New York 10017<br>ronald.silverman@hoganlovells.com<br>chris.bryant@hoganlovells.com |

kzuzolo@akingump.com

Eric Winston, Esq.
QUINN EMMANUEL URQUHART & SULLIVAN
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
ericwinston@quinnemanuel.com

Susheel Kirplani, Esq.
QUINN EMMANUEL URQUHART & SULLIVAN
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com

Lucas S. Smith, Esq.
ROPES & GRAY LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606 Luke.Smith@ropesgray.com

Natasha S. Hwangpo, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036
Natasha.Hwangpo@ropesgray.com

Joshua M. Spencer, Esq.
Phillip W. Nelson, Esq.
HOLLAND & KNIGHT LLP
50 N. Riverside Plaza, Suite 2700
Chicago IL 60606 Joshua.Spencer@hklaw.com
Phillip.Nelson@hklaw.com

Kevin Simard, Esq. Hampton Foushee, Esq.
CHOATE, HALL & STEWART LLP
Two International Place Boston, MA 02110
ksimard@choate.com hfoushee@choate.com

Scott Greissman, Esq.
Elizabeth Feld, Esq.
Andrew Zatz, Esq.
WHITE & CASE LLP
1221 Avenue of the Americas
New York, New York 10020
sgreissman@whitecase.com
efeld@whitecase.com azatz@whitecase.com

*/s/ Josef W. Mintz*
Josef W. Mintz