# EXHIBIT A
## Amounts Due from USF Holland LLC as of 10/26/2023

| Date Incurred | Amount | Description |
|---|---:|---|
| **Pre-Petition** | | |
| 07/12/23 | 12,957.00 | Holland Board of Public Works for Electric, Water and Sewer |
| 07/26/23 | 44.00 | Holland Board of Public Works for Fire Protection |
| 08/01/23 | 52,397.47 | Rent |
| 08/05/23 | 2,619.87 | Rent late charge |
| Total | 68,018.34 | |
| | | |
| **Due through Cure Notice Date (10/26/2023)** | | |
| 08/07/23 | 525.00 | Legal fees |
| 08/09/23 | 462.50 | Legal fees |
| 08/10/23 | 11,182.77 | Holland Board of Public Works for Electric, Water and Sewer |
| 08/10/23 | 259.15 | Holland Board of Public Works for Electric, Water and Sewer |
| 08/15/23 | 183,887.31 | Property taxes |
| 09/01/23 | 2,619.87 | 8/1 Rent late charge |
| 09/15/23 | 9,194.37 | Property taxes late charge |
| 10/01/23 | 2,750.86 | 8/1 Rent late charge |
| 10/01/23 | 6,577.44 | Holland Board of Public Works for Electric, Water and Sewer |
| 10/15/23 | 57.20 | Holland Board of Public Works for Fire Protection |
| 10/15/23 | 9,654.09 | Property taxes late charge |
| 10/19/23 | 1,200.00 | Legal fees |
| Total | 228,370.56 | |

**Total as of 10/26/23    296,388.90**

| Date Incurred | Amount | Description |
|---|---:|---|
| **Due after Cure Notice Date (thru 11/15/2023)** | | |
| 11/01/23 | 2,888.41 | 8/1 Rent late charge |
| 11/01/23 | 6,140.25 | Holland Board of Public Works for Electric, Water and Sewer |
| 11/15/23 | 10,136.79 | Property taxes late charge |
| 11/15/23 | 45.14 | Holland Board of Public Works for Fire Protection |
| Total | 19,210.59 | |