## **CERTIFICATE OF SERVICE**

    I, Gregory T. Donilon, hereby certify that, on this 9th day of November, 2023, I caused true and correct copies of the foregoing *Objection and Reservation of Rights of Finlayson Logistics Assets LLC* to be served upon all parties registered to receive electronic notice via this Court's CM/ECF electronic notification system in these cases and via electronic mail upon the parties listed on the attached service list.

                                                */s/ Gregory T. Donilon*
                                                Gregory T. Donilon (DE Bar No. 4244)

## Service List

**VIA EMAIL**

Whitney Fogelberg, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois, 60654
whitney.fogelberg@kirkland.com

Allyson B. Smith, Esq.
Aaron Metviner, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
allyson.smith@kirkland.com
aaron.metviner@kirkland.com

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Peter J. Keane, Esq.
Edward Corma, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor, PO Box 8705
Wilmington, Delaware 19801
ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

Jane Leamy, Esq.
Richard Schepacarter, Esq.
Office of the United States Trustee
 for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
jane.m.leamy@usdoj.gov
richard.schepacarter@usdoj.gov

Philip C. Dublin, Esq.
Meredith A. Lahaie, Esq.
Stephen B. Kuhn, Esq.
Kevin Zuzolo, Esq.
Akin Gump Strauss Hauer & Feld LLP,
One Bryant Park
Bank of America Tower
New York, NY 10036-6745 US
pdublin@akingump.com
mlahaie@akingump.com
skuhn@akingump.com
kzuzolo@akingump.com

Eric Winston, Esq.
Quinn Emmanuel Urquhart & Sullivan
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
ericwinston@quinnemanuel.com

Susheel Kirplani, Esq.
Quinn Emmanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor
New York, NY 10010
susheelkirpalani@quinnemanuel.com

Lucas S. Smith, Esq.
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Luke.Smith@ropesgray.com

Natasha S. Hwangpo, Esq.
Ropes & Gray LLP
1211 Avenue of the Americas,
New York, NY 10036
Natasha.Hwangpo@ropesgray.com

Joshua M. Spencer, Esq.
Phillip W. Nelson, Esq.
Holland & Knight LLP
50 N. Riverside Plaza, Suite 2700
Chicago IL 60606
Joshua.Spencer@hklaw.com
Phillip.Nelson@hklaw.com


Scott Greissman, Esq.
Elizabeth Feld, Esq.
Andrew Zatz, Esq.
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
sgreissman@whitecase.com
efeld@whitecase.com
azatz@whitecase.com

Kevin Simard, Esq.
Hampton Foushee, Esq.
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
ksimard@choate.com
hfoushee@choate.com

Joshua M. Spencer, Esq.
Phillip W. Nelson, Esq.
Holland & Knight LLP
50 N. Riverside Plaza, Suite 2700
Chicago IL 60606
Joshua.Spencer@hklaw.com
Phillip.Nelson@hklaw.com

Ronald J. Silverman, Esq.
Christopher R. Bryant, Esq.
Hogan Lovells US LLP
390 Madison Avenue
New York, New York 10017
ronald.silverman@hoganlovells.com
chris.bryant@hoganlovells.com

Michael Messersmith, Esq.
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
michael.messersmith@arnoldporter.com

Benjamin Mintz, Esq.
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019
benjamin.mintz@arnoldporter.com

Rosa Evergreen, Esq.
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
rosa.evergreen@arnoldporter.com