# **CERTIFICATE OF SERVICE**

      I hereby certify that on November 9, 2023, a true and correct copy of the foregoing was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below in the manner indicated.

*Via First Class Mail*

**Debtors**
Yellow Corporation
11500 Outlook Street, Suite 400
Overland Park, Kansas 66211
Attn.:  General Counsel

*Via E-Mail*

**Counsel to the Debtors**
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois, 60654
Attn.:  Whitney Fogelberg (whitney.fogelberg@kirkland.com)

**Counsel to the Debtors**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn.:  Allyson B. Smith (allyson.smith@kirkland.com)
       Aaron Metviner (aaron.metviner@kirkland.com)

**Counsel to the Debtors**
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19801
Attn:   Laura Davis Jones (ljones@pszjlaw.com)
       Timothy P. Cairns (tcairns@pszjlaw.com)
       Peter J. Keane (pkeane@pszjlaw.com)
       Edward Corma (ecorma@pszjlaw.com)

**US Trustee**
Office of the United States Trustee for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn.:  Jane Leamy (jane.m.leamy@usdoj.gov)
       Richard Schepacarter (richard.schepacarter@usdoj.gov)

92048423.1

**Counsel to the Creditors' Committee**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Attn:  Philip C. Dublin (pdublin@akingump.com)
       Meredith A. Lahaie (mlahaie@akingump.com)
       Stephen B. Kuhn (skuhn@akingump.com)
       Kevin Zuzolo (kzuzolo@akingump.com)

**Counsel to the Junior DIP Lender**
Quinn Emmanuel Urquhart & Sullivan
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
Attn:  Eric Winston (ericwinston@quinnemanuel.com)

**Counsel to the Junior DIP Lender**
Quinn Emmanuel Urquhart & Sullivan
51 Madison Avenue, 22nd Floor
New York, NY 10010
Attn:  Susheel Kirplani (susheelkirpalani@quinnemanuel.com)

**Counsel to the Junior DIP Lender**
Ropes & Gray LLP
191 North Wacker Drive, 32nd Floor
Chicago, IL 60606
Attn:  Lucas S. Smith (Luke.Smith@ropesgray.com)

**Counsel to the Junior DIP Lender**
Ropes & Gray LLP
1211 Avenue of the Americas
New York, NY 10036
Attn:  Natasha S. Hwangpo (Natasha.Hwangpo@ropesgray.com)

**Counsel to the Junior DIP Agent**
Holland & Knight LLP
50 N. Riverside Plaza, Suite 2700
Chicago, IL 60606
Attn.  Joshua M. Spencer (Joshua.Spencer@hklaw.com)
       Phillip W. Nelson (Phillip.Nelson@hklaw.com)

**Counsel to the B-2 Lenders**
White & Case LLP
1221 Avenue of the Americas
New York, New York 10020
Attn:   Scott Greissman (sgreissman@whitecase.com)
        Elizabeth Feld (efeld@whitecase.com)
        Andrew Zatz (azatz@whitecase.com)

**Counsel to the Prepetition ABL Agent**
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Attn:   Kevin Simard (ksimard@choate.com)
        Hampton Foushee (hfoushee@choate.com)

**Counsel to the B-2 Agent**
Holland & Knight LLP
50 N. Riverside Plaza, Suite 2700
Chicago IL 60606
Attn.   Joshua M. Spencer (Joshua.Spencer@hklaw.com)
        Phillip W. Nelson (Phillip.Nelson@hklaw.com)

**Counsel to the Prepetition UST Tranche A Agent**
Hogan Lovells US LLP
390 Madison Avenue
New York, New York 10017
Attn:   Ronald J. Silverman (ronald.silverman@hoganlovells.com)
        Christopher R. Bryant (chris.bryant@hoganlovells.com)

**Counsel to the Prepetition UST Tranche B Agent**
Hogan Lovells US LLP
390 Madison Avenue
New York, New York 10017
Attn:   Ronald J. Silverman (ronald.silverman@hoganlovells.com)
        Christopher R. Bryant (chris.bryant@hoganlovells.com)

**Counsel to the United States Department of the Treasury**
Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602
Attn:   Michael Messersmith (michael.messersmith@arnoldporter.com)

**Counsel to the United States Department of the Treasury**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, New York 10019
Attn:   Benjamin Mintz (benjamin.mintz@arnoldporter.com)

**Counsel to the United States Department of the Treasury**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., N.W.
Washington, DC 20001
Attn:   Rosa Evergreen (rosa.evergreen@arnoldporter.com)

    */s/ Katherine M. Devanney*
    Katherine M. Devanney

92048423.1