# CERTIFICATE OF SERVICE

  I, Brett D. Fallon, hereby certify that on November 9, 2023, copies of the foregoing *Objection of Southeastern Freight Lines to the Debtors' Notice of Potential Assumption or Assignment and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets* were served electronically through the CM/ECF system, via email and first-class mail on the parties indicated on the attached service list.

Dated:  November 9, 2023           */s/ Brett D. Fallon*
                       Brett D. Fallon

US.360466099.01

**Via First Class Mail**

| | |
|---|---|
| Yellow Corporation<br>Attn.: General Counsel<br>11500 Outlook Street, Suite 400<br>Overland Park, Kansas 66211 | Kirkland & Ellis LLP<br>Allyson B. Smith<br>Aaron Metviner<br>601 Lexington Avenue<br>New York, New York 10022<br>allyson.smith@kirkland.com<br>aaron.metviner@kirkland.com |
| Kirkland & Ellis LLP<br>Whitney Fogelberg<br>300 North LaSalle<br>Chicago, Illinois, 60654<br>whitney.fogelberg@kirkland.com | Pachulski Stang Ziehl & Jones LLP<br>Laura Davis Jones<br>Timothy P. Cairns<br>Peter J. Keane<br>Edward Corma<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com |
| Office of the United States Trustee for the District of Delaware<br>Jane Leamy<br>Richard Schepacarter<br>844 N. King Street, #2207<br>Lockbox #35<br>Wilmington, Delaware 19801<br>jane.m.leamy@usdoj.gov<br>richard.schepacarter@usdoj.gov | Akin Gump Strauss Hauer & Feld LLP Philip C. Dublin<br>Meredith A. Lahaie<br>Stephen B. Kuhn<br>Kevin Zuzolo<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>pdublin@akingump.com<br>mlahaie@akingump.com<br>skuhn@akingump.com<br>kzuzolo@akingump.com |
| Quinn Emmanuel Urquhart & Sullivan<br>Eric Winston<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>ericwinston@quinnemanuel.com | Quinn Emmanuel Urquhart & Sullivan<br>Susheel Kirplani<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>susheelkirpalani@quinnemanuel.com |
| Ropes & Gray LLP<br>Lucas S. Smith<br>191 North Wacker Drive, 32nd Floor | Ropes & Gray LLP<br>Natasha S. Hwangpo<br>1211 Avenue of the Americas |

| | |
|---|---|
| Chicago, IL 60606<br>Luke.Smith@ropesgray.com | New York, NY 10036<br>Natasha.Hwangpo@ropesgray.com |
| Holland & Knight LLP<br>Joshua M. Spencer<br>Phillip W. Nelson<br>50 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606<br>Joshua.Spencer@hklaw.com<br>Phillip.Nelson@hklaw.com | White & Case LLP<br>Scott Greissman<br>Elizabeth Feld<br>Andrew Zatz<br>1221 Avenue of the Americas<br>New York, New York 10020<br>sgreissman@whitecase.com<br>efeld@whitecase.com<br>azatz@whitecase.com |
| Choate, Hall & Stewart LLP<br>Attn: Kevin Simard<br>Hampton Foushee<br>Two International Place<br>Boston, MA 02110<br>ksimard@choate.com<br>hfoushee@choate.com | Holland & Knight LLP<br>Joshua M. Spencer<br>Phillip W. Nelson<br>50 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606<br>Joshua.Spencer@hklaw.com<br>Phillip.Nelson@hklaw.com |
| Hogan Lovells US LLP<br>Attn: Ronald J. Silverman<br>Christopher R. Bryant<br>390 Madison Avenue<br>New York, New York 10017<br>ronald.silverman@hoganlovells.com<br>chris.bryant@hoganlovells.com | Arnold & Porter Kaye Scholer LLP<br>Michael Messersmith<br>70 West Madison Street, Suite 4200<br>Chicago, Illinois 60602<br>michael.messersmith@arnoldporter.com |
| Arnold & Porter Kaye Scholer LLP<br>Benjamin Mintz<br>250 West 55th Street<br>New York, New York 10019<br>benjamin.mintz@arnoldporter.com | Arnold & Porter Kaye Scholer LLP<br>Rosa Evergreen<br>601 Massachusetts Ave., N.W.<br>Washington, DC 20001<br>rosa.evergreen@arnoldporter.com |