## EXHIBIT A

### PROPOSED VS. MINIMUM CURE AMOUNT

| Lease | Proposed Cure Amount | Minimum Cure Amount | Difference |
|---|---|---|---|
| Tukwila Lease | $137,244 | $137,538.27 | ($294.27) |
| Fontana Lease | $176,892 | $443,899.47** | ($267,007.47) |
| Gardena Lease | $111,946 | $111,946 | $0.00 |
| Vegas Lease | $49,326 | $65,779.64 | ($16,453.64) |
| Downey Lease | $78,966 | $78,966 | $0.00 |
| Sun Valley Lease | $71,718 | $72,253.18 | ($535.18) |
| Orange Lease | $118,865 | $118,865 | $0.00 |
| Tacoma Lease | $41,674 | $121,703.28 | ($80,029.28) |
| Brisbane Lease | $208,797 | $206,431.37 | $2,365.63 |

---

** This amount encompasses $343,899.47, which was, and remains, due by YRC to Prologis SubREIT 2 for Rent under the Fontana Lease, in addition to an estimated $100,000.00 that was, and remains, due for YCR's landscaping maintenance obligations under the Fontana Lease.