## CERTIFICATE OF SERVICE

  I, Patrick A. Jackson, hereby certify that on November 9, 2023, copies of the foregoing *Objection and Reservation of Rights of Prologis USLV SubREIT 2, LLC, Prologis Targeted U.S. Logistics Fund, L.P., Prologis L.P., DCT Peoria Street LLC, DCT Eckhoff Street LLC, and Prologis USLV SubREIT 4, LLC to the Debtors' Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets* were served electronically through the CM/ECF system, via email and first-class mail on the parties indicated on the attached service list.

Dated: November 9, 2023            */s/ Patrick A. Jackson*
                           Patrick A. Jackson

**Via First Class Mail**

| | |
|---|---|
| Yellow Corporation<br>Attn.: General Counsel<br>11500 Outlook Street, Suite 400<br>Overland Park, Kansas 66211 | Kirkland & Ellis LLP<br>Allyson B. Smith<br>Aaron Metviner<br>601 Lexington Avenue<br>New York, New York 10022<br>allyson.smith@kirkland.com<br>aaron.metviner@kirkland.com |
| Kirkland & Ellis LLP<br>Whitney Fogelberg<br>300 North LaSalle<br>Chicago, Illinois, 60654<br>whitney.fogelberg@kirkland.com | Pachulski Stang Ziehl & Jones LLP<br>Laura Davis Jones<br>Timothy P. Cairns<br>Peter J. Keane<br>Edward Corma<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com |
| Office of the United States Trustee for the District of Delaware<br>Jane Leamy<br>Richard Schepacarter<br>844 N. King Street, #2207<br>Lockbox #35<br>Wilmington, Delaware 19801<br>jane.m.leamy@usdoj.gov<br>richard.schepacarter@usdoj.gov | Akin Gump Strauss Hauer & Feld LLP Philip C. Dublin<br>Meredith A. Lahaie<br>Stephen B. Kuhn<br>Kevin Zuzolo<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>pdublin@akingump.com<br>mlahaie@akingump.com<br>skuhn@akingump.com<br>kzuzolo@akingump.com |
| Quinn Emmanuel Urquhart & Sullivan<br>Eric Winston<br>865 S. Figueroa St., 10th Floor<br>Los Angeles, CA 90017<br>ericwinston@quinnemanuel.com | Quinn Emmanuel Urquhart & Sullivan<br>Susheel Kirplani<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>susheelkirpalani@quinnemanuel.com |
| Ropes & Gray LLP<br>Lucas S. Smith<br>191 North Wacker Drive, 32nd Floor | Ropes & Gray LLP<br>Natasha S. Hwangpo<br>1211 Avenue of the Americas |

US.360466099.01

| | |
|---|---|
| Chicago, IL 60606<br>Luke.Smith@ropesgray.com | New York, NY 10036<br>Natasha.Hwangpo@ropesgray.com |
| Holland & Knight LLP<br>Joshua M. Spencer<br>Phillip W. Nelson<br>50 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606<br>Joshua.Spencer@hklaw.com<br>Phillip.Nelson@hklaw.com | White & Case LLP<br>Scott Greissman<br>Elizabeth Feld<br>Andrew Zatz<br>1221 Avenue of the Americas<br>New York, New York 10020<br>sgreissman@whitecase.com<br>efeld@whitecase.com<br>azatz@whitecase.com |
| Choate, Hall & Stewart LLP<br>Attn: Kevin Simard<br>Hampton Foushee<br>Two International Place<br>Boston, MA 02110<br>ksimard@choate.com<br>hfoushee@choate.com | Holland & Knight LLP<br>Joshua M. Spencer<br>Phillip W. Nelson<br>50 N. Riverside Plaza, Suite 2700<br>Chicago IL 60606<br>Joshua.Spencer@hklaw.com<br>Phillip.Nelson@hklaw.com |
| Hogan Lovells US LLP<br>Attn: Ronald J. Silverman<br>Christopher R. Bryant<br>390 Madison Avenue<br>New York, New York 10017<br>ronald.silverman@hoganlovells.com<br>chris.bryant@hoganlovells.com | Arnold & Porter Kaye Scholer LLP<br>Michael Messersmith<br>70 West Madison Street, Suite 4200<br>Chicago, Illinois 60602<br>michael.messersmith@arnoldporter.com |
| Arnold & Porter Kaye Scholer LLP<br>Benjamin Mintz<br>250 West 55th Street<br>New York, New York 10019<br>benjamin.mintz@arnoldporter.com | Arnold & Porter Kaye Scholer LLP<br>Rosa Evergreen<br>601 Massachusetts Ave., N.W.<br>Washington, DC 20001<br>rosa.evergreen@arnoldporter.com |