# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) |
| Debtors. | Jointly Administered |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

      Pursuant to Local Rule 9010-1 and the certification below, counsel moves the admission *pro hac vice* of Deborah M. Perry, Esquire of Munsch Hardt Kopf & Harr, P.C. to represent Edinburgh Logistics Assets, LLC and Finlayson Logistics Assets, LLC in the above-captioned cases.

Dated: November 10, 2023

      */s/ Gregory T. Donilon*
      Gregory T. Donilon (No. 4244)
      **MONTGOMERY MCCRACKEN WALKER & RHOADS LLP**
      1105 North Market Street, Suite 1500
      Wilmington, DE 19801
      Telephone: (302) 504-7800
      Email: gdonilon@mmwr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the bars of the State of Texas, the United States District Courts for the Eastern, Northern, Southern and Western Districts of Texas, and the United States Court of Appeals for the Fifth Circuit. I submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 8/31/16. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for the District Court.

Dated: November 10, 2023            */s/ Deborah M. Perry*
                                         Deborah M. Perry, Esq.
                                         **MUNSCH HARDT KOPF & HARR, P.C.**
                                         500 N. Akard Street, Suite 4000
                                         Dallas, TX  75201-6605
                                         Telephone: (214) 855-7500
                                         Email: dperry@munsch.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.