## CERTIFICATE OF SERVICE

I, Charles J. Brown, III, Esquire, certify that on November 10, 2023, I caused a true and correct copy of *Motion Of Derek Hall For Relief From The Automatic Stay To The Extent Of Liability Insurance* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and upon the parties listed below via electronic mail:

| | |
|---|---|
| Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Peter J. Keane, Esq.<br>Edward Corma, Esq.<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Email: ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com | Patrick J. Nash Jr., P.C.<br>David Seligman, P.C.<br>Whitney Fogelberg, Esq.<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Email: patrick.nash@kirkland.com<br>david.seligman@kirkland.com<br>whitney.fogelberg@kirkland.com |
| Allyson B. Smith, Esq.<br>KIRKLAND & ELLIS LLP<br>KIRKLAND & ELLIS INTERNATIONAL LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>Email: allyson.smith@kirkland.com | Jennifer R. Hoover, Esq.<br>Kevin M. Capuzzi, Esq.<br>John C. Gentile, Esq.<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>E-mail: jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com |
| Philip C. Dublin, Esq.<br>Meredith A. Lahaie, Esq.<br>Kevin Zuzolo, Esq.<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>One Bryant Park<br>New York, NY 10036<br>Email: pdublin@akingump.com<br>mlahaie@akingump.com<br>kzuzolo@akingump.com | Office of the United States Trustee<br>Attn.: Jane Leamy, Esq.<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>jane.m.leamy@usdoj.gov |

_/s/ Charles J. Brown, III_
Charles J. Brown, III (DE 3368)

Dated: November 10, 2023