# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>Jointly Administered |

## NOTICE OF SERVICE OF DISCOVERY

I, Frederick B. Rosner, hereby certify that, on November 10, 2023, a copy of *First Set of Interrogatories, Requests for Admissions and Requests for Production Propounded by Plaintiff* was caused to be served on the following parties in the manner prescribed below:

### *Via Mail and Electronic Mail*

Michael Esser
Kirkland & Ellis LLP
555 California Street 27th floor
San Francisco, CA 94104
Email: Michael.esser@kirkland.com

Laura Davis Jones
Peter J Keane
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Email: ljones@pszjlaw.com
pkeane@pszjlaw.com

Whitney C. Fogelberg
Rob Jacobson
Casey McGushin
Conor P. McNamara
Patrick J. Nash
David Seligman
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
Email: whitney.fogelberg@kirkland.com
rob.jacobson@kirkland.com
casey.mcgushin@kirkland.com

Allyson B Smith
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
Email: allyson.smith@kirkland.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

{00037347. }

conor.mcnamara@kirkland.com
patrick.nash@kirkland.com
dseligman@kirkland.com

Dated: November 10, 2023
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE# 3995)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com

*Counsel for Plaintiff*