# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date (Monthly): To Be Scheduled If Necessary**<br>**Objections Due: December 1, 2023 at 4:00 p.m. (ET)** |

**SUMMARY OF SECOND MONTHLY FEE APPLICATION OF
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, FOR
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF EXPENSES INCURRED AS DELAWARE COUNSEL TO THE
OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Benesch, Friedlander, Coplan & Aronoff LLP |
| Authorized to Provide Professional Services to: | Official Committee of Unsecured Creditors of Yellow Corporation, *et al*. |
| Time period covered by this Application | September 1, 2023 through September 30, 2023 |
| Amount of Compensation Sought as Actual, Reasonable, and Necessary | $150,296.50 |
| Amount of Payment Sought | $120,237.20 (80% of $150,296.50) |
| Amount of Expense Reimbursement Sought As Actual, Reasonable, and Necessary: | $9,554.37 |
| Petition Date | August 6, 2023 |
| Retention Date | October 4, 2023 *nunc pro tunc* to August 22, 2023.  *See* ECF No. 762 |

This is a ___X___ monthly _____ interim ___ final application.

This is Benesch's second monthly fee application.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date (Monthly): To Be Scheduled If Necessary**<br>**Objections Due: December 1, 2023 at 4:00p.m. (ET)** |

**SECOND MONTHLY FEE APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

Pursuant to sections 328, 330, and 1103 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Bankruptcy Rules"), the *Order Authorizing the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Benesch, Friedlander, Coplan & Aronoff LLP as Delaware Counsel and Co-Counsel, Nunc Pro Tunc to August 22, 2023* [Docket No. 762] (the "Retention Order"), and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [ECF No. 519] (the "Interim Compensation Order"), the law firm of Benesch, Friedlander, Coplan & Aronoff LLP ("Benesch"), Delaware counsel and co-counsel to the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

debtors and debtors in possession (the "Debtors"), hereby files this second monthly fee application (this "Fee Application") for: (i) compensation in the amount of $150,296.50 for the reasonable and necessary legal services Benesch rendered to the Committee from September 1, 2023 through September 30, 2023 (the "Fee Period"); and (ii) reimbursement for the actual and necessary expenses that Benesch incurred, in the amount of $9,554.37, during the Fee Period.

**Itemization of Services Rendered and Expenses Incurred**

1. In support of this Fee Application, attached are the following exhibits:

    - **Exhibit A** is a schedule providing certain information regarding the Benesch attorneys and paraprofessionals for whose work on these Chapter 11 Cases compensation is sought in this Fee Application. Attorneys and paraprofessionals of Benesch have expended a total of 247.6 hours in connection with these Chapter 11 Cases during the Fee Period.

    - **Exhibit B** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by Benesch attorneys and paraprofessionals during the Fee Period with respect to each of the subject matter categories Benesch established in accordance with its internal billing procedures. As referenced in **Exhibit B**, Benesch incurred $150,296.50 in fees during the Fee Period. Pursuant to this Fee Application, Benesch seeks reimbursement for 80% of such fees ($120,237.20 in the aggregate).

    - **Exhibit C** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which Benesch is seeking reimbursement in this Fee Application. All of these disbursements comprise the requested sum for Benesch's out-of-pocket expenses. As referenced in **Exhibit C**, Benesch incurred $9,554.37 in expenses during the Fee Period.

    - **Exhibit D** consists of Benesch's records of fees incurred during the Fee Period in the rendition of the professional services to the Committee.

**Reservation of Rights**

Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Fee Application due to delays caused by accounting and processing during the Fee Period. Benesch reserves the right to make further application to this Court for allowance of such fees and expenses not included herein. Subsequent

fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Local Bankruptcy Rules and the Interim Compensation Order.

Dated: November 10, 2023
Wilmington, Delaware

| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|---|---|
| */s/ Jennifer R. Hoover*<br>Jennifer R. Hoover (DE No. 5111)<br>Kevin M. Capuzzi (DE No. 5462)<br>John C. Gentile (DE No. 6159)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>E-mail: jhoover@beneschlaw.com<br>        kcapuzzi@beneschlaw.com<br>        jgentile@beneschlaw.com | Philip C. Dublin (*pro hac vice*)<br>Meredith A. Lahaie (*pro hac vice*)<br>Kevin Zuzolo (*pro hac vice*)<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: pdublin@akingump.com<br>       mlahaie@akingump.com<br>       kzuzolo@akingump.com |

*Counsel to the Official Committee of Unsecured Creditors*