**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |

**VERIFICATION OF JENNIFER R. HOOVER IN SUPPORT OF THE SECOND MONTHLY FEE APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP, FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED AS DELAWARE COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD FROM SEPTEMBER 1, 2023 THROUGH SEPTEMBER 30, 2023**

1. I am a partner in the law firm of Benesch, Friedlander, Coplan & Aronoff LLP, located at 1313 N. Market St., Suite 1201, Wilmington, Delaware 19801 ("Benesch"). I am one of the lead attorneys from Benesch providing services on behalf of the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (the "Debtors"). I am a member in good standing of the Bars of the States of Delaware and New Jersey, and the Commonwealth of Pennsylvania. I am admitted to practice in the United States Bankruptcy Court for the District of Delaware and other Federal courts. There are no disciplinary proceedings pending against me.

2. I have personally performed many of the legal services rendered by Benesch as Delaware counsel to the Committee, and I am familiar with all other work performed on behalf of the Committee by the attorneys and paraprofessionals at Benesch.

3. The facts set forth in the foregoing fee application and its exhibits (collectively, the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

2

"Fee Application") are true and correct to the best of my knowledge, information and belief.

4. I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and believe that the Fee Application for Benesch complies with Rule 2016-2.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 10, 2023

                                                            */s/ Jennifer R. Hoover*
                                                            Jennifer R. Hoover (DE No. 5111)