# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>Jointly Administered |

## NOTICE OF INTENT TO SERVE SUBPOENA
## ON OLD REPUBLIC INSURANCE COMPANY

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 45, made applicable to this proceeding by Rule 9016 of the Federal Rules of Bankruptcy Procedure, Donna Lee Daugherty, individually and as administratrix of the Estate of Norman Eugene Daugherty (the "Plaintiff"), by and through its undersigned counsel, hereby gives notice that Plaintiff intends to serve the Subpoena *Duces Tecum*, attached hereto as **Exhibit 1** (the "Subpoena") on the Old Republic Insurance Company (the "ORIC"), c/o Bielli & Klauder LLC, Attn: David M. Klauder, Esq., 1204 N. King Street, Wilmington, DE 19801, commanding the production of documents, as specified in Schedule A to the Subpoena, by December 10, 2023, to The Rosner Law Group LLC, Attn: Frederick B. Rosner, Esq., 824 N. Market Street, Suite 810, Wilmington, DE 19801.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

{00037341. }

Dated: November 10, 2023         **THE ROSNER LAW GROUP LLC**

        */s/ Frederick B. Rosner*
Frederick B. Rosner (DE No. 3995)
824 N. Market St., Ste. 810
Wilmington, DC 19801
302-777-1111
rosner@teamrosner.com

*Counsel to Plaintiff*