# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION., *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | Jointly Administered |
| | Re: D.I. 1099 |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that, on November 9, 2023, the undersigned counsel caused a copy of the following document to be served via CM/ECF on all counsel and parties who have entered appearances and consented to CM/ECF notification, via email upon the parties on **Exhibit A**, and via first class mail upon the party on **Exhibit B**:

a. *Limited Objections of USHOLL (MI) LLC to Debtors' Notice of Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets Regarding Proposed Cure Amount and Adequate Assurance of Future Performance* (D.I. 1099)

**PLEASE TAKE FURTHER NOTICE** that, on November 10, 2023, the undersigned counsel caused a copy of the following document to be served via first class mail upon the parties on **Exhibit A**:

a. *Limited Objections of USHOLL (MI) LLC to Debtors' Notice of Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets Regarding Proposed Cure Amount and Adequate Assurance of Future Performance* (D.I. 1099)

---

[1] According to the above-captioned debtors (the "**Debtors**"): (a) a complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation; and (b) the location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

| | |
|---|---|
| Dated: November 10, 2023<br>Wilmington, Delaware | */s/ Curtis S. Miller*<br>**MORRIS, NICHOLS, ARSHT & TUNNELL LLP**<br>Curtis S. Miller (No. 4853)<br>1201 Market Street, 16th Floor<br>P.O. Box 1347<br>Wilmington, Delaware 19801<br>Telephone: (302) 658-9200<br>Facsimile: (302) 658-3989<br>Email: cmiller@morrisnichols.com |