**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORTION, et al. | ) | Case No. 23-11069-CTG |
| Debtors. | ) | U.S. Holland, LLC, 23-11079 |
| | ) | Claim No. 0000015068 |
| | ) | |
| | ) | (Jointly Administered) |

## CLAIMANT'S MOTION TO LIFT STAY ORDER

Claimant Charles House (Joshua W. House is the decedent) by Emily Cook pro se, mother and legal custodian of the claimant, Joshua W. House, a minor, and Ashley Musgrave, pro se, next friend for the minor child and claimant, Joshua W. House, in the Pike County, Missouri wrongful death action, pursuant to 11 U.S Code §362 (d) (1) (2), requests the court to lift the automatic stay for Claimant's Pike County, Missouri Wrongful death action. Claimant's claim arises out of an automobile accident. Bankrupt U.S. Holland's driver and employee, Michael Wirths, are defendants in a suit filed in the circuit court of Pike County, Missouri. The suit was pending at the time Bankrupt filed its Chapter 11 petition. The suit is still pending. A copy of the Amended Petition for Damages, marked claimant's exhibit A, is filed herewith and the Circuit Court's order appointing Ashley Musgrave as next friend for Charles House, marked exhibit B. Bankrupt was insured for its liability for the accident and damages to plaintiff because of the death of his father, Joshua W. House, who was killed in the accident, with $6,000,000 coverage. Bankrupt's answer to an interrogatory regarding insurance coverage, marked exhibit C, is filed herewith as is exhibit D, the declaration page for the insurance policy provided by Bankrupt by its answer to the interrogatory. Claimant forgoes any claim to Bankrupt's assets and

limits his recovery to the insurance policy.

                         //s//Emily Cook, Pro Se
                         //s//Ashley Musgrave, Pro Se
                         14 Richmond Center Court
                         St. Peters, Missouri 63376
                         (636) 397-2411  Fax: (636) 397-2799
                         e-mail:  cjlaw@charliejames.com

## **CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the above and foregoing was sent via Electronic Filing to counsel of record November 13, 2023.

                         /s/ **Emily Cook**