Claimant's EXHIBIT B

## IN THE CIRCUIT COURT OF PIKE COUNTY, MISSOURI
### CIRCUIT JUDGE DIVISION

| | |
|---|---|
| CHARLES HOUSE, by his Next Friend ASHLEY MUSGRAVE, | ) ) ) |
| Plaintiff, | ) ) Case No. 21PI-CC00047 |
| vs. | ) ) ) |
| MICHAEL KELLY WIRTHS and USF HOLLAND, LLC, | ) ) ) |
| Defendants. | ) ) |

### PETITION FOR SUBSTITUTION OF NEXT FRIEND

COMES NOW Ashley Musgrave, the sister of the decedent Joshua House, and the Aunt of the minor child Charles House, and requests the Court appoint her as Next Friend for Charles House, to serve without bond. The present Next Friend, Emily Cook, has requested to be released from her duties as Next Friend.

SO ORDERED: 4/14/2023

Patrick S. Flynn
Circuit Judge

/s/ASHLEY MUSGRAVE
307 West 5th Street
Portageville, MO 63873
(573) 391-3489
e-mail: ashleymusgrave@newmadridcounty.net

JAMES LAW GROUP, LLC
14 Richmond Center Court
St. Peters, Missouri 63376
(636) 397-2411   Fax: (636) 397-2799
e-mail: cjlaw@charliejames.com

BY:   /s/CHARLES F. JAMES
       **CHARLES F. JAMES 26550**

FILED
APR 18 2023
CIRCUIT COURT
PIKE COUNTY, MO

### CERTIFICATE OF SERVICE

I hereby certify that a copy of this document was served on all attorneys of record through the court's electronic filing system on April 6, 2023.

/s/ CHARLES F. JAMES