
Claimant's EXHIBIT D

# ★★★★ OLD REPUBLIC INSURANCE COMPANY

**OLD REPUBLIC INSURANCE COMPANY**
Executive Office: 414 W. Pittsburgh, Greensburg, Pennsylvania 15601
Administrative Office: 445 South Moorland Road, Suite 300, Brookfield, WI 53005

**MOTOR CARRIER'S INDEMNITY POLICY**
**DECLARATIONS**

Producer: #546
Willis of Greater Kansas, Inc.
Overland Park, KS

POLICY NUMBER: MWML 18562
PREVIOUS NUMBER: MWML 18562

Item 1.  **NAMED INSURED:** YRC Worldwide Inc. (See Form MC 546 001 0309)

   **PRINCIPAL ADDRESS:** 10990 Roe Avenue
   Overland Park, KS 66211

Item 2.  **POLICY PERIOD:** From: 12/01/20   To: 03/01/21
   12:01 a.m. Standard Time at the address of the Named Insured stated above.

Item 3.  **COVERAGES PROVIDED**
   Indemnity pursuant to this policy is provided only for those coverages indicated below as included:

   | COVERAGES | INCLUDED |
   |---|---|
   | A. Personal Injury | XX |
   | B. Property Damage | XX |
   | C. Uninsured and Underinsured Motorists | XX |
   | D. Personal Injury Protection | XX |

Item 4.  **LIMIT OF INDEMNITY**
   $ 6,000,000   Ultimate Net Loss All Coverages Combined Per Occurrence

Item 5.  **DEDUCTIBLE**
   $ 6,000,000   Ultimate Net Loss

Item 6.  **PREMIUM COMPUTATION**
   Estimated Annual Premium   $ ▬
   Minimum Annual Premium     $ ▬
   Premium Basis              $ ▬

Item 7.  **FORMS AND ENDORSEMENTS ATTACHED AND MADE A PART OF THIS POLICY AT ISSUE:**

02/15/21                                         *Craig R. Smidly* (signature)
Date                                             Authorized Representative