IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 890** |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIRST MONTHLY
FEE APPLICATION OF BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP,
FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES INCURRED AS DELAWARE COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM AUGUST 22, 2023 THROUGH AUGUST 31, 2023**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *First Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from August 22, 2023 Through August 31, 2023* [Docket No. 890] (the "Application") filed on October 20, 2023. The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Notice of First Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

*from August 22, 2023 Through August 31, 2023* [Docket No. 890-3], objections to the Application were to be filed and served no later than November 13, 2023, at 4:00 p.m.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 519], the Debtors are authorized to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection and without the need for entry of a Court order approving the Application.

Dated: November 14, 2023
Wilmington, Delaware

<div style="columns:2">

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

/s/ John C. Gentile
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
        kcapuzzi@beneschlaw.com
        jgentile@beneschlaw.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Philip C. Dublin (*pro hac vice*)
Meredith A. Lahaie (*pro hac vice*)
Kevin Zuzolo (*pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: pdublin@akingump.com
       mlahaie@akingump.com
       kzuzolo@akingump.com

</div>

*Counsel to the Official Committee of Unsecured Creditors*