## Exhibit 1

**Agreement**

# KIRKLAND & ELLIS LLP

### AND AFFILIATED PARTNERSHIPS

555 California Street
San Francisco, CA 94104
United States

+1 415 439 1400

www.kirkland.com

Michael P. Esser
To Call Writer Directly:
+1 415 439 1973
michael.esser@kirkland.com

Facsimile:
+1 415 439 1500

November 6, 2023

**VIA EMAIL**

John L. Spencer III
Robert Campbell
Hilco Global
Email: jlspencer3@gmail.com
        rcampbell@actuarialval.com

Re: Expert/Consultant Services

Dear Mr. Spencer and Mr. Campbell:

As you may know, Kirkland & Ellis LLP represents Yellow Corporation, ("Yellow") in connection with *In re Yellow Corporation, et al.*, Case No. 23-11069 (Bankr. D. Del.). Acting on behalf of Yellow, we have discussed with you the possibility of hiring Hilco Valuation Services, LLC ("Hilco") and you serving as consulting experts in this matter (the "Engagement"). I am pleased to inform you that Yellow has agreed to retain Hilco for that purpose.

Fees & Expenses

Hilco will bill on an hourly basis based on the actual hours worked and the following range of standard billing rates (which may be subject to adjustment from time to time with Yellow's prior consent). Out-of-pocket expenses will be billed at the actual amounts incurred. For purposes of the Engagement, John L. Spencer III shall be staffed as a Managing Director and Robert Campbell shall be staffed as a Senior Director.

| Title | Standard Hourly Rate |
|---|---|
| Managing Director | $1325 |
| Senior Director | $950 |
| Associate | $350-$400 |

Payment of Hilco's fees and expenses shall be the responsibility of Yellow. Yellow will pay Hilco directly pursuant to the terms of the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* (Docket No. 617) (the "OCP Order and Procedures"), which is attached. Hilco will be added as a "Tier I OCP" pursuant to the OCP Order and Procedures. As such, Hilco should review the OCP Order and Procedures and submit invoices in accordance with its terms. We would like you to send us a copy as well. Yellow may ask us to review them from time to time. Please understand, however, that Kirkland & Ellis LLP (the "firm") is not and will not be responsible for the payment of Hilco's fees and costs absent a written agreement to the contrary.

# KIRKLAND & ELLIS LLP

John L. Spencer III
Robert Campbell
November 6, 2023
Page 2

Confidentiality & Privilege

In the course of your retention, we may call upon you to provide information, prepare studies or reports, participate in meetings, review materials, and undertake other tasks for the firm as counsel to Yellow. We intend that your work, opinions, conclusions and communications will be covered by the attorney-client privilege, attorney work product rule, and any other applicable privilege, to the extent provided by law, and you agree to do all things reasonably necessary to preserve those privileges.

Hilco agrees that, to the extent legally permissible, documents and information that is designated as confidential or which one should reasonably understand to be confidential that is acquired will be maintained in strict confidence and not disclosed to any other person or party without our prior written consent; provided that the foregoing shall not apply to any information which is (a) publicly known, (b) already known to the recipient, (c) lawfully disclosed by a third party, (d) independently developed, or (e) disclosed pursuant to legal requirement or order (collectively, the "Confidential Information"). All documentary material provided to Hilco that is Confidential Information together with all copies thereof must be returned or destroyed promptly upon request; provided that Hilco may retain copies of such Confidential Information for legal, regulatory, or corporate policy compliance purposes. In addition, any activities that are performed under this agreement and any conclusions or judgments that are reached or have been reached must be maintained as confidential in the same way. You should understand that these restrictions will continue even after the termination of your consulting work for us and after the termination of the matter for a period of two (2) years.

Conflicts of Interest & Ownership

Hilco agrees that while the matter is still active, Hilco employees will not engage in any activities that are adverse to the interests of Yellow or our firm's representation of Yellow in this matter.

Reports and other documents generated, or obtained by Hilco, in the course of work performed on this Engagement will be the property of our client Yellow. If authored by Hilco, they will be considered "Works Made For Hire" and all right, title and interest in such works is hereby assigned by Hilco to Yellow upon full and final payment of all amounts due to Hilco in connection with this Engagement. Notwithstanding the foregoing, Hilco shall retain sole and exclusive ownership of all right, title and interest in its work papers, proprietary information, processes, methodologies, know-how and software ("Hilco Property"), including such information as existed prior to the delivery of Hilco's services under this Engagement and, to the extent such

# KIRKLAND & ELLIS LLP

John L. Spencer III
Robert Campbell
November 6, 2023
Page 3

information is of general application, anything which Hilco may discover, create or develop during its provision of services under this Engagement.

Hilco will use commercially reasonable efforts to ensure that any person, including, without limitation employees, affiliates and agents, acting in connection with this retention does not:

- offer, promise or give any financial or other advantage to any person with the intention of influencing a person (who need not be the recipient of the advantage) to perform his or her function improperly, or where the acceptance of such advantage would itself be, or might be seen to be, improper; or

- offer, promise or give any financial or other advantage to a foreign public official (or to any other person at the request of, or with the acquiescence of, a foreign public official) with the intention of influencing that official in the performance of his or her public functions,

in either case with a view to obtaining or retaining business or any form of commercial advantage either for Kirkland & Ellis LLP or for Yellow in connection with this retention.

Warranty

Hilco warrants that its services under this Engagement will be performed with reasonable care in a diligent and competent manner. Hilco's sole obligation will be to correct any non-conformance with this warranty, provided that firm or Yellow gives Hilco written notice within 10 days after the services are performed or delivered. The notice will specify and detail the non-conformance and Hilco will have a reasonable amount of time, based on its severity and complexity, to correct the non-conformance.

Hilco does not warrant and is not responsible for any third-party products or services. The firm's and Yellow's sole and exclusive rights and remedies with respect to any third-party products or services are against the third-party vendor and not against Hilco.

THIS WARRANTY IS HILCO'S ONLY WARRANTY CONCERNING THE SERVICES AND ANY DELIVERABLE AND IS MADE EXPRESSLY IN LIEU OF ALL OTHER WARRANTIES AND REPRESENTATIONS, EXPRESS OR IMPLIED, INCLUDING ANY IMPLIED WARRNTIES OF MERCHANTABILITY, OR FITNESS FOR A PARTICULAR PURPOSE, OR OTHERWISE, ALL OF WHICH ARE HEREBY DISCLAIMED.

# KIRKLAND & ELLIS LLP

John L. Spencer III
Robert Campbell
November 6, 2023
Page 4

Liability and Indemnification

This Engagement is not intended to shift risk normally borne by Yellow to Hilco. To the fullest extent permitted under applicable law, Yellow agrees to indemnify and hold Hilco, its members, managers, officers, directors, affiliates, personnel, agents and contractors ("Hilco Indemnified Parties") harmless against all costs, fees, expenses, damages, and liabilities (including reasonable defense costs and legal fees), associated with any legal proceeding or other claim brought against a Hilco Indemnified Party by a third party, including a subpoena or court order, arising from or relating to any services that the firm or Yellow uses or discloses, or this Engagement generally. This indemnity shall not apply to the extent a claim arises out of a Hilco Indemnified Party's gross negligence or willful misconduct, as finally adjudicated by a finder of fact.  Hilco will not be liable for any special, consequential, incidental, indirect or exemplary damages or loss (nor any lost profits, savings or business opportunity). Further, Hilco's liability relating to this Engagement will in no event exceed an amount equal to the fees (excluding taxes and expenses) Hilco receives from Yellow for the portion of the Engagement giving rise to such liability.  Further, Hilco shall not be liable for any delays or failures in its performance due to circumstances beyond Hilco's reasonable control.

Independent Contractor

Hilco shall be an independent contractor of Yellow and not an employee, agent, partner, and will determine the method, details, and means of performing the services under this Engagement.

General

The nature of this Engagement will be determined by our firm in consultation with Hilco. This Engagement may be terminated by any party for any reason upon 30 days prior written notice; provided that Yellow shall be responsible for all fees and expenses incurred under this Engagement through the effective date of termination.

This agreement may not be amended or modified, nor any provision waived by any means other than an express writing to such effect which is signed by Hilco, us, and Yellow.

This agreement shall be governed by and construed in accordance with the laws of the State of Illinois without giving effect to conflict of law rules.

This agreement shall not provide third parties with any remedy, cause, liability,

# KIRKLAND & ELLIS LLP

John L. Spencer III
Robert Campbell
November 6, 2023
Page 5

reimbursement, claim of action or other right in law or in equity for any matter governed by or subject to the provisions of this agreement.

If any portion of this agreement is found invalid, such finding shall not affect the enforceability of the remainder hereof, and such portion shall be revised to reflect our mutual intention.

We greatly appreciate your help in this matter, and we are looking forward to working with you.

Sincerely yours,

KIRKLAND & ELLIS LLP

By: _____

Name:    Michael P. Esser

Agreed and accepted this 6th day of November, 2023

Hilco Valuation Services, LLC

By: _____

Name:    Sarah Baker, VP & Deputy General Counsel, Managing Member

Agreed and accepted this ___ day of ____, 2023

Yellow Corporation

By: _____

Name:

## **Schedule 1**

**Parties-in-Interest**

| | |
|---|---|
| JPMORGAN CHASE BANK N.A. | Banks/Lender/Administrative Agents |
| BNY MELLON | Banks/Lender/Administrative Agents |
| US BANK N.A. | Banks/Lender/Administrative Agents |
| BANK OF AMERICA, N.A. | Banks/Lender/Administrative Agents |
| PNC BANK | Banks/Lender/Administrative Agents |
| BANK OF NOVA SCOTIA | Banks/Lender/Administrative Agents |
| TD BANK | Banks/Lender/Administrative Agents |
| WELLS FARGO | Banks/Lender/Administrative Agents |
| UMB BANK | Banks/Lender/Administrative Agents |
| BANCOMER | Banks/Lender/Administrative Agents |
| BANK OF BERMUDA | Banks/Lender/Administrative Agents |
| 1105481 ONTARIO, INC. | Debtors |
| EXPRESS LANE SERVICE, INC. | Debtors |
| NEW PENN MOTOR EXPRESS LLC | Debtors |
| OPK INSURANCE CO. LTD. | Affiliated Company Names and Joint Ventures |
| YRC ASSOCIATION SOLUTIONS, INC | Debtors |
| YRC ENTERPRISE SERVICES, INC. | Debtors |
| USF HOLLAND LLC | Debtors |
| YRC LOGISTICS ASIA LIMITED | Affiliated Company Names and Joint Ventures |
| YRC INTERNATIONAL INVESTMENTS, INC | Debtors |
| YRC REGIONAL TRANSPORTATION, INC. | Debtors |
| YRC MORTGAGES, LLC | Debtors |
| ROADWAY LLC | Affiliated Company Names and Joint Ventures |
| PT MERIDIAN IQ INDONESIA INTERNATIONAL | Affiliated Company Names and Joint Ventures |
| USF REDSTARLLC | Debtors |
| USF BESTWAY INC. | Debtors |
| USF DUGAN INC. | Debtors |
| ROADWAY NEXT DAY CORPORATION | Debtors |
| YRC INC. | Debtors |
| USF HOLLAND INTERNATIONAL SALES CORPORATION | Debtors |
| YRC LOGISTICS SERVICES, INC. | Debtors |
| USF REDDAWAY INC. | Debtors |
| YRC LOGISTICS INC. | Debtors |
| YELLOW FREIGHT CORPORATION | Debtors |
| ROADWAY EXPRESS INTERNATIONAL, INC. | Debtors |
| ROADWAY EXPRESS, S.A. DE C.V. | Affiliated Company Names and Joint Ventures |
| YRC TRANSPORTATION, S.A. DE C.V. | Affiliated Company Names and Joint Ventures |
| YELLOW LOGISTICS, INC. | Debtors |
| TRANSCONTINENTAL LEASE, S. DE R.L. DE C.V. | Affiliated Company Names and Joint Ventures |
| REIMER HOLDING B.V. | Affiliated Company Names and Joint Ventures |
| YRC SERVICES S. DE R.L. DE C.V. | Affiliated Company Names and Joint Ventures |
| YRC FREIGHT CANADA COMPANY | Debtors |
| USF HOLLAND INC. | Affiliated Company Names and Joint Ventures |
| YRC FREIGHT | Affiliated Company Names and Joint Ventures |
| ROADWAY EXPRESS, INC. | Affiliated Company Names and Joint Ventures |
| YELLOW TRANSPORTATION, INC | Affiliated Company Names and Joint Ventures |
| LAURIE SELBER SILVERSTEIN | Bankruptcy Judges |

| | |
|---|---|
| JOHN T. DORSEY | Bankruptcy Judges |
| CRAIG T. GOLDBLATT | Bankruptcy Judges |
| THOMAS M. HORAN | Bankruptcy Judges |
| KAREN B. OWENS | Bankruptcy Judges |
| BRENDAN L. SHANNON | Bankruptcy Judges |
| J. KATE STICKLES | Bankruptcy Judges |
| MARY F. WALRATH | Bankruptcy Judges |
| ASHELY M. CHAN | Bankruptcy Judges |
| CACIA BATTS | Bankruptcy Judges - Staff |
| LORA JOHNSON | Bankruptcy Judges - Staff |
| LAURA HANEY | Bankruptcy Judges - Staff |
| ROBERT CAVELLO | Bankruptcy Judges - Staff |
| DEMITRA YEAGER | Bankruptcy Judges - Staff |
| NICKITA BARKSDALE | Bankruptcy Judges - Staff |
| AMANDA HRYCAK | Bankruptcy Judges - Staff |
| DANIELLE GADSON | Bankruptcy Judges - Staff |
| CLAIRE BRADY | Bankruptcy Judges - Staff |
| MARQUIETTA LOPEZ | Bankruptcy Judges - Staff |
| JILL WALKER | Bankruptcy Judges - Staff |
| RACHEL BELLO | Bankruptcy Judges - Staff |
| PAULA SUBDA | Bankruptcy Judges - Staff |
| AL LUGANO | Bankruptcy Judges - Staff |
| CATHERINE FARRELL | Bankruptcy Judges - Staff |
| LAURIE CAPP | Bankruptcy Judges - Staff |
| JOAN RANIERI | Bankruptcy Judges - Staff |
| JOSEPH MCMAHON | U.S. Trustee Office |
| LAUREN ATTIX | U.S. Trustee Office |
| LINDA CASEY | U.S. Trustee Office |
| JOSEPH CUDIA | U.S. Trustee Office |
| HOLLY DICE | U.S. Trustee Office |
| SHAKIMA L. DORTCH | U.S. Trustee Office |
| TIMOTHY J. FOX, JR. | U.S. Trustee Office |
| DIANE GIORDANO | U.S. Trustee Office |
| CHRISTINE GREEN | U.S. Trustee Office |
| BENJAMIN HACKMAN | U.S. Trustee Office |
| NYANQUOI JONES | U.S. Trustee Office |
| JANE LEAMY | U.S. Trustee Office |
| HANNAH M. MCCOLLUM | U.S. Trustee Office |
| JAMES R. O'MALLEY | U.S. Trustee Office |
| LINDA RICHENDERFER | U.S. Trustee Office |
| JULIET SARKESSIAN | U.S. Trustee Office |
| RICHARD SCHEPACARTER | U.S. Trustee Office |
| EDITH A. SERRANO | U.S. Trustee Office |
| ROSA SIERRA-FOX | U.S. Trustee Office |
| DION WYNN | U.S. Trustee Office |
| CITIZENS BUSINESS CAPITAL | Banks/Lender/Administrative Agents |
| PNC BANK NATIONAL ASSOCIATION | Banks/Lender/Administrative Agents |

| | |
|---|---|
| ING CAPITAL LLC | Banks/Lender/Administrative Agents |
| CIT FINANCE LLC | Banks/Lender/Administrative Agents |
| KEYBANK NATIONAL ASSOCIATION | Banks/Lender/Administrative Agents |
| SIEMENS FINANCIAL SERVICES, INC. | Banks/Lender/Administrative Agents |
| CORTLAND PRODUCTS CORP. | Banks/Lender/Administrative Agents |
| APOLLO CREDIT STRATEGIES MASTER FUND, LTD. | Banks/Lender/Administrative Agents |
| APOLLO ATLAS MASTER FUND, LLC | Banks/Lender/Administrative Agents |
| AP KENT CREDIT MASTER FUND, L.P. | Banks/Lender/Administrative Agents |
| MPI (LONDON) LIMITED | Banks/Lender/Administrative Agents |
| APOLLO TR ENHANCES LEVERED YIELD LLC | Banks/Lender/Administrative Agents |
| APOLLO TR OPPORTUNISTIC LTD. | Banks/Lender/Administrative Agents |
| APOLLO A-N CREDIT FUND (DELAWARE), L.P. | Banks/Lender/Administrative Agents |
| APOLLO CENTRE STREET PARTNERSHIP, LP | Banks/Lender/Administrative Agents |
| APOLLO MOULTRIE CREDIT FUND, L.P. | Banks/Lender/Administrative Agents |
| APOLLO TACTICAL VALUE SPN INVESTMENTS, L.P. | Banks/Lender/Administrative Agents |
| APOLLO ACCORD MASTER FUND III, L.P. | Banks/Lender/Administrative Agents |
| CADBURY MONDELEZ PENSION TRUST LIMITED | Banks/Lender/Administrative Agents |
| AMISSIMA DIVERSIFIED INCOME ICAV | Banks/Lender/Administrative Agents |
| ATHORA LUX INVEST | Banks/Lender/Administrative Agents |
| SAN BERNARDINO COUNTY EMPLOYEES' RETIREMENT ASSOCIATION | Banks/Lender/Administrative Agents |
| APOLLO CREDIT FUNDS ICAV | Banks/Lender/Administrative Agents |
| ACE GLOBAL MULTI-CREDIT LLC | Banks/Lender/Administrative Agents |
| APOLLO CREDIT MASTER FUND LTD. | Banks/Lender/Administrative Agents |
| APOLLO LINCOLN FIXED INCOME FUND, L.P. | Banks/Lender/Administrative Agents |
| ASPEN AMERICAN INSURANCE COMPANY | Banks/Lender/Administrative Agents |
| UNITED STATES DEPARTMENT OF THE TREASURY | Banks/Lender/Administrative Agents |
| ALTER DOMUS PRODUCTS CORP. | Banks/Lender/Administrative Agents |
| ALVAREZ & MARSAL | Bankruptcy Professionals |
| KIRKLAND & ELLIS | Bankruptcy Professionals |
| DUCERA PARTNERS | Bankruptcy Professionals |
| MILBANK | Other Restructuring Professionals |
| HOLLAND & KNIGHT LLP | Other Restructuring Professionals |
| CHOATE HALL & STEWART LLP | Other Restructuring Professionals |
| HOGAN LOVELLS US LLP | Other Restructuring Professionals |
| YELLOW CORPORATION | Debtors |
| DARREN D. HAWKINS | Directors/Officers - Current |
| DARREL J. HARRIS | Directors/Officers - Current |
| JASON W. BERGMAN | Directors/Officers - Current |
| DANIEL L. OLIVIER | Directors/Officers - Current |
| LEAH K. DAWSON | Directors/Officers - Current |
| ANNLEA RUMFOLA | Directors/Officers - Current |
| TONY CARRENO | Directors/Officers - Current |
| DOUGLAS A. CARTY | Directors/Officers - Current |
| MATTHEW A. DOHENY | Directors/Officers - Current |
| JAVIER EVANS | Directors/Officers - Current |
| JAMES E. HOFFMAN | Directors/Officers - Current |
| SHAUNNA D. JONES | Directors/Officers - Current |

| | |
|---|---|
| SUSANA MARTINEZ | Directors/Officers - Current |
| DAVID S. MCCLIMON | Directors/Officers - Current |
| PATRICIA M. NAZEMETZ | Directors/Officers - Current |
| CHRIS T. SULTEMEIER | Directors/Officers - Current |
| DAVID H. WEBBER | Directors/Officers - Current |
| ALIX PARTNERS | Other Restructuring Professionals |
| UNITED STATES DEPARTMENT OF THE TREASURY | 5% or More Equity Holders |
| EPIQ GLOBAL | Bankruptcy Professionals |
| GOODMANS LLP | Bankruptcy Professionals |
| PACHULSKI STANG ZIEHL & JONES | Bankruptcy Professionals |
| MFN PARTNERS MANAGEMENT, LP | 5% or More Equity Holders |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | 5% or More Equity Holders |
| ALTABANK | UCC Lien Parties |
| ALTER DOMUS PRODUCTS CORP. | UCC Lien Parties |
| BANK OF NEW YORK MELLON, THE AS COLLATERAL AGENT | UCC Lien Parties |
| BOFI FEDERAL BANK | UCC Lien Parties |
| CITIZENS ASSET FINANCE INC | UCC Lien Parties |
| CITIZENS BANK N.A. | UCC Lien Parties |
| CITIZENS BUSINESS CAPITAL | UCC Lien Parties |
| CORTLAND PRODUCTS CORP. | UCC Lien Parties |
| CREDIT SUISSE AG AS COLLATERAL AGENT | UCC Lien Parties |
| EVERBANK COMMERCIAL FINANCE INC | UCC Lien Parties |
| FIRST UTAH BANK | UCC Lien Parties |
| GROWTH FUNDING EQUIPMENT FINANCE | UCC Lien Parties |
| HARBOR CAPITAL LEASING INC | UCC Lien Parties |
| HARBOR CAPITAL LEASING LLC | UCC Lien Parties |
| HYG FINANCIAL SERVICES INC | UCC Lien Parties |
| INTERNAL REVENUE SERVICE | UCC Lien Parties |
| INVESTORS BANK | UCC Lien Parties |
| JPMORGAN CHASE BANK N.A. | UCC Lien Parties |
| LE SCHWAB WAREHOUSE CENTER INC | UCC Lien Parties |
| MILESTONE EQUIPMENT CORPORATION | UCC Lien Parties |
| NATIONS FUND I INC | UCC Lien Parties |
| NATIONS FUND I LLC | UCC Lien Parties |
| NEWSTAR COMMERCIAL LEASE FUNDING I LLC | UCC Lien Parties |
| NEWSTAR EQUIPMENT FINANCE I LLC | UCC Lien Parties |
| NMHG FINANCIAL SERVICES INC | UCC Lien Parties |
| PEOPLE'S CAPITAL AND LEASING CORP | UCC Lien Parties |
| PEOPLE'S UNITED BANK NA | UCC Lien Parties |
| PMC FINANCIAL SERVICES GROUP LLC | UCC Lien Parties |
| RADIUS BANK | UCC Lien Parties |
| RBS CITIZENS BUSINESS CAPITAL AS AGENT | UCC Lien Parties |
| SOMERSET CAPITAL GROUP LTD | UCC Lien Parties |
| SOMERSET CAPITAL GROUP XXII | UCC Lien Parties |
| STOUGHTON TRAILERS ACCEPTANCE COMPANY LLC | UCC Lien Parties |
| SUSQUEHANNA COMMERCIAL FINANCE INC | UCC Lien Parties |
| TOYOTA INDUSTRIES COMMERICIAL FINANCE INC | UCC Lien Parties |

| | |
|---|---|
| UTICA LEASECO LLC | UCC Lien Parties |
| WINTRUST EQUIPMENT FINANCE | UCC Lien Parties |
| YRC INC | UCC Lien Parties |
| FTI | Other Restructuring Professionals |
| US ENVIRONMENTAL PROTECTION AGENCY | Environmental / PRP – Potentially Responsible Parties |
| ROOSEVELT IRRIGATION DISTRICT | Environmental / PRP – Potentially Responsible Parties |
| BNSF RAILWAY COMPANY | Top Creditors |
| EXL SERVICE HOLDINGS INC | Top Creditors |
| AMAZON | Top Creditors |
| PILOT TRAVEL CENTERS LLC | Top Creditors |
| HOME DEPOT | Top Creditors |
| BELK EXPRESS | Top Creditors |
| RFT LOGISTICS LLC | Top Creditors |
| PENSKE TRUCK LEASING | Top Creditors |
| UNION PACIFIC RAILROAD | Top Creditors |
| GOODYEAR TIRE & RUBBER COMPANY | Top Creditors |
| MICHELIN NORTH AMERICA INC | Top Creditors |
| KEURIG DR. PEPPER | Top Creditors |
| DIRECT CHASSISLINK, INC. | Top Creditors |
| MID-AMERICAN CONSTRUCTORS LLC | Top Creditors |
| BED BATH & BEYOND | Top Creditors |
| COTY | Top Creditors |
| DAIMLER TRUCKS NA | Top Creditors |
| NORTH AMERICAN TRANSACTION SERVICES | Top Creditors |
| CENTRAL STATES H&W FUND | Top Creditors |
| WESTERN TEAMSTERS WELFARE FUND | Top Creditors |
| CENTRAL STATES PENSION | Top Creditors |
| TEAMSTERS NATIONAL 401K SAVINGS PLAN | Top Creditors |
| CENTRAL PENNSYLVANIA TEAMSTERS | Top Creditors |
| IAM NATIONAL 401K PLAN | Top Creditors |
| IBT LOCAL 710 | Top Creditors |
| LOCAL 805 PENSION AND RETIREMENT PLAN | Top Creditors |
| NY STATE TEAMSTERS COUNCIL | Top Creditors |
| MICHIGAN CONFERENCE OF TEAMSTERS | Top Creditors |
| LOCAL 707 | Top Creditors |
| PENSION BENEFIT GUARANTY CORPORATION | Top Creditors |
| ARCH CAPITAL GROUP | Surety and Letters of Credit Issuers |
| ARGO GROUP | Surety and Letters of Credit Issuers |
| AXA XL | Surety and Letters of Credit Issuers |
| CHUBB GROUP | Surety and Letters of Credit Issuers |
| CNA SURETY | Surety and Letters of Credit Issuers |
| INTACT GROUP | Surety and Letters of Credit Issuers |
| LIBERTY MUTUAL GROUP | Surety and Letters of Credit Issuers |
| PROTECTIVE INSURANCE COMPANY | Surety and Letters of Credit Issuers |
| AKIN GUMP | UCC Professionals |
| MILLER BUCKFIRE & CO. | UCC Professionals |
| HURON CONSULTING | UCC Professionals |

| | |
|---|---|
| BNSF RAILWAY COMPANY | UCC Members |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | UCC Members |
| MICHELIN NORTH AMERICA INC | UCC Members |
| CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND | UCC Members |
| DAIMLER TRUCKS NA | UCC Members |
| NEW YORK STATE TEAMSTERS PENSION AND HEALTH FUNDS | UCC Members |
| RFT LOGISTICS LLC | UCC Members |
| PENSION BENEFIT GUARANTY CORPORATION | UCC Members |
| ARMANDO RIVERA | UCC Members |
| MFN PARTNERS MANAGEMENT, LP | Banks/Lender/Administrative Agents |
| ROPES & GRAY | Other Restructuring Professionals |
| QUINN EMANUEL | Other Restructuring Professionals |
| PROVINCE | Other Restructuring Professionals |
| WHITE & CASE | Other Restructuring Professionals |
| CITADEL | Banks/Lender/Administrative Agents |
| ARNOLD & PORTER | Other Restructuring Professionals |
| HOULIHAN LOKEY | Other Restructuring Professionals |
| 68TH STREET SITE WORK GROUP | Litigation |
| ALABAMA AUTO | Litigation |
| ALCO IRON & METAL | Litigation |
| ALEXANDER HITZ | Litigation |
| ALVIN L. MALNIK | Litigation |
| AMEESH BHANDARI | Litigation |
| ANTHONY MARTINO | Litigation |
| APDI LIQUIDATION, LLC | Litigation |
| BED BATH & BEYOND | Litigation |
| BLACKSTRAP INDUSTRIES, INC. | Litigation |
| BM GROUP INC. | Litigation |
| BRIGHT EARTH FOODS | Litigation |
| BRYANT HOLDINGS LLC | Litigation |
| CAESAR SMITH | Litigation |
| CHERRY MAN INDUSTRIES | Litigation |
| CHRISTINA LEWIS | Litigation |
| COMLINK NETWORK SERVICES | Litigation |
| DEPARTMENT OF DEFENCE | Litigation |
| DPS AUTO SHIPPERS | Litigation |
| ECLIPSE IP LLC | Litigation |
| ENVIRONMENTAL PROTECTION AGENCY | Litigation |
| FEDERAL MOTOR CARRIER SAFETY ADMINISTRATION | Litigation |
| G & J CARLSON TRUCK & TRAILER REPAIRS | Litigation |
| GPNE CORP | Litigation |
| HALLAMORE CORP, D/B/A B.T. EQUIPMENT | Litigation |
| HBC STRATEGIES CONTRACT PAYMENTS | Litigation |
| HKM DIRECT MARKET COMMUNICATION | Litigation |
| HNRYLOGISTICS.NET | Litigation |
| HOME PRODUCTS INTERNATIONAL, INC. | Litigation |
| INDEMNITY INS. CO. OF NORTH AMERICA A/S/O/ PERRIGO COMPANY | Litigation |

| | |
|---|---|
| INTERBORO PACKAGING CORP | Litigation |
| JAMES D. WINSTON | Litigation |
| JEFF THORN | Litigation |
| KENCO LOGISTICS SERVICES (INVACARE) | Litigation |
| LOGISTICA ZEMOG | Litigation |
| LOGITRAQ, LLC | Litigation |
| MAXFIELD CANDY CO | Litigation |
| NIPPONKOA INSURANCE | Litigation |
| NOVA WILDCAT SHUR-LINE HOLDINGS (H2 GROUP) | Litigation |
| OCEAN AMUSEMENTS, INC | Litigation |
| OMACHRON SCIENCE INC. | Litigation |
| OSHA | Litigation |
| PARTY CITY | Litigation |
| PML CAPITAL | Litigation |
| PYRAMID FLOORING / SENECA HARDWOOD | Litigation |
| QUALITY OCEAN | Litigation |
| R&L CARRIERS | Litigation |
| REIMER WORLD CORP | Litigation |
| REVLON, INC. | Litigation |
| ROADNET TECHNOLOGIES | Litigation |
| ROADWAYDELIVERY.COM | Litigation |
| ROCKET FARMS, INC. | Litigation |
| SIRIUS COMPUTER SOLUTIONS | Litigation |
| STANDARD ROOFING & SHEET METAL SUPPLY | Litigation |
| TEMP-COAT BRAND PRODUCTS | Litigation |
| THE PURCHASE MASTER, LLC | Litigation |
| TM LONGEVITY CENTER, C.A. | Litigation |
| TRANSMATE LOGISTICS | Litigation |
| TS EXPRESS/MOTORCAR PARTS OF AMERICA | Litigation |
| TUCOWS INC | Litigation |
| HNRYLOGISTIC.COM | Litigation |
| HNRYSLOGISTICS.COM | Litigation |
| US FREIGHTWAYS, INC. | Litigation |
| US TREASURY | Litigation |
| VITAL PHARMACEUTICALS, INC | Litigation |
| VIZANT | Litigation |
| WASHINGTON STATE EMPLOYMENT SECURITY DEPARTMENT | Litigation |
| YELLO STROM | Litigation |
| YELLOW CRATES CORP | Litigation |
| KEVIN M GALLOWAY | Litigation |
| YELLOW TRANSPORTATION (MANTECA CA) | Litigation |
| YRCCOURIER.COM | Litigation |
| YRCWORLDWIDEDELIVERY.COM | Litigation |
| ZENOBIA COMPANY, LLC | Litigation |
| 1313 GRAND STREET REALTY, LLC | Material Contract Counterparties |
| 181 W JOHNSON OPERATING LLC | Material Contract Counterparties |
| 445 HOLLYWOOD AVENUE, LLC | Material Contract Counterparties |

| | |
|---|---|
| 9551930 CANADA INC. | Material Contract Counterparties |
| A. DUIE PYLE | Material Contract Counterparties |
| A2.21 1333 NORTH MARKET LLC | Material Contract Counterparties |
| ABF FREIGHT SYSTEM, INC. | Material Contract Counterparties |
| ACHERON LAND HOLDINGS ULC | Material Contract Counterparties |
| ALAMITOS AUTO PARTS, INC. | Material Contract Counterparties |
| ALLIED LOGISTICS CORP. | Material Contract Counterparties |
| B & W INVESTMENTS | Material Contract Counterparties |
| BARRY JENKINS TRUST | Material Contract Counterparties |
| BEL AIR T.T., LLC | Material Contract Counterparties |
| BLACH DISTRIBUTING COMPANY | Material Contract Counterparties |
| BNSF RAILWAY COMPANY | Material Contract Counterparties |
| CHAMBERLAIN TRUST | Material Contract Counterparties |
| CHAMPION TERMINAL ASSOCIATES, LLC | Material Contract Counterparties |
| CHRISTY REAL ESTATE, LLC | Material Contract Counterparties |
| COMMERCE ROAD TERMINALS LLC | Material Contract Counterparties |
| CROWN ENTERPRISES, INC. | Material Contract Counterparties |
| CWW ENTERPRISES LLC | Material Contract Counterparties |
| CYNTHIA OLIVER | Material Contract Counterparties |
| DCT ECKHOFF STREET LLC | Material Contract Counterparties |
| DCT PEORIA STREET LLC | Material Contract Counterparties |
| DCT REGENTVIEW AVENUE, LLC | Material Contract Counterparties |
| DOCK STREET CORP | Material Contract Counterparties |
| DON JERRY X-PLO, INC. | Material Contract Counterparties |
| EDINBURGH LOGISTICS ASSETS LLC | Material Contract Counterparties |
| EILER, LLC | Material Contract Counterparties |
| ELMIRA TERMINAL & WAREHOUSE CORP. | Material Contract Counterparties |
| ESTES EXPRESS LINES | Material Contract Counterparties |
| GULSONS CUTTER, LLC | Material Contract Counterparties |
| ESTES TERMINALS LLC | Material Contract Counterparties |
| EXETER 1619 N PLAZA, LLC | Material Contract Counterparties |
| EXOL PROPERTIES, LLC | Material Contract Counterparties |
| FIFTY SECOND AVENUE ASSOCIATES, INC. | Material Contract Counterparties |
| FINLAYSON LOGISTICS ASSETS LLC | Material Contract Counterparties |
| FREIGHT LINE PROPERTIES, LLC | Material Contract Counterparties |
| GB UNION GAP, LLC | Material Contract Counterparties |
| GEFFS | Material Contract Counterparties |
| GIJV IL7 LLC | Material Contract Counterparties |
| GPT SANTA FE SPRINGS OWNER LP | Material Contract Counterparties |
| GRP 298 ASTOR LLC | Material Contract Counterparties |
| HARRIS REAL ESTATE HOLDINGS, LLC | Material Contract Counterparties |
| HAWKEY TRANSPORTATION | Material Contract Counterparties |
| HIGHLAND INVESTMENTS, LLLP | Material Contract Counterparties |
| INVERMEX, LLC | Material Contract Counterparties |
| IVEY SELF STORAGE, INC. | Material Contract Counterparties |
| J AND C GILMAN LLC | Material Contract Counterparties |
| J. L. CLARK CORPORATION | Material Contract Counterparties |

| | |
|---|---|
| J. B. WRIGHT | Material Contract Counterparties |
| JAY F. MANNINO TRUST | Material Contract Counterparties |
| JEDS, LLC | Material Contract Counterparties |
| JENNINGS LEASING, LC | Material Contract Counterparties |
| JERALD K. HOFSTAD | Material Contract Counterparties |
| JVCA INVESTMENTS, LLC | Material Contract Counterparties |
| KESTREL CROSSDOCK, LLC | Material Contract Counterparties |
| LEE A. WIGGINS | Material Contract Counterparties |
| LORRAINE CARLSON | Material Contract Counterparties |
| M J ROCK, LLC | Material Contract Counterparties |
| M4 TERMINALS, LLC | Material Contract Counterparties |
| MAD ACQUISITIONS, LLC | Material Contract Counterparties |
| MADRONA CUTTER, LLC | Material Contract Counterparties |
| MCCALLUM FAMILY, LLC | Material Contract Counterparties |
| MG FISHERSVILLE I, LLC | Material Contract Counterparties |
| MITCHELL NELSON | Material Contract Counterparties |
| NATMI LPF BLOOMINGTON, LP | Material Contract Counterparties |
| NATMI NATIONAL FX PROPERTIES, LLC | Material Contract Counterparties |
| NATMI NATIONAL TAMPA, LLC | Material Contract Counterparties |
| NATMI NATIONAL TRUCK TERMINALS, LLC | Material Contract Counterparties |
| NORSTAR WALKER INC. | Material Contract Counterparties |
| NORTH ACRES DEVELOPMENT CO., INC. | Material Contract Counterparties |
| ORANGE BATAVIA I LLC | Material Contract Counterparties |
| ORCHARD INVESTMENTS, INC. | Material Contract Counterparties |
| P & R PROPERTY MANAGEMENT | Material Contract Counterparties |
| PEARL LENZEN | Material Contract Counterparties |
| PETERS INVESTMENTS, LLC | Material Contract Counterparties |
| PIFER PROPERTY HOLDINGS, LP | Material Contract Counterparties |
| POPULAR INVESTMENTS, LLC | Material Contract Counterparties |
| PROLOGIS L.P. | Material Contract Counterparties |
| PROLOGIS TARGETED U.S. LOGISTICS FUND, LP | Material Contract Counterparties |
| PROLOGIS USLV NEWCA 3, LLC | Material Contract Counterparties |
| PROLOGIS USLV SUBREIT 4, LLC | Material Contract Counterparties |
| PROPERTY 1955 LLC | Material Contract Counterparties |
| PWM, INC. | Material Contract Counterparties |
| PYRO JUNKIE FIREWORKS, INC. | Material Contract Counterparties |
| R. L. ROBERTS, LLC | Material Contract Counterparties |
| REIMER WORLD PROPERTIES CORP. | Material Contract Counterparties |
| RICHARDSONS PROPERTIES LLC | Material Contract Counterparties |
| RLF BOOTH SPE, LLC | Material Contract Counterparties |
| RLF I-A SPE, LLC | Material Contract Counterparties |
| RLF I-C SPE, LLC | Material Contract Counterparties |
| RLF I-PICO SPE, LLC | Material Contract Counterparties |
| RLIF EAST 2 LLC | Material Contract Counterparties |
| RLR INVESTMENTS, LLC | Material Contract Counterparties |
| ROEMER WAY LLC | Material Contract Counterparties |
| RWP MANITOBA LTD | Material Contract Counterparties |

| | |
|---|---|
| SANTA MARIA INVESTMENTS, LLC | Material Contract Counterparties |
| SHAFFER ROAD LLC | Material Contract Counterparties |
| SOUTHEASTERN FREIGHT LINES, INC. | Material Contract Counterparties |
| TATANKA, LLC | Material Contract Counterparties |
| TERMINAL LOGISTICS II MID-ATLANTIC SPE, LLC | Material Contract Counterparties |
| TERMINAL LOGISTICS II SOUTH SPE, LLC | Material Contract Counterparties |
| TERMINAL LOGISTICS II TEXAS SPE, LP | Material Contract Counterparties |
| TERRENO CLAWITER LLC | Material Contract Counterparties |
| TERRENO DELL LLC | Material Contract Counterparties |
| TFI INTERNATIONAL INC. | Material Contract Counterparties |
| TOON INVESTMENTS, LLC | Material Contract Counterparties |
| TRIP PORTFOLIO, LLC | Material Contract Counterparties |
| USHOLL (MI) LLC | Material Contract Counterparties |
| VICTORIA C. HAYCOCK | Material Contract Counterparties |
| VIEWEG REAL ESTATE | Material Contract Counterparties |
| WARNER-WILLIAMS INVESTMENTS, INC. | Material Contract Counterparties |
| WATWOOD INVESTMENTS, LLC | Material Contract Counterparties |
| WHEELS UP EXPERIENCE, INC. | Material Contract Counterparties |
| WIPT, INC. | Material Contract Counterparties |
| WOLVERINE FREIGHT SYSTEM | Material Contract Counterparties |
| ZOLLINGER COMMERCIAL WAREHOUSING | Material Contract Counterparties |
| AXOS BANK | Material Contract Counterparties |
| EAST WEST BANK | Material Contract Counterparties |
| MERCEDES-BENZ FINANCIAL SERVICES USA LLC | Material Contract Counterparties |
| NATIONS | Material Contract Counterparties |
| NEXTRAN TRUCK CENTER | Material Contract Counterparties |
| PACCAR FINANCIAL CORP. | Material Contract Counterparties |
| PEAPACK CAPITAL CORPORATION | Material Contract Counterparties |
| PNC BANK NATIONAL ASSOCIATION | Material Contract Counterparties |
| RADIUS BANK | Material Contract Counterparties |
| STERLING NATIONAL BANK | Material Contract Counterparties |
| STOUGHTON TRAILERS ACCEPTANCE CO LLC | Material Contract Counterparties |
| TOYOTA | Material Contract Counterparties |
| UNITE PRIVATE NETWORKS | Material Contract Counterparties |
| VOLVO FINANCIAL SERVICES | Material Contract Counterparties |
| GROWTH FUNDING EQUIPMENT FINANCE | Material Contract Counterparties |
| RYDER TRANSPORTATION SERVICES | Material Contract Counterparties |
| PENSKE TRUCK LEASING CO, L.P. | Material Contract Counterparties |
| AJIA, LLC | Material Contract Counterparties |
| APPLETREE REALTY HOLDINGS, LLC | Material Contract Counterparties |
| ARTIM INDUSTRIAL PROPERTIES | Material Contract Counterparties |
| B. KIK PROPERTIES LLC | Material Contract Counterparties |
| BIG SKY PROPERTY MANAGEMENT | Material Contract Counterparties |
| BLACH INVESTMENT GROUP | Material Contract Counterparties |
| BLUEBIRD REAL ESTATE HOLDINGS, LLC | Material Contract Counterparties |
| BOYER LOGISTICS, INC. | Material Contract Counterparties |
| BREIT INDUSTRIAL CANYON GA 1B01 LLC | Material Contract Counterparties |

| | |
|---|---|
| C AND S BROKERAGE | Material Contract Counterparties |
| CHICAGO TITLE LAND TRUST COMPANY | Material Contract Counterparties |
| CITY OF GOODLAND/COUNTY CLERK OF SHERMAN COUNTY | Material Contract Counterparties |
| CROWN ASSOCIATES | Material Contract Counterparties |
| DAVID M. AND ANN B. MORSE | Material Contract Counterparties |
| DUNCO, LLC | Material Contract Counterparties |
| DWELL WISE LP | Material Contract Counterparties |
| DWJS, LLC | Material Contract Counterparties |
| FAZIO TV, LLC | Material Contract Counterparties |
| FEDERAL BRIDGE CORPORATION | Material Contract Counterparties |
| FREEPORT CENTER ASSOCIATES | Material Contract Counterparties |
| G&I IX CHESHIRE, LLC | Material Contract Counterparties |
| GB ALBANY, LLC | Material Contract Counterparties |
| GLEN EG, LLC | Material Contract Counterparties |
| GPT DEER PARK TERMINAL OWNER LLC | Material Contract Counterparties |
| GPT ORLANDO TERMINAL OWNER LLC | Material Contract Counterparties |
| HAENER PROPERTIES LP | Material Contract Counterparties |
| HARTMAN ROAD LLC | Material Contract Counterparties |
| HEALTHSOURCE INTEGRATED SOLUTIONS | Material Contract Counterparties |
| HVIP INDUSTRIAL PARK | Material Contract Counterparties |
| JACK CHAMBERLAIN | Material Contract Counterparties |
| JIM HEATHERLY | Material Contract Counterparties |
| MARIA ONTIVEROS | Material Contract Counterparties |
| MARY A. FAZIO LIMITED PARTNERSHIP I | Material Contract Counterparties |
| MATELICH CRANE PIER & PILING | Material Contract Counterparties |
| MOBILE AIRPORT AUTHORITY | Material Contract Counterparties |
| MOHAWK STREET PROPERTIES LLC | Material Contract Counterparties |
| MULTI-BASE, INC. | Material Contract Counterparties |
| NAPA AUTO PARTS | Material Contract Counterparties |
| NED PROPERTIES, LLC | Material Contract Counterparties |
| NIAGARA FALLS BRIDGE | Material Contract Counterparties |
| NW 5+B OFFICE AND RETAIL LLC | Material Contract Counterparties |
| OPS-KC ASPIRIA, LLC | Material Contract Counterparties |
| PAC OPERATING LIMITED PARTNERSHIP | Material Contract Counterparties |
| PACIFICORP | Material Contract Counterparties |
| PAUL ISAACSON | Material Contract Counterparties |
| PORT OF SEATTLE | Material Contract Counterparties |
| PPF SUDBERRY OCEAN VIEW HILLS, LP | Material Contract Counterparties |
| PRICE PROPERTY AND INVESTMENTS LLC AND GREEN BLUE 1818 LLC | Material Contract Counterparties |
| PROLOGIS USLV NEWCA 3, CA | Material Contract Counterparties |
| REALTERM NAT PROPERTY HOLDINGS, LP | Material Contract Counterparties |
| REGENCY WEST OFFICE PARTNERS | Material Contract Counterparties |
| RGA DALFEN EAST DALLAS LP | Material Contract Counterparties |
| RICH AND DAVE GRANT PROPERTIES | Material Contract Counterparties |
| S&S TRANSPORT | Material Contract Counterparties |
| SCHOPP PROPERTIES | Material Contract Counterparties |
| SHURLING PROPERTY | Material Contract Counterparties |

| | |
|---|---|
| SILVER CREEK, LLC | Material Contract Counterparties |
| SNOHOMISH COUNTY/CITY AIRPORT | Material Contract Counterparties |
| SOETH CORPORATION | Material Contract Counterparties |
| SOUTHERN WAREHOUSING & DISTRIBUTION | Material Contract Counterparties |
| SPALDING AND SON, INC. | Material Contract Counterparties |
| STAKER & PARSON | Material Contract Counterparties |
| THE FALOMA FAZIO PROPERTY, LLC | Material Contract Counterparties |
| THE MCPHERSON COMPANIES | Material Contract Counterparties |
| THUNDERBOLT MANAGEMENT GROUP INC. | Material Contract Counterparties |
| TIMBERLINE DISTRIBUTORS LLC / THE BLACK SHEEP | Material Contract Counterparties |
| TRAFTON WAREHOUSE LLC | Material Contract Counterparties |
| UMPQUA DAIRY | Material Contract Counterparties |
| VELOCITY PARTNERS LLC | Material Contract Counterparties |
| VILLA VISTA WEST, LLC | Material Contract Counterparties |
| AURORA BUSINESS PARK ASSOCIATES, LP | Material Contract Counterparties |
| BAKER DENNARD & GOETZ, INC. | Material Contract Counterparties |
| CENTRAL PROPERTY GROUP LLC | Material Contract Counterparties |
| GREEN ACRES GYPSUM | Material Contract Counterparties |
| JONESBORO FREIGHT TERMINAL, LLC | Material Contract Counterparties |
| LIGHTEDGE TECHNOLOGIES | Material Contract Counterparties |
| MARLEY RMC II SPE LLC | Material Contract Counterparties |
| MONTANA OPPORTUNITIES, LLC | Material Contract Counterparties |
| PACIFIC TRANSSHIPMENT CENTERS, LLC | Material Contract Counterparties |
| SALEM WAREHOUSE SYNDICATE LLC | Material Contract Counterparties |
| TIERPOINT, LLC | Material Contract Counterparties |
| WEST EMERSON BROKERS MALL LTD. | Material Contract Counterparties |

## **Schedule 2**

**Disclosures**

Schedule 2
Disclosures

a.  Hilco performed valuation services of the Debtors' fleet assets in July 2023.

b.  Hilco IP Services, LLC, an affiliate of Hilco, provided intellectual property disposition services for YRC Freight in 2020.

c.  Hilco Real Estate Appraisal, LLC, an affiliate of Hilco, provided real estate appraisal services for (i) USF Holland Inc. in 2015, and (ii) YRC Freight, in 2020.

d.  Affiliates of Hilco employ the following individuals who previously were associated with the Bankruptcy and Corporate Restructuring section of the law firm of Young Conaway Stargatt & Taylor, LLP ("YCST") in Wilmington, Delaware: (i) Ian S. Fredericks, President and Chief Legal Officer of Hilco Merchant Resources, LLC, and (ii) David Peress, Executive Vice President of Hilco IP Services, LLC. Mr. Fredericks and Mr. Peress left YCST in 2008 and 2000, respectively.  While at YCST, the Honorable Brendan Linehan Shannon and the Honorable John Dorsey were partners in the Bankruptcy and Corporate Restructuring section.

e.  While at Ashby & Geddes, the Honorable Karen Owens provided legal services to Affiliates of Hilco in matters unrelated to the Debtors and these cases.

f.  Hilco Real Estate, LLC ("HRE"), an affiliate of Hilco, provides lease acquisition, disposition, and restructuring services to its commercial real estate clients.  In the course of providing such services, on matters unrelated to the Debtors, HRE may have transacted with one or more of the parties-in-interest identified as material contract counterparties who are landlords of the Debtors.

g.  Affiliates of Hilco have debt facilities in place with Bank of America, JP Morgan Chase Bank, N.A., and US Bank. Hilco is an obligor and borrower under such debt facilities.

h.  From time to time, Hilco and/or its affiliates have collaborated with or engaged the professional services of (i) Alter Domus (US) LLC, (ii) Ducera Partners, (iii) FTI, (iv) Goodmans, (v) Holland & Knight, (vi) Kirkland & Ellis, (vii) Milbank Ropes & Gray, (viii) Quinn Emanuel, and (ix) White & Case, in matters unrelated to the Debtors.

i.  In matters unrelated to the Debtors, affiliates of Hilco have previously performed valuation, disposition, monetization or other asset based services for (or related to) the following entities: (i) Amazon, (ii) Argo Group, (iii) Bank of America, (iv) Bed Bath & Beyond, (v) CIT Finance, (vi) Citizens Bank N.A., (vii) Citizens Business Capital, (viii) Direct ChassisLink Inc., (ix) Goodyear Tire & Rubber Company, (x) Home Depot, (xi) Internal Revenue Service, (xii) JP Morgan Chase, (xiii) Keybank, (xiv) Party City, (xv) Penske Truck Leasing, (xvi) PNC Bank, (xvii) R&L Carriers, (xviii) Revlon Consumer Products, which may be an affiliate of Revlon, Inc., (xix) TD Bank, (xx) UMB Bank, (xxi) US Bank, N.A., (xxii) Union Pacific Railroad, and (xxiii) Wells

Fargo.  Hilco does not believe that these connections create a conflict of interest regarding the Debtors or these chapter 11 cases.

j.   Because of the magnitude of the entire creditor list in this case, it is possible that Hilco may represent or may have represented other creditors of the Debtors but does not represent any such creditors in connection with this case.  Hilco presently or in the past has served as a professional person in other matters, wholly unrelated to the Debtors or this case, in which other attorneys, accountants and other professionals of the Debtors, creditors, or other parties in interest may have also served or serve as professional persons.