**EXHIBIT B**

| Invoice Number ↓ | Invoice ID | Total Amount | Payment Amount | Balance | Age Bucket | Target Date |
|---|---|---|---|---|---|---|
| INV00083422 | 2200009579044 | $15,361.45 | $0.00 | $15,361.45 | On Time | 11/1/2023 |
| INV00083287 | 2200009529236 | $16,485.86 | $10,500.00 | $5,985.86 | 1-30 | 10/1/2023 |
| INV00081551 | 2200009477235 | $16,975.42 | $10,500.00 | $6,475.42 | 31-60 | 9/1/2023 |
| INV00080108 | 2200009414570 | $16,903.91 | $8,806.45 | $8,097.46 | 61-90 | 8/1/2023 |
| INV00079341 | 2200009363894 | $16,565.98 | $0.00 | $16,565.98 | 91- | 7/1/2023 |