**Exhibit A**

**YELLOW CORPORATION**
Date: 11/13/2023

**Content of the Notice**

| | |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | Various de minimis freight movement/ quality tools, pieces of facility equipment and other miscellaneous parts and items |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | n/a |
| (c) identification of the Debtor entity selling the De Minimis Assets | Yellow Corporation |
| (d) identification of the purchaser of the De Minimis Assets | Estes Express Line |
| (e) the purchase price[1] | $2,000,000.00 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records[2] | $2,560,923.50 |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | The Company reached out to multiple strategic buyers, including parties that have expressed interest in the properties. There was a lack of interest due to the number of locations that the assets are scattered across. Estes was the only potential buyer interested in purchasing and picking-up all of the items covered by this notice. |
| (h) any other significant terms of the sale or transfer | The buyer will retrieve and transport the purchased items at their own cost. |

---

[1] *The purchase price does not include any retrieval or transportation costs. Estes will retrieve and transport purchased items at their own cost and can begin picking up immediately after the objection deadline.*

[2] *Most of the de minimis assets fall below the capitalization threshold and would not have an associated book value. The estimated value provided is the Company's best estimate based on industry experience and research of used items of the same type.*