# EXHIBIT G

## AMENDMENT TO EQUIPMENT SCHEDULE UHL-0007

This Amendment to Equipment Schedule UHL-0007 (this "*Amendment*") dated as of May 1 _____, 2020, (the "Effective Date") by and between USF HOLLAND, LLC. ("*Lessee*") and NATIONS FUND I, LLC. ("*Lessor*").

Recitals

A.      Lessee and Lessor are parties to (i) that certain Master Lease Agreement (the "*Master Lease*"), dated as of March 16, 2012, capitalized terms used herein and not otherwise defined shall have the same definition as set forth in the Master Lease; and (ii) that certain Equipment Schedule UHL-0007 (the "*Schedule*") effective as of January 31, 2018.

B.      Lessee and Lessor desire to amend certain provisions of the Schedule pursuant to the terms and provisions of this Amendment.

Contractual Provisions

**NOW, THEREFORE,** for and in consideration of good and valuable consideration receipt of which is hereby acknowledged, the parties agree as follows:

1.      Amendment of the Schedule. Subject to the prior satisfaction of each of the conditions precedent set forth in Section 2 below, the Schedule is hereby amended as follows:

a.    The table in Section 3 (b) is partially deleted, and replaced with the following beginning 4/1/2020:

| Payment Date | Amount |
|---|---|
| 4/1/2020 | $ 1,900.00 |
| 5/1/2020 | $ 1,900.00 |
| 6/1/2020 | $ 1,900.00 |
| 7/1/2020 | $ 9,253.96 |
| 8/1/2020 | $ 9,253.96 |
| 9/1/2020 | $ 9,253.96 |
| 10/1/2020 | $ 9,253.96 |
| 11/1/2020 | $ 9,253.96 |
| 12/1/2020 | $ 9,253.96 |
| 1/1/2021 | $ 9,253.96 |
| 2/1/2021 | $ 9,253.96 |
| 3/1/2021 | $ 9,253.96 |
| 4/1/2021 | $ 9,253.96 |
| 5/1/2021 | $ 9,253.96 |
| 6/1/2021 | $ 9,253.96 |
| 7/1/2021 | $ 9,253.96 |
| 8/1/2021 | $ 9,253.96 |
| 9/1/2021 | $ 9,253.96 |
| 10/1/2021 | $ 9,253.96 |
| 11/1/2021 | $ 9,253.96 |
| 12/1/2021 | $ 9,253.96 |

| 1/1/2022 | $ | 9,253.96 |
|----------|---|----------|
| 2/1/2022 | $ | 9,253.96 |
| 3/1/2022 | $ | 9,253.96 |
| 4/1/2022 | $ | 9,253.96 |
| 5/1/2022 | $ | 9,253.96 |
| 6/1/2022 | $ | 9,253.96 |
| 7/1/2022 | $ | 9,253.96 |
| 8/1/2022 | $ | 9,253.96 |
| 9/1/2022 | $ | 9,253.96 |
| 10/1/2022 | $ | 9,253.96 |
| 11/1/2022 | $ | 9,253.96 |
| 12/1/2022 | $ | 9,253.96 |
| 1/1/2023 | $ | 36,702.85 |

b.  Exhibit A is partially deleted, and replaced with the following beginning 4/1/2020:

| Date | Percent of Total Invoice Cost |
|------|-------------------------------|
| 4/1/2020 | 79.98% |
| 4/2/2020 | 79.67% |
| 5/1/2020 | 80.20% |
| 5/2/2020 | 79.89% |
| 6/1/2020 | 80.42% |
| 6/2/2020 | 80.11% |
| 7/1/2020 | 80.65% |
| 7/2/2020 | 79.16% |
| 8/1/2020 | 79.68% |
| 8/2/2020 | 78.19% |
| 9/1/2020 | 78.71% |
| 9/2/2020 | 77.22% |
| 10/1/2020 | 77.73% |
| 10/2/2020 | 76.24% |
| 11/1/2020 | 76.75% |
| 11/2/2020 | 75.26% |
| 12/1/2020 | 75.76% |
| 12/2/2020 | 74.27% |
| 1/1/2021 | 74.76% |
| 1/2/2021 | 73.27% |
| 2/1/2021 | 73.75% |
| 2/2/2021 | 72.26% |
| 3/1/2021 | 72.74% |
| 3/2/2021 | 71.25% |
| 4/1/2021 | 71.72% |

| | |
|---|---|
| 4/2/2021 | 70.23% |
| 5/1/2021 | 70.70% |
| 5/2/2021 | 69.21% |
| 6/1/2021 | 69.66% |
| 6/2/2021 | 68.18% |
| 7/1/2021 | 68.62% |
| 7/2/2021 | 67.14% |
| 8/1/2021 | 67.58% |
| 8/2/2021 | 66.09% |
| 9/1/2021 | 66.52% |
| 9/2/2021 | 65.03% |
| 10/1/2021 | 65.46% |
| 10/2/2021 | 63.97% |
| 11/1/2021 | 64.39% |
| 11/2/2021 | 62.90% |
| 12/1/2021 | 63.32% |
| 12/2/2021 | 61.83% |
| 1/1/2022 | 62.23% |
| 1/2/2022 | 60.74% |
| 2/1/2022 | 61.14% |
| 2/2/2022 | 59.65% |
| 3/1/2022 | 60.04% |
| 3/2/2022 | 58.55% |
| 4/1/2022 | 58.94% |
| 4/2/2022 | 57.45% |
| 5/1/2022 | 57.82% |
| 5/2/2022 | 56.33% |
| 6/1/2022 | 56.70% |
| 6/2/2022 | 55.21% |
| 7/1/2022 | 55.57% |
| 7/2/2022 | 54.08% |
| 8/1/2022 | 54.43% |
| 8/2/2022 | 52.95% |
| 9/1/2022 | 53.29% |
| 9/2/2022 | 51.80% |
| 10/1/2022 | 52.14% |
| 10/2/2022 | 50.65% |
| 11/1/2022 | 50.98% |
| 11/2/2022 | 49.49% |
| 12/1/2022 | 49.81% |
| 12/2/2022 | 48.32% |
| 1/1/2023 | 48.63% |
| 1/2/2023 | 42.73% |

| 2/1/2023 | 40.00% |

2.    Conditions Precedent.  The Amendment of the Schedule as set forth in Section 1 above is subject to the satisfaction (in Lessor's sole and absolute discretion) of each of the following conditions precedent:

a)    the execution and delivery of this Amendment by each of the parties hereto;

3.    No Other Agreement.   This Amendment contains all of the understandings, promises and undertakings of the parties concerning the subject matter addressed herein.  All prior undertakings and agreements, oral or written, concerning the subject matter heretofore entered into between the parties are merged herein.  No waiver or change in this Amendment or in any related agreements shall bind Lessor unless in writing signed by one of its authorized agents.

4.    Successors & Assigns.   This Amendment shall inure to the benefit of Lessor, its successors, subsidiaries and assigns, and shall be continuing and binding on the Lessee and its successors and assigns.

5.    MISCELLANEOUS.   This Agreement may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original and all of which counterparts, taken together, shall constitute one and the same instrument.  Except to the extent specifically waived or amended herein, all terms and provisions of the Master Lease and the other Lease Documents are hereby ratified and reaffirmed and shall remain in full force and effect.

6.    GOVERNING LAW.  THE LAWS OF THE STATE OF NEW YORK, WITHOUT REGARD TO THE CONFLICT OF LAWS RULES, WILL GOVERN THIS AMENDMENT AND ALL TRANSACTIONS HEREUNDER AS TO INTERPRETATION, ENFORCEMENT, VALIDITY, CONSTRUCTION, EFFECT AND IN ALL OTHER RESPECTS.

[Signatures on the following pages]

4

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the day and year first above written.

**LESSEE:**

USF HOLLAND, LLC

By: _____

Name: MARK  D.  BOEHMER

Title: VICE PRESIDENT


**LESSOR**

NATIONS FUND I, LLC

By: _____

Name: Patrick J. Clooney

Title: Executive Vice President


5

## AMENDMENT TO EQUIPMENT SCHEDULE UHL-0008

This Amendment to Equipment Schedule UHL-0008 (this "*Amendment*") dated as of **May 1**_____, 2020, (the "Effective Date") by and between USF HOLLAND, LLC. ("*Lessee*") and NATIONS FUND I, LLC. ("*Lessor*").

### Recitals

A.      Lessee and Lessor are parties to (I) that certain Master Lease Agreement (the "*Master Lease*"), dated as of March 16, 2012, capitalized terms used herein and not otherwise defined shall have the same definition as set forth in the Master Lease; and (ii) that certain Equipment Schedule UHL-0008 (the "*Schedule*") effective as of January 31, 2018.

B.      Lessee and Lessor desire to amend certain provisions of the Schedule pursuant to the terms and provisions of this Amendment.

### Contractual Provisions

**NOW, THEREFORE,** for and in consideration of good and valuable consideration receipt of which is hereby acknowledged, the parties agree as follows:

1.      Amendment of the Schedule. Subject to the prior satisfaction of each of the conditions precedent set forth in Section 2 below, the Schedule is hereby amended as follows:

   a.   The table in Section 3 (b) is partially deleted, and replaced with the following beginning 4/1/2020:

| Payment Date | Amount |
|---|---|
| 4/1/2020 | $ 6,000.00 |
| 5/1/2020 | $ 6,000.00 |
| 6/1/2020 | $ 6,000.00 |
| 7/1/2020 | $ 27,160.33 |
| 8/1/2020 | $ 27,160.33 |
| 9/1/2020 | $ 27,160.33 |
| 10/1/2020 | $ 27,160.33 |
| 11/1/2020 | $ 27,160.33 |
| 12/1/2020 | $ 27,160.33 |
| 1/1/2021 | $ 27,160.33 |
| 2/1/2021 | $ 27,160.33 |
| 3/1/2021 | $ 27,160.33 |
| 4/1/2021 | $ 27,160.33 |
| 5/1/2021 | $ 27,160.33 |
| 6/1/2021 | $ 27,160.33 |
| 7/1/2021 | $ 27,160.33 |
| 8/1/2021 | $ 27,160.33 |
| 9/1/2021 | $ 27,160.33 |
| 10/1/2021 | $ 27,160.33 |
| 11/1/2021 | $ 27,160.33 |
| 12/1/2021 | $ 27,160.33 |

| | |
|---|---|
| 1/1/2022 | $ 27,160.33 |
| 2/1/2022 | $ 27,160.33 |
| 3/1/2022 | $ 27,160.33 |
| 4/1/2022 | $ 27,160.33 |
| 5/1/2022 | $ 27,160.33 |
| 6/1/2022 | $ 27,160.33 |
| 7/1/2022 | $ 27,160.33 |
| 8/1/2022 | $ 27,160.33 |
| 9/1/2022 | $ 27,160.33 |
| 10/1/2022 | $ 27,160.33 |
| 11/1/2022 | $ 27,160.33 |
| 12/1/2022 | $ 27,160.33 |
| 1/1/2023 | $ 106,671.04 |

b.   Exhibit A is partially deleted, and replaced with the following beginning 4/1/2020:

| Date | Percent of Total Invoice Cost |
|---|---|
| 4/1/2020 | 80.06% |
| 5/1/2020 | 80.28% |
| 6/1/2020 | 80.49% |
| 7/1/2020 | 80.70% |
| 8/1/2020 | 79.74% |
| 9/1/2020 | 78.77% |
| 10/1/2020 | 77.79% |
| 11/1/2020 | 76.81% |
| 12/1/2020 | 75.82% |
| 1/1/2021 | 74.82% |
| 2/1/2021 | 73.82% |
| 3/1/2021 | 72.80% |
| 4/1/2021 | 71.78% |
| 5/1/2021 | 70.76% |
| 6/1/2021 | 69.72% |
| 7/1/2021 | 68.68% |
| 8/1/2021 | 67.63% |
| 9/1/2021 | 66.58% |
| 10/1/2021 | 65.51% |
| 11/1/2021 | 64.44% |
| 12/1/2021 | 63.36% |
| 1/1/2022 | 62.28% |
| 2/1/2022 | 61.18% |
| 3/1/2022 | 60.08% |
| 4/1/2022 | 58.97% |

| | |
|---|---|
| 5/1/2022 | 57.85% |
| 6/1/2022 | 56.73% |
| 7/1/2022 | 55.60% |
| 8/1/2022 | 54.45% |
| 9/1/2022 | 53.30% |
| 10/1/2022 | 52.15% |
| 11/1/2022 | 50.98% |
| 12/1/2022 | 49.81% |
| 1/1/2023 | 48.62% |
| 2/1/2023 | 40.00% |

2.      Conditions Precedent. The Amendment of the Schedule as set forth in Section 1 above is subject to the satisfaction (in Lessor's sole and absolute discretion) of each of the following conditions precedent:

a)      the execution and delivery of this Amendment by each of the parties hereto;

3.      No Other Agreement. This Amendment contains all of the understandings, promises and undertakings of the parties concerning the subject matter addressed herein. All prior undertakings and agreements, oral or written, concerning the subject matter heretofore entered into between the parties are merged herein. No waiver or change in this Amendment or in any related agreements shall bind Lessor unless in writing signed by one of its authorized agents.

4.      Successors & Assigns. This Amendment shall inure to the benefit of Lessor, its successors, subsidiaries and assigns, and shall be continuing and binding on the Lessee and its successors and assigns.

5.      MISCELLANEOUS. This Agreement may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original and all of which counterparts, taken together, shall constitute one and the same instrument. Except to the extent specifically waived or amended herein, all terms and provisions of the Master Lease and the other Lease Documents are hereby ratified and reaffirmed and shall remain in full force and effect.

6.      GOVERNING LAW. THE LAWS OF THE STATE OF NEW YORK, WITHOUT REGARD TO THE CONFLICT OF LAWS RULES, WILL GOVERN THIS AMENDMENT AND ALL TRANSACTIONS HEREUNDER AS TO INTERPRETATION, ENFORCEMENT, VALIDITY, CONSTRUCTION, EFFECT AND IN ALL OTHER RESPECTS.

[Signatures on the following pages]

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the day and year first above written.

**LESSEE:**

USF HOLLAND, LLC

By: _____

Name: **MARK D. BOEHMER**

Title: **VICE PRESIDENT**

**LESSOR**

NATIONS FUND I, LLC

By: _____

Name: **Patrick J. Cooney**

Title: **Executive Vice President**

4

## AMENDMENT TO EQUIPMENT SCHEDULE UHL-0009

This Amendment to Equipment Schedule UHL-0009 (this "*Amendment*") dated as of ⟨handwritten: May 1⟩ _____, 2020, (the "Effective Date") by and between USF HOLLAND, LLC. (*"Lessee"*) and NATIONS FUND I, LLC. (*"Lessor"*).

### Recitals

A.      Lessee and Lessor are parties to (i) that certain Master Lease Agreement (the "*Master Lease*"), dated as of March 16, 2012, capitalized terms used herein and not otherwise defined shall have the same definition as set forth in the Master Lease; and (ii) that certain Equipment Schedule UHL-0009 (the "*Schedule*") effective as of February 28, 2018.

B.      Lessee and Lessor desire to amend certain provisions of the Schedule pursuant to the terms and provisions of this Amendment.

### Contractual Provisions

**NOW, THEREFORE,** for and in consideration of good and valuable consideration receipt of which is hereby acknowledged, the parties agree as follows:

1.      Amendment of the Schedule.  Subject to the prior satisfaction of each of the conditions precedent set forth in Section 2 below, the Schedule is hereby amended as follows:

a.      The table in Section 3 (b) is partially deleted, and replaced with the following beginning 4/1/2020:

| Payment Date | Amount |
|---|---|
| 4/1/2020 | $ 1,050.00 |
| 5/1/2020 | $ 1,050.00 |
| 6/1/2020 | $ 1,050.00 |
| 7/1/2020 | $ 4,689.81 |
| 8/1/2020 | $ 4,689.81 |
| 9/1/2020 | $ 4,689.81 |
| 10/1/2020 | $ 4,689.81 |
| 11/1/2020 | $ 4,689.81 |
| 12/1/2020 | $ 4,689.81 |
| 1/1/2021 | $ 4,689.81 |
| 2/1/2021 | $ 4,689.81 |
| 3/1/2021 | $ 4,689.81 |
| 4/1/2021 | $ 4,689.81 |
| 5/1/2021 | $ 4,689.81 |
| 6/1/2021 | $ 4,689.81 |
| 7/1/2021 | $ 4,689.81 |
| 8/1/2021 | $ 4,689.81 |
| 9/1/2021 | $ 4,689.81 |
| 10/1/2021 | $ 4,689.81 |
| 11/1/2021 | $ 4,689.81 |
| 12/1/2021 | $ 4,689.81 |

| Date | Amount |
|---|---|
| 1/1/2022 | $ 4,689.81 |
| 2/1/2022 | $ 4,689.81 |
| 3/1/2022 | $ 4,689.81 |
| 4/1/2022 | $ 4,689.81 |
| 5/1/2022 | $ 4,689.81 |
| 6/1/2022 | $ 4,689.81 |
| 7/1/2022 | $ 4,689.81 |
| 8/1/2022 | $ 4,689.81 |
| 9/1/2022 | $ 4,689.81 |
| 10/1/2022 | $ 4,689.81 |
| 11/1/2022 | $ 4,689.81 |
| 12/1/2022 | $ 4,689.81 |
| 1/1/2023 | $ 4,689.81 |
| 2/1/2023 | $ 18,457.96 |

b.  Exhibit A is partially deleted, and replaced with the following beginning 4/1/2020:

| Date | Percent of Total Invoice Cost |
|---|---|
| 4/1/2020 | 81.05% |
| 5/1/2020 | 81.26% |
| 6/1/2020 | 81.48% |
| 7/1/2020 | 81.69% |
| 8/1/2020 | 80.74% |
| 9/1/2020 | 79.77% |
| 10/1/2020 | 78.80% |
| 11/1/2020 | 77.82% |
| 12/1/2020 | 76.84% |
| 1/1/2021 | 75.85% |
| 2/1/2021 | 74.85% |
| 3/1/2021 | 73.84% |
| 4/1/2021 | 72.83% |
| 5/1/2021 | 71.81% |
| 6/1/2021 | 70.78% |
| 7/1/2021 | 69.75% |
| 8/1/2021 | 68.71% |
| 9/1/2021 | 67.66% |
| 10/1/2021 | 66.60% |
| 11/1/2021 | 65.53% |
| 12/1/2021 | 64.46% |
| 1/1/2022 | 63.38% |
| 2/1/2022 | 62.30% |
| 3/1/2022 | 61.20% |

| | |
|---|---|
| 4/1/2022 | 60.10% |
| 5/1/2022 | 58.99% |
| 6/1/2022 | 57.87% |
| 7/1/2022 | 56.75% |
| 8/1/2022 | 55.61% |
| 9/1/2022 | 54.47% |
| 10/1/2022 | 53.32% |
| 11/1/2022 | 52.16% |
| 12/1/2022 | 50.99% |
| 1/1/2023 | 49.82% |
| 2/1/2023 | 48.64% |
| 3/1/2023 | 40.00% |

2.    Conditions Precedent.  The Amendment of the Schedule as set forth in Section 1 above is subject to the satisfaction (in Lessor's sole and absolute discretion) of each of the following conditions precedent:

a)        the execution and delivery of this Amendment by each of the parties hereto;

3.    No Other Agreement.  This Amendment contains all of the understandings, promises and undertakings of the parties concerning the subject matter addressed herein.  All prior undertakings and agreements, oral or written, concerning the subject matter heretofore entered into between the parties are merged herein.  No waiver or change in this Amendment or in any related agreements shall bind Lessor unless in writing signed by one of its authorized agents.

4.    Successors & Assigns.  This Amendment shall inure to the benefit of Lessor, its successors, subsidiaries and assigns, and shall be continuing and binding on the Lessee and its successors and assigns.

5.    MISCELLANEOUS.  This Agreement may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original and all of which counterparts, taken together, shall constitute one and the same instrument.  Except to the extent specifically waived or amended herein, all terms and provisions of the Master Lease and the other Lease Documents are hereby ratified and reaffirmed and shall remain in full force and effect.

6.    GOVERNING LAW.  THE LAWS OF THE STATE OF NEW YORK, WITHOUT REGARD TO THE CONFLICT OF LAWS RULES, WILL GOVERN THIS AMENDMENT AND ALL TRANSACTIONS HEREUNDER AS TO INTERPRETATION, ENFORCEMENT, VALIDITY, CONSTRUCTION, EFFECT AND IN ALL OTHER RESPECTS.

[Signatures on the following pages]

3

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the day and year first above written.

**LESSEE:**

USF HOLLAND, LLC

By: _____

Name: MARK D. BOEHMER

Title: VICE PRESIDENT

**LESSOR**

NATIONS FUND I, LLC

By: _____

Name: Patrick J. Clooney

Title: Executive Vice President

4

## AMENDMENT TO EQUIPMENT SCHEDULE UHL-00010

This Amendment to Equipment Schedule UHL-0010 (this "*Amendment*") dated as of _May 1_
_____, 2020, (the "Effective Date") by and between USF HOLLAND, LLC ("*Lessee*") and NATIONS FUND I, LLC. ("*Lessor*").

### Recitals

A.      Lessee and Lessor are parties to (I) that certain Master Lease Agreement (the "*Master Lease*"), dated as of March 16, 2012, capitalized terms used herein and not otherwise defined shall have the same definition as set forth in the Master Lease; and (ii) that certain Equipment Schedule UHL-00010 (the "*Schedule*") effective as of February 28, 2018.

B.      Lessee and Lessor desire to amend certain provisions of the Schedule pursuant to the terms and provisions of this Amendment.

### Contractual Provisions

**NOW, THEREFORE,** for and in consideration of good and valuable consideration receipt of which is hereby acknowledged, the parties agree as follows:

1.      Amendment of the Schedule.  Subject to the prior satisfaction of each of the conditions precedent set forth In Section 2 below, the Schedule is hereby amended as follows:

a.    The table in Section 3 (b) is partially deleted, and replaced with the following beginning 4/1/2020:

| Payment Date | Amount |
|---|---|
| 4/1/2020 | $ 6,500.00 |
| 5/1/2020 | $ 6,500.00 |
| 6/1/2020 | $ 6,500.00 |
| 7/1/2020 | $ 31,105.29 |
| 8/1/2020 | $ 31,105.29 |
| 9/1/2020 | $ 31,105.29 |
| 10/1/2020 | $ 31,105.29 |
| 11/1/2020 | $ 31,105.29 |
| 12/1/2020 | $ 31,105.29 |
| 1/1/2021 | $ 31,105.29 |
| 2/1/2021 | $ 31,105.29 |
| 3/1/2021 | $ 31,105.29 |
| 4/1/2021 | $ 31,105.29 |
| 5/1/2021 | $ 31,105.29 |
| 6/1/2021 | $ 31,105.29 |
| 7/1/2021 | $ 31,105.29 |
| 8/1/2021 | $ 31,105.29 |
| 9/1/2021 | $ 31,105.29 |
| 10/1/2021 | $ 31,105.29 |
| 11/1/2021 | $ 31,105.29 |
| 12/1/2021 | $ 31,105.29 |

| | |
|---|---|
| 1/1/2022 | $ 31,105.29 |
| 2/1/2022 | $ 31,105.29 |
| 3/1/2022 | $ 31,105.29 |
| 4/1/2022 | $ 31,105.29 |
| 5/1/2022 | $ 31,105.29 |
| 6/1/2022 | $ 31,105.29 |
| 7/1/2022 | $ 31,105.29 |
| 8/1/2022 | $ 31,105.29 |
| 9/1/2022 | $ 31,105.29 |
| 10/1/2022 | $ 31,105.29 |
| 11/1/2022 | $ 31,105.29 |
| 12/1/2022 | $ 31,105.29 |
| 1/1/2023 | $ 31,105.29 |
| 2/1/2023 | $ 123,538.35 |

b.  Exhibit A is partially deleted, and replaced with the following beginning 4/1/2020:

| Date | Percent of Total Invoice Cost |
|---|---|
| 4/1/2020 | 80.96% |
| 5/1/2020 | 81.18% |
| 6/1/2020 | 81.41% |
| 7/1/2020 | 81.63% |
| 8/1/2020 | 80.67% |
| 9/1/2020 | 79.71% |
| 10/1/2020 | 78.74% |
| 11/1/2020 | 77.76% |
| 12/1/2020 | 76.77% |
| 1/1/2021 | 75.78% |
| 2/1/2021 | 74.78% |
| 3/1/2021 | 73.78% |
| 4/1/2021 | 72.76% |
| 5/1/2021 | 71.74% |
| 6/1/2021 | 70.72% |
| 7/1/2021 | 69.68% |
| 8/1/2021 | 68.64% |
| 9/1/2021 | 67.60% |
| 10/1/2021 | 66.54% |
| 11/1/2021 | 65.48% |
| 12/1/2021 | 64.41% |
| 1/1/2022 | 63.33% |
| 2/1/2022 | 62.25% |
| 3/1/2022 | 61.16% |
| 4/1/2022 | 60.06% |

| | |
|---|---|
| 5/1/2022 | 58.95% |
| 6/1/2022 | 57.83% |
| 7/1/2022 | 56.71% |
| 8/1/2022 | 55.58% |
| 9/1/2022 | 54.45% |
| 10/1/2022 | 53.30% |
| 11/1/2022 | 52.15% |
| 12/1/2022 | 50.99% |
| 1/1/2023 | 49.82% |
| 2/1/2023 | 48.64% |
| 3/1/2023 | 40.00% |

2.    Conditions Precedent. The Amendment of the Schedule as set forth in Section 1 above is subject to the satisfaction (In Lessor's sole and absolute discretion) of each of the following conditions precedent:

a)    the execution and delivery of this Amendment by each of the parties hereto;

3.    No Other Agreement.  This Amendment contains all of the understandings, promises and undertakings of the parties concerning the subject matter addressed herein.  All prior undertakings and agreements, oral or written, concerning the subject matter heretofore entered into between the parties are merged herein.  No waiver or change in this Amendment or in any related agreements shall bind Lessor unless In writing signed by one of its authorized agents.

4.    Successors & Assigns.  This Amendment shall inure to the benefit of Lessor, its successors, subsidiaries and assigns, and shall be continuing and binding on the Lessee and its successors and assigns.

5.    MISCELLANEOUS.   This Agreement may be executed in any number of counterparts, each of which when so executed and delivered shall be deemed an original and all of which counterparts, taken together, shall constitute one and the same instrument.  Except to the extent specifically waived or amended herein, all terms and provisions of the Master Lease and the other Lease Documents are hereby ratified and reaffirmed and shall remain in full force and effect.

6.    GOVERNING LAW.  THE LAWS OF THE STATE OF NEW YORK, WITHOUT REGARD TO THE CONFLICT OF LAWS RULES, WILL GOVERN THIS AMENDMENT AND ALL TRANSACTIONS HEREUNDER AS TO INTERPRETATION, ENFORCEMENT, VALIDITY, CONSTRUCTION, EFFECT AND IN ALL OTHER RESPECTS.

[Signatures on the following pages]

3

IN WITNESS WHEREOF, the parties hereto have executed this Amendment as of the day and year first above written.

**LESSEE:**

USF HOLLAND, LLC

By: _____

Name: MARK D. BOEHMER

Title: VICE PRESIDENT

**LESSOR**

NATIONS FUND I, LLC

By: _____

Name: Patrick J. Clooney

Title: Executive Vice President

4