UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                                                  :
In re:                                                         :         Chapter 11
                                                                  :
YELLOW CORPORATION, et al.,    :         Case No. 23-11069(CTG)
                                                                  :
                    Debtors.                        :
_____:

**ORDER GRANTING MOTION OF NATIONS FUND I, LLC FOR (I) RELIEF FROM THE AUTOMATIC STAY TO TERMINATE LEASE AND RECOVER TRAILERS; (II) ADEQUATE PROTECTION; AND (III) ALLOWANCE AND PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

AND NOW, upon this _____ day of _____, 2023, upon consideration of the Motion of Nations Fund I, LLC ("Nations Fund") for (I) Relief from the Automatic Stay to Terminate Lease and Recover Trailers; (II) Adequate Protection; and (III) Allowance and Payment of Administrative Expense Claim (the "Motion"), any and all responses thereto and after notice and a hearing; it is hereby

ORDERED, that the Motion is GRANTED; and it is further

ORDERED, that the automatic stay of 11 U.S.C. § 362 is hereby lifted for cause so that Nations Fund may take all necessary steps to recover the 160 Stoughton trailers pursuant to the Lease Documents; and it is further

ORDERED, that Nations Fund shall have an allowed administrative expense claim in the amount of $_____ against the estates of USF Holland, LLC and Yellow Corporation (collectively, the "Debtors"), which USF Holland or Yellow shall pay forthwith; and it is further

ORDERED, that within five (5) days of the entry of this order, the Debtors shall (a) provide to Nations Fund documentation sufficient to confirm that insurance is in place on all of

123964254-1

the Nations Fund trailers and naming Nations Fund as loss payee; (b) designate a representative of the Debtors to coordinate with Nations Fund for the delivery of the trailers; and (c) confirm the current location of all 160 trailers; and it is further

ORDERED, that within ten (10) days of the entry of this order, the Debtors shall assemble the trailers for retrieval by Nations Fund or its agent.

123964254-1