**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069(CTG) (Jointly Administered)<br><br>**Hearing: December 12, 2023 at 10:00 a.m.**<br><br>**Obj. Deadline: December 1, 2023 at 5:00 p.m.** |

**NOTICE OF MOTION OF NATIONS FUND I, LLC FOR (I) RELIEF FROM THE
AUTOMATIC STAY TO TERMINATE LEASE AND
RECOVER TRAILERS; (II) ADEQUATE PROTECTION; AND
(III) ALLOWANCE AND PAYMENT OF
<u>ADMINISTRATIVE EXPENSE CLAIM</u>**

**PLEASE TAKE NOTICE** that Nations Fund I, LLC ("Nations Fund"), by and through its undersigned counsel, in the above-referenced, jointly administered cases filed the *Motion for (I) Relief from the Automatic Stay to Terminate Lease and Recover Trailers; (II) Adequate Protection; and (III) Allowance and Payment of Administrative Expense Claim* (the "<u>Motion</u>"), which seeks relief from the automatic stay imposed under Section 362 of title 11 of the United States Code.  You are being served with a copy of the Motion in conjunction with this Notice.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the Motion will be held on December 12, 2023 at 10:00 a.m. prevailing Eastern Time at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 (the "<u>Bankruptcy Court</u>").

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be made in writing, filed with the Bankruptcy Court, and served upon, so as to be actually received on or before December 1, 2023 at 5:00 p.m..

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also served a copy of the response upon counsel to Nations Fund at the address provided below.

1

Martin J. Weis, Esq.
Dilworth Paxson, LLP
704 N. King Street, Suite 500
PO Box 1031
Wilmington, DE 19899-1031
Tel: 203-571-9800
Email: mweis@dilworthlaw.com

-and-

Kristin B. Mayhew, Esq. (admitted *pro hac vice*)
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
Tel: (203) 330-2198
Email: kmayhew@pullcom.com

**PLEASE TAKE FURTHER NOTICE** that the hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

**PLEASE TAKE FURTHER NOTICE** that if no objection or other response to the Motion is filed, the Bankruptcy Court may grant the relief sought in the Motion without further notice or hearing.

**PLEASE TAKE FURTHER NOTICE** that the attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts.

Dated: November 16, 2023              **DILWORTH PAXSON LLP**

                                      By: /s/ Martin J. Weis
                                      Martin J. Weis (No. 4333)
                                      Dilworth Paxson, LLP
                                      704 N. King Street, Suite 500
                                      PO Box 1031
                                      Wilmington, DE 19899-1031

123964196-1

Tel: 302-571-9800
Email: mweis@dilworthlaw.com

-and-

Kristin B. Mayhew, Esq. (admitted *pro hac vice*)
Pullman & Comley, LLC
850 Main Street
Bridgeport, CT 06601-7006
Tel: (203) 330-2198
Email: kmayhew@pullcom.com

*Attorneys for Nations Fund I, LLC*

123964196-1