**EXHIBIT A**

| Claimant | Debtor | Basis / Agreement | Property | Proposed Cure Costs | Minimum Actual Cure Costs[1] |
|---|---|---|---|---|---|
| NATMI LPF Bloomington, LP | YRC Inc. | Lease Agreement dated January 30, 2009, as amended to date | 18298 Slover Avenue, Bloomington, California | $348,491 | At least $3,809,867.74 |
| NATMI National FX Properties, LLC | USF Reddaway Inc. | Lease Agreement dated April 13, 2011, as amended to date | 19604 84th Street, Kent, Washington | $59,680 | At least $863,880.45 |
| NATMI National Truck Terminals, LLC | USF Reddaway Inc. | Lease Agreement dated January 30, 2009 | 1875 Industrial Way, Sparks, Nevada | $33,456 | At least $1,682,826.35 |
| | YRC Inc. | Lease Agreement dated January 30, 2009, as amended to date | 6930 Cactus Court, San Diego, California | $34,311 | At least $725,788.60 |
| NATMI Truck Terminals, LLC | New Penn Motor Express, LLC | Lease Agreement dated February 13, 2009, as amended to date | 28 Sterling Road, Billerica, Massachusetts | $81,948 | At least $959,290.03 |
| | YRC Inc. | Lease Agreement dated January 30, 2009, as amended to date | 10451 Colonel Court, Manassas, Virginia | $44,391 | At least $229,415.47 |
| RLF I-Pico SPE, LLC | YRC Inc. | Lease Agreement dated August 30, 2019 | 9933 Beverly Boulevard, Pico Rivera, California | $405,326 | At least $2,475,318.98 |
| RLF Booth SPE, LLC | YRC Inc. | Lease Agreement dated August 31, 2009, as amended to date | 3500 Booth Avenue, Kansas City, Missouri | $79,472 | At least $2,134,056.17 |
| RLF I-A SPE, LLC | YRC Inc. | Lease Agreement dated January 2, 1996, as amended to date | 1130 S Reservoir St., Pomona, California | $32,536 | At least $781,940.66 |
| RLF I-C SPE, LLC | YRC Inc. | Lease Agreement dated January 30, 2009, as amended to date | 14700 Smith Road, Aurora, Colorado | $73,298 | At least $3,174,608.52 |
| Terminal Logistics II Texas SPE, LP | YRC Inc. | Lease Agreement dated July 31, 2012, as amended to date | 12340 East Northwest Highway, Garland, Texas | $33,058 | At least $969,966.05 |
| NATMI National Tampa, LLC | YRC Inc. | Lease Agreement dated December 1, 2006, as amended to date | 9801 Palm River Road, Tampa, Florida | $47,019 | At least $851,302.18 |
| Terminal Logistics II Mid-Atlantic SPE, LLC | YRC Inc. | Lease Agreement dated May 30, 2006, as amended to date | 2527 Broadhead Road, Bethlehem, Pennsylvania | $26,085 | At least $104,040.90 |

---

[1] Note that the Minimum Actual Cure Costs listed herein are in addition to reimbursable professional fees in an aggregate amount equal to at least $99,253.35, incurred as of the date of filing this Objection, as well as any additional professional fees that are incurred hereafter. The allocation of such professional fees per each Lease is in process. Further, the amounts owed for environmental obligations under certain Leases are currently unknown and pending an environmental report. The Minimum Actual Cure Costs listed herein are in addition to any environmental obligations.

| Claimant | Debtor | Basis / Agreement | Property | Proposed Cure Costs | Minimum Actual Cure Costs[1] |
|---|---|---|---|---|---|
| RLIF East 2, LLC | YRC Inc. | Lease Agreement dated September 5, 2007, as amended to date | 49 Thomas J. Rhodes Industrial Drive, Trenton, New Jersey | $138,893 | At least $732,466.36 |
| Terminal Logistics II South SPE, LLC | YRC Inc. | Lease Agreement dated May 20, 2016, as amended to date[2] | 3934 Thurman Road, Conley, GA | $32,178 | At least $1,204,911.99 |

[2] This Lease is set to expire by its own terms on November 30, 2023. To the extent the Debtors seek to assume this Lease, the Landlord thereto requests that the Debtors comply with the obligations of the Lease upon expiration of the term thereunder, including, among other things, with respect to tenant maintenance and repairs and surrender of the premises in good repair, in each case in accordance with the terms of the Lease.