# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 968 & 969** |

## CERTIFICATE OF SERVICE

I, JANICE LIVINGSTONE, hereby certify that:

1. I am employed as a Senior Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. I caused to be served the:

    a. "Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets," filed on October 26, 2023 [Docket No. 968], (the "Assumption Notice"),

    b. "Notice of Filing of Revised Order (I) Approving Agency Agreement with Nations Capital, LLC, Ritchie Bros. Auctioneers (America) Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd., and IronPlanet Canada Ltd. Effective as of October 16, 2023; (II) Authorizing the Sale of Rolling Stock Assets Free and Clear of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief," dated October 26, 2023 [Docket No. 969], (the "Revised Agency Order"), and

    c. "Notice of Filing of Revised Order (I) Approving Agency Agreement with Nations Capital, LLC, Ritchie Bros. Auctioneers (America) Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd., and IronPlanet Canada Ltd. Effective as of October 16, 2023; (II) Authorizing the Sale of Rolling Stock Assets Free and Clear of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief," dated October 26, 2023 [Docket No. 969], (the "Revised Agency Order Slipsheet Version"),

    by causing true and correct copies of the:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

    i.    Assumption Notice and Revised Agency Order Slipsheet Version to be enclosed securely in postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit A</u>, on October 26, 2023,

    ii.    Assumption Notice to be enclosed securely in postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed <u>Exhibit B</u>, on October 27, 2023,

    iii.    Assumption Notice and Revised Agency Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>, on October 26, 2023, and

    iv.    Revised Agency Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit D</u>, on October 26, 2023.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                     */s/ Janice Livingstone*
                                                                      Janice Livingstone

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER LLP | (COUNSEL TO SAIA INC; SAIA MOTOR FREIGHT) ATTN LAURENCE M FRAZEN; JARRET HITCHINGS ONE KANSAS CITY PLACE 1200 MAIN ST, STE 3800 KANSAS CITY MO 64105-2122 |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192 SAN JUAN PR 00902-0192 |
| NY OFFICE OF THE ATTORNEY GEN | ENVIRONMENTAL PROTECTION BUREAU ATTN STEVE H NGUYEN THE CAPITOL ALBANY NY 12224 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN: FAINU'ULELEI FALEFATU ALA'ILIMAUTU AMERICAN SAMOA GOVT, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| THOMPSON O'BRIEN KAPPLER & NASUTI PC | (COUNSEL TO MANSFIELD OIL CO OF GAINSVILLE) ATTN MICHAEL PUGH 2 SUN CT, STE 400 PEACHTREE CORNERS GA 30092 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count  24**

**EXHIBIT B**

# YELLOW CORPORATION
## SERVICE LIST

| Claim Name | Address Information |
|---|---|
| 1313 GRAND STREET REALTY, LLC | 203 MESEROLE AVENUE BROOKLYN NY 11222 |
| 181 W JOHNSON OPERATING LLC | 500 FRANK W BURR BLVD, SUITE 47 TEANECK NJ 07666 |
| 445 HOLLYWOOD AVENUE, LLC | 480 DUNCAN AVENUE JERSEY CITY NJ 07306 |
| 9551930 CANADA INC. | 100-888 BELFAST ROAD OTTAWA ON K1G 0Z6 CANADA |
| A. DUIE PYLE, INC. | PO BOX 564 WEST CHESTER PA 19381 |
| A2-21 1333 NORTH MARKET LLC | 2202 WEST 166TH STREET MARKHAM IL 60428 |
| ABF FREIGHT SYSTEM, INC. | 3801 OLD GREENWOOD ROAD FORT SMITH AR 72903 |
| ACHERON LAND HOLDINGS ULC | 12225 STEPHENS ROAD WARREN MI 48089 |
| ALLIED LOGISTICS CORPORATION | PO BOX 101 GUAYNABO PR 00097 |
| ARTIM INDUSTRIAL PROPERTIES | 14105 W 182ND AVENUE LOWELL IN 46356 |
| B & W INVESTMENTS CO | PO BOX 1059 SUN VALLEY ID 83353 |
| B. KIK PROPERTIES LLC | 81180 HIGHWAY 395 N HERMISTON OR 97838 |
| BARRY JENKINS TRUST | ADDRESS ON FILE |
| BEL AIR T.T., LLC | 6272 E PACIFIC COAST HIGHWAY, SUITE E LONG BEACH CA 90803 |
| BLACH DISTRIBUTING COMPANY | 131 MAIN STREET ELKO NV 89801 |
| BNSF RAILWAY COMPANY | PO BOX 676190 DALLAS TX 75267 |
| BREIT INDUSTRIAL CANYON GA 1B01 LLC | 602 W OFFICE CENTER DRIVE, SUITE 200 FORT WASHINGTON PA 30122 |
| CHAMPION TERMINAL ASSOCIATES, LLC | 800 WEST 79TH STREET, SUITE #3 WILLOWBROOK IL 60527 |
| CHRISTY REAL ESTATE LLC | 339-C BLISS STREET WEST SPRINGFIELD MA 01089 |
| CITY OF GOODLAND/COUNTY CLERK OF | SHERMAN COUNTY PO BOX 57 GOODLAND KS 67735 |
| COMMERCE ROAD TERMINALS LLC | 3901 WEST BROAD STREET RICHMOND VA 23230 |
| CROWN ASSOCIATES | 4401 EASTERN AVE BALTIMORE MD 21224 |
| CROWN ENTERPRISES, INC. | 12225 STEPHENS ROAD WARREN MI 48089 |
| CWW ENTERPRISES, LLC | C/O BLUE BEACON, INC., PO BOX 856 SALINA KS 67402 |
| CYNTHIA OLIVER | ADDRESS ON FILE |
| DCT ECKHOFF STREET LLC | 17777 CENTER COURT DRIVE NORTH, SUITE 100 CERRITOS CA 90703 |
| DCT PEORIA STREET LLC | 11099 S LACIENEGA BOULEVARD, SUITE 210 LOS ANGELES CA 90045 |
| DCT REGENTVIEW AVENUE, LLC | C/O PROLOGIS MANAGEMENT LLC 17777 CENTER COURT DRIVE NORTH, SUITE 10 CERRITOS CA 90703 |
| DOCK STREET CORP | PO BOX 3409 MT. VERNON NY 10553-3409 |
| DON JERRY X- PLO, INC. | 1080 MILITARY TURNPIKE, SUITE 1 PLATTSBURGH NY 12901 |
| DUNCO, LLC | PO BOX 309 FARMINGTON NM 87499 |
| DWELL WISE LP | 330 BUFFALO TRAIL SOMERS MT 59932 |
| EDINBURGH LOGISTICS ASSETS LLC | 5 BRYANT PARK, 28TH FLOOR NEW YORK NY 10018 |
| EILER, LLC | 520 COACHMAN DRIVE JACKSONVILLE OR 97530 |
| ELMIRA TERMINAL & WAREHOUSE CORP. | PO BOX 2091 ELMIRA NY 14903-0091 |
| ESTES EXPRESS LINES | 3901 WEST BROAD STREET RICHMOND VA 23230 |
| ESTES TERMINALS LLC | 3901 WEST BROAD STREET RICHMOND VA 23230 |
| EXETER 1619 NORTH PLAZA, LLC | 100 MATSONFORD ROAD, SUITE 250 RADNOR PA 19087 |
| EXOL PROPERTIES, LLC | PO BOX 249 MEDINA WA 98039-0249 |
| FAZIO TV, LLC | 8433 NE 13TH AVENUE PORTLAND OR 97231 |
| FIFTY SECOND AVENUE ASSOCIATES, INC. | 5469 NW 42ND AVENUE BOCA RATON FL 33496 |
| FINLAYSON LOGISTICS ASSETS LLC | 275 7TH AVENUE, SUITE 746 NEW YORK NY 10001 |
| FREEPORT CENTER ASSOCIATES | PO BOX 160466 CLEARFIELD UT 84016 |
| FREIGHT LINE PROPERTIES LLC | 3863 E BROCKBANK DRIVE SALT LAKE CITY UT 84124 |
| GB ALBANY, LLC | 277 STEWART ROAD SW PACIFIC WA 98047 |
| GB UNION GAP LLC C/O GORDON TRUCK | CENTERS INC 277 STEWART ROAD SW PACIFIC WA 98047 |
| GEFFS | ADDRESS ON FILE |
| GIJV IL7 LLC C/O GPT OPERATING | 220 COMMERCE DRIVE, 4TH FLOOR FORT WASHINGTON PA 19034 |

| Claim Name | Address Information |
|---|---|
| GPT DEER PARK TERMINAL OWNER LLC | 220 COMMERCE DRIVE, SUITE 400 FORT WASHINGTON PA 19034 |
| GPT ORLANDO TERMINAL OWNER LLC | 220 COMMERCE DRIVE, SUITE 400 FORT WASHINGTON PA 19034 |
| GREEN ACRES GYPSUM | PO BOX 250 GREENACRES WA 99016 |
| GRP 298 ASTOR LLC | 1212 YORK ROAD, SUITE C-300 LUTHERVILLE MD 21093 |
| HAENER PROPERTIES LP | 1918 4TH AVE N LEWISTON ID 83501 |
| HARRIS REAL ESTATE HOLDINGS, LLC | 1001 STEPHENSON STREET NORWAY MI 49870 |
| HAWKEY TRANSPORTATION INC | PO BOX 732 BEAVERTON OR 97075 |
| HIGHLAND INVESTMENTS, LLLP | 4720 BOW MAR DRIVE BOW MAR CO 80123 |
| HVIP INDUSTRIAL PARK | 3463 CEDARVILLE ROAD BELLINGHAM WA 98226 |
| INVERMEX, LLC | 2741 CROWN HILL, STE B EAGLE PASS TX 78852 |
| IVEY SELF STORAGE, INC. | PO BOX 608 SMITHFIELD NC 27577 |
| J & C GILMAN FAMILY LP | ADDRESS ON FILE |
| J. B. WRIGHT | ADDRESS ON FILE |
| J. L. CLARK CORPORATION | PO BOX 1117 POCA WV 25159 |
| JACK CHAMBERLAIN C/O CHAMBERLAIN TRUST | ADDRESS ON FILE |
| JAY F. MANNINO TRUST | ADDRESS ON FILE |
| JEDS, LLC | 713 PARK DRIVE FARGO ND 58103 |
| JENNINGS LEASING, LC | 335 EAST ST. GEORGE BOULEVARD ST. GEORGE UT 84770 |
| JERALD K. HOFSTAD | ADDRESS ON FILE |
| JONESBORO FREIGHT TERMINAL, LLC | C/O JIM HEATHERLY 350 S STATE STREET NEWPORT AR 72112 |
| JVCA INVESTMENTS, LLC | 2400 E PACIFIC COAST HIGHWAY WILMINGTON CA 90744 |
| KESTREL CROSSDOCK LLC | 310 SPRUCE ST MISSOULA MT 59802 |
| LEE A. WIGGINS | ADDRESS ON FILE |
| LIGHTEDGE TECHNOLOGIES | 17501 98TH STREET LENEXA KS 66219 |
| LORRAINE CARLSON | ADDRESS ON FILE |
| M J ROCK PROPERTY, LLC | C/O SALMON RIVER STAGES, PO BOX 2166 POCATELLO ID 83206 |
| M4 TERMINALS, LLC | C/O MARK IV CAPITAL, INC., 4450 MACARTHUR BOULEVARD NEWPORT BEACH CA 92660 |
| M4 TERMINALS, LLC | 4450 MACARTHUR BLVD, 2ND FLOOR NEWPORT BEACH CA 92660 |
| MAD ACQUISITIONS, LLC | 435 ESSEX AVENUE, SUITE 105 WAYNESBORO VA 22980 |
| MADRONA CUTTER, LLC AND | GULSONS CUTTER, LLC 210 SW MORRISON STREET, SUITE 600 PORTLAND OR 97204 |
| MARLEY RMC II SPE LLC C/O BLOCK | REAL ESTATE SERVICES 700 W 47TH STREET, SUITE 200 KANSAS CITY MO 64112 |
| MARY A. FAZIO LIMITED PARTNERSHIP I | ADDRESS ON FILE |
| MCCALLUM FAMILY LLC | ADDRESS ON FILE |
| MG FISHERSVILLE I, LLC | PO BOX 13470 RICHMOND VA 23225 |
| MITCHELL NELSON | ADDRESS ON FILE |
| MOBILE AIRPORT AUTHORITY | 1891 9TH STREET MOBILE AL 36615 |
| MOHAWK STREET PROPERTIES LLC | PO BOX 399118 SAN FRANCISCO CA 94139 |
| NATMI LPF BLOOMINGTON, LP | 201 WEST STREET, SUITE 200 ANNAPOLIS MD 21401 |
| NATMI NATIONAL TAMPA, LLC | 201 WEST STREET, SUITE 200 ANNAPOLIS MD 21401 |
| NATMI NATIONAL TRUCK TERMINALS, LLC | 201 WEST STREET, SUITE 200 ANNAPOLIS MD 21401 |
| NATMI, NATIONAL FX PROPERTIES, LLC | 201 WEST STREET, SUITE 200 ANNAPOLIS MD 21401 |
| NED PROPERTIES, LLC | 2200 EAST CAMELBACK ROAD, SUITE 101 PHOENIX AZ 85016 |
| NORTH ACRES DEVELOPMENT CO., INC. | 601 OHIO STREET TERRE HAUTE IN 47807 |
| OPS-KC ASPIRIA, LLC | 165 S. ROCK ISLAND AVE., SUITE 300 WICHITA KS 67202 |
| ORANGE BATAVIA I LLC | C/O SARES-REGIS GROUP 3501 JAMBOREE ROAD, SUITE 3000 NEWPORT BEACH CA 92660 |
| ORCHARD INVESTMENTS | 2620 OLD ORCHARD ROAD JACKSON MO 63755 |
| P&R PROPERTY MANAGEMENT | 2468 DORM DRIVE TWIN FALLS ID 83301 |
| PAC OPERATING LIMITED PARTNERSHIP | ADDRESS ON FILE |
| PACIFIC TRANSSHIPMENT CENTERS, LLC | PO BOX 176 COOLIN ID 83821 |

| Claim Name | Address Information |
|---|---|
| PETERS INVESTMENTS, LLC | 1620 S HASTINGS WAY EAU CLAIRE WI 54701 |
| PIFER PROPERTY HOLDINGS, LP | 687 CLEAR BROOK DRIVE KELLER TX 76248 |
| POPULAR INVESTMENTS, LLC | 2453 SOUTH PLAZA DRIVE RAPID CITY SD 57702 |
| PPF SUDBERRY OCEAN VIEW HILLS, LP | PO BOX 100329 PASADENA CA 91189-0329 |
| PROLOGIS L.P. | 3800 HOWARD HUGHES PARKWAY, SUITE 1250 LAS VEGAS NV 89169 |
| PROLOGIS LP | 383 NORTH FRONT STREET, SUITE 1A COLUMBUS OH 43215 |
| PROLOGIS TARGETED U.S. LOGISTICS | FUND, LP 12720 GATEWAY DRIVE, SUITE 100 TUKWILA WA 98168 |
| PROLOGIS TARGETED US LOGISTICS FUND, LP | 17777 CENTER COURT DRIVE NORTH, SUITE 100 CERRITOS CA 90703 |
| PROLOGIS USLV NEWCA 3, CA | 12720 GATEWAY DRIVE, SUITE 110 TUKWILA WA 98168 |
| PROLOGIS USLV NEWCA3, LLC | 2817 E CEDAR STREET, SUITE 200 ONTARIO CA 91761 |
| PROLOGIS USLV SUBREIT 4, LLC | 3353 GATEWAY BLVD FREMONT CA 94538 |
| PROPERTY 1955 LLC | 304 E ROSSER AVE, SUITE 200 BISMARCK ND 58501 |
| PWM INC. | C/O PACIFIC COAST TOWERS, 5000 VALLEYSTONE DRIVE, SUITE 200 CARY NC 27519 |
| PYRO JUNKIE FIREWORKS, INC. | 13046 RACETRACK ROAD, SUITE 171 TAMPA FL 33626 |
| R. L. ROBERTS, LLC | ATTN: CORP LEGAL, DEPARTMENT 600, GILLAM ROAD WILMINGTON OH 45177 |
| R. L. ROBERTS, LLC | PO BOX 271 WILMINGTON OH 45177 |
| REALTERM NAT PROPERTY HOLDINGS, LP | 201 WEST STREET, SUITE 200 ANNAPOLIS MD 21401 |
| REIMER WORLD PROPERTIES CORP. | 201 PORTAGE AVENUE, SUITE 2900 WINNIPEG MB R3B 3K6 CANADA |
| REIMER WORLD PROPERTIES CORP. | SUITE 2900, 201 PORTAGE AVENUE WINNIPEG MB R3B 3K6 CANADA |
| RGA DALFEN EAST DALLAS LP C/O | 1460 E KEARNEY OWNER LP 5575 S SEMORAN BOULEVARD, SUITE 5010 ORLANDO FL 32882 |
| RICH AND DAVE GRANT PROPERTIES | ADDRESS ON FILE |
| RICHARDSONS PROPERTIES LLC | 101 LEXINGTON AVENUE, #2 CHEYENNE WY 82007 |
| RLF BOOTH SPE, LLC | 201 WEST STREET, SUITE 200 ANNAPOLIS MD 21401 |
| RLF I-A SPE, LLC | 201 WEST STREET, SUITE 200 ANNAPOLIS MD 21401 |
| RLF I-C SPE, LLC | 201 WEST STREET ANNAPOLIS MD 21401 |
| RLF I-PICO SPE, LLC | 201 WEST STREET, SUITE 200 ANNAPOLIS MD 21401 |
| RLIF EAST 2 LLC | 201 WEST STREET ANNAPOLIS MD 21401 |
| RLR INVESTMENTS, LLC | ATTN: CORP LEGAL DEPARTMENT, 600 GILLAM ROAD WILMINGTON OH 45177 |
| RLR INVESTMENTS, LLC | ATTN: CORP LEGAL DEPARTMENT, 600 GILLAM ROAD, PO BOX 271 WILMINGTON OH 45177 |
| RLR INVESTMENTS, LLC | PO BOX 271 WILMINGTON OH 45177 |
| ROEMER WAY LLC | C/O R. POLTL & ASSOCIATES, INC., 1328 MADONNA RD SAN LUIS OBISPO CA 93405 |
| RWP MANITOBA LTD. | SUITE 2900, 201 PORTAGE AVENUE WINNIPEG MB R3B 3K6 CANADA |
| S&S TRANSPORT | 2975 N WASHINGTON STREET GRAND FORKS ND 58203 |
| SCHAFFER ROAD LLC | ONE SOUTH ORANGE AVE, SUITE 404 ORLANDO FL 32801 |
| SNOHOMISH COUNTY/CITY AIRPORT | 10108 32ND AVENUE W, SUITE J EVERETT WA 98204 |
| SOUTHEASTERN FREIGHT LINES, INC. | 420 DAVEGA ROAD LEXINGTON SC 29073 |
| SOUTHEASTERN FREIGHT LINES, INC. | PO BOX 1691 COLUMBIA SC 29202 |
| STAKER & PARSON | ADDRESS ON FILE |
| TATANKA, LLC | PO BOX 422 BIG HORN WY 82833-0422 |
| TERMINAL LOGISTICS II | MID-ATLANTIC SPE, LLC 201 WEST STREET, SUITE 200 ANNAPOLIS MD 21401 |
| TERMINAL LOGISTICS II SOUTH SPE, LLC | 201 WEST STREET ANNAPOLIS MD 21401 |
| TERMINAL LOGISTICS II TEXAS SPE, LP | 201 WEST STREET, SUITE 200 ANNAPOLIS MD 21401 |
| TERRENO CLAWITER LLC | C/O CUSHMAN & WAKEFIELD, 721 EMERSON ROAD, SUITE 600 ST. LOUIS MO 63141 |
| TERRENO DELL LLC | 700 OAKMONT LANE WESTMONT IL 60559 |
| TFI INTERNATIONAL INC | 6600 CHEMIN SAINT FRANCOIS ST. LAURENT PQ H4S 1B7 CANADA |
| THE FALOMA FAZIO PROPERTY, LLC | 20815 NW SAUVIE ISLAND ROAD PORTLAND OR 97231 |
| TIERPOINT, LLC | 12444 POWERSCOURT DRIVE, SUITE 450 ST. LOUIS MO 63131 |
| TOON INVESTMENTS LLC | 4931 S. VICTORIA ST WICHITA KS 67216 |
| TRIP PORTFOLIO, LLC | 222 SOUTH 9TH STREET, SUITE 2870 MINNEAPOLIS MN 55402 |

# Yellow Corporation
## Service List

| Claim Name | Address Information |
|---|---|
| UMPQUA DAIRY PRODUCTS CO | 333 SE SYKES AVENUE SALEM OR 97302 |
| USHOLL (MI), LLC C/O W.P. CAREY INC. | ONE MANHATTAN WEST, 395 9TH AVENUE, 58TH FLOOR NEW YORK NY 10001 |
| VICTORIA C. HAYCOCK | ADDRESS ON FILE |
| VIEWEG REAL ESTATE | 225 SOUTH MAIN STREET, SUITE 225 DECATUR IL 62523 |
| WARNER- WILLIAMS INVESTMENTS INC. | PO BOX 501 BAXTER SPRINGS KS 66713 |
| WATWOOD INVESTMENTS, LLC | PO BOX 1207 DOTHAN AL 36302 |
| WIPT, INC. | 18 W 8TH AVENUE REDFIELD SD 57469 |
| WOLVERINE FREIGHT SYSTEM | 2500 AIRPORT ROAD WINDSOR ON N8W 5E7 CANADA |
| ZOLLINGER COMMERCIAL WAREHOUSING | 695 W 1700 SOUTH LOGAN UT 84321 |

**Total Creditor count  155**

**EXHIBIT C**

Yellow Corporation, *et al.*, Case No. 23-11069
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
|---|---|---|
| ABERNATHY ROEDER BOYD & HULLETT PC | ATTN PAUL M LOPEZ; LARRY R BOYD; EMILY M HAHN | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| ACAR LEASING LTD D/B/A GM FINANCIAL LEASING | ATTN LORENZO NUNEZ | leasesvcbnkrpcy@gmfinancial.com |
| AIS PORTFOLIO SERVICES CORP | ATTN ALLY BANK DEPT | ecfnotices@aisinfo.com |
| AKERMAN LLP | ATTN MARK S. LICHTENSTEIN | mark.lichtenstein@akerman.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN PHILIP C. DUBLIN; MEREDITH A. LAHAIE; KEVIN ZUZOLO | pdublin@akingump.com; mlahaie@akingump.com; kzuzolo@akingump.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN MICHAEL S GREGER | mgreger@allenmatkins.com |
| ALTER DOMUS PRODUCTS CORP. | ATTN LEGAL DEPT, E. PAPPAS & C CAPEZUTI | legal_agency@alterdomus.com; emily.ergangpappas@alterdomus.com; cpcagency@alterdomus.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN BENJAMIN MINTZ | benjamin.mintz@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN ROSA EVERGREEN | rosa.evergreen@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN MICHAEL MESSERSMITH | michael.messersmith@apks.com |
| ASHBY & GEDDES PA | ATTN MICHAEL D DEBAECKE | mdebaecke@ashbygeddes.com |
| ASHBY & GEDDES PA | ATTN GREGORY A. TAYLOR | gtaylor@ashbygeddes.com |
| ASHBY & GEDDES PA | ATTN DON A BESKRONE | dbeskrone@ashbygeddes.com |
| BAKER & HOSTETLER LLP | ATTN JEFFREY J LYONS; ELIZABETH A GREEN; JORIAN L ROSE; JIMMY D PARRISH | jjlyons@bakerlaw.com; egreen@bakerlaw.com; orlbankruptcy@bakerlaw.com; jrose@bakerlaw.com; jparrish@bakerlaw.com |
| BALLARD SPAHR LLP | ATTN LESLIE C HEILMAN; LAUREL D ROGLEN; NICHOLAS J BRANNICK; MARGARET A VESPER | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| BEAL BANK USA | | commercialloans@bealbank.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN JENNIFER R. HOOVER; KEVIN M. CAPUZZI; JOHN C. GENTILE | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com |
| BIELLI & KLAUDER LLC | ATTN DAVID M KLAUDER; MELISSA M HARTLIPP | dklauder@bk-legal.com; mhartlipp@bk-legal.com |
| BIFFERATO FIRM PA | ATTN IAN CONNOR BIFFERATO | cbifferato@tbf.legal |
| BLANK ROME LLP | ATTN REGINA STANGO KELBON; LAWRENCE R. THOMAS III; JOHN E. LUCIAN | regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com; john.lucian@blankrome.com |
| BNSF RAILWAY COMPANY | JILL RUGEMA | jill.rugema@bnsf.com |
| BROWN McGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN LAURENCE M FAZEN; JARRET HITCHINGS | larry.frazen@bclplaw.com; jarret.hitchings@bclplaw.com |
| BUCHANAN INGERSOLL & ROONEY | ATTN GEOFFREY G GRIVNER; KODY M SPARKS; TIMOTHY P PALMER | geoffrey.grivner@bipc.com; kody.sparks@bipc.com; timothy.palmer@bipc.com |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN MARC J PHILLIPS | mphillips@mmwr.com |
| CENTRAL STATES FUNDS | ATTN BRAD R BERLINER; ANDREW J HERINK; DANIEL SULLIVAN | bberliner@centralstatesfunds.org; aherink@centralstatesfunds.org; dsulliva@centralstatesfunds.org |
| CENTRAL STATES PENSION | | bberline@centralstatesfunds.org |

Yellow Corporation, *et al.*, Case No. 23-11069
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
| --- | --- | --- |
| CHAFFETZ LINDSEY LLP | ATTN ALAN J LIPKIN; ALEX LUPSAIU | alan.lipkin@chaffetzlindsey.com; alex.lupsaiu@chaffetzlindsey.com |
| CHARLES E DORR PC | ATTN CHARLES E DORR | ced@cedpc.com |
| CHIPMAN BROWN CICERO & COLE LLP | ATTN WILLIAM E CHIPMAN, JR; MARK D OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CHOATE HALL & STEWART LLP | ATTN KEVIN J SIMARD, JONATHAN D MARSHALL, SETH D MENNILLO, M HAMPTON FOUSHEE | jmarshall@choate.com; smennillo@choate.com; hfoushee@choate.com; ksimard@choate.com |
| CLARK HILL PLC | ATTN KAREN M GRIVNER | kgrivner@clarkhill.com |
| COHEN LEDER MONTALBANO & CONNAUGHTON | ATTN PAUL A MONTALBANO; BRADY M CONNAUGHTON | paul.montalbano@clmc-law.com; brady.connaughton@clmc-law.com |
| COHNE KINGHORN PC | ATTN GEORGE HOFMANN | ghofmann@ck.law |
| COOKSEY TOOLEN GAGE DUFFY & WOOG | ATTN KIM GAGE; RANDALL P MROCZYNSKI | kgage@cookseylaw.com; rmroczynski@cookseylaw.com |
| COUSINS LAW LLC | ATTN SCOTT D COUSINS | scott.cousins@cousins-law.com |
| DAIMLER TRUCKS NA | JOHN OLEARY, PRESIDENT & CEO | john.oleary@daimler.com; kirstin.abel@daimlertruck.com |
| DEMAYO LAW OFFICES LLP | ATTN ADRIENNE S BLOCKER | ablocker@demayolaw.com |
| DILWORTH PAXSON LLP | ATTN MARTIN J WEIS | mweis@dilworthlaw.com |
| DLA PIPER LLP | ATTN STUART M BROWN; RACHEL EHRLICH ALBANESE | stuart.brown@us.dlapiper.com; rachel.albanese@us.dlapiper.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN BRIAN L. SCHWALB | oag@dc.gov |
| DOSHI LEGAL GROUP PC | ATTN AMISH R DOSHI | amish@doshilegal.com |
| DUANE MORRIS LLP | ATTN SOMMER L ROSS | slross@duanemorris.com |
| EMMET MARVIN & MARTIN LLP | ATTN THOMAS A PITTA | tpitta@emmetmarvin.com |
| EPSTEIN BECKER & GREEN | ATTN WENDY G MARCARI | wmarcari@ebglaw.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | ATTN BRETT D FALLON; JOSEPH N ARGENTINA, JR | brett.fallon@faegredrinker.com; joseph.argentina@faegredrinker.com |
| FONTANEZ, FERNANDO | | EMAIL ADDRESS ON FILE |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN MICHAEL BUSENKELL | mbusenkell@gsbblaw.com |
| GENERAL TEAMSTERS LOCAL 439 | ATTN CATHERINE E HOLZHAUSER | cholzhauser@beesontayer.com |
| GGRM LAW FIRM | ATTN DILLON COIL; RYAN LOOSVELT | dcoil@ggrmlawfirm.com; rloosvelt@ggrmlawfirm.com |
| GRAY ROBINSON PA | ATTN JEFFREY SCHLERF | jeffrey.schlerf@gray-robinson.com |
| GREENBERG TRAURIG LLP | ATTN ANTHONY W CLARK; DENNIS A MELORO | anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com |
| GRIMES & LINEBARGER LLP | ATTN JOHN KENDRICK TURNER | dallas.bankruptcy@lgbs.com |
| HOGAN LOVELLS | ATTN: RONALD SILVERMAN; ROBERT A RIPIN; CHRISTOPHER R BRYANT | ronald.silverman@hoganlovells.com; robert.ripin@hoganlovells.com; chris.bryant@hoganlovells.com |
| HOLLAND & KNIGHT LLP | ATTN: JOSHUA M. SPENCER | joshua.spencer@hklaw.com; alterdomus@hklaw.com |
| INTERNAL REVENUE SERVICE | | millie.h.agent@irs.gov |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ATTN FRED ZUCKERMAN | fzuckerman@teamster.org |
| JACK SHRUM PA | ATTN J JACKSON SHRUM | jshrum@jshrumlaw.com |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS PC | ATTN RAYMOND M PATELLA | rpatella@lawjw.com |
| KEURIG DR. PEPPER | RICHARD W WARD | rwward@airmail.net |
| KING & SPALDING LLP | ATTN THADDEUS D WILSON; MICHAEL FISHEL | thadwilson@kslaw.com; mfishel@kslaw.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN RAYMOND H LEMISCH | rlemisch@klehr.com |
| KOHNER MANN & KAILAS SC | ATTN SAMUEL C WISOTZKEY | swisotzkey@kmksc.com |

| NAME | ATTN | EMAIL |
|---|---|---|
| KROLL HEINEMAN PTASIEWICZ & PARSONS | ATTN SETH PTASIEWICZ | sptasiewicz@krollfirm.com |
| KYE LAW GROUP, P.C. | ATTN: MATTHEW F. KYE | mkye@kyelaw.com |
| LANE & NACH PC | ATTN ADAM N NACH | adam.nach@lane-nach.com |
| LAW OFFICES OF JAMES TOBIA LLC | ATTN JAMES TOBIA | jtobia@tobialaw.com |
| LAW OFFICES OF SUSAN E KAUFMAN LLC | ATTN SUSAN E KAUFMAN | skaufman@skaufmanlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | sanantonio.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com; austin.bankruptcy@lgbs.com; dallas.bankruptcy@lgbs.com |
| LIPSON NEILSON PC | ATTN MICHAEL D LIEBERMAN | mlieberman@lipsonneilson.com |
| LOIZIDES PA | ATTN CHRISTOPHER D LOIZIDES | loizides@loizides.com |
| MADDIN HAUSER ROTH & HELLER PC | ATTN DAVID M EISENBERG | deisenberg@maddinhauser.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | ATTN PETER MUTHIG | muthigk@mcao.maricopa.gov |
| MCCARTER & ENGLISH LLP | ATTN KATE ROGGIO BUCK; JOSEPH LUBERTAZZI, JR; SHEILA E CALELLO; WILLIAM F TAYLOR, JR | kbuck@mccarter.com; jlubertazzi@mccarter.com; scalello@mccarter.com; wtaylor@mccarter.com |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN JULIE ANNE PARSONS | jparsons@mvbalaw.com |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN DAVID P PRIMACK | dprimack@mdmc-law.com |
| MICHELIN NORTH AMERICA INC | ATTN BRIAN GUTBROD | brian.gutbrod@michelin.com |
| MILBANK LLP | ATTN: DENNIS F. DUNNE & MATTHEW L. BROD | ddunne@milbank.com; mbrod@milbank.com |
| MORRIS NICHOLS ARSHT & TUNNEL LLP | ATTN CURTIS S MILLER; MATTHEW B HARVEY; JONATHAN M WEYAND | cmiller@morrisnichols.com; mharvey@morrisnichols.com; jweyand@morrisnichols.com |
| MUNSCH HARDT KOPF & HARR PC | ATTN DEBORAH M PERRY | dperry@munsch.com |
| MYERS & MYERS PLLC | ATTN REBECCA JS CASSELL | rcassell@myers2law.com |
| NEW YORK STATE TEAMSTERS PENSION & HEALTH FUNDS | ATTN KENNNETH R STILWELL | krgstil@nytfund.org |
| NORTON ROSE FULBRIGHT US LLP | ATTN REBECCA J. WINTHROP | rebecca.winthrop@nortonrosefulbright.com |
| OFFICE OF THE UNITED STATES ATTORNEY | | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFICE OF THE US TRUSTEE | | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.gov |
| OFFIT KURMAN PA | ATTN BRIAN J MCLAUGHLIN | brian.mclaughlin@offitkurman.com |
| OKLAHOMA COUNTY TREASURER | ATTN TAMMY JONES | tammy.jones@oklahomacounty.org |
| OSLER HOSKIN & HARCOURT LLP | ATTN TRACY SANDLER; KATHRYN ESAW | tsandler@osler.com; kesaw@osler.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN PETER J KEANE | pkeane@pszjlaw.com |
| PARAVATI KARL GREEN & DEBELLA LLP | ATTN VINCENT M DEBELLA | vdebella@pkgdlaw.com |
| PASHMAN STEIN WALDER HAYDEN | ATTN JOSEPH C BARSALONA II | jbarsalona@pashmanstein.com |
| PENSION BENEFIT GUARANTY CORPORATION | REBECCA STARK; ANDREW PHILIP WALKER | stark.rebecca@pbgc.gov; efile@pbgc.gov; serspinski.sven@pbgc.gov; hristova.donika@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN LAURA J MONROE | lmbkr@pbfcm.com |
| POLSINELLI PC | ATTN BRENNA A DOLPHIN | bdolphin@polsinelli.com |
| POTTER ANDERSON & CORROON LLP | ATTN L KATHERINE GOOD; MARIA KOTSIRAS | kgood@potteranderson.com; mkotsiras@potteranderson.com |

| NAME | ATTN | EMAIL |
|---|---|---|
| PREVIANT LAW FIRM SC, THE | ATTN FREDERICK PERILLO; JILL M HARTLEY; EMMA M WOODS | fp@previant.com; jh@previant.com; emw@previant.com |
| PULLMAN & COMLEY LLC | ATTN KRISTIN B MAYHEW | kmayhew@pullman.com |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN SUSHEEL KIRPALANI; ERIC WINSTON | susheelkirpalani@quinnemanuel.com; ericwinston@quinnemanuel.com |
| RFT LOGISTICS LLC | CHRISTOPHER MEJIA, CEO | truckload@rftlogistics.com; chris.mejia@rftlogistics.com |
| RAISNER ROUPINIAN LLP | ATTN JACK A RAISNER; RENE S ROUPINIAN; ARMANDO RIVERA | jar@raisnerroupinian.com; rsr@raisnerroupinian.com; rsr@raisnerroupinian.com |
| REED SMITH LLP | ATTN KURT F GWYNNE; MARK W ECKARD | kgwynne@reedsmith.com; meckard@reedsmith.com |
| RICHARDS LAYTON & FINGER PA | ATTN MARK D COLLINS, JOHN H KNIGHT, DAVID T QUEROLI, ALEXANDER R STEIGER | collins@rlf.com; knight@rlf.com; queroli@rlf.com; steiger@rlf.com |
| ROCK ISLAND COUNTY TREASURER | ATTN AUSTIN CARLSON | treasurer@rockislandcountyil.gov |
| ROPES & GREY | ATTN NATASHA HWANGO; LUKE SMITH | natasha.hwangpo@ropesgray.com; luke.smith@ropesgray.com |
| ROSNER LAW GROUP LLC | ATTN FREDERICK B ROSNER | rosner@teamrosner.com |
| S&D LAW | ATTN MICHAEL L SCHLEPP, ESQ | mschlepp@s-d.com |
| SALDUTTI LAW GROUP | ATTN ROBERT L SALDUTTI; REBECCA K MCDOWELL | rsaldutti@slgcollect.com; rmcdowell@slgcollect.com |
| SANDBERG PHOENIX & VON GONTARD | ATTN SHARON L STOLTE | sstolte@sandbergphoenix.com |
| SAUDER SCHELKOPF LLC | ATTN JOSEPH G SAUDER; JOSEPH B KENNEY | jgs@sstriallawyers.com; jbk@sstriallawyers.com |
| SECURITIES & EXCHANGE COMMISSION | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | nyrobankruptcy@sec.gov |
| SEYFARTH SHAW LLP | ATTN JAMES B SOWKA | jsowka@seyfarth.com |
| SORENSON VAN LEUVEN PLLC | ATTN JAMES E SORENSON | bk@svllaw.com |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN TREG TAYLOR | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN KRIS MAYES | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN TIM GRIFFIN | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN KATHY JENNINGS | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN ANN E LOPEZ | hawaiiag@hawaii.gov |
| STATE OF IOWA ATTORNEY GENERAL | ATTN BRENNA BIRD | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | ATTN AARON FREY | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN ATHONY G. BROWN | oag@oag.state.md.us |

Yellow Corporation, *et al.*, Case No. 23-11069
Electronic Mail Master Service List

| NAME | ATTN | EMAIL |
| --- | --- | --- |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN ANDREA JOY CAMPBELL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN DANA NESSEL | miag@michigan.gov |
| STATE OF NEW YORK ATTORNEY GENERAL; ENVIRONMENTAL PROTECTION BUREAU | ATTN STEVE H NGUYEN; STEPHEN M NAGLE | steve.nguyen@ag.ny.gov; stephen.nagle@ag.ny.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN ROBERT L DOTY | robert.doty@ohioago.gov |
| STEVENS & LEE PC | ATTN JOSEPH H HUSTON, JR; JOHN C KILGANNON | joseph.huston@stevenslee.com; john.kilgannon@stevenslee.com |
| STRADLEY RONON STEVENS & YOUNG LLP | ATTN JULIE M MURPHY | jmmurphy@stradley.com |
| STREUSAND LANDON OZBURN & LEMMON LLP | ATTN SABRINA L STREUSAND | streusand@slollp.com |
| SULLIVAN HAZELTINE ALLINSON | ATTN WILLIAM D SULLIVAN; WILLIAM A HAZELTINE; ELIHU E ALLINSON | bsullivan@sha-llc.com; whazeltine@sha-llc.com; zallinson@sha-llc.com |
| SUSSMAN SHANK LLP | ATTN GARRETT S EGGEN | geggen@sussmanshank.com |
| SWEETBAUM MILLER PC | ATTN ALAN D SWEETBAUM | asweetbaum@sweetbaumlaw.com |
| THE BANK OF NEW YORK MELLON | ATTN JOANNA SHAPIRO, MANAGING DIRECTOR | joanna.g.shapiro@bnymellon.com; ust.cares.program@bnymellon.com |
| TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN JONATHAN SKRMETTI | agbankdelaware@ag.tn.gov |
| TEXAS ATTORNEY GENERAL | ATTN SEAN T FLYNN; LAYLA D MILLIGAN | sean.flynn@oag.texas.gov; layla.milligan@oag.texas.gov |
| TEXAS COMPTROLLER | ATTN KIMBERLY A WALSH, ASST ATTORNEY GENERAL | kimberly.walsh@oag.texas.gov |
| TRAVIS COUNTY | ATTN JASON A STARKS | jason.starks@traviscountytx.gov |
| U.S. DEPARTMENT OF JUSTICE | | millie.h.agent@irs.gov; i-heng.hsu@usdoj.gov; crystal.geise@usdoj.gov |
| UNION PACIFIC RAILROAD | ATTN CHRISTINE A. NEUHARTH; LILA L. HOWE | bankruptcynotices@up.com |
| WELTMAN WEINBERG & REIS CO LPA | ATTN SCOTT D FINK | sfink@weltman.com; bronationalecf@weltman.com |
| WHITE & CASE LLP | ATTN SCOTT GREISSMAN; ANDREW ZATZ; ELIZABETH FELD; JZAKIA@WHITECASE.COM | sgreissman@whitecase.com; azatz@whitecase.com; efeld@whitecase.com; jzakia@whitecase.com |
| WHITE & WILLIAMS LLP | ATTN AMY E VULPIO; MICHAEL A INGRASSIA | vulpioa@whiteandwilliams.com; ingrassiam@whiteandwilliams.com |
| WHITEFORD TAYLOR & PRESTON LLP | ATTN MICHAEL J JOESCHENTHALER; DANIEL R SCHIMIZZI; DAVID W GAFFEY; DAVID B STRATTON; RICHARD W RILEY | mroeschenthaler@whitefordlaw.com; dschimizzi@whitefordlaw.com; dgaffey@whitefordlaw.com; dstratton@whitefordlaw.com; rriley@whitefordlaw.com |
| WILSON SONSINI GOODRICH & ROSATI PC | ATTN ERIN R FAY; CATHERINE C LYONS | efay@wsgr.com; clyons@wsgr.com |
| WOMBLE BOND DICKINSON LLP | ATTN JAMES S LIVERMON, III; KEVIN J MANGAN | charlie.livermon@wbd-us.com; kevin.mangan@wbd-us.com |

# EXHIBIT D

YELLOW CORPORATION, *et al.,* Case No. 23-11069 (CTG)
Electronic Mail Additional Service List

| NAME | REPRESENTING | EMAIL ADDRESS |
|---|---|---|
| HAYNES AND BOONE, LLP | BNSF RAILWAY CO | ian.peck@haynesboone.com; david.staab@haynesboone.com; jordan.chavez@haynesboone.com |