# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER APPROVING AND AUTHORIZING THE DEBTORS TO ENTER INTO THAT CERTAIN AMENDMENT NO. 1 DATED AS OF NOVEMBER 16, 2023 TO THE JUNIOR SECURED SUPER-PRIORITY DEBTOR-IN-POSSESSION CREDIT AGREEMENT DATED AS OF SEPTEMBER 6, 2023

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") authorizing the Debtors to enter into the DIP Facility, all as more fully set forth in the Motion; and upon the First Day Declaration, the Kaldenberg Declaration, and the Whittman Declaration; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at http://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion (*i.e.*, the "DIP Motion" as defined in the Final DIP Order), the *Final Order (I) Authorizing the Debtors to (A) Obtain Postpetition Financing, (B) Use Cash Collateral, and (C) Grant Liens and Superpriority Administrative Expense Claims, (II) Granting Adequate Protection to Certain Prepetition Secured Parties, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 571] (the "Final DIP Order"), that certain *Amendment No. 1 Dated as of November 16, 2023 to Junior Secured Super-Priority Debtor-in-Possession Credit Agreement Dated as of September 6, 2023* (attached as **Exhibit 1** hereto) (the "Junior DIP Amendment"), or that certain *Amendment No. 5 Dated as of November 16, 2023 to the B-2 Credit Agreement Dated as of September 11, 2019* (attached as **Exhibit 2** hereto) (the "B-2 DIP Amendment" and together with the Junior DIP Amendment, the "DIP Amendments", as applicable).

this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and this Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before this Court (including any subsequent hearings and/or status conferences relating to the relief sought in the DIP Motion, the "Hearing"); and the Court having entered the Final DIP Order on September 15, 2023; and this Court having reviewed the *Certification of Counsel Regarding Order Approving and Authorizing the Debtors to Enter Into That Certain Amendment No. 1 Dated as of November 16, 2023 to the Junior Secured Super-Priority Debtor-in-Possession Credit Agreement Dated as of September 6, 2023*, filed and served on November 16, 2023 [Docket No. 1164] (the "DIP Amendment Certification of Counsel"); and this Court having reviewed the DIP Amendment; and it appearing that the Debtors' proposed entry into the DIP Amendments is a sound and prudent exercise of the Debtors' business judgment; and this Court having determined that the legal and factual bases set forth in the Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and upon the relief set forth in the Final DIP Order; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The DIP Amendments attached hereto as **Exhibit 1** and **Exhibit 2** are hereby approved, and the Debtors are authorized to enter into the DIP Amendments.

2. The Debtors are authorized and empowered to take all actions necessary to implement the DIP Amendments and the relief granted in this Order, including, without limitation,

DE:4874-6675-9057.1 96859.001

to enter into any amendments or modifications to the DIP Loan Documents to reflect the DIP Amendments, without further notice or order of the Court.

3. Except as modified by the DIP Amendments, the DIP Loan Documents shall remain in full force and effect.

4. Except as modified by this Order, the Final DIP Order shall remain in full force and effect. All references to the DIP Facility, the DIP Loans, the DIP Credit Agreement, and the DIP Loan Documents in the Final DIP Order and the Final UST Cash Collateral Order[3] shall be deemed references to the DIP Facility, the DIP Loans, the DIP Credit Agreement, and the DIP Loan Documents as amended by this Order and the DIP Amendments.

5. For the avoidance of doubt, additional commitments made pursuant to the Junior DIP Amendment constitute part of the Junior DIP Facility as defined in the Final DIP Order. Each reference in the Final DIP Order and in the Final UST Cash Collateral Order to the Junior DIP Credit Agreement, DIP Loan Documents, or any other loan document shall mean and be a reference to the Junior DIP Credit Agreement, DIP Loan Documents, or any other loan document as modified by the Junior DIP Amendment.

6. Notwithstanding Bankruptcy Rules 4001(a)(3), 6004(h), 6006(d), 7062, or 9014 of the Bankruptcy Rules or any Local Bankruptcy Rule, or Rule 62(a) of the Federal Rules of Civil Procedure, this Order shall be immediately effective and enforceable upon its entry and there shall be no stay of execution or effectiveness of this Order.

---

[3] "Final UST Cash Collateral Order" means the *Final UST Cash Collateral and Adequate Protection Order (I) Authorizing the Debtors to Use UST Cash Collateral and All Other Prepetition UST Collateral, (II) Granting Adequate Protection, (III) Modifying the Automatic Stay, and (IV) Granting Related Relief* [Docket No. 570].

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order

Dated: November 17th, 2023
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

DE:4874-6675-9057.1 96859.001