## Exhibit A

DE:4885-4773-0833.1 96859.001

**YELLOW CORPORATION**
Date: 11/17/2023

**Content of the Notice**

| | |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | 38 bundles of cardboard sheets (dunnage) to put between skids to protect freight at Salt Lake City terminal |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | n/a |
| (c) identification of the Debtor entity selling the De Minimis Assets | Yellow Corporation |
| (d) identification of the purchaser of the De Minimis Assets | North Park Transportation |
| (e) the purchase price | $2,850.00 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | $0.00 |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | Company marketed the cardboard on a national and regional level and received no interest. Items to be abandoned at the terminal if not sold. |
| (h) any other significant terms of the sale or transfer | Buyer will pick up at their own expense and cover any associated sales tax. |