**Exhibit A**

DE:4859-5080-1041.1 96859.001

**YELLOW CORPORATION**
Date: 11/17/2023

### Content of the Notice

| | |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | 568 HP t640 Winterms at SHI International<br>120 HP t640 Winterms at Portland Terminal |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | n/a |
| (c) identification of the Debtor entity selling the De Minimis Assets | Yellow Corporation |
| (d) identification of the purchaser of the De Minimis Assets | Exit Technologies |
| (e) the purchase price[1] | $30,000.00 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | $22,016.00 |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | The Company marketed the assets to multiple parties that they had sold similar items to in the past, received 2 offers and moved forward with the highest bid. |
| (h) any other significant terms of the sale or transfer | The Company will pay to ship the units from various locations to the buyer and get reimbursed by the buyer after the units are received. |

---

[1] *These assets fall below the capitalization threshold and would not have an associated book value. The estimated value provided is the company's best estimate based on industry experience and research of used items of the same type.*

DE:4859-5080-1041.1 96859.001