IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>YELLOW CORPORATION, *et al.*,<br><br>                       Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

      Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Bradley Foxman of Vinson & Elkins LLP to represent NATMI LPF Bloomington, LP; NATMI National FX Properties, LLC; NATMI National Truck Terminals, LLC; NATMI Truck Terminals, LLC; RLF I-Pico SPE, LLC; RLF Booth SPE, LLC; RLF I-A SPE, LLC; RLF I-C SPE, LLC; Terminal Logistics II Texas SPE, LP; NATMI National Tampa, LLC; Terminal Logistics II Mid-Atlantic SPE, LLC; RLIF East 2, LLC; and Terminal Logistics II South SPE, LLC in the above cases and any associated adversary proceedings.

Dated: November 16, 2023
Wilmington, Delaware

                                            */s/ Leslie C. Heilman*
                                            Leslie C. Heilman, Esquire (No. 4716)
                                            BALLARD SPAHR LLP
                                            919 North Market Street, 11th Floor
                                            Wilmington, Delaware 19801
                                            Telephone:  (302) 252-4465
                                            Facsimile:  (302) 252-4466
                                            E-mail:  heilmanl@ballardspahr.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with the Revised Standing Order for District Court Fund dated August 30, 2016.  I further certify that the annual fee of $25.00 has been paid to the Clerk of the District Court.

Dated: November 16, 2023

                                            */s/ Bradley Foxman*
                                            Bradley Foxman, Esquire
                                            VINSON & ELKINS LLP
                                            2001 Ross Avenue, Suite 3900
                                            Dallas, Texas 75201
                                            Telephone:  (214) 220-7784
                                            Facsimile:  (214) 999-7716
                                            E-mail:  bfoxman@velaw.com

## ORDER GRANTING MOTION

      IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

**Dated: November 20th, 2023**
**Wilmington, Delaware**

                                        **CRAIG T. GOLDBLATT**
                                        **UNITED STATES BANKRUPTCY JUDGE**