**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SUMMARY OF SECOND MONTHLY
FEE APPLICATION OF KIRKLAND & ELLIS LLP
AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD
FROM SEPTEMBER 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Kirkland & Ellis LLP and Kirkland & Ellis International LLP |
| Authorized to Provide Professional Services to: | Yellow Corporation, *et al*. Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered on September 22, 2023 Effective as of August 6, 2023 |
| Period for which compensation and reimbursement is sought: | September 1, 2023 through September 30, 2023 |
| Amount of Compensation sought as actual, reasonable and necessary: | $2,360,734.40 (80 percent of $2,950,918.00)[2] |
| Amount of Expense Reimbursement sought as actual, reasonable, and necessary: | $29,600.94 |

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is:  11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]   K&E voluntarily reduced its fees and expenses by $17,859.90 in the Fee Period (as defined herein). Consequently, K&E does not seek payment of these fees and expenses in this Monthly Fee Statement (as defined herein).

**Summary of Hours by Professional Billed**
**From September 1, 2023 Through September 30, 2023**

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Olivia Acuna | Associate | 2021 | Restructuring | 1,155.00 | 138.40 | $159,852.00 |
| Gabe Navarro Almario | Associate | 2023 | Environment - Transactional | 885.00 | 21.90 | $19,381.50 |
| Jack M. Amaro | Associate | 2019 | ECEB - Employee Benefits | 1,245.00 | 4.40 | $5,478.00 |
| Wes Benter | Associate | 2019 | ECEB - Labor/Employment | 1,295.00 | 7.30 | $9,453.50 |
| Jacob E. Black | Associate | 2021 | Restructuring | 995.00 | 18.80 | $18,706.00 |
| Frankie A. Butler | Associate | 2019 | Corporate - Debt Finance | 1,245.00 | 28.90 | $35,980.50 |
| Kennedy Chiglo | Associate | 2022 | Corporate - Debt Finance | 885.00 | 47.50 | $42,037.50 |
| Lauren Collins | Associate | 2021 | Restructuring | 1,155.00 | 83.40 | $96,327.00 |
| Shane Cooper | Associate | 2022 | ECEB - Labor/Employment | 885.00 | 13.60 | $12,036.00 |
| Jack Frisbie | Associate | N/A | Restructuring | 735.00 | 8.60 | $6,321.00 |
| Samuel Sean Hamner | Associate | 2016 | Taxation | 1,455.00 | 13.70 | $19,933.50 |
| Ian Hesterly | Associate | 2021 | Corporate - General | 995.00 | 31.50 | $31,342.50 |
| Kaitlyn Hodgman | Associate | 2023 | ECEB - Labor/Employment | 885.00 | 3.80 | $3,363.00 |
| Olivia Claire Hunter | Associate | 2023 | ECEB - Labor/Employment | 885.00 | 3.50 | $3,097.50 |
| Trent William Huskey | Associate | 2021 | Restructuring | 995.00 | 138.70 | $138,006.50 |
| Jean Y. Hyun | Associate | 2022 | Antitrust/Competition | 995.00 | 3.80 | $3,781.00 |
| Rob Jacobson | Associate | 2019 | Restructuring | 1,245.00 | 136.90 | $170,440.50 |
| Brandon King | Associate | 2019 | Corporate - M&A/Private Equity | 1,155.00 | 65.90 | $76,114.50 |
| Nishtha Manish Kulkarni | Associate | N/A | ECEB - Labor/Employment | 735.00 | 1.50 | $1,102.50 |
| Sara Lampert | Associate | 2020 | Corporate - Capital Markets | 1,245.00 | 4.90 | $6,100.50 |
| Catherine Lee | Associate | 2021 | Restructuring | 1,155.00 | 33.90 | $39,154.50 |
| Bob McAuliff | Associate | 2022 | Real Estate | 885.00 | 20.30 | $17,965.50 |
| Conor P. McNamara | Associate | 2018 | Restructuring | 1,295.00 | 94.90 | $122,895.50 |
| Allison McQueeney | Associate | 2020 | ECEB - Executive Compensation | 1,245.00 | 2.50 | $3,112.50 |
| Aaron Metviner | Associate | 2018 | Restructuring | 1,245.00 | 161.90 | $201,565.50 |
| Colin R. Monaghan | Associate | 2020 | Litigation - General | 985.00 | 6.70 | $6,599.50 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ryan Connor Muhlstock | Associate | 2022 | Restructuring | 885.00 | 76.60 | $67,791.00 |
| Keyan Norman | Associate | 2021 | Corporate - General | 995.00 | 45.90 | $45,670.50 |
| Orla O'Callaghan | Associate | 2018 | Litigation - General | 1,215.00 | 35.30 | $42,889.50 |
| Lola Ojeniyi | Associate | 2020 | Litigation - General | 1,080.00 | 17.00 | $18,360.00 |
| Selin Ozaltun | Associate | 2023 | Corporate - General | 885.00 | 4.90 | $4,336.50 |
| Karra A. Puccia | Associate | 2023 | Restructuring | 885.00 | 65.10 | $57,613.50 |
| Zak Read | Associate | 2022 | Restructuring | 885.00 | 58.50 | $51,772.50 |
| Roy Michael Roman | Associate | 2023 | Restructuring | 885.00 | 16.40 | $14,514.00 |
| Maayan Sachs | Associate | 2022 | ECEB - Labor/Employment | 885.00 | 8.20 | $7,257.00 |
| Ben Sharp | Associate | 2020 | Corporate - General | 995.00 | 2.30 | $2,288.50 |
| Eric Steinfeld | Associate | 2023 | Restructuring | 735.00 | 84.50 | $62,107.50 |
| Matthew Calloway Walker | Associate | 2023 | Litigation - General | 715.00 | 6.20 | $4,433.00 |
| Ali Mohammad Zarrabi | Associate | 2022 | Corporate - General | 885.00 | 26.40 | $23,364.00 |
| Jack N. Bernstein | Of Counsel | 1995 | ECEB - Employee Benefits | 1,585.00 | 70.90 | $112,376.50 |
| Carolyn Aiken | Partner | 2018 | Corporate - Debt Finance | 1,545.00 | 21.90 | $33,835.50 |
| Noah Allen | Partner | 2015 | Corporate - Capital Markets | 1,375.00 | 31.40 | $43,175.00 |
| John G. Caruso | Partner | 1992 | Real Estate | 1,895.00 | 2.80 | $5,306.00 |
| Jennifer C. Cornejo | Partner | 2012 | Environment - Transactional | 1,375.00 | 7.20 | $9,900.00 |
| Daniel S. Daines | Partner | 2009 | Corporate - M&A/Private Equity | 1,420.00 | 32.40 | $46,008.00 |
| Thad W. Davis, P.C. | Partner | 2005 | Taxation | 1,795.00 | 12.10 | $21,719.50 |
| James Dolphin III | Partner | 2015 | Environment - Transactional | 1,405.00 | 8.20 | $11,521.00 |
| Michael P. Esser | Partner | 2009 | Litigation - General | 1,475.00 | 63.80 | $94,105.00 |
| Whitney Fogelberg | Partner | 2012 | Restructuring | 1,425.00 | 119.40 | $170,145.00 |
| Susan D. Golden | Partner | 1988 | Restructuring | 1,475.00 | 2.50 | $3,687.50 |
| Stephanie Greco | Partner | 2014 | Antitrust/Competition | 1,425.00 | 5.70 | $8,122.50 |
| Christopher S.C. Heasley, P.C. | Partner | 2013 | Corporate - M&A/Private Equity | 2,045.00 | 1.30 | $2,658.50 |
| Richard U. S. Howell, P.C. | Partner | 2006 | Litigation - General | 1,620.00 | 21.40 | $34,668.00 |
| Michelle Kilkenney, P.C. | Partner | 2002 | Corporate - Debt Finance | 2,045.00 | 11.80 | $24,131.00 |
| R.D. Kohut | Partner | 2004 | ECEB - Labor/Employment | 1,795.00 | 5.20 | $9,334.00 |

| Professional Person | Position with the Applicant | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Abigail Lane | Partner | 2011 | ECEB - Executive Compensation | 1,495.00 | 3.60 | $5,382.00 |
| Casey McGushin | Partner | 2014 | Litigation - General | 1,415.00 | 5.00 | $7,075.00 |
| Patrick J. Nash Jr., P.C. | Partner | 1996 | Restructuring | 2,045.00 | 31.70 | $64,826.50 |
| Matt Pacey, P.C. | Partner | 2002 | Corporate - Capital Markets | 2,045.00 | 5.30 | $10,838.50 |
| Evangelia Podaras | Partner | 2016 | ECEB - Labor/Employment | 1,405.00 | 3.60 | $5,058.00 |
| Scott D. Price, P.C. | Partner | 1998 | ECEB - Executive Compensation | 2,045.00 | 2.90 | $5,930.50 |
| William T. Pruitt | Partner | 2004 | Litigation - General | 1,550.00 | 6.70 | $10,385.00 |
| Rebekah Tobison Scherr | Partner | 2015 | Antitrust/Competition | 1,425.00 | 21.60 | $30,780.00 |
| David R. Seligman, P.C. | Partner | 1996 | Restructuring | 2,045.00 | 38.40 | $78,528.00 |
| Michael B. Slade | Partner | 1999 | Litigation - General | 1,855.00 | 46.70 | $86,628.50 |
| Allyson B. Smith | Partner | 2017 | Restructuring | 1,375.00 | 144.30 | $198,412.50 |
| Paul D. Tanaka, P.C. | Partner | 2003 | Environment - Transactional | 1,895.00 | 14.10 | $26,719.50 |
| Spencer Topham | Partner | 2010 | Corporate - M&A/Private Equity | 1,375.00 | 19.10 | $26,262.50 |
| Steve Toth | Partner | 2005 | Corporate - M&A/Private Equity | 1,615.00 | 55.30 | $89,309.50 |
| **Totals for Attorneys** | | | | | **2,360.80** | **$2,929,374.50** |

**Summary of Hours by Paraprofessional Billed**
**From September 1, 2023 Through September 30, 2023**

| Professional Person | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Georgia Meadow | Junior Paralegal | Restructuring | 325.00 | 11.30 | $3,672.50 |
| Luke Spangler | Junior Paralegal | Restructuring | 325.00 | 9.10 | $2,957.50 |
| Uzo Dike | Paralegal | Litigation - General | 515.00 | 3.10 | $1,596.50 |
| Amy Donahue | Paralegal | Restructuring | 480.00 | 3.90 | $1,872.00 |
| Veena Raghuraman | Support Staff | M&A Clearance | 545.00 | 21.00 | $11,445.00 |
| **Totals for Paraprofessionals** | | | | **48.40** | **$21,543.50** |
| **Grand Total** | | | | | **$2,950,918.00** |

**Compensation By Project Category**
**From September 1, 2023 Through September 30, 2023**

| Matter Number | Project Category Description | Total Hours | Total Fees |
|---|---|---|---|
| 50 | Adversary Proceeding & Contested Matter | 87.90 | $109,736.50 |
| 51 | Automatic Stay Matters | 101.60 | $99,473.50 |
| 52 | Business Operations | 167.80 | $195,125.00 |
| 53 | Case Administration | 68.10 | $70,658.00 |
| 54 | Cash Management and DIP Financing | 214.50 | $262,368.50 |
| 55 | Customer and Vendor Communications | 89.90 | $104,228.50 |
| 56 | Claims Administration and Objections | 65.10 | $57,231.50 |
| 57 | Official Committee Matters and Meetings | 5.20 | $9,443.00 |
| 58 | Use, Sale, and Disposition of Property | 696.10 | $866,212.50 |
| 59 | Corp. Governance & Securities Matters | 46.70 | $64,923.50 |
| 60 | Employee Matters | 497.30 | $676,625.00 |
| 61 | Executory Contracts & Unexpired Leases | 114.20 | $135,569.00 |
| 62 | SOFAs and Schedules | 27.70 | $30,798.50 |
| 63 | Hearings | 19.60 | $17,870.00 |
| 64 | Insurance and Surety Matters | 47.70 | $63,865.00 |
| 66 | K&E Retention and Fee Matters | 0.50 | $687.50 |
| 67 | Non-K&E Retention and Fee Matters | 67.50 | $71,199.50 |
| 68 | Tax Matters | 53.00 | $55,508.00 |
| 69 | Non-Working Travel | 20.40 | $32,481.00 |
| 70 | U.S. Trustee Communications & Reporting | 18.40 | $26,914.00 |
| **Total** | | **2,409.20** | **$2,950,918.00** |

**Expense Summary**

| Expense | Vendor (if any) | Unit Cost (if applicable) | Amount |
|---|---|---|---|
| Expenses | Standard Copies or Prints | N/A | $707.90 |
| Expenses | Color Copies or Prints | N/A | 2,322.65 |
| Expenses | Outside Messenger Services | N/A | $35.65 |
| Expenses | Local Transportation | N/A | $71.10 |
| Expenses | Other Court Costs and Fees | N/A | $24,391.31 |
| Expenses | Catering Expenses | N/A | $592.00 |
| Expenses | Overtime Transportation | N/A | $819.95 |
| Expenses | Overtime Meals - Non-Attorney | N/A | $42.00 |
| Expenses | Overtime Meals - Attorney | N/A | $407.78 |
| Expenses | Computer Database Research - Soft | N/A | $210.60 |
| **Total** | | | **$29,600.94** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**SECOND MONTHLY
FEE APPLICATION OF KIRKLAND & ELLIS LLP
AND KIRKLAND & ELLIS INTERNATIONAL LLP, ATTORNEYS
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD
FROM SEPTEMBER 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

Pursuant to sections 327, 330, and 331 of chapter 11 of title 11 of the United States Code, (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2023*, dated September 22, 2023 [Docket No. 639] (the "Retention Order"), the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief,* dated September 13, 2023 [Docket No. 519] (the "Interim Compensation Order"), and the Local Rules for the United States Bankruptcy Court District of Delaware (the "Bankruptcy Local Rules"), the law firm of Kirkland & Ellis LLP and Kirkland & Ellis International LLP (together, "K&E"), counsel for the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby files this monthly fee statement (this "Monthly Fee Statement") for:  (i) compensation in

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

the amount of $2,360,734.40 (80 percent of $2,950,918.00) for the reasonable and necessary legal services K&E rendered to the Debtors from September 1, 2023 through September 30, 2023 (the "<u>Fee Period</u>"); and (ii) reimbursement for the actual and necessary expenses that K&E incurred, in the amount of $29,600.94 during the Fee Period.

<strong><u>Itemization of Services Rendered and Disbursements Incurred</u></strong>

1.      In support of this Monthly Fee Statement, attached are the following exhibits:

- **<u>Exhibit A</u>** is a schedule of the number of hours expended and fees incurred (on an aggregate basis) by K&E partners, associates, and paraprofessionals during the Fee Period with respect to each of the subject matter categories K&E established in accordance with its internal billing procedures.  As reflected in **<u>Exhibit A</u>**, K&E incurred $2,950,918.00 in fees during the Fee Period. Pursuant to this Monthly Fee Statement, K&E seeks reimbursement for 80 percent of such fees ($2,360,734.40 in the aggregate).

- **<u>Exhibit B</u>** is a schedule providing certain information regarding the K&E attorneys and paraprofessionals for whose work on these chapter 11 cases compensation is sought in this Monthly Fee Statement. Attorneys and paraprofessionals of K&E have expended a total of 2,409.20 hours in connection with these chapter 11 cases during the Fee Period.

- **<u>Exhibit C</u>** is a schedule for the Fee Period, setting forth the total amount of reimbursement sought with respect to each category of expenses for which K&E is seeking reimbursement in this Monthly Fee Statement.  All of these disbursements comprise the requested sum for K&E's out-of-pocket expenses.

- **<u>Exhibit D</u>** consists of K&E's records of fees and expenses incurred during the Fee Period in the rendition of the professional services to the Debtors and their estates.[2]

<strong><u>Representations</u></strong>

2.      Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Monthly Fee Statement due to delays caused by accounting and processing during the Fee Period.  K&E reserves the right to

---

[2]     K&E has negotiated a discounted rate for Westlaw computer-assisted legal research.  Computer-assisted legal research is used whenever the researcher determines that using Westlaw is more cost effective than using traditional (non-computer assisted legal research) techniques.

make further application to this Court for allowance of such fees and expenses not included herein. Subsequent fee applications will be filed in accordance with the Bankruptcy Code, the Bankruptcy Rules, Bankruptcy Local Rules, and the Interim Compensation Order.

*[Remainder of page intentionally left blank]*

WHEREFORE, K&E requests allowance of its fees and expenses incurred during the Fee Period in the total amount of $2,390,335.34 consisting of (a) $2,360,734.40, which is 80 percent of the fees incurred by the Debtors for reasonable and necessary professional services rendered by K&E; and (b) $29,600.94 for actual and necessary costs and expenses, and that such fees and expenses be paid as administrative expenses of the Debtors' estates.

Dated:  November 21, 2023
Wilmington, Delaware

/s/ Laura Davis Jones
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400
Email:           ljones@pszjlaw.com
                     tcairns@pszjlaw.com
                     pkeane@pszjlaw.com
                     ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
David Seligman, P.C. (admitted *pro hac vice*)
Whitney Fogelberg (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:           patrick.nash@kirkland.com
                     david.seligman@kirkland.com
                     whitney.fogelberg@kirkland.com

-and-

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:           allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## VERIFICATION OF PATRICK J. NASH, JR.

I, Patrick J. Nash, Jr., hereby declare the following under penalty of perjury:

1.      I the president of Patrick J. Nash, Jr., P.C., a partner of the law firm of Kirkland & Ellis LLP, located at 300 North LaSalle, Chicago, Illinois 60654, and a partner of Kirkland & Ellis International, LLP.  I am a member in good standing of the Bar of the State of Illinois, I have been admitted to practice in the U.S. Court of Appeals for the Sixth Circuit, the U.S. District Court for the Northern District of Illinois, and the U.S. District Court for the Eastern District of Michigan.  There are no disciplinary proceedings pending against me.

2.      I have personally performed many of the legal services rendered by Kirkland & Ellis LLP as general bankruptcy counsel to the Debtors and am familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3.      The facts set forth in the foregoing Monthly Fee Statement are true and correct to the best of my knowledge, information, and belief.

4.      I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for Kirkland & Ellis LLP complies with Rule 2016-2.

---

[1]      A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is:  11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  November 21, 2023                              Respectfully submitted,

                                     */s/ Patrick J. Nash, Jr.*
_____
Patrick J. Nash, Jr.
as President of Patrick J. Nash, Jr., P.C., as Partner
of Kirkland & Ellis LLP; and as Partner of Kirkland
& Ellis International LLP