# Exhibit A

**YELLOW CORPORATION**
Date: 11/22/2023

**Content of the Notice**

| | |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | Tools and equipment at the Denver Terminal |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | n/a |
| (c) identification of the Debtor entity selling the De Minimis Assets | Yellow Corporation |
| (d) identification of the purchaser of the De Minimis Assets | North Park Transportation |
| (e) the purchase price[1] | $2,490.00 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | $2,500.00 |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | The Company reached out to multiple potential buyers and only received interest from this purchaser. |
| (h) any other significant terms of the sale or transfer | The buyer will pickup at their own cost. These tools and equipment would most likely be abandoned to property owner if no purchaser was found. |

---

[1]   *Purchase price includes 8.5% sales tax.*

DE:4880-4979-3682.1 96859.001