## Exhibit A

**YELLOW CORPORATION**
Date: 11/22/2023

**Content of the Notice**

| | |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | Yellow furniture in storage in Des Moines and Overland Park |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | n/a |
| (c) identification of the Debtor entity selling the De Minimis Assets | Yellow Corporation |
| (d) identification of the purchaser of the De Minimis Assets | Integrity Wholesale |
| (e) the purchase price | $6,500.00 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | $6,000.00 |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | The Company reached out to multiple potential buyers and only received interest from this purchaser. Other potential buyers advised that Yellow should abandon the furniture as the used furniture market is flooded and it is custom made furniture. |
| (h) any other significant terms of the sale or transfer | The buyer will net their moving costs from the purchase price; net consideration will be less than $6,500; Company will avoid $15k in monthly storage costs by consummating this transaction. |