# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 ) |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) ) (Jointly Administered) |
| Debtors. | ) ) |

## NOTICE OF INTENT TO SERVE SUBPOENA
## ON OLD REPUBLIC INSURANCE COMPANY

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 45, made applicable to this proceeding by Rule 9016 of the Federal Rules of Bankruptcy Procedure, Gary W. Gibby (the "Gibby"), by and through his undersigned counsel of record, hereby gives notice that Gibby intends to serve the Subpoena Duces Tecum, attached hereto as **Exhibit 1** (the "Subpoena") on the Old Republic Insurance Company (the "ORIC") (c/o Bielli & Klauder LLC, Attn: David M. Klauder, Esq., 1204 N. King Street, Wilmington, DE 19801), commanding their production of certain documents, as specified in *Schedule A* to the Subpoena, by December 11, 2023, to FisherBroyles, LLP, Attn: Maura L. Burke, Esq., CSC Station, 112 S. French Street, Wilmington, DE 19801 (or via email to: maura.burke@fisherbroyles.com).

Dated: November 22, 2023

FISHERBROYLES, LLP

/s/ *Maura L. Burke*
Carl D. Neff (No. 4895)
Maura L. Burke (No. 5313)
CSC Station
112 S. French Street
Wilmington, Delaware 19801
Telephone: (302) 482-4244
carl.neff@fisherbroyles.com
maura.burke@fisherbroyles.com

*Counsel to Movant, Gary W. Gibby*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.