# EXHIBIT 1

# Rejected Contracts[1]

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract. The Debtors reserve the right to remove any Contract or to amend any Rejection Date set forth on **Exhibit 1** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

## Rejected Contracts[1]

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 1 | Glantus, Inc. | 99 Almaden Blvd, Ste 600 San Jose, CA 91553 United States | YRC Enterprise Services, Inc. | Supply Chain Tool Subscription Schedule | 8/6/2023 |
| 2 | Tote Maritime Puerto Rico, LLC | 10401 Deerwood Park Blvd Building 1, Suite 1300 Jacksonville, FL 32256 United States | YRC Enterprise Services, Inc. | Transportation Services Agreement | 8/6/2023 |
| 3 | Nasdaq Corporate Solutions, LLC | 151 W. 42nd Street New York, NY 10036 United States | Yellow Corporation | Agreement for Investor Relations Insights/Advisory Services | 11/15/2023 |
| 4 | Earth Road Asphalt | 277 North Street Auburn, NY 13021 United States | YRC Enterprise Services, Inc. | Agreement for snow removal services | 11/30/2023 |
| 5 | Quench USA, Inc. | 630 Allendale Road, Suite 200, King of Prussia, PA 19406 United States | USF Reddaway Inc. | Agreement for water cooler rental and delivery services | 11/30/2023 |
| 6 | ThyssenKrupp Elevator Corporation | 114 Town Park Drive NW, Suite 300, Kennesaw GA 30144 United States | YRC Enterprise Services, Inc. | Master Agreement | 8/31/2023 |
| 7 | FreightWaves, Inc | 405 Cherry Street Chattanooga, TN 37402 United States | Yellow Logistics, Inc. | Subscription Agreement | 8/31/2023 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract. The Debtors reserve the right to remove any Contract or to amend any Rejection Date set forth on **Exhibit 1** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.