# Exhibit 2

# Rejected Leases[1]

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease. The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on **Exhibit 2** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

## Rejected Leases[1]

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| 1 | Dwell Wise LP Aloha Dwell Wise, LLC Dwell Best, LLC 330 Buffalo Trail Somers, MT 59932 | USF Holland LLC | Lease Agreement by and among USF Holland LLC and Dwell Wise LP, Aloha Dwell Wise, LLC, Dwell Best, LLC, dated as of September 22, 2014 | 700 Waverly Road, Holland, MI 49423 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 11/30/2023 |
| 2 | Terminal Logistics II South SPE, LLC P. O. Box 100329 Pasadena, CA 91189-0329 | Yellow Freight Corporation | Lease Agreement by and among Yellow Freight Corporation and Terminal Logistics II, dated as of May 20, 2016 | 3934 Thurman Rd, Conley, GA 30288 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items | 11/30/2023 |
| 3 | Allied Logistics Corp P.O. Box 101 Guaynabo, PR 00970 | YRC Inc. | Agency Agreement (including facility lease terms) by and among YRC Inc. and Allied Logistics Corp, dated as of October 28, 2013 | State Road #165, KM 2.4, Building #6, San Juan FTZ #61, San Juan, PR 00965 | Furniture, fixtures, IT equipment, other miscellaneous de minimis items, including fire extinguisher cartons | 11/30/2023 |

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease. The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on **Exhibit 2** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.