# SCHEDULE 1

Yellow Corporation, *et al.*
**PARTIES IN INTEREST**

**Cargo-Related Claims**

AMERICAS BEST CHOICE TRANSPORT
CONTACT TECHNOLOGIES INC
FREIGHTCOM INC.
MERICAL INC
ORVIC
YAMAHA MOTOR CORP

**Directors/Officers – Current**

JAMIE CARLSON

**Directors/Officers – Former**

JAMES FAUGHT
JASON RINGGENBERG
SEAN SAUNDERS

**Environmental / PRP – Potentially Responsible Parties**

ARIZONA DEPARTMENT OF ENVIRONMENTAL QUALITY
CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL
DEPARTMENT OF ENERGY & ENVIRONMENTAL PROTECTION
FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION
IL EPA
INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
LOS ANGELES REGIONAL WATER QUALITY CONTROL BOARD
MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION
MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES, AND ENERGY
MISSISSIPPI DEPARMENT OF ENVIRONMENTAL QUALITY
MO DNR - ENVIRONMENTAL REMEDIATION PROGRAM
NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION
NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL QUALITY
NYSDEC - REGION 3 - DIVISION OF ENVIRONMENTAL REMEDIATION
RI DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
SC DEHC
STATE OF WASHINGTON DEPARTMENT OF ECOLOGY
U.S. COAST GUARD NATIONAL RESPONSE CENTER (NRC) - U.S. EPA OFFICE OF

    EMERGENCY MANAGEMENT
U.S. DEPARTMENT OF TRANSPORTATION

**Litigation**

AMANDA L MOOREY
AMER NASSER
ARMANDO RIVERA ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY
    SITUATED
BIRCH RUN TOWNSHIP TREASURER
CORE RESOURCES, LLC
DALTON HASTEY
FONTANEZ, FERNANDO
JAMES CHARLES HOWARD
KASHA FERGUSON
MCKEES ROCKS
OMEIRA ULLOQUE
RODRIGUEZ, RUBEN
ROGER KEEF
SOLUS ALTERNATIVE ASSET MANAGEMENT LP
TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE
THE TRUCK DEPOT LLC
THERESA BROUGHTON

**Material Contract Counterparties**

A&M MECHANICAL
ALLY BANK
BELL / KNOTT & ASSOCIATES
BLACK & MCDONALD
CHAMBERLAIN TRUST
CHATTANOOGA INDUSTRIAL LLC
CUSTOMERS BANK
DALFEN INDUSTRIAL LLC
DAVID M. AND ANN B. MARSHALL, TRUSTEES OF THE DAVID M. AND ANN B.
    MARSHALL LIVING TRUST
DESIGN MECHANICAL
DL SMITH ELECTRIC-TOPEKA
DYNAMIC TRANSIT COMPANY
ELEVATOR SAFETY SERVICES
ELITE EXERCISE EQUIPMENT
FACILITY SOLUTIONS GROUP
FIRST FINANCIAL BANK
FSC MEP-INDEPENDENT CONTRACTOR AGREEMENT
GORDON TRUCK CENTERS INC

GPT OPERATING
GRANDMARK SIGNS
HERITAGE CRYSTAL CLEAN
HITACHI / MITSUBISHI
IN AND OUT PAINTING LLC
J&J INTERIORS
KC GOOSE CONTROL
KELLER FIRE & SAFETY, INC.
LEXINGTON PLUMBING & HTG. CO., INC.
MARK IV CAPITAL, INC.
MARKIT NORTH AMERICA, INC
OAK HARBOR FREIGHT LINES, INC.
OLD DOMINION FREIGHT LINE, INC.
OMEGA DOOR AND HARDWARE (MISSOURI DOOR CO INC)
OXARC INC
PEAK TECHNOLOGIES, INC
PENDO.IO INC
PITNEY BOWES PRESORT SERVICE, INC.
PROJECT44 LLC
RAMAR LAND CORPORATION
ROOFING SOLUTIONS
SAIA MOTOR FREIGHT LINE, LLC
SERV PRO OF BLUE VALLEY (PIAT)
SERVICE ONE LLC
SUMITOMO
TERMINAL PROPERTIES OF NY LLC
TIER POINT, LLC
TRISTATE/TSC EQUIPMENT FINANCE
TRUIST
VALLEY NATIONAL BANK
W.P. CAREY INC.
WILINE NETWORKS INC
WINTRUST
WM. AUPPERLE & SONS, INC.

**Ordinary Course Professionals**

ALTUS GROUP
AMARI & LOCALLO
ARMANINO LLP
BASHAM, RINGE Y CORREA, S.C.
BURNS & MCDONNELL, INC.
CARR, ALLISON, OLIVER & SISSON LLP
CREATIVE PLANNING
DEXTER HOFING LLC

ETHORITY (DBA EQUIFAX)
FILION, WAKELY, THORUP & ANGELETTI LLP
GOWLING LAFLEUR HENDERSON LLP
HEMENWAY & BARNES LLP
HUNTON ANDREWS KURTH LLP
HUSCH BLACKWELL LLP
MAHER, BRANNIGAN & HEYWOOD PC
MARKSNELSON
MCDERMOTT, WILL & EMERY LLP
MORGAN, LEWIS & BOCKIUS LLP
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ORIGAMI RISK LLC
PROPERTY TAX ADVISORY GROUP
PROSKAUER ROSE LLP
RYAN LAW
SCHRODER & STROM LLP
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY PC
SERVIAM CONSULTING
STEWART, MCKELVEY, STERLING, SCALES LLP
STINSON LLP
TAX ADVISORS GROUP LLC
TEKSYSTEMS
THOMAS & COMPANY
WILLIS TOWERS WATSON US LLC
WORSEK & VIHON

**Other Restructuring Professionals**

IRONPLANET CANADA LTD.
IRONPLANET, INC.
NATIONS CAPITAL, LLC
RICHIE BROTHERS
RITCHIE BROS AUCTIONEERS (AMERICA) INC.
RITCHIE BROS AUCTIONEERS (CANADA) LTD.

**Other Significant Creditors**

ACAR LEASING LTD D/B/A GM FINACIAL LEASING
AIS PORTFOLIO SERVICES LLC
APOLLO CAPITAL MANAGEMENT LP
BEAL BANK USA C/O CLMG CORP
BLUE BEACON
BOWIE CENTRAL
BURR & TEMKIN SOUTH
EXISERVICE HOLDINGS INC

FLORIDA SELF-INSURERS ASSN
KANSAS CITY SOUTHERN RAILWAY CO
MATCO TOOLS CORP
MERCEDES-BENZ VEHICLE TRUST
MITSUBISHI LOGISNEXT AMERICAS
NEW JERSEY SELF-INSURERS GUARANTY ASSOCIATION (NJSIGA)
PEAPACK GLADSTONE BANK
SARATOGA RACK MARKETING LLC

**Subrogations Claims - Open Litigation**

ALLSTATE INSURANCE COMPANY
PAJU, MICHAEL
PONCE, ANA & LEONARD

**Surety and Letters of Credit Issuers**

BANK OF AMERICA, N.A.
CITIZENS BUSINESS CAPITAL
KEYBANK, NA
PNC BANK, N.A.

**Taxing Authorities / Governmental Agencies / Regulatory Agencies**

BEXAR COUNTY
CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
CITY OF EAGLE PASS / EAGLE PASS INDEPENDENT SCHOOL DISTRICT
CITY OF EL PASO
CITY OF MESQUITE
COMMONWEALTH OF PUERTO RICO ATTORNEY GENERAL
CYPRESS-FAIRBANKS
DALLAS COUNTY
DISTRICT OF COLUMBIA ATTORNEY GENERAL
FORT BEND COUNTY
HARRIS COUNTY
HIDALGO COUNTY
IRVING INDEPENDENT SCHOOL DISTRICT
JEFFERSON COUNTY
LUBBOCK CENTRAL APPRAISAL DISTRICT
MARICOPA COUNTY ATTORNEY'S OFFICE
MCLENNAN COUNTY
NEW YORK STATE TAX COMMISSION
NUECES COUNTY
OKLAHOMA COUNTY TREASURER
ROCK ISLAND COUNTY, ILLINOIS

SECURITIES & EXCHANGE COMMISSION
STATE OF ALABAMA ATTORNEY GENERAL
STATE OF ALASKA ATTORNEY GENERAL
STATE OF AMERICAN SAMOA ATTORNEY GENERAL
STATE OF ARIZONA ATTORNEY GENERAL
STATE OF ARKANSAS ATTORNEY GENERAL
STATE OF CALIFORNIA ATTORNEY GENERAL
STATE OF COLORADO ATTORNEY GENERAL
STATE OF CONNECTICUT ATTORNEY GENERAL
STATE OF DELAWARE ATTORNEY GENERAL
STATE OF FLORIDA ATTORNEY GENERAL
STATE OF GEORGIA ATTORNEY GENERAL
STATE OF HAWAII ATTORNEY GENERAL
STATE OF IDAHO ATTORNEY GENERAL
STATE OF ILLINOIS ATTORNEY GENERAL
STATE OF INDIANA ATTORNEY GENERAL
STATE OF IOWA ATTORNEY GENERAL
STATE OF KANSAS ATTORNEY GENERAL
STATE OF KENTUCKY ATTORNEY GENERAL
STATE OF LOUISIANA ATTORNEY GENERAL
STATE OF MAINE ATTORNEY GENERAL
STATE OF MARYLAND ATTORNEY GENERAL
STATE OF MASSACHUSETTS ATTORNEY GENERAL
STATE OF MICHIGAN ATTORNEY GENERAL
STATE OF MINNESOTA ATTORNEY GENERAL
STATE OF MISSISSIPPI ATTORNEY GENERAL
STATE OF MISSOURI ATTORNEY GENERAL
STATE OF MONTANA ATTORNEY GENERAL
STATE OF NEBRASKA ATTORNEY GENERAL
STATE OF NEVADA ATTORNEY GENERAL
STATE OF NEW HAMPSHIRE ATTORNEY GENERAL
STATE OF NEW JERSEY ATTORNEY GENERAL
STATE OF NEW MEXICO ATTORNEY GENERAL
STATE OF NEW YORK ATTORNEY GENERAL
STATE OF NORTH CAROLINA ATTORNEY GENERAL
STATE OF NORTH DAKOTA ATTORNEY GENERAL
STATE OF OHIO ATTORNEY GENERAL
STATE OF OKLAHOMA ATTORNEY GENERAL
STATE OF OREGON ATTORNEY GENERAL
STATE OF PENNSYLVANIA ATTORNEY GENERAL
STATE OF RHODE ISLAND ATTORNEY GENERAL
STATE OF SOUTH CAROLINA ATTORNEY GENERAL
STATE OF SOUTH DAKOTA ATTORNEY GENERAL
STATE OF TENNESSEE ATTORNEY GENERAL
STATE OF TEXAS ATTORNEY GENERAL

STATE OF UTAH ATTORNEY GENERAL
STATE OF VERMONT ATTORNEY GENERAL
STATE OF VIRGINIA ATTORNEY GENERAL
STATE OF WASHINGTON ATTORNEY GENERAL
STATE OF WEST VIRGINIA ATTORNEY GENERAL
STATE OF WISCONSIN ATTORNEY GENERAL
STATE OF WYOMING ATTORNEY GENERAL
TARRANT CITY
TRAVIS COUNTY ATTORNEY
U.S. DEPARTMENT OF JUSTICE

**UCC Professionals**

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

**Unions**

GENERAL TEAMSTERS LOCAL 439

**Vendors**

OLIVER MCMILLIAN SPECTRUM EMERY LLC
SOFTWARE AG USA, INC