# SCHEDULE 2

**Yellow Corporation,** *et al.*
**KPMG CONNECTIONS**

**Cargo-Related Claims**

CONTACT TECHNOLOGIES INC
MERICAL INC
YAMAHA MOTOR CORP

**Directors/Officers – Current**

JAMIE CARLSON

**Directors/Officers – Former**

JAMES FAUGHT
JASON RINGGENBERG

**Environmental / PRP – Potentially Responsible Parties**

ARIZONA DEPARTMENT OF ENVIRONMENTAL QUALITY
CALIFORNIA DEPARTMENT OF TOXIC SUBSTANCES CONTROL
DEPARTMENT OF ENERGY & ENVIRONMENTAL PROTECTION
FLORIDA DEPARTMENT OF ENVIRONMENTAL PROTECTION
IL EPA
INDIANA DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
MASSACHUSETTS DEPARTMENT OF ENVIRONMENTAL PROTECTION
MICHIGAN DEPARTMENT OF ENVIRONMENT, GREAT LAKES, AND ENERGY
MISSISSIPPI DEPARMENT OF ENVIRONMENTAL QUALITY
NEW JERSEY DEPARTMENT OF ENVIRONMENTAL PROTECTION
NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL QUALITY
RI DEPARTMENT OF ENVIRONMENTAL MANAGEMENT
SC DEHC
STATE OF WASHINGTON DEPARTMENT OF ECOLOGY
U.S. COAST GUARD NATIONAL RESPONSE CENTER (NRC) - U.S. EPA OFFICE OF
     EMERGENCY MANAGEMENT
U.S. DEPARTMENT OF TRANSPORTATION

**Litigation**

BIRCH RUN TOWNSHIP TREASURER
CORE RESOURCES, LLC
MCKEES ROCKS
SOLUS ALTERNATIVE ASSET MANAGEMENT LP

**Material Contract Counterparties**

ALLY BANK
BLACK & MCDONALD
CUSTOMERS BANK
DALFEN INDUSTRIAL LLC
DESIGN MECHANICAL
FACILITY SOLUTIONS GROUP
FIRST FINANCIAL BANK
GPT OPERATING
HERITAGE CRYSTAL CLEAN
HITACHI / MITSUBISHI
KC GOOSE CONTROL
KELLER FIRE & SAFETY, INC.
MARK IV CAPITAL, INC.
MARKIT NORTH AMERICA, INC
OAK HARBOR FREIGHT LINES, INC.
OLD DOMINION FREIGHT LINE, INC.
OXARC INC
PEAK TECHNOLOGIES, INC
PENDO.IO INC
PITNEY BOWES PRESORT SERVICE, INC.
PROJECT44 LLC
ROOFING SOLUTIONS
SAIA MOTOR FREIGHT LINE, LLC
SUMITOMO
TIER POINT, LLC
TRUIST
VALLEY NATIONAL BANK
W.P. CAREY INC.
WINTRUST

**Ordinary Course Professionals**

ALTUS GROUP
ARMANINO LLP
BASHAM, RINGE Y CORREA, S.C.
BURNS & MCDONNELL, INC.
CREATIVE PLANNING
ETHORITY (DBA EQUIFAX)
FILION, WAKELY, THORUP & ANGELETTI LLP
HEMENWAY & BARNES LLP
HUNTON ANDREWS KURTH LLP
HUSCH BLACKWELL LLP
MCDERMOTT, WILL & EMERY LLP
MORGAN, LEWIS & BOCKIUS LLP
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
ORIGAMI RISK LLC

PROSKAUER ROSE LLP
RYAN LAW
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY PC
STEWART, MCKELVEY, STERLING, SCALES LLP
STINSON LLP
TEKSYSTEMS
THOMAS & COMPANY
WILLIS TOWERS WATSON US LLC

**Other Restructuring Professionals**

IRONPLANET CANADA LTD.
IRONPLANET, INC.
NATIONS CAPITAL, LLC
RICHIE BROTHERS
RITCHIE BROS AUCTIONEERS (AMERICA) INC.
RITCHIE BROS AUCTIONEERS (CANADA) LTD.

**Other Significant Creditors**

ACAR LEASING LTD D/B/A GM FINACIAL LEASING
APOLLO CAPITAL MANAGEMENT LP
BEAL BANK USA C/O CLMG CORP
BLUE BEACON
EXISERVICE HOLDINGS INC
KANSAS CITY SOUTHERN RAILWAY CO
MATCO TOOLS CORP
MITSUBISHI LOGISNEXT AMERICAS
PEAPACK GLADSTONE BANK
SARATOGA RACK MARKETING LLC

**Subrogations Claims - Open Litigation**

ALLSTATE INSURANCE COMPANY

**Surety and Letters of Credit Issuers**

BANK OF AMERICA, N.A.
CITIZENS BUSINESS CAPITAL
KEYBANK, NA
PNC BANK, N.A.

**Taxing Authorities / Governmental Agencies / Regulatory Agencies**

BEXAR COUNTY
CALIFORNIA DEPARTMENT OF TAX AND FEE ADMINISTRATION
CITY OF EAGLE PASS / EAGLE PASS INDEPENDENT SCHOOL DISTRICT
CITY OF EL PASO

CITY OF MESQUITE
COMMONWEALTH OF PUERTO RICO ATTORNEY GENERAL
CYPRESS-FAIRBANKS
DALLAS COUNTY
DISTRICT OF COLUMBIA ATTORNEY GENERAL
FORT BEND COUNTY
HARRIS COUNTY
HIDALGO COUNTY
IRVING INDEPENDENT SCHOOL DISTRICT
JEFFERSON COUNTY
LUBBOCK CENTRAL APPRAISAL DISTRICT
MARICOPA COUNTY ATTORNEY'S OFFICE
MCLENNAN COUNTY
NEW YORK STATE TAX COMMISSION
NUECES COUNTY
OKLAHOMA COUNTY TREASURER
SECURITIES & EXCHANGE COMMISSION
STATE OF ALABAMA ATTORNEY GENERAL
STATE OF ALASKA ATTORNEY GENERAL
STATE OF AMERICAN SAMOA ATTORNEY GENERAL
STATE OF ARIZONA ATTORNEY GENERAL
STATE OF ARKANSAS ATTORNEY GENERAL
STATE OF CALIFORNIA ATTORNEY GENERAL
STATE OF COLORADO ATTORNEY GENERAL
STATE OF CONNECTICUT ATTORNEY GENERAL
STATE OF DELAWARE ATTORNEY GENERAL
STATE OF FLORIDA ATTORNEY GENERAL
STATE OF GEORGIA ATTORNEY GENERAL
STATE OF HAWAII ATTORNEY GENERAL
STATE OF IDAHO ATTORNEY GENERAL
STATE OF ILLINOIS ATTORNEY GENERAL
STATE OF INDIANA ATTORNEY GENERAL
STATE OF IOWA ATTORNEY GENERAL
STATE OF KANSAS ATTORNEY GENERAL
STATE OF KENTUCKY ATTORNEY GENERAL
STATE OF LOUISIANA ATTORNEY GENERAL
STATE OF MAINE ATTORNEY GENERAL
STATE OF MARYLAND ATTORNEY GENERAL
STATE OF MASSACHUSETTS ATTORNEY GENERAL
STATE OF MICHIGAN ATTORNEY GENERAL
STATE OF MINNESOTA ATTORNEY GENERAL
STATE OF MISSISSIPPI ATTORNEY GENERAL
STATE OF MISSOURI ATTORNEY GENERAL
STATE OF MONTANA ATTORNEY GENERAL
STATE OF NEBRASKA ATTORNEY GENERAL
STATE OF NEVADA ATTORNEY GENERAL
STATE OF NEW HAMPSHIRE ATTORNEY GENERAL
STATE OF NEW JERSEY ATTORNEY GENERAL

STATE OF NEW MEXICO ATTORNEY GENERAL
STATE OF NEW YORK ATTORNEY GENERAL
STATE OF NORTH CAROLINA ATTORNEY GENERAL
STATE OF NORTH DAKOTA ATTORNEY GENERAL
STATE OF OHIO ATTORNEY GENERAL
STATE OF OKLAHOMA ATTORNEY GENERAL
STATE OF OREGON ATTORNEY GENERAL
STATE OF PENNSYLVANIA ATTORNEY GENERAL
STATE OF RHODE ISLAND ATTORNEY GENERAL
STATE OF SOUTH CAROLINA ATTORNEY GENERAL
STATE OF SOUTH DAKOTA ATTORNEY GENERAL
STATE OF TENNESSEE ATTORNEY GENERAL
STATE OF TEXAS ATTORNEY GENERAL
STATE OF UTAH ATTORNEY GENERAL
STATE OF VERMONT ATTORNEY GENERAL
STATE OF VIRGINIA ATTORNEY GENERAL
STATE OF WASHINGTON ATTORNEY GENERAL
STATE OF WEST VIRGINIA ATTORNEY GENERAL
STATE OF WISCONSIN ATTORNEY GENERAL
STATE OF WYOMING ATTORNEY GENERAL
TRAVIS COUNTY ATTORNEY
U.S. DEPARTMENT OF JUSTICE

**UCC Professionals**

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

**Unions**

No KPMG Connections

**Vendors**

OLIVER MCMILLIAN SPECTRUM EMERY LLC
SOFTWARE AG USA, INC