**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Related D.I.: 852, 855, 856** |

**SECOND SUPPLEMENTAL DECLARATION OF DISINTERESTEDNESS OF NATIONS CAPITAL, LLC IN SUPPORT OF MOTION OF DEBTORS FOR ENTRY OF AN ORDER (I) APPROVING THE AGENCY AGREEMENT WITH NATIONS CAPITAL LLC, RITCHIE BROS. AUCTIONEERS (AMERICA), INC., IRONPLANET, INC., RITCHIE BROS. AUCTIONEERS (CANADA) LTD., AND IRONPLANET CANADA LTD. EFFECTIVE AS OF OCTOBER 16, 2023; (II) AUTHORIZING THE SALE OF ROLLING STOCK ASSETS FREE AND CLEAR OF LIENS, CLAIMS, INTERESTS AND ENCUMBRANCES; AND (III) GRANTING RELATED RELIEF**

I, Jim Burke, declare under penalty of perjury:

1. I am an Executive Vice President at Nations Capital, LLC ("Nations Capital") and am duly authorized to execute this supplemental declaration (the "Second Supplemental Declaration") on behalf of Nations Capital.

2. On October 16, 2023, the Debtors filed the *Motion of Debtors for Entry of an Order (I) Approving the Agency Agreement with Nations Capital, LLC, Ritchie Bros. Auctioneers (America), Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd., and IronPlanet Canada Ltd. Effective as of October 16, 2023; (II) Authorizing the Sale of Rolling Stock Assets Free of Liens, Claims, Interests and Encumbrances; and (III) Granting Related Relief* [Docket No. 853]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

(the "Application"), which was approved by the Court[2] on October 27, 2023 [Docket No. 981] (the "Order").

3. As part of the Application, the Debtors filed the *Declaration of Disinterestedness of Nations Capital, LLC, Ritchie Bros. Auctioneers (America), Inc., IronPlanet, Inc., Ritchie Bros. Auctioneers (Canada) Ltd., and IronPlanet Canada Ltd.* [Docket No. 856] (the "Original Declaration"), in which the Agent provided certain disclosures regarding its connections with various parties in interest involved in these chapter 11 cases.

4. In response to a request from the United States Trustee (the "U.S. Trustee") for additional disclosures, on October 27, 2023, the Debtors submitted the *Supplemental Declaration of Disinterestedness of Nations Capital, LLC in Support of the Application* [Docket No. 974] (the "Supplemental Declaration").

5. At the hearing held on October 27, 2023, to consider the Application, the U.S. Trustee requested further disclosures specifically regarding the connections of Nations Capital's majority equityholder, Gordon Brothers Group, LLC ("Gordon Brothers"). Nations Capital is submitting this Second Supplemental Declaration to provide additional information regarding Gordon Brothers' connections with Potential Parties in Interest.

### Gordon Brothers' Connections Check Process

6. In the ordinary course of business, Gordon Brothers maintains a database with information regarding all of its present and past contractual relationships and transactions. I obtained from counsel to the Debtors a list with the names of each of the Potential Parties in Interest and shared the list with Gordon Brothers personnel. A search of the aforementioned database was

---

[2] Capitalized terms not otherwise defined herein are defined as in the Application or Supplemental Declaration (each as defined herein), as applicable.

conducted for purposes of determining what, if any, connections Gordon Brothers and other companies controlled by Gordon Brothers may have with any Potential Parties In Interest.

7. Based on the results of the connections search, to the best of my knowledge and belief, during the last two (2) years, Gordon Brothers has not had any connection with the Debtors or any Potential Parties In Interest, except as disclosed on Schedule 1 hereto or otherwise described herein.

8. Gordon Brothers and certain of its affiliates have previously, are currently, and may in the future appear or participate (as agent, consultant, appraiser, professional, advisor, investor, lender, principal or otherwise) in numerous cases, proceedings, transactions and engagements, with, among other market participants, professionals, advisors, banks and other lenders, landlords, restructuring firms, liquidation firms, vendors, insurance carriers and brokers, operating companies, and equity and/or debt holders, each of whom may be involved in these proceedings, may represent Parties In Interest in these cases, and/or may be Parties In Interest in these cases ("Ordinary Course Interactions"). Except as disclosed herein, none of the Ordinary Course Interactions are believed to be matters directly connected or relating to the Debtors or this chapter 11 case, nor does Gordon Brothers believe that any of the Ordinary Course Interactions will interfere with or impair Nations Capital's activities, actions, responsibilities or objectives, or be adverse to the interests of the Debtors and their estates in these cases.

9. Without limiting the generality of the foregoing paragraph, it is possible that one or more law firms engaged by the Debtors or other Potential Parties In Interest, including Choate Hall & Stewart LLP, have previously or are currently representing Gordon Brothers or its affiliates in matters unrelated to the Debtors or these chapter 11 cases, and that such representations are not necessarily reflected in Gordon Brothers' database for purposes of performing "conflicts checks."

Except as may be disclosed herein, any such law firm's representation of Gordon Brothers or its affiliates is unrelated to the Debtors and these chapter 11 cases.

10. The disclosures identified herein are based upon my knowledge and belief after reasonable inquiry by (and discussion with) Gordon Brothers personnel. If, at some point during the Debtors' chapter 11 cases, Gordon Brothers engages in a transaction involving a Potential Party in Interest or discovers any additional facts bearing on the matters described herein, Nations Capital will submit a supplemental disclosure to the Court.

11. For the reasons set forth in the Original Declaration, the Supplemental Declaration, and this Second Supplemental Declaration, I believe that Nations Capital (a) is a disinterested person as defined in the Bankruptcy Code and (b) does not hold or represent any interest adverse to the Debtors' estates.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*[Signature page follows]*

Date: November 29, 2023

**NATIONS CAPITAL, LLC**

DocuSigned by:

*Jim Burke*

1FC86E5ABDAB456...

By: Jim Burke
Title: Authorized Signatory

## Schedule 1

| Potential Party-In-Interest | Gordon Brothers Relationship Type |
|---|---|
| ALIX PARTNERS | Professional dealings/business opportunities |
| ALL AMERICAN | Appraised assets (All American Rigging Co.) |
| ALVAREZ & MARSAL | Professional dealings/business opportunities |
| ANDERSON PUMP SERVICE INC | Appraised assets |
| ARANDELL CORPORATION | Appraised assets |
| AVAYA INC. | Appraised assets |
| AXOS BANK | Professional dealings/business opportunities |
| BANK OF AMERICA, N.A. | Professional dealings/business opportunities |
| CHOATE HALL & STEWART LLP | Counsel on unrelated matters |
| CITIZENS BANK N.A. | Professional dealings/business opportunities |
| CITIZENS BUSINESS CAPITAL | Professional dealings/business opportunities |
| CT CORPORATION | Vendor relationship |
| CTI | Appraised assets (CTI Industries Corp) |
| CTS | Appraised assets (CTS Engines, LLC) |
| DESIGNER BRANDS INC | Appraised assets |
| DRIVE LOGISTICS | Appraised assets |
| DUCERA PARTNERS | Professional dealings/business opportunities |
| EAST WEST BANK | Professional dealings/business opportunities |
| ELITE TOWING | Appraised assets |
| ERNST & YOUNG LLP | Professional dealings/business opportunities |
| FEDEX | Vendor relationship |
| FIRST BRANDS GROUP | Appraised assets |
| FLOYD INC | Appraised assets |
| FTI | Professional dealings/business opportunities |
| GLEASON INDUSTRIAL PRODUCTS | Professional dealings/business opportunities |
| HOLLAND & KNIGHT LLP | Professional dealings/business opportunities |
| HURON CONSULTING | Professional dealings/business opportunities |
| JPMORGAN CHASE BANK N.A. | Professional dealings/business opportunities |
| KEYBANK NATIONAL ASSOCIATION | Professional dealings/business opportunities |
| KIRKLAND & ELLIS | Counsel on unrelated matters |
| MAG CARRIERS LLC | Appraised assets |
| MARSH USA INC | Insurer/insurance broker |
| MCDERMOTT, WILL, & EMERY LLP | Professional dealings/business opportunities |
| MORGAN, LEWIS & BOCKIUS LLP | Professional dealings/business opportunities |
| MOTUS LLC | Appraised assets |
| MVT | Appraised assets (MVT Leasing, LLC) |
| NORTHERN TOOL & EQUIPMENT | Appraised assets |
| OFFICE DEPOT | Professional dealings/business opportunities |
| ORANGE EV LLC | Appraised assets |
| PACHULSKI STANG ZIEHL & JONES | Counsel on unrelated matters |
| PARTY CITY | Professional dealings/business opportunities |

DocuSign Envelope ID: 303F6D27-23E1-4EAA-8A1B-A60CEE56C185
Case 23-11069-CTG    Doc 1252    Filed 11/30/23    Page 7 of 7

| | |
|---|---|
| PEOPLE'S UNITED BANK NA | Professional dealings/business opportunities |
| PNC BANK NATIONAL ASSOCIATION | Professional dealings/business opportunities |
| PRICEWATERHOUSECOOPERS LLP | Professional dealings/business opportunities |
| PROVINCE | Professional dealings/business opportunities |
| QUICKBASE INC | Vendor relationship |
| RITE AID | Professional dealings/business opportunities |
| RONA | Appraised assets (Rona, Inc.) |
| SME | Professional dealings/business opportunities |
| SPREETAIL LLC | Professional dealings/business opportunities |
| STAPLES INC | Professional dealings/business opportunities |
| STERLING NATIONAL BANK | Professional dealings/business opportunities |
| SUPERIOR ROAD STRIPING INC | Appraised assets |
| TD BANK | Professional dealings/business opportunities |
| VITAL PHARMACEUTICALS, INC | Professional dealings/business opportunities |
| WEBSTER BANK | Professional dealings/business opportunities |
| WELLS FARGO | Professional dealings/business opportunities |
| WINTRUST EQUIPMENT FINANCE | Professional dealings/business opportunities |