IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**RE: D.I. 762** |

### NOTICE OF CHANGE IN CERTAIN HOURLY RATES FOR BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP

**PLEASE TAKE NOTICE** that, on October 4, 2023, the Bankruptcy Court for the District of Delaware entered the *Order Authorizing the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al. to Retain and Employ Benesch, Friedlander, Coplan & Aronoff LLP as Delaware Counsel, and Co-Counsel, Nunc Pro Tunc to August 22, 2023* [Docket No. 762] (the "Retention Order").

**PLEASE TAKE FURTHER NOTICE** that, in accordance with the Retention Order, Benesch, Friedlander, Coplan & Aronoff LLP, Delaware Counsel and Co-Counsel to the Official Committee of Unsecured Creditors in the above-captioned cases (the "Chapter 11 Cases"), hereby provides notice of the following revised hourly rates, which Benesch adjusted on October 1, 2023, and which will become effective in the Chapter 11 Cases as of January 1, 2024.[2]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Although it is Benesch's policy to adjust its rates effective October 1, for purposes of these Chapter 11 Cases only, Benesch has elected to voluntarily defer the rate adjustment to be effective January 1, 2024.  Benesch will not file an application for compensation of fees and expenses which incorporate the revised hourly rates until ten (10) business days' notice has been provided to the Committee, Debtors, and U.S. Trustee in accordance with the terms of the Retention Order.

| Timekeeper | Position | Prior Hourly Rate | Rate as of October 1, 2023, and effective in the Chapter 11 Cases as of January 1, 2024 |
|---|---|---|---|
| Jennifer R. Hoover | Partner | $815.00 | $870.00 |
| Kevin M. Capuzzi | Partner | $640.00 | $715.00 |
| John C. Gentile | Associate | $525.00 | $645.00 |
| Juan Martinez | Associate | $405.00 | $465.00 |
| LouAnne Molinaro | Paralegal | $370.00 | $390.00 |

Dated: December 1, 2023  
Wilmington, Delaware

**BENESCH, FRIEDLANDER,**  
**COPLAN & ARONOFF LLP**

 /s/ *Kevin M. Capuzzi*  
Jennifer R. Hoover (DE No. 5111)  
Kevin M. Capuzzi (DE No. 5462)  
John C. Gentile (DE No. 6159)  
1313 North Market Street, Suite 1201  
Wilmington, DE 19801  
Telephone: (302) 442-7010  
Facsimile: (302) 442-7012  
E-mail: jhoover@beneschlaw.com  
           kcapuzzi@beneschlaw.com  
           jgentile@beneschlaw.com

*Delaware Counsel and Co-Counsel to the Official Committee of Unsecured Creditors*