**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 23-11069 (CTG)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 575**<br>)<br>) <u>**Rescheduled Sale Objection Deadline, Adequate Assurance Objection Deadline, and Sale Hearing for Debtors' Remaining Properties (Defined Below): Date and Time to Be Determined**</u> |

**NOTICE OF RESCHEDULED SALE OBJECTION DEADLINE,
ADEQUATE ASSURANCE OBJECTION DEADLINE, AND SALE HEARING
FOR CERTAIN OF THE DEBTORS' REAL PROPERTY ASSETS**

**PLEASE TAKE NOTICE** that, on September 15, 2023, the Court entered that certain *Order (I)(A) Approving Bidding Procedures for the Sale or Sales of the Debtors' Assets; (B) Scheduling Auctions and Approving the Form and Manner of Notice Thereof; (C) Approving Assumption and Assignment Procedures (D) Scheduling Sale Hearings and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Lease; and (III) Granting Related Relief* [Docket No. 575] (the "<u>Bidding Procedures Order</u>").[2]

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the (i) Bid Deadline for the Debtors' Real Property Assets (including Owned Properties and Leased Properties) occurred on November 9, 2023 at 5:00 p.m. (E.T.), (ii) the Auction for such Real Property Assets (the "<u>Real Estate Auction</u>") commenced on November 28, 2023, at 9:00 a.m. (E.T.), and (iii) a Sale Hearing to consider the approval of Winning Bid(s) (and Back-Up Bid(s), as applicable) for such Real Property Assets is scheduled to take place on December 12, 2023 at 10:00 a.m. (E.T.).

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Debtors

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used in this notice but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

filed that certain *Notice of Winning Bidders and, As Applicable, Back-Up Bidders for Certain of the Debtors' Real Property Assets* (the "Notice of Winning Bidders").

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Notice of Winning Bidders: (1) the Debtors have concluded bidding for certain of their Real Property Assets (the "Won Properties") and (2) the Real Estate Auction (as defined in the Notice of Winning Bidders) and/or marketing efforts for certain other Real Property Assets (the "Remaining Properties") remains ongoing. **Accordingly, with respect to the Remaining Properties, the Sale Objection Deadline, the Adequate Assurance Objection Deadline, and the Sale Hearing (each as defined in the Bidding Procedures Order) are hereby rescheduled, in each case, to a date and time to be determined**.

**PLEASE TAKE FURTHER NOTICE** that, with respect to the Won Properties only (*i.e.*, the "Initial Sales" as defined in the Notice of Winning Bidders), the Sale Objection Deadline (December 8, 2023 at 5:00 p.m. (ET)), the Adequate Assurance Objection Deadline (same), and the Sale Hearing (December 12, 2023 at 10:00 a.m. (ET)) remain unchanged and as set forth in the Bidding Procedures Order.

[*Remainder of Page Intentionally Left Blank*]

Dated:  December 4, 2023
Wilmington, Delaware

/s/ Peter J. Keane

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward Corma (DE Bar No. 6718)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Telephone:     (302) 652-4100<br>Facsimile:      (302) 652-4400<br>Email:             ljones@pszjlaw.com<br>                        tcairns@pszjlaw.com<br>                        pkeane@pszjlaw.com<br>                        ecorma@pszjlaw.com | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)<br>David Seligman, P.C. (admitted *pro hac vice*)<br>Whitney Fogelberg (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:     (312) 862-2000<br>Facsimile:      (312) 862-2200<br>Email:             patrick.nash@kirkland.com<br>                        david.seligman@kirkland.com<br>                        whitney.fogelberg@kirkland.com<br><br>-and-<br><br>Allyson B. Smith (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:     (212) 446-4800<br>Facsimile:      (212) 446-4900<br>Email:             allyson.smith@kirkland.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |