**Exhibit 1**

**Winning Bidders (Summary)**

**Successful Bidders - Summary by Bidder**

| Bidder | Assets | Total Purchase Price |
|---|---|---:|
| XPO, Inc. | 26 Owned Real Properties and 2 Leased Real Properties | $870,000,000 |
| Estes Express Lines | 24 Owned Real Properties | 248,720,505 |
| Saia Motor Freight Line, LLC | 17 Owned Real Properties | 235,678,800 |
| RAMAR Land Corporation | 8 Owned Real Properties | 211,500,000 |
| Terminal Properties, LLC | 7 Owned Real Properties | 83,794,350 |
| Knight-Swift Transportation Holdings Inc. | 13 Owned Real Properties | 51,296,500 |
| Crown Enterprises, LLC | 8 Owned Real Properties | 38,189,000 |
| ArcBest Property Management, LLC | 3 Owned Real Properties | 30,200,000 |
| A. Duie Pyle, Inc. | 4 Owned Real Properties | 29,400,000 |
| RLF IV Acquisitions, LLC | 3 Owned Real Properties | 20,915,000 |
| TForce Properties, Inc. | 2 Owned Real Properties | 15,960,000 |
| GPSS Holdings, LLC | 1 Owned Real Property | 9,850,000 |
| Southeast Consolidators, Inc. | 1 Owned Real Property | 8,500,000 |
| Skylark Logistics, Inc. | 2 Owned Real Properties | 7,950,000 |
| United Holding Group Inc. | 2 Owned Real Properties | 4,683,000 |
| Z Brothers Trucking, LLC | 1 Owned Real Property | 4,207,000 |
| JIOS Fund I Acquisitions, LLC | 1 Owned Real Property | 3,050,000 |
| Royal Group Holdings Inc. | 1 Owned Real Property | 2,950,000 |
| MDHE Enterprises, LLC | 1 Owned Real Property | 2,800,000 |
| Unis, LLC | 2 Owned Real Properties | 2,443,500 |
| All Star Investments Inc. | 1 Owned Real Property | 550,000 |
| **Total** | **128 Owned Real Properties and 2 Leased Real Properties** | **$1,882,637,655** |