**Exhibit 2**

**Winning Bidders by Property**

**Sucessful Bidders**

| Bidder / Properties Purchased | | | | | | Purchase Price |
|---|---|---|---|---|---|---|
| **XPO, Inc.** | | | | | | **$870,000,000** |
| Site # | Type | Street Address | City | State | Zip | |
| Y580 | Owned | 4500 W 65th Street | Little Rock | AR | 72209 | |
| Y845 | Owned | 2859 W Valle Verde Drive | Nogales | AZ | 85621 | |
| R600 | Owned | 4901 Lisa Marie Court | Bakersfield | CA | 93313 | |
| Y894 | Owned | 3207 "F" Road | Clifton | CO | 81520 | |
| H403 | Owned | 4700 Highway 42 | Ellenwood | GA | 30294 | |
| H337 | Owned | 72 Eastgate Drive | Danville | IL | 61832 | |
| Y371 | Owned | 3700 78th Avenue West | Rock Island | IL | 61201 | |
| Y324 | Owned | 1818 S High School Road | Indianapolis | IN | 46241 | |
| Y183 | Owned | 7600 Preston Drive | Landover | MD | 20785 | |
| Y347 | Owned | 12400 Dupont Avenue S | Burnsville | MN | 55337 | |
| Y343 | Owned | 8989 E Columbus Court | Columbia | MO | 65201 | |
| Y621 | Owned | 400 Barton Street | St. Louis | MO | 63104 | |
| Y671 | Owned | 1255 NC Highway 66 S | Kernersville | NC | 27284 | |
| Y878 | Owned | 5049 W Post Road | Las Vegas | NV | 89118 | |
| H339 | Owned | 2700 Valley Pike | Dayton | OH | 45404 | |
| Y857 | Owned | 5400 Fisher Road | Columbus | OH | 43228 | |
| R849 | Owned | 4000 Hamrick Road | Central Point | OR | 97502 | |
| Y635 | Owned | 10510 N Vancouver Way | Portland | OR | 97217 | |
| Y135 | Owned | 100 Roadway Drive | Carlisle | PA | 17015 | |
| Y152 | Owned | 2627 State Road | Bensalem | PA | 19020 | |
| H328 | Owned | 3705 Highway 321 | West Columbia | SC | 29172 | |
| H395 | Owned | 500 Oak Bluff Lane | Goodlettsville | TN | 37072 | |
| Y435 | Owned | 88 E L Morgan Drive | Jackson | TN | 38305 | |
| Y422 | Owned | 7300 Centennial Boulevard | Nashville | TN | 37209 | |
| Y515 | Owned | 211 Dorset Drive | Sherman | TX | 75092 | |
| Y336 | Owned | 3617 McIntyre Avenue | Eau Claire | WI | 54703 | |
| Y187 | Leased | 1313 Grand Street | Brooklyn | NY | 11211 | |
| Y521 | Leased | 9415 Wallisville Road | Houston | TX | 77013 | |

**Sucessful Bidders**

| Bidder / Properties Purchased | | | | | | Purchase Price |
|---|---|---|---|---|---|---|
| **Estes Express Lines** | | | | | | **$248,720,505** |
| Site # | Type | Street Address | City | State | Zip | |
| Y409 | Owned | 1901 Highway 20 West | Decatur | AL | 35601 | |
| Y757 | Owned | 1400 SW 30th Avenue | Boynton Beach | FL | 33426 | |
| Y414 | Owned | 4241 Interstate Drive | Macon | GA | 31210 | |
| Y800 | Owned | 94-164 Leokane Street | Waipahu | HI | 96797 | |
| Y389 | Owned | 1514 S Pierce Avenue | Mason City | IA | 50401 | |
| Y860 | Owned | 2425 Bridgeport Drive | Sioux City | IA | 51111 | |
| H419 | Owned | 24 Gateway Commerce | Edwardsville | IL | 62025 | |
| H323 | Owned | 1100 Chaddick Drive | Wheeling | IL | 60090 | |
| H357 | Owned | 2530 S Tibbs Avenue | Indianapolis | IN | 46241 | |
| H262 | Owned | 27411 Wick Road | Romulus | MI | 48174 | |
| H385 | Owned | 8100 W Sandidge Road | Olive Branch | MS | 38654 | |
| H329 | Owned | 5201 Sunset Road | Charlotte | NC | 28213 | |
| Y140 | Owned | 9 Cote Lane | Bedford | NH | 3110 | |
| N114 | Owned | 2300 Garry Road | Cinnaminson | NJ | 8077 | |
| N118 | Owned | 7173 Schuyler Road | East Syracuse | NY | 13057 | |
| H634 | Owned | 6650 Transit Road | Williamsville | NY | 14221 | |
| Y205 | Owned | 66 Milens Road | Tonawanda | NY | 14150 | |
| Y266 | Owned | 7138 Northern Boulevard | East Syracuse | NY | 13057 | |
| Y211 | Owned | 1275 Ohio Ave | Copley | OH | 44321 | |
| Y218 | Owned | 5250 Brecksville Road | Richfield | OH | 44286 | |
| Y250 | Owned | 1505 Bowman Road | Lima | OH | 45804 | |
| Y522 | Owned | 9018 Tuscany Way | Austin | TX | 78754 | |
| Y180 | Owned | 17 Transport Park | Bellows Falls | VT | 5101 | |
| Y188 | Owned | 199 Krupp Drive | Williston | VT | 5446 | |

**Sucessful Bidders**

| Bidder / Properties Purchased | | | | | | Purchase Price |
|---|---|---|---|---|---|---|

**Saia Motor Freight Line, LLC** — $235,678,800

| Site # | Type | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| R519 | Owned | 4556 S Chestnut Avenue | Fresno | CA | 93725 |
| Y177 | Owned | 26902 Bethel Concord Road | Seaford | DE | 19973 |
| Y684 | Owned | 4200 Wheeler Road | Martinez | GA | 30907 |
| Y202 | Owned | 300 New Porter Pike | Bowling Green | KY | 42103 |
| Y348 | Owned | 5151 Charter Oak Drive | Paducah | KY | 42001 |
| Y186 | Owned | 464 Hartford Turnpike | Shrewsbury | MA | 1545 |
| H288 | Owned | 1830 Calkins Road | Gaylord | MI | 49735 |
| Y272 | Owned | 2180 Chicago Drive SW | Wyoming | MI | 49509 |
| H388 | Owned | 200 32nd Avenue NW | Owatonna | MN | 55060 |
| Y370 | Owned | 4425 W First Street | Duluth | MN | 55807 |
| N124 | Owned | 15 Thomas J. Rhodes Industrial | Mercerville | NJ | 8619 |
| N119 | Owned | 35 Transport Drive | Rochester | NY | 14623 |
| H208 | Owned | 3140 Massillon Road | Akron | OH | 44312 |
| H346 | Owned | 10855 Market Street | N Lima | OH | 44452 |
| N102 | Owned | 3725 Pottsville Pike | Reading | PA | 19605 |
| H366 | Owned | 5409 National Avenue | Knoxville | TN | 37914 |
| Y557 | Owned | 8011 Killam Industrial Boulevard | Laredo | TX | 78045 |

**RAMAR Land Corporation** — $211,500,000

| Site # | Type | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| Y184 | Owned | 316 New Churchmans Road | New Castle | DE | 19720 |
| Y303 | Owned | 1000 Chaddick Drive | Wheeling | IL | 60090 |
| H364 | Owned | 9711 State Avenue | Kansas City | KS | 66111 |
| Y547 | Owned | 5575 E State Hwy OO | Strafford | MO | 65757 |
| Y531 | Owned | 8000 SW 15th Street | Oklahoma City | OK | 73128 |
| Y682 | Owned | 580 Shackelford Road | Piedmont | SC | 29673 |
| Y511 | Owned | 200 North Beltline Road | Irving | TX | 75061 |
| R527 | Owned | 4375 W 1385 S | Salt Lake City | UT | 84104 |

**Terminal Properties, LLC** — $83,794,350

| Site # | Type | Street Address | City | State | Zip |
|---|---|---|---|---|---|
| H320 | Owned | 8601 W 53rd Street | McCook | IL | 60525 |
| Y623 | Owned | 3511 Highway 421 N | Wilmington | NC | 28401 |
| N130 | Owned | 6640 Transit Road | Williamsville | NY | 14221 |
| Y104 | Owned | 37 Frontage Road | Glenmont | NY | 12077 |
| Y688 | Owned | 2243 Wren Street | Charleston | SC | 29418 |
| Y615 | Owned | 1313 Cavalier Boulevard | Chesapeake | VA | 23323 |
| Y313 | Owned | 6880 S Howell Avenue | Oak Creek | WI | 53154 |

**Sucessful Bidders**

| Bidder / Properties Purchased | | | | | | Purchase Price |
|---|---|---|---|---|---|---|
| **Knight-Swift Transportation Holdings, Inc.** | | | | | | $51,296,500 |
| Site # | Type | Street Address | City | State | Zip | |
| Y314 | Owned | 780 W Birchwood Street | Morton | IL | 61550 | |
| Y344 | Owned | 2620 N 36th Street | Quincy | IL | 62301 | |
| H322 | Owned | 8901 N Kentucky Avenue | Evansville | IN | 47711 | |
| Y246 | Owned | 3513 Adams Center Road | Fort Wayne | IN | 46806 | |
| H358 | Owned | 1059 Hurst Road | Jackson | MI | 49201 | |
| H548 | Owned | 2702 Newman Road | Joplin | MO | 64801 | |
| Y650 | Owned | 555 Jeffreys Road | Rocky Mount | NC | 27804 | |
| Y863 | Owned | 614 Third Avenue | Kearney | NE | 68847 | |
| Y243 | Owned | 2801 Valley Pike | Dayton | OH | 45404 | |
| Y290 | Owned | 300 Drag Strip Road | Belpre | OH | 45714 | |
| R524 | Owned | 9501 24th Place West | Everett | WA | 98204 | |
| H428 | Owned | 501 Spring Road | Mosinee | WI | 54455 | |
| Y394 | Owned | 2573 Progress Road | Madison | WI | 53716 | |
| **Crown Enterprises, LLC** | | | | | | $38,189,000 |
| Site # | Type | Street Address | City | State | Zip | |
| R858 | Owned | 1951 San Juan Drive | Lake Havasu City | AZ | 86403 | |
| Y835 | Owned | 1814 N Main Street | Flagstaff | AZ | 86004 | |
| Y625 | Owned | 2685 Sherwin Avenue | Ventura | CA | 93003 | |
| Y728 | Owned | 2635 Rockfill Road | Fort Myers | FL | 33916 | |
| Y471 | Owned | 12169 Old Gentilly Road | New Orleans | LA | 70129 | |
| Y859 | Owned | 900 64th Street NW | Albuquerque | NM | 87121 | |
| H290 | Owned | 95 Holland Drive | Gallipolis | OH | 45631 | |
| Y851 | Owned | 1330 Henry Brennan Drive | El Paso | TX | 79936 | |
| **ArcBest Property Management, LLC** | | | | | | $30,200,000 |
| Site # | Type | Street Address | City | State | Zip | |
| Y581 | Owned | 1543 Ford Avenue | Springdale | AR | 72764 | |
| H375 | Owned | 6144 NE 22nd Street | Des Moines | IA | 50313 | |
| H330 | Owned | 4800 Journal Street | Columbus | OH | 43228 | |
| **A. Duie Pyle, Inc.** | | | | | | $29,400,000 |
| Site # | Type | Street Address | City | State | Zip | |
| Y256 | Owned | 1575 Emerson Street | Rochester | NY | 14606 | |
| N103 | Owned | 475 Terminal Road | Camp Hill | PA | 17011 | |
| Y232 | Owned | 3111 McCain Avenue | Erie | PA | 16510 | |
| Y220 | Owned | 6399 Saltwell Road | Bridgeport | WV | 26330 | |

**Sucessful Bidders**

| Bidder / Properties Purchased | | | | | | Purchase Price |
|---|---|---|---|---|---|---|
| **RLF IV Acquisitions, LLC** | | | | | | $20,915,000 |
| Site # | Type | Street Address | City | State | Zip | |
| Y100 | Owned | 95 Concord Street | North Reading | MA | 1864 | |
| Y143 | Owned | 750 County Line Road | Line Lexington | PA | 18932 | |
| N105 | Owned | 2110 Plainfield Pike | Cranston | RI | 2910 | |
| **TForce Properties, Inc.** | | | | | | $15,960,000 |
| Site # | Type | Street Address | City | State | Zip | |
| Y809 | Owned | 3210 52nd Avenue | Sacramento | CA | 95823 | |
| Y245 | Owned | 460 Transport Court | Lexington | KY | 40511 | |
| **Skylark Logistics, Inc.** | | | | | | $7,950,000 |
| Site # | Type | Street Address | City | State | Zip | |
| Y261 | Owned | 22701 Van Born Road | Taylor | MI | 48180 | |
| Y251 | Owned | 4431 South Avenue | Toledo | OH | 43615 | |
| **United Holdings Group Inc.** | | | | | | $4,683,000 |
| Site # | Type | Street Address | City | State | Zip | |
| Y555 | Owned | 111 Gembler Road | San Antonio | TX | 78219 | |
| Y574 | Owned | 3230 Clay Avenue | Waco | TX | 76711 | |
| **Unis, LLC** | | | | | | $2,443,500 |
| Site # | Type | Street Address | City | State | Zip | |
| Y842 | Owned | 601 W Flores Street | Tucson | AZ | 85705 | |
| Y685 | Owned | 3501 Edwin Avenue | Savannah | GA | 31405 | |
| **GPSS Holdings, LLC** | | | | | | $9,850,000 |
| Site # | Type | Street Address | City | State | Zip | |
| R871 | Owned | 3045 S 43rd Avenue | Phoenix | AZ | 85009 | |
| **Southeast Consolidators, Inc.** | | | | | | $8,500,000 |
| Site # | Type | Street Address | City | State | Zip | |
| Y525 | Owned | 5501 Campus Drive | Fort Worth | TX | 76140 | |
| **Z Brothers Trucking, LLC** | | | | | | $4,207,000 |
| Site # | Type | Street Address | City | State | Zip | |
| H332 | Owned | 10720 Memphis Avenue | Brooklyn | OH | 44144 | |

**Sucessful Bidders**

| Bidder / Properties Purchased | | | | | | Purchase Price |
|---|---|---|---|---|---|---|
| **JIOS Fund I Acquisitions, LLC** | | | | | | $3,050,000 |
| **Site #** | **Type** | **Street Address** | **City** | **State** | **Zip** | |
| Y172 | Owned | 9600 Express Lane | Richmond | VA | 23237 | |
| **Royal Group Holdings Inc.** | | | | | | $2,950,000 |
| **Site #** | **Type** | **Street Address** | **City** | **State** | **Zip** | |
| Y289 | Owned | 1187 Welford Place | Woodstock | ON | N4S 7Y5 | |
| **MDHE Enterprises, LLC** | | | | | | $2,800,000 |
| **Site #** | **Type** | **Street Address** | **City** | **State** | **Zip** | |
| Y814 | Owned | 2440 E Church Avenue | Fresno | CA | 93706 | |
| **All Star Investments Inc.** | | | | | | $550,000 |
| **Site #** | **Type** | **Street Address** | **City** | **State** | **Zip** | |
| Y275 | Owned | 930 Route 147 | Stanhope | PQ | J0B EC0 | |