# Exhibit 3

**Back-Up Bidders**

**Back-Up Bidders By Property**

| Site # | Type | Street Address | City | State | Zip | Winning Bidder | Winning Bid Amount | Back-Up Bidder | Back-Up Bid Amount |
|---|---|---|---|---|---|---|---|---|---|
| Y289 | Owned | 1187 Welford Place | Woodstock | ON | N4S 7Y5 | Royal Group Holdings Inc.. | $2,950,000 | All Star Investments Inc. | $2,920,000 |
| H357 | Owned | 2530 S Tibbs Avenue | Indianapolis | IN | 46241 | Estes Express Lines | 33,522,222 | ArcBest Property Management, LLC | 31,100,000 |
| Y370 | Owned | 4425 W First Street | Duluth | MN | 55807 | Saia Motor Freight Line, LLC | 4,000,000 | ArcBest Property Management, LLC | 3,010,000 |
| Y728 | Owned | 2635 Rockfill Road | Fort Myers | FL | 33916 | Crown Enterprises, LLC | 2,761,000 | Consolidated Pipe and Supply, Inc. | 2,670,000 |
| H385 | Owned | 8100 W Sandidge Road | Olive Branch | MS | 38654 | Estes Express Lines | 22,268,333 | Dayton Freight Lines, Inc. | 18,900,000 |
| Y140 | Owned | 9 Cote Lane | Bedford | NH | 3110 | Estes Express Lines | 1,042,300 | GFI Partners LLC | 900,000 |
| H262 | Owned | 27411 Wick Road | Romulus | MI | 48174 | Estes Express Lines | 14,400,000 | GPSS Holdings, LLC | 12,200,000 |
| H329 | Owned | 5201 Sunset Road | Charlotte | NC | 28213 | Estes Express Lines | 20,930,000 | GPSS Holdings, LLC | 20,100,000 |
| Y555 | Owned | 111 Gembler Road | San Antonio | TX | 78219 | United Holding Group Inc. | 4,050,000 | GPSS Holdings, LLC | 4,010,000 |
| H290 | Owned | 95 Holland Drive | Gallipolis | OH | 45631 | Crown Enterprises, LLC | 1,111,000 | Hidden Valley Leasing, LLC | 791,750 |
| Y261 | Owned | 22701 Van Born Road | Taylor | MI | 48180 | Skylark Logistics, Inc. | 7,020,000 | Laredo Property Holding Inc. | 6,125,000 |
| H634 | Owned | 6650 Transit Road | Williamsville | NY | 14221 | Estes Express Lines | 5,551,000 | Love's Travel Stops & Country Stores, Inc. | 5,000,000 |
| Y757 | Owned | 1400 SW 30th Avenue | Boynton Beach | FL | 33426 | Estes Express Lines | 11,500,000 | IOS-PVB Holdings, LLC | 10,000,000 |
| Y525 | Owned | 5501 Campus Drive | Fort Worth | TX | 76140 | Southeast Consolidators, Inc. | 8,500,000 | RLF IV Acquisitions, LLC | 6,900,000 |
| Y471 | Owned | 12169 Old Gentilly Road | New Orleans | LA | 70129 | Crown Enterprises, LLC | 4,915,000 | TCW, Inc. | 4,500,000 |
| R858 | Owned | 1951 San Juan Drive | Lake Havasu City | AZ | 86403 | Crown Enterprises, LLC | 943,000 | Unis, LLC | 620,000 |
| R871 | Owned | 3045 S 43rd Avenue | Phoenix | AZ | 85009 | GPSS Holdings, LLC | 9,850,000 | United Holding Group Inc. | 8,500,000 |
| Y800 | Owned | 94-164 Leokane Street | Waipahu | HI | 96797 | Estes Express Lines | 5,525,000 | Watumull Properties Corp. | 4,800,000 |