**Exhibit 4**

**Remaining Owned Properties**

**Remaining Owned Real Property Assets**

| Site # | Street Address | City | State | Zip | Doors | Total Sq. Ft. | Acreage |
|---|---|---|---|---|---|---|---|
| Y421 | 3518 Industrial Parkway | Birmingham | AL | 35217 | 50 | 25,397 | 8.2 |
| Y429 | 1111 Virginia Street | Mobile | AL | 36604 | 24 | 6,972 | 2.3 |
| Y415 | 5680 Old Hayneville Road | Montgomery | AL | 36108 | 18 | 6,540 | 5.1 |
| Y813 | 1535 E Pescadero Avenue | Tracy | CA | 95304 | 167 | 164,633 | 54.9 |
| R790 | 620 Harbor Boulevard | W Sacramento | CA | 95691 | 35 | 13,050 | 5.1 |
| N139 | 130 Canal Street | Southington | CT | 6489 | 46 | 23,100 | 5.5 |
| Y730 | 3404 Clifford Lane | Jacksonville | FL | 32209 | 45 | 27,450 | 10.0 |
| Y433 | 345 Roadway Drive | Ringgold | GA | 30736 | 198 | 115,200 | 95.0 |
| Y412 | 677 Hudson Road | LaGrange | GA | 30240 | 17 | 4,050 | 4.3 |
| H397 | 3219 Nebraska Avenue | Council Bluffs | IA | 51501 | 39 | 25,960 | 5.1 |
| H368 | 700 NE Arch Street | Atlanta | IL | 61723 | 46 | 16,521 | 7.8 |
| Y309 | 2000 East Lincoln Highway | Chicago Heights | IL | 60411 | 426 | 283,000 | 103.6 |
| H244 | 4885 Keystone Boulevard | Jeffersonville | IN | 47130 | 80 | 44,287 | 21.9 |
| H341 | 4320 Merchant Road | Fort Wayne | IN | 46818 | 75 | 30,573 | 6.0 |
|  | 2815 S Highway 27 | Goodland | KS | 67735 |  |  | 3.5 |
| Y404 | 333 N 3rd Street | Alexandria | LA | 71301 | 15 | 7,000 | 2.0 |
| Y473 | 956 Hwy 190 West | Port Allen | LA | 70767 | 31 | 9,850 | 5.9 |
| Y480 | 158 Parker Road | Monroe | LA | 71202 | 10 | 4,950 | 2.0 |
| Y153 | 311 East Oak Ridge Drive | Hagerstown | MD | 21740 | 136 | 71,421 | 39.2 |
| Y155 | 6311 E Lombard Street | Baltimore | MD | 21224 | 54 | 25,185 | 10.7 |
| Y154 | 75 Eisenhower Drive | Westbrook | ME | 4092 | 18 | 7,505 | 5.2 |
| Y191 | 44 Sheridan Drive | Fairfield | ME | 4937 | 12 | 5,100 | 1.1 |
| H263 | 11740 Dixie Highway | Birch Run | MI | 48415 | 40 | 18,323 | 9.5 |
| Y223 | 1280 Joslyn Avenue | Pontiac | MI | 48340 | 80 | 37,025 | 30.3 |
| H340 | 172 Industrial Parkway | Jackson | MN | 56143 | 16 | 5,750 | 4.1 |
|  | 8724 Leeds Road | Kansas City | MO | 64129 |  |  | 0.1 |
| Y455 | 102 Carrier Boulevard | Richland | MS | 39218 | 117 | 73,234 | 31.6 |
| Y462 | 2226 McCullough Boulevard | Tupelo | MS | 38801 | 12 | 3,540 | 9.9 |
| Y656 | 161 Center Street | Jacksonville | NC | 28540 | 14 | 6,693 | 1.4 |
| Y679 | 1061 River Road | Fayetteville | NC | 28301 | 17 | 4,050 | 3.9 |
| Y864 | 2502 7th Avenue N | Fargo | ND | 58102 | 27 | 10,840 | 4.2 |
| Y381 | 4480 S 90th Street | Omaha | NE | 68127 | 67 | 25,754 | 8.6 |
| Y165 | 1641 Eden Road | Millville | NJ | 8332 | 20 | 5,833 | 3.9 |
| Y123 | 1000 Homestead Avenue | Maybrook | NY | 12543 | 304 | 177,600 | 51.2 |
| Y132 | 99 Express Street | Plainview | NY | 11803 | 38 | 21,600 | 2.4 |
| Y216 | 10074 Princeton-Glendale Road | Cincinnati | OH | 45246 | 216 | 175,030 | 42.9 |
| H425 | 20820 Midstar Drive | Bowling Green | OH | 43402 | 80 | 43,735 | 24.1 |
| Y212 | 3020 Gale Drive | Hubbard | OH | 44425 | 28 | 7,284 | 4.5 |
| Y240 | 285 Blair Street | Oshawa | ON | L1N 9V9 | 42 | 23,520 | 15.0 |
| N128 | 2950 Grand Avenue | Neville Island | PA | 15225 | 30 | 17,926 | 7.7 |
| Y178 | 1284 S Main Road | Mountain Top | PA | 18707 | 56 | 42,989 | 51.0 |
| Y108 | 55 Industrial Road | Cumberland | RI | 2864 | 92 | 41,900 | 10.0 |
| Y683 | 1308 Pineview Drive | Columbia | SC | 29209 | 29 | 7,883 | 8.1 |
| Y695 | 2257 S Main Street | Florence | SC | 29501 | 24 | 9,070 | 3.5 |
| Y432 | 1212 Hilton Road | Knoxville | TN | 37921 | 68 | 26,443 | 7.3 |
| Y431 | 3310 Gill Road | Memphis | TN | 38109 | 198 | 125,632 | 51.6 |