**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Wachtell, Lipton, Rosen & Katz and Morris, Nichols,

Arsht & Tunnell LLP hereby appear as counsel for XPO, Inc. ("XPO") pursuant to section 1109(b)

of title 11 of the United States Code, rules 2002, 3017(a), 9007, and 9010 of the Federal Rules of

Bankruptcy Procedure (the "Bankruptcy Rules"), and rule 2002-1(d) of the Local Rules of

Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of

Delaware, and request that copies of any and all notices and papers filed or entered in these cases

be given to and served upon the following:

| WACHTELL, LIPTON, ROSEN & KATZ | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| Benjamin S. Arfa | Derek C. Abbott |
| Angela K. Herring | Sophie Rogers Churchill |
| 51 West 52nd Street | 1201 N. Market St., Suite 1600 |
| New York, NY 10019 | P.O. Box 1347 |
| Telephone: (212) 403-1000 | Wilmington, DE 19899-1347 |
| Facsimile:  (212) 403-2000 | Telephone: (302) 658-9200 |
| SKCharles@wlrk.com | Facsimile:  (302) 658-3989 |
| BSArfa@wlrk.com | dabbott@morrisnichols.com |
| AKHerring@wlrk.com | srchurchill@morrisnichols.com |
| ARWolf@wlrk.com | |

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**PLEASE TAKE FURTHER NOTICE** that this constitutes not only a request for service of the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, a request for service of all orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, courier service, hand delivery, telephone, facsimile transmission, telegraph, telex, or otherwise, that (1) affects or seeks to affect in any way any rights or interests of any creditor or party in interest in this case, with respect to (a) the debtors in the above-captioned case (the "Debtors") and any related adversary proceedings, whether currently pending or later commenced; (b) property of the Debtors' estates, or proceeds thereof, in which the Debtors may claim an interest; or (c) property or proceeds thereof in the possession, custody, or control of others that the Debtors may seek to use; or (2) requires or seeks to require any act or other conduct by a party in interest.

**PLEASE TAKE FURTHER NOTICE** that this notice of appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the rights of XPO: (1) to have an Article III judge adjudicate in the first instance any case, proceeding, matter, or controversy as to which a bankruptcy judge may not enter a final order or judgment consistent with Article III of the United States Constitution; (2) to have final orders in a non-core case, proceeding, matter, or controversy entered only after an opportunity to object to proposed findings of fact and conclusions of law and a *de novo* review by a district court judge; (3) to trial by jury in any case, proceeding, matter, or controversy so triable; (4) to have the reference withdrawn by the United States District Court in any case, proceeding, matter, or controversy subject to mandatory or discretionary withdrawal; or (5) any other rights, claims, actions, defenses, setoffs, or recoupments to which XPO is or may be entitled under agreements, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are hereby reserved.

For the avoidance of doubt, filing this notice is not intended as, and shall not be, XPO's consent

to the entry of final orders and judgments in any case, proceeding, matter, or controversy if it is

determined that the Court, absent consent of XPO consistent with Article III of the United States

Constitution.

Dated: December 5, 2023       **MORRIS, NICHOLS, ARSHT & TUNNELL LLP**
      Wilmington, Delaware

                                          */s/ Sophie Rogers Churchill*
                                          Derek C. Abbott (No. 3376)
                                          Sophie Rogers Churchill (No. 6905)
                                          1201 North Market Street, Suite 1600
                                          P.O. Box 1347
                                          Wilmington, DE 19899-1347
                                          Telephone:  (302) 658-9200
                                          Facsimile:  (302) 658-3989
                                          Email: dabbott@morrisnichols.com
                                                      srchurchill@morrisnichols.com

                                        *Counsel for XPO, Inc.*