**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date (Monthly): To Be Scheduled If Necessary**<br>**Objection Deadline: December 26, 2023 at 4:00 p.m. (ET)** |

**COVER SHEETS TO SECOND MONTHLY FEE APPLICATION**
**OF MILLER BUCKFIRE FOR COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM**
**SEPTEMBER 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

| | |
|---|---|
| Name of Applicant: | Miller Buckfire [2] |
| Authorized to provide professional services to: | Official Committee of Unsecured Creditors |
| Date of retention: | Oct. 4, 2023 *nunc pro tunc to* Aug. 21, 2023 |
| Period for which compensation and reimbursement is sought: (the "Fee Period") | September 1, 2023 – September 30, 2023 |
| Compensation sought as actual, reasonable and necessary: | $175,000.00 (compensation presently sought for 80% of that amount, $140,000.00) [3] |
| Expense reimbursement sought as actual, reasonable, and necessary: | $1,352.53 |

This is a <u>monthly</u> fee application.[4]

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]   Miller Buckfire is the trade name of Stifel, Nicolaus & Co., Inc. for its restructuring-focused investment banking practice.

[3]   This amount is the Monthly Fee that became due on September 21, 2023, as more particularly described in the *Order Authorizing the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Miller Buckfire as Investment Banker, Nunc Pro Tunc to August 21, 2023*, entered on October 4, 2023 [ECF No. 764].

[4]   In accordance with the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Releated Relief*, dated September 13, 2023 [ECF No. 519], if no objection to the fees or expenses sought in the Application (as defined below) is received by the 21st day following receipt of the Application, then, following filing of a certificate of no objection (or of partial objection), the Debtors are authorized to promptly pay 80% of the fees and 100% of the expenses identified in the Application.

### Current and Prior Applications and Allowances

| Filing, Date Filed, Docket No. | Obj. Deadline | CNO Filed or Interim App. Approved | Period Covered | Fees Requested | Fees Approved | Expenses Requested | Expenses Approved |
|---|---|---|---|---|---|---|---|
| 1st Monthly Oct. 17, 2023 Docket No. 893 | Nov. 13, 2023, 4 p.m. | CNO Nov. 14, 2023 Docket No. 1139 | Aug. 21 – 31, 2023 | $175,000.00 | - | $349.33 | - |
| 2nd Monthly Dec. 5, 2023 | Dec. 26, 2023, 4 p.m. | - | Sept. 1 – 30, 2023 | $175,000.00 | - | $1352.53 | - |
| | | | Totals | $350,000.00 | - | $1,701.86 | - |

**Payments by Date and Source for Post-Petition Fees and Expenses**

| Date Received | Period Covered | Source | Amount Received |
|---|---|---|---|
| November 20, 2023 | Aug. 21 – 31, 2023 | Debtors | $140,349.33 |

| | | **Total** | **$140,349.33** |

**Professionals**

Miller Buckfire professionals rendering services during the Fee Period were:

| Professional | Hours |
|---|---|
| John D'Amico, Managing Director | 149.0 |
| Alex Rohan, Managing Director | 106.5 |
| Paul Jones, Managing Director | 24.5 |
| Richard Repetto, Managing Director | 23.5 |
| Yoon Song, Director | 105.0 |
| Evan McAbee, Director | 24.5 |
| Timmothy Boyle, Vice President | 22.5 |
| Robert Manning, Associate | 176.0 |
| Andrew Raddant, Associate | 2.0 |
| Aivory Foster, Associate | 24.5 |
| Lucas Honohan, Analyst | 179.5 |
| Peter Charles, Analyst | 5.0 |
| Nick Nasis, Analyst | 24.5 |
| Alina Pannone, Analyst | 24.5 |
| Benjamin Klestzick, Analyst | 111.5 |

Total:   1,003.0

Miller Buckfire does not charge hourly rates to the Committee and no hourly rates are associated with these professionals.

**Hours by Matter**

Hours expended by these professionals by matter during the Fee Period were:

| Matter Number | Matter Description | Total Hours |
|:---:|:---:|:---:|
| 1 | Company Diligence | 27.0 |
| 2 | Stakeholder Discussions | - |
| 3 | Valuation | - |
| 4 | Business Operations and Forecast | - |
| 5 | Case Administration | 11.0 |
| 6 | Committee of Unsecured Creditors Discussions / Meetings | 52.0 |
| 7 | Fee/Employment Applications | 64.0 |
| 8 | Fee/Employment Objections | - |
| 9 | Litigation Work and Preparation | - |
| 10 | Strategy Discussions with Counsel | 139.0 |
| 11 | Negotiations with Interested Parties | - |
| 12 | Plan and Disclosure Statement Review | - |
| 13 | Court Filings Preparation and Review | 9.0 |
| 14 | Tax Related Analysis and Discussion | - |
| 15 | Bankruptcy Court Attendance | 2.0 |
| 16 | Proposal Review and Analysis | - |
| 17 | Analysis for Committee of Unsecured Creditors | 419.0 |
| 18 | Recovery Analysis | - |
| 19 | Research | 3.5 |
| 20 | Travel | - |
| 21 | M&A Process | 275.5 |
| 22 | DIP Process | 1.0 |

Total:    1,003.0

## Summary of Expenses by Category

| Expense Category | Expenses |
|---|---:|
| Postage | - |
| Business Meals & Entertainment | - |
| Airfare | - |
| Overtime Meals | 317.47 |
| Telecommunications | 9.95 |
| Hotel | - |
| Local Transportation | 978.97 |
| Rail and Ground Transportation | - |
| Graphical Support Services | 46.14 |
| Legal Expenses | - |

Total:  $1,352.53

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date (Monthly): To Be Scheduled If Necessary**<br>**Objection Deadline: December 26, 2023 at 4:00 p.m. (ET)** |

**SECOND MONTHLY FEE APPLICATION OF
MILLER BUCKFIRE FOR COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM
SEPTEMBER 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

Pursuant to sections 327, 328, 330, and 331 of chapter 11 of title 11 of the United States Code, Rule 2016 of the Federal Rules of Bankruptcy Procedure, Rule 2016-1 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the *Order Authorizing the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Miller Buckfire as Investment Banker, Nunc Pro Tunc to August 21, 2023*, entered on October 4, 2023 [ECF No. 764] (the "Retention Order") and the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Releated Relief*, dated September 13, 2023 [ECF No. 519] (the "Interim Compensation Order"), Miller Buckfire[2], investment banker to the Official Committee of Unsecured Creditors (the "Committee") of the above-captioned debtors and debtors in possession (the "Debtors"), submits this monthly fee application (this

---

1    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

2    Miller Buckfire is the trade name of Stifel, Nicolaus & Co., Inc. for its restructuring-focused investment banking practice.

"Application") seeking compensation equal to 80% of the fees for professional services rendered by Miller Buckfire from September 1, 2023 through and including September 30, 2023 (the "Fee Period"), and for reimbursement of expenses incurred, each in the amounts set forth in the cover sheets hereto.

### Itemization of Services Rendered and Expenses Incurred

1.      Typical of investment bankers of its kind, Miller Buckfire is not compensated by the hour, but through a structure of fixed fees and related compensation, such as the one approved by the Retention Order.  Accordingly, certain information appropriate to consideration of the fee requests of hourly-rate compensated professionals, such as blended rates or maturation, does not exist for Miller Buckfire.

2.      Attached as **Exhibit A** to this Application, in accordance with the Retention Order, are time records setting forth a description of the services rendered by each Miller Buckfire professional, and the amount of time spent on each date by each such individual in rendering services to the Committee in half-hour increments.

3.      Attached as **Exhibit B** is a detailed listing of Miller Buckfire's expenses incurred during the Fee Period in connection with rendering services on behalf of the Committee.

4.      Miller Buckfire does not charge for copies (either black and white or color) or faxes made or received in house.  When copies or outgoing faxes are made through a vendor, they are charged at the lower of the vendor's actual charge to Miller Buckfire or 10¢ per page for black and white copies, 80¢ for color copies and 25¢ for outgoing faxes.  Computer-assisted research is charged at cost.

**Reservation of Rights and Notice**

5.     Although every effort has been made to include all fees and expenses incurred in the Fee Period, some fees and expenses might not be included in this Application due to delays caused by accounting and processing during the Fee Period.  Miller Buckfire reserves the right to make further application to the Court for allowance of such fees and expenses not included herein.

6.     Notice of this Application has been or will shortly be provided in accordance with the terms of the Interim Compensation Order.

Dated: December 5, 2023                    By:  /s/ John D'Amico
New York, New York                              John D'Amico
                                                Managing Director
                                                Stifel, Nicolaus & Co., Inc.