**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
|  | (Jointly Administered) |
| Debtors. |  |

**VERIFICATION OF JOHN D'AMICO IN SUPPORT OF THE SECOND MONTHLY FEE APPLICATION OF MILLER BUCKFIRE FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED FROM SEPTEMBER 1, 2023 THROUGH AND INCLUDING SEPTEMBER 30, 2023**

1.　　I am a Managing Director of the firm Stifel, Nicolaus & Co., Inc. ("Miller Buckfire"), which is headquartered at 501 North Broadway, St. Louis, Missouri 63102 and has its principal investment banking office at 787 Seventh Avenue, New York, New York 10019.

2.　　I have personally performed many of the services rendered by Miller Buckfire to the Committee, and I am familiar with the other work performed on behalf of the Committee by Miller Buckfire.

3.　　The facts set forth in the foregoing fee application and its exhibits (collectively, the "Fee Application") are true and correct to the best of my knowledge, information and belief.

4.　　I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware and believe that the Fee Application for Benesch complies with Rule 2016-2. To the extent there is any inadvertent non-compliance, I ask that such non-compliance be excused.

---

[1]　A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 5, 2023                    By: */s/ John D'Amico*
New York, New York                              John D'Amico
                                                Managing Director
                                                Stifel, Nicolaus & Co., Inc.