## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 23-11069 (CTG) |
| YELLOW CORPORATION, *et al.*, | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Related to Docket No. _____ |

### ORDER GRANTING MOTION OF  STEVEN HENSLEY FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE

Upon the motion (the "Motion") filed by Steven Hensley ("Movant") seeking relief from the automatic stay, the Court makes the following findings. Due and sufficient notice of the Motion was given under the particular circumstances. The Court has subject matter jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157(b) and 1334. Venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409. The Court has determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.