IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) ) | **Re: Docket No. 575** |
|  | ) ) ) ) ) ) ) ) | **Adjournment of Auction for Remaining Leased Properties**: To Reconvene December 18, 2023 at 9:00 a.m. (prevailing Eastern Time) |

**NOTICE OF ADJOURNMENT OF REAL ESTATE AUCTION FOR CERTAIN REMAINING LEASED PROPERTIES TO DECEMBER 18, 2023 AT 9:00 A.M. (E.T.)**

**PLEASE TAKE NOTICE** that, on September 15, 2023, the Court entered that certain *Order (I)(A) Approving Bidding Procedures for the Sale or Sales of the Debtors' Assets; (B) Scheduling Auctions and Approving the Form and Manner of Notice Thereof; (C) Approving Assumption and Assignment Procedures (D) Scheduling Sale Hearings and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Lease; and (III) Granting Related Relief* [Docket No. 575] (the "Bidding Procedures Order).[2]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used in this notice but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order or the Notice of Winning Bidders, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bidding Procedures Order, the (i) Bid Deadline for the Debtors' Real Property Assets, including the Leased Properties, was November 9, 2023 at 5:00 p.m. (E.T.), (ii) the Real Estate Auction (as defined in the Notice of Winning Bidders (defined below)[3]) commenced November 28, 2023, at 9:00 a.m. (E.T.), and (iii) a Sale Hearing to consider entry of the proposed Sale Order (with respect to the Initial Sales only) is scheduled for December 12, 2023 at 10:00 a.m. (E.T.).

**PLEASE TAKE FURTHER NOTICE** that, as described in the Notice of Winning Bidders, all but two (2) of the Debtors' Leased Properties (the "Remaining Leased Properties") remain subject to sale pursuant to the Real Estate Auction or other marketing efforts.

**PLEASE TAKE FURTHER NOTICE** that the Real Estate Auction with respect to the Remaining Leased Properties is hereby adjourned and will reconvene on **December 18, 2023 at 9:00 a.m. (E.T.)**, with further instructions to be provided to Qualified Bidders for such Remaining Leased Properties, as applicable.

**PLEASE TAKE FURTHER NOTICE** that, with respect to the Remaining Leased Properties, the Debtors will provide the dates of the Sale Objection Deadline, the Adequate Assurance Objection Deadline, and the Sale Hearing, each of which have been rescheduled to a date and time to be determined pursuant to that certain *Notice of Rescheduled Sale Objection Deadline, Adequate Assurance Objection Deadline, and Sale Hearing for Certain of the Debtors' Real Property Assets* [Docket No. 1267], in a further notice to be filed on the Court's docket as soon as practicable.

**PLEASE TAKE FURTHER NOTICE** that, with respect to the remaining properties not

---

[3] The "Notice of Winning Bidders" means that certain *Notice of Winning Bidders and, If Applicable, Back-Up Bidders With Respect to Certain of the Debtors' Real Property Assets* [Docket No. 1268], filed on the Court's docket on December 4, 2023.

set to go forward at the Real Estate Auction on December 18, 2023 at 9:00 a.m. (E.T.), further details regarding such remaining properties will be provided when available.

Dated: December 6, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 652-4100 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
Email:    allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*