# Exhibit B

**Modified Schedule 7.2(b)(i) to the XPO Asset Purchase Agreement**

Case 23-11069-CTG    Doc 1298-2    Filed 12/07/23    Page 1 of 2

| Number | Property Name | Street Address | City | State | ZIP | Opening Bid Amount | % of Total |
|---|---|---|---|---|---|---|---|
| Y580 | Little Rock, AR | 4500 W 65th Street | Little Rock | AR | 72209 | $6,629,175 | 1.46% |
| Y845 | Nogales, AZ | 2859 W Valle Verde Drive | Nogales | AZ | 85621 | $1,399,493 | 0.31% |
| R600 | Bakersfield, CA | 4901 Lisa Marie Court | Bakersfield | CA | 93313 | $3,977,505 | 0.88% |
| Y894 | Grand Junction, CO | 3207 "F" Road | Clifton | CO | 81520 | $2,872,643 | 0.63% |
| H403 | Atlanta, GA | 4700 Highway 42 | Ellenwood | GA | 30294 | $18,560,089 | 4.08% |
| H337 | Danville, IL | 72 Eastgate Drive | Danville | IL | 61832 | $1,988,753 | 0.44% |
| Y371 | Rock Island, IL | 3700 78th Avenue West | Rock Island | IL | 61201 | $11,783,599 | 2.59% |
| Y324 | Indianapolis, IN | 1818 S High School Road | Indianapolis | IN | 46241 | $21,946,733 | 4.83% |
| Y183 | Washington, DC | 7600 Preston Drive | Landover | MD | 20785 | $12,520,174 | 2.75% |
| Y347 | St. Paul, MN | 12400 Dupont Avenue S | Burnsville | MN | 55337 | $20,180,554 | 4.44% |
| Y343 | Columbia, MO | 8989 E Columbus Court | Columbia | MO | 65201 | $2,725,328 | 0.60% |
| Y621 | St. Louis, MO | 400 Barton Street | St. Louis | MO | 63104 | $19,591,294 | 4.31% |
| Y671 | Greensboro, NC | 1255 NC Highway 66 S | Kernersville | NC | 27284 | $32,479,755 | 7.15% |
| Y878 | Las Vegas, NV | 5049 W Post Road | Las Vegas | NV | 89118 | $33,584,618 | 7.39% |
| H339 | Dayton, OH | 2700 Valley Pike | Dayton | OH | 45404 | $6,592,346 | 1.45% |
| Y857 | Columbus, OH | 5400 Fisher Road | Columbus | OH | 43228 | $19,075,691 | 4.20% |
| R849 | Medford, OR | 4000 Hamrick Road | Central Point | OR | 97502 | $17,013,281 | 3.74% |
| Y135 | Harrisburg, PA | 100 Roadway Drive | Carlisle | PA | 17015 | $109,294,920 | 24.05% |
| Y152 | Philadelphia, PA | 2627 State Road | Bensalem | PA | 19020 | $13,772,351 | 3.03% |
| H328 | Columbia, SC | 3705 Highway 321 | West Columbia | SC | 29172 | $2,357,040 | 0.52% |
| H395 | Nashville, TN | 500 Oak Bluff Lane | Goodlettsville | TN | 37072 | $13,109,434 | 2.88% |
| Y435 | Jackson, TN | 88 E L Morgan Drive | Jackson | TN | 38305 | $1,399,493 | 0.31% |
| Y422 | Nashville, TN | 7300 Centennial Boulevard | Nashville | TN | 37209 | $45,957,476 | 10.11% |
| Y515 | Sherman, TX | 211 Dorset Drive | Sherman | TX | 75092 | $3,240,930 | 0.71% |
| Y336 | Eau Claire, WI | 3617 McIntyre Avenue | Eau Claire | WI | 54703 | $1,473,150 | 0.32% |
| Y635 | Portland, OR | 10510 N. Vancouver Way | Portland | OR | 97217 | $27,692,018 | 6.09% |
| Y187* | Brooklyn, NY | 1313 Grand Street | Brooklyn | NY | 11211 | $2,541,536 | 0.56% |
| Y521* | Houston, TX | 9415 Wallisville Road | Houston | TX | 77013 | $754,700 | 0.17% |
| **Total** | | | | | | **$454,514,074** | **100.00%** |

*Acquired Leased Real Property