**Exhibit A**

**YELLOW CORPORATION**
Date: 12/7/2023

**Content of the Notice**

| | |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | 35 Dimensioners |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | Various |
| (c) identification of the Debtor entity selling the De Minimis Assets | YRC Enterprise Services, Inc. |
| (d) identification of the purchaser of the De Minimis Assets | AAA Cooper and A. Duie Pyle |
| (e) the purchase price | $229,911.00 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | REDACTED |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | The Company ran a formal RFP process. 11 potential buyers expressed interest in the cubiscan dimensioners with two (2) buyers who made formal offers for 35 units. |
| (h) any other significant terms of the sale or transfer | The buyers are responsible for the cost of removal, crating, and transport. |