IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**VERIFICATION OF MATTHEW B. STEIN**

I, Matthew B. Stein, hereby declare the following under penalty of perjury:

1. I am a member of the law firm of Kasowitz Benson Torres LLP ("Kasowitz"), located at 1633 Broadway, New York, New York 10019. I am a member in good standing of the Bar of the State of New York and the Bar of the State of New Jersey.

2. I am familiar with the work performed on behalf of the debtors and debtors in possession by the lawyers and other professionals of Kasowitz.

3. I have reviewed the foregoing Monthly Fee Statement and the facts set forth therein are true and correct to the best of my knowledge, information, and belief.

4. I have reviewed Rule 2016-2 of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware and believe that the Monthly Fee Statement for Kasowitz complies with Rule 2016-2.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

DE:4854-6351-1446.1 96859.001

5.  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  December 8, 2023

Respectfully Submitted,

 /s/ *Matthew B. Stein*
Matthew B. Stein

DE:4854-6351-1446.1 96859.001