## EXHIBIT A

**Statement of Fees and Expenses by
Subject Matter**

| Matter Description | Total Billed Hours | Total Fees Requested | Total Compensation |
|---|---:|---:|---:|
| | | | |
| Litigation | 313.90 | $317,282.00 | $317,282.00 |
| General Corporate/Administrative | 50.70 | $68,560.00 | $68,560.00 |
| | | | |
| **TOTAL** | **364.60** | **$385,842.00** | **$385,842.00** |

## EXHIBIT B

**Attorneys and Paraprofessionals'
Information**

| Professional Person | Position | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| | | | | | |
| Jacob Abrams | Partner | 2013 | $1,075 | 1.00 | $1,075.00 |
| Thomas J. Amburgy | Partner | 2008 | $1,200 | 0.30 | $360.00 |
| Melissa Barahona | Partner | 2014 | $1,000 | 2.70 | $2,700.00 |
| Daniel R. Benson | Partner | 1981 | $2,100 | 7.80 | $16,380.00 |
| Robert W. Bosslet III | Partner | 2008 | $1,100 | 0.70 | $770.00 |
| Kim Conroy | Partner | 2005 | $1,300 | 12.40 | $16,120.00 |
| Michael E. Hutchins | Partner | 1983 GA | $1,200 | 2.20 | $2,640.00 |
| Marc E. Kasowitz | Partner | 1978 | $2,200 | 28.80 | $63,360.00 |
| Mark W. Lerner | Partner | 1991 | $1,250 | 1.00 | $1,250.00 |
| Constantine Pamphilis | Partner | 2016 | $740 | 11.60 | $8,584.00 |
| | | | $1,100 | 7.10 | $7,810.00 |
| Jessica Rosenberg | Partner | 2006 | $1,175 | 0.60 | $705.00 |
| Ronald R. Rossi | Partner | 1997 | $1,350 | 40.70 | $54,945.00 |
| Daniel A. Saunders | Partner | 1992 CA | $1,200 | 7.10 | $8,520.00 |
| Jonathan L. Shapiro | Partner | 2009 | $950 | 4.70 | $4,465.00 |
| Matthew B. Stein | Partner | 2004 | $1,450 | 39.20 | $56,840.00 |
| Michael Wilson | Partner | 2004 TX | $740 | 7.00 | $5,180.00 |
| | | | $1,000 | 3.50 | $3,500.00 |
| Jordan Beltz | Special Counsel | 2012 | $605 | 4.00 | $2,420.00 |
| Maria Gorecki | Counsel | 1998 | $800 | 69.90 | $55,920.00 |
| Michele L. Angell | Associate | 2007 | $1,150 | 8.20 | $9,430.00 |
| Corey B. Hirsch | Associate | 2021 | $625 | 1.90 | $1,187.50 |
| John Planamento | Associate | 2023 | $625 | 44.80 | $28,000.00 |
| Nathan W. Richardson | Associate | 2015 TX | $405 | 0.10 | $40.50 |
| | | | $925 | 0.60 | $555.00 |
| Ben Salvatore | Associate | 2023 | $625 | 26.70 | $16,687.50 |
| Yeilee Woo | Associate | 2019 | $850 | 3.00 | $2,550.00 |
| Lena Youness | Associate | 2022 | $700 | 13.30 | $9,310.00 |
| Wendy Adames | Paralegal | n/a | $465 | 3.60 | $1,674.00 |
| Michael Birnbaum | Paralegal | n/a | $425 | 0.60 | $255.00 |
| Maurcie Parmley | Paralegal | n/a | $340 | 0.70 | $238.00 |
| | | | $345 | 0.70 | $241.50 |
| Angel Rivera | Paralegal | n/a | $315 | 1.60 | $504.00 |
| Daniel Garcia | Managing Clerk | n/a | $235 | 1.30 | $305.50 |
| Jennifer A. Ortiz | Managing Clerk | n/a | $235 | 1.00 | $235.00 |
| Clara Schaeffer | Managing Clerk | n/a | $235 | 2.40 | $564.00 |
| Kevin Titland | Managing Clerk | n/a | $300 | 1.50 | $450.00 |
| Dylan Zeiff | Managing Clerk | n/a | $235 | 0.30 | $70.50 |
| **Total** | | | | **364.60** | **$385,842.00** |

**EXHIBIT C**

**Expense Summary**

| EXPENSE DESCRIPTION | AMOUNT |
|---|---|
| | |
| Travel Expenses | $339.60 |
| Local Transportation | $638.66 |
| Medical Record Copies | $925.40 |
| Automated Research | $3,494.53 |
| Document Delivery | $197.90 |
| | |
| **TOTAL** | **$5,596.09** |

# EXHIBIT D

**Detailed Description of Fees,
Expenses, and Disbursements**

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**


AUGUST 31, 2023


12382901
Yellow Corporation -- Bankruptcy
Disbursements

Yellow Corporation -- Bankruptcy                    Aug 31, 2023     PAGE    2
FILE NUMBER: 12382901
INVOICE NO.: ******


   TRAVEL EXPENSES                                      339.60
   LOCAL TRANSPORTATION                                 638.66
   MEDICAL RECORD COPIES                                925.40
   AUTOMATED RESEARCH                                 3,494.53
   DOCUMENT DELIVERY                                    197.90

       TOTAL COSTS                  $5,596.09


     TOTAL FEES AND COSTS                    $5,596.09

Yellow Corporation -- Bankruptcy                    Aug 31, 2023     PAGE    3
FILE NUMBER: 12382901
INVOICE NO.: ******


TRAVEL EXPENSES

08/25/23 TRAVEL EXPENSES                                          339.60
         -- VENDOR: AMERICAN EXPRESS
         INV# 092523BTAKIMA DTD 8/25/23,
         FOR Gorecki/Maria, Blacklane Chauffeured Service
         Ticket #: 0859124480-, Itinerary: DEN
         Departure Date: 8/25/23 Return Date:

                                          SUBTOTAL:    339.60

LOCAL TRANSPORTATION

08/16/23 LOCAL TRANSPORTATION - - VENDOR: ROSSI, RONALD           221.34
         R. TOOK CAB HOME AFTER LATE NIGHT WORK ON
         8/15/23
08/18/23 LOCAL TRANSPORTATION - - VENDOR: BIG APPLE CAR           208.66
         SERVICES, LLC VCR#766004, DTD.8/7/23 FOR R.
         ROSSI, PU FROM KBT 1633 BDWY / TO 5 OVERLOOK
         DRIVE, MT. KISCO NY, INV#29443, DTD.8/18/23
08/18/23 LOCAL TRANSPORTATION - - VENDOR: BIG APPLE CAR           208.66
         SERVICES, LLC VCR#766005, DTD.8/8/23 FOR R.
         ROSSI, PU FROM KBT 1633 BDWY / TO 5 OVERLOOK
         DRIVE, MT. KISCO NY, INV#29443, DTD.8/18/23

                                          SUBTOTAL:    638.66

MEDICAL RECORD COPIES

08/08/23 MEDICAL RECORD COPIES - - VENDOR: RECORDTRAK             137.32
         INC. MEDICAL RECORDS FROM: BRIAN MAPPING
         SOLUTIONS RE: JAMES CURRY REQUESTED BY:
         N.RICHARDSON. INV. 9355622 DATE: 8/8/23
08/08/23 MEDICAL RECORD COPIES - - VENDOR: RECORDTRAK             137.32
         INC. MEDICAL RECORDS FROM: BRIAN MAPPING
         SOLUTIONS RE: JAMES CURRY REQUESTED BY:
         N.RICHARDSON. INV. 9355623 DATE: 8/8/23
08/09/23 MEDICAL RECORD COPIES - - VENDOR: MAGNA LEGAL            238.80
         SERVICES LLC MEDICAL RECORDS FROM: RAINBOW
         REHABILITION CENTERS RE: JAMES CURRY REQUESTED
         BY: N.RICHARDSON. INV. 9356260 DATE: 8/9/23
08/10/23 MEDICAL RECORD COPIES - - VENDOR: MAGNA LEGAL            137.32
         SERVICES LLC MEDICAL RECORDS FROM: DR.
         NATHANIEL KHO RE: JAMES CURRY REQUESTED BY:
         N.RICHARDSON. INV. 9357054 DATE: 8/10/23
08/10/23 MEDICAL RECORD COPIES - - VENDOR: MAGNA LEGAL            137.32
         SERVICES LLC MEDICAL RECORDS FROM: QUEST
         DIAGNOSTICS RE: JAMES CURRY REQUESTED BY:
         N.RICHARDSON. INV. 9357056 DATE: 8/10/23

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023    PAGE    4
FILE NUMBER: 12382901
INVOICE NO.: ******

08/14/23 MEDICAL RECORD COPIES - - VENDOR: MAGNA LEGAL       137.32
         SERVICES LLC MEDICAL RECORDS FROM: DR.
         NATHANIEL KHO RE: JAMES CURRY REQUESTED BY:
         N.RICHARDSON. INV. 9357055 DATE: 8/14/23

                                        SUBTOTAL:       925.40

AUTOMATED RESEARCH-WESTLAW

08/07/23 AUTOMATED RESEARCH-WESTLAW                            10.89
         Date: 8/07/23
         Research by: ORTIZ,JENNIFER
08/07/23 AUTOMATED RESEARCH-WESTLAW                             1.59
         Date: 8/07/23
         Research by: MELENDEZ,JESSICA
08/07/23 AUTOMATED RESEARCH-WESTLAW                            10.89
         Date: 8/07/23
         Research by: ORTIZ,JENNIFER
08/07/23 AUTOMATED RESEARCH-WESTLAW                            10.89
         Date: 8/07/23
         Research by: ORTIZ,JENNIFER
08/07/23 AUTOMATED RESEARCH-WESTLAW                             1.59
         Date: 8/07/23
         Research by: MELENDEZ,JESSICA
08/07/23 AUTOMATED RESEARCH-WESTLAW                            10.89
         Date: 8/07/23
         Research by: ORTIZ,JENNIFER
08/08/23 AUTOMATED RESEARCH-WESTLAW                            10.89
         Date: 8/08/23
         Research by: ORTIZ,JENNIFER
08/08/23 AUTOMATED RESEARCH-WESTLAW                             1.59
         Date: 8/08/23
         Research by: MELENDEZ,JESSICA
08/08/23 AUTOMATED RESEARCH-WESTLAW                            10.89
         Date: 8/08/23
         Research by: ORTIZ,JENNIFER
08/08/23 AUTOMATED RESEARCH-WESTLAW                             2.47
         Date: 8/08/23
         Research by: GREENSTEIN,MICHAEL
08/08/23 AUTOMATED RESEARCH-WESTLAW                           303.32
         Date: 8/08/23
         Research by: GORECKI,MARIA
08/08/23 AUTOMATED RESEARCH-WESTLAW                            20.55
         Date: 8/08/23
         Research by: PLANAMENTO,JOHN
08/08/23 AUTOMATED RESEARCH-WESTLAW                            10.89
         Date: 8/08/23
         Research by: ORTIZ,JENNIFER
08/08/23 AUTOMATED RESEARCH-WESTLAW                             1.59
         Date: 8/08/23
         Research by: MELENDEZ,JESSICA
```

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023    PAGE    5
FILE NUMBER: 12382901
INVOICE NO.: ******

08/08/23 AUTOMATED RESEARCH-WESTLAW                      10.89
         Date: 8/08/23
         Research by: ORTIZ,JENNIFER
08/08/23 AUTOMATED RESEARCH-WESTLAW                       2.47
         Date: 8/08/23
         Research by: GREENSTEIN,MICHAEL
08/08/23 AUTOMATED RESEARCH-WESTLAW                     303.32
         Date: 8/08/23
         Research by: GORECKI,MARIA
08/08/23 AUTOMATED RESEARCH-WESTLAW                      20.55
         Date: 8/08/23
         Research by: PLANAMENTO,JOHN
08/09/23 AUTOMATED RESEARCH-WESTLAW                      48.42
         Date: 8/09/23
         Research by: PLANAMENTO,JOHN
08/09/23 AUTOMATED RESEARCH-WESTLAW                       2.47
         Date: 8/09/23
         Research by: GREENSTEIN,MICHAEL
08/09/23 AUTOMATED RESEARCH-WESTLAW                      10.00
         Date: 8/09/23
         Research by: ORTIZ,JENNIFER
08/09/23 AUTOMATED RESEARCH-WESTLAW                       1.46
         Date: 8/09/23
         Research by: MELENDEZ,JESSICA
08/09/23 AUTOMATED RESEARCH-WESTLAW                      10.00
         Date: 8/09/23
         Research by: ORTIZ,JENNIFER
08/09/23 AUTOMATED RESEARCH-WESTLAW                      48.42
         Date: 8/09/23
         Research by: PLANAMENTO,JOHN
08/09/23 AUTOMATED RESEARCH-WESTLAW                       2.47
         Date: 8/09/23
         Research by: GREENSTEIN,MICHAEL
08/09/23 AUTOMATED RESEARCH-WESTLAW                      10.00
         Date: 8/09/23
         Research by: ORTIZ,JENNIFER
08/09/23 AUTOMATED RESEARCH-WESTLAW                       1.46
         Date: 8/09/23
         Research by: MELENDEZ,JESSICA
08/09/23 AUTOMATED RESEARCH-WESTLAW                      10.00
         Date: 8/09/23
         Research by: ORTIZ,JENNIFER
08/10/23 AUTOMATED RESEARCH-WESTLAW                      10.00
         Date: 8/10/23
         Research by: ORTIZ,JENNIFER
08/10/23 AUTOMATED RESEARCH-WESTLAW                       1.59
         Date: 8/10/23
         Research by: MELENDEZ,JESSICA
08/10/23 AUTOMATED RESEARCH-WESTLAW                      10.00
         Date: 8/10/23
         Research by: ORTIZ,JENNIFER
```

```
Yellow Corporation -- Bankruptcy                    Aug 31, 2023    PAGE    6
FILE NUMBER: 12382901
INVOICE NO.: ******

08/10/23 AUTOMATED RESEARCH-WESTLAW                             75.01
         Date: 8/10/23
         Research by: PLANAMENTO,JOHN
08/10/23 AUTOMATED RESEARCH-WESTLAW                             64.50
         Date: 8/10/23
         Research by: GORECKI,MARIA
08/10/23 AUTOMATED RESEARCH-WESTLAW                             10.00
         Date: 8/10/23
         Research by: ORTIZ,JENNIFER
08/10/23 AUTOMATED RESEARCH-WESTLAW                              1.59
         Date: 8/10/23
         Research by: MELENDEZ,JESSICA
08/10/23 AUTOMATED RESEARCH-WESTLAW                             10.00
         Date: 8/10/23
         Research by: ORTIZ,JENNIFER
08/10/23 AUTOMATED RESEARCH-WESTLAW                             75.01
         Date: 8/10/23
         Research by: PLANAMENTO,JOHN
08/10/23 AUTOMATED RESEARCH-WESTLAW                              2.87
         Date: 8/10/23
         Research by: GREENSTEIN,MICHAEL
08/10/23 AUTOMATED RESEARCH-WESTLAW                              2.87
         Date: 8/10/23
         Research by: GREENSTEIN,MICHAEL
08/10/23 AUTOMATED RESEARCH-WESTLAW                             64.50
         Date: 8/10/23
         Research by: GORECKI,MARIA
08/11/23 AUTOMATED RESEARCH-WESTLAW                             10.27
         Date: 8/11/23
         Research by: GORECKI,MARIA
08/11/23 AUTOMATED RESEARCH-WESTLAW                             10.89
         Date: 8/11/23
         Research by: ORTIZ,JENNIFER
08/11/23 AUTOMATED RESEARCH-WESTLAW                              1.59
         Date: 8/11/23
         Research by: MELENDEZ,JESSICA
08/11/23 AUTOMATED RESEARCH-WESTLAW                             10.89
         Date: 8/11/23
         Research by: ORTIZ,JENNIFER
08/11/23 AUTOMATED RESEARCH-WESTLAW                             10.27
         Date: 8/11/23
         Research by: GORECKI,MARIA
08/11/23 AUTOMATED RESEARCH-WESTLAW                             10.89
         Date: 8/11/23
         Research by: ORTIZ,JENNIFER
08/11/23 AUTOMATED RESEARCH-WESTLAW                              1.59
         Date: 8/11/23
         Research by: MELENDEZ,JESSICA
08/11/23 AUTOMATED RESEARCH-WESTLAW                             10.89
         Date: 8/11/23
         Research by: ORTIZ,JENNIFER
```

Yellow Corporation -- Bankruptcy                    Aug 31, 2023    PAGE    7
FILE NUMBER: 12382901
INVOICE NO.: ******

08/12/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/12/23
         Research by: ORTIZ,JENNIFER
08/12/23 AUTOMATED RESEARCH-WESTLAW                            1.59
         Date: 8/12/23
         Research by: MELENDEZ,JESSICA
08/12/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/12/23
         Research by: ORTIZ,JENNIFER
08/12/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/12/23
         Research by: ORTIZ,JENNIFER
08/12/23 AUTOMATED RESEARCH-WESTLAW                            1.59
         Date: 8/12/23
         Research by: MELENDEZ,JESSICA
08/12/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/12/23
         Research by: ORTIZ,JENNIFER
08/13/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/13/23
         Research by: ORTIZ,JENNIFER
08/13/23 AUTOMATED RESEARCH-WESTLAW                            1.59
         Date: 8/13/23
         Research by: MELENDEZ,JESSICA
08/13/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/13/23
         Research by: ORTIZ,JENNIFER
08/13/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/13/23
         Research by: ORTIZ,JENNIFER
08/13/23 AUTOMATED RESEARCH-WESTLAW                           20.55
         Date: 8/13/23
         Research by: GORECKI,MARIA
08/13/23 AUTOMATED RESEARCH-WESTLAW                            1.59
         Date: 8/13/23
         Research by: MELENDEZ,JESSICA
08/13/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/13/23
         Research by: ORTIZ,JENNIFER
08/13/23 AUTOMATED RESEARCH-WESTLAW                           20.55
         Date: 8/13/23
         Research by: GORECKI,MARIA
08/14/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/14/23
         Research by: ORTIZ,JENNIFER
08/14/23 AUTOMATED RESEARCH-WESTLAW                            1.59
         Date: 8/14/23
         Research by: MELENDEZ,JESSICA
08/14/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/14/23
         Research by: ORTIZ,JENNIFER

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023    PAGE    8
FILE NUMBER: 12382901
INVOICE NO.: ******

08/14/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/14/23
         Research by: ORTIZ,JENNIFER
08/14/23 AUTOMATED RESEARCH-WESTLAW                         1.59
         Date: 8/14/23
         Research by: MELENDEZ,JESSICA
08/14/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/14/23
         Research by: ORTIZ,JENNIFER
08/15/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/15/23
         Research by: ORTIZ,JENNIFER
08/15/23 AUTOMATED RESEARCH-WESTLAW                         1.59
         Date: 8/15/23
         Research by: MELENDEZ,JESSICA
08/15/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/15/23
         Research by: ORTIZ,JENNIFER
08/15/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/15/23
         Research by: ORTIZ,JENNIFER
08/15/23 AUTOMATED RESEARCH-WESTLAW                       137.92
         Date: 8/15/23
         Research by: PLANAMENTO,JOHN
08/15/23 AUTOMATED RESEARCH-WESTLAW                         1.59
         Date: 8/15/23
         Research by: MELENDEZ,JESSICA
08/15/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/15/23
         Research by: ORTIZ,JENNIFER
08/15/23 AUTOMATED RESEARCH-WESTLAW                       137.92
         Date: 8/15/23
         Research by: PLANAMENTO,JOHN
08/16/23 AUTOMATED RESEARCH-WESTLAW                        15.14
         Date: 8/16/23
         Research by: GORECKI,MARIA
08/16/23 AUTOMATED RESEARCH-WESTLAW                        10.00
         Date: 8/16/23
         Research by: ORTIZ,JENNIFER
08/16/23 AUTOMATED RESEARCH-WESTLAW                         1.46
         Date: 8/16/23
         Research by: MELENDEZ,JESSICA
08/16/23 AUTOMATED RESEARCH-WESTLAW                         4.53
         Date: 8/16/23
         Research by: GREENSTEIN,MICHAEL
08/16/23 AUTOMATED RESEARCH-WESTLAW                        15.14
         Date: 8/16/23
         Research by: GORECKI,MARIA
08/16/23 AUTOMATED RESEARCH-WESTLAW                        10.00
         Date: 8/16/23
         Research by: ORTIZ,JENNIFER
```

```
Yellow Corporation -- Bankruptcy                 Aug 31, 2023    PAGE   9
FILE NUMBER: 12382901
INVOICE NO.: ******

08/16/23 AUTOMATED RESEARCH-WESTLAW                         10.00
         Date: 8/16/23
         Research by: ORTIZ,JENNIFER
08/16/23 AUTOMATED RESEARCH-WESTLAW                          1.46
         Date: 8/16/23
         Research by: MELENDEZ,JESSICA
08/16/23 AUTOMATED RESEARCH-WESTLAW                         10.00
         Date: 8/16/23
         Research by: ORTIZ,JENNIFER
08/16/23 AUTOMATED RESEARCH-WESTLAW                          4.53
         Date: 8/16/23
         Research by: GREENSTEIN,MICHAEL
08/17/23 AUTOMATED RESEARCH-WESTLAW                         10.89
         Date: 8/17/23
         Research by: ORTIZ,JENNIFER
08/17/23 AUTOMATED RESEARCH-WESTLAW                          1.59
         Date: 8/17/23
         Research by: MELENDEZ,JESSICA
08/17/23 AUTOMATED RESEARCH-WESTLAW                         10.89
         Date: 8/17/23
         Research by: ORTIZ,JENNIFER
08/17/23 AUTOMATED RESEARCH-WESTLAW                         10.89
         Date: 8/17/23
         Research by: ORTIZ,JENNIFER
08/17/23 AUTOMATED RESEARCH-WESTLAW                          1.59
         Date: 8/17/23
         Research by: MELENDEZ,JESSICA
08/17/23 AUTOMATED RESEARCH-WESTLAW                         10.89
         Date: 8/17/23
         Research by: ORTIZ,JENNIFER
08/18/23 AUTOMATED RESEARCH-WESTLAW                          2.47
         Date: 8/18/23
         Research by: ORTIZ,JENNIFER
08/18/23 AUTOMATED RESEARCH-WESTLAW                         10.89
         Date: 8/18/23
         Research by: ORTIZ,JENNIFER
08/18/23 AUTOMATED RESEARCH-WESTLAW                          1.59
         Date: 8/18/23
         Research by: MELENDEZ,JESSICA
08/18/23 AUTOMATED RESEARCH-WESTLAW                         10.89
         Date: 8/18/23
         Research by: ORTIZ,JENNIFER
08/18/23 AUTOMATED RESEARCH-WESTLAW                          2.47
         Date: 8/18/23
         Research by: ORTIZ,JENNIFER
08/18/23 AUTOMATED RESEARCH-WESTLAW                         10.89
         Date: 8/18/23
         Research by: ORTIZ,JENNIFER
08/18/23 AUTOMATED RESEARCH-WESTLAW                          1.59
         Date: 8/18/23
         Research by: MELENDEZ,JESSICA
```

```
Yellow Corporation -- Bankruptcy                    Aug 31, 2023        PAGE 10
FILE NUMBER: 12382901
INVOICE NO.: ******

08/18/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/18/23
         Research by: ORTIZ,JENNIFER
08/19/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/19/23
         Research by: ORTIZ,JENNIFER
08/19/23 AUTOMATED RESEARCH-WESTLAW                         2.47
         Date: 8/19/23
         Research by: GREENSTEIN,MICHAEL
08/19/23 AUTOMATED RESEARCH-WESTLAW                         1.59
         Date: 8/19/23
         Research by: MELENDEZ,JESSICA
08/19/23 AUTOMATED RESEARCH-WESTLAW                         2.47
         Date: 8/19/23
         Research by: ORTIZ,JENNIFER
08/19/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/19/23
         Research by: ORTIZ,JENNIFER
08/19/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/19/23
         Research by: ORTIZ,JENNIFER
08/19/23 AUTOMATED RESEARCH-WESTLAW                         2.47
         Date: 8/19/23
         Research by: GREENSTEIN,MICHAEL
08/19/23 AUTOMATED RESEARCH-WESTLAW                         1.59
         Date: 8/19/23
         Research by: MELENDEZ,JESSICA
08/19/23 AUTOMATED RESEARCH-WESTLAW                         2.47
         Date: 8/19/23
         Research by: ORTIZ,JENNIFER
08/19/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/19/23
         Research by: ORTIZ,JENNIFER
08/20/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/20/23
         Research by: ORTIZ,JENNIFER
08/20/23 AUTOMATED RESEARCH-WESTLAW                         1.59
         Date: 8/20/23
         Research by: MELENDEZ,JESSICA
08/20/23 AUTOMATED RESEARCH-WESTLAW                        46.66
         Date: 8/20/23
         Research by: PLANAMENTO,JOHN
08/20/23 AUTOMATED RESEARCH-WESTLAW                        89.43
         Date: 8/20/23
         Research by: GORECKI,MARIA
08/20/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/20/23
         Research by: ORTIZ,JENNIFER
08/20/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/20/23
         Research by: ORTIZ,JENNIFER
```

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023      PAGE 11
FILE NUMBER: 12382901
INVOICE NO.: ******

08/20/23 AUTOMATED RESEARCH-WESTLAW                      1.59
         Date: 8/20/23
         Research by: MELENDEZ,JESSICA
08/20/23 AUTOMATED RESEARCH-WESTLAW                     10.89
         Date: 8/20/23
         Research by: ORTIZ,JENNIFER
08/20/23 AUTOMATED RESEARCH-WESTLAW                     89.43
         Date: 8/20/23
         Research by: GORECKI,MARIA
08/20/23 AUTOMATED RESEARCH-WESTLAW                     46.66
         Date: 8/20/23
         Research by: PLANAMENTO,JOHN
08/21/23 AUTOMATED RESEARCH-WESTLAW                     10.00
         Date: 8/21/23
         Research by: ORTIZ,JENNIFER
08/21/23 AUTOMATED RESEARCH-WESTLAW                      1.46
         Date: 8/21/23
         Research by: MELENDEZ,JESSICA
08/21/23 AUTOMATED RESEARCH-WESTLAW                     10.00
         Date: 8/21/23
         Research by: ORTIZ,JENNIFER
08/21/23 AUTOMATED RESEARCH-WESTLAW                     10.00
         Date: 8/21/23
         Research by: ORTIZ,JENNIFER
08/21/23 AUTOMATED RESEARCH-WESTLAW                      1.46
         Date: 8/21/23
         Research by: MELENDEZ,JESSICA
08/21/23 AUTOMATED RESEARCH-WESTLAW                     10.00
         Date: 8/21/23
         Research by: ORTIZ,JENNIFER
08/22/23 AUTOMATED RESEARCH-WESTLAW                     10.89
         Date: 8/22/23
         Research by: ORTIZ,JENNIFER
08/22/23 AUTOMATED RESEARCH-WESTLAW                      1.59
         Date: 8/22/23
         Research by: MELENDEZ,JESSICA
08/22/23 AUTOMATED RESEARCH-WESTLAW                     10.89
         Date: 8/22/23
         Research by: ORTIZ,JENNIFER
08/22/23 AUTOMATED RESEARCH-WESTLAW                     20.55
         Date: 8/22/23
         Research by: PLANAMENTO,JOHN
08/22/23 AUTOMATED RESEARCH-WESTLAW                     10.89
         Date: 8/22/23
         Research by: ORTIZ,JENNIFER
08/22/23 AUTOMATED RESEARCH-WESTLAW                      1.59
         Date: 8/22/23
         Research by: MELENDEZ,JESSICA
08/22/23 AUTOMATED RESEARCH-WESTLAW                     10.89
         Date: 8/22/23
         Research by: ORTIZ,JENNIFER
```

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023        PAGE 12
FILE NUMBER: 12382901
INVOICE NO.: ******

08/22/23 AUTOMATED RESEARCH-WESTLAW                        20.55
         Date: 8/22/23
         Research by: PLANAMENTO,JOHN
08/23/23 AUTOMATED RESEARCH-WESTLAW                        10.27
         Date: 8/23/23
         Research by: SALVATORE,BENJAMIN
08/23/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/23/23
         Research by: ORTIZ,JENNIFER
08/23/23 AUTOMATED RESEARCH-WESTLAW                         1.59
         Date: 8/23/23
         Research by: MELENDEZ,JESSICA
08/23/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/23/23
         Research by: ORTIZ,JENNIFER
08/23/23 AUTOMATED RESEARCH-WESTLAW                        10.27
         Date: 8/23/23
         Research by: SALVATORE,BENJAMIN
08/23/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/23/23
         Research by: ORTIZ,JENNIFER
08/23/23 AUTOMATED RESEARCH-WESTLAW                         1.59
         Date: 8/23/23
         Research by: MELENDEZ,JESSICA
08/23/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/23/23
         Research by: ORTIZ,JENNIFER
08/24/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/24/23
         Research by: ORTIZ,JENNIFER
08/24/23 AUTOMATED RESEARCH-WESTLAW                         1.59
         Date: 8/24/23
         Research by: MELENDEZ,JESSICA
08/24/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/24/23
         Research by: ORTIZ,JENNIFER
08/24/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/24/23
         Research by: ORTIZ,JENNIFER
08/24/23 AUTOMATED RESEARCH-WESTLAW                         1.59
         Date: 8/24/23
         Research by: MELENDEZ,JESSICA
08/24/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/24/23
         Research by: ORTIZ,JENNIFER
08/25/23 AUTOMATED RESEARCH-WESTLAW                        10.89
         Date: 8/25/23
         Research by: ORTIZ,JENNIFER
08/25/23 AUTOMATED RESEARCH-WESTLAW                         1.59
         Date: 8/25/23
         Research by: MELENDEZ,JESSICA
```

```
Yellow Corporation -- Bankruptcy                    Aug 31, 2023        PAGE 13
FILE NUMBER: 12382901
INVOICE NO.: ******

08/25/23 AUTOMATED RESEARCH-WESTLAW                            2.47
         Date: 8/25/23
         Research by: ORTIZ,JENNIFER
08/25/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/25/23
         Research by: ORTIZ,JENNIFER
08/25/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/25/23
         Research by: ORTIZ,JENNIFER
08/25/23 AUTOMATED RESEARCH-WESTLAW                           51.36
         Date: 8/25/23
         Research by: SALVATORE,BENJAMIN
08/25/23 AUTOMATED RESEARCH-WESTLAW                            1.59
         Date: 8/25/23
         Research by: MELENDEZ,JESSICA
08/25/23 AUTOMATED RESEARCH-WESTLAW                            2.47
         Date: 8/25/23
         Research by: ORTIZ,JENNIFER
08/25/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/25/23
         Research by: ORTIZ,JENNIFER
08/25/23 AUTOMATED RESEARCH-WESTLAW                           51.36
         Date: 8/25/23
         Research by: SALVATORE,BENJAMIN
08/26/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/26/23
         Research by: ORTIZ,JENNIFER
08/26/23 AUTOMATED RESEARCH-WESTLAW                            1.59
         Date: 8/26/23
         Research by: MELENDEZ,JESSICA
08/26/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/26/23
         Research by: ORTIZ,JENNIFER
08/26/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/26/23
         Research by: ORTIZ,JENNIFER
08/26/23 AUTOMATED RESEARCH-WESTLAW                            1.59
         Date: 8/26/23
         Research by: MELENDEZ,JESSICA
08/26/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/26/23
         Research by: ORTIZ,JENNIFER
08/27/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/27/23
         Research by: ORTIZ,JENNIFER
08/27/23 AUTOMATED RESEARCH-WESTLAW                            1.59
         Date: 8/27/23
         Research by: MELENDEZ,JESSICA
08/27/23 AUTOMATED RESEARCH-WESTLAW                           10.89
         Date: 8/27/23
         Research by: ORTIZ,JENNIFER
```

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023        PAGE 14
FILE NUMBER: 12382901
INVOICE NO.: ******

08/27/23 AUTOMATED RESEARCH-WESTLAW                      10.89
         Date: 8/27/23
         Research by: ORTIZ,JENNIFER
08/27/23 AUTOMATED RESEARCH-WESTLAW                       1.59
         Date: 8/27/23
         Research by: MELENDEZ,JESSICA
08/27/23 AUTOMATED RESEARCH-WESTLAW                      10.89
         Date: 8/27/23
         Research by: ORTIZ,JENNIFER
08/28/23 AUTOMATED RESEARCH-WESTLAW                      10.89
         Date: 8/28/23
         Research by: ORTIZ,JENNIFER
08/28/23 AUTOMATED RESEARCH-WESTLAW                       1.59
         Date: 8/28/23
         Research by: MELENDEZ,JESSICA
08/28/23 AUTOMATED RESEARCH-WESTLAW                      10.89
         Date: 8/28/23
         Research by: ORTIZ,JENNIFER
08/28/23 AUTOMATED RESEARCH-WESTLAW                      51.36
         Date: 8/28/23
         Research by: SALVATORE,BENJAMIN
08/28/23 AUTOMATED RESEARCH-WESTLAW                      10.89
         Date: 8/28/23
         Research by: ORTIZ,JENNIFER
08/28/23 AUTOMATED RESEARCH-WESTLAW                       1.59
         Date: 8/28/23
         Research by: MELENDEZ,JESSICA
08/28/23 AUTOMATED RESEARCH-WESTLAW                      10.89
         Date: 8/28/23
         Research by: ORTIZ,JENNIFER
08/28/23 AUTOMATED RESEARCH-WESTLAW                      51.36
         Date: 8/28/23
         Research by: SALVATORE,BENJAMIN
08/29/23 AUTOMATED RESEARCH-WESTLAW                      51.12
         Date: 8/29/23
         Research by: SALVATORE,BENJAMIN
08/29/23 AUTOMATED RESEARCH-WESTLAW                      10.89
         Date: 8/29/23
         Research by: ORTIZ,JENNIFER
08/29/23 AUTOMATED RESEARCH-WESTLAW                       4.94
         Date: 8/29/23
         Research by: GREENSTEIN,MICHAEL
08/29/23 AUTOMATED RESEARCH-WESTLAW                       1.59
         Date: 8/29/23
         Research by: MELENDEZ,JESSICA
08/29/23 AUTOMATED RESEARCH-WESTLAW                      10.89
         Date: 8/29/23
         Research by: ORTIZ,JENNIFER
08/29/23 AUTOMATED RESEARCH-WESTLAW                      51.12
         Date: 8/29/23
         Research by: SALVATORE,BENJAMIN
```

```
Yellow Corporation -- Bankruptcy                    Aug 31, 2023        PAGE 15
FILE NUMBER: 12382901
INVOICE NO.: ******

08/29/23 AUTOMATED RESEARCH-WESTLAW                              4.94
         Date: 8/29/23
         Research by: GREENSTEIN,MICHAEL
08/29/23 AUTOMATED RESEARCH-WESTLAW                             10.89
         Date: 8/29/23
         Research by: ORTIZ,JENNIFER
08/29/23 AUTOMATED RESEARCH-WESTLAW                              1.59
         Date: 8/29/23
         Research by: MELENDEZ,JESSICA
08/29/23 AUTOMATED RESEARCH-WESTLAW                             10.89
         Date: 8/29/23
         Research by: ORTIZ,JENNIFER
08/30/23 AUTOMATED RESEARCH-WESTLAW                             10.89
         Date: 8/30/23
         Research by: ORTIZ,JENNIFER
08/30/23 AUTOMATED RESEARCH-WESTLAW                              1.59
         Date: 8/30/23
         Research by: MELENDEZ,JESSICA
08/30/23 AUTOMATED RESEARCH-WESTLAW                             10.89
         Date: 8/30/23
         Research by: ORTIZ,JENNIFER
08/30/23 AUTOMATED RESEARCH-WESTLAW                             82.18
         Date: 8/30/23
         Research by: SALVATORE,BENJAMIN
08/30/23 AUTOMATED RESEARCH-WESTLAW                             10.89
         Date: 8/30/23
         Research by: ORTIZ,JENNIFER
08/30/23 AUTOMATED RESEARCH-WESTLAW                              1.59
         Date: 8/30/23
         Research by: MELENDEZ,JESSICA
08/30/23 AUTOMATED RESEARCH-WESTLAW                             10.89
         Date: 8/30/23
         Research by: ORTIZ,JENNIFER
08/30/23 AUTOMATED RESEARCH-WESTLAW                             82.18
         Date: 8/30/23
         Research by: SALVATORE,BENJAMIN
08/31/23 AUTOMATED RESEARCH-WESTLAW                             10.89
         Date: 8/31/23
         Research by: ORTIZ,JENNIFER
08/31/23 AUTOMATED RESEARCH-WESTLAW                              1.59
         Date: 8/31/23
         Research by: MELENDEZ,JESSICA
08/31/23 AUTOMATED RESEARCH-WESTLAW                             10.89
         Date: 8/31/23
         Research by: ORTIZ,JENNIFER
08/31/23 AUTOMATED RESEARCH-WESTLAW                             10.89
         Date: 8/31/23
         Research by: ORTIZ,JENNIFER
08/31/23 AUTOMATED RESEARCH-WESTLAW                              1.59
         Date: 8/31/23
         Research by: MELENDEZ,JESSICA
```

```
Yellow Corporation -- Bankruptcy                Aug 31, 2023        PAGE 16
FILE NUMBER: 12382901
INVOICE NO.: ******

08/31/23 AUTOMATED RESEARCH-WESTLAW                          10.89
         Date: 8/31/23
         Research by: ORTIZ,JENNIFER

                                        SUBTOTAL:      3,405.02

AUTOMATED RESEARCH-LEXIS

08/11/23 AUTOMATED RESEARCH-LEXIS                           89.51
         Date: 8/11/23
         Research by: ANGEL, MICHEL

                                        SUBTOTAL:        89.51

DOCUMENT DELIVERY

08/09/23 DOCUMENT DELIVERY                                  74.77
         Tracking ID:   773005115881 Date:8/09/23
         Sender Name: Angel Rivera
         Recipient Name: Maria Gorecki
         From: 1633 Broadway 19th Floor
         To: 2106 Ridgeview Way LONGMONT
         CO 80504
         FedEx Inv #: 822173879 Inv Date: 8/14/23
08/17/23 DOCUMENT DELIVERY                                  28.22
         Tracking ID:   773091070110 Date:8/17/23
         Sender Name: Melissa A. Barahona
         Recipient Name: Taylor J. Ferguson
         From: 1633 Broadway
         To: 144 N. Delaware Street INDIANAPOLIS
         IN 46204
         FedEx Inv #: 822952253 Inv Date: 8/21/23
08/17/23 DOCUMENT DELIVERY                                  28.78
         Tracking ID:   773091260228 Date:8/17/23
         Sender Name: Melissa A. Barahona
         Recipient Name: M. Katherine Paulus
         From: 1633 Broadway
         To: 5821 NW 72nd Street KANSAS CITY
         MO 64151
         FedEx Inv #: 822952253 Inv Date: 8/21/23
08/18/23 DOCUMENT DELIVERY                                  66.13
         Tracking ID:   7.73101E+11 Date:8/18/23
         Sender Name: Corey Hirsch
         Recipient Name: Terry W. Heady
         From: 1633 Broadway 20th Floor
         To: 54 West Downer Place Suite 106 AURORA
         IL 60506
         FedEx Inv #: 823685676 Inv Date: 8/28/23

                                        SUBTOTAL:       197.90
```

```
Yellow Corporation -- Bankruptcy                Aug 31, 2023      PAGE 17
FILE NUMBER: 12382901
INVOICE NO.: ******

        TOTAL                                   $5,596.09
```

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**


AUGUST 31, 2023


12382902
Yellow Corporation -- Bankruptcy
Labor Dispute


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|---|---|---|

08/07/23 MARC E. KASOWITZ                                        5.00
    Work re bankruptcy issues (2.0); work re media
    issues, including Fox Business appearance
    (3.0).

08/07/23 RONALD R. ROSSI                                         8.10
    Meet with M. Kasowitz to prep for Fox News
    appearance (1.5); attend same (1.5); review
    draft MTD briefing and discuss w/ M. Gorecki
    (2.5); meet w/ M. Kasowitz re case status and
    strategy (2.0); discuss case logistics w/ local
    counsel and review correspondence re same (.6).

08/07/23 MATTHEW B. STEIN                                         .80
    Review strategy re motion to transfer.

08/07/23 MARIA GORECKI                                           9.60
    Confer w/R. Rossi re opposition to motion to
    dismiss (1.2); confer w/L. Youness and B.
    Salvatore re research needed for opposition
    brief (.5); revise Tenth Circuit motion for
    voluntary dismissal (.3); confer w/D. Johnson
    and w/R. Rossi re motion for voluntary
    dismissal and for extension of time (.5);
    revise opposition to motion to dismiss (6.9);
    review J. Planamento research re motion to
    transfer (.2).

08/07/23 LENA YOUNESS                                            5.10
    Conduct research regarding union dispute
    (3.2); emails w/ KBT team re same (.4); draft
    notes and memorandum re same (1.5).

```
Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    2
FILE NUMBER: 12382902
INVOICE NO.: ******
```

08/07/23 BEN SALVATORE                                                .70
         Emails w/ M. Gorecki and team re billing and
         availability (.2); emails w/ L. Youness, J.
         Planamento re assignments (.3); email corres
         w/ M. Gorecki re same (.2).

08/07/23 JOHN PLANAMENTO                                             6.80
         Call with L. Youness and B. Salvatore re
         upcoming filings (.2); legal research re
         removal and transfer procedures, review
         relevant rules and cases, draft summaries of
         findings, and correspondence with M. Gorecki
         re same (4.8); review precedents of motions to
         transfer, check validity of caselaw, and
         correspondence with M. Gorecki re same (1.8).

08/08/23 MARC E. KASOWITZ                                            1.60
         Work re status and strategy (0.3); work w/MD
         (0.8); prep for first day hearing (0.5).

08/08/23 RONALD R. ROSSI                                             1.20
         Review research re potential motion to transfer
         (.8); correspond w/ M. Gorecki re same (.4).

08/08/23 MATTHEW B. STEIN                                            2.70
         Research re transfer of IBT litigation.

08/08/23 MARIA GORECKI                                               8.40
         Review Tenth Circuit order and court alerts
         (.1);  review order from district court (.1);
         further preparation of opposition to IBT motion
         to dismiss and send to R. Rossi (3.2); research
         for motion to transfer (5.0).

08/08/23 LENA YOUNESS                                                3.60
         Conduct research regarding union dispute
         (1.8); emails w/ KBT team re same (.6 ); draft
         notes and memorandum re same (1.2).

08/08/23 BEN SALVATORE                                               1.70
         Review docket updates re dismissal of appeal
         (.2);  review and provide comments re draft MTD
         brief (1.3); email corres w/ L. Youness and J.
         Planamento re same (.2).

08/08/23 JOHN PLANAMENTO                                             8.20
         Revise opposition to motion to dismiss (6.5);
         research re motion to transfer procedure and
         standards, draft summaries of findings, and
         correspondence with M. Gorecki re same (1.7).

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023    PAGE    3
FILE NUMBER: 12382902
INVOICE NO.: ******
```

| 08/08/23 WENDY ADAMES | .20 |
| --- | --- |

Update orders folder for attorney review.

| 08/08/23 MICHAEL BIRNBAUM | .10 |
| --- | --- |

Research re news article re Chapter 11 petition filing.

| 08/09/23 MARC E. KASOWITZ | 1.00 |
| --- | --- |

Work re strategy (0.4); work re media (.6).

| 08/09/23 MATTHEW B. STEIN | 2.30 |
| --- | --- |

Review case law re motion to transfer (1.9); emails re same (.4).

| 08/09/23 MARIA GORECKI | 2.70 |
| --- | --- |

Revise motion to transfer.

| 08/09/23 BEN SALVATORE | .20 |
| --- | --- |

Email corres w/ L. Youness and J. Planamento re MTD opp research (.1); review news coverage of bankruptcy and legal proceedings (.1).

| 08/09/23 JOHN PLANAMENTO | 8.40 |
| --- | --- |

Legal research re procedure, legal standards, and caselaw applications pertaining to arguments for draft of Motion to Transfer (3.2); draft summaries of findings (5.2).

| 08/09/23 WENDY ADAMES | 1.70 |
| --- | --- |

Update docket folder for attorney review (.2); assemble MTD binder per M. Gorecki (.9); draft index re same (.6).

| 08/10/23 MARC E. KASOWITZ | 1.00 |
| --- | --- |

Work re strategy with respect to IBTcase, including possible transfer to bankruptcy court.

| 08/10/23 RONALD R. ROSSI | 1.20 |
| --- | --- |

Review legal research re motion to transfer.

| 08/10/23 MARIA GORECKI | 6.90 |
| --- | --- |

Preparation of motion to transfer (5.4); review J. Planamento research re Section 1412 (1.0); confer w/team re motion to transfer (.5).

| 08/10/23 JOHN PLANAMENTO | 3.30 |
| --- | --- |

Legal research re procedural issues and application in caselaw of same in connection with Motion to Transfer and draft summaries of findings (3.0); email M. Gorecki re same (.3).

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023    PAGE    4
FILE NUMBER: 12382902
INVOICE NO.: ******
```

| | | |
|---|---|---:|
| 08/11/23 | MARC E. KASOWITZ | 1.00 |
| | Work re strategy concerning government CARES Act audit. | |
| 08/11/23 | MARIA GORECKI | 4.90 |
| | Prepare motion to transfer (4.6); confers w/team re same (.3). | |
| 08/11/23 | LENA YOUNESS | 4.60 |
| | Conduct research regarding union dispute (2.9); emails w/ KBT team re same (.5); draft notes and memorandum re same (1.2). | |
| 08/11/23 | BEN SALVATORE | .90 |
| | Review emails w/ M. Gorecki and team re motion to transfer (.3); review L. Youness cites and edits re motion to transfer (.4); email corres w/ J. Planamento and L. Youness re same (.2). | |
| 08/11/23 | JOHN PLANAMENTO | 6.00 |
| | Revise draft of Motion to Transfer (4.8); conduct fact research re issues with same and draft summaries of findings (1.0); correspondence with M. Gorecki re same (.2). | |
| 08/12/23 | MARIA GORECKI | 1.50 |
| | Preparation of motion to transfer and send to R. Rossi. | |
| 08/13/23 | MATTHEW B. STEIN | 1.90 |
| | Review motion to transfer. | |
| 08/13/23 | MARIA GORECKI | .40 |
| | Emails w/ R. Rossi and M. Stein re motion to transfer. | |
| 08/14/23 | RONALD R. ROSSI | 1.60 |
| | Review motion to transfer. | |
| 08/14/23 | MATTHEW B. STEIN | 1.90 |
| | Review brief re transfer motion. | |
| 08/14/23 | MARIA GORECKI | 1.40 |
| | Call w/R. Rossi re motion to transfer (.5); call w/L. Youness re researching circuit court treatment of Section 1412 (.2); team emails re motion to transfer (.7). | |
| 08/14/23 | BEN SALVATORE | .70 |
| | Review edits to motion to transfer to D. Del. bankruptcy court. | |

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023    PAGE    5
FILE NUMBER: 12382902
INVOICE NO.: ******
```

08/14/23 WENDY ADAMES                                            .90
         Draft bankruptcy notices for Avelar, Hernandez,
         Ronderos and Vizcaino.

08/15/23 MARC E. KASOWITZ                                       1.00
         Work re strategy re transferring case to
         Delaware.

08/15/23 RONALD R. ROSSI                                        2.80
         Revise draft motion to transfer.

08/15/23 MARIA GORECKI                                          1.30
         Review J. Planamento research on Section 1412
         and confer re same (.5); team emails (.1);
         call w/R. Rossi re motion to transfer (.1);
         review R. Rossi comments to revise motion to
         transfer (.6).

08/15/23 JOHN PLANAMENTO                                        3.60
         Legal research re motion to transfer precedent
         (2.4); summarize findings (1.2).

08/16/23 MARC E. KASOWITZ                                       1.30
         Status of bankruptcy (0.5); work re possible
         transfer of Union litigation (0.5); suggestions
         of bankruptcy filings (0.3).

08/16/23 RONALD R. ROSSI                                        4.20
         Revise draft motion to transfer.

08/16/23 MARIA GORECKI                                          1.70
         Review research from J. Planamento re Section
         1412 (.3); revise brief in support of motion
         to transfer (1.4).

08/17/23 MARC E. KASOWITZ                                       1.20
         Work re motion to transfer to D. Del.
         Bankruptcy Court (0.5); work re damages (0.7).

08/17/23 RONALD R. ROSSI                                        2.60
         Revise motion to transfer.

08/17/23 MARIA GORECKI                                          1.70
         Preparation of motion to transfer.

08/17/23 BEN SALVATORE                                          1.30
         Emails w/ M. Gorecki and J. Planamento re
         motion to transfer filing (.3); gather
         exhibits, proof and cite check memorandum iso
         motion to transfer (1.0).

Yellow Corporation -- Bankruptcy                    Aug 31, 2023    PAGE    6
FILE NUMBER: 12382902
INVOICE NO.: ******


08/17/23 JOHN PLANAMENTO                                            3.10
         Revise drafts of motion to transfer and
         accompanying brief (2.8); crrespondence with
         M. Gorecki re same (.3).

08/18/23 MARC E. KASOWITZ                                            .80
         Work re motion to transfer to bankruptcy court.

08/18/23 RONALD R. ROSSI                                            2.70
         Revise motion to transfer; coordinate filing
         of same.

08/18/23 MARIA GORECKI                                             3.50
         Finalize motion to transfer and ancillary
         documents for filing.

08/18/23 BEN SALVATORE                                             1.40
         Email corres w/ M. Gorecki and J. Planamento re
         motion to transfer filing (.2); gather and make
         adjustments to exhibits (.7); send exhibits to
         local counsel, Ogletree (.3); phone corres w/
         J. Planamento re same (.2).

08/18/23 WENDY ADAMES                                               .20
         Update docket folder for attorney review.

08/19/23 MARC E. KASOWITZ                                           .70
         Work re strategy for addressing potential
         motions to transfer/dismiss.

08/19/23 MARIA GORECKI                                             2.60
         Team emails re motion to transfer (.3); revise
         oppositions to motions to dismiss (2.3).

08/19/23 BEN SALVATORE                                             .20
         Email corres w/ M. Gorecki and J. Planamento
         re Motion to Transfer and next steps.

08/20/23 DANIEL R. BENSON                                         3.20
         Review opposition to Locals' motion to dismiss.

08/20/23 MARIA GORECKI                                            1.30
         Emails w/DRB re motions to dismiss (.1); revise
         opposition to Locals' MTD per DRB comments
         (1.2).

08/20/23 JOHN PLANAMENTO                                          1.80
         Legal research in connection with draft of
         opposition to motion to dismiss (.8); summarize
         findings re same (1.0).

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023    PAGE    7
FILE NUMBER: 12382902
INVOICE NO.: ******
```

08/21/23 DANIEL R. BENSON                                      4.60
         Review oppositions to motions to dismiss.

08/21/23 MARC E. KASOWITZ                                      1.00
         Review IBT submission and work re response and
         strategy.

08/21/23 RONALD R. ROSSI                                       2.20
         Review briefing sequence re motions to transfer
         and dismiss and filings re same.

08/21/23 MARIA GORECKI                                         2.30
         Revise opposition to motions to dismiss (1.8);
         call w/R. Rossi re opposition to motions to
         dismiss (.1); team confs re and revise draft
         motion for extension (.4)

08/21/23 BEN SALVATORE                                          .70
         Review email corres w/ M. Gorecki and J.
         Planamento re section 301 and contract law
         research for Locals MTD Opposition (.2);
         review Locals MTD Opp brief (.5).

08/21/23 WENDY ADAMES                                           .30
         Update docket folder for attorney review
         (Labor Dispute) (.2); update docket folder w/
         recent filings for attorney review (Patel and
         Dugger) (.1).

08/22/23 RONALD R. ROSSI                                       1.30
         Review motion practice sequencing.

08/22/23 MARIA GORECKI                                         1.40
         Call w/R. Rossi re motions to dismiss (.1);
         revise opposition to IBT/TNFINC motion to
         dismiss (1.1); review court order re extension
         and confer w/team re same (.2).

08/22/23 BEN SALVATORE                                         2.10
         Review docket updates re MTD opposition
         extension (.3); revise draft MTD oppositions
         and IBT/Local MTD briefs (1.4); email corres w/
         M. Gorecki and J. Planamento re next steps in
         responding to MTD (.2); review email corres w/
         opposing counsel and court re MTD opposition
         extension and motion to transfer (.2).

08/22/23 JOHN PLANAMENTO                                       3.60
         Revise draft of opposition to IBT motion to
         dismiss.

Yellow Corporation -- Bankruptcy                    Aug 31, 2023    PAGE    8
FILE NUMBER: 12382902
INVOICE NO.: ******


08/23/23 MARC E. KASOWITZ                                          1.00
         Work re motion to transfer and other motions.

08/23/23 RONALD R. ROSSI                                          1.20
         Review motion practice sequencing.

08/23/23 MATTHEW B. STEIN                                          .50
         Emails re UCC update on IBT litigation.

08/23/23 MARIA GORECKI                                            .70
         Revise opposition to IBT MTD per DRB comments.

08/23/23 BEN SALVATORE                                            1.10
         Email corres w/ M. Gorecki re motion to
         transfer and MTD decision (.2); legal research
         re same (.9).

08/24/23 MARC E. KASOWITZ                                          1.50
         Attend board meeting and litigation report.

08/25/23 MARC E. KASOWITZ                                          1.00
         Work re procedural and strategy issues.

08/25/23 MARIA GORECKI                                            .30
         Review B. Salvatore research for motion for
         extension and confer w/R. Rossi and w/B.
         Salvatore re same.

08/25/23 BEN SALVATORE                                            4.10
         Emails w/ M. Gorecki re hours log (.3); legal
         research re motion to transfer and MTD (3.5);
         email corres w/ M. Gorecki re research (.3).

08/26/23 MARC E. KASOWITZ                                          1.00
         Address procedural issues.

08/27/23 MARC E. KASOWITZ                                          .50
         Work re status and strategy.

08/28/23 MARC E. KASOWITZ                                          .50
         Work re strategy and presentation for
         creditors.

08/28/23 MARIA GORECKI                                            .70
         Emails re meeting w/committee of unsecured
         creditors (.1); review IBT brief on motion for
         extension (.4); review B. Salvatore research
         for reply on motion for extension (.2).

```
Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    9
FILE NUMBER: 12382902
INVOICE NO.: ******
```

| | |
|---|---:|
| 08/28/23 BEN SALVATORE | 2.10 |

Emails w/ M. Gorecki re time log (.2); review docket updates and Defendants' response to motion for extension to respond to MTD (.3); legal research re MTD opp, policy arguments, dismissal, leave to amend (1.4); email corres w/ M. Gorecki re same (.2).

| | |
|---|---:|
| 08/28/23 WENDY ADAMES | .10 |

Update docket folder for attorney review (Patel).

| | |
|---|---:|
| 08/29/23 KIM CONROY | .20 |

Emails re litigation and review filings re same.

| | |
|---|---:|
| 08/29/23 MARIA GORECKI | 5.50 |

Prepare reply on motion for extension (4.4); call w/R. Rossi re arguments for reply brief (.7); call w/B. Salvatore re research for reply brief (.4).

| | |
|---|---:|
| 08/29/23 BEN SALVATORE | 3.10 |

Emails w/ M. Gorecki re remaining research questions for MTD opp (.7); legal research re Sec 301 jurisdiction and venue standards, 1412 transfer, SMJ cases, standing in bankruptcy court (2.1); email corres w/ M. Gorecki re research (.3).

| | |
|---|---:|
| 08/30/23 MARC E. KASOWITZ | 1.00 |

Work re IBT litigation.

| | |
|---|---:|
| 08/30/23 RONALD R. ROSSI | 1.30 |

Review draft reply brief re motion sequencing.

| | |
|---|---:|
| 08/30/23 MATTHEW B. STEIN | 1.70 |

T/c w/ UCC re IBT litigation background (.8); address questions related to transfer motion (.9).

| | |
|---|---:|
| 08/30/23 MARIA GORECKI | 8.30 |

Calls w/R. Rossi re arguments on motion for extension (.2); preparation of brief on motion for extension (7.1); call w/M. Kasowitz, R. Rossi, and counsel for committee of unsecured creditors (1.0).

Yellow Corporation -- Bankruptcy                    Aug 31, 2023      PAGE 10
FILE NUMBER: 12382902
INVOICE NO.: ******


08/30/23 BEN SALVATORE                                                 6.10
         Legal research re Sec 301 jurisdiction and
         venue standards, motion to transfer, SMJ
         cases, standing in bankruptcy court (3.9);
         email corres w/ M. Gorecki re research (.5);
         review draft brief (1.3); email corres w/ M.
         Gorecki re comments and revisions (.4).

08/31/23 RONALD R. ROSSI                                               1.40
         Review draft reply brief re motion sequencing.

08/31/23 MARIA GORECKI                                                 1.40
         Confer w/R. Rossi and review R. Rossi comments
         on reply on motion for extension (.5); further
         revision of brief and circulate for comment
         (.7); review D. Johnson comments on brief and
         confer w/D. Johnson and w/R. Rossi re same
         (.2).

08/31/23 BEN SALVATORE                                                  .30
         Review draft reply brief to IBT opposition.


                    TOTAL HOURS                                      230.50

Yellow Corporation -- Bankruptcy                  Aug 31, 2023        PAGE 11
FILE NUMBER: 12382902
INVOICE NO.: ******

|                    | HOURS | RATE     | AMOUNT     |
|--------------------|-------|----------|------------|
| **PARTNER**        |       |          |            |
| DANIEL R. BENSON   | 7.80  | 2,100.00 | 16,380.00  |
| KIM CONROY         | .20   | 1,300.00 | 260.00     |
| MARC E. KASOWITZ   | 22.10 | 2,200.00 | 48,620.00  |
| RONALD R. ROSSI    | 31.80 | 1,350.00 | 42,930.00  |
| MATTHEW B. STEIN   | 11.80 | 1,450.00 | 17,110.00  |
| **COUNSEL**        |       |          |            |
| MARIA GORECKI      | 68.50 | 800.00   | 54,800.00  |
| **ASSOCIATE**      |       |          |            |
| JOHN PLANAMENTO    | 44.80 | 625.00   | 28,000.00  |
| BEN SALVATORE      | 26.70 | 625.00   | 16,687.50  |
| LENA YOUNESS       | 13.30 | 700.00   | 9,310.00   |
| **PARALEGAL**      |       |          |            |
| WENDY ADAMES       | 3.40  | 465.00   | 1,581.00   |
| MICHAEL BIRNBAUM   | .10   | 425.00   | 42.50      |

```
            TOTAL FEES                           $235,721.00


            TOTAL COSTS                                $.00


        TOTAL FEES AND COSTS                     $235,721.00
```

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**




AUGUST 31, 2023


12382903
Yellow Corporation -- Bankruptcy
General Corporate


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|


| 08/07/23 | MATTHEW B. STEIN<br>Draft email to team re case background, firm role (.8); review first day motions (2.1); coordinate notices, actions in pending litigations (.5). | 3.40 |
| 08/07/23 | MICHELE L. ANGELL<br>Review news re bankruptcy filing (.2); draft 327(e) retention application, proposed order, 2016 statement, and declaration (1.1); emails w/ M. Stein re same (.3). | 1.60 |
| 08/08/23 | RONALD R. ROSSI<br>Review M. Doheny prep for first day hearing. | 1.20 |
| 08/08/23 | MATTHEW B. STEIN<br>T/c w/ M. Doheny re prep for first day hearing (.8); t/c w/ CEO re WARN act claims, other employment issues (.5). | 1.30 |
| 08/08/23 | MICHELE L. ANGELL<br>Draft 327(e) application (1.8); review IBT complaint and docket, and bankruptcy first day declaration, in order to draft same (.7). | 2.50 |
| 08/09/23 | RONALD R. ROSSI<br>Attend first day hearing. | 1.10 |
| 08/09/23 | MATTHEW B. STEIN<br>Attend first day hearing. | 1.10 |
| 08/09/23 | MATTHEW B. STEIN<br>T/c re settlement payment due to EEOC. | .20 |

Yellow Corporation -- Bankruptcy                    Aug 31, 2023    PAGE    2
FILE NUMBER: 12382903
INVOICE NO.: ******


08/10/23 MICHELE L. ANGELL                                              .20
         Conf. w/ M. Stein re 327(e) application and
         attendant papers.

08/11/23 MARC E. KASOWITZ                                              1.00
         Attend Yellow board meeting.

08/11/23 RONALD R. ROSSI                                               1.00
         Attend DIP hearing.

08/11/23 MATTHEW B. STEIN                                              2.20
         Attend DIP hearing (.5); attn to suggestion of
         bankruptcy notices (.9); attn to review of
         WARN Act claims (.8)

08/11/23 MICHELE L. ANGELL                                             3.90
         Draft 327(e) application, proposed order, Rule
         2016 statement, and firm declaration (2.3);
         conduct legal research and review of Bankruptcy
         Code, Bankruptcy Rules, and Local Rules re same
         (1.1); email M. Stein re same and re White
         Eagle examples (.5).

08/11/23 MICHAEL BIRNBAUM                                               .50
         Research re retention applications.

08/14/23 MATTHEW B. STEIN                                              1.50
         Review retention application draft.

08/16/23 MATTHEW B. STEIN                                              1.20
         T/c w/ L. Dawson re pending litigation issues,
         Sedgwick reimbursement, pension w/d liability,
         notice of suggestion of bankruptcy.

08/17/23 MATTHEW B. STEIN                                              3.80
         Review filing re suggestion of bankruptcy
         notices (.5); t/c w/ K. Conroy re inspector
         general (.5); attend hearing (.3); review
         issues related to government Cares Act loan
         (.4); t/cs w/ team re stay issues in pending
         litigation matters (.7); work through conflict
         disclosure issues re retention (1.4).

08/18/23 MATTHEW B. STEIN                                               .30
         T/c w/ K&E re extension of stay.

08/21/23 MICHAEL E. HUTCHINS                                            .60
         Exchange messages and telephone conference
         regarding Yellow bankruptcy issues.

Yellow Corporation -- Bankruptcy                    Aug 31, 2023    PAGE    3
FILE NUMBER: 12382903
INVOICE NO.: ******


08/22/23 MATTHEW B. STEIN                                            .90
         Review automatic stay issues re pending
         litigations.

08/24/23 MARC E. KASOWITZ                                           .70
         Appearance at board call.

08/24/23 CONSTANTINE PAMPHILIS                                      .60
         Review bankruptcy retention application for KBT
         (.4); prepare e-mail to M. Stein, R. Rossi, K.
         Conroy, and M. Lerner re same (.2).

08/24/23 MICHAEL E. HUTCHINS                                        .50
         Email internal team regarding Yellow bankruptcy
         matters with initial review of retention
         application.

08/24/23 RONALD R. ROSSI                                           2.40
         Attend Yellow Board meeting (1.0); review
         retention application (1.4).

08/24/23 MATTHEW B. STEIN                                          1.60
         Review conflict and other disclosure issues re
         retention.

08/24/23 CLARA SCHAEFFER                                            .50
         E-file Notice of Bankruptcy.

08/25/23 CONSTANTINE PAMPHILIS                                      .50
         Review carve-out reporting.

08/25/23 MICHAEL E. HUTCHINS                                       1.10
         Review communications regarding Yellow
         bankruptcy matters (.4); review draft retention
         application (.3); emails internal team with
         comments regarding same (.4).

08/25/23 RONALD R. ROSSI                                           1.30
         Review retention application.

08/25/23 KIM CONROY                                                .70
         Emails re Alvarez submissions (.2); revise
         same (.5).

08/25/23 MATTHEW B. STEIN                                          2.40
         Emails re retention issues (.6); revise
         application re same (.7); attn to conflicts
         issues re same (.3); attn to general litigation
         issues re automatic stay and non-Yellow
         defendants (.8).

```
Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    4
FILE NUMBER: 12382903
INVOICE NO.: ******
```

08/25/23 MARIA GORECKI                                          1.40
         Revise retention application (1.1); prepare
         fee estimate for carve-out reserve (.3).

08/26/23 MATTHEW B. STEIN                                        .30
         T/c w/ P. Nash re retention issue.

08/28/23 MATTHEW B. STEIN                                       2.10
         T/c w/ L. Dawson re suggestion of bankruptcy
         filings, w/d pension liability, WARN Act
         claims, other litigation issues (.9); update
         retention application (1.2).

08/29/23 MATTHEW B. STEIN                                       1.30
         T/c w/ US Trustee re retention issues (.4);
         update team re same (.1); revise papers re
         same (.8).

08/30/23 MATTHEW B. STEIN                                       1.20
         Finalize retention application and circulate
         draft to K&E.

08/31/23 MATTHEW B. STEIN                                       2.60
         Address stay extension issues (.9).; work re
         additional conflict disclosures for retention
         (1.7).


            TOTAL HOURS                                        50.70

```
Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    5
FILE NUMBER: 12382903
INVOICE NO.: ******
```

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| KIM CONROY | .70 | 1,300.00 | 910.00 |
| MICHAEL E. HUTCHINS | 2.20 | 1,200.00 | 2,640.00 |
| MARC E. KASOWITZ | 1.70 | 2,200.00 | 3,740.00 |
| CONSTANTINE PAMPHILIS | 1.10 | 1,100.00 | 1,210.00 |
| RONALD R. ROSSI | 7.00 | 1,350.00 | 9,450.00 |
| MATTHEW B. STEIN | 27.40 | 1,450.00 | 39,730.00 |
| | | | |
| **COUNSEL** | | | |
| MARIA GORECKI | 1.40 | 800.00 | 1,120.00 |
| | | | |
| **ASSOCIATE** | | | |
| MICHELE L. ANGELL | 8.20 | 1,150.00 | 9,430.00 |
| | | | |
| **PARALEGAL** | | | |
| MICHAEL BIRNBAUM | .50 | 425.00 | 212.50 |
| | | | |
| **MANAGING CLERK** | | | |
| CLARA SCHAEFFER | .50 | 235.00 | 117.50 |

```
          TOTAL FEES                         $68,560.00


          TOTAL COSTS                             $.00


     TOTAL FEES AND COSTS                    $68,560.00
```

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**




AUGUST 31, 2023


12382906
Yellow Corporation -- Bankruptcy
Peak Action


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|-----------------------|-------|
| 08/17/23 | JACOB ABRAMS | 1.00 |
| | Review case strategy in light of bankruptcy filing (.5); emails and t/c with D. Johnson re same (.3); emails with R. Rossi, client re same (.2). | |


TOTAL HOURS                                    1.00

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023    PAGE    2
FILE NUMBER: 12382906
INVOICE NO.: ******
```

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PARTNER |  |  |  |
| JACOB ABRAMS | 1.00 | 1,075.00 | 1,075.00 |

|  |  |
|---|---|
| TOTAL FEES | $1,075.00 |
| TOTAL COSTS | $.00 |
| TOTAL FEES AND COSTS | $1,075.00 |

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**



AUGUST 31, 2023


12382908
Yellow Corporation -- Bankruptcy
Randall, Aisha


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 08/08/23 | ROBERT W. BOSSLET III<br>Communications with opposing counsel and<br>arbitrator re bankruptcy and related stay. | .30 |
| 08/08/23 | JONATHAN L. SHAPIRO<br>Prepare corr. to arbitrator re bankruptcy<br>filing. | .20 |
| 08/09/23 | JONATHAN L. SHAPIRO<br>Corr. with Judicate West re arbitration. | .20 |
| 08/18/23 | ROBERT W. BOSSLET III<br>Revise bankruptcy notice. | .40 |
| 08/18/23 | JONATHAN L. SHAPIRO<br>Revise notice of suggestion of bankruptcy (.5);<br>corr. R. Bosslet same (.1). | .60 |
| 08/18/23 | CLARA SCHAEFFER<br>E-file Suggestion of Bankruptcy. | .30 |


|  | TOTAL HOURS | 2.00 |

Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    2
FILE NUMBER: 12382908
INVOICE NO.: ******

|                        | HOURS | RATE     | AMOUNT   |
|------------------------|-------|----------|----------|
| PARTNER                |       |          |          |
| ROBERT W. BOSSLET III  | .70   | 1,100.00 | 770.00   |
| JONATHAN L. SHAPIRO    | 1.00  | 950.00   | 950.00   |
|                        |       |          |          |
| MANAGING CLERK         |       |          |          |
| CLARA SCHAEFFER        | .30   | 235.00   | 70.50    |


                    TOTAL FEES                      $1,790.50


                    TOTAL COSTS                         $.00


            TOTAL FEES AND COSTS                    $1,790.50

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**




AUGUST 31, 2023


12382909
Yellow Corporation -- Bankruptcy
Curry, James
Claim No. 000020000177822


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|------------------------|-------|

08/07/23 MICHAEL WILSON                                                      .20
       Review next steps in lieu of bankruptcy filing.

08/07/23 NATHAN W. RICHARDSON                                                .10
       Review status and prospective activity in
       light of bankruptcy.

08/11/23 MICHAEL WILSON                                                      .40
       Prepare draft notice of suggestion of
       bankruptcy.

08/11/23 MAURCIE PARMLEY                                                     .10
       Review notice of suggestion of bankruptcy.

08/16/23 CONSTANTINE PAMPHILIS                                               .20
       Meeting w/N. Richardson re advising experts
       in Curry lawsuit of bankruptcy.

08/17/23 CONSTANTINE PAMPHILIS                                              1.50
       Exchange e-mails w/L. Legler and L. Dawson re
       notice of bankruptcy stay and prospective
       activity (.1); exchange e-mails w/M. Stein, M.
       Kasowitz, R. Rossi, K. Conroy, M. Lerner, and
       M. Wilson re same (.4); revise notices of
       suggestion of bankruptcy for various employment
       and Serious BIPD cases (.5); work w/M. Wilson
       re same (.3); t/c w/L. Legler re same (.1); t/c
       w/M. Hutchins re same (.1).

08/17/23 MICHAEL WILSON                                                      .40
       Revise draft notice of suggestion of
       bankruptcy.

```
Yellow Corporation -- Bankruptcy            Aug 31, 2023    PAGE    2
FILE NUMBER: 12382909
INVOICE NO.: ******


08/17/23 MAURCIE PARMLEY                                         .20
         Review suggestion of bankruptcy (.1); finalize
         and forward for filing (.1).

08/17/23 DYLAN ZEIFF                                             .30
         E-file notice of suggestion of bankruptcy.


           TOTAL HOURS                                         3.40
```

Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    3
FILE NUMBER: 12382909
INVOICE NO.: ******

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| CONSTANTINE PAMPHILIS | 1.70 | 1,100.00 | 1,870.00 |
| MICHAEL WILSON | 1.00 | 1,000.00 | 1,000.00 |
| **ASSOCIATE** | | | |
| NATHAN W. RICHARDSON | .10 | 925.00 | 92.50 |
| **PARALEGAL** | | | |
| MAURCIE PARMLEY | .30 | 345.00 | 103.50 |
| **MANAGING CLERK** | | | |
| DYLAN ZEIFF | .30 | 235.00 | 70.50 |

TOTAL FEES                           $3,136.50

TOTAL COSTS                              $.00

TOTAL FEES AND COSTS                 $3,136.50

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**


AUGUST 31, 2023


12382915
Yellow Corporation -- Bankruptcy
Dugger, Franklin


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 08/17/23 | COREY B. HIRSCH<br>Prepare suggestion of bankruptcy form. | .70 |
| 08/18/23 | COREY B. HIRSCH<br>Finalize suggestion of bankruptcy. | 1.20 |
| 08/18/23 | ANGEL RIVERA<br>Organize documents re Franklin Dugger v. USF<br>Holland, LLC - No. 3:21-cv-50195. | 1.60 |
| 08/18/23 | DANIEL GARCIA<br>E-File Notice of Suggestion of Bankruptcy. | .40 |
| | TOTAL HOURS | 3.90 |

Yellow Corporation -- Bankruptcy                    Aug 31, 2023    PAGE    2
FILE NUMBER: 12382915
INVOICE NO.: ******

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **ASSOCIATE** |  |  |  |
| COREY B. HIRSCH | 1.90 | 625.00 | 1,187.50 |
| **PARALEGAL** |  |  |  |
| ANGEL RIVERA | 1.60 | 315.00 | 504.00 |
| **MANAGING CLERK** |  |  |  |
| DANIEL GARCIA | .40 | 235.00 | 94.00 |

|  |  |
|---|---|
| TOTAL FEES | $1,785.50 |
| TOTAL COSTS | $.00 |
| TOTAL FEES AND COSTS | $1,785.50 |

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**

**Federal I.D. # 13-3720397**

AUGUST 31, 2023

12382916
Yellow Corporation -- Bankruptcy
Employment Advice

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 08/07/23 | JESSICA T. ROSENBERG<br>Corr. re Bankruptcy and effect on litigations. | .60 |
| 08/07/23 | JONATHAN L. SHAPIRO<br>Email M. Lerner re status of pending employment<br>cases for bankruptcy. | .50 |
| 08/09/23 | MARK W. LERNER<br>Review WARN complaints (.3); email M. Kasowitz<br>regarding experience and coverage (.2). | .50 |
| 08/17/23 | MARK W. LERNER<br>Communicate with all attorneys regarding impact<br>of bankruptcy on cases, with instructions<br>given. | .50 |
| 08/17/23 | JONATHAN L. SHAPIRO<br>Corr. re filing of bankruptcy notices for<br>employment cases. | .60 |
| 08/21/23 | JONATHAN L. SHAPIRO<br>Review court orders staying employment cases<br>given bankruptcy filings. | .40 |
| 08/25/23 | JONATHAN L. SHAPIRO<br>Email M. Lerner re filing of notice of<br>suggestion of bankruptcy in employment cases. | .30 |

TOTAL HOURS                                                              3.40

```
Yellow Corporation -- Bankruptcy                 Aug 31, 2023    PAGE    2
FILE NUMBER: 12382916
INVOICE NO.: ******


                             HOURS         RATE          AMOUNT
        PARTNER
        MARK W. LERNER        1.00      1,250.00        1,250.00
        JESSICA T. ROSENBERG   .60      1,175.00          705.00
        JONATHAN L. SHAPIRO   1.80        950.00        1,710.00



               TOTAL FEES                           $3,665.00


               TOTAL COSTS                               $.00


        TOTAL FEES AND COSTS                        $3,665.00
```

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**



AUGUST 31, 2023


12382917
Yellow Corporation -- Bankruptcy
Hernandez, Leovardo


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 08/09/23 | DANIEL A. SAUNDERS | .20 |
| | Correspondence L. Falk. | |
| 08/14/23 | DANIEL A. SAUNDERS | .10 |
| | Correspondence M. Manacek, Y. Woo re | |
| 08/15/23 | stay. YEILEE WOO | .30 |
| | Finalize suggestion of bankruptcy notice. | |
| 08/16/23 | DANIEL A. SAUNDERS | .30 |
| | Revise draft suggestion of bankruptcy (.1); correspondence Y. Woo, J. Shapiro, M. Stein (.2). | |
| 08/16/23 | DANIEL A. SAUNDERS | .30 |
| | Revise draft suggestion of bankruptcy (.1); correspondence Y. Woo, J. Shapiro, M. Stein (.2). | |
| 08/17/23 | CLARA SCHAEFFER | .40 |
| | E-file Suggestion of Bankruptcy. | |


TOTAL HOURS                                                      1.60

Yellow Corporation -- Bankruptcy                Aug 31, 2023     PAGE    2
FILE NUMBER: 12382917
INVOICE NO.: ******

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** |  |  |  |
| DANIEL A.  SAUNDERS | .90 | 1,200.00 | 1,080.00 |
| **ASSOCIATE** |  |  |  |
| YEILEE WOO | .30 | 850.00 | 255.00 |
| **MANAGING CLERK** |  |  |  |
| CLARA SCHAEFFER | .40 | 235.00 | 94.00 |

TOTAL FEES                          $1,429.00

TOTAL COSTS                             $.00

TOTAL FEES AND COSTS                 $1,429.00

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**



AUGUST 31, 2023


12382918
Yellow Corporation -- Bankruptcy
Hervery, Marilyn


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|


08/07/23 NATHAN W. RICHARDSON                                    .10
         Review status and prospective activity in
         light of bankruptcy.

08/09/23 CONSTANTINE PAMPHILIS                                  1.10
         Exchange e-mails w/T. Giangrande, AIG, re
         status of EEOC (Hervery) matter and prospective
         activity (.3); t/c w/J. Shapiro re same (.2);
         exchange e-mails w/M. Stein, M. Lerner, R.
         Rossi and K. Conroy re settlement payment
         deadline in EEOC (Hervery) matter (.4); prepare
         e-mail to R. Griffin-Pack re same (.2).

08/11/23 CONSTANTINE PAMPHILIS                                  1.30
         Exchange e-mails w/L. Dawson re EEOC (Hervery)
         settlement due date (.3); t/c w/M. Stein re
         notice of suggestion of bankruptcy (.2); review
         draft notice of suggestion of bankruptcy (.2);
         review e-mail from M. Stein re same (.1);
         exchange e-mails w/L. Dawson, L. Legler, H.
         Cruz, M. Stein, M. Kasowitz, R. Rossi, K.
         Conroy and M Hutchins re same (.4); t/c w/M.
         Wilson re same (.1).

08/11/23 MICHAEL WILSON                                          .40
         Prepare draft notice of suggestion of
         bankruptcy.

08/11/23 MICHAEL WILSON                                          .40
         Prepare draft notice of suggestion of
         bankruptcy.

08/11/23 MAURCIE PARMLEY                                         .10
         Review suggestion of bankruptcy.

Yellow Corporation -- Bankruptcy                Aug 31, 2023      PAGE   2
FILE NUMBER:  12382918
INVOICE NO.:  ******


08/14/23   CONSTANTINE PAMPHILIS                                      .60
           Exchange e-mails w/R. Griffin-Pack re
           bankruptcy issues (.3); exchange e-mails w/M.
           Stein, M. Lerner and J. Fulop re        (.3).

08/17/23   same MICHAEL WILSON                                        .40
           Revise draft notice of suggestion of
           bankruptcy.

08/18/23   MICHAEL WILSON                                             .20
           Conf. w/ J. Shapiro and N. Richardson re

           strategy for next steps post-bankruptcy.

08/28/23   CONSTANTINE PAMPHILIS                                      .40
           Exchange e-mails w/M. Lerner, J. Rosenberg and
           J. Shapiro re stays filed in employment matters
           (.2); t/c w/M. Lerner re notices of suggestion
           of bankruptcy in employment cases (.2).


                   TOTAL HOURS                              5.00

Yellow Corporation -- Bankruptcy              Aug 31, 2023    PAGE    3
FILE NUMBER: 12382918
INVOICE NO.: ******

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| CONSTANTINE PAMPHILIS | 3.40 | 740.00 | 2,516.00 |
| MICHAEL WILSON | 1.40 | 740.00 | 1,036.00 |
| **ASSOCIATE** | | | |
| NATHAN W. RICHARDSON | .10 | 405.00 | 40.50 |
| **PARALEGAL** | | | |
| MAURCIE PARMLEY | .10 | 340.00 | 34.00 |

TOTAL FEES                              $3,626.50

TOTAL COSTS                              $.00

TOTAL FEES AND COSTS                     $3,626.50

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**


AUGUST 31, 2023


12382919
Yellow Corporation -- Bankruptcy
Rodriguez, Carlos


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 08/18/23 | YEILEE WOO<br>Revise and finalize suggestion of bankruptcy notice. | .30 |
| 08/24/23 | DANIEL A. SAUNDERS<br>Revise draft suggestions of bankruptcy (.1); correspondence Y. Woo re same (.1). | .20 |
| 08/24/23 | CLARA SCHAEFFER<br>E-file Notice of Bankruptcy in 22-cv-00210 and 21-cv-02270. | 1.20 |
| 08/25/23 | JONATHAN L. SHAPIRO<br>Review court orders staying actions (.1); and corr. same (.1). | .20 |
| | TOTAL HOURS | 1.90 |

Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    2
FILE NUMBER: 12382919
INVOICE NO.: ******

|                      | HOURS | RATE     | AMOUNT  |
|----------------------|-------|----------|---------|
| PARTNER              |       |          |         |
| DANIEL A. SAUNDERS   | .20   | 1,200.00 | 240.00  |
| JONATHAN L. SHAPIRO  | .20   | 950.00   | 190.00  |
|                      |       |          |         |
| ASSOCIATE            |       |          |         |
| YEILEE WOO           | .30   | 850.00   | 255.00  |
|                      |       |          |         |
| MANAGING CLERK       |       |          |         |
| CLARA SCHAEFFER      | 1.20  | 235.00   | 282.00  |

TOTAL FEES                                    $967.00

TOTAL COSTS                                    $.00

TOTAL FEES AND COSTS                          $967.00

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**



AUGUST 31, 2023


12382922
Yellow Corporation -- Bankruptcy
Vizcaino, Alejendro


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|-----------------------|-------|

08/07/23 DANIEL A. SAUNDERS                                          .20
         Correspondence team re stay.

08/08/23 DANIEL A. SAUNDERS                                          .20
         Correspondence M. Stein re stay.

08/09/23 DANIEL A. SAUNDERS                                          .10
         Correspondence M. Stein re stay.

08/10/23 DANIEL A. SAUNDERS                                          .30
         Correspondence M. Lerner, J. Shapiro, M. Stein
         re stay (.2); t/c w/ J. Shapiro, M. Stein (.1).

08/10/23 JONATHAN L. SHAPIRO                                         .50
         Calls D. Saunders/ M. Stein re status of
         depositions given bankruptcy filing.

08/14/23 DANIEL A. SAUNDERS                                          .80
         Review deposition notices (.1); t/c w/ S. Scott
         (.2); t/c w/ L. Mitchell (.3); correspondence
         M. Stein, J. Shapiro, Y. Woo, M. Manacek re
         stay (.2).

08/15/23 DANIEL A. SAUNDERS                                          .30
         T/c w/ and correspondence J. Shapiro (.2); v/m
         G. Chang (.1).

08/15/23 JONATHAN L. SHAPIRO                                         .30
         Calls/corr. D. Saunders re status of
         depositions given bankruptcy filing.

08/15/23 YEILEE WOO                                                  .30
         Finalize suggestion of bankruptcy notice.

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023    PAGE    2
FILE NUMBER: 12382922
INVOICE NO.: ******
```

08/16/23  DANIEL A. SAUNDERS                                      .70
          T/c w/ M. Stein (.2); v/m G. Chang (.1);
          review/revise draft suggestion of bankruptcy
          (.2); correspondence Y. Woo, M. Manacek, M.
          Stein, J. Shapiro (.2).

08/16/23  JONATHAN L. SHAPIRO                                     .20
          Corr. D. Saunders re notice of suggestion of
          bankruptcy and depositions.

08/17/23  DANIEL A. SAUNDERS                                     1.00
          T/c w/correspondence G. Chang (.2); t/c
          w/correspondence M. Lerner (.2); correspondence
          M. Stein re stay (.1); correspondence Y. Woo re
          depo objections (.2); revise draft objections
          to depo notices (.3).

08/17/23  JONATHAN L. SHAPIRO                                     .20
          Review objections to depositions.

08/17/23  YEILEE WOO                                              .80
          Draft objections to notices of deposition of
          USF Reddaway, Scott and Mitchell.

08/17/23  JENNIFER A. ORTIZ                                       .50
          E-filing of Suggestion of Bankruptcy for Yellow
          Corporation and Certain of Its Affiliates,
          Including USF Reddaway Inc., and Notice of
          Automatic Stay of Proceedings.

08/18/23  DANIEL A. SAUNDERS                                      .20
          T/c w/ S. Scott (.1); correspondence L.
          Mitchell (.1).

08/18/23  YEILEE WOO                                              .50
          Revise and finalize objections to NOD.

08/25/23  DANIEL A. SAUNDERS                                      .10
          Correspondence J. Shapiro, M. Stein re stay.

08/30/23  DANIEL A. SAUNDERS                                      .20
          Correspondence Y. Woo, M. Stein, J. Shapiro re
          briefing and stay.

08/31/23  DANIEL A. SAUNDERS                                      .10
          Correspondence M. Stein, M. Lerner re stay.


                         TOTAL HOURS                             7.50

```
Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE   3
FILE NUMBER: 12382922
INVOICE NO.: ******
```

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PARTNER | | | |
| DANIEL A. SAUNDERS | 4.20 | 1,200.00 | 5,040.00 |
| JONATHAN L. SHAPIRO | 1.20 | 950.00 | 1,140.00 |
| | | | |
| ASSOCIATE | | | |
| YEILEE WOO | 1.60 | 850.00 | 1,360.00 |
| | | | |
| MANAGING CLERK | | | |
| JENNIFER A. ORTIZ | .50 | 235.00 | 117.50 |

```
        TOTAL FEES                          $7,657.50

        TOTAL COSTS                              $.00


    TOTAL FEES AND COSTS                     $7,657.50
```

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**



AUGUST 31, 2023


12382924
Yellow Corporation -- Bankruptcy
Rodriguez, Pablo


DATE     ATTORNEY OR ASSISTANT                                HOURS


08/07/23 MICHAEL WILSON                                        .30
         Review next steps in lieu of bankruptcy filing.

08/07/23 NATHAN W. RICHARDSON                                  .10
         Review status and prospective activity in light
         of bankruptcy.

08/11/23 MICHAEL WILSON                                        .40
         Prepare draft notice of suggestion of
         bankruptcy.

08/14/23 CONSTANTINE PAMPHILIS                                 .20
         Exchange e-mails w/M. Wilson and N. Richardson
         re Rodriquez employment case stay.

08/14/23 MICHAEL WILSON                                        .30
         Exchange e-mails w/opposing counsel re
         bankruptcy filing and impact of automatic stay.

08/14/23 NATHAN W. RICHARDSON                                  .20
         Review e-mail from opposing counsel re
         mediation (.1); review e-mail from M. Wilson re
         bankruptcy issues and notice of same (.1).

08/17/23 MICHAEL WILSON                                        .40
         Revise draft notice of suggestion of
         bankruptcy.

08/17/23 DANIEL A. SAUNDERS                                    .20
         Review draft suggestion of bankruptcy (.1);
         correspondence M. Wilson re same (.1).

08/17/23 MAURCIE PARMLEY                                       .20
         Review suggestion of bankruptcy (.1); finalize
         and forward same for filing (.1).

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023    PAGE    2
FILE NUMBER: 12382924
INVOICE NO.: ******


08/17/23 KEVIN TITLAND                                          .50
         File Notice of Bankruptcy.


              TOTAL HOURS                                      2.80
```

Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    3
FILE NUMBER: 12382924
INVOICE NO.: ******

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| CONSTANTINE PAMPHILIS | .20 | 1,100.00 | 220.00 |
| DANIEL A. SAUNDERS | .20 | 1,200.00 | 240.00 |
| MICHAEL WILSON | 1.40 | 1,000.00 | 1,400.00 |
| | | | |
| **ASSOCIATE** | | | |
| NATHAN W. RICHARDSON | .30 | 925.00 | 277.50 |
| | | | |
| **PARALEGAL** | | | |
| MAURCIE PARMLEY | .20 | 345.00 | 69.00 |
| | | | |
| **MANAGING CLERK** | | | |
| KEVIN TITLAND | .50 | 300.00 | 150.00 |

TOTAL FEES                          $2,356.50

TOTAL COSTS                          $.00

TOTAL FEES AND COSTS                 $2,356.50

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**

**Federal I.D. # 13-3720397**

AUGUST 31, 2023

12382925
Yellow Corporation -- Bankruptcy
Derivative Matters

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 08/28/23 | THOMAS J. AMBURGY<br>Review request for information concerning<br>shareholder counsel and shareholder information<br>(.2); correspondence w/ H. Cruz (client) re<br>same (.1). | .30 |
| | TOTAL HOURS | 0.30 |

```
Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    2
FILE NUMBER: 12382925
INVOICE NO.: ******
```

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| THOMAS J. AMBURGY | .30 | 1,200.00 | 360.00 |

|  |  |
|---|---|
| TOTAL FEES | $360.00 |
| TOTAL COSTS | $.00 |
| TOTAL FEES AND COSTS | $360.00 |

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**



AUGUST 31, 2023


12382926
Yellow Corporation -- Bankruptcy
Ronderos, Jose Emilio


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|-----------------------|-------|
| 08/14/23 | DANIEL A. SAUNDERS<br>Correspondence J. Shapiro, Y. Woo, M. Stein re stay. | .20 |
| 08/14/23 | JONATHAN L. SHAPIRO<br>Corr. D. Saunders re Ronderos appeal given bankruptcy. | .20 |
| 08/17/23 | YEILEE WOO<br>Finalize suggestion of bankruptcy notice. | .30 |
| 08/18/23 | JONATHAN L. SHAPIRO<br>Revise notices of suggestion of bankruptcy. | .30 |
| 08/24/23 | DANIEL A. SAUNDERS<br>Revise draft suggestions of bankruptcy (.1); correspondence Y. Woo (.1). | .20 |
| 08/24/23 | KEVIN TITLAND<br>File Notice of Filing Bankruptcy in two cases. | .50 |
| 08/29/23 | DANIEL A. SAUNDERS<br>T/c w/ A. Marvazy. | .40 |

TOTAL HOURS                                                        2.10

Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    2
FILE NUMBER: 12382926
INVOICE NO.: ******

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PARTNER |  |  |  |
| DANIEL A. SAUNDERS | .80 | 1,200.00 | 960.00 |
| JONATHAN L. SHAPIRO | .50 | 950.00 | 475.00 |
|  |  |  |  |
| ASSOCIATE |  |  |  |
| YEILEE WOO | .30 | 850.00 | 255.00 |
|  |  |  |  |
| MANAGING CLERK |  |  |  |
| KEVIN TITLAND | .50 | 300.00 | 150.00 |

TOTAL FEES                              $1,840.00

TOTAL COSTS                                $.00

TOTAL FEES AND COSTS                     $1,840.00

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**


AUGUST 31, 2023


12382929
Yellow Corporation -- Bankruptcy
Moore, Nijah Amari
Claim No. 000120000228552


DATE      ATTORNEY OR ASSISTANT                                    HOURS


08/08/23 CONSTANTINE PAMPHILIS                                       .60
         Exchange e-mails w/P. Foppe re initiation of
         suit and service in N. Moore case (.4);
         exchange e-mails w/M. Stein re same (.2).


                  TOTAL HOURS                                       0.60

```
Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    2
FILE NUMBER: 12382929
INVOICE NO.: ******
```

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PARTNER | | | |
| CONSTANTINE PAMPHILIS | .60 | 1,100.00 | 660.00 |

| | AMOUNT |
|---|---|
| TOTAL FEES | $660.00 |
| TOTAL COSTS | $.00 |
| TOTAL FEES AND COSTS | $660.00 |

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**


AUGUST 31, 2023


12382930
Yellow Corporation -- Bankruptcy
Mata, Carillo, Robles
Claim #100020000203606


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 08/29/23 | CONSTANTINE PAMPHILIS<br>Review notice of stay in Carrillo case. | .10 |
| 08/29/23 | CONSTANTINE PAMPHILIS<br>Exchange e-mails w/H. Cruz and L. Legler re<br>notice of suggestion of bankruptcy. | .20 |
| | TOTAL HOURS | 0.30 |

Yellow Corporation -- Bankruptcy                Aug 31, 2023      PAGE    2
FILE NUMBER: 12382930
INVOICE NO.: ******

|                         | HOURS | RATE     | AMOUNT  |
|-------------------------|-------|----------|---------|
| PARTNER                 |       |          |         |
| CONSTANTINE PAMPHILIS   | .30   | 1,100.00 | 330.00  |

|                       |         |
|-----------------------|---------|
| TOTAL FEES            | $330.00 |
| TOTAL COSTS           | $.00    |
| TOTAL FEES AND COSTS  | $330.00 |

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**



AUGUST 31, 2023


12382932
Yellow Corporation -- Bankruptcy
Patel, Viralkumar "Rick"


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|


08/07/23 MELISSA BARAHONA                                          .90
         Email Court re bankrupcty filing (.4); prep for
         and attend court conf. re Plaintiff's discovery
         requests and bankrupcty filing (.5).

08/15/23 MELISSA BARAHONA                                          .40
         Revise bankruptcy notice (.3); email to local
         counsel re same (.1).

08/17/23 MELISSA BARAHONA                                          .80
         Finalize revised notice of bankruptcy for
         filing (.7); emails re service of same (.1).

08/17/23 JENNIFER A. ORTIZ                                         .50
         E-filing of Suggestion of Bankruptcy Yellow
         Corporation and Certain of Its Affiliates,
         Including Defendants USF Holland, LLC and YRC
         Inc., and Notice of Automatic Stay of
         Proceedings and Exhibit A.

08/18/23 WENDY ADAMES                                              .20
         Update docket folder for attorney review.


         TOTAL HOURS                                              2.80

Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    2
FILE NUMBER: 12382932
INVOICE NO.: ******

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| MELISSA BARAHONA | 2.10 | 1,000.00 | 2,100.00 |
| **PARALEGAL** | | | |
| WENDY ADAMES | .20 | 465.00 | 93.00 |
| **MANAGING CLERK** | | | |
| JENNIFER A. ORTIZ | .50 | 235.00 | 117.50 |

|  |  |
|---|---|
| TOTAL FEES | $2,310.50 |
| TOTAL COSTS | $.00 |
| TOTAL FEES AND COSTS | $2,310.50 |

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**



AUGUST 31, 2023


12382939
Yellow Corporation -- Bankruptcy
Deleon-Cruz, Yeferson
Claim #100140000212687


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 08/07/23 | CONSTANTINE PAMPHILIS<br>Exchange e-mails w/M. Stein re Yellow bankruptcy and prospective activity (.3); meeting w/M. Wilson re same (.1); exchange e-mails w/J. Beltz re same (.1); t/c w/M. Wilson re bankruptcy stay issues (.2); t/c w/M. Hutchins re same (.4). | 1.10 |
| 08/07/23 | MICHAEL WILSON<br>Review next steps in lieu of bankruptcy filing. | .60 |
| 08/11/23 | CONSTANTINE PAMPHILIS<br>Exchange e-mails w/J. Beltz and M. Wilson re Deleon/Sosa bankruptcy notice (.2); exchange e-mails w/M. Stein and M Hutchins re notices of suggestion of bankruptcy (.4). | .60 |
| 08/11/23 | MICHAEL WILSON<br>Prepare draft notices of suggestion of bankruptcy in Deleon and Sosa matters. | .80 |
| 08/11/23 | JORDAN BELTZ<br>Draft notices of suggestion of bankruptcy. | 1.00 |
| 08/16/23 | CONSTANTINE PAMPHILIS<br>Review e-mail from J. Beltz re DeLeon/Sosa request for insurance information (.1); t/c w/M. Wilson re same (.1). | .20 |
| 08/17/23 | CONSTANTINE PAMPHILIS<br>Exchange e-mails w/L. Legler and L. Dawson re notice of bankruptcy stay and prospective activity (.1); exchange e-mails w/M. Stein, M. | 1.40 |

```
Yellow Corporation -- Bankruptcy            Aug 31, 2023    PAGE    2
FILE NUMBER: 12382939
INVOICE NO.: ******
```

          Kasowitz, R. Rossi, K. Conroy, M. Lerner, and
          M. Wilson re same (.3); revise notices of
          suggestion of bankruptcy for various employment
          and Serious BIPD cases (.5); work w/M. Wilson
          re same (.2); t/c w/L. Legler re same (.1); t/c
          w/M. Hutchins re same (.2).

08/17/23 MICHAEL WILSON                                             .90
          Revise draft notices of suggestion of
          bankruptcy in Deleon and Sosa matters (.8);
          review e-mails from opposing counsel re next
          steps (.1).

08/17/23 MAURCIE PARMLEY                                            .40
          Review suggestions of bankruptcy (.3); finalize
          and forward same for filing (.1).

08/21/23 CONSTANTINE PAMPHILIS                                      .90
          Exchange e-mails w/M. Stein re notice of
          suggestion of bankruptcy (.3); t/c w/M. Stein
          re same (.2); t/c w/M. Hutchins re same (.3);
          review e-mail from counsel in Sosa case re
          bankruptcy and prospective activity (.1).

08/21/23 MICHAEL WILSON                                             .10
          Review e-mails from opposing counsel re next
          steps.

08/22/23 CONSTANTINE PAMPHILIS                                      .40
          E-mail to M. Stein re notice of suggestion of
          bankruptcy (.2); review e-mails between M.
          Stein and M. Slade re same (.2).

08/23/23 CONSTANTINE PAMPHILIS                                      .20
          Exchange e-mails w/M. Stein re notice of
          suggestion of bankruptcy stay.

08/28/23 CONSTANTINE PAMPHILIS                                      .30
          Exchange e-mails w/H. Cruz and L. Legler re
          notice of suggestion of bankruptcy.

08/29/23 CONSTANTINE PAMPHILIS                                      .20
          Exchange e-mails w/M. Stein, M. Wilson and J.
          Beltz re stay in Sosa/DeLeon-Cruz lawsuit.

08/29/23 MICHAEL WILSON                                            1.20
          Respond to opposing counsel requests for
          lifting bankruptcy stay (.4); review strategy
          for filing notice of suggestion of bankruptcy
          (.8).

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023   PAGE   3
FILE NUMBER: 12382939
INVOICE NO.: ******
```

08/29/23 JORDAN BELTZ                                                 .20
         Confer with team re request from opposing
         counsel.

08/30/23 CONSTANTINE PAMPHILIS                                       .20
         E-mail M. Stein and M. Hutchins re bankruptcy
         stay in DeLeon Sosa (.1); e-mail M. Wilson re
         same (.1).

08/31/23 CONSTANTINE PAMPHILIS                                       .30
         Review notice of suggestion of bankruptcy.

08/31/23 MICHAEL WILSON                                              .90
         Finalize and file notice of suggestion of
         bankruptcy in Deleon matter (.5); finalize and
         file notice of suggestion of bankruptcy in
         Sosa matter (.4).

08/31/23 JORDAN BELTZ                                                .80
         Finalize notices of suggestion of bankruptcy
         and arrange for filing of same.

08/31/23 DANIEL GARCIA                                               .30
         E-File Notice of Suggestion of Bankruptcy &
         Exhibit A (Sosa v Yellow).

08/31/23 DANIEL GARCIA                                               .30
         E-File Notice of Suggestion of Bankruptcy &
         Exhibit A.


                    TOTAL HOURS                            13.30

Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    4
FILE NUMBER: 12382939
INVOICE NO.: ******

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| CONSTANTINE PAMPHILIS | 5.80 | 740.00 | 4,292.00 |
| MICHAEL WILSON | 4.50 | 740.00 | 3,330.00 |
| **SPECIAL COUNSEL** | | | |
| JORDAN BELTZ | 2.00 | 605.00 | 1,210.00 |
| **PARALEGAL** | | | |
| MAURCIE PARMLEY | .40 | 340.00 | 136.00 |
| **MANAGING CLERK** | | | |
| DANIEL GARCIA | .60 | 235.00 | 141.00 |

|  |  |
|---|---|
| TOTAL FEES | $9,109.00 |
| TOTAL COSTS | $.00 |
| TOTAL FEES AND COSTS | $9,109.00 |

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**

**Federal I.D. # 13-3720397**

AUGUST 31, 2023

12382947
Yellow Corporation -- Bankruptcy
Patterson, Nancy
Claim #100020000166045

| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|------------------------|-------|
| 08/07/23 | MICHAEL WILSON<br>Review next steps in lieu of bankruptcy filing. | .30 |
| 08/07/23 | JORDAN BELTZ<br>Review correspondence re upcoming depositions (.4); email w/ M. Wilson re same (.1). | .50 |
| 08/08/23 | CONSTANTINE PAMPHILIS<br>T/c w/M. Wilson re depositions in Patterson case and stay (.1); exchange e-mails w/M. Stein, M. Wilson and J. Beltz re same (.2); exchange e-mails w/M. Wilson and J. Beltz re same (.2); exchange e-mails w/J. Beltz and opposing counsel re same (.2). | .70 |
| 08/08/23 | MICHAEL WILSON<br>Respond to opposing counsel's questions re scheduling of upcoming depositions and impact of automatic bankruptcy stay on same. | .40 |
| 08/08/23 | JORDAN BELTZ<br>Draft e-mail to counsel re bankruptcy stay. | .30 |
| 08/11/23 | JORDAN BELTZ<br>Draft notice of suggestion of bankruptcy | .50 |
| 08/17/23 | CONSTANTINE PAMPHILIS<br>Exchange e-mails w/L. Legler and L. Dawson re notice of bankruptcy stay and prospective activity (.1); exchange e-mails w/M. Stein, M. Kasowitz, R. Rossi, K. Conroy, M. Lerner, and M. Wilson re same (.4); revise notices of suggestion of bankruptcy for various employment and Serious BIPD cases (.5); conf. w/M. Wilson | 1.40 |

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023   PAGE    2
FILE NUMBER: 12382947
INVOICE NO.: ******
              re same (.2); t/c w/L. Legler re same (.1); t/c
              w/M. Hutchins re same (.1).

08/17/23 JORDAN BELTZ                                            .30
              Confer w/ M. Wilson and MAO re filing of
              notices of suggestion of bankruptcy.

08/17/23 MAURCIE PARMLEY                                         .20
              Review suggestion of bankruptcy to finalize and
              forward for filing.

08/31/23 CONSTANTINE PAMPHILIS                                   .30
              Review notice of suggestion of bankruptcy.

08/31/23 MICHAEL WILSON                                          .40
              Finalize and file notice of suggestion of
              bankruptcy.

08/31/23 JORDAN BELTZ                                            .40
              Finalize notice of suggestion of bankruptcy and
              arrange for filing of same.

08/31/23 DANIEL GARCIA                                           .30
              E-Filed Notice of Suggestion of Bankruptcy &
              Exhibit A.


                    TOTAL HOURS                                 6.00
```

Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    3
FILE NUMBER: 12382947
INVOICE NO.: ******

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| CONSTANTINE PAMPHILIS | 2.40 | 740.00 | 1,776.00 |
| MICHAEL WILSON | 1.10 | 740.00 | 814.00 |
| | | | |
| **SPECIAL COUNSEL** | | | |
| JORDAN BELTZ | 2.00 | 605.00 | 1,210.00 |
| | | | |
| **PARALEGAL** | | | |
| MAURCIE PARMLEY | .20 | 340.00 | 68.00 |
| | | | |
| **MANAGING CLERK** | | | |
| DANIEL GARCIA | .30 | 235.00 | 70.50 |

TOTAL FEES                          $3,938.50

TOTAL COSTS                            $.00

TOTAL FEES AND COSTS                $3,938.50

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**


AUGUST 31, 2023


12382948
Yellow Corporation -- Bankruptcy
Ropshaw, Cade J.
Claim #100020000191090


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 08/30/23 | CONSTANTINE PAMPHILIS | .30 |

08/30/23 CONSTANTINE PAMPHILIS                                    .30
        Review e-mails from S. Farrow-Plewnarz and D.
        Eaken re bankruptcy stay in Ropshaw matter
        (.2); prepare e-mail to M. Stein and M.
        Hutchins re same (.1).


                    TOTAL HOURS                              0.30

```
Yellow Corporation -- Bankruptcy                Aug 31, 2023    PAGE    2
FILE NUMBER: 12382948
INVOICE NO.: ******
```

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PARTNER |  |  |  |
| CONSTANTINE PAMPHILIS | .30 | 1,100.00 | 330.00 |

| | | |
|---|---|---|
| TOTAL FEES | | $330.00 |
| TOTAL COSTS | | $.00 |
| TOTAL FEES AND COSTS | | $330.00 |

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**



AUGUST 31, 2023


12382951
Yellow Corporation -- Bankruptcy
Avelar, Frederick


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 08/07/23 | DANIEL A. SAUNDERS<br>Correspondence team re stay. | .20 |
| 08/17/23 | DANIEL A. SAUNDERS<br>Correspondence M. Moreno. | .10 |
| 08/17/23 | YEILEE WOO<br>Finalize suggestion of bankruptcy notice. | .20 |
| 08/18/23 | DANIEL A. SAUNDERS<br>Correspondence M. Moreno. | .10 |
| 08/24/23 | DANIEL A. SAUNDERS<br>Revise draft suggestions of bankruptcy (.1);<br>correspondence w/ Y. Woo re same (.1). | .20 |
| 08/29/23 | DANIEL A. SAUNDERS<br>Correspondence M. Moreno, B. Angelini, P.<br>Miller | .20 |
| | TOTAL HOURS | 1.00 |

```
Yellow Corporation -- Bankruptcy                 Aug 31, 2023    PAGE    2
FILE NUMBER: 12382951
INVOICE NO.: ******
```

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** |  |  |  |
| DANIEL A. SAUNDERS | .80 | 1,200.00 | 960.00 |
| **ASSOCIATE** |  |  |  |
| YEILEE WOO | .20 | 850.00 | 170.00 |

|  |  |
|---|---|
| TOTAL FEES | $1,130.00 |
| TOTAL COSTS | $.00 |
| TOTAL FEES AND COSTS | $1,130.00 |

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**


AUGUST 31, 2023


12382953
Yellow Corporation -- Bankruptcy
Larry Simons - District of KS Litigation


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 08/15/23 | MELISSA BARAHONA<br>Draft bankruptcy notice (.3);  email local<br>counsel re same  (.1). | .40 |
| 08/17/23 | MELISSA BARAHONA<br>Emails with Y. Woo re service  and filing of<br>notice of bankruptcy. | .20 |
| 08/17/23 | YEILEE WOO<br>Corr. re service of Suggestion  of Bankruptcy<br>notice. | .30 |

                    TOTAL HOURS                            0.90

Yellow Corporation -- Bankruptcy                    Aug 31, 2023    PAGE    2
FILE NUMBER: 12382953
INVOICE NO.: ******

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| MELISSA BARAHONA | .60 | 1,000.00 | 600.00 |
| **ASSOCIATE** | | | |
| YEILEE WOO | .30 | 850.00 | 255.00 |
| TOTAL FEES | | | $855.00 |
| TOTAL COSTS | | | $.00 |
| TOTAL FEES AND COSTS | | | $855.00 |

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**



AUGUST 31, 2023


12382985
Yellow Corporation -- Bankruptcy
Central States


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|


08/07/23 CONSTANTINE PAMPHILIS                                    .50
        Exchange e-mails w/T. Falkenberg, local
        counsel, re Central States lawsuit (.2);
        exchange e-mails w/M. Wilson and N. Richardson
        re Yellow bankruptcy and prospective activity
        (.3).

08/07/23 MICHAEL WILSON                                           .30
        Review next steps in lieu of bankruptcy filing.

08/07/23 NATHAN W. RICHARDSON                                     .10
        Review status and prospective activity in
        light of bankruptcy.

08/11/23 MICHAEL WILSON                                           .40
        Prepare draft notice of suggestion of
        bankruptcy.

08/15/23 CONSTANTINE PAMPHILIS                                    .40
        Review e-mail from A. Herlink re suggestion of
        bankruptcy in Central States suit (.1); prepare
        e-mail to M. Kasowitz, R. Rossi, K. Conroy and
        M. Stein re same (.1); prepare e-mail to L.
        Dawson and L. Legler re same (.2).

08/15/23 NATHAN W. RICHARDSON                                     .10
        Review e-mail from A. Herink re bankruptcy.

08/16/23 CONSTANTINE PAMPHILIS                                    .90
        Exchange e-mails w/A. Herlink re bankruptcy
        stay concerning Central States lawsuit (.2);
        t/c w/M. Wilson re notice of suggestion of
        bankruptcy (.1); exchange e-mails w/M. Wilson
        re same (.2); prepare e-mails to M. Stein re
        same (.2); t/c w/M. Stein re same (.2).

```
Yellow Corporation -- Bankruptcy                Aug 31, 2023   PAGE    2
FILE NUMBER: 12382985
INVOICE NO.: ******
```

08/17/23 MICHAEL WILSON                                              .40
         Revise draft notice of suggestion of
         bankruptcy.

08/17/23 MAURCIE PARMLEY                                             .20
         Review suggestion of bankruptcy to finalize and
         forward for filing.

08/17/23 KEVIN TITLAND                                              .50
         File Notice of Suggestion of Bankruptcy.

08/18/23 CONSTANTINE PAMPHILIS                                      .80
         T/cs w/M. Stein re notices of stay of
         bankruptcy and prospective activity (.5);
         review e-mails from M. Stein re notice of
         suggestion of bankruptcy and transfer of
         Teamster's suit (.3).

08/28/23 CONSTANTINE PAMPHILIS                                      .30
         Exchange e-mails w/K. Conroy and R. Rossi re
         stays filed in commercial matters (.2);
         exchange e-mails w/M. Stein re same (.1).


                        TOTAL HOURS                                4.90

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023    PAGE    3
FILE NUMBER: 12382985
INVOICE NO.: ******
```

| | HOURS | RATE | AMOUNT |
|---|---|---|---|
| **PARTNER** | | | |
| CONSTANTINE PAMPHILIS | 2.90 | 1,100.00 | 3,190.00 |
| MICHAEL WILSON | 1.10 | 1,000.00 | 1,100.00 |
| | | | |
| **ASSOCIATE** | | | |
| NATHAN W. RICHARDSON | .20 | 925.00 | 185.00 |
| | | | |
| **PARALEGAL** | | | |
| MAURCIE PARMLEY | .20 | 345.00 | 69.00 |
| | | | |
| **MANAGING CLERK** | | | |
| KEVIN TITLAND | .50 | 300.00 | 150.00 |

```
           TOTAL FEES                           $4,694.00

           TOTAL COSTS                              $.00

       TOTAL FEES AND COSTS                     $4,694.00
```

**KASOWITZ BENSON TORRES LLP**
**1633 BROADWAY**
**NEW YORK, NY 10019-6799**


**Federal I.D. # 13-3720397**


AUGUST 31, 2023


12382988
Yellow Corporation -- Bankruptcy
SIGPR Subpoena


| DATE | ATTORNEY OR ASSISTANT | HOURS |
|------|----------------------|-------|
| 08/10/23 | MARC E. KASOWITZ<br>Review CARES Act audit. | .50 |
| 08/14/23 | MARC E. KASOWITZ<br>Review CARES Act audit issues. | .50 |
| 08/15/23 | MARC E. KASOWITZ<br>Prepare for and participate in SIGPR call. | 1.00 |
| 08/15/23 | RONALD R. ROSSI<br>T/c w/ D. Woll re SIGPR subpoena; correspond<br>w/ Yellow re same. | .20 |
| 08/16/23 | MARC E. KASOWITZ<br>Review new government investigation. | .70 |
| 08/16/23 | KIM CONROY<br>Review Subpoena and background materials<br>(.3); call with R. Rossi re same (.5). | .80 |
| 08/17/23 | MARC E. KASOWITZ<br>Review status and strategy, including conf.<br>call w/ R. Rossi and K. Conroy. | .60 |
| 08/17/23 | RONALD R. ROSSI<br>Review SIGPR subpoena and discuss same w/ K.<br>Conroy. | .40 |
| 08/17/23 | KIM CONROY<br>Review additional communications from R. Rossi<br>(.1); comm'ns w/ M. Kasowitz and R. Rossi re<br>response to subpoena and call with SIGPR (.5);<br>call and emails w/M. Stein re response to<br>subpoena (.5); call with LD and R. Rossi re<br>response to subpoena (.7); review client | 2.60 |

```
Yellow Corporation -- Bankruptcy              Aug 31, 2023    PAGE
FILE NUMBER: 12382988                                          2
INVOICE NO.: ******
```

materials re loan agreements (.4); research re response. (.4).

08/18/23 KIM CONROY                                          .80
    Comms with R. Rossi and SIGPR re call.

08/22/23 KIM CONROY                                          .90
    Prepare for and attend M&C with SIGPR (.3);
    comms re same (.6).

08/23/23 KIM CONROY                                         1.30
    Comms re response to SIGPR subpoena with R.
    Rossi and M. Kasowitz (.9); comms w/SIGPR re
    M&C (.3); comms w/ client re SIGPR subpoena
    (.1).

08/24/23 MARC E. KASOWITZ                                    .50
    Review correspondence and prepare for 8/24
    call.

08/24/23 KIM CONROY                                          .60
    Comms re M&C with SIGPR.

08/25/23 MARC E. KASOWITZ                                   1.20
    Review compliance issues (.6); conf. call
    w/government (.6).

08/25/23 RONALD R. ROSSI                                    1.30
    Review SIGPR subpoena (.8); t/c w/ SIGPR re
    suboena (.3); discuss same w/ L. Dawson (.2).

08/25/23 KIM CONROY                                         2.30
    Prepare for and participate on call with SIGPR
    (1.9); comms re same (.4).

08/28/23 KIM CONROY                                         2.20
    Comms with R. Rossi and M. Kasowitz re M&C and
    response to SIGPR subpoena (.3); review
    response to SIGPR subpoena (1.3); review
    materials from client related to responding to
    the SIGPR subpoena (.6).


       TOTAL HOURS                              18.40

Yellow Corporation – Bankruptcy          Aug 31, 2023     PAGE 3
FILE NUMBER: 12382988
INVOICE NO.: ******

|  | HOURS | RATE | AMOUNT |
|---|---|---|---|
| PARTNER |  |  |  |
| KIM CONROY | 11.50 | 1,300.00 | 14,950.00 |
| MARC E. KASOWITZ | 5.00 | 2,200.00 | 11,000.00 |
| RONALD R. ROSSI | 1.90 | 1,350.00 | 2,565.00 |

          TOTAL FEES                          $28,515.00

          TOTAL COSTS                              $.00

     TOTAL FEES AND COSTS                     $28,515.00