# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |
|  | ) Re: Docket Nos. 1285, 1317 |

## NOTICE OF MODIFIED SCHEDULES TO THE ROYAL ASSET PURCHASE AGREEMENT

**PLEASE TAKE NOTICE** that, on December 6, 2023, the Debtors filed that certain proposed *Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Real Property Assets of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, In Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, In Each Case Pursuant to the Applicable Asset Purchase Agreement; and (IV) Granting Related Relief* [Docket No. 1285] (the "Sale Order"), requesting Court approval for, among other things, the Debtors' entry into the Royal Asset Purchase Agreement (defined below);

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously therewith, the Debtors filed that certain *Notice of Filing of Asset Purchase Agreement Dated as of December 7, 2023 Between the Debtors and Royal Group Holdings Inc.* [Docket No. 1317]. The Debtors and Royal Group Holdings Inc. agreed to correct one technical error and add related clarifying language. The corrected *Asset Purchase Agreement Dated as of December 7, 2023 Between Royal Group Holdings Inc., as Purchaser, and Yellow Corporation and its Subsidiaries Named Therein, as Sellers* (as may be amended, modified, or supplemented from time to time, including all exhibits and schedules thereto, the "Royal Asset Purchase Agreement") is attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit B** is a (i) revised Schedule 1.1(a) to the Royal Asset Purchase Agreement, incorporating one technical correction (i.e., replacing the "Stanhope, PQ" property with the "Woodstock, ON" property) and (ii) an added Schedule 7.2(b)(iii) to the Royal Asset Purchase Agreement listing the Woodstock, ON property's proration amount.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider the relief set forth in the Sale Order is scheduled for **December 12, 2023 at 10:00 a.m. (E.T.)**, with objections to such relief due to be filed and served on interested parties no later than **December 8, 2023 at 5:00 p.m. (E.T.)**.

**PLEASE TAKE FURTHER NOTICE** that the Modified Exhibits hereby replace and supersede the Exhibits and shall constitute the operative exhibits under the Royal Asset Purchase Agreement.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Dated: December 9, 2023
Wilmington, Delaware

/s/ Laura Davis Jones

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 652-4100 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*