# Exhibit B-1

**Modified Schedule 1.1(a) to the Royal Asset Purchase Agreement**

## Schedule 1.1(a) – Owned Real Property

| Location | Street Address | City | Province | Postal Code | Owning Entity |
|---|---|---|---|---|---|
| ~~Stanhope~~Woodstock, ~~PQ~~ON | ~~930 Route~~ 1~~4~~187 Welford Place | ~~Stanhope~~Woodstock | ~~PQ~~ON | ~~J0B EC0~~N4S 7Y5 | YRC ~~Inc.~~Freight Canada |

| | | | | | Company |
|---|---|---|---|---|---|

**Exhibit B-2**

**Added Schedule 7.2(b)(iii) to the Royal Asset Purchase Agreement**

## Schedule 7.2(b)(iii) – Pro-Rated Amount

| Location | Street Address | City | Province | Postal Code | Pro-Rated Amount |
|---|---|---|---|---|---|
| Woodstock, ON | 1187 Welford Place | Woodstock | ON | N4S 7Y5 | 100% |