**Exhibit B**

**Ducera Nov. 27/28 Communications with Objecting Landlord**

# Metviner, Aaron

| | |
|---|---|
| **From:** | Alex Bizanek <abizanek@ducerapartners.com> |
| **Sent:** | Tuesday, November 28, 2023 7:22 PM |
| **To:** | 'DiConza, Gerard'; Omar Essa |
| **Cc:** | Yellow; #YellowBidsSubmission; 'jcarriero@carrierolaw.com'; 'James@broadway-stages.com' |
| **Subject:** | 11/28 Yellow Auction |

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Hi 1313 Grand Street Team –

The auction for today's properties has now concluded - you are not the winning bidder on any of today's properties. Thank you for your participation today.

Best,
Alex

**Alex Bizanek**

**Ducera Partners LLC**
11 Times Square
36th Floor
New York, NY 10036

Office / Text: (212) 671-9769
Mobile: (224) 425-7600
ducerapartners.com

**From:** Alex Bizanek
**Sent:** Tuesday, November 28, 2023 5:49 PM
**To:** DiConza, Gerard <gdiconza@archerlaw.com>; Omar Essa <OEssa@ducerapartners.com>
**Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>; 'jcarriero@carrierolaw.com' <jcarriero@carrierolaw.com>; 'James@broadway-stages.com' <James@broadway-stages.com>
**Subject:** Yellow Auction - Best & Final Round

Hi 1313 Grand Street Team –

- You are an active participant in certain auctions
- For each auction in which you are participating, the highest current bids are detailed in the attached spreadsheet
- The package bid is currently 4% higher than the aggregate highest individual bids
  - If the total proceeds of the individual property-by-property auctions (i.e., the aggregate proceeds of the highest bids for each individual property) exceed the total proceeds of the package bid, the individual property asset bids will be deemed the provisional Winning Bids

1

- If the total proceeds of the individual property-by-property auctions do not exceed the package bid, the package bidder will be deemed the provisional Winning Bidder for all individual assets
- This round will be a Best & Final Round for the package bid and individual properties. The highest bid provisionally wins the auction. Bids for this round are due at 6:15 pm ET.

Best,
Alex



**Alex Bizanek**

**Ducera Partners LLC**
11 Times Square
36th Floor
New York, NY 10036

Office / Text: (212) 671-9769
Mobile: (224) 425-7600
ducerapartners.com

---

**From:** DiConza, Gerard <gdiconza@archerlaw.com>
**Sent:** Tuesday, November 28, 2023 5:18 PM
**To:** Alex Bizanek <abizanek@ducerapartners.com>; Omar Essa <OEssa@ducerapartners.com>
**Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>; 'jcarriero@carrierolaw.com' <jcarriero@carrierolaw.com>; 'James@broadway-stages.com' <James@broadway-stages.com>
**Subject:** RE: [External] 1313 Grand Street - Bid Update

thanks Alex – the client has determined not to submit any further bids.


**Gerard DiConza**

Archer & Greiner P.C.
1211 Avenue of the Americas, Suite 2750
New York, NY 10036
212-682-5457
gdiconza@archerlaw.com
www.archerlaw.com



INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

---

> **From:** Alex Bizanek <abizanek@ducerapartners.com>
> **Sent:** Tuesday, November 28, 2023 5:16 PM
> **To:** DiConza, Gerard <gdiconza@archerlaw.com>; Omar Essa <OEssa@ducerapartners.com>
> **Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>; 'jcarriero@carrierolaw.com' <jcarriero@carrierolaw.com>; 'James@broadway-stages.com' <James@broadway-stages.com>
> **Subject:** [EXT MAIL] RE: 1313 Grand Street - Bid Update

2

Hi 1313 Grand Street Team –

Just checking in, did you intend to submit a bid this round?

Best,
Alex

**Alex Bizanek**

**Ducera Partners LLC**
11 Times Square
36th Floor
New York, NY 10036

Office / Text: (212) 671-9769
Mobile: (224) 425-7600
ducerapartners.com

---

**From:** Alex Bizanek
**Sent:** Tuesday, November 28, 2023 4:35 PM
**To:** 'DiConza, Gerard' <gdiconza@archerlaw.com>; Omar Essa <OEssa@ducerapartners.com>
**Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>; 'jcarriero@carrierolaw.com' <jcarriero@carrierolaw.com>; 'James@broadway-stages.com' <James@broadway-stages.com>
**Subject:** RE: 1313 Grand Street - Bid Update

Hi 1313 Grand Street Team –

- You are an active participant in certain auctions
- For each auction in which you are participating, the highest bids in the last round and Minimum Bid amounts for this round are detailed in the attached bid form
- Your attached bid form has been updated for your active participation in certain auctions
- For **Y187 (Brooklyn, NY)**, this round will be an incremental round, which will proceed under the following rules:
    - Bids must match or exceed the previous round's high bid for such property, plus a 15% minimum overbid increment ("Minimum Bid")
    - Bidders who do not meet or exceed the Minimum Bid, or do not bid at all, will be eliminated from the auction for that property as long as at least one other bidder exceeds the Minimum Bid
    - All bidders who match or exceed the Minimum Bid will remain in the auction for such property
- <u>Bids for this round are due at 5:00pm ET</u>
- <u>The package bid has increased and is now 4% above individual bids</u>

Best,
Alex

**Alex Bizanek**

**Ducera Partners LLC**
11 Times Square
36th Floor
New York, NY 10036

3

Office / Text: (212) 671-9769
Mobile: (224) 425-7600
ducerapartners.com

---

**From:** Alex Bizanek
**Sent:** Tuesday, November 28, 2023 2:53 PM
**To:** DiConza, Gerard <gdiconza@archerlaw.com>; Omar Essa <OEssa@ducerapartners.com>
**Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>; jcarriero@carrierolaw.com; James@broadway-stages.com
**Subject:** 1313 Grand Street - Bid Update

Hi 1313 Grand Street Team –

- You are an active participant in certain auctions
- <u>The sum of individual bids has now exceeded the package bid.</u> During this round, the package bidder will now have an opportunity to improve their package and/or enter the property-by-property auctions
- You are currently the highest single bidder remaining for Y187 (Brooklyn, NY), subject to the package bidder's entry into the auction. As the package has been exceeded this round, there is no Minimum Bid for Y187 (Brooklyn, NY) for this round and there is no need to improve your bid during this round.
- We will come back to you with further details by **4pm ET**

Best,
Alex

**Alex Bizanek**

**Ducera Partners LLC**
11 Times Square
36th Floor
New York, NY 10036

Office / Text: (212) 671-9769
Mobile: (224) 425-7600
ducerapartners.com

---

**From:** DiConza, Gerard <gdiconza@archerlaw.com>
**Sent:** Tuesday, November 28, 2023 12:59 PM
**To:** Alex Bizanek <abizanek@ducerapartners.com>; Omar Essa <OEssa@ducerapartners.com>
**Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>; jcarriero@carrierolaw.com; James@broadway-stages.com
**Subject:** [External] RE: [External] RE: [External] Yellow - Auction Schedule & Nov-28 Opening Bids

Attached is the revised Round 5 bid of 1313 Grand Street for $5,107,098, plus the waiver of cure costs as identified in its initial bid.

Thanks,

Gerry


**Gerard DiConza**

Archer & Greiner P.C.

4

1211 Avenue of the Americas, Suite 2750
New York, NY 10036
212-682-5457
gdiconza@archerlaw.com
www.archerlaw.com



INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**From:** Alex Bizanek <abizanek@ducerapartners.com>
**Sent:** Tuesday, November 28, 2023 12:44 PM
**To:** DiConza, Gerard <gdiconza@archerlaw.com>; Omar Essa <OEssa@ducerapartners.com>
**Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>; jcarriero@carrierolaw.com; James@broadway-stages.com
**Subject:** [EXT MAIL] RE: [External] RE: [External] Yellow - Auction Schedule & Nov-28 Opening Bids

1313 Grand Street Team -

- You are an active participant in certain auctions
- For each auction in which you are participating, the highest bids in the last round and Minimum Bid amounts for this round are detailed in the attached bid form
- Your attached bid form has been updated for your active participation in certain auctions
- <u>Bids for this round are due at 1:15pm</u>
    o Please send back the attached Yellow Auction Bid Form spreadsheet with your Bid Amounts for each property filled in in the highlighted yellow boxes
- This round will be an Incremental Round, which will proceed under the following rules:
    o Bids must match or exceed the previous round's high bid for such property, plus a 15% minimum overbid increment ("Minimum Bid")
    o Bidders who do not meet or exceed the Minimum Bid, or do not bid at all, will be eliminated from the auction for that property as long as at least one other bidder exceeds the Minimum Bid
    o All bidders who match or exceed the Minimum Bid will remain in the auction for such property
- Status vs. Package:
    o <u>The package bid currently exceeds the sum of individual bids by 5%</u>

Best,
Alex

**Alex Bizanek**

**Ducera Partners LLC**
11 Times Square
36th Floor
New York, NY 10036

Office / Text: (212) 671-9769
Mobile: (224) 425-7600
ducerapartners.com

5

**From:** DiConza, Gerard <gdiconza@archerlaw.com>
**Sent:** Tuesday, November 28, 2023 12:00 PM
**To:** Alex Bizanek <abizanek@ducerapartners.com>; Omar Essa <OEssa@ducerapartners.com>
**Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>; jcarriero@carrierolaw.com; James@broadway-stages.com
**Subject:** RE: [External] RE: [External] Yellow - Auction Schedule & Nov-28 Opening Bids

Attached is the revised bid of 1313 Grand Street for $4,440,955 plus the waiver of cure costs as identified in its initial bid.

Thanks,

Gerry



**Gerard DiConza**

Archer & Greiner P.C.
1211 Avenue of the Americas, Suite 2750
New York, NY 10036
212-682-5457
gdiconza@archerlaw.com
www.archerlaw.com



INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**From:** Alex Bizanek <abizanek@ducerapartners.com>
**Sent:** Tuesday, November 28, 2023 11:47 AM
**To:** DiConza, Gerard <gdiconza@archerlaw.com>; Omar Essa <OEssa@ducerapartners.com>
**Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>; jcarriero@carrierolaw.com; James@broadway-stages.com
**Subject:** [EXT MAIL] RE: [External] RE: [External] Yellow - Auction Schedule & Nov-28 Opening Bids

1313 Grand Street Team -

- You are an active participant in certain auctions
- For each auction in which you are participating, the highest bids in the last round and Minimum Bid amounts for this round are detailed in the attached bid form
- Your attached bid form has been updated for your active participation in certain auctions
- <u>Bids for this round are due at 12:15pm</u>
    - Please send back the attached Yellow Auction Bid Form spreadsheet with your Bid Amounts for each property filled in in the highlighted yellow boxes
- This round will be an Incremental Round, which will proceed under the following rules:
    - Bids must match or exceed the previous round's high bid for such property, plus a 15% minimum overbid increment ("Minimum Bid")

- Bidders who do not meet or exceed the Minimum Bid, or do not bid at all, will be eliminated from the auction for that property as long as at least one other bidder exceeds the Minimum Bid
- All bidders who match or exceed the Minimum Bid will remain in the auction for such property
- Status vs. Package:
    - <u>The package bid currently exceeds the sum of individual bids by 12%</u>

Best,
Alex

**Alex Bizanek**

**Ducera Partners LLC**
11 Times Square
36th Floor
New York, NY 10036

Office / Text: (212) 671-9769
Mobile: (224) 425-7600
ducerapartners.com

---

**From:** DiConza, Gerard <gdiconza@archerlaw.com>
**Sent:** Tuesday, November 28, 2023 11:11 AM
**To:** Alex Bizanek <abizanek@ducerapartners.com>; Omar Essa <OEssa@ducerapartners.com>
**Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>; jcarriero@carrierolaw.com; James@broadway-stages.com
**Subject:** [External] RE: [External] Yellow - Auction Schedule & Nov-28 Opening Bids

Please see attached the revised bid of 1313 Grand Street Realty LLC for $3,861,700 plus the waiver of cure costs as identified in its initial bid.

Thanks,

Gerry

**Gerard DiConza**

Archer & Greiner P.C.
1211 Avenue of the Americas, Suite 2750
New York, NY 10036
212-682-5457
gdiconza@archerlaw.com
www.archerlaw.com



INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**From:** Alex Bizanek <abizanek@ducerapartners.com>
**Sent:** Tuesday, November 28, 2023 10:55 AM
**To:** DiConza, Gerard <gdiconza@archerlaw.com>; Omar Essa <OEssa@ducerapartners.com>
**Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>; jcarriero@carrierolaw.com; James@broadway-stages.com
**Subject:** [EXT MAIL] RE: [External] Yellow - Auction Schedule & Nov-28 Opening Bids

1313 Grand Street Team -

- You are an active participant in certain auctions
- For each auction in which you are participating, the highest bids in the last round and Minimum Bid amounts for this round are detailed in the attached bid form
- Your attached bid form has been updated for your active participation in certain auctions
- <u>Bids for this round are due at 11:15am</u>
    - Please send back the attached Yellow Auction Bid Form spreadsheet with your Bid Amounts for each property filled in in the highlighted yellow boxes
- This round will be an Incremental Round, which will proceed under the following rules:
    - Bids must match or exceed the previous round's high bid for such property, plus a 15% minimum overbid increment ("Minimum Bid")
    - Bidders who do not meet or exceed the Minimum Bid, or do not bid at all, will be eliminated from the auction for that property as long as at least one other bidder exceeds the Minimum Bid
    - All bidders who match or exceed the Minimum Bid will remain in the auction for such property
- Status vs. Package:
    - <u>The package bid currently exceeds the sum of individual bids by more than 20%</u>

Best,
Alex


**Alex Bizanek**

**Ducera Partners LLC**
11 Times Square
36th Floor
New York, NY 10036

Office / Text: (212) 671-9769
Mobile: (224) 425-7600
ducerapartners.com

**From:** DiConza, Gerard <gdiconza@archerlaw.com>
**Sent:** Tuesday, November 28, 2023 10:09 AM
**To:** Alex Bizanek <abizanek@ducerapartners.com>; Omar Essa <OEssa@ducerapartners.com>
**Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>; jcarriero@carrierolaw.com; James@broadway-

8

stages.com
**Subject:** RE: [External] Yellow - Auction Schedule & Nov-28 Opening Bids

Please see attached the revised bid of 1313 Grand Street Realty for $3,358,000.  In addition, 1313 Grand Street is willing to waive the cure costs as identified in its initial bid (which currently total approximately $396,000).

Regards,

Gerry



**Gerard DiConza**

Archer & Greiner P.C.
1211 Avenue of the Americas, Suite 2750
New York, NY 10036
212-682-5457
gdiconza@archerlaw.com
www.archerlaw.com



INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**From:** Alex Bizanek <abizanek@ducerapartners.com>
**Sent:** Tuesday, November 28, 2023 9:51 AM
**To:** DiConza, Gerard <gdiconza@archerlaw.com>; Omar Essa <OEssa@ducerapartners.com>
**Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>; jcarriero@carrierolaw.com; James@broadway-stages.com
**Subject:** [EXT MAIL] RE: Yellow - Auction Schedule & Nov-28 Opening Bids

1313 Grand Street Team -

- You are an active participant in certain auctions
- For each auction in which you are participating, the highest bids in the last round and Minimum Bid amounts for this round are detailed in the attached bid form
- Your attached bid form has been updated for your active participation in certain auctions
- Bids for this round are due at 10:15am
    - Please send back the attached Yellow Auction Bid Form spreadsheet with your Bid Amounts for each property filled in in the highlighted yellow boxes
- This round will be an Incremental Round, which will proceed under the following rules:
    - Bids must match or exceed the previous round's high bid for such property, plus a 15% minimum overbid increment ("Minimum Bid")

9

- - o Bidders who do not meet or exceed the Minimum Bid, or do not bid at all, will be eliminated from the auction for that property as long as at least one other bidder exceeds the Minimum Bid
    - o All bidders who match or exceed the Minimum Bid will remain in the auction for such property
  - Status vs. Package:
    - o <u>The package bid currently exceeds the sum of individual bids by more than 20%</u>

Best,
Alex


**Alex Bizanek**

**Ducera Partners LLC**
11 Times Square
36th Floor
New York, NY 10036

Office / Text: (212) 671-9769
Mobile: (224) 425-7600
ducerapartners.com

---

**From:** DiConza, Gerard <gdiconza@archerlaw.com>
**Sent:** Monday, November 27, 2023 8:00 PM
**To:** Omar Essa <OEssa@ducerapartners.com>
**Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>; jcarriero@carrierolaw.com; James@broadway-stages.com
**Subject:** [External] RE: Yellow - Auction Schedule & Nov-28 Opening Bids

Thank you Omar.  Please see attached the opening bid of 1313 Grand Street Realty for $2,920,000.  In addition, 1313 Grand Street is willing to waive the cure costs as identified in its initial bid (which currently total approximately $396,000).  Please confirm receipt and advise if the debtors need additional information.

Regards,

Gerry


**Gerard DiConza**

Archer & Greiner P.C.
1211 Avenue of the Americas, Suite 2750
New York, NY 10036
212-682-5457
gdiconza@archerlaw.com
www.archerlaw.com



INFORMATION CONTAINED IN THIS E-MAIL TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL. IF YOU ARE NOT THE INTENDED RECIPIENT OF THIS EMAIL, DO NOT READ, DISTRIBUTE OR REPRODUCE THIS TRANSMISSION (INCLUDING ANY ATTACHMENTS). IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY TELEPHONE OR EMAIL REPLY.

**From:** Omar Essa <OEssa@ducerapartners.com>
**Sent:** Monday, November 27, 2023 6:17 PM
**To:** DiConza, Gerard <gdiconza@archerlaw.com>; jcarriero@carrierolaw.com; James@broadway-stages.com
**Cc:** Yellow <yellow@ducerapartners.com>; 'YellowBidsSubmission@kirkland.com' <YellowBidsSubmission@kirkland.com>
**Subject:** [EXT MAIL] Yellow - Auction Schedule & Nov-28 Opening Bids

1313 Grand Street team –

Please see below and attached for additional information on the auction and tomorrow's process.

**Auction Schedule & Back-Up Bidder Update**
You have been designated a Qualified Bidder for certain properties. Please find attached the schedule of auctions occurring during the week of 11/27 to which you have been invited to participate as a Qualified Bidder.

Furthermore, the Debtors are providing an update with respect to Back-Up Bidder obligations. The Debtors have determined that they will not obligate any Winning Bidder to serve as a Back-Up Bidder to the extent the aggregate value of such bidder's Winning Bids and Back-Up Bid obligations would exceed the total aggregate purchase price of that bidder's initial bid submitted on November 9. For the avoidance of doubt, the Debtors will be entitled to require such bidder to serve as a Back-Up Bidder only to the extent the aggregate value of such bidder's Winning Bids plus such Back-Up Bidder obligations is less than or equal to the total aggregate purchase price of such bidder's initial bids submitted on November 9. Further, there will be no Back-Up Bidders designated for properties auctioned on November 28.

**November 28 Auction Day Overview**
You have been invited to participate in the auction for certain properties on November 28. Please find attached the opening bids for each property, as well as the minimum overbid increment applicable to each property for the first round of bidding. **First Round bids are due tomorrow, November 28, at 9:00 am ET. The First Round will be an Incremental Round as described below.**

Please be advised that these assets are being auctioned (a) on a property-by-property basis and (b) as part of a package bid.
- If the total proceeds of the individual property-by-property auctions (i.e., the aggregate proceeds of the highest bids for each individual property) exceed the total proceeds of the package bid, the individual property asset bids will be deemed the provisional Winning Bids
- If the total proceeds of the individual property-by-property auctions do not exceed the package bid, the package bidder will be deemed the provisional Winning Bidder for all individual assets
- The package bidder will be invited to both increase their package bid and participate in the individual property-by-property auctions if and when the

11

- individual property-by-property auction values collectively exceed the package bid value. There is only one package bidder
- <u>The package bid currently exceeds the sum of the highest individual bids by more than 20%</u>
    - The Debtors will provide updates on the status of individual bid values relative to the package bid before each round

The auction will consist of two types of rounds—Incremental Rounds and Best & Final Rounds--which will be sequenced pursuant to the below schedule.
- "Incremental Round"
    - Bids must match or exceed the sum of the previous round's high bid for such property, <u>plus</u> a 15% minimum overbid increment ("Minimum Bid")
        - The first round Minimum Bid for each property is detailed in the attached bid form. The Minimum Bid for each round will be updated and communicated to you in advance of each subsequent round
    - Bidders who do not meet or exceed the Minimum Bid for a certain property, or do not bid at all, will be eliminated from the auction for that property as long as at least one other bidder meets or exceeds the Minimum Bid for that property and round
    - All bidders who match or exceed the Minimum Bid will remain in the auction for such property for that round
- "Best & Final Round"
    - The Debtors reserve the right to announce at any time that the next round of bidding will be a "Best & Final Round"
    - All remaining bidders in the Best & Final round will be given an opportunity to submit a final bid.
    - The highest bid in this Best & Final Round provisionally wins the asset subject to any package bid pursuant to the procedures set forth above and the Debtors' exercise of their fiduciary duties.

**Auction Schedule & Sequencing (subject to change by the Debtors, in consultation with the Consultation Parties):**
- <u>Round 1:</u> Incremental Round – bids due by 9:00 am ET
- <u>Round 2:</u> Incremental Round – bids due by 10:00 am ET
- <u>Round 3:</u> Incremental Round – bids due by 11:00 am ET
- <u>Round 4:</u> Incremental Round – bids due by 12:00 pm ET
- <u>Round 5:</u> Incremental Round – bids due by 1:00 pm ET
- <u>Round 6:</u> Incremental Round – bids due by 2:00 pm ET
- <u>Round 7:</u> Incremental Round – bids due by 3:00 pm ET
- <u>Round 8:</u> Incremental Round – bids due by 4:00 pm ET
- <u>Round 9:</u> Best & Final Round – bids due by 5:00 pm ET

**Omar Essa**

**Ducera Partners LLC**
11 Times Square
36th Floor
New York, NY 10036