# Exhibit C

## Objecting Landlord Bid Forms

**Yellow Corporation**
Real Property Auction Bid Form - November 28, 2023

*Highly Confidential*

Bidder Name: 1313 Grand Street

| Site | Property Name | Address | City | State | ZIP | Current Highest Bid | Minimum Bid Increment | Minimum Bid | Bid Amount |
|---|---|---|---|---|---|---|---|---|---|
| Y187 | Brooklyn, NY | 1313 Grand Street | Brooklyn | NY | 11211 | $2,541,536 | $378,464 | $2,920,000 | $2,920,000 |

Bids greater than $10 million should be rounded to the nearest $100,000. Bids less than $10 million should be rounded to the nearest $10,000

By submission of this bid form, bidder affirms that it has at all times acted in good faith and at arms' length, this bid is a bonafide offer, binding and irrevocable, and bidder has not had communications with any other bidder with the goal of either controlling the price for the assets being auctioned or discouraging such other bidder's participation in this auction. Bidder further affirms that it has not and will not encourage or partake in collusion of any kind whatsoever regarding the Debtor's bidding process and this auction. Each of Bidder's bids set forth herein is based on the Asset Purchase Agreement submitted by such Bidder, as such Asset Purchase Agreement may have been modified in writing in correspondence with Debtors' counsel after initial submission and prior to commencement of the Auction, with no changes thereto.

*Strictly Confidential*
*Preliminary Draft – Subject to Substantial Revision*

**Yellow Corporation**
Real Property Auction Bid Form - November 28, 2023

*Highly Confidential*

Bidder Name: 1313 Grand Street

| Site | Property Name | Address | City | State | ZIP | Current Highest Bid | Minimum Bid Increment | Minimum Bid | Bid Amount |
|---|---|---|---|---|---|---|---|---|---|
| Y187 | Brooklyn, NY | 1313 Grand Street | Brooklyn | NY | 11211 | $2,920,000 | $438,000 | $3,358,000 | $3,358,000 |

Bids greater than $10 million should be rounded to the nearest $100,000. Bids less than $10 million should be rounded to the nearest $10,000

By submission of this bid form, bidder affirms that it has at all times acted in good faith and at arms' length, this bid is a bonafide offer, binding and irrevocable, and bidder has not had communications with any other bidder with the goal of either controlling the price for the assets being auctioned or discouraging such other bidder's participation in this auction. Bidder further affirms that it has not and will not encourage or partake in collusion of any kind whatsoever regarding the Debtor's bidding process and this auction. Each of Bidder's bids set forth herein is based on the Asset Purchase Agreement submitted by such Bidder, as such Asset Purchase Agreement may have been modified in writing in correspondence with Debtors' counsel after initial submission and prior to commencement of

*Strictly Confidential*
*Preliminary Draft – Subject to Substantial Revision*

**Yellow Corporation**
Real Property Auction Bid Form - November 28, 2023

*Highly Confidential*

Bidder Name: 1313 Grand Street

| Site | Property Name | Address | City | State | ZIP | Current Highest Bid | Minimum Bid Increment | Minimum Bid | Bid Amount |
|---|---|---|---|---|---|---|---|---|---|
| Y187 | Brooklyn, NY | 1313 Grand Street | Brooklyn | NY | 11211 | $3,358,000 | $503,700 | $3,861,700 | $3,861,700 |

By submission of this bid form, bidder affirms that it has at all times acted in good faith and at arms' length, this bid is a bonafide offer, binding and irrevocable, and bidder has not had communications with any other bidder with the goal of either controlling the price for the assets being auctioned or discouraging such other bidder's participation in this auction. Bidder further affirms that it has not and will not encourage or partake in collusion of any kind whatsoever regarding the Debtor's bidding process and this auction. Each of Bidder's bids set forth herein is based on the Asset Purchase Agreement submitted by such Bidder, as such Asset Purchase Agreement may have been modified in writing in correspondence with Debtors' counsel after initial submission and prior to commencement of

Bids greater than $10 million should be rounded to the nearest $100,000. Bids less than $10 million should be rounded to the nearest $10,000

*Strictly Confidential*
*Preliminary Draft – Subject to Substantial Revision*

**Yellow Corporation**
Real Property Auction Bid Form - November 28, 2023

*Highly Confidential*

Bidder Name: 1313 Grand Street

| Site | Property Name | Address | City | State | ZIP | Current Highest Bid | Minimum Bid Increment | Minimum Bid | Bid Amount |
|---|---|---|---|---|---|---|---|---|---|
| Y187 | Brooklyn, NY | 1313 Grand Street | Brooklyn | NY | 11211 | $3,861,700 | $579,255 | $4,440,955 | $4,440,955 |

By submission of this bid form, bidder affirms that it has at all times acted in good faith and at arms' length, this bid is a bonafide offer, binding and irrevocable, and bidder has not had communications with any other bidder with the goal of either controlling the price for the assets being auctioned or discouraging such other bidder's participation in this auction. Bidder further affirms that it has not and will not encourage or partake in collusion of any kind whatsoever regarding the Debtor's bidding process and this auction. Each of Bidder's bids set forth herein is based on the Asset Purchase Agreement submitted by such Bidder, as such Asset Purchase Agreement may have been modified in writing in correspondence with Debtors' counsel after initial submission and prior to commencement of

Bids greater than $10 million should be rounded to the nearest $100,000. Bids less than $10 million should be rounded to the nearest $10,000

*Strictly Confidential*
*Preliminary Draft – Subject to Substantial Revision*

**Yellow Corporation**
Real Property Auction Bid Form - November 28, 2023

*Highly Confidential*

Bidder Name: 1313 Grand Street

| Site | Property Name | Address | City | State | ZIP | Current Highest Bid | Minimum Bid Increment | Minimum Bid | Bid Amount |
|---|---|---|---|---|---|---|---|---|---|
| Y187 | Brooklyn, NY | 1313 Grand Street | Brooklyn | NY | 11211 | $4,440,955 | $666,143 | $5,107,098 | $5,107,098 |

By submission of this bid form, bidder affirms that it has at all times acted in good faith and at arms' length, this bid is a bonafide offer, binding and irrevocable, and bidder has not had communications with any other bidder with the goal of either controlling the price for the assets being auctioned or discouraging such other bidder's participation in this auction. Bidder further affirms that it has not and will not encourage or partake in collusion of any kind whatsoever regarding the Debtor's bidding process and this auction. Each of Bidder's bids set forth herein is based on the Asset Purchase Agreement submitted by such Bidder, as such Asset Purchase Agreement may have been modified in writing in correspondence with Debtors' counsel after initial submission and prior to commencement of

Bids greater than $10 million should be rounded to the nearest $100,000. Bids less than $10 million should be rounded to the nearest $10,000

*Strictly Confidential*
*Preliminary Draft – Subject to Substantial Revision*

**Yellow Corporation**
Real Property Auction Bid Form - November 28, 2023

*Highly Confidential*

Bidder Name: 1313 Grand Street

| Site | Property Name | Address | City | State | ZIP | Current Highest Bid | Minimum Bid Increment | Minimum Bid | Bid Amount |
|------|---------------|---------|------|-------|-----|---------------------|----------------------|-------------|------------|
| Y187 | Brooklyn, NY | 1313 Grand Street | Brooklyn | NY | 11211 | $7,500,000 | $1,125,000 | $8,625,000 | Bids greater than $10 million should be rounded to the nearest $100,000. Bids less than $10 million should be rounded to the nearest $10,000 |

By submission of this bid form, bidder affirms that it has at all times acted in good faith and at arms' length, this bid is a bonafide offer, binding and irrevocable, and bidder has not had communications with any other bidder with the goal of either controlling the price for the assets being auctioned or discouraging such other bidder's participation in this auction. Bidder further affirms that it has not and will not encourage or partake in collusion of any kind whatsoever regarding the Debtor's bidding process and this auction. Each of Bidder's bids set forth herein is based on the Asset Purchase Agreement submitted by such Bidder, as such Asset Purchase Agreement may have been modified in writing in correspondence with Debtors' counsel after initial submission and prior to commencement of