IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |
|  | ) **Re: Docket No. 1306** |

# AMENDED DEBTORS' WITNESS AND EXHIBIT LIST
## FOR HEARING ON DECEMBER 12, 2023 AT 10:00 A.M. (ET)

The above-captioned debtors and debtors in possession (the "Debtors") hereby submit this amended witness and exhibit list in connection with the hearing scheduled for **December 12, 2023, at 10:00 a.m. (ET)**, before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Hearing"), at which time the following motions (the "Motions") will be heard:[2]

1. *Motion of the Debtors for Entry of an Order (I)(A) Approving Bidding Procedures for the Sale or Sales of the Debtors' Assets; (B) Scheduling an Auction and Approving the Form and Manner of Notice Thereof; (C) Approving Assumption and Assignment Procedures, (D) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* (Docket No. 22) (the "Sale Motion");

2. *Motion of Lawrence Nowicki, for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code* [Docket No. 659];

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] The Debtors have asked the lift stay movants to continue their motions and many have agreed to do so. Others may also agree between the filing of this pleading and the hearing on Tuesday, December 12.

3. *Motion of Jason E. Ellis, for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code* [Docket No. 829];
4. *Motion Phillip B. Deterding's Motion for Relief from the Automatic Stay* [Docket No. 1037].

## WITNESSES

The Debtors designate the following witnesses that may be called to testify in connection with the Sale Motion:

(1)    Cody Kaldenberg.

The Debtors also cross designate all witnesses designated by any other party in connection with the Motions, and reserve the right to call any necessary rebuttal or impeachment witnesses.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing in connection with the Sale Motion and the lift stay motions:

| Exhibit No. | Document Description | Docket No. |
| --- | --- | --- |
| 1. | Declaration of Cody Kaldenberg ISO Sale Motion | 1303 |
| 2. | Supplemental Declaration of Cody Kaldenberg ISO Sale Motion | 1330 |
| 3. | Notice of Winning Bidders | 1268 |
| 4. | ORIC Objection to Lift Stay Motions | 1106 |
| 5. | Proposed ADR Procedures | 1329-2 |
| 6. | 10/27/23 ORIC Coverage Letter in *Nowicki* | |
| 7. | 12/8/23 ORIC Coverage Letter in *Deterding* | |

No other party has identified any exhibits or witnesses in connection with the Motions. The Debtors reserve the right to object to the entry into evidence of any exhibit, including those

listed above. The Debtors also reserve the right to amend or supplement this witness and exhibit list prior to the Hearing.

Dated: December 11, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 652-4100 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |
| | Allyson B. Smith (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*