**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**ORDER GRANTING DEBTORS' MOTION FOR LEAVE
TO FILE A LATE REPLY IN SUPPORT OF SALE MOTION**

Upon consideration of the Debtors' *Motion for Leave to File a Late Reply in Support of Sale Motion*, IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The Debtors are permitted to file a late Reply on or before December 11, 2023 at 4:00 p.m. (ET), and such Reply shall be deemed timely filed.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.