# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| | CASE NO. 23-11069 (CTG) |
| YELLOW CORPORATION, ET AL., | |
| Debtors. | |

## SUBSTITUTION OF COUNSEL AND NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the appearance of Raeann Warner of Collins Price & Warner and withdraw the appearance of Jacobs & Crumplar as counsel for Movant Dariun Wright in his petition for relief from stay. (D.I. 423).

Dated: December 11, 2023

| **JACOBS & CRUMPLAR, P.A.** | **COLLINS PRICE & WARNER** |
|---|---|
| */s/ Patrick Gallagher* | */s/ Raeann Warner* |
| Patrick Gallagher (# 5170) | Raeann Warner (# 4931) |
| Thomas C. Crumplar (#942) | 8 East 13th Street |
| 750 Shipyard Drive, Suite 200 | Wilmington, DE 19801 |
| Wilmington, DE 19801 | (302)655-4600 |
| (302)656-5445 | raeann@collinslawdelaware.com |
| Pat@Jcdelaw.com | *Attorney for Plaintiff* |
| Tom@Jcdelaw.com | |
| *Attorney For Plaintiff* | |

30267772.2