## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
|  | **Re: Docket Nos. 1308, 1336** |

### SECOND AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON DECEMBER 12, 2013 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801

**This hearing will be conducted in-person. All parties, including witnesses, are expected to attend in person unless permitted to appear via Zoom. Participation at the in-person court proceeding using Zoom is allowed only in the following circumstances: (i) counsel for a party or a pro se litigant that files a responsive pleading and intends to make only a limited argument; (ii) a party or a representative of a party that has not submitted a pleading but is interested in observing the hearing; (iii) any party that is proceeding, in a claims allowance dispute, on a pro se basis; or (iv) extenuating circumstances that warrant remote participation as may be determined by the Court. All participants over Zoom must register in advance. Please register by December 8, 2023, at 4:00 p.m. (EST).**

**Registration Link:**

**https://debuscourts.zoomgov.com/meeting/register/vJItd-6hrzguGrreQiqUt50CsTEnC1kMcRI**

### RESOLVED MATTER:

1.      Debtors' Application Pursuant to Sections 327(e), 328(a), and 339 of the Bankruptcy
        Code for Entry of an Order Authorizing the Retention and Employment of Kasowitz

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]   **Amended items are in bold.**

Benson Torres LLP, as Special Litigation Counsel to the Debtors Effective as of the Petition Date [Filed: 9/7/23] (Docket No. 418)

Response Deadline:  September 21, 2023 at 4:00 p.m. (ET)

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.    [Proposed] Order Pursuant to Sections 327(e), 328(a), and 339 of the Bankruptcy Code for Entry of an Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP, as Special Litigation Counsel to the Debtors Effective as of the Petition Date [Filed: 9/7/23] (Docket No. 418, Exhibit A)

B.    Supplemental Declaration in Support of Marc E. Kasowitz of Debtors' Application Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code for Entry of an Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP, as Special Litigation Counsel to the Debtors Effective as to the Petition Date [Docket No. 11/30/23] (Docket No. 1249)

C.    Declaration in Support of Matthew A. Doheny of Debtors' Application Pursuant to Sections 327(e), 328(a), and 330 of the Bankruptcy Code for Entry of an Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP as Special Litigation Counsel to the Debtors Effective as of the Petition Date [Docket No. 11/30/23] (Docket No. 1250)

D.    Certification of Counsel Regarding Debtors' Application Pursuant to Sections 327(e), 328(a), and 339 of the Bankruptcy Code for Entry of an Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP, as Special Litigation Counsel to the Debtors Effective as of the Petition Date [Filed: 12/1/23] (Docket No. 1255)

E.    [Signed] Order Pursuant to Sections 327(e), 328(a), and 339 of the Bankruptcy Code for Entry of an Order Authorizing the Retention and Employment of Kasowitz Benson Torres LLP, as Special Litigation Counsel to the Debtors Effective as of the Petition Date [Filed: 12/1/23] (Docket No. 1257)

Status:  The Court has entered an order on this matter.  No hearing is necessary.

**CONTINUED MATTERS**:

2.    Motion of Brett Groves for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 8/24/23] (Docket No. 334)

Response Deadline:  September 7, 2023, at 4:00 p.m. ET *(extended until October 9, 2023 at 4:00 p.m. ET)*

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

D.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.    [Proposed] Order Granting Motion for Relief from the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 8/24/23] (Docket No. 334, Exhibit B)

B.    [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Brett Groves to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/8/23] (Docket No. 427)

C.    Notice of Extension of Time to Respond to Motion to Lift the Automatic Stay [Filed: 10/5/23] (Docket No. 777)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

3.    Motion of Myriam Binette for Relief From the Automatic Stay [Filed: 8/28/23] (Docket No. 344)

Response Deadline:  September 7, 2023, at 4:00 p.m. ET *(extended until October 9, 2023 at 4:00 p.m. ET)*

Responses Received:

A.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

      B.      Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] ([Docket No. 886](#))

      C.      Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] ([Docket No. 1273](#))

Related Documents:

      A.      Notice of Motion of Myriam Binette for Relief from Stay Under Section 362 of the Bankruptcy Code [File: 8/30/23] ([Docket No. 364](#))

      B.      [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Myriam Binette to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/8/23] ([Docket No. 429](#))

      C.      Notice of Extension of Time to Respond to Motion to Lift the Automatic Stay [Filed: 10/5/23] ([Docket No. 776](#))

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

4.      Motion of Paul Clark and Jean Clark for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 8/29/23] ([Docket No. 358](#))

Response Deadline:  September 12, 2023, at 4:00 p.m. ET *(extended until October 12, 2023 at 4:00 p.m. ET)*

Responses Received:

      A.      Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] ([Docket No. 823](#))

      B.      Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] ([Docket No. 827](#))

      C.      Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] ([Docket No. 886](#))

      D.      Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] ([Docket No. 1273](#))

Related Documents:

A.    [Proposed] Order Granting Motion for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 8/29/23] ([Docket No 358, Exhibit B])

B.    [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Paul Clark and Jean Clark to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/8/23] ([Docket No. 428])

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

5.    Motion for Relief From Stay [Filed by Dariun Wright] [Filed: 9/8/23] ([Docket No. 423])

Response Deadline:  October 16, 2023 at 4:00 p.m. (ET)

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] ([Docket No. 823])

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] ([Docket No. 827])

C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] ([Docket No. 886])

D.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] ([Docket No. 1273])

Related Documents:  None.

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

6.    Motion of James Charles Howard for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 9/14/23] ([Docket No. 553])

Response Deadline:  September 28, 2023 at 4:00 p.m. (ET)

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

D.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.    [Proposed] Order Granting Motion for Relief From the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 9/14/23] (Docket No. 553, Exhibit B)

B.    [Signed] Order Approving the Joint Stipulation By and Among the Debtors and James Charles Howard to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing ate Related Thereto [Filed: 9/28/23] (Docket No. 689)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

7.    Motion of Gary W. Gibby for Relief from the Automatic Stay [Filed: 9/19/23] (Docket No. 608)

Response Deadline:  October 3, 2023 at 4:00 p.m. (ET) *(extended until October 12, 2023 at 4:00 p.m. (ET)*

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.      Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation,
Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for
Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code
[Filed 10/20/23] ([Docket No. 886](#))

D.      Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant
Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy
Code [Filed: 12/6/23] ([Docket No. 1273](#))

Replies Received:

A.      Reply in Further Support of Motion of Gary W. Gibby for Relief From the
Automatic Stay [Filed: 11/8/23] ([Docket No. 1058](#))

Related Documents:

A.      [Proposed] Order Granting Motion of Gary W. Gibby for Relief from the
Automatic Stay [Filed: 9/19/23] ([Docket No 608, Exhibit A](#))

B.      [Signed] Order Approving the Joint Stipulation By and Among the Debtors and
Gary W. Gibby to (I) Extend the Deadline to respond to Motion to Lift the
Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 10/3/23]
([Docket No. 747](#))

C.      Certification of Counsel Regarding the Joint Stipulation By and Among the
Debtors and Gary W. Gibby to (I) Extend the Deadline to respond to Motion to
Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed:
10/3/23] ([Docket No. 875](#))

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

8.      Motion of Amer Nasser and Meira Ulloque for Relief From the Automatic Stay [Filed:
9/20/23] ([Docket No. 615](#))

Response Deadline:  October 4, 2023 at 4:00 p.m. (ET) *(extended until October 12, 2023
at 4:00 p.m. (ET)*

Responses Received:

A.      Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance
Company to Motions for Relief from the Automatic Stay to the Extent of
Insurance Proceeds [Filed: 10/12/23] ([Docket No. 823](#))

B.      Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from
the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23]
([Docket No. 827](#))

C.     Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

D.     Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.     [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Amer Nasser and Meira Ulloque to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/28/23] (Docket No. 688)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

9.     Motion of Paul R. Wyszynski for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 9/21/23] (Docket No. 630)

Response Deadline:  October 5, 2023 at 4:00 p.m. (ET) *(extended until October 12, 2023 at 4:00 p.m. (ET)*

Responses Received:

A.     Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.     Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.     Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

D.     Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.    [Proposed] Motion of Paul R. Wyszynski for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 9/21/23] ([Docket No. 630](#))

B.    [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Paul R. Wyszynski to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 9/28/23] ([Docket No. 687](#))

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

10.    Emily Louro's Motion for Relief From Automatic Stay [Filed: 9/25/23] ([Docket No. 650](#))

Response Deadline:  November 6, 2023 at 4:00 p.m. (ET)

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] ([Docket No. 823](#))

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] ([Docket No. 827](#))

C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] ([Docket No. 886](#))

D.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] ([Docket No. 1273](#))

Replies Received:

A.    Emily Louro's Reply in Support of Her Motion for Relief From the Automatic Stay [Filed: 10/18/23] ([Docket No. 866](#))

Related Documents:

A.    [Proposed] Order of Emily Louro's Motion for Relief From Automatic Stay [Filed: 9/25/23] ([Docket No. 650](#))

B.    Notice of Emily Louro's Motion for Relief From Automatic Stay [Filed: 10/26/23] ([Docket No. 961](#))

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

11.    Motion of Corporate Lodging Consultants Inc. and Comdata, Inc., Pursuant to Bankruptcy Code Section 362(d), Bankruptcy Rule 4001, and Local Rule 4001-1, for Relief From the Automatic Stay to Effectuate Setoff of Security Deposit [Filed: 9/26/23] (Docket No. 663)

Response Deadline:  October 10, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.    [Proposed] Order Granting Motion of Corporate Lodging Consultants Inc. and Comdata, Inc., Pursuant to Bankruptcy Code Section 362(d), Bankruptcy Rule 4001, and Local Rule 4001-1, for Relief From the Automatic Stay to Effectuate Setoff of Security Deposit [Filed: 9/26/23] (Docket No. 663)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

12.    Motion for Relief From the Automatic Stay Filed by Tena J. Spence [Filed: 9/28/23] (Docket No. 684)

Response Deadline:  October 12, 2023 at 5:00 p.m. (ET)

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

D.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.    [Proposed] Order Granting Motion for Relief From the Automatic Stay Filed by Tena J. Spence [Filed: 9/28/23] (Docket No. 684, Exhibit C)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

13.    Motion of Jimmie and Janel Hubert for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Filed: 10/4/23] (Docket No. 758)

Response Deadline:  October 16, 2023 at 5:00 p.m. (ET)

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

D.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.    [Proposed] Order Granting Motion of Jimmie and Janel Hubert for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Filed: 10/4/23] (Docket No. 758)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

14.    Motion of Donna Lee Daugherty for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of the Wrongful Death Litigation [Filed: 10/5/23] (Docket No. 770)

Response Deadline:  October 16, 2023 at 5:00 p.m. (ET)

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

D.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.    [Proposed] Order Granting Motion of Donna Lee Daugherty for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow Continuation of the Wrongful Death Litigation [Filed: 10/5/23] (Docket No. 770, Exhibit A)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

15.    Motion of Susan Degenkolb for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 10/6/23] (Docket No. 783)

Response Deadline:  October 20, 2023 at 4:00 p.m. (ET)

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

D.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

    A.    [Proposed] Order Granting Motion of Susan Degenkolb for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 10/6/23] (Docket No. 783)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

16.    Motion of Anthony Martino for Orders Granting Relief From the Automatic Stay [Filed: 10/7/23] (Docket No. 789)

Response Deadline:  October 16, 2023 at 5:00 p.m. (ET)

Responses Received:

    A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

    B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

    C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

    D.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

    A.    [Proposed] Order Granting Motion of Anthony Martino For Orders Granting Relief From the Automatic Stay [Filed: 10/7/23] (Docket No. 789, Exhibit A)

    B.    [Proposed] Order Partially Granting Motion of Anthony Martino and Granting Limited Interim Relief From the Automatic Stay [Filed: 10/7/23] (Docket No. 789, Exhibit B)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

17.    Motion for Relief of the Automatic Stay filed by Kavir Moonilal-Singh [Filed: 10/11/23] (Docket No. 812)

Response Deadline:  November 1, 2023 at 4:00 p.m. (ET) *(extended until December 5, 2023 at 4:00 p.m. (ET))*

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.    [Proposed] Order Granting Ihab Sulaiman Relief from the Automatic Stay [Filed: 10/11/23] (Docket No. 812)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

18.    Motion of William Littral for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 10/13/23] (Docket No. 844)

Response Deadline:  October 27, 2023 at 4:00 p.m. (ET) *(extended until December 5, 2023 at 4:00 p.m. (ET))*

Responses Received:

A.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.    [Proposed] Order Granting Motion of William Littral for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 10/13/23] (Docket No. 844)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

19.    Jose Emilio Ronderos' Motion for Relief From the Automatic Stay [Filed: 10/19/23] (Docket No. 877)

Response Deadline:  November 6, 2023 at 4:00 p.m. (ET) *(extended until December 5, 2023 at 4:00 p.m. (ET) for the Debtors)*

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief From the Automatic Stay to the Extent of Insurance Proceeds [Filed: 11/9/23] (Docket No. 1106)

A.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] ([Docket No. 1273](#))

Related Documents:

A.    [Proposed] Order Granting Jose Emilio Ronderos' Motion for Relief From the Automatic Stay [Filed: 10/19/23] ([Docket No. 877](#))

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

20.    Jacob Bazarov and Tamara Peirova's Motion for Relief From the Automatic Stay [Filed: 10/19/23] ([Docket No. 878](#))

Response Deadline:  November 6, 2023 at 4:00 p.m. (ET) *(extended until December 5, 2023 at 4:00 p.m. (ET) for the Debtors)*

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief From the Automatic Stay to the Extent of Insurance Proceeds [Filed: 11/9/23] ([Docket No. 1106](#))

B.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] ([Docket No. 1273](#))

Related Documents:

A.    [Proposed] Order Granting Jacob Bazarov and Tamara Peirova's Motion for Relief From the Automatic Stay [Filed: 10/19/23] ([Docket No. 878](#))

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

21.    Sopia L. Goodman's Motion for Relief From the Automatic Stay [Filed: 10/19/23] ([Docket No. 879](#))

Response Deadline:  October 28, 2023 at 4:00 p.m. (ET) *(extended until December 5, 2023 at 4:00 p.m. (ET) for the Debtors)*

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief From the Automatic Stay to the Extent of Insurance Proceeds [Filed: 11/9/23] ([Docket No. 1106](#))

B.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] ([Docket No. 1273](#))

Related Documents:

A.      [Proposed] Order Sopia L. Goodman's Motion for Relief From the Automatic Stay to Pursue Non-Bankruptcy Litigation [Filed: 10/19/23] (Docket No. 879)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

22.    Motion of Seung Chung for Order Granting Relief From The Automatic Stay [Filed: 10/27/23] (Docket No. 984)

Response Deadline:  November 6, 2023 at 4:00 p.m. (ET) *(extended until December 5, 2023 at 4:00 p.m. (ET))*

Responses Received:

A.      Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.      [Proposed] Order Granting Motion of Seung Chung for Order Granting Relief From The Automatic Stay [Filed: 10/27/23] (Docket No. 984)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

23.    Motion of Shane Snider and Carla Maria Snider for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 10/30/23] (Docket No. 991)

Response Deadline:  November 13, 2023 at 4:00 p.m.

Responses Received:

A.      Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.      [Proposed] Order Granting Motion of Shane Snider and Carla Maria Snider for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 10/30/23] (Docket No. 991)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

24.    Automobile Mechanics' Local No. 701 Union and Industry Pension Fund and the Automobile Mechanics' Local 701 Union and Industry Welfare Fund's Routine Motion for Rule 2004 Examination of the Debtors [Filed: 10/30/23] (Docket No. 993)

Response Deadline:  November 6, 2023 at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.      [Proposed] Order Directing Debtors to Produce Documents in Response to Rule 2004 Requests [Filed: 10/30/23] (Docket No. 993, Exhibit 1)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

25.    Motion of Edgar Cancino for Relief From the Automatic Stay [Filed: 11/2/23] (Docket No. 1022)

Response Deadline: December 5, 2023 at 4:00 p.m.

Responses Received:

A.      Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.      [Proposed] Order Granting Motion of Edgar Cancino for Relief From the Automatic Stay [Filed: 11/2/23] (Docket No. 1022, Exhibit A)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

26.    Motion of Alexis McCully for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Filed: 11/3/23] (Docket No. 1035)

Response Deadline:  November 27, 2023 at 4:00 p.m.

Responses Received:

A.      Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.      [Proposed] Order Granting Motion of Alexis McCully for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362 [Filed: 11/3/23] (Docket No. 1035)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

27.    Motion of Jill Napiwocki for Relief From the Automatic Stay to the Extent of Liability Insurance [Filed: 11/8/23] (Docket No. 1062)

Response Deadline:  November 22, 2023 at 4:00 p.m.

Responses Received:

A.      Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.      [Proposed] Order Granting Phillip B. Deterding's Motion for Relief from the Automatic Stay [Filed: 11/8/23] (Docket No. 1062, Exhibit A)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

28.    Motion of Derek Hall For Relief From The Automatic Stay to the Extent of Liability Insurance [Filed: 11/10/23] (Docket No. 1118)

Response Deadline:  November 27, 2023 at 4:00 p.m.

Responses Received:

A.      Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.      [Proposed] Order Granting Motion for Relief From the Automatic Stay to the Extend of Liability Insurance Proceeds [Filed: 11/10/23] (Docket No. 1118)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

29.    Motion for (I) Relief from the Automatic Stay to Terminate Lease and Recover Trailers; (II) Adequate Protection; and (III) Allowance and Payment of Administrative Expense Claim [Filed: 11/16/23] (Docket No. 1160)

Response Deadline:  December 1, 2023 at 4:00 p.m.

Responses Received: None.

Related Documents:

A.      [Proposed] Order Granting Motion for (I) Relief from the Automatic Stay to Terminate Lease and Recover Trailers; (II) Adequate Protection; and (III) Allowance and Payment of Administrative Expense Claim  [Filed: 11/16/23] (Docket No. 1160)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

30.     Motion for Relief From the Automatic Stay [Filed by Paul Edward Fowler] [Filed: 11/17/23] (Docket No. 1169)

Response Deadline:  December 5, 2023 at 4:00 p.m.

Responses Received:

A.      Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.      [Proposed] Order Granting Paul Edward Fowler's Motion for Relief From the Automatic Stay to Pursue Non-Bankruptcy Litigation [Filed: 11/17/23] (Docket No. 1169)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

31.     Motion of Delores Jones for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 11/20/23] (Docket No. 1181)

Response Deadline:  December 4, 2023 at 4:00 p.m.

Responses Received:

A.      Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.      [Proposed] Order Granting Motion of Delores Jones for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code [Filed: 11/20/23] (Docket No. 1181)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

**SALE MOTION MATTER:**

32.     Motion of the Debtors for Entry of an Order (I)(A) Approving Bidding Procedures for the Sale or Sales of the Debtors' Assets; (B) Scheduling an Auction and Approving the Form and Manner of Notice Thereof; (C) Approving Assumption and Assignment Procedures, (D) Scheduling a Sale Hearing and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed: 8/7/23] (Docket No. 22)

<u>Sale Objection Deadline</u>:  December 8, 2023 at 5:00 p.m. (ET)

<u>Sale Objections Received</u>:

A.      Objection of 1313 Grand Street Realty, LLC to (A) the Proposed Sale Order and
Assumption and Assignment of Lease; (B) Cure Costs Proposed in Connection
with the Assignment of Lease; and (C) Proposed Adequate Assurance of Future
Performance [Filed: 12/8/23] (<u>Docket No. 1304</u>)

B.      Limited Objection of Mid-American Constructors, LLC to the Debtors' Sale
Motion and Order [Filed: 12/8/23] (<u>Docket No. 1323</u>)

<u>Cure/Assumption and Assignment Objections Deadline</u>:  November 9, 2023, at 4:00 p.m.
(ET)

<u>Cure/Assumption and Assignment Objections Received</u>:

A.      Non-Rolling Stock Assets Cure Objection of Freight Line Properties, LLC
[Filed:10/30/23] (<u>Docket No. 990</u>)

B.      Objection of B & W Investments to Notice of Potential Assumption or
Assumption and Assignment of Certain Contracts or Leases Associated with the
Non-Rolling Stock Assets [Filed: 11/2/23] (<u>Docket No. 1025</u>)

C.      Objection and Reservation of Rights to the Debtors' Notice of Potential
Assumption or Assumption and Assignment of Certain Contracts or Leases
Associated with the Non-Rolling Stock Assets [Filed: 11/3/23] (<u>Docket No. 1033</u>)

D.      Objection of Reimer World Properties Corp. and RWP Manitoba Ltd. to Notice of
Potential Assumption or Assumption and Assignment of Certain Contracts or
Leases Associated with the Non-Rolling Stock Assets [Filed: 11/8/23] (<u>Docket
No. 1063</u>)

E.      Objection of MG Fishersville I, LLC to Notice of Potential Assumption or
Assumption and Assignment of Certain Contracts or Leases Associated With the
Non-Rolling Stock Assets [Filed: 11/8/23] (<u>Docket No. 1071</u>)

F.      Objection of 1313 Grand Street Realty, LLC to Notice of Potential Assumption or
Assumption and Assignment of Certain Contracts or Leases Associated with the
Non-Rolling Stock Assets [Filed: 11/8/23] (<u>Docket No. 1072</u>)

G.      Objection of A. Duie Pyle, Inc. to Notice of Potential Assumption or Assumption
and Assignment of Certain Contracts or Leases Associated with the Non-Rolling
Stock Assets [Filed: 11/8/23] (<u>Docket No. 1074</u>)

H.      Objection of Terreno Clawiter LLC and Terreno Dell LLC to Notice of Potential
Assumption or Assumption and Assignment of Certain Contracts and Leases Associated with the
Non-Rolling Stock Assets [Filed: 11/9/23] (<u>Docket No. 1086</u>)

      i.      Exhibit 1 to the Objection of Terreno Clawiter LLC and Terreno Dell LLC to Notice of Potential Assumption or Assignment of Certain Contracts and Leases Associated with the Non-Rolling Stock Assets [Filed: 11/9/23] (Docket No. 1101)

I.      Crown Enterprises, Inc.'s, Crown Enterprises, LLC's, and Dauntless ULC's (A/K/A Crown Enterprises) Objection to Notice of Potential Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets [Filed: 11/9/23] (Docket No. 1087)

J.      Objection of Fazio TV, LLC, Mary A. Fazio Limited Partnership I, and Fazio Faloma Properties LLC To Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated With the Non-Rolling Stock Assets [Filed: 11/9/23] (Docket No. 1090)

K.      Limited Objection of 445 Hollywood Avenue LLC to Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets [Filed: 11/9/23] (Docket No. 1091)

L.      Objection of Kestrel Crossdock, LLC to Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated With the Non-Rolling Stock Assets [Filed: 11/9/23] (Docket No. 1092)

M.      Hawkey Transportation, Inc's Objection to Proposed Cure Amounts in Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets [Filed: 11/9/23] (Docket No. 1094)

      i.      Declaration of Mike Hawkey in Support of Hawkey Transportation, Inc's Objection to Proposed Cure Amounts in Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets [Filed: 11/9/23] (Docket No. 1097)

      ii.      Declaration of Garrett S. Eggen in Support of Hawkey Transportation, Inc's Objection to Proposed Cure Amounts in Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets [Filed: 11/9/23] (Docket No. 1098)

N.      Limited Objection of 181 W. Johnson Holding LLC and 181 W. Johnson Holding II LLC to Debtors' Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets [Filed: 11/9/23] (Docket No. 1095)

O.      Objection of Link Logistics Real Estate Management LLC, BREIT Industrial Canyon GA1B01 LLC, GPT Elkridge Terminal Owner LLC, GPT Deer Park Terminal Owner LLC, and GPT Orlando Terminal Owner LLC, to Debtors' Notice of Potential Assumption or Assumption and Assignment of Certain

Contracts or Leases Associated with the Non-Rolling Stock Assets [Filed: 11/9/23] ([Docket No. 1096](#))

P.  Limited Objections of USHOLL (MI) LLC to Debtors' Notice of Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets Regarding Proposed Cure Amount and Adequate Assurance of Future Performance [Filed: 11/9/23] ([Docket No. 1099](#))

Q.  Objection and Reservation of Rights to Debtors' Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets [Filed: 11/9/23] ([Docket No. 1100](#))

R.  Objection of MAD Acquisitions, LLC to Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated With the Non-Rolling Stock Assets [Filed: 11/9/23] ([Docket No. 1103](#))

S.  Response and Reservation of Rights of Exol Properties, L.L.C. and Orange Batavia I LLC to Debtors Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets [Filed: 11/9/23] ([Docket No. 1104](#))

T.  Objection and Reservation of Rights of Fifty Second Avenue Associates, Inc. to the Notice of Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets [Filed: 11/9/23] ([Docket No. 1105](#))

U.  Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 11/9/23] ([Docket No. 1106](#))

V.  Objection of Exeter 1619 N. Plaza, LLC to Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated With the Non-Rolling Stock Assets [Filed: 11/9/23] ([Docket No. 1107](#))

W.  Aloha Dwell Wise, LLC, Dwell Wise LP, and Dwell Best, LLC's Limited Objection to Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated With the Non-Rolling Stock Assets [Filed: 11/9/23] ([Docket No. 1108](#))

X.  Objection and Reservation of Rights of Edinburgh Logistics Assets LLC [Filed: 11/9/23] ([Docket No. 1109](#))

Y.  Objection and Reservation of Rights of Finlayson Logistics Assets LLC [Filed: 11/9/23] ([Docket No. 1110](#))

Z.  Objection and Reservation of Rights of M4 Terminals, LLC to the Debtors' Notice of Potential Assumption or Assumption and Assignment of Certain

Contracts or Leases Associated With the Non-Rolling Stock Assets [Filed: 11/9/23] (Docket No. 1112)

AA.     Objection of Southeastern Freight Lines to the Debtors' Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets [Filed: 11/9/23] (Docket No. 1113)

BB.     Objection and Reservation of Rights of Prologis USLV SubREIT 2, LLC, Prologis Targeted U.S. Logistics Fund, L.P., Prologis, L.P., DCT Peoria Street LLC, DCT Eck Hoff Street LLC, and Prologis USLV SubREIT 4, LLC to the Debtors' Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets [Filed: 11/9/23] (Docket No. 1114)

CC.     Objection and Reservation of Rights to the Debtors Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated with the Non-Rolling Stock Assets [Filed: 11/16/23] (Docket No. 1161)

DD.     Objection of 1313 Grand Street Realty, LLC to (A) the Proposed Sale Order and Assumption and Assignment of Lease; (B) Cure Costs Proposed in Connection with the Assignment of Lease; and (C) Proposed Adequate Assurance of Future Performance [Filed: 12/8/23] (Docket No. 1304)

Replies Received:

A.      Reply in Further Support of Entry of the Debtors' Proposed Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Real Property Assets of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, in Each Case as Applicable Pursuant to the Applicable Asset Purchase Agreement; and (IV) Granting Related Relief [Filed: 12/11/23] (Docket No. 1332 – Exhibit B)

Related Documents:

A.      [Signed] Order (I)(A) Approving the Bidding Procedures For the Sale or Sales of the Debtors' Assets, (B) Scheduling Auctions and Approving the Form and Manner of Notice Thereof; (C) Scheduling Sale Hearings and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief [Filed: 9/15/23] (Docket No. 575)

B.      Notice of Finalized Bidding Procedures [Filed: 9/18/23] (Docket No. 601)

C.      Notice of Auctions for the Sale of the Debtors' Assets [Filed: 9/20/23] (Docket No. 621)

D.      Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated With the Rolling Stock [Filed: 10/11/23] (Docket No. 819]

E.      Amended Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated With the Rolling Stock [Filed: 10/12/23] (Docket No. 824)

F.      Notice of Rescheduled Bid Deadline, Auction, and Hearing to Approve the Rolling Stock Winning Bidder [Filed: 10/13/23] (Docket No. 834)

G.      Notice of Cancellation of Rolling Stock Bid Deadline and Rolling Stock Auction [Filed: 10/16/23] (Docket No. 857)

H.      Notice of Potential Assumption or Assumption and Assignment of Certain Contracts or Leases Associated With the Non-Rolling Stock Assets [Filed: 10/26/23] (Docket No. 968)

I.      Notice of Auction Progress Relating to Real Property Assets, Including Debtors' Intention to File Notice of Winning Bidders Relating to Certain Real Property Assets By December 5, 2023 [Filed: 12/1/23] (Docket No. 1261)

J.      Notice of Rescheduled Sale Objection Deadline, Adequate Assurance Objection Deadline, and Sale Hearing for Certain of the Debtors' Real Property Assets [Filed: 12/4/23] (Docket No. 1267)

K.      Notice of Winning Bidders and, If Applicable, Back-up Bidders With Respect to Certain of the Debtors' Real Property Assets [Filed: 12/4/23] (Docket No. 1268)

L.      Notice of Adjournment of Real Estate Auction for Certain Remaining Leased Properties to December 18, 2023 at 9:00 a.m. (ET) [Filed: 12/6/23] (Docket No. 1284)

M.      Notice of Filing of Proposed Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Real Property Assets of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, in Each Case as Applicable Pursuant to the Applicable Asset Purchase Agreement; and (IV) Granting Related Relief [Filed: 12/6/23] (Docket No. 1285)

N.      Notice of Filing of Asset Purchase Agreement Dated as of December 4, 2023 Between the Debtors and XPO, Inc. [Filed: 12/6/23] (Docket No. 1286)

O.    Notice of Filing of Asset Purchase Agreement Dated as of December 5, 2023 Between the Debtors and A. Duie Pyle, Inc. [Filed: 12/6/23] (Docket No. 1287)

P.    Notice of Filing of Asset Purchase Agreement Dated as of December 5, 2023 Between the Debtors and Saia Motor Freight Line, LLC [Filed: 12/6/23] (Docket No. 1288)

Q.    Notice of Filing of Asset Purchase Agreement Dated as of December 5, 2023 Between the Debtors and Terminal Properties, LLC [Filed: 12/6/23] (Docket No. 1289)

R.    Notice of Filing of Asset Purchase Agreement Dated as of December 5, 2023 Between the Debtors and Terminal Properties of NY, LLC [Filed: 12/6/23] (Docket No. 1290)

S.    Notice of Filing of Asset Purchase Agreement Dated as of December 7, 2023 Between the Debtors and JIOS Fund I Acquisitions, LLC [Filed: 12/7/23] (Docket No. 1295)

T.    Notice of Filing of Asset Purchase Agreement Dated as of December 7, 2023 Between the Debtors and ArcBest Property Management, LLC [Filed: 12/7/23] (Docket No. 1296)

U.    Notice of Filing of Asset Purchase Agreement Dated as of December 7, 2023 Between the Debtors and TForce Properties, Inc. [Filed: 12/7/23] (Docket No. 1297)

V.    Notice of Modified Schedule to the XPO Asset Purchase Agreement [Filed: 12/7/23] (Docket No. 1298)

W.    Notice of Filing of Asset Purchase Agreement Dated as of December 7, 2023 Between the Debtors and Knight Swift Transportation Holdings Inc. [Filed: 12/7/23] (Docket No. 1299)

X.    Notice of Filing of Asset Purchase Agreement Dated as of December 7, 2023 Between the Debtors and MDHE Enterprises LLC [Filed: 12/7/23] (Docket No. 1300)

Y.    Notice of Filing of Asset Purchase Agreement Dated as of December 7, 2023 Between the Debtors and Z Brothers Trucking, LLC [Filed: 12/7/23] (Docket No. 1301)

Z.    Declaration of Cody Leung Kaldenberg in Support of Entry of Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Real Property Assets of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, in

Each Case as Applicable Pursuant to the Applicable Asset Purchase Agreement; and (IV) Granting Related Relief [Filed: 12/8/23] ([Docket No. 1303](#))

AA.     Declaration of Brian Whittman in Support of Entry of Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Real Property Assets of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, in Each Case as Applicable Pursuant to the Applicable Asset Purchase Agreement; and (IV) Granting Related Relief [Filed: 12/8/23] ([Docket No. 1305](#))

BB.     Debtors' Witness and Exhibit List for Hearing on December 12, 2023 at 10:00 a.m. (ET) [Filed: 12/8/23] ([Docket No. 1306](#))

CC.     Notice of Filing of Form of Asset Purchase Agreement between the Debtors and All Star Investments Inc. [Filed: 12/8/23] ([Docket No. 1311](#))

DD.     Notice of Filing of Form of Asset Purchase Agreement between the Debtors and Crown Enterprises, LLC [Filed: 12/8/23] ([Docket No. 1312](#))

EE.     Notice of Filing of Form of Asset Purchase Agreement between the Debtors and Estes Express Lines [Filed: 12/8/23] ([Docket No. 1313](#))

FF.     Notice of Filing of Asset Purchase Agreement dated as of December 8, 2023 between the Debtors and GPSS Holdings, LLC [Filed: 12/8/23] ([Docket No. 1314](#))

GG.     Notice of Filing of Asset Purchase Agreement dated as of December 8, 2023 between the Debtors and Ramar Land Corporation [Filed: 12/8/23] ([Docket No. 1315](#))

HH.     Notice of Filing of Asset Purchase Agreement dated as of December 8, 2023 between the Debtors and RLF IV Acquisitions, LLC [Filed: 12/8/23] ([Docket No. 1316](#))

II.     Notice of Filing of Asset Purchase Agreement dated as of December 7, 2023 between the Debtors and Royal Group Holdings Inc. [Filed: 12/8/23] ([Docket No. 1317](#))

JJ.     Notice of Filing of Asset Purchase Agreement dated as of December 8, 2023 between the Debtors and Skylark Logistics, Inc. [Filed: 12/8/23] ([Docket No. 1318](#))

KK.     Notice of Filing of Asset Purchase Agreement dated as of December 7, 2023 between the Debtors and Southeast Consolidators, Inc. [Filed: 12/8/23] ([Docket No. 1319](#))

LL.  Notice of Filing of Asset Purchase Agreement dated as of December 8, 2023 between the Debtors and Unis, LLC [Filed: 12/8/23] (Docket No. 1320)

MM.  Notice of Filing of Form of Asset Purchase Agreement between the Debtors and United Holding Group Inc. [Filed: 12/8/23] (Docket No. 1321)

NN.  Notice of Modified Provision to the Skylark Asset Purchase Agreement [Filed: 12/8/23] (Docket No. 1327)

OO.  Notice of Modified Schedules to the Royal Asset Purchase Agreement [Filed: 12/9/23] (Docket No. 1328)

PP.  Supplemental Declaration of Cody Leung Kaldenberg in Support of Entry of Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Real Property Assets of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, in Each Case as Applicable Pursuant to the Applicable Asset Purchase Agreement; and (IV) Granting Related Relief [Filed: 12/11/23] [Filed: 12/11/23] (Docket No. 1330)

QQ.  Amended Debtors' Witness and Exhibit List for Hearing on December 12, 2023 at 10:00 a.m. (ET) [Filed: 12/11/23] (Docket No. 1331)

RR.  Debtors' Motion for Leave to File a Late Reply in Support of Sale Motion [Filed: 12/11/23] (Docket No. 1332)

SS.  Notice of Filing of Asset Purchase Agreement Dated as of December 10, 2023 Between the Debtors and Crown Enterprises, LLC [Filed: 12/11/23] (Docket No. 1334)

**TT.**  **Notice of Filing of Revised Proposed Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Real Property Assets of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, in Each Case as Applicable Pursuant to the Applicable Asset Purchase Agreement; and (IV) Granting Related Relief [Filed: 12/11/23] (Docket No. 1338)**

**UU.**  **Notice of Modified Provisions to the Royal Asset Purchase Agreement [Filed: 12/11/23] (Docket No. 1339)**

Status:  This matter will go forward with respect to the sale of certain of the Debtors' real property assets.  The only cure / sale objections relating to the Debtors' real property assets for sale at this hearing are the objections of 1313 Grand Street Realty, LLC

[Docket No. 1072], Edinburgh Logistics Assets LLC [Docket No. 1109], Mid-American Constructors, LLC [Docket No. 1323].  **The Debtors have resolved the objections of 1313 Grand Street Realty, LLC [Docket No. 1072], Edinburgh Logistics Assets LLC [Docket No. 1109], and Mid-American Constructors, LLC [Docket No. 1323], and the sale hearing is now proceeding on a consensual basis.**

## CONTESTED MATTERS:

33.    Motion of Lawrence Nowicki for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy [Filed: 9/26/23] (Docket No. 659)

Response Deadline:  October 11, 2023 at 5:00 p.m. (ET) *(extended until October 12, 2023 at 4:00 p.m. (ET)*

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

D.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.    [Proposed] Order Granting Motion of Lawrence Nowicki for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy [Filed: 9/26/23] (Docket No. 659)

B.    [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Lawrence Nowicki to (I) Extend the Deadline to Respond to Motion to Lift the Automatic Stay and (II) Extend the Hearing Date Related Thereto [Filed: 10/6/23] (Docket No. 780)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

34.    Motion of Jesse Israel Newton for Relief From the Automatic Stay [Filed: 10/3/23] (Docket No. 741)

Response Deadline:  October 16, 2023 at 5:00 p.m. (ET)

Responses Received:

A.    Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B.    Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C.    Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

D.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.    [Proposed] Order Granting Motion of Jesse Israel Newton for Relief From the Automatic Stay [Filed: 10/3/23] (Docket No. 741)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

35.    Motion of Jason E. Ellis for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Filed: 10/13/23] (Docket No. 829)

Response Deadline:  October 30, 2023 at 4:00 p.m. (ET) *(extended until December 5, 2023 at 4:00 p.m. (ET))*

Responses Received:

A.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.    [Proposed] Order Granting Motion of Jason E. Ellis for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Filed: 10/13/23] (Docket No. 829)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

36.    James Alexander and Lisa Alexander Motion for Relief From the Automatic Stay [Filed: 10/23/23] (Docket No. 903)

Response Deadline:  November 6, 2023 at 4:00 p.m. (ET) *(extended until December 5, 2023 at 4:00 p.m. (ET))*

Responses Received:

A.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.    [Proposed] Order [Filed: 10/23/23] (Docket No. 903)

B.    Re-Notice of Hearing of Motion of James Alexander and Lisa Alexander for Relief From the Automatic Stay [Filed: 11/3/23] (Docket No. 1034)

C.    Re-Notice of Hearing of Motion of James Alexander and Lisa Alexander for Relief From the Automatic Stay [Filed: 11/7/23] (Docket No. 1052)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

37.    Motion of Ahmed Elsamady for Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Filed: 11/3/23] (Docket No. 1028)

Response Deadline: December 5, 2023 at 4:00 p.m.

Responses Received:

A.    Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.    [Proposed] Order Granting Motion of Ahmed Elsamady for Relief From the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code [Filed: 11/3/23] (Docket No. 1028)

Status:  This matter is continued until January 22, 2024 at 2:00 p.m. (ET).

38.    Phillip B. Deterding's Motion for Relief from the Automatic Stay [Filed: 11/3/23] (Docket No. 1037)

Response Deadline:  November 27, 2023 at 4:00 p.m.

Responses Received:

A.      Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant
        Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy
        Code [Filed: 12/6/23] (Docket No. 1273)

Related Documents:

A.      [Proposed] Order Granting Phillip B. Deterding's Motion for Relief from the
        Automatic Stay [Filed: 11/3/23] (Docket No. 1037, Exhibit A)

Status:  This matter will go forward.

Dated:  December 12, 2023
        Wilmington, Delaware


*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)            Patrick J. Nash Jr., P.C. (admitted pro hac vice)
Timothy P. Cairns (DE Bar No. 4228)            David Seligman, P.C. (admitted pro hac vice)
Peter J. Keane (DE Bar No. 5503)               Whitney Fogelberg (admitted pro hac vice)
Edward A. Corma (DE Bar No. 6718)              **KIRKLAND & ELLIS LLP**
**PACHULSKI STANG ZIEHL &**                    **KIRKLAND & ELLIS INTERNATIONAL LLP**
**JONES LLP**                                  300 North LaSalle
919 North Market Street, 17th Floor            Chicago, Illinois 60654
P.O. Box 8705                                  Telephone:    (212) 446-4800
Wilmington, Delaware 19899-8705                Facsimile:    (212) 446-4900
Telephone:  302-652-4100                       Email:        patrick.nash@kirkland.com
Facsimile:  302-652-4400                                     david.seligman@kirkland.com
Email:      ljones@pszjlaw.com                               whitney.fogelberg@kirkland.com
            tcairns@pszjlaw.com
            pkeane@pszjlaw.com                 -and-
            ecorma@pszjlaw.com
                                               Allyson B. Smith (admitted pro hac vice)
                                               **KIRKLAND & ELLIS LLP**
                                               **KIRKLAND & ELLIS INTERNATIONAL LLP**
                                               601 Lexington Avenue
                                               New York, New York 10022
                                               Telephone:    (212) 446-4800
                                               Facsimile:    (212) 446-4900
                                               Email:        allyson.smith@kirkland.com

                                               *Co-Counsel for the Debtors and Debtors in*
                                               *Possession*