# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*, | ) | Case No. 23-11069 (CTG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Objection Deadline: December 27, 2023 @ 4:00 p.m.** |
| | ) | **Hearing Date: January 22, 2024 @ 2:00 p.m.** |

## NOTICE OF MOTION OF LEONEL PONCE FOR RELIEF FROM THE AUTOMATIC STAY

To:   The Parties on the attached service list

PLEASE TAKE NOTICE that on December 12, 2023, Leonel Ponce filed a Motion For Relief From the Automatic Stay (the "Motion").

PLEASE TAKE FURTHER NOTICE that any party wishing to oppose the entry of an order granting the relief requested in the Motion must file a response or objection, if any, to the Motion with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **December 27, 2023 at 4:00 p.m. (ET)** (the "Objection Deadline").   At the same time you must serve such Objection upon the following counsel:

1

Jason C. Powell, Esquire
The Powell Firm, LLC
1813 N. Franklin Street
P.O. Box 289
Wilmington, DE 19899.

PLEASE TAKE FURTHER NOTICE that a hearing on the Motion will be held on **January 22, 2024 at 2:00 p.m.** before the Honorable Craig T. Goldblatt, United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

| | |
|---|---|
| Dated December 12, 2023 | THE POWELL FIRM, LLC |
| | /s/ Jason C. Powell |
| | Jason C. Powell (DE 3768) |
| | 1813 N. Franklin Street |
| | P.O. Box 289 |
| | Wilmington, DE 19899 |
| | (302)650-1572 |
| | jpowell@delawarefirm.com |
| | Counsel for Movant |