# SIGN-IN SHEET

**JUDGE:** Goldblatt  **COURTROOM:** 7

**CASE NUMBER:** Yellow Corporation  **CASE NAME:** 23-11069  **DATE:** 12/12/2023 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Derek Abbott | Morris Nichols | XPO |
| Angie Herring | Wachtell | XPO |
| Ben Arfa | Wachtell | XPO |
| I-Heng Hsu | U.S. DOJ | United States |
| Rosa Evergreen | Arnold + Porter | Treasury |
| Meredith Lahaie | Akin | UCC |
| Kevin Zuzolo | Akin | UCC |
| Jim Gentile | Benesch | UCC |
| John H. Knight | Richards Layton & Finger | Citizens Bank as Agent |
| Kevin Simard | Choate Hall & Stewart | " |
| Blaine Scott | Akin | UCC |
| Jeff Schlerf | Gry Robinson | Citadel |
| Laura Davis Jones | Pachulski Stang Ziehl & Jones | Debtors |
| Peter Keane | " | " |
| Patrick Nash | Kirkland & Ellis | " |
| Allyson Smith | " | " |

# SIGN-IN SHEET

JUDGE: Goldblatt    COURTROOM: 7

CASE NUMBER: Yellow Corporation    CASE NAME: 23-11069    DATE: 12/12/2023 (10:00 AM)

***PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED***

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Michael Slade | Kirkland & Ellis | Debtors |
| Aaron Metviner | " | " |
| Trent Huskey | " | " |
| Jack Frisbie | " | " |
| Christopher Simon | Cross & Simon | R+L |

Yellow Corporation
23-11069

| First Name | Last Name | Party Representing | Firm Name |
|---|---|---|---|
| Judge | Goldblatt | Court | |
| Jason | Harbour | A. Duie Pyle, Inc. | Hunton Andrews Kurth LLP |
| Thomas | Reichert | Jesse Israel Newton | The Powell Firm |
| Jason | Powell | Jesse Israel Newton | The Powell Firm, LLC |
| Jeff | Kaplan | BCAS | BCAS |
| Austin | Carlson | Rock Island County Collector | Rock Island County State's Attorney's Office |
| Frederick B | Rosner | Donna Lee Daugherty | The Rosner Law Group |
| Austin | Alexander | R+L Carriers | Thompson Hine LLP |
| Ronald | Silverman | Bank of New York Mellon | Hogan Lovells US LLP |
| Matthew | Harvey | Saratoga Rack Marketing LLC | Morris, Nichols, Arsht & Tunnell LLP |
| Jonathan | Weyand | Saratoga Rack Marketing LLC | Morris, Nichols, Arsht & Tunnell LLP |
| Kevin | Eckhardt | Reorg | |
| Erika | Robinson | U.S. Department of the Treasury | |
| Christopher | Lee | Interested party | Morgan Stanley |
| Jake | Goldberg | Citizens | |
| Sean | Gordon | R+L Carriers | Thompson Hine LLP |
| Margaret | Anderson | Old Republic Insurance Company | Fox Swibel Levin & Carroll LLP |
| Luke | Smith | MFN Partners LP | Ropes & Gray LLP |
| Allison | Chung | Lender | |
| Donald R. | DeLuca | RAMAR Land Corporation / RLR Investments, LLC | RAMAR Land Corporation / RLR Investments, LLC |
| Jonathan | Carter | BlackBarn | BlackBarn |
| Michael | Morris | Wisconsin Department of Workforce Development | Wisconsin Department of Justice |
| Stephanie | Fernandes | Counsel to the Information Officer | |
| Natalie | Levine | Counsel to the Information Officer | |
| Aman | S | Self | |
| Laura | Cloutier | Counsel for the Information Officer | |
| Jeff | Haungs | RAMAR Land Corporation / R.L.R. Investments, L.L.C. | RAMAR Land Corporation / R.L.R. Investments, L.L.C. |
| Raymond | Lemisch | Ricky Lambert | Klehr Harrison |
| Jane | Dietrich | Counsel for the Information Officer | |
| David | Slattery | Citizens | |
| Neethling | Mcgrath | Citizens, as Agent to the ABL | AlixPartners |
| Geert | De Lombaerde | FleetOwner | |
| Jason | Goldstein | Purchaser | Gibson, Dunn & Crutcher LLP |
| Rebecca | Cassell | Mid-American Constructors | Myers & Myers, PLLC |
| Mark | Sherrill | Reimer World Properties LLC | Eversheds Sutherland |
| Todd | Maiden | FreightWaves | |
| David | Gaffey | Estes Express Lines | Whiteford, Taylor & Preston LLP |
| Michael | Roeschenthaler | Estes Express Lines | Whiteford Taylor & Preston, LLP |
| Larry | Frazen | Saia | Bryan Cave Leighton Paisner LLP |
| Caroline | Descours | Debtors | Goodmans LLP |
| Adam | Searles | ABL Lenders | |
| Steven | Zundell | ArcBest Corporation | Vinson & Elkins |

| First | Last | Party | Firm |
|---|---|---|---|
| Ryan | Eckert | Interested Party | Carronade Capital Management, LP |
| Anthony | Pignataro | | |
| Deborah | Perry | Edinburgh Logistics Assets LLC | Munsch Hardt Kopf & Harr, PC |
| Taylor | Harrison | Debtwire | |
| Gregory | Donilon | Edinburgh Logistics Assets LLC | Montgomery McCracken Walker & Rhoads LLP |
| Chris | Newcomb | TForce Properties Inc. | Allen & Overy LLP |
| Brian | Whittman | Yellow | A&M |
| Karen | Grivner | Mid-American Constructors | Clark Hill PLC |
| Mark | Taub | Interested Party | Mohawk Capital LLC |
| Ryan | Berger | Knight Swift Transportation Holdings Inc. | Fried, Frank, Harris, Shriver & Jacobson LLP |
| John | Murphree | Consolidated Pipe and Supply | Maynard Nexsen PC |
| Jeffrey | Dutson | Interested Party | King & Spalding LLP |
| George | Schultze | Pro Se | Schultze Asset Mgmt. |
| Brian | Poitras | GFI PARTNERS LLC | GFI PARTNERS LLC |
| Laura | Bouyea | RLIF 4 Acquisitions, LLC | Venable LLP |
| Alexander | Abawi | Debtor | |
| Adam | Hiller | Various liftstay movants | Hiller Law LLC |
| Gregory | Pessin | XPO | Wachtell Lipton Rosen & Katz |