## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*, | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**Re: Docket No. 1332**

## ORDER GRANTING DEBTORS' MOTION FOR LEAVE
## TO FILE A LATE REPLY IN SUPPORT OF SALE MOTION

Upon consideration of the Debtors' *Motion for Leave to File a Late Reply in Support of Sale Motion*, IT IS HEREBY ORDERED THAT:

1.    The Motion is GRANTED.

2.    The Debtors are permitted to file a late Reply on or before December 11, 2023 at 4:00 p.m. (ET), and such Reply shall be deemed timely filed.

**Dated: December 12th, 2023**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

DE:4879-6123-4581.1 96859.001