### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 1053 - 1055, 1057, 1067, 1073, 1084, & 1085** |

### <u>CERTIFICATE OF SERVICE</u>

I, AMY HEANULT, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On November 8, 2023, I caused to be served the:

   a. "Certification No Objection Regarding Motion of Debtors for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief," dated November 8, 2023 [Docket No. 1053], (the "Removal Motion"),

   b. "Certification No Objection Regarding Motion of Debtors for Entry of an Order (I) Modifying the Application of Local Rule 3007-1(F) and (II) Granting Related Relief," dated November 8, 2023 [Docket No. 1054], (the "Local Rule Motion"),

   c. "Certification No Objection Regarding Motion to Extend Exclusivity Period for Filing a Chapter 11 Plan and Disclosure Statement," dated November 8, 2023 [Docket No. 1055], (the "Extend Motion"),

   d. "Certification of Counsel Regarding Debtors' Motion for Entry of an Order Authorizing Parties, Including the Debtors Exclusive Broker and Auctioneer of Rolling Stock Assets, to File Under Seal the Names of Certain Confidential Parties in Interest in Connection with the Rolling Stock Sale Process," dated November 8, 2023 [Docket No. 1057], (the "Seal Motion"),

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

e.  "Notice of Agenda for Hearing Scheduled on November 13, 2023 at 10:00 a.m. (Prevailing Eastern Time), Before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801," dated November 8, 2023 [Docket No. 1067], (the "Agenda Notice"),

f.  "Declaration of Disinterestedness of Carlton Fields, P.A. Pursuant to the Order Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business," dated November 2, 2023 [Docket No. 1073], (the "Fields Declaration"),

g.  "Notice of Transaction," filed on November 8, 2023 [Docket No. 1084], (the "Transaction Notice"), and

h.  "Notice of Rescheduled Bid Deadline, Auction, and Sale Hearing for Intellectual Property and Other Assets," dated November 8, 2023 [Docket No. 1085], (the "Bid Notice"),

by causing true and correct copies of the:

i.  Agenda Notice and Transaction Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A,

ii.  Removal Motion, Local Rule Motion, Extend Motion, Seal Motion, and Bid Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B,

iii.  Agenda Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit C,

iv.  Transaction Notice to be enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit D,

v.  Removal Motion, Local Rule Motion, Extend Motion, Seal Motion, Agenda Notice, Transaction Notice, and Bid Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit E,

vi.  Agenda Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit F,

vii.  Fields Declaration to be delivered via electronic mail to those parties listed on the annexed Exhibit G, and

viii.  Transaction Notice to be delivered via electronic mail to those parties listed on the annexed Exhibit H.

3.  All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Amy Henault*
Amy Henault

# EXHIBIT A

| Claim Name | Address Information |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER | (COUNSEL TO SAIA INC; SAIA MOTOR) ATTN L FRAZEN; J HITCHINGS 1 KS CITY PL; 1200 MAIN, 3800 KANSAS CITY MO 64105-2122 |
| COMMONWEALTH OF PUERTO RICO ATY GEN | ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192 SAN JUAN PR 00902-0192 |
| NY OFFICE OF THE ATTORNEY GEN | ENVIRONMENTAL PROTECTION BUREAU ATTN STEVE H NGUYEN THE CAPITOL ALBANY NY 12224 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA ATTY GEN | FAINU'ULELEI FALEFATU ALA'ILIMAUTU AMERICAN SAMOA GOVT, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 |
| STATE OF CALIFORNIA ATTORNEY GEN | ATTN: ROB BONITA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MINNESOTA ATTORNEY GEN | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 SAINT PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GEN | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW JERSEY ATTORNEY GEN | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GEN | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTY GEN | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTY GEN | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| THOMPSON O'BRIEND KAPPLER NASUTI | (COUNSEL TO MANSFIELD OIL) ATTN MICHAEL B PUGH 2 SUN CT, STE 400 PEACHTREE CORNERS GA 30092 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count  24**

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER LLP | (COUNSEL TO SAIA INC; SAIA MOTOR FREIGHT) ATTN LAURENCE M FRAZEN; JARRET HITCHINGS ONE KANSAS CITY PLACE 1200 MAIN ST, STE 3800 KANSAS CITY MO 64105-2122 |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192 SAN JUAN PR 00902-0192 |
| NY OFFICE OF THE ATTORNEY GEN | ENVIRONMENTAL PROTECTION BUREAU ATTN STEVE H NGUYEN THE CAPITOL ALBANY NY 12224 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN: FAINU'ULELEI FALEFATU ALA'ILIMAUTU AMERICAN SAMOA GOVT, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST - PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| THOMPSON O'BRIEN KAPPLER & NASUTI PC | (COUNSEL TO MANSFIELD OIL CO OF GAINSVILLE) ATTN MICHAEL PUGH 2 SUN CT, STE 400 PEACHTREE CORNERS GA 30092 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count  24**

# EXHIBIT C

| Claim Name | Address Information |
|---|---|
| ASHBY & GEDDES, P.A. | (ATTY FOR TENA J SPENCE) ATTN: DON A BESKRONE 500 DELAWARE AVE,8TH FL-PO BOX 1150 WILMINGTON DE 19899-1150 |
| CHARLES E. DORR, P.C. | (ATTY FOR DONNA LEE DAUGHERTY) ATTN: CHARLES E DORR 201 WEST JEFFERSON ST MADISON GA 30650 |
| COOCH AND TAYLOR, P.A. | (ATTY FOR JIMMIE & JANEL HUBERT) ATTN: R. GRANT DICK IV 1000 N. WEST ST., SUITE 1500 WILMINGTON DE 19801 |
| FISHERBROYLES, LLP | (ATTY FOR GARY W. GIBBY) ATTN: CARL D NEFF; MAURA L. BURKE CSC STATION 112 S. FRENCH ST WILMINGTON DE 19801 |
| GELLERT SCALI BUSENKELL & BROWN, | ATTY FOR BGROVES; P J CLARK, J HOWARD, CHARLES J. BROWN III 1201 N. ORANGE ST., SUITE 300 WILMINGTON DE 19801 |
| JACOBS & CRUMPLAR, P.A. | (ATTY FOR DARIUN WRIGHT) ATTN: RAEANN WARNER 750 SHIPYARD DR, SUITE 200 WILMINGTON DE 19801 |
| JOYCE, LLC | (ATTY FOR PAUL R WYSZYNSKI; SUSAN DEGENKOLB)ATTN: MICHAEL J JOYCE 1225 KING ST., SUITE 800 WILMINGTON DE 19801 |
| LANE & NACH, P.C. | (ATTY FOR TENA J SPENCE) ATTN: ADAM N. NACH 2001 E. CAMPBELL AVE., SUITE 103 PHOENIX AZ 85016 |
| LAW OFFICES OF JONATHAN D. MANDELL | (ATTY FOR MYRIAM BINETTE) ATTN: JONATHAN D. MANDELL 29 BROADWAY LYNBROOK NY 11563 |
| OFFIT KURMAN, P.A. | ATTY FOR AMER NASSER; OMEIRA ULLOQUE, B MCLAUGHLIN; C ISAAC 222 DELAWARE AVE, SUITE 1105 WILMINGTON DE 19801 |
| POLINSKY LAW GROUP, LLC | (ATTY FOR EMILY LOURO) ATTN: CASSANDRA L DULEPSKI 890 WEST BOULEVARD HARTFORD CT 06105 |
| REGER RIZZO & DARNALL LLP | (ATTY FOR LAWRENCE NOWICKI) L J RIZZO, BRANDYWINE PLAZA WEST 1521 CONCORD PIKE, SUITE 305 WILMINGTON DE 19803 |
| THE LAW OFFICE OF JAMES TOBIA, LLC | (ATTY FOR ANTHONY MARTINO) ATTN: JAMES TOBIA 1716 WAWASET ST WILMINGTON DE 19806 |
| THE POWELL FIRM, LLC | (ATTY FOR JESSE ISREAL NEWTON) ATTN: JASON C POWELL; T REICHERT 1813 N. FRANKLIN ST - P.O. BOX 289 WILMINGTON DE 19899 |
| THE ROSNER LAW GROUP LLC | (ATTY FOR DONNA LEE DAUGHERTY) ATTN: FREDERICK B ROSNER 824 N. MARKET ST, SUITE 810 WILMINGTON DE 19801 |

**Total Creditor count  15**

| Claim Name | Address Information |
|---|---|
| ACE | ATTN: ADRIENNE LOGAN, LEGAL ANALYST 436 WALNUT ST PHILADELPHIA PA 19106 |
| AEGIS LONDON | C/O WILLIS TOWERS WATSON INTL DEPT & LLOYDS OF LONDON 51 LIME STREET LONDON EC3M 7DQ UNITED KINGDOM |
| AIG | C/O NATIONAL UNION FIRE INS CO OF PA, ATTN: KEVIN J LARNER ESQ 28 LIBERTY ST, FL 22 NEW YORK NY 10005 |
| AIG | C/O FEDERAL INSURANCE CO ATTN: ADRIENNE LOGAN, LEGAL ANALYST 436 WALNUT ST PHILADELPHIA PA 19106 |
| AIG SPECIALTY INSURANCE COMPANY | 1271 AVE OF THE AMERICAS NEW YORK NY 10020 |
| ALLIANZ GLOBAL CORPORATE & | SPECIALTY WINDSOR PLACE 22 QUEEN STREET HAMILTON HM 12 BERMUDA |
| ALLIANZ GLOBAL CORPORATE & | SPECIALTY C/O WILLIS TOWERS WATSON INTL DEPT 51 LIME STREET LONDON EC3M 7DQ UNITED KINGDOM |
| ALLIANZ US RISKS US INSURANCE | COMPANY C/O BEAZLEY INSURANCE CO. 30 BATTERSON PARK RD FARMINGTON CT 06032 |
| ALLIANZ US RISKS US INSURANCE | COMPANY ATTN: ALISON LA FIELD 225 W WASHINGTON ST STE 1800 CHICAGO IL 60606 |
| ALLIED WORLD ASSURANCE COMPANY, | LTD. 27 RICHMOND ROAD PEMBROKE HAMILTON HM 08 BERMUDA |
| APPLIED (VIA RT SPECIALTY) | C/O RSUI 945 EAST PACES FERRY ROAD NE SUITE 1800 ATLANTA GA 30326 |
| ARCADIAN | SIRIUSPOINT BERMUDA INS CO LTD 3 WATERLOO LN HAMILTON HM 08 BERMUDA |
| ARCH REINSURANCE LTD. | C/O WATERLOO HOUSE 100 PITTS BAY ROAD PEMBROKE HAMILTON HM 08 BERMUDA |
| ASPEN AMERICAN INSURANCE CO | ATTN: JOSE AGUIAR 855 WINDING BROOK DR GLASTONBURY CT 06033 |
| AXA XL | C/O XL INSURANCE COMPANY SE-IRISH BRANCH 1 BERMUDIANA RD HAMILTON HM 08 BERMUDA |
| AXA XL | C/O GREENWICH INSURANCE COMPANY PO BOX 211547 DALLAS TX 75211 |
| AXA XL | C/O XL SPECIALTY PO BOX 211547 DALLAS TX 75211 |
| AXIS BERMUDA PUNI-WRAP | C/O AXIS SPECIALTY LIMITED 92 PITTS BAY ROAD HAMILTON HM 08 BERMUDA |
| AXIS INSURANCE COMPANY | ATTN: SHAWN OLIVER 10000 AVALON BOULEVARD, SUITE 200 ALPHARETTA GA 30009 |
| AXIS SURPLUS INSURANCE COMPANY | 1000 AVALON BLVD SUITE 200 ALPHARETTA GA 30009 |
| BEAZLEY | C/O ARIA (SAC) LTD CRAWFORD HOUSE 3RD FLOOR, 50 CEDAR AVENUE HAMILTON HM 11 BERMUDA |
| BEAZLEY INSURANCE CO. | 30 BATTERSON PARK RD FARMINGTON CT 06032 |
| BERKSHIRE HATHAWAY SPECIALTY INS CO | 1314 DOUGLAS STREET SUITE 1400 OMAHA NE 68102-1944 |
| BERKSHIRE INTERNATIONAL | C/O BERKSHIRE HATHAWAY INTERNATIONAL INSURANCE LTD. WINDSOR PLACE, 22 QUEEN STREET HAMILTON HM 11 BERMUDA |
| BERKSHIRE INTERNATIONAL | C/O BERKSHIRE HATHAWAY INTL INSUR. LTD. WINDSOR PLACE, 22 QUEEN STREET HAMILTON HM 11 BERMUDA |
| BERKSHIRE INTERNATIONAL | C/O NATIONAL FIRE & MARINE INSURANCE CO 399 PARK AVENUE 8TH FLOOR NEW YORK NY 10022 |
| C&F (RT SPECIALTY) | C/O CRUM & FORESTER ATTN: STEPHEN BLANCUZZI 305 MADISON AVE MORRISTOWN NJ 07962 |
| CANOPIOUS (VIA RT SPECIALTY) | C/O RSUI 945 EAST PACES FERRY ROAD NE SUITE 1800 ATLANTA GA 30326 |
| CHUBB | C/O ACE AMERICAN INSURANCE COMPANY 436 WALNUT ST PHILADELPHIA PA 19106 |
| CHUBB | C/O ACE PROPERTY & CASUALTY INSURANCE CO 436 WALNUT ST PHILADELPHIA PA 19106 |
| CHUBB | C/O FEDERAL INSURANCE CO ATTN: ADRIENNE LOGAN, LEGAL ANALYST 436 WALNUT ST PHILADELPHIA PA 19106 |
| CHUBB | C/O ILLINOIS UNION INS. CO. ATTN: JOHN PAUL TAYLOR 436 WALNUT STREET PHILADELPHIA PA 19106 |
| CHUBB BERMUDA INSURANCE, LTD. | 17 WOODBOURNE AVE HAMILTON HM 08 BERMUDA |
| CNA | C/O COLUMBIA CASUALTY 333 SOUTH WABASH AVENUE CHICAGO IL 60604 |
| CNA | C/O CONTINENTAL CASUALTY ATTN: STATHY DARCY SVP, DEP GEN COUNSEL, 151 N FFRANKLIN STREET CHICAGO IL 60606 |
| EMERGIN (VIA RT SPECIALTY) | C/O RSUI 945 EAST PACES FERRY ROAD NE SUITE 1800 ATLANTA GA 30326 |
| EVEREST | C/O AXIS ATTN: SHAWN OLIVER 10000 AVALON BOULEVARD, SUITE 200 ALPHARETTA GA 30009 |

| Claim Name | Address Information |
|---|---|
| GAI INSURANCE COMPANY, LTD. | P.O. BOX HM 463 HAMILTON HM 08 BERMUDA |
| GREAT AMERICAN ASSURANCE CO. | 3436 TORINGDON WAY STE 200 CHARLOTTE NC 28277-4350 |
| HCC | C/O US SPECIALTY INS CO 13403 NORTHWEST FREEWAY HOUSTON TX 77040 |
| HELIX UNDERWRITING PARTNERS LTD | 96 PITTS BAY ROAD CHESNEY HOUSE HAMILTON HM 08 BERMUDA |
| LEX-LONDON | C/O AMERICAN INTERNATIONAL REINSURANCE CO LTD 27 RICHMOND ROAD HAMILTON HM 08 BERMUDA |
| LEX-LONDON | C/O AMERICAN INTERNATIONAL GROUP UK LIMITED 58 FENCHURCH ST LONDON EC3M 4AB UNITED KINGDOM |
| LLOYDS OF LONDON | UNDERWRITERS AT LLOYDS LONDON ONE LIME ST LONDON EC3M 7HA UNITED KINGDOM |
| MAGNA CARTA – AEGIS | C/O MAGNA CARTA INSURANCE, LTD. WINDSOR PLACE, 22 QUEEN STREET HAMILTON HM 12 BERMUDA |
| MARKEL | TEN PARKWAY NORTH DEERFIELD IL 60015-2526 |
| MARKEL BERMUDA | MARKEL HOUSE 2 FRONT STREET HAMILTON HM 11 BERMUDA |
| MOSAIC | C/O ALLIANZ GLOBAL RISK US INSURANCE CO, ATTN: ALISON LA FIELD 225 W WASHINGTON ST, STE 1800 CHICAGO IL 60606 |
| NORTH ROCK / CNA | C/O NORTH ROCK INSURANCE COMPANY SPURLING HUNTER CANONS COURT HAMILTON HM 08 BERMUDA |
| OLD REPUBLIC INSURANCE CO. | 307 NORTH MICHIGAN CHICAGO IL 60601 |
| OLD REPUBLIC INSURANCE CO. | C/O OLD REPUBLIC GENERAL INSURANCE CORPORATION 307 NORTH MICHIGAN CHICAGO IL 60601 |
| OLD REPUBLIC INSURANCE COMPANY OF | CANADA 100 KING STREET WEST PO BOX 557 HAMILTON ON L8N 3K9 CANADA |
| RESILIENCE | 625 MARKET ST SAN FRANCISCO CA 94105 |
| RESILIENCE | 55 2ND ST STE 1950 SAN FRANCISCO CA 94105-3451 |
| ROANOKE (MUNICH RE SYNDICATE) | C/O LLOYDS OF LONDON 1 LIME STREET LONDON LONDON EC3M 7HA UNITED KINGDOM |
| RSUI (VIA RT SPECIALTY) | 945 EAST PACES FERRY ROAD NE SUITE 1800 ATLANTA GA 30326 |
| RSUI INDEMNITY | 945 EAST PACES FERRY RD. SUITE 1800 ATLANTA GA 30325 |
| SOMPO | C/O ENDURANCE AMERICAN INS CO FRANCESCA MARSALA 4 MANHATTANVILLE ROAD, 3RD FLOOR PURCHASE NY 10577 |
| SOMPO (ENDURANCE) | C/O ENDURANCE SPECIALTY INSURANCE LTD. CROWN HOUSE, 4 PAR-LA-VILLE ROAD HAMILTON HM 08 BERMUDA |
| TRAVELERS | 161 N CLARK STREET CHICAGO IL 60601 |
| TRAVELERS OF CANADA | C/O ST PAUL FIRE AND MARINE INSURANCE CO 165 UNIVERSITY AVE SUITE 101 TORONTO ON M5H 3B9 CANADA |
| VANTAGE RISK LTD | 96 PITTS BAY ROAD CHESNEY HOUSE 3RD FLOOR HAMILTON HM 08 BERMUDA |
| WESTCHESTER SURPLUS INSURANCE | COMPANY 500 COLONIAL CENTER PKWY STE 200 ROSWELL GA 30076 |

**Total Creditor count  63**

**EXHIBIT D**

| Claim Name | Address Information |
| --- | --- |
| GROWTH FUNDING EQUIPMENT FINANCE | DIV OF PEOPLES INTERMOUNTAIN BANK 2691 WEST 12600 SOUTH RIVERTON UT 84065 |

**Total Creditor count  1**

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA NA | PO BOX 15284 WILIMGTON DE 19850 |
| CITIZENS BANK NA | PO BOX 7000 PROVIDENCE RI 02940 |
| CITIZENS BANK NA | 200 S MAIN ST FORT SCOTT 66701-2064 |
| ERNST & YOUNG LLP | PNC BANK C/O ERNST & YOUNG US LLP 3712 SOLUTIONS CENTER CHICAGO IL 60677 |
| ERNST & YOUNG LLP | PNC BANK C/O ERNST & YOUNG US LLP PO BOX 773712 CHICAGO IL 60677 |
| JPMORGAN CHASE BANK NA | AS COLLATERAL AGENT 270 PARK AVE, 4TH FL NEW YORK NY 10017 |
| JPMORGAN CHASE BANK NA | PO BOX 182051 COLUMBUS OH 43218-2051 |
| JPMORGAN CHASE BANK NA | AS COLLATERAL AGENT 1111 FANNIN ST, FL 10 HOUSTON TX 77002 |
| JPMORGAN CHASE BANK NA | AS COLLATERAL AGENT 1111 FANNIN ST, FL 9 HOUSTIN TX 77002 |
| US BANK NA | PO BOX 1800 ST PAUL MN 55101-0800 |
| WELLS FARGO BANK NA | STOP 8420G PO BOX 145595 CINCINNATI OH 45250-9734 |
| WELLS FARGO BANK NA | 800 WALNUT ST F0005-044 DES MOINES IA 50309 |
| WELLS FARGO BANK NA | PO BOX 77101 MINNEAPOLIS MN 55480 |

**Total Creditor count  13**

**EXHIBIT E**

Yellow Corporation, *et al.,* Case No. 23-11069
Electronic Mail Master Service List

| NAME | ATTN | EMAIL ADDRESS |
|---|---|---|
| ABERNATHY ROEDER BOYD & HULLETT PC | ATTN PAUL M LOPEZ; LARRY R BOYD; EMILY M HAHN | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| ACAR LEASING LTD D/B/A GM FINANCIAL LEASING | ATTN LORENZO NUNEZ | leasesvcbnkrpcy@gmfinancial.com |
| AIS PORTFOLIO SERVICES CORP | ATTN ALLY BANK DEPT | ecfnotices@aisinfo.com |
| AKERMAN LLP | ATTN MARK S. LICHTENSTEIN | mark.lichtenstein@akerman.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN PHILIP C. DUBLIN; MEREDITH A. LAHAIE; KEVIN ZUZOLO | pdublin@akingump.com; mlahaie@akingump.com; kzuzolo@akingump.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN MICHAEL S GREGER | mgreger@allenmatkins.com |
| ALTER DOMUS PRODUCTS CORP. | ATTN LEGAL DEPT, E. PAPPAS & C CAPEZUTI | legal_agency@alterdomus.com; emily.ergangpappas@alterdomus.com; cpcagency@alterdomus.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN BENJAMIN MINTZ | benjamin.mintz@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN ROSA EVERGREEN | rosa.evergreen@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN MICHAEL MESSERSMITH | michael.messersmith@apks.com |
| ASHBY & GEDDES PA | ATTN MICHAEL D DEBAECKE | mdebaecke@ashbygeddes.com |
| ASHBY & GEDDES PA | ATTN GREGORY A. TAYLOR | gtaylor@ashbygeddes.com |
| ASHBY & GEDDES PA | ATTN DON A BESKRONE | dbeskrone@ashbygeddes.com |
| BAKER & HOSTETLER LLP | ATTN JEFFREY J LYONS; ELIZABETH A GREEN; JORIAN L ROSE; JIMMY D PARRISH | jjlyons@bakerlaw.com; egreen@bakerlaw.com; orlbankruptcy@bakerlaw.com; jrose@bakerlaw.com; jparrish@bakerlaw.com; |
| BALLARD SPAHR LLP | ATTN LESLIE C HEILMAN; LAUREL D ROGLEN; NICHOLAS J BRANNICK; MARGARET A VESPER | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| BEAL BANK USA | | commercialloans@bealbank.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN JENNIFER R. HOOVER; KEVIN M. CAPUZZI; JOHN C. GENTILE | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com |
| BIELLI & KLAUDER LLC | ATTN DAVID M KLAUDER; MELISSA M HARTLIPP | dklauder@bk-legal.com; mhartlipp@bk-legal.com |
| BIFFERATO FIRM PA | ATTN IAN CONNOR BIFFERATO | cbifferato@tbf.legal |
| BINGAMAN HESS COBLENTZ & BELL | ATTN THOMAS A ROTHERMEL | tarothermel@bingamanhess.com |
| BLANK ROME LLP | ATTN REGINA STANGO KELBON; LAWRENCE R. THOMAS III; JOHN E. LUCIAN | regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com; john.lucian@blankrome.com |
| BNSF RAILWAY COMPANY | JILL RUGEMA | jill.rugema@bnsf.com |
| BROWN McGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN LAURENCE M FAZEN; JARRET HITCHINGS | larry.frazen@bclplaw.com; jarret.hitchings@bclplaw.com |
| BUCHANAN INGERSOLL & ROONEY | ATTN GEOFFREY G GRIVNER; KODY M SPARKS; TIMOTHY P PALMER | geoffrey.grivner@bipc.com; kody.sparks@bipc.com; timothy.palmer@bipc.com |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN MARC J PHILLIPS | mphillips@mmwr.com |
| CENTRAL STATES FUNDS | ATTN BRAD R BERLINER; ANDREW J HERINK; DANIEL SULLIVAN | bberliner@centralstatesfunds.org; aherink@centralstatesfunds.org; dsulliva@centralstatesfunds.org |
| CENTRAL STATES PENSION | | bberline@centralstatesfunds.org |

Yellow Corporation, *et al.*, Case No. 23-11069
Electronic Mail Master Service List

| NAME | ATTN | EMAIL ADDRESS |
|---|---|---|
| CHAFFETZ LINDSEY LLP | ATTN ALAN J LIPKIN; ALEX LUPSAIU | alan.lipkin@chaffetzlindsey.com; alex.lupsaiu@chaffetzlindsey.com |
| CHARLES E DORR PC | ATTN CHARLES E DORR | ced@cedpc.com |
| CHIPMAN BROWN CICERO & COLE LLP | ATTN WILLIAM E CHIPMAN, JR; MARK D OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CHOATE HALL & STEWART LLP | ATTN KEVIN J SIMARD, JONATHAN D MARSHALL, SETH D MENNILLO, M HAMPTON FOUSHEE | jmarshall@choate.com; smennillo@choate.com; hfoushee@choate.com; ksimard@choate.com |
| CLARK HILL PLC | ATTN KAREN M GRIVNER | kgrivner@clarkhill.com |
| COHEN LEDER MONTALBANO & CONNAUGHTON | ATTN PAUL A MONTALBANO; BRADY M CONNAUGHTON | paul.montalbano@clmc-law.com; brady.connaughton@clmc-law.com |
| COHNE KINGHORN PC | ATTN GEORGE HOFMANN | ghofmann@ck.law |
| COOKSEY TOOLEN GAGE DUFFY & WOOG | ATTN KIM GAGE; RANDALL P MROCZYNSKI | kgage@cookseylaw.com; rmroczynski@cookseylaw.com |
| COUSINS LAW LLC | ATTN SCOTT D COUSINS | scott.cousins@cousins-law.com |
| CROSS & SIMON LLC | ATTN CHRISTOPHER P SIMON | csimon@crosslaw.com |
| DAIMLER TRUCKS NA | JOHN OLEARY, PRESIDENT & CEO | john.oleary@daimler.com; kirstin.abel@daimlertruck.com |
| DEMAYO LAW OFFICES LLP | ATTN ADRIENNE S BLOCKER | ablocker@demayolaw.com |
| DILWORTH PAXSON LLP | ATTN MARTIN J WEIS | mweis@dilworthlaw.com |
| DLA PIPER LLP | ATTN STUART M BROWN; RACHEL EHRLICH ALBANESE | stuart.brown@us.dlapiper.com; rachel.albanese@us.dlapiper.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN BRIAN L. SCHWALB | oag@dc.gov |
| DOSHI LEGAL GROUP PC | ATTN AMISH R DOSHI | amish@doshilegal.com |
| DUANE MORRIS LLP | ATTN SOMMER L ROSS | slross@duanemorris.com |
| EMMET MARVIN & MARTIN LLP | ATTN THOMAS A PITTA | tpitta@emmetmarvin.com |
| EPSTEIN BECKER & GREEN | ATTN WENDY G MARCARI | wmarcari@ebglaw.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | ATTN BRETT D FALLON; JOSEPH N ARGENTINA, JR | brett.fallon@faegredrinker.com; joseph.argentina@faegredrinker.com |
| FARNAN LLP | ATTN BRIAN E FARNAN; MICHAEL J FARNAN | bfarnan@farnanlaw.com; mfarnan@farnanlaw.com |
| FEINBERG DUMONT & BRENNAN | ATTN MELISSA A BRENNAN | mab@fdb-law.com |
| FONTANEZ, FERNANDO | | EMAIL ADDRESS ON FILE |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN MICHAEL BUSENKELL; MICHAEL VAN GORDER | mbusenkell@gsbblaw.com; mvangorder@gsbblaw.com |
| GENERAL TEAMSTERS LOCAL 439 | ATTN CATHERINE E HOLZHAUSER | cholzhauser@beesontayer.com |
| GGRM LAW FIRM | ATTN DILLON COIL; RYAN LOOSVELT | dcoil@ggrmlawfirm.com; rloosvelt@ggrmlawfirm.com |
| GRAY ROBINSON PA | ATTN JEFFREY SCHLERF | jeffrey.schlerf@gray-robinson.com |
| GREENBERG TRAURIG LLP | ATTN ANTHONY W CLARK; DENNIS A MELORO | anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com |
| GRIMES & LINEBARGER LLP | ATTN JOHN KENDRICK TURNER | dallas.bankruptcy@lgbs.com |
| HAYNES AND BOONE LLP | ATTN IAN T PECK; DAVID L STAAB; JORDAN E CHAVEZ | ian.peck@haynesboone.com; david.staab@haynesboone.com; jordan.chavez@haynesboone.com |
| HOGAN LOVELLS | ATTN: RONALD SILVERMAN; ROBERT A RIPIN; CHRISTOPHER R BRYANT | ronald.silverman@hoganlovells.com; robert.ripin@hoganlovells.com; chris.bryant@hoganlovells.com |
| HOLLAND & KNIGHT LLP | ATTN: JOSHUA M. SPENCER | joshua.spencer@hklaw.com; alterdomus@hklaw.com |
| INTERNAL REVENUE SERVICE | | millie.h.agent@irs.gov |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ATTN FRED ZUCKERMAN | fzuckerman@teamster.org |
| JACK SHRUM PA | ATTN J JACKSON SHRUM | jshrum@jshrumlaw.com |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS PC | ATTN RAYMOND M PATELLA | rpatella@lawjw.com |

Yellow Corporation, *et al.,* Case No. 23-11069

Electronic Mail Master Service List

| NAME | ATTN | EMAIL ADDRESS |
|---|---|---|
| KEURIG DR. PEPPER | RICHARD W WARD | rwward@airmail.net |
| KING & SPALDING LLP | ATTN THADDEUS D WILSON; MICHAEL FISHEL | thadwilson@kslaw.com; mfishel@kslaw.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN RAYMOND H LEMISCH | rlemisch@klehr.com |
| KLEINBARD LLC | ATTN E DAVID CHANIN | dchanin@kleinbard.com |
| KOHNER MANN & KAILAS SC | ATTN SAMUEL C WISOTZKEY | swisotzkey@kmksc.com |
| KROLL HEINEMAN PTASIEWICZ & PARSONS | ATTN SETH PTASIEWICZ | sptasiewicz@krollfirm.com |
| KYE LAW GROUP, P.C. | ATTN: MATTHEW F. KYE | mkye@kyelaw.com |
| LANE & NACH PC | ATTN ADAM N NACH | adam.nach@lane-nach.com |
| LAW OFFICES OF JAMES TOBIA LLC | ATTN JAMES TOBIA | jtobia@tobialaw.com |
| LAW OFFICES OF SUSAN E KAUFMAN LLC | ATTN SUSAN E KAUFMAN | skaufman@skaufmanlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | sanantonio.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com; austin.bankruptcy@lgbs.com; dallas.bankruptcy@lgbs.com |
| LIPSON NEILSON PC | ATTN MICHAEL D LIEBERMAN | mlieberman@lipsonneilson.com |
| LOIZIDES PA | ATTN CHRISTOPHER D LOIZIDES | loizides@loizides.com |
| MADDIN HAUSER ROTH & HELLER PC | ATTN DAVID M EISENBERG | deisenberg@maddinhauser.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | ATTN PETER MUTHIG | muthigk@mcao.maricopa.gov |
| MCCARTER & ENGLISH LLP | ATTN KATE ROGGIO BUCK; JOSEPH LUBERTAZZI, JR; SHEILA E CALELLO; WILLIAM F TAYLOR, JR; SHANNON D HUMISTON | kbuck@mccarter.com; jlubertazzi@mccarter.com; scalello@mccarter.com; wtaylor@mccarter.com; shumiston@mccarter.com |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN JULIE ANNE PARSONS | jparsons@mvbalaw.com |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN DAVID P PRIMACK | dprimack@mdmc-law.com |
| MICHELIN NORTH AMERICA INC | ATTN BRIAN GUTBROD | brian.gutbrod@michelin.com |
| MILBANK LLP | ATTN: DENNIS F. DUNNE & MATTHEW L. BROD | ddunne@milbank.com; mbrod@milbank.com |
| MORRIS NICHOLS ARSHT & TUNNEL LLP | ATTN CURTIS S MILLER; MATTHEW B HARVEY; JONATHAN M WEYAND | cmiller@morrisnichols.com; mharvey@morrisnichols.com; jweyand@morrisnichols.com |
| MUNSCH HARDT KOPF & HARR PC | ATTN DEBORAH M PERRY | dperry@munsch.com |
| MYERS & MYERS PLLC | ATTN REBECCA JS CASSELL | rcassell@myers2law.com |
| NEW YORK STATE TEAMSTERS PENSION & HEALTH FUNDS | ATTN KENNNETH R STILWELL | krgstil@nytfund.org |
| NORTON ROSE FULBRIGHT US LLP | ATTN REBECCA J. WINTHROP | rebecca.winthrop@nortonrosefulbright.com |
| OFFICE OF THE UNITED STATES ATTORNEY | | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFICE OF THE US TRUSTEE | | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.gov |
| OFFIT KURMAN PA | ATTN BRIAN J MCLAUGHLIN | brian.mclaughlin@offitkurman.com |
| OKLAHOMA COUNTY TREASURER | ATTN TAMMY JONES | tammy.jones@oklahomacounty.org |
| OSLER HOSKIN & HARCOURT LLP | ATTN TRACY SANDLER; KATHRYN ESAW | tsandler@osler.com; kesaw@osler.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN PETER J KEANE | pkeane@pszjlaw.com |
| PARAVATI KARL GREEN & DEBELLA LLP | ATTN VINCENT M DEBELLA | vdebella@pkgdlaw.com |
| PASHMAN STEIN WALDER HAYDEN | ATTN JOSEPH C BARSALONA II | jbarsalona@pashmanstein.com |

Yellow Corporation, *et al.,* Case No. 23-11069
Electronic Mail Master Service List

| NAME | ATTN | EMAIL ADDRESS |
|---|---|---|
| PENSION BENEFIT GUARANTY CORPORATION | REBECCA STARK; ANDREW PHILIP WALKER | stark.rebecca@pbgc.gov; efile@pbgc.gov; serspinski.sven@pbgc.gov; hristova.donika@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN LAURA J MONROE | lmbkr@pbfcm.com |
| POLSINELLI PC | ATTN BRENNA A DOLPHIN | bdolphin@polsinelli.com |
| POTTER ANDERSON & CORROON LLP | ATTN L KATHERINE GOOD; MARIA KOTSIRAS | kgood@potteranderson.com; mkotsiras@potteranderson.com |
| PREVIANT LAW FIRM SC, THE | ATTN FREDERICK PERILLO; JILL M HARTLEY; EMMA M WOODS | fp@previant.com; jh@previant.com; emw@previant.com |
| PULLMAN & COMLEY LLC | ATTN KRISTIN B MAYHEW | kmayhew@pullman.com |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN SUSHEEL KIRPALANI; ERIC WINSTON | susheelkirpalani@quinnemanuel.com; ericwinston@quinnemanuel.com |
| RAINES FELDMAN LITTRELL LLP | ATTN DAVID S FORSH | dforsh@raineslaw.com |
| RFT LOGISTICS LLC | CHRISTOPHER MEJIA, CEO | truckload@rftlogistics.com; chris.mejia@rftlogistics.com |
| RAISNER ROUPINIAN LLP | ATTN JACK A RAISNER; RENE S ROUPINIAN; ARMANDO RIVERA | jar@raisnerroupinian.com; rsr@raisnerroupinian.com; rsr@raisnerroupinian.com |
| REED SMITH LLP | ATTN KURT F GWYNNE; MARK W ECKARD | kgwynne@reedsmith.com; meckard@reedsmith.com |
| RICHARDS LAYTON & FINGER PA | ATTN MARK D COLLINS, JOHN H KNIGHT, DAVID T QUEROLI, ALEXANDER R STEIGER | collins@rlf.com; knight@rlf.com; queroli@rlf.com; steiger@rlf.com |
| ROCK ISLAND COUNTY TREASURER | ATTN AUSTIN CARLSON | treasurer@rockislandcountyil.gov |
| ROPES & GREY | ATTN NATASHA HWANGO; LUKE SMITH | natasha.hwangpo@ropesgray.com; luke.smith@ropesgray.com |
| ROSNER LAW GROUP LLC | ATTN FREDERICK B ROSNER | rosner@teamrosner.com |
| S&D LAW | ATTN MICHAEL L SCHLEPP, ESQ | mschlepp@s-d.com |
| SALDUTTI LAW GROUP | ATTN ROBERT L SALDUTTI; REBECCA K MCDOWELL | rsaldutti@slgcollect.com; rmcdowell@slgcollect.com |
| SANDBERG PHOENIX & VON GONTARD | ATTN SHARON L STOLTE | sstolte@sandbergphoenix.com |
| SAUDER SCHELKOPF LLC | ATTN JOSEPH G SAUDER; JOSEPH B KENNEY | jgs@sstriallawyers.com; jbk@sstriallawyers.com |
| SECURITIES & EXCHANGE COMMISSION | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | nyrobankruptcy@sec.gov |
| SEYFARTH SHAW LLP | ATTN JAMES B SOWKA | jsowka@seyfarth.com |
| SORENSON VAN LEUVEN PLLC | ATTN JAMES E SORENSON | bk@svllaw.com |
| SPOTTS FAIN PC | ATTN NEIL E MCCULLAGH | nmccullagh@spottsfain.com |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN TREG TAYLOR | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN KRIS MAYES | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN TIM GRIFFIN | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN KATHY JENNINGS | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN ANN E LOPEZ | hawaiiag@hawaii.gov |

Yellow Corporation, *et al.,* Case No. 23-11069
Electronic Mail Master Service List

| NAME | ATTN | EMAIL ADDRESS |
|------|------|---------------|
| STATE OF IOWA ATTORNEY GENERAL | ATTN BRENNA BIRD | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | ATTN AARON FREY | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN ATHONY G. BROWN | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN ANDREA JOY CAMPBELL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN DANA NESSEL | miag@michigan.gov |
| STATE OF NEW YORK ATTORNEY GENERAL; ENVIRONMENTAL PROTECTION BUREAU | ATTN STEVE H NGUYEN; STEPHEN M NAGLE | steve.nguyen@ag.ny.gov; stephen.nagle@ag.ny.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN ROBERT L DOTY | robert.doty@ohioago.gov |
| STEVENS & LEE PC | ATTN JOSEPH H HUSTON, JR; JOHN C KILGANNON | joseph.huston@stevenslee.com; john.kilgannon@stevenslee.com |
| STRADLEY RONON STEVENS & YOUNG LLP | ATTN JULIE M MURPHY | jmmurphy@stradley.com |
| STREUSAND LANDON OZBURN & LEMMON LLP | ATTN SABRINA L STREUSAND | streusand@slollp.com |
| SULLIVAN HAZELTINE ALLINSON | ATTN WILLIAM D SULLIVAN; WILLIAM A HAZELTINE; ELIHU E ALLINSON | bsullivan@sha-llc.com; whazeltine@sha-llc.com; zallinson@sha-llc.com |
| SUSSMAN SHANK LLP | ATTN GARRETT S EGGEN | geggen@sussmanshank.com |
| SWEETBAUM MILLER PC | ATTN ALAN D SWEETBAUM | asweetbaum@sweetbaumlaw.com |
| THE BANK OF NEW YORK MELLON | ATTN JOANNA SHAPIRO, MANAGING DIRECTOR | joanna.g.shapiro@bnymellon.com; ust.cares.program@bnymellon.com |
| TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN JONATHAN SKRMETTI | agbankdelaware@ag.tn.gov |
| TEXAS ATTORNEY GENERAL | ATTN SEAN T FLYNN; LAYLA D MILLIGAN | sean.flynn@oag.texas.gov; layla.milligan@oag.texas.gov |
| TEXAS COMPTROLLER | ATTN KIMBERLY A WALSH, ASST ATTORNEY GENERAL | kimberly.walsh@oag.texas.gov |
| THOMPSON HINE LLP | ATTN SEAN A GORDON; AUSTIN B ALEXANDER | sean.gordon@thompsonhine.com; austin.alexander@thompsonhine.com |
| TRAVIS COUNTY | ATTN JASON A STARKS | jason.starks@traviscountytx.gov |
| U.S. DEPARTMENT OF JUSTICE | | millie.h.agent@irs.gov; i-heng.hsu@usdoj.gov; crystal.geise@usdoj.gov |
| UNION PACIFIC RAILROAD | ATTN CHRISTINE A. NEUHARTH; LILA L. HOWE | bankruptcynotices@up.com |
| WELTMAN WEINBERG & REIS CO LPA | ATTN SCOTT D FINK | sfink@weltman.com; bronationalecf@weltman.com |
| WHITE & CASE LLP | ATTN SCOTT GREISSMAN; ANDREW ZATZ; ELIZABETH FELD; JZAKIA@WHITECASE.COM | sgreissman@whitecase.com; azatz@whitecase.com; efeld@whitecase.com; jzakia@whitecase.com |
| WHITE & WILLIAMS LLP | ATTN AMY E VULPIO; MICHAEL A INGRASSIA | vulpioa@whiteandwilliams.com; ingrassiam@whiteandwilliams.com |

Yellow Corporation, *et al.,* Case No. 23-11069
Electronic Mail Master Service List

| NAME | ATTN | EMAIL ADDRESS |
|------|------|---------------|
| WHITEFORD TAYLOR & PRESTON LLP | ATTN MICHAEL J JOESCHENTHALER; DANIEL R SCHIMIZZI; DAVID W GAFFEY; DAVID B STRATTON; RICHARD W RILEY | mroeschenthaler@whitefordlaw.com; dschimizzi@whitefordlaw.com; dgaffey@whitefordlaw.com; dstratton@whitefordlaw.com; rriley@whitefordlaw.com |
| WILSON SONSINI GOODRICH & ROSATI PC | ATTN ERIN R FAY; CATHERINE C LYONS | efay@wsgr.com; clyons@wsgr.com |
| WOMBLE BOND DICKINSON LLP | ATTN JAMES S LIVERMON, III; KEVIN J MANGAN | charlie.livermon@wbd-us.com; kevin.mangan@wbd-us.com |

**EXHIBIT F**

YELLOW CORPORATION, *et al.,* Case No. 23-11069 (CTG)

Electronic Mail Additional Service List

| NAME | EMAIL ADDRESS |
|---|---|
| KPMG LLP | Dougcarty@gmail.com |
| KPMG LLP | christopherbooker@kpmg.com |
| Kavir Moonilal-Singh | gfmcdaniel@dkhogan.com |
| Ihab Sulaiman | gfmcdaniel@dkhogan.com |
| Jose Emilio Ronderos | ahiller@adamhillerlaw.com |
| Jose Emilio Ronderos | Azad@LightLawGroup.com |
| Jacob Bazarov and Tamara Peirova | nabaev@thenewyorklawfirm.com |
| Sopia L. Goodman | ahiller@adamhillerlaw.com |
| Sopia L. Goodman | seth@pajcic.com |
| Sopia L. Goodman | monica@pajcic.com |
| James Alexander and Lisa Alexander | khemming@camlev.com |
| Automobile Mechanics' Local No. 701 ET AL | bsullivan@sha-llc.com |
| Automobile Mechanics' Local No. 701 ET AL | krol@johnsonkrol.com |
| Kasowitz Benson Torres LLP | MKASWITZ@KASOWITZ.COM |
| Corporate Lodging Consultants Inc. and Comdata, Inc. | kmann@crosslaw.com |

YELLOW CORPORATION, *et al.*, Case No. 23-11069 (CTG)
Electronic Mail Objecting Parties Service List

| NAME | ATTORNEY FOR | EMAIL ADDRESS |
|---|---|---|
| GELLERT SCALI BUSENKELL & BROWN, LLC | BRETT GROVES; PAUL & JEAN CLARK; JAMES CHARLES HOWARD | cbrown@gsbblaw.com |
| FISHERBROYLES, LLP | GARY W. GIBBY | carl.neff@fisherbroyles.com; mburke@fisherbroyles.com |
| OFFIT KURMAN, P.A. | AMER NASSER; OMEIRA ULLOQUE | brian.mclaughlin@offitkurman.com |
| JOYCE, LLC | PAUL R WYSZYNSKI; SUSAN DEGENKOLB | mjoyce@mjlawoffices.com |
| POLINSKY LAW GROUP, LLC | EMILY LOURO | cld@polinsky-law.com |
| ASHBY & GEDDES, P.A. | TENA J SPENCE | dbeskrone@ashbygeddes.com |
| LANE & NACH, P.C. | TENA J SPENCE | adam.nach@lane-nach.com |
| THE POWELL FIRM, LLC | JESSE ISREAL NEWTON | jpowell@delawarefirm.com; treichert@delawarefirm.com |
| COOCH AND TAYLOR, P.A. | JIMMIE & JANEL HUBERT | gdick@coochtaylor.com |
| THE ROSNER LAW GROUP LLC | DONNA LEE DAUGHERTY | rosner@teamrosner.com |
| CHARLES E. DORR, P.C. | DONNA LEE DAUGHERTY | chuck@dorrlaw.com |
| THE LAW OFFICE OF JAMES TOBIA, LLC | ANTHONY MARTINO | jtobia@tobialaw.com |

YELLOW CORPORATION, *et al* . Case No. 23-11069 (CTG)
Electronic Mail Insurance Parties Service List

| NAME | EMAIL ADDRESS |
|------|---------------|
| ACE | adrienne.logan@chubb.com |
| AFCO CREDIT CORP | eryan@afco.com |
| AIG | adrienne.logan@chubb.com |
| AIG | kevin.larner@aig.com |
| ALLIANZ US RISKS US INSURANCE COMPANY | usainfo@beazley.com; andr.beazley@beazley.com; david.giroux@beazley.com |
| ALLIANZ US RISKS US INSURANCE COMPANY | alison.hammond1@ffic.com |
| APPLIED (VIA RT SPECIALTY) | info@rsui.com |
| ARCH CAPITAL GROUP | sruschak@archinsurance.com |
| ARGO GROUP | info@argolimited.com |
| ASPEN AMERICAN INSURANCE CO | jose.aguiar@amyntagroup.com |
| AXA XL | xl-surety-general@xlcatlin.com |
| AXA XL | gawcindia@axaxl.com |
| AXIS INSURANCE COMPANY | beth.levy@axiscapital.com |
| BEAZLEY | charles.llewellyn-jones@symphony.bm; calvinp.henry@symphony.bm |
| BEAZLEY INSURANCE CO. | usainfo@beazley.com; andr.beazley@beazley.com; david.giroux@beazley.com |
| BERKSHIRE HATHAWAY SPECIALTY INSURANCE COMPANY | apevarnik@berkre.com |
| C&F (RT SPECIALTY) | cfstat@cfins.com |
| CANOPIOUS (VIA RT SPECIALTY) | info@rsui.com |
| CHUBB | adrienne.logan@chubb.com |
| CHUBB | john.taylor4@chubb.com |
| CHUBB GROUP | surety@chubb.com |
| CNA | stathy.darcy@cna.com |
| CNA SURETY | info@cnasurety.com |
| EMERGIN (VIA RT SPECIALTY) | info@rsui.com |
| EVEREST | beth.levy@axiscapital.com |
| HCC | cmcdaniel@hcc.com |
| INTACT GROUP | tdahl@onebeacon.com |
| LIBERTY MUTUAL GROUP | bonds@libertymutual.com |
| LLOYD'S OF LONDON | andrew.jeffrey@cnahardy.com |
| LOCKTON | customerinquiries@lockton.com |
| MARKEL | legalregulatory@markelcorp.com |
| MARKEL BERMUDA | markelclaims@markelcorp.com |
| MOSAIC | alison.hammond1@ffic.com |
| PROTECTIVE | claims@protectiveinsurance.com |

YELLOW CORPORATION, *et al*. Case No. 23-11069 (CTG)

Electronic Mail Insurance Parties Service List

| NAME | EMAIL ADDRESS |
|---|---|
| RESILIENCE | claims@resilienceinsurance.com |
| ROANOKE TRADE | infospot@roanokegroup.com |
| RSUI (VIA RT SPECIALTY) | info@rsui.com |
| SOMPO | fmarsala@enduranceservices.com |
| WILLIS TOWERS WATSON | info@rsui.com |
| WILLIS TOWERS WATSON | investor_relations@willistowerswatson.com |

**EXHIBIT G**

YELLOW CORPORATION, *et al.,* Case No. 23-11069 (CTG)

Electronic Mail Additional Service List

| NAME | EMAIL ADDRESS |
|---|---|
| YELLOW CORPORATION | LEGAL@MYYELLOW.COM |
| KIRKLAND & ELLIS LLP | WHITNEY.FOGELBERG@KIRKLAND.COM;<br>ROB.JACOBSON@KIRKLAND.COM;<br>ALLYSON.SMITH@KIRKLAND.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | LJONES@PSZJLAW.COM;<br>TCAIRNS@PSZJLAW.COM;<br>PKEANE@PSZJLAW.COM;<br>ECORMA@PSZJLAW.COM |
| OFFICE OF THE US TRUSTEE - DISTRICT OF DELAWARE | JANE.M.LEAMY@USDOJ.GOV;<br>RICHARD.SCHEPACARTER@USDOJ.GOV |
| AKIN GUMP STRAUSS HAUER & FELD LLP | PDUBLIN@AKINGUMP.COM;<br>MLAHAIE@AKINGUMP.COM;<br>KZUZOLO@AKINGUMP.COM |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | JHOOVER@BENESCHLAW.COM;<br>KCAPUZZI@BENESCHLAW.COM |
| QUINN EMMANUEL URQUHART & SULLIVAN | ERICWINSTON@QUINNEMANUEL.COM;<br>SUSHEELKIRPALANI@QUINNEMANUEL.COM |
| ROPES & GRAY LLP | LUKE.SMITH@ROPESGRAY.COM;<br>NATASHA.HWANGPO@ROPESGRAY.COM |
| HOLLAND & KNIGHT LLP | JOSHUA.SPENCER@HKLAW.COM;<br>PHILLIP.NELSON@HKLAW.COM |
| WHITE & CASE LLP | SGREISSMAN@WHITECASE.COM;<br>EFELD@WHITECASE.COM;<br>AZATZ@WHITECASE.COM |
| CHOATE HALL & STEWART LLP | KSIMARD@CHOATE.COM;<br>HFOUSHEE@CHOATE.COM |
| HOGAN LOVELLS US LLP | RONALD.SILVERMAN@HOGANLOVELLS.COM;<br>CHRIS.BRYANT@HOGANLOVELLS.COM |
| ARNOLD PORTER KAYE SCHOLER LLP | MICHAEL.MESSERSMITH@ARNOLDPORTER.COM;<br>BENJAMIN.MINTZ@ARNOLDPORTER.COM;<br>ROSA.EVERGREEN@ARNOLDPORTER.COM |
| US DEPARTMENT OF JUSTICE | I-HENG.HSU@USDOJ.GOV;<br>CRYSTAL.GEISE@USDOJ.GOV |

**EXHIBIT H**

YELLOW CORPORATION, *et al.*  Case No. 23-11069 (CTG)
Electronic Mail Additional Service List

| NAME | EMAIL ADDRESS |
|---|---|
| ALTABANK | CUSTOMERCARE@ALTABANK.COM |
| ALTER DOMUS PRODUCTS CORP. | LEGAL_AGENCY@ALTERDOMUS.COM |
| ALTER DOMUS PRODUCTS CORP. | joshua.spencer@hklaw.com |
| BANK OF NEW YORK MELLON, THE | Robert.ripin@hoganlovells.com |
| BANK OF NEW YORK MELLON, THE | DENNIS.ROEMLEIN@BNYMELLON.COM |
| BOFI FEDERAL BANK | CUSTOMERSERVICE@BOFIFEDERALBANK.COM |
| CITIZENS ASSET FINANCE INC | DAVID.STILES@CITIZENSBANK.COM |
| CITIZENS BANK NA | DAVID.STILES@CITIZENSBANK.COM |
| CITIZENS BUSINESS CAPITAL | ksimard@choate.com |
| CITIZENS BUSINESS CAPITAL | DAVID.STILES@CITIZENSBANK.COM |
| CITIZENS BUSINESS CAPITAL | DAVID.STILES@CITIZENSBANK.COM |
| CITIZENS COMMERCIAL BANKING | david.slattery@citizensbank.com |
| CORTLAND PRODUCTS CORP. | LEGAL_AGENCY@ALTERDOMUS.COM |
| CORTLAND PRODUCTS CORP. | joshua.spencer@hklaw.com |
| DAVIS POLK & WARDWELL LLP | james.florack@davispolk.com |
| FIRST UTAH BANK | IHARDING@FIRSTUTAHBANK.COM; INTERNET-SUPPORT@FIRSTUTAHBANK.COM |
| HARBOR CAPITAL LEASING INC | SALES@HARBORCAPITAL.NET; LEASEEND@HARBORCAPITAL.NET |
| HARBOR CAPITAL LEASING | SALES@HARBORCAPITAL.NET; LEASEEND@HARBORCAPITAL.NET |
| HYG FINANCIAL SERVICES INC | HYGFINANCIAL@MYLEASINGSOURCE.COM |
| INTERNAL REVENUE SERVICE | LISA.JIGGETTS@IRS.GOV |
| INVESTORS BANK | AROHMEYER@INVESTORSBANK.COM |
| JPMORGAN CHASE BANK NA | POCQUESTIONS@NBSDEFAULTSERVICES.COM |
| JPMORGAN CHASE BANK NA | POCQUESTIONS@NBSDEFAULTSERVICES.COM |
| JPMORGAN CHASE BANK NA | POCQUESTIONS@NBSDEFAULTSERVICES.COM |
| LE SCHWAB WAREHOUSE CENTER INC | ACCOUNTSERVICES@LESSCHWAB.COM |
| NATIONS FUND I INC | ABERGER@NATIONSEQUIPMENTFINANCE.COM |
| NATIONS FUND I INC | ABERGER@NATIONSEQUIPMENTFINANCE.COM |
| NMHG FINANCIAL SERVICES INC | INFO@NMHG.COM |
| PMC FINANCIAL SERVICES GROUP LLC | INFOFSG@PMCFSG.COM |
| RADIUS BANK | CUSTOMERSERVICE@RADIUSBANK.COM |
| RBS CITIZENS BUSINESS CAPITAL | GEORGE.PSOMAS@RBSBUSINESSCAPITAL.COM; ALBERT.SPADA@RBSBUSINESSCAPITAL.COM |
| SOMERSET CAPITAL GROUP LTD | INFO@SOMERSETCAPITAL.COM |
| SOMERSET CAPITAL GROUP XXII | INFO@SOMERSETCAPITAL.COM |
| STOUGHTON TRAILERS ACCEPTANCE CO LLC | STAC@STOUGHTONTRAILERS.COM |
| THE BANK OF NEW YORK MELLON | joanna.g.shapiro@bnymellon.com; UST.Cares.Program@bnymellon.com |
| TOYOTA INDUSTRIES COMMERCIAL FINANCE INC | TICF_CS_SM@TOYOTACF.COM |
| UNITED STATES DEPARTMENT OF TREASURY | Eric.Froman@treasury.gov |
| UTICA LEASECO LLC | INFO@UTICALEASECO.COM |
| WINTRUST EQUIPMENT FINANCE | EDEBONI@WINTRUST.COM |

YELLOW CORPORATION, *et al.,* Case No. 23-11069 (CTG)

Electronic Mail Additional Service List

| NAME | REPRESENTING | EMAIL ADDRESS |
| --- | --- | --- |
| WOMBLE BOND DICKINSON (US) LLP | COUNSEL TO PIEPER-HOUSTON ELECTRIC, L.P. | ericka.johnson@wbd-us.com |
| PIEPER-HOUSTON ELECTRIC, L.P. | WILL ROSELL, CFO | willr@pieperhouston.com |
| CLARK HILL PLC | COUNSEL TO MID-AMERICAN CONSTRUCTORS, LLC | kgrivner@clarkhill.com |
| MYERS & MYERS, PLLC | COUNSEL TO MID-AMERICAN CONSTRUCTORS, LLC | rcassell@myers2law.com |
| OKLAHOMA COUNTY TREASURER | ATTN TAMMY JONES, OK COUNTY TREASURER | tammy.jones@oklahomacounty.org |
| GELLERT SCALI BUSENKELL & BROWN, LLC | COUNSEL TO DOING STEEL FABRICATION, LLC | rgellert@gsbblaw.com |
| SPENCER FANE LLP | FABRICATION, LLC | thiatt@spencerfane.com |

YELLOW CORPORATION, *et al.* , Case No. 23-11069 (CTG)

Electronic Mail Interested Parties Service List

| NAME | EMAIL |
|------|-------|
| BANK OF AMERICA NA | brian.1.stapleton@bofa.com |
| CITIZENS BANK NA | info@citizensbank.com |
| JPMORGAN CHASE BANK NA | NEIL.BOYLAN@JPMORGAN.COM; SQUSBA@STBLAW.COM; JAMIE.FELL@STBLAW.COM |
| US BANK NA | jeffrey.lothert@usbank.com |
| WELLS FARGO BANK NA | bankruptcynoticesdfvendor@wellsfargo.com |
| WELLS FARGO BANK NA | LISA.JIGGETTS@IRS.GOV |