# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 760** |

**NOTICE OF RATE INCREASE OF
AKIN GUMP STRAUSS HAUER & FELD LLP AS LEAD CO-COUNSEL
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
YELLOW CORPORATION, ET AL., *NUNC PRO TUNC* TO AUGUST 18, 2023**

1. Pursuant to the *Order Authorizing the Official Committee of Unsecured Creditors of Yellow Corporation,* et al. *to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Lead Co-Counsel,* Nunc Pro Tunc *to August 18, 2023* [Docket No. 760] (the "Retention Order"),[2] Akin Gump Strauss Hauer & Feld LLP ("Akin"), as lead co-counsel to the Committee, submits this notice of rate increase.

2. As set forth in the Application, Akin's hourly rates are subject to periodic adjustments (typically on January 1st of each year) to reflect economic and other conditions. *See* Application, ¶ 11. The Committee has consented to such ordinary course rate increases. *See* Application, *Declaration of Brad Berliner in Support of the Application of the Official Committee of Unsecured Creditors of Yellow Corporation,* et al. *to Retain and Employ Akin Gump Strauss Hauer & Feld LLP as Lead Co-Counsel,* Nunc Pro Tunc *to August 18, 2023*, ¶ 5.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Retention Order.

3. Paragraph 5 of the Retention Order provides that Akin shall provide ten (10) business days' notice to the Committee, the Debtors and the U.S. Trustee before any increases in the rates set forth in the Application are implemented and shall file a notice setting forth any such increases with the Court.

4. In the ordinary course, Akin has adjusted the hourly rates charged by its professionals and paraprofessionals. Effective as of January 1, 2024, the standard hourly rate ranges established by Akin for professionals and paraprofessionals employed in its domestic offices are as set forth below:

| Billing Category | 2024 Range |
|---|---|
| Partners | $1,440-$2,195 |
| Senior Counsel | $1,055-$1,800 |
| Counsel | $1,295-$1,825 |
| Associates | $840-$1,350 |
| Paralegals | $255-$530 |

Dated: December 12, 2023
Wilmington, Delaware

| | |
|---|---|
| **BENESCH, FRIEDLANDER,**<br>**COPLAN & ARONOFF LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| */s/ Jennifer R. Hoover*<br>Jennifer R. Hoover (DE No. 5111)<br>Kevin M. Capuzzi (DE No. 5462)<br>John C. Gentile (DE No. 6159)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile: (302) 442-7012<br>E-mail: jhoover@beneschlaw.com<br>       kcapuzzi@beneschlaw.com<br>       jgentile@beneschlaw.com | Philip C. Dublin (*pro hac vice*)<br>Meredith A. Lahaie (*pro hac vice*)<br>Kevin Zuzolo (*pro hac vice*)<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: pdublin@akingump.com<br>       mlahaie@akingump.com<br>       kzuzolo@akingump.com |

*Counsel to the Official Committee of Unsecured Creditors*