**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 761** |

**NOTICE OF RATE INCREASE OF
HURON CONSULTING SERVICES LLC AS FINANCIAL ADVISOR
TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF
YELLOW CORPORATION, ET AL., *NUNC PRO TUNC* TO AUGUST 21, 2023**

1.      Pursuant to the *Order Authorizing the Official Committee of Unsecured Creditors of Yellow Corporation,* et al. *to Retain and Employ Huron Consulting Services LLC,* Nunc Pro Tunc *to August 21, 2023* [Docket No. 761] (the "Retention Order"),[2] Huron Consulting Services LLC ("Huron"), as financial advisor to the Official Committee of Unsecured Creditors, submits this notice of rate increase.

2.      As set forth in the Application, Huron's hourly rates are subject to periodic adjustments (typically on January 1st of each year) to reflect economic and other conditions.  *See* Application, ¶ 15.

3.      Paragraph 9 of the Retention Order provides that Huron shall provide ten (10) business days' notice to the Committee, the Debtors and the U.S. Trustee before any increases in the rates set forth in the Application are implemented and shall file a notice setting forth any such

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]     Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Retention Order.

increases with the Court.

4.    In the ordinary course, Huron has adjusted the hourly rates charged by its professionals.  Effective as of January 1, 2024, the standard hourly rate ranges established by Huron for employed professionals are as set forth below:

| Billing Category | 2024 Range |
|---|---|
| Managing Director | $1,025 - $1,400 |
| Senior Director | $975 |
| Director | $750 - $850 |
| Manager | $650 |
| Associate | $550 |
| Analyst | $400 |

Dated: December 12, 2023
Wilmington, Delaware

**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
    kcapuzzi@beneschlaw.com
    jgentile@beneschlaw.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Philip C. Dublin (*pro hac vice*)
Meredith A. Lahaie (*pro hac vice*)
Kevin Zuzolo (*pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: pdublin@akingump.com
    mlahaie@akingump.com
    kzuzolo@akingump.com

*Counsel to the Official Committee of Unsecured Creditors*