**Exhibit A**

DE:4874-8874-9975.1 96872.001

**YELLOW CORPORATION**
Date: 12/12/2023

**Content of the Notice**

| | |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | 3,010 tires |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | n/a |
| (c) identification of the Debtor entity selling the De Minimis Assets | YRC Enterprise Services, Inc. |
| (d) identification of the purchaser of the De Minimis Assets | XPO, Inc. |
| (e) the purchase price | $252,450.00 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | REDACTED |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | The Company ran a formal RFP process, receive interest from multiple buyers for varying amounts of tires and chose the bidder with the best offer in terms of volume and price. |
| (h) any other significant terms of the sale or transfer | The buyer will pickup at their own cost; many of these tires are at locations recently purchased by XPO at auction. |