# **<u>EXHIBIT A</u>**

**Customary and Comparable Compensation Disclosures with Fee Applications**

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

# EXHIBIT A

## CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURES WITH FEE APPLICATIONS

(*See* Guidelines C.3. for definitions of terms used in this Exhibit.)

| CATEGORY OF TIMEKEEPER (using categories already maintained by the firm) | BLENDED HOURLY RATE | |
|---|---|---|
| | BILLED OR COLLECTED<br><br>Firm or offices for preceding year, excluding bankruptcy* | BILLED<br><br>In this fee application |
| Sr./Equity Partner/Shareholder | $1,050.00 | $1,719.53 |
| Of Counsel | $950.00 | $1,025.00 |
| Associate (4-6 years since first admission) | $750.00 | $725.00 |
| Law Library Director | $450.00 | $0.00 |
| Paralegal | $450.00 | $544.32 |
| Case Management Assistants | $300.00 | $425.00 |
| All timekeepers aggregated | $950.00** | $1,042.30 |

Represents approximate blended hourly rate. Non-estate work for PSZ&J represents a de minimis amount of the Firm's revenues as the Firm's engagements are primarily on behalf of debtors, official committees, and other estate-billed constituencies. For fiscal year ending 2021, non-estate work represented approximately 6-8% of the Firm's revenues, and in 2022 non-estate work represented approximately 8-10% of the Firm's revenues. It is expected that non-estate work in 2023 will represent approximately 8-10% of the Firms' revenues.

**Represents an estimate for the aggregate blended hourly rate for all timekeepers on non-estate work.

Case Name:         Yellow Corporation

Case Number:       23-11069 (CTG)

Applicant's Name:  Pachulski Stang Ziehl & Jones LLP

Date of Application: 12/13/2023

Interim or Final   Interim

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**