# EXHIBIT B

**Summary of Timekeepers Included in this Fee Application**

| NAME | TITLE OR POSITION | DEPARTMENT GROUP OR SECTION | DATE OF FIRST ADMISSION[1] | HOURS BILLED IN THIS APPLICATION | FEES BILLED IN THIS APPLICATION | HOURLY RATE BILLED | | NUMBER OF RATE INCREASES SINCE CASE INCEPTION |
|---|---|---|---|---|---|---|---|---|
| | | | | | | IN THIS APPLICATION | IN FIRST INTERIM APPLICATION | |
| David M. Bertenthal | Partner | Bankruptcy | 1993 | 0.20 | $290.00 | $1,450.00 | $1,450.00 | 0 |
| Laura Davis Jones | Partner | Bankruptcy | 1986 | 90.80 | $158,446.00 | $1,745.00 | $1,745.00 | 0 |
| Timothy P. Cairns | Partner | Bankruptcy | 2002 | 3.80 | $4,275.00 | $1,125.00 | $1,125.00 | 0 |
| Peter J. Keane | Of Counsel | Bankruptcy | 2008 | 272.80 | $279,620.00 | $1,025.00 | $1,025.00 | 0 |
| Edward A. Corma | Associate | Bankruptcy | 2018 | 25.10 | $18,197.50 | $725.00 | $725.00 | 0 |
| Cheryl A. Knotts | Paralegal | Bankruptcy | N/A | 0.80 | $396.00 | $495.00 | $495.00 | 0 |
| Ian Densmore | Paralegal | Bankruptcy | N/A | 0.10 | $54.50 | $545.00 | $545.00 | 0 |
| Karina K. Yee | Paralegal | Bankruptcy | N/A | 2.10 | $1,144.50 | $545.00 | $545.00 | 0 |
| Melissa N. Flores | Paralegal | Bankruptcy | N/A | 0.50 | $272.50 | $545.00 | $545.00 | 0 |
| Patricia E. Cuniff | Paralegal | Bankruptcy | N/A | 55.70 | $30,356.50 | $545.00 | $545.00 | 0 |
| Andrea R. Paul | Case Mgmt. Assist | Bankruptcy | N/A | 32.40 | $13,770.00 | $425.00 | $425.00 | 0 |
| Charles J. Bouzoukis | Case Mgmt. Assist | Bankruptcy | N/A | 3.30 | $1,402.50 | $425.00 | $425.00 | 0 |
| Total: | | | | 487.60 | $508,225.00 | | | |

Case Name:            Yellow Corporation

Case Number:          23-11069 (CTG)

Applicant's Name:     Pachulski Stang Ziehl & Jones LLP

Date of Application:  12/13/2023

Interim or Final      Interim

---

[1] If applicable.

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**