# EXHIBIT C-1

**Budget**

**EXHIBIT C-1**
**BUDGET**

If the parties consent or the court so directs, a budget approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees sought in the fee application vary by more than 10% from the budget, the fee application should explain the variance. See Guidelines ¶ C.8. for project category information.

| PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED |
|---|---|---|
| Asset Analysis and Recovery | 0.00 | $ 0.00 |
| Asset Disposition | 50.00 | $ 50,00.000 |
| Bankruptcy Litigation | 250.00 | $300,000.00 |
| Case Administration | 50.00 | $ 25,000.00 |
| Claims Administration and Objections | 25.00 | $ 40,000.00 |
| Other Professional Compensation | 10.00 | $ 10,000.00 |
| Employee Benefit/Pensions and KEIP/KERP | 10.00 | $ 10,000.00 |
| Contract and Lease Matters | 10.00 | $ 10,000.00 |
| Financial Filings | 30.00 | $ 30,000.00 |
| Financing/Cash Collateral/Cash Management | 30.00 | $ 30,000.00 |
| Insurance Coverage | 0.00 | $ 0.00 |
| Meeting of and Communication with Creditors | 10.00 | $ 10,000.00 |
| Operations | 5.00 | $ 4,000.00 |
| Plan and Disclosure Statement | 0.00 | $ 0.00 |
| PSZJ Retention | 10.00 | $ 10,000.00 |
| Other Professional Retention | 30.00 | $ 30,000.00 |
| Stay Litigation | 20.00 | $ 20,000.00 |
| Tax Issues | 0.00 | $ 0.00 |
| **Total** | **540.00** | **$529,050.00** |

Case Name: Yellow Corporation

Case Number: 23-11069 (CTG)

Applicant's Name: Pachulski Stang Ziehl & Jones LLP

Date of Application: 12/13/2023

Interim or Final: Interim

---

[1] If applicable.

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**