# EXHIBIT C-2

**Staffing Plan**

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**

**EXHIBIT C-2**

**STAFFING PLAN**

If the parties consent or the court so directs, a staffing plan approved by the client in advance should generally be attached to each interim and final fee application filed by the applicant. If the fees are sought in the fee application for a greater number of professionals than identified in the staffing plan, the fee application should explain the variance.

| CATEGORY OF TIMEKEEPER [1]<br>(using categories maintained by the firm) | NUMBER OF TIMEKEEPERS EXPECTED TO WORK ON THE MATTER DURING THE BUDGET PERIOD | AVERAGE HOURLY RATE |
|---|---|---|
| Sr./Equity Partner/Shareholder | 3 | $1,719.53 |
| Of Counsel | 1 | $1,025.00 |
| Associates | 1 | $ 725.00 |
| Law Library Director | 0 | $     0.00 |
| Paralegal/Assistant/Other | 5 | $ 544.32 |
| Case Management Assistants | 2 | $ 425.00 |

[1] As an alternative, firms can identify attorney timekeepers by years of experience rather than category of attorney timekeeper: 0-3, 4-7, 8-14, and 15+. Non-attorney timekeepers, such as paralegals, should be identified by category.

Case Name:         Yellow Corporation

Case Number:       23-11069 (CTG)

Applicant's Name:  Pachulski Stang Ziehl & Jones LLP

Date of Application: 12/13/2023

Interim or Final    Interim

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**