# EXHIBIT D-1

**Summary of Compensation Requested by Project Category**

ERROR! UNKNOWN DOCUMENT PROPERTY NAME.

| PROJECT CATEGORY | HOURS BUDGETED[1] | FEES BUDGETED | HOURS BILLED | FEES SOUGHT |
|---|---|---|---|---|
| Asset Analysis and Recovery | 0.00 | $ 0.00 | 0.30 | $ 307.50 |
| Asset Disposition | 50.00 | $ 50,00.000 | 43.10 | $ 48,917.50 |
| Bankruptcy Litigation | 250.00 | $300,000.00 | 240.60 | $259,990.00 |
| Case Administration | 50.00 | $ 25,000.00 | 40.60 | $ 19,121.00 |
| Claims Administration and Objections | 25.00 | $ 40,000.00 | 24.40 | $ 34,440.00 |
| Other Professional Compensation | 10.00 | $ 10,000.00 | 4.70 | $ 4,193.50 |
| Employee Benefit/Pensions and KEIP/KERP | 10.00 | $ 10,000.00 | 6.00 | $ 8,454.00 |
| Contract and Lease Matters | 10.00 | $ 10,000.00 | 11.80 | $ 11,153.00 |
| Financial Filings | 30.00 | $ 30,000.00 | 22.30 | $ 24,657.50 |
| Financing/Cash Collateral/Cash Management | 30.00 | $ 30,000.00 | 27.50 | $ 31,235.50 |
| Insurance Coverage | 0.00 | $ 0.00 | 0.50 | $ 272.50 |
| Meeting of and Communication with Creditors | 10.00 | $ 10,000.00 | 8.70 | $ 11,149.50 |
| Operations | 5.00 | $ 4,000.00 | 2.40 | $ 1,806.00 |
| Plan and Disclosure Statement | 0.00 | $ 0.00 | 0.80 | $ 820.00 |
| PSZJ Retention | 10.00 | $ 10,000.00 | 11.30 | $ 10,118.50 |
| Other Professional Retention | 30.00 | $ 30,000.00 | 25.90 | $ 25,269.50 |
| Stay Litigation | 20.00 | $ 20,000.00 | 16.30 | $ 16,101.50 |
| Tax Issues | 0.00 | $ 0.00 | 0.40 | $ 218.00 |
| **Total** | **540.00** | **$529,050.00** | **487.60** | **$508,225.00** |

Case Name:         Yellow Corporation

Case Number:       23-11069 (CTG)

Applicant's Name:  Pachulski Stang Ziehl & Jones LLP

Date of Application: 12/13/2023

Interim or Final   Interim

---

[1] If applicable.

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**