# EXHIBIT D-2

**Summary of Expense Reimbursement Requested by Category**

**EXHIBIT D -2**

**SUMMARY OF EXPENSE REIMBURSEMENT REQUESTED BY CATEGORY**

(*See* Guidelines C.8. for project category information.)

| Expense Category | Total Expenses |
|---|---|
| Bloomberg | $ 40.00 |
| Conference Call | $ 3.27 |
| Delivery/Courier Service | $ 910.26 |
| Court Fees | $56,403.00 |
| Lexis/Nexis – Legal Research | $ 473.85 |
| Pacer - Court Research | $ 1,828.06 |
| Postage | $ 0.63 |
| Reproduction Expense | $ 2,619.68 |
| Reproduction/ Scan Copy | $10,640.10 |
| Transcript | $ 935.25 |
| **Total:** | **$73,854.10** |

Case Name:            Yellow Corporation

Case Number:          23-11069 (CTG)

Applicant's Name:     Pachulski Stang Ziehl & Jones LLP

Date of Application:  12/13/2023

Interim or Final      Interim

**ERROR! UNKNOWN DOCUMENT PROPERTY NAME.**