IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**ORDER GRANTING
FIRST QUARTERLY APPLICATION FOR COMPENSATION
AND REIMBURSEMENT OF EXPENSES OF
PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL
FOR THE DEBTORS AND DEBTORS IN POSSESSION, FOR
THE PERIOD FROM AUGUST 6, 2023 THROUGH OCTOBER 31, 2023**

Pachulski Stang Ziehl & Jones LLP ("PSZ&J"), as co-counsel for the Debtors and Debtors in Possession (the "Debtors") in the above-captioned cases, filed its First Quarterly Fee Application for Compensation and for Reimbursement of Expenses for the Period from August 6, 2023 through October 31, 2023 (the "First Quarterly Fee Application"). The Court has reviewed the First Quarterly Fee Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) notice of the First Quarterly Fee Application, and any hearing on the First Quarterly Fee Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Fee Application. Accordingly, it is hereby

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

DE:4854-5738-1267.1 96859.001

2

ORDERED that the First Quarterly Fee Application is GRANTED, on an interim basis. The Debtors in the above cases shall pay to PSZ&J the sum of $508,225.00 as compensation for necessary professional services rendered, and actual and necessary expenses in the amount of $73,854.10 for a total of $582,079.10 for services rendered and disbursements incurred by PSZ&J for the period August 6, 2023 through October 31, 2023, less any amounts previously paid in connection with the monthly fee applications.

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.