## Exhibit A

**YELLOW CORPORATION**
Date: 12/13/2023

**Content of the Notice**

| | |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | Various tools and non-rolling stock equipment at locations purchased by bidder. |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | N/A |
| (c) identification of the Debtor entity selling the De Minimis Assets | YRC Enterprise Services, Inc. |
| (d) identification of the purchaser of the De Minimis Assets | XPO, Inc. |
| (e) the purchase price | $50,000.00 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | REDACTED |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | The Company reached out on local, regional, and national levels to garner interest in tools and parts across its network.  This bid won from the perspective of price, cost avoidance, and logistics. |
| (h) any other significant terms of the sale or transfer | The seller will leave the tools in place when handing the properties over to XPO. |