IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
|  | **Re: Docket No. 606** |

### NOTICE OF RATE INCREASE OF GOODMANS LLP AS CANADIAN RESTRUCTURING COUNSEL TO THE DEBTORS EFFECTIVE AS OF AUGUST 6, 2023 PURSUANT TO SECTIONS 327(E), 328(A), 330 AND 363(B)(1) OF THE BANKRUPTCY CODE

1. Pursuant to the Order *Authorizing Retention and Employment of Goodmans LLP as Canadian Restructuring Counsel Effective as of August 6, 2023 Pursuant to Sections 327(e), 328(a), 330 and 363(b)(1) of the Bankruptcy Code* [Docket No. 606] (the "Retention Order"), Goodmans LLP ("Goodmans"),[2] as Canadian Restructuring Counsel to the Debtors, submits this notice of rate increase.

2. As set forth in the Application, Goodmans adjusts its hourly rates annually. *See* Application, ¶ 14. The Debtors have consented to such rate increases. *See* Application, *Declaration of Matthew A. Doheny, Chief Restructuring Officer of Yellow Corporation, in Support of Debtors' Application for Entry of an Order Authorizing Retention and Employment of Goodmans as Canadian Bankruptcy Counsel Effective as of August 6, 2023 Pursuant to Sections 327(e), 328(a), 330, and 363(b)(1) of the Bankruptcy Code*, ¶ 5.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Retention Order.

3.       Paragraph 9 of the Retention Order provides that Goodmans shall provide ten business days' notice to the Debtors, the U.S. Trustee, and any official committee before any increases in the rates set forth in the Application or the Engagement Letter are implemented and shall file such notice with the Court.

4.       In the ordinary course, Goodmans has adjusted the hourly rates charged by its lawyers. Effective as of January 1, 2024, Goodmans' hourly rates for lawyers that may be involved in this matter will range from CDN$800 - CDN$1,565 for partners, and CDN$580 - CDN$800 for associates.

Dated: December 14, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone:  (312) 862-2000 |
| Telephone:  (302) 652-4100 | Facsimile:  (312) 862-2200 |
| Facsimile:  (302) 652-4400 | Email:  patrick.nash@kirkland.com |
| Email:  ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |
| | |
| | Allyson B. Smith (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:  (212) 446-4800 |
| | Facsimile:  (212) 446-4900 |
| | Email:  allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*