## SCHEDULE B

**Potential Connections or Related Parties**

| **Current and Former Clients of A&M and/or its Affiliates** [2] | **Significant Equity Holders of Current and Former A&M Clients** [3] |
|---|---|
| Allstate Insurance Company | Creative Planning |
| Burns & McDonnell, Inc. | Ethority (dba Equifax) |
| Creative Planning | Name on File |
| CSG Systems Inc | Harris County |
| Cummins Sales and Service | Hitachi / Mitsubishi |
| Ethority (dba Equifax) | Knight Swift |
| Name of File | Mitsubishi Logisnext Americas |
| First Financial Bank | Solus Alternative Asset Management LP |
| Name on File | Sumitomo |
| Gowling Lafleur Henderson LLP | TCW |
| Hitachi / Mitsubishi | Truist |
| Hunton Andrews Kurth LLP | XPO |
| Husch Blackwell LLP | Yamaha Motor Corp |
| Kansas City Southern Railway Co | U.S. Department of Transportation |
| MarksNelson | |
| Mitsubishi Logisnext Americas | **Professionals & Advisors** [4] |
| Peak Technologies, Inc | Armanino LLP |
| Project44, LLC | Basham, Ringe y Correa, S.C. |
| Solus Alternative Asset Management LP | Benesch, Friedlander, Coplan & Aronoff LLP |
| Sumitomo | Carr, Allison, Oliver & Sisson LLP |
| TCW | Ethority (dba Equifax ) |
| Truist | Gowling Lafleur Henderson LLP |
| Valley National Bank | Hunton Andrews Kurth LLP |
| W.P. Carey Inc. | Husch Blackwell LLP |
| Name on File | McDermott, Will & Emery LLP |
| Willis Towers Watson US LLC | Morgan, Lewis & Bockius LLP |
| XPO | |
| Yamaha Motor Corp | |

---

[2] A&M and/ or an affiliate is currently providing or has previously provided certain consulting or interim management services to these parties or their affiliates (or, with respect to those parties that are investment funds or trusts, to their portfolio or asset managers or their affiliates) in wholly unrelated matters.

[3] These parties or their affiliates (or, with respect to those parties that are investment funds or trusts, their portfolio or asset managers or other funds or trusts managed by such managers) are significant equity holders of clients or former clients of A&M or its affiliates in wholly unrelated matters.

[4] These professionals have represented clients in matters where A&M was also an advisor (or provided interim management services) to the same client. In certain cases, these professionals may have engaged A&M on behalf of such client.

Ryan Law
Scopelitis, Garvin, Light, Hanson & Feary PC
Stewart, McKelvey, Sterling, Scales LLP
Stinson LLP
TCW
Thomas & Company

**Significant Joint Venture Partners**[5]
Ally Bank
Hitachi / Mitsubishi
Mitsubishi Logisnext Americas
Sumitomo

**Government and Regulatory**[6]
City of Mesquite
Commonwealth of Puerto Rico Attorney General
Dallas County
District of Columbia Attorney General
Harris County
Securities & Exchange Commission
State of Arkansas Attorney General
State of Colorado Attorney General
State of Oklahoma Attorney General
State of Texas Attorney General
State of Washington Attorney General
U.S. Department of Justice
U.S. Department of Transportation

**A&M Vendors**[7]
Name on File
Gowling Lafleur Henderson LLP

Hitachi / Mitsubishi
Hunton Andrews Kurth LLP
McDermott, Will & Emery LLP
Morgan, Lewis & Bockius LLP
Stewart, McKelvey, Sterling, Scales LLP

---

[5] These parties or their affiliates are significant joint venture partners of other clients or former clients of A&M or its affiliates in wholly unrelated matters.

[6] A&M and/or an affiliate is currently providing or has provided certain consulting or interim management services to these government entities or regulatory agencies in wholly unrelated matters.

[7] These parties or their affiliates provide or have provided products, goods, and/or services (including but not limited to legal representation) to A&M and/or its affiliates.