IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SECOND SUPPLEMENTAL DECLARATION OF PATRICK J. NASH, JR. IN SUPPORT OF THE DEBTORS' APPLICATION FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS INTERNATIONAL LLP AS ATTORNEYS FOR THE DEBTORS AND DEBTORS IN POSSESSION EFFECTIVE AS OF AUGUST 6, 2023**

I, Patrick J. Nash, Jr., being duly sworn, state the following under penalty of perjury:

I am the president of Patrick J. Nash, Jr., P.C., a partner in the law firm of Kirkland & Ellis LLP, located at 300 North La Salle Street, Chicago, Illinois 60654, and a partner of Kirkland & Ellis International, LLP (together with Kirkland & Ellis LLP, collectively, "Kirkland"). I am a member in good standing of the Bars of the State of Illinois, and I have been admitted to practice in the U.S. Court of Appeals for the Sixth Circuit, the U.S. District Court for the Northern District of Illinois, and the U.S. District Court for the Eastern District of Michigan. There are no disciplinary proceedings pending against me.

1. On August 6, 2023 (the "Petition Date"), each of the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed a petition with this Court under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"). On August 30, 2023, the Debtors filed an application to employ and retain Kirkland as counsel for the Debtors [Docket No. 371]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

(the "Application") pursuant to sections 327(a) and 330 of the Bankruptcy Code, rules 2014(a) and 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and rules 2014-1 and 2016-1 of the Local Bankruptcy Rules for the District of Delaware (the "Local Rules").

2. My declaration in support of the Application (the "Original Declaration") was attached to the Application as Exhibit B. On September 22, 2023, the Court entered the *Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2023* [Docket No. 639] (the "Retention Order"). On September 21, 2023, I filed the *First Supplemental Declaration of Patrick J. Nash, Jr. in Support of the Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Kirkland & Ellis LLP and Kirkland & Ellis International LLP as Attorneys for the Debtors and Debtors in Possession Effective as of August 6, 2023* [Docket No. 626] (the "First Supplemental Declaration") (together with the Original Declaration and the First Supplemental Declaration, the "Previous Declarations").

3. In connection with the Application and the Retention Order, I submit this second supplemental declaration (this "Second Supplemental Declaration") to provide additional disclosures in accordance with rules 2014(a) and 2016(b) of the Bankruptcy Rules and as required under the Retention Order. Unless otherwise stated in this Second Supplemental Declaration, I have personal knowledge of the facts set forth herein.

4. In the Original Declaration, I disclosed Kirkland's billing rates in effect at that time for matters related to these chapter 11 cases. I also disclosed that that the billing rates are subject to periodic adjustments to reflect economic and other conditions. Pursuant to the Retention Order, Kirkland must provide notice of changes to its billing rates during these chapter 11 cases.

5. In accordance with ordinary practice, some billing rates for partners and associates will change effective as of January 1, 2024. The rates will change due to rate increases or promotion, although Kirkland does not typically disclose changes to billing rates resulting from promotion. Kirkland's billing rates that will take effect on January 1, 2024 for matters related to these chapter 11 cases range as follows:[2]

| Billing Category | Range |
| --- | --- |
| Partners | $1,195 - $2,465 |
| Of Counsel | $820 - $2,245 |
| Associates | $745 - $1,495 |
| Paraprofessionals | $325 - $625 |

---

[2] For professionals and paraprofessionals residing outside of the U.S., hourly rates are billed in the applicable currency. When billing a U.S. entity, such foreign rates are converted into U.S. dollars at the then applicable conversion rate. After converting these foreign rates into U.S. dollars it is possible that certain rates may exceed the billing ranges listed in the chart herein.

Dated:  December 14, 2023

Respectfully submitted,

*/s/ Patrick J. Nash, Jr.*
Patrick J. Nash, Jr.
as President of Patrick J. Nash, Jr., P.C., as
Partner of Kirkland & Ellis LLP; and as Partner
of Kirkland & Ellis International LLP