**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al*.,<br><br>Debtors. | Chapter 11<br><br>Case No.  23-11069 (CTG)<br>(Jointly Administered)<br><br>**Related to Docket No. _____** |

**ORDER GRANTING MOTION OF TRANE TECHNOLOGIES COMPANY, LLC FOR**
**RELIEF FROM THE AUTOMATIC STAY**
**TO THE EXTENT OF AVAILABLE INSURANCE PROCEEDS**

Upon consideration of the Motion of Trane Technologies Company, LLC ("Movant") for Relief from the Automatic Stay to the Extent of Available Insurance Proceeds (the "Motion"), it is hereby **ORDERED** that:

1.      The Motion is Granted.

2.      Movant is granted relief from the Automatic Stay for cause shown and is permitted to prosecute the Claims against the Debtors and any other individuals or entities, including subsequent appeals.

3.      Movant is entitled to liquidate and satisfy any judgment, settlement, or other resolution of the Claims, if any, from applicable insurance coverage available to the Debtors.

4.      To the extent that insurance proceeds are unavailable, or insufficient, Movant will return to this Court for disposition of its Claims.

5.      Relief from the automatic stay shall be effective immediately upon entry of this Order and the 14 day stay provided in Bankruptcy Rule 4001(a)(3) shall not apply.

6.      This Court shall retain jurisdiction over any and all issues arising among or related to the implementation and interpretation of this Order.