**Exhibit D**

| Claim Number | Date Created | Carrier Name | Reason Code | Total Amount |
|---|---|---|---|---|
| LD000994653 | 03/03/2020 | USF Holland LLC | Damaged | $ 1,000.00 |
| LD000995939 | 04/22/2020 | USF Holland LLC | Lost in Transit | $ 1,138.36 |
| LD000996228 | 06/03/2020 | USF Holland LLC | Lost in Transit | $ 7,779.24 |
| LD000996927 | 09/08/2020 | USF Holland LLC | Damaged | $ 8,769.89 |
| LD000997604 | 12/16/2020 | USF Holland LLC | Lost in Transit | $ 13,853.61 |
| LD000997969 | 03/15/2021 | USF Holland LLC | Lost in Transit | $ 1,562.58 |
| LD000998619 | 05/19/2021 | USF Holland LLC | Shortage | $ 2,062.00 |
| LD000999626 | 07/06/2021 | USF Holland LLC | Lost in Transit | $ 427.60 |
| LD001000299 | 08/17/2021 | USF Holland LLC | Damaged | $ 2,961.93 |
| LD001000808 | 09/13/2021 | USF Holland LLC | Damaged | $ 2,184.56 |
| LD001001182 | 09/29/2021 | USF Holland LLC | Damaged | $ 3,693.95 |
| LD001001449 | 10/11/2021 | USF Holland LLC | Damaged | $ 7,662.20 |
| LD001001454 | 10/11/2021 | USF Holland LLC | Visible Damage | $ 2,900.28 |
| LD001001615 | 10/20/2021 | USF Holland LLC | Lost | $ 2,010.21 |
| LD001001875 | 11/03/2021 | USF Holland LLC | Short | $ 1,877.63 |
| LD001002477 | 12/03/2021 | USF Holland LLC | Damaged | $ 1,105.14 |
| LD001002626 | 12/13/2021 | USF Holland LLC | Damaged | $ 6,426.03 |
| LD001003238 | 01/19/2022 | USF Holland LLC | Damaged | $ 5,636.80 |
| LD001003676 | 02/10/2022 | USF Holland LLC | Lost in Transit | $ 2,721.33 |
| LD001003681 | 02/10/2022 | USF Holland LLC | Lost in Transit | $ 1,624.12 |
| LD001004031 | 02/24/2022 | USF Holland LLC | Damaged | $ |

|  |  |  |  | 827.81 |
|---|---|---|---|---|
| LD001004209 | 03/04/2022 | USF Holland LLC | Lost in Transit | $ 65.99 |
| LD001004367 | 03/14/2022 | USF Holland LLC | Lost | $ 5,013.32 |
| LD001004470 | 03/17/2022 | USF Holland LLC | Damaged | $ 893.55 |
| LD001004594 | 03/28/2022 | USF Holland LLC | Lost in Transit | $ 2,019.72 |
| LD001005342 | 05/12/2022 | USF Holland LLC | Damaged | $ 840.88 |
| LD001005568 | 05/24/2022 | USF Holland LLC | Shortage | $ 171.00 |
| LD001005726 | 05/31/2022 | USF Holland LLC | Damaged | $ 181.35 |
| LD001006261 | 06/24/2022 | USF Holland LLC | Damaged | $ 786.34 |
| LD001006378 | 06/29/2022 | USF Holland LLC | Damaged | $ 893.55 |
| LD001006717 | 07/14/2022 | USF Holland LLC | Lost | $ 141.72 |
| LD001006775 | 07/18/2022 | USF Holland LLC | Damaged | $ 1,175.00 |
| LD001007543 | 08/18/2022 | USF Holland LLC | Shortage | $ 1,279.20 |
| LD001010419 | 01/11/2023 | USF Holland LLC | Damaged | $ 4,045.00 |
| LD001010699 | 01/23/2023 | USF Holland LLC | Lost | $ 4,003.11 |
| LD001010869 | 02/01/2023 | USF Holland LLC | Damaged | $ 8,784.83 |
| LD001013525 | 06/15/2023 | USF Holland LLC | Damaged | $ 3,247.26 |
| QC0001005201 | 05/04/2022 | USF Holland LLC | Damaged/Accident | $ 6,477.74 |
| QC0001009700 | 12/12/2022 | USF Holland LLC | Damaged/Accident | $ 6,120.99 |
| LD001010230 | 01/04/2023 | USF Holland LLC | Damaged | $ 1,009.00 |
| LD001010232 | 01/04/2023 | USF Holland LLC | Damaged | $ 509.00 |
| LD001010255 | 01/04/2023 | USF Holland LLC | Damaged | $ 400.00 |
| LD001010464 | 01/12/2023 | USF Holland LLC | Damaged | $ 3,401.60 |

| | | | | |
|---|---|---|---|---|
| LD001010891 | 02/01/2023 | USF Holland LLC | Damaged | $ 4,426.00 |
| LD001011060 | 02/07/2023 | USF Holland LLC | Damaged | $ 5,926.00 |
| LD001011115 | 02/10/2023 | USF Holland LLC | Damaged | $ 7,452.00 |
| LD001012480 | 04/22/2023 | USF Holland LLC | Damaged | $ 2,524.60 |
| LD001013450 | 06/12/2023 | USF Holland LLC | Damaged | $ 17,450.39 |
| LD001013718 | 06/23/2023 | USF Holland LLC | Lost in Transit | $ 156.18 |
| LD001013733 | 06/26/2023 | USF Holland LLC | Damaged | $ 378.95 |
| QC0001007453 | 08/15/2022 | USF Holland LLC | Damaged/Accident | $ 11,518.25 |
| QC0001009047 | 11/08/2022 | USF Holland LLC | Damaged/Accident | $ 3,817.16 |
| QC0001009324 | 11/21/2022 | USF Holland LLC | Damaged/Accident | $ 10,253.36 |
| QC0001007885 | 09/12/2022 | USF Holland LLC | Damaged/Accident | $ 6,788.00 |
| QC0001010738 | 01/24/2023 | USF Holland LLC | Damaged | $ 2,746.00 |
| QC0001008714 | 10/25/2022 | USF Holland LLC | Damaged/Accident | $ 3,233.12 |
| QC0001013371 | 06/06/2023 | USF Holland LLC | Damaged/Accident | $ 863.42 |
| QC0001013691 | 06/22/2023 | USF Holland LLC | Lost/Stolen | $ 7,307.00 |
| QC0001009803 | 12/15/2022 | USF Holland LLC | Damaged/Accident | $ 3,807.97 |
| QC0001012260 | 04/10/2023 | USF Holland LLC | Concealed Damage | $ 621.97 |
| QC0001012617 | 04/27/2023 | USF Holland LLC | Lost/Stolen | $ 10,285.40 |
| QC0001013198 | 05/27/2023 | USF Holland LLC | Damaged/Accident | $ 11,309.66 |
| QC0001011063 | 02/07/2023 | USF Holland LLC | Damaged | $ 4,431.87 |
| | | | | |
| | | | | $ 244,982.72 |

3

United States Bankruptcy Court for the District of Delaware
Yellow Corporation Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4421
Beaverton, OR 97076-4421

To submit your form online please go to
https://epiqworkflow.com/cases/YRC

☐ Check box if the address on the envelope sent to you by the court needs to be updated. Identify your replacement address in Part 1 (Section 3) below.

For Court Use Only

**RECEIVED**
NOV 0 9 2023
LEGAL SERVICES

Filed: USBC - District of Delaware
Yellow Corp, ET AL
23-11069 (CTG)                (CLM)
YRC
0000004664

## Proof of Claim (Modified Official Form 410)

Read the instructions before filling out this form. This form is for making a claim for payment under 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request under 503.
Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. **Do not send original documents;** they may be destroyed after scanning. If the documents are not available, explain in an attachment.
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.
Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

### Part 1: Identify the Claim

**1. Who is the current creditor?**
Name of the current creditor (the person or entity to be paid for this claim): Trane Technologies Company, LLC

Other names the creditor used with the debtor: _____

**2. Has this claim been acquired from someone else?**  ☒ No  ☐ Yes.  From whom? _____

**3. Where should notices and payments to the creditor be sent?** Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

| Where should notices to the creditor be sent? | Where should payments to the creditor be sent? (if different) |
|---|---|
| Parker Poe Adams & Bernstein LLP, c/o Ashley A. Edwards, Esq. | Trane Technologies Company, LLC |
| Name | Name |
| 620 South Tryon Street, Suite 800 | 800 Beaty Street - Building E |
| Number  Street | Number  Street |
| Charlotte, North Carolina 28202 | Davidson, North Carolina 28036 |
| City        State       ZIP Code | City        State       ZIP Code |
| Country (if International): _____ | Country (if International): _____ |
| Contact phone: 704-372-9000 | Contact phone: _____ |
| Contact email: ashleyedwards@parkerpoe.com | Contact email: _____ |

**4. Does this claim amend one already filed?**
☒ No
☐ Yes.  Claim number on court claims register (if known) _____
Filed on _____ MM / DD / YYYY

**5. Do you know if anyone else has filed a proof of claim for this claim?**
☒ No
☐ Yes.  Who made the earlier filing? _____

### Part 2: Give Information About the Claim as of the Date the Case Was Filed

**6. Do you have any number you use to identify the debtor?**
☒ No
☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:
___ ___ ___ ___

**7. How much is the claim?**
$ 244,982.72

Does this amount include interest or other charges?
☒ No
☐ Yes.  Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

**8. What is the basis of the claim?**
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

Missing and/or damaged goods

**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property:            $_____

Amount of the claim that is secured:    $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition:  $_____

Annual Interest Rate (when case was filed) _____%

☐ Fixed   ☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of petition.

$_____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☒ No

☐ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).

☐ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).

☐ Other. Specify subsection of 11 U.S.C. § 507 (a)(__) that applies.

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

$_____

$_____

$_____

$_____

$_____

$_____

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☒ No

☐ Yes

Indicate the amount of your claim arising from the value of any goods received by the Debtors within 20 days before the date of commencement of the above case, where the goods have been sold to the Debtors in the ordinary course of its business. Attach documentation supporting such claim.

$_____

### Part 3: Sign Below

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  11/7/2023        *Brandon Braswell*
                 MM / DD / YYYY     Signature

Print the name of the person who is completing and signing this claim:

Name       James              Brandon            Braswell
           First name         Middle name        Last name

Title      Technology & FBAP Leader

Company    Trane Technologies Company, LLC
           Identify the corporate servicer as the company if the authorized agent is a servicer.

Address    800 Beaty Street - Building E
           Number           Street
           Davidson, North Carolina 28036
           City                        State       ZIP Code

Contact Phone  704-787-4611           Email  brandon.braswell@tranetechnologies.com

## United States Bankruptcy Court, District of Delaware

| Fill in this information to identify the case (Select only one Debtor per claim form): | | |
|---|---|---|
| ☐ Yellow Corporation (Case No. 23-11069) | ☐ 1105481 Ontario Inc. (Case No. 23-11070) | ☐ Express Lane Services, Inc. (Case No. 23-11071) |
| ☐ New Penn Motor Express LLC (Case No. 23-11072) | ☐ Roadway Express International, Inc. (Case No. 23-11073) | ☐ Roadway LLC (Case No. 23-11074) |
| ☐ Roadway Next Day Corporation (Case No. 23-11075) | ☐ USF Bestway Inc. (Case No. 23-11076) | ☐ USF Dugan Inc. (Case No. 23-11077) |
| ☐ USF Holland International Sales Corporation (Case No. 23-11078) | ☒ USF Holland LLC (Case No. 23-11079) | ☐ USF RedStar LLC (Case No. 23-11080) |
| ☐ USF Reddaway Inc. (Case No. 23-11081) | ☐ Yellow Freight Corporation (Case No. 23-11082) | ☐ Yellow Logistics, Inc. (Case No. 23-11083) |
| ☐ YRC Association Solutions, Inc. (Case No. 23-11084) | ☐ YRC Enterprise Services, Inc. (Case No. 23-11085) | ☐ YRC Freight Canada Company (Case No. 23-11086) |
| ☐ YRC Inc. (Case No. 23-11087) | ☐ YRC International Investments, Inc. (Case No. 23-11088) | ☐ YRC Logistics Inc. (Case No. 23-11089) |
| ☐ YRC Logistics Services, Inc. (Case No. 23-11090) | ☐ YRC Mortgages, LLC (Case No. 23-11091) | ☐ YRC Regional Transportation, Inc. (Case No. 23-11092) |

# Official Form 410 - Instructions for Proof of Claim

United States Bankruptcy Court

These instructions and definitions generally explain the law. In certain circumstances, such as bankruptcy cases that debtors do not file voluntarily, exceptions to these general rules may apply. You should consider obtaining the advice of an attorney, especially if you are unfamiliar with the bankruptcy process and privacy regulations.

A person who files a fraudulent claim could be fined up to $500,000 imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157 and 3571

## How to fill out this form

- Fill in all of the information about the claim as of the date the case was filed.
- Fill in the caption at the top of the form. The full list of debtors is provided with this form and also under the Debtors section on the Claims Agent's website: https://dm.epiq11.com/YellowCorporation.
- If the claim has been acquired from someone else, then state the identity of the last party who owned the claim or was the holder of the claim and who transferred it to you before the initial claim was filed.
- Attach any supporting documents to this form. Attach redacted copies of any documents that show that the debt exists, a lien secures the debt, or both. (See the definition of redaction below.) Also attach redacted copies of any documents that show perfection of any security interest or any assignments or transfers of the debt. In addition to the documents, a summary may be added. Federal Rule of Bankruptcy Procedure (called "Bankruptcy Rule") 3001(c) and (d).
- Do not attach original documents because attachments may be destroyed after scanning.
- If the claim is based on delivering health care goods or services, do not disclose confidential health care information. Leave out or redact confidential information both in the claim and in the attached documents.
- A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, individual's tax identification number, or financial account number, and only the year of any person's date of birth. See Bankruptcy Rule 9037.
- For a minor child, fill in only the child's initials and the full name and address of the child's parent or guardian. For example, write *A.B., a minor child (John Doe, parent, 123 Main St, City, State)*. See Bankruptcy Rule 9037.

## Confirmation that the claim has been filed

To receive confirmation that the claim has been filed, either enclose a stamped self-addressed envelope and a copy of this form or you may access the Claims Agent's website (https://dm.epiq11.com/YellowCorporation) to view your filed form under the "Claims" tab.

### Where to File Proof of Claim Form

**First-Class Mail:**
Yellow Corporation Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
PO Box 4421
Beaverton, OR 97076-4421

**Hand Delivery or Overnight Mail:**
Yellow Corporation Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
10300 SW Allen Blvd
Beaverton, OR 97005

**Electronic Filing:**
By accessing the Online Portal (e-filing) "File a Claim" link at https://dm.epiq11.com/YellowCorporation under "Case Actions."

## Understand the terms used in this form

**Administrative expense:** Generally, an expense that arises after a bankruptcy case is filed in connection with operating, liquidating, or distributing the bankruptcy estate. 11 U.S.C. § 503.

**Claim:** A creditor's right to receive payment for a debt that the debtor owed on the date the debtor filed for bankruptcy. 11 U.S.C. §101 (5). A claim may be secured or unsecured.

**Claim Pursuant to 11 U.S.C. §503(b)(9):** A claim for the value of any goods that were sold to the Debtors in the ordinary course of its business **and** were received by the Debtors within 20 days before the date of commencement of the above case. Attach documentation supporting such claim.

**Creditor:** A person, corporation, or other entity to whom a debtor owes a debt that was incurred on or before the date the debtor filed for bankruptcy. 11 U.S.C. §101 (10).

**Debtor:** A person, corporation, or other entity who is in bankruptcy. Use the debtor's name and case number as shown in the bankruptcy notice you received. 11 U.S.C. § 101 (13).

**Evidence of perfection:** Evidence of perfection of a security interest may include documents showing that a security interest has been filed or recorded, such as a mortgage, lien, certificate of title, or financing statement.

**Information that is entitled to privacy:** A *Proof of Claim* form and any attached documents must show only the last 4 digits of any social security number, an individual's tax identification number, or a financial account number, only the initials of a minor's name, and only the year of any person's date of birth. If a claim is based on delivering health care goods or services, limit the disclosure of the goods or services to avoid embarrassment or disclosure of confidential health care information. You may later be required to give more information if the trustee or someone else in interest objects to the claim.

**Priority claim:** A claim within a category of unsecured claims that is entitled to priority under 11 U.S.C. §507(a). These claims are paid from the available money or property in a bankruptcy case before other unsecured claims are paid. Common priority unsecured claims include alimony, child support, taxes, and certain unpaid wages.

**Proof of claim:** A form that shows the amount of debt the debtor owed to a creditor on the date of the bankruptcy filing. The form must be filed in the district where the case is pending.

**Redaction of information:** Masking, editing out, or deleting certain information to protect privacy. Filers must redact or leave out information entitled to privacy on the *Proof of Claim* form and any attached documents.

**Secured claim under 11 U.S.C. §506(a):** A claim backed by a lien on particular property of the debtor. A claim is secured to the extent that a creditor has the right to be paid from the property before other creditors are paid. The amount of a secured claim usually cannot be more than the value of the particular property on which the creditor has a lien. Any amount owed to a creditor that is more than the value of the property normally may be an unsecured claim. But exceptions exist; for example, see 11 U.S.C. § 1322(b) and the final sentence of 1325(a).

Examples of liens on property include a mortgage on real estate or a security interest in a car. A lien may be voluntarily granted by a debtor or may be obtained through a court proceeding. In some states, a court judgment may be a lien.

**Setoff:** Occurs when a creditor pays itself with money belonging to the debtor that it is holding, or by canceling a debt it owes to the debtor.

**Uniform claim identifier:** An optional 24-character identifier that some creditors use to facilitate electronic payment.

**Unsecured claim:** A claim that does not meet the requirements of a secured claim. A claim may be unsecured in part to the extent that the amount of the claim is more than the value of the property on which a creditor has a lien.

## Offers to purchase a claim

Certain entities purchase claims for an amount that is less than the face value of the claims. These entities may contact creditors offering to purchase their claims. Some written communications from these entities may easily be confused with official court documentation or communications from the debtor. These entities do not represent the bankruptcy court, the bankruptcy trustee, or the debtor. A creditor has no obligation to sell its claim. However, if a creditor decides to sell its claim, any transfer of that claim is subject to Bankruptcy Rule 3001(e), any provisions of the Bankruptcy Code (11 U.S.C. § 101 et seq.) that apply, and any orders of the bankruptcy court that apply.

Do not file these instructions with your form.

## Exhibit A

## Proof of Claim
## In re: USF Holland LLC ("Debtor")
## Chapter 11, Case No. 23-11079-CTG

**Creditor:**   Trane Technologies Company, LLC ("Trane")

Prior to the petition date, the Debtor (as well as the related entities being jointly administered under Case No. 23-11069-CTG) provided ground transportation services to Trane as a "carrier" as that term is defined in 49 U.S.C. § 13102. As carrier, the Debtor is liable to Trane for any damages incurred during the course of such ground transportation services.

While providing such ground transportation services, the Debtor lost, damaged, and/or destroyed certain shipments or parts thereof. Consequently, Trane timely and properly filed claims against the Debtor for such damages. The claims represent damages in the total amount of **$244,982.72** and are more fully reflected in the chart below. To date, the Debtor has neither paid nor disallowed such claims. Pursuant to 49 U.S.C. § 14706, the parties' agreements, and other contracts, the Debtor is and remains liable to Trane for such claims and the damages.

Trane reserves the right to amend and/or supplement this Proof of Claim and to assert any and all other claims of whatever kind or nature that it has, or it may have, against the Debtor that come to Trane's attention or arise after the filing of this Proof of Claim. The filing of this Proof of Claim shall not be deemed a waiver of any such claims.

Due to the voluminous nature, upon proper request by the Debtor or any trustee, Trane will produce the documents in its possession related to and/or supporting each claim reflected in this Proof of Claim.

| Claim Number | Date Created | Carrier Name | Reason Code | Total Amount |
|---|---|---|---|---|
| LD000994653 | 03/03/2020 | USF Holland LLC | Damaged | $ 1,000.00 |
| LD000995939 | 04/22/2020 | USF Holland LLC | Lost in Transit | $ 1,138.36 |
| LD000996228 | 06/03/2020 | USF Holland LLC | Lost in Transit | $ 7,779.24 |
| LD000996927 | 09/08/2020 | USF Holland LLC | Damaged | $ 8,769.89 |
| LD000997604 | 12/16/2020 | USF Holland LLC | Lost in Transit | $ 13,853.61 |
| LD000997969 | 03/15/2021 | USF Holland LLC | Lost in Transit | $ 1,562.58 |
| LD000998619 | 05/19/2021 | USF Holland LLC | Shortage | $ 2,062.00 |
| LD000999626 | 07/06/2021 | USF Holland LLC | Lost in Transit | $ |

|  |  |  |  | 427.60 |
|---|---|---|---|---|
| LD001000299 | 08/17/2021 | USF Holland LLC | Damaged | $ 2,961.93 |
| LD001000808 | 09/13/2021 | USF Holland LLC | Damaged | $ 2,184.56 |
| LD001001182 | 09/29/2021 | USF Holland LLC | Damaged | $ 3,693.95 |
| LD001001449 | 10/11/2021 | USF Holland LLC | Damaged | $ 7,662.20 |
| LD001001454 | 10/11/2021 | USF Holland LLC | Visible Damage | $ 2,900.28 |
| LD001001615 | 10/20/2021 | USF Holland LLC | Lost | $ 2,010.21 |
| LD001001875 | 11/03/2021 | USF Holland LLC | Short | $ 1,877.63 |
| LD001002477 | 12/03/2021 | USF Holland LLC | Damaged | $ 1,105.14 |
| LD001002626 | 12/13/2021 | USF Holland LLC | Damaged | $ 6,426.03 |
| LD001003238 | 01/19/2022 | USF Holland LLC | Damaged | $ 5,636.80 |
| LD001003676 | 02/10/2022 | USF Holland LLC | Lost in Transit | $ 2,721.33 |
| LD001003681 | 02/10/2022 | USF Holland LLC | Lost in Transit | $ 1,624.12 |
| LD001004031 | 02/24/2022 | USF Holland LLC | Damaged | $ 827.81 |
| LD001004209 | 03/04/2022 | USF Holland LLC | Lost in Transit | $ 65.99 |
| LD001004367 | 03/14/2022 | USF Holland LLC | Lost | $ 5,013.32 |
| LD001004470 | 03/17/2022 | USF Holland LLC | Damaged | $ 893.55 |
| LD001004594 | 03/28/2022 | USF Holland LLC | Lost in Transit | $ 2,019.72 |
| LD001005342 | 05/12/2022 | USF Holland LLC | Damaged | $ 840.88 |
| LD001005568 | 05/24/2022 | USF Holland LLC | Shortage | $ 171.00 |
| LD001005726 | 05/31/2022 | USF Holland LLC | Damaged | $ 181.35 |
| LD001006261 | 06/24/2022 | USF Holland LLC | Damaged | $ 786.34 |
| LD001006378 | 06/29/2022 | USF Holland LLC | Damaged | $ 893.55 |

2

| LD001006717 | 07/14/2022 | USF Holland LLC | Lost | $ 141.72 |
| LD001006775 | 07/18/2022 | USF Holland LLC | Damaged | $ 1,175.00 |
| LD001007543 | 08/18/2022 | USF Holland LLC | Shortage | $ 1,279.20 |
| LD001010419 | 01/11/2023 | USF Holland LLC | Damaged | $ 4,045.00 |
| LD001010699 | 01/23/2023 | USF Holland LLC | Lost | $ 4,003.11 |
| LD001010869 | 02/01/2023 | USF Holland LLC | Damaged | $ 8,784.83 |
| LD001013525 | 06/15/2023 | USF Holland LLC | Damaged | $ 3,247.26 |
| QC0001005201 | 05/04/2022 | USF Holland LLC | Damaged/Accident | $ 6,477.74 |
| QC0001009700 | 12/12/2022 | USF Holland LLC | Damaged/Accident | $ 6,120.99 |
| LD001010230 | 01/04/2023 | USF Holland LLC | Damaged | $ 1,009.00 |
| LD001010232 | 01/04/2023 | USF Holland LLC | Damaged | $ 509.00 |
| LD001010255 | 01/04/2023 | USF Holland LLC | Damaged | $ 400.00 |
| LD001010464 | 01/12/2023 | USF Holland LLC | Damaged | $ 3,401.60 |
| LD001010891 | 02/01/2023 | USF Holland LLC | Damaged | $ 4,426.00 |
| LD001011060 | 02/07/2023 | USF Holland LLC | Damaged | $ 5,926.00 |
| LD001011115 | 02/10/2023 | USF Holland LLC | Damaged | $ 7,452.00 |
| LD001012480 | 04/22/2023 | USF Holland LLC | Damaged | $ 2,524.60 |
| LD001013450 | 06/12/2023 | USF Holland LLC | Damaged | $ 17,450.39 |
| LD001013718 | 06/23/2023 | USF Holland LLC | Lost in Transit | $ 156.18 |
| LD001013733 | 06/26/2023 | USF Holland LLC | Damaged | $ 378.95 |
| QC0001007453 | 08/15/2022 | USF Holland LLC | Damaged/Accident | $ 11,518.25 |
| QC0001009047 | 11/08/2022 | USF Holland LLC | Damaged/Accident | $ 3,817.16 |
| QC0001009324 | 11/21/2022 | USF Holland LLC | Damaged/Accident | $ 10,253.36 |

| QC0001007885 | 09/12/2022 | USF Holland LLC | Damaged/Accident | $ 6,788.00 |
| QC0001010738 | 01/24/2023 | USF Holland LLC | Damaged | $ 2,746.00 |
| QC0001008714 | 10/25/2022 | USF Holland LLC | Damaged/Accident | $ 3,233.12 |
| QC0001013371 | 06/06/2023 | USF Holland LLC | Damaged/Accident | $ 863.42 |
| QC0001013691 | 06/22/2023 | USF Holland LLC | Lost/Stolen | $ 7,307.00 |
| QC0001009803 | 12/15/2022 | USF Holland LLC | Damaged/Accident | $ 3,807.97 |
| QC0001012260 | 04/10/2023 | USF Holland LLC | Concealed Damage | $ 621.97 |
| QC0001012617 | 04/27/2023 | USF Holland LLC | Lost/Stolen | $ 10,285.40 |
| QC0001013198 | 05/27/2023 | USF Holland LLC | Damaged/Accident | $ 11,309.66 |
| QC0001011063 | 02/07/2023 | USF Holland LLC | Damaged | $ 4,431.87 |
|  |  |  |  |  |
|  |  |  |  | $ 244,982.72 |

PPAB 10126055v1



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.


COPY
Document Control