# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, et al., | Case No. 23-11069 (CTG) |
| Debtors.[1] | **Objection deadline: December 29, 2023 at 4:00 pm (ET)**<br>**Hearing date: January 22, 2024 at 2:00 pm (ET)** |

## NOTICE OF MOTION OF TRANE TECHNOLOGIES COMPANY, LLC FOR RELIEF FROM THE AUTOMATIC STAY TO THE EXTENT OF AVAILABLE INSURANCE PROCEEDS

**PLEASE TAKE NOTICE** that on December 15, 2023, Trane Technologies Company, LLC ("Trane" or "Movant"), by and through undersigned counsel, filed the *Motion of Trane Technologies Company, LLC For Relief From The Automatic Stay to the Extent of Available Insurance Proceeds* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that if you oppose the Motion or if you want the court to consider your views regarding the Motion, you must file a written response with the Court detailing your objection or response by **December 29, 2023, at 4:00 p.m. (ET).** You must also serve a copy of your response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that the hearing on the Motion is scheduled for **January 22, 2024, at 2:00 pm (ET)** before the Honorable Craig T. Goldblatt in Courtroom No. 7, 3rd Floor, in the United States Bankruptcy Court located at 824 N. Market Street, Wilmington, Delaware 19801.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

**IF YOU DO NOT TAKE THESE STEPS BY THE DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT OR OTHERWISE DISPOSE OF THE MOTION BEFORE THE SCHEDULED HEARING DATE.**

Dated: December 15, 2023

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Michael Busenkell*
Michael Busenkell (DE 3393)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5812
Facsimile: (302) 425-5814
mbusenkell@gsbblaw.com

**PARKER POE ADAMS & BERNSTEIN, LLP**
Ashley A. Edwards, Esq.
Phillip M. Fajgenbaum, Esq.
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Telephone: (704) 372-9000
ashleyedwards@parkerpoe.com
phillipfajgenbaum@parkerpoe.com

*Counsel for Movant*