IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |

### NOTICE OF WINNING BIDDERS WITH RESPECT TO CERTAIN OF THE DEBTORS' LEASED PROPERTIES

**PLEASE TAKE NOTICE** that, on September 15, 2023 the Court entered that certain *Order (I)(A) Approving Bidding Procedures for the Sale or Sales of the Debtors' Assets; (B) Scheduling Auctions and Approving the Form and Manner of Notice Thereof; (C) Approving Assumption and Assignment Procedures (D) Scheduling Sale Hearings and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Lease; and (III) Granting Related Relief* [Docket No. 575] (the "Bidding Procedures Order).[2]

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order, among other things, (i) set a bid deadline of November 9, 2023 at 5:00 p.m. (E.T.) for the Debtors' Real Property Assets, (ii) authorized the Debtors to conduct an auction for the sale of their Real Property Assets (the "Real Estate Auction"), which commenced on November 28, 2023 at 9:00 a.m. (E.T.), (iii) set a Sale Objection Deadline with respect to sales of the Debtors' Real Property Assets of December 8, 2023 at 5:00 p.m. (E.T.), and (iv) scheduled a Sale Hearing to consider the authorization of such sales, which was held on December 12, 2023 at 10:00 a.m. (E.T.).

**PLEASE TAKE FURTHER NOTICE** that, on December 4, 2023, the Debtors filed that certain *Notice of Winning Bidders And, If Applicable, Back-Up Bidders With Respect To Certain of the Debtors' Real Property Assets* [Docket No. 1268] to announce (a) twenty-one (21) Winning Bidders (and certain Back-Up Bidders, as applicable) for the sale of one hundred and twenty-eight (128) Owned Properties and two Leased Properties (collectively, the "Initial Properties") and (b) that forty-six (46) Owned Properties and one hundred and forty-one (141) of the Leased Properties (the "Remaining Leased Properties") remained to be sold pursuant to the Real Estate Auction or continued marketing efforts.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used in this notice but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order.

**PLEASE TAKE FURTHER NOTICE** that, on December 6, 2023, the Debtors filed that certain *Notice of Adjournment of Real Estate Auction for Certain Remaining Leased Properties to December 18, 2023 At 9:00 A.M. (E.T.)* [Docket No. 1284] adjourning the Real Estate Auction for Remaining Leased Properties to December 18, 2023 at 9:00 a.m. (E.T.).

**PLEASE TAKE FURTHER NOTICE** that, on December 18, 2023 and December 19, 2023, the Debtors, in consultation with the Consultation Parties and in accordance with the Bidding Procedures Order, conducted and completed bidding for certain Remaining Leased Properties, resulting in the sales of twenty-three (23) of the Remaining Leased Properties (the "Won Leased Properties") across six (6) Winning Bidders for an aggregate purchase price of $82,892,697 (collectively, the "Lease Sales").

**PLEASE TAKE FURTHER NOTICE** that: (1) a list of the Winning Bidders for the Won Leased Properties, including each Winning Bidder's total Won Leased Properties and aggregate purchase price, is set forth at **Exhibit 1** hereto; and (2) a list of the Won Leased Properties for each Winning Bidder is set forth at **Exhibit 2** hereto.

**PLEASE TAKE FURTHER NOTICE** that one hundred and eighteen (118) Leased Properties and forty-six (46) Owned Properties remain to be sold pursuant to the Real Estate Auction or continued marketing efforts, as set forth at **Exhibit 3** hereto.

**PLEASE TAKE FURTHER NOTICE** that the Debtors intend to promptly seek board authorization to enter into definitive documentation with each applicable Winning Bidder with respect to each of the Lease Sales and, pending such approval, to file a proposed form of Sale Order (the "Sale Order") authorizing the Lease Sales (including the Debtors' entry into respective Asset Purchase Agreements with the Winning Bidders of the Won Leased Properties) on or around January 3, 2023 and in advance of the Sale Hearing (as defined below).

**PLEASE TAKE FURTHER NOTICE** that a hearing (the "Sale Hearing") to consider approval of the Sale Order for the Won Leased Properties is scheduled to occur before the Honorable Judge Craig T. Goldblatt, at the Court, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801, on **January 12, 2024 at 2:00 p.m. (E.T.)**.

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the *Notice of Rescheduled Sale Objection Deadline, Adequate Assurance Objection Deadline, and Sale Hearing for Certain of the Debtors' Leased Properties* (the "Rescheduling Notice") filed contemporaneously herewith, objections to the Sale Order shall be filed on the Court's docket and served on applicable interested parties no later than **January 5, 2024 at 5:00 p.m. (E.T.)** and objections with respect to adequate assurance of future performance shall also be filed and served on applicable interested parties no later than **January 5, 2024 at 5:00 p.m. (E.T.)**.

**PLEASE TAKE FURTHER NOTICE** that, unless the Court orders otherwise, the Sale Hearing scheduled for January 12, 2024 at 2:00 p.m. (E.T.) shall be an evidentiary hearing on matters relating to the Lease Sales, and there shall be no further bidding at such Sale Hearing.

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Winning Bidders With Respect to Certain of the Debtors' Leased Properties* and the Rescheduling Notice (collectively, the "Notices") are subject to the terms and conditions of the Bidding Procedures Order, the

Bidding Procedures Order controlling in the event of any conflict. The Debtors encourage parties in interest to review such documents, including the Bidding Procedures, in their entirety. Parties interested in receiving additional or other information regarding the Lease Sales may make a written request to Epiq Corporate Restructuring, LLC, the notice and claims agent retained in these chapter 11 cases, or by calling (866)-641-1076.

**PLEASE TAKE FURTHER NOTICE** that the relief set forth in the Sale Order remains subject to Court approval and the Debtors' continued exercise of their fiduciary duties in consultation with the Consultation Parties.

**PLEASE TAKE FURTHER NOTICE** that copies of the Bidding Procedures Order, the Bidding Procedures, the Notices, the proposed form of Sale Order (to be filed on or around January 3, 2024), and any other related documents can be obtained free of charge on the website of the Debtors' notice and claims agent, Epiq, at https://dm.epiq11.com/YellowCorporation.

Dated: December 20, 2023
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 652-4100 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*