**Exhibit 1**

**Winning Bidders (Summary)**

**Successful Bidders - Summary by Bidder**

| Bidder | Assets | Total Purchase Price[1] |
|---|---|---:|
| Estes Express Lines | 5 Leased Real Properties | $35,347,782 |
| Fedex | 1 Leased Real Property | 22,469,000 |
| RAMAR Land Corporation | 3 Leased Real Properties | 8,983,750 |
| Saia Motor Freight Line, LLC | 11 Leased Real Properties | 7,923,796 |
| ArcBest Property Management, LLC | 1 Leased Real Property | 7,751,219 |
| Knight-Swift Transportation Holdings Inc. | 2 Leased Real Properties | 417,150 |
| **Total** | | **$82,892,697** |

**Note:**

(1) Winning Bids for certain properties include additional payments for cure costs in addition to the cash purchase price noted herein. Treatment of cure costs by property is specified in Exhibit B.