**Exhibit 2**

**Winning Bidders by Property**

**Winning Bidders**

| Bidder / Properties Purchased | | | | | | Purchase Price |
|---|---|---|---|---|---|---|

**Estes Express Lines** — $35,347,782

| Site # | Type | Street Address | City | State | Zip | Cure Costs |
|---|---|---|---|---|---|---|
| Y661 | Leased | 11266 & 11300 Peoria Street | Sun Valley | CA | 91352 | [1] |
| R880 | Leased | 802 E 11th Street | Tacoma | WA | 98421 | [1] |
| Y819 | Leased | 1650 Kleppe Lane | Sparks | NV | 89431 | [1] |
| Y346 | Leased | 8125 Old Highway Road North | St. Cloud | MN | 56301 | [3] |
| Y569 | Leased | 4931 South Hydraulic Avenue | Wichita | KS | 67216 | [1] |

**FedEx Freight, Inc.** — $22,469,000

| Site # | Type | Street Address | City | State | Zip | Cure Costs |
|---|---|---|---|---|---|---|
| R760 | Leased | 1875 Industrial Way | Sparks | NV | 89431 | [4] |

**RAMAR Land Corporation** — $8,983,750

| Site # | Type | Street Address | City | State | Zip | Cure Costs |
|---|---|---|---|---|---|---|
| Y304 | Leased | 2100 Rochester Drive | Montgomery | IL | 60538 | [1] |
| R589 | Leased | 9900 E 102nd Avenue | Commerce City | CO | 80640 | [3] |
| R915 | Leased | 3901 East Broadway | Spokane | WA | 99202 | [4] |

**Saia Motor Freight Line, LLC** — $7,923,796

| Site # | Type | Street Address | City | State | Zip | Cure Costs |
|---|---|---|---|---|---|---|
| R575 | Leased | 2200 N Batavia Street | Orange | CA | 92865 | [3] |
| R633 | Leased | 7180 Kestrel Drive | Missoula | MT | 59808 | [3] |
| Y865 | Leased | 625 N 1400 East | St. George | UT | 84770 | [3] |
| R559 | Leased | 833 Mellowney Lane | Billings | MT | 59101 | [2] |
| Y604 | Leased | 122005 W Browns Gulch Road | Butte | MT | 59701 | [3] |
| Y668 | Leased | 2615 Lockheed Avenue | Watertown | SD | 57201 | [3] |
| Y614 | Leased | 900 E Omaha Street | Rapid City | SD | 57701 | [3] |
| Y629 | Leased | 62 Copper Avenue | Evansville | WY | 82636 | [3] |
| Y602 | Leased | 1955 Hancock Drive | Bismarck | ND | 58501 | [3] |
| Y607 | Leased | 101 Lexington Avenue, Suite 4 | Cheyenne | WY | 82007 | [3] |
| ROVH - LV | Leased | 4650 E Cheyenne Road | Las Vegas | NV | 89115 | [3] |

**ArcBest Property Management, LLC** — $7,751,219

| Site # | Type | Street Address | City | State | Zip | Cure Costs |
|---|---|---|---|---|---|---|
| Y158 | Leased | 2527 Brodhead Road | Bethlehem | PA | 18017 | [4] |

**Knight-Swift Transportation Holdings Inc.** — $417,150

| Site # | Type | Street Address | City | State | Zip | Cure Costs |
|---|---|---|---|---|---|---|
| R610 | Leased | 4169 N Park Trail | Great Falls | MT | 59405 | [3] |
| R554 | Leased | 5537 Enterprise Drive | E Wenatchee | WA | 98802 | [3] |

**Cure Cost Treatment Definitions:**

[1] All cure costs (undisputed and potential disputed cure costs) paid in addition to purchase price (or credited if landlord is the Winning Bidder).

[2] All undisputed cure costs and portion of disputed cure costs paid in addition to purchase price. Any additional cure costs paid out of proceeds.

[3] All undisputed cure costs paid in addition to purchase price. Any additional cure costs paid out of proceeds.

[4] All cure costs paid out of proceeds (or credited against purchase price if landlord is the Winning Bidder).