## Exhibit 3

**Remaining Real Property Assets**

Case 23-11069-CTG    Doc 1403-3    Filed 12/20/23    Page 1 of 5

**Remaining Leased Real Property Assets**

| Site # | Street Address | City | State | Zip | Doors | Total Sq. Ft. | Acreage |
|---|---|---|---|---|---|---|---|
| Y626 | 75 Dufferin Place SE | Calgary | AB | T2C 4M2 | 44 | 27,300 | 9.78 |
| Y627 | 16060 128 Avenue | Edmonton | AB | T5V 1B6 | 42 | 21,520 | 7.00 |
| Y841 | 2021 S 51st Avenue | Phoenix | AZ | 85043 | 140 | 83,739 | 33.89 |
| Y899 | 3985 Still Creek Avenue | Burnaby | BC | V5C 4E2 | 54 | 35,147 | 6.80 |
| Y830 | 18298 Slover Avenue | Bloomington | CA | 92316 | 325 | 210,940 | 54.20 |
| Y783 | 9933 Beverly Boulevard | Pico Rivera | CA | 90660 | 125 | 69,796 | 12.00 |
| Y833 | 1130 South Reservoir Street | Pomona | CA | 91766 | 48 | 36,758 | 4.57 |
| Y889 | 25555 Clawiter Road | Hayward | CA | 94545 | 66 | 42,438 | 10.21 |
| Y896 | 700 N Eckhoff Street | Orange | CA | 92868 | 95 | 45,605 | 8.91 |
| R390 | 751 Nuttman Avenue | Santa Clara | CA | 95054 | 39 | 12,500 | 2.70 |
| Y805 | 270 Dutton Avenue | Santa Rosa | CA | 95407 | 30 | 12,720 | 3.76 |
| YOVH - SJ | 1700 Montague Expressway | San Jose | CA | 95131 | 57 | 26,250 | 5.80 |
| R829 | 10661 Etiwanda Avenue | Fontana | CA | 92337 | 165 | 104,708 | 25.00 |
| Y847 | 15400 S Main Street | Gardena | CA | 90248 | 87 | 49,950 | 8.53 |
| Y811 | 499 Valley Drive | Brisbane | CA | 94005 | 41 | 19,888 | 6.4 |
| Y808 | 6930 Cactus Court | San Diego | CA | 92154 | 32 | 11,500 | 4.79 |
| R517 | 11937 Regentview Avenue | Downey | CA | 90241 | 71 | 31,147 | 6.50 |
| Y641 | 9525 Padgett Street | San Diego | CA | 92126 | 49 | 17,088 | 5.51 |
| R866 | 1619 North Plaza Drive | Visalia | CA | 93291 | 38 | 13,600 | 42 Spaces |
| Y840 | 2451 Portico Boulevard | Calexico | CA | 92231 | 21 | 10,080 | 3.3 Acres |
| Y820 | 17401 Adelanto Road | Adelanto | CA | 92301 | 16 | 9,250 | 81.62 |
| R535 | 1100 W Del Norte Street | Eureka | CA | 95501 | 16 | 4,253 | 1.40 |
| R834 | 223 East Roemer Way | Santa Maria | CA | 93454 | 16 | 4,148 | 3.14 |
| R512 | 2065B Alexander Avenue | Anderson | CA | 96007 | 15 | 12,523 | 10.00 |
| Y813 | 841 W M. L. King. Jr. Way | Merced | CA | 95340 | 2 | 375 | 2,367 SF |
| Y890 | 14700 Smith Road | Aurora | CO | 80011 | 108 | 61,541 | 32.50 |
| Y891 | 4810 Northpark Drive | Colorado Springs | CO | 80918 | 20 | 6,400 | 4.00 |
| R831 | 1547 Independent Avenue, Unit 1 | Grand Junction | CO | 81505 | 16 | 5,000 | 1.00 |
| Y145 | 177 W Johnson Ave | Cheshire | CT | 06410 | 92 | 74,554 | 1.00 |
| Y754 | 9801 Palm River Rd | Tampa | FL | 33619 | 78 | 25,800 | 10.30 |
| Y423 | 1265 LaQuinta Drive | Orlando | FL | 32809 | 72 | 40,560 | 14.99 |
| Y740 | 11301 NW 134th Street | Miami | FL | 33178 | 117 | 56,512 | 17.66 |
| Y714 | 410 SW 52nd Avenue | Ocala | FL | 34474 | 20 | 8,880 | 5.43 |
| Y402 | 1892 Airport Industrial Park Drive | Marietta | GA | 30060 | 227 | 174,979 | 42.45 |
| Y401 | 175 Horace Head Road | Jefferson | GA | 30549 | 16 | 11,140 | 3.72 |
| Y705 | 1250 Sunset Drive | Thomasville | GA | 31792 | 31 | 10,580 | 5.51 |
| R815 | 1405 N Olive Avenue | Meridian | ID | 83642 | 28 | 17,982 | 15.79 A |
| R630 | 14299 W US Highway 30 | Pocatello | ID | 83206 | 20 | 10,920 | 3.30 |
| R660 | 304 6th Avenue W | Twin Falls | ID | 83301 | 12 | 6,420 | 1.00 |
| H360 | 3801 Mound Road | Joliet | IL | 60436 | 100 | 62,460 | 50.30 |
| H319 | 1751 New Milford School Road | Rockford | IL | 61109 | 80 | 33,005 | 43.10 |
| Y318 | 260 E Old Chicago Drive | Bolingbrook | IL | 60440 | 90 | 42,350 | 9.20 |
| Y355 | 3910 E. Harrison Ave | Decatur | IL | 62526 | 26 | 5,150 | 2.00 |
| H311 | 5550 W Cleveland Road Ext | South Bend | IN | 46628 | 102 | 55,950 | 26.30 |
| Y312 | 1415 S Olive Street | South Bend | IN | 46619 | 85 | 40,840 | 11.13 |
| Y356 | 4900 N 13th Street | Terre Haute | IN | 47805 | 24 | 10,360 | 2.77 |
| Y367 | 505 Graves Boulevard | Salina | KS | 67401 | 16 | 13,819 | 0.33 |
| Y352 | 1621 NW Saline Street | Topeka | KS | 66618 | 10 | 4,080 | 2.66 |

**Remaining Leased Real Property Assets**

| Site # | Street Address | City | State | Zip | Doors | Total Sq. Ft. | Acreage |
|---|---|---|---|---|---|---|---|
| Y510 | 1333 N Market Street | Shreveport | LA | 71107 | 24 | 7,570 | 2.49 |
| N109 | 28 Sterling Road | North Billerica | MA | 01862 | 96 | 40,700 | 12.20 A |
| N133 | 241B Bliss Street | West Springfield | MA | 01089 | 51 | 12,600 | 2.52 |
| Y479 | 1400 Inkster Boulevard | Winnipeg | MB | R2X 2X3 | 72 | 131,820 | 17.00 |
| N113 | 6351 S Hanover Road | Elkridge | MD | 21075 | 61 | 33,838 | 10.54 |
| Y230 | 1001 Stephenson Street | Norway | MI | 49870 | 4 | 6,515 | 10 T / 5 A |
| H350 | 10151 South Division Avenue | Wayland | MI | 49348 | 110 | 64,622 | 25.6 |
| H424 | 11220 Xeon Street NW | Coon Rapids | MN | 55448 | 101 | 56,750 | 24.00 |
| Y326 | 3500 Booth Avenue | Kansas City | MO | 64129 | 193 | 135,195 | 55.81 |
| H345 | 830 Highway AA | Miner | MO | 63801 | 36 | 11,080 | 4.30 |
| Y653 | 11010 Reames Road | Charlotte | NC | 28269 | 274 | 269,939 | 66.08 |
| Y616 | 3215 US Highway 70 | Durham | NC | 27703 | 31 | 20,200 | 5.485 A |
| H622 | 1305 Kirkland Rd | Raleigh | NC | 27603 | 49 | 17,700 | 6.76 |
| Y408 | 720 64th SE | Minot | ND | 58701 | 8 | 1,300 | 8 T |
| Y804 | 9971 U.S. Hwy 26 | Bridgeport | NE | 69336 | 5 | 1,792 | 1.00 |
| Y126 | 700 Dell Road | Carlstadt | NJ | 07072 | 70 | 27,765 | 12.99 |
| Y111 | 72 Second Street | Kearny | NJ | 07032 | 104 | 50,918 | 12.90 |
| Y112 | 49 Thomas J. Rhodes Industrial Park | Trenton | NJ | 08619 | 102 | 45,057 | 18.80 |
| Y122 | 445 Hollywood Avenue | South Plainfield | NJ | 07080 | 61 | 29,850 | 6.10 |
| R507 | 143 Main Street | Elko | NV | 89801 | 1 | 2,000 | UNK |
| N107 | 58-60 Page Place | Maspeth | NY | 11378 | 76 | 30,215 | 4.86 |
| Y116 | 50 Burt Drive | Deer Park | NY | 11729 | 54 | 18,337 | 4.96 |
| Y237 | 182 Kelly Road | Plattsburgh | NY | 12901 | 6 | 4,375 | 3.00 |
| Y150 | 12 Dock Street | Mount Vernon | NY | 10550 | 36 | 10,305 | 3.16 |
| Y198 | 1620 Grand Central Avenue | Elmira | NY | 14903 | 16 | 3,375 | 1.63 |
| Y532 | 14549 E Admiral Place | Tulsa | OK | 74116 | 50 | 26,740 | 13.62 |
| Y268 | 6130 Netherhart Road | Mississauga | ON | L5T 1B7 | 159 | 90,134 | 13.85 |
| Y249 | 888 Belfast Road, Suite 210 | Ottawa | ON | K1G 0Z6 | 4 | 6,300 | 16 |
| Y258 | 281 Queenston Road | Niagara-On-The-Lake | ON | L0S 1J0 | 5 | 1,431 | 4.00 |
| Y285 | 4055 Walker Road | Windsor | ON | N8W 3T6 | 16 | 6,400 | 2.66 |
| R506 | 3500 W First Street | Eugene | OR | 97402 | 40 | 13,127 | 5.00 |
| R810 | 1701 SW First Street | Redmond | OR | 97756 | 18 | 5,592 | 2.50 |
| Y875 | 6845 N Cutter Circle | Portland | OR | 97217 | 178 | 95,400 | 24.20 |
| R509 | 1899 SE Stephens Street | Roseburg | OR | 97470 | 14 | 7,240 | 3.30 |
| R836 | 1419 Jefferson Avenue | La Grande | OR | 97830 | 6 | 3,600 | 4 Lots |
| N141 | 1212 O'Neil Highway | Dunmore | PA | 18512 | 60 | 64,552 | 17.65 |
| Y213 | 70 Graham Street | McKees Rocks | PA | 15136 | 82 | 46,900 | 5.2 Acres |
| N138 | 3570 Broadway Road | Milton | PA | 17847 | 40 | 6,220 | 12.20 |
| Y201 | 198 Innovation Drive | Bedford | PA | 15522 | 24 | 9,543 | 7.00 |
| Y203 | 116 Satterlee Road | DuBois | PA | 15801 | 12 | 12,000 | 1 Acre |
| Y160 | 1725 Chemin Saint Francois | Dorval | PQ | H9P 2S1 | 67 | 37,920 | 6.74 |
| Y700 | State Road #165, KM 2.4 | Guaynabo | PR | '0096 | 2 | 276 | 6 T |
| Y182 | 5945 Chemin Saint-Elie | Sherbrooke | QC | J1R 0L1 | 11 | 4,723 | 12 T / 14 A |
| Y861 | 3401 North 1st Avenue | Sioux Falls | SD | 57104 | 24 | 11,376 | 3.50 |
| Y565 | 920 Mackay Street | Regina | SK | S4N 4X7 | 22 | 14,900 | 4.58 |
| Y566 | 717 Cynthia Street | Saskatoon | SK | S7L 6B7 | 20 | 14,900 | 4.30 |
| Y644 | 280 Humbolt Lane | Greeneville | TN | 37745 | 28 | 14,676 | 5 acres |
| Y508 | 12340 E Northwest Highway | Garland | TX | 75228 | 114 | 73,489 | 8.45 |

**Remaining Leased Real Property Assets**

| Site # | Street Address | City | State | Zip | Doors | Total Sq. Ft. | Acreage |
|---|---|---|---|---|---|---|---|
| Y556 | 3500 N McColl Road | McAllen | TX | 78501 | 43 | 16,928 | 10.70 |
| Y854 | 1317 E 38th Street | Lubbock | TX | 79404 | 25 | 7,750 | 3.02 |
| Y852 | 1201 China Street | Abilene, TX | TX | 79602 | 14 | 18,449 | 1.29 |
| Y572 | 8101 N Stateline Avenue | Texarkana | TX | 75503 | 12 | 4,500 | 2.65 |
| Y551 | 322 Hereford Road | Corpus Christi | TX | 78408 | 10 | 7,260 | 0.50 |
| Y558 | 1013 Carleton Drive | Eagle Pass | TX | 78852 | 10 | 3,400 | 2.50 |
| Y853 | 3924 South County Road 1290 | Odessa | TX | 79765 | 16 | 5,700 | 5.76 |
| Y881 | 2410 S 2700 W | Salt Lake City | UT | 84119 | 115 | 128,788 | 34.22 |
| R527 | 695 W 1700 S, Building 7 | Logan | UT | 84321 | 2 | 1,000 | 10 T |
| Y149 | 10451 Colonel Court | Manassas | VA | 20110 | 54 | 20,360 | 5.20 |
| Y617 | 1665 Seibel Drive NE | Roanoke | VA | 24012 | 34 | 8,850 | 5.00 |
| Y647 | 53 Expo Road | Fishersville | VA | 22939 | 20 | 9,225 | 5.23 |
| Y873 | 2807 70th Avenue East | Fife | WA | 98424 | 40 | 13,252 | 10.48 |
| R870 | 1928-C Rudkin Road | Union Gap | WA | 98903 | 15 | 4,272 | 1.29 |
| ROVH - Kent | 19604 84th Avenue South | Kent | WA | 98032 | 60 | 24,436 | 12.60 |
| Y642 | 12855 48th Avenue South | Tukwila | WA | 98168 | 128 | 85,841 | 12.80 |
| Y868 | 4905 N Railroad Avenue | Pasco | WA | 99301 | 14 | 9,920 | 1.23 |
| H386 | 6161 South 6th Street | Milwaukee | WI | 53211 | 102 | 62,749 | 19.50 |
| H396 | 400 Holland Street | Tomah | WI | 54660 | 45 | 15,900 | 17.00 |
| H349 | 2843 County Road II | Neenah | WI | 54956 | 84 | 39,753 | 27.90 |
| Y292 | 2201 6th Avenue | Charleston | WV | 25312 | 30 | 14,800 | 3.32 |
| R560 | 94 US Highway 16 East | Buffalo | WY | 82834 | 6 | 4,360 | 2.20 |

**Remaining Owned Real Property Assets**

| Site # | Street Address | City | State | Zip | Doors | Total Sq. Ft. | Acreage |
|---|---|---|---|---|---|---|---|
| Y421 | 3518 Industrial Parkway | Birmingham | AL | 35217 | 50 | 25,397 | 8.2 |
| Y429 | 1111 Virginia Street | Mobile | AL | 36604 | 24 | 6,972 | 2.3 |
| Y415 | 5680 Old Hayneville Road | Montgomery | AL | 36108 | 18 | 6,540 | 5.1 |
| Y813 | 1535 E Pescadero Avenue | Tracy | CA | 95304 | 167 | 164,633 | 54.9 |
| R790 | 620 Harbor Boulevard | W Sacramento | CA | 95691 | 35 | 13,050 | 5.1 |
| N139 | 130 Canal Street | Southington | CT | 6489 | 46 | 23,100 | 5.5 |
| Y730 | 3404 Clifford Lane | Jacksonville | FL | 32209 | 45 | 27,450 | 10.0 |
| Y433 | 345 Roadway Drive | Ringgold | GA | 30736 | 198 | 115,200 | 95.0 |
| Y412 | 677 Hudson Road | LaGrange | GA | 30240 | 17 | 4,050 | 4.3 |
| H397 | 3219 Nebraska Avenue | Council Bluffs | IA | 51501 | 39 | 25,960 | 5.1 |
| H368 | 700 NE Arch Street | Atlanta | IL | 61723 | 46 | 16,521 | 7.8 |
| Y309 | 2000 East Lincoln Highway | Chicago Heights | IL | 60411 | 426 | 283,000 | 103.6 |
| H244 | 4885 Keystone Boulevard | Jeffersonville | IN | 47130 | 80 | 44,287 | 21.9 |
| H341 | 4320 Merchant Road | Fort Wayne | IN | 46818 | 75 | 30,573 | 6.0 |
|  | 2815 S Highway 27 | Goodland | KS | 67735 |  |  | 3.5 |
| Y404 | 333 N 3rd Street | Alexandria | LA | 71301 | 15 | 7,000 | 2.0 |
| Y473 | 956 Hwy 190 West | Port Allen | LA | 70767 | 31 | 9,850 | 5.9 |
| Y480 | 158 Parker Road | Monroe | LA | 71202 | 10 | 4,950 | 2.0 |
| Y153 | 311 East Oak Ridge Drive | Hagerstown | MD | 21740 | 136 | 71,421 | 39.2 |
| Y155 | 6311 E Lombard Street | Baltimore | MD | 21224 | 54 | 25,185 | 10.7 |
| Y154 | 75 Eisenhower Drive | Westbrook | ME | 4092 | 18 | 7,505 | 5.2 |
| Y191 | 44 Sheridan Drive | Fairfield | ME | 4937 | 12 | 5,100 | 1.1 |
| H263 | 11740 Dixie Highway | Birch Run | MI | 48415 | 40 | 18,323 | 9.5 |
| Y223 | 1280 Joslyn Avenue | Pontiac | MI | 48340 | 80 | 37,025 | 30.3 |
| H340 | 172 Industrial Parkway | Jackson | MN | 56143 | 16 | 5,750 | 4.1 |
|  | 8724 Leeds Road | Kansas City | MO | 64129 |  |  | 0.1 |
| Y455 | 102 Carrier Boulevard | Richland | MS | 39218 | 117 | 73,234 | 31.6 |
| Y462 | 2226 McCullough Boulevard | Tupelo | MS | 38801 | 12 | 3,540 | 9.9 |
| Y656 | 161 Center Street | Jacksonville | NC | 28540 | 14 | 6,693 | 1.4 |
| Y679 | 1061 River Road | Fayetteville | NC | 28301 | 17 | 4,050 | 3.9 |
| Y864 | 2502 7th Avenue N | Fargo | ND | 58102 | 27 | 10,840 | 4.2 |
| Y381 | 4480 S 90th Street | Omaha | NE | 68127 | 67 | 25,754 | 8.6 |
| Y165 | 1641 Eden Road | Millville | NJ | 8332 | 20 | 5,833 | 3.9 |
| Y123 | 1000 Homestead Avenue | Maybrook | NY | 12543 | 304 | 177,600 | 51.2 |
| Y132 | 99 Express Street | Plainview | NY | 11803 | 38 | 21,600 | 2.4 |
| Y216 | 10074 Princeton-Glendale Road | Cincinnati | OH | 45246 | 216 | 175,030 | 42.9 |
| H425 | 20820 Midstar Drive | Bowling Green | OH | 43402 | 80 | 43,735 | 24.1 |
| Y212 | 3020 Gale Drive | Hubbard | OH | 44425 | 28 | 7,284 | 4.5 |
| Y240 | 285 Blair Street | Oshawa | ON | L1N 9V9 | 42 | 23,520 | 15.0 |
| N128 | 2950 Grand Avenue | Neville Island | PA | 15225 | 30 | 17,926 | 7.7 |
| Y178 | 1284 S Main Road | Mountain Top | PA | 18707 | 56 | 42,989 | 51.0 |
| Y108 | 55 Industrial Road | Cumberland | RI | 2864 | 92 | 41,900 | 10.0 |
| Y683 | 1308 Pineview Drive | Columbia | SC | 29209 | 29 | 7,883 | 8.1 |
| Y695 | 2257 S Main Street | Florence | SC | 29501 | 24 | 9,070 | 3.5 |
| Y432 | 1212 Hilton Road | Knoxville | TN | 37921 | 68 | 26,443 | 7.3 |
| Y431 | 3310 Gill Road | Memphis | TN | 38109 | 198 | 125,632 | 51.6 |