
# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket Nos. 575, 1284** |
| | **Rescheduled Sale Objection Deadline: January 5, 2024 at 5:00 p.m. (ET)** |
| | **Rescheduled Adequate Assurance Objection Deadline: January 5, 2024 at 5:00 p.m. (ET)** |
| | **Rescheduled Sale Hearing: January 12, 2024 at 2:00 p.m. (ET)** |

## NOTICE OF RESCHEDULED SALE OBJECTION DEADLINE, ADEQUATE ASSURANCE OBJECTION DEADLINE, AND SALE HEARING FOR CERTAIN OF THE DEBTORS' LEASED PROPERTIES

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

On September 15, 2023, the Court entered that certain *Order (I)(A) Approving Bidding Procedures for the Sale or Sales of the Debtors' Assets; (B) Scheduling Auctions and Approving the Form and Manner of Notice Thereof; (C) Approving Assumption and Assignment Procedures (D) Scheduling Sale Hearings and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests, and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Lease; and (III) Granting Related Relief* [Docket No. 575] (the "Bidding Procedures Order).[2]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used in this notice but not defined herein shall have the meanings ascribed to them in the Bidding Procedures Order or the Notice of Winning Bidders (filed contemporaneously herewith), as applicable.

**PLEASE TAKE FURTHER NOTICE** that the Bidding Procedures Order, among other things, (i) set a bid deadline of November 9, 2023 at 5:00 p.m. (E.T.) for the Debtors' Real Property Assets (including Owned Properties and Leased Properties), (ii) authorized the Debtors to conduct the Auction for such Real Property Assets (the "Real Estate Auction"), which commenced on November 28, 2023, at 9:00 a.m. (E.T.), and (iii) scheduled a Sale Hearing to consider the approval of Winning Bid(s) (and Back-Up Bid(s), as applicable) for certain Real Property Assets, which was held on December 12, 2023 at 10:00 a.m. (E.T.).

**PLEASE TAKE FURTHER NOTICE** that, on December 6, 2023, the Debtors filed that certain *Notice of Adjournment of Real Estate Auction for Certain Remaining Leased Properties to December 18, 2023 At 9:00 A.M. (E.T.)* [Docket No. 1284] (i) adjourning the Real Estate Auction for Remaining Leased Properties (as defined therein) to December 18, 2023 at 9:00 a.m. (E.T.) and (ii) rescheduling the Sale Objection Deadline, Adequate Assurance Objection Deadline, and Sale Hearing for Remaining Leased Properties, in each case, to dates and times to be determined.

**PLEASE TAKE FURTHER NOTICE** that, contemporaneously herewith, the Debtors filed that certain *Notice of Winning Bidders with Respect to Certain of the Debtors' Leased Properties* (the "Notice of Winning Bidders") to announce that, following two days of competitive bidding in the Real Estate Auction for certain Remaining Leased Properties on December 18-19, 2023, twenty-three (23) Leased Properties were sold across six (6) Winning Bidders for an aggregate purchase price of $82,892,697 (collectively, the "Lease Sales").

**PLEASE TAKE FURTHER NOTICE** that, as set forth in the Notice of Winning Bidders, the Sale Hearing to consider approval of the Sale Order authorizing the Lease Sales and the Debtors' entry into their respective Asset Purchase Agreements is scheduled to take place before the Court on **January 12, 2024 at 2:00 p.m. (ET)** and that the Debtors intend to file a proposed form of Sale Order authorizing the Lease Sales on or around January 3, 2024.

**PLEASE TAKE FURTHER NOTICE** that, with respect to the Sale Order and the Lease Sales, each of the Sale Objection Deadline and the Adequate Assurance Objection Deadline is hereby rescheduled to **January 5, 2024 at 5:00 p.m. (ET)**, with any such objections to be filed on the Court's docket and served on applicable interested parties by such date.

[*Remainder of Page Intentionally Left Blank*]

Dated: December 20, 2023
Wilmington, Delaware

/s/ Laura Davis Jones

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 652-4100 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*