IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| YELLOW CORPORATION, *et al.*, ) | Case No. 23-11069 (CTG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Re: Docket No. \_\_\_\_ |

## ORDER GRANTING MOTION OF YELIMAR KARINA SIRA MONSALVE FOR RELIEF FROM THE AUTOMATIC STAY INJUNCTION

Upon consideration of the Motion of Yelimar Karina Sira Monsalve for Relief from the Automatic Stay, allowing Movant to proceed with personal injury litigation pending in the Circuit Court of the Ninth Judicial Circuit of the State of Florida for the County of Osceola, against Debtor Yellow Corporation, et al., and the Court having found that notice of the Motion and the hearing on the Motion was proper under applicable rules of procedure and provided adequate notice of the Motion and the hearing on the Motion to all parties in interest; and the Court, having found that cause exists under 11 U.S.C. §362(d) to grant relief from stay as requested by Movant; and the Court having found that it is in the best interests of the Debtors' estates to grant relief from stay to allow the Movant to continue litigation of her claims in the Monsalve Action for the purposes of liquidating the amount of such claims, collecting on any judgment entered from any available

1

insurance proceeds under any applicable liability insurance, and filing a proof of claim in liquidated amounts to the extent that insurance does not fully satisfy Movant's claims against the Defendant Debtor; it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDRED, that the automatic stay of 11 U.S.C. §362(a) is hereby terminated, effective immediately, to allow Movant to fully prosecute her claims against the Defendant Debtor in the Monsalve Action to conclusion, including through final judgment and any and all appeals therefrom; and it is further

ORDERED that the automatic 14 day stay provided by Federal Rule of Bankruptcy Procedure 4001(a)(3) is hereby waived upon entry of this order on the Court's docket.