# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>Jointly Administered |

## NOTICE OF SERVICE OF RESPONSE OF OLD REPUBLIC INSURANCE COMPANY TO MOVANT'S SUBPOENA AND REQUESTS FOR PRODUCTION

I, David M. Klauder, hereby certify that on this 21st day of December 2023, a copy of the *Response of Old Republic Insurance Company to Movant's Subpoena and Requests for Production* in response to the subpoena *duces tecum* attached as <u>Exhibit 1</u> to the *Notice of Intent to Serve Subpoena on Old Republic Insurance Company* [Dkt. No. 1122] was served via email upon counsel for Donna Lee Daugherty, individually and as administratrix of the Estate of Norman Eugen Daugherty as follows:

Frederick B. Rosner, Esq.
The Rosner Law Group LLC
824 N. Market Street, Suite 810
Wilmington, DE 19801
rosner@teamrosner.com

Dated: December 21, 2023            **BIELLI & KLAUDER, LLC**

/s/ *David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

*Counsel to Old Republic Insurance Company*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.