**Exhibit A**

DE:4877-5442-1656.1 96859.001

**YELLOW CORPORATION**
Date: 12/21/2023

**Content of the Notice**

| | |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | 3 Cubiscan DIM Machines |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | Dim Machine APA489-8<br>Dim Machine APA489-7<br>Dim Machine APA265-74 |
| (c) identification of the Debtor entity selling the De Minimis Assets | Yellow Enterprise Services, Inc. |
| (d) identification of the purchaser of the De Minimis Assets | DHL US |
| (e) the purchase price | $7,500.00 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | REDACTED |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | The Company reached out to various potential buyers previously on these machines; 2 transactions were consummated for 35 units as a result of that process leaving 89 units that did not receive any bids.<br><br>These 3 unites were in the population of 89 units and received a bid at a later date. |
| (h) any other significant terms of the sale or transfer | The purchaser will remove and transport the units at their own cost. |

DE:4877-5442-1656.1 96859.001