IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| YELLOW CORPORATION, *et al.*, ) | Case No. 23-11069 (CTG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | **D.I. 1280** |
| ) | |

## NOTICE OF WITHDRAWAL OF MOTION OF STEVEN HENSLEY FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that Steven Hensley by and through undersigned counsel, hereby withdraws the *Motion of Steven Hensley For Relief From The Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* filed on December 6, 2023 at D.I. 1280.

Date: December 22, 2023
      Wilmington, Delaware

Respectfully submitted,

GELLERT SCALI BUSENKELL & BROWN, LLC

*/s/ Charles J. Brown*
Charles J. Brown (DE 3368)
1201 N. Orange Street, 3rd Floor
Wilmington, DE 19801
Telephone: (302) 425-5813
Facsimile: (302) 425-5814
cbrown@gsbblaw.com

*Attorneys for Steven Hensley*