# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION[1], et al.,<br><br>Debtors | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**RE: D.I. 1329, 1486, and 1489** |

**EMILY LOURO'S JOINDER TO OBJECTIONS TO THE MOTION OF DEBTORS TO ESTABLISH ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR RESOLUTION OF CERTAIN LITIGATION CLAIMS AND FOR RELATED RELIEF**

Emily Louro ("Louro"), hereby files this Joinder to the *Objection of Aaron Misquez to the Motion of Debtors to Establish Alternative Dispute Resolution Procedures for Resolution of Certain Litigation Claims and for Related Relief [D.I. 1486]* (the "Misquez Objection") and hereby joins in the additional objections and joinders filed by other similarly situated personal injury plaintiffs, including the *Joinder of Anne-Celeste Openshaw* filed thereto [D.I. 1489] (the "Openshaw Joinder"). In joining these objections, Louro incorporates the objections as its own and reserves the right to fully participate in the hearing on these matters.

December 26, 2023

**McCARTER & ENGLISH, LLP**

/s/ Kate Buck
Kate Buck, Esq.
DE Bar No. 5140
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6323
kbuck@mccarter.com

*Counsel to Emily Louro*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Ave, Overland Park, KS 66211.

1

ME1 46386583v.1