# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>(Obj. Deadline Extended with Consent)<br><br>Re: D.I. 1329 |

### JOINDER TO OBJECTIONS TO THE MOTION OF DEBTORS TO ESTABLISH ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR RESOLUTION OF CERTAIN LITIGATION CLAIMS AND FOR RELATED RELIEF

Donna Lee Daugherty, individually and as administratrix of the Estate of Norman Eugene Daugherty ("Objector"), by and through her undersigned counsel, submits this joinder to the objections already filed and to be filed (together, the "Objections") to the *Motion of Debtors to Establish Alternative Dispute Resolution Procedures for Resolution of Certain Litigation Claims and for Related Relief Filed by Yellow Corporation.* [D.I. 1329] (the "Motion to Establish ADR") filed by the above-captioned Debtors. In support hereof, Objector respectfully states as follows:

## BACKGROUND

1. On December 11, 2023, Debtors filed the Motion to Establish ADR. *See* D.I. 1329.

2. On December 26, 2023, multiple Objections and joinders to the Objections were filed on docket. *See* D.I. 1486, 1487, 1489 & 1490.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

{00037721. }

3. Additional objections and joinders are expected to be filed by other similarly situated personal injury plaintiffs.

## JOINDER

4. Objector hereby joins in and incorporates as its own the legal and factual arguments made in the Objections.

5. Objector reserves the right to supplement or amend this Joinder, or raise additional objections. Objector further reserves the right to participate in any hearing on the Objections, including to present argument and examine witnesses.

Respectfully Submitted,

Dated: December 27, 2023
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE #3995)
824 Market Street, Suite 810
Wilmington, DE 19801
Telephone: (302) 777-1111
rosner@teamrosner.com

*Attorneys for Objector*

{00037721. }