## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Obj. Deadline: Jan. 11, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: Jan. 22, 2024 at 2:00 p.m. (ET)** |

**NOTICE OF MOTION OF AARON MISQUEZ FOR RELIEF FROM THE AUTOMATIC STAY PURSUANT TO SECTION 362(d) OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on December 28, 2023, Aaron Misquez ("Movant") filed the *Motion of Aaron Misquez for Relief from the Automatic Stay Pursuant to Section 362(d) of the Bankruptcy Code* (the "Motion)" in the United States Bankruptcy Court for the District of Delaware seeking relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion must be filed on or before January 11, 2024 at 4:00 p.m. EST (the "Objection Deadline") with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington Delaware 19801.  At the same time, you must serve a copy of any objection to the Motion for Relief on Movant's undersigned counsel on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on **January 22, 2024 at 2:00 p.m. (ET)** before Craig T. Goldblatt in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, if an objection is filed.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the Motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security interest.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OF HEARING.**

Dated: December 28, 2023         Respectfully submitted,
Wilmington, Delaware

/s/ Katherine S. Dute

**ROBINSON & COLE LLP**
Jamie L. Edmonson (No. 4247)
Katherine S. Dute (No. 6788)
1201 North Market Street, Suite 1406
Wilmington, Delaware 19801
Email:    jedmonson@rc.com
          kdute@rc.com
Telephone: (302) 516-1700
Facsimile: (302) 516-1699

-and-

**JACOBY & MEYERS LLP**
Shane Hapuarachy (*pro hac vice* pending)
Alicia Curran (*pro hac vice* pending)
10900 Wilshire Blvd. 15th Floor
Los Angeles, CA 90024
Email:    shapuarachy@jacobyandmeyers.com
          acurran@jacobyandmeyers.com
Telephone: (310) 312-3300
Facsimile: (310) 715-8331