IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION , *et. al.*, | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**JOINDER OF KAVIR MOONILAL-SINGH TO OBJECTIONS TO THE MOTION OF DEBTORS TO ESTABLISH ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR RESOLUTION OF CERTAIN LITIGATION CLAIMS AND EQUITABLE RELIEF**

Kavir Moonilal-Singh ("Objector"), by and through the undersigned counsel, submits this joinder to the objections already filed and to be filed (together, the "Objections") to the *Motion of Debtors to Establish Alternative Dispute Resolution Procedures for Resolution of Certain Litigation Claims and for Related Relief Filed by Yellow Corporation* [D.I. 1329] (the "Motion to Establish ADR") filed by the above-captioned Debtors. In support hereof, Objector respectfully states as follows:

## BACKGROUND

1. On December 11, 2023, Debtors filed the Motion to Establish ADR. *See* D.I. 1329.

2. On December 26, 2023 and December 27, 2023, multiple Objections and joinders to the Objections were filed on docket. *See* D.I. 1486, 1487, 1489, 1490 & 1492.

3. Additional objections and joinders are expected to be filed by other similarly situated personal injury plaintiffs.

## JOINDER

4. Objector hereby joins in and incorporates as its own the legal and factual arguments made in the Objections.

5. Objector reserves the right to supplement or amend this Joinder, or raise additional objections. Objector further reserves the right to participate in any hearing on the Objections,

1

2

including to present argument and examine witnesses.

Date: December 28, 2023                                    Respectfully submitted,

*/s/Garvan F. McDaniel*
Garvan F. McDaniel (DE No. 4167)
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: 302.656.7540
Facsimile: 302.656.7599
Email: gfmcdaniel@dkhogan.com

*Attorney for Objector*

2