# EXHIBIT 1

**Rejected Contracts**[1]

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract. The Debtors reserve the right to remove any Contract or to amend any Rejection Date set forth on **Exhibit 1** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

# Rejected Contracts[1]

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 1 | Aqua Evolution | PO Box 90 Fairhope, AL 36533 United States | YRC Inc. | Leases and or service agreements for water coolers and related equipment. | 12/31/23 |
| 2 | Office H2O | 7402 E. 90th Street Indianapolis, IN 46256 United States | YRC Inc. | Leases and or service agreements for water coolers and related equipment. | 12/31/23 |
| 3 | Quench USA, Inc. | 630 Allendale Road King of Prussia, PA 19406 United States | YRC Freight Corporation | Leases and or service agreements for water coolers and related equipment. | 12/1/23 |
| 4 | Glantus, INC | 99 Almaden Blvd San Jose, CA 95113 United States | YRC Enterprise Services, Inc. | Agreement for DataShark A/P Analysis subscription | 12/31/23 |
| 5 | Artesian Bottleless Water | 7402 E. 90th Street Indianapolis, IN 46256 United States | YRC Inc. | Leases and or service agreements for water coolers and related equipment. | 12/31/23 |
| 6 | Airgas USA, LLC | 6055 Rockside Woods Blvd Independence, OH 44131 United States | New Penn Motor Express LLC | Leases and or service agreements for welding gas and related equipment. | 12/31/23 |
| 7 | Airgas USA, LLC | 6055 Rockside Woods Blvd Independence, OH 44131 United States | USF Holland LLC | Leases and or service agreements for welding gas and related equipment. | 12/31/23 |
| 8 | Airgas USA, LLC | 6055 Rockside Woods Blvd Independence, OH 44131 United States | USF Reddaway Inc. | Leases and or service agreements for welding gas and related equipment. | 12/31/23 |
| 9 | Airgas USA, LLC | 6055 Rockside Woods Blvd Independence, OH 44131 United States | YRC Inc. | Leases and or service agreements for welding gas and related equipment. | 12/31/23 |
| 10 | First Choice Coffee Services | 18840 Parthenia Street Northridge, CA 91324 United States | USF Reddaway Inc. | Leases and or service agreements for water coolers and related equipment. | 12/31/23 |

---

[1] The inclusion of a Contract on this list does not constitute an admission as to the executory or non-executory nature of the Contract, or as to the existence or validity of any claims held by the counterparty or counterparties to such Contract. The Debtors reserve the right to remove any Contract or to amend any Rejection Date set forth on **Exhibit 1** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

| No. | Non-Debtor Counterparty | Noticing Address | Debtor | Description of Contract | Rejection Effective Date |
|---|---|---|---|---|---|
| 11 | Pure Water Partners | PO BOX 5066 Hartford, CT 06102-5066 United States | Yellow Corporation | Leases and or service agreements for water coolers and related equipment. | 12/31/23 |
| 12 | Alhambra | PO Box 660579 Dallas, TX 75266-0579 United States | YRC Freight Corporation | Leases and or service agreements for water coolers and related equipment. | 12/31/23 |
| 13 | Pitney Bowes Global Financial Services Inc. | 27 Waterview Drive Shelton, CT 6484 UNITED STATES | Yellow Corporation | All Leasing and Service Agreements | 12/31/23 |
| 14 | Orkin Pest Control c/o Rollins Service Bureau | PO Box 1415 Atlanta, GA 30301 United States | USF Holland LLC | Service Agreement | 12/31/23 |
| 15 | Trimac Outdoors | 10701 Hood Road South Jacksonville, FL 32257 United States | YRC Inc. | Service Agreement | 12/31/23 |
| 16 | Culligan Water of Pittsburgh | 211 Overlook Dr, Sewickley PA 15143 United States | New Penn Motor Express LLC | Leases and service agreements for water coolers and related equipment. | 12/31/23 |
| 17 | Stamps.com | PO Box 202921, Dallas TX 75320-2921 United States | New Penn Motor Express LLC | All service agreements for parcel and envelop metering and mailing. | 12/31/23 |
| 18 | Stamps.com | PO Box 202921, Dallas TX 75320-2921 United States | USF Holland LLC | All service agreements for parcel and envelop metering and mailing. | 12/31/23 |
| 19 | Stamps.com | PO Box 202921, Dallas TX 75320-2921 United States | USF Reddaway Inc. | All service agreements for parcel and envelop metering and mailing. | 12/31/23 |
| 20 | Stamps.com | PO Box 202921, Dallas TX 75320-2921 United States | YRC Inc. | All service agreements for parcel and envelop metering and mailing. | 12/31/23 |