**Exhibit 2**

**Rejected Leases**[1]

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease. The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on **Exhibit 2** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

# Rejected Leases[1]

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| 1 | HVIP Industrial Park, 3463 Cedarville Rd. Bellingham, WA 98226 | USF Reddaway Inc. | Lease Agreement By and among HVIP Industrial Park, dated as of October 19, 2020 | 4000 Hannegan Road B, Bellingham 98226 United States | N/A | 12/31/23 |
| 2 | HVIP Industrial Park, 3463 Cedarville Rd. Bellingham, WA 98226 | YRC Enterprise Services, Inc. | Lease Agreement By and among HVIP Industrial Park, dated as of December 16, 2019 | 4000 Hannegan Road A, Bellingham 98226 United States | N/A | 12/31/23 |
| 3 | Crown Enterprises, Inc 12225 Stephens Road Warren, MI 48089 | New Penn Motor Express LLC | Lease Agreement By and among Crown Enterprises, dated as of November 1, 1993 | 200 Cayuga Ave, Altoona 16602 United States | Furniture, fixtures, other miscellaneous de minimis items | 12/31/23 |
| 4 | Dock Street Corp P O Box 3409 Mt. Vernon, NY 10553-3409 | YRC Freight Corporation | Lease Agreement By and among Dock Street Corp, dated as of January 1, 1992 | 12 Dock St, Mt Vernon 10550 United States | Furniture, fixtures, other miscellaneous de minimis items | 12/31/23 |
| 5 | GB Union Gap, LLC 277 Stewart Road SW Pacific, WA 98047 | USF Reddaway Inc. | Lease Agreement By and among GB Union Gap, dated as of April 5, 2000 | 1928 Rudkin Rd Ste C, Union Gap 98903 United States | Furniture, fixtures, other miscellaneous de minimis items | 12/31/23 |

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease. The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on **Exhibit 2** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.