# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

In re:

Yellow Corporation

Chapter 11

Case Number: 23-11069

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

Wiese USA
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): N/A
Amount of Claim: $65,079.37
Date Claim Filed: N/A
Schedule # 79091390

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: (314) 997-4444
Last four digits of Acct.#  N/A

Name and Current Address of Transferor:

Phone: 516-255-1801
Last four digits of Acct#:  N/A

Wiese USA
P.O. Box 60106
Saint Louis, MO 63160

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#:  N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross
Transferee/Transferee's Agent

Date: December          , 2023

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

DocuSign Envelope ID: 71279E87-CB2C-496C-9F16-F6172C4C1EE5

# EVIDENCE OF TRANSFER OF CLAIM

### Exhibit A to Assignment of Claim

TO:     United States Bankruptcy Court ("Bankruptcy Court")
         District of Delaware
         Attention: Clerk

AND TO:  USF Holland LLC
            Case No. 23-11079 (the "Debtor")
            (Jointly Administered under Yellow Corporation. Case Number 23-11069)

Claim # N/A

**Wiese USA**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$65,079.37** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS __22____ DAY OF __december_____, 2023.

ASSIGNOR: Wiese USA                          ASSIGNEE: TRC MASTER FUND LLC

*Ed Clear*
(Signature)                                                         (Signature)

Ed Clear                                                               Terrel Ross
(Print Name)                                                (Print Name)

credit manager                                      Managing Member
(Title)                                                                      (Title)

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.351.2** Nonpriority creditor's name and mailing address
WIESE USA
P.O. BOX 60106
SAINT LOUIS, MO 63160

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 65,079.37

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.351.3** Nonpriority creditor's name and mailing address
WILBERT PLASTIC
2930 GREENVILLE HWY
EASLEY, SC 29640

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Customer Claim

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.351.4** Nonpriority creditor's name and mailing address
WILD RIDGE LAWN
3355 SOUTH ARLINGTON AVE
INDIANAPOLIS, IN 46203

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: Trade Payable

$ 3,510.00

Date or dates debt was incurred

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.351.5** Nonpriority creditor's name and mailing address
WILHOIT FARMS
4504 WESLEYAN RD
CLEVELAND, TN 37311

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: Customer Claim

$ Undetermined

Date or dates debt was incurred    Undetermined

Last 4 digits of account number

Is the claim subject to offset?
☐ No
☑ Yes

---

**3.351.6** Nonpriority creditor's name and mailing address
WILKERSON, ERIC W
ADDRESS ON FILE

As of the petition filing date, the claim is:
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: Potential Claim

$ Undetermined

Date or dates debt was incurred    UNDETERMINED

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Schedule** #79091390

**Value** $65,079.37

**Creditor** WIESE USA

**Debtor** 23-11079   USF Holland LLC
**Creditor Address**
P.O. BOX 60106
SAINT LOUIS, MO 63160
**Amounts**
Scheduled Unsecured Amount$65,079.37
**Remarks**
Hide Details