**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF DOCUMENT**

PLEASE TAKE NOTICE that, on December 29, 2023, the Pension Benefit Guaranty

Corporation ("PBGC"), filed the Notice of Appearance and Request for Electronic Notice for United

States Government Attorney Stephanie Thomas and the Certification of United States Government

Attorney Stephanie Thomas [Docket No. 1539].

PLEASE TAKE FURTHER NOTICE that PBGC hereby withdraws the Notice, Certification

and Record of Service without prejudice.

Dated:  December 29, 2023
           Washington, D.C.

Respectfully submitted,

/s/ Stephanie Thomas
Stephanie Thomas, Assistant General Counsel
Bar No. DC 440205
Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, S.W.
Washington, D.C. 20024
Telephone: (202) 229-3457
Facsimile: (202) 326-4138
Emails: Thomas.stephanie@pbgc.gov *and*
            efile@pbgc.gov

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 511500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

## CERTIFICATE OF SERVICE

I hereby certify, that on this 29th day of December 2023, the **Notice of Withdrawal of Appearance and Request for Electronic Notice for United States Government Attorney Stephanie Thomas** and the **Certification of United States Government Attorney Stephanie Thomas** were served via CM/ECF on all parties registered to receive notices for these cases:

| | |
|---|---|
| **Patrick J. Nash, Jr.** (admitted *pro hac vice*)<br>**David Seligman** (admitted *pro hac vice*)<br>**Whitney Fogelberg** (admitted *pro hac vice*)<br>Kirkland & Ellis LLP<br>Kirland & Ellis International LLP<br>300 North LaSalle<br>Chicago, Illinois, 60654<br>whitney.fogelberg@kirkland.com | **Jane Leamy**<br>**Richard Shepacarter**<br>Office of United States Trustee<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, Delaware 19801<br>jane.m.leamy@usdoj.gov<br>richard.shepacarter@usdoj.gov |
| **Allyson B. Smith** (admitted *pro hac vice*)<br>Kirkland & Ellis LLP<br>Kirland & Ellis International LLP<br>601 Lexington Avenue<br>New York, New York 10022<br>allyson.smith@kirkland.com | ***Counsel to the U.S. Trustee*** |
| **Laura Davis Jones**<br>**Timothy P. Cairns**<br>**Peter J. Keane**<br>**Edward Corma**<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>PO Box 8705<br>Wilmington, Delaware 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com | |
| ***Counsel to the Debtors*** | |

/s/ Stephanie Thomas

Stephanie Thomas, Assistant General Counsel