**Exhibit A**

DE:4889-3046-8505.1 96859.001

**YELLOW CORPORATION**
Date: 12/29/2023

**Content of the Notice**

| | |
|---|---|
| (a) identification of the De Minimis Assets being sold or transferred | Printers and Scanners at Salt Lake City terminals |
| (b) identification of the serial number and VIN for the De Minimis Assets being sold or transferred | N/A |
| (c) identification of the Debtor entity selling the De Minimis Assets | Yellow Enterprise Services, Inc. |
| (d) identification of the purchaser of the De Minimis Assets | North Park Transportation |
| (e) the purchase price | $3,000.00 |
| (f) the estimated book value and appraised value for the De Minimis Assets being sold or transferred as reflected in the Debtors' books and records | REDACTED |
| (g) the marketing or sales process, including any commissions to be paid to third parties in connection with the sale, if applicable | The Company marketed these and other de minimis items to various potential buyers and this is the only offer they received. |
| (h) any other significant terms of the sale or transfer | The purchaser is responsible for all costs associated with retrieving the items. |