# Exhibit A

ELECTRONICALLY SERVED
10/11/2023 8:32 AM



| LAS VEGAS | | RENO |
|---|---|---|
| 1100 E. BRIDGER AVENUE | **THORNDAL** | 6590 S. MCCARRAN BLVD. |
| LAS VEGAS, NV 89101 | **ARMSTRONG** | SUITE B |
| (702) 366-0622 | ATTORNEYS | RENO, NV 89509 |
| (702) 366-0327 FAX | | (775) 786-2882 |
| | A PROFESSIONAL CORPORATION | (775) 786-8004 FAX |
| | www.thorndal.com | |
| | ESTABLISHED 1971 | |

Bruce Scott Dickinson, Esq.
Las Vegas Office
bsd@thorndal.com

October 10, 2023

*VIA ELECTRONIC SERVICE ONLY*

Dillon G. Coil, Esq.
GGRM LAW FIRM
2770 S. Maryland Parkway, Ste. 100
Las Vegas, NV 89109

      Re:    YRC adv. Rodriguez (Velez)
             Claim No.   : 000020000224718
             Date of Loss : 9-15-21
             Case No.    : A-23-874557-C

Dear Mr. Coil:

      Attached is the complete insurance policy which covered YRC on the date of Mr. Rodriguez's accident. We did not receive the policy until last Friday so we were not able to refer to it in the motion to stay.

      The reply in support of the motion to stay is being filed this afternoon. In the reply, we are only citing the relevant sections of the policy which pertain to the issues in the stay. We wanted you to have the complete policy for your records.

      Please feel free to contact me if you have any questions or want to discuss in more detail.

…

…

…

…

---

Attorneys also licensed to practice in
Arizona, California, Maryland, New York, North Carolina and Oregon

Dillon G. Coil, Esq.
Re:     YRC adv. Rodriguez (Velez)
October 10, 2023
Page 2

    Thank you for your courtesy.

                                Very truly yours,

                                THORNDAL, ARMSTRONG, PC.

                                Bruce Scott Dickinson

Enclosure:     ORIG Insurance Policy

Link to exhibit: https://www.dropbox.com/scl/fi/rluargr0jhrvs2n3n97hg/ORIG-Policy-with-all-endorsements-etc..pdf?rlkey=uigm4qrkxzblprm7o0ppko3i5&dl=0

## Zeke Allinson

| | |
|---|---|
| **From:** | Ryan Loosvelt <rloosvelt@ggrmlawfirm.com> |
| **Sent:** | Wednesday, October 11, 2023 1:04 PM |
| **To:** | Zeke Allinson |
| **Cc:** | Michelle Lansdown; Dillon Coil; Jeffrey Cloninger; Heidi Coleman |
| **Subject:** | RE: YRC/Yellow Corp. |
| **Attachments:** | 2023 1011 Def YRC Old Republic Insurance Policy with all endorsements etc..pdf; 2023 1011 TA Letter to GGRM re Insurance Policy.pdf |

We received the attached insurance policy today in full.  Thanks,



**Ryan Loosvelt**
Attorney
O: 702.384.1616 | F: 725.220.4722 | www.ggrmlawfirm.com
2770 S. Maryland Parkway, Suite 100, Las Vegas, NV 89109

