## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) <br> ) <br> ) Chapter 11 <br> ) |
| Yellow Corporation | ) Case Number: 23-11069 <br> ) <br> ) |

### TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(1), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

TRC MASTER FUND LLC
Name of Transferee

GBS
Name of Transferor

Name and Address where notices to transferee should be sent:

Court Claim # (if known): N/A
Amount of Claim: $10,566.32
Date Claim Filed: N/A
Schedule # 72008140

TRC MASTER FUND LLC
Attn: Terrel Ross
PO BOX 633
Woodmere, NY 11598

Phone: (330) 494-5330

Last four digits of Acct.#   N/A

Phone: 516-255-1801
Last four digits of Acct#:   N/A

Name and Current Address of Transferor:

GBS
PO Box PO Box 3640
North Canton, OH 44720

Name and address where transferee payments should be sent (if different from above):

Phone: N/A
Last four digits of Acct#:   N/A

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/Terrel Ross
Transferee/Transferee's Agent

Date: January 3, 2024

*Penalty for making a false statement:* Fine up to $500,000 or imprisonment for up to 5 years, or both.  18 U.S.C. §§ 152 & 3571.

# EVIDENCE OF TRANSFER OF CLAIM

Exhibit A to Assignment of Claim

TO:   United States Bankruptcy Court ("Bankruptcy Court")
      District of Delaware
      Attention: Clerk

AND TO: New Penn Motor Express LLC
        Case No. 23-11072 (the "Debtor")
        (Jointly Administered under Yellow Corporation. Case Number 23-11069)

Claim # N/A

**GBS**, its successors and assigns ("Assignor"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

TRC MASTER FUND LLC
PO Box 633
Woodmere, NY 11598
Attention: Terrel Ross

its successors and assigns ("Assignee"), all of Assignor's rights, title, interest, claims and causes of action in and to, or arising under or in connection with its Claim in the amount of **USD$10,566.32** ("Claim"), as listed in the Debtor's Schedule F against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be prescribed by rule 3001 of the federal Rules of Bankruptcy procedure, the Bankruptcy code, applicable local bankruptcy rules or applicable law. Assignor acknowledges and understands, and hereby stipulates, that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring the Claim and recognizing the Assignee as the sole owners and holders of the Claim.

Assignor further directs each Debtor, the Bankruptcy Court and all other interested parties that all further notices relating to the Claim, and all payments or distributions of money or property in respect of the Claim, shall be delivered or made to the Assignee.

IN WITNESS WHEREOF, THIS EVIDENCE OF TRANSFER OF CLAIM IS EXECUTED THIS 2 DAY OF January, 2024.

ASSIGNOR: GBS
(Signature) JP Schippert
JP Schippert
(Print Name)
CFO
(Title)

ASSIGNEE: TRC MASTER FUND LLC
(Signature)
Terrel Ross
(Print Name)
Managing Member
(Title)

Debtor  New Penn Motor Express LLC _____  Case number (if known) 23-11072 (CTG)
        Name

## Part 2: Additional Page

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | Amount |
|---|---|---|---|
| | GBS<br>PO BOX 2340<br>NORTH CANTON, OH 44720 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Trade Payable | $ 10,566.32 |
| | Date or dates debt was incurred<br>Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |
| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
| | GDMI PRINCETON<br>310 MAIN AVENUE WAY SE<br>GARDNER DENVER<br>HICKORY, NC 28602 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: Cargo Claims | $ Undetermined |
| | Date or dates debt was incurred    Undetermined<br>Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |
| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
| | GEBHARDT, GEORGE<br>ADDRESS ON FILE | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: Potential Claim | $ Undetermined |
| | Date or dates debt was incurred    UNDETERMINED<br>Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |
| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
| | GEBRUDER WEISS<br>1020 N WOOD DALE RD<br>WOOD DALE, IL 60191 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>Basis for the claim: Cargo Claims | $ Undetermined |
| | Date or dates debt was incurred    Undetermined<br>Last 4 digits of account number | Is the claim subject to offset?<br>☒ No<br>☐ Yes | |
| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | |
| | GEBRUDER WEISS<br>1020 N WOOD DALE RD<br>WOOD DALE, IL 60191 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: Customer Claim | $ Undetermined |
| | Date or dates debt was incurred    Undetermined<br>Last 4 digits of account number | Is the claim subject to offset?<br>☐ No<br>☒ Yes | |

Official Form 206E/F          Schedule E/F: Creditors Who Have Unsecured Claims          Page 318 of 506

**Schedule #**72008140                                                                                      **Value** $10,566.32

**Creditor** GBS

**Debtor** 23-11072   New Penn Motor Express LLC

| **Creditor Address** | **Amounts** |
|---|---|
| PO BOX 2340<br>NORTH CANTON, OH 44720 | Scheduled Unsecured Amount   $10,566.32 |

**Remarks**

Hide Details