# **EXHIBIT A**

| Property Address | Description of Lease | Lessor |
|---|---|---|
| **6351 S Hanover Road, Elkridge MD 21075-9998** | Real Property Lease - Terminal | GPT Elkridge Terminal Owner LLC |
| **50 Burt Drive, Deer Park, NY 11729** | Real Property Lease - Terminal | GPT Deer Park Terminal Owner LLC |
| **1265 LaQuinta Drive, Orlando, FL 32809** | Real Property Lease - Terminal | GPT Orlando Terminal Owner LLC |
| **1250 Terminus Drive, Lithia Springs, GA 30122** | Real Property Lease - Terminal | BREIT Industrial Canyon GA 1B01 LLC |

10096297.2