# **EXHIBIT B**



# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 3/1/2024  5/26/2023

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER:** Lockton Companies
444 W. 47th Street, Suite 900
Kansas City MO 64112-1906
(816) 960-9000
kcasu@lockton.com

**INSURED:** 1504344
YRC INC. DBA YRC FREIGHT
11500 OUTLOOK STREET
OVERLAND PARK KS 66211

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A: Old Republic Insurance Company | 24147 |
| INSURER B: Travelers Property Casualty Company of America | 25674 |
| INSURER C: | |
| INSURER D: | |
| INSURER E: | |
| INSURER F: | |

**COVERAGES** * **CERTIFICATE NUMBER:** 18251929  **REVISION NUMBER:** XXXXXXX

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY  ☐ CLAIMS-MADE  X OCCUR | Y | Y | MWML18562 | 6/1/2023 | 6/1/2024 | EACH OCCURRENCE | $6,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $1,000,000 |
| | | | | | | | MED EXP (Any one person) | $10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $6,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: X POLICY ☐ PROJECT ☐ LOC ☐ OTHER: | | | | | | GENERAL AGGREGATE | $6,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $6,000,000 |
| | | | | | | | | $ |
| A | AUTOMOBILE LIABILITY  X ANY AUTO  ☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS  ☐ HIRED AUTOS ONLY  ☐ NON-OWNED AUTOS ONLY | Y | Y | MWML18562 | 6/1/2023 | 6/1/2024 | COMBINED SINGLE LIMIT (Ea accident) | $6,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $XXXXXXX |
| | | | | | | | BODILY INJURY (Per accident) | $XXXXXXX |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $XXXXXXX |
| | | | | | | | | $XXXXXXX |
| | ☐ UMBRELLA LIAB  ☐ EXCESS LIAB  ☐ OCCUR  ☐ CLAIMS-MADE  DED ☐ RETENTION $ | | | NOT APPLICABLE | | | EACH OCCURRENCE | $XXXXXXX |
| | | | | | | | AGGREGATE | $XXXXXXX |
| | | | | | | | | $XXXXXXX |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? Y/N: N  (Mandatory in NH)  If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | Y | MWC108894 | 6/1/2023 | 6/1/2024 | X PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $6,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $6,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $6,000,000 |
| B B | CARGO PROPERTY | N | Y | QT-660-7S98668A-TIL-23 KTJ-CMB-1T61970-A-23 | 6/1/2023 3/1/2023 | 6/1/2024 3/1/2024 | $5,000,000 PER OCCURRENCE LIMIT: $100,000,000 | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
RE: 1265 LA QUINTA DRIVE ORLANDO, FL LINKBU#BR40026 & 6891 (NEW)   SEE NEXT PAGE

**CERTIFICATE HOLDER**

18251929
LINK LOGISTICS REAL ESTATE HOLDCO LLC
602 W OFFICE CENTER DR, SUITE 200
FT WASHINGTON PA 19034

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**

*Joseph M Agnello* (signature)

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)   The ACORD name and logo are registered marks of ACORD

CONTINUATION DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS (Use only if more space is required)

GPT ORLANDO TERMINAL OWNER LLC, CUSHMAN & WAKEFIELD US, INC., LINK LOGISTICS REAL ESTATE HOLDCO LLC , AND REVANTAGE CORPORATE SERVICES LLC ARE NAMED AS ADDITIONAL INSUREDS ON A PRIMARY/CONTRIBUTORY BASIS WITH RESPECT TO THE ABOVE GENERAL LIABILITY, AUTOMOBILE, AND EXCESS POLICIES IF REQUIRED BY A WRITTEN CONTRACT. WITH RESPECT TO LIABILITY ARISING OUT OF THAT PART OF THE PREMISES OR LAND LEASED BY THE INSURED WHILE IN THEIR CARE, CUSTODY AND CONTROL BUT ONLY TO THE EXTENT OF THE NAMED INSURED'S OWN NEGLIGENCE. PROPERTY POLICY SHALL BE PRIMARY TO ANY OTHER INSURANCE IN FORCE FOR OR WHICH MAY BE PURCHASED BY ADDITIONAL INSUREDS. ADDITIONAL INSUREDS ARE INCLUDED AS LOSS PAYEE AS RESPECT REFERENCED PROPERTY. WAIVER OF SUBROGATION APPLIES IN FAVOR OF CERTIFICATE HOLDER WITH RESPECTS TO PROPERTY COVERAGE AND WORKERS COMPENSATION, BUT ONLY TO THE NAME INSURED'S OWN NEGLIGENCE, AS AGREED BY WRITTEN CONTRACT AND ALLOWED BY LAW.

ACORD 25 (2016/03)    Certificate Holder ID: 18251929



# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 6/1/2024  5/26/2023

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | Lockton Companies<br>444 W. 47th Street, Suite 900<br>Kansas City MO 64112-1906<br>(816) 960-9000<br>kcasu@lockton.com | CONTACT NAME: | |
|---|---|---|---|
| | | PHONE (A/C, No, Ext): | FAX (A/C, No): |
| | | E-MAIL ADDRESS: | |
| | | INSURER(S) AFFORDING COVERAGE | NAIC # |
| | | INSURER A: Old Republic Insurance Company | 24147 |
| INSURED<br>1504314 | YRC INC. DBA YRC FREIGHT<br>11500 OUTLOOK STREET<br>OVERLAND PARK KS 66211 | INSURER B: Travelers Property Casualty Company of America | 25674 |
| | | INSURER C: Illinois Union Insurance Company | 27960 |
| | | INSURER D: | |
| | | INSURER E: | |
| | | INSURER F: | |

**COVERAGES**       CERTIFICATE NUMBER: 19421063       REVISION NUMBER: XXXXXXX

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS-MADE  X OCCUR | Y | Y | MWML18562 | 6/1/2023 | 6/1/2024 | EACH OCCURRENCE | $ 6,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 6,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY ☐ PROJECT ☐ LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $ 6,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $ 6,000,000 |
| | | | | | | | | $ |
| A | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>☐ OWNED AUTOS ONLY ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ONLY ☐ NON-OWNED AUTOS ONLY | Y | Y | MWML18562 | 6/1/2023 | 6/1/2024 | COMBINED SINGLE LIMIT (Ea accident) | $ 6,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | | | | | | | $ XXXXXXX |
| | ☐ UMBRELLA LIAB ☐ OCCUR<br>☐ EXCESS LIAB ☐ CLAIMS-MADE<br>☐ DED ☐ RETENTION $ | | | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | | | | | | | AGGREGATE | $ XXXXXXX |
| | | | | | | | | $ XXXXXXX |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY     Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ N<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | N/A | Y | MWC108894 | 6/1/2023 | 6/1/2024 | X PER STATUTE ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 6,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 6,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 6,000,000 |
| B<br>C | CARGO<br>POLLUTION LIABILITY | N | N | QT-660-7S98668A-TIL-23<br>PPI G2784652A-005 | 6/1/2023<br>9/11/2022 | 6/1/2024<br>9/11/2025 | $5,000,000 PER OCCURENCE<br>$1,00,000 PER INCIDENT<br>AGG: $2,000,000 DED: $100,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
RE: 50 BURT DRIVE, DEER PARK, NY LINKBU#BR40018 & 6889
GPT DEER PARK TERMINAL OWNERS LLC, IN HOUSE, LINK LOGISTICS REAL ESTATE HOLDCO LLC AND REVANTAGE CORPORATE SERVICES LLC ARE ADDITIONAL INSUREDS WITH RESPECT TO LIABILITY ARISING OUT OF THAT PART OF THE PREMISES OR LAND LEASED BY THE INSURED WHILE IN THEIR CARE, CUSTODY AND CONTROL BUT ONLY TO THE EXTENT OF THE NAMED INSURED'S OWN NEGLIGENCE.

GENERAL LIABILITY POLICY SHALL BE PRIMARY AND NON-CONTRIBUTORY WITH ANY OTHER INSURANCE IN FORCE FOR OR WHICH MAY BE PURCHASED BY ADDITIONAL INSUREDS

| CERTIFICATE HOLDER | CANCELLATION   See Attachment |
|---|---|
| 19421063<br>LINK LOGISTICS REAL ESTATE HOLDCO LLC<br>602 W OFFICE CENTER DR, SUITE 200<br>FT. WASHINGTON PA 19034 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br><br>*Joseph M Agnello* (signature) |

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)        The ACORD name and logo are registered marks of ACORD

CONTINUATION DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS (Use only if more space is required)

WAIVER OF SUBROGATION APPLIES IN FAVOR OF ADDITIONAL INSUREDS WITH RESPECTS TO GENERAL LIABILITY, AUTO LIABILITY AND WORKER'S COMPENSATION AS PER WRITTEN CONTRACT.

INSURER AFFORDING COVERAGE:
TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA NAIC#: 25674 POLICY NUMBER: KTJ-CMB-5K84843-3-23
EFF DATE: 03/01/2023 EXP DATE: 03/01/2024
TYPE OF INSURANCE: PROPERTY/ALL RISK
LIMIT DESCRIPTION: BLANKET LIMIT
LIMIT AMOUNT: $100,000,000

ACORD 25 (2016/03)                                                                                          Certificate Holder ID: 19421063



# CERTIFICATE OF LIABILITY INSURANCE

DATE (MM/DD/YYYY): 3/1/2024  5/26/2023

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

IMPORTANT: If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

| PRODUCER | Lockton Companies<br>444 W. 47th Street, Suite 900<br>Kansas City MO 64112-1906<br>(816) 960-9000<br>kcasu@lockton.com | CONTACT NAME: <br>PHONE (A/C, No, Ext): FAX (A/C, No):<br>E-MAIL ADDRESS: | | |
|---|---|---|---|---|
| | | INSURER(S) AFFORDING COVERAGE | | NAIC # |
| | | INSURER A : Old Republic Insurance Company | | 24147 |
| INSURED<br>1504346 | YELLOW LOGISTICS, INC.<br>F/K/A HNRY LOGISTICS, INC.<br>5200 W. 110TH STREET<br>OVERLAND PARK  KS 66211 | INSURER B : Travelers Property Casualty Company of America | | 25674 |
| | | INSURER C : | | |
| | | INSURER D : | | |
| | | INSURER E : | | |
| | | INSURER F : | | |

COVERAGES  CERTIFICATE NUMBER: 18249761  REVISION NUMBER: XXXXXXX

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS-MADE  X OCCUR | Y | Y | MWML18562 | 6/1/2023 | 6/1/2024 | EACH OCCURRENCE | $ 6,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $ 1,000,000 |
| | | | | | | | MED EXP (Any one person) | $ 10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $ 6,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER: | | | | | | GENERAL AGGREGATE | $ 6,000,000 |
| | X POLICY  ☐ PRO-JECT  ☐ LOC<br>OTHER: | | | | | | PRODUCTS - COMP/OP AGG | $ 6,000,000 |
| | | | | | | | | $ |
| A | AUTOMOBILE LIABILITY | Y | N | MWML18562 | 6/1/2023 | 6/1/2024 | COMBINED SINGLE LIMIT (Ea accident) | $ 6,000,000 |
| | X ANY AUTO | | | | | | BODILY INJURY (Per person) | $ XXXXXXX |
| | ☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS | | | | | | BODILY INJURY (Per accident) | $ XXXXXXX |
| | ☐ HIRED AUTOS ONLY  ☐ NON-OWNED AUTOS ONLY | | | | | | PROPERTY DAMAGE (Per accident) | $ XXXXXXX |
| | | | | | | | | $ XXXXXXX |
| | ☐ UMBRELLA LIAB  ☐ OCCUR<br>☐ EXCESS LIAB  ☐ CLAIMS-MADE | | | NOT APPLICABLE | | | EACH OCCURRENCE | $ XXXXXXX |
| | | | | | | | AGGREGATE | $ XXXXXXX |
| | ☐ DED  ☐ RETENTION $ | | | | | | | $ XXXXXXX |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY  Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED? ☐ N<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N<br>N/A | MWC108894 | 6/1/2023 | 6/1/2024 | X PER STATUTE  ☐ OTHER | |
| | | | | | | | E.L. EACH ACCIDENT | $ 6,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $ 6,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $ 6,000,000 |
| B | PROPERTY | N | N | KTJ-CMB-1T61970-A-23 | 3/1/2023 | 3/1/2024 | LIMIT: $100,000,000 | |

DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
RE: 1250 TERMINUS DRIVE, SUITE 200 LITHIA SPRINGS, GA 30122.

***SEE ATTACHED FOR ADDITIONAL INFORMATION***

| CERTIFICATE HOLDER | CANCELLATION |
|---|---|
| 18249761<br>LINK LOGISTICS REAL ESTATE HOLDCO LLC<br>602 W OFFICE CENTER DR, SUITE 200<br>FORT WASHINGTON PA 19034 | SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.<br><br>AUTHORIZED REPRESENTATIVE<br>*[signature] Joseph M Agnello* |

© 1988-2015 ACORD CORPORATION.  All rights reserved.

ACORD 25 (2016/03)      The ACORD name and logo are registered marks of ACORD

CONTINUATION DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS (Use only if more space is required)

BREIT INDUSTRIAL CANYON GA1B01 LLC, STREAM REALTY PARTNERS LP, LINK LOGISTICS REAL ESTATE HOLDCO LLC, REVANTAGE CORPORATE SERVICES LLC ARE LISTED AS ADDITIONAL INSUREDS WITH RESPECT TO LIABILITY ARISING OUT OF THAT PART OF THE PREMISES OR LAND LEASED BY THE INSURED WHILE IN THEIR CARE, CUSTODY, AND CONTROL BUT ONLY TO THE EXTENT OF THE NAMED INSURED'S OWN NEGLIGENCE. CAUSES OF LOSS – SPECIAL FORM PROPERTY INSURANCE 100% OF REPLACEMENT COST; COVERAGE EXTENDS TO ADDITIONS, IMPROVEMENTS & ALTERATIONS BUSINESS INTERRUPTION INSURANCE 1 YEAR OF NET INCOME PLUS OPERATING EXPENSES   GENERAL LIABILITY POLICY SHALL BE PRIMARY AND NON-CONTRIBUTORY WITH ANY OTHER INSURANCE IN FORCE FOR OR WHICH MAY BE PURCHASED BY ADDITIONAL INSURED.  WAIVER OF SUBROGATION APPLIES IN FAVOR OF ADDITIONAL INSURED WITH RESPECTS TO GENERAL LIABILITY AS PER WRITTEN CONTRACT AND WHERE ALLOWED BY LAW.



# CERTIFICATE OF LIABILITY INSURANCE

3/1/2024

**DATE (MM/DD/YYYY):** 6/30/2023

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE CERTIFICATE HOLDER. THIS CERTIFICATE DOES NOT AFFIRMATIVELY OR NEGATIVELY AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICIES BELOW. THIS CERTIFICATE OF INSURANCE DOES NOT CONSTITUTE A CONTRACT BETWEEN THE ISSUING INSURER(S), AUTHORIZED REPRESENTATIVE OR PRODUCER, AND THE CERTIFICATE HOLDER.

**IMPORTANT:** If the certificate holder is an ADDITIONAL INSURED, the policy(ies) must have ADDITIONAL INSURED provisions or be endorsed. If SUBROGATION IS WAIVED, subject to the terms and conditions of the policy, certain policies may require an endorsement. A statement on this certificate does not confer rights to the certificate holder in lieu of such endorsement(s).

**PRODUCER**
Lockton Companies
444 W. 47th Street, Suite 900
Kansas City MO 64112-1906
(816) 960-9000
kcasu@lockton.com

**CONTACT NAME:**
**PHONE (A/C, No, Ext):**
**FAX (A/C, No):**
**E-MAIL ADDRESS:**

| INSURER(S) AFFORDING COVERAGE | NAIC # |
|---|---|
| INSURER A : Old Republic Insurance Company | 24147 |
| INSURER B : Travelers Property Casualty Company of America | 25674 |
| INSURER C : | |
| INSURER D : | |
| INSURER E : | |
| INSURER F : | |

**INSURED** 1504344
NEW PENN MOTOR EXPRESS LLC
DBA NEW PENN MOTOR EXPRESS
11500 OUTLOOK STREET
OVERLAND PARK KS 66211

## COVERAGES    CERTIFICATE NUMBER: 18251928    REVISION NUMBER: XXXXXXX

THIS IS TO CERTIFY THAT THE POLICIES OF INSURANCE LISTED BELOW HAVE BEEN ISSUED TO THE INSURED NAMED ABOVE FOR THE POLICY PERIOD INDICATED. NOTWITHSTANDING ANY REQUIREMENT, TERM OR CONDITION OF ANY CONTRACT OR OTHER DOCUMENT WITH RESPECT TO WHICH THIS CERTIFICATE MAY BE ISSUED OR MAY PERTAIN, THE INSURANCE AFFORDED BY THE POLICIES DESCRIBED HEREIN IS SUBJECT TO ALL THE TERMS, EXCLUSIONS AND CONDITIONS OF SUCH POLICIES. LIMITS SHOWN MAY HAVE BEEN REDUCED BY PAID CLAIMS.

| INSR LTR | TYPE OF INSURANCE | ADDL INSD | SUBR WVD | POLICY NUMBER | POLICY EFF (MM/DD/YYYY) | POLICY EXP (MM/DD/YYYY) | LIMITS | |
|---|---|---|---|---|---|---|---|---|
| A | X COMMERCIAL GENERAL LIABILITY<br>☐ CLAIMS-MADE  X OCCUR | Y | N | MWML18562 | 6/1/2023 | 6/1/2024 | EACH OCCURRENCE | $6,000,000 |
| | | | | | | | DAMAGE TO RENTED PREMISES (Ea occurrence) | $1,000,000 |
| | | | | | | | MED EXP (Any one person) | $10,000 |
| | | | | | | | PERSONAL & ADV INJURY | $6,000,000 |
| | GEN'L AGGREGATE LIMIT APPLIES PER:<br>X POLICY ☐ PROJECT ☐ LOC<br>OTHER: | | | | | | GENERAL AGGREGATE | $6,000,000 |
| | | | | | | | PRODUCTS - COMP/OP AGG | $6,000,000 |
| | | | | | | | | $ |
| A | AUTOMOBILE LIABILITY<br>X ANY AUTO<br>☐ OWNED AUTOS ONLY  ☐ SCHEDULED AUTOS<br>☐ HIRED AUTOS ONLY  ☐ NON-OWNED AUTOS ONLY | Y | Y | MWML18562 | 6/1/2023 | 6/1/2024 | COMBINED SINGLE LIMIT (Ea accident) | $6,000,000 |
| | | | | | | | BODILY INJURY (Per person) | $XXXXXXX |
| | | | | | | | BODILY INJURY (Per accident) | $XXXXXXX |
| | | | | | | | PROPERTY DAMAGE (Per accident) | $XXXXXXX |
| | | | | | | | | $XXXXXXX |
| | ☐ UMBRELLA LIAB  ☐ OCCUR<br>☐ EXCESS LIAB  ☐ CLAIMS-MADE<br>☐ DED  ☐ RETENTION $ | | | NOT APPLICABLE | | | EACH OCCURRENCE | $XXXXXXX |
| | | | | | | | AGGREGATE | $XXXXXXX |
| | | | | | | | | $XXXXXXX |
| A | WORKERS COMPENSATION AND EMPLOYERS' LIABILITY     Y/N<br>ANY PROPRIETOR/PARTNER/EXECUTIVE OFFICER/MEMBER EXCLUDED?  N<br>(Mandatory in NH)<br>If yes, describe under DESCRIPTION OF OPERATIONS below | | N | MWC108894 | 6/1/2023 | 6/1/2024 | X PER STATUTE  ☐ OTHER | |
| | | | N/A | | | | E.L. EACH ACCIDENT | $6,000,000 |
| | | | | | | | E.L. DISEASE - EA EMPLOYEE | $6,000,000 |
| | | | | | | | E.L. DISEASE - POLICY LIMIT | $6,000,000 |
| B<br>B | CARGO<br>PROPERTY | N | N | QT-660-7S98668A-TIL-23<br>KTJ-CMB-1T61970-A-23 | 6/1/2023<br>3/1/2023 | 6/1/2024<br>3/1/2024 | $5,000,000 PER OCCURRENCE<br>LIMIT: $100,000,000 | |

**DESCRIPTION OF OPERATIONS / LOCATIONS / VEHICLES** (ACORD 101, Additional Remarks Schedule, may be attached if more space is required)
THIS CERTIFICATE SUPERSEDES ALL PREVIOUSLY ISSUED CERTIFICATES FOR THIS HOLDER, APPLICABLE TO THE CARRIERS LISTED AND THE POLICY TERM(S) REFERENCED.
RE: 6351 SOUTH HANOVER ROAD 100 100, ELKRIDGE MD 21075

**CERTIFICATE HOLDER**

18251928
LINK LOGISTICS REAL ESTATE HOLDCO LLC
602 W OFFICE CENTER DR, SUITE 200
FT. WASHINGTON PA 19034

**CANCELLATION**

SHOULD ANY OF THE ABOVE DESCRIBED POLICIES BE CANCELLED BEFORE THE EXPIRATION DATE THEREOF, NOTICE WILL BE DELIVERED IN ACCORDANCE WITH THE POLICY PROVISIONS.

**AUTHORIZED REPRESENTATIVE**
*[signature: Joseph M Agnello]*

© 1988-2015 ACORD CORPORATION. All rights reserved.

ACORD 25 (2016/03)    The ACORD name and logo are registered marks of ACORD

CONTINUATION DESCRIPTION OF OPERATIONS/LOCATIONS/VEHICLES/EXCLUSIONS ADDED BY ENDORSEMENT/SPECIAL PROVISIONS (Use only if more space is required)

Landlord/Owner, LINK LOGISTICS REAL ESTATE HOLDCO LLC AND REVANTAGE CORPORATE SERVICES LLC ARE INCLUDED AS ADDITIONAL INSUREDS, ON A PRIMARY AND NON-CONTRIBUTORY BASIS WITH RESPECT TO LIABILITY ARISING OUT OF THAT PART OF THE PREMISES OR LAND LEASED BY THE INSURED WHILE IN THEIR CARE, CUSTODY AND CONTROL BUT ONLY TO THE EXTENT OF THE NAMED INSURED'S OWN NEGLIGENCE. GENERAL LIABILITY INCLUDES COMPLETED OPERATIONS AS AGREED BY WRITTEN CONTRACT. WAIVER OF SUBROGATION APPLIES PER WRITTEN CONTRACT AND WHERE ALLOWED BY LAW. WAIVER OF SUBROGATION APPLIES IN FAVOR OF CERTIFICATE HOLDER WITH RESPECTS TO WORKERS COMPENSATION COVERAGE, AS AGREED BY WRITTEN CONTRACT AND ALLOWED BY LAW.