UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| YELLOW CORPORATION, et al, | Chapter 11 |
| | Case No. 2:23-11069-CTG |
| Debtor. | U.S. Holland LLC, 23-11079 |
| | Claim No. 15390 |
| | Yellow Corporation, 23-11069 |
| | Claim No. 15389 |
| | YRC, Inc., 23-11087 |
| | Claim No. 15391 |
| | (Jointly Administered) |
| | **Obj. Due: Jan. 15, 2024** |
| | **Hearing Date: Jan. 22, 2024, at 2pm EST** |

## CLAIMANT'S MOTION FOR RELIEF FROM STAY

NOW COMES, Kevin Cook, by and through counsel, and pursuant to 11 U.S.C. § 362(d)(1), respectfully requests this Court lift the automatic stay for Claimant's imminent Washtenaw County, Michigan personal injury action.

Claimant's claim arises out of an automobile accident in the State of Michigan in April 2023. A lawsuit has not yet been filed due to this bankruptcy filing. The involved vehicle was owned by YRC, Inc., and driven by Rickie Allen Oneil, believed to be an employee of YRC, Inc., U.S. Holland LLC, and/or Yellow Corporation. A copy of the relevant police report is attached as Exhibit 1.

YRC, Inc., U.S. Holland LLC, and Yellow Corporation are insured for its liability for the accident and damages to Claimant. Claimant forgoes any claim to YRC, Inc., U.S. Holland LLC, and/or Yellow Corporation's assets and limits his recovery to the insurance policy.

"The Bankruptcy Code provides that the bankruptcy court may grant relief from the automatic stay for cause." *In re Martin*, 542 B.R. 199, 202 (B.A.P. 6th Cir. 2015) (citing 11 U.S.C. § 362(d)(1)). "The decision whether or not to lift the automatic stay resides within the sound discretion of the bankruptcy court." *Id*.

The bankruptcy court "has no jurisdiction over proceedings that have no effect on the debtor or its estate." *Landry v. Exxon Pipeline Co*, 260 B.R. 769, 777 (Bankr. M.D. La. 2001) (citing *Celotex Corp v. Edwards*, 514 U.S. 300, 308 n. 6 (1995)).

It is established that "if a debtor does not have a direct interest in the proceeds of the insurance policy," then the insurance proceeds are not a part of the debtor's estate, and "do not fall within the scope of the automatic stay provision in 11 U.S.C. § 363(a)(3)." *In re Youngstown Osteopathic Hosp. Ass'n*, 271 B.R. 544, 548 (Bankr. N.D. Oh. 2002). "In other words, when the debtor has no legally cognizable claim to the insurance proceeds, those proceeds are not property of the estate." *Landry*, 260 B.R. at 786.

In *Landry*, the court explained, "[i]n the liability insurance context the debtor has no cognizable claim to the proceeds paid by an insurer on account of a covered claim. The proceeds are paid to the victim of the insured's wrongful act. The insured debtor cannot ask the insurance company to pay him, or determine on its own how the proceeds of the policy should be distributed, nor can any creditor of the insured seize the proceeds in satisfaction of a claim not falling within the terms of the insurance contract." *Landry*, 260 B.R. at 786.

Here, the insurance proceeds from Debtors' liability coverage are outside of the scope of the automatic stay because the Debtors have no direct interest in the proceeds.

Additionally, the law is settled that the filing of a bankruptcy petition does not eliminate the liability of debtor's automobile insurer and dictates that Mr. Cook may proceed against Debtors

in litigation to purse recovery from Debtors' insurers. For example, in the Sixth Circuit, "it is well settled" that neither an automatic stay nor a permanent discharge injunction prevents suit against the debtor "solely to determine liability in order to collect from the debtor's insurer." *In re Rodgers*, 266 B.R. 834 (Bankr. W.D. Tenn. 2001). See also *Mauriello v. Great American E and S Ins Co.*, 554 F. Appx. 382, 384 (6th Cir. 2014). *In re Morris*, 430 B.R. 824, 831 (Bankr. W.D. Tenn. 2010) ("[T]he clear majority of cases in both the Sixth Circuit and elsewhere have found that § 524(e) allows a creditor to proceed against the debtor as a nominal defendant in order to pursue recovery from a third party.").

"This approach is grounded in the rationale that it makes no sense to allow an insurer to escape coverage for injuries caused by its insured merely because the insured receives a bankruptcy discharge." *Mauriello*, 554 F. Appx. at 384. The Court recognized that parties "typically request relief from the automatic stay to the extent of available insurance and proceed against the debtor as a nominal defendant for the purpose of establishing the debtor's liability." *Id*.

Here, Debtors do not have an interest in the insurance proceeds from the automobile liability policy. Accordingly, the potential insurance proceeds from Debtors' automobile insurance policy are not part of the debtor's estate, and do not fall within the scope of the automatic stay. *Landry*, 260 B.R. at 777; *In re Youngstown*, 271 B.R. at 548. Therefore, this Court should grant Claimant's motion and lift the automatic stay as to his imminent lawsuit against Debtors.

WHEREFORE, Claimant, Kevin Cook, respectfully requests this Court grant this Motion for Relief from the Automatic Stay.

Respectfully Submitted,

*/s/ Madeline M. Sinkovich*

**Madeline M. Sinkovich P-82846**[1]
MIKE MORSE LAW FIRM
24901 Northwestern Highway, Suite 700
Southfield, Michigan 48075
<u>Madeline.sinkovich@855mikewins.com</u>
(248) 621-2245

Dated: January 4, 2024

---

[1] Claimant's counsel is a Michigan attorney prosecuting claim litigation pursuant to Local Rule 9010-1(e)(iii).

# EXHIBIT 1

| | |
|---|---|
| Authority: 1949 PA 300, Sec.257.622<br>Compliance: Required  MSP UD-10E<br>Penalty: $100 and/or 90 days  (Rev 11/2020) | External # 0348459  Crash ID 2862989 |

# STATE OF MICHIGAN TRAFFIC CRASH REPORT

Page 01 of 02
File Class 93001
Incident # 12305323

**ORI:** MI 4701200
**Department Name:** MSP Brighton
**Reviewer:** ROBERT CARTER

**Crash Date:** 04/15/2023
**Crash Time:** 10:00
**No. of Units:** 03
**Crash Type:** Rear End

**Special Circumstances:** ● None / ○ Fleeing Police / ○ Hit and Run / ○ Unknown / ○ School Bus / ○ Animal

**Special Checks:** ○ Fatal / ○ Non-Traffic Area / ○ ORV/Snowmobile

**County:** 81 - Washtenaw
**Traffic Control:** None
**Relation to Roadway:** On the Road
**Weather:** Cloudy
**Area:** FRWY Curved Roadway

**City/Twsp:** 19 - York Twp
**Contributing Circumstances 1st:** Backup - Other Incident
**2nd:**
**Light:** Daylight
**Road Surface Condition:** Dry
**Total Lanes:** 02
**Speed Limit:** 70
**Posted:** Yes

**Work Zone (if applicable):** Type / Workers Present / Activity / Location

## LOCATION

**Prefix:** N
**Primary Road Name:** US 23
**Road Type:**
**Suffix:**
**Divided Roadway:** N

**Distance / Direction:** 855 Feet NW
**Trafficway:** Divided Hwy with Barrier

**Prefix:**
**Intersecting Road Name:** CARPENTER
**Road Type:** RD
**Suffix:**
**Divided Roadway:**

## UNIT / DRIVER

**Unit Number:** 01
**Unit Known:** Yes
**State:** MI
**Driver License Number:** O540738044620
**Date of Birth (Age):** 08/08/1956 (66)
**License Type:** ● Operator / ○ Chauffeur / ○ Moped
**Endorsements:** ○ Cycle / ○ Farm / ○ Recreation
**Sex:** M
**Race:** W
**Total Occupants:** 01
**Hazardous Action:** Unable to Stop

**Unit Type:** MV
**Driver Information:** RICKIE ALEN ONEIL, 28622 CUMBERLAND DR, FARMINGTON HILLS, MI 48334   (248) 390-6656
**Driver is Owner:** No
**Injury:** O
**Position:** Front - Left
**Restraint:** Shoulder and Lap Belt

**Driver Condition at Time of Crash 1st:** Appeared Normal  **2nd:**
**Driver Distracted By:** Not Distracted
**Ejected:**
**Trapped:**
**Airbag Deployed:** Not Deployed

**Hospital:** OTHER
**Ambulance:** HURON VALLEY AMB INC

**Alcohol Suspected:** No
**Contributing Factor:** No
**Alcohol Test Type:** ○ Breath / ○ Blood / ○ Urine / ○ Field / ○ PBT / ○ Refused / ● Not Offered
**Alcohol Test Results:** ○ Pending  Test Results:
**Interlock Device:** No

**Drug Suspected:** No
**Contributing Factor:** No
**Drug Test Type:** ○ Blood / ○ Urine / ○ Field / ○ Refused / ● Not Offered
**Drug Test Results:** ○ Pending  Test Results:
**Citation Issued:** ● Hazardous / ○ Other  FAILED TO STOP SAFE DISTANCE

**Vehicle Registration:** 3252347
**State:** IN
**Vehicle Description:**
**Year:** 2023
**Make:** VOLVO
**Model:**
**Color:** WHI

**VIN:** 4V4W19EG9PN616928
**Vehicle Type:** Truck / Bus
**Special Vehicles:** Not Applicable
**Private Trailer Type:**
**Vehicle Defect:**

**Automation System(s) in Vehicle:** No
**Automation System Level in Vehicle:** No Automation
**Automation System Level Engaged at Time of Crash:** No Automation

**Insurance Company:** OLD REPUBLIC INS CO
**Insurance Policy #:** MWML18562
**Towed By:** SAKSTRUPS TOWING
**Towed To:**

**Location of Greatest Damage:** 02
**First Impact:** 02
**Extent of Damage (Power Unit and/or Trailers):** Disabling Damage
**Vehicle Direction:** N
**Vehicle Use:** Commercial (Business)
**Action Prior:** Going Straight Ahead

**Sequence of Events:** First: ● 17 - Motor Veh in Transport  Second:  Third:  Fourth:
(● indicates MOST harmful event)

## PASSENGERS

**Passenger Information:**  **Date of Birth (Age):**  **Sex:**  **Race:**  **Position:**  **Restraint:**
**Injury:**  **Ejected:**  **Trapped:**  **Airbag Deployed:**
**Hospital:**  **Ambulance:**

**Passenger Information:**  **Date of Birth (Age):**  **Sex:**  **Race:**  **Position:**  **Restraint:**
**Injury:**  **Ejected:**  **Trapped:**  **Airbag Deployed:**
**Hospital:**  **Ambulance:**

## TRUCK/BUS

**Carrier Information:** YRC INC, 10990 ROE AVE, OVERLAND PARK, KS 66216
**USDOT:** 000000075806
**MC:**
**MPSC:**

**Driver's CDL Type:** Group A
**Endorsements:** ○ H  ○ P  ○ T / ○ N  ○ S  ○ X
**CDL Exempt:** ○ Farm / ○ Other

**GVWR/GCWR:** ○ 10,000 lbs. or Less / ○ 10,001 - 26,000 lbs. / ● Greater than 26,000 lbs.
**Vehicle Configuration:** Tractor / Semi-Trailer
**Cargo Body Type:** 1
**Medical Card:** No
**Hazardous Material:** ○ Placard  ○ Cargo Spill
**ID #:**
**Class #:**

## OWNERS

**Owner Information:** YRC INC, 10990 ROE AVE, OVER LAND PARK, KS 66216
**Owner Information:**

**Damaged Property:**
**Public:**
**Owner & Phone:**

## UNIT / DRIVER

| Field | Value |
|---|---|
| Unit Number | 02 |
| Unit Known | Yes |
| State | MI |
| Driver License Number | C200465429746 |
| Date of Birth (Age) | 09/27/1968 (54) |
| License Type | ● Operator ○ Chauffeur ○ Moped |
| Endorsements | ○ Cycle ○ Farm ○ Recreation |
| Sex | M |
| Race | W |
| Total Occupants | 01 |
| Hazardous Action | None |
| Unit Type | MV |
| Driver Information | KEVIN JOHN COOK, 4388 JACOB RD, GRASS LAKE, MI 49240 (734) 759-7332 |
| Driver is Owner | Yes |
| Injury | B |
| Position | Front - Left |
| Restraint | Shoulder and Lap Belt |
| Driver Condition at Time of Crash 1st | Appeared Normal |
| 2nd | |
| Driver Distracted By | Not Distracted |
| Ejected | |
| Trapped | |
| Airbag Deployed | Deployed - Combination |
| Hospital | NONE |
| Ambulance | NONE |
| Alcohol Suspected | No |
| Contributing Factor | No |
| Alcohol Test Type | ○ Breath ○ Blood ○ Urine ○ Field ○ PBT ○ Refused ● Not Offered |
| Alcohol Test Results | ○ Pending  Test Results: |
| Interlock Device | No |
| Drug Suspected | No |
| Contributing Factor | No |
| Drug Test Type | ○ Blood ○ Urine ○ Field ○ Refused ● Not Offered |
| Drug Test Results | ○ Pending  Test Results: |
| Citation Issued | ○ Hazardous ○ Other |
| Vehicle Registration | DDE7910 |
| State | MI |
| Vehicle Description | |
| Year | 2014 |
| Make | GMC |
| Model | ACADIA |
| Color | WHI |
| VIN | 1GKKVTKD8EJ314402 |
| Vehicle Type | Passenger Car, SUV, Van |
| Special Vehicles | Not Applicable |
| Private Trailer Type | |
| Vehicle Defect | |
| Automation System(s) in Vehicle | No |
| Automation System Level in Vehicle | No Automation |
| Automation System Level Engaged at Time of Crash | No Automation |
| Insurance Company | AMICA MUTUAL |
| Insurance Policy # | 930221205T |
| Towed By | SAKSTRUPS TOWING |
| Towed To | |
| Location of Greatest Damage | 10 |
| First Impact | 05 |
| Extent of Damage (Power Unit and/or Trailers) | Disabling Damage |
| Vehicle Direction | N |
| Vehicle Use | Private |
| Action Prior | Slowing/Stop on Roadway |
| Sequence of Events (● indicates MOST harmful event) | First: ● 17 - Motor Veh in Transport; Second: 17 - Motor Veh in Transport; Third: ; Fourth: |

## PASSENGERS

| Passenger Information | Date of Birth (Age) | Sex | Race | Position | Restraint |
|---|---|---|---|---|---|
| | | | | | |
| Injury | Ejected | Trapped | Airbag Deployed | | |
| Hospital | | | Ambulance | | |
| Passenger Information | Date of Birth (Age) | Sex | Race | Position | Restraint |
| | | | | | |
| Injury | Ejected | Trapped | Airbag Deployed | | |
| Hospital | | | Ambulance | | |

## TRUCK/BUS

Carrier Information

USDOT | MC | MPSC

Driver's CDL Type | Endorsements: ○H ○P ○T ○N ○S ○X | CDL Exempt: ○Farm ○Other

GVWR/GCWR: ○ 10,000 lbs. or Less  ○ 10,001 - 26,000 lbs.  ○ Greater than 26,000 lbs.

Vehicle Configuration | Cargo Body Type | Medical Card | Hazardous Material: ○ Placard ○ Cargo Spill | ID # | Class #

## OWNERS

Owner Information | Owner Information

## WITNESS

Witness Information | Witness Information

| Investigated at Scene | Reported Date (Time) | 1st Investigator Name (Badge) | 2nd Investigator Name (Badge) | Photos |
|---|---|---|---|---|
| Yes | 04/15/2023 (10:27) | CODY RAY WIGGINS (1200) | | No |

**Narrative**
Unit 1 was unable to stop in a safe distance before striking Unit 2 which struck Unit 3. Unit 1 driver reported head, neck, and back pain.

**Diagram**
Diagram Drawn Not To Scale
NB US 23 FWY near CARPENTER RD

| Authority: 1949 PA 300, Sec.257.622 | External # | Crash ID | Page 02 of 02 |
|---|---|---|---|
| Compliance: Required    MSP UD-10E | 0348459 | 2862989 | File Class 93001 |
| Penalty: $100 and/or 90 days  (Rev 11/2020) | | | Incident # 12305323 |

# STATE OF MICHIGAN TRAFFIC CRASH REPORT

| ORI | Department Name | Reviewer |
|---|---|---|
| MI 4701200 | MSP Brighton | ROBERT CARTER |

| Crash Date | Crash Time | No. of Units | Crash Type | Special Circumstances | Special Checks |
|---|---|---|---|---|---|
| 04/15/2023 | 10:00 | 03 | Rear End | ● None  ○ Hit and Run  ○ School Bus  ○ Fleeing Police  ○ Unknown  ○ Animal | ○ Fatal  ○ Non-Traffic Area  ○ ORV/Snowmobile |

| County | Traffic Control | Relation to Roadway | Weather | Area |
|---|---|---|---|---|
| 81 - Washtenaw | None | On the Road | Cloudy | FRWY Curved Roadway |

| City/Twsp | Contributing Circumstances 1st / 2nd | Light | Road Surface Condition | Total Lanes | Speed Limit | Posted |
|---|---|---|---|---|---|---|
| 19 - York Twp | Backup - Other Incident | Daylight | Dry | 02 | 70 | Yes |

| Work Zone (if applicable) Type | Workers Present | Activity | Location |
|---|---|---|---|

## LOCATION

| Prefix | Primary Road Name | Road Type | Suffix | Divided Roadway |
|---|---|---|---|---|
| N | US 23 | | | N |

| Distance / Direction | Trafficway |
|---|---|
| 855 Feet NW | Divided Hwy with Barrier |

| Prefix | Intersecting Road Name | Road Type | Suffix | Divided Roadway |
|---|---|---|---|---|
| | CARPENTER | RD | | |

## UNIT / DRIVER

| Unit Number | Unit Known | State | Driver License Number | Date of Birth (Age) | License Type | Endorsements | Sex | Race | Total Occupants | Hazardous Action |
|---|---|---|---|---|---|---|---|---|---|---|
| 03 | Yes | MD | MD10272175921 | 12/09/1989 (33) | ● Operator  ○ Chauffeur  ○ Moped | ○ Cycle  ○ Farm  ○ Recreation | M | W | 02 | None |

| Unit Type | Driver Information | Driver is Owner | Injury | Position | Restraint |
|---|---|---|---|---|---|
| MV | ROBERT LEE FOGLE  11802 BROWNINGSVILLE RD  MONROVIA, MD  21770   (240) 367-7447 | Yes | O | Front - Left | Shoulder and Lap Belt |

| Driver Condition at Time of Crash 1st / 2nd | Driver Distracted By | Ejected | Trapped | Airbag Deployed |
|---|---|---|---|---|
| Appeared Normal | Not Distracted | | | Not Deployed |

| Hospital | Ambulance |
|---|---|
| NONE | NONE |

| Alcohol Suspected | Contributing Factor | Alcohol Test Type | Alcohol Test Results | Interlock Device |
|---|---|---|---|---|
| No | No | ○ Breath  ○ Blood  ○ Urine  ○ Field  ○ PBT  ○ Refused  ● Not Offered | ○ Pending  Test Results: | No |

| Drug Suspected | Contributing Factor | Drug Test Type | Drug Test Results | Citation Issued |
|---|---|---|---|---|
| No | No | ○ Blood  ○ Urine  ○ Field  ○ Refused  ● Not Offered | ○ Pending  Test Results: | ○ Hazardous  ○ Other |

| Vehicle Registration | State | Vehicle Description | Year | Make | Model | Color |
|---|---|---|---|---|---|---|
| 6CA2755 | MD | | 2015 | FORD | F350 | BLU |

| VIN | Vehicle Type | Special Vehicles | Private Trailer Type | Vehicle Defect |
|---|---|---|---|---|
| 1FT8W3BT5FEB09849 | Pickup Truck | Not Applicable | Farm Equipment | |

| Automation System(s) in Vehicle | Automation System Level in Vehicle | Automation System Level Engaged at Time of Crash |
|---|---|---|
| No | No Automation | No Automation |

| Insurance Company | Insurance Policy # | Towed By | Towed To |
|---|---|---|---|
| TWIN CITY FIRE INS CO | 30PH211962722514 | | |

| Location of Greatest Damage | First Impact | Extent of Damage (Power Unit and/or Trailers) | Vehicle Direction | Vehicle Use | Action Prior |
|---|---|---|---|---|---|
| 11 | 06 | Minor Damage | N | Commercial (Business) | Slowing/Stop on Roadway |

| Sequence of Events (● indicates MOST harmful event) | First | Second | Third | Fourth |
|---|---|---|---|---|
| | ● 17 - Motor Veh in Transport | | | |

## PASSENGERS

| Passenger Information | Date of Birth (Age) | Sex | Race | Position | Restraint |
|---|---|---|---|---|---|
| WALTER MARTIN GLADHILL  10530 RENNER RD  UNION BRIDGE, MD  21791 | 04/05/1963 (60) | M | W | Front - Right | Shoulder and Lap Belt |

| Injury | Ejected | Trapped | Airbag Deployed |
|---|---|---|---|
| O | | | Not Deployed |

| Hospital | Ambulance |
|---|---|
| NONE | NONE |

| Passenger Information | Date of Birth (Age) | Sex | Race | Position | Restraint |
|---|---|---|---|---|---|
| | | | | | |

| Injury | Ejected | Trapped | Airbag Deployed |
|---|---|---|---|

| Hospital | Ambulance |
|---|---|

## TRUCK/BUS

| Carrier Information | USDOT | MC | MPSC |
|---|---|---|---|
| | | | |

| Driver's CDL Type | Endorsements | CDL Exempt |
|---|---|---|
| | ○ H  ○ P  ○ T  ○ N  ○ S  ○ X | ○ Farm  ○ Other |

| GVWR/GCWR | Vehicle Configuration | Cargo Body Type | Medical Card | Hazardous Material | ID # | Class # |
|---|---|---|---|---|---|---|
| ○ 10,000 lbs. or Less  ○ 10,001 - 26,000 lbs.  ○ Greater than 26,000 lbs. | | | | ○ Placard  ○ Cargo Spill | | |

## OWNERS

| Owner Information | Owner Information |
|---|---|
| | |

| Damaged Property | Public | Owner & Phone |
|---|---|---|
| | | |

## UNIT/DRIVER

| Unit Number | Unit Known | State | Driver License Number | Date of Birth (Age) | License Type | Endorsements | Sex | Race | Total Occupants | Hazardous Action |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | O Operator<br>O Chauffeur<br>O Moped | O Cycle<br>O Farm<br>O Recreation | | | | |

| Unit Type | Driver Information | Driver is Owner | Injury | Position | Restraint |
|---|---|---|---|---|---|
| | | | | | |

| Driver Condition at Time of Crash | | Driver Distracted By | Ejected | Trapped | Airbag Deployed |
|---|---|---|---|---|---|
| 1st | 2nd | | | | |

| Hospital | Ambulance |
|---|---|
| | |

| Alcohol Suspected | Contributing Factor | Alcohol Test Type | Alcohol Test Results | | Interlock Device |
|---|---|---|---|---|---|
| | | O Breath   O Blood   O Urine<br>O Field   O PBT   O Refused   O Not Offered | O Pending | Test Results: | |

| Drug Suspected | Contributing Factor | Drug Test Type | Drug Test Results | | Citation Issued |
|---|---|---|---|---|---|
| | | O Blood   O Urine<br>O Field   O Refused   O Not Offered | O Pending | Test Results: | O Hazardous<br>O Other |

| Vehicle Registration | State | Vehicle Description | Year | Make | Model | Color |
|---|---|---|---|---|---|---|
| | | | | | | |

| VIN | Vehicle Type | Special Vehicles | Private Trailer Type | Vehicle Defect |
|---|---|---|---|---|
| | | | | |

| Automation System(s) in Vehicle | Automation System Level in Vehicle | Automation System Level Engaged at Time of Crash |
|---|---|---|
| | | |

| Insurance Company | Insurance Policy # | Towed By | Towed To |
|---|---|---|---|
| | | | |

| Location of Greatest Damage | First Impact | Extent of Damage (Power Unit and/or Trailers) | Vehicle Direction | Vehicle Use | Action Prior |
|---|---|---|---|---|---|
| | | | | | |

| Sequence of Events<br>(● indicates MOST harmful event) | First | Second | Third | Fourth |
|---|---|---|---|---|
| | | | | |

## PASSENGERS

| Passenger Information | Date of Birth (Age) | Sex | Race | Position | Restraint |
|---|---|---|---|---|---|
| | | | | | |
| | Injury | Ejected | Trapped | Airbag Deployed | |

| Hospital | Ambulance |
|---|---|
| | |

| Passenger Information | Date of Birth (Age) | Sex | Race | Position | Restraint |
|---|---|---|---|---|---|
| | | | | | |
| | Injury | Ejected | Trapped | Airbag Deployed | |

| Hospital | Ambulance |
|---|---|
| | |

## TRUCK/BUS

| Carrier Information | USDOT | MC | MPSC |
|---|---|---|---|
| | | | |
| | Driver's CDL Type | Endorsements<br>O H   O P   O T<br>O N   O S   O X | CDL Exempt<br>O Farm<br>O Other |

| GVWR/GCWR | Vehicle Configuration | Cargo Body Type | Medical Card | Hazardous Material | ID # | Class # |
|---|---|---|---|---|---|---|
| O 10,000 lbs. or Less   O 10,001 - 26,000 lbs.   O Greater than 26,000 lbs. | | | | O Placard   O Cargo Spill | | |

## OWNERS

| Owner Information | Owner Information |
|---|---|
| | |

## WITNESS

| Witness Information | Witness Information |
|---|---|
| | |

| Investigated at Scene | Reported Date (Time) | 1st Investigator Name (Badge) | 2nd Investigator Name (Badge) | Photos |
|---|---|---|---|---|
| | | | | |

| Narrative | Diagram |
|---|---|
| | |

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| YELLOW CORPORATION, et al, | Chapter 11<br>Case No. 2:23-11069-CTG |
| Debtor. | U.S. Holland LLC, 23-11079<br>    Claim No. 15390<br>Yellow Corporation, 23-11069<br>    Claim No. 15389<br>YRC, Inc., 23-11087<br>    Claim No. 15391 |
| | (Jointly Administered) |
| | **Obj. Due: Jan. 15, 2024**<br>**Hearing Date: Jan. 22, 2024, at 2pm EST** |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on January 4, 2024, Kevin Cook ("Claimant") filed *Claimant's Motion for Relief from Stay* (the "Motion)" in the United States Bankruptcy Court for the District of Delaware seeking relief from the automatic stay.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Rule 9006-1(c)(ii) any objections to the Motion must be filed on or before January 15, 2024, with the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 Market Street, Wilmington Delaware 19801. At the same time, you must serve a copy of any objection to the Motion for Relief on Movant's undersigned counsel on or before the Objection Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing will be held on **January 22, 2024 at 2:00 p.m. (ET)** before Craig T. Goldblatt in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801, if an objection is filed.

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Date: January 4, 2024                    */s/ Madeline M. Sinkovich*

**Madeline M. Sinkovich P-82846**[1]
24901 Northwestern Highway, Suite 700
Southfield, Michigan 48075
(248) 621-2245
Madeline.sinkovich@855mikewins.com

---

[1] Claimant's counsel is a Michigan attorney prosecuting claim litigation pursuant to Local Rule 9010-1(e)(iii).

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| YELLOW CORPORATION, et al, | Chapter 11 |
| | Case No. 2:23-11069-CTG |
| Debtor. | U.S. Holland LLC, 23-11079 |
| | Claim No. 15390 |
| | Yellow Corporation, 23-11069 |
| | Claim No. 15389 |
| | YRC, Inc., 23-11087 |
| | Claim No. 15391 |
| | (Jointly Administered) |

**ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

This matter having come before the Court on Claimant Kevin Cook's Motion for Relief from the Automatic Stay, the Court having considered the motion, and having found cause:

IT IS ORDERED that the motion is granted.

_____
Hon. Craig T. Goldblatt

Dated: _____

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

IN RE:

| | |
|---|---|
| YELLOW CORPORATION, et al, | Chapter 11 |
| | Case No. 2:23-11069-CTG |
| Debtor. | U.S. Holland LLC, 23-11079 |
| | Claim No. 15390 |
| | Yellow Corporation, 23-11069 |
| | Claim No. 15389 |
| | YRC, Inc., 23-11087 |
| | Claim No. 15391 |
| | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of January 2024, I served the following paper: "Claimant's Motion for Relief From Stay" with attachments to all parties of record via CM/ECF filing.

Date: January 4, 2024          */s/ Madeline M. Sinkovich*
                               **Madeline M. Sinkovich P-82846**[1]
                               24901 Northwestern Highway, Suite 700
                               Southfield, Michigan 48075
                               (248) 621-2245
                               Madeline.sinkovich@855mikewins.com

---

[1] Claimant's counsel is a Michigan attorney prosecuting claim litigation pursuant to Local Rule 9010-1(e)(iii).