IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.,* | ) | Case No. 23-11069 (CTG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |

**JOINDER OF LAUREEN WATERS-OCASIO TO OBJECTIONS TO THE MOTION OF DEBTORS TO ESTABLISH ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR RESOLUTION OF CERTAIN LITIGATION CLAIMS AND EQUITABLE RELIEF**

Laureen Waters-Ocasio ("Objector"), by and through her undersigned counsel, hereby submits this joinder to the objections already filed and to be filed (together, the "Objections") to the Motion of the Debtors to Establish Alternative Dispute Resolution Procedures for Resolution of Certain Litigation Claims and for Related Relief Filed by Yellow Corporation [D.I. 1329] (the "Motion to Establish ADR") filed by the above-captioned Debtors. In support hereof, Objector respectfully states as follows:

**BACKGROUND**

1. On December 11, 2023, Debtors filed the Motion to Establish ARD. *See* D.I. 1329.

1

2. On December 26, 2023, December 27, 2023, and January 3, 2024, multiple Objections and Joinders to the Objections were filed. *See* D.I. 1486, 1489, 1490, 1492, 1554, 1581, 1582, 1583, and 1585.

3. Additional objections and joinders are expected to be filed by other similarly situated personal injury plaintiffs.

## **JOINDER**

4. Objector hereby joins in and incorporates as its own the legal and factual arguments made in the Objections.

5. Objector reserves the right to supplement or amend this Joinder, or raise additional objections. Objector further reserves the right to participate in any hearing on the Objections, including to present argument and examine witnesses.

WHEREFORE, Objector respectfully requests that the Court deny the Debtors' Motion to Establish ADR until the ADR procedures are modified to adequately address the concerns of Objector and other claimants and that Objector be awarded such further additional relief as may be just and proper under the

circumstances.

Date: January 5, 2024			THE POWELL FIRM, LLC

					 /s/ Jason C. Powell
					JASON C. POWELL, ESQUIRE (No. 3768)
					THOMAS REICHERT, ESQUIRE (No. 6220)
					1813 N. Franklin Street
					P.O. Box 289
					Wilmington, DE 19899
					(302)650-1572
					jpowell@delawarefirm.com
					treichert@delawarefirm.com