IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case Nos. 23-11069 (CTG), *et seq.*<br>(jointly administered)<br><br>Hearing date: January 22, 2024, 2:00 p.m.<br>Objection deadline: January 15, 2023 |

## **NOTICE OF MOTION**

**TO:  Parties listed on the Certificate of Service**

Tariq Osman ("Movant") has filed a Motion for Relief From The Automatic Stay (the "Motion"), which seeks the following relief: Relief from the automatic stay to prosecute litigation under applicable non-bankruptcy law against one or more of the above-captioned debtors for claims arising from a vehicle accident, including but not limited to pursuing available insurance proceeds.

**HEARING ON THE MOTION WILL BE HELD ON JANUARY 22, 2024 AT 2:00 P.M. PREVAILING EASTERN TIME.**

You are required to file a response, if any, on or before January 15, 2024 at 4:00 P.M. Prevailing Eastern Time. At the same time, you must also serve a copy of the response upon Movant's attorneys:

| | |
|---|---|
| Adam Hiller, Esquire<br>Hiller Law, LLC<br>300 Delaware Avenue<br>Suite 210, #227<br>Wilmington, Delaware 19801<br>(302) 442-7677 telephone<br>ahiller@adamhillerlaw.com | Kamela J. James, Esquire<br>Morgan P. Cartwright, Esquire<br>Law Offices Of Kamela James, PLLC<br>209 Quince Street NE<br>Olympia, WA 98506<br>(360) 943-0555 telephone<br>morgan@olyinjurylawyers.com |

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

      The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

      IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated: January 5, 2024
       Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

  **/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

-and-

Kamela J. James, Esquire
Morgan P. Cartwright, Esquire
Law Offices Of Kamela James, PLLC
209 Quince Street NE
Olympia, WA 98506
(360) 943-0555 telephone
morgan@olyinjurylawyers.com

*Attorneys for Movant, Tariq Osman*