# EXHIBIT A

R5503B11 | SRG0001  
User: PCHHAY  
1/4/2024    13:59:24  
Page -    1 of 1

# Tenant Status Report
## SRMC FBO Orange Bat/SRG Bardee
### For the period 12/29/2023 - 1/31/2024

| Company | Tenant Number | Tenant Name | Lease Number | Building | Unit Number | Bill Code | Previous Unpaid Balance | Current Charges | Current Collected | Current Unpaid Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| 00300 | 1907157 | USF Reddaway Inc | 00136400 | 300 | 2200 | AA | 129.83 | | | 129.83 |
| 00300 | 1907157 | USF Reddaway Inc | 00136400 | 300 | 2200 | CE | 275.72 | 217.00 | 217.00- | 275.72 |
| 00300 | 1907157 | USF Reddaway Inc | 00136400 | 300 | 2200 | DE | 16,214.50 | | | 16,214.50 |
| 00300 | 1907157 | USF Reddaway Inc | 00136400 | 300 | 2200 | RT | 73,348.05 | 75,609.64 | 75,614.00- | 73,343.69 |
| | Tenant Number | 1907157 USF Reddaway Inc | | | | | 89,968.10 | 75,826.64 | 75,831.00- | 89,963.74 |
| | | Company | 00300 SRMC FBO Orange Bat/SRG Bardee | | | | 89,968.10 | 75,826.64 | 75,831.00- | 89,963.74 |
| | | | | | | Grand Total | 89,968.10 | 75,826.64 | 75,831.00- | 89,963.74 |

        

Last sign in:  12/28/2023 7:21 AM PST†

‹ Back to search results

## Transaction details: 0000000000

### Overview

**Status**
● Received by bank

**Date**
12/29/2023

**Account number**
1453741762

**Account name**
SARES REGIS MANAGEMENT COMPANY LP

**Bank ID**
122000661

**Reference**
0000000000

**Bank reference**
62015342472

**Value date**
-

**1 day float**
0.00

**2 day float**
0.00

**Immediate avail**
0.00

**Amount**
75,831.00

**Currency**
USD

**Counterparty**
-

**Credit/Debit**
CREDIT

**Transaction type**
Corporate Trade Payment Credit (164)

**Text/detail**
YELLOW ROADWAY DES:EPOSPYMNTS ID:200338151 INDN:SARES REGIS MANA CO ID:3008387242 CTX ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE.

