# EXHIBIT B

# Invoice

Metropolitan Builders, Inc.
4888 Archibald Ave.
Rancho Cucamonga, CA 91737

| Date | Invoice # |
|---|---|
| 7/18/2023 | 19-8032 |

**Bill To**

Orange Batavia I
C/O Sares Regis Management Company, LP
3501 Jamboree Road #3000
Newport Beach, CA 92660

| P.O. No. | Terms | Project |
|---|---|---|
| 2200 N. Batavia | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | 2200 N. Batavia Ave. Santa Ana, CA<br>Underground Electrical and PANEL ROOM Work<br>My initial report finds that there are several issues inside the space, which start from the MSB. The 3 phase breakers need to be replaced with a single-phase style breaker, and any abandoned or unused cabling hooked up to any MSB switches should be terminated in the MSB and anywhere in the field.<br><br>Upon arrival at the site, there was an immediate measurement of electricity emitting around the northern light Pole. Upon measure of the electrification, the circuit breaker was turned off, subsequently turning off the lights in the north parking lot. New conductors features need to be pulled into this area, providing not only 277 power for lighting but also 120 V power for security cameras and peripherals. Located on the pole.<br><br>The wire between the 2 lighting Poles which actually needs to be removed and proper 120 power provided the security camera to be a receptacle and constant 277 non switch power to lighting polls. Subsequent time clock needs to Demote from their illegally mounted non nima 3R exterior housing Location on side of Pole and relocated to a centralized location inside of MSB road.<br>Remove existing underground electrical wires and abandoned feeders<br>locate circuits and terminate all hazardous conditions<br>single three(3) phase breakers in MSB<br>Install single phase 277v/480v breaker in MSB<br><br>Locate 120/280v Panel and provide 20 amp single phase breaker for CAMERAS<br>Install a Astrological time clock 277v for new lighting feeders<br>EXTERIOR BUILDING WORK<br>Remove existing lighting pole if needed when new wire are pulled to pole.Remove all feeder wires to and between lighting poles. Remove existing transformers that service camera system and CENTRALIZE<br>Remove and provide new wire to Trio light on BOTH lighting poles. Connect new feeder wires to new light pole wires and separate 120v from 277v lighting circuits.<br>Optional Parking lot opening and Fixture replacement | 16,850.00 | 16,850.00 |

Thank you for your business.

| Phone # | **Total** |
|---|---|
| 909-941-6725 | |

Page 1

Metropolitan Builders, Inc.
4888 Archibald Ave.
Rancho Cucamonga, CA 91737

# Invoice

| Date | Invoice # |
|---|---|
| 7/18/2023 | 19-8032 |

**Bill To**

Orange Batavia I
C/O Sares Regis Management Company, LP
3501 Jamboree Road #3000
Newport Beach, CA 92660

| P.O. No. | Terms | Project |
|---|---|---|
| 2200 N. Batavia | Due on receipt | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| | Should the parking lot needed to be opened and underground ducting repaired | | |
| | Rental Equipment | | |
| | Above scope of work includes all underground and required connections for a 5X5 trench opening and resurfacing. | | |
| | Insurance / Bond | 337.00 | 337.00 |
| | General Conditions | 842.50 | 842.50 |
| | Contractors Fees | 1,685.00 | 1,685.00 |

Thank you for your business.

Phone #
909-941-6725

**Total** $19,714.50

Page 2

# EXHIBIT "A"

## CONDITIONAL WAIVER AND RELEASE ON FINAL PAYMENT
[Civil Code Section 8136]

**NOTICE: THIS DOCUMENT WAIVES THE CLAIMANT'S LIEN, STOP PAYMENT NOTICE, AND PAYMENT BOND RIGHTS EFFECTIVE ON RECEIPT OF PAYMENT. A PERSON SHOULD NOT RELY ON THIS DOCUMENT UNLESS SATISFIED THAT THE CLAIMANT HAS RECEIVED PAYMENT.**

### Identifying Information

Name of Claimant: METROPOLITAN BUILDERS INC.
Name of Customer: Orange Batavia I
Job Location: 2200 N Batavia St, Orange, CA 92865
Owner: Orange Batavia I

### Conditional Waiver and Release

This document waives and releases lien, stop payment notice, and payment bond rights the claimant has for labor and service provided, and equipment and material delivered, to the customer on this job. Rights based upon labor or service provided, or equipment or material delivered, pursuant to a written change order that has been fully executed by the parties prior to the date that this document is signed by the claimant, are waived and released by this document, unless listed as an Exception below. This document is effective only on the claimant's receipt of payment from the financial institution on which the following check is drawn:

Maker of Check: Orange Batavia I
Amount of Check: $ 19,714.50
Check Payable to: METROPOLITAN BUILDERS INC.

### Exceptions

This document does not affect any of the following:
Disputed claims for extras in the amount of: $ _____

Signature

Claimant's Signature: _____
Claimant's Title: Accounting
Date of Signature: 7/18/2023

**From:** Thompson, Mark
**Sent:** Wednesday, June 21, 2023 10:05 AM
**To:** bauer@sares-regis.com
**Subject:** Signed quote

Brett,

Here is the signed quote.

**Thank you,**

**Mark Thompson**
Facilities Coordinator
Mark.thompson@myyellow.com
Office: **616.395.5030** | Fax: **913.317.0920**

 

Did you know that Properties has a Navigator page where you can submit work requests?
Find it in Navigator by searching for Properties Maintenance Requests.

2

# METROPOLITAN BUILDERS INC.

*Proposal*

4888 Archibald Ave.
Rancho Cucamonga, CA 91737
Phone (909) 941-6725  Fax (909) 941-6425

License # 1013092

DATE: 05/31/23
PROPOSAL #: 03-152023-1

| Submitted to: | Work To Be Performed At: |
|---|---|
| Sares Regis Group | 2200 N Batavia |
| Attn: | Santa Anna CA |
| 3601 Jamboree Road Suite 3000 | |
| Newport Beach, CA 92660 | |

We will furnish labor and material necessary for the completion of the above location as specified.

| SCOPE OF WORK | COST | LABOR HRS | COST PER hr. | TOTAL |
|---|---|---|---|---|
| **Underground Electrical and PANEL ROOM Work** | | | | $ 16,850.00 |
| Report | | | | |
| My initial report finds that there are several issues inside the space, which start from the MSB. The 3 phase breakers need to be replaced with a single-phase style breaker, and any abandoned or unused cabling hooked up to any MSB switches should be terminated in the MSB and anywhere in the field. | | | | |
| | | | | |
| Upon arrival at the site, there was an immediate measurement of electricity emitting around the northern light Pole. Upon measure of the electrification, the circuit breaker was turned off, subsequently turning off the lights in the north parking lot. New conductors features need to be pulled into this area, providing not only 277 power for lighting but also 120 V power for security cameras and peripherals. Located on the pole. | | | | |
| Note: Remove residential wire has been used and should be replaced | | | | |
| | | | | |
| The wire between the 2 lighting Poles which actually needs to be removed and proper 120 power provided the security camera to be a receptacle and constant 277 non switch power to lighting polls. Subsequent time clock needs to Demote from their illegally mounted non nima 3R exterior housing Location on side of Pole and relocated to a centralized location inside of MSB road. | | | | |
| Remove existing underground electrical wires and abandoned feeders | | | | |
| locate circuits and terminate all hazardous conditions | | | | |
| single three(3) phase breakers in MSB | | | | |
| Install single phase 277v/480v breaker in MSB | | | | |
| | | | | |
| Locate 120/280v Panel and provide 20 amp single phase breaker for CAMERAS | | | | |
| install a Astrological time clock 277v for new lighting feeders | | | | |
| | | | | |
| **Exterior building work** | | | | |
| Remove existing lighting pole if needed when new wire are pulled to pole | | | | |
| Remove all feeder wires to and between lighting poles | | | | |
| Remove existing transformers that service camera system and CENTRALIZE | | | | |
| Remove and provide new wire to Trio light on BOTH lighting poles | | | | |
| Connect new feeder wires to new light pole wires and separate 120v from 277v lighting circuits | | | | |
| | | | | |
| **Optional Parking lot opening and Fixture replacement** | | | | |
| Should the parling lot needed to be opened and underground ducting repaired | | | | |
| **Rental Equipment** | | | | |
| | | | | |
| Above scope of work includes all underground and required connections | $ 3,500.00 | | | |
| for a 5X5 trench opening and resurfacing. | | | | |
| | | | | |
| *Review and submit findings to Property/Overseeing manager at Sares Regis* | | | | |
| | | | | |
| **SUB TOTAL** | | | | $ 16,850.00 |
| Insurance/Bond | | | | $ 337.00 |
| **General Conditions** | | | | $ 842.50 |
| Contractors Fee | | | | $ 1,685.00 |
| GRAND TOTAL | | | | $ 19,714.50 |

P.1

**\*NOTES\***

Any alteration or deviation from above specifications involving extra costs, will be executed only upon written orders, and will become an extra charge over and above the estimate. All agreements contingent upon strikes, accidents or delays beyond our control. Owner is to carry fire, tornado and other necessary insurance on above work. Workmen's Compensation and Public Liability Insurance on above work to be taken out by Contractor.

Payment:  On progress completion

POINTS WEST COMMERCIAL INC.

ACCEPTANCE OF PROPOSAL

*Mark Thompson*  
Signature

6/21/23  
Date

Mark Thompson  
Printed Name