IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |
| | ) **Re: Docket No. 586** |

## SECOND NOTICE OF THE PROPOSED EXPANSION OF SERVICES TO BE PROVIDED BY ERNST & YOUNG LLP TO THE DEBTORS

**PLEASE TAKE NOTICE** that on September 18, 2023, the United States Bankruptcy Court for the District of Delaware (the "Court") entered an order authorizing, among other things, Yellow Corporation and its affiliated debtors and debtors-in-possession (collectively, the "Debtors") to retain and employ Ernst & Young LLP ("EY LLP") as tax service providers [Docket No. 586], (the "EY Retention Order").

**PLEASE TAKE FURTHER NOTICE** that on October 27, 2023, the Debtors filed *Amendment No. 1 to Statement of Work*, dated October 9, 2023 (the "Amendment"), which amended the Statement of Work dated August 14, 2023, by and between Debtors and EY LLP [Docket No. 983].

**PLEASE TAKE FURTHER NOTICE** that on January 2, 2024, the Debtors and EY LLP entered into an additional statement of work effective December 22, 2023, a copy of which is attached hereto as **Exhibit A** (the "Additional Statement of Work"). Pursuant to the Additional Statement of Work and as more fully set forth in Attachment 1 to **Exhibit A**, EY LLP will provide tax compliance services to the Debtors for the tax year ending December 31, 2023 and provision assistance for the 2024 tax year.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**PLEASE TAKE FURTHER NOTICE** that in accordance with paragraph eight of the EY Retention Order, the Debtors hereby provide notice of the Debtors' entry into the Additional Statement of Work. Pursuant to paragraph eight of the EY Retention Order, if any party objects to the additional services to be provided by EY LLP within 14 days of this notice being served (the "Objection Deadline"), the Debtors will promptly schedule a hearing before the Court.

**PLEASE TAKE FURTHER NOTICE** that if no objections are timely filed and served by the Objection Deadline, the Additional Statement of Work and EY LLP's expansion of scope of services thereunder shall be deemed approved pursuant to the EY Retention Order and shall be subject to all terms of the EY Retention Order.

**PLEASE TAKE FURTHER NOTICE** that copies of this notice and the EY Retention Order may be obtained from the Court's website, https://www.deb.uscourts.gov/, for a nominal fee, or obtained free of charge by accessing the website of the Debtors' claims and noticing agent, https://dm.epiq11.com/YellowCorporation.

Dated:  January 5, 2024
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone:  (312) 862-2000 |
| Telephone:  (302) 652-4100 | Facsimile:  (312) 862-2200 |
| Facsimile:  (302) 652-4400 | Email:  patrick.nash@kirkland.com |
| Email:  ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:  (212) 446-4900
Email:  allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*