# **EXHIBIT A**

DE:4878-5286-2861.4 96859.001

## HOURLY RATES EFFECTIVE JANUARY 1, 2024

| | |
|---|---|
| Partners | $995.00 - $2,175.00 |
| Of Counsel | $975.00 - $1,675.00 |
| Associates | $650.00 - $975.00 |
| Paraprofessionals | $545.00 - $595.00 |