# EXHIBIT 1

# United States Court of Appeals
## For the First Circuit

No.    10-1068

IN RE: WOLVERINE, PROCTOR & SCHWARTZ, LLC,

Debtor,

_____

PETER A. CRAWFORD,

Plaintiff, Appellant,

v.

WOLVERINE PROCTOR & SCHWARTZ, INC., ET AL.,

Defendants, Appellees,

_____

LYNNE F. RILEY, Chapter 7 Trustee of Wolverine, Proctor & Schwartz, LLC,

Trustee, Appellee.

_____

No.    10-1334

IN RE: WOLVERINE PROCTOR & SCHWARTZ, LLC,

Debtor,

_____

PETER A. CRAWFORD,

Appellant,

v.

LYNNE F. RILEY, Chapter 7 Trustee of Wolverine, Proctor & Schwartz, LLC; and THE PENSION BENEFIT GUARANTY CORPORATION,

Appellees.

_____

No.    10-2230

PETER A. CRAWFORD,

Plaintiff, Appellant,

v.

WOLVERINE PROCTOR & SCHWARTZ, INC., ET AL.,

Defendants, Appellees.

_____

Before

Lynch, Chief Judge,
Torruella and Lipez, Circuit Judges.

_____

**JUDGMENT**

Entered:  April 20, 2011

Peter A. Crawford, a former Chief Operating Officer of Wolverine, Proctor & Schwartz, Inc. ("Wolverine"), a precursor of the Debtor in No. 10-1334, appeals a long list of bankruptcy and district court rulings, including (without limitation) the approval of the settlement agreement between the Bankruptcy Trustee and the Pension Benefit Guaranty Corporation; the jury verdict rejecting his claim to a bonus under his Employment Agreement, which he believes was tainted by trial error; the submission of the bonus issues to the jury and the denial of his post-trial motion for judgment as a matter of law; and summary judgment against his various other claims.

In No. 10-1334, we find no error in the approval of the bankruptcy settlement.  The objections raised by appellant are debatable to doubtful and not so promising as to make the settlement unreasonable.  As for the use of estimates, the parties did not have to use exact numbers to settle a benefit liabilities claim that is by nature probabilistic.

In Nos. 10-1068 and 10-2230, after careful consideration of appellant's arguments and the record, we are satisfied that the jury verdict was reasonable; that any trial error did not prejudice appellant; and that his remaining claims were subject to summary judgment.

<u>Affirmed</u>.

By the Court:

<u>/s/ Margaret Carter, Clerk</u>.

cc:
Michael L. Altman
Janet E. Bostwick
Steven F. Chilinski
Peter A. Crawford
John P. Dennis
Ronald J. Friedman
John P. Fitzgerald
Jennifer H. Lagerquist
Jennifer Bombard McGovern
Lynne F. Riley
Brad Q. Rogers
Mark C. Rossi
Joel W. Ruderman
Annapoorni Rohini Sankaran
Sara J. VanDeCarr
Mark M. Whitney