# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF MASSACHUSETTS

In re
**HIGH VOLTAGE ENGINEERING
CORPORATION, et al.,**
Debtors

Chapter 11
Case No. 05-10787-JNF

## ORDER

Upon consideration of 1) the Preliminary Objection of the Chapter 11 Trustee to Claims Asserted by Pension Benefit Guaranty Corporation against Debtors High Voltage Engineering Corporation, et al. (the "Preliminary Objection); 2) the PBGC's Response to the Preliminary Objection; 3) the representations and arguments made at the June 21, 2006 hearing on the Preliminary Objection, at which hearing the parties agreed to narrow the initial issue for determination to whether this Court should utilize the underlying substantive law, namely the PBGC's regulations, to determine the amount of its claim or whether the Court should utilize a prudent investor approach advocated by the Chapter 11 Trustee ; 4) the Joint Statement of Facts of the Chapter 11 Trustee and Pension Benefit Guaranty Corporation; 5) the Supplemental Brief in Support of the Preliminary Objection of the Chapter 11 Trustee; 6) the PBGC's Response to the Supplemental Brief; 7) the decisions cited by the parties including, *inter alia*, Raleigh v. Ill. Dep't of Revenue, 530 U.S. 15 (2002); In re US Airways Group, Inc., 303 B.R. 784 (Bankr. E.D. Va. 2003); and In re UAL

1

Corp., No. 02 B 48191 (Bankr. N.D. Ill. December 30, 2005), the Court hereby overrules the Chapter 11 Trustee's Preliminary Objection. For the reasons stated by Judge Wedoff in UAL Corp., the Court finds that ERISA and the regulations found in 29 C.F.R. § 4044 control the calculation of the PBGC's claim in these solvent Chapter 11 cases.

By the Court,

*Joan N. Feeney*
Joan N. Feeney
United States Bankruptcy Judge

Dated: July 26, 2006
cc: Jeffrey B. Cohen, Esq., Stephanie Thomas, Esq., John F. Ventola, Esq.

2