# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## NOTICE OF SERVICE OF OBJECTION OF PENSION BENEFIT GUARANTY CORPORATION TO DEBTORS' SUBPOENA

I, Andrew Philip Walker, hereby certify that on this 8th day of January 2024, a copy of the *Objection of Pension Benefit Guaranty Corporation to Debtors' Subpoena* in response to the subpoena *duces tecum* attached as Exhibit A to the *Notice of Service of Debtors' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* [Dkt. No. 1465] was served via email upon counsel for Debtors as follows:

Michael B. Slade
Kirkland & Ellis LLP
300 North LaSalle, Chicago, IL 60654
Michael.Slade@kirkland.com

Dated: January 8, 2024                                    Respectfully submitted,

                                                          /s/ Andrew Philip Walker
                                                          KAREN L. MORRIS
                                                          General Counsel

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

KARTAR S. KHALSA
Deputy General Counsel
PAULA CONNELLY
STEPHANIE THOMAS
Assistant General Counsels
ANDREW PHILIP WALKER
REBECCA L. STARK
Attorneys
Office of the General Counsel
**PENSION BENEFIT GUARANTY CORPORATION**
445 12th Street, SW
Washington, D.C. 20024
Telephone: (202) 229-6863
Emails: Walker.Andrew@pbgc.gov and efile@pbgc.gov