**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellow Corporation, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |
| | ) | **Regarding Docket No. _____** |

**ORDER GRANTING THE CENTRAL STATES PENSION FUND'S
MOTION TO COMPEL ARBITRATION OF WITHDRAWAL
LIABILITY DISPUTES, OR ALTERNATIVELY, FOR RELIEF FROM THE
AUTOMATIC STAY TO INITIATE ARBITRATION**

Upon consideration of *Central States Pension Fund's Motion to Compel Arbitration of Withdrawal Liability Disputes, or Alternatively, for Relief from the Automatic Stay to Initiate Arbitration* (the "Motion") and any responses filed thereto; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference,* dated February 29, 2012; and consideration of the Motion and the relief requested therein; and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that the Court has authority to enter a final order on the Motion consistent with Article III of the United States Constitution; and sufficient notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and the Court having found and determined that the bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, and finding just cause for the relief granted therein;

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to 29 U.S.C. § 1401, all disputes between the parties regarding the withdrawal liability obligations of the Debtor entities to Central States Pension Fund are subject to mandatory arbitration.

3. To the extent that the claims objection initiated by the Debtors against Central States Pension Fund includes disputes with respect to the Debtors' withdrawal liability to the Central States Pension Fund, this Court hereby abstains from hearing the merits of the withdrawal liability objections in the interest of justice pursuant to 28 U.S.C. § 1334(c)(1).

4. Resolution of Central States Pension Fund's withdrawal liability claims and Debtors' objections to those claims shall be accomplished in accordance with 29 U.S.C. § 1401.

5. This Court shall retain jurisdiction over this matter for purposes of the implementation of this Order.

Dated: _____, 2024

_____
THE HONORABLE CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE