IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellow Corporation, *et al.*, [1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket No. 1465** |

**NOTICE OF SERVICE OF CENTRAL STATES PENSION FUND'S
OBJECTION TO DEBTORS' SUBPOENA ISSUED TO
THE PENSION BENEFIT GUARANTY CORPORATION**

I, William D. Sullivan, hereby certify that on this 8th day of January 2024, a copy of the *Objection of Central States, Southeast and Southwest Areas Pension Fund to Debtors' Subpoena Directed to Pension Benefit Guaranty Corporation* served in response to the subpoena *duces tecum* attached as Exhibit A to the *Notice of Service of Debtors' Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case (or Adversary Proceeding)* [D. I. 1465] was served via email upon counsel for Debtors as follows:

> Michael B. Slade, Esq.
> Kirkland & Ellis LLP
> 300 North LaSalle
> Chicago, IL 60654
> Michael.Slade@kirkland.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

Date: January 8, 2024
Wilmington, DE

**SULLIVAN · HAZELTINE · ALLINSON** LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com
whazeltine@sha-llc.com

and

Brad R. Berliner, Esq.
Andrew J. Herink, Esq.
Daniel Sullivan, Esq.
Central States Funds
8647 W. Higgins Road
Chicago, IL 60631
(847) 939-2478 - Office
bberliner@centralstatesfunds.org
aherink@centralstatesfunds.org
dsulliva@centralstatesfunds.org

*Attorneys for Central States, Southeast and Southwest Areas Pension Fund*