**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 1335** |

**CERTIFICATION OF NO OBJECTION REGARDING THIRD MONTHLY**
**APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**OF PACHULSKI STANG ZIEHL & JONES LLP, AS CO-COUNSEL FOR THE**
**DEBTORS AND DEBTORS IN POSSESSION, FOR THE PERIOD FROM**
**OCTOBER 1, 2023 THROUGH OCTOBER 31, 2023**
**(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to the relief requested in the *Third Monthly*

*Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones*

*LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from October 1,*

*2023 through October 31, 2023* (the "Application") [Docket No. 1335] filed on December 11,

2023.  The undersigned further certifies that he has caused the Court's docket in this case to be

reviewed and no answer, objection or other responsive pleading to the relief requested in the

Application appears thereon.  Pursuant to the *Notice of Third Monthly Application for*

*Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-*

*Counsel for the Debtors and Debtors in Possession, for the Period from October 1, 2023 through*

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal
place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400,
Overland Park, Kansas 66211.

*October 31, 2023* (the "Notice"), responses to the Application were to be filed and served no later than January 2, 2024 at 4:00 p.m. prevailing Eastern Time.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, entered on September 13, 2023 [Docket No. 519] (the "Interim Compensation Order") the Debtors are authorized to pay Pachulski Stang Ziehl & Jones LLP $77,102.40 which represents 80% of the fees ($96,378.00) and $2,760.72, which represents 100% of the expenses requested in the Application for the period October 1, 2023 through October 31, 2023 upon the filing of this certificate and without the need for entry of a Court order approving the Application.

Dated:  January 8, 2024
Wilmington, Delaware

/s/ Peter J. Keane

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone:    (212) 446-4800 |
| Telephone:    (302) 652-4100 | Facsimile:    (212) 446-4900 |
| Facsimile:    (302) 652-4400 | Email:    patrick.nash@kirkland.com |
| Email:    ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |
| | |
| | Allyson B. Smith (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:    (212) 446-4800 |
| | Facsimile:    (212) 446-4900 |
| | Email:    allyson.smith@kirkland.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |