# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| YELLOW CORPORATION, et al, | Chapter 11 |
| | Case No. 2:23-11069-CTG |
| Debtor. | U.S. Holland LLC, 23-11079 |
| | Claim No. 15390 |
| | Yellow Corporation, 23-11069 |
| | Claim No. 15389 |
| | YRC, Inc., 23-11087 |
| | Claim No. 15391 |
| | (Jointly Administered) |

## JOINDER OF KEVIN COOK TO OBJECTIONS TO THE MOTION OF DEBTORS TO ESTABLISH ALTERNATIVE DISPUTE RESOLUTION PROCEDURES FOR THE RESOLUTION OF CERTAIN LITIGATION CLAIMS AND EQUITABLE RELIEF

NOW COMES, Kevin Cook ("Objector"), by and through counsel, and hereby submits this Joinder to the Objections already filed and to be filed (together, the "Objection"), to the Motion of the Debtors to Establish Alternative Dispute Resolution Procedures for Resolution of Certain Litigation Claims and for Related Relief filed by Yellow Corporation, (Docket No.1329), ("Motion to Establish ADR Procedures"), filed by the above-captioned Debtors. In support of this Objection, Objector states as follows:

1

1. On December 11, 2023, Debtors filed a Motion to Establish ADR Procedures. *See* Docket No. 1329.

2. On December 26, 2023, December 27, 2023, January 3, 3024, January 8, 2024, multiple Objections and Joinders to the Objections were filed. *See* Docket Nos. 1486, 1489, 1490, 19,492, 1554, 1581, 1582, 1583, 1585, 1632, and 1635.

3. It is expected that additional objections and joinders will be filed by other similarly situated personal injury plaintiffs.

## **JOINDER**

4. Objector hereby joins and incorporates as his own the legal and factual arguments made in the Objections.

5. Objector reserves the right to supplement or amend this Joinder, or raise additional objections. Objector further reserves the right to participate in any hearing on the Objections.

WHEREFORE, Objector, Kevin Cook, respectfully requests that this Court deny the Debtor's Motion to Establish ADR Procedures until the ADR procedures are modified to adequately address the concerns of Objector and other claimants and that the Objector be awarded such further additional relief as deemed just.

                        Respectfully Submitted,

Dated:  January 10, 2024          */s/ Madeline M. Sinkovich*

                        **Madeline M. Sinkovich P-82846**[1]
                        MIKE MORSE LAW FIRM
                        24901 Northwestern Highway, Suite 700
                        Southfield, Michigan 48075
                        Madeline.sinkovich@855mikewins.com
                        (248) 621-2245

---

[1] Claimant's counsel is a Michigan attorney prosecuting claim litigation pursuant to Local Rule 9010-1(e)(iii).

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| YELLOW CORPORATION, et al, | Chapter 11<br>Case No. 2:23-11069-CTG |
| Debtor. | U.S. Holland LLC, 23-11079<br>Claim No. 15390<br>Yellow Corporation, 23-11069<br>Claim No. 15389<br>YRC, Inc., 23-11087<br>Claim No. 15391 |
| | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 10th day of January 2024, I served the following paper: "Joinder of Kevin Cook to Objections To the Motion of Debtors to Establish Alternative Dispute Resolution Procedures for Resolution of Certain Litigation Claims and Equitable Relief" to the Court Clerk.

Date: January 10, 2024            */s/ Madeline M. Sinkovich*
                                  **Madeline M. Sinkovich P-82846**
                                  24901 Northwestern Highway, Suite 700
                                  Southfield, Michigan 48075
                                  (248) 621-2245
                                  Madeline.sinkovich@855mikewins.com