# Schedule 1

**Asset Purchase Agreements**

**Schedule 1 – Winning Bidders**

| Winning Bidder | Asset Purchase Agreement | Purchase Price | Real Property (Address/Site #) | | APA Docket No. | Cure Costs Paid By Buyer | Cure Costs Included In Purchase Price | Cure Costs Paid by Debtor | Disputed Cure Costs |
|---|---|---|---|---|---|---|---|---|---|
| Estes Express Lines | *Asset Purchase Agreement Dated as of January 4, 2024, 2023 by and among Estes Express Lines, as Purchaser, and Yellow Corporation and its Subsidiaries Named Therein, as Sellers* | $ 35,347,782 | 1. 11266 & 11300 Peoria Street, Sun Valley, CA 91352 | Y661 | Docket No. 1599 | $72,246 | - | - | $7,221 |
| | | | 2. 802 E 11th Street, Tacoma, WA 98421 | R880 | | $577,545 | - | - | - |
| | | | 3. 1650 Kleppe Lane, Sparks, NV 89431 | Y819 | | $614,087 | - | - | - |
| | | | 4. 8125 Old Highway Road North, St. Cloud, MN 56301 | Y346 | | $12,440 | - | - | - |
| | | | 5. 4931 South Hydraulic Avenue, Wichita, KS 67216 | Y569 | | $269,131 | - | - | - |
| FedEx Freight, Inc. | *Asset Purchase Agreement Dated as of January 2, 2024 by and among FedEx Freight, Inc., as Purchaser, and Yellow Corporation and its Subsidiaries Named Therein, as Sellers* | $ 22,469,000 | 1. 1875 Industrial Way, Sparks, NV 89431 | R760 | Docket No. 1562 | - | $66,316 | - | $1,625,900 |
| Greenwood Motor Lines, Inc. | *Asset Purchase Agreement Dated as of January 5, 2024 by and* | $ 8,983,750 | 1. 2100 Rochester Drive, Montgomery, IL 60538 | Y304 | Docket No. 1625 | $429,144 | - | - | - |

DE:4868-2668-2012.1 96859.001

| Winning Bidder | Asset Purchase Agreement | Purchase Price | Real Property (Address/Site #) | APA Docket No. | Cure Costs Paid By Buyer | Cure Costs Included In Purchase Price | Cure Costs Paid by Debtor | Disputed Cure Costs |
|---|---|---|---|---|---|---|---|---|
| | *among Greenwood Motor Lines, Inc., as Purchaser, and Yellow Corporation and its Subsidiaries Named Therein, as Sellers* | | 2. 9900 E 102nd Avenue, Commerce City, CO 80640 | R589 | $48,610 | - | - | - |
| | | | 3. 3901 East Broadway, Spokane, WA 99202 | R915 | - | $28,642 | - | $47,621 |

2

| Winning Bidder | Asset Purchase Agreement | Purchase Price | Real Property (Address/Site #) | APA Docket No. | Cure Costs Paid By Buyer | Cure Costs Included In Purchase Price | Cure Costs Paid by Debtor | Disputed Cure Costs |
|---|---|---|---|---|---|---|---|---|
| Saia Motor Freight Line, LLC | *Asset Purchase Agreement Dated as of December 30, 2023 by and among Saia Motor Freight Line, LLC, as Purchaser, and Yellow Corporation and its Subsidiaries Named Therein, as Sellers* | $7,923,796 | 1. 2200 N Batavia Street, Orange, CA 92865 | R575 | $90,000 | - | -[1] | - |
| | | | 2. 7180 Kestrel Drive, Missoula, MT 59808 | R633 | $215,957 | - | $3,336 | - |
| | | | 3. 625 N 1400 East, St. George, UT 84770 | Y865 | $15,957 | - | - | - |
| | | | 4. 833 Mellowney Lane, Billings, MT 59101 | R559 | $413,109 | - | $257,252 | - |
| | | | 5. 122005 W Browns Gulch Road, Butte, MT 59701 | Y604 | $3,204 | - | - | - |
| | | | 6. 2615 Lockheed Avenue, Watertown, SD 57201 | Y668 | $2,756 | - | - | - |
| | | | 7. 900 E Omaha Street, Rapid City, SD 57701 | Y614 | $3,795 | - | - | - |
| | | | 8. 62 Copper Avenue, Evansville, WY 82636 | Y629 | $4,368 | - | - | - |
| | | | 9. 1955 Hancock Drive, Bismarck, ND 58501 | Y602 | $3,200 | - | - | - |
| | | | 10. 101 Lexington Avenue, Suite 4, Cheyenne, WY 82007 | Y607 | $3,450 | - | - | - |

Docket No. 1560

---

[1] Additional Cure Costs incurred through Closing (including reasonable and documented attorneys' fees) in amount to be agreed. *See* para. 7.13 of Sale Order.

3

| Winning Bidder | Asset Purchase Agreement | Purchase Price | Real Property (Address/Site #) | APA Docket No. | Cure Costs Paid By Buyer | Cure Costs Included In Purchase Price | Cure Costs Paid by Debtor | Disputed Cure Costs |
|---|---|---|---|---|---|---|---|---|
| | | | 11. 4650 E Cheyenne Road, Las Vegas, NV 89115 | ROVH-LV | - | - | $45,410 | - |
| ArcBest Property Management, LLC | Asset Purchase Agreement Dated as of January 2, 2024 by and among ArcBest Property Management,LLC, as Purchaser, and Yellow Corporation and its Subsidiaries Named Therein, as Sellers | $7,751,219 | 1. 2527 Brodhead Road, Bethlehem, PA 18017 | Y158 | Docket No. 1561 | - | $43,931 | - | $981,455 |
| Knight-Swift Transportation Holdings, Inc. | Asset Purchase Agreement Dated as of January 2, 2024 by and among Knight-Swift Transportation Holdings, Inc., as Purchaser, and Yellow Corporation and its Subsidiaries Named Therein, as Sellers | $417,150 | 1. 4169 N Park Trail, Great Falls, MT 59405<br>2. 5537 Enterprise Drive, E Wenatchee, WA 98802 | R610<br>R554 | Docket No. 1586 | $2,544<br>$6,506 | -<br>- | -<br>- | -<br>- |

4