## Exhibit A

# YELLOW CORPORATION

Date: 1/12/2024

**Content of the Notice**

| | |
|---|---|
| (a) identification and description of, in reasonable detail, the De Minimis Assets being abandoned, including the estimated book value and appraised value of the assets being abandoned as reflected in the Debtors' books and records | Damaged and obsolete Rolling Stock that would otherwise be sold as scrap; see following pages for additional detail.[1][2] |
| (b) identification of the serial number and VIN for the De Minimis Assets being abandoned | See following pages. |
| (c) identification of the Debtor entity that directly owns the De Minimis Assets | Various |
| (d) any commissions or disposal costs to be paid to third parties in connection with the abandonment | None |
| (e) acquisition cost and date | Various |
| (f) the Debtors' reasons for abandonment | The Company has determined the cost of continuing to maintain, relocate and/or store these de minimis assets outweighs any potential recovery from a future sale.  The cost to continue to store such items would amount to 0.7% of the purchase price of the properties at which the assets are located per the Asset Purchase Agreement Dated as of December 4, 2023 between the Debtors and XPO, Inc. |
| (g) any fees or similar expenses to be paid in connection with the abandonment | None |

---

[1]    There may be additional Rolling Stock or equipment that fit the above criteria but are not included in the specific information provided herein as such information is not readily available, but such Rolling Stock or equipment will nonetheless also be abandoned pursuant to this notice.  For the avoidance of doubt, this abandonment notice also serves as notice of abandonment of such additional units not specifically enumerated herein.

[2]    The Rolling Stock and equipment listing includes storage trailers that are located on the specified properties and used to keep real property related items.  For the avoidance of doubt, these pieces of equipment are deemed to be fixtures of the real estate property.

| Terminal # | Address | City | State | Equipment Definition | Brand / Unit# | VIN# |
|---|---|---|---|---|---|---|
| Y135 | 100 Roadway Drive | Carlisle | PA | Storage Trailer, Non-Roadworthy | 201 | TRANE V201 |
| | | | | Road Trailer Single Axle | RDWY290800 | 1jjv281w83l834433 |
| | | | | Road Trailer Single Axle | RDWY124393 | 1JJV281W53L834339 |
| | | | | Road Trailer Single Axle | RDWY291032 | 1JJV281W37L046066 |
| | | | | Road Trailer Single Axle | RDWY139417 | 1JJV281D1KL140549 |
| | | | | Dolly Single Axle | RDWY51435 | 1JJD061XXNL305387 |
| | | | | Dolly Single Axle | RDWY55820 | 1H2E00812GA019311 |
| | | | | Dolly Single Axle | RDWY56941 | 1H2E00611HH031882 |
| | | | | City Tractor Tandem Axle | RDWY79291 | 1FUJA6CK47LY03896 |
| | | | | City Tractor Tandem Axle | RDWY69952 | 4V4MC9EG49N283848 |
| | | | | Road Trailer Single Axle | RDWY125827 | 1JJV281W24L883533 |
| | | | | Road Tractor Single Axle | RDWY12644 | 1XKYAP8XXJJ209871 |
| | | | | Road Tractor Single Axle | RDWY12962 | 4V4W19EG8KN901869 |
| Y152 | 2627 State Road | Bensalem | PA | City Trailer Single Axle | RDWY89625 | IJJV281WX4L887068 |
| Y183 | 7600 Preston Drive | Landover | MD | Forklift | Unknown / Unavailable | Unknown / Unavailable |
| Y187 | 1313 Grand Street | Brooklyn | NY | Storage Trailer, Non-Roadworthy | 6161 | Unknown / Unavailable |
| | | | | Storage Trailer, Non-Roadworthy | 500866 | Unknown / Unavailable |
| Y324 | 1818 S High School Road | Indianapolis | IN | Road Trailer Single Axle | 132574 | 1DW1A2811EB458226 |
| | | | | Road Trailer Single Axle | 133648 | 1JJV281D4GL906281 |
| | | | | Road Trailer Single Axle | 291084 | Unknown / Unavailable |
| | | | | Forklift | RDWY7151 | 8FGCU25-22357 |
| H328 | 3705 Highway 321 | West Columbia | SC | Forklift | mitsu/36919 | CPJ029W1874 |
| | | | | Road Trailer Tandem Axle | 536498 | 1GRAA062X6J612659 |
| | | | | Storage Trailer, Non-Roadworthy | 503049 | 1GRAA96234T505555 |
| | | | | Storage Trailer, Non-Roadworthy | 207454 | 1JJV482P1HL105733 |
| H337 | 72 Eastgate Drive | Danville | IL | Storage Trailer, Non-Roadworthy | HMES500472 | 1JJV482W61L746499 |
| | | | | Forklift | Komatsu 36295 | Unknown / Unavailable |
| | | | | Road Trailer Tandem Axle | hmes546605 | 1GRAA06226T521793 |
| | | | | Forklift | mitsu 631 | Unknown / Unavailable |
| | | | | Storage Trailer, Non-Roadworthy | HMES209785 | 1JJV482W1YL678140 |
| H339 | 2700 Valley Pike | Dayton | OH | Storage Trailer, Non-Roadworthy | 453274 | 1GRAP06249T553731 |
| Y347 | 12400 Dupont Avenue S | Burnsville | MN | Road Trailer Tandem Axle | RDWY558621 | 1jjv532w56l000682 |
| | | | | Road Trailer Single Axle | 131060 | 1jjv281w68l109226 |
| | | | | City Trailer Tandem Axle | 90356 | 3294cdv2878 |
| Y371 | 3700 78th Avenue West | Rock Island | IL | Shop Trailer | hmes268827 | Unknown / Unavailable |
| | | | | Shop Trailer | hmes483058 | 1JJV482WX3L849461 |
| H395 | 500 Oak Bluff Lane | Goodlettsville | TN | City Tractor Tandem Axle | HEMS538267 | Unknown / Unavailable |
| H403 | 4700 Highway 42 | Ellenwood | GA | Storage Trailer, Non-Roadworthy | HMES706152 | Unknown / Unavailable |
| | | | | Storage Trailer, Non-Roadworthy | HMES478136 | Unknown / Unavailable |
| | | | | Storage Trailer, Non-Roadworthy | HMES478131 | Unknown / Unavailable |
| | | | | Storage Trailer, Non-Roadworthy | HMES495081 | Unknown / Unavailable |
| | | | | Storage Trailer, Non-Roadworthy | HMES503085 | Unknown / Unavailable |
| Y422 | 7300 Centennial Boulevard | Nashville | TN | Dolly Single Axle | RDWY56949 | 2E00610HH081890 |
| Y435 | 88 E L Morgan Drive | Jackson | TN | City Trailer Tandem Axle | RDWY830758 | Unknown / Unavailable |
| Y515 | 211 Dorset Drive | Sherman | TX | Storage Trailer, Non-Roadworthy | RDWY899506 | 1JJV452FXXF543251 |
| Y521 | 9415 Wallisville Road | Houston | TX | Storage Trailer, Non-Roadworthy | 2065 | Unknown / Unavailable |
| | | | | Storage Trailer, Non-Roadworthy | 899275 | Unknown / Unavailable |
| | | | | Dolly Single Axle | 59234 | 1PNA09101RK056464 |
| Y580 | 4500 W 65th Street | Little Rock | AR | Road Tractor Single Axle | 125634 | 1JJV281W24L883340 |
| | | | | Road Tractor Single Axle | 128156 | 1JJV281W06L958216 |
| R600 | 4901 Lisa Marie Court | Bakersfield | CA | City Tractor Single Axle | 130253 | 2FWBAK52AJ64274 |
| Y671 | 1255 NC Highway 66 S | Kernersville | NC | City Tractor Single Axle | RDWY21212 | 4V4M39RF61N246032 |
| | | | | City Tractor Single Axle | RDWY23642 | Unknown / Unavailable |
| Y857 | 5400 Fisher Road | Columbus | OH | Road Trailer Single Axle | RDWY130537 | 1JJ281W27L050948 |
| Y878 | 5049 W Post Road | Las Vegas | NV | Road Trailer Single Axle | RDWY899427 | 1JJV281W08L109853 |
| | | | | Forklift | Toyota/1979 | Serial#22834 |

2