**Exhibit A**

DE:4871-9880-7964.1 96859.001

YELLOW CORPORATION
Date: 1/12/2024

**Content of the Notice**

| | |
|---|---|
| (a) identification and description of, in reasonable detail, the De Minimis Assets being abandoned, including the estimated book value and appraised value of the assets being abandoned as reflected in the Debtors' books and records[1][2] | All (i) tires, (ii) parts, (iii) tools, (iv) diesel fuel, usable diesel exhaust fluid, new engine oil, new antifreeze and new transmission fluid, (v) de minimis assets and (vi) similar items, in each case, that are located at any Acquired Real Property (as defined in the Asset Purchase Agreement referred to below) as of December 20, 2023, but excluding any hazardous waste, salvage (including undelivered freight), waste oil, waste antifreeze or similar assets |
| (b) identification of the serial number and VIN for the De Minimis Assets being abandoned | N/A |
| (c) identification of the Debtor entity that directly owns the De Minimis Assets | Various |
| (d) any commissions or disposal costs to be paid to third parties in connection with the abandonment | None |
| (e) acquisition cost and date | Various |
| (f) the Debtors' reasons for abandonment | The Company marketed de minimis assets to potential buyers on a local, regional, and national level and did not receive any economically viable bids for the items referenced herein. The Company has determined the cost of continuing to maintain, relocate, and/or store these de minimis assets outweighs any potential recovery from a future sale. The cost to continue to store such items would amount to 0.7% of the purchase price of the properties at which the assets are located per the Asset Purchase Agreement Dated as of December 4, 2023 between the Debtors and XPO, Inc. |
| (g) any fees or similar expenses to be paid in connection with the abandonment | None |

---

[1] *The de minimis nature of the items in question is below the capitalization threshold of the Company's typical accounting procedures and thus there is no associated appraised or book value for the applicable assets.*

[2] *There may be additional de minimis assets that fit the above criteria but are not described in the information provided herein as it is based on all readily available information at this time, but such de minimis assets will nonetheless also be abandoned pursuant to this notice. For the avoidance of doubt, this abandonment notice also serves as notice of abandonment of such additional units not specifically enumerated herein.*

DE:4871-9880-7964.1 96859.001