# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Obj. Deadline: January 30, 2024 at 4:00 p.m. (ET)** |
| | **Hearing Date: February 14, 2024 at 10:00 a.m. (ET)** |

**NOTICE OF ROBERT MOSS AND KELLY CREPEAULT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY TO SEND LETTERS TO CALIFORNIA LABOR WORKFORCE DEVELOPMENT AGENCY**

**PLEASE TAKE NOTICE** that on January 16, 2024, Creditors Robert Moss and Kelly Crepeault (collectively, the "Movants") filed *Robert Moss and Kelly Crepeault's Motion for Relief from the Automatic Stay to Send Letters to California Labor Workforce Development Agency* ("Motion") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, filed with the Bankruptcy Court, and served upon the undersigned counsel so as to be received on or before **January 30, 2024 at 4:00 p.m. (ET) ("Objection Deadline")**. At the same time, you must also serve a copy of the response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be scheduled for **February 14, 2024 at 10:00 a.m. (ET)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 6th Floor, Courtroom #2, Wilmington, Delaware 19801.

**IF NO OBJECTIONS ARE TIMELY FILED, SERVED, AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN CONNECTION WITH SUCH PLEADINGS WITHOUT FURTHER NOTICE OR HEARING.**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211

16495777/3

Dated: January 16, 2024

**MORRIS JAMES LLP**

*/s/ Eric J. Monzo*
Eric J. Monzo (DE Bar No. 5214)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
E-mail: scerra@morrisjames.com

and

**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann, Esquire
Avi Kreitenberg, Esquire
315 South Beverly Drive, Suite 504
Beverly Hills, CA 90212
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
E-mail: cja@ackermanntilajef.com
E-mail: ak@ackermanntilajef.com

*Attorneys for Movants*