# EXHIBIT C

**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann (SBN 229832)
cja@ackermanntilajef.com
Avi Kreitenberg (SBN 266571)
ak@ackermanntilajef.com
315 South Beverly Drive, Suite 504
Beverly Hills, California 90212
Telephone: (310) 277-0614
Facsimile: (310) 277-0635

*Attorneys for Movants*

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE YELLOW CORPORATION, ET AL[1]. <br><br> Debtors. | **DECLARATION OF ROBERT MOSS** |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211

---

DECLARATION OF ROBERT MOSS

I, Robert Moss, declare as follows:

1. I am over 18 years old and a resident of Kern County, California. I have personal knowledge of the facts set forth in this declaration, and if called upon, I could and would testify competently thereto.

2. I submit this declaration in support of my motion, filed herewith (the "Motion"), requesting this Court to modify the automatic stay to permit my counsel to send to the California Labor and Workforce Development Agency ("LWDA") the letter attached as an exhibit to the Motion.

3. I was employed by USF Reddaway, Inc. ("USF") for 31 years until I was terminated from my employment with USF on July 30, 2023 as part of USF's shutdown. Upon my termination, USF did not pay me all wages owed to me including accrued PTO and sick pay. Upon information and belief, most other California employees of USF were similarly terminated on or about July 30, 2023, and at least some, if not all, such fellow terminated employees similarly did not receive monies due them, at the time they were due, upon such termination. I am advised by counsel these acts and omissions subject USF to penalties under California state law.

4. I understand that the probable consequence of the grant of the motion will be my authorization to seek penalties from USF on behalf of LWDA and my fellow aggrieved employees, in this case by way of the filing of one more Chapter 11 proofs of claim, and I am willing and, with the assistance of my counsel, able to do so.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on ___1/11/2024 | 2:52 PM PST___ in ___01112024___, California

By: _Robert Moss_ (DocuSigned, E02BB00918F3469)

Robert Moss

DECLARATION OF ROBERT MOSS

2