# EXHIBIT E

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. \_\_\_** |

## ORDER GRANTING ROBERT MOSS AND KELLY CREPEAULT'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the Movants Robert Moss and Kelly Crepeault's (together "Movants") *Motion for Relief from the Automatic Stay or, in the Alternative, Adequate Protection* (the "Motion for Relief From Stay"), filed by Morris James LLP seeking entry of an order granting stay relief under section 362 of the Bankruptcy Code to permit Movants to proceed with its non-bankruptcy remedies; and the Court having determined that granting the relief requested in the Motion for Relief From Stay is in the best interest of the Debtor, the Debtor's creditors, and other parties in interest; and it appearing that due and adequate notice of the Motion for Relief From Stay has been given; and no other or further notice of such Motion for Relief From Stay is necessary or required; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED, that:

1. The Motion for Relief From Stay is granted to the extent set forth herein.

2. The automatic stay is modified to permit Movants to proceed with its non-bankruptcy remedies.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211

16495823/2

2

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

16495823/2