IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |

### NOTICE OF WITHDRAWAL OF D.I. 1759

**PLEASE TAKE NOTICE** on January 16, 2024, the undersigned counsel erroneously filed the pleading at D.I. 1759 as a Certificate of No Objection when it should have been filed as a Certification of Counsel.

**PLEASE TAKE NOTICE** that the undersigned counsel hereby withdraws the Certificate of No Objection filed at D.I. 1759.

[*Signature block on following page.*]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 511500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

23629756

Dated: January 16, 2024

   /s/ John C. Gentile
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
**BENESCH FRIEDLANDER COPLAN
   & ARONOFF LLP**
1313 North Market Street, Suite 1201
Wilmington, DE 19801-6101
Telephone: (302) 442-7010
Email:  jhoover@beneschlaw.com
         kcapuzzi@beneschlaw.com
         jgentile@beneschlaw.com

*Counsel to the Official Committee of Unsecured Creditors*

3

**CERTIFICATE OF SERVICE**

      I, John C. Gentile, hereby certify that, on January 16, 2024, I caused to be served a true and correct copy of the *Notice of Withdrawal of D.I. 1759* upon all parties registered to receive electronic notice in the above-captioned case via the Court's CM/ECF electronic notification system.

                                                /s/ John C. Gentile
                                                John C. Gentile (DE No. 6159)