## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*, | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

## DECLARATION OF STATUS AS A SUBSTANTIAL SHAREHOLDER

**PLEASE TAKE NOTICE** that the undersigned party is/has become a Substantial

Shareholder with respect to the existing classes (or series) of common stock or any Beneficial

Ownership therein (any such record or Beneficial Ownership of common stock, collectively, the

"Common Stock") of Yellow Corporation ("Yellow"). Yellow is a debtor and debtor in

possession in Case No. 23-11069 (CTG) pending in the United States Bankruptcy Court for the

District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, as of January 12, 2023, the undersigned

party currently has Beneficial Ownership of ███████ shares of Common Stock. The following

table sets forth the date(s) on which the undersigned party acquired Beneficial Ownership of such

Common Stock:

| Number of Shares | Date Acquired | Debtor Entity |
|---|---|---|
| ████████ | ████████ | Yellow Corp. |
| ████████ | ████████ | Yellow Corp. |
| ████████ | ████████ | Yellow Corp. |
| ████████ | ████████ | Yellow Corp. |
| ████████ | ████████ | Yellow Corp. |
| ████████ | ████████ | Yellow Corp. |

| | | |
|---|---|---|
| ███ | ███ | Yellow Corp. |
| ███ | ███ | Yellow Corp. |
| ███ | ███ | Yellow Corp. |
| ███ | ███ | Yellow Corp. |
| ███ | ███ | Yellow Corp. |
| ███ | ███ | Yellow Corp. |
| ███ | ███ | Yellow Corp. |
| ███ | ███ | Yellow Corp. |
| ███ | ███ | Yellow Corp. |
| ███ | ███ | Yellow Corp. |
| ███ | ███ | Yellow Corp. |
| ███ | ███ | Yellow Corp. |
| ███ | ███ | Yellow Corp. |

**PLEASE TAKE FURTHER NOTICE** that the last four digits of the taxpayer identification number of the undersigned party are ███

**PLEASE TAKE FURTHER NOTICE** that, pursuant to that certain *Final Order (I) Approving Notification and Hearing Procedures for Certain Transfers of Common Stock and (II) Granting Related Relief* Docket Nos. 4, 175 (the "Final Order"), this declaration (this "Declaration") is being filed with the Court and served upon the Declaration Notice Parties (as defined in the Final Order).

**PLEASE TAKE FURTHER NOTICE** that, at the election of the Substantial Shareholder, the Declaration to be filed with this Court (but not the Declaration that is served upon

the Declaration Notice Parties) may be redacted to exclude the Substantial Shareholder's taxpayer identification number and the amount of Common Stock that the Substantial Shareholder beneficially owns.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to 28 U.S.C. § 1746, under penalties of perjury, the undersigned party hereby declares that he or she has examined this Declaration and accompanying attachments (if any), and, to the best of his or her knowledge and belief, this Declaration and any attachments hereto are true, correct, and complete.

Respectfully submitted,

CONVERSANT OPPORTUNITY MASTER FUND LP

By: Conversant GP Holdings LLC

By: _/s/ Paul Dumaine_____
Name: Paul Dumaine
Title: General Counsel
Address: 25 DeForest Ave., 3rd Floor
       Summit, NJ 07901
Telephone: (908) 466-5050

Dated: January 12, 2024
Summit, NJ