IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) <br> ) Chapter 11 <br> ) |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) <br> ) |
| Debtors. | ) (Jointly Administered) <br> ) <br> ) Re: Docket No. 663 |

**ORDER APPROVING THE JOINT
STIPULATION BY AND AMONG THE DEBTORS AND
CORPORATE LODGING CONSULTANTS INC. AND COMDATA INC.
(I) GRANTING RELIEF FROM THE AUTOMATIC STAY TO EFFECTUATE
SETOFF OF SECURITY DEPOSIT AND (II) REJECTING CERTAIN CONTRACTS**

Upon the *Certification of Counsel Regarding the Joint Stipulation By and Among the Debtors and Corporate Lodging Consultants Inc. and Comdata Inc. Granting Relief from the Automatic Stay to Effectuate Setoff of Security Deposit* (the "Certification of Counsel") and the *Joint Stipulation By and Among the Debtors and Corporate Lodging Consultants Inc. and Comdata, Inc. (I) Granting Relief from the Automatic Stay to Effectuate Setoff of Security Deposit and (II) Rejecting Certain Contracts* (the "Stipulation"), by and between the above-captioned debtors and debtors in possession (collectively, the "Debtors") and Corporate Lodging Consultants Inc. and Comdata Inc. (the "Movants," and together with the Debtors, the "Parties"), attached to this order (this "Order") as **Exhibit 1**; and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

DE:4866-2289-7308.1 96859.001

February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having reviewed the Stipulation; and this Court having determined that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Stipulation shall be effective immediately upon entry of this Order.

3. The automatic stay imposed by section 362 of the Bankruptcy Code is hereby modified solely for the purpose of permitting the Movants to set off the Security Deposit against the Prepetition Amounts. Within ten business days from the date of set off of the Security Deposit against the Prepetition Amounts, the Movants shall return the remaining Security Deposit to the Debtors.

4. To the extent necessary, the Master Lease Agreement and Security Deposit Agreement are hereby deemed to be rejected as of the date of entry of this Order.

5. Any claim for rejection damages by the Movants shall constitute a prepetition general unsecured claim in the Debtors' chapter 11 cases.

6. The Movants shall not seek an administrative expense claim for costs and attorneys' fees incurred in connection with entering into and performing under the Stipulation or this Order and each side shall bear its own legal fees and expenses in connection with such performance. Notwithstanding anything contained in the Stipulation or this Order, the Movants' rights to seek reimbursement of attorney's fees and costs as a component of its general unsecured proof of claim

shall not be waived. All rights, claims, objections and defenses of the Debtors and any other party in interest with respect to any claim asserted by Movants are expressly reserved.

7. Notwithstanding Bankruptcy Rule 4001(a)(3), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

9. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order and the Stipulation.

**Dated: January 17th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**