IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**CERTIFICATION OF COUNSEL SUBMITTING ORDER APPROVING STIPULATION RELATING TO THE CENTRAL STATES CLAIMS OBJECTION, DISCOVERY REQUESTS, AND MOTION TO COMPEL ARBITRATION**

The undersigned counsel hereby certifies that:

1. On or before November 7, 2023, Central States Pension Fund ("CSPF") filed 45 proofs of claim (the "Proofs of Claim") against the above-captioned debtors and debtors in possession (the "Debtors").

2. On December 8, 2023, the Debtors filed an *Objection to the Proofs of Claim Filed by the Central States Pension Fund* ("Claims Objection") [Dkt. 1322].

3. On December 8, 2023, concurrently with the Claims Objection, the Debtors served their First Set of Interrogatories and First Set of Requests for Production (the "Discovery Requests") on CSPF, making all objections and responses due January 8, 2023.

4. On January 8, 2024, CSPF filed a *Motion to Compel Arbitration of Withdrawal Liability Disputes, or Alternatively, for Relief from the Automatic Stay to Initiate Arbitration* ("Motion to Compel Arbitration") [Dkt. 1665].

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

DE:4877-9031-9774.1 96859.001

5. The Debtors and CSPF (the "Parties") have entered into a *Stipulation Relating to the Claims Objection, Discovery Requests, and Motion to Compel Arbitration* (the "Stipulation").

6. A proposed order approving the Stipulation is attached hereto as **Exhibit A**. The Stipulation is attached as Exhibit 1 to the proposed order.

7. Based on the foregoing, the Parties respectfully request entry of the Order at the Court's earliest convenience.

Dated: January 17, 2024
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Whitney Fogelberg (admitted *pro hac vice*) |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 652-4100 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | whitney.fogelberg@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |

Michael Esser (admitted *pro hac vice*)
John Christian (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
555 California Street
San Francisco, California 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500
Email: michael.esser@kirkland.com
john.christian@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*