# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

_____

In re:

YELOW CORPORATION, et al,

           Debtor.

_____

Chapter 11

Case No. 23-11069 (CTG)

Hearing Date: February 14, 2024 at 10:00 am (ET)

Objection Deadline: February 7, 2024 at 4:00 pm (ET)

## NOTICE OF MOTION OF MARTHA LIGIA LOPEZ BUILES
## FOR RELIEF FROM THE AUTOMATIC STAY

**PLEASE TAKE NOTICE** that Martha Ligia Lopez Builes, filed the Motion for Relief from the Automatic Stay (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 North Market Street, Wilmington, Delaware 19801, on or before February 7, 2024 at 4:00 pm (ET) (the "Objection Deadline") and served upon and received by the undersigned attorneys for Martha Ligia Lopez Builes.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Craig T. Glodblatt at the Bankruptcy Court, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware on February 14, 2024, at 10:00 am (ET).

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated:  January 18, 2024

Respectfully submitted,

/s/   Brian J. McLaughlin

Brian J. McLaughlin, Esquire
222 Delaware Avenue, Suite 1105
Wilmington, DE 19899
(302) 351-0916
Brian.mclaughlin@offitkurman.com

Attorney for Martha Ligia Lopez Builes

4859-9364-8018, v. 1