**EXHIBIT B**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, et al., | Case No. 23-11069 (CTG) |
| Debtors. | **RE: D.I. _____** |

## <u>ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY</u>

Upon the motion (the "<u>Motion</u>") filed by Suzie Chang, MD seeking relief from the automatic stay, the Court makes the following findings. Due and sufficient notice of the Motion was given under the particular circumstances. The Court has subject matter jurisdiction to consider the Motion and the relief requested therein in accordance with 28 § U.S.C. 157(b) and 1334. Venue is proper before this court pursuant to 28 U.S.C. §§ 1408 and 1409. The Court has determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. The automatic stay is lifted to permit the Movant to prosecute her claims against the debtor, YRC Inc. d/b/a YRC Freight ("Debtor") for personal injury related claims to judgment and satisfy any award or other resolution they may obtain against the Debtor from the proceeds of any applicable insurance policies.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation or implementation of this Order.