# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> YELLOW CORPORATION, et al., <br><br> Debtors.[1] | Chapter 11 <br><br> Case No. 23-11069 (CTG) <br><br> **Objection Deadline: February 1, 2024 at 4:00 pm (ET)** <br> **Hearing Date: February 14, 2024 at 10:00 am (ET)** |

### NOTICE OF MOTION OF SUZIE CHANG, MD
### FOR RELIEF FROM THE AUTOMATIC STAY
### TO THE EXTENT OF LIABILITY INSURANCE PROCEEDS

**PLEASE TAKE NOTICE** that on January 18, 2024, Suzie Chang, MD (the "Movant") filed the *Motion of Suzie Chang, MD for Relief from the Automatic Stay to the Extend of Liability Insurance Proceeds* ("Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion must be in writing, in conformity with the Federal Rules of Bankruptcy Procedure and the Local Rules of the Bankruptcy Court, filed with the Court, and served upon the undersigned counsel so as to be received on or before **February 1, 2024 at 4:00 p.m. (ET) ("Objection Deadline")**. At the same time, you must also serve a copy of the response upon undersigned counsel.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing on the Motion will be scheduled for **February 14, 2024 at 10:00 a.m. (ET)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

**IF YOU DO NOT TAKE THESE STEPS BY THE OBJECTION DEADLINE, THE COURT MAY DECIDE THAT YOU DO NOT OPPOSE THE RELIEF SOUGHT IN THE MOTION AND MAY GRANT THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: January 18, 2024 | **GELLERT SCALI BUSENKELL & BROWN, LLC** |
| | */s/ Amy D. Brown* |
| | Michael Busenkell (DE 3933) |
| | Amy D. Brown (DE 4077) |
| | 1201 N. Orange Street, Suite 300 |
| | Wilmington, DE 19801 |
| | Telephone: (302) 425-5812 |
| | Facsimile:  (302) 425-5814 |
| | mbusenkell@gsbblaw.com |
| | abrown@gsbblaw.com |
| | |
| | *Counsel for Movant* |