Edward J. LoBello, Esq.
BOND, SCHOENECK & KING, PLLC
600 Third Avenue, 22nd Floor
New York, New York 10016-1915
Telephone: (646) 253-2396
Email: elobello@bsk.com

*Attorneys for ProTrans International, LLC*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, et al., | Case No. 23-11069 (CTG) |
| Debtors. | |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND
### REQUEST FOR REMOVAL FROM THE COURT'S ECF SYSTEM

**PLEASE TAKE NOTICE** that Edward J. LoBello, Esq. of Bond, Schoeneck & King, PLLC, the undersigned counsel for *ProTrans International, LLC,* hereby withdraws the appearance as counsel for *ProTrans International, LLC,* and requests that his name, physical address and email address be removed from the notice lists maintained by the Debtors, and by the Court's ECF System, for the above-captioned bankruptcy cases.

*[Remainder of Page Intentionally Blank]*

1

Respectfully submitted this 19th day of January, 2024.

                                    BOND, SCHOENECK & KING, PLLC

                          By:   */s/ Edward J. LoBello*
                                    Edward J. LoBello
                                    A Member of the Firm
                               600 Third Avenue, 22nd Floor
                               New York, New York 10016-1915
                               Telephone: (646) 253-2396
                               Email: elobello@bsk.com

                          *Attorneys for ProTrans International, LLC*

## CERTIFICATE OF SERVICE

      This will certify that a true and correct copy of the foregoing document was forwarded by electronic transmission to all registered ECF users appearing in the case on January 19, 2024.

                                          /s/ *Edward J. LoBello*
                                          Edward J. LoBello