IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**WITHDRAWAL OF NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that, pursuant to Rule 9010-2(b)(i) of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, Whitney C. Fogelberg, of Kirkland & Ellis LLP, counsel to the above-captioned debtors and debtors in possession (collectively, the "Debtors"), hereby withdraws her *Pro Hac Vice* appearance [Docket No. 116] in the above-captioned cases effective January 19, 2024. Ms. Fogelberg requests that service upon her of all future notices and pleadings, electronically or otherwise, be discontinued, and further requests that he be removed from the electronic (ECF) service list.  The contact information is as follows:

Whitney C. Fogelberg
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
300 North LaSalle Street
Chicago, Illinois 60654
(312) 862-2000
whitney.fogelberg@kirkland.com

**PLEASE TAKE FURTHER NOTICE** that this notice is with respect to Whitney C. Fogelberg only and is not intended to affect service independently requested by

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

DE:4868-6334-2495.1 96859.001

Kirkland & Ellis LLP or Kirkland & Ellis International LLP, or their continued listing in the service list for these chapter 11 cases.

Dated:  January 19, 2024
Wilmington, Delaware

/s/ Peter J. Keane

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward Corma (DE Bar No. 6718)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Telephone:    (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:    ljones@pszjlaw.com<br>    tcairns@pszjlaw.com<br>    pkeane@pszjlaw.com<br>    ecorma@pszjlaw.com | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)<br>David Seligman, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:    (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:    patrick.nash@kirkland.com<br>    david.seligman@kirkland.com<br><br>-and-<br><br>Allyson B. Smith (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:    allyson.smith@kirkland.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |