IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 1478** |

**CERTIFICATION OF COUNSEL REGARDING THE FIRST INTERIM FEE APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP, AS LEAD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW CORPORATION, *ET AL.*, FOR THE PERIOD FROM AUGUST 18, 2023 THROUGH AND INCLUDING OCTOBER 31, 2023**

The undersigned hereby certifies as follows:

1. On December 22, 2023, the Official Committee of Unsecured Creditors (the "Committee") filed the *First Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for the Period from August 18, 2023 Through and Including October 31, 2023* [Docket No. 1478] (the "Application").

2. Pursuant to the *Notice of First Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for the Period from August 18, 2023 Through and Including October 31, 2023* [Docket No. 1478-1], objections to the Application were to be filed and served no later than January 12, 2024, at 4:00 p.m. (ET) (the "Objection Deadline").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

3. Prior to the Objection Deadline, the undersigned received informal comments from the United States Trustee for the District of Delaware (the "UST"). Akin has agreed to voluntarily reduce the amount of compensation and reimbursement sought in the Application by $17,000.00 and the amount of expenses by $71.71, resolving the UST's informal comments. As such, the total compensation and reimbursement sought by the Application is $6,012,188.00 in compensation for fees incurred and $80,683.49 in reimbursement of expenses. Except as to the UST's informal comments, no answer, objection, or responsive pleading to the Application has been received by the undersigned or appears on the Court's docket in these Chapter 11 Cases.

4. Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 519], the Court may approve the Application upon the filing of this Certification of Counsel without the need for a hearing. Upon allowance by the Court, the Debtors shall be authorized to promptly pay all allowed fees (including the 20% holdback) and expenses not previously paid.

5. ABSENT THE ENTRY OF AN ORDER APPROVING THE APPLICATION, A HEARING ON THE APPLICATION WILL BE HELD ON **JANUARY 22, 2024 AT 2:00 P.M.** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

Dated: January 19, 2024
Wilmington, Delaware

| **BENESCH, FRIEDLANDER,    COPLAN & ARONOFF LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|---|---|

/s/ *John C. Gentile*
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
          kcapuzzi@beneschlaw.com
          jgentile@beneschlaw.com

Philip C. Dublin (*pro hac vice*)
Meredith A. Lahaie (*pro hac vice*)
Kevin Zuzolo (*pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: pdublin@akingump.com
          mlahaie@akingump.com
          kzuzolo@akingump.com

*Counsel to the Official Committee of Unsecured Creditors*