IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**DEBTORS' AMENDED EXHIBIT LIST
FOR HEARING ON JANUARY 22, 2024 AT 2:00 P.M. (ET)**

The above-captioned debtors and debtors in possession (the "Debtors") hereby submit this amended witness and exhibit list in connection with the hearing scheduled for **January 22, 2024, at 2:00 p.m. (ET)**, before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Hearing"), at which time the following lift-stay motions (the "Lift Stay Motions") are currently scheduled to be heard:[2]

1. *Motion of Jimmie and Janel Hubert for relief from the Automatic Stay Pursuant to 11 U.S.C. §362 (D)* [Docket No. 758];

2. *Motion of Donna Lee Daugherty for Order Pursuant to Section 362(d) of the Bankruptcy Code, Bankruptcy Rule 4001 and Local Bankruptcy Rule 4001-1 Modifying the Automatic Stay to Allow continuation of Wrongful Death Litigation* [Docket No. 770];

3. *Motion of Jason E. Ellis, for Relief from the Automatic Stay Pursuant to 11 U.S.C. § 362(d) of the Bankruptcy Code* [Docket No. 829];

4. *Sopia L. Goodman's Motion for Relief from the Automatic Stay* [Docket No. 879];

---

1  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

2  Many lift stay movants have agreed to continue their motions and others may also agree between the filing of this pleading and the hearing on January 22, 2024.

5. *Motion Phillip B. Deterding's Motion for Relief from the Automatic Stay* [Docket No. 1037];

6. *Motion of Derek Hall for Relief from the Automatic Stay to the Extent of Liability Insurance* [Docket No. 1118];

7. *Paul Edward Fowler's Motion for Relief from the Automatic Stay* [Docket No. 1169];

8. *Tariq Osman's Motion for Relief from the Automatic Stay* [Docket No. 1622]; and

9. *Alejandro Vizcaino's Motion for relief from Automatic Stay Under 11 USC § 362(d); Memorandum of Points and Authorities* [Docket No. 1661].

## WITNESSES

No witnesses have been designated by any other party, and the Debtors do not intend to call witnesses at the Hearing.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing in connection with the Lift Stay Motions:

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 1. | ORIC Objections to Lift Stay Motions | 823 |
| 2. | ORIC Supplemental Objection to Lift Stay Motions | 1106 |
| 3. | Final Insurance Order | 523 |
| 4. | 10/27/23 ORIC Coverage Letter in *Hubert* | - |
| 5. | ORIC Motor Carrier's Indemnity Policy in Effect on Date of Injury in *Hubert*  **Relevant PDF Pages Excerpted:** 3–5, 9, 11–23 | - |
| 6. | MCS-90 in Effect on Date of Injury in *Hubert* | - |
| 7. | 11/1/23 ORIC Coverage Letter in *Daugherty* | - |

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 8. | ORIC Motor Carrier's Indemnity Policy in Effect on Date of Injury in *Daugherty*<br><br>***Relevant PDF Pages Excerpted:*** 1–3, 6–21 | - |
| 9. | MCS-90 in Effect on Date of Injury in *Daugherty* | - |
| 10. | ORIC Motor Carrier's Indemnity Policy in Effect on Date of Injury in *Ellis*, *Goodman*, *Osman*<br><br>***Relevant PDF Pages Excerpted:*** 3–5, 9, 11–23 | - |
| 11. | MCS-90 in Effect on Date of Injury in *Ellis*, *Goodman* | - |
| 12. | ORIC Motor Carrier's Indemnity Policy in Effect on Date of Injury in *Vizcaino*<br><br>***Relevant PDF Pages Excerpted:*** 1–3, 6, 9 | - |
| 13. | AIG EPL Policy in Effect on Date of Injury in *Vizcaino*<br><br>***Relevant PDF Pages Excerpted:*** 3–4, 7–27 | - |
| 14. | 11/27/23 ORIC Coverage Letter in *Goodman* | - |
| 15. | ORIC Motor Carrier's Indemnity Policy in Effect on Date of Injury in *Fowler*<br><br>***Relevant PDF Pages Excerpted:*** 1–3, 6–21 | - |
| 16. | MCS-90 in Effect on Date of Injury in *Fowler* | - |
| 17. | ORIC Motor Carrier's Indemnity Policy in Effect on Date of Injury in *Deterding*<br><br>***Relevant PDF Pages Excerpted:*** 1–3, 6–21 | - |
| 18. | MCS-90 in Effect on Date of Injury in *Deterding* | - |
| 19. | 12/8/23 ORIC Coverage Letter in *Deterding* | |
| 20. | ORIC Motor Carrier's Indemnity Policy in Effect on Date of Injury in *Hall*<br><br>***Relevant PDF Pages Excerpted:*** 1–3, 6–21 | - |

| Exhibit No. | Document Description | Docket No. |
|---|---|---|
| 21. | MCS-90 in Effect on Date of Injury in *Hall* | - |
| 22. | Amended Proposed ADR Procedures | 1817 |
| 23. | 1/18/24 ORIC Coverage Letter in *Ellis* | - |
| 24. | 1/18/24 ORIC Coverage Letter in *Fowler* | - |

No other party has identified any exhibits or witnesses in connection with the Lift Stay Motions. The Debtors reserve the right to object to the entry into evidence of any exhibit, including those listed above. The Debtors also reserve the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

Dated: January 19, 2024
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 300 North LaSalle |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |
| P.O. Box 8705 | Telephone: (312) 862-2000 |
| Wilmington, Delaware 19801 | Facsimile: (312) 862-2200 |
| Telephone: (302) 652-4100 | Email: patrick.nash@kirkland.com |
| Facsimile: (302) 652-4400 | david.seligman@kirkland.com |
| Email: ljones@pszjlaw.com | |
| tcairns@pszjlaw.com | -and- |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | Allyson B. Smith (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*