# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | )  | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos.: 1358, 1365, 1366, 1401, 1407, 1478, 1479, 1480, 1481, 1502 and 1548** |

## CERTIFICATION OF COUNSEL REGARDING OMNIBUS ORDER APPROVING INTERIM FEE APPLICATIONS FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

The undersigned hereby certifies the following:

1. Attached hereto as **Exhibit 1** is the proposed form of order (with attached Exhibit A) (the "Proposed Order") which accurately represents the fees and expenses of professionals with respect to the fee applications scheduled for hearing on January 22, 2024 at 2:00 p.m. (ET).

2. Counsel is available should the Court have any questions regarding the Proposed Order.

3. Accordingly, the Debtors respectfully request entry of the Proposed Order at the Court's earliest convenience.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

DE:4889-5499-6895.1 96859.001

Dated:  January 19, 2024
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward Corma (DE Bar No. 6718)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Telephone:   (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:           ljones@pszjlaw.com<br>                     tcairns@pszjlaw.com<br>                     pkeane@pszjlaw.com<br>                     ecorma@pszjlaw.com | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)<br>David Seligman, P.C. (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>300 North LaSalle<br>Chicago, Illinois 60654<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          patrick.nash@kirkland.com<br>                    david.seligman@kirkland.com<br><br>-and-<br><br>Allyson B. Smith (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          allyson.smith@kirkland.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |