# **Exhibit 1**

DE:4889-5499-6895.1 96859.001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket Nos.: 1358, 1365, 1366, 1401, 1407, 1478, 1479, 1480, 1481, 1502 and 1548** |

**OMNIBUS ORDER APPROVING INTERIM FEE APPLICATIONS**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the interim fee applications (the "Applications")[2] of those professionals (the "Professionals") referenced on **Exhibit A** attached hereto, pursuant to sections 105(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure and that certain *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals and (II) Granting Related Relief* (the "Interim Compensation Order") previously entered by this Court on September 13, 2023 (Docket No. 519); and it appearing that the Court has jurisdiction to consider the Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing that this matter is a core proceeding

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms not defined in this order shall have the meaning ascribed to them in the Interim Compensation Order and/or the Applications.

within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and these Applications is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Applications having been given; and it appearing that the relief requested in the Applications is in the best interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1. The Applications are GRANTED as set forth herein, in the amounts set forth on **Exhibit A**, hereto for services rendered and reimbursement for actual and necessary expenses incurred during the fee periods set forth on **Exhibit A**.

2. The Debtors are authorized to make payment to each of the Professionals on account of any of the outstanding fees and expenses as provided for herein that have not yet been paid pursuant to the Interim Compensation Order in accordance with the Bankruptcy Code priorities.

3. The Court shall retain jurisdiction to hear and determine all matters arising from or relating to this Order.

# Exhibit A

| Date Filed | Dkt. No. | Applicant | Interim Fee Period | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| **Counsel to the Debtors** | | | | | | |
| 12/13/23 | 1365 | Pachulski Stang Ziehl & Jones LLP | 08/06/23 – 10/31/23 | $508,225.00 | $73,854.10 | $582,079.10 |
| **Counsel to the Debtors** | | | | | | |
| 12/29/23 | 1548 | Kirkland & Ellis LLP and Kirkland & Ellis International LLP ("K&E") | 08/06/23 – 10/31/23 | $9,843,599.00[1] | $78,101.09[2] | $9,921,700.09 |
| **Audit Services Provider to the Debtors** | | | | | | |
| 12/12/23 | 1358 | KPMG LLP | 08/06/23 – 10/31/23 | $148,766.00 | $0.00 | $148,766.00 |
| **Financial Advisor to the Debtors** | | | | | | |
| 12/13/23 | 1366 | Alvarez & Marsal North America, LLC | 08/07/23 – 10/31/23 | $5,890,334.00 | $88,827.46 | $5,979,161.46 |
| **Tax Services Provider to the Debtors** | | | | | | |
| 12/20/23 | 1401 | Ernst & Young LLP | 08/06/23 – 10/31/23 | $1,407,362.50 | $117.04 | $1,407,479.54 |
| **Investment Banker to the Debtors** | | | | | | |
| 12/20/23 | 1407 | Ducera Partners LLC | 08/06/23 – 10/31/23 | $4,775,000.00 | $47,423.55 | $4,822,423.55 |

---

[1] Reflects an agreed reduction of K&E fees in the amount of $40,949.00 based upon comments from the Office of the United States Trustee ("UST").
[2] Reflects an agreed reduction of K&E expenses in the amount of $1,642.00 based upon comments from the UST.

DE:4878-7892-2910.3 96859.001

| | | | | | | |
|---|---|---|---|---|---|---|
| **Canadian Restructuring Counsel to Debtors** | | | | | | |
| 12/27/23 | 1502 | Goodmans LLP | 08/06/23 – 10/31/23 | $587,946.21 | $13,798.61 | $601,744.82 |
| **Counsel to the Official Committee of Unsecured Creditors** | | | | | | |
| 12/22/23 | 1478 | Akin Gump Strauss Hauer & Feld LLP | 08/18/23 – 10/31/23 | $6,012,188.00 | $80,683.49 | $6,092,871.49[3] |
| **Counsel to the Official Committee of Unsecured Creditors** | | | | | | |
| 12/22/23 | 1479 | Benesch, Friedlander, Coplan & Aronoff LLP | 08/22/23 – 10/31/23 | $331,935.50[4] | $11,174.04 | $343,109.54 |
| **Investment Banker to the Official Committee of Unsecured Creditors** | | | | | | |
| 12/22/23 | 1480 | Miller Buckfire | 08/21/23 – 10/31/23 | $525,000.00 | $2,234.78 | $527,234.78 |
| **Financial Advisor to the Official Committee of Unsecured Creditors** | | | | | | |
| 12/22/23 | 1481 | Huron Consulting Group, Inc. | 08/21/23 – 10/31/23 | $1,728,952.00 | $2,262.04 | $1,731,214.04 |

---

[3] Reflects an agreed reduction of Akin fees and expenses in the total amount of $17,071.71 based upon comments from the UST.
[4] Reflects an agreed reduction of Benesch fees in the amount of $1,696.00 based upon comments from the UST.