**EXHIBIT A**

**EXHIBIT A**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |

## SECOND AMENDED[2] INDEX TO FIRST INTERIM FEE APPLICATION BINDER IN CONNECTION WITH THE HEARING SCHEDULED ON JANUARY 22, 2024 AT 2:00 P.M. (EASTERN TIME)

### INTERIM FEE APPLICATIONS:

1. First Interim Fee Application Request of KPMG LLP [Filed: 12/12/23] (Docket No. 1358)

    Response Deadline: January 2, 2024 at 4:00 p.m. (ET).

    Responses Received: None.

    Related Documents:

    A. Certification of No Objection Regarding First Interim Fee Application Request of KPMG LLP [Filed: 1/8/24] (Docket No. 1688)

    B. First Combined Monthly Application of KPMG LLP for Providing Audit Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period August 6, 2023 to October 31, 2023 [Filed: 11/29/23] (Docket No. 1242)

    C. Certification of No Objection Regarding First Combined Monthly Application of KPMG LLP for Providing Audit Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period August 6, 2023 to October 31, 2023 [Filed: 1/3/24] (Docket No. 1584)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] **Amended items are in bold.**

       Status:  This matter will go forward.

2.    First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from August 6, 2023 through October 31, 2023 [Filed: 12/13/23] ([Docket No. 1365](#))

       Response Deadline: November 6, 2023 at 4:00 p.m. (ET).

       Responses Received:  None.

       Related Documents:

       A.    Certification of No Objection Regarding First Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from August 1, 2023 through October 31, 2023 [Filed: 1/8/24] ([Docket No. 1690](#))

       B.    First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from August 1, 2023 through August 31, 2023 [Filed: 11/20/23] ([Docket No. 1184](#))

       C.    Certification of No Objection Regarding First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from August 1, 2023 through August 31, 2023 [Filed: 12/12/23] ([Docket No. 1359](#))

       D.    Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from September 1, 2023 through September 30, 2023 [Filed: 11/20/23] ([Docket No. 1185](#))

       E.    Certification of No Objection Regarding Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from September 1, 2023 through September 30, 2023 [Filed: 12/12/23] ([Docket No. 1360](#))

       F.    Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from October 1, 2023 through October 31, 2023 [Filed: 12/11/23] ([Docket No. 1335](#))

       G.    Certification of No Objection Regarding Third Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones

        LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from October 1, 2023 through October 31, 2023 [Filed: 1/8/24] ([Docket No. 1689](#))

        Status:  This matter will go forward.

3. First Interim Fee Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 7, 2023 to and Including October 31, 2023 [Filed: 12/13/23] ([Docket No. 1366](#))

    Response Deadline: January 3, 2024 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Documents:

    A.    Certification of No Objection Regarding First Interim Fee Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 7, 2023 to and Including October 31, 2023 [Filed: 1/8/24] ([Docket No. 1686](#))

    B.    First Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period August 7, 2023 to August 31, 2023 [Filed: 9/29/23] ([Docket No. 693](#))

    C.    Certification of No Objection Regarding First Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period August 7, 2023 to August 31, 2023 [Filed: 10/26/23] ([Docket No. 963](#))

    D.    Second Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2023 to September 30, 2023 [Filed: 11/13/23] ([Docket No. 1132](#))

    E.    Certification of No Objection Regarding Second Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2023 to September 30, 2023 [Filed: 12/7/23] ([Docket No. 1291](#))

    F.    Third Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2023 to October 31, 2023 [Filed: 12/12/23] ([Docket No. 1343](#))

    G.    Certification of No Objection Regarding Third Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2023 to October 31, 2023 [Filed: 1/8/24] ([Docket No. 1685](#))

    Status:  This matter will go forward.

4.  First Interim Fee Application of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period August 6, 2023 to October 31, 2023 [Filed: 12/20/23] (Docket No. 1401)

    Response Deadline: January 10, 2024 at 4:00 p.m. (ET).

    Responses Received:  None.

    Related Documents:

    A.  Certification of No Objection Regarding First Interim Fee Application of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period August 6, 2023 to October 31, 2023 [Filed: 1/11/24] (Docket No. 1731)

    B.  Combined First Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 6, 2023 to and Including September 30, 2023 [Filed: 11/16/23] (Docket No. 1162)

    C.  Certification of No Objection Regarding Combined First Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 6, 2023 to and Including September 30, 2023 [Filed: 12/12/23] (Docket No. 1361)

    D.  Second Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period October 1, 2023 to October 31, 2023 [Filed: 12/14/23] (Docket No. 1370)

    E.  Certification of No Objection Regarding Second Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period October 1, 2023 to October 31, 2023 [Filed: 1/8/24] (Docket No. 1687)

    Status:  This matter will go forward.

5.  First Interim Fee Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 6, 2023 Through October 31, 2023 [Filed: 12/20/23] (Docket No. 1407)

    Response Deadline: January 10, 2024 at 4:00 p.m. (ET).

    Responses Received:  Informal comments from the Office of the United States Trustee.

Related Documents:

- A. Certification of No Objection Regarding First Interim Fee Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 6, 2023 Through October 31, 2023 [Filed: 1/17/24] ([Docket No. 1802](#))

- B. First Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 6, 2023 Through August 31, 2023 [Filed: 10/30/23] ([Docket No. 1001](#))

- C. Certification of No Objection Regarding First Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 6, 2023 Through August 31, 2023 [Filed: 11/22/23] ([Docket No. 1226](#))

- D. Second Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2023 Through September 30, 2023 [Filed: 11/14/23] ([Docket No. 1141](#))

- E. Certification of No Objection Regarding Second Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2023 Through September 30, 2023 [Filed: 12/7/23] ([Docket No. 1292](#))

- F. Third Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 Through October 31, 2023 [Filed: 12/7/23] ([Docket No. 1302](#))

- G. Certification of No Objection Regarding Third Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2023 Through October 31, 2023 [Filed: 1/8/24] ([Docket No. 1684](#))

Status: This matter will go forward.

6. First Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the Period August 18, 2023 to October 31, 2023 [Filed: 12/2/23] ([Docket No. 1478](#))

Response Deadline: January 12, 2024 at 4:00 p.m. (ET).

Responses Received: Informal comments from the Office of the United States Trustee.

Related Documents:

A. **Certification of No Counsel Regarding First Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the Period August 18, 2023 to October 31, 2023  [Filed: 1/19/24] (Docket No. 1830)**

B. First Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the Period August 18, 2023 to August 31, 20223 [Filed: 10/20/23] (Docket No. 889)

C. Certificate First Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the Period August 18, 2023 to August 31, 20223 [Filed: 11/14/23] (Docket No. 1137)

D. Second Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the Period September 1, 2023 to September 30, 2023 [Filed: 11/29/23] (Docket No. 1244)

E. Certificate of No Objection Regarding Second Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the Period September 1, 2023 to September 30, 2023 [Filed: 12/21/23] (Docket No. 1423)

F. Third Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the Period October 1, 2023 to October 31, 2023 [Filed: 12/1/23] (Docket No. 1259)

G. Certificate of No Objection Regarding Third Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the Period October 1, 2023 to October 31, 2023 [Filed: 12/27/23] (Docket No. 1498)

Status:  This matter will go forward.

7. First Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period August 22, 2023 to October 31, 2023 [Filed: 12/22/23] (Docket No. 1479)

Response Deadline: January 12, 2024 at 4:00 p.m. (ET).

Responses Received:  Informal comments from the Office of the United States Trustee.

Related Documents:

A.  [Withdrawn] Certificate of No Objection Regarding First Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period August 22, 2023 to October 31, 2023 [Filed: 1/16/24] (Docket No. 1759)

   i. Notice of Withdrawal of D.I. 1759 [Filed: 1/16/24] (Docket No. 1761)

B.  First Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period August 22, 2023 to August 31, 2023 [Filed: 10/20/23] (Docket No. 890)

C.  Certificate of No Objection Regarding First Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period August 22, 2023 to August 31, 2023 [Filed: 11/14/23] (Docket No. 1138)

D.  Second Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2023 Through September 30, 2023 [Filed: 11/14/23] (Docket No. 1121)

E.  Certificate of No Objection Regarding Second Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2023 Through September 30, 2023 [Filed: 12/5/23] (Docket No. 1270)

F.  Third Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2023 to October 31, 2023 [Filed: 11/29/23] (Docket No. 1246)

G.  Certificate of No Objection Regarding Third Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period October 1, 2023 to October 31, 2023 [Filed: 12/21/23] (Docket No. 1425)

H. Certification of Counsel Regarding First Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period August 22, 2023 to October 31, 2023 [Filed: 1/16/24] ([Docket No. 1762](#))

Status: This matter will go forward.

8. First Interim Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses for the Period August 21, 2023 to October 31, 2023 [Filed: 12/22/23] ([Docket No. 1480](#))

Response Deadline: January 12, 2024 at 4:00 p.m. (ET).

Responses Received: None.

Related Documents:

A. Certificate of No Objection Regarding First Interim Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses for the Period August 21, 2023 to October 31, 2023 [Filed: 1/16/24] ([Docket No. 1758](#))

B. First Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses for the Period August 21, 2023 to August 31, 2023 [Filed: 10/20/23] ([Docket No. 893](#))

C. Certificate of No Objection Regarding First Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses for the Period August 21, 2023 to August 31, 2023 [Filed: 11/14/23] ([Docket No. 1139](#))

D. Second Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period September 1, 2023 to September 30, 2023 [Filed: 12/5/23] ([Docket No. 1275](#))

E. Certificate of No Objection Regarding Second Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period September 1, 2023 to September 30, 2023 [Filed: 12/27/23] ([Docket No. 1501](#))

F. Third Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2023 to October 31, 2023 [Filed: 12/22/23] ([Docket No. 1482](#))

G. Certificate of No Objection Regarding Third Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses for the Period October 1, 2023 to October 31, 2023 [Filed: 1/6/24]

(Docket No. 1760)

Status:  This matter will go forward.

9. First Interim Fee Application of Huron Consulting Group, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period August 21, 2023 to October 31, 2023 [Filed: 12/22/23] (Docket No. 1481)

Response Deadline: January 12, 2024 at 4:00 p.m. (ET).

Responses Received:  None.

Related Documents:

A. Certificate of No Objection First Interim Fee Application of Huron Consulting Group, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period August 21, 2023 to October 31, 2023 [Filed: 1/16/24] (Docket No. 1757)

B. First Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the Period August 21, 2023 to August 31, 2023 [Filed: 10/20/23] (Docket No. 894)

C. Certificate of No Objection Regarding First Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the Period August 21, 2023 to August 31, 2023 [Filed: 11/14/23] (Docket No. 1140)

D. Second Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the Period September 1, 2023 to September 30, 2023 [Filed: 11/29/23] (Docket No. 1245)

E. Certificate of No Objection Regarding Second Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the Period September 1, 2023 to September 30, 2023 [Filed: 12/21/23] (Docket No. 1424)

F. Third Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, et al for the Period October 1, 2023 to October 31, 2023 [Filed: 12/1/23] (Docket No. 1260)

G. Certificate of No Objection Regarding Third Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of

       Unsecured Creditors of Yellow Corporation, et al for the Period October 1, 2023 to October 31, 2023 [Filed: 12/27/23] ([Docket No. 1500](#))

       Status:  This matter will go forward.

10.   First Interim Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period From August 6, 2023 Through October 31, 2023 [Filed: 12/27/23] ([Docket No. 1502](#))

       Response Deadline: January 17, 2024 at 4:00 p.m. (ET).

       Responses Received:  None.

       Related Documents:

       A.   Certification of No Objection First Interim Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period From August 6, 2023 Through October 31, 2023 [Filed: 1/18/24] ([Docket No. 1806](#))

       B.   First Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period August 6, 2023 to August 31, 2023 [Filed: 12/27/23] ([Docket No. 1494](#))

       C.   Certification of No Objection Regarding First Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period August 6, 2023 to August 31, 2023 [Filed: 1/17/24] ([Docket No. 1803](#))

       D.   Second Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period September 1, 2023 to September 30, 2023 [Filed: 12/27/23] ([Docket No. 1495](#))

       E.   Certification of No Objection Regarding Second Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period September 1, 2023 to September 30, 2023 [Filed: 1/17/24] ([Docket No. 1804](#))

       F.   Third Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2023 to October 31, 2023 [Filed: 12/27/23] ([Docket No. 1496](#))

    G.    Certification of No Objection Regarding Third Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period October 1, 2023 to October 31, 2023 [Filed: 1/18/24] (Docket No. 1806)

Status:  This matter will go forward.

11.    First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from August 6, 2023 Through and Including October 31, 2023 [Filed: 12/29/23] (Docket No. 1548)

Response Deadline: January 19, 2024 at 4:00 p.m. (ET).

Responses Received:  None.

Related Documents:

    A.    **Certification of Counsel Regarding First Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim Fee Period from August 6, 2023 Through and Including October 31, 2023 [Filed: 1/19/24] (Docket No. 1836)**

    B.    First Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from August 6, 2023 Through and Including August 31, 2023 [Filed: 10/17/23] (Docket No. 858)

    C.    Certification of No Objection Regarding First Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from August 6, 2023 Through and Including August 31, 2023 [Filed: 11/10/23] (Docket No. 1125)

    D.    Second Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2023 Through and Including September 30, 2023 [Filed: 11/1/23] (Docket No. 1224)

    E.    Certification of No Objection Regarding Second Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2023 Through and Including September 30, 2023 [Filed: 12/14/23] (Docket No. 1369)

    F.    Third Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2023 Through and Including September 30, 2023 [Filed: 12/22/23] (Docket No. 1484)

G.    Certification of No Objection Regarding Third Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for the Period from September 1, 2023 Through and Including September 30, 2023 **[Filed: 1/19/24] ([Docket No. 1839](#))**

Status:  This matter will go forward.

Dated: January 19, 2024
     Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted pro hac vice) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| 919 North Market Street, 17th Floor | Telephone: (212) 446-4800 |
| P.O. Box 8705 | Facsimile: (212) 446-4900 |
| Wilmington, Delaware 19899-8705 | Email: patrick.nash@kirkland.com |
| Telephone: 302-652-4100 |        david.seligman@kirkland.com |
| Facsimile: 302-652-4400 | |
| Email: ljones@pszjlaw.com | -and- |
|      tcairns@pszjlaw.com | |
|      pkeane@pszjlaw.com | Allyson B. Smith (admitted pro hac vice) |
|      ecorma@pszjlaw.com | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: allyson.smith@kirkland.com |
| | *Co-Counsel for the Debtors and Debtors in Possession* |