UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.* | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

### MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 9010-1 and the below certification, counsel moves for the admission *pro hac vice* of William L. Wallander to represent 1460 E Kearney Owner LP in the above-captioned proceeding.

Dated: January 12, 2024

BAYARD, P.A.

/s/ *Ericka F. Johnson*
Ericka F. Johnson (No. 5024)
600 North King Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 655-5000
ejohnson@bayardlaw.com

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the State of Texas and New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23.  I further certify that the annual fee of $50.00 has been paid to the Clerk of Court for the District Court.

/s/ *William L. Wallander*
William L. Wallander
VINSON & ELKINS LLP
2001 Ross Avenue, Suite 3900
Dallas, TX  75201
Telephone: (214) 220-7700
bwallander@velaw.com

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.

Dated: January 22nd, 2024
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**