IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*, | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |

**ORDER SCHEDULING OMNIBUS HEARING DATES**

IT IS HEREBY ORDERED that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| March 6, 2024 | 2:00 p.m. prevailing Eastern Time (Omnibus Hearing) |
| April 11, 2024 | 10:00 a.m. prevailing Eastern Time (Omnibus Hearing) |

**Dated: January 22nd, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

DOCS_DE:244586.1 96857/001
DE:4885-9816-3601.2 96859.001