Form 210A (10/06)

# United States Bankruptcy Court
# District of Delaware

In re:      Yellow Logistics, Inc.
Case No.    23-11083, Jointly Administered Under Case No 23-11069

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1),** Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Name of Transferee:<br>  Fair Harbor Capital, LLC<br>  As assignee of My Way Trucking Inc | Name of Transferor:<br>  My Way Trucking Inc |
| Name and Address where notices to transferee should be sent: | Court Claim # (if known):  none<br>          Amount of Claim:  $3,152.50<br>          Date Claim Filed: |
| Phone:    212 967 4035<br>Last Four Digits of Acct #: _____n/a_____ | Phone:<br>Last Four Digits of Acct. #:  ___n/a____ |
| Fair harbor Capital LLC<br>PO Box 237037<br>New York, NY 10023 | **My Way Trucking Inc**<br>570 S Mollison Ave Apt 22<br><br>El Cajon, CA  92020 |

Name and Address where transferee payments should be sent (if different from above):

Phone:  _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____    Date:_____January 22, 2024_____
          Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

**In re:** Yellow Logistics, Inc.
**Case No.** 23-11083, Jointly Administered Under Case No 23-11069

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No.  none (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on January 22, 2024.

| Name of Transferee: | Name of Alleged Transferor: |
|---|---|
| Fair Harbor Capital, LLC | My Way Trucking Inc |
| **as** assignee of My Way Trucking Inc | |

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                                                       Clerk of the Court

Failure or delay on the part of Purchaser to exercise any right, power or privilege hereunder shall not operate as a waiver thereof.

**MY WAY TRUCKING INC ("Seller")** sells, transfer and assigns unto Fair Harbor Capital, LLC, with an address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, including cure rights, to and under Seller's Claim (as defined in the Agreement) against **Yellow Logistics, Inc.** or any of its co-debtor affiliates (the "Debtor" in the aggregate amount of not less than **$3,152.50**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 23-11069, et al., . Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Whereof,** MY WAY TRUCKING INC (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**MY WAY TRUCKING INC ("Seller")**
570 S MOLLISON AVE APT 22
EL CAJON, CA 92020

Print Name: **Steephin Rizko**   Title: **Manager**

Signature: _SRIO_   Date: 10/09/23

Phon_

Email                                                    (Clearly Please)

Updated Address (If Changed): _____

**Fair Harbor Capital, LLC ("Purchaser")**
PO Box 237037
New York, NY 10023

Signature:

Fred Glass, Member Fair Harbor Capital, LLC
Victor Knox