# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATION OF UNITED STATES GOVERNMENT
## ATTORNEY BENJAMIN KELLY

I, Benjamin Kelly, am an attorney representing the Pension Benefit Guaranty Corporation ("PBGC"), a creditor in the above-captioned cases. The PBGC is a United States Government corporation that administers and enforces the pension plan termination program established under Title IV of the Employee Retirement Income Security Act of 1974, as amended, 29 U.S.C. §§ 1301-1461 (2018 & Supp. III 2021).

I certify that I am a member in good standing of the bar of the District of Columbia and not subject to pending disciplinary proceedings.

I further state that I will be bound by the rules of this Court and submit to the jurisdiction of this Court for disciplinary purposes.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 511500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  January 25, 2024                                   Respectfully submitted,
       Washington, D.C.

                                                /s/ Benjamin Kelly
Benjamin Kelly, Deputy Assistant General Counsel
Bar No. DC 1632617
Pension Benefit Guaranty Corporation
Office of the General Counsel
445 12th Street, S.W.
Washington, D.C. 20024
Telephone: (202) 229-4097
Emails: kelly.benjamin@pbgc.gov *and*
     efile@pbgc.gov