**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| YELLOW CORPORATION | § | |
| | § | CASE NO. 23-11069 |
| DEBTOR | § | |

<u>**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 15485**</u>

NOW COMES the City of Eagle Pass and files this Notice of Withdrawal of Proof of Claim No. 15485 in YRC, Inc., Case No. 23-11087.  In support thereof, the City of Eagle Pass respectfully represents the following:

1.      The City of Eagle Pass filed its secured proof of claim herein on November 2, 2023 in the amount of $53.03, which claim is designated as claim number 15485 with the claims' agent.

2.      The tax debt to subject to the City of Eagle Pass' proof of claim is paid in full.

3.      The City of Eagle Pass desires to withdraw its proof of claim no. 15485 filed herein based upon the reasons stated above.


Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By:      __/s/ Don Stecker_____
             David G. Aelvoet (SBN 00786959)
             Don Stecker (SBN 19095300)
             Attorney for the City of Eagle Pass

1

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of the City of Eagle Pass Proof of Claim No. 15485 was served this 6th day of February, 2024 by Electronic Mail and/or by First Class Mail upon the following:

Debtor:
     Yellow Corporation
     11500 Outlook Street, Suite 400
     Overland Park, KS 66211

Attorney for Debtor:
     Laura Davis Jones
     Pachulski, Stang, Ziehl & Jones LLP
     919 North Market St, 17th Floor
     Wilmington, DE 19801

U.S. Trustee:
     Office of the United States Trustee
     J. Caleb Boggs Federal Building
     844 King Street, Suite 2207
     Lockbox 35
     Wilmington, DE 19801

                             __/s/ Don Stecker_____
                             Don Stecker