**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | CHAPTER 11 |
| | § | |
| YELLOW CORPORATION | § | |
| | § | CASE NO. 23-11069 |
| DEBTOR | § | |

**NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NO. 10028**

NOW COMES the City of El Paso and files this Notice of Withdrawal of Proof of Claim No. 10028 in YRC, Inc., Case No. 23-11087.  In support thereof, the City of El Paso respectfully represents the following:

1. The City of El Paso filed its secured proof of claim herein on August 10, 2023 in the amount of $62,096.34, which claim is designated as claim number 10028 with the claims' agent.
2. Claim number 10028 was amended and superseded by the filing of claim number 15597.
3. The City of El Paso desires to withdraw its proof of claim no. 10028 filed herein based upon the reasons stated above.

Respectfully submitted,

**LINEBARGER GOGGAN**
**BLAIR & SAMPSON, LLP**
112 E. Pecan Street, Suite 2200
San Antonio, TX  78205
(210) 225-6763 - *Telephone*
(210) 225-6410 - *Fax*

By:   /s/ Don Stecker
 David G. Aelvoet (SBN 00786959)
 Don Stecker (SBN 19095300)
 Attorney for the City of El Paso

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Notice of Withdrawal of the City of El Paso Proof of Claim No. 10028 was served this 6th day of February, 2024 by Electronic Mail and/or by First Class Mail upon the following:

Debtor:
    Yellow Corporation
    11500 Outlook Street, Suite 400
    Overland Park, KS 66211

Attorney for Debtor:
    Laura Davis Jones
    Pachulski, Stang, Ziehl & Jones LLP
    919 North Market St, 17th Floor
    Wilmington, DE 19801

U.S. Trustee:
    Office of the United States Trustee
    J. Caleb Boggs Federal Building
    844 King Street, Suite 2207
    Lockbox 35
    Wilmington, DE 19801

                                                      /s/ Don Stecker
                                                      Don Stecker