IN THE UNITED STATES BANKRUPTY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| YELLOW CORPORATION, et al., ) | |
| ) | Case No. 23-11069 (CTG) |
| Debtors. ) | |
| ) | (Jointly Administered) |
| ) | |

**CLAIMANTS' CONSENT OF DISALLOWANCE IN RESPONSE TO DEBTORS' FIRST OMNIBUS (NON-SUBSTANTIV) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B) AND 503(B), BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

Claimants Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund, Trucking Employees of North Jersey Welfare Fund, Inc., Trucking Employees of North Jersey Welfare Fund, Inc.-Pension Fund, Teamsters Local 560, and Teamsters Local 701 (hereinafter "Claimants") files this Consent of Disallowance of certain proofs of claim in response to the Debtor's First Omnibus (Non-Substantive) Objection to Claims pursuant to Section 502(B) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, Document number 1744 ("First Omnibus (Non-Substantive) Objection").

In support of this response to consent to the disallowance and expungement of certain "Claims to be Disallowed," with the Claimants retaining and continuing to hold and have full rights regarding the listed "Remaining Claims" in Case Number 23-11087 (CTG), claimants submit the Declaration of Brady M. Connaughton attached hereto as Exhibit A.

1

Dated: February 7, 2024

/s/ Brady M. Connaughton, Esq.
Cohen, Leder, Montalbano & Connaughton, LLC
River Drive Center II
669 River Drive, Suite 125
Elmwood Park, New Jersey 07407
Attorneys for Claimants Mid-Jersey Trucking
Industry & Teamsters Local 701 Pension and
Annuity Fund, Trucking Employees of North Jersey
Welfare Fund, Inc., Trucking Employees of North
Jersey Welfare Fund, Inc.-Pension Fund, Teamsters
Local 560, and Teamsters Local 701

C: All via email and regular mail
Yellow Corporation
11500 Outlook Street, Suite 400
Overland Park, Kansas 66211
Attn: General Counsel

Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
Attn: Whitney Fogelberg
Patrick.nash@kirkland.com
David.seligman@kirkland.com
Whitney.fogelberg@kirkland.com

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn: Allyson B. Smith
Allyson.smith@kirkland.com

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19801
Attn: Laura Davis Jones, Timothy P. Cairns, Peter J. Keane, and Edward Corma
ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

Office of the United States Trustee for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn: Jane Leamy and Richard Schepacarter

# SCHEDULE A

IN THE UNITED STATES BANKRUPTY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| YELLOW CORPORATION, et al.[1], | ) |
| | ) Case No. 23-11069 (CTG) |
| Debtors. | ) |
| | ) (Jointly Administered) |
| | ) |

### DELCLARATION OF BRADY M. CONNAUGHTON IN SUPPORT OF THE CLAIMANTS' CONSENT OF DISALLOWANCE OF CERTAIN CLAIMS AND PRESERVATION OF CERTAIN CLAIMS

I, Brady M. Connaughton, declare under penalty of perjury,

1. I am attorney at the firm of Cohen, Leder, Montalbano & Connaughton which serves as legal counsel to Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund, Trucking Employees of North Jersey Welfare Fund, Inc., Trucking Employees of North Jersey Welfare Fund, Inc.-Pension Fund, Teamsters Local 560, and Teamsters Local 701 (hereinafter "Claimants") all of which filed Proofs of Claim in the above matter. As such, I am familiar with the facts and circumstances of this matter and submit this Certification in support of Claimants Consent of Disallowance of Certain Claims and Preservation of Certain Claims.

2. The Claimants were noticed of the Debtor's First Omnibus (Non-Substantive) Objection to Claims pursuant to Section 502(B) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1, Document number 1744, 1744-1, 1744-2, 1744-3.

3. I have had an opportunity to review Debtors' Schedule 1, which contains reference to certain claims held by my clients, and which Debtors seek to have disallowed and claims which shall remain in the proceeding.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.

1

4. The Claimants consent to Claims labeled "Claims to be Disallowed" and identified in Schedule 1, attached hereto, to be disallowed and expunged from the claims register.

5. The Claimants consent to Claims labeled "Remaining Claims" and identified in Schedule 1, attached hereto, to remain as active claims to which Claimants maintain all rights in this proceeding.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge, information and belief.

Dated: February 7, 2024                         /s/ Brady M. Connaughton
                                                Brady M. Connaughton, Esq.
                                                Cohen, Leder, Montalbano & Connaughton, LLC

<u>Schedule 1</u>

**Claims to be Disallowed**

| Name | Date filed | Claim # | Claim Amount |
|---|---|---|---|
| Mid-Jersey Trucking Industry and Local 701 Welfare Fund | 9/6/23 | 10621 | $555,906.06 |
| Teamsters Local 560 | 9/6/23 | 10622 | $601,463.00 |
| Teamsters Local 701 | 9/6/23 | 10624 | $2,528,530.00 |
| Trucking Employees of North Jersey Welfare Fund., Inc. | 9/6/23 | 10749 | $161,783.02 |
| Trucking Employees of North Jersey Welfare Fund., Inc.-Pension Fund | 9/6/23 | 10748 | $8,860.23 |

**Remaining Claims**

| Name | Date filed | Claim # | Claim Amount |
|---|---|---|---|
| Mid-Jersey Trucking Industry and Local 701 Welfare Fund | 10/4/23 | 12513 | $555,906.06 |
| Teamsters Local 560 | 10/4/23 | 12501 | $601,463.00 |
| Teamsters Local 701 | 10/4/23 | 12509 | $2,528,530.00 |
| Trucking Employees of North Jersey Welfare Fund., Inc. | 10/4/23 | 12489 | $80,891.51 |
| Trucking Employees of North Jersey Welfare Fund., Inc.-Pension Fund | 10/4/23 | 12490 | $8,860.23 |