IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al*[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

## BOWIE CENTRAL APPRAISAL DISTRICT'S
## NOTICE OF WITHDRAWAL OF CLAIMS 10902 AND 14140

NOW COMES Bowie Central Appraisal District (hereinafter "Bowie") and files this Notice of Withdrawal of Claims 10902 and 14140 filed with the claims agent in YRC, Inc., Case No. 23-11087. In support thereof, Bowie respectfully represents as follows:

1. Bowie filed its secured proof of claim on 09/14/2023 in the amount of $246.59, which is designated as claim number 10902 with the claims agent. The claim was for the estimated amount of 2023 property taxes due to Bowie.

2. Bowie amended Claim Number 10902 by filing claim number 14140 on 10/16/2023 in the amount of $494.15. The amendment reflects the actual amount due to Bowie for 2023 property taxes.

3. *Debtors' First Omnibus (Non-Substantive) Objection to Claims* [Doc 1744], which includes Bowie's claim number 10902 is pending. Debtors are requesting that claim number 10902 be disallowed and that claim number 14140 remain.

4. The 2023 taxes as claimed on claim number 14140 have now been paid. Therefore, Bowie hereby withdraws both its claim numbers 10902 and 14140.

Date: February 7, 2024

---

[1] 1 A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 511500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

1

Respectfully submitted,

McCREARY, VESELKA, BRAGG & ALLEN, P.C.

By: */s/ Julie Anne Parsons*
   Julie Anne Parsons
   Texas Bar No. 00790358
   P. O. Box 1269
   Round Rock, TX 78680-1269
   Telephone: (512) 323-3241
   Fax: (512) 323-3205
   Email: jparsons@mvbalaw.com
   *Attorneys for The Bowie Central Appraisal District herein*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 7, 2024, a true and correct copy of the foregoing document was filed with the Court and served via the Court's electronic noticing system to all parties registered to receive such notice in the above-captioned proceeding.

*/s/ Julie Anne Parsons*
Julie Anne Parsons

2