IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al*[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| _____ | ) | |

**WACO INDEPENDENT SCHOOL DISTRICT'S
NOTICE OF WITHDRAWAL OF CLAIMS 10026, 10899, AND 14142**

NOW COMES Waco Independent School District (hereinafter "Waco ISD") and files this Notice of Withdrawal of Claims 10026, 10899, and 14142 filed with the claims agent in YRC, Inc., Case No. 23-11087.  In support thereof, Waco ISD respectfully represents as follows:

1. Waco ISD filed its secured proof of claim on 08/10/2023 in the amount of $264.48, which is designated as claim number 10026 with the claims agent.  The claim was for the estimated amount of 2023 property taxes due to Waco ISD on one account.

2. Waco ISD amended claim number 10026 by filing claim number 10899 on 09/14/2023 in the amount of $7,124.10.  Waco ISD amended after identifying two additional tax accounts.  The amendment reflects the estimated amount of 2023 property taxes for all three accounts.

3. On 10/16/2023 amended claim number 10899 by filing claim number 14142 to reflect the actual amounts of 2023 property taxes on the three accounts.

4. *Debtors' First Omnibus (Non-Substantive) Objection to Claims* [Doc 1744], which includes Waco ISD's claim numbers 10026 and 10899 is pending.  Debtors are requesting that claim numbers 10026 and 10899 be disallowed and that claim number 14142 remain.

---

[1] 1 A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 511500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

1

5. The 2023 taxes as claimed by Waco ISD have now been paid. Therefore, Waco ISD withdraws its claims, numbers 10026, 10899, and 14142.

Date:  February 7, 2024

Respectfully submitted,

McCREARY, VESELKA, BRAGG & ALLEN, P.C.

By: /s/ Julie Anne Parsons
  Julie Anne Parsons
  Texas Bar No. 00790358
  P. O. Box 1269
  Round Rock, TX 78680-1269
  Telephone: (512) 323-3241
  Fax: (512) 323-3205
  Email: jparsons@mvbalaw.com
  *Attorneys for Waco Independent School District herein*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on February 7, 2024, a true and correct copy of the foregoing document was filed with the Court and served via the Court's electronic noticing system to all parties registered to receive such notice in the above-captioned proceeding.

/s/ Julie Anne Parsons
Julie Anne Parsons