# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, et al.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>**Objection Deadline: February 7, 2024 at 4:00 pm (ET)**<br>**Hearing Date: February 14, 2024 @ 10:00 am (ET)** |

**JOINDER OF CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND, THE CENTRAL PENNSYLVANIA TEAMSTERS HEALTH AND WELFARE FUND AND THE TEAMSTERS 710 PENSION AND HEALTH AND WELFARE FUNDS TO THE LIMITED RESPONSE OF THE PENSION BENEFIT GUARANTY CORPORATION TO THE MOTION FOR ENTRY OF AN ORDER AUTHORIZING THE ABANDONMENT AND DESTRUCTION OF CERTAIN DOCUMENTS AND RECORDS**

COMES NOW the Central Pennsylvania Teamsters Pension Fund, the Central Pennsylvania Teamsters Health and Welfare Fund and the Teamsters 710 Pension and Health and Welfare Funds and join the *Limited Response of the Pension Benefit Guaranty Corporation to the Motion for Entry of an Order Authorizing the Abandonment and Destruction of Certain Documents and Records* [D.I. 2090] incorporating the Response as if set forth fully herein.

Dated: February 7, 2024
Wilmington, Delaware

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/Michael Busenkell*
Michael Busenkell (3933)
1201 N. Orange St., Ste. 300
Wilmington, DE 19801
Phone: (302) 425-5800
Fax:    (302) 425-5814
mbusenkell@gsbblaw.com

*Counsel for Central Pennsylvania Teamsters Pension Fund, the Central Pennsylvania Teamsters Health and Welfare Fund and the Teamsters 710 Pension and Health and Welfare Funds*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.