## <u>CERTIFICATE OF SERVICE</u>

I, Michael Busenkell, Esquire, certify that on February 7, 2024, I caused a true and correct copy of *Limited Objection Of Teamsters Local 641 Pension Fund And The Teamsters Local 641 Welfare Fund To Debtors' Motion For Entry Of An Order Authorizing The Abandonment And Destruction Of Certain Documents And Records* to be electronically filed and served via CM/ECF to all parties requesting electronic service in this case and additional served via electronic mail and/or First Class Mail upon the parties listed below.

*/s/ Michael Busenkell*
Michael Busenkell (DE 3933)

Dated: February 7, 2024

Debtors, Yellow Corporation,
11500 Outlook Street, Suite 400
Overland Park, Kansas 66211
Attn.: General Counsel

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022,
Attn.: Allyson B. Smith (allyson.smith@kirkland.com)

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, Delaware 19801,
Attn.: Laura Davis Jones (ljones@pszjlaw.com)
Timothy P. Cairns (tcairns@pszjlaw.com)
Peter J. Keane (pkeane@pszjlaw.com)
Edward Corma (ecorma@pszjlaw.com)

Office of  United States Trustee
For the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn.: Jane Leamy (jane.m.leamy@usdoj.gov)
Richard Shepacarter (richard.shepacarter@usdoj.gov)

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
Attn.: Philip C. Dublin (pdublin@akingump.com),
Meredith A. Lahaie (mlahaie@akingump.com)
Kevin Zuzolo (kzuzolo@akingump.com)

Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE, 19801
Attn.: Jennifer R. Hoover (jhoover@beneschlaw.com)
Kevin M. Capuzzi (kcapuzzi@beneschlaw.com