# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 1691-1694** |

## CERTIFICATE OF SERVICE

I, AMY HENAULT, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 9, 2024, I caused to be served the:

    a. "Notice of Transaction (Forklift Scales)," filed on January 9, 2024 [Docket No. 1691],

    b. "Notice of Transaction (DTI Tires)," filed on January 9, 2024 [Docket No. 1692],

    c. "Notice of Transaction (Various Parts and Tools)," filed on January 9, 2024 [Docket No. 1693], and

    d. "Notice of Transaction (Various Tires)," filed on January 9, 2024 [Docket No.1694],

   by causing true and correct copies to be:

    i. enclosed securely in separate postage pre-paid envelopes and delivered via overnight mail to those parties listed on the annexed Exhibit A, and

    ii. delivered via electronic mail to those parties listed on the annexed Exhibit B.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

3. All envelopes utilized in this service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

<em><u>/s/ Amy Henault</u></em><br>
Amy Henault

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER | (COUNSEL TO SAIA INC; SAIA MOTOR) ATTN L FRAZEN; J HITCHINGS 1 KS CITY PL; 1200 MAIN, 3800 KANSAS CITY MO 64105-2122 |
| COMMONWEALTH OF PUERTO RICO ATY GEN | ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192 SAN JUAN PR 00902-0192 |
| NY OFFICE OF THE ATTORNEY GEN | ENVIRONMENTAL PROTECTION BUREAU ATTN STEVE H NGUYEN THE CAPITOL ALBANY NY 12224 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA ATTY GEN | FAINU'ULELEI FALEFATU ALA'ILIMAUTU AMERICAN SAMOA GOVT, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 |
| STATE OF CALIFORNIA ATTORNEY GEN | ATTN: ROB BONITA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MINNESOTA ATTORNEY GEN | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 SAINT PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GEN | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW JERSEY ATTORNEY GEN | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GEN | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTY GEN | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTY GEN | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| THOMPSON O'BRIEND KAPPLER NASUTI | (COUNSEL TO MANSFIELD OIL) ATTN MICHAEL B PUGH 2 SUN CT, STE 400 PEACHTREE CORNERS GA 30092 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count  24**

# Yellow Corporation
## Service List

| Claim Name | Address Information |
|---|---|
| BANK OF AMERICA NA | PO BOX 15284 WILIMGTON DE 19850 |
| CITIZENS BANK NA | PO BOX 7000 PROVIDENCE RI 02940 |
| CITIZENS BANK NA | 200 S MAIN ST FORT SCOTT KS 66701-2064 |
| ERNST & YOUNG LLP | PNC BANK C/O ERNST & YOUNG US LLP 3712 SOLUTIONS CENTER CHICAGO IL 60677 |
| ERNST & YOUNG LLP | PNC BANK C/O ERNST & YOUNG US LLP PO BOX 773712 CHICAGO IL 60677 |
| JPMORGAN CHASE BANK NA | AS COLLATERAL AGENT 270 PARK AVE, 4TH FL NEW YORK NY 10017 |
| JPMORGAN CHASE BANK NA | PO BOX 182051 COLUMBUS OH 43218-2051 |
| JPMORGAN CHASE BANK NA | AS COLLATERAL AGENT 1111 FANNIN ST, FL 10 HOUSTON TX 77002 |
| JPMORGAN CHASE BANK NA | AS COLLATERAL AGENT 1111 FANNIN ST, FL 9 HOUSTIN TX 77002 |
| US BANK NA | PO BOX 1800 ST PAUL MN 55101-0800 |
| WELLS FARGO BANK NA | STOP 8420G PO BOX 145595 CINCINNATI OH 45250-9734 |
| WELLS FARGO BANK NA | 800 WALNUT ST F0005-044 DES MOINES IA 50309 |
| WELLS FARGO BANK NA | PO BOX 77101 MINNEAPOLIS MN 55480 |

**Total Creditor count  13**

# Yellow Corporation
## Service List

| Claim Name | Address Information |
|---|---|
| GROWTH FUNDING EQUIPMENT FINANCE | DIV OF PEOPLES INTERMOUNTAIN BANK 2691 WEST 12600 SOUTH RIVERTON UT 84065 |

**Total Creditor count  1**

**EXHIBIT B**

| NAME | ATTN | EMAIL |
|---|---|---|
| ABERNATHY ROEDER BOYD & HULLETT PC | ATTN PAUL M LOPEZ; LARRY R BOYD; EMILY M HAHN | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| ACAR LEASING LTD D/B/A GM FINANCIAL LEASING | ATTN LORENZO NUNEZ | leasesvcbnkrpcy@gmfinancial.com |
| AIS PORTFOLIO SERVICES CORP | ATTN ALLY BANK DEPT | ecfnotices@aisinfo.com |
| AKERMAN LLP | ATTN MARK S. LICHTENSTEIN | mark.lichtenstein@akerman.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN PHILIP C. DUBLIN; MEREDITH A. LAHAIE; KEVIN ZUZOLO | pdublin@akingump.com; mlahaie@akingump.com; kzuzolo@akingump.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN MICHAEL S GREGER | mgreger@allenmatkins.com |
| ALTER DOMUS PRODUCTS CORP. | ATTN LEGAL DEPT, E. PAPPAS & C CAPEZUTI | legal_agency@alterdomus.com; emily.ergangpappas@alterdomus.com; cpcagency@alterdomus.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN BENJAMIN MINTZ | benjamin.mintz@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN ROSA EVERGREEN | rosa.evergreen@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN MICHAEL MESSERSMITH | michael.messersmith@apks.com |
| ASHBY & GEDDES PA | ATTN MICHAEL D DEBAECKE | mdebaecke@ashbygeddes.com |
| ASHBY & GEDDES PA | ATTN GREGORY A. TAYLOR | gtaylor@ashbygeddes.com |
| ASHBY & GEDDES PA | ATTN DON A BESKRONE | dbeskrone@ashbygeddes.com |
| BAKER & HOSTETLER LLP | ATTN JEFFREY J LYONS; ELIZABETH A GREEN; JORIAN L ROSE; JIMMY D PARRISH | jjlyons@bakerlaw.com; egreen@bakerlaw.com; orlbankruptcy@bakerlaw.com; jrose@bakerlaw.com; jparrish@bakerlaw.com; |
| BALLARD SPAHR LLP | ATTN LESLIE C HEILMAN; LAUREL D ROGLEN; NICHOLAS J BRANNICK; MARGARET A VESPER | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| BEAL BANK USA | | commercialloans@bealbank.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN JENNIFER R. HOOVER; KEVIN M. CAPUZZI; JOHN C. GENTILE | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com |
| BIELLI & KLAUDER LLC | ATTN DAVID M KLAUDER; MELISSA M HARTLIPP | dklauder@bk-legal.com; mhartlipp@bk-legal.com |
| BIFFERATO FIRM PA | ATTN IAN CONNOR BIFFERATO | cbifferato@tbf.legal |
| BINGAMAN HESS COBLENTZ & BELL | ATTN THOMAS A ROTHERMEL | tarothermel@bingamanhess.com |
| BLANK ROME LLP | ATTN REGINA STANGO KELBON; LAWRENCE R. THOMAS III; JOHN E. LUCIAN | regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com; john.lucian@blankrome.com |
| BNSF RAILWAY COMPANY | JILL RUGEMA | jill.rugema@bnsf.com |
| BOND SCHOENECK & KING PLLC | ATTN EDWARD J LOBELLO | elobello@bsk.com |
| BROWN McGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN LAURENCE M FAZEN; JARRET HITCHINGS | larry.frazen@bclplaw.com; jarret.hitchings@bclplaw.com |
| BUCHANAN INGERSOLL & ROONEY | ATTN GEOFFREY G GRIVNER; KODY M SPARKS; TIMOTHY P PALMER | geoffrey.grivner@bipc.com; kody.sparks@bipc.com; timothy.palmer@bipc.com |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN MARC J PHILLIPS | mphillips@mmwr.com |

| NAME | ATTN | EMAIL |
|---|---|---|
| CENTRAL STATES FUNDS | ATTN BRAD R BERLINER; ANDREW J HERINK; DANIEL SULLIVAN | bberliner@centralstatesfunds.org; aherink@centralstatesfunds.org; dsulliva@centralstatesfunds.org |
| CENTRAL STATES PENSION | | bberline@centralstatesfunds.org |
| CHAFFETZ LINDSEY LLP | ATTN ALAN J LIPKIN; ALEX LUPSAIU | alan.lipkin@chaffetzlindsey.com; alex.lupsaiu@chaffetzlindsey.com |
| CHARLES E DORR PC | ATTN CHARLES E DORR | ced@cedpc.com |
| CHIPMAN BROWN CICERO & COLE LLP | ATTN WILLIAM E CHIPMAN, JR; MARK D OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CHOATE HALL & STEWART LLP | ATTN KEVIN J SIMARD, JONATHAN D MARSHALL, SETH D MENNILLO, M HAMPTON FOUSHEE | jmarshall@choate.com; smennillo@choate.com; hfoushee@choate.com; ksimard@choate.com |
| CLARK HILL PLC | ATTN KAREN M GRIVNER | kgrivner@clarkhill.com |
| COHEN LEDER MONTALBANO & CONNAUGHTON | ATTN PAUL A MONTALBANO; BRADY M CONNAUGHTON | paul.montalbano@clmc-law.com; brady.connaughton@clmc-law.com |
| COHNE KINGHORN PC | ATTN GEORGE HOFMANN | ghofmann@ck.law |
| COOKSEY TOOLEN GAGE DUFFY & WOOG | ATTN KIM GAGE; RANDALL P MROCZYNSKI | kgage@cookseylaw.com; rmroczynski@cookseylaw.com |
| COUSINS LAW LLC | ATTN SCOTT D COUSINS | scott.cousins@cousins-law.com |
| CROSS & SIMON LLC | ATTN CHRISTOPHER P SIMON | csimon@crosslaw.com |
| DAIMLER TRUCKS NA | JOHN OLEARY, PRESIDENT & CEO | john.oleary@daimler.com; kirstin.abel@daimlertruck.com |
| DEMAYO LAW OFFICES LLP | ATTN ADRIENNE S BLOCKER | ablocker@demayolaw.com |
| DILWORTH PAXSON LLP | ATTN MARTIN J WEIS | mweis@dilworthlaw.com |
| DLA PIPER LLP | ATTN STUART M BROWN; RACHEL EHRLICH ALBANESE | stuart.brown@us.dlapiper.com; rachel.albanese@us.dlapiper.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN BRIAN L. SCHWALB | oag@dc.gov |
| DOSHI LEGAL GROUP PC | ATTN AMISH R DOSHI | amish@doshilegal.com |
| DUANE MORRIS LLP | ATTN SOMMER L ROSS | slross@duanemorris.com |
| EMMET MARVIN & MARTIN LLP | ATTN THOMAS A PITTA | tpitta@emmetmarvin.com |
| EPSTEIN BECKER & GREEN | ATTN WENDY G MARCARI | wmarcari@ebglaw.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | ATTN BRETT D FALLON; JOSEPH N ARGENTINA, JR | brett.fallon@faegredrinker.com; joseph.argentina@faegredrinker.com |
| FARNAN LLP | ATTN BRIAN E FARNAN; MICHAEL J FARNAN | bfarnan@farnanlaw.com; mfarnan@farnanlaw.com |
| FEINBERG DUMONT & BRENNAN | ATTN MELISSA A BRENNAN | mab@fdb-law.com |
| FISHER BROYLES LLP | ATTN CARL NEFF; MAURA BURKE | carl.neff@fisherbroyles.com; maura.burke@fisherbroyles.com |
| FONTANEZ, FERNANDO | | EMAIL ADDRESS ON FILE |
| FOX SWIBEL LEVIN & CARROLL | ATTN MARGARET ANDERSON; RYAN SCHULTZ; KENNETH M THOMAS | panderson@foxswibel.com; rschultz@foxswibel.com; kthomas@foxswibel.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN MICHAEL BUSENKELL; MICHAEL VAN GORDER | mbusenkell@gsbblaw.com; mvangorder@gsbblaw.com |
| GENERAL TEAMSTERS LOCAL 439 | ATTN CATHERINE E HOLZHAUSER | cholzhauser@beesontayer.com |
| GGRM LAW FIRM | ATTN DILLON COIL; RYAN LOOSVELT | dcoil@ggrmlawfirm.com; rloosvelt@ggrmlawfirm.com |
| GRAY ROBINSON PA | ATTN JEFFREY SCHLERF | jeffrey.schlerf@gray-robinson.com |
| GREENBERG TRAURIG LLP | ATTN ANTHONY W CLARK; DENNIS A MELORO | anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com |
| GRIMES & LINEBARGER LLP | ATTN JOHN KENDRICK TURNER | dallas.bankruptcy@lgbs.com |
| HAYNES AND BOONE LLP | ATTN IAN T PECK; DAVID L STAAB; JORDAN E CHAVEZ | ian.peck@haynesboone.com; david.staab@haynesboone.com; jordan.chavez@haynesboone.com |

| NAME | ATTN | EMAIL |
|---|---|---|
| HOGAN LOVELLS | ATTN: RONALD SILVERMAN; ROBERT A RIPIN; CHRISTOPHER R BRYANT | ronald.silverman@hoganlovells.com; robert.ripin@hoganlovells.com; chris.bryant@hoganlovells.com |
| HOLLAND & KNIGHT LLP | ATTN: JOSHUA M. SPENCER | joshua.spencer@hklaw.com; alterdomus@hklaw.com |
| INTERNAL REVENUE SERVICE | | millie.h.agent@irs.gov |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ATTN FRED ZUCKERMAN | fzuckerman@teamster.org |
| JACK SHRUM PA | ATTN J JACKSON SHRUM | jshrum@jshrumlaw.com |
| JACOBY & MEYERS LLP | ATTN SHANE HAPUARACHY; ALICIA CURRAN | shapuarachy@jacobyandmeyers.com; acurran@jacobyandmeyers.com |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS PC | ATTN RAYMOND M PATELLA | rpatella@lawjw.com |
| KEURIG DR. PEPPER | RICHARD W WARD | rwward@airmail.net |
| KING & SPALDING LLP | ATTN THADDEUS D WILSON; MICHAEL FISHEL | thadwilson@kslaw.com; mfishel@kslaw.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN RAYMOND H LEMISCH | rlemisch@klehr.com |
| KLEINBARD LLC | ATTN E DAVID CHANIN | dchanin@kleinbard.com |
| KOHNER MANN & KAILAS SC | ATTN SAMUEL C WISOTZKEY | swisotzkey@kmksc.com |
| KROLL HEINEMAN PTASIEWICZ & PARSONS | ATTN SETH PTASIEWICZ | sptasiewicz@krollfirm.com |
| KYE LAW GROUP, P.C. | ATTN: MATTHEW F. KYE | mkye@kyelaw.com |
| LANE & NACH PC | ATTN ADAM N NACH | adam.nach@lane-nach.com |
| LAW OFFICES OF JAMES TOBIA LLC | ATTN JAMES TOBIA | jtobia@tobialaw.com |
| LAW OFFICES OF SUSAN E KAUFMAN LLC | ATTN SUSAN E KAUFMAN | skaufman@skaufmanlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | sanantonio.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com; austin.bankruptcy@lgbs.com; dallas.bankruptcy@lgbs.com |
| LIPSON NEILSON PC | ATTN MICHAEL D LIEBERMAN | mlieberman@lipsonneilson.com |
| LOIZIDES PA | ATTN CHRISTOPHER D LOIZIDES | loizides@loizides.com |
| MADDIN HAUSER ROTH & HELLER PC | ATTN DAVID M EISENBERG | deisenberg@maddinhauser.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | ATTN PETER MUTHIG | muthigk@mcao.maricopa.gov |
| MCCARTER & ENGLISH LLP | ATTN KATE ROGGIO BUCK; JOSEPH LUBERTAZZI, JR; SHEILA E CALELLO; WILLIAM F TAYLOR, JR; SHANNON D HUMISTON | kbuck@mccarter.com; jlubertazzi@mccarter.com; scalello@mccarter.com; wtaylor@mccarter.com; shumiston@mccarter.com |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN JULIE ANNE PARSONS | jparsons@mvbalaw.com |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN DAVID P PRIMACK | dprimack@mdmc-law.com |
| MICHELIN NORTH AMERICA INC | ATTN BRIAN GUTBROD | brian.gutbrod@michelin.com |
| MILBANK LLP | ATTN: DENNIS F. DUNNE & MATTHEW L. BROD | ddunne@milbank.com; mbrod@milbank.com |
| MORRIS NICHOLS ARSHT & TUNNEL LLP | ATTN CURTIS S MILLER; MATTHEW B HARVEY; JONATHAN M WEYAND | cmiller@morrisnichols.com; mharvey@morrisnichols.com; jweyand@morrisnichols.com |
| MUNSCH HARDT KOPF & HARR PC | ATTN DEBORAH M PERRY | dperry@munsch.com |
| MYERS & MYERS PLLC | ATTN REBECCA JS CASSELL | rcassell@myers2law.com |
| NEW YORK STATE TEAMSTERS PENSION & HEALTH FUNDS | ATTN KENNNETH R STILWELL | krgstil@nytfund.org |

| NAME | ATTN | EMAIL |
|---|---|---|
| NORTON ROSE FULBRIGHT US LLP | ATTN REBECCA J. WINTHROP | rebecca.winthrop@nortonrosefulbright.com |
| OFFICE OF THE UNITED STATES ATTORNEY | | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFICE OF THE US TRUSTEE | | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.gov |
| OFFIT KURMAN PA | ATTN BRIAN J MCLAUGHLIN | brian.mclaughlin@offitkurman.com |
| OKLAHOMA COUNTY TREASURER | ATTN TAMMY JONES | tammy.jones@oklahomacounty.org |
| OSLER HOSKIN & HARCOURT LLP | ATTN TRACY SANDLER; KATHRYN ESAW | tsandler@osler.com; kesaw@osler.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN PETER J KEANE | pkeane@pszjlaw.com |
| PARAVATI KARL GREEN & DEBELLA LLP | ATTN VINCENT M DEBELLA | vdebella@pkgdlaw.com |
| PASHMAN STEIN WALDER HAYDEN | ATTN JOSEPH C BARSALONA II | jbarsalona@pashmanstein.com |
| PENNSYLVANIA DEPARTMENT OF LABOR & INDUSTRY | ATTN RYAN STARNOWSKY | ra-li-ucts-bankrupt@state.pa.us |
| PENSION BENEFIT GUARANTY CORPORATION | REBECCA STARK; ANDREW PHILIP WALKER; DESIREE M AMADOR; STEPHANIE THOMAS | stark.rebecca@pbgc.gov; efile@pbgc.gov; serspinski.sven@pbgc.gov; hristova.donika@pbgc.gov; amador.desiree@pbgc.gov; thomas.stephanie@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN LAURA J MONROE | lmbkr@pbfcm.com |
| POLSINELLI PC | ATTN CHRISTOPHER A WARD; KATHERINE M DEVANNEY | cward@polsinelli.com; kdevanney@polsinelli.com |
| POTTER ANDERSON & CORROON LLP | ATTN L KATHERINE GOOD; MARIA KOTSIRAS | kgood@potteranderson.com; mkotsiras@potteranderson.com |
| PREVIANT LAW FIRM SC, THE | ATTN FREDERICK PERILLO; JILL M HARTLEY; EMMA M WOODS | fp@previant.com; jh@previant.com; emw@previant.com |
| PULLMAN & COMLEY LLC | ATTN KRISTIN B MAYHEW | kmayhew@pullman.com |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN SUSHEEL KIRPALANI; ERIC WINSTON | susheelkirpalani@quinnemanuel.com; ericwinston@quinnemanuel.com |
| RAINES FELDMAN LITTRELL LLP | ATTN DAVID S FORSH | dforsh@raineslaw.com |
| RFT LOGISTICS LLC | CHRISTOPHER MEJIA, CEO | truckload@rftlogistics.com; chris.mejia@rftlogistics.com |
| RAISNER ROUPINIAN LLP | ATTN JACK A RAISNER; RENE S ROUPINIAN; ARMANDO RIVERA | jar@raisnerroupinian.com; rsr@raisnerroupinian.com; rsr@raisnerroupinian.com |
| REED SMITH LLP | ATTN KURT F GWYNNE; MARK W ECKARD | kgwynne@reedsmith.com; meckard@reedsmith.com |
| RICHARDS LAYTON & FINGER PA | ATTN MARK D COLLINS, JOHN H KNIGHT, DAVID T QUEROLI, ALEXANDER R STEIGER | collins@rlf.com; knight@rlf.com; queroli@rlf.com; steiger@rlf.com |
| ROBINSON & COLE LLP | ATTN JAMIE L EDMONSON; KATHERINE S DUTE | jedmonson@rc.com; kdute@rc.com |
| ROCK ISLAND COUNTY TREASURER | ATTN AUSTIN CARLSON | treasurer@rockislandcountyil.gov |
| ROPES & GREY | ATTN NATASHA HWANGO; LUKE SMITH | natasha.hwangpo@ropesgray.com; luke.smith@ropesgray.com |
| ROSNER LAW GROUP LLC | ATTN FREDERICK B ROSNER | rosner@teamrosner.com |
| S&D LAW | ATTN MICHAEL L SCHLEPP, ESQ | mschlepp@s-d.com |
| SALDUTTI LAW GROUP | ATTN ROBERT L SALDUTTI; REBECCA K MCDOWELL | rsaldutti@slgcollect.com; rmcdowell@slgcollect.com |
| SANDBERG PHOENIX & VON GONTARD | ATTN SHARON L STOLTE | sstolte@sandbergphoenix.com |

| NAME | ATTN | EMAIL |
| --- | --- | --- |
| SAUDER SCHELKOPF LLC | ATTN JOSEPH G SAUDER; JOSEPH B KENNEY | jgs@sstriallawyers.com; jbk@sstriallawyers.com |
| SECURITIES & EXCHANGE COMMISSION | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | nyrobankruptcy@sec.gov |
| SEYFARTH SHAW LLP | ATTN JAMES B SOWKA | jsowka@seyfarth.com |
| SORENSON VAN LEUVEN PLLC | ATTN JAMES E SORENSON | bk@svllaw.com |
| SPOTTS FAIN PC | ATTN NEIL E MCCULLAGH | nmccullagh@spottsfain.com |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN TREG TAYLOR | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN KRIS MAYES | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN TIM GRIFFIN | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN KATHY JENNINGS | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN ANN E LOPEZ | hawaiiag@hawaii.gov |
| STATE OF IOWA ATTORNEY GENERAL | ATTN BRENNA BIRD | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | ATTN AARON FREY | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN ATHONY G. BROWN | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN ANDREA JOY CAMPBELL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN DANA NESSEL | miag@michigan.gov |
| STATE OF NEW YORK ATTORNEY GENERAL; ENVIRONMENTAL PROTECTION BUREAU | ATTN STEVE H NGUYEN; STEPHEN M NAGLE | steve.nguyen@ag.ny.gov; stephen.nagle@ag.ny.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN ROBERT L DOTY | robert.doty@ohioago.gov |
| STEVENS & LEE PC | ATTN JOSEPH H HUSTON, JR; JOHN C KILGANNON | joseph.huston@stevenslee.com; john.kilgannon@stevenslee.com |
| STRADLEY RONON STEVENS & YOUNG LLP | ATTN JULIE M MURPHY | jmmurphy@stradley.com |
| STREUSAND LANDON OZBURN & LEMMON LLP | ATTN SABRINA L STREUSAND | streusand@slollp.com |
| SULLIVAN HAZELTINE ALLINSON | ATTN WILLIAM D SULLIVAN; WILLIAM A HAZELTINE; ELIHU E ALLINSON | bsullivan@sha-llc.com; whazeltine@sha-llc.com; zallinson@sha-llc.com |
| SUSSMAN SHANK LLP | ATTN GARRETT S EGGEN | geggen@sussmanshank.com |
| SWEETBAUM MILLER PC | ATTN ALAN D SWEETBAUM | asweetbaum@sweetbaumlaw.com |
| THE BANK OF NEW YORK MELLON | ATTN JOANNA SHAPIRO, MANAGING DIRECTOR | joanna.g.shapiro@bnymellon.com; ust.cares.program@bnymellon.com |

| NAME | ATTN | EMAIL |
| --- | --- | --- |
| TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN JONATHAN SKRMETTI | agbankdelaware@ag.tn.gov |
| TEXAS ATTORNEY GENERAL | ATTN SEAN T FLYNN; LAYLA D MILLIGAN | sean.flynn@oag.texas.gov; layla.milligan@oag.texas.gov |
| TEXAS COMPTROLLER | ATTN KIMBERLY A WALSH, ASST ATTORNEY GENERAL | kimberly.walsh@oag.texas.gov |
| THOMPSON HINE LLP | ATTN SEAN A GORDON; AUSTIN B ALEXANDER | sean.gordon@thompsonhine.com; austin.alexander@thompsonhine.com |
| TRAVIS COUNTY | ATTN JASON A STARKS | jason.starks@traviscountytx.gov |
| U.S. DEPARTMENT OF JUSTICE | | millie.h.agent@irs.gov; i-heng.hsu@usdoj.gov; crystal.geise@usdoj.gov |
| UNION PACIFIC RAILROAD | ATTN CHRISTINE A. NEUHARTH; LILA L. HOWE | bankruptcynotices@up.com |
| VINSON & ELKINS LLP | ATTN BRADLEY FOXMAN; SARA ZOGLMAN | bfoxman@velaw.com; szoglman@velaw.com |
| WELTMAN WEINBERG & REIS CO LPA | ATTN SCOTT D FINK | sfink@weltman.com; bronationalecf@weltman.com |
| WISCONSIN DEPARTMENT OF JUSTICE | ATTN MICHAEL D MORRIS | morrismd@doj.state.wi.us |
| WHITE & CASE LLP | ATTN SCOTT GREISSMAN; ANDREW ZATZ; ELIZABETH FELD; JZAKIA@WHITECASE.COM | sgreissman@whitecase.com; azatz@whitecase.com; efeld@whitecase.com; jzakia@whitecase.com |
| WHITE & WILLIAMS LLP | ATTN AMY E VULPIO; MICHAEL A INGRASSIA | vulpioa@whiteandwilliams.com; ingrassiam@whiteandwilliams.com |
| WHITEFORD TAYLOR & PRESTON LLP | ATTN MICHAEL J JOESCHENTHALER; DANIEL R SCHIMIZZI; DAVID W GAFFEY; DAVID B STRATTON; RICHARD W RILEY | mroeschenthaler@whitefordlaw.com; dschimizzi@whitefordlaw.com; dgaffey@whitefordlaw.com; dstratton@whitefordlaw.com; rriley@whitefordlaw.com |
| WILSON SONSINI GOODRICH & ROSATI PC | ATTN ERIN R FAY; CATHERINE C LYONS | efay@wsgr.com; clyons@wsgr.com |
| WOMBLE BOND DICKINSON LLP | ATTN JAMES S LIVERMON, III; KEVIN J MANGAN | charlie.livermon@wbd-us.com; kevin.mangan@wbd-us.com |
| ZINDA LAW GROUP LLC | ATTN COLE GUMM | cole@zindalaw.com |

Yellow Corporation, *et al.*, Case No. 23-11069 (CTG)
Electronic Mail Interested Parties Service List

| NAME | EMAIL ADDRESS |
|---|---|
| JPMORGAN CHASE BANK NA | SQUSBA@STBLAW.COM; JAMIE.FELL@STBLAW.COM |
| US BANK NA | jeffrey.lothert@usbank.com |
| WELLS FARGO BANK NA | bankruptcynoticesdfvendor@wellsfargo.com |
| WELLS FARGO BANK NA | LISA.JIGGETTS@IRS.GOV |

Yellow Corporation, *et al.*, Case No. 23-11069 (CTG)
Electronic Mail Lien Notice Parties Service List

| NAME | REPRESENTING | EMAIL ADDRESS |
|---|---|---|
| WOMBLE BOND DICKINSON (US) LLP | COUNSEL TO PIEPER-HOUSTON ELECTRIC, L.P. | ericka.johnson@wbd-us.com |
| PIEPER-HOUSTON ELECTRIC, L.P. | WILL ROSELL, CFO | willr@pieperhouston.com |
| CLARK HILL PLC | COUNSEL TO MID-AMERICAN CONSTRUCTORS, LLC | kgrivner@clarkhill.com |
| MYERS & MYERS, PLLC | COUNSEL TO MID-AMERICAN CONSTRUCTORS, LLC | rcassell@myers2law.com |
| OKLAHOMA COUNTY TREASURER | ATTN TAMMY JONES, OK COUNTY TREASURER | tammy.jones@oklahomacounty.org |
| BUSENKELL & BROWN, LLC | COUNSEL TO DOING STEEL FABRICATION, LLC | rgellert@gsbblaw.com |
| SPENCER FANE LLP | COUNSEL TO DOING STEEL FABRICATION, LLC | thiatt@spencerfane.com |

YELLOW CORPORATION, *et al*., Case No. 23-11069 (CTG)
Electronic Mail Lienholders Service List

| NAME | EMAIL ADDRESS |
| --- | --- |
| ALTABANK | CUSTOMERCARE@ALTABANK.COM |
| ALTER DOMUS PRODUCTS CORP. | LEGAL_AGENCY@ALTERDOMUS.COM |
| ALTER DOMUS PRODUCTS CORP. | joshua.spencer@hklaw.com |
| BANK OF NEW YORK MELLON, THE | Robert.ripin@hoganlovells.com |
| BANK OF NEW YORK MELLON, THE | DENNIS.ROEMLEIN@BNYMELLON.COM |
| BOFI FEDERAL BANK | CUSTOMERSERVICE@BOFIFEDERALBANK.COM |
| CITIZENS ASSET FINANCE INC | DAVID.STILES@CITIZENSBANK.COM |
| CITIZENS BANK NA | DAVID.STILES@CITIZENSBANK.COM |
| CITIZENS BUSINESS CAPITAL | ksimard@choate.com |
| CITIZENS BUSINESS CAPITAL | DAVID.STILES@CITIZENSBANK.COM |
| CITIZENS BUSINESS CAPITAL | DAVID.STILES@CITIZENSBANK.COM |
| CITIZENS COMMERCIAL BANKING | david.slattery@citizensbank.com |
| CORTLAND PRODUCTS CORP. | LEGAL_AGENCY@ALTERDOMUS.COM |
| CORTLAND PRODUCTS CORP. | joshua.spencer@hklaw.com |
| DAVIS POLK & WARDWELL LLP | james.florack@davispolk.com |
| FIRST UTAH BANK | IHARDING@FIRSTUTAHBANK.COM; INTERNET-SUPPORT@FIRSTUTAHBANK.COM |
| HARBOR CAPITAL LEASING INC | SALES@HARBORCAPITAL.NET; LEASEEND@HARBORCAPITAL.NET |
| HARBOR CAPITAL LEASING | SALES@HARBORCAPITAL.NET; LEASEEND@HARBORCAPITAL.NET |
| HYG FINANCIAL SERVICES INC | HYGFINANCIAL@MYLEASINGSOURCE.COM |
| INTERNAL REVENUE SERVICE | LISA.JIGGETTS@IRS.GOV |
| INVESTORS BANK | AROHMEYER@INVESTORSBANK.COM |
| JPMORGAN CHASE BANK NA | POCQUESTIONS@NBSDEFAULTSERVICES.COM |
| JPMORGAN CHASE BANK NA | POCQUESTIONS@NBSDEFAULTSERVICES.COM |
| JPMORGAN CHASE BANK NA | POCQUESTIONS@NBSDEFAULTSERVICES.COM |
| LE SCHWAB WAREHOUSE CENTER INC | ACCOUNTSERVICES@LESSCHWAB.COM |
| NATIONS FUND I INC | ABERGER@NATIONSEQUIPMENTFINANCE.COM |
| NATIONS FUND I INC | ABERGER@NATIONSEQUIPMENTFINANCE.COM |
| NMHG FINANCIAL SERVICES INC | INFO@NMHG.COM |
| PMC FINANCIAL SERVICES GROUP LLC | INFOFSG@PMCFSG.COM |
| RADIUS BANK | CUSTOMERSERVICE@RADIUSBANK.COM |
| RBS CITIZENS BUSINESS CAPITAL | GEORGE.PSOMAS@RBSBUSINESSCAPITAL.COM; ALBERT.SPADA@RBSBUSINESSCAPITAL.COM |
| SOMERSET CAPITAL GROUP LTD | INFO@SOMERSETCAPITAL.COM |
| SOMERSET CAPITAL GROUP XXII | INFO@SOMERSETCAPITAL.COM |
| STOUGHTON TRAILERS ACCEPTANCE CO LLC | STAC@STOUGHTONTRAILERS.COM |
| THE BANK OF NEW YORK MELLON | joanna.g.shapiro@bnymellon.com; UST.Cares.Program@bnymellon.com |
| TOYOTA INDUSTRIES COMMERCIAL FINANCE INC | TICF_CS_SM@TOYOTACF.COM |
| UNITED STATES DEPARTMENT OF TREASURY | Eric.Froman@treasury.gov |
| UTICA LEASECO LLC | INFO@UTICALEASECO.COM |
| WINTRUST EQUIPMENT FINANCE | EDEBONI@WINTRUST.COM |