# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 1937 & 1944-1947** |

## CERTIFICATE OF SERVICE

I, AMY HENAULT, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 29, 2024, I caused to be served a *customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 29, 2024, *related to Docket Nos. 1937 and 1944-1947*, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Amy Henault*
　　　　　　　　　　　　　　　　　　　　　　　　Amy Henault

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**EXHIBIT A**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, et al., | Case No. 23-11069 <CTG> |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

To:

ORANGE EV LLC
900 N 69TH ST
KANSAS CITY, KS 66102

Please note that your claim # 10407 in the above referenced case and in the amount of $50,848.56 has been transferred (unless previously expunged by court order)

BAR(23) MAILID *** 000222411457 ***     YRC TRFNTC (MERGE2, TXNUM2) 4000072035

ARGO PARTNERS
TRANSFEROR: ORANGE EV LLC
12 WEST 37TH ST, STE 900
NEW YORK, NY 10018

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER 1937 in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/29/2024     Una O'Boyle, Clerk of Court

/s/ Amy Henault

Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 29, 2024.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| ARGO PARTNERS | TRANSFEROR: ORANGE EV LLC, 12 WEST 37TH ST, STE 900, NEW YORK, NY 10018 |
| ARGO PARTNERS | TRANSFEROR: ORANGE EV LLC, 12 WEST 37TH ST, STE 900, NEW YORK, NY 10018 |
| ORANGE EV LLC | 900 N 69TH ST, KANSAS CITY, KS 66102 |
| ORANGE EV LLC | 5710 NW 41ST ST STE 300, RIVERSIDE, MO 64150 |
| RUSS DIESEL INC | PO BOX 291198, DAVIE, FL 33329 |
| RUSS DIESEL INC | PO BOX 291198, DAVIE, FL 33329 |
| TRC MASTER FUND, LLC | TRANSFEROR: RUSS DIESEL INC, ATTN: TERREL ROSS, PO BOX 633, WOODMERE, NY 11598 |
| TRC MASTER FUND, LLC | TRANSFEROR: RUSS DIESEL INC, ATTN: TERREL ROSS, PO BOX 633, WOODMERE, NY 11598 |
| TRC MASTER FUND, LLC | TRANSFEROR: WEST POWER SERVICES, ATTN: TERREL ROSS, PO BOX 633, WOODMERE, NY 11598 |
| TRC MASTER FUND, LLC | TRANSFEROR: WEST POWER SERVICES LLC, ATTN: TERREL ROSS, PO BOX 633, WOODMERE, NY 11598 |
| WEST POWER SERVICES | 1401 S. DICKERSON RD, GOODLETTSVILLE, TN 37072 |
| WEST POWER SERVICES LLC | 902 MURFREESBORO PIKE, NASHVILLE, TN 37217 |

**Total Creditor Count 12**

YELLOW CORPORATION, et al.
Case No. 23-11069 <CTG>
First Class Mail Additional Service

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 NORTH LASALLE CHICAGO, IL 60654