Form 210A (10/06)

# United States Bankruptcy Court
# District of Delaware

**In re:** YRC Inc.,
**Case No.** 23-11087, Jointly Administered Under Case No 23-11069

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1),** Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Name of Transferee:
  Fair Harbor Capital, LLC
  As assignee of Butler Ground Maintenance

Name of Transferor:
  Butler Ground Maintenance

Name and Address where notices to transferee should be sent:

Court Claim # (if known): none
Amount of Claim: $2,492.31
Date Claim Filed:

Phone: ___212 967 4035_____
Last Four Digits of Acct #: _____n/a_____

Phone:
Last Four Digits of Acct. #: ___n/a____

Fair harbor Capital LLC
PO Box 237037
New York, NY 10023

**Butler Ground Maintenance**
960 Lake Valley Cir
(PO Box 250224)
Mabelvale (Little Rock), AR 72103 (72225)

Name and Address where transferee payments should be sent (if different from above):

Phone: _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/*Fredric Glass*_____  Date:____February 8, 2024_____
        Transferee/Transferee's Agent
*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

**In re:**      **YRC Inc.,**
**Case No.**      **23-11087, Jointly Administered Under Case No 23-11069**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Claim No. none (if known)**
was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on February 8, 2024.

Name of Transferee:
  **Fair Harbor Capital, LLC**
**as** assignee of Butler Ground Maintenance

Name of Alleged Transferor:
    **Butler Ground Maintenance**

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
Clerk of the Court

transmission, each of which shall be deemed an original and all of which taken together shall constitute the Agreement. Failure or delay on the part of Purchaser to exercise any rights hereunder shall not operate as a waiver thereof.

**Notice of Transfer and Waiver of Notice**

BUTLER GROUND MAINTENANCE ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with an address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim including cure rights (as defined in the Agreement) against YRC Inc. or any of its co-debtor affiliates (the "Debtor") in the aggregate amount of not less than $2,492.31, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 23-11069, et al.. Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Whereof,** BUTLER GROUND MAINTENANCE (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**BUTLER GROUND MAINTENANCE ("Seller")**
**9620 LAKE VALLEY CIR**
**MABELVALE, AR 72103**

OWNER: Butler Grounds Maint.
Signature: X /s/ Gus Butler    Date: 9/28/23
Print Name: OTTO GUS BUTLER IV
Phone: _____
Email: _____
Updated Address (If Changed): P.O. BOX 250224
L.R., AR., 72225

**Fair Harbor Capital, LLC ("Purchaser")**
**PO Box 237037**
**New York, NY 10023**

Signature: /s/
Fred Glass, Member Fair Harbor Capital, LLC
Victor Knox