# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket Nos. 1380, 1404, 1800, 1821-1823, & 1831** |

## CERTIFICATE OF SERVICE

I, AMY HENAULT, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 22, 2024, I caused to be served a *customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated January 22, 2024, *related to Docket Nos. 1380, 1404, 1800, 1821-1823, and 1831*, a sample of which is annexed hereto as Exhibit A, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit B.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

                                                                       */s/ Amy Henault*
                                                                       Amy Henault

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**EXHIBIT A**

In re:

YELLOW CORPORATION, et al.,

Debtors.

Chapter 11

Case No. 23-11069 <CTG>

Jointly Administered

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

BAR(23) MAILID *** 000221322736 ***   YRC TRFNTC (MERGE2, TXNUM2) 4000059460

To:



AMERICAN TRANSPORT INC
200 AIRSIDE DR, STE 260
MOON TOWNSHIP, PA 15108

Please note that your claim # 12368 in the above referenced case and in the amount of $71,900.00 has been transferred (unless previously expunged by court order)

BRADFORD CAPITAL HOLDINGS, LP
TRANSFEROR: AMERICAN TRANSPORT INC
C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER
PO BOX 4353
CLIFTON, NJ 07012

No action is required if you do not object to the transfer of your claim. However **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE
824 NORTH MARKET STREET, 3RD FLOOR
WILMINGTON, DE 19801

Send a copy of your objection to the transferee. Refer to INTERNAL CONTROL NUMBER   1823   in your objection. If you file an objection, a hearing will be scheduled. **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date: 01/22/2024

Una O'Boyle, Clerk of Court

/s/ Amy Henault
_____
Epiq Corporate Restructuring, LLC
as claims agent for the debtor(s).

FOR EBS USE ONLY: This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on January 22, 2024.

**EXHIBIT B**

| Claim Name | Address Information |
|---|---|
| 4REFUEL CANADA LP | 19100 94 AVE, SURREY, BC V4N5C3 CANADA |
| 4REFUEL CANADA LP | 19100 94 AVE, SURREY, BC V4N5C3 CANADA |
| 4REFUEL CANADA LP | 19100 94 AVE, SURREY, BC V4N5C3 CANADA |
| 4REFUEL CANADA LP | 19100 94 AVE, SURREY, BC V4N5C3 CANADA |
| AMERICAN TRANSPORT INC | 200 AIRSIDE DR, STE 260, MOON TOWNSHIP, PA 15108 |
| ARGO PARTNERS | TRANSFEROR: MH EQUIPMENT CO, 12 WEST 37TH ST, STE 900, NEW YORK, NY 10018 |
| ARGO PARTNERS | TRANSFEROR: MH EQUIPMENT CO, 12 WEST 37TH ST, STE 900, NEW YORK, NY 10018 |
| ARGO PARTNERS | TRANSFEROR: MH EQUIPMENT COMPANY, 12 WEST 37TH ST, STE 900, NEW YORK, NY 10018 |
| ARGO PARTNERS | TRANSFEROR: MH EQUIPMENT COMPANY, 12 WEST 37TH ST, STE 900, NEW YORK, NY 10018 |
| ARGO PARTNERS | TRANSFEROR: MH EQUIPMENT COMPANY, 12 WEST 37TH ST, STE 900, NEW YORK, NY 10018 |
| BRADFORD CAPITAL HOLDINGS, LP | TRANSFEROR: AMERICAN TRANSPORT INC, C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER, PO BOX 4353, CLIFTON, NJ 07012 |
| BRADFORD CAPITAL HOLDINGS, LP | TRANSFEROR: GREENTREE TRANSPORTATION CO, C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER, PO BOX 4353, CLIFTON, NJ 07012 |
| BRADFORD CAPITAL HOLDINGS, LP | TRANSFEROR: GREENTREE TRANSPORTATION CO, C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER, PO BOX 4353, CLIFTON, NJ 07012 |
| BRADFORD CAPITAL HOLDINGS, LP | TRANSFEROR: JONES MOTOR COMPANY, C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER, PO BOX 4353, CLIFTON, NJ 07012 |
| CRG FINANCIAL LLC | TRANSFEROR: DIVERSIFIED ENERGY SUPPLY, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: MANN BROS LOGISTICS INC, ATTN: RANDY FISH, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: MANN BROS LOGISTICS INC, ATTN: RANDY FISH, 84 HERBERT AVE, BUILDING B SUITE 202,, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: 4REFUEL CANADA LP, ATTN: RANDY FISH, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: 4REFUEL CANADA LP, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRS MASTER FUND, L.P. | TRANSFEROR: DIVERSIFIED ENERGY SUPPLY, C/O CYRUS CAPITAL PARTNERS LP - S. NIKOV, 65 EAST 55TH ST, 35TH FL, NEW YORK, NY 10022 |
| DIVERSIFIED ENERGY SUPPLY | 601 WEST CROSSVILLE RD, ROSWELL, GA 30075 |
| DIVERSIFIED ENERGY SUPPLY | 601 WEST CROSSVILLE RD, ROSWELL, GA 30075 |
| GREENTREE TRANSPORTATION COMPANY | GREENTREE TRANSPORTATION COMPANY, PO BOX 644831 - DEPT GTC, PITTSBURGH, PA 15264-4831 |
| GREENTREE TRANSPORTATION COMPANY | 200 AIRSIDE DR, STE 260, MOON TOWNSHIP, PA 15108 |
| JONES MOTOR COMPANY | 200 AIRSIDE DR, STE 260, MOON TOWNSHIP, PA 15108 |
| MANN BROS LOGISTICS INC | 911 BALDWIN FARMS DR, BAKERSFIELD, CA 93307 |
| MANN BROS LOGISTICS INC | 911 BALDWIN FARMS DR, BAKERSFIELD, CA 93307 |
| MH EQUIPMENT CO | KARIN DALY, 8901 N INDUSTRAIL RD, PEORIA, IL 61615 |
| MH EQUIPMENT CO | KARIN SONJA DALY, 309-579-8035, MH EQUIPMENT CO, 8901 N INDUSTRIAL RD, PEORIA, IL 61615 |
| MH EQUIPMENT CO | KARIN DALY, 8901 N INDUSTRIAL RD, PEORIA, IL 61615 |
| MH EQUIPMENT CO | KARIN SONJA DALY, 3095798035, MH EQUIPMENT CO, 8901 N INDUSTRIAL CO, PEORIA, IL 61615 |
| MH EQUIPMENT COMPANY | #774469, 4469 SOLUTIONS CENTER, CHICAGO, IL 60677 |
| MH EQUIPMENT COMPANY | #774469, 4469 SOLUTIONS CENTER, CHICAGO, IL 60677 |
| MH EQUIPMENT COMPANY | #774469, 4469 SOLUTIONS CENTER, CHICAGO, IL 60677 |

| Claim Name | Address Information |
|---|---|

**Total Creditor Count 34**

YELLOW CORPORATION, et al.
Case No. 23-11069 <CTG>
First Class Mail Additional Service

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 NORTH LASALLE CHICAGO, IL 60654