# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 1851** |

## CERTIFICATE OF SERVICE

I, AMY HENAULT, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 22, 2024, I caused to be served the "Second Amended Notice of Agenda for Hearing Scheduled on January 22, 2024 at 2:00 p.m. (Prevailing Eastern Time), Before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, Located at 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801," dated January 22, 2024 [Docket No. 1851], by causing true and correct copies to be:

   a. enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   b. delivered via electronic mail to those parties listed on the annexed Exhibit B, and

   c. delivered via electronic mail to: *gdick@coochtaylor.com*, and *bberliner@centralstatesfunds.org*.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

   */s/ Amy Henault*
   Amy Henault

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**EXHIBIT A**

# Yellow Corporation
## Service List

| Claim Name | Address Information |
|---|---|
| BRYAN CAVE LEIGHTON PAISNER LLP | (COUNSEL TO SAIA INC; SAIA MOTOR FREIGHT) ATTN LAURENCE M FRAZEN; JARRET HITCHINGS ONE KANSAS CITY PLACE 1200 MAIN ST, STE 3800 KANSAS CITY MO 64105-2122 |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192 SAN JUAN PR 00902-0192 |
| NY OFFICE OF THE ATTORNEY GEN | ENVIRONMENTAL PROTECTION BUREAU ATTN STEVE H NGUYEN THE CAPITOL ALBANY NY 12224 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN: FAINU'ULELEI FALEFATU ALA'ILIMAUTU AMERICAN SAMOA GOVT, EXEC OFC BLDG UTULEI, TERRITORY OF AMERICAN SAMOA PAGO PAGO AS 96799 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 100 W RANDOLPH ST CHICAGO IL 60601 |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN: TODD ROKITA INDIANA GOVERNMENT CENTER SOUTH 302 W WASHINGTON ST, 5TH FL INDIANAPOLIS IN 46204 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH PO BOX 220 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE 17 PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| THOMPSON O'BRIEN KAPPLER & NASUTI PC | (COUNSEL TO MANSFIELD OIL CO OF GAINSVILLE) ATTN MICHAEL PUGH 2 SUN CT, STE 400 PEACHTREE CORNERS GA 30092 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count  24**

Yellow Corporation, *et al*.
Case No. 23-11069 (CTG)
First Class Mail Additional Service List

CHANG & LEE LAW FIRM
(COUNSEL FOR ALEJANDRO VIZCAINO)
ATTN JASON W LEE
301 E COLORADO BLVD, STE 325
PASADENA, CA 91101

Page 1 of 1

**EXHIBIT B**

Yellow Corporation, *et al.,* Case No. 23-11069
Electronic Mail Master Service List

| NAME | ATTN | EMAIL ADDRESS |
|---|---|---|
| ABERNATHY ROEDER BOYD & HULLETT PC | ATTN PAUL M LOPEZ; LARRY R BOYD; EMILY M HAHN | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| ACAR LEASING LTD D/B/A GM FINANCIAL LEASING | ATTN LORENZO NUNEZ | leasesvcbnkrpcy@gmfinancial.com |
| AIS PORTFOLIO SERVICES CORP | ATTN ALLY BANK DEPT | ecfnotices@aisinfo.com |
| AKERMAN LLP | ATTN MARK S. LICHTENSTEIN | mark.lichtenstein@akerman.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN PHILIP C. DUBLIN; MEREDITH A. LAHAIE; KEVIN ZUZOLO | pdublin@akingump.com; mlahaie@akingump.com; kzuzolo@akingump.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN MICHAEL S GREGER | mgreger@allenmatkins.com |
| ALTER DOMUS PRODUCTS CORP. | ATTN LEGAL DEPT, E. PAPPAS & C CAPEZUTI | legal_agency@alterdomus.com; emily.ergangpappas@alterdomus.com; cpcagency@alterdomus.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN BENJAMIN MINTZ | benjamin.mintz@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN ROSA EVERGREEN | rosa.evergreen@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN MICHAEL MESSERSMITH | michael.messersmith@apks.com |
| ASHBY & GEDDES PA | ATTN MICHAEL D DEBAECKE | mdebaecke@ashbygeddes.com |
| ASHBY & GEDDES PA | ATTN GREGORY A. TAYLOR | gtaylor@ashbygeddes.com |
| ASHBY & GEDDES PA | ATTN DON A BESKRONE | dbeskrone@ashbygeddes.com |
| BAKER & HOSTETLER LLP | ATTN JEFFREY J LYONS; ELIZABETH A GREEN; JORIAN L ROSE; JIMMY D PARRISH | jjlyons@bakerlaw.com; egreen@bakerlaw.com; orlbankruptcy@bakerlaw.com; jrose@bakerlaw.com; jparrish@bakerlaw.com; |
| BALLARD SPAHR LLP | ATTN LESLIE C HEILMAN; LAUREL D ROGLEN; NICHOLAS J BRANNICK; MARGARET A VESPER | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| BEAL BANK USA | | commercialloans@bealbank.com |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN JENNIFER R. HOOVER; KEVIN M. CAPUZZI; JOHN C. GENTILE | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com |
| BIELLI & KLAUDER LLC | ATTN DAVID M KLAUDER; MELISSA M HARTLIPP | dklauder@bk-legal.com; mhartlipp@bk-legal.com |
| BIFFERATO FIRM PA | ATTN IAN CONNOR BIFFERATO | cbifferato@tbf.legal |
| BINGAMAN HESS COBLENTZ & BELL | ATTN THOMAS A ROTHERMEL | tarothermel@bingamanhess.com |
| BLANK ROME LLP | ATTN REGINA STANGO KELBON; LAWRENCE R. THOMAS III; JOHN E. LUCIAN | regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com; john.lucian@blankrome.com |
| BNSF RAILWAY COMPANY | JILL RUGEMA | jill.rugema@bnsf.com |
| BOND SCHOENECK & KING PLLC | ATTN EDWARD J LOBELLO | elobello@bsk.com |
| BROWN McGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN LAURENCE M FAZEN; JARRET HITCHINGS | larry.frazen@bclplaw.com; jarret.hitchings@bclplaw.com |
| BUCHANAN INGERSOLL & ROONEY | ATTN GEOFFREY G GRIVNER; KODY M SPARKS; TIMOTHY P PALMER | geoffrey.grivner@bipc.com; kody.sparks@bipc.com; timothy.palmer@bipc.com |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN MARC J PHILLIPS | mphillips@mmwr.com |
| CAVA LAW LLC | ATTN JESUS SANTIAGO | jesus@cavalegal.com |

| NAME | ATTN | EMAIL ADDRESS |
|---|---|---|
| CENTRAL STATES FUNDS | ATTN BRAD R BERLINER; ANDREW J HERINK; DANIEL SULLIVAN | bberliner@centralstatesfunds.org; aherink@centralstatesfunds.org; dsulliva@centralstatesfunds.org |
| CENTRAL STATES PENSION | | bberline@centralstatesfunds.org |
| CHAFFETZ LINDSEY LLP | ATTN ALAN J LIPKIN; ALEX LUPSAIU | alan.lipkin@chaffetzlindsey.com; alex.lupsaiu@chaffetzlindsey.com |
| CHARLES E DORR PC | ATTN CHARLES E DORR | ced@cedpc.com |
| CHIPMAN BROWN CICERO & COLE LLP | ATTN WILLIAM E CHIPMAN, JR; MARK D OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CHOATE HALL & STEWART LLP | ATTN KEVIN J SIMARD, JONATHAN D MARSHALL, SETH D MENNILLO, M HAMPTON FOUSHEE | jmarshall@choate.com; smennillo@choate.com; hfoushee@choate.com; ksimard@choate.com |
| CLARK HILL PLC | ATTN KAREN M GRIVNER | kgrivner@clarkhill.com |
| COHEN LEDER MONTALBANO & CONNAUGHTON | ATTN PAUL A MONTALBANO; BRADY M CONNAUGHTON | paul.montalbano@clmc-law.com; brady.connaughton@clmc-law.com |
| COHNE KINGHORN PC | ATTN GEORGE HOFMANN | ghofmann@ck.law |
| COOKSEY TOOLEN GAGE DUFFY & WOOG | ATTN KIM GAGE; RANDALL P MROCZYNSKI | kgage@cookseylaw.com; rmroczynski@cookseylaw.com |
| COUSINS LAW LLC | ATTN SCOTT D COUSINS | scott.cousins@cousins-law.com |
| CROSS & SIMON LLC | ATTN CHRISTOPHER P SIMON | csimon@crosslaw.com |
| DAIMLER TRUCKS NA | JOHN OLEARY, PRESIDENT & CEO | john.oleary@daimler.com; kirstin.abel@daimlertruck.com |
| DEMAYO LAW OFFICES LLP | ATTN ADRIENNE S BLOCKER | ablocker@demayolaw.com |
| DILWORTH PAXSON LLP | ATTN MARTIN J WEIS | mweis@dilworthlaw.com |
| DLA PIPER LLP | ATTN STUART M BROWN; RACHEL EHRLICH ALBANESE | stuart.brown@us.dlapiper.com; rachel.albanese@us.dlapiper.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN BRIAN L. SCHWALB | oag@dc.gov |
| DOSHI LEGAL GROUP PC | ATTN AMISH R DOSHI | amish@doshilegal.com |
| DUANE MORRIS LLP | ATTN SOMMER L ROSS | slross@duanemorris.com |
| EMMET MARVIN & MARTIN LLP | ATTN THOMAS A PITTA | tpitta@emmetmarvin.com |
| EPSTEIN BECKER & GREEN | ATTN WENDY G MARCARI | wmarcari@ebglaw.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | ATTN BRETT D FALLON; JOSEPH N ARGENTINA, JR | brett.fallon@faegredrinker.com; joseph.argentina@faegredrinker.com |
| FARNAN LLP | ATTN BRIAN E FARNAN; MICHAEL J FARNAN | bfarnan@farnanlaw.com; mfarnan@farnanlaw.com |
| FEINBERG DUMONT & BRENNAN | ATTN MELISSA A BRENNAN | mab@fdb-law.com |
| FISHER BROYLES LLP | ATTN CARL NEFF; MAURA BURKE | carl.neff@fisherbroyles.com; maura.burke@fisherbroyles.com |
| FONTANEZ, FERNANDO | | EMAIL ADDRESS ON FILE |
| FOX SWIBEL LEVIN & CARROLL | ATTN MARGARET ANDERSON; RYAN SCHULTZ; KENNETH M THOMAS | panderson@foxswibel.com; rschultz@foxswibel.com; kthomas@foxswibel.com |
| GELLERT SCALI BUSENKELL & BROWN LLC | ATTN MICHAEL BUSENKELL; MICHAEL VAN GORDER | mbusenkell@gsbblaw.com; mvangorder@gsbblaw.com |
| GENERAL TEAMSTERS LOCAL 439 | ATTN CATHERINE E HOLZHAUSER | cholzhauser@beesontayer.com |
| GGRM LAW FIRM | ATTN DILLON COIL; RYAN LOOSVELT | dcoil@ggrmlawfirm.com; rloosvelt@ggrmlawfirm.com |
| GRAY ROBINSON PA | ATTN JEFFREY SCHLERF | jeffrey.schlerf@gray-robinson.com |
| GREENBERG TRAURIG LLP | ATTN ANTHONY W CLARK; DENNIS A MELORO | anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com |
| GRIMES & LINEBARGER LLP | ATTN JOHN KENDRICK TURNER | dallas.bankruptcy@lgbs.com |
| HAYNES AND BOONE LLP | ATTN IAN T PECK; DAVID L STAAB; JORDAN E CHAVEZ | ian.peck@haynesboone.com; david.staab@haynesboone.com; jordan.chavez@haynesboone.com |
| HILLER LAW LLC | ATTN ADAM HILLER | ahiller@adamhillerlaw.com |

| NAME | ATTN | EMAIL ADDRESS |
|---|---|---|
| HOGAN LOVELLS | ATTN: RONALD SILVERMAN; ROBERT A RIPIN; CHRISTOPHER R BRYANT | ronald.silverman@hoganlovells.com; robert.ripin@hoganlovells.com; chris.bryant@hoganlovells.com |
| HOLLAND & KNIGHT LLP | ATTN: JOSHUA M. SPENCER | joshua.spencer@hklaw.com; alterdomus@hklaw.com |
| INTERNAL REVENUE SERVICE | | millie.h.agent@irs.gov |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ATTN FRED ZUCKERMAN | fzuckerman@teamster.org |
| JACK SHRUM PA | ATTN J JACKSON SHRUM | jshrum@jshrumlaw.com |
| JACOBY & MEYERS LLP | ATTN SHANE HAPUARACHY; ALICIA CURRAN | shapuarachy@jacobyandmeyers.com; acurran@jacobyandmeyers.com |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS PC | ATTN RAYMOND M PATELLA | rpatella@lawjw.com |
| KEURIG DR. PEPPER | RICHARD W WARD | rwward@airmail.net |
| KING & SPALDING LLP | ATTN THADDEUS D WILSON; MICHAEL FISHEL | thadwilson@kslaw.com; mfishel@kslaw.com |
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN RAYMOND H LEMISCH | rlemisch@klehr.com |
| KLEINBARD LLC | ATTN E DAVID CHANIN | dchanin@kleinbard.com |
| KOHNER MANN & KAILAS SC | ATTN SAMUEL C WISOTZKEY | swisotzkey@kmksc.com |
| KROLL HEINEMAN PTASIEWICZ & PARSONS | ATTN SETH PTASIEWICZ | sptasiewicz@krollfirm.com |
| KYE LAW GROUP, P.C. | ATTN: MATTHEW F. KYE | mkye@kyelaw.com |
| LANE & NACH PC | ATTN ADAM N NACH | adam.nach@lane-nach.com |
| LAW OFFICES OF JAMES TOBIA LLC | ATTN JAMES TOBIA | jtobia@tobialaw.com |
| LAW OFFICES OF SUSAN E KAUFMAN LLC | ATTN SUSAN E KAUFMAN | skaufman@skaufmanlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | sanantonio.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com; austin.bankruptcy@lgbs.com; dallas.bankruptcy@lgbs.com |
| LIPSON NEILSON PC | ATTN MICHAEL D LIEBERMAN | mlieberman@lipsonneilson.com |
| LOIZIDES PA | ATTN CHRISTOPHER D LOIZIDES | loizides@loizides.com |
| MADDIN HAUSER ROTH & HELLER PC | ATTN DAVID M EISENBERG | deisenberg@maddinhauser.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | ATTN PETER MUTHIG | muthigk@mcao.maricopa.gov |
| MCCARTER & ENGLISH LLP | ATTN KATE ROGGIO BUCK; JOSEPH LUBERTAZZI, JR; SHEILA E CALELLO; WILLIAM F TAYLOR, JR; SHANNON D HUMISTON | kbuck@mccarter.com; jlubertazzi@mccarter.com; scalello@mccarter.com; wtaylor@mccarter.com; shumiston@mccarter.com |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN JULIE ANNE PARSONS | jparsons@mvbalaw.com |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN DAVID P PRIMACK | dprimack@mdmc-law.com |
| MICHELIN NORTH AMERICA INC | ATTN BRIAN GUTBROD | brian.gutbrod@michelin.com |
| MILBANK LLP | ATTN: DENNIS F. DUNNE & MATTHEW L. BROD | ddunne@milbank.com; mbrod@milbank.com |
| MORRIS NICHOLS ARSHT & TUNNEL LLP | ATTN CURTIS S MILLER; MATTHEW B HARVEY; JONATHAN M WEYAND | cmiller@morrisnichols.com; mharvey@morrisnichols.com; jweyand@morrisnichols.com |
| MUNSCH HARDT KOPF & HARR PC | ATTN DEBORAH M PERRY | dperry@munsch.com |
| MYERS & MYERS PLLC | ATTN REBECCA JS CASSELL | rcassell@myers2law.com |
| NEW YORK STATE TEAMSTERS PENSION & HEALTH FUNDS | ATTN KENNNETH R STILWELL | krgstil@nytfund.org |
| NORTON ROSE FULBRIGHT US LLP | ATTN REBECCA J. WINTHROP | rebecca.winthrop@nortonrosefulbright.com |

| NAME | ATTN | EMAIL ADDRESS |
|---|---|---|
| OFFICE OF THE UNITED STATES ATTORNEY | | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFICE OF THE US TRUSTEE | | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.gov |
| OFFIT KURMAN PA | ATTN BRIAN J MCLAUGHLIN | brian.mclaughlin@offitkurman.com |
| OKLAHOMA COUNTY TREASURER | ATTN TAMMY JONES | tammy.jones@oklahomacounty.org |
| OSLER HOSKIN & HARCOURT LLP | ATTN TRACY SANDLER; KATHRYN ESAW | tsandler@osler.com; kesaw@osler.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN PETER J KEANE | pkeane@pszjlaw.com |
| PARAVATI KARL GREEN & DEBELLA LLP | ATTN VINCENT M DEBELLA | vdebella@pkgdlaw.com |
| PASHMAN STEIN WALDER HAYDEN | ATTN JOSEPH C BARSALONA II | jbarsalona@pashmanstein.com |
| PENNSYLVANIA DEPARTMENT OF LABOR & INDUSTRY | ATTN RYAN STARNOWSKY | ra-li-ucts-bankrupt@state.pa.us |
| PENSION BENEFIT GUARANTY CORPORATION | REBECCA STARK; ANDREW PHILIP WALKER; DESIREE M AMADOR; STEPHANIE THOMAS; JOHN HOLLAND GINSBERG | stark.rebecca@pbgc.gov; efile@pbgc.gov; serspinski.sven@pbgc.gov; hristova.donika@pbgc.gov; amador.desiree@pbgc.gov; thomas.stephanie@pbgc.gov; ginsberg.john@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN LAURA J MONROE | lmbkr@pbfcm.com |
| POLSINELLI PC | ATTN CHRISTOPHER A WARD; KATHERINE M DEVANNEY | cward@polsinelli.com; kdevanney@polsinelli.com |
| POTTER ANDERSON & CORROON LLP | ATTN L KATHERINE GOOD; MARIA KOTSIRAS | kgood@potteranderson.com; mkotsiras@potteranderson.com |
| PREVIANT LAW FIRM SC, THE | ATTN FREDERICK PERILLO; JILL M HARTLEY; EMMA M WOODS | fp@previant.com; jh@previant.com; emw@previant.com |
| PULLMAN & COMLEY LLC | ATTN KRISTIN B MAYHEW | kmayhew@pullman.com |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN SUSHEEL KIRPALANI; ERIC WINSTON | susheelkirpalani@quinnemanuel.com; ericwinston@quinnemanuel.com |
| RAINES FELDMAN LITTRELL LLP | ATTN DAVID S FORSH | dforsh@raineslaw.com |
| RFT LOGISTICS LLC | CHRISTOPHER MEJIA, CEO | truckload@rftlogistics.com; chris.mejia@rftlogistics.com |
| RAISNER ROUPINIAN LLP | ATTN JACK A RAISNER; RENE S ROUPINIAN; ARMANDO RIVERA | jar@raisnerroupinian.com; rsr@raisnerroupinian.com; rsr@raisnerroupinian.com |
| REED SMITH LLP | ATTN KURT F GWYNNE; MARK W ECKARD | kgwynne@reedsmith.com; meckard@reedsmith.com |
| RICHARDS LAYTON & FINGER PA | ATTN MARK D COLLINS, JOHN H KNIGHT, DAVID T QUEROLI, ALEXANDER R STEIGER | collins@rlf.com; knight@rlf.com; queroli@rlf.com; steiger@rlf.com |
| ROBINSON & COLE LLP | ATTN JAMIE L EDMONSON; KATHERINE S DUTE | jedmonson@rc.com; kdute@rc.com |
| ROCK ISLAND COUNTY TREASURER | ATTN AUSTIN CARLSON | treasurer@rockislandcountyil.gov |
| ROPES & GREY | ATTN NATASHA HWANGO; LUKE SMITH | natasha.hwangpo@ropesgray.com; luke.smith@ropesgray.com |
| ROSNER LAW GROUP LLC | ATTN FREDERICK B ROSNER | rosner@teamrosner.com |
| S&D LAW | ATTN MICHAEL L SCHLEPP, ESQ | mschlepp@s-d.com |
| SALDUTTI LAW GROUP | ATTN ROBERT L SALDUTTI; REBECCA K MCDOWELL | rsaldutti@slgcollect.com; rmcdowell@slgcollect.com |
| SANDBERG PHOENIX & VON GONTARD | ATTN SHARON L STOLTE | sstolte@sandbergphoenix.com |

| NAME | ATTN | EMAIL ADDRESS |
|---|---|---|
| SAUDER SCHELKOPF LLC | ATTN JOSEPH G SAUDER; JOSEPH B KENNEY | jgs@sstriallawyers.com; jbk@sstriallawyers.com |
| SECURITIES & EXCHANGE COMMISSION | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | nyrobankruptcy@sec.gov |
| SEYFARTH SHAW LLP | ATTN JAMES B SOWKA | jsowka@seyfarth.com |
| SORENSON VAN LEUVEN PLLC | ATTN JAMES E SORENSON | bk@svllaw.com |
| SPOTTS FAIN PC | ATTN NEIL E MCCULLAGH | nmccullagh@spottsfain.com |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN TREG TAYLOR | attorney.general@alaska.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN KRIS MAYES | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN TIM GRIFFIN | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN KATHY JENNINGS | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN ANN E LOPEZ | hawaiiag@hawaii.gov |
| STATE OF IOWA ATTORNEY GENERAL | ATTN BRENNA BIRD | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | ATTN AARON FREY | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN ATHONY G. BROWN | oag@oag.state.md.us |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN ANDREA JOY CAMPBELL | ago@state.ma.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN DANA NESSEL; JEANMARIE MILLER | miag@michigan.gov; millerj51@michigan.gov |
| STATE OF NEW YORK ATTORNEY GENERAL; ENVIRONMENTAL PROTECTION BUREAU | ATTN STEVE H NGUYEN; STEPHEN M NAGLE | steve.nguyen@ag.ny.gov; stephen.nagle@ag.ny.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN LUCAS WARD | lucas.ward@ohioago.gov; agocares@ohioago.gov |
| STEVENS & LEE PC | ATTN JOSEPH H HUSTON, JR; JOHN C KILGANNON | joseph.huston@stevenslee.com; john.kilgannon@stevenslee.com |
| STRADLEY RONON STEVENS & YOUNG LLP | ATTN JULIE M MURPHY | jmmurphy@stradley.com |
| STREUSAND LANDON OZBURN & LEMMON LLP | ATTN SABRINA L STREUSAND | streusand@slollp.com |
| SULLIVAN HAZELTINE ALLINSON | ATTN WILLIAM D SULLIVAN; WILLIAM A HAZELTINE; ELIHU E ALLINSON | bsullivan@sha-llc.com; whazeltine@sha-llc.com; zallinson@sha-llc.com |
| SUSSMAN SHANK LLP | ATTN GARRETT S EGGEN | geggen@sussmanshank.com |
| SWEETBAUM MILLER PC | ATTN ALAN D SWEETBAUM | asweetbaum@sweetbaumlaw.com |
| THE BANK OF NEW YORK MELLON | ATTN JOANNA SHAPIRO, MANAGING DIRECTOR | joanna.g.shapiro@bnymellon.com; ust.cares.program@bnymellon.com |
| TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN JONATHAN SKRMETTI | agbankdelaware@ag.tn.gov |

| NAME | ATTN | EMAIL ADDRESS |
|---|---|---|
| TEXAS ATTORNEY GENERAL | ATTN SEAN T FLYNN; LAYLA D MILLIGAN | sean.flynn@oag.texas.gov; layla.milligan@oag.texas.gov |
| TEXAS COMPTROLLER | ATTN KIMBERLY A WALSH, ASST ATTORNEY GENERAL | kimberly.walsh@oag.texas.gov |
| THOMPSON HINE LLP | ATTN SEAN A GORDON; AUSTIN B ALEXANDER | sean.gordon@thompsonhine.com; austin.alexander@thompsonhine.com |
| TRAVIS COUNTY | ATTN JASON A STARKS | jason.starks@traviscountytx.gov |
| U.S. DEPARTMENT OF JUSTICE | | millie.h.agent@irs.gov; i-heng.hsu@usdoj.gov; crystal.geise@usdoj.gov |
| UNION PACIFIC RAILROAD | ATTN CHRISTINE A. NEUHARTH; LILA L. HOWE | bankruptcynotices@up.com |
| VINSON & ELKINS LLP | ATTN BRADLEY FOXMAN; SARA ZOGLMAN | bfoxman@velaw.com; szoglman@velaw.com |
| WELTMAN WEINBERG & REIS CO LPA | ATTN SCOTT D FINK | sfink@weltman.com; bronationalecf@weltman.com |
| WISCONSIN DEPARTMENT OF JUSTICE | ATTN MICHAEL D MORRIS | morrismd@doj.state.wi.us |
| WHITE & CASE LLP | ATTN SCOTT GREISSMAN; ANDREW ZATZ; ELIZABETH FELD; JZAKIA@WHITECASE.COM | sgreissman@whitecase.com; azatz@whitecase.com; efeld@whitecase.com; jzakia@whitecase.com |
| WHITE & WILLIAMS LLP | ATTN AMY E VULPIO; MICHAEL A INGRASSIA | vulpioa@whiteandwilliams.com; ingrassiam@whiteandwilliams.com |
| WHITEFORD TAYLOR & PRESTON LLP | ATTN MICHAEL J JOESCHENTHALER; DANIEL R SCHIMIZZI; DAVID W GAFFEY; DAVID B STRATTON; RICHARD W RILEY | mroeschenthaler@whitefordlaw.com; dschimizzi@whitefordlaw.com; dgaffey@whitefordlaw.com; dstratton@whitefordlaw.com; rriley@whitefordlaw.com |
| WILSON SONSINI GOODRICH & ROSATI PC | ATTN ERIN R FAY; CATHERINE C LYONS | efay@wsgr.com; clyons@wsgr.com |
| WOMBLE BOND DICKINSON LLP | ATTN JAMES S LIVERMON, III; KEVIN J MANGAN | charlie.livermon@wbd-us.com; kevin.mangan@wbd-us.com |
| ZINDA LAW GROUP LLC | ATTN COLE GUMM | cole@zindalaw.com |

| NAME | COUNSEL FOR | EMAIL ADDRESS |
|---|---|---|
| GELLERT SCALI BUSENKELL & BROWN, LLC | COUNSEL FOR BRETT GROVES, PAUL & JEAN CLARK, JAMES CHARLES HOWARD, JILL NAPIWOCKI, DEREK HALL, TRANE TECHNOLOGIES | cbrown@gsbblaw.com; mbusenkell@gsbblaw.com |
| FISHER BROYLES, LLP | COUNSEL FOR GARY W. GIBBY | carl.neff@fisherbroyles.com; maura.burke@fisherbroyles.com |
| OFFIT KURMAN, P.A. | COUNSEL FOR AMER NASSER, OMEIRA ULLOQUE | brian.mclaughlin@offitkurman.com |
| JOYCE, LLC | COUNSEL FOR PAUL R. WYSZYNSKI, SUSAN DEGENKOLB, WILLIAM LITTRAL, SHANE SNIDER, CARLA MARIA SNIDER, DELORES JONES | mjoyce@mjlawoffices.com |
| POLINSKY LAW GROUP, LLC | COUNSEL FOR EMILY LOURO | cld@polinsky-law.com; |
| ASHBY & GEDDES, P.A. | CO-COUNSEL TO TENA J SPENCE | dbeskrone@ashbygeddes.com |
| LANE & NACH, P.C. | CO-COUNSEL TO TENA J SPENCE | adam.nach@lane-nach.com |
| THE POWELL FIRM, LLC | COUNSEL TO JESSE ISREAL NEWTON; LEONEL PONCE; YELIMAR KARINA SIRA MONSALVE | jpowell@delawarefirm.com; treichert@delawarefirm.com |
| COOCH AND TAYLOR, P.A. | COUNSEL FOR JIMMIE AND JANEL HUBERT, ALEXIS MCCULLY | gdick@coochtaylor.com |
| THE ROSNER LAW GROUP LLC | CO-COUNSEL FOR DONNA LEE DAUGHERTY | rosner@teamrosner.com |
| CHARLES E DORR, P.C. | CO-COUNSEL FOR DONNA LEE DAUGHERTY | chuck@dorrlaw.com |
| THE LAW OFFICE OF JAMES TOBIA, LLC | COUNSEL FOR ANTHONY MARTINO, SEUNG CHUNG | jtobia@tobialaw.com |
| HOGAN MCDANIEL | COUNSEL FOR KAVIR MOONILAL-SINGH | gfmcdaniel@dkhogan.com |
| HILLER LAW, LLC | COUNSEL FOR JOSE EMILIO RONDEROS, JACOB BAZAROV, TAMARA PEIROVA, SOPIA L GOODMAN, PAUL EDWARD FOWLER; TARIQ OSMAN | ahiller@adamhillerlaw.com |
| LIGHT LAW GROUP, APC | CO-COUNSEL FOR JOSE EMILIO RONDEROS | azad@lightlawgroup.com |
| ABAEV LAW FIRM, PLLC | CO-COUNSEL FOR JACOB BAZAROV, TAMARA PEIROVA | nabaev@thenewyorklawfirm.com |
| PAJCIC & PAJCIC, P.A. | CO-COUNSEL FOR SOPIA L GOODMAN | monica@pajcic.com |
| CAMPBELL & LEVINE, LLC | COUNSEL FOR JAMES AND LISA ALEXANDER | khemming@camlev.com |
| POLINSKY LAW GROUP, LLC | CO-COUNSEL FOR EDGAR CANCINO | cward@polsinelli.com; mdipietro@polsinelli.com |
| WILLIAM TINKLER, JR. ATTY AT LAW, PC | CO-COUNSEL FOR EDGAR CANCINO | wpt@tinkler.com |
| MORRIS JAMES LLP | COUNSEL FOR PHILLIP B DETERDING | jwaxman@morrisjames.com; tpakrouh@morrisjames.com |
| JAMES LAW GROUP, LLC | COUNSEL FOR CHARLES HOUSE, EMILY COOK | cjlaw@charliejames.com |

Yellow Corporation, *et al.*, Case No. 23-11069 (CTG)
Electronic Mail Auto Stay Parties Service List

| NAME | COUNSEL FOR | EMAIL ADDRESS |
|---|---|---|
| W. WINSTON BRIGGS LAW FIRM | CO-COUNSEL FOR PAUL EDWARD FOWLER | wbriggs@winstonbriggslaw.com |
| REED SMITH LLP | COUNSEL FOR AFCO CREDIT CORP | meckard@reedsmith.com |
| CROSS & SIMON LLC | CORPORATE LODGING CONSULTANTS INC & COMDATA, INC | kmann@crosslaw.com |
| REGER RIZZO & DARNALL LLP | COUNSEL FOR LAWRENCE NOWICKI, JASON E ELLIS, AHMED ELSAMADY | lrizzo@regerlaw.com |
| DILWORTH PAXSON LLP | COUNSEL FOR NATIONS FUND I LLC | mweis@dilworthlaw.com |
| PULLMAN & COMLEY LLC | COUNSEL FOR NATIONS FUND I LLC | kmayhew@pullman.com |
| BIELLI & KLAUDER, LLC | CO-COUNSEL FOR OLD REPUBLIC INSURANCE COMPANY (ORIC) | dklauder@bk-legal.com; mhartlipp@bk-legal.com |
| FOX SWIBEL LEVIN & CARROLL LLP | CO-COUNSEL FOR OLD REPUBLIC INSURANCE COMPANY (ORIC) | panderson@foxswibel.com; kthomas@foxswibel.com |
| PARKER POE ADAMS & BERNSTEIN LLP | COUNSEL FOR TRANE TECHNOLOGIES COMPANY, LLC | ashleyedwards@parkerpoe.com; phillipfajgenbaum@parkerpoe.com |
| LAW OFFICES OF KAMELA JAMES, PLLC | CO-COUNSEL FOR TARIQ OSMAN | morgan@olyinjurylawyers.com |
| MIKE MORSE LAW FIRM | COUNSEL FOR KEVIN COOK | madeline.sinkovich@855mikewins.com |
| ROBINSON & COLE | CO-COUNSEL FOR AARON MISQUEZ | jedmonson@rc.com; kdute@rc.com |
| JACOBY & MEYERS LLP | CO-COUNSEL FOR AARON MISQUEZ | shapuarachy@jacobyandmeyers.com; acurran@jacobyandmeyers.com |
| THE LAW OFFICE OF JONATHAN D MANDELL | COUNSEL FOR MYRIAM BINETTE ET AL | jon@lawjdm.net |
| COLLINS PRICE & WARNER | COUNSEL FOR DARIUN WRIGHT | raeann@collinslawdelaware.com |

Yellow Corporation, *et al.*, Case No. 23-11069 (CTG)
Electronic Mail Additional Service List

| EMAIL ADDRESS |
|---|
| dklauder@bk-legal.com; mhartlipp@bk-legal.com |
| panderson@foxswibel.com; kthomas@foxswibel.com |
| kbuck@mccarter.com |
| jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com |
| pdublin@akingump.com; mlahaie@akingump.com; kzuzolo@akingump.com |
| carl.neff@fisherbroyles.com; mburke@fisherbroyles.com |
| mweis@dilworthlaw.com |
| kmayhew@pullcom.com |
| jedmonson@rc.com; kdute@rc.com |
| shapuarachy@jacobyandmeyers.com; acurran@jacobyandmeyers.com |
| rgellert@gsbblaw.com |
| jlewis@sssfirm.com |
| rosner@teamrosner.com |
| zallinson@sha-llc.com |
| dcoil@ggrmlawfirm.com; rloosvelt@ggrmlawfirm.com |
| ablocker@demayolaw.com |
| cole@zindlaw.com |
| cbrown@gsbblaw.com |
| mvangorder@gsbblaw.com |
| dforsh@raineslaw.com |
| jpowell@delawarefirm.com; treichert@delawarefirm.com |
| cmiller@morrisnichols.com |
| a.lipkin@chaffetzlindsey.com |
| walker.andrew@pbgc.gov; efile@pbgc.gov |
| jtobia@tobialaw.com |
| mjoyce@mjlawoffices.com |
| jwaxman@morrisjames.com; tpakrouh@morrisjames.com |
| madeline.sinkovich@855mikewins.com |
| gdick@coochtaylor@com |

Yellow Corporation, *et al.*, Case No. 23-11069 (CTG)
Electronic Mail Additional Service List

| EMAIL ADDRESS |
|---|
| ljkotler@duanemorris.com; wmsimkulak@duanemorris.com; ehyder@duanemorris.com |
| BSULLIVAN@SHA-LLC.COM |
| WHAZELTINE@SHA-LLC.COM |
| BBERLINER@CENTRASTATESFUNDS.ORG |
| AHERINK@CENTRALSTATESFUNDS.ORG |
| DSULLIVAN@CENTRALSTATESFUNDS.ORG |