# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 2065** |

## CERTIFICATE OF SERVICE

I, AMY HENAULT, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On February 5, 2024, I caused to be served the "Third Monthly Application of KPMG LLP Providing Audit Services to the Debtors Requesting Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred for the Period December 1, 2023 Through December 31, 2023," dated February 5, 2024 [Docket No. 2065], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Amy Henault*
Amy Henault

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**EXHIBIT A**

YELLOW CORPORATION, *et al*., Case No. 23-11069 (CTG)
Electronic Mail Fee Application Notice Parties Service List

| NAME | EMAIL ADDRESS |
|---|---|
| YELLOW CORPORATION | LEGAL@MYYELLOW.COM |
| KIRKLAND & ELLIS LLP | WHITNEY.FOGELBERG@KIRKLAND.COM; ROB.JACOBSON@KIRKLAND.COM; ALLYSON.SMITH@KIRKLAND.COM |
| PACHULSKI STANG ZIEHL & JONES LLP | LJONES@PSZJLAW.COM; TCAIRNS@PSZJLAW.COM; PKEANE@PSZJLAW.COM; ECORMA@PSZJLAW.COM |
| OFFICE OF THE US TRUSTEE - DISTRICT OF DELAWARE | JANE.M.LEAMY@USDOJ.GOV; RICHARD.SCHEPACARTER@USDOJ.GOV |
| AKIN GUMP STRAUSS HAUER & FELD LLP | PDUBLIN@AKINGUMP.COM; MLAHAIE@AKINGUMP.COM; KZUZOLO@AKINGUMP.COM |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | JHOOVER@BENESCHLAW.COM; KCAPUZZI@BENESCHLAW.COM |
| QUINN EMMANUEL URQUHART & SULLIVAN | ERICWINSTON@QUINNEMANUEL.COM; SUSHEELKIRPALANI@QUINNEMANUEL.COM |
| ROPES & GRAY LLP | LUKE.SMITH@ROPESGRAY.COM; NATASHA.HWANGPO@ROPESGRAY.COM |
| HOLLAND & KNIGHT LLP | JOSHUA.SPENCER@HKLAW.COM; PHILLIP.NELSON@HKLAW.COM |
| WHITE & CASE LLP | SGREISSMAN@WHITECASE.COM; EFELD@WHITECASE.COM; AZATZ@WHITECASE.COM |
| CHOATE HALL & STEWART LLP | KSIMARD@CHOATE.COM; HFOUSHEE@CHOATE.COM |
| HOGAN LOVELLS US LLP | RONALD.SILVERMAN@HOGANLOVELLS.COM; CHRIS.BRYANT@HOGANLOVELLS.COM |
| ARNOLD PORTER KAYE SCHOLER LLP | MICHAEL.MESSERSMITH@ARNOLDPORTER.COM; BENJAMIN.MINTZ@ARNOLDPORTER.COM; ROSA.EVERGREEN@ARNOLDPORTER.COM |
| US DEPARTMENT OF JUSTICE | I-HENG.HSU@USDOJ.GOV; CRYSTAL.GEISE@USDOJ.GOV |