# CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of February, 2024, the foregoing Limited Response Of The Pension Benefit Guaranty Corporation To Debtors' Second Omnibus (Substantive) Objection To Proofs Of Claim For Withdrawal Liability was served on the following parties designated to receive electronic notices for this case via the Court's NextGen CM/ECF system or via electronic mail:

| | |
|---|---|
| **General Counsel**<br>Yellow Corporation<br>11500 Outlook Street, Suite 400<br>Overland Park, KS 66211<br><br>*Debtors*<br>*via Federal Express* | **Allyson B. Smith**<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>allyson.smith@kirkland.com<br><br>*Counsel to Debtors*<br>*via E-mail* |
| **Laura Davis Jones**<br>**Timothy P. Cairns**<br>**Peter J. Keane**<br>**Edward Corma**<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com<br><br>*Counsel to Debtors*<br>*via NextGen CM/ECF and e-mail* | **Jane Leamy**<br>**Richard Shepacarter**<br>United States Trustee for the District of Delaware<br>844 King Street, Suite 2207<br>Lockbox 35<br>Wilmington, DE 1980<br>jane.m.leamy@usdoj.gov<br>richard.shepacarter@usdoj.gov<br><br><br><br>*United States Trustee for the District of Delaware*<br>*via NextGen CM/ECF and e-mail* |

| | |
|---|---|
| **Philip C. Dublin** <br> **Meredith A. Lahaie** <br> **Kevin Zuzolo** <br> Akin Gump Strauss Hauer & Feld LLP <br> One Bryant Park <br> Bank of America Tower <br> New York, NY 10036-6745 <br> pdublin@akingump.com <br> mlahaie@akingump.com <br> kzuzolo@akingump.com <br> <br> *Counsel to the Committee* <br> *via NextGen CM/ECF and e-mail* | **Jennifer R. Hoover** <br> **Kevin M. Capuzzi** <br> Benesch Friedlander Coplan & Aronoff LLP <br> 1313 North Market Street, Suite 1201 <br> Wilmington, DE 19801 <br> jhoover@beneschlaw.com <br> kcapuzzi@beneschlaw.com <br> <br> <br> <br> *Co-Counsel to the Committee* <br> *via NextGen CM/ECF and e-mail* |

                                           /s/ Andrew Phillip Walker
                                           Andrew Phillip Walker