**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | **Re: Docket No. 1750** |

**CERTIFICATION OF COUNSEL REGARDING
AGREED ORDER GRANTING ROBERT MOSS AND KELLY CREPEAULT
<u>LIMITED RELIEF FROM THE AUTOMATIC STAY</u>**

The undersigned counsel hereby certify as follows:

1.      On January 16, 2024, the Movants filed *Robert Moss and Kelly Crepeault's Motion for Relief from the Automatic Stay to Send Letters to California Labor Workforce Development Agency* [Docket No. 1750] (the "<u>Motion for Relief</u>") [2].

2.      On February 7, 2024, the above-captioned debtors and debtors in possession (collectively, the "<u>Debtors</u>") filed the *Debtors' Objection to Robert Moss and Kelly Crepeault's Motion for Relief from the Automatic Stay to Send Letters to the California Labor and Workforce Development Agency* [Docket No. 2109] (the "<u>Objection</u>").

3.      On February 12, 2024, the Movants filed the *Motion of Robert Moss and Kelly Crepeault for Leave to File and Serve a Late Reply in Support of the Motion for Relief from the Automatic Stay to Send Letters to the California Labor and Workforce Development Agency* [Docket No. 2145].

4.      A hearing at which the Court will consider the Motion for Relief and Objection is

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not defined herein have the meaning provided in the Motion for Relief.

scheduled for February 14, 2024, at 11:00 a.m. (the "Hearing").

5.      The Parties have negotiated in good faith to resolve the Objection to the Motion for

Relief and have reached the terms of a resolution.  The Parties agree to the limited relief set forth

in the *Agreed Order Granting Robert Moss and Kelly Crepeault Limited Relief From the

Automatic Stay* (the "Agreed Order"), attached hereto as **Exhibit 1**.

WHEREFORE, the Parties respectfully request entry of the Agreed Order at the earliest

convenience of the Court.

Dated: February 13, 2024

**MORRIS JAMES LLP**

*/s/  Siena B. Cerra*
Eric J. Monzo (DE Bar No. 5214)
Siena B. Cerra (DE Bar No. 7290)
500 Delaware Avenue, Suite 1500
Wilmington, DE 19801
Telephone: (302) 888-6800
Facsimile: (302) 571-1750
E-mail: emonzo@morrisjames.com
        scerra@morrisjames.com

and

**ACKERMANN & TILAJEF, P.C.**
Craig J. Ackermann, Esquire
Avi Kreitenberg, Esquire
315 South Beverly Drive, Suite 504
Beverly Hills, CA 90212
Telephone: (310) 277-0614
Facsimile: (310) 277-0635
E-mail: cja@ackermanntilajef.com
        ak@ackermanntilajef.com

*Attorneys for Movants Robert Moss and Kelly
Crepeault*

2