# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | Re: Docket No. 1750 |

## AGREED ORDER GRANTING
## ROBERT MOSS AND KELLY CREPEAULT
## LIMITED RELIEF FROM THE AUTOMATIC STAY

Upon consideration of *Robert Moss and Kelly Crepeault's Motion for Relief from the Automatic Stay to Send Letters to California Labor Workforce Development Agency* [Docket No. 1750] (the "Motion") filed in the above-captioned chapter 11 cases seeking relief to permit Movants to proceed with the sending of the PAGA Letters to the California Labor & Workforce Development Agency; the Movants and the Debtors having agreed, and it appearing that due and adequate notice of the Motion has been given; and no other or further notice of such Motion is necessary or required; and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED, that:

1. The automatic stay is modified solely to permit Movants to send the proposed PAGA Letters to the California Labor & Workforce Development Agency.

2. All parties reserve their rights with respect to any other request for relief, including. but not limited to, any claim that the California Labor & Workforce Development Agency or Movants can pursue any of the relief requested on the merits or the venue of any such pursuit. Any

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

16553253/1

2

such relief must be requested by separate motion.

3. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

**Dated: February 13th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**