# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellow Corporation, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |
| | ) | **Regarding Docket No. _____** |

## ORDER GRANTING THE FUNDS' MOTION TO COMPEL ARBITRATION OF WITHDRAWAL LIABILITY DISPUTES, OR ALTERNATIVELY, FOR RELIEF FROM THE AUTOMATIC STAY TO INITIATE ARBITRATION

Upon consideration of the *New York State Teamsters Conference Pension and Retirement Fund, Road Carriers Local 707 Pension Fund, Teamsters Local 641 Pension Fund, Western Pennsylvania Teamsters and Employers Pension Fund, Management Labor Pension Fund Local 1730, International Association of Motor City Machinists Pension Fund, Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund, Teamsters Local 617 Pension Fund, Trucking Employees of North Jersey Pension Fund, and Freight Drivers and Helpers 557 Pension Fund's Joint Motion to Compel Arbitration of Withdrawal Liability Disputes, or Alternatively, for Relief from the Automatic Stay to Initiate Arbitration* (the "Motion") and any responses filed thereto; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference,* dated February 29, 2012; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and finding that the Court has authority to enter a final order in this

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

matter consistent with Article III of the United States Constitution; and sufficient notice of the Motion having been provided under the circumstances and in accordance with the Bankruptcy Rules and the Local Rules; and a hearing having been held to consider the relief requested in the Motion (the "Hearing"); and the Court having found and determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, and finding just cause for the relief granted therein;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to 29 U.S.C. § 1401, all disputes between the parties regarding the withdrawal liability obligations of the Debtor entities to the Funds[2] are subject to arbitration.

3. To the extent that the claims objection initiated by the Debtors against the Funds includes disputes with respect to the Debtors' withdrawal liability to the Funds, this Court hereby abstains from hearing the merits of the withdrawal liability objections.

4. The automatic stay imposed by 11 U.S.C. § 362 (a) in the above-referenced Chapter 11 bankruptcy proceeding is lifted solely to allow Movants to initiate and fully conduct arbitration with respect to Debtors' objections to the Funds' withdrawal liability claims, to the extent it is necessary to do so.

5. This Court shall retain jurisdiction over all matters related to this Order and/or the implementation thereof.

Dated: _____, 2024

_____
THE HONORABLE CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

---

[2] As used herein, the defined term Funds refers to the pension funds who filed the Motion.