# CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on the 13th day of February 2024, a copy of the foregoing *New York State Teamsters Conference Pension and Retirement Fund, Road Carriers Local 707 Pension Fund, Teamsters Local 641 Pension Fund, Western Pennsylvania Teamsters and Employers Pension Fund, Management Labor Pension Fund Local 1730, International Association of Motor City Machinists Pension Fund, Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund, Teamsters Local 617 Pension Fund, Trucking Employees of North Jersey Pension Fund, and Freight Drivers and Helpers 557 Pension Fund's Joint Motion to Compel Arbitration of Withdrawal Liability Disputes, or Alternatively, for Relief from the Automatic Stay to Initiate Arbitration* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the parties listed below via Electronic Mail.

*Counsel to the Debtors:*

| | |
|---|---|
| Allyson B. Smith, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>allyson.smith@kirkland.com<br><br>Patrick J. Nash, Jr. , Esq.<br>Michael B. Slade, Esq.<br>Whitney Fogelberg, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>patrick.nash@kirkland.com<br>Michael.Slade@kirkland.com<br>whitney.fogelberg@kirkland.com | Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Peter J. Keane, Esq.<br>Edward Corma, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com |

*Counsel to the Committee of Unsecured Creditors:*

| | |
|---|---|
| Philip C. Dublin, Esq. | Jennifer R. Hoover, Esq. |
| Meredith A. Lahaie, Esq. | Kevin M. Capuzzi, Esq. |
| Kevin Zuzolo, Esq. | John C. Gentile, Esq. |
| Akin Gump Strauss Hauer & Feld LLP | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| One Bryant Park | |
| Bank of America Tower | 1313 North Market Street, Suite 1201 |
| New York, NY 10036-6745 | Wilmington, DE 19801 |
| pdublin@akingump.com | jhoover@beneschlaw.com |
| mlahaie@akingump.com | kcapuzzi@beneschlaw.com |
| kzuzolo@akingump.com | jgentile@beneschlaw.com |

*U.S. Trustee:*

The Office of United States Trustee
Jane Leamy, Esq.
Richard Schepacarter, Esq.
844 King Street, Suite 2207,
Lockbox 35
Wilmington, DE 19801
jane.m.leamy@usdoj.gov
richard.schepacarter@usdoj.gov


| | |
|---|---|
| February 13, 2024 | */s/ William D. Sullivan* |
| Date | William D. Sullivan |