# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) <br> (Jointly Administered) |
| Debtors.[1] | **Related to Docket No. 1377** |

## NOTICE OF WITHDRAWAL OF
## MOTION OF TRANE TECHNOLOGIES COMPANY, LLC FOR RELIEF FROM THE AUTOMATIC STAY TO THE EXTENT OF AVAILABLE INSURANCE PROCEEDS

**PLEASE TAKE NOTICE** that Trane Technologies Company, LLC, through its undersigned counsel, hereby withdraws their Motion of Trane Technologies Company, LLC for Relief from the Automatic Stay to the Extend of Available Insurance Proceeds [D.I. 1377; Filed on December 15, 2023].

Dated: February 15, 2024

**GELLERT SCALI BUSENKELL & BROWN, LLC**

*/s/ Michael Busenkell*
Michael Busenkell (DE 3393)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 425-5812
mbusenkell@gsbblaw.com

-and-

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

2

                **PARKER POE ADAMS & BERNSTEIN, LLP**
                Ashley A. Edwards, Esq.
                Phillip M. Fajgenbaum, Esq.
                620 South Tryon Street, Suite 800
                Charlotte, NC 28202
                Telephone: (704) 372-9000
                ashleyedwards@parkerpoe.com
                phillipfajgenbaum@parkerpoe.com

*Counsel for Movant*