# Exhibit A

**Landlord:** Exeter 1619 N Plaza, LLC
**Tenant:** USF Reddaway, Inc. (Yellow)
**Property:** 1619 North Plaza Drive, Visalia, CA 93291
**Petition Date:** 8/6/2023

| Pre Petition Charges | | | | |
|---|---:|---:|---:|---:|
| **Description** | **Charge** | **Payment Amount** | **Payment Date** | **Balance** |
| 8/1 - 8/5 Base Rent | 4,757.66 | | | $ 4,757.66 |
| 8/1 - 8/5 OPEX | 797.58 | | | 5,555.24 |
| Payment | | 5,555.24 | | 0.00 |
| 2022 CAM Rec | 19,541.62 | - | | 19,541.62 |
| **Total Balance Pre-Petition Charges** | | | | **$ 19,541.62** |

| Post Petition Charges | | | | |
|---|---:|---:|---:|---:|
| **Description** | **Charge** | **Payment Amount** | **Payment Date** | **Balance** |
| 8/6/23 - 8/31/23 Base Rent | 24,739.84 | | | $ 24,739.84 |
| 8/6/23 - 8/31/23 OPEX | 4,147.42 | | | 28,887.26 |
| Payment | | 28,887.26 | 9/1/2023 | (0.00) |
| September 2023 Base Rent | 29,497.50 | | | 29,497.50 |
| September 2023 OPEX | 4,945.00 | | | 34,442.50 |
| Payment | | 34,442.50 | 9/29/2023 | (0.00) |
| October 2023 Base Rent | 29,497.50 | | | 29,497.50 |
| October 2023 OPEX | 4,945.00 | | | 34,442.50 |
| Payment | | 34,442.50 | 11/3/2023 | (0.00) |
| November 2023 Base Rent | 29,497.50 | | | 29,497.50 |
| November 2023 OPEX | 4,945.00 | | | 34,442.50 |
| Payment | | 34,442.50 | 12/1/2023 | (0.00) |
| December 2023 Base Rent | 29,497.50 | | | 29,497.50 |
| December 2023 OPEX | 4,945.00 | | | 34,442.50 |
| Payment | | 34,442.50 | 12/29/2023 | (0.00) |
| January 2024 Base Rent | 29,497.50 | | | 29,497.50 |
| January 2024 OPEX | 4,945.00 | | | 34,442.50 |
| **Total Balance Post-Petition Charges** | | | | **$ 34,442.50** |

| Utility Charges | | | | |
|---|---:|---:|---:|---:|
| **Description** | **Charge** | **Payment Amount** | **Payment Date** | **Balance** |
| Southern California Edison Inv.#7008273448 | 3,932.44 | - | - | $ 3,932.44 |
| SoCalGas - 12/08/23 - 1/09/24 | 34.04 | - | - | 3,966.48 |
| City of Visalia - Utility - Inv. #0002571009 | 787.61 | - | - | 4,754.09 |
| | | | **Total Utility Charges** | **$ 4,754.09** |