## CERTIFICATE OF SERVICE

      I, Josef W. Mintz, hereby certify that on February 20, 2024, I served or caused to be served a copy of the foregoing document (i) by CM/ECF upon those parties registered to receive such electronic notifications in these cases, and (ii) by upon the following:

Yellow Corporation
Attn. General Counsel
11500 Outlook Street, Suite 400
Overland Park, KS 66211

Whitney Fogelberg, Esq.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois, 60654
whitney.fogelberg@kirkland.com

Allyson B. Smith, Esq.
Aaron Metviner, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
allyson.smith@kirkland.com
aaron.metviner@kirkland.com

Laura Davis Jones, Esq. Timothy P. Cairns, Esq.
Peter J. Keane, Esq. Edward Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street
17th Floor, PO Box 8705
Wilmington, Delaware 19801
ljones@pszjlaw.com tcairns@pszjlaw.com
pkeane@pszjlaw.com ecorma@pszjlaw.com

Jane Leamy, Esq.
Richard Schepacarter, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
FOR THE DISTRICT OF DELAWARE
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
jane.m.leamy@usdoj.gov
richard.schepacarter@usdoj.gov

Philip C. Dublin, Esq. Meredith A. Lahaie, Esq.
Stephen B. Kuhn, Esq. Kevin Zuzolo, Esq.
AKIN GUMP STRAUSS HAUER & FELD LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745 US
pdublin@akingump.com
mlahaie@akingump.com skuhn@akingump.com
kzuzolo@akingump.com

Jennifer Hoover
Kevin Capuzzi
Benesch Friedland Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE, 19801
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com

 

                                    */s/ Josef W. Mintz*
                                    Josef W. Mintz