# EXHIBIT 1

### *Terreno Cure Amounts*

<u>Clawiter Lease, Y889</u>

| | |
|---|---:|
| August 2023 Rent | 68,762.44 |
| Insurance | 46,309.29 |
| Tenant Repairs | <u>218,293.00</u> |
| Cure Amount | 361,568.84 |

<u>Dell Lease, Y126</u>

| | |
|---|---:|
| August 2023 Rent | 69,712.03 |
| Insurance | 29,741.96 |
| Real estate taxes | 63,874.38 |
| Tenant Repairs | <u>203,264.37</u> |
| Cure Amount | 366,592.74 |