**CERTIFICATE OF SERVICE**

    I, Garvan F. McDaniel, hereby certify that on February 20, 2024, I caused a copy of the foregoing to be served upon all parties registered for service via CM/ECF.

                                               */s/ Garvan F. McDaniel*
                                               Garvan F. McDaniel (#4167)