## **CERTIFICATE OF SERVICE**

      I, Brett D. Fallon, hereby certify that on February 20, 2024, copies of the foregoing *Objection of Southeastern Freight Lines to the Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases and (II) Granting Related Relief* were served electronically through the CM/ECF system, via email and first-class mail on the parties indicated on the attached service list.

Dated: February 20, 2024                      */s/ Brett D. Fallon*
                                                                           Brett D. Fallon

**Via Email and First-Class Mail**

| | |
|---|---|
| Yellow Corporation<br>Attn.: General Counsel<br>11500 Outlook Street, Suite 400<br>Overland Park, Kansas 66211 | Kirkland & Ellis LLP<br>Allyson B. Smith<br>601 Lexington Avenue<br>New York, New York 10022<br>allyson.smith@kirkland.com |
| Kirkland & Ellis LLP<br>Patrick J. Nash, Jr.<br>David Seligman, P.C.<br>300 North LaSalle<br>Chicago, Illinois, 60654<br>patrick.nash@kirkland.com<br>david.seligman@kirkland.com | Pachulski Stang Ziehl & Jones LLP<br>Laura Davis Jones<br>Timothy P. Cairns<br>Peter J. Keane<br>Edward Corma<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com |
| Office of the United States Trustee for the District of Delaware<br>Jane Leamy<br>Richard Schepacarter<br>844 N. King Street, #2207<br>Lockbox #35<br>Wilmington, Delaware 19801<br>jane.m.leamy@usdoj.gov<br>richard.schepacarter@usdoj.gov | Akin Gump Strauss Hauer & Feld LLP<br>Philip C. Dublin<br>Meredith A. Lahaie<br>Kevin Zuzolo<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>pdublin@akingump.com<br>mlahaie@akingump.com<br>kzuzolo@akingump.com |
| Benesch Friedlander Coplan & Aronoff LLP<br>Jennifer R. Hoover<br>Kevin M. Capuzzi<br>1313 North Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com | |

US.362352770.01