## **CERTIFICATE OF SERVICE**

    I hereby certify that on February 20, 2024, a true and correct copy of the foregoing was caused to be served via the Court's CM/ECF system on all parties authorized to receive electronic notice in this case and upon the parties listed below in the manner indicated.

### *Via First Class Mail*

**Debtors**
Yellow Corporation
11500 Outlook Street, Suite 400
Overland Park, Kansas 66211
Attn.: General Counsel

### *Via E-Mail*

**Counsel to the Debtors**
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Attn.: Allyson B. Smith (allyson.smith@kirkland.com)
   Aaron Metviner (aaron.metviner@kirkland.com)

**Counsel to the Debtors**
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19801
Attn:  Laura Davis Jones (ljones@pszjlaw.com)
   Timothy P. Cairns (tcairns@pszjlaw.com)
   Peter J. Keane (pkeane@pszjlaw.com)
   Edward Corma (ecorma@pszjlaw.com)

**U.S. Trustee**
Office of the United States Trustee for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Attn.: Jane Leamy (jane.m.leamy@usdoj.gov)
   Richard Schepacarter (richard.schepacarter@usdoj.gov)

**Counsel to the Creditors' Committee**
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

93582336.1

Attn: Philip C. Dublin (pdublin@akingump.com)
Meredith A. Lahaie (mlahaie@akingump.com)
Kevin Zuzolo (kzuzolo@akingump.com)

**Co-Counsel to the Creditors' Committee**
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE, 19801
Attn: Jennifer R. Hoover (jhoover@beneschlaw.com)
Kevin M. Capuzzi (kcapuzzi@beneschlaw.com)

*/s/ Katherine M. Devanney*
Katherine M. Devanney