# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>　　　　　Debtors. | ) Chapter 11<br>)<br>) Case No. 23-11069 (CTG)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket Nos. 1322, 1630, 1962, 2128**<br>) |

### [PROPOSED] ORDER GRANTING THE PENSION BENEFIT GUARANTY CORPORATION'S MOTION FOR DENIAL OR DISMISSAL OF DEBTORS' CHALLENGE TO PBGC'S REGULATION CONTAINED IN DEBTORS' OBJECTIONS TO THE PROOFS OF CLAIM FILED BY CERTAIN <u>MULTIEMPLOYER PENSION PLANS</u>

Upon consideration of *The Pension Benefit Guaranty Corporation's Motion for Denial or Dismissal of Debtors' Challenge to PBGC's Regulation Contained in Debtors' Objections to the Proofs of Claim Filed by Certain Multiemployer Pension Plans* (the "<u>Motion</u>"), for entry of an order (a) dismissing or denying the *Debtors' Objection to the Proofs of Claim Filed by the Central States Pension Fund* (Dkt. No. 1322, the "<u>CSPF Claims Objection</u>") and the *Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability* (Dkt No. 1962, the "<u>Second Omnibus Objection</u>") and any responses filed thereto;, and (b) granting such other relief as is just; and proper notice having been given; and a hearing having been held before this Court on March 6, 2024 to consider the Motion and the relief requested therein; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

1. The Motion is GRANTED.

2. Insofar as the CSPF Claims Objection seeks to invalidate 29 C.F.R. § 4262.16 or any other PBGC regulation, the CSPF Claims Objection is dismissed.

3. Insofar as the Second Omnibus Objection seeks to invalidate 29 C.F.R. § 4262.16 or any other PBGC regulation, the Second Omnibus Objection is dismissed.

Dated: March [ ], 2024  
       Wilmington, Delaware

_____  
CRAIG T. GOLDBLATT  
UNITED STATES BANKRUPTCY JUDGE