**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | CASE NO. 23-11069 |
| YELLOW CORPORATION | § | Lead Case- Jointly Administered |
| | § | |
| | § | Chapter 11 |
| | § | |
| YRC, INC.    . | § | CASE NO. 23-11087 |
| DEBTOR. | § | |

## WITHDRAWAL OF CLAIM NO. 16795

COMES NOW, Maverick County Tax Office, Claimant to Withdraw the Secured Claim for Taxes (Claim #16795) filed on November 10, 2023 in the name of, Maverick County Tax Office in the amount of $47.64.

Claimant hereby withdraws such claim.

Respectfully Submitted,

**PERDUE, BRANDON, FIELDER,**
**COLLINS & MOTT, L.L.P.**


/s/  Melissa E. Valdez
**Melissa E. Valdez**
Texas State Bar No. 24051463
**Angela K. Randermann**
Texas State Bar No. 24029787
**Damion J. Millington**
Texas State Bar No. 24111178
1235 North Loop West, Suite 600
Houston, Texas 77008
Telephone: (713) 862-1860
Facsimile: (713) 862-1429
Email: Houstonbk@pbfcm.com
Attorneys for Maverick County Tax Ofc.

## CERTIFICATE OF SERVICE

I certify that on February 27, 2024, a copy of the foregoing Notice of Withdrawal of Claim was sent, Via U.S. mail, postage prepaid, or electronically to the parties set out below.

**Attorney for Debtor**

| | |
|---|---|
| John Christin – Kirkland & Ellis, whose email is: | john.christian@kirkland.com |
| Michael Esser – Kirkland & Ellis, whose email is: | Michael.esser@kirkland.com |
| Whitney C. Fogelberg-Kirkland & Ellis, whose email is - | whitney.fogelberg@kirkland.com |
| Rob Jacobson-Kirkland & Ellis, whose email is: | rob.jacobson@kirkland.com |
| Casey McGushin- Kirkland & Ellis, whose email is: | casey.mcgushin@kirkland.com |
| Connor P. McNamara-Kirkland & Ellis, whose email is | conor.mcnamara@kirkland.com |
| Patrick J. Nash-Kirkland &Ellis, whose email is: | patrick.nash@kirkland.com |
| David Seligman, Kirkland & Ellis, whose email is: | dseligman@kirkland.com |
| Allyson B. Smith-Kirkland & Ellis, whose email is: | allyson.smith@kirkland.com |
| | |
| Laura Davis Jones- Pachulski, Stang, et al whose email is: | ljones@pszjlaw.com |
| Peter J. Keane – Pachulski, Stang, et al whose email is: | pkeane@pszjlaw.com |

**U.S. Trustee**

Jane M. Leamy  jane.m.leamy@usdoj.gov
Richard L. Schepacarter  richard.schepacarter@usdoj.go
Office of the U.S. Trustee
844 King St., Suite 2207
Wilmington, DE 19801

**Claims and Noticing Agent**  Represented by: Grace Lea Chang:
Epiq Corporate Restructuring, LLC  Chang & Lee   gchang@changleelaw.com
www.epiqsystems.com  301 E. Colorado Bl. Ste1 325
777 Third Avenue, 12th Floor  Pasadena, CA 91101
New York, NY 10017

       /s/ Melissa E. Valdez
       Melissa E. Valdez