IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>YELLOW CORPORATION, *et al.*,<br><br>       Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

  Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission *pro hac vice* of Matthew W. Moran of Vinson & Elkins LLP to represent NATMI LPF Bloomington, LP; NATMI National FX Properties, LLC; NATMI National Truck Terminals, LLC; NATMI Truck Terminals, LLC; RLF I-Pico SPE, LLC; RLF Booth SPE, LLC; RLF I-A SPE, LLC; RLF I-C SPE, LLC; Terminal Logistics II Texas SPE, LP; NATMI National Tampa, LLC; Terminal Logistics II Mid-Atlantic SPE, LLC; RLIF East 2, LLC; and Terminal Logistics II South SPE, LLC in the above cases and any associated adversary proceedings.

Dated: February 28, 2024
Wilmington, Delaware

              */s/ Leslie C. Heilman*
              Leslie C. Heilman, Esquire (No. 4716)
              BALLARD SPAHR LLP
              919 North Market Street, 11th Floor
              Wilmington, Delaware 19801
              Telephone: (302) 252-4465
              Facsimile: (302) 252-4466
              E-mail: heilmanl@ballardspahr.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

  Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Texas and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with the Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of the District Court.

Dated: February 28, 2024

              */s/ Matthew W. Moran*
              Matthew W. Moran, Esquire
              VINSON & ELKINS LLP
              2001 Ross Avenue, Suite 3900
              Dallas, Texas 75201
              Telephone: (214) 220-7723
              Facsimile: (214) 999-7723
              E-mail: mmoran@velaw.com

**ORDER GRANTING MOTION**

  IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.