IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) |
| | ) Case No. 23-11069 (CTG) |
| Debtors. | ) |
| | ) Jointly Administered |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE THAT** on February 27, 2024, special counsel for the Pension Funds, caused one copy of the *Management Labor Pension Fund Local 1730's Responses and Objections to Debtors' First Set of Requests for Production* to be served upon the parties listed below via Electronic Mail:

| | |
|---|---|
| Patrick J. Nash, P.C. | Michael Esser, Esq. |
| David Seligman, P.C. | John Christian, Esq. |
| Michael B. Slade, Esq. | Simon Cohen, Esq. |
| Whitney Fogelberg, Esq. | Kirkland & Ellis LLP |
| Kirkland & Ellis LLP | Kirkland & Ellis International LLP |
| Kirkland & Ellis International LLP | 555 California Street |
| 300 North LaSalle | San Francisco, California 94104 |
| Chicago, IL, 60654 | michael.esser@kirkland.com |
| patrick.nash@kirkland.com | john.christian@kirkland.com |
| david.seligman@kirkland.com | simon.cohen@kirkland.com |
| michael.slade@kirkland.com | |
| whitney.fogelberg@kirkland.com | |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211

| | |
|---|---|
| Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Peter J. Keane, Esq.<br>Edward Corma, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com | Michael David Lehavi, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>michael.lehavi@kirkland.com |
| Date:  February 28, 2024<br>         Wilmington, Delaware | SULLIVAN · HAZELTINE · ALLINSON LLC<br><br>*/s/ William D. Sullivan*<br>William D. Sullivan (No. 2820)<br>William A. Hazeltine (No. 3294)<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>Tel: (302) 428-8191<br>Email: bsullivan@sha-llc.com<br>           whazeltine@sha-llc.com<br><br>GROOM LAW GROUP, CHARTERED<br>Edward J. Meehan (*pro hac vice*)<br>Samuel I. Levin (*pro hac vice*)<br>Tel: (202) 857-0620<br>Email: emeehan@groom.com<br>           slevin@groom.com<br><br>*Special Counsel for the Pension Funds* |