IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| YELLOW CORPORATION, et al., | ) | |
| | ) | Case No. 23-11069 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Related Docket No. \_\_\_** |

**MOTION FOR LEAVE TO FILE THE REPLY IN SUPPORT OF THE FUNDS'
MOTION JOINT MOTION TO COMPEL ARBITRATION OF WITHDRAWAL
LIABILITY DISPUTES, OR ALTERNATIVELY, FOR RELIEF FROM THE
AUTOMATIC STAY TO INITIATE ARBITRATION**

Upon consideration of the Motion for Leave[1] seeking entry of an Order, pursuant to Local Rule 9006-1(d), authorizing the Movants to file and serve the Reply out of time; and good and sufficient cause appearing therefor, it is hereby

ORDERED, that the Motion for Leave is granted; and it is further

ORDERED that the Movants are granted leave to file and serve, and the Court will consider, the Reply.

---

[1] Capitalized terms shall have the meanings ascribed to them in the Motion.