# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|   | ) |   |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|   | ) |   |
| Debtors. | ) | (Jointly Administered) |
|   | ) |   |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON MARCH 6, 2024 AT 2:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl or on the Court's website at and the Court's website www.deb.uscourts.gov for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

### RESOLVED MATTERS:

1. Motion of Suzie Chang, MD to Enlarge the Bar Date in Order to File a Proof of Claim [Filed: 2/2/24] (Docket No. 2045)

    Response Deadline: February 16, 2024 at 4:00 p.m.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

DE:4890-6586-1289.5 96859.001

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A. Certification of Counsel Regarding Joint Stipulation By and Among the Debtors and Suzie Chang Deeming Proof of Claim Timely Filed [Filed: 2/27/24] ([Docket No. 2415](#))

B. [Signed] Order Deeming Suzie Chang's Proof of Claim Timely Filed [Filed: 2/28/24] ([Docket No. 2450](#))

Status:  The Court has entered an order on this matter.  No hearing is necessary.

2. Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Filed: 2/9/24] ([Docket No. 2131](#))

    Response Deadline:  February 23, 2024 at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    A. Certification of No Objection Regarding Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Filed: 2/27/24] ([Docket No. 2416](#))

    B. [Signed] Order Granting Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusivity Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief [Filed: 2/28/24] ([Docket No. 2449](#))

    Status:  The Court has entered an order on this matter.  No hearing is necessary.

**WITHDRAWN MATTER:**

3. Motion of Trane Technologies Company, LLC for Relief from the Automatic Stay to the Extent of Available Insurance Proceeds [Filed: 12/15/23] ([Docket No. 1377](#))

    Response Deadline:  December 29, 2023 at 4:00 p.m.

    Responses Received:

    A. Debtors' Objection to Motion of Trane Technologies Company, LLC for Relief from the Automatic Stay to the Extent of Available Insurance Proceeds  [Filed: 12/29/23] ([Docket No. 1545](#))

Related Documents:

A. [Proposed] Order Granting Motion of Trane Technologies Company, LLC for Relief from the Automatic Stay to the Extent of Available Insurance Proceeds [Filed: 12/15/23] (Docket No. 1377)

B. Notice of Withdrawal of Motion of Trane Technologies Company, LLC for Relief from the Automatic Stay to the Extent of Available Insurance Proceeds [Filed: 2/15/24] (Docket No. 2206)

Status: This matter has been withdrawn.

**CONTINUED MATTER:**

4. Motion for Relief From Stay [Filed by Dariun Wright] [Filed: 9/8/23] (Docket No. 423)

Response Deadline: October 16, 2023 at 4:00 p.m. (ET)

Responses Received:

A. Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds [Filed: 10/12/23] (Docket No. 823)

B. Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 10/12/23] (Docket No. 827)

C. Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, Et Al., to Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed 10/20/23] (Docket No. 886)

D. Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

E. Debtors' Second Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 1/11/23] (Docket No. 1730)

F. Debtors' Third Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 2/7/24] (Docket No. 2094)

Related Documents: None.

Status: This matter is continued to a date to be determined.

**CONTESTED MATTERS:**

5.   Central States Pension Fund's Motion to Compel Arbitration of Withdrawal Liability Disputes, or Alternatively, for Relief from the Automatic Stay to Initiate Arbitration [Filed: 1/8/24] (Docket No. 1665)

   Response Deadline:  January 16, 2024 at 4:00 p.m. *(extended until January 26, 2024 at) for the Debtors*

   Replies Received:

   A.   Reply in Support of Motion to Compel Arbitration of Withdrawal Liability Disputes, or Alternatively, for Relief from the Automatic Stay to Initiate Arbitration [Filed: 2/13/24] (Docket No. 2181)

   Responses Received:

   A.   Debtors' Opposition to Central States Pension Funds' Motion to Compel Arbitration [Filed: 1/26/24] (Docket No. 1965)

   B.   Joinder of MFN Partners, LP to Debtors' Oppositions to Motions of Certain Pension Funds to Compel Arbitration of Withdrawal Liability Disputes [Filed: 2/28/24] (Docket No. 2440)

   Related Documents:

   A.   [Proposed] Order Granting the Central States Pension Fund's Motion to Compel Arbitration of Withdrawal Liability Disputes, or Alternatively, for Relief from the Automatic Stay to Initiate Arbitration [Filed: 1/8/24] (Docket No. 1665)

   B.   Certification of Counsel Submitting Order Approving Stipulation Relating to the Central States Claims Objection, Discovery Requests, And Motion To Compel Arbitration [Filed: 1/17/24] (Docket No. 1772)

   C.   Order Approving Stipulation Relating to the Withdrawal Liability Objection, Discovery Requests, and Motion to Compel Arbitration [Filed: 1/22/24] (Docket No. 1846)

   Status:  This matter will go forward.

6.   New York State Teamsters Conference Pension and Retirement Fund, Road Carriers Local 707 Pension Fund, Teamsters Local 641 Pension Fund, Western Pennsylvania Teamsters and Employers Pension Fund, Management Labor Pension Fund Local 1730, International Association of Motor City Machinists Pension Fund, Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund, Teamsters Local 617 Pension Fund, Trucking Employees of North Jersey Pension Fund, and Freight Drivers and Helpers 557 Pension Fund's Joint Motion to Compel Arbitration of Withdrawal

Liability Disputes, or Alternatively, for Relief from the Automatic Stay to Initiate Arbitration [Filed: 2/13/24] (Docket No. 2180)

Response Deadline:  February 28, 2024 at 4:00 p.m.

Responses Received:

A. Debtors' Opposition to the SFA-Funded Pension Plans' Motion to Compel Arbitration [Filed: 2/28/24] (Docket No. 2438)

B. Joinder of MFN Partners, LP to Debtors' Oppositions to Motions of Certain Pension Funds to Compel Arbitration of Withdrawal Liability Disputes [Filed: 2/28/24] (Docket No. 2440)

Replies Received:

A. New York State Teamsters Conference Pension and Retirement Fund, Road Carriers Local 707 Pension Fund, Teamsters Local 641 Pension Fund, Western Pennsylvania Teamsters and Employers Pension Fund, Management Labor Pension Fund Local 1730 International Association of Motor City Machinists Pension Fund, Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund, Teamsters Local 617 Pension Fund, Trucking Employees of North Jersey Pension Fund, and Freight Drivers and Helpers 557 Pension Fund's Reply in Support of Their Motion to Compel Arbitration of Withdrawal Liability Disputes, or Alternatively, for Relief From the Automatic Stay to Initiate Arbitration [Filed: 3/3/24] (Docket No. 2501)

   i. Motion for Leave to File the Reply in support of the Funds' Joint Motion to Compel Arbitration of Withdrawal Liability Disputes, or Alternatively, for Relief from the Automatic Stay to Initiate Arbitration [Filed: 3/3/24] (Docket No. 2502)

Related Documents:

A. [Proposed] Order Granting the Funds' Motion to Compel Arbitration of Withdrawal Liability Disputes, or Alternatively, for Relief From the Automatic Stay to Initiate Arbitration [Filed: 2/13/24] (Docket No. 2180)

Status:  This matter will go forward.

7. The Pension Benefit Guaranty Corporation's Motion for Denial or Dismissal of Debtors' Challenge to PBGC's Regulation Contained in Debtors' Objections to the Proofs of Claim Filed by Certain Multiemployer Pension Plans [Filed: 2/21/24] (Docket No. 2276)

Response Deadline:  February 28, 2024 at 4:00 p.m. (ET)

Responses Received:

A. Debtors' Opposition to Pension Benefit Guaranty Corporation's "Motion for Denial or Dismissal of Debtors' Challenge to PBGC's Regulation Contained in Debtors' Objection to the Proofs of Claim Filed By Certain Multiemployer Pension Plans" [Filed: 2/28/24] ([Docket No. 2451](#))

Replies Received:

A. The Pension Benefit Guaranty Corporation's Reply in Support of Its Motion for Denial or Dismissal of Debtors' Challenge to PBGC's Regulation Contained in Debtors' Objections to he Proofs of Claim Filed By Certain Multiemployer Pension Plans [Filed: 3/3/24] ([Docket No. 2500](#))

Related Documents:

A. [Proposed] Order Granting The Pension Benefit Guaranty Corporation's Motion for Denial or Dismissal of Debtors' Challenge to PBGC's Regulation Contained in Debtors' Objections to the Proofs of Claim Filed by Certain Multiemployer Pension Plans [Filed: 2/21/24] ([Docket No. 2276](#))

B. Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability [Filed: 1/26/24] ([Docket No. 1962](#))

Status:  This matter will go forward.

8. Motion for Leave to File the Reply in Support of the Funds' Joint Motion to Compel Arbitration of Withdrawal Liability Disputes, or Alternatively, for Relief from the Automatic Stay to Initiate Arbitration [Filed: 3/3/24] ([Docket No. 2502](#))

Response Deadline:  None.

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A. [Proposed] Order Granting Motion for Leave to File the Reply in Support of the Funds' Joint Motion to Compel Arbitration of Withdrawal Liability Disputes, or Alternatively, for Relief from the Automatic Stay to Initiate Arbitration [Filed: 3/3/24] ([Docket No. 2502](#))

B. New York State Teamsters Conference Pension and Retirement Fund, Road Carriers Local 707 Pension Fund, Teamsters Local 641 Pension Fund, Western Pennsylvania Teamsters and Employers Pension Fund, Management Labor Pension Fund Local 1730, International Association of Motor City Machinists Pension Fund, Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund, Teamsters Local 617 Pension Fund, Trucking Employees of North Jersey Pension Fund, and Freight Drivers and Helpers 557 Pension Fund's Joint

                Motion to Compel Arbitration of Withdrawal Liability Disputes, or Alternatively, for Relief from the Automatic Stay to Initiate Arbitration [Filed: 2/13/24] (Docket No. 2180)

C.      New York State Teamsters Conference Pension and Retirement Fund, Road Carriers Local 707 Pension Fund, Teamsters Local 641 Pension Fund, Western Pennsylvania Teamsters and Employers Pension Fund, Management Labor Pension Fund Local 1730 International Association of Motor City Machinists Pension Fund, Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund, Teamsters Local 617 Pension Fund, Trucking Employees of North Jersey Pension Fund, and Freight Drivers and Helpers 557 Pension Fund's Reply in Support of Their Motion to Compel Arbitration of Withdrawal Liability Disputes, or Alternatively, for Relief From the Automatic Stay to Initiate Arbitration [Filed: 3/3/24] (Docket No. 2501)

    <u>Status</u>:  This matter will go forward.

Dated: March 4, 2024
       Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted pro hac vice) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 300 North LaSalle |
| | Chicago, Illinois 60654 |
| 919 North Market Street, 17th Floor | Telephone:   (212) 446-4800 |
| P.O. Box 8705 | Facsimile:   (212) 446-4900 |
| Wilmington, Delaware 19899-8705 | Email:    patrick.nash@kirkland.com |
| Telephone:  (302) 652-4100 |           david.seligman@kirkland.com |
| Facsimile:  (302) 652-4400 | |
| Email:    ljones@pszjlaw.com | -and- |
|       tcairns@pszjlaw.com | |
|       pkeane@pszjlaw.com | Allyson B. Smith (admitted pro hac vice) |
|       ecorma@pszjlaw.com | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:   (212) 446-4800 |
| | Facsimile:   (212) 446-4900 |
| | Email:    allyson.smith@kirkland.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |