IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) ) | **Chapter 11** |
| **YELLOW CORPORATION,** *et al.*, | ) ) ) | **Case No. 23-11069 (CTG)** |
| Debtors. | ) ) ) | **Objection Deadline: April 4, 2024 @4:00 p.m.** **Hearing Date: April 11, 2024 @10:00 a.m.** |

# NOTICE OF HEARING
## ON MOTION OF TOTE MARITIME PUERTO RICO, LLC TO DEEM REJECTION DAMAGES PROOF OF CLAIM NUMBER 19466 TIMELY FILED

**PLEASE TAKE NOTICE** that on March 4, 2024, TOTE Maritime Puerto Rico, LLC, ("Movant"), filed its *Motion of Tote Maritime Puerto Rico, LLC, to Deem Rejection Damages Proof of Claim No. 19466 Timely Filed* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **April 4, 2024 at 4:00 p.m.** ("Response Deadline") with the United States Bankruptcy Court for the District of Delaware, Clerk's Office, 824 North Market Street, Third Floor, Wilmington, Delaware 19081 and served on the undersigned counsel to the Movants so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, is scheduled before the Honorable Craig T. Goldblatt, at the Bankruptcy Court, 3rd Floor, Courtroom 7, on **April 11, 2024 at 10:00 a.m.**

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are as follows: SL Liquidation LLC (0378); TPP Liquidation, Inc. (5202); HTPPS Liquidation, Inc. (2594); and HGTPPS Liquidation, Inc. (1734). The Debtors' service address for purposes of these chapter 11 cases is PMB #179, 1159 Second Avenue, New York, NY 10065.

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Dated: March 4, 2024

By: */s/ Daniel C. Kerrick*
Daniel C Kerrick (DE No. 5027)
HOGAN MCDANIEL
1311 Delaware Ave
Wilmington, DE 19806
Telephone: 302-656-7599
Email: dckerrick@dkhogan.com

*Attorneys for Tote Maritime Puerto Rico, LLC*