**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Related Docket Nos. 1665, 2180, 2276** |

## ORDER

Upon consideration of the briefs and arguments of counsel and for the reasons set forth in the Memorandum Opinion dated March 27, 2024 [D.I. 2765], the motions for relief from stay [D.I. 1665 and 2180] are hereby DENIED. Consideration of the Pension Benefit Guaranty Corporation's motion to deny the debtors' challenge to the agency's regulation [D.I. 2276] is hereby ADJOURNED until the Court considers the merits of the claims allowance disputes that were the subject of the motions for relief from the stay.

Dated: March 27, 2024

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE