



Peter Keane

March 27, 2024

302.652.4100
PKeane@pszjlaw.com

**LOS ANGELES**
10100 SANTA MONICA BLVD. 13TH FL.
LOS ANGELES, CALIFORNIA 90067-4003
310.277.6910

**NEW YORK**
780 THIRD AVENUE, 34TH FL.
NEW YORK, NEW YORK 10017-2024
212.561.7700

**WILMINGTON**
919 NORTH MARKET STREET, 17TH FLOOR
P.O. BOX 8705
WILMINGTON, DELAWARE 19899-8705
302.652.4100

**HOUSTON**
700 LOUISIANA STREET, STE. 4500
HOUSTON, TEXAS 77002
713.691.9385

**SAN FRANCISCO**
ONE SANSOME STREET, 34TH FL. STE. 3430
SAN FRANCISCO, CALIFORNIA 94104
415.263.7000

**Via Hand Delivery**

Clerk of the Court
United States Bankruptcy Court
824 North Market Street
Wilmington, DE 19801

  Re: **Yellow Corporation**
     **Case No. 23-11069 (CTG)**

Dear Clerk of the Court:

Enclosed for filing with the Court is an informal response relating to Docket No. 2577 *Debtors' Fourth Omnibus (Substantive) Objection to Proofs of Claim for WARN Liability* in the above-referenced case.

Benjamin Hales



Please contact me if you have any questions.

      Very truly yours,

      */s/ Peter J. Keane*

      Peter J. Keane

PJK:pec
Enclosure

4858-2088-8754.1 96859.001

WWW.PSZJLAW.COM

To the office of the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N Market St, 3rd floor, Wilmington, DE 19801.

In response to Debtors YELLOW Corparation Case No. 23-11069 (CTG)

My name is Benjamin Hales (Claimant) is writing in response to a claim amout of 8,190.00 that should not be disallowed, that for reasons set forth are allowed to me.

Yellow Corpartion was my employer for 9 years. I'm owed this amount for being out of work because the Company shutting down operations.

Thank you

(S) - Secured
(A) - Administrative
(B) - 503(b)(9)
(P) - Priority
(U) - Unsecured
(T) - Total Claimed

# Yellow Corporation Case No. 23-11069 (CTG)
## Fourth Omnibus Claims Objection
### Schedule 1 - Union Employees

| Item # | Name/Address of Claimant | Claim # | Date Filed | Debtor/Case # | Claim Amount | Reason for Disallowance |
|---|---|---|---|---|---|---|
| 1 | HALES, BENJAMIN | 4156 | 11/6/2023 | YELLOW CORPORATION 23-11069 | - (S)<br>- (A)<br>- (B)<br>$8,190.00 (P)<br>- (U)<br>$8,190.00 (T) | LIABILITIES ASSERTED IN CLAIM THAT ARE RELATED TO WARN ARE BEING EXPUNGED PER THIS OBJECTION. ALL NON-WARN LIABILITIES ASSERTED IN CLAIM ARE NOT AFFECTED BY THIS OBJECTION. |
| Total | | 1 Claim | | | - (S)<br>- (A)<br>- (B)<br>$8,190.00 (P)<br>- (U)<br>$8,190.00 (T) | |

*Indicates claim contains unliquidated and/or undetermined amounts