## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) | |
| | ) | Case No. 23-11069 (CTG) |
| Debtors. | ) | |
| | ) | Jointly Administered |

### NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE THAT** on April 2, 2024, special counsel for the Pension Funds, caused one copy of the *Road Carriers Local 707 Pension Fund's Responses and Objections to Debtors' Second Set of Requests for Production* to be served upon the parties listed below via Electronic Mail:

Michael B. Slade, Esq.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
300 North LaSalle
Chicago, IL, 60654
michael.slade@kirkland.com

John Christian, Esq.
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
555 California Street
San Francisco, California 94104
john.christian@kirkland.com

Date:  April 3, 2024
       Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com
       whazeltine@sha-llc.com

and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211

GROOM LAW GROUP, CHARTERED
Edward J. Meehan (*pro hac vice*)
Samuel I. Levin (*pro hac vice*)
Tel: (202) 857-0620
Email: emeehan@groom.com
slevin@groom.com

*Special Counsel for the Pension Funds*
