# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) |
| | ) Case No. 23-11069 (CTG) |
| Debtors. | ) |
| | ) Jointly Administered |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE THAT** on April 2, 2024, special counsel for the Pension Funds, caused one copy of the *Teamsters Local 617 Pension Fund's Responses and Objections to Debtors' Second Set of Requests for Production* to be served upon the parties listed below via Electronic Mail:

| | |
|---|---|
| Michael B. Slade, Esq.<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>300 North LaSalle<br>Chicago, IL, 60654<br>michael.slade@kirkland.com | John Christian, Esq.<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>555 California Street<br>San Francisco, California 94104<br>john.christian@kirkland.com |

Date:  April 3, 2024
      Wilmington, Delaware

**SULLIVAN · HAZELTINE · ALLINSON LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com
       whazeltine@sha-llc.com

and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

2

GROOM LAW GROUP, CHARTERED
Edward J. Meehan (*pro hac vice*)
Samuel I. Levin (*pro hac vice*)
Tel: (202) 857-0620
Email: emeehan@groom.com
      slevin@groom.com

*Special Counsel for the Pension Funds*

2