# CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on the 4th day of April 2024, a copy of the foregoing *Declaration of Kenneth R. Stilwell in Support of the New York State Teamsters Council Health and Hospital Fund's Limited Response to Debtors' Third Omnibus Objection to Proofs of Claim for WARN Liability* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the parties listed below via Electronic Mail.

*Counsel to the Debtors:*

| | |
|---|---|
| Allyson B. Smith, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>allyson.smith@kirkland.com<br><br>Patrick J. Nash, Jr., Esq.<br>David Seligman, Esq.<br>Michael B. Slade, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>patrick.nash@kirkland.com<br>david.seligman@kirkland.com<br>Michael.Slade@kirkland.com | Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Peter J. Keane, Esq.<br>Edward Corma, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com |

*Counsel to the Committee of Unsecured Creditors:*

| | |
|---|---|
| Philip C. Dublin, Esq.<br>Meredith A. Lahaie, Esq.<br>Kevin Zuzolo, Esq.<br>Akin Gump Strauss Hauer & Feld LLP<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>pdublin@akingump.com<br>mlahaie@akingump.com<br>kzuzolo@akingump.com | Jennifer R. Hoover, Esq.<br>Kevin M. Capuzzi, Esq.<br>John C. Gentile, Esq.<br>BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com<br>jgentile@beneschlaw.com |

*U.S. Trustee:*

The Office of United States Trustee
Jane Leamy, Esq.
Richard Schepacarter, Esq.
844 King Street, Suite 2207,
Lockbox 35
Wilmington, DE 19801
jane.m.leamy@usdoj.gov
richard.schepacarter@usdoj.gov


April 4, 2024                                         */s/ William A. Hazeltine*
Date                                                  William A. Hazeltine