## CERTIFICATE OF SERVICE

I, William A. Hazeltine, hereby certify that on the 4th day of April 2024, a copy of the foregoing *Response of Employment Partners Benefits Fund to Debtors' Third Omnibus Claims Objection to Proofs of Claims for Warn Liability Claim Nos. 16487 and 16253* was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the parties listed below via Electronic Mail.

*Counsel to the Debtors:*

Allyson B. Smith, Esq.
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
allyson.smith@kirkland.com

Patrick J. Nash, Jr. , Esq.
David Seligman, Esq.
Michael B. Slade, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL 60654
patrick.nash@kirkland.com
david.seligman@kirkland.com
Michael.Slade@kirkland.com

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Peter J. Keane, Esq.
Edward Corma, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Counsel to the Committee of Unsecured Creditors:*

Philip C. Dublin, Esq.
Meredith A. Lahaie, Esq.
Kevin Zuzolo, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745
pdublin@akingump.com
mlahaie@akingump.com
kzuzolo@akingump.com

Jennifer R. Hoover, Esq.
Kevin M. Capuzzi, Esq.
John C. Gentile, Esq.
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

*U.S. Trustee:*

The Office of United States Trustee
Jane Leamy, Esq.
Richard Schepacarter, Esq.
844 King Street, Suite 2207,
Lockbox 35
Wilmington, DE 19801
jane.m.leamy@usdoj.gov
richard.schepacarter@usdoj.gov


April 4, 2024                                      */s/ William A. Hazeltine*
Date                                               William A. Hazeltine