# CERTIFICATE OF SERVICE

I, Brady M. Connaughton, hereby certify that on the 4th day of April 2024, a copy of the foregoing Limited Response of the Mid-Jersey Trucking Industry and Teamsters Local 701 Welfare Fund and Joinder to the Response filed by the International Brotherhood of Teamsters ("IBT") and Central States Benefit Funds to Debtors' Third Omnibus (Substantive), Fourth Omnibus (Substantive), and Fifth Omnibus (Substantive) Objection to WARN Act Claims, was electronically filed and served via CM/ECF on all parties requesting electronic notification in this case in accordance with Del. Bankr. L.R. 9036-1(b) and on the parties listed below via Electronic Mail.

*Counsel to the Debtors:*
Allyson B. Smith
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Allyson.smith@kirkland.com

Patrick J. Nash, Jr., Esq.
Michael B. Slade, Esq.
Whitney Fogelburg, Esq.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
Attn: Whitney Fogelberg
Patrick.nash@kirkland.com
David.seligman@kirkland.com
Whitney.fogelberg@kirkland.com

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Peter J. Keane, Esq.
Edward Corma, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19801
ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*Office of the United States Trustee for the District of Delaware:*
Jane Leamy, Esq.
Richard Schepacarter, Esq.
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
Jane.m.leamy@usdoj.gov
Richard.schepacarter@usdoj.gov

*Counsel to the Committee of Unsecured Creditors*:
Philp C. Dublin, Esq.
Meredith A. Lahaie, Esq.
Kevin Zuzolo, Esq.
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036-6745

Jennifer R. Hoover, Esq.
Kevin M. Capuzzi, Esq.
John C. Gentile, Esq.
BENESCH, FRIEDLANDER,
COPLAN & ARNOFF LLP
1313 North Market Street
 Suite 1201
Wilmington, DE

pdublin@akingump.com
mlahaie@akingump.com
kzuzolo@akingump.com

Dated: April 4, 2024

jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

<u>/s/ *Brady M. Connaughton*</u>
Brady M. Connaughton, Esq.
COHEN, LEDER, MONTALBANO &
 CONNAUGHTON, LLC.
669 River Drive, Suite 125
Elmwood Park, New Jersey 07407
Attorneys for Mid-Jersey Trucking Industry
and Teamsters Local 701 Welfare Fund