**<u>EXHIBIT 1</u>**

**SEFL00000164**
**(Prepetition Claims Breakdown)**

US.363199751.01



**SOUTHEASTERN FREIGHT LINES**

March 14, 2024

Re: Unpaid Rent by YRC

Please find the information below on the unpaid rent for the leased facilities to YRC.

| | | | |
|---|---|---|---|
| 11301 NW 134th Street Medley, FL | August 2023 | $84,448.41 | Rent |
| | | $5,911.39 | FL Sales Tax |
| 14549 E. Admiral Place Tulsa, OK | August 2023 | $13,123.28 | Rent |
| 1317 E. 38th Street Lubbock, TX | August 2023 | $$9,007.58 | Rent |
| 3924 S. County Rd 1290 Odessa, TX | August 2023 | $5,303.67 | Rent |
| 3500 McColl Road McAllen, TX | August 2023 | 14,084.56 | Rent |

All other rents have been paid prior to August 2023, and since August 2023.

Southeastern Freight Lines, Inc. | Real Estate Department | PO Box 1691, Columbia, SC 29202
www.sefl.com | (803) 794-7300

SEFL00000164