# **EXHIBIT 7**

**SEFL00001125**
**(Miami Property Tax)**

| Corrected | Paid By SOUTHEASTERN FREIGHT LINES INC | Duplicate public_user 03/26/2024 |
|---|---|---|
| | Paid 11/17/2023   Receipt # FPPU03-24-002186 | $330,597.32 |

Miami-Dade County, Florida

# 2023  Real Estate Property Taxes
### Notice of Ad Valorem Tax and Non-Ad Valorem Assessments
SEE REVERSE SIDE FOR IMPORTANT INFORMATION

| FOLIO NUMBER | MUNICIPALITY | MILL CODE |
|---|---|---|
| 22-2030-001-0100 | MEDLEY | 2200 |

SOUTHEASTERN FREIGHT LINES INC
420 DAVEGA RD
LEXINGTON, SC  29073

Property Address
11301 NW 134 ST

Exemptions:

## AD VALOREM TAXES

| TAXING AUTHORITY | ASSESSED VALUE | MILLAGE RATE PER $1,000 OF TAXABLE VALUE | TAXABLE VALUE | TAXES LEVIED |
|---|---|---|---|---|
| **Miami-Dade School Board** | | | | |
| School Board Operating | 23,935,401 | 5.56600 | 23,935,401 | 133,224.44 |
| School Board Debt Service | 23,935,401 | 0.13300 | 23,935,401 | 3,183.41 |
| Voted School Operating | 23,935,401 | 1.00000 | 23,935,401 | 23,935.40 |
| **State and Other** | | | | |
| Florida Inland Navigation District | 13,265,016 | 0.02880 | 13,265,016 | 382.03 |
| South Florida Water Management District | 13,265,016 | 0.09480 | 13,265,016 | 1,257.52 |
| Okeechobee Basin | 13,265,016 | 0.10260 | 13,265,016 | 1,360.99 |
| Everglades Construction Project | 13,265,016 | 0.03270 | 13,265,016 | 433.77 |
| Childrens Trust Authority | 13,265,016 | 0.50000 | 13,265,016 | 6,632.51 |
| **Miami-Dade County** | | | | |
| County Wide Operating | 13,265,016 | 4.57400 | 13,265,016 | 60,674.18 |
| County Wide Debt Service | 13,265,016 | 0.43550 | 13,265,016 | 5,776.91 |
| Library District | 13,265,016 | 0.28120 | 13,265,016 | 3,730.12 |
| Fire Rescue Operating | 13,265,016 | 2.39650 | 13,265,016 | 31,789.61 |
| **Municipal Governing Board** | | | | |
| Medley Operating | 13,265,016 | 3.00000 | 13,265,016 | 39,795.05 |

*Paid*

## NON-AD VALOREM ASSESSMENTS

| LEVYING AUTHORITY | RATE | FOOTAGE/UNITS | AMOUNT |
|---|---|---|---|
| F1651  MEDLEY STORMWATER | @ 48.0000 | 399.100 | 19,156.80 |

| AMOUNT IF PAID BY (pay only one amount) | Combined Taxes and Assessments |
|---|---|
| Dec 31, 2023  $0.00 | **$331,332.74** |

✦ RETAIN FOR YOUR RECORDS ✦

---

**2023  Real Estate Property Taxes**

✦ DETACH HERE AND RETURN THIS PORTION WITH YOUR PAYMENT ✦

Duplicate public_user 03/26/2024

**PAY ONLY ONE AMOUNT**

22-2030-001-0100
FOLIO NUMBER
11301 NW 134 ST
PROPERTY ADDRESS
LEGAL DESCRIPTION
30 52 40 17.574 AC M/L SUB OF PB 2-68 PORT OF
IN NW1/4 OF SEC DESC BEG SW COR O

Scan to pay

*1+22203000101002+023*

Mail payments payable to:
Miami-Dade Office of the Tax Collector
200 NW 2nd Avenue, Miami, FL 33128
(In U.S. funds from a U.S. Bank)
Funds must be available for immediate withdrawal.

If Paid By  Please Pay

Dec 31, 2023  **$0.00**

*Paid*

SOUTHEASTERN FREIGHT LINES INC
420 DAVEGA RD
LEXINGTON, SC  29073

100000000000000000022203000101002023000000000000000000009

SEFL00001125