**EXHIBIT 8**

**SEFL00001120**
**(Odessa Property Tax)**

| Receipt # | 3888134 |
|---|---|
| Operator | BRODRIGUEZ |
| Posting Date | 1/22/2024 |
| Pay Batch | BERNICE(61316) |

# MIDLAND CENTRAL APPRAISAL DISTRICT
## ORIGINAL RECEIPT

Page 2 of 2

Receipt Date 1/22/2024

Property Owner as of Payment

## SOUTHEASTERN FREIGHT LINES INC

**Identification**
PROP ID: R000008661
GEO ID: 00004120.013.1550

**Legal Information**
LEGAL: NE/4, SEC: 13, BLK: 41-T2S ACRES: 5.760
SITUS: 3924 S COUNTY RD 01290

| Year | Taxing Entities | Taxable Value | Tax Rate Per $100 | Base Tax Paid | P & I | Atty Fees | Late Fees | +/- | Total Paid |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | 165-MIDLAND COUNTY | 482,910 | 0.12043 | 581.57 | 0.00 | 0.00 | 0.00 | 0.00 | 581.57 |
| 2023 | HOS-MIDLAND HOSPITAL | 482,910 | 0.07312 | 353.10 | 0.00 | 0.00 | 0.00 | 0.00 | 353.10 |
| 2023 | RDC-MIDLAND COLLEGE | 482,910 | 0.07741 | 373.82 | 0.00 | 0.00 | 0.00 | 0.00 | 373.82 |
| 2023 | SCM-MIDLAND ISD | 482,910 | 0.877 | 4,235.12 | 0.00 | 0.00 | 0.00 | 0.00 | 4,235.12 |
| | | | 1.14796 | 5,543.61 | 0.00 | 0.00 | 0.00 | 0.00 | 5,543.61 |

Quick Link:

**Total Paid** 5,543.61

---

Property Owner as of Payment

## SOUTHEASTERN FREIGHT LINES INC

**Identification**
PROP ID: R000211824
GEO ID: 00054050.014.0100

**Legal Information**
LEGAL: BLK: 014, LOT: 010, ADDN: LEECO INDUSTRIAL, 18TH FILING ACRES: 22.085
SITUS: FAUDREE RD

| Year | Taxing Entities | Taxable Value | Tax Rate Per $100 | Base Tax Paid | P & I | Atty Fees | Late Fees | +/- | Total Paid |
|---|---|---|---|---|---|---|---|---|---|
| 2023 | 165-MIDLAND COUNTY | 3,419,770 | 0.12043 | 4,118.43 | 0.00 | 0.00 | 0.00 | 0.00 | 4,118.43 |
| 2023 | HOS-MIDLAND HOSPITAL | 3,419,770 | 0.07312 | 2,500.54 | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.54 |
| 2023 | RDC-MIDLAND COLLEGE | 3,419,770 | 0.07741 | 2,647.24 | 0.00 | 0.00 | 0.00 | 0.00 | 2,647.24 |
| 2023 | SCM-MIDLAND ISD | 3,419,770 | 0.877 | 29,991.38 | 0.00 | 0.00 | 0.00 | 0.00 | 29,991.38 |
| | | | 1.14796 | 39,257.59 | 0.00 | 0.00 | 0.00 | 0.00 | 39,257.59 |

Quick Link:

**Total Paid** 39,257.59