# **EXHIBIT 9**

**SEFL0000118**
**(Lubbock Property Tax)**

US.363199751.01

# REPRINTED TAX RECEIPT

Lubbock Central Appraisal District
2109 Ave Q
PO Box 10568
Lubbock, TX 79408-3568
Ph: 806-762-5000 x6   Fax:

Receipt Number: **2023-142883-LCAD**

Payor:   SOUTHEASTERN FREIGHT LINES INC
         (O0112025)
         420 DAVEGA RD
         LEXINGTON, SC 29073

Quick Ref ID:   R34204

Property:          R601100-00007-00002-000
Legal Description: NELSON BROWN BLK 7 L 1 E169'OF 2
Situs Address:     1331 E 38TH ST
                   LUBBOCK, TX  79404

| Tax Year/Taxing Unit | Taxable Value | Tax Rate | Levy | Tax Paid | Amount Paid |
|---|---|---|---|---|---|
| **2023** | | | | | |
| City Of Lubbock | 254,858 | 0.480164 | 1,223.74 | 1,223.74 | 1,223.74 |
| Lubbock County | 254,858 | 0.347507 | 885.65 | 885.65 | 885.65 |
| Lubb Cnty Hospital | 254,858 | 0.103164 | 262.92 | 262.92 | 262.92 |
| Lubbock ISD | 254,858 | 0.923800 | 2,354.38 | 2,354.38 | 2,354.38 |
| Hi Plains Water | 254,858 | 0.004200 | 10.70 | 10.70 | 10.70 |
| 2023 Totals | | | 4,737.39 | 4,737.39 | 4,737.39 |

|  |  |
|---|---|
| Total Payment Amount | 4,737.39 |
| Check (Ref # 2344189) Tendered | 4,737.39 |
| Total Tendered | 4,737.39 |
| Remaining Balance Due, including other fees, as of 3/26/2024 | 0.00 |

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction.

Date Paid:       12/20/2023
Effective Date:  12/11/2023
Station/Till:    STAR2/Starr's Till
Cashier:

Page  1  of  1

SEFL00001118