## EXHIBIT 10

**SEFL00001123**
**(McAllen Property Tax – City)**

FONT SIZE: Normal



**MENU**
- Home
- Research Taxes

NEW PROPERTY SEARCH | PROPERTY INFO | PAYMENT HISTORY | ORIGINAL TAX STATEMENT

**OWNERSHIP INFORMATION**

| Account # | Owner Name | Mailing Address | Legal Description |
|---|---|---|---|
| S595000008000600 | SOUTHEASTERN FREIGHT LINES INC | 420 DAVEGA DR LEXINGTON, SC 29073-7485 | STEELE & PERSHING N11AC OF LOT 6 BLK 8 |

**2023 PAYMENT DETAIL**

| Receipt Number | Paid By | Date Paid | Tax Paid | Penalty/Interest | Fees | Total Paid |
|---|---|---|---|---|---|---|
| 602752 | | 11/22/2023 | $10,358.12 | $0.00 | $0.00 | $10,358.12 |

PRIVACY POLICY | SECURITY POLICY | LEGAL DISCLAIMER
©2024 Hamer Enterprises. - All Rights Reserved.