# EXHIBIT 11

**SEFL00001124**
**(McAllen Property Tax – County)**

## 2023 TAX STATEMENT



**PABLO (PAUL) VILLARREAL JR., PCC**
**HIDALGO COUNTY TAX ASSESSOR - COLLECTOR**
**PO BOX 178**
**EDINBURG, TEXAS 78540**

**Certified Owner:**
SOUTHEASTERN FREIGHT LINES INC
420 DAVEGA DR
LEXINGTON, SC  29073-7485



**Legal Description:**
STEELE & PERSHING N11AC OF LOT 6 BLK 8

**Legal Acres:** 11.0000

**Account No:** S5950-00-008-0006-00       **Appr. Dist. No.:** 290078       **Parcel Address:** 3500 N MCCOLL RD
**As of Date:** 03/26/2024                                                   **Print Date:** 03/26/2024

| Market Value | | Appraised Value | Assessed Value | Capped Value | Homesite Value | Agricultural Market Value | Non-Qualifying Value |
|---|---|---|---|---|---|---|---|
| Land | Improvement | | | | | | |
| $1,804,517 | $460,618 | $2,265,135 | $2,265,135 | $0 | $0 | $0 | $2,265,135 |

| Taxing Unit | Assessed Value (100%) | Exemptions | | Taxable Value | Tax Rate | Tax |
|---|---|---|---|---|---|---|
| | | Code | Amount | | | |
| HIDALGO COUNTY | $2,265,135 | | $0.00 | $2,265,135 | 0.5750000 | $13,024.53 |
| DRAINAGE DIST #1 | $2,265,135 | | $0.00 | $2,265,135 | 0.1139000 | $2,579.99 |
| MCALLEN ISD | $2,265,135 | | $0.00 | $2,265,135 | 1.0011000 | $22,676.27 |
| SOUTH TEXAS ISD | $2,265,135 | | $0.00 | $2,265,135 | 0.0492000 | $1,114.45 |
| SOUTH TEXAS COLLEGE | $2,265,135 | | $0.00 | $2,265,135 | 0.1562000 | $3,538.14 |

|  | |
|---|---|
| **Total Tax:** | $42,933.38 |
| **Total Tax Paid to date:** | $42,933.38 |
| **Total Tax Remaining:** | $0.00 |

**Exemptions:**

**AMOUNT DUE IF PAID BY:**

| 04/01/2024  9% | 04/30/2024  11% | 05/31/2024  13% | 07/01/2024  15% | 07/31/2024  18 + up to 15% | 09/02/2024  19 + up to 15% |
|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 09/30/2024  20 + up to 15% | 10/31/2024  21 + up to 15% | 12/02/2024  22 + up to 15% | 12/31/2024  23 + up to 15% | 01/31/2025  24 + up to 15% | 02/28/2025  25 + up to 15% |
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

**School Information:**
MCALLEN ISD            2023 M&O .84480000 I&S .15630000 Total 1.0011000  2022 M&O 1.0206000 I&S .07580000 Total 1.0964000

---

**PLEASE CUT AT THE DOTTED LINE AND RETURN THIS PORTION WITH YOUR PAYMENT.**                4.1.75

**Print Date:**  03/26/2024

**PLEASE NOTE YOUR ACCOUNT NUMBER ON YOUR CHECK AND MAKE CHECKS PAYABLE TO:**

PABLO (PAUL) VILLARREAL JR., PCC
HIDALGO COUNTY TAX ASSESSOR - COLLECTOR
PO BOX 178
EDINBURG, TEXAS 78540
(956) 318-2157

S5950-00-008-0006-00

SOUTHEASTERN FREIGHT LINES INC
420 DAVEGA DR
LEXINGTON, SC  29073-7485



*S5950000800060 0*



| AMOUNT PAID: |
|---|
| $_____.____ |

0000290078000000000

SEFL00001124