# **EXHIBIT 12**

**SEFL00001122**
**(Tulsa Property Tax)**

| Tax Values | Amount |
|---|---|
| Fees | 0.00 |
| Payments | 20,119.00 |
| Total Paid | 20,119.00 |
| Total Due | 0.00 |

| Date | Receipt | Paid With | Payment For | Amount | Paid By |
|---|---|---|---|---|---|
| 11/29/2023 | 25718 | Check | Taxes | 20,119.00 | SOUTHEASTERN FREIGHT LINES INC->Check# 3233 |