## EXHIBIT 13

**SEFL00001127**
**(Miami Property Annual Inspection Fees)**

US.363199751.01

SUBJ: %subject%
RE: 11301 NW 134th St, Medley, FL 33178

%message%

Dear Southeastern Freight Lines Inc:

Thank you for this opportunity to provide a proposal for our services. We look forward to helping you satisfy this City requirement in a manner that is the least expensive and least inconvenient to you. Please find the following proposal for inspection of the above noted property and furnishing the reports in the requirements of the City's Building Safety Recertification.

## Building Safety Recertification – Structural and Electrical Inspections

- Inspection of the subject property structural and electrical components as required.
- Parking illumination study, if required.
- Parking lot guardrail report, if required.
- Access is required to the inside of the structure, all units, electric rooms, and mechanical rooms at the time of our inspection.
- Filling out the enclosed form Template- Smoke Alarm Affidavit.docx (https://isn-uploads.s3.amazonaws.com/7374870d-2c7f-4dc4-b1fb-4d23fef28404.docx), is required for residential properties.
- 50% RETAINER of the Total Fee is required to hold the Inspection date and begin the Inspection on the agreed date.
- You will receive digitally signed and sealed reports in the City's required format, including pictures of the subject components. Printed hard copies will be available upon request for an additional charge.
- If Extension letters are required, an additional fee will be charged.
- The Inspection Reports are **FINAL**. If deficiencies noted, and you require that another report must be submitted, another (NEW) Inspection will need to be ordered once those deficiencies are corrected.
- Submission of the reports and fees to the City is **NOT** included in the proposal fees.

**Cost of Building Safety Recertification Inspection:**
| | |
|---|---|
| Professional Services Fee: | $2,432.00 |
| BSR Structural Inspection Fee: | $3,781.00 |
| BSR Electrical Inspection Fee: | $3,781.00 |
| BSR Infrared Thermography Inspection: | $3,850.00 |
| BSR Illumination Inspection (Bldg Safety Recertification): | $750.00 |
| Total: | $14,594.00 |

**NOTE : 50% RETAINER of the Total Fee is required to hold the Inspection date and begin the Inspection on the agreed date.**

**Additional Building Safety Recertification Inspections at this address will be entered as separate orders.**

**If needed, Cost of additional Parking lot Illumination Re-assessments: 50% of the original cost for the first one and regular price for each additional needed.**

**Next Step: To complete your order, please contact us to accept this proposal by return email or by calling the number below.**

Thank you again for this opportunity to provide you with our services. Please do not hesitate to contact us at 305-234-7377 or 954-977-9875 should you have any questions or require any further information.

Sincerely,

**Allied Building Inspection Services, Inc.**

John Micali, President

To view our licenses and certifications, click HERE (http://www.inspectionsflorida.com/about.html)