**<u>EXHIBIT 14</u>**

**(Travis Taylor, Schwob Building
March 26, 2024, Deposition Transcript)**

US.363199751.01

Page 1

1           IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF DELAWARE
2

   In re:                    ) Chapter 11
3                            )
   YELLOW CORPORATION,       ) Case No. 23-11069(CTG)
4  et al.,                   )
                             ) (Jointly Administered)
5       Debtors.             )
                             ) Ref. Docket Nos. 968,
6                            ) 1113, 1163, 2157 & 2245
7  ----------------------------------------------------------
8              ORAL/HYBRID DEPOSITION OF
                      TRAVIS TAYLOR
9                    MARCH 26, 2024
   ----------------------------------------------------------
10

11          ORAL/HYBRID DEPOSITION OF TRAVIS TAYLOR,
12  produced as a witness at the instance of the o
13  Southeastern Freight Lines and duly sworn, was taken in
14  the above-styled and numbered cause on Tuesday,
15  March 26, 2024, from 8:59 a.m. to 12:00 p.m., before Kari
16  Behan, CSR, RPR, CRR, a Texas certified machine shorthand
17  reporter, at the offices of Schwob Building Company, LLC,
18  1350 Lakeshore Drive, Suite 160, Coppell, Texas 75019,
19  pursuant to Rule 45(a)(4) of the Federal Rules of Civil
20  Procedure, made applicable to this matter by Rule 9016 of
21  the Federal Rules of Bankruptcy Procedure.
22

23

24  Job No. 6607004
25

Page 2

```
 1        A P P E A R A N C E S
 2
     FOR THE DEBTORS (REMOTELY):
 3
       AMIRI A. LAMPLEY, ESQ.
 4         - and -
       ANDREA SHANG, ESQ.
 5         - and -
       MATTHEW C. WALKER, ESQ.
 6     KIRKLAND & ELLIS, LLP
       300 North LaSalle
 7     Chicago, Illinois 60654
       (312) 862-2000
 8     amiri.lampley@kirkland.com
       andrea.shang@kirkland.com
 9     matthew.walker@kirkland.com
10
11   FOR SOUTHEASTER FREIGHT LINES (REMOTELY):
12     BRETT D. FALLON, ESQ.
          - and -
13     ALEC NOLAN WEINBERG, ESQ.
       FAEGRE DRINKER BIDDLE & REATH LLP
14     222 Delaware Avenue, Suite 1410
       Wilmington, Delaware 19801
15     (302) 467-4200
       brett.fallon@faegredrinker.com
16     alec.weinberg@faegredrinker.com
17
18   FOR THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
     (REMOTELY):
19
       BLAINE T. SCOTT, ESQ.
20         - and -
       CHRISTOPHER J. GESSNER, ESQ.
21     AKIN GUMP STRAUSS HAUER & FELD LLP
       Robert S. Strauss Tower
22     2001 K Street, N.W.
       Washington, DC 20006-1037
23     (202) 887-4426
       bscott@akingump.com
24     cgessner@akingump.com
25
```

Page 3

```
 1              - - -
              I N D E X
 2              - - -
 3   EXAMINATION OF TRAVIS TAYLOR          PAGE
 4
```

```
 5   BY MR. FALLON................................  5
 6   BY MS. LAMPLEY.............................. 61
 7   BY MR. FALLON.............................. 77
 8   CHANGES AND SIGNATURE...................... 82
 9   REPORTER'S CERTIFICATION.................. 84
10            * * *
11         E X H I B I T S
12   EXHIBITS     DESCRIPTION          PAGE
13   Exhibit 1  Photographs, SEFL00001055    19
              through SEFL00001063
14
     Exhibit 2  Photograph, SEFL00000022    24
15
     Exhibit 3  Photograph, SEFL00000014    25
16
     Exhibit 4  Photograph, SEFL00000017    25
17
     Exhibit 5  Photograph, SEFL00000062    26
18
     Exhibit 6  Photograph, SEFL00000208    27
19
     Exhibit 7  Photograph, SEFL00000210    27
20
     Exhibit 8  Photograph, SEFL00000224    28
21
     Exhibit 9  Photograph, SEFL00000031    29
22
     Exhibit 10  Photograph, SEFL00000055    30
23
     Exhibit 11  Photograph, SEFL00000240    30
24
     Exhibit 12  Photograph, SEFL00000204    33
25
```

Page 4

```
 1   EXHIBITS (CONTINUED0:
 2   Exhibit 13  Photograph, SEFL00000082    34
 3   Exhibit 14  Photograph, SEFL00000071    34
 4   Exhibit 15  Photograph, SEFL00000206    36
 5   Exhibit 16  Photograph, SEFL00000242    37
 6   Exhibit 17  Photograph, SEFL00000246    38
 7   Exhibit 18  Photograph, SEFL00000266    38
 8   Exhibit 19  Photograph, SEFL00000021    39
 9   Exhibit 20  Photograph, SEFL00000016    40
10   Exhibit 21  Photograph, SEFL00000023    41
11   Exhibit 22  Photograph, SEFL00000095    43
12   Exhibit 23  Photograph, SEFL00000101    44
13   Exhibit 24  Photograph, SEFL00000116    45
14   Exhibit 25  Photograph, SEFL00000117    47
15   Exhibit 26  Photograph, SEFL00000013    47
16   Exhibit 27  Photographs, SEFL00000001    50
              through 00000010
17
     Exhibit 28  Photographs, SEFL00000276 and    57
18      00000277
19   Exhibit 29  Photograph, SEFL00000011    60
20
21
22
23
24
25
```

Page 5

```
 1              PROCEEDINGS:
 2        (Tuesday, March 26, 2024, 8:59 a.m.)
 3              TRAVIS TAYLOR,
 4   after having been first duly sworn by the above-mentioned
 5   Certified Court Reporter, was examined and testified as
 6   follows:
 7        MR. FALLON:  Okay.  This is Brett Fallon
 8   from Faegre Drinker Biddle & Reath.  I represent
 9   Southeastern Freight Lines in connection with the Yellow
10   Corporation bankruptcy, and this is a deposition being
11   taken pursuant to a subpoena.  I have had an opportunity
12   to discuss with counsel for the Debtors, and we have
13   agreed to proceed today with the witness and the court
14   reporter being in the same room and with the attorneys
15   asking questions remotely.
16        We have also agreed that all objections are
17   reserved except as to objections to the form of the
18   question.
19              EXAMINATION
20   BY MR. FALLON:
21   Q.  Mr. Taylor, will you state your name, please?
22   A.  Travis Taylor.
23   Q.  And what is -- what is your address?
24   A.  1212 9th Street, Argyle, Texas, 76226.
25   Q.  All right.  So this is a deposition being taken
```

2 (Pages 2 - 5)

Page 6

1  in the Yellow Corporation bankruptcy. I'm going to ask
2  you a series of questions, and I'd ask that you listen to
3  the question and answer the question. The court reporter
4  will be taking down my questions, as well as your
5  responses.
6          Do you realize that you're under oath today?
7  A. Yes.
8  Q. And is there any condition or reason why you
9  would not be able to understand my questions and answer
10 truthfully today?
11 A. No.
12 Q. Okay. Have you ever been deposed before?
13 A. Yes.
14 Q. And how many times?
15 A. This would be my second time.
16 Q. Okay. And from where are you testifying today?
17 A. Coppell, Texas.
18 Q. Okay. And is the court reporter in the room with
19 you?
20 A. Yes.
21 Q. Okay. Let's go back a little bit and get some
22 background from you.
23          Can you describe your post-secondary
24 education?
25 A. I went to college at Oklahoma State University,

Page 7

1  graduated with a bachelor's of science in construction
2  management in 2008.
3  Q. In 2008?
4  A. Yes.
5  Q. Okay. Can you tell us, briefly, the course and
6  subjects you studied in order to obtain a bachelor's of
7  science in construction management technology?
8  A. We had, you know, basic general classes,
9  English -- English, biology, chemistry, a lot of math
10 classes, up through calculus, and then we had, you know,
11 course-specific instruction classes related to, you know,
12 estimating, means and methods, materials and testing,
13 general overall construction management, construction law,
14 general -- just general construction-related courses.
15 Q. And for graduates who receive a bachelor's and go
16 on to practice in the field of construction management
17 technology, what -- what types of -- of things do those
18 graduates do, if they're working in the field?
19 A. Generally, you can get a -- a job with a general
20 contractor or a subcontractor, and generally, it's project
21 management, superintendent, or estimating and
22 pre-construction roles.
23 Q. Okay. Okay. Where did you work upon graduation?
24 A. I worked for a construction company out of
25 Dallas, Texas, called EMJ Construction, from 2000 -- that

Page 8

1  was from 2008 to 2012?
2  Q. Okay. And what was that, EMJ Construction?
3  A. EMJ Construction.
4  Q. And what did you do at EMJ construction?
5  A. The first two years, I was a project engineer on
6  the operations side, so half of that time was in the
7  office and half that time was in the field. And then the
8  second -- second two years that I was there, I was on the
9  estimating -- estimating side.
10 Q. And let me take the -- the first two years of
11 that as project engineer. What would be your
12 responsibilities as a project engineer?
13 A. General responsibilities is to support the
14 project manager and the field superintendent doing RFIs,
15 which is a request for information; submittals; meeting
16 minutes; and just generally helping coordinate --
17 coordinate items on the jobsite to make sure crews showed
18 up, subs showed up, and material showed up.
19 Q. And you referred to a "jobsite." What types of
20 jobs were these?
21 A. Mostly -- mostly commercial retail projects.
22 Q. Okay. And when you say "commercial retail," what
23 -- what would that entail? Strip malls? Warehouses?
24 A. Strip malls --
25 Q. Offices?

Page 9

1  A. -- Walmarts, Sam's Clubs.
2  Q. Okay. And then -- so that was approximately 2008
3  to 2010. And then from 2010 to 2012, what was your title?
4  A. I was a project estimator, and I worked on the
5  pre-construction side mainly bidding -- bidding projects.
6  Q. So what would your typical duties and
7  responsibilities be as a project estimator?
8  A. General understanding of the plans, setting up
9  scope cards to make sure that all the scope in the -- in
10 the project documents was -- was covered, soliciting bids
11 to subcontractors for pricing, reviewing those
12 subcontractor bids and proposals, and compiling the final
13 estimate to submit.
14 Q. So is it common for a general -- general
15 contractor to solicit bids from subcontractors in order to
16 determine proper pricing and estimating?
17 A. Yes. Some general -- some general contractors
18 self-perform certain trades. The companies I've worked
19 for have not. And other general contractors are more of a
20 -- a management and supervision of general contractor that
21 hire subcontractors to perform all the scopes of work.
22 Q. And that is fairly common in the industry?
23 A. Yes.
24 Q. Is it important that the estimates be accurate?
25 A. Yes.

3 (Pages 6 - 9)

Page 10

1    Q. Why would that be?
2    A. The estimates need to be accurate to ensure that
3 all the scope is covered, material lead times are
4 understood so we can meet project schedule and deliver a
5 successful -- successful project.
6    Q. Okay. So you did that for EMJ from approximately
7 2010 to 2012?
8    A. Correct.
9    Q. And then where did you work -- or where did you
10 go to in 2012?
11    A. From 2012 to 2014, I worked for AUI Contractors
12 out of Fort Worth, Texas.
13    Q. And what -- what type of work did AUI Contractors
14 do?
15    A. We did a -- we did some -- some public projects
16 and some private projects. So from the public side, it
17 was, you know, municipal buildings, fire stations, things
18 like that. On the private side, it was a combination of
19 commercial project -- commercial retail, some industrial,
20 some maintenance and service facilities.
21    Q. Okay. And what was your title at AUI
22 Contractors?
23    A. Project estimator.
24    Q. And did you do the same thing as an estimator at
25 AUI as you did as an estimator at EMJ?

Page 11

1    A. Yes.
2    Q. And how many years were you a project estimator
3 at AUI Contractors?
4    A. From 2012 to 2014, so two years.
5    Q. Okay. And then what did you do after AUI
6 Contractors?
7    A. I joined Schwob Building Company.
8    Q. And what did you -- what was your first position
9 at Schwob?
10    A. First position was estimator from 2014 to,
11 roughly, 2016.
12    Q. Okay. What type of work did -- is it Schwob? Is
13 that how you pronounce it?
14    A. "Schwob."
15    Q. "Schwob." "Schwob," okay, sorry.
16        All right. What type of work did Schwob do?
17    A. Primarily industrial and light manufacturing
18 projects.
19    Q. So what -- what types of -- of projects would
20 those be? What types of buildings? What types of sites?
21    A. The majority of our industrial projects are LTL
22 freight facilities, some ware- -- some warehouse and
23 distribution facilities, and light manufacturing
24 facilities.
25    Q. Okay. And did your work as an estimator consist

Page 12

1 of the same types of work and responsibilities as your
2 previous work as an estimator with your other companies?
3    A. More or less. It was a little more expanded. At
4 Schwob, we do a lot of design-build work, so we don't do
5 any design in-house, but we do coordinate -- coordinate --
6 hire and coordinate the design team. So from geotech,
7 civil engineer, architect, mechanical, electrical,
8 plumbing, and structural engineers to design the project.
9    Q. Okay. And you said you were an estimator from
10 2014 to 2016?
11    A. Correct.
12    Q. And then did you get a new position --
13    A. Yes.
14    Q. -- with Schwob?
15    A. Yes. From 2016 to 2018 or 2019 -- I don't
16 remember the exact date -- my title was chief estimator.
17    Q. Okay. And how does a chief estimator's duties
18 and responsibilities differ from an estimator?
19    A. I oversaw the other estimators in the office, so
20 I was reviewing -- I still -- I still did my own
21 estimates, worked through those, but also oversaw the
22 other estimators' work and reviewed their final estimates
23 prior to it being submitted to our client.
24    Q. Okay. Can you give me a -- a general sense -- I
25 don't want to get into too much detail, but what's the

Page 13

1 volume of work that Schwob does? You know, maybe if you
2 want to talk in gross revenues or size of projects, number
3 of projects, that sort of thing, in this time period from,
4 I guess, really, 2014 to 2019 or '20.
5    A. General revenue is roughly -- roughly
6 $100 million a year in construction. Average project size
7 is anywhere from, you know, $5 million up to -- up to 25
8 to $30 million.
9    Q. Okay. Do you have a sense of how many estimates
10 you would provide, say, on an annual basis during this
11 period?
12    A. On an annual basis, as far as estimates that went
13 to construction -- so we do a lot of budgeting. A lot of
14 projects may go, may not go. We do -- we do quite a few
15 budgets. But as far as estimates for actual projects that
16 were -- that were billed or final estimates, probably in
17 the 15- -- 15-per-year range.
18    Q. And then there were also numerous other estimates
19 or -- or budgeting that, for whatever reason, would not go
20 to -- to final construction?
21    A. Correct. A -- a project that goes to
22 construction, there may have been, you know, five budgets
23 to get to that point to ensure that -- that everybody was
24 agreeable on the cost of the project. So through the
25 various stages of design in pre-construction, we may --

4 (Pages 10 - 13)

Page 14

1　may do quite a few budgets.
2　　Q.　Okay.　So you said you were chief estimator until
3　2018 or 2019.　What was your next position after chief
4　estimator?
5　　A.　Vice president of pre-construction.
6　　Q.　And what does the vice president of
7　pre-construction do?
8　　A.　I oversee the entire pre-construction department,
9　which includes the design-build -- -build project
10　management side and the estimating side.
11　　Q.　Okay.　Can you describe just a little bit the --
12　the design-build project side?　Because it sounds like
13　that's something new.
14　　A.　Yes.　So our design-build side, our clients they
15　-- they hire us to manage the design process.　That may
16　start as early as site selection and due diligence of a
17　piece of property.　And once we identify a site, we -- we
18　coordinate all of the design consultants and team members
19　that are required to get to a construction set of
20　documents.　So through geotech, environmental, civil
21　engineering, architectural, structural, mechanical,
22　electrical, plumbing design.
23　　Q.　And -- and then you also oversee the estimator --
24　estimating side of the business as well?
25　　A.　Correct.

Page 15

1　　Q.　Do you also -- in addition to new projects, do
2　you do maintenance projects?
3　　A.　Yes.
4　　Q.　Okay.　And what -- what would those types of
5　projects be?
6　　A.　For various clients, we -- we do a lot for the
7　freight -- the freight industry, looking at existing
8　facilities, figuring out what -- what maintenance needs to
9　be done on usually a five-year -- five-year -- every five
10　years, maybe ten years, depending on the facility, what
11　maintenance needs to be done, what updates/upgrades need
12　to be made to the -- made to the facility to bring them up
13　to speed on technology, refresh finishes, things like
14　that.
15　　Q.　And is it fair to say that -- that you would --
16　you could, depending on what they asked for, make
17　recommendations on what types of maintenance and
18　estimating on the cost of that maintenance?
19　　A.　Correct, yes.
20　　Q.　Okay.　So what -- how many years of experience do
21　you have in providing estimates?
22　　A.　Roughly -- roughly 12 years.
23　　Q.　Estimates for commercial and light industrial
24　projects?
25　　A.　Roughly 12 years.

Page 16

1　　Q.　So you work for Schwob Building Company?
2　　A.　So my -- my paycheck comes from Erickson
3　Companies, which I am an owner of Erickson Companies, as
4　well as Schwob Building Company.
5　　Q.　And what's the relationship between Erickson
6　Companies and Schwob Building?
7　　A.　Erickson Companies is a management company that
8　we have shared services.　There's a -- there's a Schwob
9　Steel Structures company that I'm not a -- not a part of,
10　but Erickson Companies shares management with Schwob
11　Steel, so office, accounting, various personnel, and
12　expenses.
13　　Q.　Okay.　And just to clarify, so you've been vice
14　president of pre-construction at Schwob Building Company
15　from about 2018 or '19 up to the present?
16　　A.　Correct.
17　　Q.　Okay.　Let me turn to just a couple of
18　administrative things.　So you're appearing here today
19　pursuant to a subpoena from Southeastern Freight Lines; is
20　that correct?
21　　A.　Yes.
22　　Q.　And then you also received a subpoena from the
23　Debtors; is that correct?
24　　A.　Correct.
25　　Q.　Okay.　And so you are here today pursuant to

Page 17

1　those subpoenas?
2　　A.　Yes.
3　　Q.　Okay.　Does Schwob Building operate, in the
4　ordinary conduct of its business, within 200 miles of
5　Wilmington, Delaware?
6　　A.　No.
7　　Q.　In the ordinary course of your business, do you
8　ever have occasion to travel in or near Wilmington,
9　Delaware?
10　　A.　I have not currently.　We work nationwide, but we
11　have not had any -- any projects in the northeast.
12　　Q.　Okay.　And you reside in or near Dallas?　Is
13　that -- is that where your hometown is?
14　　A.　Yes, Dallas/Fort Worth.
15　　Q.　Okay.　And do you have any other reason to travel
16　within 200 miles of Wilmington, Delaware?
17　　A.　No.
18　　Q.　Let me turn to -- we are going to talk today
19　about the Yellow Freight facility in Lubbock, Texas.
20　　　　Are you familiar with a facility in Lubbock,
21　Texas, located at 1317 East 38th Street in Lubbock, Texas?
22　　A.　Yes.
23　　Q.　And did you have an opportunity to visit that
24　facility?
25　　A.　Yes.

5 (Pages 14 - 17)

Page 18

1    Q. And when did you visit that facility?
2    A. I believe it was on March 7th.
3    Q. 2024?
4    A. Correct.
5    Q. For what purpose did you visit this property?
6  I'll call it the Lubbock property.
7    A. I was requested by Southeastern Freight Lines to
8  visit the property, accompany them to the property to look
9  at the condition of the property.
10   Q. Okay. Did you walk through the property?
11   A. Yes.
12   Q. And did you observe the conditions on the
13 property?
14   A. Yes.
15   Q. Approximately how big is the Lubbock property?
16   A. Site-wise, I think it's -- I don't remember the
17 exact size. I think it's about -- about 2 acres.
18   Q. Okay. Was anybody else present for your visit to
19 the Lubbock property?
20   A. Yes. Ryan Smigiel, vice president of real estate
21 with Southeastern Freight, was there, and Ryan Korthauer.
22 He's a project manager for Schwob Building Company.
23   Q. Was that your first visit to the Lubbock
24 property?
25   A. Yes.

Page 19

1    Q. And how long did your visit to the Lubbock
2  property last?
3    A. Roughly an hour and a half.
4    Q. And did you have any occasion to take any
5  pictures of the Lubbock property while you were there?
6    A. Yes.
7    MR. FALLON: Let me pull up and share on the
8  screen -- I should be able to. Okay.
9    This will be SEFL1055 to SEFL1063, and I'm
10 sharing my screen to show you those pictures. It looks to
11 be a series of nine pictures.
12   So let's start with SEFL -- let's pull this
13 up.
14   THE COURT REPORTER: And is this going to be
15 an exhibit?
16   MR. FALLON: Yes. Why don't we mark this as
17 Taylor Exhibit 1, SEFL1055 to SEFL1063.
18   (Exhibit 1 was marked for identification.)
19 BY MR. FALLON:
20   Q. And let me ask you if you are familiar with this
21 document?
22   A. Yes.
23   Q. Can you tell us what it is?
24   A. Site -- it's a series of site photos, walking
25 around -- walking around the facility, the exterior of the

Page 20

1  facility.
2    Q. Okay. And when you say "the exterior of the
3  facility," you're talking about the Lubbock facility?
4    A. Yes.
5    Q. Okay. I noted that this appears to be part of an
6  e-mail. It looks like it's from you to Tom Herndon.
7    Is this -- is this part of an e-mail that
8  you sent to Mr. Herndon?
9    A. Yes.
10   Q. And what was the purpose of sending him these
11 photographs?
12   A. He was not able to make the -- the Lubbock
13 facility, so I walked it with another Southeastern Freight
14 representative and was just sharing -- sharing photos with
15 him of the site.
16   Q. Okay. So let's look at 1055, for example. And
17 what -- what does SEFL1055 show?
18   A. It shows asphalt disrepair on the back of the
19 yard.
20   Q. Okay. And now I've turned to 1056. And what
21 does this document show?
22   A. It shows additional asphalt -- asphalt disrepair
23 and cracking. There's evidence that -- there's evidence
24 that some patching was done. However, there's still a
25 substantial amount of cracking around the asphalt.

Page 21

1    Q. All right. Now I'm showing SEFL1057.
2    And what does that document show?
3    A. That shows additional asphalt disrepair. You
4  can -- you can see by the tire tracks in there that the
5  asphalt has completely broken from its -- from its binder
6  of -- of tar and aggregate mixture to where it is -- it is
7  loose gravel, and just dirt at the very back of the yard.
8    Q. Okay. So now I've turned to SEFL1058.
9    And what does that document show?
10   A. It shows continued photos of the -- of the
11 asphalt disrepair. It does show some patching. You can
12 see in the center of the -- in the center of the photo
13 there's a large pothole.
14   Q. Okay. And let me turn to SEFL1059.
15   Okay. What does that document show?
16   A. Just continued -- continued photos, additional
17 photos of the asphalt disrepair, substantial amount of
18 cracking, potholes and patches.
19   Q. Okay. Turn to SEFL1060. All right. So that's
20 1060.
21   And what does 10 -- did I ask about 1060?
22 Okay. I'm sorry.
23   Okay. So this is 1059. What's the strip in
24 the center?
25   A. That's a dolly pad. It's called a dolly pad.

Page 22

1  It's for -- it's for the landing gear on the trailers.
2  When they drop the landing gear, it's to protect the
3  asphalt from -- from breaking up. So, generally, the lots
4  are set up to where the landing gear will hit -- will hit
5  that concrete strip.
6     Q. But -- so is it fair to say that a lot of these
7  trailers are not using that strip to put their landing
8  gear on?
9     A. Correct.
10    Q. Okay. Let me turn to the next document. It's
11 1060. We did 1060. Let's turn to 1061.
12        Okay. What does SEFL1061 show?
13    A. This one shows substantial -- substantial asphalt
14 disrepair in the bottom right-hand corner, and there's
15 some areas -- some areas of evidence of patching up
16 towards more the center of the -- of the photo.
17    Q. Okay. Let's turn to 1062.
18        And what does SEFL1062 show?
19    A. This shows substantial cracking on -- on both
20 sides of the dolly pad. There's a crack through the dolly
21 pad as well. It also shows a lot of -- a lot of loose
22 gravel which is indicative of the asphalt binder breaking
23 down.
24    Q. And let's look at 1063, I believe, we're up to.
25 Okay. The last picture is 1063.

Page 23

1        Okay. So let me ask you: Are these
2  photographs that I've shown you, SEFL1055 to SEFL1063,
3  which we've marked as Taylor Exhibit 1, are they accurate
4  representations of what you saw during your visit to the
5  Lubbock property?
6     A. Yes.
7     Q. And you made some observations about the
8  condition of the asphalt.
9        MR. FALLON: We can stop sharing.
10       MR. WEINBERG: (Complied.)
11 BY MR. FALLON:
12    Q. You made some observations about the conditions
13 of the asphalt. I'd like to follow up on them.
14       You said that the binder had broken down.
15 What -- what does that mean?
16    A. So asphalt -- asphalt is -- is an emulsion of oil
17 or tar, other chemicals, and an aggregate, and it's heated
18 -- heated up to a certain temperature. And once it's
19 laid, it's compacted and -- and rolled, and it forms a --
20 forms a solid surface. Over -- over time, the asphalt
21 binder, which is the -- the tar, oil, aggregate emulsion,
22 it eventually breaks down and you end up with loose
23 gravel, which was present throughout -- throughout the
24 entire Lubbock property.
25    Q. So in -- in your judgment, was the asphalt in

Page 24

1  good and safe operating condition?
2     A. No.
3     Q. And why not?
4     A. Substantial potholes, driving over -- driving
5  over substantial potholes can cause trailers to tip, cause
6  people/personnel to trip over those areas, and eventually
7  will make it where it's -- it's difficult to circulate the
8  yard and properly -- properly operate.
9     Q. Okay. Let me share my screen again and show you
10 what's Bates-stamped as SEFL22.
11       MR. FALLON: Just get rid of this. There it
12 is. Okay.
13       MR. WEINBERG: (Complied.)
14 BY MR. FALLON:
15    Q. Let me ask you --
16       MR. FALLON: We'll mark SEFL22 as Taylor
17 Exhibit 2, please.
18       MR. WEINBERG: (Complied.)
19       (Exhibit 2 was marked for identification.)
20 BY MR. FALLON:
21    Q. And let me ask you, Mr. Taylor: What is depicted
22 on Taylor Exhibit 2, document -- Bates-stamped SEFL22?
23    A. This -- this picture shows substantial asphalt
24 disrepair and failures, large potholes and -- and
25 cracking.

Page 25

1     Q. Okay. And is that an accurate depiction of what
2  you witnessed at the Lubbock property?
3     A. Yes.
4        MR. FALLON: Let me turn to SEFL14.
5        MR. WEINBERG: (Complied.)
6        MR. FALLON: And let's mark SEFL14 as Taylor
7  Exhibit 3.
8        MR. WEINBERG: (Complied.)
9        (Exhibit 3 was marked for identification.)
10 BY MR. FALLON:
11    Q. And will you please describe what is depicted in
12 SEFL14 marked as Taylor Exhibit 3?
13    A. This view is looking back towards the front of
14 the facility from the back of the yard showing severe
15 asphalt failures and disrepair around the -- around the
16 dolly pad, as well as substantial potholes, you know,
17 throughout the yard.
18    Q. And is that an accurate depiction of what you
19 witnessed when you walked the Lubbock property?
20    A. Yes.
21       MR. FALLON: Let me turn to SEFL17, and ask
22 that that be marked as Taylor Exhibit 4.
23       MR. WEINBERG: (Complied.)
24       (Exhibit 4 was marked for identification.)
25 BY MR. FALLON:

1    Q. I'm sharing my screen of Taylor Exhibit 4, which
2 is Bates-stamped SEFL, series of zeros, 17.
3         Will you describe what is depicted in Taylor
4 Exhibit 4?
5    A. This photo shows -- shows additional --
6 additional cracking, potholes, and you can see some
7 evidence of asphalt patches and repairs surrounding all
8 the -- the failure areas.
9    Q. And is this an accurate depiction of what you
10 witnessed when you walked the Lubbock property?
11    A. Yes.
12         MR. FALLON: Let me turn to SEFL Bates Stamp
13 62, and ask that be marked as Taylor Exhibit 5.
14         MR. WEINBERG: (Complied.)
15         (Exhibit 5 was marked for identification.)
16 BY MR. FALLON:
17    Q. And can you describe what is shown on Taylor
18 Exhibit 5?
19    A. This -- this photo shows substantial cracking
20 throughout the yard, a couple sizeable potholes, and a
21 handful of patches.
22    Q. And is this an accurate depiction of what you
23 witnessed when you visited the Lubbock property?
24    A. Yes.
25    Q. Who -- who took these pictures?

1    A. I did.
2    Q. And that's all of the pictures that we've seen so
3 far?
4    A. Yes.
5         MR. FALLON: Let's turn to document
6 Bates-stamped SEFL208, and ask that that be marked as
7 Taylor Exhibit 6.
8         MR. WEINBERG: (Complied.)
9         (Exhibit 6 was marked for identification.)
10 BY MR. FALLON:
11    Q. And what does Taylor Exhibit 6 show?
12    A. That shows substantial cracking and asphalt
13 failures adjacent to the dock aprons.
14    Q. At the Lubbock property?
15    A. Yes.
16    Q. And is this an accurate depiction of what you
17 witnessed when you visited the Lubbock property?
18    A. Yes.
19    Q. And you took this picture as well?
20    A. Correct.
21         MR. FALLON: Let's move to SEFL210, and ask
22 that that be marked as Taylor Exhibit 7.
23         MR. WEINBERG: (Complied.)
24         (Exhibit 7 was marked for identification.)
25 BY MR. FALLON:

1    Q. And I pulled up on our screen to share Taylor
2 Exhibit 7. Will you describe what is depicted in Taylor
3 Exhibit 7?
4    A. This photo shows substantial cracking, asphalt
5 failures, and just general disrepair. There's areas of
6 standing water where potholes -- where potholes are
7 located, which is indicative that the site is not draining
8 properly, you know, due to the asphalt failures.
9    Q. Is it a problem if there is puddling?
10    A. It's not -- not good in asphalt. Once -- once
11 water gets through the asphalt, through cracks or other
12 means, that starts to cause pavement failures. It
13 degrades the subgrade, and it causes pavement failures.
14    Q. And is this an accurate depiction of what you
15 witnessed when you walked the Lubbock property?
16    A. Yes.
17    Q. Okay.
18         MR. FALLON: Let me turn to SEFL Bates Stamp
19 224, and mark that as Taylor Exhibit 8.
20         MR. WEINBERG: (Complied.)
21         (Exhibit 8 was marked for identification.)
22 BY MR. FALLON:
23    Q. And what does Taylor Exhibit 8 depict?
24    A. This was just a pile of trash and debris at the
25 back corner of the yard. A lot of it looked like some of

1 the asphalt gravel that was broken down was scooped up, as
2 well as other bits of concrete from potentially a repair
3 somewhere on-site.
4    Q. And you took this picture?
5    A. Yes.
6    Q. And does it accurately represent the conditions
7 that you witnessed at the Lubbock site?
8    A. Yes.
9         MR. FALLON: Let me turn to SEFL Bates Stamp
10 31, and ask that that be marked as Taylor Exhibit 9.
11         MR. WEINBERG: (Complied.)
12         (Exhibit 9 was marked for identification.)
13 BY MR. FALLON:
14    Q. And we've -- we are sharing Taylor Exhibit 9 on
15 the screen. And I'd ask you to identify what that shows?
16    A. I don't remember exactly where that was taken,
17 but I think it was just showing -- showing equipment that
18 was left over on the yard and just general -- general
19 trash and debris.
20    Q. Was this taken at the Lubbock property?
21    A. Yes.
22    Q. And does it accurately depict the conditions at
23 the Lubbock property?
24    A. Yes.
25         MR. FALLON: Let me turn to SEFL Bates Stamp

1  55, and ask that that be marked as Taylor Exhibit 10.
2          MR. WEINBERG:  (Complied.)
3          (Exhibit 10 was marked for identification.)
4  BY MR. FALLON:
5      Q.  And we're sharing that on the screen.
6          Can you show -- can you describe what Taylor
7  Exhibit 10 depicts?
8      A.  This additional -- additional yard photo of the
9  asphalt condition shows the asphalt in -- in disrepair
10  and failure, as well as some patches that were -- that were
11  done at some point.
12     Q.  And does it accurately depict the conditions at
13  the Lubbock property that you witnessed?
14     A.  Yes.
15     Q.  And did you take this picture?
16     A.  Yes.
17     Q.  Was that a "yes"?
18     A.  Yes.
19     Q.  Sorry.  Okay.
20         MR. FALLON:  All right.  Let's turn to
21  document Bates-stamped SEFL240, and ask that that be
22  marked as Taylor Exhibit 11.
23         MR. WEINBERG:  (Complied.)
24         (Exhibit 11 was marked for identification.)
25  BY MR. FALLON:

1      Q.  Let me ask you what Taylor Exhibit 11 depicts?
2      A.  It shows the apron -- the dock aprons on the
3  left-hand side and asphalt pavement failures and disrepair
4  on the right-hand side.
5      Q.  And you took this picture?
6      A.  Yes.
7      Q.  And is it an accurate representation of what you
8  saw during your visit to the Lubbock property?
9      A.  Yes.
10     Q.  Is it important for a trucking facility to have
11  good-quality asphalt?
12     A.  Yes.  It's very -- very important for their
13  circulation and their safety of their drivers and
14  trailers.
15     Q.  What -- what is the normal life expectancy of
16  asphalt?
17     A.  Asphalt is generally designed for a 15-year
18  design life.
19     Q.  So that's from original installation to
20  replacement?
21     A.  Correct.  That's full -- that's the design life.
22  That's the life expectancy of the asphalt.  And it's --
23  it's designed by a geotechnical engineer, and they take
24  into account the number of trips around -- around the
25  facility and whether the trailers are fully loaded,

1  half-loaded, or unloaded, and it's -- it's input that goes
2  into the design based on a 15-year life expectancy of the
3  asphalt to come up with an asphalt profile.
4      Q.  And in order for it to last 15 years, does it
5  need maintenance?
6      A.  Yes.  Every -- every couple of years, maintenance
7  is required on asphalt, starting out with seal cracking --
8  crack -- or seal cracking of all of the joints.  So
9  anywhere that you start to get cracks, they seal-crack it,
10  they fill it with -- with a tar mixture to seal it, to
11  keep water from -- from intruding into the subgrade.  Some
12  areas that may experience failures need to be cut out and
13  replaced, but generally, after -- after 15 years, the
14  entire yard needs to be replaced.
15     Q.  And what happens if you don't do the maintenance
16  that you described?
17     A.  You end up with a substantial amount of cracking,
18  and you end up with the asphalt binder breaking down,
19  loose gravel on the facility, and substantial potholes and
20  subgrade failures.
21     Q.  And in that case, would the asphalt need to be
22  replaced before 15-year life span?
23     A.  Yes.
24     Q.  So is it fair to say that, in your opinion, the
25  asphalt at the property was not in good and safe operating

1  condition?
2      A.  Yes.
3      Q.  Okay.  Let's turn to the exterior of the
4  building.  And did you have an opportunity to -- to look
5  at the building while you were at the Lubbock property?
6      A.  Yes.
7          MR. FALLON:  Okay.  Let's take a look at
8  document Bates-stamped SEFL204.  And I would ask that that
9  be marked as Taylor Exhibit 12.
10         MR. WEINBERG:  (Complied.)
11         (Exhibit 12 was marked for identification.)
12  BY MR. FALLON:
13     Q.  What does Taylor Exhibit 12 -- and I've shared
14  that on the screen.  What does Taylor Exhibit 12 show?
15     A.  So there's a small -- a small building on the
16  right-hand side that, I believe, was part of a fueling
17  operation at one point.  There's evidence that the fuel
18  lane has been removed.  There's a scale -- truck scale
19  that's located under the canopy, and then you have your
20  office -- your office on the left-hand side, and it
21  goes -- goes for about 50, 60 feet until it starts into
22  the dock.
23     Q.  And is this picture an accurate depiction of what
24  you witnessed when you were at the Lubbock property?
25     A.  Yes.

Page 34

1  Q. Did you take this picture?
2  A. Yes.
3        MR. FALLON: Let's turn to document
4  Bates-stamped SEFL82, and ask that be marked as
5  Taylor Exhibit 13.
6        MR. WEINBERG: (Complied.)
7        (Exhibit 13 was marked for identification.)
8  BY MR. FALLON:
9  Q. And I pulled up on our screen Taylor Exhibit 13,
10 document Bates-stamped SEFL82.
11       And what does SEFL82 show?
12 A. It's a small outbuilding that, I believe, housed
13 some -- some portion of the fueling lane that has been
14 abandoned and removed.
15 Q. And does that accurately depict the condition of
16 the building and accurately depict what you saw when you
17 were at the Lubbock property?
18 A. Yes.
19 Q. Let's take a look inside that building.
20       MR. FALLON: If you can pull up SEFL71, and
21 mark that as Taylor Exhibit 14, please.
22       MR. WEINBERG: (Complied.)
23       (Exhibit 14 was marked for identification.)
24 BY MR. FALLON:
25 Q. And this -- I'm showing on the screen Taylor

Page 35

1  Exhibit 14, document Bates-stamped SEFL71.
2        What -- what is shown in Taylor Exhibit 14
3  up on the screen?
4  A. There -- it shows some type of -- some type of
5  leaked fluid in that floor. We didn't -- we have not done
6  an environmental assessment, so I'm not sure what it is,
7  if it's oil or -- or what it is.
8  Q. What's the condition of the door in the building,
9  generally, from your observation when you were there?
10 A. Generally, a lot of the doors -- most of the
11 doors on the facility had trouble closing, need to be --
12 need to be replaced and -- and reset into the -- into the
13 door frame.
14 Q. Is this the inside of the building that we saw in
15 the previous picture?
16 A. Yes.
17 Q. Do you recall what repairs you -- you estimated
18 for this particular building?
19 A. We included just cleaning -- cleaning the floor
20 and the wall with a cleanup crew. Obviously, additional
21 environmental would need to be done to understand what
22 that is and exactly how to clean it and dispose of it
23 properly.
24 Q. Okay. And is this picture in Taylor Exhibit 14
25 an accurate depiction of what you witnessed on the Lubbock

Page 36

1  property?
2  A. Yes.
3        MR. FALLON: Let me turn to document
4  Bates-stamped SEFL206, and ask that be marked as
5  Taylor Exhibit 15.
6        MR. WEINBERG: (Complied.)
7        (Exhibit 15 was marked for identification.)
8  BY MR. FALLON:
9  Q. I have shared on the screen Taylor Exhibit 15.
10 Can you tell us what Taylor Exhibit 15 depicts?
11 A. This is showing the fueling and scale canopy on
12 the right-hand side, and the office building, which --
13 which moves into the dock, on the left-hand side of the --
14 of the building.
15 Q. And is this an accurate representation of what
16 you saw during your visit to the Lubbock property?
17 A. Yes.
18 Q. So did you have any general observations of the
19 condition of the exterior facility?
20 A. Other than aesthetically, needs probably some
21 paint and things like that. Generally, the -- the metal
22 panels were beat up in a few places, but that's kind of
23 normal wear and tear. There didn't appear to be any major
24 holes or leaks or openings inside -- you know, through --
25 through the exterior that needed to be repaired.

Page 37

1  Q. Okay. Let me turn to the loading dock.
2        MR. FALLON: And let's turn to SEFL242.
3  That's Bates-stamped SEFL242, and we'll mark that as
4  Taylor Exhibit 16.
5        MR. WEINBERG: (Complied.)
6        (Exhibit 16 was marked for identification.)
7  BY MR. FALLON:
8  Q. And I put up on the screen Taylor Exhibit 16.
9        Can you describe what is depicted in Taylor
10 Exhibit 16?
11 A. This shows the -- this shows the dock slab with a
12 substantial amount of cracking. It's -- it's typical --
13 it's kind of normal wear and tear on a facility like this.
14 Some -- some of the joints and cracks have been -- had
15 been repaired. Some of them had not been repaired.
16       Overhead doors were -- some of them were --
17 looked to be in operable condition but needing some
18 adjustment. Some of the other doors needed a little bit
19 more work to get them to open and close properly.
20 Lighting appeared to be fine. Structure appeared to be
21 fine.
22 Q. Okay. And so in order to be in good operating
23 condition, you would need to fix the doors?
24 A. Correct.
25 Q. And does Taylor Exhibit 16 accurately depict the

1 conditions on the property that you witnessed in Lubbock?

2    A. Yes.

3       MR. FALLON: Let's turn to document

4 Bates-stamped SEFL246, and ask that that be marked as

5 Taylor Exhibit 17.

6       MR. WEINBERG: (Complied.)

7       (Exhibit 17 was marked for identification.)

8 BY MR. FALLON:

9    Q. And I put up on the screen Taylor Exhibit 17, and

10 ask if you can describe what is depicted in Taylor

11 Exhibit 17?

12    A. This just shows a different angle of the dock.

13 Floor slab needs to be -- needs to be cleaned -- cleaned

14 up. There's obviously some tires that will need to be

15 removed, and then it shows kind of overhead doors and

16 structure.

17    Q. And is this an accurate depiction of what you saw

18 during your visit to the Lubbock property?

19    A. Yes.

20       MR. FALLON: Let me turn to document

21 Bates-stamped SEFL266, and mark that as Taylor Exhibit 18,

22 please.

23       MR. WEINBERG: (Complied.)

24       (Exhibit 18 was marked for identification.)

25 BY MR. FALLON:

1    Q. And what does Taylor Exhibit 18 show? I've shown

2 that on the screen.

3    A. It shows an additional shot of the dock. Office

4 is just adjacent to the left-hand side. There's some

5 guardrails that have been -- that have been damaged, that

6 are bent over. Some leftover equipment and debris

7 throughout the -- throughout the dock.

8    Q. And what needs to be done to bring it up to good

9 and safe operating condition in this particular picture?

10    A. The guardrail would need to be -- would need to

11 be repaired and fixed, overhead doors adjusted and

12 repaired, and the dock slab cleaned.

13    Q. And is this an accurate depiction of what you saw

14 when you visited the Lubbock property?

15    A. Yes.

16    Q. All right. Let's turn to the interior and see

17 what you saw in there.

18       Mr. FALLON: Let's turn to document

19 Bates-stamped SEFL21, and ask that that be marked as

20 Taylor Exhibit 19.

21       MR. WEINBERG: (Complied.)

22       (Exhibit 19 was marked for identification.)

23       THE WITNESS: So this one shows -- this is a

24 view inside of the office. It shows missing ceiling

25 tiles, it shows stained tiles. Some of the ceiling tiles

1 are sagging. Shows kind of general condition of the -- of

2 the paint on the walls.

3 BY MR. FALLON:

4    Q. And so you mentioned the problem with the ceiling

5 tiles. So is that -- are the ceiling tiles in good

6 condition?

7    A. The majority of the tiles are -- are probably

8 okay and normal wear and tear. Stained tiles would need

9 to be replaced. Missing tiles would need to be in filled.

10    Q. And is there any indication of water damage?

11    A. Yes. In various areas, there were some stained

12 tiles, which is indicative of water damage from either

13 leaking waterlines in the ceiling, condensate/sweat from

14 HVAC, or from roof leaks.

15    Q. And does Taylor Exhibit 19 accurately depict the

16 conditions on the property that you witnessed when you

17 visited there?

18    A. Yes.

19       MR. FALLON: Let's turn to document

20 Bates-stamped SEFL16, and we'll mark that as Taylor

21 Exhibit 20.

22       MR. WEINBERG: (Complied.)

23       (Exhibit 20 was marked for identification.)

24 BY MR. FALLON:

25    Q. And can you describe -- I shared the screen with

1 Taylor Exhibit 20, document Bates-stamped SEFL, series of

2 zeros, 16.

3       Can you describe what is shown in Taylor

4 Exhibit 20?

5    A. This shows -- this shows a leak -- a stain on the

6 ceiling tile, which is indicative of a leak.

7    Q. And does that accurately depict the condition of

8 the property that you witnessed when you were at the

9 Lubbock property?

10    A. Yes.

11    Q. And you took this picture?

12    A. Yes.

13       MR. FALLON: Let's turn to document

14 Bates-stamped SEFL23, and we'll ask that that be marked as

15 Taylor Exhibit 21.

16       MR. WEINBERG: (Complied.)

17       (Exhibit 21 was marked for identification.)

18 BY MR. FALLON:

19    Q. And I'd ask you: What does Taylor Exhibit 21

20 depict?

21    A. The bottom portion of the picture shows a -- a

22 wall-hung, overhead-mounted water heater that looks like

23 it was done after the original construction of this

24 facility, based on where it is and how it was constructed.

25 That's an HVAC return grill on the -- in the middle of the

1 picture, and you could see substantial staining around --
2 around that ceiling tile, indicative of a possible leak.
3 Being next to an HVAC duct, could be condensate from the
4 HVAC ductwork, or with the water heater right next to it,
5 it could be from a water leak or ceiling -- roof leak.
6    Q. Were you able to definitively determine the
7 source of those leaks when you were at the property?
8    A. No, we were not able to get up in the ceiling and
9 inspect above the -- above the ceiling.
10    Q. What is the dark square in sort of the, mostly,
11 center of the picture there?
12    A. That is generally just staining from -- from the
13 ductwork, just -- over -- over time, dust, debris,
14 forklift tire dust being sucked through the
15 air-conditioning system.
16    Q. And does Taylor Exhibit 20 accurately depict the
17 condition of the property when you visited?
18    A. Yes.
19    Q. I'm sorry. I think that's 21.
20    A. Yes.
21    Q. Yeah. Does Taylor Exhibit 21 accurately depict
22 the condition of the Lubbock property when you visited it?
23    A. Yes.
24    Q. Okay.
25       MR. FALLON: Let's turn to document

1 Bates-stamped SEFL95. And I've pulled that up on the
2 projector and shared the screen. I'll ask that SEFL95 be
3 marked as Taylor Exhibit 22.
4       MR. WEINBERG: (Complied.)
5       (Exhibit 22 was marked for identification.)
6 BY MR. FALLON:
7    Q. And I'd ask you: What -- what is shown in Taylor
8 Exhibit 22?
9    A. This was inside the men's restroom. Sink
10 appeared to be in working condition. Obviously, walls are
11 stained. Other than that, it just needs to be -- needs to
12 be cleaned up, painted, and floors replaced.
13    Q. And is SEFL95, Taylor Exhibit 22, is that a
14 picture that you took?
15    A. Yes.
16    Q. And does it accurately depict the condition of
17 the bathroom at the Lubbock property?
18    A. Yes.
19    Q. And, I guess, SEFL95, Taylor Exhibit 22, actually
20 has you in the picture in the mirror; is that correct?
21    A. Yes.
22    Q. Was that a "yes"? I'm sorry.
23    A. That was a "yes," sorry.
24    Q. Okay.
25       MR. FALLON: Let's turn to a document

1 Bates-stamped SEFL101, and we'll mark that as Taylor
2 Exhibit 23, please.
3       MR. WEINBERG: (Complied.)
4       (Exhibit 23 was marked for identification.)
5 BY MR. FALLON:
6    Q. And let me ask you what Taylor Exhibit 23 shows?
7    A. This is an additional photo in the men's
8 restroom. The urinal was -- was operational, so that
9 was -- that was fine. Walls need to be cleaned and
10 painted. Flooring needs to be replaced. The toilet
11 partitions -- the toilet partitions, other than being
12 cleaned and wiped down, they appeared to be operable.
13    Q. When you said the "flooring needs to be
14 replaced," what -- was the flooring in good condition?
15    A. No. In my -- in my opinion, the flooring is
16 beyond being able to clean it and rewax it. It is -- it
17 got scratched. It's very dirty. It generally doesn't
18 come clean at this point.
19    Q. And does Taylor Exhibit 23 accurately depict the
20 bathroom at the Lubbock property?
21    A. Yes.
22    Q. And this is the same bathroom in the previous
23 picture?
24    A. Correct.
25    Q. Okay.

1       MR. FALLON: Let's turn to SEFL
2 Bates-stamped 116, and I'd ask that SEFL116 be marked as
3 Taylor Exhibit 24.
4       MR. WEINBERG: (Complied.)
5       (Exhibit 24 was marked for identification.)
6 BY MR. FALLON:
7    Q. And what does Taylor Exhibit 24 show?
8    A. This was just a closet that, I think, was used as
9 an IT room/break room, combination of things, janitor's
10 closet.
11    Q. And is this an accurate depiction of what you saw
12 during your visit to the Lubbock property?
13    A. Yes.
14    Q. And what is the box on the wall on the left-hand
15 side in Taylor 24?
16    A. I'm not sure. I believe it was locked, and we
17 weren't able to open it.
18    Q. Okay. And then if you look on the shelf, sort of
19 in the center of the screen, it appears to be -- well, let
20 me ask you: Can you identify what's -- what's there, sort
21 of in the center of the -- of the picture --
22    A. Below -- below the microwaves?
23    Q. -- in Taylor 24? Yes.
24    A. On the left side, it appears to be an old phone
25 board from a -- from a traditional landline phone system.

1    Q.  Okay.  All right.  And does this accurately
2  depict the conditions on the property that you saw when
3  you visited the Lubbock property?
4    A.  Yes.
5    Q.  All right.
6        MR. FALLON:  And let's, finally, just look
7  at document Bates-stamped SEFL117.
8        MR. WEINBERG:  (Complied.)
9  BY MR. FALLON:
10    Q.  And let me ask you what is depicted in SEFL117.
11    A.  This is the open -- open office area.  It just
12  depicts the condition of the flooring and condition of
13  stained ceiling tiles.
14    Q.  And what was the condition of the walls?
15    A.  Walls -- walls need a fresh coat of paint.  There
16  was lots of -- lots of dirt, dust, debris, fingerprints,
17  things like that, across all surfaces of the walls.
18    Q.  And what was the condition of the floor as
19  depicted in Taylor --
20    A.  The flooring was worn, especially around the --
21  around the desk area, with rolling chairs.  See a lot
22  of -- a lot of the wheels on the rolling chairs eat away
23  the VCT flooring.  Overall condition of the flooring
24  was -- was pretty poor.
25    Q.  Okay.  So was the condition of -- so the

1  condition of the floor was poor you say?
2    A.  Correct.
3        MR. FALLON:  If I didn't ask before, let's
4  mark the document Bates-stamped SEFL117, mark it as Taylor
5  Exhibit 25, please.  And that's the document that we've
6  been discussing most recently.
7        (Exhibit 25 was marked for identification.)
8        MR. FALLON:  Okay.  All right.  Let's pull
9  up document Bates-stamped SEFL13, and ask that that be
10  marked as Taylor 26.
11        MR. WEINBERG:  (Complied.)
12        (Exhibit 26 was marked for identification.)
13  BY MR. FALLON:
14    Q.  Are you -- and I'm now sharing Taylor 26 on the
15  screen.  Hopefully, you can see that?
16    A.  Yes.
17    Q.  Are you familiar with this document?
18    A.  Yes.
19    Q.  And what is it?
20    A.  It is an estimate of -- of what our -- what our
21  repair costs would be for the facility based on
22  conversations with Southeast Freight on -- on what they
23  expected to be done maintenance-wise on this facility.
24    Q.  And is -- is this the work that is necessary, in
25  your view, to bring the Lubbock property up to good and

1  safe operating condition?
2    A.  Yes.
3    Q.  Is this estimate based on the walk-through you
4  and your colleagues completed of the Lubbock property?
5    A.  Yes.
6    Q.  All right.  So who prepared this estimate?
7    A.  I did.
8    Q.  So let's take a look at Division 1, which is
9  referred to as General Conditions at the top, Taylor 26.
10        Can you describe what costs are included in
11  Division 1, General Conditions?
12    A.  So Division 1, General Conditions is Schwob
13  Building Company's management supervision and ancillary
14  items that are -- that are needed to facilitate the
15  subcontractors and completing the work.
16    Q.  So the largest number there is the project and
17  field management.  What does that consist of?
18    A.  That would be a full-time, on-site superintendent
19  to manage and coordinate the work, a project manager
20  located in our office to coordinate -- to coordinate
21  subcontracts, coordinate with the owner and client, and
22  coordinate issues and support the superintendent on-site,
23  as well as project coordinator that helps write contracts,
24  pay applications, kind of secretarial duties.
25    Q.  Okay.  And is all that necessary to complete the

1  work to bring the property up to good and safe operating
2  condition?
3    A.  Yes.
4    Q.  And the second-largest item there is Cleaning and
5  Waste Management.  What does that consist of?
6    A.  That includes dumpsters -- dumpsters for trash
7  and debris on-site, so we're doing construction, hauling
8  off and disposing of trash, and then final cleaning of the
9  building once any repair work is done, so wiping down all
10  of the surfaces, polishing the floors, cleaning the dock
11  slab, cleaning up the -- cleaning up that little
12  outbuilding, just to basically turn it over to where it's
13  been deep-cleaned.
14    Q.  Okay.  We are still on document Bates-stamped
15  SEFL13, which we've marked as Taylor 26.  Let's move down
16  to Division 2, Site Work.  And can you describe what Site
17  Work, Asphalt Paving, Fences and Gates consists of?
18    A.  The asphalt paving line item is a full
19  replacement of the asphalt, recompacting of the subgrade
20  base, and that number is based on a proposal from Pavecon,
21  which is an asphalt contractor out of Lubbock, Texas.  And
22  fences and gates, there were a couple areas around the
23  yard where the fences were leaning.  So poles will have to
24  be replaced, record, fabric restrung up and repaired in
25  various locations.

1    Q. Okay. So is this a full replacement of the
2  asphalt on the -- in the yard at Lubbock?
3    A. Yes.
4    Q. Would it be possible to bring the asphalt up to
5  good and safe operating condition by just patching areas
6  that might have deteriorated?
7    A. In my opinion, the deterioration of the asphalt
8  was so severe that it would be impossible to figure out
9  where to start and stop on patches, and it doesn't address
10 the sub- -- the subgrade failures, as well, which is
11 causing the substantial cracking throughout the yard.
12   Q. You mentioned that this is based on a bid or a
13 proposal from Pavecon, so let's turn to that.
14      MR. FALLON: And that is document Bates
15 numbered SEFL1 to SEFL10. And I'd ask the court reporter
16 to mark documents Bates-stamped SEFL1 to SEFL10 as Taylor
17 27.
18      (Exhibit 27 was marked for identification.)
19 BY MR. FALLON:
20   Q. So I've shown that on the screen, and let me ask
21 you this: Who is Pavecon, first of all?
22   A. Pavecon is an asphalt contractor out of Lubbock.
23   Q. Let me direct your attention to SEFL1 through 6
24 of Taylor 27, and ask if you can identify that document?
25   A. Yes.

1    Q. And what is SEFL1 through 6?
2    A. It's a proposal from Pavecon to replace the
3  asphalt and repair the subgrade, restripe the yard.
4    Q. And how is it that Pavecon -- I presume Pavecon
5  sent that to you?
6    A. Yes.
7    Q. Did you request that it be prepared?
8    A. Yes.
9    Q. And have you worked with Pavecon before?
10   A. Yes.
11   Q. And in your experience, have estimates from
12 Pavecon been generally reliable?
13   A. Yes.
14   Q. Have they been at market rates?
15   A. Yes.
16   Q. Okay. So let me ask you to just walk us through
17 the estimate from Pavecon as to what it includes?
18   A. Can you zoom in just a little bit?
19      MR. WEINBERG: (Complied.)
20      THE WITNESS: So the first line item is a
21 3-inch asphalt repair, and recompacting of the subgrade
22 and base. The second item is new parking lot striping,
23 replacing the wheel stops. And then the fourth line item
24 is -- is sales tax, which we have removed from their
25 estimate.

1  BY MR. FALLON:
2    Q. Okay. Does this estimate appear to be reasonable
3  to you based on the project?
4    A. Yes.
5    Q. And in your view, is it a market rate?
6    A. Yes.
7      MR. FALLON: Let's turn back to Taylor 26.
8      MR. WEINBERG: (Complied.)
9  BY MR. FALLON:
10   Q. And you have listed in here, on the Site Work and
11 Asphalt Paving, $855 [sic].
12      So is it fair to say that that $855 -- and
13 I'm approximating -- it's actually -- it's 855,782, but
14 that amount is the amount of the Pavecon estimate, and
15 you've taken out the tax for present purposes; is that
16 correct?
17   A. Yes. Yes, it is -- the Pavecon proposal less
18 their line item for taxes.
19   Q. All right. Let's move to Division 8, Openings,
20 in Taylor Exhibit 26.
21      Can you describe what that work is?
22   A. Doors, frames and hardware material, that is --
23 that is new doors, hardware and frames to replace --
24 replace the existing. Many of the doors don't close, are
25 damaged and beyond -- beyond repair. Overhead doors --

1  overhead doors includes a -- a -- money to repair every
2  door. Every door needed some type of adjustment, greasing
3  service. Some of them needed far more repair, panel
4  replacements, things like that.
5    Q. And are these repairs necessary to bring the
6  property up to good and safe operating condition?
7    A. Yes.
8    Q. Okay. Let's turn to Division 9, Finishes.
9      Can you describe what is described in there?
10   A. The line item for flooring, that includes removal
11 of the existing flooring throughout the office area,
12 including restrooms, and replacing it with new VCT
13 flooring. Painting includes painting the interior of the
14 office, repainting, touching up and replacing stained and
15 damaged ceiling tiles.
16   Q. Okay. And are those repairs necessary to bring
17 the property up to good and safe operating condition?
18   A. Yes.
19   Q. And let me turn to Division 11. This is under
20 Taylor 26.
21      There's a reference to loading dock
22 equipment.
23      Can you describe what is that for?
24   A. That is the cost for -- it was received from
25 Total -- Total Service Packaging. They are a company that

Page 54

1 manages and maintains Southeast Freight's dock levellers,
2 and that's a cost to service and repair each dock leveler
3 and replace the dock bumpers.
4         MR. FALLON: Okay. And if we can pull up
5 Taylor 27, and within Taylor 27 refer to SEFL7.
6         MR. WEINBERG: (Complied.)
7 BY MR. FALLON:
8     Q. Okay. So when you were referring to Total
9 Service Packaging, is this the estimate to which that line
10 item refers?
11    A. Yes.
12    Q. Okay.
13        MR. FALLON: Let's turn back to Taylor 26
14 again.
15        MR. WEINBERG: (Complied.)
16 BY MR. FALLON:
17    Q. This is the estimate.
18        And let me ask you: There's a reference in
19 Taylor 26 to Division 13, Special Construction. What --
20 what is that?
21    A. This is -- the Pre-Engineered Metal Building line
22 item is for a -- a demo and replacement of the R-Panel
23 roofing system over the office and the dock.
24    Q. Okay. And did you have an opportunity to
25 determine if the roof was in good and safe operating

Page 55

1 condition?
2     A. Only through -- only through aerial imaging. We
3 were not able to get up on the roof.
4     Q. Okay. But you were able to observe the condition
5 of the roof from -- from drone footage?
6     A. Yes. Drone photos showed -- showed a substantial
7 amount of patching done -- done over the years,
8 substantial amount of rust throughout the roof system,
9 which is indicative of needing to be fully replaced.
10        MR. FALLON: Now, could the court reporter
11 read that back? It got a little garbled.
12        (Requested material was read back.)
13 BY MR. FALLON:
14    Q. Okay. So was it your view that the roof was --
15 was in good and safe operating condition, or was not?
16    A. Was not.
17    Q. And is the estimate -- what does the estimate in
18 Division 13 consist of?
19    A. So it's -- we received a proposal from -- from
20 our sister company, which is Schwob Steel Services, to
21 remove the existing roof and replace the insulation and
22 replace the R-Panels -- the R-Panel roofing system.
23    Q. And is that repair necessary to bring the
24 property up to safe and good operating condition?
25    A. Yes.

Page 56

1         MR. FALLON: And let me then ask you to turn
2 to Taylor Exhibit 27. And within Taylor Exhibit 27, if
3 you can turn to documents Bates-stamped SEFL8, SEFL9, and
4 SEFL10.
5         MR. WEINBERG: (Complied.)
6 BY MR. FALLON:
7     Q. Can you tell me what that document is?
8     A. This is a proposal from Schwob Steel Services for
9 the roof replacement.
10    Q. And this is where the number in the estimate
11 comes from?
12    A. Correct.
13    Q. Are you also an employee of Schwob Steel?
14    A. No.
15    Q. Okay. And are there discounts to Schwob
16 Building -- to a Schwob Building customer if it uses
17 Schwob Steel Services?
18    A. No. They operate as two -- two separate
19 businesses.
20    Q. Okay. In your experience, is the Schwob Steel
21 estimate competitive market rates?
22    A. Yes. In fact, Southeast Freight solicited
23 another roofing contractor prior to us visiting the site,
24 and Schwob Steel Services' roofing price was cheaper than
25 the other roofing quote.

Page 57

1     Q. Are there cheaper alternatives to the repairs
2 described here on the roof?
3     A. There's -- you can -- you can do roof coating
4 systems; you can do -- you can continue to patch and
5 replace the roofing system, but all of those -- once you
6 start getting rust on your panels, it's going to continue
7 to rust and continue to leak and be an ongoing maintenance
8 issue. So at this stage in the -- in the roof's life and
9 the current condition that was observed on the aerials,
10 it's our opinion that -- that the best and only solution
11 is -- is to do a full replacement.
12    Q. Okay. And do you believe the Schwob Steel's
13 estimate is a reasonable market estimate?
14    A. Yes.
15        MR. FALLON: While we are at it, let's go
16 ahead and take a look at documents Bates-stamped SEFL276
17 to SEFL277, and we ask that that be marked as Taylor
18 Exhibit 28.
19        MR. WEINBERG: (Complied.)
20        (Exhibit 28 was marked for identification.)
21 BY MR. FALLON:
22    Q. And let me ask you if you recognize Taylor
23 Exhibit 28?
24    A. Yes.
25    Q. And what is that?

15 (Pages 54 - 57)

1    A.  That is a roofing proposal from P.J. Callaghan
2  that was procured by Tom Herndon at Southeast Freight
3  Lines.
4    Q.  And what does that show you?
5    A.  They priced a -- a similar roof replacement
6  system.  Theirs is more of a retrofit where they left the
7  existing roof in place, framed over the existing roof and
8  placed new roof panels and new insulation over the
9  existing roof.
10    Q.  In your view, would this bring the roof into good
11  and operating safe -- good and safe operating condition?
12    A.  Yes.
13    Q.  Okay.  But this is more expensive than the
14  estimate from Schwob Steel?
15    A.  Correct.
16    Q.  Okay.
17      MR. FALLON:  Let's turn back to Taylor 26.
18  That's SEFL13.
19      MR. WEINBERG:  (Complied.)
20  BY MR. FALLON:
21    Q.  Okay.  So is your total estimate before tax and
22  other items, total direct costs are $1,257,764?
23    A.  That's correct.
24    Q.  Okay.  And those are the repairs necessary to
25  bring the property up to good and safe operating

1  condition?
2    A.  Yes.
3    Q.  And then can you describe the indirect costs that
4  are described on the estimate there?
5    A.  Contractor's Contingency, at this stage in the
6  estimate, we feel that we're within plus or minus
7  15 percent of the overall estimate, so we include a
8  10 percent contingency for unknown items.  General
9  Liability Insurance is -- it's a requirement that -- for
10  us, to hold general liability insurance.  The next line
11  item is Profit, and next item is Texas Remodel Sales Tax.
12    Q.  Okay.  And I believe it was Pavecon had a sales
13  tax added; is that correct?
14    A.  Correct.  And that was -- that was removed from
15  Pavecon's -- Pavecon's proposal.  The way -- the way taxes
16  work in Texas, new construction, you pay sales tax on
17  materials only at the point of sale, which would be
18  generally by our subcontractors.  For a remodel project --
19  remodel/renovation project, the State of Texas charges
20  8.25 percent on the entire contract, and that's paid
21  directly to the State via the general contractor.
22    Q.  And can you then give us the final -- the total
23  cost of your estimate?
24    A.  Total cost is 1,658,983.
25    Q.  Okay.  And, again, so this is an estimate that

1  you prepared which describes the costs necessary to bring
2  the property up to good and safe operating condition?
3    A.  Yes.
4      MR. FALLON:  Let me turn to document
5  Bates-stamped SEFL11, and ask that that be marked as
6  Taylor Exhibit 28 [sic].
7      MR. WEINBERG:  (Complied.)
8      (Exhibit 29 was marked for identification.)
9  BY MR. FALLON:
10    Q.  Can you tell us what Taylor Exhibit 28 [sic] is?
11    A.  This is just a clarifications that -- that walked
12  through the estimate by division, how we walked through it
13  a few minutes ago, giving general -- general inclusions
14  and exclusions for each line item of work.
15      MR. FALLON:  I think I'm done.  So if we
16  want to take a short break, or I don't know if you want
17  to -- let's go off the record.
18      (Brief recess taken.)
19      MR. FALLON:  Let's go back on the record.
20  So document Bates-stamped SEFL11, I had erroneously asked
21  it to be marked as Exhibit 27 -- no, 28, and it should
22  have been Exhibit 29.  Yeah.  So SEFL11 is Taylor
23  Exhibit 29.
24      THE COURT REPORTER:  Okay.
25      MS. LAMPLEY:  If we can get, like,

1  15 minutes, and we'll have a few follow-up questions.
2      MR. FALLON:  Okay.  You want to take a
3  break?
4      MS. LAMPLEY:  Yeah, 15-minute break.
5      MR. FALLON:  Okay.  Off the record.  Thank
6  you.
7      (Brief recess taken.)
8      MS. LAMPLEY:  We are ready to go back on the
9  record.
10      EXAMINATION
11  BY MS. LAMPLEY:
12    Q.  Hi, Mr. Taylor.  I'm Amiri Lampley from Kirkland
13  & Ellis here on behalf of the Debtors.  I have a few
14  questions for you.  If you don't understand any of my
15  questions, please let me know, and I'm happy to rephrase;
16  otherwise, we'll proceed.
17    A.  Okay.
18    Q.  I first want to discuss your relationship with
19  Southeastern.  Schwob has provided its services to
20  Southeastern prior to this matter, correct?
21    A.  Yes.
22    Q.  Could you describe, generally, what type of
23  services or projects Schwob has provided Southeastern
24  before?
25    A.  So we've got a 20-year relationship with

Page 62

1 Southeastern Freight Lines. Projects include new freight
2 facilities, new shop facilities, expansion of existing
3 facilities, and renovations and repairs of existing
4 facilities.
5     Q. And generally, how much does Schwob charge
6 Southeastern for these projects or services?
7     A. It's -- it's all based on sub bids and overall --
8 overall estimate and scope of work. They're all -- all
9 the projects are -- are varied and different.
10     Q. Does Schwob offer various estimates depending on
11 how large the project is or how many projects are
12 happening simultaneously for Southeastern?
13     A. Yes. Our -- our profit is based on -- based on
14 the size of the project. There's no -- no real advantage
15 or disadvantage on the amount of projects, but based on --
16 it's based on the size is what we charge for profit.
17     Q. Is Southeastern one of your larger clients?
18     A. Yes.
19     Q. You stated earlier that, on average, Schwob sees
20 about 15 projects to final completion each year; is that
21 correct?
22     A. Yeah, 10 -- 10 to 15 projects. We may do -- we
23 may do more estimates. We may not get all of the projects
24 that we estimate. But, on average, we estimate probably
25 15 projects a year. And we -- we may complete anywhere

Page 63

1 from 8 to 10, 12, 15 of them depending on project size and
2 year.
3     Q. In general, how many -- do you have a sense of
4 how many inquiries or requests for proposals that Schwob
5 receives to get estimates on for projects?
6     A. I don't have that number off the top of my head,
7 but it varies from year to year. Timing and how -- how
8 busy we are, but we do a lot of budgets and a lot of -- a
9 lot of estimates for other clients. We don't get -- we
10 don't get all the projects that we estimate or budget. A
11 lot of them that we budget don't ever become a project due
12 to funding, things like that. And then obviously some
13 projects are competitively bid and we don't -- we don't
14 get every project that we estimate.
15     Q. So sometimes you have lost projects to
16 competitive bids?
17     A. Yes.
18     Q. You testified earlier regarding the inspection
19 and estimating process for the Lubbock property, correct?
20     A. Yes.
21     Q. Who first approached you for -- excuse me. Who
22 first approached you to inspect -- conduct an inspection
23 for the Lubbock property?
24     A. Tom Herndon with Southeastern Freight Lines.
25     Q. And who is Tom?

Page 64

1     A. Tom is in their real estate and construction
2 department.
3     Q. And what's your relationship with Tom?
4     A. We have a working business relationship. We work
5 with him on usually smaller -- smaller facilities,
6 renovations of existing facilities and leased facilities.
7     Q. And for the Lubbock property, what did Tom ask
8 you to do?
9     A. He asked us to make a site visit and take photos
10 and put together an estimate of what it would take to --
11 to renovate and repair items that have not been maintained
12 over the years.
13     Q. Was there any specific guidance as to a standard
14 that you should be assessing the repairs for?
15     A. No. There wasn't a standard that was laid out.
16 It was, you know: Use your experience, what we've done in
17 the past. And, you know, we had a conversation. I was
18 with Ryan Smigiel as well, who's the vice president of
19 real estate, on that site walk. And so we talked through
20 what was needed and what wasn't needed.
21     Q. Is there a typical process that you use when
22 conducting inspections?
23     A. Generally -- generally, the process is making a
24 site visit, documenting -- documenting what we see. We
25 usually put together a list of items that -- that

Page 65

1 potentially could be repaired, replaced, refurbished,
2 upgraded, and -- and sit down with our client and review
3 those items and find out to what extent they want to take
4 it and what they want to get done.
5     Q. And you said that when you're doing these
6 inspections, you might look at what can be refurbished or
7 upgraded.
8         So is it -- when doing these inspections, is
9 there an opportunity to -- do you decide whether or not a
10 property should have a refurbished or -- you know, a
11 replacement versus a refurbished repair?
12     A. We -- we look at both options. If -- if the --
13 if the item in question is -- is beyond its -- its service
14 life, we'll generally recommend to replace it versus just
15 repair it, because then it's just a continued ongoing
16 maintenance. But it's -- it's a conversation with -- with
17 the specific client on -- on what -- what level they want
18 to take it.
19     Q. And when providing the estimate or findings to
20 Southeastern, did you have a conversation about whether
21 the -- the defects that you saw needed to be
22 repaired versus -- replaced versus refurbished?
23     A. Yes, we did.
24     Q. And could you -- what was the guidance that you
25 received from that discussion?

17 (Pages 62 - 65)

1   A.  As we -- as we walked through the site and talked
2   about various items, we identified items that we didn't --
3   that were just normal wear and tear items that didn't need
4   to be addressed, items that we could -- we could repair,
5   such as, you know, spot replacing ceiling tiles versus
6   replacing the entire ceiling system in the office,
7   repairing -- repairing doors and dock levellers versus
8   just a complete replacement, and then asphalt was
9   obviously -- that was decided based on the condition of
10  us -- us walking it, our subcontractor walking it, and
11  having a discussion that we decided that that -- the full
12  asphalt needed to be replaced versus just continue to be
13  patched and repaired.
14      Q.  Were there any repairs during your inspection
15  that you found required an immediate attention due to
16  safety hazard?
17      A.  The property's vacant, so there wasn't anything
18  that was a life-safety issue that needed to be repaired
19  immediately.
20      Q.  But if the property had been -- been in use, did
21  you identify anything that would have been an immediate
22  safety hazard for workers?
23      A.  Yes.  Potholes on the yard would need to be
24  filled.  As trailers and hostlers drive over those areas,
25  if they hit a pothole, they could tip over, people could

1   trip on them; items like that were identified, yes.
2       Q.  And you stated that the asphalt was not in good
3   and safe condition earlier, correct?
4       A.  Yes.
5       Q.  During your inspection, you also determined that
6   it was best to replace -- completely repave the asphalt,
7   correct?
8       A.  Correct.
9       Q.  Was there still a -- was refurbishing or --
10  excuse me -- patching certain areas of the asphalt still
11  an alternative option for the asphalt?
12      A.  It's certainly an option to patch certain areas,
13  but as you can see in the photos where areas were
14  repaired, there was substantial cracking around those,
15  and it's my assumption that, generally, as soon as you
16  replace an area, the areas around it begin to fail a lot
17  quicker, and so it continues to be an ongoing -- ongoing
18  maintenance issue when asphalt is past its lifecycle and
19  subbase is deteriorated.
20      Q.  But if you were to patch the areas that you
21  identified that needed to be repaired, would that have
22  brought the asphalt pavement back to a good and safe and
23  operable condition?
24      A.  I wouldn't say that it would bring it to a good
25  condition, but it would -- it would fix the potholes that

1   -- that present a potential safety issue.
2       Q.  You also stated the same for certain areas inside
3   the facility.  Were there alternatives when inspecting the
4   indoor area of the facility for short-term repairs that
5   would have allowed the property to be back up to good and
6   safe condition rather than complete replacement?
7       A.  The -- I think in the -- in the office, the only
8   complete replacement we were doing was -- was the flooring
9   and repainting the walls.  Everything else was -- was just
10  a repair.  Replacing ceiling tiles that were damaged and
11  stained, cleaning all the surfaces, replacing overhead
12  doors so that they are all operable and in working
13  condition, repairing the dock levellers so they are in
14  working -- in operable condition.  The only -- the only
15  full replacement was the flooring.
16      Q.  So you advised for a full replacement of the
17  flooring inside the facility, or are you referring to the
18  parking?
19      A.  The -- the flooring inside of the office.  The
20  VCT flooring was -- was stained, damaged and -- and
21  beyond -- beyond cleanable condition.
22      Q.  I'm going to ask you the same question about the
23  roof replacement.  And these are all questions related to
24  the Lubbock property, obviously, because -- that is the
25  site that you testified to.

1       So the same question goes for the roof
2   replacement.  Would there have been cheaper alternatives
3   to repairing the roof that would have brought it -- that
4   would bring it back up to a safe and good condition rather
5   than fully replacing the roof?
6       A.  There's -- there's certainly options to -- to
7   patch and continue to -- to patch that -- that roof,
8   whether it's a coating system or selective panel
9   replacement.  But based on the aerials that we viewed,
10  there was a substantial amount of patching throughout the
11  -- throughout the roof.  You could see areas where all the
12  fasteners are -- that it's rusted around the fasteners.
13  As it starts rusting around the fasteners, those fasteners
14  become loose, and as buildings move, those holes get
15  bigger and just continues to present roof leaks.  There
16  was evidence in the office that there was -- were roof
17  leaks.
18      Q.  But those roofs could have been -- excuse me.
19  Those leaks could have been patched to bring the facility
20  back up to a good and safe condition for its workers, if
21  there were workers present?
22      A.  Yes.
23      Q.  When conducting your estimates, did you look into
24  any options that were cheaper for subcontractors --
25      A.  We did not.

18 (Pages 66 - 69)

Page 70

1    Q. -- with subcontractors?
2    A. You're talking specifically on the roofing?
3    Q. Yes.
4    A. No, we did not.
5    Q. Are you familiar with the American Society for
6 Testing and Materials, also known as ASTM, standard for
7 property condition assessment?
8    A. I'm familiar with ASTM, but not the specific
9 section you've referenced.
10    Q. So Schwob does not use the baseline standard for
11 property condition assessment when conducting its
12 inspections?
13    A. No.
14    Q. I would like to -- it might take us a second --
15 bring up one exhibit that was shared earlier. We are
16 going to share our screen and show you Tab 6, document
17 Bates No. -- excuse me -- this is a prior exhibit,
18 Exhibit 26, that counsel showed you earlier.
19        And you may not need it, Mr. Taylor, but
20 counsel went through all of the various items on your
21 estimate summary, and I just wanted to revisit the
22 Indirect Costs section.
23    A. Okay.
24    Q. Could you explain again --
25        MS. LAMPLEY:  If you could scroll down to

Page 71

1 the bottom where it says "Indirect Costs."
2        MS. SHANG:  (Complied.)
3 BY MS. LAMPLEY:
4    Q. Could you explain to me what the contractor
5 contingency fee is, the 10 percent?
6    A. Yes. So that's a -- that's a contingency for
7 unknown/unforeseen conditions that may arise through
8 the -- through the repair and remodel. Since the -- we
9 walked it a few weeks ago, put together some quick
10 pricing, it's -- it's basically a -- a bucket to cover any
11 unforeseen conditions and unforeseen items.
12    Q. Does that contingency fee remain even if there
13 aren't unforeseen or there are no additional expenses?
14    A. No.
15    Q. So it could be less than that --
16    A. Correct.
17    Q. -- for the final price?
18    A. Correct.
19    Q. And could you also explain what the profit
20 entails, that 10 percent?
21    A. That covers Schwob Building Company's overhead
22 and profit for the -- for the project.
23        MS. LAMPLEY:  And if you could scroll back
24 up to the top.
25        MS. SHANG:  (Complied.)

Page 72

1 BY MS. LAMPLEY:
2    Q. You also went over a few of the items under the
3 Division 1, General Conditions. Are those typical -- are
4 those -- are those typical costs that are included in
5 a general contractor's estimate summary --
6    A. Yes. Generally --
7    Q. -- for a project like this?
8    A. Yes. Project supervision -- project supervision
9 and all of the items listed in General Conditions are --
10 are treated as costs of work in general construction.
11    Q. And are these costs representative of the typical
12 market rate for those items?
13    A. Yes.
14    Q. How do you determine what is the market rate? Is
15 that something that you look up periodically? Is that --
16 how -- how competitive is Schwob within the market?
17    A. We feel we're pretty competitive. Obviously the
18 largest part is our project and field management, which is
19 our personnel that manage the project from an on-site
20 perspective or from office perspective, and those are
21 based on -- those are based on actual salaries, and we're
22 a competitive contractor in DFW as far as our -- what we
23 pay people, and -- and when we bid work, our general
24 conditions, generally from the feedback we get, are in
25 line with other contractors.

Page 73

1    Q. And when you are bidding work with
2 subcontractors, what does that process look like? How
3 many subcontractors are you reaching out to for bids?
4    A. We use a -- we use a software to solicit bid --
5 bid invitations, and anywhere -- on a normal construction
6 project that's ready to go to construction, when we bid it
7 out, it'll go to anywhere from -- anywhere from 1,500 to
8 3,000 contractors in the region, and we end up -- you
9 know, between -- between all the different divisions that
10 we're bidding, there's usually 30 to 40 different bid
11 packages that are -- that are bid. You know, this one has
12 a lot fewer. Asphalt paving would be one, and our goal is
13 to get four bids per trade so that we can -- we can verify
14 that the numbers are competitive and complete.
15    Q. And how many bids did you have for asphalt paving
16 for the Lubbock property?
17    A. For this one, one.
18    Q. Is there a reason for that?
19    A. We -- once -- once we found out about the project
20 and made the site visit, everything was a quick
21 turnaround, and we didn't have time to go through the
22 typical process to get multiple bids. And this being a --
23 an estimate of where we think the cost is, not a final
24 estimate, we solicited one reputable contractor that we
25 felt comfortable with -- with their pricing, that they

19 (Pages 70 - 73)

Page 74

1 would give us fair market value pricing.

2     Q. Is Pavecon aware that they were the only

3 subcontract bid for this project?

4     A. I'm not -- I'm not sure if they're aware they

5 were. They were never told that they were the only ones

6 that were solicited.

7     Q. But it is possible that there are cheaper

8 alternatives than Pavecon for this project?

9     A. It's -- it's possible.

10     Q. Is Lubbock property -- were you responsible for

11 inspecting or providing estimates for any of the other

12 properties related to this matter?

13     A. No.

14         MS. LAMPLEY: You can take that down.

15         MS. SHANG: (Complied.)

16 BY MS. LAMPLEY:

17     Q. Mr. Taylor, how much are you being paid for this

18 work specifically, meaning the inspection and estimate of

19 the Lubbock property?

20     A. We were paid $1,500 for travel and our time to do

21 the site assessment.

22     Q. Are you being compensated for time spent

23 testifying?

24     A. No.

25     Q. Were you asked to attend the hearing --

Page 75

1     A. Yeah.

2     Q. -- in this matter?

3     A. This hearing? This --

4     Q. Did you know that there will be a hearing related

5 to this matter?

6     A. I assume so, but it hasn't been discussed.

7     Q. So you have not been asked to attend as of yet?

8     A. No.

9     Q. Did you speak with anyone at Southeastern about

10 this deposition?

11     A. Other than Tom Herndon was on a prep call that we

12 had yesterday.

13     Q. And what did you do to prepare, if anything?

14     A. We walked through -- walked through the exhibits

15 with Brett and his team, and just walked through what we

16 saw and what -- what my responses would be to his

17 questions.

18     Q. And how much time did you spend preparing?

19     A. I think the meeting was right at an hour, a

20 little over an hour.

21         MS. LAMPLEY: Counsel, if we can take a

22 five-minute break, I think I'm done asking questions, but

23 I just want to make sure there's nothing else I need to

24 wrap up.

25         MR. FALLON: Sure.

Page 76

1         MS. LAMPLEY: Five minutes.

2         (Brief recess taken.)

3         MS. LAMPLEY: All right. Counsel, I would

4 like to go on the record for one to two minutes.

5         MR. FALLON: Okay.

6 BY MS. LAMPLEY:

7     Q. So, Mr. Taylor, just to clarify, you stated

8 earlier that the asphalt and the roof at the Lubbock

9 property were not in a good and safe condition upon

10 inspection, correct?

11     A. Yes.

12     Q. And that the asphalt and roof needed to be fully

13 replaced to bring them up to a good and safe and operable

14 condition, right?

15     A. Yes.

16     Q. But you also noted that repairs and refurbishment

17 are alternative options to make the property safe for

18 workers, correct?

19     A. Correct.

20     Q. And you do not have estimates for those

21 alternative options?

22     A. I do not.

23         MS. LAMPLEY: That's all. Thank you,

24 Mr. Taylor.

25         RE-EXAMINATION

Page 77

1 BY MR. FALLON:

2     Q. Okay. I've got some follow-up to that.

3         All right. On Taylor Exhibit 26 --

4         MR. FALLON: Why don't we pull that up.

5         MR. WEINBERG: (Complied.)

6 BY MR. FALLON:

7     Q. Looking at Taylor 26 again, counsel had asked you

8 some questions about the indirect costs at the bottom, and

9 one of those questions was about your profit line item.

10         Let me ask you if that is something unusual

11 that you put in there or is that in every bid?

12     A. That's in every bid.

13     Q. And why would you list profit as a separate item?

14     A. We're transparent. We show what the direct costs

15 are, what our indirect costs are, and as business owner,

16 we've got make money, and so that's our profit to complete

17 the construction renovations.

18     Q. Is that common in the industry?

19     A. Yes.

20     Q. And then --

21         MR. FALLON: We can take that down.

22         MR. WEINBERG: (Complied.)

23 BY MR. FALLON:

24     Q. Counsel had asked you a number of questions about

25 the estimate from Pavecon. And based on your experience,

20 (Pages 74 - 77)

Page 78

1 do you think the Pavecon estimate was reasonable?
2 　A. Yes. For the scope, it was reasonable.
3 　Q. Okay. What -- and was it market rate?
4 　A. Yes.
5 　Q. Would you expect any dramatically lesser amounts
6 were you to solicit numerous subcontractors?
7 　A. Not for the same scope. The same scope, they
8 should all generally be within a couple of percent of each
9 other.
10 　Q. There were a number of questions regarding
11 patching the asphalt as opposed to replacing the asphalt.
12 　　So is it your professional opinion that the
13 asphalt needs replacement rather than patching or being
14 otherwise refurbished?
15 　A. Yes.
16 　Q. And what is the basis of that?
17 　A. Based on the -- based on the condition, the
18 binder has broken down to where you've got loose gravel
19 over the entire yard. The -- the sheer amount of cracks
20 throughout the entire yard and the size of the potholes.
21 Potholes can obviously be patched and repaired, but it
22 doesn't fix the problem, and it doesn't provide additional
23 life span for the -- for the facility. It's a -- it will
24 be a constant maintenance.
25 　Q. Exactly. I guess I'd like to follow up. You

Page 79

1 said it would be a constant -- what did you say? I'm
2 sorry.
3 　A. Constant maintenance.
4 　Q. So can you expand on that? What would you -- if
5 you just tried to patch that asphalt, what would you
6 expect to see and what would you expect to have to do?
7 　A. In my experience, instead of getting a couple
8 years out of the asphalt before you need to do any
9 maintenance, such as just seal cracking, which is very
10 inexpensive and an easy process to do without disrupting
11 ongoing operations, you would be continually patching and
12 replacing large sections of asphalt. As the subgrade
13 fails -- as the subgrade has failures in it, it will
14 continue to fail around all the new patches.
15 　Q. So to expand on that a little bit, if you did the
16 complete replacement, is it fair to say that that needs
17 steady minor maintenance?
18 　A. Correct.
19 　Q. And so that would be the -- the tarring from,
20 what, every couple of years, something like that?
21 　A. Yes.
22 　Q. And so if you were, instead, to just patch it,
23 what would that do to the operations of the terminal?
24 　A. Depending on the location, you'd have to either
25 shut down dock doors in order to do the repairs or shut

Page 80

1 down portions of your drive lane, which would prevent the
2 trucks from being able to circulate around the building.
3 　Q. And are there limits to when asphalt patching
4 and -- and replacement can be done as far as weather goes?
5 　A. Yes. And I don't -- I don't have the -- I don't
6 have the temperature of -- on my -- in my head of exactly
7 when -- when you can and can't place asphalt, but there
8 are limitations with -- with temperature and weather.
9 Lubbock, I don't believe they shut their asphalt plants
10 down. Other areas across the country, they will shut
11 their asphalt plants down, you know, from October or March
12 or April in certain cases, but I don't believe that's the
13 case in Lubbock.
14 　Q. And is it cost-efficient to complete a full
15 replacement rather than patchwork?
16 　A. If the quantities are comparable. Patchwork --
17 patchwork per square foot costs more than a full
18 replacement. If you're replacing smaller areas, less
19 quantity, it will be less -- less costly day one when you
20 do the initial repairs, but it will be an ongoing
21 maintenance versus doing a full replacement.
22 　Q. And so over time, do you have a view as to what
23 the cost is over time?
24 　A. I don't. I'd have to -- I'd have to run numbers
25 on that to understand, depending on how large the patches

Page 81

1 we're doing, how many patches we're doing, things like
2 that.
3 　Q. Earlier in your testimony, you -- you made a
4 remark that you didn't know where to start and end the
5 patchwork.
6 　　Do you recall that testimony?
7 　A. Yes.
8 　Q. What did you mean by that?
9 　A. Due to the severity of the cracking, it's hard to
10 find a -- a demarcation point of where you're going to
11 start and where you're going to stop on doing -- on doing
12 the patching. You know, you could potentially take the
13 worst-case areas where there's severe potholes and do just
14 those areas, but you've got failed asphalt adjacent to it
15 on all sides.
16 　　MR. FALLON: I don't have anything further.
17 　　THE COURT REPORTER: Are we done?
18 　　MR. FALLON: Yes. I don't have -- I was
19 waiting to see if counsel for Debtor had any further
20 questions.
21 　　MS. LAMPLEY: My apologies. No other
22 questions from the Debtors.
23 　　MR. FALLON: I think we're done. Thank you.
24 　　12:00　(Deposition concluded at
p.m.)
25
25

21 (Pages 78 - 81)

Page 82

```
 1  1        CHANGES AND SIGNATURE
 2  2            TRAVIS TAYLOR
 3  3         Tuesday, March 26, 2024
 4  4
 5     PAGE/LINE  |  CHANGE      REASON
 6  6  _____ | _____
 7  7  _____ | _____
 8  8  _____ | _____
 9  9  _____ | _____
10 10  _____ | _____
11 11  _____ | _____
12 12  _____ | _____
13 13  _____ | _____
14 14  _____ | _____
15 15  _____ | _____
16 16  _____ | _____
17 17  _____ | _____
18 18  _____ | _____
19 19  _____ | _____
20 20  _____ | _____
21 21  _____ | _____
22 22  _____ | _____
23 23  _____ | _____
24 24  _____ | _____
25 25  6607004
```

Page 83

```
 1        I, TRAVIS TAYLOR, have read the foregoing
 2  deposition and hereby affix my signature that same is true
 3  and correct, except for the changes noted above.
 4
 5  _____
    TRAVIS TAYLOR
 6
 7
 8
 9
10  COUNTY OF: _____ §
                                 §
11  STATE OF: _____  §
12
        Before me, _____, on
13  this day personally appeared TRAVIS TAYLOR, known to me
    (or proved to me under oath or through _____) to be
14  the person whose name is subscribed to the foregoing
    instrument and acknowledged to me that they executed the
15  same for the purposes and consideration therein expressed.
16
        Given under my hand and seal of office this
17
    _____ day of _____, _____.
18
19
20  _____
    NOTARY PUBLIC IN AND FOR
21  THE STATE OF _____
22
    My Commission Expires: _____
23
24
25  6607004
```

Page 84

```
 1        IN THE UNITED STATES BANKRUPTCY COURT
           FOR THE DISTRICT OF DELAWARE
 2
    In re:              ) Chapter 11
 3                      )
    YELLOW CORPORATION,  ) Case No. 23-11069(CTG)
 4  et al.,              )
                         ) (Jointly Administered)
 5      Debtors.         )
                         ) Ref. Docket Nos. 968,
 6                       ) 1113, 1163, 2157 & 2245
 7        REPORTER'S CERTIFICATION
           ORAL/HYBRID DEPOSITION OF
 8              TRAVIS TAYLOR
          TUESDAY, MARCH 26, 2024
 9
        I, Kari J. Behan, CSR, RPR, CRR, and in and for the
10  State of Texas, do hereby certify that the facts as stated
    by me in the caption hereto are true;
11      That there came before me the aforementioned named
    person, who was by me duly sworn to testify the truth
12  concerning the matters in controversy in this cause;
        And that the examination was reduced to writing by
13  computer transcription under my supervision; that the
    deposition is a true record of the testimony given by the
14  witness.
        I further certify that I am neither attorney or
15  counsel for, nor related to or employed by, any of the
    parties to the action in which this deposition is taken,
16  and further that I am not a relative or employee of any
    attorney or counsel employed by the parties hereto, or
17  financially interested in the action.
        Given under my hand and seal of office on this 2nd
18  day of April, 2024.
19
20
21
22  Kari J. Behan
23  Kari J. Behan, CCR, RPR, CRR
    Texas CSR NO. 8564;
    Expiration Date: 7-31-2024
24  VERITEXT LEGAL SOLUTIONS
    Firm Registration No. 571
25
```

Page 85

```
 1  Travis Taylor
 2
 3  April 2, 2024
 4  RE:   In Re: Yellow Corporation Et Al
 5  3/26/2024, Travis Taylor (#6607004)
 6  The above-referenced transcript is available for
 7  review.
 8      Within the applicable timeframe, the witness should
 9  read the testimony to verify its accuracy. If there are
10  any changes, the witness should note those with the
11  reason, on the attached Errata Sheet.
12      The witness should sign the Acknowledgment of
13  Deponent and Errata and return to the deposing attorney.
14  Copies should be sent to all counsel, and to Veritext at
15  cs-midatlantic@veritext.com.
16  Return completed errata within 30 days from
17  receipt of testimony.
18   If the witness fails to do so within the time
19  allotted, the transcript may be used as if signed.
20
21
22      Yours,
23      Veritext Legal Solutions
24
25
```

**[& - 26]**                                                              Page 1

| & | 1113 1:6 84:6 | 82:18 | 2019 12:15 |
|---|---|---|---|

**&**   1:6 2:6,13,21
5:8 61:13 84:6

**0**

**00000010**   4:16
**00000277**   4:18

**1**

**1**   3:13 19:17,18
23:3 48:8,11
48:12 72:3
81:1 82:1
**1,257,764**   58:22
**1,500**   73:7
74:20
**1,658,983**   59:24
**10**   3:22 21:21
30:1,3,7 59:8
62:22,22 63:1
71:5,20 81:10
82:10
**100**   13:6
**1055**   20:16
**1056**   20:20
**1059**   21:23
**1060**   21:20,21
22:11,11
**1061**   22:11
**1062**   22:17
**1063**   22:24,25
**11**   1:2 3:23
30:22,24 31:1
53:19 81:11
82:11 84:2

**1113**   1:6 84:6
**116**   45:2
**1163**   1:6 84:6
**12**   3:24 15:22
15:25 33:9,11
33:13,14 63:1
81:12 82:12
**1212**   5:24
**12:00**   1:15
81:24
**13**   4:2 34:5,7,9
54:19 55:18
81:13 82:13
**1317**   17:21
**1350**   1:18
**14**   4:3 34:21,23
35:1,2,24
81:14 82:14
**1410**   2:14
**15**   4:4 13:17,17
31:17 32:2,4
32:13,22 36:5
36:7,9,10 59:7
61:1,4 62:20
62:22,25 63:1
81:15 82:15
**16**   4:5 37:4,6,8
37:10,25 41:2
81:16 82:16
**160**   1:18
**17**   4:6 26:2
38:5,7,9,11
81:17 82:17
**18**   4:7 38:21,24
39:1 81:18

**82**:18
**19**   3:13 4:8
16:15 39:20,22
40:15 81:19
82:19
**19801**   2:14

**2**

**2**   3:14 18:17
24:17,19,22
49:16 81:2
82:2 85:3
**20**   4:9 13:4
40:21,23 41:1
41:4 42:16
61:25 81:20
82:20
**200**   17:4,16
**2000**   7:25
**20006-1037**
2:22
**2001**   2:22
**2008**   7:2,3 8:1
9:2
**2010**   9:3,3 10:7
**2012**   8:1 9:3
10:7,10,11
11:4
**2014**   10:11
11:4,10 12:10
13:4
**2016**   11:11
12:10,15
**2018**   12:15
14:3 16:15

**2019**   12:15
13:4 14:3
**202**   2:23
**2024**   1:9,15 5:2
18:3 82:3 84:8
84:18 85:3
**20807**   84:22
**21**   4:10 41:15
41:17,19 42:19
42:21 81:21
82:21
**2157**   1:6 84:6
**22**   4:11 43:3,5
43:8,13,19
81:22 82:22
**222**   2:14
**224**   28:19
**2245**   1:6 84:6
**23**   4:12 44:2,4
44:6,19 81:23
82:23
**23-11069**   1:3
84:3
**24**   3:14 4:13
45:3,5,7,15,23
81:24 82:24
**25**   3:15,16 4:14
13:7 47:5,7
81:25 82:25
**26**   1:9,15 3:17
4:15 5:2 47:10
47:12,14 48:9
49:15 52:7,20
53:20 54:13,19
58:17 70:18

**[26 - additional]**

77:3,7 82:3
84:8
**27**  3:18,19 4:16
50:17,18,24
54:5,5 56:2,2
60:21
**28**  3:20 4:17
57:18,20,23
60:6,10,21
**29**  3:21 4:19
60:8,22,23
**2nd**  84:18

**3**

**3**  3:15 25:7,9
25:12 51:21
81:3 82:3
**3,000**  73:8
**3/26/2024**  85:5
**30**  3:22,23 13:8
73:10 85:16
**300**  2:6
**302**  2:15
**31**  29:10
**312**  2:7
**33**  3:24
**34**  4:2,3
**36**  4:4
**37**  4:5
**38**  4:6,7
**38th**  17:21
**39**  4:8

**4**

**4**  1:19 3:16
25:22,24 26:1

26:4 81:4 82:4
**40**  4:9 73:10
**41**  4:10
**43**  4:11
**44**  4:12
**45**  1:19 4:13
**467-4200**  2:15
**47**  4:14,15

**5**

**5**  3:5,17 13:7
26:13,15,18
81:5
**50**  4:16 33:21
**55**  30:1
**57**  4:17
**571**  84:24

**6**

**6**  3:18 27:7,9
27:11 50:23
51:1 70:16
81:6 82:6
**60**  4:19 33:21
**60654**  2:7
**61**  3:6
**62**  26:13
**6607004**  1:24
82:25 83:25
85:5

**7**

**7**  3:19 27:22,24
28:2,3 81:7
82:7
**7-31-2024**
84:23

**75019**  1:18
**76226**  5:24
**77**  3:7
**7th**  18:2

**8**

**8**  3:20 28:19,21
28:23 52:19
63:1 81:8 82:8
**8.25**  59:20
**82**  3:8
**84**  3:9
**855**  52:11,12
**855,782**  52:13
**8564**  84:23
**862-2000**  2:7
**887-4426**  2:23
**8:59**  1:15 5:2

**9**

**9**  3:21 29:10,12
29:14 53:8
81:9 82:9
**9016**  1:20
**968**  1:5 84:5
**9th**  5:24

**a**

**a.m.**  1:15 5:2
**abandoned**
34:14
**able**  6:9 19:8
20:12 42:6,8
44:16 45:17
55:3,4 80:2
**above**  1:14 5:4
42:9,9 83:3

85:6
**accompany**
18:8
**account**  31:24
**accounting**
16:11
**accuracy**  85:9
**accurate**  9:24
10:2 23:3 25:1
25:18 26:9,22
27:16 28:14
31:7 33:23
35:25 36:15
38:17 39:13
45:11
**accurately**  29:6
29:22 30:12
34:15,16 37:25
40:15 41:7
42:16,21 43:16
44:19 46:1
**acknowledged**
83:14
**acknowledg...**
85:12
**acres**  18:17
**action**  84:15,17
**actual**  13:15
72:21
**actually**  43:19
52:13
**added**  59:13
**addition**  15:1
**additional**
20:22 21:3,16

26:5,6 30:8,8
35:20 39:3
44:7 71:13
78:22
**address** 5:23
50:9
**addressed** 66:4
**adjacent** 27:13
39:4 81:14
**adjusted** 39:11
**adjustment**
37:18 53:2
**administered**
1:4 84:4
**administrative**
16:18
**advantage**
62:14
**advised** 68:16
**aerial** 55:2
**aerials** 57:9
69:9
**aesthetically**
36:20
**affix** 83:2
**aforemention...**
84:11
**aggregate** 21:6
23:17,21
**ago** 60:13 71:9
**agreeable**
13:24
**agreed** 5:13,16
**ahead** 57:16

**air** 42:15
**akin** 2:21
**akingump.com**
2:23,24
**al** 1:4 84:4 85:4
**alec** 2:13
**alec.weinberg**
2:16
**allotted** 85:19
**allowed** 68:5
**alternative**
67:11 76:17,21
**alternatives**
57:1 68:3 69:2
74:8
**american** 70:5
**amiri** 2:3 61:12
**amiri.lampley**
2:8
**amount** 20:25
21:17 32:17
37:12 52:14,14
55:7,8 62:15
69:10 78:19
**amounts** 78:5
**ancillary** 48:13
**andrea** 2:4
**andrea.shang**
2:8
**angle** 38:12
**annual** 13:10
13:12
**answer** 6:3,9
**anybody** 18:18

**apologies** 81:21
**appear** 36:23
52:2
**appeared** 37:20
37:20 43:10
44:12 83:13
**appearing**
16:18
**appears** 20:5
45:19,24
**applicable** 1:20
85:8
**applications**
48:24
**approached**
63:21,22
**approximately**
9:2 10:6 18:15
**approximating**
52:13
**april** 80:12
84:18 85:3
**apron** 31:2
**aprons** 27:13
31:2
**architect** 12:7
**architectural**
14:21
**area** 46:11,21
53:11 67:16
68:4
**areas** 22:15,15
24:6 26:8 28:5
32:12 40:11
49:22 50:5

66:24 67:10,12
67:13,16,20
68:2 69:11
80:10,18 81:13
81:14
**argyle** 5:24
**asked** 15:16
60:20 64:9
74:25 75:7
77:7,24
**asking** 5:15
75:22
**asphalt** 20:18
20:22,22,25
21:3,5,11,17
22:3,13,22
23:8,13,16,16
23:20,25 24:23
25:15 26:7
27:12 28:4,8
28:10,11 29:1
30:9,9 31:3,11
31:16,17,22
32:3,3,7,18,21
32:25 49:17,18
49:19,21 50:2
50:4,7,22 51:3
51:21 52:11
66:8,12 67:2,6
67:10,11,18,22
73:12,15 76:8
76:12 78:11,11
78:13 79:5,8
79:12 80:3,7,9
80:11 81:14

**assessing** 64:14
**assessment**
  35:6 70:7,11
  74:21
**assume** 75:6
**assumption**
  67:15
**astm** 70:6,8
**attached** 85:11
**attend** 74:25
  75:7
**attention** 50:23
  66:15
**attorney** 84:14
  84:16 85:13
**attorneys** 5:14
**aui** 10:11,13,21
  10:25 11:3,5
**available** 85:6
**avenue** 2:14
**average** 13:6
  62:19,24
**aware** 74:2,4

**b**

**b** 3:11
**bachelor's** 7:1
  7:6,15
**back** 6:21
  20:18 21:7
  25:13,14 28:25
  52:7 54:13
  55:11,12 58:17
  60:19 61:8
  67:22 68:5
  69:4,20 71:23

**background**
  6:22
**bankruptcy** 1:1
  1:21 5:10 6:1
  84:1
**base** 49:20
  51:22
**based** 32:2
  41:24 47:21
  48:3 49:20
  50:12 52:3
  62:7,13,13,15
  62:16 66:9
  69:9 72:21,21
  77:25 78:17,17
**baseline** 70:10
**basic** 7:8
**basically** 49:12
  71:10
**basis** 13:10,12
  78:16
**bates** 24:10,22
  26:2,12 27:6
  28:18 29:9,25
  30:21 33:8
  34:4,10 35:1
  36:4 37:3 38:4
  38:21 39:19
  40:20 41:1,14
  43:1 44:1 45:2
  46:7 47:4,9
  49:14 50:14,16
  56:3 57:16
  60:5,20 70:17

**bathroom**
  43:17 44:20,22
**beat** 36:22
**behalf** 61:13
**behan** 1:16
  84:9,22
**believe** 18:2
  22:24 33:16
  34:12 45:16
  57:12 59:12
  80:9,12
**bent** 39:6
**best** 57:10 67:6
**beyond** 44:16
  52:25,25 65:13
  68:21,21
**bid** 50:12 63:13
  72:23 73:4,5,6
  73:10,11 74:3
  77:11,12
**bidding** 9:5,5
  73:1,10
**biddle** 2:13 5:8
**bids** 9:10,12,15
  62:7 63:16
  73:3,13,15,22
**big** 18:15
**bigger** 69:15
**billed** 13:16
**binder** 21:5
  22:22 23:14,21
  32:18 78:18
**biology** 7:9
**bit** 6:21 14:11
  37:18 51:18

**79:15
**bits** 29:2
**blaine** 2:19
**board** 45:25
**bottom** 22:14
  41:21 71:1
  77:8
**box** 45:14
**break** 45:9
  60:16 61:3,4
  75:22
**breaking** 22:3
  22:22 32:18
**breaks** 23:22
**brett** 2:12 5:7
  75:15
**brett.fallon**
  2:15
**brief** 60:18
  61:7 76:2
**briefly** 7:5
**bring** 15:12
  39:8 47:25
  49:1 50:4 53:5
  53:16 55:23
  58:10,25 60:1
  67:24 69:4,19
  70:15 76:13
**broken** 21:5
  23:14 29:1
  78:18
**brought** 67:22
  69:3
**bscott** 2:23

**bucket** 71:10
**budget** 63:10
  63:11
**budgeting**
  13:13,19
**budgets** 13:15
  13:22 14:1
  63:8
**build** 12:4 14:9
  14:9,12,14
**building** 1:17
  11:7 16:1,4,6
  16:14 17:3
  18:22 33:4,5
  33:15 34:16,19
  35:8,14,18
  36:12,14 48:13
  49:9 54:21
  56:16,16 71:21
  80:2
**buildings** 10:17
  11:20 69:14
**bumpers** 54:3
**business** 14:24
  17:4,7 64:4
  77:15
**businesses**
  56:19
**busy** 63:8

**c**

**c** 2:1,5
**calculus** 7:10
**call** 18:6 75:11
**callaghan** 58:1

**called** 7:25
  21:25
**canopy** 33:19
  36:11
**caption** 84:10
**cards** 9:9
**case** 1:3 32:21
  80:13 81:13
  84:3
**cases** 80:12
**cause** 1:14 24:5
  24:5 28:12
  84:12
**causes** 28:13
**causing** 50:11
**ccr** 84:22
**ceiling** 39:24,25
  40:4,5,13 41:6
  42:2,5,8,9
  46:13 53:15
  66:5,6 68:10
**center** 21:12,12
  21:24 22:16
  42:11 45:19,21
**certain** 9:18
  23:18 67:10,12
  68:2 80:12
**certainly** 67:12
  69:6
**certification**
  3:9 84:7
**certified** 1:16
  5:5
**certify** 84:10,14

**cgessner** 2:24
**chairs** 46:21,22
**change** 82:5
**changes** 3:8
  82:1 83:3
  85:10
**chapter** 1:2
  84:2
**charge** 62:5,16
**charges** 59:19
**cheaper** 56:24
  57:1 69:2,24
  74:7
**chemicals**
  23:17
**chemistry** 7:9
**chicago** 2:7
**chief** 12:16,17
  14:2,3
**christopher**
  2:20
**circulate** 24:7
  80:2
**circulation**
  31:13
**civil** 1:19 12:7
  14:20
**clarifications**
  60:11
**clarify** 16:13
  76:7
**classes** 7:8,10
  7:11
**clean** 35:22
  44:16,18

**cleanable** 68:21
**cleaned** 38:13
  38:13 39:12
  43:12 44:9,12
  49:13
**cleaning** 35:19
  35:19 49:4,8
  49:10,11,11
  68:11
**cleanup** 35:20
**client** 12:23
  48:21 65:2,17
**clients** 14:14
  15:6 62:17
  63:9
**close** 37:19
  52:24
**closet** 45:8,10
**closing** 35:11
**clubs** 9:1
**coat** 46:15
**coating** 57:3
  69:8
**colleagues** 48:4
**college** 6:25
**combination**
  10:18 45:9
**come** 32:3
  44:18
**comes** 16:2
  56:11
**comfortable**
  73:25
**commercial**
  8:21,22 10:19

**[commercial - continued]**

10:19 15:23
**commission**
  83:22
**committee** 2:18
**common** 9:14
  9:22 77:18
**compacted**
  23:19
**companies** 9:18
  12:2 16:3,3,6,7
  16:10
**company** 1:17
  7:24 11:7 16:1
  16:4,7,9,14
  18:22 53:25
  55:20
**company's**
  48:13 71:21
**comparable**
  80:16
**compensated**
  74:22
**competitive**
  56:21 63:16
  72:16,17,22
  73:14
**competitively**
  63:13
**compiling** 9:12
**complete** 48:25
  62:25 66:8
  68:6,8 73:14
  77:16 79:16
  80:14

**completed** 48:4
  85:16
**completely**
  21:5 67:6
**completing**
  48:15
**completion**
  62:20
**complied** 23:10
  24:13,18 25:5
  25:8,23 26:14
  27:8,23 28:20
  29:11 30:2,23
  33:10 34:6,22
  36:6 37:5 38:6
  38:23 39:21
  40:22 41:16
  43:4 44:3 45:4
  46:8 47:11
  51:19 52:8
  54:6,15 56:5
  57:19 58:19
  60:7 71:2,25
  74:15 77:5,22
**computer**
  84:13
**concerning**
  84:12
**concluded**
  81:24
**concrete** 22:5
  29:2
**condensate**
  40:13 42:3

**condition** 6:8
  18:9 23:8 24:1
  30:9 33:1
  34:15 35:8
  36:19 37:17,23
  39:9 40:1,6
  41:7 42:17,22
  43:10,16 44:14
  46:12,12,14,18
  46:23,25 47:1
  48:1 49:2 50:5
  53:6,17 55:1,4
  55:15,24 57:9
  58:11 59:1
  60:2 66:9 67:3
  67:23,25 68:6
  68:13,14,21
  69:4,20 70:7
  70:11 76:9,14
  78:17
**conditioning**
  42:15
**conditions**
  18:12 23:12
  29:6,22 30:12
  38:1 40:16
  46:2 48:9,11
  48:12 71:7,11
  72:3,9,24
**conduct** 17:4
  63:22
**conducting**
  64:22 69:23
  70:11

**connection** 5:9
**consideration**
  83:15
**consist** 11:25
  48:17 49:5
  55:18
**consists** 49:17
**constant** 78:24
  79:1,3
**constructed**
  41:24
**construction**
  7:1,7,13,13,14
  7:16,22,24,25
  8:2,3,4 9:5
  13:6,13,20,22
  13:25 14:5,7,8
  14:19 16:14
  41:23 49:7
  54:19 59:16
  64:1 72:10
  73:5,6 77:17
**consultants**
  14:18
**contingency**
  59:5,8 71:5,6
  71:12
**continually**
  79:11
**continue** 57:4,6
  57:7 66:12
  69:7 79:14
**continued**
  21:10,16,16
  65:15

**continued0** 4:1

**continues**
67:17 69:15

**contract** 59:20

**contractor** 7:20
9:15,20 49:21
50:22 56:23
59:21 71:4
72:22 73:24

**contractor's**
59:5 72:5

**contractors**
9:17,19 10:11
10:13,22 11:3
11:6 72:25
73:8

**contracts** 48:23

**controversy**
84:12

**conversation**
64:17 65:16,20

**conversations**
47:22

**coordinate**
8:16,17 12:5,5
12:6 14:18
48:19,20,20,21
48:22

**coordinator**
48:23

**copies** 85:14

**coppell** 1:18
6:17

**corner** 22:14
28:25

**corporation**
1:3 5:10 6:1
84:3 85:4

**correct** 10:8
12:11 13:21
14:25 15:19
16:16,20,23,24
18:4 22:9
27:20 31:21
37:24 43:20
44:24 47:2
52:16 56:12
58:15,23 59:13
59:14 61:20
62:21 63:19
67:3,7,8 71:16
71:18 76:10,18
76:19 79:18
83:3

**cost** 13:24
15:18 53:24
54:2 59:23,24
73:23 80:14,23

**costly** 80:19

**costs** 47:21
48:10 58:22
59:3 60:1
70:22 71:1
72:4,10,11
77:8,14,15
80:17

**counsel** 5:12
70:18,20 75:21
76:3 77:7,24
81:19 84:15,16

85:14

**country** 80:10

**county** 83:10

**couple** 16:17
26:20 32:6
49:22 78:8
79:7,20

**course** 7:5,11
17:7

**courses** 7:14

**court** 1:1 5:5
5:13 6:3,18
19:14 50:15
55:10 60:24
81:17 84:1

**cover** 71:10

**covered** 9:10
10:3

**covers** 71:21

**crack** 22:20
32:8,9

**cracking** 20:23
20:25 21:18
22:19 24:25
26:6,19 27:12
28:4 32:7,8,17
37:12 50:11
67:14 79:9
81:9

**cracks** 28:11
32:9 37:14
78:19

**creditors** 2:18

**crew** 35:20

**crews** 8:17

**crr** 1:16 84:9
84:22

**cs** 85:15

**csr** 1:16 84:9
84:22,23

**ctg** 1:3 84:3

**current** 57:9

**currently** 17:10

**customer** 56:16

**cut** 32:12

**d**

**d** 2:12 3:1

**dallas** 7:25
17:12,14

**damage** 40:10
40:12

**damaged** 39:5
52:25 53:15
68:10,20

**dark** 42:10

**date** 12:16
84:23

**day** 80:19
83:13,17 84:18

**days** 85:16

**dc** 2:22

**debris** 28:24
29:19 39:6
42:13 46:16
49:7

**debtor** 81:19

**debtors** 1:5 2:2
5:12 16:23
61:13 81:22

84:5
decide   65:9
decided   66:9,11
deep   49:13
defects   65:21
definitively
  42:6
degradates
  28:13
delaware   1:1
  2:14,14 17:5,9
  17:16 84:1
deliver   10:4
demarcation
  81:10
demo   54:22
department
  14:8 64:2
depending
  15:10,16 62:10
  63:1 79:24
  80:25
depict   28:23
  29:22 30:12
  34:15,16 37:25
  40:15 41:7,20
  42:16,21 43:16
  44:19 46:2
depicted   24:21
  25:11 26:3
  28:2 37:9
  38:10 46:10,19
depiction   25:1
  25:18 26:9,22
  27:16 28:14

33:23 35:25
  38:17 39:13
  45:11
depicts   30:7
  31:1 36:10
  46:12
deponent   85:13
deposed   6:12
deposing   85:13
deposition   1:8
  1:11 5:10,25
  75:10 81:24
  83:2 84:7,13
  84:15
describe   6:23
  14:11 25:11
  26:3,17 28:2
  30:6 37:9
  38:10 40:25
  41:3 48:10
  49:16 52:21
  53:9,23 59:3
  61:22
described
  32:16 53:9
  57:2 59:4
describes   60:1
description
  3:12
design   12:4,5,6
  12:8 13:25
  14:9,12,14,15
  14:18,22 31:18
  31:21 32:2

designed   31:17
  31:23
desk   46:21
detail   12:25
deteriorated
  50:6 67:19
deterioration
  50:7
determine   9:16
  42:6 54:25
  72:14
determined
  67:5
dfw   72:22
differ   12:18
different   38:12
  62:9 73:9,10
difficult   24:7
diligence   14:16
direct   50:23
  58:22 77:14
directly   59:21
dirt   21:7 46:16
dirty   44:17
disadvantage
  62:15
discounts   56:15
discuss   5:12
  61:18
discussed   75:6
discussing   47:6
discussion
  65:25 66:11
dispose   35:22

disposing   49:8
disrepair   20:18
  20:22 21:3,11
  21:17 22:14
  24:24 25:15
  28:5 30:9 31:3
disrupting
  79:10
distribution
  11:23
district   1:1
  84:1
division   48:8
  48:11,12 49:16
  52:19 53:8,19
  54:19 55:18
  60:12 72:3
divisions   73:9
dock   27:13
  31:2 33:22
  36:13 37:1,11
  38:12 39:3,7
  39:12 49:10
  53:21 54:1,2,3
  54:23 66:7
  68:13 79:25
docket   1:5 84:5
document
  19:21 20:21
  21:2,9,15
  22:10 24:22
  27:5 30:21
  33:8 34:3,10
  35:1 36:3 38:3
  38:20 39:18

**[document - estimating]**

40:19 41:1,13
42:25 43:25
46:7 47:4,5,9
47:17 49:14
50:14,24 56:7
60:4,20 70:16
**documenting**
64:24,24
**documents**
9:10 14:20
50:16 56:3
57:16
**doing** 8:14 49:7
65:5,8 68:8
80:21 81:1,1
81:11,11
**dolly** 21:25,25
22:20,20 25:16
**door** 35:8,13
53:2,2
**doors** 35:10,11
37:16,18,23
38:15 39:11
52:22,23,24,25
53:1 66:7
68:12 79:25
**draining** 28:7
**dramatically**
78:5
**drinker** 2:13
5:8
**drive** 1:18
66:24 80:1
**drivers** 31:13

**driving** 24:4,4
**drone** 55:5,6
**drop** 22:2
**duct** 42:3
**ductwork** 42:4
42:13
**due** 14:16 28:8
63:11 66:15
81:9
**duly** 1:13 5:4
84:11
**dumpsters** 49:6
49:6
**dust** 42:13,14
46:16
**duties** 9:6
12:17 48:24

**e**

**e** 2:1,1 3:1,11
20:6,7
**earlier** 62:19
63:18 67:3
70:15,18 76:8
81:3
**early** 14:16
**east** 17:21
**easy** 79:10
**eat** 46:22
**education** 6:24
**efficient** 80:14
**either** 40:12
79:24
**electrical** 12:7
14:22

**ellis** 2:6 61:13
**emj** 7:25 8:2,3
8:4 10:6,25
**employed**
84:15,16
**employee** 56:13
84:16
**emulsion** 23:16
23:21
**engineer** 8:5,11
8:12 12:7
31:23
**engineered**
54:21
**engineering**
14:21
**engineers** 12:8
**english** 7:9,9
**ensure** 10:2
13:23
**entail** 8:23
**entails** 71:20
**entire** 14:8
23:24 32:14
59:20 66:6
78:19,20
**environmental**
14:20 35:6,21
**equipment**
29:17 39:6
53:22
**erickson** 16:2,3
16:5,7,10
**errata** 85:11,13
85:16

**erroneously**
60:20
**especially**
46:20
**esq** 2:3,4,5,12
2:13,19,20
**estate** 18:20
64:1,19
**estimate** 9:13
47:20 48:3,6
51:17,25 52:2
52:14 54:9,17
55:17,17 56:10
56:21 57:13,13
58:14,21 59:4
59:6,7,23,25
60:12 62:8,24
62:24 63:10,14
64:10 65:19
70:21 72:5
73:23,24 74:18
77:25 78:1
**estimated**
35:17
**estimates** 9:24
10:2 12:21,22
13:9,12,15,16
13:18 15:21,23
51:11 62:10,23
63:5,9 69:23
74:11 76:20
**estimating** 7:12
7:21 8:9,9 9:16
14:10,24 15:18
63:19

**estimator** 9:4,7
 10:23,24,25
 11:2,10,25
 12:2,9,16,18
 14:2,4,23
**estimator's**
 12:17
**estimators**
 12:19,22
**et** 1:4 84:4 85:4
**eventually**
 23:22 24:6
**everybody**
 13:23
**evidence** 20:23
 20:23 22:15
 26:7 33:17
 69:16
**exact** 12:16
 18:17
**exactly** 29:16
 35:22 78:25
 80:6
**examination**
 3:3 5:19 61:10
 76:25 84:12
**examined** 5:5
**example** 20:16
**except** 5:17
 83:3
**exclusions**
 60:14
**excuse** 63:21
 67:10 69:18
 70:17

**executed** 83:14
**exhibit** 3:13,14
 3:15,16,17,18
 3:19,20,21,22
 3:23,24 4:2,3,4
 4:5,6,7,8,9,10
 4:11,12,13,14
 4:15,16,17,19
 19:15,17,18
 23:3 24:17,19
 24:22 25:7,9
 25:12,22,24
 26:1,4,13,15,18
 27:7,9,11,22,24
 28:2,3,19,21,23
 29:10,12,14
 30:1,3,7,22,24
 31:1 33:9,11
 33:13,14 34:5
 34:7,9,21,23
 35:1,2,24 36:5
 36:7,9,10 37:4
 37:6,8,10,25
 38:5,7,9,11,21
 38:24 39:1,20
 39:22 40:15,21
 40:23 41:1,4
 41:15,17,19
 42:16,21 43:3
 43:5,8,13,19
 44:2,4,6,19
 45:3,5,7 47:5,7
 47:12 50:18
 52:20 56:2,2
 57:18,20,23

 60:6,8,10,21,22
 60:23 70:15,17
 70:18 77:3
**exhibits** 3:12
 4:1 75:14
**existing** 15:7
 52:24 53:11
 55:21 58:7,7,9
 62:2,3 64:6
**expand** 79:4,15
**expanded** 12:3
**expansion** 62:2
**expect** 78:5
 79:6,6
**expectancy**
 31:15,22 32:2
**expected** 47:23
**expenses** 16:12
 71:13
**expensive**
 58:13
**experience**
 15:20 32:12
 51:11 56:20
 64:16 77:25
 79:7
**expiration**
 84:23
**expires** 83:22
**explain** 70:24
 71:4,19
**expressed**
 83:15
**extent** 65:3

**exterior** 19:25
 20:2 33:3
 36:19,25

**f**

**fabric** 49:24
**facilitate** 48:14
**facilities** 10:20
 11:22,23,24
 15:8 62:2,2,3,4
 64:5,6,6
**facility** 15:10
 15:12 17:19,20
 17:24 18:1
 19:25 20:1,3,3
 20:13 25:14
 31:10,25 32:19
 35:11 36:19
 37:13 41:24
 47:21,23 68:3
 68:4,17 69:19
 78:23
**fact** 56:22
**facts** 84:10
**faegre** 2:13 5:8
**faegredrinker...**
 2:15,16
**fail** 67:16 79:14
**failed** 81:14
**fails** 79:13
 85:18
**failure** 26:8
 30:10
**failures** 24:24
 25:15 27:13
 28:5,8,12,13

31:3 32:12,20
50:10 79:13
**fair** 15:15 22:6
32:24 52:12
74:1 79:16
**fairly** 9:22
**fallon** 2:12 3:5
3:7 5:7,7,20
19:7,16,19
23:9,11 24:11
24:14,16,20
25:4,6,10,21,25
26:12,16 27:5
27:10,21,25
28:18,22 29:9
29:13,25 30:4
30:20,25 33:7
33:12 34:3,8
34:20,24 36:3
36:8 37:2,7
38:3,8,20,25
39:18 40:3,19
40:24 41:13,18
42:25 43:6,25
44:5 45:1,6
46:6,9 47:3,8
47:13 50:14,19
52:1,7,9 54:4,7
54:13,16 55:10
55:13 56:1,6
57:15,21 58:17
58:20 60:4,9
60:15,19 61:2
61:5 75:25
76:5 77:1,4,6

77:21,23 81:16
81:18,23
**familiar** 17:20
19:20 47:17
70:5,8
**far** 13:12,15
27:3 53:3
72:22 80:4
**fasteners** 69:12
69:12,13,13
**federal** 1:19,21
**fee** 71:5,12
**feedback** 72:24
**feel** 59:6 72:17
**feet** 33:21
**feld** 2:21
**felt** 73:25
**fences** 49:17,22
49:23
**fewer** 73:12
**field** 7:16,18
8:7,14 48:17
72:18
**figure** 50:8
**figuring** 15:8
**fill** 32:10
**filled** 40:9
66:24
**final** 9:12 12:22
13:16,20 49:8
59:22 62:20
71:17 73:23
**finally** 46:6
**financially**
84:17

**find** 65:3 81:10
**findings** 65:19
**fine** 37:20,21
44:9
**fingerprints**
46:16
**finishes** 15:13
53:8
**fire** 10:17
**firm** 84:24
**first** 5:4 8:5,10
11:8,10 18:23
50:21 51:20
61:18 63:21,22
**five** 13:22 15:9
15:9,9 75:22
76:1
**fix** 37:23 67:25
78:22
**fixed** 39:11
**floor** 35:5,19
38:13 46:18
47:1
**flooring** 44:10
44:13,14,15
46:12,20,23,23
53:10,11,13
68:8,15,17,19
68:20
**floors** 43:12
49:10
**fluid** 35:5
**follow** 23:13
61:1 77:2
78:25

**follows** 5:6
**foot** 80:17
**footage** 55:5
**foregoing** 83:1
83:14
**forklift** 42:14
**form** 5:17
**forms** 23:19,20
**fort** 10:12
17:14
**found** 66:15
73:19
**four** 73:13
**fourth** 51:23
**frame** 35:13
**framed** 58:7
**frames** 52:22
52:23
**freight** 1:13
2:11 5:9 11:22
15:7,7 16:19
17:19 18:7,21
20:13 47:22
56:22 58:2
62:1,1 63:24
**freight's** 54:1
**fresh** 46:15
**front** 25:13
**fuel** 33:17
**fueling** 33:16
34:13 36:11
**full** 31:21 48:18
49:18 50:1
57:11 66:11
68:15,16 80:14

80:17,21
**fully** 31:25 55:9
69:5 76:12
**funding** 63:12
**further** 81:16
81:19 84:14,16

**g**

**garbled** 55:11
**gates** 49:17,22
**gear** 22:1,2,4,8
**general** 7:8,13
7:14,14,19
8:13 9:8,14,14
9:17,17,19,20
12:24 13:5
28:5 29:18,18
36:18 40:1
48:9,11,12
59:8,10,21
60:13,13 63:3
72:3,5,9,10,23
**generally** 7:19
7:20 8:16 22:3
31:17 32:13
35:9,10 36:21
42:12 44:17
51:12 59:18
61:22 62:5
64:23,23 65:14
67:15 72:6,24
78:8
**geotech** 12:6
14:20
**geotechnical**
31:23

**gessner** 2:20
**getting** 57:6
79:7
**give** 12:24
59:22 74:1
**given** 83:16
84:13,18
**giving** 60:13
**go** 6:21 7:15
10:10 13:14,14
13:19 57:15
60:17,19 61:8
73:6,7,21 76:4
**goal** 73:12
**goes** 13:21 32:1
33:21,21 69:1
80:4
**going** 6:1 17:18
19:14 57:6
68:22 70:16
81:10,11
**good** 24:1
28:10 31:11
32:25 37:22
39:8 40:5
44:14 47:25
49:1 50:5 53:6
53:17 54:25
55:15,24 58:10
58:11,25 60:2
67:2,22,24
68:5 69:4,20
76:9,13
**graduated** 7:1

**graduates** 7:15
7:18
**graduation**
7:23
**gravel** 21:7
22:22 23:23
29:1 32:19
78:18
**greasing** 53:2
**grill** 41:25
**gross** 13:2
**guardrail**
39:10
**guardrails** 39:5
**guess** 13:4
43:19 78:25
**guidance** 64:13
65:24
**gump** 2:21

**h**

**h** 3:11
**half** 8:6,7 19:3
32:1
**hand** 22:14
31:3,4 33:16
33:20 36:12,13
39:4 45:14
83:16 84:18
**handful** 26:21
**happening**
62:12
**happens** 32:15
**happy** 61:15
**hard** 81:9

**hardware**
52:22,23
**hauer** 2:21
**hauling** 49:7
**hazard** 66:16
66:22
**head** 63:6 80:6
**hearing** 74:25
75:3,4
**heated** 23:17
23:18
**heater** 41:22
42:4
**helping** 8:16
**helps** 48:23
**hereto** 84:10,16
**herndon** 20:6,8
58:2 63:24
75:11
**hi** 61:12
**hire** 9:21 12:6
14:15
**hit** 22:4,4 66:25
**hold** 59:10
**holes** 36:24
69:14
**hometown**
17:13
**hopefully** 47:15
**hostlers** 66:24
**hour** 19:3
75:19,20
**house** 12:5
**housed** 34:12

**hung** 41:22
**hvac** 40:14
   41:25 42:3,4
**hybrid** 1:8,11
   84:7

**i**

**identification**
   19:18 24:19
   25:9,24 26:15
   27:9,24 28:21
   29:12 30:3,24
   33:11 34:7,23
   36:7 37:6 38:7
   38:24 39:22
   40:23 41:17
   43:5 44:4 45:5
   47:7,12 50:18
   57:20 60:8
**identified** 66:2
   67:1,21
**identify** 14:17
   29:15 45:20
   50:24 66:21
**illinois** 2:7
**imaging** 55:2
**immediate**
   66:15,21
**immediately**
   66:19
**important** 9:24
   31:10,12
**impossible** 50:8
**inch** 51:21
**include** 59:7
   62:1

**included** 35:19
   48:10 72:4
**includes** 14:9
   49:6 51:17
   53:1,10,13
**including** 53:12
**inclusions**
   60:13
**indication**
   40:10
**indicative**
   22:22 28:7
   40:12 41:6
   42:2 55:9
**indirect** 59:3
   70:22 71:1
   77:8,15
**indoor** 68:4
**industrial**
   10:19 11:17,21
   15:23
**industry** 9:22
   15:7 77:18
**inexpensive**
   79:10
**information**
   8:15
**initial** 80:20
**input** 32:1
**inquiries** 63:4
**inside** 34:19
   35:14 36:24
   39:24 43:9
   68:2,17,19

**inspect** 42:9
   63:22
**inspecting** 68:3
   74:11
**inspection**
   63:18,22 66:14
   67:5 74:18
   76:10
**inspections**
   64:22 65:6,8
   70:12
**installation**
   31:19
**instance** 1:12
**instruction**
   7:11
**instrument**
   83:14
**insulation**
   55:21 58:8
**insurance** 59:9
   59:10
**interested**
   84:17
**interior** 39:16
   53:13
**intruding**
   32:11
**invitations** 73:5
**issue** 57:8
   66:18 67:18
   68:1
**issues** 48:22
**it'll** 73:7

**item** 49:4,18
   51:20,22,23
   52:18 53:10
   54:10,22 59:11
   59:11 60:14
   65:13 77:9,13
**items** 8:17
   48:14 58:22
   59:8 64:11,25
   65:3 66:2,2,3,4
   67:1 70:20
   71:11 72:2,9
   72:12

**j**

**j** 2:20 84:9
**janitor's** 45:9
**job** 1:24 7:19
**jobs** 8:20
**jobsite** 8:17,19
**joined** 11:7
**jointly** 1:4 84:4
**joints** 32:8
   37:14
**judgment**
   23:25

**k**

**k** 2:22
**kari** 1:15 84:9
   84:22
**keep** 32:11
**kind** 36:22
   37:13 38:15
   40:1 48:24

**kirkland** 2:6
61:12
**kirkland.com**
2:8,8,9
**know** 7:8,10,11
10:17 13:1,7
13:22 25:16
28:8 36:24
60:16 61:15
64:16,17 65:10
66:5 73:9,11
75:4 80:11
81:4,12
**known** 70:6
83:13
**korthauer**
18:21

**l**

**laid** 23:19
64:15
**lakeshore** 1:18
**lampley** 2:3 3:6
60:25 61:4,8
61:11,12 70:25
71:3,23 72:1
74:14,16 75:21
76:1,3,6,23
81:21
**landing** 22:1,2
22:4,7
**landline** 45:25
**lane** 33:18
34:13 80:1
**large** 21:13
24:24 62:11

79:12 80:25
**larger** 62:17
**largest** 48:16
49:4 72:18
**lasalle** 2:6
**law** 7:13
**lead** 10:3
**leak** 41:5,6
42:2,5,5 57:7
**leaked** 35:5
**leaking** 40:13
**leaks** 36:24
40:14 42:7
69:15,17,19
**leaning** 49:23
**leased** 64:6
**left** 29:18 31:3
33:20 36:13
39:4 45:14,24
58:6
**leftover** 39:6
**legal** 84:24
85:23
**lesser** 78:5
**level** 65:17
**leveler** 54:2
**levellers** 54:1
66:7 68:13
**liability** 59:9
59:10
**life** 31:15,18,21
31:22 32:2,22
57:8 65:14
66:18 78:23

**lifecycle** 67:18
**light** 11:17,23
15:23
**lighting** 37:20
**limitations**
80:8
**limits** 80:3
**line** 49:18
51:20,23 52:18
53:10 54:9,21
59:10 60:14
72:25 77:9
82:5
**lines** 1:13 2:11
5:9 16:19 18:7
58:3 62:1
63:24
**list** 64:25 77:13
**listed** 52:10
72:9
**listen** 6:2
**little** 6:21 12:3
14:11 37:18
49:11 51:18
55:11 75:20
79:15
**llc** 1:17
**llp** 2:6,13,21
**loaded** 31:25
32:1
**loading** 37:1
53:21
**located** 17:21
28:7 33:19
48:20

**location** 79:24
**locations** 49:25
**locked** 45:16
**long** 19:1
**look** 18:8 20:16
22:24 33:4,7
34:19 45:18
46:6 48:8
57:16 65:6,12
69:23 72:15
73:2
**looked** 28:25
37:17
**looking** 15:7
25:13 77:7
**looks** 19:10
20:6 41:22
**loose** 21:7
22:21 23:22
32:19 69:14
78:18
**lost** 63:15
**lot** 7:9 12:4
13:13,13 15:6
22:6,21,21
28:25 35:10
46:21,22 51:22
63:8,8,9,11
67:16 73:12
**lots** 22:3 46:16
46:16
**ltl** 11:21
**lubbock** 17:19
17:20,21 18:6
18:15,19,23

19:1,5 20:3,12
23:5,24 25:2
25:19 26:10,23
27:14,17 28:15
29:7,20,23
30:13 31:8
33:5,24 34:17
35:25 36:16
38:1,18 39:14
41:9 42:22
43:17 44:20
45:12 46:3
47:25 48:4
49:21 50:2,22
63:19,23 64:7
68:24 73:16
74:10,19 76:8
80:9,13

**m**

**machine** 1:16
**made** 1:20
  15:12,12 23:7
  23:12 73:20
  81:3
**mail** 20:6,7
**maintained**
  64:11
**maintains** 54:1
**maintenance**
  10:20 15:2,8
  15:11,17,18
  32:5,6,15
  47:23 57:7
  65:16 67:18
  78:24 79:3,9

79:17 80:21
**major** 36:23
**majority** 11:21
  40:7
**make** 8:17 9:9
  15:16 20:12
  24:7 64:9
  75:23 76:17
  77:16
**making** 64:23
**malls** 8:23,24
**manage** 14:15
  48:19 72:19
**management**
  7:2,7,13,16,21
  9:20 14:10
  16:7,10 48:13
  48:17 49:5
  72:18
**manager** 8:14
  18:22 48:19
**manages** 54:1
**manufacturing**
  11:17,23
**march** 1:9,15
  5:2 18:2 80:11
  82:3 84:8
**mark** 19:16
  24:16 25:6
  28:19 34:21
  37:3 38:21
  40:20 44:1
  47:4,4 50:16
**marked** 19:18
  23:3 24:19

25:9,12,22,24
26:13,15 27:6
27:9,22,24
28:21 29:10,12
30:1,3,22,24
33:9,11 34:4,7
34:23 36:4,7
37:6 38:4,7,24
39:19,22 40:23
41:14,17 43:3
43:5 44:4 45:2
45:5 47:7,10
47:12 49:15
50:18 57:17,20
60:5,8,21
**market** 51:14
  52:5 56:21
  57:13 72:12,14
  72:16 74:1
  78:3
**material** 8:18
  10:3 52:22
  55:12
**materials** 7:12
  59:17 70:6
**math** 7:9
**matter** 1:20
  61:20 74:12
  75:2,5
**matters** 84:12
**matthew** 2:5
**matthew.wal...**
  2:9
**mean** 23:15
  81:8

**meaning** 74:18
**means** 7:12
  28:12
**mechanical**
  12:7 14:21
**meet** 10:4
**meeting** 8:15
  75:19
**members** 14:18
**men's** 43:9 44:7
**mentioned** 5:4
  40:4 50:12
**metal** 36:21
  54:21
**methods** 7:12
**microwaves**
  45:22
**midatlantic**
  85:15
**middle** 41:25
**miles** 17:4,16
**million** 13:6,7,8
**minor** 79:17
**minus** 59:6
**minute** 61:4
  75:22
**minutes** 8:16
  60:13 61:1
  76:1,4
**mirror** 43:20
**missing** 39:24
  40:9
**mixture** 21:6
  32:10

**money** 53:1
  77:16
**mounted** 41:22
**move** 27:21
  49:15 52:19
  69:14
**moves** 36:13
**multiple** 73:22
**municipal**
  10:17

**n**

**n** 2:1 3:1
**n.w.** 2:22
**name** 5:21
  83:14
**named** 84:11
**nationwide**
  17:10
**near** 17:8,12
**necessary**
  47:24 48:25
  53:5,16 55:23
  58:24 60:1
**need** 10:2 15:11
  32:5,12,21
  35:11,12,21
  37:23 38:14
  39:10,10 40:8
  40:9 44:9
  46:15 66:3,23
  70:19 75:23
  79:8
**needed** 36:25
  37:18 48:14
  53:2,3 64:20

64:20 65:21
  66:12,18 67:21
  76:12
**needing** 37:17
  55:9
**needs** 15:8,11
  32:14 36:20
  38:13,13 39:8
  43:11,11 44:10
  44:13 78:13
  79:16
**neither** 84:14
**never** 74:5
**new** 12:12
  14:13 15:1
  51:22 52:23
  53:12 58:8,8
  59:16 62:1,2
  79:14
**nine** 19:11
**nolan** 2:13
**normal** 31:15
  36:23 37:13
  40:8 66:3 73:5
**north** 2:6
**northeast**
  17:11
**nos** 1:5 84:5
**notary** 83:20
**note** 85:10
**noted** 20:5
  76:16 83:3
**number** 13:2
  31:24 48:16
  49:20 56:10

63:6 77:24
  78:10
**numbered** 1:14
  50:15
**numbers** 73:14
  80:24
**numerous**
  13:18 78:6

**o**

**o** 1:12
**oath** 6:6 83:13
**objections** 5:16
  5:17
**observation**
  35:9
**observations**
  23:7,12 36:18
**observe** 18:12
  55:4
**observed** 57:9
**obtain** 7:6
**obviously**
  35:20 38:14
  43:10 63:12
  66:9 68:24
  72:17 78:21
**occasion** 17:8
  19:4
**october** 80:11
**offer** 62:10
**office** 8:7 12:19
  16:11 33:20,20
  36:12 39:3,24
  46:11 48:20
  53:11,14 54:23

66:6 68:7,19
  69:16 72:20
  83:16 84:18
**offices** 1:17
  8:25
**official** 2:18
**oil** 23:16,21
  35:7
**okay** 5:7 6:12
  6:16,18,21 7:5
  7:23,23 8:2,22
  9:2 10:6,21
  11:5,12,15,25
  12:9,17,24
  13:9 14:2,11
  15:4,20 16:13
  16:17,25 17:3
  17:12,15 18:10
  18:18 19:8
  20:2,5,16,20
  21:8,14,15,19
  21:22,23 22:10
  22:11,12,17,25
  23:1 24:9,12
  25:1 28:17
  30:19 33:3,7
  35:24 37:1,22
  40:8 42:24
  43:24 44:25
  45:18 46:1,25
  47:8 48:25
  49:14 50:1
  51:16 52:2
  53:8,16 54:4,8
  54:12,24 55:4

55:14 56:15,20
57:12 58:13,16
58:21,24 59:12
59:25 60:24
61:2,5,17
70:23 76:5
77:2 78:3
**oklahoma** 6:25
**old** 45:24
**once** 14:17
23:18 28:10,10
49:9 57:5
73:19,19
**ones** 74:5
**ongoing** 57:7
65:15 67:17,17
79:11 80:20
**open** 37:19
45:17 46:11,11
**openings** 36:24
52:19
**operable** 37:17
44:12 67:23
68:12,14 76:13
**operate** 17:3
24:8 56:18
**operating** 24:1
32:25 37:22
39:9 48:1 49:1
50:5 53:6,17
54:25 55:15,24
58:11,11,25
60:2
**operation**
33:17

**operational**
44:8
**operations** 8:6
79:11,23
**opinion** 32:24
44:15 50:7
57:10 78:12
**opportunity**
5:11 17:23
33:4 54:24
65:9
**opposed** 78:11
**option** 67:11,12
**options** 65:12
69:6,24 76:17
76:21
**oral** 1:8,11 84:7
**order** 7:6 9:15
32:4 37:22
79:25
**ordinary** 17:4,7
**original** 31:19
41:23
**outbuilding**
34:12 49:12
**overall** 7:13
46:23 59:7
62:7,8
**overhead** 37:16
38:15 39:11
41:22 52:25
53:1 68:11
71:21
**oversaw** 12:19
12:21

**oversee** 14:8,23
**own** 12:20
**owner** 16:3
48:21 77:15

**p**

**p** 2:1,1
**p.j.** 58:1
**p.m.** 1:15 81:24
**packages** 73:11
**packaging**
53:25 54:9
**pad** 21:25,25
22:20,21 25:16
**page** 3:3,12
82:5
**paid** 59:20
74:17,20
**paint** 36:21
40:2 46:15
**painted** 43:12
44:10
**painting** 53:13
53:13
**panel** 53:3
54:22 55:22
69:8
**panels** 36:22
55:22 57:6
58:8
**parking** 51:22
68:18
**part** 16:9 20:5
20:7 33:16
72:18

**particular**
35:18 39:9
**parties** 84:15
84:16
**partitions**
44:11,11
**past** 64:17
67:18
**patch** 57:4
67:12,20 69:7
69:7 79:5,22
**patched** 66:13
69:19 78:21
**patches** 21:18
26:7,21 30:10
50:9 79:14
80:25 81:1
**patching** 20:24
21:11 22:15
50:5 55:7
67:10 69:10
78:11,13 79:11
80:3 81:12
**patchwork**
80:15,16,17
81:5
**pavecon** 49:20
50:13,21,22
51:2,4,4,9,12
51:17 52:14,17
59:12 74:2,8
77:25 78:1
**pavecon's**
59:15,15

**pavement**
28:12,13 31:3
67:22
**paving** 49:17
49:18 52:11
73:12,15
**pay** 48:24
59:16 72:23
**paycheck** 16:2
**people** 24:6
66:25 72:23
**percent** 59:7,8
59:20 71:5,20
78:8
**perform** 9:18
9:21
**period** 13:3,11
**periodically**
72:15
**person** 83:14
84:11
**personally**
83:13
**personnel**
16:11 24:6
72:19
**perspective**
72:20,20
**phone** 45:24,25
**photo** 21:12
22:16 26:5,19
28:4 30:8 44:7
**photograph**
3:14,15,16,17
3:18,19,20,21

3:22,23,24 4:2
4:3,4,5,6,7,8,9
4:10,11,12,13
4:14,15,19
**photographs**
3:13 4:16,17
20:11 23:2
**photos** 19:24
20:14 21:10,16
21:17 55:6
64:9 67:13
**picture** 22:25
24:23 27:19
29:4 30:15
31:5 33:23
34:1 35:15,24
39:9 41:11,21
42:1,11 43:14
43:20 44:23
45:21
**pictures** 19:5
19:10,11 26:25
27:2
**piece** 14:17
**pile** 28:24
**place** 58:7 80:7
**placed** 58:8
**places** 36:22
**plans** 9:8
**plants** 80:9,11
**please** 5:21
24:17 25:11
34:21 38:22
44:2 47:5
61:15

**plumbing** 12:8
14:22
**plus** 59:6
**point** 13:23
30:11 33:17
44:18 59:17
81:10
**poles** 49:23
**polishing** 49:10
**poor** 46:24
47:1
**portion** 34:13
41:21
**portions** 80:1
**position** 11:8
11:10 12:12
14:3
**possible** 42:2
50:4 74:7,9
**post** 6:23
**potential** 68:1
**potentially**
29:2 65:1
81:12
**pothole** 21:13
66:25
**potholes** 21:18
24:4,5,24
25:16 26:6,20
28:6,6 32:19
66:23 67:25
78:20,21 81:13
**practice** 7:16
**pre** 7:22 9:5
13:25 14:5,7,8

16:14 54:21
**prep** 75:11
**prepare** 75:13
**prepared** 48:6
51:7 60:1
**preparing**
75:18
**present** 16:15
18:18 23:23
52:15 68:1
69:15,21
**president** 14:5
14:6 16:14
18:20 64:18
**presume** 51:4
**pretty** 46:24
72:17
**prevent** 80:1
**previous** 12:2
35:15 44:22
**price** 56:24
71:17
**priced** 58:5
**pricing** 9:11,16
71:10 73:25
74:1
**primarily**
11:17
**prior** 12:23
56:23 61:20
70:17
**private** 10:16
10:18
**probably** 13:16
36:20 40:7

62:24

**problem** 28:9
40:4 78:22

**procedure** 1:20
1:21

**proceed** 5:13
61:16

**proceedings**
5:1

**process** 14:15
63:19 64:21,23
73:2,22 79:10

**procured** 58:2

**produced** 1:12

**professional**
78:12

**profile** 32:3

**profit** 59:11
62:13,16 71:19
71:22 77:9,13
77:16

**project** 7:20
8:5,11,12,14
9:4,7,10 10:4,5
10:19,23 11:2
12:8 13:6,21
13:24 14:9,12
18:22 48:16,19
48:23 52:3
59:18,19 62:11
62:14 63:1,11
63:14 71:22
72:7,8,8,18,19
73:6,19 74:3,8

**projector** 43:2

**projects** 8:21
9:5 10:15,16
11:18,19,21
13:2,3,14,15
15:1,2,5,24
17:11 61:23
62:1,6,9,11,15
62:20,22,23,25
63:5,10,13,15

**pronounce**
11:13

**proper** 9:16

**properly** 24:8,8
28:8 35:23
37:19

**properties**
74:12

**property** 14:17
18:5,6,8,8,9,10
18:13,15,19,24
19:2,5 23:5,24
25:2,19 26:10
26:23 27:14,17
28:15 29:20,23
30:13 31:8
32:25 33:5,24
34:17 36:1,16
38:1,18 39:14
40:16 41:8,9
42:7,17,22
43:17 44:20
45:12 46:2,3
47:25 48:4
49:1 53:6,17

55:24 58:25
60:2 63:19,23
64:7 65:10
66:20 68:5,24
70:7,11 73:16
74:10,19 76:9
76:17

**property's**
66:17

**proposal** 49:20
50:13 51:2
52:17 55:19
56:8 58:1
59:15

**proposals** 9:12
63:4

**protect** 22:2

**proved** 83:13

**provide** 13:10
78:22

**provided** 61:19
61:23

**providing**
15:21 65:19
74:11

**public** 10:15,16
83:20

**puddling** 28:9

**pull** 19:7,12
34:20 47:8
54:4 77:4

**pulled** 28:1
34:9 43:1

**purpose** 18:5
20:10

**purposes** 52:15
83:15

**pursuant** 1:19
5:11 16:19,25

**put** 22:7 37:8
38:9 64:10,25
71:9 77:11

**q**

**quality** 31:11

**quantities**
80:16

**quantity** 80:19

**question** 5:18
6:3,3 65:13
68:22 69:1

**questions** 5:15
6:2,4,9 61:1,14
61:15 68:23
75:17,22 77:8
77:9,24 78:10
81:20,22

**quick** 71:9
73:20

**quicker** 67:17

**quite** 13:14
14:1

**quote** 56:25

**r**

**r** 2:1 54:22
55:22,22

**range** 13:17

**rate** 52:5 72:12
72:14 78:3

**rates** 51:14
56:21
**rather** 68:6
69:4 78:13
80:15
**reaching** 73:3
**read** 55:11,12
83:1 85:9
**ready** 61:8 73:6
**real** 18:20
62:14 64:1,19
**realize** 6:6
**really** 13:4
**reason** 6:8
13:19 17:15
73:18 82:5
85:11
**reasonable**
52:2 57:13
78:1,2
**reath** 2:13 5:8
**recall** 35:17
81:6
**receipt** 85:17
**receive** 7:15
**received** 16:22
53:24 55:19
65:25
**receives** 63:5
**recently** 47:6
**recess** 60:18
61:7 76:2
**recognize**
57:22

**recommend**
65:14
**recommendat...**
15:17
**recompacting**
49:19 51:21
**record** 49:24
60:17,19 61:5
61:9 76:4
84:13
**reduced** 84:12
**ref** 1:5 84:5
**refer** 54:5
**reference** 53:21
54:18
**referenced** 70:9
85:6
**referred** 8:19
48:9
**referring** 54:8
68:17
**refers** 54:10
**refresh** 15:13
**refurbished**
65:1,6,10,11,22
78:14
**refurbishing**
67:9
**refurbishment**
76:16
**regarding**
63:18 78:10
**region** 73:8
**registration**
84:24

**related** 7:11,14
68:23 74:12
75:4 84:15
**relationship**
16:5 61:18,25
64:3,4
**relative** 84:16
**reliable** 51:12
**remain** 71:12
**remark** 81:4
**remember**
12:16 18:16
29:16
**remodel** 59:11
59:18,19 71:8
**remotely** 2:2,11
2:18 5:15
**removal** 53:10
**remove** 55:21
**removed** 33:18
34:14 38:15
51:24 59:14
**renovate** 64:11
**renovation**
59:19
**renovations**
62:3 64:6
77:17
**repainting**
53:14 68:9
**repair** 29:2
47:21 49:9
51:3,21 52:25
53:1,3 54:2
55:23 64:11

65:11,15 66:4
68:10 71:8
**repaired** 36:25
37:15,15 39:11
39:12 49:24
65:1,22 66:13
66:18 67:14,21
78:21
**repairing** 66:7
66:7 68:11,13
69:3
**repairs** 26:7
35:17 53:5,16
57:1 58:24
62:3 64:14
66:14 68:4
76:16 79:25
80:20
**repave** 67:6
**rephrase** 61:15
**replace** 51:2
52:23,24 54:3
55:21,22 57:5
65:14 67:6,16
**replaced** 32:13
32:14,22 35:12
40:9 43:12
44:10,14 49:24
55:9 65:1,22
66:12 76:13
**replacement**
31:20 49:19
50:1 54:22
56:9 57:11
58:5 65:11

66:8 68:6,8,15
68:16,23 69:2
69:9 78:13
79:16 80:4,15
80:18,21
**replacements**
53:4
**replacing** 51:23
53:12,14 66:5
66:6 68:10
69:5 78:11
79:12 80:18
**reporter** 1:17
5:5,14 6:3,18
19:14 50:15
55:10 60:24
81:17
**reporter's** 3:9
84:7
**represent** 5:8
29:6
**representation**
31:7 36:15
**representations**
23:4
**representative**
20:14 72:11
**reputable**
73:24
**request** 8:15
51:7
**requested** 18:7
55:12
**requests** 63:4

**required** 14:19
32:7 66:15
**requirement**
59:9
**reserved** 5:17
**reset** 35:12
**reside** 17:12
**responses** 6:5
75:16
**responsibilities**
8:12,13 9:7
12:1,18
**responsible**
74:10
**restripe** 51:3
**restroom** 43:9
44:8
**restrooms**
53:12
**restrung** 49:24
**retail** 8:21,22
10:19
**retrofit** 58:6
**return** 41:25
85:13,16
**revenue** 13:5
**revenues** 13:2
**review** 65:2
85:7
**reviewed** 12:22
**reviewing** 9:11
12:20
**revisit** 70:21
**rewax** 44:16

**rfis** 8:14
**rid** 24:11
**right** 5:25
11:16 21:1,19
22:14 30:20
31:4 33:16
36:12 39:16
42:4 46:1,5
47:8 48:6
52:19 75:19
76:3,14 77:3
**robert** 2:21
**roles** 7:22
**rolled** 23:19
**rolling** 46:21
46:22
**roof** 40:14 42:5
54:25 55:3,5,8
55:14,21 56:9
57:2,3 58:5,7,7
58:8,9,10
68:23 69:1,3,5
69:7,11,15,16
76:8,12
**roof's** 57:8
**roofing** 54:23
55:22 56:23,24
56:25 57:5
58:1 70:2
**roofs** 69:18
**room** 5:14 6:18
45:9,9
**roughly** 11:11
13:5,5 15:22
15:22,25 19:3

**rpr** 1:16 84:9
84:22
**rule** 1:19,20
**rules** 1:19,21
**run** 80:24
**rust** 55:8 57:6,7
**rusted** 69:12
**rusting** 69:13
**ryan** 18:20,21
64:18

| s |
| --- |

**s** 2:1,21 3:11
**safe** 24:1 32:25
39:9 48:1 49:1
50:5 53:6,17
54:25 55:15,24
58:11,11,25
60:2 67:3,22
68:6 69:4,20
76:9,13,17
**safety** 31:13
66:16,18,22
68:1
**sagging** 40:1
**salaries** 72:21
**sale** 59:17
**sales** 51:24
59:11,12,16
**sam's** 9:1
**saw** 23:4 31:8
34:16 35:14
36:16 38:17
39:13,17 45:11
46:2 65:21
75:16

says 71:1
scale 33:18,18
36:11
schedule 10:4
schwob 1:17
11:7,9,12,14,15
11:15,16 12:4
12:14 13:1
16:1,4,6,8,10
16:14 17:3
18:22 48:12
55:20 56:8,13
56:15,16,17,20
56:24 57:12
58:14 61:19,23
62:5,10,19
63:4 70:10
71:21 72:16
science 7:1,7
scooped 29:1
scope 9:9,9
10:3 62:8 78:2
78:7,7
scopes 9:21
scott 2:19
scratched
44:17
screen 19:8,10
24:9 26:1 28:1
29:15 30:5
33:14 34:9,25
35:3 36:9 37:8
38:9 39:2
40:25 43:2
45:19 47:15

50:20 70:16
scroll 70:25
71:23
seal 32:7,8,9,10
79:9 83:16
84:18
second 6:15 8:8
8:8 49:4 51:22
70:14
secondary 6:23
secretarial
48:24
section 70:9,22
sections 79:12
see 21:4,12
26:6 39:16
42:1 46:21
47:15 64:24
67:13 69:11
79:6 81:19
seen 27:2
sees 62:19
sefl 19:12 26:2
26:12 28:18
29:9,25 41:1
45:1
sefl00000001
4:16
sefl00000011
4:19
sefl00000013
4:15
sefl00000014
3:15

sefl00000016
4:9
sefl00000017
3:16
sefl00000021
4:8
sefl00000022
3:14
sefl00000023
4:10
sefl00000031
3:21
sefl00000055
3:22
sefl00000062
3:17
sefl00000071
4:3
sefl00000082
4:2
sefl00000095
4:11
sefl00000101
4:12
sefl00000116
4:13
sefl00000117
4:14
sefl00000204
3:24
sefl00000206
4:4
sefl00000208
3:18

sefl00000210
3:19
sefl00000224
3:20
sefl00000240
3:23
sefl00000242
4:5
sefl00000246
4:6
sefl00000266
4:7
sefl00000276
4:17
sefl00001055
3:13
sefl00001063
3:13
sefl1 50:15,16
50:23 51:1
sefl10 50:15,16
56:4
sefl101 44:1
sefl1055 19:9
19:17 20:17
23:2
sefl1057 21:1
sefl1058 21:8
sefl1059 21:14
sefl1060 21:19
sefl1061 22:12
sefl1062 22:18
sefl1063 19:9
19:17 23:2

**sefl11**  60:5,20 60:22
**sefl116**  45:2
**sefl117**  46:7,10 47:4
**sefl13**  47:9 49:15 58:18
**sefl14**  25:4,6,12
**sefl16**  40:20
**sefl17**  25:21
**sefl204**  33:8
**sefl206**  36:4
**sefl208**  27:6
**sefl21**  39:19
**sefl210**  27:21
**sefl22**  24:10,16 24:22
**sefl23**  41:14
**sefl240**  30:21
**sefl242**  37:2,3
**sefl246**  38:4
**sefl266**  38:21
**sefl276**  57:16
**sefl277**  57:17
**sefl7**  54:5
**sefl71**  34:20 35:1
**sefl8**  56:3
**sefl82**  34:4,10 34:11
**sefl9**  56:3
**sefl95**  43:1,2,13 43:19
**selection**  14:16

**selective**  69:8
**self**  9:18
**sending**  20:10
**sense**  12:24 13:9 63:3
**sent**  20:8 51:5 85:14
**separate**  56:18 77:13
**series**  6:2 19:11 19:24 26:2 41:1
**service**  10:20 53:3,25 54:2,9 65:13
**services**  16:8 55:20 56:8,17 56:24 61:19,23 62:6
**set**  14:19 22:4
**setting**  9:8
**severe**  25:14 50:8 81:13
**severity**  81:9
**shang**  2:4 71:2 71:25 74:15
**share**  19:7 24:9 28:1 70:16
**shared**  16:8 33:13 36:9 40:25 43:2 70:15
**shares**  16:10
**sharing**  19:10 20:14,14 23:9

26:1 29:14 30:5 47:14
**sheer**  78:19
**sheet**  85:11
**shelf**  45:18
**shop**  62:2
**short**  60:16 68:4
**shorthand**  1:16
**shot**  39:3
**show**  19:10 20:17,21 21:2 21:9,11,15 22:12,18 24:9 27:11 30:6 33:14 34:11 39:1 45:7 58:4 70:16 77:14
**showed**  8:17,18 8:18 55:6,6 70:18
**showing**  21:1 25:14 29:17,17 34:25 36:11
**shown**  23:2 26:17 35:2 39:1 41:3 43:7 50:20
**shows**  20:18,22 21:3,10 22:13 22:19,21 24:23 26:5,5,19 27:12 28:4 29:15 30:9 31:2 35:4

37:11,11 38:12 38:15 39:3,23 39:24,25 40:1 41:5,5,21 44:6
**shut**  79:25,25 80:9,10
**sic**  52:11 60:6 60:10
**side**  8:6,9 9:5 10:16,18 14:10 14:10,12,14,24 31:3,4 33:16 33:20 36:12,13 39:4 45:15,24
**sides**  22:20 81:15
**sign**  85:12
**signature**  3:8 82:1 83:2 84:22
**signed**  85:19
**similar**  58:5
**simultaneously** 62:12
**sink**  43:9
**sister**  55:20
**sit**  65:2
**site**  14:16,17 18:16 19:24,24 20:15 28:7 29:3,7 48:18 48:22 49:7,16 49:16 52:10 56:23 64:9,19 64:24 66:1

| | | | |
|---|---|---|---|
| 68:25 72:19 73:20 74:21 | sounds 14:12 | 68:11,20 | stations 10:17 |
| sites 11:20 | source 42:7 | staining 42:1 | steady 79:17 |
| size 13:2,6 | southeast 47:22 | 42:12 | steel 16:9,11 |
| 18:17 62:14,16 | 54:1 56:22 | stamp 26:12 | 55:20 56:8,13 |
| 63:1 78:20 | 58:2 | 28:18 29:9,25 | 56:17,20,24 |
| sizeable 26:20 | southeaster | stamped 24:10 | 58:14 |
| slab 37:11 | 2:11 | 24:22 26:2 | steel's 57:12 |
| 38:13 39:12 | southeastern | 27:6 30:21 | stop 23:9 50:9 |
| 49:11 | 1:13 5:9 16:19 | 33:8 34:4,10 | 81:11 |
| small 33:15,15 | 18:7,21 20:13 | 35:1 36:4 37:3 | stops 51:23 |
| 34:12 | 61:19,20,23 | 38:4,21 39:19 | strauss 2:21,21 |
| smaller 64:5,5 | 62:1,6,12,17 | 40:20 41:1,14 | street 2:22 5:24 |
| 80:18 | 63:24 65:20 | 43:1 44:1 45:2 | 17:21 |
| smigiel 18:20 | 75:9 | 46:7 47:4,9 | strip 8:23,24 |
| 64:18 | span 32:22 | 49:14 50:16 | 21:23 22:5,7 |
| society 70:5 | 78:23 | 56:3 57:16 | striping 51:22 |
| software 73:4 | speak 75:9 | 60:5,20 | structural 12:8 |
| solicit 9:15 | special 54:19 | standard 64:13 | 14:21 |
| 73:4 78:6 | specific 7:11 | 64:15 70:6,10 | structure 37:20 |
| solicited 56:22 | 64:13 65:17 | standing 28:6 | 38:16 |
| 73:24 74:6 | 70:8 | start 14:16 | structures 16:9 |
| soliciting 9:10 | specifically | 19:12 32:9 | studied 7:6 |
| solid 23:20 | 70:2 74:18 | 50:9 57:6 81:4 | styled 1:14 |
| solution 57:10 | speed 15:13 | 81:11 | sub 50:10 62:7 |
| solutions 84:24 | spend 75:18 | starting 32:7 | subbase 67:19 |
| 85:23 | spent 74:22 | starts 28:12 | subcontract |
| soon 67:15 | spot 66:5 | 33:21 69:13 | 74:3 |
| sorry 11:15 | square 42:10 | state 5:21 6:25 | subcontractor |
| 21:22 30:19 | 80:17 | 59:19,21 83:11 | 7:20 9:12 |
| 42:19 43:22,23 | stage 57:8 59:5 | 83:21 84:10 | 66:10 |
| 79:2 | stages 13:25 | stated 62:19 | subcontractors |
| sort 13:3 42:10 | stain 41:5 | 67:2 68:2 76:7 | 9:11,15,21 |
| 45:18,20 | stained 39:25 | 84:10 | 48:15 59:18 |
| | 40:8,11 43:11 | states 1:1 84:1 | 69:24 70:1 |
| | 46:13 53:14 | | 73:2,3 78:6 |

**subcontracts**
48:21
**subgrade** 28:13
32:11,20 49:19
50:10 51:3,21
79:12,13
**subjects** 7:6
**submit** 9:13
**submittals** 8:15
**submitted**
12:23
**subpoena** 5:11
16:19,22
**subpoenas** 17:1
**subs** 8:18
**subscribed**
83:14
**substantial**
20:25 21:17
22:13,13,19
24:4,5,23
25:16 26:19
27:12 28:4
32:17,19 37:12
42:1 50:11
55:6,8 67:14
69:10
**successful** 10:5
10:5
**sucked** 42:14
**suite** 1:18 2:14
**summary** 70:21
72:5
**superintendent**
7:21 8:14

48:18,22
**supervision**
9:20 48:13
72:8,8 84:13
**support** 8:13
48:22
**sure** 8:17 9:9
35:6 45:16
74:4 75:23,25
**surface** 23:20
**surfaces** 46:17
49:10 68:11
**surrounding**
26:7
**sweat** 40:13
**sworn** 1:13 5:4
84:11
**system** 42:15
45:25 54:23
55:8,22 57:5
58:6 66:6 69:8
**systems** 57:4

**t**

**t** 2:19 3:11
**tab** 70:16
**take** 8:10 19:4
30:15 31:23
33:7 34:1,19
48:8 57:16
60:16 61:2
64:9,10 65:3
65:18 70:14
74:14 75:21
77:21 81:12

**taken** 1:13 5:11
5:25 29:16,20
52:15 60:18
61:7 76:2
84:15
**talk** 13:2 17:18
**talked** 64:19
66:1
**talking** 20:3
70:2
**tar** 21:6 23:17
23:21 32:10
**tarring** 79:19
**tax** 51:24 52:15
58:21 59:11,13
59:16
**taxes** 52:18
59:15
**taylor** 1:8,11
3:3 5:3,21,22
19:17 23:3
24:16,21,22
25:6,12,22
26:1,3,13,17
27:7,11,22
28:1,2,19,23
29:10,14 30:1
30:6,22 31:1
33:9,13,14
34:5,9,21,25
35:2,24 36:5,9
36:10 37:4,8,9
37:25 38:5,9
38:10,21 39:1
39:20 40:15,20

41:1,3,15,19
42:16,21 43:3
43:7,13,19
44:1,6,19 45:3
45:7,15,23
46:19 47:4,10
47:14 48:9
49:15 50:16,24
52:7,20 53:20
54:5,5,13,19
56:2,2 57:17
57:22 58:17
60:6,10,22
61:12 70:19
74:17 76:7,24
77:3,7 82:2
83:1,5,13 84:8
85:1,5
**team** 12:6
14:18 75:15
**tear** 36:23
37:13 40:8
66:3
**technology** 7:7
7:17 15:13
**tell** 7:5 19:23
36:10 56:7
60:10
**temperature**
23:18 80:6,8
**ten** 15:10
**term** 68:4
**terminal** 79:23
**testified** 5:5
63:18 68:25

**testify** 84:11
**testifying** 6:16
  74:23
**testimony** 81:3
  81:6 84:13
  85:9,17
**testing** 7:12
  70:6
**texas** 1:16,18
  5:24 6:17 7:25
  10:12 17:19,21
  17:21 49:21
  59:11,16,19
  84:10,23
**thank** 61:5
  76:23 81:23
**theirs** 58:6
**thing** 10:24
  13:3
**things** 7:17
  10:17 15:13
  16:18 36:21
  45:9 46:17
  53:4 63:12
  81:1
**think** 18:16,17
  29:17 42:19
  45:8 60:15
  68:7 73:23
  75:19,22 78:1
  81:23
**tile** 41:6 42:2
**tiles** 39:25,25
  39:25 40:5,5,7
  40:8,9,12

46:13 53:15
  66:5 68:10
**time** 6:15 8:6,7
  13:3 23:20
  42:13 48:18
  73:21 74:20,22
  75:18 80:22,23
  85:18
**timeframe** 85:8
**times** 6:14 10:3
**timing** 63:7
**tip** 24:5 66:25
**tire** 21:4 42:14
**tires** 38:14
**title** 9:3 10:21
  12:16
**today** 5:13 6:6
  6:10,16 16:18
  16:25 17:18
**together** 64:10
  64:25 71:9
**toilet** 44:10,11
**told** 74:5
**tom** 20:6 58:2
  63:24,25 64:1
  64:3,7 75:11
**took** 26:25
  27:19 29:4
  31:5 41:11
  43:14
**top** 48:9 63:6
  71:24
**total** 53:25,25
  54:8 58:21,22
  59:22,24

**touching** 53:14
**towards** 22:16
  25:13
**tower** 2:21
**tracks** 21:4
**trade** 73:13
**trades** 9:18
**traditional**
  45:25
**trailers** 22:1,7
  24:5 31:14,25
  66:24
**transcript** 85:6
  85:19
**transcription**
  84:13
**transparent**
  77:14
**trash** 28:24
  29:19 49:6,8
**travel** 17:8,15
  74:20
**travis** 1:8,11
  3:3 5:3,22 82:2
  83:1,5,13 84:8
  85:1,5
**treated** 72:10
**tried** 79:5
**trip** 24:6 67:1
**trips** 31:24
**trouble** 35:11
**truck** 33:18
**trucking** 31:10
**trucks** 80:2

**true** 83:2 84:10
  84:13
**truth** 84:11
**truthfully** 6:10
**tuesday** 1:14
  5:2 82:3 84:8
**turn** 16:17
  17:18 21:14,19
  22:10,11,17
  25:4,21 26:12
  27:5 28:18
  29:9,25 30:20
  33:3 34:3 36:3
  37:1,2 38:3,20
  39:16,18 40:19
  41:13 42:25
  43:25 45:1
  49:12 50:13
  52:7 53:8,19
  54:13 56:1,3
  58:17 60:4
**turnaround**
  73:21
**turned** 20:20
  21:8
**two** 8:5,8,10
  11:4 56:18,18
  76:4
**type** 10:13
  11:12,16 35:4
  35:4 53:2
  61:22
**types** 7:17 8:19
  11:19,20,20
  12:1 15:4,17

**typical** 9:6
37:12 64:21
72:3,4,11
73:22

| **u** |

**under** 6:6
33:19 53:19
72:2 83:13,16
84:13,18
**understand** 6:9
35:21 61:14
80:25
**understanding**
9:8
**understood**
10:4
**unforeseen**
71:7,11,11,13
**united** 1:1 84:1
**university** 6:25
**unknown** 59:8
71:7
**unloaded** 32:1
**unsecured** 2:18
**unusual** 77:10
**updates** 15:11
**upgraded** 65:2
65:7
**upgrades** 15:11
**urinal** 44:8
**use** 64:16,21
66:20 70:10
73:4,4
**used** 45:8 85:19

**uses** 56:16
**using** 22:7
**usually** 15:9
64:5,25 73:10

| **v** |

**vacant** 66:17
**value** 74:1
**varied** 62:9
**varies** 63:7
**various** 13:25
15:6 16:11
40:11 49:25
62:10 66:2
70:20
**vct** 46:23 53:12
68:20
**verify** 73:13
85:9
**veritext** 84:24
85:14,23
**veritext.com.**
85:15
**versus** 65:11,14
65:22,22 66:5
66:7,12 80:21
**vice** 14:5,6
16:13 18:20
64:18
**view** 25:13
39:24 47:25
52:5 55:14
58:10 80:22
**viewed** 69:9
**visit** 17:23 18:1
18:5,8,18,23

19:1 23:4 31:8
36:16 38:18
45:12 64:9,24
73:20
**visited** 26:23
27:17 39:14
40:17 42:17,22
46:3
**visiting** 56:23
**volume** 13:1

| **w** |

**waiting** 81:19
**walk** 18:10
48:3 51:16
64:19
**walked** 20:13
25:19 26:10
28:15 60:11,12
66:1 71:9
75:14,14,15
**walker** 2:5
**walking** 19:24
19:25 66:10,10
**wall** 35:20
41:22 45:14
**walls** 40:2
43:10 44:9
46:14,15,15,17
68:9
**walmarts** 9:1
**want** 12:25
13:2 60:16,16
61:2,18 65:3,4
65:17 75:23

**wanted** 70:21
**ware** 11:22
**warehouse**
11:22
**warehouses**
8:23
**washington**
2:22
**waste** 49:5
**water** 28:6,11
32:11 40:10,12
41:22 42:4,5
**waterlines**
40:13
**way** 59:15,15
**we've** 23:3 27:2
29:14 47:5
49:15 61:25
64:16 77:16
**wear** 36:23
37:13 40:8
66:3
**weather** 80:4,8
**weeks** 71:9
**weinberg** 2:13
23:10 24:13,18
25:5,8,23
26:14 27:8,23
28:20 29:11
30:2,23 33:10
34:6,22 36:6
37:5 38:6,23
39:21 40:22
41:16 43:4
44:3 45:4 46:8

47:11 51:19
52:8 54:6,15
56:5 57:19
58:19 60:7
77:5,22
**went** 6:25
13:12 70:20
72:2
**wheel** 51:23
**wheels** 46:22
**wilmington**
2:14 17:5,8,16
**wiped** 44:12
**wiping** 49:9
**wise** 18:16
47:23
**witness** 1:12
5:13 39:23
51:20 84:14
85:8,10,12,18
**witnessed** 25:2
25:19 26:10,23
27:17 28:15
29:7 30:13
33:24 35:25
38:1 40:16
41:8
**work** 7:23 9:21
10:9,13 11:12
11:16,25 12:1
12:2,4,22 13:1
16:1 17:10
37:19 47:24
48:15,19 49:1
49:9,16,17

52:10,21 59:16
60:14 62:8
64:4 72:10,23
73:1 74:18
**worked** 7:24
9:4,18 10:11
12:21 51:9
**workers** 66:22
69:20,21 76:18
**working** 7:18
43:10 64:4
68:12,14
**worn** 46:20
**worst** 81:13
**worth** 10:12
17:14
**wrap** 75:24
**write** 48:23
**writing** 84:12

**x**

**x** 3:1,11

**y**

**yard** 20:19
21:7 24:8
25:14,17 26:20
28:25 29:18
30:8 32:14
49:23 50:2,11
51:3 66:23
78:19,20
**yeah** 42:21
60:22 61:4
62:22 75:1

**year** 13:6,17
15:9,9 31:17
32:2,22 61:25
62:20,25 63:2
63:7,7
**years** 8:5,8,10
11:2,4 15:10
15:10,20,22,25
32:4,6,13 55:7
64:12 79:8,20
**yellow** 1:3 5:9
6:1 17:19 84:3
85:4
**yesterday**
75:12

**z**

**zeros** 26:2 41:2
**zoom** 51:18

DELAWARE RULES OF CIVIL PROCEDURE

Part V. Depositions and Discovery

Title V, Rule 30

(e) Submission to witness; changes; signing. When the testimony is fully transcribed, the deposition shall be submitted to the witness for examination and shall be read to the witness, unless such examination and reading are waived by the witness and by the parties. Any changes in form or substance which the witness desires to make shall be entered upon the deposition by the officer with a statement of the reasons given by the witness for making them. The deposition shall then be signed by the witness, unless the parties by stipulation waive the signing or the witness is ill or cannot be found or refuses to sign. If the deposition is not signed by the witness within 30 days after the date when the reporter notifies the witness and counsel by mail of the availability for examination by the witness, the officer shall sign it and state on the record the fact of the waiver or of the illness or absence of the witness or the fact of the refusal to sign together with the reason, if any, given therefor; and the deposition may then be

1  used as fully as though signed, unless on a motion

2  to suppress under Rule 32(d) the Court holds that

3  the reasons given for the refusal to sign require

4  rejection of the deposition in whole or in part.

5

6

7

8

9

10  DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES

11  ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

12  THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

13  2019.  PLEASE REFER TO THE APPLICABLE STATE RULES

14  OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

15

16

17

18

19

20

21

22

23

24

25

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.