**<u>EXHIBIT 15</u>**

**(Andy Erickson, Schwob Building
March 28, 2024, Deposition Transcript)**

US.363199751.01

Page 1

1          IN THE UNITED STATES BANKRUPTCY COURT
              FOR THE DISTRICT OF DELAWARE
2

3

   IN RE:                    *  Chapter 11
4                            *
   YELLOW CORPORATION, et al.,  *  Case No. 23-11069 (CTG)
5                            *
              Debtors.        *  (Jointly Administered)
6                            *
   _____*  Re. D.I. 2642 & 2645
7

8

9    ****************************************************
10                   ORAL DEPOSITION OF
                     ANDREW ERICKSON
11                   MARCH 28, 2024
12   ****************************************************
13

14              DEPOSITION of ANDREW ERICKSON,
15   produced as a witness at the instance of
16   Southeastern Freight Lines, and duly sworn, was
17   taken in the above-styled and numbered cause on the
18   28th day of March, 2024, from 8:00 a.m. to 3:39
19   p.m., before Christy R. Sievert, CSR, RPR, in and
20   for the State of Texas, reported by machine
21   shorthand, at the offices of Schwob Building
22   Company, LLC, 1350 Lakeshore Drive, Suite 160,
23   Coppell, Texas, pursuant to the Texas Rules of Civil
24   Procedure and the provisions stated on the record or
25   attached hereto.

Page 2

```
 1          A P P E A R A N C E S
 2           (Appearing remotely)
 3
 4   FOR THE DEBTORS:
 5   MS. AMIRI A. LAMPLEY
     MS. ANDREA SHANG
 6   Kirkland & Ellis LLP
     300 North LaSalle
 7   Chicago, Illinois  60654
     312-862-2000
 8   amiri.lampley@kirkland.com
     andrea.shang@kirkland.com
 9
10   FOR SOUTHEASTERN FREIGHT LINES:
11   MR. BRETT D. FALLON
     MR. ALEC NOLAN WEINBERG
12   Faegre Drinker Biddle & Reath LLP
     222 Delaware Avenue, Suite 1410
13   Wilmington, Delaware  19801
     302-467-4200
14   brett.fallon@faegredrinker.com
     alec.weinberg@faegredrinker.com
15
16   FOR THE CREDITORS COMMITTEE:
17   MR. JEFFREY A. LATOV
     MR. KEVIN ZUZOLO
18   Akin, Gump, Strauss, Hauer & Feld, LLP
     One Bryant Park
19   Bank of America Tower
     New York, New York  10036
20   212-872-8088
     jlatov@akingump.com
21
22   ALSO PRESENT:
23   CLINT THOMAS, Exhibit Technician
24
25
```

Page 4

```
 1          E X H I B I T S
 2   NUMBER    DESCRIPTION            PAGE
 3   Exhibit 1   E-mail correspondence      31
             3-4-21, Re: Tulsa, OK
 4           SEFL00000843 - 883
 5   Exhibit 2   Tulsa Estimate Summary     55
 6   Exhibit 3   Total Service Packaging, LLC   79
             Estimate
 7           SEFL00000827 - 829
 8   Exhibit 4   Tulsa Proposal Clarifications   97
             SEFL00000825 - 826
 9
     Exhibit 5   E-mail correspondence      99
10           3-14-24, Re: McAllen TX
             SEFL00000528 - 623
11
     Exhibit 6   Photo              140
12           SEFL00000679
13   Exhibit 7   Photo              141
             SEFL00000682
14
     Exhibit 8   Photo              141
15           SEFL00000683
16   Exhibit 9   Photo              141
             SEFL00000688
17
     Exhibit 10  Photo              141
18           SEFL00000692
19   Exhibit 11  Photo              141
             SEFL00000694
20
     Exhibit 12  Photo              141
21           SEFL00000702
22   Exhibit 13  McAllen Estimate Summary    145
             SEFL00000518
23
     Exhibit 14  Bernal Paving & Maintenance   147
24           Estimate Summary
             SEFL00000511 - 517
25
```

Page 3

```
 1          I N D E X
                      PAGE
 2
     Appearances.................................. 2
 3
     Exhibits.................................... 4-5
 4
     Proceedings................................. 6
 5
     ANDREW ERICKSON:
 6
       Examination by Mr. Fallon.............. 7, 243
 7     Examination by Ms. Lampley............... 190
 8   Changes and Signature................... 248-249
 9   Reporter's Certification................ 250-251
```

Page 5

```
 1          E X H I B I T S
             (continued)
 2
     NUMBER    DESCRIPTION            PAGE
 3
     Exhibit 15  AEI Property Condition Report  154
 4           Yellow-Assumption 00019124 - 19275
 5   Exhibit 16  E-mail correspondence      170
             3-14-24, Re: Fw: Odessa, TX
 6           SEFL00000720 - 744
 7   Exhibit 17  Odessa Estimate Summary     179
             SEFL00000719
 8
     Exhibit 18  Pavecon Proposal Package     180
 9           SEFL00000710 - 716
10   Exhibit 19  Odessa Proposal Clarifications  183
             SEFL00000717 - 718
11
     Exhibit 20  McAllen Proposal Clarifications  184
12           SEFL00000509 - 510
```

2 (Pages 2 - 5)

Page 6

1     P R O C E E D I N G S
2          THE STENOGRAPHER: Good morning.
3  We're going on the record at 8:00 a.m.
4          My name is Christy Sievert. I am with
5  Veritext.
6          We -- the case -- we are here in the
7  case of Yellow Corporation, et al., Debtors, Case
8  No. 23-11069 (CTG).
9          The deponent today is Andrew Erickson.
10         And we are in the offices of Schwob
11  Building Company, LLC, located at 1350 Lakeshore
12  Drive, Suite 160, in Coppell, Texas.
13         (Oath administered.)
14         THE STENOGRAPHER: All right. Thank
15  you.
16         Counsel, please introduce yourselves
17  for the record.
18         MR. FALLON: We have Brett Fallon and
19  Alec Weinberg of Faegre, Drinker, Biddle & Reath
20  LLP, and we represent Southeastern Freight Lines,
21  LLC.
22         MS. LAMPLEY: We have Amiri Lampley
23  and Andrea Shang with Kirkland & Ellis, LLP, and we
24  represent Yellow Corporation, the debtors in this
25  matter.

Page 7

1          THE STENOGRAPHER: If there's no one
2  else to introduce --
3          MR. FALLON: Anybody else?
4          THE STENOGRAPHER: Yeah. Go ahead.
5          MR. FALLON: Were the unsecured
6  creditors' committee going to announce their
7  appearance?
8          MR. ZUZOLO: We can announce our
9  appearance. We're not intending on questioning the
10  witness, but we'll -- we'll announce.
11         It's Kevin Zuzolo and Jeff Latov from
12  Aiken Gump Strauss Hauer & Feld on behalf of the
13  creditors' committee.
14         ANDREW ERICKSON,
15         having been first duly sworn,
16         testified as follows:
17         EXAMINATION
18  BY MR. FALLON:
19  Q.  Okay. All right. Mr. Erickson, have you
20  ever been deposed before?
21  A.  Yes, sir.
22  Q.  How many times?
23  A.  I would say once or twice. Twice, maybe.
24  Q.  Okay. So we'll just go over some ground
25  rules. So you realize that you're under oath today?

Page 8

1  A.  Yes, sir.
2  Q.  And I am going to ask you a series of
3  questions and ask that you understand the question.
4  If for any reason you don't understand what is being
5  asked, please indicate, and we will try to rephrase
6  it. And the court reporter is going to take down
7  all of my questions as well as all of your answers.
8          Is there anything that would prohibit you
9  from giving your true testimony today?
10  A.  No.
11  Q.  Okay. Let's start at the beginning. Can
12  you describe your postsecondary education, please.
13  A.  I graduated from Luther College in 1995.
14  After that, I went to -- while I was working, went
15  to grad school, got my MBA at Southeastern Oklahoma
16  State.
17  Q.  Okay. And when did you start in the
18  construction -- when -- when did you start working
19  in the construction business?
20  A.  Oh, early in college, 1993. So worked
21  during the summers to put myself through college.
22  Q.  Okay. And you stated you graduated from
23  Luther College in 1995. And then when did you
24  attend Southeastern Oklahoma State University?
25  A.  I believe 1996 and did that as night

Page 9

1  school. Took me a couple years so would have
2  graduated, I believe, in '97, '98.
3  Q.  Okay. And what -- what -- did you obtain a
4  degree from Southeastern Oklahoma State University?
5  A.  I did. Yes, sir.
6  Q.  And what was that degree?
7  A.  A master's in business administration.
8  Q.  Okay. Was there any particular focus
9  during your MBA program?
10  A.  Yeah, it was in -- my focus was in
11  management. I think they had some other
12  disciplines: Finance, marketing, and mine was
13  specific management.
14  Q.  Okay. And you said that you went to night
15  school at Southeastern Oklahoma State University; is
16  that correct?
17  A.  Yes, sir.
18  Q.  So you were working during the day,
19  presumably?
20  A.  Yes, sir.
21  Q.  And what -- what type of work were you
22  doing during the day?
23  A.  I was working for a -- general contractor
24  by the name of Mitchell, Mitchell Enterprises, who
25  hired me shortly out of college. I worked for them

Page 10

1    in -- during my summers while I was in college, and
2    then I did an internship with them. We were on a
3    4/1/4 semester where we had J-term breaks, and so I
4    did a -- a -- for two years before I graduated in --
5    a January term. Instead of taking a class, I did a
6    internship with them, and then they hired me
7    shortly -- shortly out of college.
8       Q. Okay. So you were working full-time for
9    Mitchell Enterprises upon graduation from college?
10      A. Yes, sir. Yes.
11      Q. And what -- what did -- what would -- did
12   you do at Mitchell and what was your title?
13      A. I started off as a -- in estimating as an
14   estimator. It was kind of a smaller shop. I did
15   estimating assistant/project management, and over
16   the course of a few years, I worked myself up to --
17   to a -- as a project manager, but we still had
18   estimating responsibilities as a project manager.
19      Q. And so approximately, what years was this?
20      A. This would have been '96 through -- a
21   four-year period. I guess -- graduated in '95, so
22   '95 through '99.
23      Q. Okay. So do you have any sense or could
24   you give us a -- a -- a sense of how many projects
25   you estimated, how many construction projects you

Page 11

1    managed, that sort of thing?
2       A. Yeah, sure. You have me thinking a long
3    time ago here so bear with me. We're an hour
4    earlier than you. I was involved in dozens of
5    estimates. Again, we were -- dozens of estimates I
6    was involved in during the course of those four
7    years. As far as assistant project manager, I would
8    say a half a dozen projects. In project management,
9    I was involved in three or four, I think, projects
10   my last year that I was there, year and a half.
11      Q. Okay. And what -- what type of
12   construction did they do?
13      A. Yeah, they did -- they did a lot of public
14   works-type projects. So we were involved in Corp of
15   Engineers projects, Naval stuff like NAVFAC, AFIS.
16   They did some schools, involved in schools. So a
17   lot of publics work -- government and public
18   works-type projects.
19      Q. Okay. You said schools?
20      A. Yes, sir.
21      Q. And you -- you gave a couple acronyms
22   there. NAVFAC, what -- what was that?
23      A. That's the Naval -- for Naval facilities.
24   For example, a project that I was involved in as the
25   project manager was the 10th Air Force headquarters,

Page 12

1    which is out at the Naval Joint Reserve Base in Fort
2    Worth. That would be a specific example. I think
3    towards the end of my tenure, I was also involved
4    in, I'd say -- during my time there, I was involved
5    in a project down on the border in Weslaco for
6    the -- for the USDA, a subtropical agriculture
7    research lab.
8       Q. Okay. And so you did that from about 1995
9    to 1999?
10      A. Yes, sir.
11      Q. And then what did you do after your time at
12   Mitchell Enterprises?
13      A. I came to -- I was looking to get out of
14   the public works world and move out of Sherman,
15   Texas, and get to a -- get to the bigger city, to
16   Dallas, and joined a -- joined Schwob Building
17   Company. They did more design/build-type work. We
18   get involved in the design side, much more the
19   preconstruction side, so it's not just estimating
20   but defining, developing scope. So that was my next
21   stint, and I'm still here. Nobody's fired me yet,
22   so. . .
23      Q. Okay. What was your -- what was your title
24   when you first joined Schwob -- Schwob?
25      A. Yeah, project manager.

Page 13

1       Q. And when you said you got more involved in
2    preconstruction and design and scope, what --
3    what -- what do you mean by that?
4       A. Yeah, sure. No, good question. So as a
5    project manager, Schwob was a much smaller company
6    than what it is today, and they allowed me to get
7    involved in -- unlike public works where you're
8    going out and you're, you know, speaking to people
9    in the private market and, you know, putting
10   together proposals -- and so it's kind of a -- a
11   cradle-to-grave approach, right, where I was
12   involved in, you know, pursuing and finding
13   customers and then helping develop that scope, put
14   together the pricing, put together the estimates,
15   and -- and then once that project was signed up,
16   actually be the project manager and follow it
17   through fruition. And I did that on -- on multiple
18   projects during my -- my time as a project manager
19   at Schwob.
20      Q. Okay. So if I understand you correctly,
21   then, as a project manager, you're -- you're not
22   just managing the projects, you're really -- as you
23   said, take it from cradle to grave and finding
24   the -- the client, defining the scope, estimating,
25   and then actually doing the project; is that fair?

Page 14

1    A.  That -- that's correct, yes.
2    Q.  How long were you a project manager for
3  Schwob?
4    A.  For about four years.
5    Q.  And do you have a sense of how many
6  projects you estimated and how many projects you --
7  you worked on as a -- well, construction projects
8  that you actually were out there on-site working as
9  a project manager?
10    A.  Yeah.  As a clarification, I wasn't on-site
11  as a project manager.  You know, our -- as a project
12  manager, our -- I worked out of the office, I mean,
13  obviously made site visits, but our -- our field
14  superintendents are -- are the ones that are on a
15  day-to-day basis.
16    But, no, it would -- it would be probably
17  about a dozen during that four-year span, you know,
18  ten to 12.
19    Q.  Ten to 12 projects.  And then how many
20  estimations did -- did you do?  Would you be able to
21  hazard a -- an approximation?
22    A.  Well, those ten to 12 for sure, obviously,
23  but probably another ten, which means that I did --
24  I wasn't successful with those ten.  20 -- it's a
25  50 percent batting average.  I'll -- I'll take that.

Page 15

1    Q.  Well, so when you say "not successful,"
2  you -- you mean you didn't get the job --
3    A.  Correct.
4    Q.  -- is that correct?
5    A.  That's correct.  I think in -- in our
6  business, if you get them all, you've got a problem.
7  But. . .
8    Q.  Okay.  All right.  So you said you did that
9  for four years.  So are we up to about 2004?
10    A.  Yes.
11    Q.  Okay.  And then what -- what did you do
12  after that?
13    A.  I -- I moved into construction development,
14  which is maybe a fancier term for business
15  development, and as a part of those
16  responsibilities, I was still pursuing and seeking
17  customers, but I was still involved in putting --
18  putting together estimates, overseeing estimates
19  with our preconstruction department with our chief
20  estimator.  So I worked day in and day out involved
21  with estimating, developing scope, putting together
22  proposals.
23    Q.  And did you have a new title at this time?
24    A.  That was the -- the title, is construction
25  development.

Page 16

1    Q.  Okay.  And how many years did you do that?
2    A.  For about three.  About three.
3    Q.  Okay.  So that was roughly 2004 to 2007?
4    A.  Yeah, it -- similar responsibilities as
5  mine as a project manager.  The only difference was
6  I wasn't running -- I wasn't doing the day-to-day
7  project management functions, but I was
8  overseeing -- overseeing the project managers that
9  still that were involved with my customers, you
10  know, making sure that the right decisions were
11  being made, we were treating them fairly, and
12  getting projects done on time, and developing
13  high-level quality and. . .
14    Q.  Yeah.
15    So is it fair to say in your -- in your --
16  your job in construction development, it's more on
17  the front end, really?
18    A.  As far as during the construction
19  development or the experience --
20    Q.  Yeah.
21    A.  For -- yes.
22    Q.  Well, I -- I'm just -- just trying to
23  understand what the -- your primary --
24    A.  Yes.
25    Q.  -- responsibilities were during this time

Page 17

1  period.
2    A.  Yes, I -- yes.
3    Q.  So -- so it -- it sounds like it was more
4  on the front end, although you also still oversaw
5  the back end; is that fair?
6    A.  That's right, yes.
7    Q.  And so you did that until -- from 2004 to
8  2007, and then what did you do after that?
9    A.  In 2007, I was promoted to vice president
10  of the business and made a partner.
11    Q.  And then what were your responsibilities as
12  vice president and partner?
13    A.  I was still responsible for bringing in
14  business.  I still brought in the -- the lion's
15  share of the business, overseeing the
16  preconstruction, the estimating.  So, I mean, a lot
17  of it was still the front-end stuff.  I had the
18  added responsibility of -- a little bit more
19  operational responsibilities, at that point early
20  on, learning the other facets of the business that I
21  didn't understand, you know, the financials, the
22  accounting side, the insurance.  But, you know, the
23  core mission for me was -- was and -- and has been,
24  you know, developing customers and -- and being
25  involved in -- in the preconstruction process.

5 (Pages 14 - 17)

Page 18

1  Q.  Okay.  And how many years were you vice
2  president and partner?
3  A.  I was promoted to president in 2014 so I
4  took the president title in 2014, and -- which had
5  some additional responsibilities but still -- was
6  still involved in the generation of -- of customers;
7  maintaining existing customers; you know, overseeing
8  the various proposals that were going out for my
9  existing customers, the estimates that were going
10  out; overseeing other estimates for other projects,
11  other customers.
12  Q.  Okay.  And I -- I realize we're probably
13  going back a little, but just trying to get a sense
14  of the size and number of projects that -- that
15  Schwob was doing in this 2007 to 2014 period.
16  I mean, can -- can you give us any sense
17  of, you know, how big the projects were?  I don't
18  know if the gross revenue or number of projects,
19  value of projects -- can you give us any sense of --
20  of the size of Schwob and -- and its -- its -- the
21  company and its projects?
22  A.  Yeah, sure.  When I first joined Schwob,
23  they were doing roughly 20 or $30 million, just for
24  clarification, back in early 2000s, early 2000.
25  Going into 2007, you know, I believe the business

Page 19

1  had grown to, you know, 55 million.
2  Q.  And this is gross?
3  A.  Yeah.
4  Q.  Is it 55 million gross?
5  A.  Yeah, gross revenue.  And I believe, you
6  know, for us, 2007 to 2011, the financial crisis was
7  an interesting time.  We stayed successful.  We
8  were -- during that time, I think we were still
9  averaging 75 -- we still -- still grew to 75 --
10  doing 75 to $80 million worth a year.  We had -- I
11  had changed our business from -- early 2000s to a
12  local contractor to a traveling contractor, so it
13  allowed us -- afforded us the opportunity to travel
14  with our customers.  During the financial crisis,
15  that allowed us to serve various places through the
16  country and -- and stay busy.
17  Q.  And what was the type of construction you
18  were doing?  Was this industrial, commercial,
19  residential --
20  A.  Yeah, it's a lot of industrial-type
21  projects, a lot of service -- maintenance
22  facilities, freight facilities, truckload, LTL,
23  light manufacturing.  We historically have -- we did
24  some dealerships.  That would be as close to our
25  retail component.  But other than that, we really

Page 20

1  historically and currently don't do retail work or
2  public works.  So that's -- what I just described
3  has -- has kind of been our fairway.
4  Q.  Yeah.
5  So -- and just to clarify, so we've been
6  talking about Schwob Building Company, LLC; is that
7  correct?
8  A.  That's correct, yes, sir.
9  Q.  Okay.  And there are some affiliated
10  companies, Erickson Companies and Schwob Steel
11  Services; is that correct?
12  A.  Yes, sir.
13  Q.  Can you explain the relationship between
14  those companies and -- and sort of when -- when
15  Erickson and -- and Schwob Steel came into the
16  picture and what their role is.
17  A.  Schwob Building Company was Schwob Building
18  Company Limited up until, oh, I want to say, four
19  years ago, and our -- our -- our Steel Services and
20  our Building Company were all one company.  I
21  separated those off -- again, it's been four or five
22  years ago.  I -- I separated them off into Schwob
23  Building Company, LLC; Schwob Steel Services, LLC.
24  It's two separate companies because they
25  fundamentally do different type of work.

Page 21

1  Schwob Steel Services is a
2  provide-and-erect steel contractor.  They do complex
3  heavy -- heavy structure-type work, hybrid-type work
4  where we use a combination of preengineered and
5  conventional steel products, and, you know, we
6  design them and -- and -- and build them.  And so --
7  and that -- and that group historically works
8  directly for general contractors, typically large
9  general contractors, you know, billion-dollar
10  general contractors.
11  And Erickson Companies is merely the
12  management group.  Since -- since we have these two
13  companies, it's kind of a shared services group, I
14  guess.  And so for all the accounting, the human --
15  HR, all those services, we basically parlay out
16  those.  Erickson has those employees, and then the
17  costs are assessed back to Building Company and back
18  to Schwob Steel Services for those services.
19  So, for example -- it varies a little bit
20  per year based on -- on the usage of those resources
21  or based on each company's volume, but -- for
22  example, you know, it'd be -- most of the time, it's
23  fairly close to a 50/50 split for those resources.
24  So that's -- that's the intent of that.
25  Just it's -- we're all in the same building, so we

Page 22

1  don't need two -- you know, we -- we don't need two
2  controllers, for example, we don't need two HR
3  people.  So anyway.  I hope that makes sense.
4      Q.  Okay.  Okay.  So I think we had gotten to
5  the point where you were promoted president in 2014.
6  We talked about your responsibilities.
7          And has -- has your title or
8  responsibilities changed since 2014?
9      A.  Yes, they have.  I -- I became the sole
10 owner here back in -- four years ago, I bought out a
11 second-generation Schwob family member and became
12 the owner of Schwob Building Company, and then I
13 believe three years ago, I bought out that partner
14 out of Schwob Steel Services, that same individual.
15 I brought in -- I brought in -- since that time have
16 brought in another partner into Schwob Building
17 Company.  But essentially, I've become the president
18 and CEO of -- of -- of both groups and -- but more
19 than anything, just the big ownership change.
20     Q.  And are -- are you still -- well, tell us
21 what your involvement is in -- in estimating and
22 construction really from 2014 up to the present.
23     A.  Yeah.  So specifically for Building
24 Company, I do not get -- I do not get involved in
25 estimates that often with our Steel Services group,

Page 23

1  but on the -- on our Building Company side, I still
2  review estimates.  I do not -- I -- I don't
3  generally put them together, but I review the
4  estimates that are going out the door that our
5  estimators are putting together to verify -- look at
6  scope, make sure scope's covered; make sure that,
7  you know, the numbers seem to be in line because,
8  again, we're turning in proposals to, you know --
9  in -- in -- in most cases to, you know, current
10 customers so you want to make sure the estimate's
11 fair, that the items that need to be covered, the --
12 that -- the scope is generally right and the dollars
13 appear to be right.
14         I do -- I do site assessments.  I still do
15 that, you know, visiting sites, helping determine
16 scope.  It's just something that I've always done,
17 and, quite frankly, it's one of the more enjoyable
18 things that I get to do for -- on a day-to-day basis
19 compared to some of the other responsibilities.
20     Q.  Okay.  Let me just ask you -- and you
21 received a subpoena from Southeastern Freight Lines
22 prior to this deposition; is that correct?
23     A.  Yes, sir.
24     Q.  And then you received a subpoena from the
25 debtors also; is that correct?

Page 24

1      A.  That's correct.
2      Q.  And then -- so you're here today pursuant
3  to those subpoenas?
4      A.  Yes, sir.
5      Q.  Okay.  And then you said your -- your
6  office, it's -- it's in the Dallas, Texas, area?
7      A.  That's correct, yes.
8      Q.  And then you reside in the Dallas, Texas,
9  area as well?
10     A.  Yes.
11     Q.  Okay.  In the ordinary course of your
12 business, do you travel within 100 miles or -- you
13 know, why don't we even say 150 or 200 miles of
14 Wilmington, Delaware?
15     A.  No.
16     Q.  Have you ever been to Wilmington, Delaware?
17     A.  I have not.
18     Q.  Okay.  Okay.  So just looking over your
19 construction experience, it looks like at this
20 point, you're pushing 30 years of construction
21 industry experience?
22     A.  Yeah.  Yes.
23     Q.  Okay.  Let's turn to some of the properties
24 at issue here.
25         Were you asked to visit certain properties

Page 25

1  owned by Southeastern Freight Lines, LLC?
2      A.  Yes, sir.
3      Q.  And which properties did you visit?
4      A.  We visited McAllen, Odessa, and Tulsa.
5      Q.  Okay.  And what was the purpose of the
6  visit to these properties?
7      A.  To do a -- a site assessment, review the
8  facilities for the condition, damage.  You know,
9  mainly to assess the -- the current condition of --
10 of the three buildings.
11     Q.  And -- and were you also asked to assess
12 the areas around the buildings?
13     A.  Yes, sir.
14     Q.  And generally, what type of inspection did
15 you do?
16     A.  We did a, I mean, what I would call a site
17 walk.  You know, walked the site, walked inside
18 throughout the building, around the building, around
19 the site, around the fence line, the -- you know,
20 walked the site.
21     Q.  Okay.  And you did that for each of the
22 properties that you referred to?
23     A.  Yes, sir.
24     Q.  And was anyone there from Southeastern
25 Freight that also participated in the walkthroughs?

7 (Pages 22 - 25)

Page 26

1    A.  Yes, Tom Herndon.
2    Q.  Okay.  Let's turn to Tulsa, Oklahoma.
3        Do you recall when you visited the
4  Tulsa -- and I'll refer to the Tulsa, Oklahoma, site
5  as the Tulsa property.
6        Do you recall when you visited the Tulsa
7  property?
8    A.  Yeah.  We went on -- it was, I believe --
9  that would have been on March 7th.  Is that a
10  Thursday?  I can look.  Yes.
11   Q.  March 7th, Thursday.  Yeah.
12   A.  March 7th.  Yes, the 7th.
13   Q.  Okay.  2024?
14   A.  Yes, sir.
15   Q.  Okay.  And we're -- we're going to get
16  into a lot of -- a -- a lot more detail, but maybe,
17  you know, just give us a, you know, 50,000-foot
18  view, so to speak, what -- what you saw when you
19  were there, and -- and then we'll go into a little
20  more detail.
21   A.  Yeah, sure.  The Tulsa site was -- had
22  been -- I -- I think the most -- the -- the unique
23  thing about that compared to the other two sites was
24  I guess the site had been vandalized.  The
25  electrical had been vandalized.  It appeared that

Page 27

1  all the electric had -- the wires had been pulled --
2  pulled out of conduits, pulled out of site lighting
3  conduits.  Secondary feeders or secondary wires had
4  been pulled.  Again, that -- that's unique to the
5  other two from what we observed.
6        But the site was -- there was some
7  selective damage on -- on perimeter site fencing.
8  There was a -- I mean, that's probably not a
9  50,000-foot view, but, you know, the asphalt paving
10  had issues on the surface.  The -- the office was --
11  definitely had some issues.  The dock itself was in
12  relatively -- it was not in bad shape.  It was in
13  decent shape.  As far as the -- the canopies, there
14  were some canopies that were damaged from -- from
15  some trailers, the shorter trailers, the pup
16  trailers, that had nosed up and -- and -- from being
17  loaded -- loaded too heavy in the back, and -- and
18  the landing gear or the axles were in the wrong
19  position and it flips the trailer up to the front.
20  So we had some damaged canopy.
21        You know, it was difficult to get up along
22  the perimeter of the building .  Yellow still has
23  trailers parked in -- that specific one had trailers
24  parked around the entire perimeter, so it was very
25  difficult, I mean, virtually impossible, to do an

Page 28

1  inspection of the exterior of the building at the
2  dock.  But. . .
3    Q.  Okay.  Well, let -- let me -- let me stop
4  you there because I think we'll be getting in --
5  into more of that.  No, I appreciate that.
6        Let me ask just generally -- because you
7  had mentioned that the -- the site was vandalized
8  and the electrical pulled out of conduits.
9        So if I am understanding that correctly --
10  was -- was there any electrical power in the
11  building?
12   A.  No.  No, the building is not -- is
13  incapable of being energized at this point.
14   Q.  And -- and -- and that's because all the
15  wiring was -- was pulled out?
16   A.  Yes, sir.
17   Q.  Do -- do you know why vandals would pull
18  out the wiring?
19   A.  I mean, I'm guessing that, you know,
20  they're -- they're -- they're trying to get the
21  copper -- the copper out of the wire to use that and
22  take it for the salvage value.  So -- I don't know
23  how much salvage value is in copper, but
24  unfortunately, it's something that we see from time
25  to time.  I would imagine that had somebody just

Page 29

1  went and worked at a real job that evening, they
2  might have made just as much as what they got out --
3  of that building, but. . .
4    Q.  Okay.  So can -- can you make any general
5  statements about buildings that -- that don't have
6  power?
7    A.  Yeah.  I mean, you know, buildings are --
8  obviously, during the construction phase, you know,
9  we get to a certain point when we build a building
10  that we need power to properly put in finishes.  You
11  know, if you're putting in -- and when I say
12  "finishes," I'm talking about office finishes and,
13  you know, drywall, painting, millwork, flooring.
14  And in an unconditioned space, when a -- when a
15  space is finished and -- and it's left
16  unconditioned, it's susceptible to, in -- I think in
17  the case of Tulsa, you know, freezing.  It's
18  susceptible to humidity, moisture, which is not good
19  for millwork.  It's -- you know, if things freeze,
20  we have -- you have fire sprinkler systems that, you
21  know, could be damaged.  It's -- it's -- it's --
22  it's not a -- it's not a good deal.  I mean, anybody
23  that's ever lost power at their house and had a
24  freeze may -- may appreciate it, but. . .
25   Q.  So when you say it's unconditioned, you

8 (Pages 26 - 29)

Page 30

1    mean there's no heat, no -- no cooling, no humidity
2    control?  Is that what you're referring to?
3        A.  Yeah, that's correct.  And in this case,
4    just for what it's worth, the air-conditioning units
5    were all removed as well, so even if somebody were
6    to turn power on, it's -- it's missing -- it's --
7    it's missing those components as well.
8        Q.  Okay.
9        A.  And I -- I -- I do have a question.
10       Q.  Sure.
11       A.  I -- I've got this -- this packet here, but
12   there was a revised proposal on Tulsa that was
13   submitted yesterday.
14       Q.  Yes.  Yes.  We've received that, and we
15   provided that to the debtors, and we -- we can talk
16   more about that when it becomes relevant.
17       A.  Okay.
18       Q.  But, yes, we -- we have that.
19       A.  Okay.
20       Q.  Why don't we start -- we'll -- we'll take a
21   look at some pictures.
22           MR. FALLON:  And I will ask the court
23   reporter to pull up documents Bates stamped SEFL 843
24   through 883 and ask that the court reporter mark
25   that -- those pictures as Erickson Exhibit 1.

Page 31

1           THE STENOGRAPHER:  Where -- were
2    these -- I don't have any documents.
3           Is it something that you were
4    provided?
5           THE WITNESS:  I was provided.
6           THE STENOGRAPHER:  Okay.  So is it
7    in a notebook that was provided to the witness,
8    then?
9           MR. WEINBERG:  Okay.  Why -- why don't
10   we go off the record.
11          (Break taken, 8:50 a.m. to 8:54 a.m.)
12          MR. FALLON:  All right.  I would ask
13   the technician to pull up and the court reporter to
14   mark as Erickson Exhibit 1, the documents Bates
15   stamped SEFL, series of 0s, 843 to SEFL, series of
16   0s, 883.
17          (Exhibit No. 1 marked.)
18          MR. FALLON:  And I see that they are
19   up on the screen.  And I don't know if you can focus
20   in on -- on the picture itself.  That may be helpful
21   for the witness.
22          But let me -- let me ask the -- the
23   witness, and -- and the witness also. . .
24   BY MR. FALLON:
25       Q.  Have you -- have you seen these pictures

Page 32

1    before?
2        A.  Yes, I took them.
3        Q.  Or at least this picture?
4        A.  Yes.
5        Q.  I'm sorry.  Go ahead.
6        A.  Yeah, yes.
7        Q.  And -- and what -- what -- what is this
8    exhibit?
9        A.  That's in their -- that's in the office
10   space in Tulsa.
11       Q.  Okay.  And -- and -- and is your e-mail
12   address Erickson@Schwob.com?
13       A.  Yes, sir.
14       Q.  Okay.  Who took the -- this picture?
15       A.  I took it.
16       Q.  Okay.  And is this photo a true and
17   accurate representation of what you saw during your
18   visit to the Tulsa property?
19       A.  Yes.
20          MR. FALLON:  So I'll ask the court
21   technician to page through 843, 844, and 845.
22   BY MR. FALLON:
23       Q.  And if you can describe what's in each of
24   those pictures.
25       A.  I'm sorry, are you asking me to describe

Page 33

1    it?
2        Q.  Yes, please.
3        A.  Yeah.  I mean, what we're looking at is a
4    building that's -- inside that appears not to have
5    been maintained.  The wall surfaces are dirty,
6    chipped up, dinged up.  The floor surfaces are --
7    appear to have not been maintained, waxed, taken
8    care of, extremely dirty -- I mean, not just dirty,
9    stained.  We have areas of the floor that, I mean,
10   the -- the -- the surface of the -- the VCT tile is
11   completely worn off.  You'll see in one of those
12   photos light gray areas that almost look faded on
13   the floor where it's been worn completely through
14   the -- the top layer of the -- the floor tile.  So,
15   you know, I don't know if that's from people not
16   putting floor mats underneath their rolling chairs,
17   but, I mean, it's -- there's floor boxes that are
18   randomly everywhere.  Ceiling tiles are in disarray,
19   missing, stained.  Just it's -- it hasn't been taken
20   care of.
21       Q.  Okay.  And so with respect to the floor, is
22   that something that could just be cleaned and
23   repolished to -- to make it good and safe?
24       A.  No.
25       Q.  And why not?

9 (Pages 30 - 33)

Page 34

1     A.  I mean, it -- the surface is worn off in
2   certain areas, and there's areas where it's severely
3   stained that it's -- it's not -- with proper
4   maintenance on an annual basis, I mean, it possibly
5   could not have been an issue.  That's not the case
6   here.  And, no, I mean, you could never, in my
7   opinion, restore that floor.
8         MR. FALLON:  Let me ask the --
9   BY MR. FALLON:
10    Q.  And -- and 843 to 845 are accurate pictures
11  of -- of what you saw when you were at the Tulsa
12  property?
13    A.  Yes.
14    Q.  Is that a yes?
15    A.  Yes.
16    Q.  Okay.  Sorry, sometimes I can't hear.
17        Okay.  Let me ask you to look at 846 and
18  847.  And what are those pictures?
19    A.  You know, that appears to be a conference
20  room.  That one does not -- that one has a -- carpet
21  tiles in it.  They're stained, discolored.  The
22  walls are dirty, grimy, same issue.  The -- the --
23  the ceiling tiles are -- some areas have staining.
24  In some areas the ceiling tiles are sagging.  That
25  may be from the lack of -- an unconditioned building

Page 35

1   space.  Same thing with -- with the carpet, you get
2   an unconditioned space that hasn't been heated or
3   cooled and so, you know, smells of -- of must.  I --
4   you know, kind of the musty, moldy smell.  But, you
5   know, wall surfaces are, you know, chipped, haven't
6   been maintained similar to the other room we just
7   looked at, but this one has carpet in it.
8     Q.  Okay.
9     A.  Same thing here, I mean, you can see --
10    Q.  I --
11    A.  Go ahead.  I'm sorry.
12    Q.  Go ahead.
13    A.  Same thing here --
14    Q.  So when you say "here," we're looking now
15  at SEFL 847?
16    A.  Yeah.  I mean, this one --
17    Q.  Go ahead.
18    A.  This one's got carpet as well.  You can see
19  floor staining, various stains.  You can see the
20  floor.  You know, I don't know if that's a -- if
21  that's the terminal manager's office or whose it
22  was, but it's -- you know, the walls are, again,
23  dirty, grimy.  Ceiling tiles are somewhat in
24  disarray.  You know, pretty indicative of the rest
25  of the building with the exception that, you know,

Page 36

1   this one has -- has carpet in it.
2     Q.  Okay.  Let me ask you to turn to SEFL 848
3   and 849.
4     A.  Yeah.  I mean, you know --
5     Q.  And -- go -- go ahead.
6     A.  Yeah.
7     Q.  Can you describe what -- what those
8   pictures show.
9     A.  You know, they look like somebody
10  paratrooped through the roof, but, you know, I -- I
11  don't -- it's hard to tell if that's from the
12  vandalism.  You know, I -- I don't know what
13  contributed to that.  But the ceiling tiles are --
14  have all been -- have fallen out.  It could be from
15  the vandalism.  It could be from the fact that the
16  building wasn't energized and, you know, a sprinkler
17  leaked and -- and, you know, water got down on the
18  ceiling tiles and -- and busted -- you know, they --
19  they sagged and -- and cracked and broke and fell.
20  But you can see the ceiling's in disarray, you know,
21  the same thing.  I think that's -- that floor right
22  there is a concrete floor.  I don't know if
23  that's -- that may be carpet.  I'm trying to
24  remember what -- but, you know, the walls are grimy,
25  dirty, just in -- in bad shape.

Page 37

1     Q.  Can you fix that ceiling by just painting
2   or putting the tiles back together?
3     A.  No, because the ceilings in that area, I
4   mean, have -- it's a ceiling tile system with
5   ceiling grids, and those grids get damaged and you
6   have go in and start pulling out the -- the ceiling
7   grid, the double Ts, and find a place -- find
8   another demising wall to connect it to.  And -- and
9   the problem is once you start, you've got an old
10  ceiling tile grid system versus a new one.  It's --
11  it's -- it's kind of a hard deal to find a starting
12  and stopping point without it looking completely
13  obvious.  You know, grids -- ceiling grids will
14  start to yellow over time, over years, and so when
15  you start replacing them with new materials, it --
16  they look very dissimilar.  In a lot of cases,
17  they just -- based on manufacturing differences
18  over the years, you just -- you can't get them to
19  connect.
20    Q.  Hey, let me -- and 848 and 849 are accurate
21  representations of what you witnessed at the
22  property?
23    A.  Yes, sir.
24    Q.  Let me ask you to take a look at Bates
25  Numbers 852 through 854 and ask if you can describe

10 (Pages 34 - 37)

Page 38

1    what is shown in those pictures.
2        A.   It was difficult to get good photos in
3    there.  It was a very dark space, no windows --
4    that's a -- that's a restroom -- you know, with the
5    building not having power.  But, you know, we've got
6    damaged ceiling tile again.  There's a piece of PVC
7    pipe laying on the ground.  I don't know why or
8    where -- if that was pulled out of the ceiling.
9    Again, the building's utilities at this point are --
10   are -- are shut off.  So -- but I -- I guess it's --
11   I -- I would guess that was attributed to the
12   vandalism, somebody getting up in the ceiling and --
13   and -- but I -- I -- I don't know where that piece
14   of PVC pipe would have come from.  It's -- it's not
15   good.
16       Q.   And is it fair to say that this needs to be
17   replaced?
18       A.   Yeah, it needs -- when you figure out where
19   it came from and -- yeah, then -- yeah, but it needs
20   to, I guess, be replaced.  Something up in the -- in
21   the -- in the ceiling likely has an issue.
22       Q.   And does -- does the ceiling tile in these
23   pictures need to be replaced as well?
24       A.   Yeah.  I mean, again, that's a -- you can
25   see it's not as simple as just cutting out that

Page 39

1    hanging piece of metal and, you know, gluing another
2    piece to it.  I mean, the problem is it's -- it's an
3    old ceiling system, an old grid system, and you can
4    just never -- it's -- I'm not going to it -- it's
5    very difficult, and it never looks right.  It
6    would -- yeah, I mean, the right thing to do would
7    be to remove the ceiling grid and tile and reinstall
8    new.
9        Q.   And is it -- is pictures 852 through SEFL
10   854 accurate representations of what you saw when
11   you were at the property?
12       A.   Yes.
13       Q.   Let me ask the court reporter to also pull
14   up documents Bates stamped SEFL 858 and 859 and ask
15   if you can describe what is in those pictures.
16       A.   You know, I don't know what they were using
17   that space for, but that would -- that's descriptive
18   of a -- that's a VCT -- vinyl -- VCT tile floor.
19   Again, you can see -- you see the areas of light
20   gray or darker portions of the floor there.  That's
21   where the -- the surface of the VCT has been worn
22   off, again, maybe indicative of rolling chairs that
23   didn't have a -- a chair mat or something
24   underneath.  Either that or somebody walked in a
25   circle for, you know, a couple years at a time until

Page 40

1    they burned it out, but I'm guessing it's from a
2    rolling chair.
3        But, you know, we've got things seeping
4    through the wall.  You can see it on the left side
5    down -- I -- I don't even, you know, begin to know
6    where that's coming from.  I hope that's not
7    indicative of a water leak, you know, some sort
8    of -- you know, coming down through the wall and --
9    and seeping out.
10       But, you know, the walls are dirty.  The
11   ceiling tiles are, again, in -- in somewhat of a
12   disarray, dirty.  We're starting to see -- and you
13   had asked me a general question before in that
14   bathroom.  The issue that we have in this is that,
15   again, the building's been not energized, and, you
16   know, so these ceiling -- the ceiling grids -- or
17   the ceiling tiles are, you know, very porous, and
18   once they start to absorb and -- and take on
19   humidity, they start to sag, they start to smell,
20   and with -- with enough time, they'll actually not
21   just mildew but have mold.  So -- but, yeah, just to
22   me, this is indicative of some of the other photos
23   that we -- we talked about.  It's just -- it -- it
24   just hasn't been, you know, maintained and -- and
25   taken care of.

Page 41

1        Q.   Okay.  And that's true of 859 as well?
2        A.   Yeah.  Which one is --
3        Q.   Didn't we -- let's see.  This is 858 that
4    we're looking at.  There we go.  There's 859.
5        A.   Yeah.  I mean, the same thing there, you
6    know, there -- there's -- it -- it -- it hadn't been
7    taken care of.  It hadn't been maintained.  You can
8    see a picture -- that's -- there's some broken
9    glass.  There's a slider window in the center.  I
10   don't know -- I'm not going to speculate.  I'm not a
11   private investigator, but I -- you know, somebody
12   broke the glass there, and maybe it was part of the
13   vandalism.
14       The issue in there is there's a lot of
15   casework or millwork that's been built, and, you
16   know, that's a -- there could be future problems
17   with the fact that the building -- you know, it's
18   not -- doesn't have controlled heat and air in the
19   building with -- with the millwork.
20       Q.   And when you say that, is -- is that
21   because wood absorbs moisture and humidity?
22       A.   Yeah.  Yeah.  I mean, you know, wood, you
23   know, expands and -- as well as it contracts with,
24   you know, dry air and -- and moist air.  And so --
25   and depending on how those -- those cabinets are

11 (Pages 38 - 41)

Page 42

1  built, you know, whether they're melamine or
2  plywood, I mean, they -- they're still susceptible
3  to do the same thing, but -- so those cabinets, you
4  know, expand and contract. You know, things start
5  to delaminate. You know, it's -- it can -- it can
6  definitely be a problem.
7     Q. Okay. And are SEFL 858 and 859 accurate
8  pictures of what you witnessed while on the
9  property?
10    A. Yes.
11    Q. And, again, can these floors be fixed just
12  by doing a good cleaning and polishing?
13    A. No.
14    Q. All right. Let's turn to the exterior
15 property. And let me direct your attention and ask
16 the technician to -- why don't we start with SEFL
17 861. And can you identify what SEFL 861 is?
18    A. Yes. That's a -- an exit stair off a dock,
19 I believe at the end of the dock. The door's barely
20 hanging on. It won't close. It doesn't have door
21 hardware. You know, we're looking at a -- a metal
22 set of stairs that's -- hasn't been maintained. You
23 can see that it's starting to rust. It hadn't been,
24 you know, maintained, hadn't been painted, touched
25 up, so starting to see some corrosion on that.

Page 43

1     Q. And what -- what would be the fix for the
2  problems you see on 861?
3     A. It would have to be prepped and those
4  areas -- all those areas of rust and the areas where
5  the -- the paint's delaminating would have to be --
6  you know, that could either be done through sanding
7  or through a wire brush sanding process, then
8  primer, primed and repainted. And the same is kind
9  of indicative on all the perimeter dock channel.
10 Again, it's very difficult when you have, you know,
11 50 or 60 trailers that are backed up at every door,
12 so it's difficult to see from the front of it. But
13 you can see the dock channel, and the dock channel
14 would be the -- the metal C-channel that's located
15 below the yellow vertical rib panels that you see.
16 You can see that's all rusted and -- and
17 dilapidated. That needs to be completely cleaned
18 up, prepped, primed, and painted.
19    Q. And how about the door?
20    A. You know, the door is -- probably needs to
21 be replaced. You know, it -- it may be able to be
22 repaired. It's going to need some work around the
23 door jamb and -- but, again, it -- hardware -- and
24 we saw that in various areas on Tulsa, that a lot of
25 the door hardware was -- was missing, was pulled

Page 44

1  off, not operable. Doors weren't closing. I think
2  we saw a previous photo that you had pulled up
3  that -- that the door is completely taken off, and
4  I -- I didn't have the time to go try to reinstall
5  the door when I was there to see if it would fit.
6  Nor am I overly qualified to even install a door
7  just in full disclosure.
8     Q. Okay. So you're referring there --
9        MR. FALLON: The technician can go
10 back to SEFL 849.
11 BY MR. FALLON:
12    Q. Okay. So we're looking at SEFL 849, and
13 you had referred to a picture where the door was
14 taken off -- actually looks like two doors were
15 taken off there.
16       Can you describe what you're -- what we're
17 seeing in 849.
18    A. Yeah. It -- it's not two doors, but one of
19 the doors obviously was taken off. I -- I'm
20 guessing that's the door, but it may be a door from
21 another location.
22       The other thing on the left-hand side of
23 the screen just sitting down on the ground, I mean,
24 I don't know if that's a -- a light fixture, if
25 we're looking at the ballast and the wire hanging

Page 45

1  down and that was pulled out of the ceiling.
2     Q. Okay. So they would need to be rehung as
3  well when you're doing the ceiling?
4     A. Yes.
5     Q. Okay. Let me turn to pictures at SEFL 862
6  and 863 and ask you to review them and -- and tell
7  us the import of those pictures.
8     A. Yeah. The issue here, again, the trailers
9  are backed up. It's hard to show -- what -- what
10 I've tried to demonstrate here is between about six
11 or eight of -- of the dock doors -- this is the
12 canopy that we're looking at between two trailers.
13 Between six or eight of the dock doors, these are
14 locations where the canopy was damaged, which is
15 indicative of a pup trailer. When I say "a pup,"
16 that's going to be one of the shorter trailers, not
17 a van, not -- not -- not a 53-foot trailer but one
18 of the shorter trailers.
19       Unfortunately, one of the issues in the
20 LTL business is that if the axle configuration isn't
21 set up properly and they load a pup trailer -- if
22 the -- if the axles are too far forward from center
23 and they load the trailer with a forklift, the nose
24 of the trailer comes up, and -- and -- it basically,
25 you know, pops up, you know, at a 45-degree angle

1  and -- and -- and clips the canopy.
2      Q.  And is that the damage we're seeing in the
3  canopy on 862 and 863?
4      A.  I -- I would -- I can only imagine that
5  that's what caused it.  I -- there's -- it's a
6  very -- unfortunately, a typical -- for canopy
7  damage like that, that -- that's a -- a typical --
8  it's not commonplace, but that is indicative of what
9  I just described, that damage.  Otherwise, I -- I
10  don't know what would have contributed to it.  But
11  that's -- a very, very unfortunate, common deal or
12  typical for canopy damage like that would be a
13  trailer nose ending up.
14      Q.  Okay.  And is that condition there that we
15  see in 862 and 863 -- would that be a good and safe
16  operating condition?
17      A.  No.  No.
18      Q.  And 862 and 863 are accurate
19  representations of what you observed while at the
20  property?
21      A.  Yes.
22      Q.  And, in fact, is 862 and 863 a hazard?
23      A.  Yeah, I mean, absolutely.  You know, if
24  a -- you can see that the -- portions of the -- the
25  canopy are -- are hanging and not fastened properly,

1  and, yeah, I mean, it -- it could fall.  You know, a
2  member could blow off and hit somebody, could fall,
3  hurt somebody, I guess, or arguably kill somebody.
4      Q.  Let me ask you to turn to SEFL 864 and ask
5  if you can describe what 864 shows.
6      A.  Yeah, I mean, that's the -- that's one of
7  the sides of the building, and that's showing where
8  the -- what you're seeing against the wall is the
9  disconnects for the air-conditioning units, and
10  that's where the condensing units for the air
11  conditioning used to sit that are no longer there.
12      Q.  What would be the fix for that?
13      A.  Purchase new air-conditioning systems, you
14  know, new condensing units, and depending on, you
15  know, the condensing units, it could involve
16  replacing air handlers and stuff in the office, but
17  definitely new condensing units.
18      Q.  And would those condensing units be
19  necessary to condition the building?
20      A.  Yes.
21      Q.  Let's take a look at SEFL 865 through 869.
22      A.  Yeah.  I mean, we're looking at -- that's
23  just one shot of the -- the paving.  We're seeing a
24  lot of surface cracking, longitudinal cracking on
25  the surface, fairly large cracks.

1      Q.  Okay.
2          MR. FALLON:  Can the operator show
3  866, 867, 868, and 869.
4      A.  Yeah.  I mean. . .
5  BY MR. FALLON:
6      Q.  Let's see.  Yeah, let's stop at 867.  What
7  do you -- what do you see in 867?
8      A.  Same thing, we've got random cracking,
9  longitudinal cracking, on all the -- on -- on the
10  surface.
11      Q.  And is there a problem if -- if the -- and
12  that's an asphalt surface?
13      A.  Yes, sir.
14      Q.  And so is there a problem if asphalt cracks
15  like that?
16      A.  Yeah.  I mean, something like this with,
17  you know, longitudinal cracking, I mean, the -- the
18  issue is that the cracks are fairly significant in
19  width, so it's -- it's not a recent event.  It's
20  something that has continued to dilapidate over
21  time, and so rather than maintaining it when the
22  cracks were originally seen, I mean, these cracks
23  start to get bigger, deeper, and the issue is that
24  through freeze-thaw cycles, rain, moisture, you
25  start to get water that penetrates through those

1  cracks and -- and through the -- through the --
2  through the layers below.  So, you know, the concern
3  is, you know, what -- what you can't physically see
4  in the photos is what -- you know, what damage has
5  that caused beneath the surface.
6      Q.  Why don't you take a look at 868 and 869.
7      A.  Same thing, just -- you know, there's
8  surface cracking, and, again, those cracks are
9  fairly significant in width.  I would describe them
10  as a half inch or -- or greater in width, but, you
11  know, the surface is cracked all over.
12      Q.  Okay.  Why don't you take a look at 878 and
13  let us know what -- what we see there.
14      A.  Same thing, a lot of -- a lot of random
15  cracking.  You see a lot of longitudinal cracking,
16  again, fairly significant widths of cracks.
17      Q.  Did you say -- was it rain cracking that
18  you said?
19      A.  Random.
20      Q.  Oh, random cracking.  Okay.
21          And then -- so random would be irregular
22  cracks?  Is that it?
23      A.  Correct.
24      Q.  And then longitudinal -- longitudinal
25  cracking or -- or straight-line cracks?

Page 50

1    A.  Yes.
2         MR. FALLON:  Okay.  I'd ask the
3    technician just to page through SEFL 865 to 879 and
4    ask the witness if these pictures represented by
5    SEFL 865 through 879 are accurate representations of
6    what you saw while at the Tulsa property.
7    A.  Yes.  Yeah.  That's why I took many, many
8    photos, just so that nobody would -- I mean,
9    obviously, we walked the site, inspected it all, and
10   took photos of it all, but it's -- you know, we -- I
11   took various -- a lot of photos throughout the
12   entire site, so it's not representative of one
13   specific area; it's representative of the entire
14   site.
15   Q.  Does asphalt have a -- a -- a useful life?
16   A.  Yeah.  I mean, typically, most asphalt
17   profiles are designed to a 15-year life.  Concrete
18   are generally designed to a 20.  But, yeah,
19   traditionally, a 15-year life span.
20   Q.  Do you have a sense of where this asphalt
21   is in its life span?
22   A.  No, I -- I can't speculate on when that
23   profile was put down, when it -- but, you know, to
24   me, it's far exceeded it.  You know, the issue on
25   the surface is why asphalt is generally -- has a

Page 51

1    15-year life span, and that's -- to the point of
2    resurfacing it is that, you know, it's exposed to,
3    you know, UV rays, sun rays.  It's -- so it's --
4    it's traffic, it's weather, it's the sun.  You know,
5    things -- you know, asphalt, unlike concrete,
6    doesn't have -- it doesn't have -- it doesn't have
7    expansion joints.  You know, concrete's designed
8    with expansion joints and slip dowels so that it
9    expands and contracts with weather and -- and has --
10   in those expansion joints, control joints, you --
11   you caulk them, you seal them, maintain them.
12        You know, asphalt doesn't -- that --
13   that's not what asphalt does.  Asphalt doesn't have
14   control joints, so it -- it's always expanding and
15   contracting.  And so by maintaining the surface over
16   time, maintaining the surface is -- is a way to --
17   to try to offset some of that expansion and
18   contraction, I guess, for lack of better terms, you
19   know, the sun exposure.
20        But, no, I mean, this one, again, the
21   concern is the size of the cracks.  You know, had --
22   had -- had they been handled and managed early on,
23   you know, I don't -- I don't think we're dealing
24   with a situation that -- that they're quite as
25   significant as -- as the situation we have today .

Page 52

1    Q.  Okay.  And let's look at one more picture,
2    SEFL 880.  Can you describe what SEFL 880 shows.
3    A.  Yeah, the -- that's a light tower that's
4    been completely knocked over.  It's laying on its
5    side.  I don't know if you guys can see that, the
6    pole that's leaning kind of left to right.  On the
7    left-hand side you can see the electrical got
8    stripped out of that.  That looks like a -- an oil
9    pan heater -- a plug-in for the oil pan heater for
10   the tractors.
11   Q.  Was there any power to the oil pan heater?
12   A.  No, sir.
13        MR. FALLON:  Okay.  Let me ask the
14   technician to also pull up SEFL 881, SEFL 882, and
15   SEFL 883 and page through them.
16   BY MR. FALLON:
17   Q.  Are those accurate pictures of the site
18   that you visited?
19   A.  Yes, sir.
20   Q.  And SEFL 880 is also an accurate picture of
21   the site?
22   A.  Yes, sir.
23        MR. FALLON:  Okay.  I don't think I
24   marked this.  Can we mark -- unless I missed it.
25   Can we mark SEFL 861 through SEFL 883 as Erickson

Page 53

1    Exhibit 2, please.
2         EXHIBIT TECHNICIAN:  I mean, Counsel,
3    you -- you can -- I'm sorry, this is Clint, the
4    tech.  I mean, that can be noted for the record.
5    Production can take care of that, but for the way
6    I'm marking these right now since they're all part
7    of the same file, I can't really mark them
8    individually on my end, but it can be noted on the
9    record if you would like.
10        MR. FALLON:  Okay.  No.  Okay.  Yeah,
11   I -- I see what I did.  I had already marked SEFL
12   843-883 as Erickson Exhibit 1, so I -- I think we're
13   covered there.  So we're still on Exhibit 1.
14   BY MR. FALLON:
15   Q.  Okay.  Let's pull up your most recent
16   estimate.  This is the Schwob estimate that we
17   circulated last night dated Wednesday, March 27,
18   2024, and I believe you've got a copy there.
19        MR. FALLON:  I believe counsel for the
20   debtors was provided a copy last night as well as
21   counsel for the creditors' committee.
22        Does everybody have that?
23        MS. LAMPLEY:  Yes.
24        MR. FALLON:  Okay.
25   BY MR. FALLON:

14 (Pages 50 - 53)

Page 54

1    Q.  And, Mr. Erickson, do you have that in
2  front of you?
3    A.  I do not.  I didn't want to bring anything
4  that -- into this deposition that I didn't -- I
5  didn't know that everybody had it.  I'm -- I can run
6  back and get it or if you can pull it up on the
7  screen.  You tell me how you want to do it.  It'll
8  take me one minute to grab it off my desk.
9        MR. FALLON:  Yeah.  Well, we've been
10  going for a while, so maybe this is a good time to
11  take a break.  Why don't you grab that if that's
12  okay with the debtor, and we can come back in
13  ten minutes.
14        MS. LAMPLEY:  Works for us.
15        MR. FALLON:  Okay.  Off the record.
16  Thank you.
17        (Break taken, 9:30 a.m. to 9:42 a.m.)
18  BY MR. FALLON:
19    Q.  Okay.  Mr. Erickson, during the break, were
20  you able to retrieve your latest estimate?
21    A.  Yes, sir.
22    Q.  And is that the estimate dated Wednesday,
23  March 27, 2024?
24    A.  Yes.
25    Q.  Okay.  And is this -- you had provided a

Page 55

1  previous estimate?
2    A.  That's correct.
3    Q.  And why don't -- when -- when we get to it,
4  why don't you just indicate where the estimate is
5  different.  I don't think we need to mark that,
6  although other counsel may if they want to.  But you
7  can tell us what's different and -- and why it's
8  different, but I don't think we need to do that for
9  now.
10        MR. FALLON:  So can I have the court
11  reporter mark the March 27, 2024, estimate as
12  Erickson Exhibit 2.
13        EXHIBIT TECHNICIAN:  One moment.
14        (Exhibit No. 2 marked.)
15  BY MR. FALLON:
16    Q.  Okay.  The court reporter has marked the
17  March 27, 2024, estimate as Exhibit 2.  Can you
18  describe what this is for us.
19    A.  Yeah.  It's an estimate for the rework, the
20  items that -- that we saw on-site, a lot of them
21  represented in the photos, that need to be
22  corrected, fixed.  But, yeah, it's -- it's an
23  estimate from our -- our site visit, our site walk
24  on the repairs.
25    Q.  Okay.  Did -- did you prepare this

Page 56

1  estimate?
2    A.  I did not.
3    Q.  Did somebody from your company prepare the
4  estimate?
5    A.  Yes, sir.
6    Q.  And is it an estimate that you reviewed?
7    A.  Yes, sir.
8    Q.  And do you think that this is an accurate
9  estimate intended to reflect how much you believe it
10  will cost to bring the Tulsa property to good and
11  safe operating condition?
12    A.  I think it's an accurate representation of
13  a -- of a -- of a site walk having limited
14  information.  I don't know that it's an overly
15  accurate estimate of the total extent of the work,
16  but from our walk, yes.
17    Q.  So when you say you're not sure if it's
18  totally accurate, what -- what do you mean by that?
19    A.  I mean, you know, there -- there -- there's
20  a lot of things.  It's, I guess, what's
21  representative of this revised proposal.  It's going
22  back and looking at photos and -- and noting, you
23  know, what -- what other things did we miss.  The --
24  the revised estimate that came across yesterday
25  was -- was -- the original estimate did not have the

Page 57

1  air-conditioning units, and going back through the
2  photos, it was like, wow, we -- we need
3  air-conditioning units.  You know, that -- that was
4  missed, so that -- that estimate's been corrected.
5        But, no, I mean, it's -- what -- what --
6  what you don't know is what damage was done above
7  the ceiling.  I think with some additional
8  investigation and -- and -- I -- I would argue to
9  believe that there's probably additional damage
10  that's concealed that -- that we don't know about.
11  That's just -- you -- you don't know until you get
12  into it.
13    Q.  Yeah.  And I -- I want to follow up on
14  that.
15        So about how -- how long did you spend at
16  the site?
17    A.  Three hours.
18    Q.  Okay.  And --
19    A.  Maybe -- maybe two and a half.
20    Q.  -- so your -- your estimate was essentially
21  based on your three-hour walk-through; is that fair?
22    A.  Yeah.  It may have been closer to two and a
23  half, but, yes, maybe three.
24    Q.  Okay.  So when you stated earlier that, you
25  know, you -- once you get started, you start going

1 up into the ceiling and -- I -- I think you stated
2 something to the effect of -- if you might find some
3 more things up there that need fixing.
4        Was -- was that your testimony?
5    A. Yeah. I mean, for example, just the photo
6 that had the PVC pipe laying on the ground, like,
7 you know, where did it come from? It's -- it's
8 below the area where the ceiling's been pulled out,
9 and, you know, I mean, it would feel to me like that
10 pipe was connected to something and --
11    Q. Uh-huh.
12    A. -- whether it had, you know, likely, you
13 know, water, something that needs to run through it.
14        But, yeah, I mean, what other damage -- is
15 there -- is there, you know, now potential, you
16 know, mildew or mold issue in the ceiling because it
17 hadn't been conditioned for a while? I don't know
18 if people were going up and -- and crawling around
19 in the ceiling, the people that vandalized the
20 facility. I mean, what -- what -- what all was
21 damaged? The fire sprinkler system -- you know, the
22 building's not energized. We're not in a position
23 to, you know, go and test the fire sprinkler system.
24 And so, you know, if the thing has been frozen in
25 the office, I mean, do we have leaks all over the

1 place? I mean, it's -- it's -- you just don't know
2 at this point, and with further investigation --
3    Q. And -- and so -- oh, I'm sorry.
4    A. No, I'm just saying with further
5 investigation --
6    Q. And -- and --
7    A. -- you can start to -- you generally learn
8 more, not less.
9    Q. Okay. And so, for example, with your
10 example of the PVC pipe on the floor, your estimate
11 doesn't address any issues -- if -- if, for example,
12 that came from the ceiling and something needs to be
13 fixed based on the pipe falling to the ground,
14 that -- that's not included in your estimate?
15    A. Correct.
16    Q. So when -- when you expressed some doubts
17 about accuracy, were you indicating that there's
18 anything inaccurate on this, or were you just saying
19 that there's additional work that might need to be
20 done and -- and that that might be a reason for
21 inaccuracy?
22    A. Yeah, just the -- the latter of what you
23 said.
24    Q. Okay. So -- so to be clear, if it's
25 inaccurate, it's inaccurate to the low side?

1    A. Correct.
2    Q. And based on your experience, you wouldn't
3 be surprised if there were significant additional
4 costs once you started to do the work and did more
5 intensive review?
6    A. Yeah. Yeah, absolutely.
7    Q. So is it safe to say that this estimate
8 would be the -- at least the minimum cost necessary
9 to bring the Tulsa property to good and safe
10 operating condition?
11    A. Yes.
12    Q. And it's entirely possible that once you
13 get into it, it actually might cost more to bring
14 the property to good and safe operating condition?
15    A. Correct. I would say likely.
16    Q. Did anyone else assist you in preparing
17 this estimate?
18    A. Yes. My estimator -- Chris Broerman, one
19 of my estimators. And Chris also attended the site
20 walk.
21    Q. And so this was prepared under your
22 direction and supervision?
23    A. Yes.
24    Q. And subject to our previous comments, you
25 believe it to be accurate?

1    A. Yes.
2    Q. At least for the items that are on here?
3    A. Correct.
4    Q. Okay. Let me ask you to look at the top of
5 the page where it says, "Division 1, General
6 Conditions."
7        Do you see that?
8    A. Yes.
9    Q. And the first item, "Project and Field
10 Management," can you describe what that includes and
11 what the cost would be?
12    A. Yeah. So, I mean, that -- that's going to
13 be for the -- for the duration of the project.
14 We'll have a -- assess -- a project manager assigned
15 from the office on that project that -- that's
16 managing everything from the office side and then a
17 field manager from the office. It's -- also,
18 there's assessment of costs for project manager;
19 clerical side on the project management; and, then,
20 of course, you've got the -- the field -- the field
21 supervision.
22    Q. Is -- and -- and that's 73,306?
23    A. Yes.
24    Q. And is that necessary to do this type of
25 project?

1    A.  Yes.  Yes.
2    Q.  And why would that be?
3    A.  Well, I mean, somebody's got to manage the
4 project.  Somebody's got to manage it from the field
5 perspective, from the office perspective.  You know,
6 a project manager is -- is responsible for writing
7 the contracts to the various vendors and then
8 managing -- you know, developing -- you know, taking
9 this and then developing a -- a more refined
10 scope -- scope of work and, you know, making sure
11 that these -- these subcontractors or vendors are
12 performing the work in accordance to, you know,
13 what's required and deal with the day-to-day
14 problems that come up on the jobsite.  And, of
15 course, the -- the field manager or the field
16 superintendent is the one that's actually
17 implementing the work on-site.  So, yeah, I mean,
18 it's a -- they're -- they're -- they're costs
19 necessary to -- to -- to get the remaining -- to get
20 the work done.
21    Q.  Okay.  I'm not going to spend a lot of time
22 on the next three items yet, temporary site
23 facilities, temporary utilities, and safety.
24       Are those common items for a -- a project
25 such as this?

1    A.  Yes.
2    Q.  And are those at market rates?
3    A.  Yes.
4    Q.  I noticed that there wasn't any entry for
5 security.
6       Is there any reason why you didn't have an
7 entry for security on this one?
8    A.  I don't know if the intent in this deal was
9 to get the -- the perimeter fence, the guard dog
10 electric fence, in place and use that to secure the
11 facility.  It's actually a great question for this
12 project considering it's had previous theft, and
13 that's probably a good example.  It's indicative of
14 if somebody's already hit the facility once, maybe
15 they hit it again.  And thinking about it now, maybe
16 it does need some security.
17    Q.  And what -- what's a typical number for
18 security on a project like this?
19    A.  You know, you would spend -- you'd secure
20 the facility in hours that would be above and beyond
21 when the field superintendent's on-site.  So that
22 could be from, you know, the hours of, you know, 4
23 or 5:00 until, you know, 6 or 7:00 the next morning.
24 And I -- you know, those rates, you know,
25 eight hours, you know, that could be 2- or $300 a

1 day, so another, you know, $2500 a week, possibly.
2    Q.  And how -- how many weeks is this -- this
3 project?
4    A.  I think we're looking at this is a few
5 months' worth of work.
6    Q.  Okay.  Okay.  Let's turn to -- cleaning and
7 waste management is 10,161.  What -- what is that?
8    A.  That's going to be for final clean of -- of
9 the work that's put in place after -- like,
10 specifically in the office, somebody's got to go in
11 and do a final clean.  That's also going to include
12 dumpsters, you know, facilities to put debris --
13 demolished debris in, have it removed.
14    Q.  And is -- is that market rate?
15    A.  Yes.
16    Q.  Are the other items under "General
17 Conditions" market rates?
18    A.  Yes.
19    Q.  We've been looking primarily at the
20 numbers.  What's the "S-SF" column stand for?
21    A.  I'm sorry, the what?
22    Q.  The -- there's two columns.  There's a
23 "Total Dollar" column, and then there's an "S/SF"
24 column on --
25    A.  Oh.

1    Q.  -- Exhibit 2.  What's the "S/SF" --
2    A.  Yeah.  That's the --
3    Q.  -- column stand for?
4    A.  That's calculating the dollars per square
5 foot, and that's going to be the dollar/square feet
6 of the entire facility, which is -- becomes a little
7 misrepresentative of -- for example, like, when you
8 look at the office finishes, you know, those
9 finishes are going to be -- the majority of those
10 finishes are going to be deprived (sic) from the
11 office area versus the entire building.
12    Q.  I see.  Okay.
13       So that's a dollar per square foot, not an
14 S?
15    A.  Yeah, that's -- I mean, when we turn in
16 a -- the final estimate summary like this, we use
17 a -- a platform called DESTINI for estimating
18 software, and it's -- it's -- it's -- it's the way
19 that it -- it kicks the number out on the total
20 square footage of the building.
21    Q.  Okay.  Let me turn to Division 2, which is
22 entitled, "Site work."
23       Can you describe what type of work is
24 referred to under Division 2, "Site work," and its
25 cost.

Page 66

1    A.  Yeah.  I mean, there's miscellaneous
2  fencing repair that needs to happen throughout the
3  site.  There's -- I think there were five or six
4  locations where the -- on the fencing where the
5  fabric was pulled off, cut.  I'm guessing there's
6  one or two of the locations where the vandals maybe
7  came in and out.  But there were areas where, you
8  know, there were -- you know, there's bent poles,
9  and it's not as simple as just bending them back.
10  So -- but, yeah, that's representative of, you know,
11  fixing the fencing.  And then the -- the -- the
12  asphalt is -- putting a two-inch mill and overlay on
13  all that -- for the -- all that surface cracking
14  that we saw.  And that scope is broken out.
15      Now, of that -- and you guys have the --
16  everybody should have that proposal.  So the
17  proposal for the asphalt is 320,000, and then we
18  have the concrete out there that -- the -- the
19  expansion joints haven't been maintained, and to
20  seal the concrete joints -- and that's a $2 per
21  linear foot, so that would deprive of the other --
22  that -- between -- we took an area and then -- took
23  all the concrete areas, and you take the linear
24  footage of caulking -- caulking, so that's another,
25  you know, 10,000 linear foot of remove and -- and

Page 67

1  clean up the joints and -- and put new caulking down
2  at the areas of concrete, and that's what drives at
3  the total 345-.
4      Q.  Okay.  You referred to another document.
5  Was that a -- a document from the subcontractor for
6  the asphalt?
7      A.  Yes, sir.
8      Q.  Okay.
9      A.  That references APAC Central.
10     Q.  What -- what -- what was that reference?
11     A.  Reference -- the proposal, it's called
12  APAC, A-P-A-C, Central.
13     Q.  Okay.  We'll try to find that.  I -- I
14  don't have that at least in front of me.
15         And maybe you can describe that -- that
16  proposal for us so we can move on for us.
17     A.  That's okay.  It's just a proposal from
18  a -- a group called APAC Central, d/b/a Dunham's
19  Asphalt Services.  They're based out of Tulsa.  They
20  gave us a -- a proposal for all labor, materials,
21  and equipment to do a two-inch cold mill, haul of
22  millings, clean and tack as required, new two-inch
23  type S4 asphalt.  And then -- I'm sorry, also
24  restriping both the asphalt and the concrete paving.
25  So that's incorporated in that 300-and- -- the

Page 68

1  breakout's 300-and- -- right at $320,000 for that
2  scope of work, and then they have an -- add $2 per
3  linear foot to -- to clean and remove and recaulk
4  the concrete joints.
5      Q.  Okay.  So just so we understand, so Schwob
6  is a general contractor?
7      A.  Yes.
8      Q.  And so for many of these jobs, you go out
9  and find subcontractors to do certain portions of
10  the jobs?
11     A.  Yes, most all my -- yes.
12     Q.  Okay.  So Schwob itself isn't out there
13  having Schwob employees do the asphalt; is -- is
14  that fair?
15     A.  That's fair.  Yes, that's correct.
16     Q.  And so it's common in the general
17  contractor business to rely on information from
18  subcontractors?
19     A.  Yes.
20     Q.  And -- and -- and is it fair to say that
21  you obtain estimates and information from
22  subcontractors when preparing estimates for
23  customers?
24     A.  Yes.  Yeah.  I mean --
25     Q.  And --

Page 69

1      A.  -- specifically, you -- based --
2      Q.  Go ahead.
3      A.  You can see in this revised proposal
4  from -- what was originally submitted from the time
5  that we -- we -- if we don't have a number, in the
6  meantime, we'll put a plug number based on our
7  estimate until we get that sub proposal in, and I
8  can't -- I think we plugged in -- the amount was
9  higher than originally until we finally received the
10  bid, and this amount was lower, which is why we
11  reinserted that number and resubmitted to all of
12  you.
13     Q.  I see, yes.
14         So now I'm looking at the original.  So
15  the original had a total of -- it was 492,000 for
16  the asphalt work, and then the new one, it's
17  345,000 --
18     A.  Correct.
19     Q.  -- and change; is that right?
20     A.  Yes.
21     Q.  Okay.
22     A.  Yeah, I think we in our estimate --
23     Q.  And so you --
24     A.  We had a quantity issue on our -- on our
25  initial estimate takeoff, but obviously, that was

18 (Pages 66 - 69)

Page 70

1  corrected by actually getting a bid on it.
2      Q.  Okay.  And is this subcontractor that
3  you're relying on a reputable local contractor --
4      A.  Yes.
5      Q.  -- subcontractor?
6      A.  Yes.
7      Q.  And have you found their rates generally to
8  be market rates?
9      A.  I -- I've never worked with them before,
10  but I would -- based on projects we've seen in the
11  past, I would say that it's -- I would say it's
12  that.
13      Q.  Did they know they were the only
14  subcontractor that you were seeking -- well, I
15  guess, one question is, were the -- were they the
16  only subcontractor that you were able to obtain an
17  estimate from for this work?
18      A.  Yes.
19      Q.  Okay.  And did they know they were the only
20  subcontractor --
21      A.  No.
22      Q.  -- that you had asked?
23      A.  No.
24      Q.  And so is it fair to say that the estimates
25  you receive from subcontractors generally are things

Page 71

1  that are sought and obtained and then used in the
2  ordinary course of your business?
3      A.  Yes.
4      Q.  And you -- you keep these documents in the
5  ordinary course of your business?
6      A.  Yes.
7      Q.  So let me ask you a question about the
8  asphalt paving number.  It sounds like the work that
9  APAC is proposing is not a patchwork.
10      Would it be -- what -- what -- what's your
11  view on whether a patch -- patching or -- or
12  retarring or something to that effect, would --
13  would that be sufficient?
14      A.  Yeah, I mean, no.  I mean, I think it could
15  have been sufficient had it been done timely and
16  been done some time ago, but the issue with this
17  site is that the joints are -- the cracking is very
18  severe.  It's very wide.  And, you know, from my
19  experience -- and I'm not an asphalt expert, but
20  from my experience, what I've heard from other
21  people in the industry is when you see these things
22  are prevalent -- and I don't know if it's prevalent
23  over 20 or 25 percent of the site.  It definitely
24  lends itself to a -- a -- to a mill and overlay like
25  we proposed here.  In this case, I mean, it's

Page 72

1  indicative across, in -- in my opinion, 100 percent
2  of the site.
3      So -- but, no.  I mean, based on the depth
4  of the cracking and the width of the cracking, you
5  know, the issue is it's -- it -- it didn't happen
6  just yesterday.  It's -- it's -- these cracks have
7  been here.  The cracks are getting -- have obviously
8  gotten -- they don't get smaller; they get
9  significantly bigger.  And, you know, so over the
10  time -- over time, you know, you get moisture.  You
11  get rain events, and, you know, that water, you
12  know, weeps through those cracks and -- and starts
13  to, you know, undermine everything else.  So no,
14  I -- was there a time and a point where it could
15  have been controlled?  I -- I believe so, but I
16  think that time came and went a long time ago.
17      Q.  So the water is already in the cracks and
18  under the asphalt?
19      A.  Well, I can't answer that question.  We
20  didn't go out there, start coring everything, but,
21  yeah, I mean, the water has got to go somewhere, so,
22  you know, it sits in those joints, and -- and that's
23  how those joints get wider and wider and wider
24  and -- and, you know, the million-dollar question
25  is -- is how, far do those cracks extend?

Page 73

1      And, you know, I -- when we talked about
2  earlier on, you know, the -- you know, that
3  generally, the more that you discover, you know --
4  it was either your question or -- but the more that
5  you discover -- I mean, costs don't go down, they go
6  up.  And so, you know, if it's degraded (sic) to
7  the point that we have cracks and that water has
8  migrated down to the subgrade below the asphalt, you
9  know, we -- I guess we could have a significant
10  problem that's far greater than what we're looking
11  at now.  The problem is we don't know that today.
12      Q.  And so is it possible that once you start
13  this project, it actually may increase in cost?
14      A.  Absolutely.  It's unlikely that we're going
15  to -- it's unlikely that we're going to go through
16  this process and look at it and say, "Wow, this
17  is -- this is way better than what we" -- I mean, we
18  don't know what the issue is, and we -- we've only
19  assumed to do the -- the two-inch overlay.  It would
20  seem to me that -- I'm not seeing a lot of major
21  potholing, and so that would be indicative of
22  subgrade that's completely failing.  But if it's not
23  there, it's got to be very, very close to being
24  there, which is the importance of getting the
25  overlay put on it now.

Page 74

1    Q.   Okay.  Let's move to Division 8,
2  "Openings," on Exhibit 2.  And can you describe the
3  items that are listed there and what justification
4  there is for those items.
5    A.   Yeah.  So door frames, hardware, I don't
6  have the specific door count breakdown, but we went
7  through -- I mean, we felt like a lot of the door
8  frames, a lot of the -- not the frames but the
9  doors, the hardware were insignificant.  I mean,
10  again, a lot of them were hanging off.  Yeah, the
11  door handles were hanging off.  And so to go in
12  and -- and replace, you know -- and the other issue
13  is when you go in -- the other concern, going back
14  to not knowing what would happen, is you start going
15  in and renovating a facility.  Then it puts you in a
16  position to mean certain new code requirements for
17  ADA, and so it's likely we'll have to go in, and,
18  you know, all the -- all the -- the door -- door
19  handles will have to be something that's ADA
20  approved.  So -- and unfortunately, door frames and
21  hardware have gotten significantly more expensive
22  than -- than what they used.
23       Overhead doors.  You know, this facility
24  has got roughly 52 doors.  I think they're --
25  they're coiling overhead doors.  New coiling

Page 75

1  overhead doors are, you know, $5,000 apiece.  A lot
2  of these, they -- they weren't in horrible shape,
3  but, you know, the coiling doors definitely have
4  sections of the coil that would have been damaged,
5  have been crushed, you know, hit from either the
6  outside or the inside by forklifts.  And so to go in
7  and selectively -- you know, we -- we estimated
8  $1,000 a door to go in and fix various sections of
9  those coils or of the -- you know, the -- the -- the
10  rolling panels to -- to repair them.
11    Q.   Okay.  So the costs under Division 8,
12  "Openings for door frames, hardware, and overhead
13  doors," is necessary to bring the premises to a good
14  and safe operating condition?
15    A.   Yes.
16    Q.   Okay.  Let's turn to Division 9,
17  "Finishes," and there's three items there:  Drywall,
18  flooring, and painting.  Let's start with drywall.
19       Can you describe what needs to be fixed
20  and what the justification for that cost is.
21    A.   Yeah.  I mean, we saw damaged walls.  Areas
22  are going to have to be repaired.  I think we
23  analyzed this deal -- with all the damaged ceiling
24  tile, the ceiling grid -- and I may have mentioned
25  that earlier, but to us, it feels like that we're

Page 76

1  going to have to pull the -- you know, again, the
2  ceiling tiles are -- are -- have been and will
3  continue to be in an unconditioned-type situation,
4  and so those will all have to be removed, replaced.
5  And when you start replacing -- there's various
6  areas throughout the office that have damaged
7  ceiling tiles, and -- and, again, I think I
8  mentioned before there's just no good way to -- to
9  get in and replace some of these sections.  You
10  know, we've done it historically in the past where
11  you go in and you replace various sections.  And, of
12  course, you know, those materials are new, the other
13  materials are old, and then been instructed to come
14  in and take the old areas to paint the ceiling
15  grid so that it matches all the new stuff.  And, you
16  know, the paint flakes off over time.  It take --
17  it's a maintenance issue, and -- and, quite frankly,
18  it -- it costs almost as much as had you just
19  replaced the entire thing.  So. . .
20    Q.   So the drywall item there includes ceiling
21  tiles and ceiling grids?
22    A.   Yes.
23    Q.   And then can you describe the -- the
24  flooring repairs and -- and whether that number,
25  27,000 and change, is justified?

Page 77

1    A.   Yeah, yeah.  I mean, that's replacing the
2  flooring.  I think we saw through the photos.  I
3  mean, the flooring is severely damaged.  You know,
4  just -- there's various areas throughout that the --
5  the surface is completely worn through, and, again,
6  I don't know -- it -- to me, it feels like areas
7  where people are rolling around on chairs and didn't
8  have, you know, chair mats or anything below, but
9  it's completely worn the surface off, so. . .
10       And -- and, again, going back to the
11  example of you don't know till you know, you know,
12  if we start pulling this floor tile up, I'm guessing
13  that we'd have to have somebody come out, and
14  somebody will have to test it and see if the --
15  depending on the age of the tile, if the mastic has
16  asbestos in it and if that's going to require some
17  level of abatement, and -- and we haven't included
18  any of that.
19    Q.   So that cost could very well go up?
20    A.   Sure, yeah, absolutely.
21    Q.   Can you describe the painting necessary and
22  whether the 29,650 is justified for painting?
23    A.   Yeah, it -- it -- it's justified.  My
24  personal opinion, it seems a bit low.  We went over
25  that, discussed that.  There's various places -- we

20 (Pages 74 - 77)

Page 78

1  saw photos outside of the building.  The handrails
2  that are rusted, the -- the -- the stairs, those
3  areas need to be, again, properly prepped, primed,
4  painted and then the interior office areas all need
5  a complete refresh, repaint, which include, you
6  know, some tape and bedding; taking things out of
7  walls; you know, fixing various areas.  And -- and
8  for clarification, the painting, you know, generally
9  includes the -- any type of tape bed and texture
10  work in -- in addition to the paint.
11    Q.  Can -- can you describe that?  I -- I -- I
12  missed that.  Texture work, what -- what's that?
13    A.  Like.  Tape, bedding, and texturing.  So
14  that would be any areas where you have damaged
15  Sheetrock and you got to go in and -- and retexture
16  those walls, you know, retape them, texture them.
17  It's the process that -- you know, between the --
18  the drywall stage and the -- and the paint stage.
19    Q.  Okay.  All right.  Let's turn to
20  Division 11, "Equipment, Loading dock equipment."
21       MR. FALLON:  And in connection with
22  that, it probably makes sense let's have the court
23  reporter pull up documents Bates stamped SEFL 827
24  through 829, and we'll have the court reporter mark
25  that as Erickson Exhibit 3.

Page 79

1       EXHIBIT TECHNICIAN:  Counsel, I'm
2  sorry, can you repeat those Bates numbers for me?
3       MR. FALLON:  Sure.  It's SEFL 827,
4  828, and 829.
5       (Exhibit No. 3 marked.)
6  BY MR. FALLON:
7    Q.  And I'll ask the witness to look at
8  Erickson Exhibit 2 as well as Erickson Exhibit 3,
9  and we're on Division 11 on Exhibit 2.
10    A.  Yeah.  Are you asking me to describe it?
11    Q.  Yeah.
12       So why don't -- why don't you indicate how
13  you came to $12,481 for loading dock --
14    A.  Yeah, yeah.  So we received a proposal for
15  Total Service Packaging.  They're -- they are a
16  vendor that -- that services and maintains dock
17  boards for a lot of freight companies.  There's a
18  few groups -- I don't know if there's a few.  Maybe
19  there's a half a dozen that I'm aware of that --
20  that work for these LTL carriers and service and
21  maintain dock boards.
22       In this case, we had them give us a
23  proposal to go, and it looked to us like the dock
24  boards haven't been serviced or maintained in a
25  while.  The dock bumpers were dilapidated in a lot

Page 80

1  of areas and need new -- new bumpers.
2       So anyway, so to us, we feel like Total
3  Service Packaging is a very reliable source and has
4  a -- a lot of history with -- with doing this.  And
5  so I -- I don't know that I need to read all the
6  details there, but, you know, basically, you know,
7  they're talking about, you know, 51 dock boards
8  being serviced.
9    Q.  Okay.  And based upon what you saw, you
10  thought this was a reasonable estimate?
11    A.  Yes.  Yeah, it's -- it's -- that's a highly
12  competitive business.  I say that.  It doesn't sound
13  like it when I say that, but there's a limited
14  amount of groups that have significant quantities of
15  dock boards, dock levelers, and -- and so it -- in
16  my opinion, they're -- we've looked at this in the
17  past.  I mean, they're -- everybody generally
18  charges about the same for it.
19    Q.  Okay.  All right.  Let's move on to
20  Division 13, "Special construction," on Exhibit 2.
21  Can you describe what that division entails and why
22  it costs 24,000?
23    A.  Yeah, that's for the canopy damage that we
24  saw on the exterior of the building where the
25  trailers appeared to have nosed up at some point in

Page 81

1  history, and so that's to take those areas -- remove
2  those canopies and redo the canopies at that
3  location.
4    Q.  Would you be able just to sort of hammer
5  them back up in place or something like that?
6    A.  No, no.  You'll have to take it back to a
7  column line, one of the -- one of the columns that
8  cantilevers outside of the building to the other
9  side of the damage where the column cantilevers out
10  and take those members off and redo these members,
11  which, in this case, would include running purlins,
12  removing, demoing -- taking that canopy off and then
13  putting new purlins, girts, and roof sheets, and
14  flashing.
15    Q.  And that's necessary to make the property
16  in good and safe operating condition?
17    A.  Yes.
18    Q.  Okay.  Let's turn to Division 15,
19  "Mechanical."  And can you describe what those items
20  are?
21    A.  Yeah.  On that, I think we took a number on
22  the fire protection.  We made an assumption on that.
23  We felt like there had been some water leaks on the
24  dock.  We saw some areas where it -- it -- it
25  appeared that at some point, the -- and I don't know

Page 82

1  if a freeze had occurred or -- but with the power
2  being off on the building where the fire protection
3  had -- had released, you know, we made an assumption
4  that there's various areas of the heads that we'd
5  have to replace, you know, various heads throughout
6  the building, fire head -- sprinkler heads and have
7  various couplings and fittings that -- over the
8  office area that would need to be remediated.
9       And, again, it's --
10  Q.  So --
11  A.  -- it's difficult --
12  Q.  And I'm not --
13  A.  -- to know if that's even significant
14  enough, and you -- you -- you -- you just don't know
15  until you get the building online again.  I mean, I
16  guess you do know --
17  Q.  So --
18  A.  The only way that you get certainty in a
19  deal like that is to completely remove the entire
20  system and put it back in, which I -- I'm not
21  recommending that and don't suggest that.  But, I
22  mean, that's the only way you can give yourself
23  certainty to have a full new fire protection system
24  that works, and so we made the assumption that these
25  selective corrections would -- would work.

Page 83

1  Q.  Okay.  So it's possible once you get in
2  there and start testing the system, it would
3  actually be more expensive?
4  A.  Yes.
5  Q.  And just so I understand it, so fire
6  protection, those are the overhead sprinklers and
7  that sort of thing?
8  A.  Yes, sir.
9  Q.  So do those sprinklers and the pipes that
10  service them, do they have water in them?
11  A.  The one in the office would.  That would be
12  a wet type system.  And the one in the dock would be
13  a dry type.  So -- but even in a dry-type system,
14  again, if you have a freeze or the power's off,
15  you'll -- you can still get frozen heads where
16  water -- you get moisture, condensation, that if --
17  if they haven't been maintained and taken care of,
18  they freeze and break pipes.  And, of course, you
19  know, the wet type system, those -- those hold
20  water.
21  Q.  Okay.  So it -- it sounds like from what
22  you're saying, you -- you think the $40,000 is a
23  reasonable number, but it very well could be higher?
24  A.  Yes.
25  Q.  All right.  Let's turn to the HVAC item,

Page 84

1  and the HVAC item was an item that was not on your
2  original estimate.
3       Can you describe -- and I -- I think you
4  have to some -- to some degree, but can you describe
5  why you added that and why 85,000 is a reasonable
6  number.
7  A.  Yeah.  On that one, we -- we made the
8  assumption that -- that we'd have to replace the
9  entire system.  And when I say "system," I'm talking
10  about -- the picture showed the condensing units,
11  which are -- the condensers on the outside of the
12  building.  And on the inside, we made the assumption
13  because there are various areas where it appeared
14  where there was some -- some air handlers that were
15  above the office, and, again, that would be in --
16  let -- let -- I'll call it the attic space for -- we
17  called it a plenum space, but the attic space that
18  would be, you know, below the roof and above the
19  ceiling, and so that would be one of the -- the
20  reasons that a vandal would likely get up in the
21  ceiling -- would be to pull the coils out of the
22  units and, you know, strip various parts of the --
23  the air-handling units for -- for the precious
24  metals that they were looking for.  So that's
25  putting new -- new air-conditioning systems in.

Page 85

1  Q.  Okay.  So that includes the outside
2  compressors where they had taken the compressors?
3  A.  Yeah.  And what would be -- what would be
4  indicative of theft in the -- remember, we saw that
5  picture of that PVC pipe that was laying on the
6  ground in the bathroom?  Again, to me, that feels
7  like, again, that somebody was stripping the parts
8  and pieces out of the -- the air handling -- air
9  handlers up in the attic and that that could have
10  possibly been a condensate drain that was broken,
11  you know, stepped on, knocked off down to the floor.
12  So. . .
13  Q.  Okay.  So you believe this is a -- a -- a
14  reasonable estimate?
15  A.  Yes.  We did not --
16  Q.  Okay.
17  A.  Because we just -- because we just noticed
18  that, we're happy to go get a firm number on that,
19  but that was -- that -- that is obviously our
20  estimate.  That's not a -- that's not a firm bid.
21  Q.  That's not from a subcontractor?
22  A.  Correct.
23  Q.  Okay.  Okay.  Let's turn to Division 16 and
24  ask -- well, what -- that's a fairly large number.
25  I guess we've got three items, the biggest item

22 (Pages 82 - 85)

Page 86

1  being electrical at $585,000.
2      And I'd also ask you to look at Erickson
3  Exhibit 3 on the second two pages, which is SEFL 828
4  and SEFL 829, and ask you to explain why a 585,000
5  cost is necessary here.
6      A.  So we had -- obviously, after -- and the --
7  this -- this -- I guess this vandalism was
8  discovered before our trip, and so we were asked by
9  Southeastern Freight Lines do we know an electrician
10  in Tulsa.  We're currently doing a project in Tulsa
11  and asked our electrician, who seems to be a very
12  qualified electrician, to go out and assess the
13  damage and put together a proposal to -- to -- I
14  don't want -- even want to use the term "fix it."
15  There's no fixing it.  It's -- it's practically a --
16  a complete redo.
17      There may -- you know, there's existing
18  conduits and stuff that I think people are
19  anticipating reusing but, you know, through the
20  process of -- you know, when people start going
21  through and stripping things out, I mean, it's --
22  you don't know what you can go back and feed wires
23  through.  You don't know what damage has been done.
24  You've got vandals that are in the building at night
25  or vandal -- I'm guessing it took more than one --

Page 87

1  but, you know, going in and trying to rip out wire
2  in -- at -- at a record pace, and so people are
3  tugging and pulling, and it -- I mean, it just
4  creates a total mess.  I've seen this certainly
5  occur -- unfortunately occur over the years from
6  time to time on facilities, and it's -- it's -- it's
7  a big deal.  And the -- the issue with it -- and,
8  again, I'm not -- I'm not getting into the technical
9  side.  I -- I'm not an electrician, so I'm not going
10  to attest -- to speak to the ins and outs of -- of
11  the electrical world, but, you know, what you have
12  is you have a building that a lot of these things
13  have to just be completely redone.
14      International Building Code has changed
15  over the years.  So you have the original electrical
16  components that have been installed years and years
17  ago, and as long as those aren't tampered with,
18  they're fine, then, you know, it -- it's not an
19  issue for somebody to go in and add a plug or a
20  switch.  But, you know, what the cities look for --
21  because you'll have to pull a permit on this.  You
22  know, they're going to look -- now that the facility
23  has to be completely overhauled, you know, you're no
24  longer grandfathered.  You're running everything now
25  to the new IBC electrical codes, which -- I -- I

Page 88

1  guess, let me state it a different way.  You can't
2  take old parts and pieces and merge them with new
3  parts and pieces that are, you know, 40 years old or
4  30 or whatever the -- however old the building is.
5      Q.  Okay.  And I -- I take it that this
6  electrical work is absolutely necessary to bring
7  electrical power back to the building?
8      A.  Yes.  I -- yes.
9      Q.  And from your review of Erickson Exhibit 3,
10  does this look to be a reasonable estimate for the
11  work that needs to be done?
12      A.  I -- I think it does.  I'm -- in these
13  vandalized facilities I'm -- I'm always shocked what
14  total destruction occurs, and -- and I'm -- I mean,
15  it's -- they're always expensive, so I -- I -- I
16  would say yes.
17      Q.  Is it -- is it possible that once they get
18  in and start doing the work that they may find
19  additional items that will cost more that is not
20  readily apparent from their estimate?
21      A.  Yeah.  Yeah, certainly possible.  I mean,
22  specifically, go to their -- you go to the
23  exclusions in their proposal, I mean, you know, some
24  of those are -- you know, if -- if there's control
25  wiring for the HVAC stuff, they clearly don't have

Page 89

1  it.  We would assume in our number that we plugged
2  in that we have the control wires for the HVAC,
3  but -- you know, if there's any new power company
4  fees associated with it -- I want to assume that
5  that wouldn't be the case here, but it's definitely
6  possible.
7      But, yeah, I mean, an example would be
8  that you have site conduits, and through this
9  process of these people going in in a night and
10  yanking and pulling wire out across the site -- and
11  these wires -- just for clarification, they don't
12  just lay wires in dirt.  They're run through
13  conduits, and these people are yanking and pulling
14  and pulling and pulling as fast as they can, and,
15  you know, through that process, you know, they
16  damage the conduit.  So when the electrician comes
17  back and it's time for the electrician to come in --
18  or -- or, I'm sorry, the -- the person that's going
19  to do the rework and try to refeed -- you know,
20  they're anticipating utilizing these -- these site
21  conduits, so they try to refeed wire through, and
22  it -- it's -- the conduit's damaged and cracked, so
23  they can't feed -- they can't feed the new -- the
24  new wire through.  So you got to go in, and you got
25  to cut the paving out.  You got to repair the

1  conduit.  And so that could be in various areas.
2  It -- it -- you just don't know.
3      Q.  Okay.  And so that -- that's the type of
4  expense that you might commonly find but is not
5  included in -- in these costs?
6      A.  Correct.  And from my experience, that
7  would not be the case throughout the site.  Is it
8  likely that there's areas like that?  Yes.  Would it
9  be prudent to go in and just assume to cut out all
10  the paving and put new conduits in across the site?
11  No, that would not be -- but, yeah, I mean,
12  that's -- that's an example of a -- of a -- of an
13  unforeseen that nobody -- nobody would know until
14  it's time to do that.
15      Q.  Okay.  Let's move on to phone and data
16  cabling.  You have $22,500 for that.  What -- what
17  is that, and what's the justification?
18      A.  I mean, it looked to us like somebody'd
19  gone in on the data systems and yanked out -- I
20  mean, through this process of pulling wires, you
21  know, pulled the -- I -- I don't think there's any
22  street value for -- not any significant street value
23  for pulling data wires, but, you know, through
24  the -- through the -- the -- the chaos of yanking
25  out all the wire, people are grabbing -- I mean,

1  they're -- they're yanking wires.  They're pulling
2  wires as fast as they can so they can get them
3  loaded in their truck, and when they get back and
4  discover that, you know, hey, that data wire's got
5  no value, but -- I mean, I'm guessing whoever teamed
6  up and did this, I mean, they're just grabbing and
7  yanking and pulling, and -- and so you're getting
8  electrical wires, you're getting data wires, and so
9  to us, we felt like new data would be required.
10      Q.  Okay.  And that's a reasonable -- 22,500 is
11  a reasonable amount for that?
12      A.  Yeah.  Yes.
13      Q.  And then can you describe what is included
14  in the $35,000 fire alarm system.
15      A.  Same thing, I mean, for the fire alarm.  So
16  the fire alarm system -- you got the fire sprinkler
17  system and then the actual fire alarm.  Same thing,
18  somebody's going through, they're pulling wires,
19  they're yanking wires.  You know, nobody has time
20  to, you know, stop and go, "Hey, let's not pull the
21  wrong wire here."  I mean, I'm guessing they're just
22  yanking and pulling everything they can to get it
23  loaded up, and when they get it back to their shop
24  and deciding what's salvageable -- but, yeah, yeah,
25  no.  You -- you have to -- I mean, new -- new

1  fire -- wire for that, for the -- the fire alarm.
2      Q.  Okay.
3      A.  Back --
4      Q.  So -- so it's my -- my understanding is --
5  so the fire alarm system is -- is, in essence,
6  the -- an -- an electrical system at base?
7      A.  Yeah.  Yeah.  The -- it's going to be a
8  low-voltage system --
9      Q.  Uh-huh.
10      A.  -- so -- but in this case, you -- you have
11  a -- a much older -- I mean, all the components
12  again, it's -- it's hard to merge old technologies
13  with new ones, and -- and likely, the system that's
14  out there, it does not meet, you know, code; does
15  not meet, you know, IBC and -- and current, you
16  know, fire marshal standards.
17          And so, yeah, I mean, short of -- in our
18  business, to go in and try to piecemeal something
19  with the cost of labor these days is -- I mean,
20  takes significantly longer than -- or it can be
21  significantly -- not longer -- longer and more
22  expensive than -- but it looked to us like somebody
23  went and -- and the -- the goal was just to pull
24  anything and everything as fast as they could and
25  get it out.

1      Q.  And so the $35,000 to repair or renew the
2  fire alarm system would be a reasonable amount to
3  make the property in good and safe operating
4  condition?
5      A.  Yeah, I believe so.
6      Q.  Okay.  So let's move on to indirect costs.
7  What -- what's contractor contingency?
8      A.  Yeah.  So we put contingency in the items
9  that -- contingency would be inclusive of the items
10  that are included in our proposal, okay?  So an
11  example would be asphalt.  You know, we go in
12  through this milling process and we discover that
13  we've got an area that -- that -- of subgrade that
14  has failed, and you got to go in and cut out that
15  section, repair it properly before you do the
16  overlay.  So it's -- it's -- it's basically
17  contingency for the unforeseens on -- that -- that
18  we have listed in our proposal.
19      Q.  So if, in fact, you didn't find anything
20  new other than what's listed, you wouldn't charge
21  the client $143,874; is that correct?
22      A.  That's correct.
23      Q.  But, I guess, this is a number you -- you
24  had talked about a number of things that you might
25  see, so this is just a flood number to try to

Page 94

1  account for that --
2      A.  Correct.
3      Q.  -- is that right?
4      A.  That's correct.
5      Q.  And based upon your experience, do you
6  think this number is conservative or generous, or do
7  you have any thought about -- about that?
8      A.  I would tell you that it's typical.
9      Q.  Just -- you take 10 percent, and -- and you
10  figure that that's typical?
11      A.  Yes.  Yeah, for a project of this --
12      Q.  Okay.
13      A.  -- whether it's high or low -- I mean, you
14  know, do -- have we ever had a project that we've
15  never had to use contingency?  Yes.  Is it rare?
16  Yes.  There -- there -- there's always unforeseens.
17      Q.  Okay.  And what's the profit number, and
18  why is that necessary?
19      A.  It's -- it's necessary so that at the end
20  of the day, when we take all this risk and -- and do
21  these various projects, that -- at the end of that
22  day, that -- that my firm receives a -- an honest
23  profit for the efforts that it puts in and the risks
24  that it takes.  And it also puts groceries on the
25  table for my wife and I.

Page 95

1      Q.  And is that an item which is in all your
2  estimates?
3      A.  As far as 10 percent?  Yeah.  As far as
4  profit?  Yes, we -- I think I can safely say that
5  we've always had profit in a -- in a job.  As far as
6  the percentage, it varies depending on the type and
7  size.
8      Q.  Okay.  And is that common in the industry?
9      A.  This specific markup or profit?
10      Q.  Just profit in general.
11      A.  Yeah.  Yes.
12      Q.  And is -- is 10 percent -- how did you
13  arrive at 10 percent in this case?
14      A.  I would say for this type and size of
15  project and duration, you know, 10 percent's a -- a
16  reasonable markup.  It -- it -- it would generally
17  be lower than that, and I would say some or most --
18  a lot of cases, it's actually higher.  You have to
19  understand in my business that we have a
20  responsibility to go out and do a defined scope of
21  work.  We hire subcontractors to do the scope of
22  work, and some subcontractors go out and perform the
23  work -- from time to time, they -- they perform the
24  work and -- and fail at it, and -- which is an
25  unfortunate circumstance, and then we've got -- have

Page 96

1  to hire somebody else to come out and finish their
2  work or get it right.
3      And so sometimes it takes two or three
4  tries, unfortunately, and -- and, you know, a lot or
5  most of the time, you know, we -- we bear the burden
6  of that.  That's not a -- that's not an additional
7  cost that goes to the owner.  We have a -- a
8  stipulated sum to do a -- a specific scope of work.
9  So an unforeseen is an unforeseen, but, you know,
10  something else comes up and -- and -- you know,
11  we're responsible for absorbing that cost.  So, you
12  know, the profitability -- generally, what you think
13  you're starting a project at ends up being less.
14      Q.  Uh-huh.  Okay.  So why don't you take a
15  look at the total on page 2 of Exhibit 2.  Is that
16  total the cost that you believe is at least a
17  reasonable estimate at this point of what it would
18  take to bring the Tulsa property up to good and safe
19  operating conditions?
20      A.  Based on what we know from that site, based
21  on what we had the opportunity to look at during
22  that site walk, I would say yes.  And I think we
23  clarified that --
24          MR. FALLON:  Let me --
25      A.  -- 30 minutes ago.

Page 97

1          MR. FALLON:  Okay.  Let me ask the
2  technician to pull up SEFL 825 to 826 and mark that
3  as Erickson Exhibit 4.
4          (Exhibit No. 4 marked.)
5  BY MR. FALLON:
6      Q.  Can you describe what Erickson Exhibit 4
7  is.
8      A.  Yeah.  I mean, that -- that -- that's a
9  clarification sheet to the proposal.  And if you
10  look at the left side, I mean, it basically explains
11  whether we have a clarification.  It's got a check
12  in the box there.  If it's -- it says, "Inclusion,"
13  then it's -- in red, it says, "Exclusion."  So if
14  you see a box there, that's -- it's scope of work
15  that's excluded.  Inclusion, obviously, speaks for
16  itself.  If there's a check under the "Inclusion"
17  column, you know, that work's included.
18      Q.  Uh-huh.  Okay.
19          MR. FALLON:  Okay.  I -- let's go off
20  the record.
21          (Break taken, 10:42 a.m. to 10:55 a.m.)
22  BY MR. FALLON:
23      Q.  Okay.  Mr. Erickson, we're going to turn to
24  the McAllen property.  And for the record, I believe
25  the McAllen property is at 3500 McColl Road in

25 (Pages 94 - 97)

Page 98

1  McAllen, Texas, which I will refer to the McAllen
2  property.
3       So, Mr. Erickson, did you have an
4  opportunity to visit the McAllen property?
5       A. Yes.
6       Q. And when did you visit the McAllen
7  property?
8       A. That would have been March 6th.
9       Q. 2024?
10      A. 2024, yes.
11      Q. Was that your first visit to the property?
12      A. Yes.
13      Q. Okay. And how long did your visit last?
14      A. That visit would have been -- it was a
15  little bit smaller facility. Maybe two hours.
16      Q. Okay. And who else was present for your
17  visit to the McAllen property?
18      A. Tom Herndon with Southeastern Freight Lines
19  and then Chris Broerman with Schwob. Yeah. For
20  that site visit we -- we met with a -- a paving
21  contractor on-site for a part of that time.
22      Q. And can you just describe at least in
23  general terms where you went and -- and what you
24  looked at when you were at the McAllen property.
25      A. Yeah, I mean, we -- you know, we -- we

Page 99

1  walked the facility. We started walking the entire
2  perimeter; walked the fence line; assessed that
3  damage; walked the paving; and then, you know, tried
4  to walk and look at the entire exterior. Kind of a
5  similar situation in Tulsa, a lot of -- there's a
6  lot of trailers that are backed up to it. There
7  were various trailers on the yard. And, you know,
8  walked on the dock, walked to the office, you know,
9  assessed the facility inside and out.
10      MR. FALLON: Okay. I'm going to ask
11  the court reporter to mark -- or the court
12  technician to mark documents Bates stamped SEFL 528
13  through SEFL 623 as Erickson Exhibit 5.
14      (Exhibit No. 5 marked.)
15      MR. FALLON: And if we could pull that
16  up, and why don't we go to SEFL 529. And -- yeah.
17  Well, why don't we just start with SEFL 529 and ask
18  the witness to describe what is in that picture and
19  what the picture shows.
20      A. Yeah. I mean, that's -- that's -- you
21  know, we're -- so we're looking at one side of the
22  paving. That would be -- the area we're looking at
23  there would be, I think, the -- the inbound side
24  coming into the facility, the -- the main runway
25  drive lane. We're looking at, you know -- there's a

Page 100

1  lot of things going on on that site. It -- there's
2  some areas here that have been -- have -- have been
3  patched. You can see the darker areas, which would
4  be the -- you know, patching potholes, which would
5  be indicative of subgrade failures. The top surface
6  you can see areas where gravel is on top of the
7  concrete or it looks like gravel, and, you know,
8  what -- I believe what we have going on on this site
9  is what they call raveling.
10  BY MR. FALLON:
11      Q. Raveling?
12      A. Yeah, raveling.
13      Q. Yeah.
14          How do you spell that, if you know?
15      A. You guys do know I'm a contractor, right?
16      Q. Okay.
17      A. R- -- r- -- r- --
18      Q. Why don't you describe what it is.
19      A. R-a-v-e-l-i-n-g.
20      Q. Okay. And what's that?
21      A. Raveling is -- my understanding of raveling
22  is when you see a surface, it -- I mean, it's just
23  completely degradated on the top where the
24  asphalt -- you know, at some point, that used to be
25  one solid sheet of asphalt, and it -- it breaks

Page 101

1  down, and it's turned into -- I mean, it's just --
2  it's -- it's gravelly on the top. You know, the --
3  the --
4      Q. Oh, gravelly with a G?
5      A. Well, no -- yeah, yeah, it's -- there's
6  gravel. The term is "raveling," I think, but the --
7  but, yeah, it's just -- all the -- the top binder
8  has completely fallen apart. And when I say
9  "binder" --
10      Q. Okay. When you say "binder" --
11      A. Yeah. When you -- I -- I --
12      Q. Yeah. When you say "binder" --
13      A. Yeah. You're talking about -- you know,
14  the -- what -- you know, an asphalt mix has got --
15  I'm sorry, a hot mix asphalt has, you know, a
16  combination of aggregate in it and, you know, oil,
17  you know, various compounds that they create that
18  asphalt. And over time, with -- you know, based on
19  use -- I mean, it's just -- it's -- it's -- it's --
20  it's used. It's sun exposure, UV rays. It breaks
21  down the entire surface of the -- of the deal.
22      And, you know, I -- I think one of the
23  ways that you are able to stay away from this event
24  is by, obviously, you know, maintenance, upkeep.
25  That could have been the process of -- over -- over

Page 102

1  years putting a -- seal coat, keeping it seal
2  coated. And seal coat's basically a -- a petroleum
3  product that they go over the top of the asphalt
4  with that helps it -- you know, as that top layer,
5  you know, breaks down with UV rays, it -- it -- it
6  gives it a -- it's just a new layer that goes on top
7  that, you know, keeps it from continuing to break
8  down.
9        So, you know -- and -- and -- and, again,
10  I'm not an asphalt expert, but in my opinion, with
11  preventative maintenance, I mean, this probably
12  could have been avoided, but --
13    Q.  Uh-huh.
14    A.  -- again, it -- it appears to us to be a
15  very old profile, so maybe regardless of that, it
16  would have failed. But it's definitely failed, the
17  surface.
18    Q.  Is -- is this something that could just be
19  patched?
20    A.  No.
21    Q.  And why is that?
22    A.  All -- all the -- the binder's gone on the
23  surface course. You can't -- you can't come back
24  and super glue aggregate, all -- all the loose
25  aggregate.

Page 103

1    Q.  Okay. Okay. Did you take -- take all
2  these pictures on your McAllen visit?
3    A.  Yes, sir.
4    Q.  Is this picture at SEFL 529 an accurate
5  representation of what you saw during your visit to
6  the McAllen property?
7    A.  Yes.
8    Q.  Were these taken -- did you take all your
9  pictures, the ones we saw earlier today and -- and
10  these -- were these taken with a -- a cell phone or
11  a camera?
12    A.  With a cell phone.
13    Q.  Okay. All right. Let's turn to SEFL 30 --
14  530, I'm sorry, SEFL 530, and ask you to take a look
15  at that picture. What does that picture show?
16    A.  Same thing, I mean, just a -- a dilapidated
17  surface. There's areas where it looks like
18  somebody's tried to do some patch where the asphalt
19  meets up to the concrete so -- and trying to patch
20  that maybe over the years. But, again, significant
21  surface wear, you know, where the gravel's come up,
22  come loose, and so you -- you lose that -- that --
23  that -- that top wearing course, that surface
24  course.
25    Q.  Okay. And that's an accurate

Page 104

1  representation of what you witnessed at the McAllen
2  property?
3    A.  Yes.
4    Q.  Okay. And then --
5    A.  There were also --
6    Q.  -- turn to SEFL --
7    A.  There's also some areas back there --
8    Q.  I'm sorry.
9    A.  You can see areas between the fence line --
10  there's an adjacent property that's got a block wall
11  and then this fence line, and -- and you can see
12  areas where the fence is -- is -- is pushed out a
13  little bit in front of that tractor, and -- but
14  there's overgrowth. There's a -- there's a tree
15  or -- I mean, there's various things that, you know,
16  in my opinion, need to get cleaned up; otherwise,
17  it's going to continue to damage the fence.
18    Q.  Is it important to have a fence around
19  these types of facilities?
20    A.  Yes. Yeah, for security.
21    Q.  And why -- okay.
22    A.  Well --
23    Q.  And --
24    A.  -- I mean, everything they ship --
25    Q.  And the fences --

Page 105

1    A.  -- right? They're shipping --
2    Q.  -- are --
3    A.  -- goods and products.
4    Q.  -- are typically fairly tall?
5    A.  Yes. Yeah, the typical --
6    Q.  And they --
7    A.  A typical fence will be roughly seven feet
8  tall with a -- strand of barbed wire -- three
9  strands of barbed wire and in front of it the guard
10  dog fence, and you may be able to see that in this
11  photo. There's kind of some larger poles in the
12  front that have horizontal wires, and that's an
13  electrified fence --
14    Q.  Okay.
15    A.  -- in front.
16    Q.  And so the electrified fence prevents
17  somebody from climbing it, presumably?
18    A.  Yeah. I mean, I think, from what I've
19  heard, they work pretty good. I personally have
20  never bumped into one and hope I never do, but I --
21  I know people that have.
22    Q.  Okay. Let's turn to SEFL 531, and why
23  don't we look at 531 and 532 together and just ask
24  if you can describe what's shown in those pictures.
25    A.  Yeah. Again, we've got dilapidated

27 (Pages 102 - 105)

1 asphalt. We've got areas where the -- you know,
2 that it's so dilapidated that you've got grass and
3 weeds and -- and things growing -- starting to grow
4 through it, on top of it. It's just -- again, it
5 hadn't -- simple maintenance, you know, maintaining
6 the -- the landscaping or the -- the green areas
7 around the asphalt would have probably had a
8 benefit.
9    Q. Okay. So where that grass is, that -- that
10 was actually asphalt at one point?
11    A. Yeah. I mean, you can sit there and drag
12 your feet. I mean, it's -- it's -- there were areas
13 of asphalt. I mean, it -- it is -- you don't pour
14 it and put it down like that, but -- and -- but, you
15 know, it's -- it's from runoff and debris and silt,
16 and -- and so that starts to sit on top of the
17 asphalt. And, of course, you know, there's enough
18 sediment to where, you know, something can grow on
19 top of it, and, of course, then you get roots that
20 grow. The roots start growing down into the asphalt
21 and -- which, obviously, damages the asphalt.
22      So it was a typical preventative
23 maintenance. I mean, we have silt and materials
24 that are flowing -- in this case, to me, this would
25 be indicative of drainage that was going to that

1 corner, and it was just never maintained, and -- and
2 that silt was never cleaned up and, thus, creating
3 the -- the overgrowth.
4    Q. Okay. And 531 and 532 is an accurate
5 representation of what you witnessed at the McAllen
6 property?
7    A. Yes. And in that photo you can see behind
8 the telephone pole, there's a -- tree or shrub or
9 something growing between -- obviously, needs to be
10 cut down, cleaned up, removed.
11    Q. And that's at SEFL 532?
12    A. Yeah, I don't know what that photo
13 number --
14    Q. Is that a yes?
15    A. -- is, but I believe.
16    Q. All right. Let's turn to SEFL -- why don't
17 we look at 533, 534, 535 all together. And if you
18 can page through them and tell us what's -- what's
19 in there.
20    A. Yeah. I mean, it's the same thing. I
21 mean, you're seeing -- you're seeing potholes.
22 There's areas that have been repaired. And just for
23 clarification, you know, a pothole is generally
24 indicative of -- that the surface has failed to the
25 point that it's affected the subgrade below. So

1 that -- that's where you get the pothole. It's --
2 it's -- the crater's not something where somebody
3 scooped the -- the material from the top, but it's
4 generally a failure from the bottom. So, you know,
5 people come in and -- and generally, when you do
6 that, you have to come in and -- the proper method
7 to do it is to cut it out, repair the subgrade, put
8 the material back in, and -- but what we see a lot
9 of people do is they -- you know, they just keep
10 adding more and more material, and then as that
11 section continues to sink and fail, you just add
12 more on top of it.
13      But, again, you see this whole deal
14 where -- and, again, I -- I think -- I -- I may be
15 wrong, but I'm -- think the term is the "raveling"
16 where you just lose that whole surface and the
17 gravel. There's also areas of significant alligator
18 cracking. I know -- I don't know that we've used
19 that term here today, but where it's -- it's -- it's
20 a little hard to see with the loose aggregate and
21 stuff on the top, but I know we had some areas
22 that -- where -- and I don't -- you know, alligator
23 cracking, I -- there may be other terms for it, but
24 it's -- it's just kind of a -- a much more
25 consolidated cracking. You just see a -- a lot of

1 cracking. You might see, you know, every one or
2 two square feet, you know, just crack after crack
3 after crack in the paving.
4    Q. Okay. So on SEFL 533, 534, and 535, those
5 are accurate representations of what you witnessed
6 at the McAllen property?
7    A. Yes, sir.
8    Q. Okay. Let me ask you to take a look at
9 SEFL 536 because you had just talked about alligator
10 cracking and ask what you see in 536.
11    A. Yeah, I mean, that -- that would be
12 indicative of alligator cracking.
13    Q. And that's an accurate representation of
14 what you saw at the property?
15    A. Yes.
16    Q. Okay. Let's skip over to SEFL 540 and ask
17 you what -- what you observed at SEFL 540.
18    A. Yeah, I mean, that's, again, the -- the --
19 there's -- I -- I can't tell by the exact photo if
20 that's a -- pothole in the making, but you've got
21 a combination of the alligator cracking and then
22 you've got this delamination of the -- of all the
23 surface aggregate. It's -- there -- there --
24 there's a lot going on.
25    Q. Okay. And SEFL 540 is an accurate

1    representation of what you saw at the property?
2        A.  Yes.
3        Q.  And let's look at SEFL 541 and ask if you
4    can describe what that shows.
5        A.  That's just trying to show between the
6    fence lines all the overgrowth.  You can see --
7        Q.  Uh-huh.
8        A.  -- all the overgrowth on the barbed wire.
9    You know, at some point, you get enough overgrowth
10   and you render the barbed wire useless.
11       Q.  And that's an accurate representation of
12   what you saw at the McAllen property?
13       A.  Yes, sir.  You got --
14       Q.  Okay.  Let's take a look --
15       A.  You got a picture of a --
16       Q.  -- at SEFL --
17       A.  -- wheel stop?
18       Q.  -- 542 --
19       A.  Okay.
20       Q.  -- and 543, which I believe are the fencing
21   or some of the fencing.
22       A.  Yeah.  I mean, you can look down the fence
23   line.  Same thing, vegetation between the two.  If
24   you look down the fence line to the left, the fence
25   is completely pushed over -- not completely, but the

1    poles are bent.  Fabric's bent.  I mean, it's just
2    somebody somehow backed into that one.  It's a
3    little baffling, but it's, you know --
4        Q.  Okay.  And that --
5        A.  There --
6        Q.  I'm sorry, go ahead.
7        A.  There were a lot of missing wheel stops,
8    and I think the -- I don't know if there's other
9    photos that show, but there's -- you know, wheel
10   stops is a good preventative measure to -- to keep a
11   driver from backing in and hitting a fence, and, you
12   know, if I look at this site, I -- I don't see -- I
13   see damaged wheel stops, broken.  Some are
14   completely destroyed.  But, you know, the wheel stop
15   is -- I -- I think that's probably obvious, right?
16   You back the trailer in and when you -- when your
17   trailer hits the wheel stops, it keeps you -- you do
18   it from a certain distance and -- you know, nine or
19   ten feet away from the fence so that the trailer
20   doesn't hit the fence.
21       Q.  Well, let me just ask you, so are
22   SEFL 542 and 543 accurate pictures of what you
23   witnessed at the McAllen property?
24       A.  Yes.
25       Q.  Okay.  So let's turn to 544 and 545 because

1    you did talk about wheel stops, and let me ask you
2    to explain what SEFL 544 and 545 show.  That's 544,
3    and then that's 545.
4        So what -- what do they show?
5        A.  The previous one shows what I was just
6    talking about, the wheel stops being damaged,
7    destroyed, or missing.  You know, it's -- that's --
8    I'm guessing how somebody ends up backing into a
9    fence, but -- and it's just -- again, I'm trying to
10   get more shots of paving.  There are -- there are a
11   lot of trailers on-site so just trying to, you know,
12   get down and underneath and -- and -- and look where
13   you could.  But, again, it's just the same things I
14   describe in the -- other paving photos.
15       Q.  Okay.  And 544 and 545 are accurate
16   pictures of the conditions at the McAllen property?
17       A.  Yes.
18       Q.  Why don't you take a look at SEFL 547 and
19   548 and describe for us what you witnessed there.
20       A.  Same thing, I mean, just damaged asphalt.
21   That -- that's indicative of a pothole that's been
22   filled.  So -- which would be indicative of subgrade
23   damage at that area.  The top surface course is
24   wearing off.  Again, I -- I believe that term is
25   "raveling," but, you know, it's just the -- the

1    entire top wearing course is turning into gravel,
2    falling apart.
3        Q.  Okay.  And those pictures are accurate
4    pictures of what you witnessed at the McAllen
5    property?
6        A.  Yes.
7        Q.  Okay.  Let's take a look at -- we'll move
8    on up to SEFL 558, 559, 560, and 561.
9        A.  Yeah.  I mean, that's just trying to take a
10   shot of the asphalt.  Shows your overgrowth of the
11   landscaping and lack of maintenance where, you know,
12   they're letting debris or -- somebody's allowed
13   sediment to get over into the curb, you know, get
14   into the paving.  That's a section right there at
15   the fence that's missing.  The fence is damaged in
16   multiple places, but it's got a -- a bird's-eye
17   shot --
18       Q.  Okay.
19       A.  -- to get the fence line and the vegetation
20   and the -- and -- and the asphalt.
21       Q.  Okay.  So we're looking at SEFL 558, and
22   that's the vegetation and the fence line that you
23   spoke about?
24       A.  Yes.
25       Q.  And 559 shows the same thing, and 560 shows

1  the same thing? Let's see. Can we go to 559 and
2  560.
3      A. Yeah.
4      Q. That's 559, 560. And those are accurate
5  pictures of what you witnessed at the McAllen
6  property?
7      A. Yes, sir.
8      Q. Okay. Let's take a look at 561, SEFL 561.
9  And you -- you mentioned a gap in the fence. Can
10  you describe that on SEFL 561.
11      A. Yeah, I mean, it's just -- it's -- you can
12  see through the photo here there's a couple
13  sections. There's some poles there. There's no
14  fabric between. The barbed wire is pulled down,
15  pulled off. I -- I don't know that I witnessed on
16  that site a section that was completely open like
17  that other than that section right there, but, I
18  mean, just an example of -- you know, the fence is
19  just outright missing.
20      Q. Well, isn't it true a fence is kind of like
21  a chain, it's only as strong as its weakest link?
22  Is that fair to say?
23      A. Yeah. I mean, it's -- to me, it's pretty
24  concerning that, you know, I mean, just coming -- in
25  light of the Tulsa facility that had theft, I mean,

1  you know, this is -- it's wide open, I mean, off of
2  a road.
3      Q. So basically -- yeah. So basically, you
4  could just walk through that missing fence area; is
5  that fair?
6      A. Yeah. And we could all have a conversation
7  tomorrow about how this thing was stripped of all
8  its electrical is what I'm guessing.
9      Q. Okay. And so SEFL 561, is that an accurate
10  picture of what you witnessed at the McAllen
11  property?
12      A. Yeah. This is 561, correct?
13      Q. Yes.
14      A. Yeah. Yes.
15      Q. All right. We're going to go up to the
16  loading dock area now, so let's skip over to SEFL
17  567.
18      All right. And so the technician has put
19  up on the screen SEFL 567. Can you identify what's
20  shown in that photograph.
21      A. I mean, they've got a bollard there
22  that's obviously been hit by a forklift. It's
23  leaning over. You know, it's -- it's -- they were
24  using that -- you could see the chains. That's used
25  as a -- deal to probably meet OSHA. It's a -- a

1  safety chain that goes across, but, you know,
2  instead of it being straight and level, it's -- it's
3  bent over, knocked over.
4      Q. Sorry, what -- what was the term you used
5  for -- for that? I'm sorry.
6      A. OSHA? An OSHA requirement?
7      Q. No, the -- what -- what -- what's knocked
8  over? You --
9      A. Oh.
10      Q. You had a name for that?
11      A. A bollard, b-o-l-l-a-r-d.
12      Q. Okay. And what's the purpose of a bollard?
13      A. Well, I'm calling that a bollard. The
14  purpose of a bollard -- in that case, they're using
15  that bollard to put a chain across. You see the
16  chain hanging from it? Based on OSHA requirements,
17  if this dock exceeds a certain height, over
18  48 inches in height from the ground, you have to
19  have a safety chain that goes across, and I'm
20  guessing that's what they were doing because they
21  were using a bollard. If you look at the yellow one
22  in the background in front of the column, generally,
23  the main intent of a bollard is to protect -- to use
24  it to protect items, whether it be structure,
25  whether it be electrical, air-conditioning units,

1  things on the ground that you don't want to have get
2  damaged by, you know, specific traffic like
3  forklifts, vehicles, et cetera, et cetera.
4      Q. Okay. And do -- does the -- do the items
5  in 567 require repair to bring it to a safe and good
6  operating condition?
7      A. I mean, I think it differently needs to be
8  straightened up. Is it good? No. Is it safe?
9  I -- you know -- you know, steel is not -- I can't
10  speak to whether -- and maybe it was installed that
11  way. I find that hard to believe. But, you know,
12  it's -- it's -- it's leaning over, and, you know,
13  steel's not meant to bend back and forth, right?
14  It -- it -- it cracks.
15      And so I can't speak to in this current
16  situation is it safe? Has the -- have the welds
17  been -- you know, the weld been degradated because
18  it was hit? Yeah, I mean, it's -- it's absolutely
19  possible, and its -- its purpose to -- to hold a
20  safety chain, which OSHA seems to view as fairly
21  important.
22      Q. Okay. Is 567 an accurate picture of what
23  you witnessed at the McAllen property?
24      A. Yes.
25      Q. All right. Let's take a look at SEFL 568,

Page 118

1  569, and 570. So that's 568, that's 569, and that's
2  570.
3      Can you identify what those pictures are.
4      A. Yeah. This facility's got double doors.
5  A -- a traditional freight facility actually --
6  yeah, a traditional freight facility would have
7  single overhead doors, so, for example, an overhead
8  door that's, you know, ten feet wide by 11 feet
9  high. In this case, you know, this one spans
10  between two doors, and, you know, the -- the panels
11  are severely damaged. In -- in a lot of cases, you
12  can't even -- they don't even move. You can't even
13  pull them -- certain ones you can't even pull down.
14  Some of them are off their track, but, you know, a
15  lot of -- a lot of these panels are damaged or
16  destroyed.
17      Q. And so do they need to be repaired or
18  replaced to bring them into good and safe operating
19  condition?
20      A. Yes.
21      Q. Okay. And are 568, 569, and 570 accurate
22  pictures of what you witnessed at the McAllen
23  property?
24      A. Yes. And there -- there -- there's some
25  better ones there that -- where you can see the door

Page 119

1  actually hanging. I mean, it's not even on the
2  track, and I think --
3      Q. Okay.
4      A. -- there's some --
5      Q. Well, let's -- let's --
6      A. -- that are completely missing.
7      Q. -- let's get an -- let's get an answer to,
8  568, 569, and 570 are accurate pictures of what you
9  witnessed at the --
10      A. Yes.
11      Q. -- McAllen property?
12      A. Yes.
13      Q. Okay. So why don't we go ahead, then, and
14  look at 573, 576, and 577. So that first one was
15  573. Now he's at 576.
16      A. Yeah. So, I mean, that's --
17          MR. FALLON: And then go --
18      A. Go ahead.
19          MR. FALLON: And -- and then go to 577
20  as well.
21  BY MR. FALLON:
22      Q. Okay. So you've had a chance to look at
23  SEFL 573, 576, and 577. And what -- what are those
24  pictures of?
25      A. I -- I mean, just -- you got door panels

Page 120

1  that don't have the rollers, the bearings on, and
2  hanging down, they're bent up, they're dinged up.
3  Various panels are just, you know, almost destroyed.
4  And so it's a lot -- lot of -- a lot of damaged
5  doors.
6      Q. Okay. So are 573, 574, and 576 accurate
7  pictures of what you witnessed at the McAllen
8  property?
9      A. Yes.
10      Q. And those require replacement or repair?
11      A. Yes.
12      Q. I'm -- I'm looking at 576. I think that's
13  the one he has up there right now. Yeah. So that
14  one's actually just completely off its -- off its, I
15  guess, hinges or whatever that is, the track?
16      A. Yeah, it's off the track. There's --
17  there's no rollers, and it's off the track, which is
18  not safe.
19      Q. And -- and that -- that's a -- a
20  significant problem?
21      A. Yeah. I mean, it's not a problem now, but
22  if it falls and lands on somebody's head, it's, I'm
23  guessing, a very significant issue.
24      Q. So it's like a property hazard; is that
25  fair?

Page 121

1      A. Yeah, absolutely.
2      Q. Okay. Let's take a look at 571, 572, and
3  then also 574 and 575. So that one is 571, and then
4  that's 572. We saw 574 and 575.
5      Okay. Can you describe what those are
6  pictures of.
7      A. That's -- I took a few photos of the -- the
8  lighting. The lighting's hanging. A lot of them
9  are -- look like they potentially could fall.
10  They're just all in disarray. They're missing, you
11  know, lens covers so if a bulb were to fall out, I'm
12  guessing that could be fairly problematic. If the
13  fixture were to fall, even more problematic.
14      Q. So is it fair to say those are a hazard as
15  well?
16      A. Yes.
17      Q. Okay. And are the pictures we viewed at
18  SEFL 571 to 572 and 574 and 575 accurate pictures of
19  what you witnessed at the McAllen property?
20      A. Yes.
21      Q. Let's look at SEFL 579 and SEFL 580.
22  That -- that's 579?
23      A. Yeah. That's -- that's at the end of the
24  dock --
25      Q. Okay.

31 (Pages 118 - 121)

Page 122

1    A. -- at -- at the end of the dock on both
2 sides -- both opposing sides just off the end wall
3 where the -- the panels have been destroyed, hit
4 from the inside. You can see -- see through them.
5 So, obviously, that's not a -- not -- not a great
6 thing. You get wind-driven rains and water in the
7 building. It doesn't have to be wind driven.
8 It's -- the exterior -- the exterior envelope of
9 building's been compromised at those two locations.
10    Q. So you can actually see through it?
11    A. Yeah. I -- I believe I'm seeing
12 through one of them right there, but I do recall
13 being able to see them through them in various
14 areas.
15    Q. Oh yeah. Oh, I see on 580, the one he has
16 up there now. Okay. Yeah. Okay. 579 and SEFL 580
17 are accurate pictures of what you witnessed at the
18 McAllen property?
19    A. Yes.
20    Q. Okay. And what -- what does SEFL 581 show?
21    A. Which -- which photo's 581?
22        MR. FALLON: Okay. Yeah, let's --
23 let's go to SEFL 581. That one.
24    A. That -- that's just a photo looking down
25 from the dock. Again, I -- I know I've mentioned

Page 123

1 numerous times, it's -- a lot of the trailers were
2 backed up against the dock, so we were able to get a
3 bird's-eye view at certain locations, and it's just
4 kind of representative of -- of the paving between
5 the building and where trailers were -- where it was
6 hard to -- to investigate because the trailers
7 backed up to the building. But you see a lot of --
8 you see a lot of, in that case, you know, cracking,
9 alligator cracking.
10 BY MR. FALLON:
11    Q. Okay.
12    A. Yes.
13    Q. And 581 is an accurate picture of what you
14 witnessed at the McAllen property?
15    A. Yes.
16    Q. Okay. Let's go to 582 through 584. That's
17 582, so that's 583 and then 584. What are those
18 pictures of?
19    A. That's pictures where the -- what you're
20 looking at is the dock channel on the left- --
21 left-hand side, and the dock channel is what they
22 weld the dock levelers to. And you can see a piece
23 of an embed. I guess -- we use the term "embed" for
24 that dock channel that's generally embedded into the
25 concrete. It's been worn down to where it's

Page 124

1 visible. It -- it could prevent a -- could
2 provide -- could be a structural issue for the --
3 for the dock channel for its longevity. At this
4 point, it's just a -- you know, if a forklift were
5 to hit it, you know, impact it somehow, could be
6 a -- could be a -- I'm guessing a -- a pretty good
7 safety issue.
8    Q. And 582 -- and -- and you were just
9 describing 584, I believe --
10    A. Yes.
11    Q. -- is that correct? That's 584 there.
12        Okay. So 582 and 583 sow -- show the same
13 things?
14        MR. FALLON: If -- if the operator
15 will go back to 582 and 583. Let's see. We're
16 still on 584. Go back to 582 and 583. That's
17 583 --
18        THE WITNESS: Yeah, there's --
19        MR. FALLON: -- and --
20        THE WITNESS: There's one view
21 where --
22        EXHIBIT TECHNICIAN: Counsel, this is
23 -82.
24        THE WITNESS: I'm sorry.
25 BY MR. FALLON:

Page 125

1    Q. Yeah, that's 583 that we're looking at.
2 No, I'm sorry, that's 582 we're looking at. So what
3 are we looking at in 582?
4    A. Yeah, I mean, same thing where the -- and,
5 of course, that's right at the end of the channel.
6 You can see where the -- the -- the -- it's -- it's
7 actually pulled out -- the channel's pulled out from
8 the concrete.
9    Q. And that needs to be repaired to make it in
10 good and safe operating condition?
11    A. Yes.
12    Q. Okay. 582, 583, and 584 are accurate
13 pictures of what you witnessed at the McAllen
14 property?
15    A. Yes.
16    Q. Okay. Let's -- let's go ahead and look at
17 the interior of the property, so let's move on to
18 SEFL 586. And so what are we looking at in 586?
19    A. That's just a -- that's just a shot --
20 the -- that'd be the demising wall that separates
21 the -- the dock from the office, so that'd be the
22 the -- from the dock side looking towards the
23 exterior of the office wall from the dock.
24    Q. Okay.
25    A. And it's just -- it hadn't been maintained,

1  fairly dilapidated. I'm -- I'm not pointing out any
2  significant issue with that. It just needs to be
3  cleaned up, repainted, just taken care of. It
4  hadn't been taken care of at all.
5      Q. Okay. Well, let's go to SEFL 587 and 588
6  and ask you to describe what those pictures are.
7      A. It's the office, and this one was in
8  really, really bad shape. I mean, the floors are
9  stained. There's areas where the floor's worn
10  through. You know, the walls are in disarray.
11  There's areas where they pulled -- yanked -- you
12  know, he pulled things off. I don't guess -- it's
13  not in this photo here, but, you know, where
14  somebody maybe had some sort of an encasement or
15  something on the wall, and then they removed that
16  and put something else up, and so you can see --
17  kind of see the orange stripe, and -- and somebody
18  else puts a -- a tack board up over it, and --
19  but -- so it's various holes in the wall and -- and
20  just -- it's -- it's not -- you can look at the
21  light fixture. You know, there's no lens cover over
22  the ballast. You know, a lot of the door hardware
23  was either inoperable or just in bad shape.
24      Q. Okay. So let's look at 587 in particular.
25  I think you had -- can -- do you have any commentary

1  on the floor there?
2      A. Yeah. I mean, the floor, it's -- it's --
3  it's -- I mean, it -- again, with -- had it been --
4  in -- in my opinion, had it been, you know,
5  maintained over the years and -- and, you know,
6  cleaned and waxed, that -- you know, we probably
7  wouldn't be looking at this and -- and dealing with
8  it. But, again, a lot of complete floor wear
9  where -- areas that it's -- it's worn through the
10  surface of the -- of the -- of the -- the vinyl
11  composition tiles. You know, you can go in there
12  and scrub it and clean it and it may look a little
13  better, but it would not -- it -- it would not look
14  good at all.
15      Q. Is 587 an accurate picture of what you
16  witnessed at the McAllen property?
17      A. Yes.
18      Q. Okay. And is 588 -- SEFL 588, is that an
19  accurate picture of what you witnessed at the
20  McAllen property?
21      A. Yes.
22      Q. Okay. And how about SEFL --
23      A. Let me stop you right --
24      Q. -- 590?
25      A. Let -- let me stop you right there.

1      Q. I'm sorry.
2      A. Just -- if you go back again, another
3  example, we talked about it in Tulsa, but look at
4  the floor area in front of the doors on the left-
5  and right-hand side where the floor is completely
6  worn through the -- the top layer of the floor tile,
7  again, likely from people not putting chair mats
8  underneath the chairs.
9      Q. Okay. And this is -- okay. We're -- we're
10  stopped at SEFL 588. So these are your comments on
11  SEFL 588?
12      A. Yes.
13      Q. Okay. And that's an accurate picture of
14  what you witnessed at the McAllen property?
15      A. Yes.
16      Q. And so that just needs a new floor. Are
17  there -- is -- is there any way to clean and polish
18  that up?
19      A. No, not to have any level of consistency.
20  I mean, you still always see the areas where it's
21  been worn through the top layer. And, you know,
22  some of these areas would clean up maybe a little
23  bit, but some of those areas, it -- it's probably
24  unlikely.
25      Q. Okay. Let's look at SEFL 590. Is that an

1  accurate picture of what you witnessed at the
2  McAllen property?
3      A. Yes. And you can see the worn --
4      Q. And that's --
5      A. -- areas --
6      Q. -- actually --
7      A. That's from the other angle, but you can
8  see in the -- of the gentleman right there at the
9  door on the left- and right-hand side where the
10  floor is worn through.
11      Q. Okay. Why don't you take a look at SEFL
12  591 and let me know if -- if you know what -- what
13  that is.
14      A. Yeah, that's a mop sink, and they've --
15  they've got some sort of a condensate drain or
16  something for an HVAC unit that has been rigged up
17  to the -- to the sink, which I -- has got to be a
18  significant code issue.
19      Q. And so when you say "a condensent" --
20  "condensate drain," that's the water that's drained
21  from the air conditioning?
22      A. Yes, sir. I -- I believe that that's what
23  it is. There -- there -- it -- maybe they had an
24  ice maker or something before, but, again, you know,
25  connecting it to the actual faucet is not -- not a

Page 130

1  generally acceptable method.
2    Q.  Okay.  And 591's an accurate picture of
3  what you saw at the McAllen property?
4    A.  Yes, sir.
5    Q.  Okay.  Let's take a look at SEFL 592, and
6  if you can tell us what that is.
7    A.  Yeah.  They had some sort of a roof leak,
8  and it was still damp and wet when we were there.
9  My understanding, you could look up through it and
10  see where the water was leaking through the roof.
11  In -- in this case, in this building, unlike the
12  Tulsa one, this has got a hard drywall ceiling in
13  it.  So the other ones have the -- the -- the
14  ceiling tiles with the grid system.  This office
15  specifically has -- it's -- it's -- it's a
16  preengineered metal building, but it's got a wood
17  framing -- some -- some sort of a -- a wood truss,
18  wood frame ceiling.  And so, you know, there's water
19  damage in the ceiling and -- and -- which I'm
20  guessing could turn into a potential mold issue.
21    Q.  Is it possible that there's mold already
22  there?
23    A.  It -- it -- it's difficult to say.  I mean,
24  I don't know how long the leaks persisted.  I mean,
25  it's possible if it -- you know, as long as the --

Page 131

1  the leak's managed and managed timely and it dries
2  out, there's pretty simple procedures to -- you
3  know, to -- to -- to manage that.  Like everything
4  else, if it's persisted for a while and -- and --
5  you just don't know till you get into it.  We --
6    Q.  Yeah.
7      So -- so you don't know if it was properly
8  managed or not?
9    A.  No.  I mean, what I do know is that when we
10  were there, it still wasn't managed.
11    Q.  All right.  Is SEFL 592 an accurate picture
12  of what you witnessed at the McAllen property?
13    A.  Yes.
14    Q.  Let's see.  And what does SEFL 593 show?
15      EXHIBIT TECHNICIAN:  Counsel, I'm
16  sorry, give -- tell me the Bates number again.  I
17  think that --
18      MR. FALLON:  Sure.  SEFL 593.  It's
19  the next picture.
20      EXHIBIT TECHNICIAN:  Ah, thank you.
21      MR. FALLON:  There we go.  That one.
22    A.  Just a bathroom in disarray, floors that
23  are dilapidated, that haven't been taken care of.
24  You've got -- below the urinals, you know, it --
25  when -- when you're not cleaning and maintaining

Page 132

1  things, you get these urine stains, and urine
2  generally etches floor tiles and damages them.
3  BY MR. FALLON:
4    Q.  And is that a condition you witnessed in
5  the -- in the bathroom at McAllen?
6    A.  Yes.
7    Q.  And SEFL 593 is an accurate picture of what
8  you witnessed at the McAllen property?
9    A.  Yes.
10    Q.  Okay.  Let's go to SEFL 594 and ask you to
11  identify what that is.
12    A.  That just -- that's just a closer shot of
13  the ceiling that we were looking at in the earlier
14  photo.  You can see up -- you can see the hole in
15  the roof.  There were some penetrations.  I -- I
16  believe there were more, but that's likely the --
17  the -- the culprit of that, that specific issue.
18    Q.  Uh-huh.
19    A.  We're looking at --
20    Q.  Okay.
21    A.  -- wet insulation, not. . .
22    Q.  So -- so that's looking up at the ceiling
23  in the bathroom?
24    A.  Yes.
25    Q.  Okay.  And SEFL 594 is an accurate picture

Page 133

1  of what you witnessed in the bathroom at the McAllen
2  property?
3    A.  Yes.
4    Q.  Okay.  What does SEFL 595 show?
5    A.  It -- again, indicative of the -- the
6  floors that we were seeing.  I mean, severe floor
7  staining.  The walls are not only dirty but gouged
8  areas where people were hanging things on the walls
9  where there's holes and -- so requiring patch and
10  repairs.  But just another photo that's kind of
11  indicative of what we've seen on the other flooring
12  photos.
13    Q.  Okay.  That's a -- an accurate picture of
14  what you witnessed at the McAllen property?
15    A.  Yeah.  And I can't remember if that was the
16  location that had -- looked like maybe it used to
17  have vending machines or something or ice maker, and
18  so -- and -- and it looked like maybe there had been
19  some water leaks and stuff that, you know, damaged
20  floor tiles.
21    Q.  Okay.  Why don't you take a look at SEFL
22  598 and ask if you can identify what that shows.
23    A.  Yeah.  I mean, that's an area where just --
24  again, trying to take a -- a photo of the room
25  itself, but if you look at the wall, they had some

34 (Pages 130 - 133)

1  sort of a tack board, chalk board, something up
2  there, and somewhere through the course of business,
3  somebody decided to, I guess, peel it off the wall
4  or -- I -- I don't know.
5      Q.  And that SEFL 598 is an accurate picture of
6  what you saw at the McAllen property?
7      A.  Yes.
8      Q.  I don't know.  Can you identify what is at
9  SEFL 602?  It's kind of dark.
10     A.  Could y'all -- you mind pulling the photo?
11         MR. FALLON:  Yeah, move -- move to
12  SEFL 602.
13  BY MR. FALLON:
14     Q.  If you want us to stop at any of these
15  other photos, just let us know.
16     A.  Yeah.  I think that was a -- I don't know
17  if it was the break room or -- I don't know if that
18  was a -- it wasn't the break room.  Had some
19  countertops and stuff in it, areas of floor
20  staining, severe floor staining, floor wears --
21     Q.  Okay.
22     A.  -- wall -- you know, the -- kind of the
23  typical wall damage that we saw throughout the
24  office.
25     Q.  All right.  Let's go SEFL 603.  And what is

1  SEFL 603?
2      A.  That's looking at an air handler that was
3  in a closet, and they -- I -- I don't know what the
4  game plan was with this, but the air-conditioning
5  unit is in a closet, and the supply air plenum is
6  down at the bottom.  So that thing's sitting on a
7  stand, and it's sucking air from the bottom.  And
8  then there's a vent cut out of the side of the
9  closet that, I guess, effectually is -- is the
10 intake air.  I -- we were just opening it up, and in
11 the process of opening the door, it was -- you could
12 tell when you pulled the door open, it created a
13 vacuum.
14     Q.  Uh-huh.
15     A.  So, you know, I -- I don't know if it's
16 always been like this.  The unit's fairly new, so
17 I -- I would say that this is a -- probably a major
18 code no-no.
19     Q.  It's not the way you'd normally do
20 construction?
21     A.  No.  Maybe --
22     Q.  Okay.  Let's turn --
23     A.  Maybe -- maybe how they do it in McAllen,
24 but no.
25     Q.  And let's turn SEFL 608 and ask if you can

1  identify that.  And we can look at 608, 609, and 610
2  together.  That's 608.
3      A.  Yeah.  I mean --
4          MR. FALLON:  And then move to --
5      A.  I mean, you know --
6  BY MR. FALLON:
7      Q.  Go ahead.
8      A.  -- severely --
9          MR. FALLON:  -- 608.
10     A.  -- severely dirty, stained tiles.  Again,
11 the -- you look at those areas where it's kind of
12 hazy, that circle.  I mean, it's just -- it's --
13 it's worn through the -- worn through the tile --
14 through the -- through the surface of the tile.
15 BY MR. FALLON:
16     Q.  Okay.  SEFL 608 is an accurate picture of
17 what you witnessed at the McAllen property?
18     A.  Yes.
19     Q.  All right.  And how about SEFL 609?
20     A.  Yeah.  I mean, that's a -- it's a locker
21 room.  It's, again, a lot of -- lot of floor
22 staining, but, again, we've got areas in there where
23 it -- the -- the surface is just worn off.  I mean,
24 you can see --
25     Q.  Okay.

1      A.  -- two or three --
2      Q.  And that --
3      A.  -- circles in the photo on the ground.  And
4  then, of course, the walls, typical damage.  I don't
5  really -- I guess, I even thought about it until I
6  just looked at this photo.  I don't know what's
7  behind the gentleman that's standing there that runs
8  down the wall that has a filter on it, but that
9  seems fairly odd, and I'm fairly certain we didn't
10 put any dollars to remedy that.  I don't know what
11 it is.
12     Q.  Okay.  And SEFL 609 is an accurate picture
13 of what you witnessed at the McAllen property?
14     A.  Yes.
15     Q.  Okay.  Why don't we go to SEFL 610.
16 Anything remarkable there?
17     A.  Well, yeah, the American flag, that's
18 pretty remarkable.  You know, same condition.  I
19 mean, the floor just -- it's -- you got areas of
20 surface wear.  You've got -- it's -- it's like it --
21 it hadn't been cleaned and maintained.  You see a
22 light fixture ballast -- or not ballast, I'm sorry,
23 the lens cover laying on the ground, you know,
24 gouges and debris and dirt all over the walls,
25 again, indicative of what we've been seeing in these

1  others photos.
2      Q.  Okay.  And SEFL 610 is an accurate picture
3  of what you witnessed at the McAllen property?
4      A.  Yes.
5      Q.  Okay.  Why don't we have the operator just
6  scroll through SEFL 611 through -- well, why -- why
7  don't we just scroll slowly through there, and then
8  if you see anything remarkable, why don't you ask us
9  to stop.
10     A.  Yeah, those are -- the intent of those
11 photos were to just take photos of the exterior of
12 the building.  That's -- right there, the fence, the
13 gate, the post is bent.
14     Q.  Okay.  So we're at SEFL 612 there.  Yeah,
15 that's 612 with the fence?
16     A.  Yes.
17     Q.  Okay.
18     A.  Showing -- that's -- that's the main drive
19 coming into the facility, the inbound.  I guess they
20 were using it as both probably inbound and outbound.
21 Not probably.  I know they are.  So arguably, the
22 highest-traffic lane in the entire building.
23 It's -- again, it's -- it's -- it's cracking.  It's
24 potholed.  But, you know, that specific drive-in
25 right there will take all the traffic -- you know,

1  everything coming in and out of the facility.
2      Q.  Okay.  And that's SEFL 614, and that's an
3  accurate picture of what you witnessed at the
4  McAllen property?
5      A.  Yes.
6      Q.  Okay.
7      A.  Just another -- just taking some exterior
8  shots of the building.  Nothing -- I mean, it's --
9  doesn't look great.  Probably use a -- a coat of
10 paint.  I'm not even sure that that's -- I guess we
11 probably would've -- I'm not sure if we included
12 that or not.  I'll have to look here in a second,
13 but -- but, yeah, it -- just trying to take some
14 exterior shots.
15     Q.  Okay.  And that's SEFL 615.
16     A.  Yeah.  So the --
17     Q.  Okay.  Now we're on to SEFL 616.
18     A.  Yeah.  So this is a photo of the office
19 lot.  The office, again, indicative of the -- the
20 surface aggregate delaminating; potholes that had
21 been repaired; a lot of cracking, alligator
22 cracking, or -- a lot -- a lot of cracking.
23     Q.  Okay.  That's SEFL 616.
24     A.  Yeah.
25     Q.  And is SEFL 616 -- why don't we go back

1  there just a second.  Is that an accurate picture of
2  what you witnessed at the McAllen property?
3      A.  Yes.
4      Q.  Okay.  We'll move on from 616.  That's 617.
5      MR. FALLON:  We can go to 618.
6  BY MR. FALLON:
7      Q.  Okay.  This is SEFL 618.  Does that show
8  some -- okay.  We're on the -- SEFL 619.  What does
9  that show?
10     A.  Severe cracking on the surface.  I guess
11 that would be what they call alligator cracking, but
12 it's just fractured everywhere on the surface.
13     Q.  Okay.  And is that an accurate picture of
14 what you witnessed at the McAllen property?
15     A.  Yes.
16     Q.  Okay.  We can go on from there.  That's
17 621, 622, 623.  Okay.
18     All right.  So that -- we've been through
19 Erickson Exhibit 5.  Why don't we try and look at
20 the condition of the roof, and then we'll -- we'll
21 take a short break for lunch, if that works for
22 everybody.
23     MR. FALLON:  Okay.  Let's have marked
24 as Erickson Exhibit 6, a document with Bates Stamp
25 SEFL 679.

1      (Exhibit No. 6 marked.)
2      A.  Yeah.  I mean, the roof is -- I don't know
3  if you want to show a few more.
4  BY MR. FALLON:
5      Q.  Okay.  Well, we -- yeah, we can --
6      MR. FALLON:  We'll mark as Erickson
7  Exhibit 7 -- SEFL 682 will be Erickson Exhibit 7,
8  and then Erickson Exhibit 8 will be SEFL 683, and
9  then how about Erickson Exhibit 9 will be SEFL 688,
10 and SEFL 692 will be Erickson Exhibit 10, and SEFL
11 694 will be Erickson Exhibit 11, and then SEFL 702
12 will be Erickson Exhibit 12.
13     (Exhibit Nos. 7 - 12 marked.)
14 BY MR. FALLON:
15     Q.  Why don't we start with Erickson Exhibit --
16 well, why -- why -- we can page through them, and
17 then if -- once you identify a picture that you want
18 to talk about or that shows the -- the condition of
19 the roof, why don't you just stop the operator, and
20 then I can identify which exhibit it is, and -- then
21 we can talk about it.
22     A.  Yeah.  No, I mean, you did a good job of
23 showing a handful of the photos.  I don't know that
24 this one shows it the best, but some of the
25 others -- I mean, it appears that there's a lot of

Page 142

1  rusting occurring on the roof, you know, corrosion
2  on the roof in various areas, between the ribs, on
3  the ribs, on the fasteners, at the ridge, which
4  is -- you know, it -- it's concerning. In fact, I'm
5  curious as to -- I don't know -- at the front of the
6  building there was a new roof that was put on.
7  It -- you can see it from the aerial right there --
8  if that was just an addition or something that had
9  corroded to the point that it needed to be added.
10      But -- but, yeah, I mean, the unfortunate
11  circumstance here is that it's probably -- was
12  completely avoidable if somebody just maintained it,
13  and, you know, a part of that process would be
14  probably -- you know, not -- not so much now, but in
15  the past before the corrosion occurred, to go in
16  and -- and clean and -- and -- and put some sort of
17  a -- a roof-coating product, which is generally
18  fairly reasonably priced, cheap compared to an
19  alternative.
20      But, yeah, I mean, once you get a -- you
21  get a building that starts rusting, you can't --
22  it's not as simple as to just go in and -- I mean,
23  you certainly can't coat over it, and it's
24  marginally at best -- to try to clean those areas
25  and try to coat over it is still questionable, and,

Page 143

1  you know, it -- it's -- it's not in great shape,
2  and, like I said, with some basic maintenance over
3  the years, I mean, it's probably completely
4  avoidable.
5      Q.  So we've been looking at photos of the
6  roof.  These are Erickson Exhibits 6, 7, 8, 9, 10,
7  11, and 12.
8      And so just generally, why -- why don't
9  you just tell us for the record what these are
10  pictures of.
11      A.  Of --
12      Q.  These are pictures of the roof at the
13  McAllen --
14      A.  Yes.
15      Q.  -- property?
16      A.  Yes.  Yes.  Pictures of the roof, yes, at
17  that McAllen facility.  And --
18      Q.  And then how -- how did you take these
19  pictures?
20      A.  Those photos came from -- those were --
21  came from Southeastern Freight Lines.
22      Q.  Okay.  So how -- what -- what would you
23  need to do to put this roof in -- in good and safe
24  operating condition?
25      A.  We -- this was -- compared to the other two

Page 144

1  properties that, you know, we viewed as -- as the
2  roof being in good condition like they had been
3  maintained, taken care of, this roof appeared to
4  have not, you know, with the corrosion, the rusting.
5  You know, we looked at it as a -- a -- as a complete
6  reroof, taking the -- the metal panels off and
7  putting new petal -- metal panels back on.
8      Q.  Would this -- would -- would you walk on
9  this roof?
10      A.  Certain areas I would not for sure.  I -- I
11  mean, no, I wouldn't -- I -- first of all, I'm
12  scared of heights.  Second of all, no.  I mean,
13  certain -- I mean, I -- I -- I wouldn't, but it's --
14  there's areas that are rusted -- and, you know,
15  I -- I guess if I had to, I -- I might try to work
16  my way through it, but -- but, no, I mean, it's --
17  it's -- it's -- it's not a good idea when you start
18  to have corrosion and stuff on roofs to -- that's a
19  good way to step through an area and fall to the
20  bottom.
21      Q.  Okay.  Is it common to use a drone to take
22  photos of a roof on a property to assess the roof's
23  condition?
24      A.  Yeah.  I mean, as to get an initial basis
25  of what you're seeing and doing, yes.

Page 145

1      Q.  Okay.  Did -- did they take these pictures
2  when you were there, or were these other just
3  provided otherwise?
4      A.  Provided otherwise.
5      Q.  Okay.
6      A.  You know, one -- one of the -- by the time
7  you go in -- in this case here, I guess, kind of the
8  way we looked at it was you've got all these roofs
9  that have rust.  You've got panels that have to come
10  out.  And -- and -- and let's say, for example, not
11  all of them have to come out.  Well, now you're
12  talking about a -- a much more piecemealed repair.
13  All the fasteners are rusted.  You have to pull all
14  the fasteners out.  And all these areas that if --
15  if they even had that questionable rust, you go in.
16  You got to clean, prep, and, you know -- and that --
17  that operation's -- that -- that's expensive to --
18  to try to do it, to -- to piecemeal it.  So we -- we
19  just kind of viewed it as a -- and, again, the other
20  two roofs were fine in our opinion, but this one
21  felt to us like it -- it could use a new roof.
22          MR. FALLON:  Okay.  Let's go off the
23  record.
24          (Break taken, 12:06 p.m. to 12:46 p.m.)
25          MR. FALLON:  Okay.  Let me have the

37 (Pages 142 - 145)

Page 146

1 court reporter mark SEFL, series of 0s, 518 and have
2 that be marked as Erickson Exhibit 13.
3      (Exhibit No. 13 marked.)
4      MR. FALLON:  If we can pull up
5 Erickson Exhibit 8, which is SEFL 1518.
6 BY MR. FALLON:
7   Q.  And I'll ask you --
8      EXHIBIT TECHNICIAN:  Counsel, I'm --
9 I'm -- I'm sorry, this is actually Exhibit 13.
10      MR. FALLON:  Oh -- oh, yeah.  Did I
11 say something else?  Sorry.
12      EXHIBIT TECHNICIAN:  You -- you said
13 Exhibit 8.  That's okay.
14      MR. FALLON:  Oh, okay.  Okay.
15 BY MR. FALLON:
16   Q.  It's SEFL 518, and we're looking at
17 Erickson Exhibit 13.  Sorry.  Okay.  So the operator
18 has brought up Anderson (sic) Exhibit 13 on the
19 screen.  And can you identify that document?
20   A.  Yes.
21   Q.  And what is that document?
22   A.  It's an estimate summary for McAllen.
23   Q.  Okay.  And is this something that was
24 prepared under your direction and supervision?
25   A.  Yes.

Page 147

1   Q.  Okay.  And generally, what is that estimate
2 intended to reflect?
3   A.  An estimate -- or, I'm sorry, estimate of
4 the assessed damages that -- from our site walk, the
5 repairs to the building that -- the things that we
6 pointed out, you know, talked -- discussed in the
7 photo, estimate of the cost to -- to fix and repair
8 those.
9   Q.  Okay.  Did anyone assist you in preparing
10 this estimate?
11   A.  Yes, Chris Broerman, who's --
12   Q.  And --
13   A.  -- one of our estimators.
14   Q.  -- was he -- who's -- I'm sorry.
15   A.  Who -- he's one of our estimators.
16   Q.  Oh, okay.  And then was he with you on the
17 site walk at the McAllen property?
18   A.  Yes, sir.
19      MR. FALLON:  Okay.  While we're at it,
20 let's go ahead and mark SEFL 511 through SEFL 517,
21 and we -- we will mark that as Anderson Exhibit 14.
22      (Exhibit No. 14 marked.)
23 BY MR. FALLON:
24   Q.  All right.  And Anderson Exhibit --
25 Erickson Exhibit 14 is a multipage document.  Can

Page 148

1 you identify what has been marked as Erickson
2 Exhibit 14?
3   A.  Yes.
4   Q.  And what -- what is Erickson --
5   A.  I'm sorry.
6   Q.  -- Exhibit 14?
7   A.  It's a -- it's the paving -- the
8 subcontractor -- or the asphalt contractor that put
9 together the proposal for this, for the two-inch --
10 for a two-inch overlay on the asphalt.
11   Q.  Okay.  And so you're identifying the first
12 two pages of Exhibit 14, which is SEFL 511 and SEFL
13 512?
14   A.  Yes.  And I guess that other one is --
15   Q.  Okay.  And then what's SEFL 513, which is
16 part of Erickson Exhibit 14?  So SEFL 513 is the
17 page before that.  It's an e-mail -- or appears to
18 be an e-mail from Sam Holl to a Chris Broerman.
19      Can you see that?
20   A.  Yes.  Yeah, that's budget -- yes.  And
21 that's --
22   Q.  Okay.  And -- and what is that?
23   A.  That's -- again, is budget numbers for the
24 labor installation for the -- the overhead doors on
25 McAllen on a unit cost basis.

Page 149

1   Q.  Okay.  And then can you take a look at SEFL
2 514, which is still part of Erickson Exhibit 14, and
3 identify what that is?
4   A.  Yeah.  That's a proposal from Total Service
5 Packaging regarding the service and maintenance of
6 the -- dock levelers, dock boards.
7   Q.  Okay.  And does that estimate pertain to
8 the McAllen property?
9   A.  Yes.
10   Q.  Okay.  And then what's SEFL 515 to 517?
11      MR. FALLON:  So let's see.  Looks like
12 we're still on SEFL 514.  Can the operator go to 515
13 through 17?
14 BY MR. FALLON:
15   Q.  That's 515, 516, 517.  Do you know what
16 those pages are?
17   A.  Yes.  Yes.  That's a proposal that's put
18 together by my steel group after we got back and
19 determined what we believed would be a -- a -- a
20 reroof --
21   Q.  Okay.
22   A.  -- on the project.
23   Q.  And, again, so these are -- Erickson
24 Exhibit 14 are various proposals from subcontractors
25 for the McAllen property; is that correct?

38 (Pages 146 - 149)

Page 150

1    A.   Yes.
2    Q.   And it's common for you and other general
3  contractors to rely on information from reliable
4  subcontractors; is that fair?
5    A.   Yes.
6    Q.   And do you believe the subcontractors whose
7  information is contained in Erickson 14 to be
8  reliable and market-priced subcontractors?
9    A.   Yeah, I believe so.  I -- I would say the
10  only caveat to that would be this proposal that was
11  put in-house by our steel group.  Again, it was kind
12  of determined postmortem that -- of the -- the
13  buildings we inspected that this one would be a
14  candidate for a -- a reroof.  And so we did it, I
15  guess, if you want a -- the proposal in-house with
16  our steel division, so, you know, I would call that
17  a local subcontractor.
18    Q.   Okay.  So that's your affiliated company?
19    A.   Yes.
20    Q.   Okay.  Do you think that the price from
21  Schwob Steel Services reflected in Erickson
22  Exhibit 14 is a fair market price?
23    A.   I mean, I -- I think it's a fair market
24  price, but I will -- what I would say is compared --
25  as we're talking about these other proposals, I

Page 151

1  think it is important -- again, time didn't lend
2  itself.  We didn't determine this is a potential
3  need till postmortem; otherwise, the prudent thing
4  would have been to have met with somebody, a
5  contractor that can do this type of work locally.
6  Is it possible or likely that that price would be
7  cheaper -- a little bit cheaper from a local
8  subcontractor?  Yes, absolutely.
9    Q.   Okay.  How about -- looking at the proposal
10  from Bernal Paving & Maintenance, which is at SEFL
11  511 to 512, have you worked with Bernal Paving &
12  Maintenance before?
13    A.   I have not.
14    Q.   Okay.  Where did you get their name?
15    A.   We got it from -- we kind of have a
16  database of various contractors and various
17  tradesmen in different areas.  We tried to reach out
18  to another paving contractor, somebody that we were
19  more familiar with that had done a facility for
20  us -- that we built another facility in -- in
21  Weslaco, Texas, which is 15 miles away from McAllen,
22  and they were too busy to meet, and so we -- we --
23  we found these -- so the intent was to -- to find
24  somebody that we knew and had vetted out before.  So
25  this was kind of a default who we reached out to.

Page 152

1  So, no, we have not worked with them.
2    Q.   Okay.  All right.  Let's turn back to
3  Erickson Exhibit 13, which is the estimate summary,
4  and why don't we walk us through at the -- the
5  biggest item there is project and field management
6  at 73,306, and I believe you had described that in
7  connection with the Tulsa property.
8        Is there anything different about that
9  number on the McAllen property that you could say in
10  addition or doesn't apply to the McAllen property as
11  opposed to the Tulsa property?
12    A.   No.  I mean, it's -- it's -- it's -- it's
13  generally the same general conditions, general scope
14  of work.  The numbers may vary a little bit as far
15  as, you know, the amount of dumpsters.  It's a
16  smaller -- a bit smaller scope of work, a smaller
17  building.  And so, you know -- you know, temporary
18  dumpsters and -- and the waste management side is a
19  little bit cheaper, I think.  I'd have to go back
20  and look at the other one, but -- but, no, I mean,
21  as far as the duration, again, the duration of the
22  project's what drives the -- drives the -- the cost
23  of the project management and field management.
24  That -- that's driven by time of a project, not
25  the -- not the -- not the dollar amount.  It's --

Page 153

1  it's a -- it's a function of the time.
2    Q.   And do -- what -- what time do you estimate
3  this project to take?
4    A.   I believe it's two months.  Yeah,
5  two months.
6    Q.   And had you believe -- do you believe the
7  numbers contained in Division 1 under "General
8  conditions" amounting to a total of 88,948 to be a
9  fair market price for those services?
10    A.   Yes.
11    Q.   Okay.  Let's move to Division 2, "Site
12  work."  And, again, we're still on Erickson
13  Exhibit 13, and the first item there is asphalt
14  paving for $375 -- $375,000.
15        Do you see that?
16    A.   Yes.
17    Q.   And is that the number which is derived
18  from the Bernal Paving & Maintenance estimate that
19  we saw in Erickson Exhibit 14?
20    A.   Yes.  Bernal's proposal is broken up into
21  two sections.  The first is what they call the front
22  area of the building, and then the -- the --  the
23  second proposal is the -- what they call the back
24  area so behind the fence.  And so the combination of
25  the two numbers totals the -- the 375-.

Page 154

1    Q.   Okay.
2           MR. FALLON:  Let's see.  Why don't we
3    go ahead and mark -- this is going to be a document
4    Bates stamped Yellow-Assumption 00019124, and it
5    goes through Yellow-Assumption 00019275.
6           And if you can mark that as Erickson
7    Exhibit 15.
8           (Exhibit No. 15 marked.)
9    BY MR. FALLON:
10   Q.   Okay.  And Mr. Erickson, you have in front
11   of you on the screen something which is entitled,
12   "AEI Property Condition Report."  I don't expect
13   that you have seen this before, but it has some
14   things I'd like to show you and -- and get your
15   reaction to it.  This document has been produced to
16   us by the debtors, and so I realize you're, in all
17   likelihood, seeing it for first time today, but I'd
18   just like to get your reaction, if -- if I could.
19          So why don't we turn to Bates numbered --
20   this is, again, Yellow-Assumption 1 -- Erickson
21   Exhibit 15 at 00019139.  Okay.  Well, we'll just
22   have to do the best we can with it.
23          So if we turn to the AEI property
24   condition report for McAllen -- and this is page 16
25   of the report.  And this is -- it has a number

Page 155

1    there, asphalt pavement and overlay then stripe, and
2    it lists a price of $253,160.
3           Do you see that?
4    A.   Yes.
5    Q.   So if I'm reading that correctly, that
6    would be the price for the asphalt repair, and that
7    compares, at least so as far as I can tell, to a
8    price of 375,000, which we've gotten from Bernal.
9           Do you think that the $253,000 number that
10   they listed there would adequately repair -- and
11   first of all, is that the same, as from what you can
12   tell, and maybe you can't -- but is that the same
13   repair that you and Bernal have proposed?
14   A.   I honestly don't know that.  The comment
15   section says, "Overlay with sectional full-depth
16   replacement," so I don't know if that's one inch of
17   asphalt, two inches of asphalt.  I -- from this, I
18   couldn't be able to tell.  I -- I wouldn't be able
19   to tell you if it's the same scope.
20   Q.   Okay.
21   A.   Based on the pricing, I would think that
22   it's not the same scope, that it's a lesser scope,
23   but. . .
24   Q.   Okay.  Do you -- do you think that the --
25   that the $375,000 price is -- is -- that Bernal and

Page 156

1    Schwob -- Schwob have proposed is a fair price for
2    the asphalt repair?
3    A.   Yeah, I mean, I do.  It's -- I -- I don't
4    know where they derived their price, if that was
5    a -- if that was an estimate or they talked to a
6    local vendor there, but I would tell you that if
7    it's the same scope, that I would -- I think that we
8    should hire AEI to do the asphalt work.
9    Q.   Okay.
10   A.   Everybody -- it's a cheaper price, and
11   everybody gets what they want -- what they need out
12   of the deal -- so -- but it -- again, it's -- it
13   doesn't -- I -- I don't know if it's a two-inch
14   overlay, if it's a inch and a half, an inch.  I --
15   I -- there's not enough information here for me
16   to -- I think we all agree that when we say
17   "overlay," they must have viewed it the same with
18   the raveling, that a full-depth replacement -- so
19   some -- some sort of a replacement --
20   Q.   Yes.
21   A.   -- on the surface.
22   Q.   Yeah.  What sort of -- and you've mentioned
23   it, that Bernal would recommend a two-inch overlay.
24   Is that what you'd recommend here?
25   A.   Yes.  And just for the record, the two-inch

Page 157

1    overlay was the recommendations for the other two
2    facilities.  So it was consistently recommended
3    at -- by the different -- three different asphalt
4    vendors all recommending a two-inch overlay --
5    Q.   Okay.
6    A.   -- or, I'm sorry, mill and overlay.  I --
7    that's, you know -- again, they're saying "overlay."
8    I'm assuming that they're looking at milling.  Maybe
9    that's the difference, that they were thinking maybe
10   it doesn't include the milling.  It would have to
11   have the milling; otherwise, the elevations are --
12   would all be off.
13   Q.   What -- what's -- what is milling?
14   A.   Milling's the process of -- they would go
15   in and mill out, basically remove, two inches of
16   asphalt.  I -- I think anybody that's ever gone down
17   the road and seen them do highway work, you see a
18   machine that's going that is chewing up asphalt
19   and -- and displacing it into another truck to haul
20   it off.  That's -- you have to mill, remove, the top
21   two-inch layer or whatever that depth is, but in
22   this case, two inches -- remove that, mill it up
23   with a machine, and then come back and lay new
24   asphalt so that your -- your finish grade elevations
25   are all the same.

1    Q.   Okay.  And would the -- I'm looking at
2  Erickson Exhibit 14 and, in particular, the Bernal
3  bid.  It also says, "rework and compact base."
4           Would that be an important step?
5    A.   Yeah.
6    Q.   Yeah.  That's not --
7    A.   I mean, there are, yes, areas that -- yeah.
8  I mean, we saw areas of visible potholing and stuff
9  like that, so there's areas that, in addition to the
10  milling, will have to be cut out, removed, and --
11  and -- and -- and areas replaced.  Again, if you're
12  putting new asphalt down, you've got to put it --
13  you can't put it on degraded subgrade or damaged
14  subgrade.
15    Q.   Okay.
16    A.   It's the -- the surface --
17    Q.   Okay.  So --
18    A.   -- surface is only as good as the base.
19    Q.   Okay.  So it's fair to say that in order to
20  have a -- a safe and -- and good operating condition
21  parking lot, you need to mill it, and you need to
22  rework and compact base?
23    A.   Yes.  Yes.
24    Q.   Okay.  Let's go back to Erickson
25  Exhibit 13, and that's SEFL 518.  This is back to

1  your estimate.
2           And you had in your estimate fences and
3  gates for $22,800; is that fair?
4    A.   Yes.
5    Q.   And what is the basis for that estimate?
6    A.   I can't remember how -- how many fence
7  panels.  I don't remember exactly how we derived to
8  that number.  I know there are various areas -- I
9  mean, I think we looked at the total linear footage
10  of just going through and straightening,
11  repairing -- repairing fabric.  And then there's
12  fence -- there's a lot of sections that -- I mean, I
13  say that -- there's one section that was missing.
14  There are many sections that were pushed over that
15  have to be pulled out, completely replaced.  I don't
16  have that exact footage breakout.  I could get it.
17    Q.   Okay.  But it's -- it's based on the number
18  of panels and poles that you had to do --
19    A.   Yes.
20    Q.   -- had to redo?
21    A.   Yes.
22    Q.   All right.  Let's turn to Division 8.  And
23  you've got two categories under Division 8.  The
24  first is, "Door -- doors, frames, and hardware."
25           So can you explain the basis for that

1  number?
2    A.   Yeah.  I think that that facility had a lot
3  of doors that were damaged, weren't swinging,
4  closing properly, door hardware -- I think we
5  assumed that most all the door hardware would have
6  to be replaced in it.  I don't have the breakout of
7  exactly how many doors that was, doors and frames.
8  Again, I can get that.  But a lot -- lot of -- lot
9  of damage throughout the office, damaged doors,
10  frames, hardware, and a lot of things -- I think a
11  lot of them were wood door frames that were probably
12  not great for commercial use.
13    Q.   Okay.  And then your next item on Erickson
14  Exhibit 13 is overhead doors for $249,600.  Can you
15  explain what that was?
16    A.   Yeah.  The way we looked at this, we -- we
17  tried to -- a lot of the doors, we assume that we
18  can take the, I think, bits and pieces and
19  combine -- I think there were roughly 40 doors on
20  the facility or 42, 44, and we got that unit cost
21  for the -- the double -- the 23 by 10 and 11
22  overhead doors that was -- the unit cost was 10,500.
23           So we assumed half the quantity would --
24  we would just put new doors in and then take the
25  other pieces and components of the other doors and

1  door panels and -- and -- what was there, it wasn't
2  like there was insignificant panels, but a lot of
3  them were beat up, damaged, and to take, you know,
4  parts and components from other ones and -- to make
5  a -- you know, make a full door out of existing ones
6  that are there, but by the time you basically
7  cannibalize those doors, you're left with -- now
8  you're missing half the doors, and that was to buy
9  new doors and frames for the -- the remaining half.
10           So I remember that number when I was
11  reviewing the estimate kind of jumped out at me.  We
12  had the conversation about it, but it's -- you know,
13  it's basically buying a combination of 20 new doors
14  that -- I think the 10,500 on that unit cost -- or
15  maybe it was 20 -- half the doors, 20, 21, 22.
16    Q.   Yeah.  And so you're referring to Erickson
17  Exhibit 14 and -- at SEFL 513.  Can we turn to that?
18    A.   Yeah.
19    Q.   There we go.  So the -- is -- is that the
20  subcontractor that you're referring to?
21    A.   Yes, sir.
22    Q.   I think it might be under Tab 2.  Yeah, you
23  got it in front of you, or do you see it?
24    A.   Yes, yes.  No, I'm sorry.  Yes.
25    Q.   Okay.

Page 162

A. Yes, that -- yeah, that's it. So --
Q. Okay.
A. -- there's 40 doors, 44 doors, so taking 22 of those doors, 22 new doors, and then taking the other doors off and piecemealing them and making a whole door for the remaining half of the other. This facility had some old wood doors, like, wood -- I mean, it had a combination of a lot of different thing going on, but it -- it -- it didn't seem responsible to price all new doors into it. We felt like we could take the other doors, like I said, and piecemeal them together and -- and make half the facility work with what we had and then buy new doors for the other half.
Q. And you thought that was necessary to put the doors in good and safe operating conditions?
A. Yes.
Q. Okay. Let's turn to -- back to Erickson Exhibit 13, which is at SEFL 518, and I believe we are up to Division 9, "Finishes." And for the flooring, I see it lists 19,852.
Can you give us the basis for that number?
A. Yeah. I mean, it's a function of the square footage of the entire office area and pulling out all the existing tile, floor tile, and putting

Page 163

new floor -- floor tile back in place.
Q. And the $19,852 is a reasonable market estimate for that work?
A. Yes.
Q. And then you've got painting at 20,310. Can you tell us what the basis for that is?
A. Yeah. I mean, that's going through and painting, again, the interior of the office space. There's areas on the exterior that -- handrails and things that need to be painted, touched up. Exit stairs around the building, handicap ramp. And then just vari- -- various things that need to be painted inside and outside.
Q. Okay.
A. For clarification, we did not include repainting the outside of the building or anything like that.
Q. So this is just indoor painting?
A. Yeah. Well, I -- just to clarify, to -- to paint the exterior office. And I'm not sure that --
Q. Okay.
A. -- that's necessarily the -- the right choice, but it was getting fairly chalky and likely will corrode and rust at some point.
Q. So it's the exterior of the office but not

Page 164

the rest of the building and then the interior; is that fair?
A. Yeah. It is not painting the exterior of the office but miscellaneous paint on very southern areas of the exterior like handrails, stairs, and the inside of the office and then bollards on the dock. Various -- very -- very little on the dock, but primarily in the office.
Q. Okay. Let's move to Division 11. You've got $10,935 for loading dock equipment. And is that based on a subcontractor bid?
A. Yes. That's from Total Service Packaging.
Q. Okay. So let's move -- yeah. Let's move back to Erickson Exhibit 14 at SEFL 514.
Okay. So at Erickson Exhibit 14, at SEFL 514, we have a bid from Total Service Packaging for $10,934.50, which matches very closely the amount on the Schwob estimate; is that correct?
A. Yes.
Q. And that is the new equipment and installation of the dock equipment necessary to make the facility good and safe?
A. Yes.
Q. All right. Let's go back to Erickson Exhibit 13, and we're down to Division 13,

Page 165

"Preengineered metal buildings." And for that item you've got $369,082.
Do you see that?
A. Yes.
Q. And is that what is reflected in the Schwob Steel Services contained in Erickson 14?
A. Yes. There's a -- there's a delta in that number between the -- the roof proposal's 360,000, and that proposal references -- for the preengineered metal building it references 369-. That $9,000 -- the difference in that amount is for those wall panels that we -- at the end of the building that were damaged that we talked about --
Q. Okay.
A. -- in one of the photos.
Q. So -- I see.
So the roof itself is 360,000 and change; is that fair?
A. Yes.
Q. And then you have the -- essentially, the wall panels that need replacement --
A. Yeah.
Q. -- or repaneling, and that's about $9,000?
A. Right. Little bit of wall area. Not -- not much, but. . .

Page 166

1    Q.  Okay.  And you believe that's a reasonable
2  amount to replace the roof?
3    A.  Yeah.  I mean, it's -- you know, I mean,
4  it's -- it's my company that priced it, right, so --
5  but, no, I mean, it -- it is.  It's -- what does
6  that come out to, roughly $15 a square foot?  It is.
7  Again, with a local vendor, a little bit more time,
8  and had we determined the scope ahead of time, could
9  that reduce the price a little bit?  Yes, I -- I
10  believe so.
11    Q.  Yeah.
12        Is it also possible that you could take
13  the roof off and find additional problems that were
14  not apparent that would increase the cost?
15    A.  It's possible, but unlike some of the other
16  items we've talked here through this deposition, I
17  mean, on a preengineered building, I mean, it's
18  not -- I -- I would say not anything that would be
19  atypical.  I -- I wouldn't expect any corrosion
20  issues.  I mean, this, you know, building, by
21  visually observing it above, I mean, you can see the
22  purlins, the -- basically, I'm -- you know, the
23  preengineered metal building consists of
24  preengineered frames and -- and girts and purlins,
25  and, I mean, it -- you know, they -- they looked --

Page 167

1  they looked fine, so I -- but I -- I don't think it
2  would be an issue.
3    Q.  So you're saying probably the
4  underlying structure is fine.  Obviously, the roof
5  is very corroded and -- and failing?
6    A.  Yeah.  Yeah.  No, I -- I think the
7  structure's fine.
8    Q.  Okay.  All right.  Moving back, then, to
9  Erickson Exhibit 13, we're now down to indirect
10  costs.  You have a contractor contingency.
11        And do -- do you have any concerns about
12  the contingency in this estimate?
13    A.  Hang on one second.  No.
14    Q.  Okay.  And your previous comments would
15  apply equally here?
16    A.  Yes.  Yes.
17    Q.  Okay.  And then your previous comments with
18  respect to the profit number would apply equally as
19  well?
20    A.  Yes.
21    Q.  Okay.  So is it your belief that the
22  estimate contained in Erickson Exhibit 13 is a fair
23  estimate of the repairs necessary to bring the
24  McAllen property up to safe and good operating
25  condition?

Page 168

1    A.  Yeah.  Yeah.  I mean, based on what we saw
2  and -- visibly saw during that time, yes.
3    Q.  Okay.  So -- and that would be a direct
4  cost of approximately 1,181,000 and change?
5    A.  Yes.
6    Q.  And then the total estimated cost would be
7  1.558 million?
8    A.  Yes.
9    Q.  Okay.  You stated that you had a -- another
10  one of your employees on the walk-through.  Is it
11  usually helpful to have a -- a second person there
12  on a walk-through?
13    A.  Oh, yeah, absolutely.
14    Q.  And why is that?
15    A.  It -- I mean, it helps you identify and see
16  things that -- you know, four eyes are better than
17  two, you know, see things that maybe the other
18  person doesn't see.  To look at an issue and you
19  think it's really an issue, to have somebody to
20  collaborate with and discuss it, talk about it, I
21  mean, yeah, it's -- it's -- it's definitely helpful.
22  And, you know, having a third person, a fourth
23  person, a fifth person is exponentially helpful
24  to -- I'm sure we would have found many other things
25  with more people, but. . .

Page 169

1    Q.  Okay.  When you were on the property at
2  McAllen, did you notice any significant erosion or
3  chronically standing water?
4    A.  On-site?
5    Q.  Yeah.
6    A.  No, not -- not chronically, no.  No.  I
7  don't know when their last rain event was, but --
8  but no.
9    Q.  Okay.  All right.  I'm going to turn to the
10  Odessa property now.  Okay.  Let me turn your
11  attention to the Odessa property located at 3924
12  South Country Road 1290 in Odessa, Texas.
13        Have you ever visited that property?
14    A.  Yes.
15    Q.  And when did you visit that property?
16    A.  On Wednesday, March 6th.
17    Q.  2024?
18    A.  Sorry, 2024.
19    Q.  Okay.  And do you recall about how long the
20  visit to the -- and I'm going to refer to that as
21  the Odessa property.
22        Do you recall how long your visit to the
23  Odessa property took?
24    A.  That was a shorter visit, smaller facility.
25  The office was fairly maintained.  It -- it --

1  the -- maybe a -- an hour, hour and a half.
2      Q.  Okay.  And who was present for your visit
3  to the Odessa property?
4      A.  Myself, Chris Broerman with Schwob, and
5  then Tom Herndon with Southeast Freight.
6      Q.  Okay.  And, I guess, what -- what type of
7  inspection did you do at the Odessa property?  Where
8  did you walk?  What -- where did you walk?
9      A.  Yeah, yeah.
10     Q.  What did --
11     A.  A site walk.
12     Q.  What type of inspection did you do?
13     A.  We did a site walk.  We walked the -- on
14  that one, I believe we walked the inside of the
15  facility first, walked through the office, walked
16  through the dock, and then after the dock, did a --
17  did a site walk, walked around the perimeter of the
18  building, walked the paving, walked the perimeter of
19  the site.
20         MR. FALLON:  Okay.  I'm going to ask
21  the court reporter to mark documents Bates stamped
22  SEFL 720 through SEFL 744 as Exhibit -- Erickson
23  Exhibit 16.
24         (Exhibit No. 16 marked.)
25  BY MR. FALLON:

1      Q.  So let me first ask you, did you take
2  pictures while you were at the Odessa property?
3      A.  Yes.
4      Q.  Okay.  And we see the first page, and we'll
5  go through -- through the rest of them, but is this
6  a picture that you took?
7      A.  Yes.
8      Q.  Okay.  And what -- what is the condition of
9  the -- well -- well, first of all, what's shown in
10  SEFL 720 on Erickson 16?
11     A.  That's just taking a -- a -- a photo
12  from -- towards the end of the building, maybe even
13  closer to the middle.  It's a -- it's a smaller
14  facility.  But just taking it towards the corner
15  where you can see kind of representative of -- of
16  the structure and the -- the overhead doors, the
17  coiling doors.
18         MR. FALLON:  Okay.  I'll ask the
19  technician to page through SEFL 720 through 723.
20  BY MR. FALLON:
21     Q.  And if you can just look them at as he
22  pages through them.  Are those pictures that you
23  took while you were at the Odessa property?
24     A.  Yes.
25     Q.  And do they accurately reflect the

1  condition of the Odessa property?
2      A.  They do.
3      Q.  Did you have a -- a general observation of
4  the condition of the warehouse?
5      A.  Yeah, it's in very good shape.
6      Q.  Okay.  Let's see.  Let's move over to SEFL
7  725, 726, 727.  Why don't we just start with them.
8         MR. FALLON:  And I ask the technician
9  to page through 725 through 727.
10  BY MR. FALLON:
11     Q.  Are those pictures that you took?
12     A.  Yes.
13     Q.  And do they accurately portray the
14  conditions at the Odessa property?
15     A.  Yes.
16     Q.  And what do they show?
17     A.  They show a combination of cracking.  I
18  think previous couple photos showed some of the --
19  some of the alligator cracking going on at various
20  places.  This specific photo right here is
21  representative of -- of, you know, the -- the top
22  layer coming apart.  The trucks have been going
23  around the corner and, you know, pushing the --
24  the -- the aggregate over to the side.  And -- and
25  I'm not fully convinced that maybe it hadn't been

1  swept over that direction.  I don't know if the --
2  the -- the current tenant that's in the building had
3  swept it and did it, but, I mean, it's -- you know,
4  that -- and, again, that's kind of indicative of
5  the -- the raveling that we talked about on -- on
6  McAllen.
7      Q.  Okay.  So what -- what was your view of the
8  condition -- and -- and 725 through 727, this is an
9  asphalt surface?
10     A.  Yes.
11     Q.  And I guess there's also some concrete in
12  there?
13     A.  Yeah, there was some concrete -- obviously,
14  concrete aprons around the building, and then I
15  believe at the end, it looked like fairly new
16  concrete that had been poured on the end of the site
17  that was --
18     Q.  Okay.
19     A.  -- looked very, very new and in very good
20  condition.
21     Q.  The -- the concrete was new and in good
22  condition?
23     A.  Yes.  The --
24     Q.  Okay.
25     A.  The stuff at --

Page 174

1    Q.  What would you --
2    A.  -- the end.  The aprons looked good, too.
3    Q.  I'm sorry, I didn't hear that.
4    A.  The concrete I was referring to at the end
5  of the site looked like it was fairly new.  The
6  concrete aprons --
7    Q.  Okay.
8    A.  -- around the building has -- is older but
9  it looked like in fairly good condition.
10   Q.  Okay.  What was your view of the condition
11  of the asphalt?
12   A.  My view of it is that it needs a -- a -- an
13  overlayment.  It needs the milling and a two-inch --
14  a new two-inch overlayment so milling and
15  overlayment.  And that's the combination of all the
16  cracking, the alligator cracking, and then the --
17  the raveling that's occurring on the surface.
18   Q.  So these pictures at 725, 726, and
19  727 of Erickson Exhibit 16, do they accurately
20  depict the conditions at the Odessa facility?
21   A.  Yes.
22   Q.  Okay.
23        MR. FALLON:  I'll ask the -- the
24  technician to page through 728 and 729 and 730.  And
25  I'll ask Mr. Erickson to review that and ask if you

Page 175

1  can -- if -- if you have any particular comments
2  about any of those pictures.
3  BY MR. FALLON:
4    Q.  We're at 731.  What's 731?
5    A.  Yeah, I mean, that's an area there that's
6  obviously got a lot of cracking going on, some
7  longitudinal cracking.  I don't know that these
8  photos are completely indicative of -- do a great
9  job of showing -- I don't -- I don't know if the --
10  the file I sent you wasn't big enough or -- to get
11  enough detail and stuff, but it's just the site's --
12  it's -- it's got a lot of cracked-up paving, and,
13  again, there's areas -- you can see in the center
14  where it -- it's failing a little bit, but it's --
15  it's just -- and, again, you have the -- we have
16  the -- the whole top surface that's raveling and
17  coming off.
18   Q.  Is -- is that grass that's growing up
19  through the asphalt?
20   A.  Yes.
21   Q.  Is that a bad sign?
22   A.  Yeah.  I -- in fact, I don't know if it's
23  grass.  It may be weeds.  But I don't know if
24  anything really successfully grows in Odessa, Texas.
25  So it's probably not grass, but, no, that's not

Page 176

1  typical, and, you know, it's obviously an example of
2  cracks that are large enough that it gets debris,
3  gets sediment in it, and, you know, some type of
4  seeds or something in it and grow weeds.
5    Q.  Okay.
6        MR. FALLON:  So I'll just ask the
7  technician to page slowly through 731 through 735 --
8  BY MR. FALLON:
9    Q.  -- and then ask if that's an accurate
10  picture of the conditions you witnessed at the
11  Odessa property.
12   A.  Yes.  Yeah.
13   Q.  Okay.  Let's turn to SEFL 737.  Yeah,
14  that's 737.  Okay.  And what does SEFL 737 show?
15   A.  It's just a -- showing a picture of the
16  exterior -- the condition of the exterior of the
17  building.
18   Q.  Okay.  And what was your -- did -- did you
19  have any observations of the condition of the
20  exterior?
21   A.  Yeah.  I mean, it's -- again, it's --
22  for -- for the age of the building, I mean, it
23  appears to be in pretty good shape.  The doors, you
24  can see the paint's flaking off, and that'll need to
25  be prepped clean and repainted, but, you know, it --

Page 177

1  there wasn't significant issues on the exterior of
2  the building.  They were -- it was in fairly decent
3  shape.
4    Q.  Okay.  Let me turn your attention to SEFL
5  738, which is the next picture.  And what does 738
6  show?
7    A.  Yeah, that shows, I think it was, one or
8  two locations on one side of the building.  That's
9  the dock channel that has been hit by forks on the
10  forklift and started to knock the channel loose from
11  the building.  And, again, the -- dock
12  channels --
13   Q.  And --
14   A.  The dock channels are embedded into the
15  concrete.  In this case, they've been knocked
16  free -- started to get knocked free of the concrete,
17  but they -- they hold the -- dock boards, the
18  dock levelers.
19   Q.  Okay.  Is that something that needs to be
20  repaired or fixed to put in safe and good operating
21  condition?
22   A.  Yes.
23   Q.  Okay.  And do SEFL 737 and 738 accurately
24  depict the conditions at the Odessa property?
25   A.  Yes, for -- for those locations.  Again,

Page 178

1  this --
2      Q.  Okay.
3      A.  -- situation wasn't indicative -- there was
4  just, I -- I believe, two dock doors.
5          MR. FALLON:  Okay.  I'll ask the
6  technician to page through 739 to 743.
7  BY MR. FALLON:
8      Q.  And just stop us if you see anything that
9  is worthwhile to comment on.
10         Let me -- keep -- okay.  Well, let me stop
11 there.  We're at SEFL 742, and what does that
12 picture show?
13     A.  It's -- it's a -- it's a round piece of
14 concrete that was sitting in a pothole.
15     Q.  Okay.
16     A.  Not really sure why -- why it was placed
17 there.  It looked like it was a cover on something,
18 and we actually moved it, but it was -- it's just
19 sitting in a hole.
20     Q.  Okay.  And is that an accurate picture from
21 the Odessa property?
22     A.  Yes.
23     Q.  Okay.  Let me draw your attention to SEFL
24 744, and I ask if you can identify what that is.
25     A.  Yeah.  I mean, that's -- that's a piece of

Page 179

1  trim that's been damaged at the top of the door.
2  We -- we took a photo of it.  I'm not even sure if
3  we made an assessment for the cost on it, but
4  it's -- it's -- it's a relativity simple fix.  It's
5  a piece of L-flashing that goes underneath the --
6  the metal ribs, those -- those vertical metal panels
7  that you see, and fastens underneath and basically
8  trims out the top of the door.
9      Q.  Okay.
10         MR. FALLON:  Okay.  Let me ask the
11 court reporter to turn to SEFL 719, and we will mark
12 that as Erickson Exhibit 17.
13         (Exhibit No. 17 marked.)
14 BY MR. FALLON:
15     Q.  Okay.  What is Erickson Exhibit 17?
16     A.  That's the estimate summary for this
17 project, which is basically the -- the work that we
18 looked at that needed to, in our opinion, be
19 improved to -- to bring the facility back to good
20 condition.
21     Q.  Okay.  So Division 1, we have the general
22 conditions.  And did you have an estimate for how
23 long this project would -- would take?
24     A.  Yeah.  This one was one month.
25     Q.  Okay.  And so the project and field

Page 180

1  management number is consistent with a one-month
2  project?
3      A.  Yes.
4      Q.  And then you had -- well, the other numbers
5  under Division 1, are those fair and market prices
6  for the services listed?
7      A.  Yes.
8      Q.  Okay.  So it looks like the bulk of the
9  work at Odessa is under Division 2, "Site work"?
10     A.  Correct.
11     Q.  And what -- what's your recommendation as
12 to the asphalt paving areas of Odessa?
13     A.  A two-inch mill and overlay on the asphalt.
14     Q.  Okay.
15     A.  And then on the concrete, for that mill and
16 asphalt is 251,000.  The concrete to route and
17 crack -- I think we had routed and cracked -- there
18 are some cracks to route and seal them.  I estimate
19 another 500 linear feet and then doing the parking
20 lot striping and then the joint seal for the -- for
21 the concrete, for the -- the caulking for -- that
22 would be for the apron.
23         MR. FALLON:  Okay.  So let's go ahead
24 and mark SEFL 710 through 716 as Erickson
25 Exhibit 18.

Page 181

1          (Exhibit No. 18 marked.)
2  BY MR. FALLON:
3      Q.  Okay.  And what is Erickson Exhibit 18?
4      A.  That's the proposal from Pavecon for the
5  Odessa project -- I mean, for the asphalt.
6      Q.  Is that the detail for the asphalt paving
7  number in Erickson 17?
8      A.  Yes.
9      Q.  Okay.  And Pavecon is a subcontractor that
10 you've worked with?
11     A.  Yes.
12     Q.  And have you found them reliable and to
13 generally provide competitive bids?
14     A.  Yes.
15     Q.  And the documents contained in Exhibit 18
16 are -- are also -- also contains an estimate from
17 Total Service Packaging?
18     A.  Yes.
19     Q.  Okay.  And that's SEFL 716?
20     A.  Yes.
21     Q.  Okay.  And was it your view that it was
22 reasonable to rely on these two subcontractor
23 estimates --
24     A.  Yes.
25     Q.  -- in preparing your estimate?

46 (Pages 178 - 181)

Page 182

1    A.  Yes.
2    Q.  Okay.  And why is that?
3    A.  That -- why would I rely upon it?
4    Q.  Yeah.
5    A.  Because this is something that they do for
6  various freight companies.  They do it on a
7  day-to-day basis, and, again, we find that they're
8  cost effective and reliable.
9    Q.  Yeah.
10    Okay.  And estimates from subcontractors
11  are something that you procure and rely upon in the
12  ordinary course of business?
13    A.  Yes.
14    Q.  And -- and you keep -- keep them as your
15  business records?
16    A.  Yes.
17    Q.  Okay.  So this -- this -- this proposal
18  from Pavecon, then, is the basis for the asphalt
19  paving number on Erickson Exhibit 17?
20    A.  Yes.
21    Q.  All right.  And then the proposal from
22  Total Service Packaging is the basis for your $5,428
23  number on Erickson 17?
24    A.  Yes.
25    Q.  Okay.  And under Division 11, "Loading Dock

Page 183

1  Equipment," it's your view that those are the costs
2  of repairs to bring the property up to good and safe
3  operating condition?
4    A.  Yes.
5    Q.  Let me ask you --
6    MR. FALLON:  Well, we'll go ahead and
7  mark SEFL 717 through 718 -- we'll mark that as
8  Erickson 19.
9    (Exhibit No. 19 marked.)
10  BY MR. FALLON:
11    Q.  I would just ask you to identify what
12  Erickson 19 is.
13    A.  That's the proposal clarifications.  So,
14  again, if you go down and you look at the columns on
15  the left-hand side, it describes what's inclusions,
16  what's excluded.  I don't believe there's any
17  allowances that have been accounted for, but. . .
18    Q.  Okay.  And is that -- is that standard as
19  part of Schwob's proposals?
20    A.  Yes.
21    Q.  Okay.
22    MR. FALLON:  I realize I didn't admit
23  that for the McAllen property, so let me just go
24  back very quickly and ask the technician to pull up
25  SEFL 509 and 510 and ask if you can identify that

Page 184

1  document.
2    EXHIBIT TECHNICIAN:  Counsel, you want
3  509 marked as the next exhibit in line?
4    MR. FALLON:  Yeah, why don't we mark
5  SEFL 509 to 510 as Erickson 20.
6    (Exhibit No. 20 marked.)
7  BY MR. FALLON:
8    Q.  And what's -- what is Erickson 20?  Do you
9  see Erickson 20 up there?  It says SEFL 509 to 510?
10    A.  Yes.
11    Q.  Okay.  And what is Erickson 20?
12    A.  The proposal clarifications -- let me move
13  my -- for McAllen.
14    Q.  Okay.  And that goes hand-in-hand with the
15  estimate you provided for McAllen?
16    A.  That's correct.
17    Q.  Okay.  So we're going to -- sorry to jump
18  around here, but we're going to go back to the
19  estimate of Erickson 17.  This is back on the Odessa
20  property.
21    Do you believe this is a reasonable
22  estimate to bring the Odessa property up to safe and
23  good operating condition?
24    A.  Yes.
25    MR. FALLON:  Okay.  I'm pretty close

Page 185

1  to being finished.  Why don't we take a break.
2  Yeah, why don't we just take a -- go off the record,
3  take a five- to ten-minute break, and I might have a
4  couple clarifying questions, and then I'll be ready
5  to turn it over.
6    (Break taken, 1:56 p.m. to 2:08 p.m.)
7  BY MR. FALLON:
8    Q.  All right.  Mr. Erickson, I just want to go
9  back over and -- and just let me turn your attention
10  back to Erickson Exhibit 2.  And this is back at the
11  Tulsa property.  So I guess I just want to get your
12  impression of the property as a whole, whether the
13  property appeared maintained and whether what you
14  were seeing was normal wear and tear or something
15  more than that.
16    A.  No, it -- it -- I mean, it -- it didn't
17  appear to be the -- that the facility was maintained
18  inside or out.  No, I would not describe it as
19  normal wear and tear.
20    Q.  And -- and -- and if the facility had been
21  maintained, would you expect to see something
22  different?
23    A.  Yeah.  I -- I don't think we would be
24  talking about a lot of these -- at least to the
25  magnitude of the problems that we're having on the

Page 186

1 site with the paving that we appear to be having,
2 the improvements that would have to be made in --
3 in -- in the office area.  The -- obviously, the
4 electrical theft is an unfortunate circumstance,
5 but -- you know, but -- the closest to normal wear
6 and tear would probably be in the dock, but it was a
7 bit excessive with some of the coiling doors and
8 stuff being beat up.  But -- but, no, I -- I
9 wouldn't call it normal wear and tear.
10   Q.  Okay.  And your total amount to bring Tulsa
11 up to good and safe operating conditions was
12 $1,000,753.65?
13   A.  Is that the old -- yes.
14   Q.  Yeah.  I'm looking at Exhibit 2.  That's
15 March 27.
16   A.  Yeah.
17   Q.  Okay.  All right.  And then turning to
18 McAllen, just your overall impressions of McAllen,
19 was -- was McAllen property well-maintained?
20   A.  No.
21   Q.  And -- and -- and what -- what led you to
22 believe that it wasn't well-maintained?
23   A.  Just the lack of maintenance on the -- over
24 the years, years of neglect on the paving, you know,
25 fencing, general cleanup and stuff along the fence

Page 187

1 lines, within the office space, on the dock.
2 Obviously, that dock was in rougher shape than
3 Tulsa.  But, no, I -- it -- that would not be
4 described as normal wear and tear.
5   Q.  And was the roof -- was maintenance done on
6 the roof?
7   A.  Yeah.  No, no.  Yes.  I mean, in the -- in
8 the roof.  I mean, had -- had the roof had -- had
9 some care over the years, I mean, it certainly
10 wouldn't be rusting at this point, which is
11 unfortunate.
12   Q.  Okay.  And would you consider the
13 conditions at McAllen to be generally the result of
14 normal wear and tear?
15   A.  No.
16   Q.  Okay.  All right.  And then Odessa -- oh,
17 let's see.  And I'll just say -- so I'm looking at
18 the final estimate for McAllen, and the final
19 estimate for McAllen was Erickson 13.  And the total
20 estimate there was $1,058,560; is that correct?
21   A.  Yeah, for -- for McAllen, yeah.
22   Q.  Is that a yes?
23   A.  Yes.  Yes.  I'm -- yes.
24   Q.  Okay.  Okay.  And then let me ask you about
25 your overall impression of the condition of the

Page 188

1 property at -- at Odessa.
2     Do you have a view on whether the Odessa
3 property had been maintained to some extent and
4 whether that was normal wear and tear?
5   A.  Yeah.  I mean, as far as the building
6 itself, the building inside and out, I mean, to me,
7 it's -- it's normal wear and tear.  It was --
8 actually, in my opinion, it was taken very -- very
9 good care of.  The -- unfortunately, the site,
10 that -- that's not the -- that's not the situation
11 at the site, but -- so the site was -- the paving,
12 you know, specifically, the paving was -- asphalt
13 paving was neglected.  But, no, the building is in
14 very good condition.  They've taken very good care
15 of it.
16   Q.  Was the Odessa property occupied?
17   A.  Yes.
18   Q.  And who was occupying it?
19   A.  FedEx.
20   Q.  Okay.
21   A.  I -- I --
22   Q.  And so --
23   A.  I -- I believe -- I believe FedEx.  There
24 were FedEx -- a gentleman that let us into the
25 facility was, I believe, a FedEx person, and there

Page 189

1 were some FedEx trailers there.
2   Q.  Okay.  And so your total amount to bring
3 the Odessa property up was really focused on the
4 asphalt paving?
5   A.  Yes, sir.  And then we had the --
6   Q.  And so your --
7   A.  -- the -- the dock levelers and the -- and
8 the repair of the -- the dock channel that we
9 discussed, but -- and that -- that was it.  I mean,
10 I know we talked -- discussed some painting and
11 stuff.  I think we left that off, felt like it was
12 de minimus.  But, no, it's -- to me, that's a -- a
13 really good example of somebody who's taken really
14 good care of a -- a -- of a building, you know,
15 specifically the building.
16   Q.  Okay.  And so there the total was only
17 $406,595?
18   A.  Yes.
19     MR. FALLON:  Okay.  I have no further
20 questions.
21     MS. LAMPLEY:  Would you like for
22 Kirkland Ellis to move forward with its questions,
23 or --
24     MR. FALLON:  Off the record.
25     (Break taken, 2:16 p.m. to 2:17 p.m.)

48 (Pages 186 - 189)

1      EXAMINATION
2  BY MS. LAMPLEY:
3      Q.  Hi, Mr. Erickson.  I am Amiri Lampley, as I
4  mentioned earlier, with Kirkland & Ellis here on
5  behalf of the debtors, Yellow Corporation.
6          I'm going to ask you some additional
7  questions related to your testimony today.  If you
8  don't understand one of my questions, please let me
9  know.  I'm happy to rephrase.  Otherwise, we'll
10  proceed.
11      A.  You bet.
12      Q.  First --
13          EXHIBIT TECHNICIAN:  Hold on real
14  quick.  Counsel, someone's phone's vibrating,
15  ringing.  If you could mute that, please.
16  BY MS. LAMPLEY:
17      Q.  First, I would like to discuss Schwob
18  Building's relationship with Southeastern.
19  Southeastern is a -- a client of Schwob Building,
20  correct?
21      A.  Yes, ma'am.
22      Q.  How long has Schwob served Southeastern?
23      A.  For 20 years.
24      Q.  Could you describe the type of services
25  that Schwob has provided Southeastern over the past

1  20 years?
2      A.  Yeah, sure.  It varies between new
3  construction projects; renovation projects;
4  additions -- dock additions to their projects; site
5  assessments from the real estate perspective, you
6  know, looking for -- helping on land searches;
7  looking at existing buildings, maybe buildings that
8  they're considering purchasing; helping develop
9  scopes for them.  Been a lot -- a lot of various
10  things over the years.
11      Q.  Would you consider Southeastern to be one
12  of your larger clients?
13      A.  I would say right now, over the past few
14  years, yes; historically, no.
15      Q.  Over the past few years, has Southeastern
16  made up a larger percentage of the projects Schwob
17  has worked on, or has its projects just been
18  relatively larger than others?
19      A.  I -- I -- I guess I don't understand the
20  question when you say "larger than others."
21      Q.  You stated that Southeastern is one of your
22  larger clients, right?  So I just wanted to get a
23  sense of -- in -- in what respect?  Is it because
24  they are a -- because you have a larger quantity of
25  projects, or are the projects large themselves?

1      A.  No, it's -- yeah, it's -- it varies.  I
2  would say over the past few years, it's been a
3  combination of a few more projects than
4  historically, and maybe a couple of those projects
5  have been larger than historically.
6      Q.  Does Schwob offer Southeastern any
7  discounts for -- for these projects?
8      A.  No.
9      Q.  Does Schwob offer more competitive pricing
10  to clients with larger projects?
11      A.  Are you referring to, for example, if it's
12  a larger project, the -- the -- the markups for,
13  like, profit?
14      Q.  Yes.
15      A.  Yeah, I mean, as the project gets larger,
16  the -- the -- the markups certainly can get lower or
17  can.  It's -- it can be a -- a function of --
18  it's -- it's really -- can be a function of the
19  time.  So, you know, for example, if it's a -- a
20  project that's a multiphase project that could take
21  two years, you know, those markups will generally be
22  a little bit higher because it's not -- again,
23  it's -- it's -- it's a function of time.  It's not
24  just the overall -- it's not just a markup on the
25  total dollar amount, but if you're going to have

1  your resources -- you know, a specific team deployed
2  to that job for an extended period of time, then,
3  you know, those markups can be a little bit higher
4  compared to something that, you know, is -- is built
5  in half the time.
6      Q.  Could you -- could you clarify what you
7  mean when you say "markup"?
8      A.  Profit.
9      Q.  On average, how many projects does Schwob
10  work on each year?
11      A.  I would say between -- 20.
12      Q.  And do you have a general sense of how many
13  project increases you-all receive that do not make
14  it to completion?
15      A.  I -- I don't -- I guess I don't understand
16  the question, a project increase if we don't make it
17  to. . .
18      Q.  Do you receive requests for estimates by
19  clients or potential new clients that do not make it
20  to final construction?
21      A.  Oh, I -- I understand your question.  For
22  example, like, turning in proposals in something
23  that doesn't turn into a real project?
24      Q.  Yes.
25      A.  Yeah.  Yeah, absolutely.  That's -- that

1  happens -- unfortunately, it happens a lot.
2      Q.  Understood.
3          Do you have a sense of how many you
4  receive, you know, per year on average that -- that
5  you don't end up having -- making a proposal or
6  overseeing?
7      A.  Yeah, that don't go into construction per
8  year, it could be -- over the past few years, maybe
9  six or eight.  It's -- you know, in slower times,
10  those numbers generally get a little bit higher.
11  There seems to be a lot of exercising on -- running
12  numbers on projects that -- that don't necessarily
13  go, but over the past few years that's been a little
14  less indicative to us and -- and, I think, probably
15  the industry as a whole, but. . .
16      Q.  Could you explain that further.  What would
17  be the reason for that?
18      A.  I don't know.  I -- I -- I -- I think
19  because the economy's been stronger, it just -- the
20  interest rates were lower.  They've obviously ticked
21  up here a little bit, so I think we're heading back
22  into an environment that maybe there will be more
23  proposals and -- less projects that move into
24  construction.
25      Q.  Do you ever lose potential proposals to

1  lower or more competitive bids or estimates?
2      A.  Yes.
3      Q.  Now I want to turn to the property sites
4  that you are testifying about today.  Who first
5  approached you for the inspections of the McAllen,
6  Odessa, and --
7      A.  So --
8      Q.  -- Tulsa site?
9      A.  Yeah.
10      Q.  Excuse me.
11      A.  That -- that's okay.  Southeastern Freight
12  Lines.
13      Q.  Was there a specific individual --
14      A.  Yes, ma'am.
15      Q.  -- that you spoke with regarding these
16  sites?
17      A.  Yes, ma'am, Tom Herndon.
18      Q.  And who is Tom Herndon?
19      A.  Tom Herndon is in the real estate
20  department.  He's one of the real estate managers.
21      Q.  And what's your relationship with Tom?
22      A.  I believe Tom's been with Southeast Freight
23  for 17 years, 18 years.  I've known Tom through the
24  course of business over those years.
25      Q.  So you've worked with Tom before?

1      A.  Yes, ma'am.
2      Q.  And for these -- for the three sites I
3  named before, Tulsa -- Tulsa, McAllen, and Odessa,
4  what were you asked to do?
5      A.  I was asked to go out and do -- assess the
6  site -- assess each -- each -- each building and the
7  site and assess for damage.
8      Q.  Other than your testimony today, is there
9  any remaining work specific to these named projects
10  or sites?
11      A.  Any -- any -- is there any remaining work?
12      Q.  Any -- yes, any remaining work or asks from
13  Southeastern related to the inspection of these
14  sites?
15      A.  No, not -- not that I'm aware of.
16      Q.  I want to turn to your involvement with the
17  inspections.  You stated on direct that you
18  inspected the Tulsa site.
19          Could you describe your typical process
20  for conducting inspections from beginning to end?
21      A.  Yeah.  On that specific project, you know,
22  the typical process would be either walk the site --
23  the entire site and when you're walking the site,
24  walk the perimeter of the building so inspect the
25  outside.  In this case, it was actually raining when

1  we got there so we started in the building.
2          But typically, you would, you know, walk
3  the site, walk the perimeter, walk the fence line,
4  walk the -- again, inspect different things on the
5  exterior.  And when you complete that inspection,
6  walk in the building and just start inspecting room
7  by room and observing, you know, anything that looks
8  excessively damaged, you know, things that haven't
9  been maintained.  The Tulsa site was a little bit
10  more challenging because it was -- it didn't have
11  any lights on inside, and it was -- it was rainy
12  outside so it was a little bit darker.  I -- I think
13  the photos turned out okay.
14          But -- but, you know, walk through and --
15  and check everything room by room.  In this case, I
16  had my estimator, Chris Broerman, with me so having
17  a second set of eyes, you know, looking and
18  reviewing and -- and commenting on, you know, issues
19  and -- and -- and things that we saw as problematic.
20      Q.  And when you do these inspections, are you
21  generally given any direction as to what to look
22  for, or is it just a -- general assessment?
23      A.  Yeah, general assessment.
24      Q.  Do you rely on any standards for safety or
25  what is considered good when conducting these

Page 198

1  inspections?
2      A.  No, I -- I wouldn't say any specific
3  standards.  We look for things that -- from -- from
4  our experience in my case, my experience, that --
5  -- using an example of safety, things that appear to be
6  unsafe, historically have been unsafe.  But I -- I
7  don't rely on any specific standard, no, ma'am.
8      Q.  And you stated -- you testified earlier
9  that Tom was present for, I believe, all three
10  inspections, right?
11      A.  Yes, ma'am.
12      Q.  Is it typical to have someone from the
13  client present when you're conducting the
14  inspections?
15      A.  Yeah.  Yes, it is.
16      Q.  And why is that?  What purpose would the
17  client serve?
18      A.  I would think for somebody that -- in this
19  case, Tom would be more familiar with the
20  facilities.  He's obviously visited and been to
21  those facilities before.  My understanding was that
22  Tom -- it required permission to get in the
23  facilities, and so Tom was the person that had to
24  get us in.
25      We went in each facility.  We met with --

Page 199

1  there was a -- a -- a Yellow -- a -- a -- some
2  personnel or a manager or something that would meet
3  us and let us into the facility, but Tom was the
4  assigned person to get us into the building or into
5  the site.
6      Q.  Did -- other than getting you access into
7  the building, did Tom provide any direction or
8  guidance as you were conducting the inspection?
9      A.  No.  No.  Tom is more of a real estate --
10  Tom's background is not in construction.
11      Q.  Did anyone from Southeastern provide you
12  with any guidance or instruction when looking at
13  these -- when looking at the sites?
14      A.  No, ma'am.
15      Q.  For all three sites -- instead of repeating
16  the properties every time, so when I say "all three
17  sites," again, for the record, I'm referring to
18  McAllen, Tulsa, and Odessa.
19      But for all three sites, it looks like you
20  sent an e-mail with photos to Tom Herndon,
21  correct --
22      A.  Yes, ma'am.
23      Q.  -- after -- after conducting the
24  inspections?
25      Are all of the photos that you took

Page 200

1  included in those e-mails?
2      A.  Yes.
3      Q.  Are there -- so there -- were there any
4  photos that you took that you did not send in those
5  e-mails to Tom?
6      A.  Not -- no, not -- I submitted all the
7  photos that I took.
8      Q.  Did you take -- did you take any photos of
9  items or areas that did not need repair?
10      A.  Yes, I did not -- in the Odessa facility,
11  we didn't take any of the office.  It was in great
12  condition.
13      Q.  So did you only take photos of areas that
14  did need repair?
15      A.  I think we took photos of every space that
16  we -- we could get in.  I want to be careful when I
17  say "every -- every."  But I believe the photos, I
18  mean, were representative of every office space that
19  we could get in and take a photo of with -- with the
20  exception of Odessa.  We -- again, we didn't do the
21  Odessa office.
22      Q.  So generally, you took photos of all of the
23  areas, not just areas that needed to be repaired?
24      A.  Correct.  Yes, ma'am.
25      Q.  When conducting your inspections, how do

Page 201

1  you distinguish between a material defect and normal
2  wear and tear?
3      A.  I -- the difference between a material
4  defect and normal wear and tear.  I -- I guess I'm
5  trying to understand if it's a material -- I -- a
6  material defect would be -- I -- I guess I'm trying
7  to understand.  I'm trying -- I think maybe what
8  you're asking me is normal wear and tear versus if I
9  determine -- if it's normal wear and tear versus
10  something that is -- is now defective after years of
11  use?  Is that -- is that the question?
12      Q.  Is -- is there a difference -- when -- when
13  conducting the inspections, are you noting -- are
14  you making a distinction between -- between items
15  that need to be repaired versus those that might
16  have a minor defect or --
17      A.  I -- I mean --
18      Q.  -- do not --
19      A.  Yeah.  No, I -- I mean, this exercise for
20  the Tulsa and McAllen facility were, I mean, again,
21  not indicative of normal wear and tear.  I mean,
22  there -- there was a lot of things that were, again,
23  damaged and -- I don't know that I'm answering your
24  question.  Maybe ask me again and. . .
25      Q.  I'll ask some more specific questions as we

Page 202

1  go along.
2      A.  I'm doing a terrible job answering your
3  questions so far, but. . .
4      Q.  No, you're doing great.  I'll ask some
5  more -- some more pointed questions --
6      A.  Okay.
7      Q.  -- with -- with examples in a -- in a
8  second.
9          Did Southeastern ask you to identify items
10  or areas that were not in safe and good operable
11  condition?
12      A.  No, ma'am.
13      Q.  But you did take note of areas or items
14  that you found not to be safe or in good operable
15  condition?
16      A.  Yes.
17      Q.  All right.  We're going to take a look at a
18  few examples.
19          MR. FALLON:  If our court technician
20  could put on the screen Exhibit 5.
21          EXHIBIT TECHNICIAN:  Counsel, that was
22  Exhibit 5?
23          MS. LAMPLEY:  Excuse me, what did you
24  say?
25          EXHIBIT TECHNICIAN:  Was that -- that

Page 203

1  was Exhibit 5, correct?
2          MS. LAMPLEY:  Yes.
3          EXHIBIT TECHNICIAN:  Okay.
4          MS. LAMPLEY:  And I believe it should
5  be Bates page ending in 598.
6  BY MS. LAMPLEY:
7      Q.  Mr. Erickson, Counsel showed you this photo
8  earlier.  Do you recall that?
9      A.  Yes, ma'am.
10      Q.  And you noted that the wall was in need of
11  repair, right?
12      A.  Yes.
13      Q.  And you stated that it was possibly due to
14  some type of adhesive or something being on the wall
15  and being stripped from it, correct?
16      A.  Yeah.  I can't remember if it was adhesive
17  or somebody had tape bed and textured around some
18  sort of a -- a -- a wall element.  But yes.
19      Q.  Would this be considered normal wear and
20  tear?
21      A.  That be normal wear and tear?  No, it's --
22      Q.  That's --
23      A.  -- it's --
24      Q.  Yes, that's the question.
25      A.  It's -- yeah.  It's -- to me, it's

Page 204

1  incomplete work.
2      Q.  What do you mean by "incomplete work"?
3      A.  That if somebody pulls something off the
4  wall, that it would have to be repaired and put back
5  to its original state.
6      Q.  And what -- what would you recommend to put
7  this back to its original state?
8      A.  For that, to likely skim coat the wall --
9  to -- to go back and do some sort of a skim coat
10  over the -- the areas where -- you've got areas of
11  paint, you've got areas of drywall, but to -- to go
12  back and do a skim coat and then do a primer and --
13  and repaint the wall and get it all on its -- the
14  same level plane, horizontal plane.
15      Q.  And I understand that you don't prepare the
16  estimates for the sites, correct?
17      A.  That's correct.
18      Q.  But you do review them?
19      A.  Yes, ma'am.
20      Q.  So in this -- in this case, would Schwob
21  suggest or recommended stripping and painting of
22  the -- that entire room or just that particular
23  wall?
24      A.  Well, for that, to do -- to do the --
25  the -- the skim coat on the wall, no, it would just

Page 205

1  be for that specific area for that wall.  There are
2  areas that have wall damage that would have to have
3  areas of patch and, again, skim coat.  It's not as
4  simple as just, you know, putting spackle on a wall.
5  And I'm not saying that it isn't sometimes, but a
6  lot of times, it's not.
7          MR. FALLON:  And if the technician
8  could scroll to the page ending in 610.
9  BY MR. FALLON:
10      Q.  The following is an image of the floor of
11  the McAllen property, right?
12      A.  Yes, ma'am.
13      Q.  And for the record, Exhibit 5 is the
14  McAllen property, correct, and these are the photos
15  that you sent --
16      A.  Oh, yes.  Yeah, I didn't --
17      Q.  -- Mr. Erickson?
18      A.  When you -- I -- when -- when -- I struggle
19  with it when -- I don't know photo number.
20  I -- I can't see the photo numbers, so it's hard for
21  me to say if that's photo Number whatever.  But,
22  yes, that's -- yes.
23      Q.  But this is the McAllen property?
24      A.  Yes, ma'am.
25      Q.  Earlier in your testimony, you stated that

1  the floors -- and there were various images. You
2  state that the floors were likely damaged in part
3  due to chair scuffing.
4      A.  Well, just roller chairs wearing out the --
5  the surface of the -- the floor.
6      Q.  In this image here, this would not be
7  considered normal wear and tear?
8      A.  No.  I mean, if -- if you were to pick one
9  photo that's probably representative of the best --
10 the better of the looking floors, to me, that would
11 be it.
12     Q.  Sorry, could you repeat that one more time?
13     A.  If you were to pick out a floor photo that
14 was representative of something that had the ability
15 to likely be -- possibly cleaned up and look
16 okay, this one does have a possibility.  It's got
17 some wear, but it doesn't have the wear that the
18 other rooms and offices that we saw that were, you
19 know, worn through the -- top surface of the --
20 the floor tile.
21     Q.  So for -- for this room and the facility
22 in -- in -- in general, would the estimate be a
23 proposal for replacement of the -- all the floors in
24 the facility or only those that had major issues?
25     A.  No, it -- it would be -- be for all of

1  them.  It's -- the -- the issue is that when you put
2  new floors in to try to transition to a floor that's
3  been down and been -- there's no question after this
4  floor -- if it could be cleaned up to some degree
5  would still look like a significantly old floor
6  that's been cleaned to try to transition, you know,
7  brand-new flooring into something that is still aged
8  and worn, and that's the issue.
9          The -- the other concern is that -- in
10 some of these older floorings, that there's a
11 possibility that it's -- the -- the sizing -- the --
12 again, this is vinyl composition tile, VCT, and
13 the -- the sizing of the tile varies from the older
14 floor to the new floor or the -- the newer floors.
15 There -- there's actually a tile called the vinus --
16 vinyl -- VAT tile, vinyl asbestos tile, and it's
17 actually nominally -- a -- a difference -- like, for
18 example, instead of a 12-by-12-inch tile, you know,
19 they're ten-by-ten-inch tiles.
20         And I can't speak to if that's what this
21 is or not, but, you know, the concern is, you know,
22 transitioning new floors into old floors.  And so we
23 were of the opinion that when so many of the floors
24 are dilapidated, even if there was a small remaining
25 area that could be questionably cleaned, that it

1  would still look significantly different and old and
2  aged, leaving a -- a smaller -- you know, leaving
3  a -- for example, if you were to do everything and
4  leave this room as it is and clean it. . .
5          And, again, at that point, you have
6  somebody out there doing the flooring work.  I don't
7  know that you're saving a ton of money by having
8  somebody go in and -- and for one specific room to
9  go in and clean, clean, clean the floor to try to
10 get it to -- to look new to match the rest.  I mean,
11 that's -- there is a cost associated with that.
12     Q.  So it's your opinion that there were -- a
13 large percentage of the floors did need to be
14 replaced compared to the areas that didn't?
15     A.  Yes.  Yes, ma'am, absolutely.
16         MR. FALLON:  If the technician could
17 pull up Exhibit 12.
18 BY MR. FALLON:
19     Q.  Mr. Erickson, do you recall seeing this
20 exhibit earlier?
21     A.  Yes, ma'am.
22     Q.  And in your testimony, you noted that there
23 was rust and corrosion present on the -- on the
24 roof?
25     A.  Yes.

1      Q.  And this is the McAllen roof, correct?
2      A.  Yes.  Yes, ma'am.
3      Q.  Does the presence of rust present a safety
4  hazard?
5      A.  Yes, I mean, it -- if it's bad enough,
6  for -- absolutely.
7      Q.  And how so?
8      A.  Well, if somebody were to get on the
9  surface, you know, they would fall through.  One
10 of -- an issue that metal roofs are notorious for is
11 if somebody tries to go in and take a rusted roof,
12 one that's corroded, a -- a lot of people will try
13 to go in and -- and put some sort of just a roof
14 coating system on it.  And what they've had over the
15 years is that, you know, so now you got this nice,
16 white, shiny roof and somebody gets on the roof and
17 it's still corroded underneath and -- and somebody
18 walks across the roof and falls -- falls through it
19 because it -- it looks good on the surface, but, you
20 know, it's structurally compromised.
21         So -- you know, but that -- that's one of
22 the risks.  With all the fasteners that are rusted
23 and corroded, you know, and -- and -- and high-wind
24 events and -- and uplift on the roof, it could pull
25 the roof off.  It's -- it's -- it's not -- it's not

Page 210

1  great.
2      Q.  Would that be the presence of any rust or
3  corrosion, or is there a certain amount that would
4  make a roof unsafe?
5      A.  No, I -- I think it takes a certain amount.
6  I -- I think it definitely takes a -- a certain
7  amount.
8      Q.  And is -- is it your opinion that there's
9  enough rust and corrosion on this roof to present a
10  safety hazard?
11      A.  You know, for us, we ended up putting this
12  proposal together in-house.  The -- the reroof
13  proposal -- because after looking at the photos
14  after the fact, I mean, we were concerned enough
15  that -- that, you know, we felt like that it could
16  be a candidate for it.  You know, it -- it's -- it's
17  questionable as to, you know, what's the right way
18  to repair this.  You know, there may be the
19  possibility that removing a certain portion of the
20  panels and leaving some of the other existing panels
21  and taking all the fasteners out that are rusted and
22  replacing all the fasteners, that that could
23  potentially be a solution that -- that -- you know,
24  with a little bit further investigation that could
25  potentially save some money.  But, again, we were --

Page 211

1  had kind of limited time, and it really lends itself
2  to a -- a really thorough inspection.
3      Q.  Understood.
4          But at -- so at this point, it's possible
5  that there could be an alternative option that would
6  bring the roof back up to a safe and good condition?
7      A.  It's -- it's -- it is possible, yes.
8      Q.  In general, from all -- from all three
9  inspections of the -- the three different sites,
10  were there any repairs, in your opinion, that
11  require immediate attention due to safety hazards?
12      A.  Well, I mean, if we focused right here in
13  McAllen, the -- the fact that the -- the office was
14  leaking and the ceiling was wet, I mean, it -- it --
15  to me, that's a safety -- that's a -- that's a
16  potential mold concern, and so I -- I would -- you
17  know, mold in a -- in an office environment's not --
18  not a good thing, so, you know, that's, to me, a
19  very immediate concern that could be addressed.
20          You know, the -- the damage at the -- the
21  canopy in Tulsa, you know, structurally, it appeared
22  to be okay, but there were pieces of metal that
23  were -- felt like they were just kind of hanging
24  off.  And -- and, you know, you get some wind event
25  or something in Tulsa, that facility is located

Page 212

1  right off the highway and a piece of metal blows off
2  and lands on the highway, I think that could
3  probably present a problem.
4          But, you know, the fact that the building
5  doesn't have power is not a great thing.  Of course,
6  you know, the good thing is it's unoccupied, so --
7  but if it was to have some sort of a fire event or
8  something for whatever reason, the building --
9  again, it's -- that -- it's -- it's unoccupied, I'm
10  going to guess it's going to remain unoccupied until
11  it has power, but -- you know, I'm trying to think
12  related to Tulsa and McAllen.
13          Odessa, not -- I mean, again, the -- the
14  office was in great shape, and the dock was in very
15  good shape, but I'm just trying to think of the
16  immediate concerns.
17      Q.  I'm going to ask you some other questions
18  specific to the properties, too, so if --
19      A.  Okay.
20      Q.  -- if something else jogs your memory,
21  that's totally fine to --
22      A.  Okay.  Perfect.
23      Q.  -- add it on.
24      A.  Okay.  Perfect.
25      Q.  When estimating costs for repairs, can

Page 213

1  estimates vary based on whether the client is
2  looking for a short-term repair versus a long-term
3  solution or renovation?
4      A.  Yeah.  I mean, yes.
5      Q.  When estimating the cost of repairs, what
6  is the -- what is the typical practice?  Does Schwob
7  inquire with the client before coming up with the
8  estimates --
9      A.  No.
10      Q.  -- regarding what their --
11      A.  On a --
12      Q.  All right.  You said, "No"?
13      A.  On a -- if you're talking about -- a -- a
14  typical renovation project for us, we will be
15  given -- we will go and develop a scope, go -- and
16  then present that scope and alter that scope based
17  on the direction of the -- direction of our -- our
18  customer, you know, and there may be scope --
19      Q.  So you provide --
20      A.  -- that they don't -- go ahead.
21      Q.  No, finish.  I didn't mean to cut you off.
22      A.  That's okay.  I can't remember what I was
23  going to say.  Go ahead.
24      Q.  So my understanding is that you provide the
25  scope of the project or renovation and then alter

54 (Pages 210 - 213)

Page 214

1  that based on guidance from the client.
2      Is that what you stated?
3      A.  Yeah, yeah.  A client may look at it and
4  say, "Hey, you know, we -- we don't want to -- we're
5  looking to do -- you're looking to do X.  We want to
6  do Y.  You know, we want to do something different
7  here.  We like to see these types of improvements."
8  And then we generally, you know, try to lead them
9  based on, you know, best practices like, "Well, you
10  know, if you're going to" -- a lot of times, if we
11  go into a renovation, somebody will have the idea to
12  go in and -- and try do something that they think is
13  fairly simple, and it's -- ends up not being very
14  simple, and so we have to explain to them that it's
15  generally, you know -- for example, moving a wall.
16  Well, moving a wall is much more than moving a wall
17  because you got to fix the floors, you got to fix
18  the ceilings.  It's -- you're -- we're not just
19  moving a wall.  We're affecting multiple things, you
20  know, electrical and et cetera.
21      Q.  Are you involved at all in estimating the
22  cost of materials or making inquiries about the
23  quality of materials that the customer would like to
24  use in a renovation?
25      A.  I -- I don't -- I don't generally get too

Page 215

1  involved in that.  We'll have architects that we
2  work that determine -- really kind of determine the
3  materials and, you know, develop, you know, that
4  material list and -- and those specs.
5      Q.  Is that -- is that based at all on the
6  client's budget or any guidance related to what type
7  of materials they want to use or the quality of
8  those materials?
9      A.  I think it's probably a collaboration
10  between the owner and the architect, you know,
11  determining what their needs are and the type of
12  wear and tear and the -- the life expectancy that
13  they're looking to try to get out of something.  And
14  the architect will come up and present different
15  ideas, samples which are representative of finishes,
16  color, texture, style, and that -- and that could
17  be, you know, arranged for all -- all kinds of
18  various products, whether it be paint, flooring,
19  doors, hardware, millwork, a lot of things, but --
20  and you had asked me before am I -- I believe you'd
21  asked me as far as do I get involved in the -- you
22  know, doing the actual estimates, and I -- I do not
23  do -- I don't do the actual estimates at this point.
24      Q.  Understood .
25      Well, so for -- I think you said Chris

Page 216

1  Broerman was responsible for doing the estimates --
2      A.  Yes, ma'am.
3      Q.  -- or at least was on-site with you, right?
4      A.  Yes, ma'am, both, but yes.
5      Q.  Okay.  So when -- when Chris is drafting
6  these estimates, does he make any inquiries related
7  to what the -- the client's long-term goals or
8  budget before making the estimates?
9      A.  No.  I mean, he's taking -- again, this was
10  a -- for us, it wasn't something -- I mean, it -- it
11  would have been a lot easier for us in this process
12  to really sit down and -- and probably bring an
13  architect or an engineer, develop a scope, and then
14  go out and competitively price that scope and I
15  think it would have been more thorough.  It would
16  have been more inclusive of what we've -- what we've
17  included.  It would have probably many more things,
18  identify many more issues.
19      But, no, I mean, he -- he's -- he's taking
20  areas where walls -- I mean, assuming, you know,
21  basic finishes on the walls, basic floor finishes,
22  you know, as far as representative of these projects
23  and generally -- you know, generally what those
24  costs per square foot.
25      Q.  When you say "architects, engineers," are

Page 217

1  those in-house through Schwob, or that -- is that
2  related to subcontractors?
3      A.  No, that -- no, that would be architects
4  and engineers.  We don't keep architects and
5  engineers in house.  Those would be separate firms,
6  and -- and they're the ones that, you know,
7  generally whether it's a new -- mo- -- most --
8  not -- not most.  All new construction projects or
9  renovations you know, require, you know -- and I'm
10  talking about significant renovations.  If you're
11  going in and -- and repainting walls and floor, it's
12  a different deal.  That could be an interior
13  decorator or somebody that's a design-type person,
14  but, again, an architect generally gets involved in
15  that.
16      But -- but, no, you know, most all
17  projects have an architect -- you know, architects
18  and engineers involved in the process stamp to the
19  drawings, submit them, submit them to the City,
20  and -- and get approved and -- and for -- for
21  construction.
22      Q.  So in a -- to just -- to make sure I'm
23  understanding you right, in this -- in this
24  particular instance, Chris provided an estimate to
25  Southeastern based on your site walk-through,

Page 218

1  correct?
2      A.  Yes, ma'am.
3      Q.  But that estimate was not -- you did not
4  have any guidance from Southeastern related to its
5  goals or long-term --
6      A.  No.
7      Q.  -- intentions with renovating the project?
8      A.  No.  And, I mean, with a more detailed
9  breakout, I think what you would see is that there's
10  average -- for example, if you were to take
11  something simple like flooring, because that's going
12  to be square footage and it's generally going to be
13  localized to the office space -- if you were to take
14  those office areas and take the total square
15  footage, he would have plugged in a number per
16  square foot for that new flooring, and that number
17  would have been the same for either facility, and it
18  would have been what the typical rate is for new VCT
19  flooring.
20      Q.  When conducting these estimates does he
21  consider only replacing certain doors or only doing
22  repairs versus full replacements of items or areas?
23      A.  This one is a little bit more challenging.
24  I -- I think we looked at some of this on the door
25  hardware is potentially a -- a full replacement of

Page 219

1  hardware, and a lot of the doors -- I think McAllen
2  had a lot -- you know, wood doors that were severely
3  damaged, which requires to -- to put new frames, new
4  doors.
5          So to answer your question, I mean, I
6  think a lot of these were full replacement of doors
7  and frames.  I don't know that it's all inclusive.
8  I -- I believe that's the case for McAllen.  Tulsa,
9  I don't believe so.
10          But the concern is that if you go in and
11  you renovate a space, that it can trigger, for
12  example, in the state of Texas, TDLR requirements,
13  which are Texas Department of Licensing and
14  Regulations for ADA requirements.  And if
15  renovations exceed a certain dollar value, you're
16  generally required to go in and do ADA upgrades.
17  You know, these, it would likely apply.  I don't --
18  and, you know -- and -- and -- and the big thing in
19  that is, you know, you have to have specific door
20  hardware.  I mean, that's really going down a rabbit
21  hole because it arguably could change all the
22  toilets.  It could change -- it mean, it could add
23  probably a lot more costs than what we've included
24  to give you these necessary ADA upgrades.
25      Q.  Would you say that these estimates are not

Page 220

1  final, though, correct?
2      A.  They're final for the time being.  Is there
3  more scope out there that needs to be determined?
4  Likely.
5      Q.  Is it possible that the estimates could be
6  lower than what they currently are?
7      A.  I -- I -- I don't believe so.  I will tell
8  you the -- the proposal that we put together for --
9  that we did in-house on the reroof for McAllen, I --
10  I believe that we could definitely get a better
11  number from a local vendor there if that was elected
12  to have a reroof, and I think I -- I mentioned that
13  earlier.  But my -- my concern is that with further
14  investigation and more time, and this really lends
15  itself to architects and engineers really kind of
16  seeing what's going on, it would -- would add likely
17  significantly more scope, and scope translates to --
18  to cost.
19      Q.  Based on your review and testimony of the
20  estimate summaries for all three sites, it appears
21  that -- it appears that Schwob has only received
22  subcontractor bid proposals from one entity for each
23  project --
24      A.  Yes, ma'am.
25      Q.  -- is that correct?

Page 221

1      A.  That -- that is correct.
2      Q.  Is -- is that typical?
3      A.  No, it's not.  We -- I -- we -- we don't
4  love it.  I don't -- I don't love it for -- for
5  various reasons.
6      Q.  What would be the typical process for
7  getting a subcontractor bid?
8      A.  I -- I'm sorry, the process to get it?
9      Q.  Sorry, or the process for choosing a
10  subcontractor.
11      A.  Well, what you'd want to do is develop a
12  scope and in a -- in a situation like this go do
13  like we did with, for example, like, the asphalt
14  subcontractors, walk the site; bring them out to the
15  site so that they're, you know, looking at it;
16  reviewing the conditions; getting their thoughts;
17  developing a scope.
18          But, yeah, I mean, the process would be,
19  you know, finding people that -- that -- what you
20  like to do is find people that you've worked with
21  before that you trust and soliciting them, bring
22  them out to the site, and walk the site, evaluate
23  the conditions, and -- so that it -- it helps
24  increase the accuracy of their proposal.
25      Q.  For these three sites did the

56 (Pages 218 - 221)

Page 222

1    subcontractors walk the sites?
2        A.  Yes.  Specifically, the asphalt.  And then
3    on Tulsa, it was the electrician as well.
4        Q.  Did these contractors also --
5    subcontractors also view the doors at the Tulsa site
6    or the McAllen site?
7        A.  No, ma'am.
8        Q.  So were those bids based off of your
9    inspections or Schwob's inspections?
10       A.  Yeah.  And that was an estimate that we put
11   together internally.  That was -- did not have a
12   bid.
13       Q.  I believe for the McAllen site, you
14   received a bid from -- is it JQuip?  Do you recall
15   that?
16       A.  No.  What -- what's it called?
17       Q.  JQuip.  J-E-Q-U-I-P.  JE Quip -- or JE
18   Quip?
19       A.  Is that in the -- is that in here?  Oh.
20       Q.  Yeah.
21       A.  Oh, oh.
22       Q.  When we go on break, I can -- I can find
23   it.
24       A.  Oh, no, no, no, no.  You're talking Johnson
25   Equipment.  Yes, yes, yes.  I'm sorry.  Yes.

Page 223

1        Q.  No, my apologies.  I was clearly wrong.
2    Johnson Equipment?
3        A.  Yes, ma'am.  Yes.
4        Q.  So you received a -- a subcontractor bid
5    from Johnson Equipment for the McAllen site --
6        A.  It wasn't --
7        Q.  -- to replace the doors?
8        A.  No, ma'am, it wasn't a bid.  They gave us a
9    unit cost for the doors, and then from our walk, we
10   determined to try to make due -- all the doors were
11   severely damaged, and we determined that based on
12   our estimate that you could take and make do with
13   the parts and pieces and components of half the
14   doors to try to make half the doors work and
15   functional and then put new doors on.  Of course,
16   when you do that, now you lose the other half of
17   doors and then put new doors on the -- on the
18   remaining.  So it seemed like a -- a much more
19   cost-effective, smart approach to -- than --
20   otherwise, that amount would have doubled putting
21   all new doors.  And -- and I'm not suggesting
22   that --
23       Q.  Understood.
24       A.  -- every single one needed all new doors,
25   but they -- pretty much all of them did.

Page 224

1        Q.  Understood.
2            So you -- in actuality, Schwob would not
3    have been responsible for replacing the doors; this
4    was just a -- an estimate --
5        A.  Yeah.  It's --
6        Q.  -- which -- which will --
7        A.  We -- we took the information that they
8    gave us for the cost of those doors and then
9    repaired the doors and developed that estimate here
10   internally but with this information, which is --
11       Q.  Got it.
12       A.  -- not -- which is a fairly standard
13   procedure for us to. . .
14       Q.  Understood.
15           Okay.
16           EXHIBIT TECHNICIAN:  Counsel --
17   BY MS. LAMPLEY:
18       Q.  I'm almost wrapping --
19           EXHIBIT TECHNICIAN:  -- do you still
20   want this document shared on the screen?
21           MS. LAMPLEY:  No, you can take that
22   down.  Thank you.  But if you could bring up
23   Exhibit 2.
24           EXHIBIT TECHNICIAN:  Sure.  One
25   moment.

Page 225

1    BY MS. LAMPLEY:
2        Q.  Mr. Erickson, I'm going to ask you a few
3    follow-up questions again related to the Tulsa
4    property.
5            So you -- I believe you mentioned earlier
6    that APAC was the subcontractor for the asphalt
7    paving for the Tulsa property?
8        A.  Yes.  Yes.  Yes, ma'am.
9        Q.  And the estimate for that project was
10   345- -- approximately 345,000?
11       A.  Yes.
12       Q.  And, again, you stated that you did not
13   receive or -- or seek additional bid proposals from
14   any other subcontractors for that work?
15       A.  That's correct.
16       Q.  So it's possible there could be a lower or
17   more competitive bid --
18       A.  It's --
19       Q.  -- available?
20       A.  It's -- yeah, it's certainly possible.
21   It -- it's also possible that the one bid that --
22   the downside to getting one bid -- let -- let me
23   clarify that when we bring -- in a situation where
24   you've got one bidder show up, you -- you never let
25   them know that they're the only one that's showed

1  up.  In the spirit of time, we were unfortunately
2  only able to get one person out there, but. . .
3      The disadvantage in getting one number is
4  that I think everybody always speculates that
5  there's always a lower number, and everybody
6  generally forgets that sometimes that first number
7  you get -- and, again, they think they're in a
8  competitive situation because they don't know any
9  different -- that that one number that you get is
10  the wrong number, that it's -- and I'm not
11  suggesting that's the case here, but I just want to
12  remind everybody that you get the one number that is
13  low and that they missed a lot of stuff, and then it
14  comes time to go out there and start the work, and
15  the subcontractor says, "Oh, you know, I missed my
16  estimate by $100,000."
17      So to me, that's the biggest benefit in
18  getting multiple bids is to make sure that you --
19  you don't have a low-low number that -- for somebody
20  that can't perform the work and made -- made a
21  mistake.  And believe it or not, I know we all make
22  mistakes, but when a subcontractor misses a number
23  and we run with that number and that number's off by
24  a significant amount, you know, we all own it.  Not
25  all.  But in my case, I'm stuck with that, and

1  that's not a cost I can go recover from my customer.
2      Q.  Understood.
3      When working with APAC to get an estimate
4  for the asphalt paving --
5      A.  Yes, ma'am.
6      Q.  -- did you -- did you direct them to
7  provide an estimate for the complete reinstallation
8  of the asphalt?
9      A.  No.  They walked the site, and we asked
10  them, you know, "What are your thoughts?"  And the
11  suggestion, the recommendation was a -- was a -- was
12  a mill and overlay.
13      Q.  In all three of the sites, these
14  subcontractors recommended a -- a mill and then an
15  overlay of a depth of two inches, correct?
16      A.  Yes, ma'am.  And I -- I think that's a --
17      Q.  Do you know what the --
18      A.  -- pretty typical -- I -- I believe it's a
19  pretty typical profile for a mill and overlay.
20      Q.  The -- the two-inch depth --
21      A.  Yes, ma'am.
22      Q.  -- or --
23      A.  Yes.
24      Q.  -- the --
25      A.  When you -- when you put a top course on,

1  that asphalt has to be a certain level thickness.
2  And, again, I -- I'm not an asphalt expert, but --
3  and being from Texas, we do significantly more
4  concrete than we do asphalt, so that's where I'm at
5  a little bit of a disadvantage.  I'm sure over on
6  the East Coast, you guys probably do a little bit
7  more asphalt than -- than we do here.
8      But my understanding of asphalt is it's
9  not something that you can come back and just put a
10  half -- half inch of asphalt over the top of
11  something.  It -- it won't stay together; it won't
12  bind.  And -- and one inch is insignificant, so, I
13  think, generally, kind of the minimum lift that you
14  can put down is, I -- I -- I believe to be, two
15  inches.
16      Q.  Is it possible that APAC could have
17  provided an estimate for repatchwork or sealing the
18  cracks of the Tulsa site?
19      A.  Is it -- is it possible that they provided
20  us with a proposal?
21      Q.  Could they have -- could they have provided
22  a -- a proposal for an alternative option rather
23  than reinstallation?
24      A.  Yeah, I -- I'm -- I -- yeah, I guess it's
25  certainly possible.

1      Q.  You noted in the -- or you testified
2  earlier that the Tulsa site had severe line cracking
3  in the asphalt --
4      A.  In, I'm sorry --
5      Q.  -- correct?
6      A.  -- which site?
7      Q.  In the -- the Tulsa site --
8      A.  Yes, ma'am.  Yes.
9      Q.  -- I believe you testified that there was
10  severe line cracking?
11      A.  Yeah, a -- I -- I kind of described it as,
12  like, longitudinal cracking and very --
13      Q.  Okay.
14      A.  -- wide cracks.
15      Q.  Severe longitudinal -- what was that?  I'm
16  sorry, we're talking over each other.
17      A.  That's okay.  It -- there were just wide
18  cracks.  Like, they -- the cracks had gotten bigger
19  and bigger over time, like, very -- very wide in
20  width.
21      Q.  Does that propose a -- a safety concern?
22      A.  I mean, I think you probably would have to
23  work hard to trip over the cracks, trip -- trip on
24  the cracks.  I don't think it's an imminent danger
25  situation.  It's certainly not as dangerous as

Page 230

1  raveling concrete where you have loose gravel on the
2  top and a -- and a vehicle were to hit the brakes
3  and slide across the gravel or for some reason, you
4  know, the vehicle can't stop because the wheels are
5  on gravel.  So, no, I would describe -- to me, that
6  would be an unsafe condition.  I -- I wouldn't
7  describe this as -- this as -- as much of a safety
8  deal as -- the large cracks to me in this site are
9  much more concerning that -- that as large as the
10  cracks are and with -- with the amount of water and
11  in -- being in Tulsa where there's much greater
12  freeze/thaw cycle, that it's -- it -- that it's
13  cracking through to the bottom, and -- and it could
14  arguably be degrading (sic) the subgrade, which --
15  you know, the base, the -- below the asphalt, which
16  is structurally the most important -- not the most,
17  but it's -- it -- it's very important to a paving
18  profile.
19      Q.  Is it possible for those cracks to be
20  sealed in order to bring the property back up to a
21  good condition?
22      A.  I -- I don't believe so.  I think there was
23  probably a time and a point that -- had it been done
24  and handled when -- when the cracks were smaller, I
25  think that -- and, again, I'm not an expert and

Page 231

1  maybe it's worth engaging one, but I think an expert
2  would tell you probably that based on the -- the
3  significant widths and -- and gaps that it's --
4  it's -- that it's a problem, that -- that -- that
5  it's -- it's gone -- it's gone -- it's gone too far
6  at this point.
7      You know, it's -- it's -- I don't -- you
8  know, I -- I don't know how -- I -- I keep hearing
9  the term "patch," and I don't even know -- I -- I'm
10  not even sure what that is.  It's -- you have to
11  understand that if -- if -- if this is cracking and
12  it's cracking through -- I know we're seeing it on
13  the surface visibly, and without going out and
14  coring the site and really doing a real solid
15  evaluation and seeing if that's actually -- and,
16  again, the surface is -- it -- it's just -- it's --
17  it's bad.
18      It's -- it's -- but if it's working its
19  way even below that two-inch mill and overlay and
20  you determine that it's cracking all the way
21  through, I -- I don't know what the patch is.  I
22  mean, it's not -- what -- what -- you can't --
23  you're filling it with something that is going down
24  into the ground, and I -- I don't know that it -- I
25  don't -- I don't think it's as simple as everybody

Page 232

1  maybe thinks it is, but I -- I -- I -- I don't
2  believe that to be the solution for this site.
3      Q.  And it's your professional opinion that for
4  all three sites, milling of the current asphalt is
5  necessary before providing overlay of the asphalt or
6  repaving the asphalt?
7      A.  Yes.  Yeah.  I mean, we've -- we've
8  resurfaced -- we -- we certainly deal with asphalt
9  properties and -- and -- and -- and go in and -- and
10  renovate -- or redo, rehab paving projects
11  specifically in the freight industry, and -- and to
12  me, all of these sites with the way the surfaces
13  are, I mean, are very indicative of something that a
14  customer would call and -- and -- and say that
15  it's -- it's -- it's got to be redone.
16      Q.  You also noted that there were gaps in --
17  in the fencing and damages to the fence at both the
18  Tulsa and McAllen sites.
19      Do you recall that?
20      A.  Yes, ma'am.
21      Q.  For both -- for both of those estimates, do
22  you know if those estimates are for full replacement
23  of the fencing or --
24      A.  No.
25      Q.   -- constructing fencing in these areas?

Page 233

1      A.  The -- they are not, but I think we
2  determined that a lot -- a lot of the poles had to
3  be corrected.  Again, it's not as simple as just
4  bending -- aluminum is -- I don't know how to
5  describe it, but you can -- when -- when it bends
6  over one way and you bend it back, you -- you -- you
7  start to degradate the -- the quality of the
8  aluminum pole.
9      So we felt like on -- on both sites that
10  there were -- specifically McAllen, I mean, a lot of
11  areas that needed to be -- replace the poles, and
12  when you do that, you have to take the fabric off,
13  the metal fabric, and then restring the fabric
14  and -- and pull it tight.
15      Q.  I also wanted to ask you about the
16  contingency fee on the estimate summary.  You've
17  mentioned a few times that it's likely that the
18  estimate summaries will be -- excuse me, the -- the
19  pricing for the estimates will -- will likely be
20  higher than what is current once you've done full
21  and thorough inspections, right?
22      A.  Yes, ma'am.
23      Q.  And that the contingency fee in the current
24  estimates is supposed to help gauge the potential of
25  unanticipated costs?

Page 234

1    A.  Yeah, I mean, unanticipated costs for
2    the -- again, it's just kind of a general plug for
3    that contingency, but it would be for the scope of
4    work that we identified in the proposal.
5    Q.  But that's not a cap to the additional
6    potential costs that you find?
7    A.  Correct.
8    Q.  Is that what you're saying?
9    A.  Correct.  I mean, in -- in a perfect
10   world -- in a perfect world you would hope that --
11   that you don't have any other unknowns with the
12   scope that you've already -- that we've already
13   described here and that any other new unknowns that
14   contingency would cover, but that's generally not
15   the case.
16        MS. LAMPLEY:  If we can take down
17   Exhibit 2 from the screen.
18   BY MS. LAMPLEY:
19   Q.  All right.  And just a few more questions,
20   Mr. -- Mr. Erickson.
21        So first, could you explain Schwob's
22   process for determining pricing for new projects in
23   general?  I know that's a -- a big question, but in
24   a general sense, how is -- how are pricing -- how is
25   pricing determined?

Page 235

1    A.  Yeah.  It's -- okay.  I'm going to try to
2    summarize it as easily as I can.  For a new
3    construction project, we're going to -- we will have
4    a set of completed design -- architectural,
5    engineering drawings, structural drawings;
6    mechanical, electrical, plumbing, you know,
7    engineered drawings, civil drawings; and take
8    those -- take that scope that's been developed and
9    issue that out to subcontractors.
10        EXHIBIT TECHNICIAN:  Real -- real --
11        MS. LAMPLEY:  One second.
12        EXHIBIT TECHNICIAN:  Real quick,
13   Counsel, you're -- you're ruffling papers a lot.  I
14   know you're probably -- you know, it's -- it's
15   really cutting off the witness quite a bit.
16        MR. FALLON:  Okay.  Sorry, I'll --
17   I'll ruffle papers more quietly.
18   A.  I thought I was doing a good job of talking
19   over the ruffling papers, but -- not -- we can
20   scratch that.
21        Take -- take those design documents and
22   then send out an invitation to bid, an ITB.  And so
23   what we'll do is we'll go out -- depending on which
24   market it is, whether it's the Dallas market, other
25   markets, go out and take -- take this drawing that

Page 236

1    identifies all the scope and issue -- issue it out
2    for bids to various subcontractors to -- so -- and
3    I'm going to really simplify it.  There's a lot of
4    tradespeople in this -- but, for example, to a dirt
5    contractor, to a fencing contractor, to a concrete
6    contractor, drywall contractors, painting
7    contractors, and electricians, plumbers.  And,
8    again, I'm missing half the tradespeople there, but
9    I think you get the picture -- and issue those out
10   to bid and then go back and collect those bids.  And
11   when those bids -- as those bids come back, those
12   proposals, then we evaluate -- take those proposals
13   and scope the proposals.
14        So, for example, you would think -- one
15   would think that when you send out a set of drawings
16   and you ask for some particular scope to price it,
17   everybody -- not everybody, but most everybody
18   generally prices something a little bit different.
19   And so that's the scoping process, to go through
20   and -- we take apples and oranges and try to make
21   them all apples or make them all oranges.
22        And so on a tab sheet they go through the
23   scoping process and get everything scoped out to
24   where it's apples to apples and do that for every
25   trade, and that allows us to develop a -- what we

Page 237

1    believe is a -- a fairly accurate number.
2    BY MS. LAMPLEY:
3    Q.  Does Schwob conduct any market analysis --
4    excuse me, let me rephrase that.
5        Earlier, you -- you testified that you
6    found your pricing to be reasonable and reflective
7    of -- of the market rate.
8        Do you remember that?
9    A.  Yes, ma'am.
10   Q.  Does Schwob conduct any market analysis
11   before finalizing an estimate?
12   A.  No.  I think our best market analysis --
13   you or Brett -- I can't remember if -- somebody
14   asked me the question earlier about -- oh, it was
15   you -- about, you know, do we -- do we -- do we turn
16   in proposals for jobs that we don't get, and that's
17   probably our best market analysis is -- because
18   when -- when -- when you don't get them, you know,
19   you have to kind of figure out why, and so those are
20   conversations with those particular customers -- or
21   with those people that you're -- you're competing to
22   get their business, and -- and -- and that's
23   generally the feedback you get.  It's -- it's --
24   it's -- probably our best market analysis is to --
25   for us to get an idea what's going on and what's --

1  what's the market's appetite for our services,
2  what -- what's our -- the market appetite for those
3  markups.
4        And so what we learn is, you know, were we
5  competitive, yes or no?  And we're generally very
6  competitive, but -- okay.  Well, what -- what line
7  items -- and when I say "line item," you know, what
8  scopes of work were we not competitive in?  And --
9  and it generally -- by the way, it doesn't generally
10  become -- it's not an issue that the markup was too
11  much.  Excuse my French, but it's -- you know,
12  markup's kind of the pimple on the rhino's ass.  I
13  mean, it's just -- it's not -- it's a very small --
14  it's a very -- it doesn't -- it doesn't push the --
15  the overall number significantly.  It's -- it's
16  really the scope.  And, you know, everybody's -- the
17  scope and -- and -- and the subcontractor pricing
18  that you get in.
19        And so -- and a lot of times, we get beat
20  on deals because our competition has gotten creative
21  with the scope, put together the wrong scope, and,
22  you know, that customer ultimately finds out that
23  because they didn't do a good job of scoping those
24  proposals in advance and makes a selection to pick
25  that -- that contractor and realizes later that, you

1  know, that contractor was excluding a certain amount
2  of work that they -- that should have been included
3  in the project, and that turns into -- it could turn
4  into for that contractor either a big argument or
5  a -- a change order and -- I -- I don't know.
6  But -- but that -- that -- that's our best market --
7     Q.  Okay.
8     A.  -- analysis, really, so. . .
9        I -- I do have some friends in the
10  industry and try to call and find out what they
11  typically see things go for, and, you know,
12  nobody -- nobody is really willing to share
13  anything.
14     Q.  Thank you.
15        I'm going to turn to some more -- more so
16  administrative questions now.  We're almost --
17  nearing the end.
18        So how much are you being paid for your
19  work related to inspecting and reviewing the
20  estimates for the -- the three sites you testified
21  about today?
22     A.  I believe it's $1500 per facility.
23     Q.  And are you being compensated for the time
24  spent testifying?
25     A.  No.

1     Q.  Did you know that there is going to be a
2  hearing related to a dispute in this matter?
3     A.  I'm not -- I'm not -- no, I'm not really
4  familiar with that process.
5     Q.  So were you asked to attend a hearing
6  related to this matter?
7     A.  No, ma'am.  Why?  Is there something I
8  should know?
9     Q.  Did you -- that means you're -- if you --
10  if they haven't told you anything, then that means
11  you --
12     A.  Is that why one of the first questions was
13  have I ever been to Wilmington, Delaware?  I mean,
14  am I going to have to go to Wilmington, Delaware
15  now?  Is -- is this where -- that moment?  Not that
16  I'm opposed to it.
17     Q.  I -- I -- I think counsel will have to --
18  Brett will have to inform you of that if that's the
19  case --
20     A.  Okay.  Yeah, I -- I --
21     Q.  -- but for now, no worries.
22     A.  I -- I assumed there was something after
23  this when you get into depositions.  I just don't
24  understand that entire process.
25     Q.  Did you speak with anyone at Southeastern

1  about your deposition today?
2     A.  No.
3     Q.  Did you meet with any of Southeastern's
4  lawyers to prepare for your deposition today?
5     A.  I spoke with Brett.
6     Q.  Did you do anything to prepare?
7     A.  Yeah, we -- we -- we went over some photos.
8  We discussed the projects.  Mainly just kind of
9  going through photos and -- and talking -- talking
10  about each -- each various project.
11     Q.  About how much time did you spend talking
12  with Brett?
13     A.  A lot less time than this.  I want to say
14  maybe a total of an hour, hour -- hour and a half.
15  Maybe -- maybe an hour, 20 minutes --
16     Q.  Did you do anything else to prepare?
17     A.  No.
18     Q.  Sorry, what did you say?
19     A.  Oh, I -- I said 20 minutes of which
20  happened in an airport, and I think that the
21  balance -- the remaining 45 minutes -- when I was
22  stuck at an airport, and I think the remaining 40,
23  45 minutes were Monday.  But, no, I -- I didn't, I
24  mean, other than -- before I came in, I -- I
25  refreshed myself with the proposals again.  I -- in

Page 242

1  fact, I -- I had this binder that was delivered to
2  me, and I didn't know there was a -- a FedEx box,
3  and I thought it was -- I didn't know what it was.
4  I never opened it. And then somebody told me I need
5  a binder, and I just assumed maybe it was in the
6  FedEx, so I opened it up and -- and looked through
7  it briefly.
8      Q. Well, you did a great job testifying today
9  given the limited time.
10     Last question before we take a momentary
11 break. If you were asked to attend the hearing,
12 would you be able to?
13     A. If I was asked --
14         MR. FALLON: Object as to form.
15 Object as to form.
16         You can answer.
17     A. I -- I didn't -- I didn't -- I didn't
18 understand the question. Did you ask if I would be
19 willing to. . .
20 BY MS. LAMPLEY:
21     Q. Attend the hearing.
22     A. I'll -- yeah, I'll do whatever I need to
23 do.
24         MS. LAMPLEY: If we could go off the
25 record for a second.

Page 243

1         (Break taken, 3:28 p.m. to 3:33 p.m.)
2         MS. LAMPLEY: Thank you, Mr. Erickson.
3  We have no further questions.
4         FURTHER EXAMINATION
5  BY MR. FALLON:
6      Q. Okay. I just have a couple quick ones, so
7  we'll be pretty quick, but we're almost there.
8         MR. FALLON: All right. Let me ask
9  the court technician to turn to Exhibit 5, and in
10 particular, I'd ask him to page to SEFL 592 and
11 direct the witness's attention to SEFL 592 in
12 Exhibit 5.
13 BY MR. FALLON:
14     Q. All right. Okay. Mr. Erickson, the court
15 technician has put SEFL 592 from Exhibit 5 up on the
16 screen.
17     Do you recognize that picture?
18     A. Yes, sir.
19     Q. And what -- what was that picture again?
20     A. That was water damage from some leaks in
21 the roof that saturated the roof and basically, you
22 know, collapsed the Sheetrock off the ceiling.
23     Q. And that was at the McAllen property?
24     A. McAllen, yes.
25         MR. FALLON: Okay. And then I'd ask

Page 244

1  the technician to move to SEFL 594. Again, this is
2  within Exhibit 5.
3  BY MR. FALLON:
4      Q. And then could you recall this picture?
5      A. Yeah, that's -- that's just a closer-up.
6  You can see the roof -- the hole up in the roof.
7  I -- I -- I believe that's the culprit, but -- there
8  may be more holes, but, yeah, it's just -- that --
9  that's the area where the -- the Sheetrock got
10 saturated, and it came off the ceiling and --
11     Q. Okay.
12     A. -- saturated the insulation.
13     Q. So is it your testimony you could actually
14 see the hole in the roof from standing in the
15 bathroom and looking up?
16     A. Yeah, it is. I can't remember if -- I -- I
17 believe that's the one. I -- for some reason, I
18 felt like there was some roof penetration up there
19 as well that had a leak or you could see daylight
20 through it, but I -- I may be thinking from another
21 project or something, but -- and maybe that's the
22 point of taking this picture, that -- but, yeah, I
23 mean, it was -- it was -- it's certainly a -- a --
24 certainly a roof leak.
25     Q. Okay. And --

Page 245

1         MR. FALLON: That -- that's fine with
2  that exhibit. Let me ask the court technician to
3  turn to Exhibit 15.
4  BY MR. FALLON:
5      Q. Okay. Do you see Exhibit 15 that's up on
6  the screen? And I -- I realize that you probably
7  didn't see this before today or I don't think you've
8  seen it before today, but this is a property
9  condition report prepared for Yellow or at least it
10 purports to be prepared by AEI Consultants.
11     Do you see that on the front cover?
12     A. Yes, sir.
13     Q. Okay.
14         MR. FALLON: And then I'd ask the
15 technician to turn to page Yellow-Assumption
16 00019157. Okay. I don't know if there's any way to
17 get that a little closer.
18 BY MR. FALLON:
19     Q. I don't know if you can read that. Are you
20 able to read that, Mr. Erickson?
21     A. Yes, sir.
22     Q. Oh, okay. Do you see under
23 "Assessment/Recommendation" -- it's sort of at the
24 bottom third of the page.
25     A. Yes.

Page 246

1    Q.   Okay.  And then the third paragraph down,
2    it says, "Although functional, the roof appeared to
3    be at the end of its useful life.  Roof replacement
4    should be budgeted."
5        Do you see that?
6    A.   Yes.
7    Q.   And then do you see elsewhere under "Roof
8    construction," it -- it gives the condition as
9    "Fair"?
10    A.   Yes.
11    Q.   Does anything in there give you additional
12    confidence in your original conclusion that the roof
13    should be replaced?
14    A.   I mean -- yeah, I mean, that's -- we -- I
15    don't -- I don't know that we anticipated -- you
16    know, we certainly don't show up on a -- site
17    visit to -- to try to look to replace a roof, but --
18    and, again, the other two roofs were in -- in very
19    good shape, but, yeah, this one, I mean, to me
20    looked like it was definitely at the end of its --
21    its life cycle.  But I -- I see people try to keep
22    roofs in play for a long time.  It just becomes a --
23    a dangerous thing.
24        MR. FALLON:  Okay.  I don't have any
25    further questions.  Are we done?

Page 247

1            MS. LAMPLEY:  No questions here.
2            MR. FALLON:  Okay.  Off the record.
3            (Deposition concluded at 3:39 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 248

1        CHANGES AND SIGNATURE
2    ANDREW ERICKSON  MARCH 28, 2024
3    Reason Codes: (1) to clarify the record; (2) to
4    conform to the facts; (3) to correct a transcription
5    error; (4) other (please explain).
6    PAGE  LINE      CHANGE        REASON
7    _____
8    _____
9    _____
10    _____
11    _____
12    _____
13    _____
14    _____
15    _____
16    _____
17    _____
18    _____
19    _____
20    _____
21    _____
22    _____
23    _____
24    _____
25    _____

Page 249

1            SIGNATURE
2
3        I, ANDREW ERICKSON, have read the
4    foregoing deposition, or have had it read to me, and
5    hereby affix my signature that same is true and
6    correct, except as noted above.
7
8        _____
9        ANDREW ERICKSON
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

63 (Pages 246 - 249)

Page 250

```
1        IN THE UNITED STATES BANKRUPTCY COURT
            FOR THE DISTRICT OF DELAWARE
2
3
     IN RE:              * Chapter 11
4                        *
     YELLOW CORPORATION, et al.,  * Case No. 23-11069 (CTG)
5                        *
         Debtors.        * (Jointly Administered)
6                        *
     _____* Re. D.I. 2642 & 2645
7
8        REPORTER'S CERTIFICATION
         DEPOSITION OF ANDREW ERICKSON
             MARCH 28, 2024
9
10       I, CHRISTY R. SIEVERT, CSR, RPR, in
11   and for the State of Texas, hereby certify to the
12   following:
13       That the witness, ANDREW ERICKSON, was
14   duly sworn by the officer and that the transcript of
15   the oral deposition is a true record of the
16   testimony given by the witness;
17       I further certify that the signature
18   of the deponent was requested by the deponent or a
19   party and is to be returned within 30 days from date
20   of receipt of the transcript.  If returned, the
21   attached Changes and Signature Page contains any
22   changes and the reasons therefor;
23       I further certify that I am neither
24   counsel for, related to, nor employed by any of the
25   parties or attorneys in the action in which this
```

Page 251

```
1    proceeding was taken, and further that I am not
2    financially or otherwise interested in the outcome
3    of the action.
4        Subscribed and sworn to on this the
5    1st day of April, 2023.
6
7
8        _____
9        CHRISTY R. SIEVERT, CSR, RPR
         Texas CSR 8172
10       Expiration Date:  4-30-2025
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 252

```
1    _____
2    _____
3            April 2nd, 2024
4    RE:   In Re: Yellow Corporation Et Al v.
5    3/28/2024, Andrew Erickson (#6619338)
6        The above-referenced transcript is available for
7    review.
8        Within the applicable timeframe, the witness should
9    read the testimony to verify its accuracy. If there are
10   any changes, the witness should note those with the
11   reason, on the attached Errata Sheet.
12       The witness should sign the Acknowledgment of
13   Deponent and Errata and return to the deposing attorney.
14   Copies should be sent to all counsel, and to Veritext at
15   cs-midatlantic@veritext.com.
16    Return completed errata within 30 days from
17   receipt of testimony.
18    If the witness fails to do so within the time
19   allotted, the transcript may be used as if signed.
20
21
22       Yours,
23       Veritext Legal Solutions
24
25
```

64 (Pages 250 - 252)

**[& - 2]**                                                          Page 1

| & | | | |
|---|---|---|---|
| **&**  1:6 2:6,12,18 4:23 6:19,23 7:12 151:10,11 153:18 190:4 250:6 | **10,000**  66:25 **10,161**  64:7 **10,500**  160:22 161:14 **10,934.50** 164:17 **10,935**  164:10 **100**  24:12 72:1 | 167:22 187:19 **1350**  1:22 6:11 **14**  4:23 147:21 147:22,25 148:2,6,12,16 149:2,24 150:7 150:22 153:19 | 195:23 **170**  5:5 **179**  5:7 **18**  5:8 180:25 181:1,3,15 195:23 **180**  5:8 |

**0**

**00019124**   5:4
  154:4
**00019139**
  154:21
**00019157**
  245:16
**00019275**   154:5
**0s**   31:15,16
  146:1

**1**

**1**   4:3 30:25
  31:14,17 53:12
  53:13 61:5
  153:7 154:20
  179:21 180:5
  248:3
**1,000**   75:8
**1,000,753.65**
  186:12
**1,058,560**
  187:20
**1,181,000**   168:4
**1.558**   168:7
**10**   4:17 94:9
  95:3,12,13,15
  141:10 143:6
  160:21

**100,000**   226:16
**10036**   2:19
**10:42**   97:21
**10:55**   97:21
**10th**   11:25
**11**   1:3 4:19
  78:20 79:9
  118:8 141:11
  143:7 160:21
  164:9 182:25
  250:3
**12**   4:20 14:18
  14:19,22
  141:12,13
  143:7 207:18
  207:18 208:17
**12,481**   79:13
**12558**   251:7
**1290**   169:12
**12:06**   145:24
**12:46**   145:24
**13**   4:22 80:20
  146:2,3,9,17,18
  152:3 153:13
  158:25 160:14
  162:19 164:25
  164:25 167:9

158:2 161:17
  164:14,15
  165:6
**140**   4:11
**141**   4:13,14,16
  4:17,19,20
**1410**   2:12
**143,874**   93:21
**145**   4:22
**147**   4:23
**15**   5:3 50:17,19
  51:1 81:18
  151:21 154:7,8
  154:21 166:6
  245:3,5
**150**   24:13
**1500**   239:22
**1518**   146:5
**154**   5:3
**16**   5:5 85:23
  154:24 170:23
  170:24 171:10
  174:19
**160**   1:22 6:12
**17**   5:7 149:13
  179:12,13,15
  181:7 182:19
  182:23 184:19

**183**   5:10
**184**   5:11
**19**   5:10 183:8,9
  183:12
**19,852**   162:21
  163:2
**190**   3:7
**19275**   5:4
**19801**   2:13
**1993**   8:20
**1995**   8:13,23
  12:8
**1996**   8:25
**1999**   12:9
**1:56**   185:6
**1st**   251:5

**2**

**2**   3:2 4:5 53:1
  55:12,14,17
  63:25 65:1,21
  65:24 66:20
  68:2 74:2 79:8
  79:9 80:20
  96:15,15
  153:11 161:22
  180:9 185:10
  186:14 224:23
  234:17 248:3

**[20 - 509]**                                                                 Page 2

| | | | |
|---|---|---|---|
| **20**  5:11 14:24 18:23 50:18 71:23 161:13 161:15,15 184:5,6,8,9,11 190:23 191:1 193:11 241:15 241:19 | **22,800**  159:3 **222**  2:12 **23**  160:21 **23-11069**  1:4 6:8 250:4 **24,000**  80:22 **243**  3:6 **248-249**  3:8 **249,600**  160:14 | **3-4-21**  4:3 **3/28/2024** 252:5 **30**  18:23 24:20 88:4 96:25 103:13 250:19 252:16 **300**  2:6 63:25 67:25 68:1 | **4** |
| **20,310**  163:5 **200**  24:13 **2000**  18:24 **2000s**  18:24 19:11 | **25**  71:23 **250-251**  3:9 **2500**  64:1 **251,000**  180:16 **253,000**  155:9 | **302-467-4200** 2:13 **31**  4:3 **312-862-2000** 2:7 **320,000**  66:17 | **4**  4:8 63:22 97:3,4,6 248:5 **4-30-2025** 251:10 **4-5**  3:3 **4/1/4**  10:3 |
| **2004**  15:9 16:3 17:7 **2007**  16:3 17:8 17:9 18:15,25 19:6 | **253,160**  155:2 **2642**  1:6 250:6 **2645**  1:6 250:6 **27**  53:17 54:23 55:11,17 186:15 | 68:1 **345**  67:3 225:10 **345,000**  69:17 225:10 | **40**  88:3 160:19 162:3 241:22 **40,000**  83:22 **406,595**  189:17 **42**  160:20 **44**  160:20 162:3 |
| **2011**  19:6 **2014**  18:3,4,15 22:5,8,22 **2023**  251:5 **2024**  1:11,18 26:13 53:18 54:23 55:11,17 98:9,10 169:17 169:18 248:2 250:8 252:3 | **27,000**  76:25 **28**  1:11 248:2 250:8 **28th**  1:18 **29,650**  77:22 **2:08**  185:6 **2:16**  189:25 **2:17**  189:25 **2nd**  252:3 | **35,000**  91:14 93:1 **3500**  97:25 **360,000**  165:8 165:17 **369**  165:10 **369,082**  165:2 **375**  153:14,25 **375,000**  153:14 | **45**  45:25 241:21,23 **48**  116:18 **492,000**  69:15 |
| | | | **5** |
| | | 155:8,25 **3924**  169:11 **3:28**  243:1 **3:33**  243:1 | **5**  4:9 99:13,14 140:19 202:20 202:22 203:1 205:13 243:9 243:12,15 244:2 |
| **21**  161:15 **212-872-8088** 2:20 **22**  161:15 162:3,4 **22,500**  90:16 91:10 | **3** | | **5,000**  75:1 **5,428**  182:22 **50**  14:25 43:11 **50,000**  26:17 27:9 **50/50**  21:23 **500**  180:19 **509**  183:25 184:3,5,9 |
| | **3**  4:6 78:25 79:5,8 86:3 88:9 248:4 **3-14-24**  4:10 5:5 | | |

**[51 - 616]**                                                                      Page 3

| | | | |
|---|---|---|---|
| **51** 80:7 | **536** 109:9,10 | **574** 120:6 | **591's** 130:2 |
| **510** 5:12 | **540** 109:16,17 | 121:3,4,18 | **592** 130:5 |
| 183:25 184:5,9 | 109:25 | **575** 121:3,4,18 | 131:11 243:10 |
| **511** 147:20 | **541** 110:3 | **576** 119:14,15 | 243:11,15 |
| 148:12 151:11 | **542** 110:18 | 119:23 120:6 | **593** 131:14,18 |
| **512** 148:13 | 111:22 | 120:12 | 132:7 |
| 151:11 | **543** 110:20 | **577** 119:14,19 | **594** 132:10,25 |
| **513** 148:15,16 | 111:22 | 119:23 | 244:1 |
| 161:17 | **544** 111:25 | **579** 121:21,22 | **595** 133:4 |
| **514** 149:2,12 | 112:2,2,15 | 122:16 | **598** 133:22 |
| 164:14,16 | **545** 111:25 | **580** 121:21 | 134:5 203:5 |
| **515** 149:10,12 | 112:2,3,15 | 122:15,16 | **5:00** 63:23 |

**6**

| | | | |
|---|---|---|---|
| **516** 149:15 | **547** 112:18 | **581** 122:20,21 | **6** 3:4 4:11 |
| **517** 4:24 | **548** 112:19 | 122:23 123:13 | 63:23 140:24 |
| 147:20 149:10 | **55** 4:5 19:1,4 | **582** 123:16,17 | 141:1 143:6 |
| 149:15 | **558** 113:8,21 | 124:8,12,15,16 | **60** 43:11 |
| **518** 146:1,16 | **559** 113:8,25 | 125:2,3,12 | **602** 134:9,12 |
| 158:25 162:19 | 114:1,4 | **583** 123:17 | **603** 134:25 |
| **52** 74:24 | **560** 113:8,25 | 124:12,15,16 | 135:1 |
| **528** 99:12 | 114:2,4 | 124:17 125:1 | **60654** 2:7 |
| **529** 99:16,17 | **561** 113:8 | 125:12 | **608** 135:25 |
| 103:4 | 114:8,8,10 | **584** 123:16,17 | 136:1,2,9,16 |
| **53** 45:17 | 115:9,12 | 124:9,11,16 | **609** 136:1,19 |
| **530** 103:14,14 | **567** 115:17,19 | 125:12 | 137:12 |
| **531** 105:22,23 | 117:5,22 | **585,000** 86:1,4 | **610** 136:1 |
| 107:4 | **568** 117:25 | **586** 125:18,18 | 137:15 138:2 |
| **532** 105:23 | 118:1,21 119:8 | **587** 126:5,24 | 205:8 |
| 107:4,11 | **569** 118:1,1,21 | 127:15 | **611** 138:6 |
| **533** 107:17 | 119:8 | **588** 126:5 | **612** 138:14,15 |
| 109:4 | **570** 118:1,2,21 | 127:18,18 | **614** 139:2 |
| **534** 107:17 | 119:8 | 128:10,11 | **615** 139:15 |
| 109:4 | **571** 121:2,3,18 | **590** 127:24 | **616** 139:17,23 |
| **535** 107:17 | **572** 121:2,4,18 | 128:25 | 139:25 140:4 |
| 109:4 | **573** 119:14,15 | **591** 129:12 | |
| | 119:23 120:6 | | |

**617** 140:4
**618** 140:5,7
**619** 140:8
**621** 140:17
**622** 140:17
**623** 4:10 99:13
140:17
**6619338** 252:5
**679** 140:25
**682** 141:7
**683** 141:8
**688** 141:9
**692** 141:10
**694** 141:11
**6th** 98:8 169:16

**7**

**7** 3:6 4:13
141:7,7,13
143:6
**702** 141:11
**710** 180:24
**716** 5:9 180:24
181:19
**717** 183:7
**718** 5:10 183:7
**719** 179:11
**720** 170:22
171:10,19
**723** 171:19
**725** 172:7,9
173:8 174:18
**726** 172:7
174:18
**727** 172:7,9
173:8 174:19

**728** 174:24
**729** 174:24
**73,306** 61:22
152:6
**730** 174:24
**731** 175:4,4
176:7
**735** 176:7
**737** 176:13,14
176:14 177:23
**738** 177:5,5,23
**739** 178:6
**742** 178:11
**743** 178:6
**744** 5:6 170:22
178:24
**75** 19:9,9,10
**79** 4:6
**7:00** 63:23
**7th** 26:9,11,12
26:12

**8**

**8** 4:14 74:1
75:11 141:8
143:6 146:5,13
159:22,23
**80** 19:10
**8172** 251:9
**82** 124:23
**825** 97:2
**826** 4:8 97:2
**827** 78:23 79:3
**828** 79:4 86:3
**829** 4:7 78:24
79:4 86:4

**843** 30:23
31:15 32:21
34:10
**843-883** 53:12
**844** 32:21
**845** 32:21
34:10
**846** 34:17
**847** 34:18
35:15
**848** 36:2 37:20
**849** 36:3 37:20
44:10,12,17
**85,000** 84:5
**852** 37:25 39:9
**854** 37:25
39:10
**858** 39:14 41:3
42:7
**859** 39:14 41:1
41:4 42:7
**861** 42:17,17
43:2 52:25
**862** 45:5 46:3
46:15,18,22
**863** 45:6 46:3
46:15,18,22
**864** 47:4,5
**865** 47:21 50:3
50:5
**866** 48:3
**867** 48:3,6,7
**868** 48:3 49:6
**869** 47:21 48:3
49:6

**878** 49:12
**879** 50:3,5
**88,948** 153:8
**880** 52:2,2,20
**881** 52:14
**882** 52:14
**883** 4:4 30:24
31:16 52:15,25
**8:00** 1:18 6:3
**8:50** 31:11
**8:54** 31:11

**9**

**9** 4:16 75:16
141:9 143:6
162:20
**9,000** 165:11,23
**95** 10:21,22
**96** 10:20
**97** 4:8 9:2
**98** 9:2
**99** 4:9 10:22
**9:30** 54:17
**9:42** 54:17

**a**

**a.m.** 1:18 6:3
31:11,11 54:17
54:17 97:21,21
**abatement**
77:17
**ability** 206:14
**able** 14:20
43:21 54:20
70:16 81:4
101:23 105:10

122:13 123:2
155:18,18
226:2 242:12
245:20
**above** 1:17
57:6 63:20
84:15,18
166:21 249:6
252:6
**absolutely**
46:23 60:6
73:14 77:20
88:6 117:18
121:1 151:8
168:13 193:25
208:15 209:6
**absorb** 40:18
**absorbing**
96:11
**absorbs** 41:21
**acceptable**
130:1
**access** 199:6
**accordance**
62:12
**account** 94:1
**accounted**
183:17
**accounting**
17:22 21:14
**accuracy** 59:17
221:24 252:9
**accurate** 32:17
34:10 37:20
39:10 42:7

46:18 50:5
52:17,20 56:8
56:12,15,18
60:25 103:4,25
107:4 109:5,13
109:25 110:11
111:22 112:15
113:3 114:4
115:9 117:22
118:21 119:8
120:6 121:18
122:17 123:13
125:12 127:15
127:19 128:13
129:1 130:2
131:11 132:7
132:25 133:13
134:5 136:16
137:12 138:2
139:3 140:1,13
176:9 178:20
237:1
**accurately**
171:25 172:13
174:19 177:23
**acknowledg...**
252:12
**acronyms**
11:21
**action** 250:25
251:3
**actual** 91:17
129:25 215:22
215:23

**actuality** 224:2
**actually** 13:16
13:25 14:8
40:20 44:14
60:13 62:16
63:11 70:1
73:13 83:3
95:18 106:10
118:5 119:1
120:14 122:10
125:7 129:6
146:9 178:18
188:8 196:25
207:15,17
231:15 244:13
**ada** 74:17,19
219:14,16,24
**add** 68:2 87:19
108:11 212:23
219:22 220:16
**added** 17:18
84:5 142:9
**adding** 108:10
**addition** 78:10
142:8 152:10
158:9
**additional** 18:5
57:7,9 59:19
60:3 88:19
96:6 166:13
190:6 225:13
234:5 246:11
**additions** 191:4
191:4

**address** 32:12
59:11
**addressed**
211:19
**adequately**
155:10
**adhesive**
203:14,16
**adjacent**
104:10
**administered**
1:5 6:13 250:5
**administration**
9:7
**administrative**
239:16
**admit** 183:22
**advance** 238:24
**aei** 5:3 154:12
154:23 156:8
245:10
**aerial** 142:7
**affected** 107:25
**affecting**
214:19
**affiliated** 20:9
150:18
**affix** 249:5
**afforded** 19:13
**afis** 11:15
**age** 77:15
176:22
**aged** 207:7
208:2

**aggregate**
   101:16 102:24
   102:25 108:20
   109:23 139:20
   172:24
**ago**   11:3 20:19
   20:22 22:10,13
   71:16 72:16
   87:17 96:25
**agree**   156:16
**agriculture**
   12:6
**ah**   131:20
**ahead**   7:4 32:5
   35:11,12,17
   36:5 69:2
   111:6 119:13
   119:18 125:16
   136:7 147:20
   154:3 166:8
   180:23 183:6
   213:20,23
**aiken**   7:12
**air**   11:25 30:4
   41:18,24,24
   47:9,10,13,16
   57:1,3 84:14
   84:23,25 85:8
   85:8 116:25
   129:21 135:2,4
   135:5,7,10
**airport**   241:20
   241:22
**akin**   2:18

**akingump.com**
   2:20
**al**   1:4 6:7 250:4
   252:4
**alarm**   91:14,15
   91:16,17 92:1
   92:5 93:2
**alec**   2:11 6:19
**alec.weinberg**
   2:14
**alligator**
   108:17,22
   109:9,12,21
   123:9 139:21
   140:11 172:19
   174:16
**allotted**   252:19
**allowances**
   183:17
**allowed**   13:6
   19:13,15
   113:12
**allows**   236:25
**alter**   213:16,25
**alternative**
   142:19 211:5
   228:22
**aluminum**
   233:4,8
**america**   2:19
**american**
   137:17
**amiri**   2:5 6:22
   190:3

**amiri.lampley**
   2:8
**amount**   69:8,10
   80:14 91:11
   93:2 152:15,25
   164:17 165:11
   166:2 186:10
   189:2 192:25
   210:3,5,7
   223:20 226:24
   230:10 239:1
**amounting**
   153:8
**analysis**   237:3
   237:10,12,17
   237:24 239:8
**analyzed**   75:23
**anderson**
   146:18 147:21
   147:24
**andrea**   2:5 6:23
**andrea.shang**
   2:8
**andrew**   1:10,14
   3:5 6:9 7:14
   248:2 249:3,9
   250:8,13 252:5
**angle**   45:25
   129:7
**announce**   7:6,8
   7:10
**annual**   34:4
**answer**   72:19
   119:7 219:5
   242:16

**answering**
   201:23 202:2
**answers**   8:7
**anticipated**
   246:15
**anticipating**
   86:19 89:20
**anybody**   7:3
   29:22 157:16
**anyway**   22:3
   80:2
**apac**   67:9,12,18
   71:9 225:6
   227:3 228:16
**apart**   101:8
   113:2 172:22
**apiece**   75:1
**apologies**   223:1
**apparent**   88:20
   166:14
**appear**   23:13
   33:7 185:17
   186:1 198:5
**appearance**   7:7
   7:9
**appearances**
   3:2
**appeared**   26:25
   80:25 81:25
   84:13 144:3
   185:13 211:21
   246:2
**appearing**   2:2
**appears**   33:4
   34:19 102:14

| | | | |
|---|---|---|---|
| 141:25 148:17 | **architects** | 126:11 127:9 | 237:14 240:5 |
| 176:23 220:20 | 215:1 216:25 | 128:20,22,23 | 242:11,13 |
| 220:21 | 217:3,4,17 | 129:5 133:8 | **asking** 32:25 |
| **appetite** 238:1 | 220:15 | 134:19 136:11 | 79:10 201:8 |
| 238:2 | **architectural** | 136:22 137:19 | **asks** 196:12 |
| **apples** 236:20 | 235:4 | 142:2,24 | **asphalt** 27:9 |
| 236:21,24,24 | **area** 24:6,9 | 144:10,14 | 48:12,14 50:15 |
| **applicable** | 37:3 50:13 | 145:8,14 | 50:16,20,25 |
| 252:8 | 58:8 65:11 | 151:17 158:7,8 | 51:5,12,13,13 |
| **apply** 152:10 | 66:22 82:8 | 158:9,11 159:8 | 66:12,17 67:6 |
| 167:15,18 | 93:13 99:22 | 163:9 164:5 | 67:19,23,24 |
| 219:17 | 112:23 115:4 | 175:13 180:12 | 68:13 69:16 |
| **appreciate** 28:5 | 115:16 128:4 | 200:9,13,23,23 | 71:8,19 72:18 |
| 29:24 | 133:23 144:19 | 202:10,13 | 73:8 93:11 |
| **approach** | 153:22,24 | 204:10,10,11 | 100:24,25 |
| 13:11 223:19 | 162:24 165:24 | 205:2,3 208:14 | 101:14,15,18 |
| **approached** | 175:5 186:3 | 216:20 218:14 | 102:3,10 |
| 195:5 | 205:1 207:25 | 218:22 232:25 | 103:18 106:1,7 |
| **approved** | 244:9 | 233:11 | 106:10,13,17 |
| 74:20 217:20 | **areas** 25:12 | **arguably** 47:3 | 106:20,21 |
| **approximately** | 33:9,12 34:2,2 | 138:21 219:21 | 112:20 113:10 |
| 10:19 168:4 | 34:23,24 39:19 | 230:14 | 113:20 148:8 |
| 225:10 | 43:4,4,4,24 | **argue** 57:8 | 148:10 153:13 |
| **approximation** | 66:7,23 67:2 | **argument** | 155:1,6,17,17 |
| 14:21 | 75:21 76:6,14 | 239:4 | 156:2,8 157:3 |
| **april** 251:5 | 77:4,6 78:3,4,7 | **arranged** | 157:16,18,24 |
| 252:3 | 78:14 80:1 | 215:17 | 158:12 173:9 |
| **apron** 180:22 | 81:1,24 82:4 | **arrive** 95:13 | 174:11 175:19 |
| **aprons** 173:14 | 84:13 90:1,8 | **asbestos** 77:16 | 180:12,13,16 |
| 174:2,6 | 100:2,3,6 | 207:16 | 181:5,6 182:18 |
| **architect** | 103:17 104:7,9 | **asked** 8:5 24:25 | 188:12 189:4 |
| 215:10,14 | 104:12 106:1,6 | 25:11 40:13 | 221:13 222:2 |
| 216:13 217:14 | 106:12 107:22 | 70:22 86:8,11 | 225:6 227:4,8 |
| 217:17 | 108:17,21 | 196:4,5 215:20 | 228:1,2,4,7,8 |
| | 122:14 126:9 | 215:21 227:9 | 228:10 229:3 |

230:15 232:4,5
232:6,8
**ass** 238:12
**assess** 25:9,11
61:14 86:12
144:22 196:5,6
196:7
**assessed** 21:17
99:2,9 147:4
**assessment**
25:7 61:18
179:3 197:22
197:23 245:23
**assessments**
23:14 191:5
**assigned** 61:14
199:4
**assist** 60:16
147:9
**assistant** 10:15
11:7
**associated** 89:4
208:11
**assume** 89:1,4
90:9 160:17
**assumed** 73:19
160:5,23
240:22 242:5
**assuming** 157:8
216:20
**assumption** 5:4
81:22 82:3,24
84:8,12 154:4
154:5,20
245:15

**attached** 1:25
250:21 252:11
**attend** 8:24
240:5 242:11
242:21
**attended** 60:19
**attention** 42:15
169:11 177:4
178:23 185:9
211:11 243:11
**attest** 87:10
**attic** 84:16,17
85:9
**attorney**
252:13
**attorneys**
250:25
**attributed**
38:11
**atypical** 166:19
**available**
225:19 252:6
**avenue** 2:12
**average** 14:25
193:9 194:4
218:10
**averaging** 19:9
**avoidable**
142:12 143:4
**avoided** 102:12
**aware** 79:19
196:15
**axle** 45:20
**axles** 27:18
45:22

**b**

**b** 4:1 5:1 67:18
116:11
**back** 17:5
18:13,24 21:17
21:17 22:10
27:17 37:2
44:10 54:6,12
56:22 57:1
66:9 74:13
77:10 81:5,6
82:20 86:22
88:7 89:17
91:3,23 92:3
102:23 104:7
108:8 111:16
117:13 124:15
124:16 128:2
139:25 144:7
149:18 152:2
152:19 153:23
157:23 158:24
158:25 162:18
163:1 164:14
164:24 167:8
179:19 183:24
184:18,19
185:9,10,10
194:21 204:4,7
204:9,12 211:6
228:9 230:20
233:6 236:10
236:11
**backed** 43:11
45:9 99:6

111:2 123:2,7
**background**
116:22 199:10
**backing** 111:11
112:8
**bad** 27:12
36:25 126:8,23
175:21 209:5
231:17
**baffling** 111:3
**balance** 241:21
**ballast** 44:25
126:22 137:22
137:22
**bank** 2:19
**bankruptcy** 1:1
250:1
**barbed** 105:8,9
110:8,10
114:14
**barely** 42:19
**base** 12:1 92:6
158:3,18,22
230:15
**based** 21:20,21
37:17 57:21
59:13 60:2
67:19 69:1,6
70:10 72:3
80:9 94:5
96:20,20
101:18 116:16
155:21 159:17
164:11 168:1
213:1,16 214:1

214:9 215:5
217:25 220:19
222:8 223:11
231:2
**basic** 143:2
216:21,21
**basically** 21:15
45:24 80:6
93:16 97:10
102:2 115:3,3
157:15 161:6
161:13 166:22
179:7,17
243:21
**basis** 14:15
23:18 34:4
144:24 148:25
159:5,25
162:22 163:6
182:7,18,22
**bates** 30:23
31:14 37:24
39:14 78:23
79:2 99:12
131:16 140:24
154:4,19
170:21 203:5
**bathroom**
40:14 85:6
131:22 132:5
132:23 133:1
244:15
**batting** 14:25
**bear** 11:3 96:5

**bearings** 120:1
**beat** 161:3
186:8 238:19
**bed** 78:9
203:17
**bedding** 78:6
78:13
**beginning** 8:11
196:20
**behalf** 7:12
190:5
**belief** 167:21
**believe** 8:25 9:2
18:25 19:5
22:13 26:8
42:19 53:18,19
56:9 57:9
60:25 72:15
85:13 93:5
96:16 97:24
100:8 107:15
110:20 112:24
117:11 122:11
124:9 129:22
132:16 150:6,9
152:6 153:4,6
153:6 162:19
166:1,10
170:14 173:15
178:4 183:16
184:21 186:22
188:23,23,25
195:22 198:9
200:17 203:4
215:20 219:8,9

220:7,10
222:13 225:5
226:21 227:18
228:14 229:9
230:22 232:2
237:1 239:22
244:7,17
**believed** 149:19
**bend** 117:13
233:6
**bending** 66:9
233:4
**bends** 233:5
**beneath** 49:5
**benefit** 106:8
226:17
**bent** 66:8 111:1
111:1 116:3
120:2 138:13
**bernal** 4:23
151:10,11
153:18 155:8
155:13,25
156:23 158:2
**bernal's** 153:20
**best** 141:24
142:24 154:22
206:9 214:9
237:12,17,24
239:6
**bet** 190:11
**better** 51:18
73:17 118:25
127:13 168:16
206:10 220:10

**beyond** 63:20
**bid** 69:10 70:1
85:20 158:3
164:11,16
220:22 221:7
222:12,14
223:4,8 225:13
225:17,21,22
235:22 236:10
**bidder** 225:24
**biddle** 2:12
6:19
**bids** 181:13
195:1 222:8
226:18 236:2
236:10,11,11
**big** 18:17 22:19
87:7 175:10
219:18 234:23
239:4
**bigger** 12:15
48:23 72:9
229:18,19
**biggest** 85:25
152:5 226:17
**billion** 21:9
**bind** 228:12
**binder** 101:7,9
101:10,12
242:1,5
**binder's** 102:22
**bird's** 113:16
123:3
**bit** 17:18 21:19
77:24 98:15

104:13 128:23
151:7 152:14
152:16,19
165:24 166:7,9
175:14 186:7
192:22 193:3
194:10,21
197:9,12
210:24 218:23
228:5,6 235:15
236:18
**bits**   160:18
**block**   104:10
**blow**   47:2
**blows**   212:1
**board**   126:18
134:1,1
**boards**   79:17
79:21,24 80:7
80:15 149:6
177:17
**bollard**   115:21
116:11,12,13
116:14,15,21
116:23
**bollards**   164:6
**border**   12:5
**bottom**   108:4
135:6,7 144:20
230:13 245:24
**bought**   22:10
22:13
**box**   97:12,14
242:2

**boxes**   33:17
**brakes**   230:2
**brand**   207:7
**break**   31:11
54:11,17,19
83:18 97:21
102:7 134:17
134:18 140:21
145:24 185:1,3
185:6 189:25
222:22 242:11
243:1
**breakdown**
74:6
**breakout**
159:16 160:6
218:9
**breakout's**
68:1
**breaks**   10:3
100:25 101:20
102:5
**brett**   2:11 6:18
237:13 240:18
241:5,12
**brett.fallon**
2:14
**briefly**   242:7
**bring**   54:3
56:10 60:9,13
75:13 88:6
96:18 117:5
118:18 167:23
179:19 183:2
184:22 186:10

189:2 211:6
216:12 221:14
221:21 224:22
225:23 230:20
**bringing**   17:13
**broerman**
60:18 98:19
147:11 148:18
170:4 197:16
216:1
**broke**   36:19
41:12
**broken**   41:8
66:14 85:10
111:13 153:20
**brought**   17:14
22:15,15,16
146:18
**brush**   43:7
**bryant**   2:18
**budget**   148:20
148:23 215:6
216:8
**budgeted**   246:4
**build**   12:17
21:6 29:9
**building**   1:21
6:11 12:16
20:6,17,17,20
20:23 21:17,25
22:12,16,23
23:1 25:18,18
27:22 28:1,11
28:12 29:3,9
33:4 34:25

35:25 36:16
38:5 41:17,19
47:7,19 65:11
65:20 78:1
80:24 81:8
82:2,6,15
84:12 86:24
87:12,14 88:4
88:7 122:7
123:5,7 130:11
130:16 138:12
138:22 139:8
142:6,21 147:5
152:17 153:22
163:11,16
164:1 165:10
165:13 166:17
166:20,23
170:18 171:12
173:2,14 174:8
176:17,22
177:2,8,11
188:5,6,13
189:14,15
190:19 196:6
196:24 197:1,6
199:4,7 212:4
212:8
**building's**   38:9
40:15 58:22
122:9 190:18
**buildings**   25:10
25:12 29:5,7
150:13 165:1
191:7,7

**built** 41:15
42:1 151:20
193:4
**bulb** 121:11
**bulk** 180:8
**bumped** 105:20
**bumpers** 79:25
80:1
**burden** 96:5
**burned** 40:1
**business** 8:19
9:7 15:6,14
17:10,14,15,20
18:25 19:11
24:12 45:20
68:17 71:2,5
80:12 92:18
95:19 134:2
182:12,15
195:24 237:22
**busted** 36:18
**busy** 19:16
151:22
**buy** 161:8
162:13
**buying** 161:13

**c**

**c** 2:1 6:1 43:14
67:12
**cabinets** 41:25
42:3
**cabling** 90:16
**calculating**
65:4

**call** 25:16
84:16 100:9
140:11 150:16
153:21,23
186:9 232:14
239:10
**called** 65:17
67:11,18 84:17
207:15 222:16
**calling** 116:13
**camera** 103:11
**candidate**
150:14 210:16
**cannibalize**
161:7
**canopies** 27:13
27:14 81:2,2
**canopy** 27:20
45:12,14 46:1
46:3,6,12,25
80:23 81:12
211:21
**cantilevers**
81:8,9
**cap** 234:5
**care** 33:8,20
40:25 41:7
53:5 83:17
126:3,4 131:23
144:3 187:9
188:9,14
189:14
**careful** 200:16
**carpet** 34:20
35:1,7,18 36:1

36:23
**carriers** 79:20
**case** 1:4 6:6,7,7
29:17 30:3
34:5 71:25
79:22 81:11
89:5 90:7
92:10 95:13
106:24 116:14
118:9 123:8
130:11 145:7
157:22 177:15
196:25 197:15
198:4,19
204:20 219:8
226:11,25
234:15 240:19
250:4
**cases** 23:9
37:16 95:18
118:11
**casework** 41:15
**categories**
159:23
**caulk** 51:11
**caulking** 66:24
66:24 67:1
180:21
**cause** 1:17
**caused** 46:5
49:5
**caveat** 150:10
**ceiling** 33:18
34:23,24 35:23
36:13,18 37:1

37:4,5,6,10,13
38:6,8,12,21,22
39:3,7 40:11
40:16,16,17
45:1,3 57:7
58:1,16,19
59:12 75:23,24
76:2,7,14,20,21
84:19,21
130:12,14,18
130:19 132:13
132:22 211:14
243:22 244:10
**ceiling's** 36:20
58:8
**ceilings** 37:3
214:18
**cell** 103:10,12
**center** 41:9
45:22 175:13
**central** 67:9,12
67:18
**ceo** 22:18
**certain** 24:25
29:9 34:2 68:9
74:16 111:18
116:17 118:13
123:3 137:9
144:10,13
210:3,5,6,19
218:21 219:15
228:1 239:1
**certainly** 87:4
88:21 142:23
187:9 192:16

225:20 228:25
229:25 232:8
244:23,24
246:16
**certainty** 82:18
82:23
**certification**
3:9 250:7
**certify** 250:11
250:17,23
**cetera** 117:3,3
214:20
**chain** 114:21
116:1,15,16,19
117:20
**chains** 115:24
**chair** 39:23
40:2 77:8
128:7 206:3
**chairs** 33:16
39:22 77:7
128:8 206:4
**chalk** 134:1
**chalky** 163:23
**challenging**
197:10 218:23
**chance** 119:22
**change** 22:19
69:19 76:25
165:17 168:4
219:21,22
239:5 248:6
**changed** 19:11
22:8 87:14

**changes** 3:8
248:1 250:21
250:22 252:10
**channel** 43:9
43:13,13,14
123:20,21,24
124:3 125:5
177:9,10 189:8
**channel's** 125:7
**channels**
177:12,14
**chaos** 90:24
**chapter** 1:3
250:3
**charge** 93:20
**charges** 80:18
**cheap** 142:18
**cheaper** 151:7
151:7 152:19
156:10
**check** 97:11,16
197:15
**chewing** 157:18
**chicago** 2:7
**chief** 15:19
**chipped** 33:6
35:5
**choice** 163:23
**choosing** 221:9
**chris** 60:18,19
98:19 147:11
148:18 170:4
197:16 215:25
216:5 217:24

**christy** 1:19 6:4
250:10 251:9
**chronically**
169:3,6
**circle** 39:25
136:12
**circles** 137:3
**circulated**
53:17
**circumstance**
95:25 142:11
186:4
**cities** 87:20
**city** 12:15
217:19
**civil** 1:23 235:7
**clarification**
14:10 18:24
78:8 89:11
97:9,11 107:23
163:15
**clarifications**
4:8 5:10,11
183:13 184:12
**clarified** 96:23
**clarify** 20:5
163:19 193:6
225:23 248:3
**clarifying**
185:4
**class** 10:5
**clean** 64:8,11
67:1,22 68:3
127:12 128:17
128:22 142:16

142:24 145:16
176:25 208:4,9
208:9,9
**cleaned** 33:22
43:17 104:16
107:2,10 126:3
127:6 137:21
206:15 207:4,6
207:25
**cleaning** 42:12
64:6 131:25
**cleanup** 186:25
**clear** 59:24
**clearly** 88:25
223:1
**clerical** 61:19
**client** 13:24
93:21 190:19
198:13,17
213:1,7 214:1
214:3
**client's** 215:6
216:7
**clients** 191:12
191:22 192:10
193:19,19
**climbing**
105:17
**clint** 2:23 53:3
**clips** 46:1
**close** 19:24
21:23 42:20
73:23 184:25
**closely** 164:17

closer 57:22
132:12 171:13
244:5 245:17
closest 186:5
closet 135:3,5,9
closing 44:1
160:4
coast 228:6
coat 102:1
139:9 142:23
142:25 204:8,9
204:12,25
205:3
coat's 102:2
coated 102:2
coating 142:17
209:14
code 74:16
87:14 92:14
129:18 135:18
codes 87:25
248:3
coil 75:4
coiling 74:25
74:25 75:3
171:17 186:7
coils 75:9 84:21
cold 67:21
collaborate
168:20
collaboration
215:9
collapsed
243:22

collect 236:10
college 8:13,20
8:21,23 9:25
10:1,7,9
color 215:16
column 64:20
64:23,24 65:3
81:7,9 97:17
116:22
columns 64:22
81:7 183:14
combination
21:4 101:16
109:21 153:24
161:13 162:8
172:17 174:15
192:3
combine
160:19
come 38:14
54:12 58:7
62:14 76:13
77:13 89:17
96:1 102:23
103:21,22
108:5,6 145:9
145:11 157:23
166:6 215:14
228:9 236:11
comes 45:24
89:16 96:10
226:14
coming 40:6,8
99:24 114:24
138:19 139:1

172:22 175:17
213:7
comment
155:14 178:9
commentary
126:25
commenting
197:18
comments
60:24 128:10
167:14,17
175:1
commercial
19:18 160:12
committee 2:16
7:6,13 53:21
common 46:11
62:24 68:16
95:8 144:21
150:2
commonly 90:4
commonplace
46:8
compact 158:3
158:22
companies
20:10,10,14,24
21:11,13 79:17
182:6
company 1:22
6:11 12:17
13:5 18:21
20:6,17,18,20
20:20,23 21:17
22:12,17,24

23:1 56:3 89:3
150:18 166:4
company's
21:21
compared
23:19 26:23
142:18 143:25
150:24 193:4
208:14
compares
155:7
compensated
239:23
competing
237:21
competition
238:20
competitive
80:12 181:13
192:9 195:1
225:17 226:8
238:5,6,8
competitively
216:14
complete 78:5
86:16 127:8
144:5 197:5
227:7
completed
235:4 252:16
completely
33:11,13 37:12
43:17 44:3
52:4 73:22
77:5,9 82:19

87:13,23
100:23 101:8
110:25,25
111:14 114:16
119:6 120:14
128:5 142:12
143:3 159:15
175:8
**completion**
193:14
**complex** 21:2
**component**
19:25
**components**
30:7 87:16
92:11 160:25
161:4 223:13
**composition**
127:11 207:12
**compounds**
101:17
**compressors**
85:2,2
**compromised**
122:9 209:20
**concealed**
57:10
**concern** 49:2
51:21 74:13
207:9,21
211:16,19
219:10 220:13
229:21
**concerned**
210:14

**concerning**
114:24 142:4
230:9
**concerns**
167:11 212:16
**concluded**
247:3
**conclusion**
246:12
**concrete** 36:22
50:17 51:5
66:18,20,23
67:2,24 68:4
100:7 103:19
123:25 125:8
173:11,13,14
173:16,21
174:4,6 177:15
177:16 178:14
180:15,16,21
228:4 230:1
236:5
**concrete's** 51:7
**condensate**
85:10 129:15
129:20
**condensation**
83:16
**condensent**
129:19
**condensers**
84:11
**condensing**
47:10,14,15,17
47:18 84:10

**condition** 5:3
25:8,9 46:14
46:16 47:19
56:11 60:10,14
75:14 81:16
93:4 117:6
118:19 125:10
132:4 137:18
140:20 141:18
143:24 144:2
144:23 154:12
154:24 158:20
167:25 171:8
172:1,4 173:8
173:20,22
174:9,10
176:16,19
177:21 179:20
183:3 184:23
187:25 188:14
200:12 202:11
202:15 211:6
230:6,21 245:9
246:8
**conditioned**
58:17
**conditioning**
30:4 47:9,11
47:13 57:1,3
84:25 116:25
129:21 135:4
**conditions** 61:6
64:17 96:19
112:16 152:13
153:8 162:16

172:14 174:20
176:10 177:24
179:22 186:11
187:13 221:16
221:23
**conduct** 237:3
237:10
**conducting**
196:20 197:25
198:13 199:8
199:23 200:25
201:13 218:20
**conduit** 89:16
90:1
**conduit's** 89:22
**conduits** 27:2,3
28:8 86:18
89:8,13,21
90:10
**conference**
34:19
**confidence**
246:12
**configuration**
45:20
**conform** 248:4
**connect** 37:8,19
**connected**
58:10
**connecting**
129:25
**connection**
78:21 152:7
**conservative**
94:6

consider
  187:12 191:11
  218:21
considered
  197:25 203:19
  206:7
considering
  63:12 191:8
consistency
  128:19
consistent
  180:1
consistently
  157:2
consists  166:23
consolidated
  108:25
constructing
  232:25
construction
  8:18,19 10:25
  11:12 14:7
  15:13,24 16:16
  16:18 19:17
  22:22 24:19,20
  29:8 80:20
  135:20 191:3
  193:20 194:7
  194:24 199:10
  217:8,21 235:3
  246:8
consultants
  245:10
contained
  150:7 153:7

165:6 167:22
  181:15
contains
  181:16 250:21
contingency
  93:7,8,9,17
  94:15 167:10
  167:12 233:16
  233:23 234:3
  234:14
continue  76:3
  104:17
continued  5:1
  48:20
continues
  108:11
continuing
  102:7
contract  42:4
contracting
  51:15
contraction
  51:18
contractor  9:23
  19:12,12 21:2
  68:6,17 70:3
  93:7 98:21
  100:15 148:8
  151:5,18
  167:10 236:5,5
  236:6 238:25
  239:1,4
contractors
  21:8,9,10
  150:3 151:16

222:4 236:6,7
contracts  41:23
  51:9 62:7
contributed
  36:13 46:10
control  30:2
  51:10,14 88:24
  89:2
controlled
  41:18 72:15
controllers
  22:2
conventional
  21:5
conversation
  115:6 161:12
conversations
  237:20
convinced
  172:25
cooled  35:3
cooling  30:1
copies  252:14
coppell  1:23
  6:12
copper  28:21
  28:21,23
copy  53:18,20
core  17:23
coring  72:20
  231:14
corner  107:1
  171:14 172:23
corp  11:14

corporation
  1:4 6:7,24
  190:5 250:4
  252:4
correct  9:16
  14:1 15:3,4,5
  20:7,8,11
  23:22,25 24:1
  24:7 30:3
  49:23 55:2
  59:15 60:1,15
  61:3 68:15
  69:18 85:22
  90:6 93:21,22
  94:2,4 115:12
  124:11 149:25
  164:18 180:10
  184:16 187:20
  190:20 199:21
  200:24 203:1
  203:15 204:16
  204:17 205:14
  209:1 218:1
  220:1,25 221:1
  225:15 227:15
  229:5 234:7,9
  248:4 249:6
corrected  55:22
  57:4 70:1
  233:3
corrections
  82:25
correctly  13:20
  28:9 155:5

| | | | |
|---|---|---|---|
| **corresponden...** 4:3,9 5:5 | 233:25 234:1,6 | 32:20 39:13 | **cracks** 47:25 |
| **corrode** 163:24 | **counsel** 6:16 | 55:10,16 78:22 | 48:14,18,22,22 |
| **corroded** 142:9 | 53:2,19,21 | 78:24 99:11,11 | 49:1,8,16,22,25 |
| 167:5 209:12 | 55:6 79:1 | 146:1 170:21 | 51:21 72:6,7 |
| 209:17,23 | 124:22 131:15 | 179:11 202:19 | 72:12,17,25 |
| **corrosion** | 146:8 184:2 | 243:9,14 245:2 | 73:7 117:14 |
| 42:25 142:1,15 | 190:14 202:21 | 250:1 | 176:2 180:18 |
| 144:4,18 | 203:7 224:16 | **cover** 126:21 | 228:18 229:14 |
| 166:19 208:23 | 235:13 240:17 | 137:23 178:17 | 229:18,18,23 |
| 210:3,9 | 250:24 252:14 | 234:14 245:11 | 229:24 230:8 |
| **cost** 56:10 60:8 | **count** 74:6 | **covered** 23:6 | 230:10,19,24 |
| 60:13 61:11 | **countertops** | 23:11 53:13 | **cradle** 13:11,23 |
| 65:25 73:13 | 134:19 | **covers** 121:11 | **crater's** 108:2 |
| 75:20 77:19 | **country** 19:16 | **crack** 109:2,2,3 | **crawling** 58:18 |
| 86:5 88:19 | 169:12 | 180:17 | **create** 101:17 |
| 92:19 96:7,11 | **couple** 9:1,11 | **cracked** 36:19 | **created** 135:12 |
| 96:16 147:7 | 11:21 39:25 | 49:11 89:22 | **creates** 87:4 |
| 148:25 152:22 | 114:12 172:18 | 175:12 180:17 | **creating** 107:2 |
| 160:20,22 | 185:4 192:4 | **cracking** 47:24 | **creative** 238:20 |
| 161:14 166:14 | 243:6 | 47:24 48:8,9 | **creditors** 2:16 |
| 168:4,6 179:3 | **couplings** 82:7 | 48:17 49:8,15 | 7:6,13 53:21 |
| 182:8 208:11 | **course** 10:16 | 49:15,17,20,25 | **crisis** 19:6,14 |
| 213:5 214:22 | 11:6 24:11 | 66:13 71:17 | **crushed** 75:5 |
| 220:18 223:9 | 61:20 62:15 | 72:4,4 108:18 | **cs** 252:15 |
| 223:19 224:8 | 71:2,5 76:12 | 108:23,25 | **csr** 1:19 250:10 |
| 227:1 | 83:18 102:23 | 109:1,10,12,21 | 251:9,9 |
| **costs** 21:17 | 103:23,24 | 123:8,9 138:23 | **ctg** 1:4 6:8 |
| 60:4 61:18 | 106:17,19 | 139:21,22,22 | 250:4 |
| 62:18 73:5 | 112:23 113:1 | 140:10,11 | **culprit** 132:17 |
| 75:11 76:18 | 125:5 134:2 | 172:17,19 | 244:7 |
| 80:22 90:5 | 137:4 182:12 | 174:16,16 | **curb** 113:13 |
| 93:6 167:10 | 195:24 212:5 | 175:6,7 229:2 | **curious** 142:5 |
| 183:1 212:25 | 223:15 227:25 | 229:10,12 | **current** 23:9 |
| 216:24 219:23 | **court** 1:1 8:6 | 230:13 231:11 | 25:9 92:15 |
| | 30:22,24 31:13 | 231:12,20 | 117:15 173:2 |

232:4 233:20
233:23
**currently** 20:1
86:10 220:6
**customer**
213:18 214:23
227:1 232:14
238:22
**customers**
13:13 15:17
16:9 17:24
18:6,7,9,11
19:14 23:10
68:23 237:20
**cut** 66:5 89:25
90:9 93:14
107:10 108:7
135:8 158:10
213:21
**cutting** 38:25
235:15
**cycle** 230:12
246:21
**cycles** 48:24

**d**

**d** 2:11 3:1 6:1
67:18 116:11
**d.i.** 1:6 250:6
**dallas** 12:16
24:6,8 235:24
**damage** 25:8
27:7 46:2,7,9
46:12 49:4
57:6,9 58:14
80:23 81:9

86:13,23 89:16
99:3 104:17
112:23 130:19
134:23 137:4
160:9 196:7
205:2 211:20
243:20
**damaged** 27:14
27:20 29:21
37:5 38:6
45:14 58:21
75:4,21,23
76:6 77:3
78:14 89:22
111:13 112:6
112:20 113:15
117:2 118:11
118:15 120:4
133:19 158:13
160:3,9 161:3
165:13 179:1
197:8 201:23
206:2 219:3
223:11
**damages**
106:21 132:2
147:4 232:17
**damp** 130:8
**danger** 229:24
**dangerous**
229:25 246:23
**dark** 38:3
134:9
**darker** 39:20
100:3 197:12

**data** 90:15,19
90:23 91:4,8,9
**database**
151:16
**date** 250:19
251:10
**dated** 53:17
54:22
**day** 1:18 9:18
9:22 14:15,15
15:20,20 16:6
16:6 23:18,18
62:13,13 64:1
94:20,22 182:7
182:7 251:5
**daylight** 244:19
**days** 92:19
250:19 252:16
**de** 189:12
**deal** 29:22
37:11 46:11
62:13 63:8
75:23 82:19
87:7 101:21
108:13 115:25
156:12 217:12
230:8 232:8
**dealerships**
19:24
**dealing** 51:23
127:7
**deals** 238:20
**debris** 64:12,13
106:15 113:12
137:24 176:2

**debtor** 54:12
**debtors** 1:5 2:4
6:7,24 23:25
30:15 53:20
154:16 190:5
250:5
**decent** 27:13
177:2
**decided** 134:3
**deciding** 91:24
**decisions** 16:10
**decorator**
217:13
**deeper** 48:23
**default** 151:25
**defect** 201:1,4
201:6,16
**defective**
201:10
**defined** 95:20
**defining** 12:20
13:24
**definitely** 27:11
42:6 47:17
71:23 75:3
89:5 102:16
168:21 210:6
220:10 246:20
**degradate**
233:7
**degradated**
73:6
**degradating**
230:14

| | | | |
|---|---|---|---|
| **degraded** 158:13 | **deployed** 193:1 | 99:18 100:18 | **detailed** 218:8 |
| **degragated** 100:23 117:17 | **deponent** 6:9 250:18,18 252:13 | 105:24 110:4 112:14,19 114:10 121:5 | **details** 80:6 **determine** 23:15 151:2 |
| **degree** 9:4,6 45:25 84:4 207:4 | **deposed** 7:20 **deposing** 252:13 | 126:6 185:18 190:24 196:19 230:5,7 233:5 | 201:9 215:2,2 231:20 **determined** |
| **delaminate** 42:5 | **deposition** 1:10 1:14 23:22 | **described** 20:2 46:9 152:6 | 149:19 150:12 166:8 220:3 |
| **delaminating** 43:5 139:20 | 54:4 166:16 241:1,4 247:3 | 187:4 229:11 234:13 | 223:10,11 233:2 234:25 |
| **delamination** 109:22 | 249:4 250:8,15 **depositions** | **describes** 183:15 | **determining** 215:11 234:22 |
| **delaware** 1:1 2:12,13 24:14 | 240:23 **deprive** 66:21 | **describing** 124:9 | **develop** 13:13 191:8 213:15 |
| 24:16 240:13 240:14 250:1 | **deprived** 65:10 **depth** 72:3 | **description** 4:2 5:2 | 215:3 216:13 221:11 236:25 |
| **delivered** 242:1 | 155:15 156:18 157:21 227:15 | **descriptive** 39:17 | **developed** 224:9 235:8 |
| **delta** 165:7 **demising** 37:8 | 227:20 **derived** 153:17 | **design** 12:17,18 13:2 21:6 | **developing** 12:20 15:21 |
| 125:20 **demoing** 81:12 | 156:4 159:7 **describe** 8:12 | 217:13 235:4 235:21 | 16:12 17:24 62:8,9 221:17 |
| **demolished** 64:13 | 32:23,25 36:7 37:25 39:15 | **designed** 50:17 50:18 51:7 | **development** 15:13,15,25 |
| **demonstrate** 45:10 | 44:16 47:5 49:9 52:2 | **desk** 54:8 **destini** 65:17 | 16:16,19 **difference** 16:5 |
| **department** 15:19 195:20 | 55:18 61:10 65:23 67:15 | **destroyed** 111:14 112:7 | 157:9 165:11 201:3,12 |
| 219:13 **depending** | 74:2 75:19 76:23 77:21 | 118:16 120:3 122:3 | 207:17 **differences** |
| 41:25 47:14 77:15 95:6 | 78:11 79:10 80:21 81:19 | **destruction** 88:14 | 37:17 **different** 20:25 |
| 235:23 **depict** 174:20 | 84:3,4 91:13 97:6 98:22 | **detail** 26:16,20 175:11 181:6 | 55:5,7,8 88:1 151:17 152:8 |
| 177:24 | | | |

157:3,3 162:8
185:22 197:4
208:1 211:9
214:6 215:14
217:12 226:9
236:18
**differently**
117:7
**difficult** 27:21
27:25 38:2
39:5 43:10,12
82:11 130:23
**dilapidate**
48:20
**dilapidated**
43:17 79:25
103:16 105:25
106:2 126:1
131:23 207:24
**dinged** 33:6
120:2
**direct** 42:15
168:3 196:17
227:6 243:11
**direction** 60:22
146:24 173:1
197:21 199:7
213:17,17
**directly** 21:8
**dirt** 89:12
137:24 236:4
**dirty** 33:5,8,8
34:22 35:23
36:25 40:10,12
133:7 136:10

**disadvantage**
226:3 228:5
**disarray** 33:18
35:24 36:20
40:12 121:10
126:10 131:22
**disciplines** 9:12
**disclosure** 44:7
**discolored**
34:21
**disconnects**
47:9
**discounts** 192:7
**discover** 73:3,5
91:4 93:12
**discovered**
86:8
**discuss** 168:20
190:17
**discussed** 77:25
147:6 189:9,10
241:8
**displacing**
157:19
**dispute** 240:2
**dissimilar**
37:16
**distance** 111:18
**distinction**
201:14
**distinguish**
201:1
**district** 1:1
250:1

**division** 61:5
65:21,24 74:1
75:11,16 78:20
79:9 80:20,21
81:18 85:23
150:16 153:7
153:11 159:22
159:23 162:20
164:9,25
179:21 180:5,9
182:25
**dock** 27:11
28:2 42:18,19
43:9,13,13
45:11,13 78:20
79:13,16,21,23
79:25 80:7,15
80:15 81:24
83:12 99:8
115:16 116:17
121:24 122:1
122:25 123:2
123:20,21,22
123:24 124:3
125:21,22,23
149:6,6 164:7
164:7,10,21
170:16,16
177:9,11,14,17
177:18 178:4
182:25 186:6
187:1,2 189:7
189:8 191:4
212:14

**document** 67:4
67:5 140:24
146:19,21
147:25 154:3
154:15 184:1
224:20
**documents**
30:23 31:2,14
39:14 71:4
78:23 99:12
170:21 181:15
235:21
**dog** 63:9
105:10
**doing** 9:22
13:25 16:6
18:15,23 19:10
19:18 42:12
45:3 80:4
86:10 88:18
116:20 144:25
180:19 202:2,4
208:6 215:22
216:1 218:21
231:14 235:18
**dollar** 21:9
64:23 65:5,13
72:24 152:25
192:25 219:15
**dollars** 23:12
65:4 137:10
**door** 23:4
42:20 43:11,19
43:20,23,25
44:3,5,6,13,20

44:20 74:5,6,7
74:11,18,18,20
75:8,12 118:8
118:25 119:25
126:22 129:9
135:11,12
159:24 160:4,5
160:11 161:1,5
162:6 179:1,8
218:24 219:19
**door's** 42:19
**doors** 44:1,14
44:18,19 45:11
45:13 74:9,23
74:24,25 75:1
75:3,13 118:4
118:7,10 120:5
128:4 148:24
159:24 160:3,7
160:7,9,14,17
160:19,22,24
160:25 161:7,8
161:9,13,15
162:3,3,4,4,5,7
162:10,11,14
162:16 171:16
171:17 176:23
178:4 186:7
215:19 218:21
219:1,2,4,6
222:5 223:7,9
223:10,14,14
223:15,17,17
223:21,24
224:3,8,9

**double** 37:7
118:4 160:21
**doubled** 223:20
**doubts** 59:16
**dowels** 51:8
**downside**
225:22
**dozen** 11:8
14:17 79:19
**dozens** 11:4,5
**drafting** 216:5
**drag** 106:11
**drain** 85:10
129:15,20
**drainage**
106:25
**drained** 129:20
**draw** 178:23
**drawing**
235:25
**drawings**
217:19 235:5,5
235:7,7 236:15
**dries** 131:1
**drinker** 2:12
6:19
**drive** 1:22 6:12
99:25 138:18
138:24
**driven** 122:6,7
152:24
**driver** 111:11
**drives** 67:2
152:22,22

**drone** 144:21
**dry** 41:24
83:13,13
**drywall** 29:13
75:17,18 76:20
78:18 130:12
204:11 236:6
**due** 203:13
206:3 211:11
223:10
**duly** 1:16 7:15
250:14
**dumpsters**
64:12 152:15
152:18
**dunham's**
67:18
**duration** 61:13
95:15 152:21
152:21

**e**

**e** 2:1,1 3:1 4:1,3
4:9 5:1,5 6:1,1
32:11 100:19
148:17,18
199:20 200:1,5
222:17
**earlier** 11:4
57:24 73:2
75:25 103:9
132:13 190:4
198:8 203:8
205:25 208:20
220:13 225:5
229:2 237:5,14

**early** 8:20
17:19 18:24,24
19:11 51:22
**easier** 216:11
**easily** 235:2
**east** 228:6
**economy's**
194:19
**education** 8:12
**effect** 58:2
71:12
**effective** 182:8
223:19
**effectually**
135:9
**efforts** 94:23
**eight** 45:11,13
63:25 194:9
**either** 39:24
43:6 73:4 75:5
126:23 196:22
218:17 239:4
**elected** 220:11
**electric** 27:1
63:10
**electrical** 26:25
28:8,10 52:7
86:1 87:11,15
87:25 88:6,7
91:8 92:6
115:8 116:25
186:4 214:20
235:6
**electrician** 86:9
86:11,12 87:9

| | | | |
|---|---|---|---|
| 89:16,17 222:3 | **engineers** | **erect** 21:2 | 187:19 190:3 |
| **electricians** | 11:15 216:25 | **erickson** 1:10 | 203:7 205:17 |
| 236:7 | 217:4,5,18 | 1:14 3:5 6:9 | 208:19 225:2 |
| **electrified** | 220:15 | 7:14,19 20:10 | 234:20 243:2 |
| 105:13,16 | **enjoyable** | 20:15 21:11,16 | 243:14 245:20 |
| **element** 203:18 | 23:17 | 30:25 31:14 | 248:2 249:3,9 |
| **elevations** | **entails** 80:21 | 32:12 52:25 | 250:8,13 252:5 |
| 157:11,24 | **enterprises** | 53:12 54:1,19 | **erosion** 169:2 |
| **ellis** 2:6 6:23 | 9:24 10:9 | 55:12 78:25 | **errata** 252:11 |
| 189:22 190:4 | 12:12 | 79:8,8 86:2 | 252:13,16 |
| **embed** 123:23 | **entire** 27:24 | 88:9 97:3,6,23 | **error** 248:5 |
| 123:23 | 50:12,13 65:6 | 98:3 99:13 | **essence** 92:5 |
| **embedded** | 65:11 76:19 | 140:19,24 | **essentially** |
| 123:24 177:14 | 82:19 84:9 | 141:6,7,8,9,10 | 22:17 57:20 |
| **employed** | 99:1,4 101:21 | 141:11,12,15 | 165:20 |
| 250:24 | 113:1 138:22 | 143:6 146:2,5 | **estate** 191:5 |
| **employees** | 162:24 196:23 | 146:17 147:25 | 195:19,20 |
| 21:16 68:13 | 204:22 240:24 | 148:1,4,16 | 199:9 |
| 168:10 | **entirely** 60:12 | 149:2,23 150:7 | **estimate** 4:5,6 |
| **encasement** | **entitled** 65:22 | 150:21 152:3 | 4:22,24 5:7 |
| 126:14 | 154:11 | 153:12,19 | 53:16,16 54:20 |
| **ended** 210:11 | **entity** 220:22 | 154:6,10,20 | 54:22 55:1,4 |
| **ends** 96:13 | **entry** 63:4,7 | 158:2,24 | 55:11,17,19,23 |
| 112:8 214:13 | **envelope** 122:8 | 160:13 161:16 | 56:1,4,6,9,15 |
| **energized** | **environment** | 162:18 164:14 | 56:24,25 57:20 |
| 28:13 36:16 | 194:22 | 164:15,24 | 59:10,14 60:7 |
| 40:15 58:22 | **environment's** | 165:6 167:9,22 | 60:17 65:16 |
| **engaging** 231:1 | 211:17 | 170:22 171:10 | 69:7,22,25 |
| **engineer** | **equally** 167:15 | 174:19,25 | 70:17 80:10 |
| 216:13 | 167:18 | 179:12,15 | 84:2 85:14,20 |
| **engineered** | **equipment** | 180:24 181:3,7 | 88:10,20 96:17 |
| 235:7 | 67:21 78:20,20 | 182:19,23 | 146:22 147:1,3 |
| **engineering** | 164:10,20,21 | 183:8,12 184:5 | 147:3,7,10 |
| 235:5 | 183:1 222:25 | 184:8,9,11,19 | 149:7 152:3 |
| | 223:2,5 | 185:8,10 | 153:2,18 156:5 |

159:1,2,5
161:11 163:3
164:18 167:12
167:22,23
179:16,22
180:18 181:16
181:25 184:15
184:19,22
187:18,19,20
206:22 217:24
218:3 220:20
222:10 223:12
224:4,9 225:9
226:16 227:3,7
228:17 233:16
233:18 237:11
**estimate's**
23:10 57:4
**estimated**
10:25 14:6
75:7 168:6
**estimates** 11:5
11:5 13:14
15:18,18 18:9
18:10 22:25
23:2,4 68:21
68:22 70:24
95:2 181:23
182:10 193:18
195:1 204:16
213:1,8 215:22
215:23 216:1,6
216:8 218:20
219:25 220:5
232:21,22

233:19,24
239:20
**estimating**
10:13,15,18
12:19 13:24
15:21 17:16
22:21 65:17
212:25 213:5
214:21
**estimations**
14:20
**estimator**
10:14 15:20
60:18 197:16
**estimators** 23:5
60:19 147:13
147:15
**et** 1:4 6:7 117:3
117:3 214:20
250:4 252:4
**etches** 132:2
**evaluate**
221:22 236:12
**evaluation**
231:15
**evening** 29:1
**event** 48:19
101:23 169:7
211:24 212:7
**events** 72:11
209:24
**everybody**
53:22 54:5
66:16 80:17
140:22 156:10

156:11 226:4,5
226:12 231:25
236:17,17,17
**everybody's**
238:16
**exact** 109:19
159:16
**exactly** 159:7
160:7
**examination**
3:6,7 7:17
190:1 243:4
**example** 11:24
12:2 21:19,22
22:2 58:5 59:9
59:10,11 63:13
65:7 77:11
89:7 90:12
93:11 114:18
118:7 128:3
145:10 176:1
189:13 192:11
192:19 193:22
198:5 207:18
208:3 214:15
218:10 219:12
221:13 236:4
236:14
**examples** 202:7
202:18
**exceed** 219:15
**exceeded** 50:24
**exceeds** 116:17
**except** 249:6

**exception**
35:25 200:20
**excessive** 186:7
**excessively**
197:8
**excluded** 97:15
183:16
**excluding**
239:1
**exclusion** 97:13
**exclusions**
88:23
**excuse** 195:10
202:23 233:18
237:4 238:11
**exercise** 201:19
**exercising**
194:11
**exhibit** 2:23 4:3
4:5,6,8,9,11,13
4:14,16,17,19
4:20,22,23 5:3
5:5,7,8,10,11
30:25 31:14,17
32:8 53:1,2,12
53:13 55:12,13
55:14,17 65:1
74:2 78:25
79:1,5,8,8,9
80:20 86:3
88:9 96:15
97:3,4,6 99:13
99:14 124:22
131:15,20
140:19,24

141:1,7,7,8,9
141:10,11,12
141:13,15,20
146:2,3,5,8,9
146:12,13,17
146:18 147:21
147:22,24,25
148:2,6,12,16
149:2,24
150:22 152:3
153:13,19
154:7,8,21
158:2,25
160:14 161:17
162:19 164:14
164:15,25
167:9,22
170:22,23,24
174:19 179:12
179:13,15
180:25 181:1,3
181:15 182:19
183:9 184:2,3
184:6 185:10
186:14 190:13
202:20,21,22
202:25 203:1,3
205:13 208:17
208:20 224:16
224:19,23,24
234:17 235:10
235:12 243:9
243:12,15
244:2 245:2,3
245:5

**exhibits** 3:3
143:6
**existing** 18:7,9
86:17 161:5
162:25 191:7
210:20
**exit** 42:18
163:10
**expand** 42:4
**expanding**
51:14
**expands** 41:23
51:9
**expansion** 51:7
51:8,10,17
66:19
**expect** 154:12
166:19 185:21
**expectancy**
215:12
**expense** 90:4
**expensive**
74:21 83:3
88:15 92:22
145:17
**experience**
16:19 24:19,21
60:2 71:19,20
90:6 94:5
198:4,4
**expert** 71:19
102:10 228:2
230:25 231:1
**expiration**
251:10

**explain** 20:13
86:4 112:2
159:25 160:15
194:16 214:14
234:21 248:5
**explains** 97:10
**exponentially**
168:23
**exposed** 51:2
**exposure** 51:19
101:20
**expressed**
59:16
**extend** 72:25
**extended** 193:2
**extent** 56:15
188:3
**exterior** 28:1
42:14 80:24
99:4 122:8,8
125:23 138:11
139:7,14 163:9
163:20,25
164:3,5 176:16
176:16,20
177:1 197:5
**extremely** 33:8
**eye** 113:16
123:3
**eyes** 168:16
197:17

**f**

**fabric** 66:5
114:14 159:11
233:12,13,13

**fabric's** 111:1
**facets** 17:20
**facilities** 11:23
19:22,22 25:8
62:23 64:12
87:6 88:13
104:19 157:2
198:20,21,23
**facility** 58:20
63:11,14,20
65:6 74:15,23
87:22 98:15
99:1,9,24
114:25 118:5,6
138:19 139:1
143:17 151:19
151:20 160:2
160:20 162:7
162:13 164:22
169:24 170:15
171:14 174:20
179:19 185:17
185:20 188:25
198:25 199:3
200:10 201:20
206:21,24
211:25 218:17
239:22
**facility's** 118:4
**fact** 36:15
41:17 46:22
93:19 142:4
175:22 210:14
211:13 212:4
242:1

| | | | |
|---|---|---|---|
| **facts** 248:4 | 137:9,9 142:18 | 140:6,23 141:4 | 152:14,21 |
| **faded** 33:12 | 163:23 169:25 | 141:6,14 | 155:7 188:5 |
| **faegre** 2:12 | 173:15 174:5,9 | 145:22,25 | 202:3 215:21 |
| 6:19 | 177:2 214:13 | 146:4,6,10,14 | 216:22 231:5 |
| **faegredrinker...** | 224:12 237:1 | 146:15 147:19 | **fast** 89:14 91:2 |
| 2:14,14 | **fairway** 20:3 | 147:23 149:11 | 92:24 |
| **fail** 95:24 | **fall** 47:1,2 | 149:14 154:2,9 | **fastened** 46:25 |
| 108:11 | 121:9,11,13 | 170:20,25 | **fasteners** 142:3 |
| **failed** 93:14 | 144:19 209:9 | 171:18,20 | 145:13,14 |
| 102:16,16 | **fallen** 36:14 | 172:8,10 | 209:22 210:21 |
| 107:24 | 101:8 | 174:23 175:3 | 210:22 |
| **failing** 73:22 | **falling** 59:13 | 176:6,8 178:5 | **fastens** 179:7 |
| 167:5 175:14 | 113:2 | 178:7 179:10 | **faucet** 129:25 |
| **fails** 252:18 | **fallon** 2:11 3:6 | 179:14 180:23 | **fedex** 188:19,23 |
| **failure** 108:4 | 6:18,18 7:3,5 | 181:2 183:6,10 | 188:24,25 |
| **failures** 100:5 | 7:18 30:22 | 183:22 184:4,7 | 189:1 242:2,6 |
| **fair** 13:25 | 31:12,18,24 | 184:25 185:7 | **fee** 233:16,23 |
| 16:15 17:5 | 32:20,22 34:8 | 189:19,24 | **feed** 86:22 |
| 23:11 38:16 | 34:9 44:9,11 | 202:19 205:7,9 | 89:23,23 |
| 57:21 68:14,15 | 48:2,5 50:2 | 208:16,18 | **feedback** |
| 68:20 70:24 | 52:13,16,23 | 235:16 242:14 | 237:23 |
| 114:22 115:5 | 53:10,14,19,24 | 243:5,8,13,25 | **feeders** 27:3 |
| 120:25 121:14 | 53:25 54:9,15 | 244:3 245:1,4 | **feel** 58:9 80:2 |
| 150:4,22,23 | 54:18 55:10,15 | 245:14,18 | **feels** 75:25 77:6 |
| 153:9 156:1 | 78:21 79:3,6 | 246:24 247:2 | 85:6 |
| 158:19 159:3 | 96:24 97:1,5 | **falls** 120:22 | **fees** 89:4 |
| 164:2 165:18 | 97:19,22 99:10 | 209:18,18 | **feet** 65:5 105:7 |
| 167:22 180:5 | 99:15 100:10 | **familiar** 151:19 | 106:12 109:2 |
| 246:9 | 119:17,19,21 | 198:19 240:4 | 111:19 118:8,8 |
| **fairly** 16:11 | 122:22 123:10 | **family** 22:11 | 180:19 |
| 21:23 47:25 | 124:14,19,25 | **fancier** 15:14 | **feld** 2:18 7:12 |
| 48:18 49:9,16 | 131:18,21 | **far** 11:7 16:18 | **fell** 36:19 |
| 85:24 105:4 | 132:3 134:11 | 27:13 45:22 | **felt** 74:7 81:23 |
| 117:20 121:12 | 134:13 136:4,6 | 50:24 72:25 | 91:9 145:21 |
| 126:1 135:16 | 136:9,15 140:5 | 73:10 95:3,3,5 | 162:10 189:11 |

| | | | |
|---|---|---|---|
| 210:15 211:23 233:9 244:18 | **filled** 112:22 | **finished** 29:15 185:1 | 86:14 147:7 179:4 214:17 |
| **fence** 25:19 | **filling** 231:23 | **finishes** 29:10 | 214:17 |
| 63:9,10 99:2 | **filter** 137:8 | 29:12,12 65:8 | **fixed** 42:11 |
| 104:9,11,12,17 | **final** 64:8,11 | 65:9,10 75:17 | 55:22 59:13 |
| 104:18 105:7 | 65:16 187:18 | 162:20 215:15 | 75:19 177:20 |
| 105:10,13,16 | 187:18 193:20 | 216:21,21 | **fixing** 58:3 |
| 110:6,22,24,24 | 220:1,2 | **fire** 29:20 58:21 | 66:11 78:7 |
| 111:11,19,20 | **finalizing** | 58:23 81:22 | 86:15 |
| 112:9 113:15 | 237:11 | 82:2,6,23 83:5 | **fixture** 44:24 |
| 113:15,19,22 | **finally** 69:9 | 91:14,15,16,16 | 121:13 126:21 |
| 114:9,18,20 | **finance** 9:12 | 91:17 92:1,1,5 | 137:22 |
| 115:4 138:12 | **financial** 19:6 | 92:16 93:2 | **flag** 137:17 |
| 138:15 153:24 | 19:14 | 212:7 | **flakes** 76:16 |
| 159:6,12 | **financially** | **fired** 12:21 | **flaking** 176:24 |
| 186:25 197:3 | 251:2 | **firm** 85:18,20 | **flashing** 81:14 |
| 232:17 | **financials** | 94:22 | 179:5 |
| **fences** 104:25 | 17:21 | **firms** 217:5 | **flips** 27:19 |
| 159:2 | **find** 37:7,7,11 | **first** 7:15 12:24 | **flood** 93:25 |
| **fencing** 27:7 | 58:2 67:13 | 18:22 61:9 | **floor** 33:6,9,13 |
| 66:2,4,11 | 68:9 88:18 | 98:11 119:14 | 33:14,16,17,21 |
| 110:20,21 | 90:4 93:19 | 144:11 148:11 | 34:7 35:19,20 |
| 186:25 232:17 | 117:11 151:23 | 153:13,21 | 36:21,22 39:18 |
| 232:23,25 | 166:13 182:7 | 154:17 155:11 | 39:20 59:10 |
| 236:5 | 221:20 222:22 | 159:24 170:15 | 77:12 85:11 |
| **field** 14:13 61:9 | 234:6 239:10 | 171:1,4,9 | 127:1,2,8 |
| 61:17,20,20 | **finding** 13:12 | 190:12,17 | 128:4,5,6,16 |
| 62:4,15,15 | 13:23 221:19 | 195:4 226:6 | 129:10 132:2 |
| 63:21 152:5,23 | **finds** 238:22 | 234:21 240:12 | 133:6,20 |
| 179:25 | **fine** 87:18 | **fit** 44:5 | 134:19,20,20 |
| **fifth** 168:23 | 145:20 167:1,4 | **fittings** 82:7 | 136:21 137:19 |
| **figure** 38:18 | 167:7 212:21 | **five** 20:21 66:3 | 162:25 163:1,1 |
| 94:10 237:19 | 245:1 | 185:3 | 205:10 206:5 |
| **file** 53:7 175:10 | **finish** 96:1 | **fix** 37:1 43:1 | 206:13,20 |
| | 157:24 213:21 | 47:12 75:8 | 207:2,4,5,14,14 |

208:9 216:21
217:11
**floor's** 126:9
**flooring** 29:13
75:18 76:24
77:2,3 133:11
162:21 207:7
208:6 215:18
218:11,16,19
**floorings**
207:10
**floors** 42:11
126:8 131:22
133:6 206:1,2
206:10,23
207:2,14,22,22
207:23 208:13
214:17
**flowing** 106:24
**focus** 9:8,10
31:19
**focused** 189:3
211:12
**follow** 13:16
57:13 225:3
**following**
205:10 250:12
**follows** 7:16
**foot** 26:17 27:9
45:17 65:5,13
66:21,25 68:3
166:6 216:24
218:16
**footage** 65:20
66:24 159:9,16

162:24 218:12
218:15
**force** 11:25
**foregoing**
249:4
**forgets** 226:6
**forklift** 45:23
115:22 124:4
177:10
**forklifts** 75:6
117:3
**forks** 177:9
**form** 242:14,15
**fort** 12:1
**forth** 117:13
**forward** 45:22
189:22
**found** 70:7
151:23 168:24
181:12 202:14
237:6
**four** 10:21 11:6
11:9 14:4,17
15:9 20:18,21
22:10 168:16
**fourth** 168:22
**fractured**
140:12
**frame** 130:18
**frames** 74:5,8,8
74:20 75:12
159:24 160:7
160:10,11
161:9 166:24
219:3,7

**framing** 130:17
**frankly** 23:17
76:17
**free** 177:16,16
**freeze** 29:19,24
48:24 82:1
83:14,18
230:12
**freezing** 29:17
**freight** 1:16
2:10 6:20
19:22 23:21
25:1,25 79:17
86:9 98:18
118:5,6 143:21
170:5 182:6
195:11,22
232:11
**french** 238:11
**friends** 239:9
**front** 16:17
17:4,17 27:19
43:12 54:2
67:14 104:13
105:9,12,15
116:22 128:4
142:5 153:21
154:10 161:23
245:11
**frozen** 58:24
83:15
**fruition** 13:17
**full** 10:8 44:7
82:23 155:15
156:18 161:5

218:22,25
219:6 232:22
233:20
**fully** 172:25
**function** 153:1
162:23 192:17
192:18,23
**functional**
223:15 246:2
**functions** 16:7
**fundamentally**
20:25
**further** 59:2,4
189:19 194:16
210:24 220:13
243:3,4 246:25
250:17,23
251:1
**future** 41:16
**fw** 5:5

**g**

**g** 6:1 100:19
101:4
**game** 135:4
**gap** 114:9
**gaps** 231:3
232:16
**gate** 138:13
**gates** 159:3
**gauge** 233:24
**gear** 27:18
**general** 9:23
21:8,9,10 29:4
40:13 61:5
64:16 68:6,16

95:10 98:23
150:2 152:13
152:13 153:7
172:3 179:21
186:25 193:12
197:22,23
206:22 211:8
234:2,23,24
**generally**  23:3
23:12 25:14
28:6 50:18,25
59:7 70:7,25
73:3 78:8
80:17 95:16
96:12 107:23
108:4,5 116:22
123:24 130:1
132:2 142:17
143:8 147:1
152:13 181:13
187:13 192:21
194:10 197:21
200:22 214:8
214:15,25
216:23,23
217:7,14
218:12 219:16
226:6 228:13
234:14 236:18
237:23 238:5,9
238:9
**generation**
18:6 22:11
**generous**  94:6

**gentleman**
129:8 137:7
188:24
**getting**  16:12
28:4 38:12
70:1 72:7
73:24 87:8
91:7,8 163:23
199:6 221:7,16
225:22 226:3
226:18
**girts**  81:13
166:24
**give**  10:24
18:16,19 26:17
79:22 82:22
131:16 162:22
219:24 246:11
**given**  197:21
213:15 242:9
250:16
**gives**  102:6
246:8
**giving**  8:9
**glass**  41:9,12
**glue**  102:24
**gluing**  39:1
**go**  7:4,24 26:19
31:10 32:5
35:11,12,17
36:5,5 37:6
41:4 44:4,9
58:23 64:10
68:8 69:2
72:20,21 73:5

73:5,15 74:11
74:13,17 75:6
75:8 76:11
77:19 78:15
79:23 85:18
86:12,22 87:19
88:22,22 89:24
90:9 91:20
92:18 93:11,14
95:20,22 97:19
99:16 102:3
111:6 114:1
115:15 119:13
119:17,18,19
122:23 123:16
124:15,16
125:16 126:5
127:11 128:2
131:21 132:10
134:25 136:7
137:15 139:25
140:5,16
142:15,22
145:7,15,22
147:20 149:12
152:19 154:3
157:14 158:24
161:19 164:24
171:5 180:23
183:6,14,23
184:18 185:2,8
194:7,13 196:5
202:1 204:9,11
208:8,9 209:11
209:13 213:15

213:15,20,23
214:11,12
216:14 219:10
219:16 221:12
222:22 226:14
227:1 232:9
235:23,25
236:10,19,22
239:11 240:14
242:24
**goal**  92:23
**goals**  216:7
218:5
**goes**  96:7 102:6
116:1,19 154:5
179:5 184:14
**going**  6:3 7:6
8:2,6 13:8 18:8
18:9,13,25
23:4 26:15
39:4 41:10
43:22 45:16
54:10 56:21
57:1,25 58:18
61:12 62:21
64:8,11 65:5,9
65:10 73:14,15
74:13,14 75:22
76:1 77:10,16
86:20 87:1,9
87:22 89:9,18
91:18 92:7
97:23 99:10
100:1,8 104:17
106:25 109:24

| | | | |
|---|---|---|---|
| 115:15 154:3 | 173:19,21 | **grass** 106:2,9 | 58:6 59:13 |
| 157:18 159:10 | 174:2,9 176:23 | 175:18,23,25 | 85:6 116:18 |
| 162:9 163:7 | 177:20 179:19 | **grave** 13:11,23 | 117:1 137:3,23 |
| 169:9,20 | 183:2 184:23 | **gravel** 100:6,7 | 231:24 |
| 170:20 172:19 | 186:11 188:9 | 101:6 108:17 | **group** 21:7,12 |
| 172:22 175:6 | 188:14,14 | 113:1 230:1,3 | 21:13 22:25 |
| 184:17,18 | 189:13,14 | 230:5 | 67:18 149:18 |
| 190:6 192:25 | 197:25 202:10 | **gravel's** 103:21 | 150:11 |
| 202:17 212:10 | 202:14 209:19 | **gravelly** 101:2 | **groups** 22:18 |
| 212:10,17 | 211:6,18 212:6 | 101:4 | 79:18 80:14 |
| 213:23 214:10 | 212:15 230:21 | **gray** 33:12 | **grow** 106:3,18 |
| 217:11 218:11 | 235:18 238:23 | 39:20 | 106:20 176:4 |
| 218:12 219:20 | 246:19 | **great** 63:11 | **growing** 106:3 |
| 220:16 225:2 | **goods** 105:3 | 122:5 139:9 | 106:20 107:9 |
| 231:13,23 | **gotten** 22:4 | 143:1 160:12 | 175:18 |
| 235:1,3 236:3 | 72:8 74:21 | 175:8 200:11 | **grown** 19:1 |
| 237:25 239:15 | 155:8 229:18 | 202:4 210:1 | **grows** 175:24 |
| 240:1,14 241:9 | 238:20 | 212:5,14 242:8 | **guard** 63:9 |
| **good** 6:2 13:4 | **gouged** 133:7 | **greater** 49:10 | 105:9 |
| 29:18,22 33:23 | **gouges** 137:24 | 73:10 230:11 | **guess** 10:21 |
| 38:2,15 42:12 | **government** | **green** 106:6 | 21:14 26:24 |
| 46:15 54:10 | 11:17 | **grew** 19:9 | 38:10,11,20 |
| 56:10 60:9,14 | **grab** 54:8,11 | **grid** 37:7,10 | 47:3 51:18 |
| 63:13 75:13 | **grabbing** 90:25 | 39:3,7 75:24 | 56:20 70:15 |
| 76:8 81:16 | 91:6 | 76:14 130:14 | 73:9 82:16 |
| 93:3 96:18 | **grad** 8:15 | **grids** 37:5,5,13 | 85:25 86:7 |
| 105:19 111:10 | **grade** 157:24 | 37:13 40:16 | 88:1 93:23 |
| 117:5,8 118:18 | **graduated** 8:13 | 76:21 | 120:15 123:23 |
| 124:6 125:10 | 8:22 9:2 10:4 | **grimy** 34:22 | 126:12 134:3 |
| 127:14 141:22 | 10:21 | 35:23 36:24 | 135:9 137:5 |
| 143:23 144:2 | **graduation** | **groceries** 94:24 | 138:19 139:10 |
| 144:17,19 | 10:9 | **gross** 18:18 | 140:10 144:15 |
| 158:18,20 | **grandfathered** | 19:2,4,5 | 145:7 148:14 |
| 162:16 164:22 | 87:24 | **ground** 7:24 | 150:15 170:6 |
| 167:24 172:5 | | 38:7 44:23 | 173:11 185:11 |

191:19 193:15
201:4,6 212:10
228:24
**guessing** 28:19
40:1 44:20
66:5 77:12
86:25 91:5,21
112:8 115:8
116:20 120:23
121:12 124:6
130:20
**guidance** 199:8
199:12 214:1
215:6 218:4
**gump** 2:18 7:12
**guys** 52:5 66:15
100:15 228:6

**h**

**h** 4:1 5:1
**half** 11:8,10
49:10 57:19,23
79:19 156:14
160:23 161:8,9
161:15 162:6
162:12,14
170:1 193:5
223:13,14,16
228:10,10
236:8 241:14
**hammer** 81:4
**hand** 44:22
52:7 123:21
128:5 129:9
183:15 184:14
184:14

**handful** 141:23
**handicap**
163:11
**handled** 51:22
230:24
**handler** 135:2
**handlers** 47:16
84:14 85:9
**handles** 74:11
74:19
**handling** 84:23
85:8
**handrails** 78:1
163:9 164:5
**hang** 167:13
**hanging** 39:1
42:20 44:25
46:25 74:10,11
116:16 119:1
120:2 121:8
133:8 211:23
**happen** 66:2
72:5 74:14
**happened**
241:20
**happens** 194:1
194:1
**happy** 85:18
190:9
**hard** 36:11
37:11 45:9
92:12 108:20
117:11 123:6
130:12 205:20
229:23

**hardware**
42:21 43:23,25
74:5,9,21
75:12 126:22
159:24 160:4,5
160:10 215:19
218:25 219:1
219:20
**hauer** 2:18 7:12
**haul** 67:21
157:19
**hazard** 14:21
46:22 120:24
121:14 209:4
210:10
**hazards** 211:11
**hazy** 136:12
**head** 82:6
120:22
**heading** 194:21
**headquarters**
11:25
**heads** 82:4,5,6
83:15
**hear** 34:16
174:3
**heard** 71:20
105:19
**hearing** 231:8
240:2,5 242:11
242:21
**heat** 30:1 41:18
**heated** 35:2
**heater** 52:9,9
52:11

**heavy** 21:3,3
27:17
**height** 116:17
116:18
**heights** 144:12
**help** 233:24
**helpful** 31:20
168:11,21,23
**helping** 13:13
23:15 191:6,8
**helps** 102:4
168:15 221:23
**hereto** 1:25
**herndon** 26:1
98:18 170:5
195:17,18,19
199:20
**hey** 37:20 91:4
91:20 214:4
**hi** 190:3
**high** 16:13
94:13 118:9
209:23
**higher** 69:9
83:23 95:18
192:22 193:3
194:10 233:20
**highest** 138:22
**highly** 80:11
**highway**
157:17 212:1,2
**hinges** 120:15
**hire** 95:21 96:1
156:8

**hired** 9:25 10:6
**historically**
19:23 20:1
21:7 76:10
191:14 192:4,5
198:6
**history** 80:4
81:1
**hit** 47:2 63:14
63:15 75:5
111:20 115:22
117:18 122:3
124:5 177:9
230:2
**hits** 111:17
**hitting** 111:11
**hold** 83:19
117:19 177:17
190:13
**hole** 132:14
178:19 219:21
244:6,14
**holes** 126:19
133:9 244:8
**holl** 148:18
**honest** 94:22
**honestly**
155:14
**hope** 22:3 40:6
105:20 234:10
**horizontal**
105:12 204:14
**horrible** 75:2
**hot** 101:15

**hour** 11:3
57:21 170:1,1
241:14,14,14
241:15
**hours** 57:17
63:20,22,25
98:15
**house** 29:23
150:11,15
210:12 217:1,5
220:9
**hr** 21:15 22:2
**huh** 58:11 92:9
96:14 97:18
102:13 110:7
132:18 135:14
**human** 21:14
**humidity** 29:18
30:1 40:19
41:21
**hurt** 47:3
**hvac** 83:25
84:1 88:25
89:2 129:16
**hybrid** 21:3

**i**

**ibc** 87:25 92:15
**ice** 129:24
133:17
**idea** 144:17
214:11 237:25
**ideas** 215:15
**identified**
234:4

**identifies** 236:1
**identify** 42:17
115:19 118:3
132:11 133:22
134:8 136:1
141:17,20
146:19 148:1
149:3 168:15
178:24 183:11
183:25 202:9
216:18
**identifying**
148:11
**illinois** 2:7
**image** 205:10
206:6
**images** 206:1
**imagine** 28:25
46:4
**immediate**
211:11,19
212:16
**imminent**
229:24
**impact** 124:5
**implementing**
62:17
**import** 45:7
**importance**
73:24
**important**
104:18 117:21
151:1 158:4
230:16,17

**impossible**
27:25
**impression**
185:12 187:25
**impressions**
186:18
**improved**
179:19
**improvements**
186:2 214:7
**inaccuracy**
59:21
**inaccurate**
59:18,25,25
**inbound** 99:23
138:19,20
**incapable**
28:13
**inch** 49:10
66:12 67:21,22
73:19 148:9,10
155:16 156:13
156:14,14,23
156:25 157:4
157:21 174:13
174:14 180:13
207:18,19
227:20 228:10
228:12 231:19
**inches** 116:18
155:17 157:15
157:22 227:15
228:15
**include** 64:11
78:5 81:11

157:10 163:15
**included**  59:14
  77:17 90:5
  91:13 93:10
  97:17 139:11
  200:1 216:17
  219:23 239:2
**includes**  61:10
  76:20 78:9
  85:1
**inclusion**  97:12
  97:15,16
**inclusions**
  183:15
**inclusive**  93:9
  216:16 219:7
**incomplete**
  204:1,2
**incorporated**
  67:25
**increase**  73:13
  166:14 193:16
  221:24
**increases**
  193:13
**indicate**  8:5
  55:4 79:12
**indicating**
  59:17
**indicative**
  35:24 39:22
  40:7,22 43:9
  45:15 46:8
  63:13 72:1
  73:21 85:4

100:5 106:25
107:24 109:12
112:21,22
133:5,11
137:25 139:19
173:4 175:8
178:3 194:14
201:21 232:13
**indirect**  93:6
  167:9
**individual**
  22:14 195:13
**individually**
  53:8
**indoor**  163:18
**industrial**
  19:18,20
**industry**  24:21
  71:21 95:8
  194:15 232:11
  239:10
**inform**  240:18
**information**
  56:14 68:17,21
  150:3,7 156:15
  224:7,10
**initial**  69:25
  144:24
**inoperable**
  126:23
**inquire**  213:7
**inquiries**
  214:22 216:6
**ins**  87:10

**inside**  25:17
  33:4 75:6
  84:12 99:9
  122:4 163:13
  164:6 170:14
  185:18 188:6
  197:11
**insignificant**
  74:9 161:2
  228:12
**inspect**  196:24
  197:4
**inspected**  50:9
  150:13 196:18
**inspecting**
  197:6 239:19
**inspection**
  25:14 28:1
  170:7,12
  196:13 197:5
  199:8 211:2
**inspections**
  195:5 196:17
  196:20 197:20
  198:1,10,14
  199:24 200:25
  201:13 211:9
  222:9,9 233:21
**install**  44:6
**installation**
  148:24 164:21
**installed**  87:16
  117:10
**instance**  1:15
  217:24

**instructed**
  76:13
**instruction**
  199:12
**insulation**
  132:21 244:12
**insurance**
  17:22
**intake**  135:10
**intended**  56:9
  147:2
**intending**  7:9
**intensive**  60:5
**intent**  21:24
  63:8 116:23
  138:10 151:23
**intentions**
  218:7
**interest**  194:20
**interested**
  251:2
**interesting**
  19:7
**interior**  78:4
  125:17 163:8
  164:1 217:12
**internally**
  222:11 224:10
**international**
  87:14
**internship**  10:2
  10:6
**introduce**  6:16
  7:2

[investigate - kirkland]                    Page 32

**investigate**
  123:6
**investigation**
  57:8 59:2,5
  210:24 220:14
**investigator**
  41:11
**invitation**
  235:22
**involve** 47:15
**involved** 11:4,6
  11:9,14,16,24
  12:3,4,18 13:1
  13:7,12 15:17
  15:20 16:9
  17:25 18:6
  22:24 214:21
  215:1,21
  217:14,18
**involvement**
  22:21 196:16
**irregular** 49:21
**issue** 24:24
  34:5,22 38:21
  40:14 41:14
  45:8 48:18,23
  50:24 58:16
  69:24 71:16
  72:5 73:18
  74:12 76:17
  87:7,19 120:23
  124:2,7 126:2
  129:18 130:20
  132:17 167:2
  168:18,19

  207:1,8 209:10
  235:9 236:1,1
  236:9 238:10
**issues** 27:10,11
  45:19 59:11
  166:20 177:1
  197:18 206:24
  216:18
**it'd** 21:22
**it'll** 54:7
**itb** 235:22
**item** 61:9 76:20
  83:25 84:1,1
  85:25 95:1
  152:5 153:13
  160:13 165:1
  238:7
**items** 23:11
  55:20 61:2
  62:22,24 64:16
  74:3,4 75:17
  81:19 85:25
  88:19 93:8,9
  116:24 117:4
  166:16 200:9
  201:14 202:9
  202:13 218:22
  238:7

**j**

**j** 10:3 222:17
**jamb** 43:23
**january** 10:5
**je** 222:17,17
**jeff** 7:11

**jeffrey** 2:17
**jlatov** 2:20
**job** 15:2 16:16
  29:1 95:5
  141:22 175:9
  193:2 202:2
  235:18 238:23
  242:8
**jobs** 68:8,10
  237:16
**jobsite** 62:14
**jogs** 212:20
**johnson** 222:24
  223:2,5
**joined** 12:16,16
  12:24 18:22
**joint** 12:1
  180:20
**jointly** 1:5
  250:5
**joints** 51:7,8,10
  51:10,14 66:19
  66:20 67:1
  68:4 71:17
  72:22,23
**jquip** 222:14
  222:17
**jump** 184:17
**jumped** 161:11
**justification**
  74:3 75:20
  90:17
**justified** 76:25
  77:22,23

**k**

**keep** 71:4 108:9
  111:10 178:10
  182:14,14
  217:4 231:8
  246:21
**keeping** 102:1
**keeps** 102:7
  111:17
**kevin** 2:17 7:11
**kicks** 65:19
**kill** 47:3
**kind** 10:14
  13:10 20:3
  21:13 35:4
  37:11 43:8
  52:6 99:4
  105:11 108:24
  114:20 123:4
  126:17 133:10
  134:9,22
  136:11 145:7
  145:19 150:11
  151:15,25
  161:11 171:15
  173:4 211:1,23
  215:2 220:15
  228:13 229:11
  234:2 237:19
  238:12 241:8
**kinds** 215:17
**kirkland** 2:6
  6:23 189:22
  190:4

| kirkland.com | 45:25,25 46:10 | 86:19,20,22,23 | 120:3 121:11 |
|---|---|---|---|
| 2:8,8 | 46:23 47:1,14 | 87:1,11,18,20 | 122:25 123:8 |
| **knew** 151:24 | 47:15 48:17 | 87:22,23 88:3 | 124:4,5 126:10 |
| **knock** 177:10 | 49:2,3,4,7,11 | 88:23,24 89:3 | 126:12,13,21 |
| **knocked** 52:4 | 49:13 50:10,23 | 89:15,15,19 | 126:22 127:4,5 |
| 85:11 116:3,7 | 50:24 51:2,3,4 | 90:2,13,21,23 | 127:6,11 |
| 177:15,16 | 51:5,7,12,19,21 | 91:4,19,20 | 128:21 129:12 |
| **know** 13:8,9,12 | 51:23 52:5 | 92:14,15,16 | 129:12,24 |
| 14:11,17 16:10 | 54:5 56:14,19 | 93:11 94:14 | 130:18,24,25 |
| 17:21,22,24 | 56:23 57:3,6 | 95:15 96:4,5,9 | 131:3,5,7,9,24 |
| 18:7,17,18,25 | 57:10,11,25 | 96:10,12,20 | 133:19 134:4,8 |
| 19:1,6 21:5,9 | 58:7,9,12,13,15 | 97:17 98:25 | 134:15,16,17 |
| 21:22 22:1 | 58:16,17,21,23 | 99:3,7,8,21,25 | 134:22 135:3 |
| 23:7,8,9,15 | 58:24 59:1 | 100:4,7,14,15 | 135:15,15 |
| 24:13 25:8,17 | 62:5,8,8,10,12 | 100:24 101:2 | 136:5 137:6,10 |
| 25:19 26:17,17 | 63:8,19,22,22 | 101:13,14,15 | 137:18,23 |
| 27:9,21 28:17 | 63:23,24,24,25 | 101:16,17,18 | 138:21,24,25 |
| 28:19,22 29:7 | 64:1,12 65:8 | 101:22,24 | 141:2,23 142:1 |
| 29:8,11,13,17 | 66:8,8,10,25 | 102:4,5,7,9 | 142:4,5,13,14 |
| 29:19,21 31:19 | 70:13,19 71:18 | 103:21 104:15 | 143:1 144:1,4 |
| 33:15,15 34:19 | 71:22 72:5,9 | 105:21 106:1,5 | 144:5,14 145:6 |
| 35:3,4,5,5,20 | 72:10,11,12,13 | 106:15,17,18 | 145:16 147:6 |
| 35:20,22,24,25 | 72:22,24 73:1 | 107:12,23 | 149:15 150:16 |
| 36:4,9,10,12,12 | 73:2,2,3,6,9,11 | 108:4,9,18,18 | 152:15,17,17 |
| 36:16,17,18,20 | 73:18 74:12,18 | 108:21,22 | 155:14,16 |
| 36:22,24 37:13 | 74:23 75:1,3,5 | 109:1,2 110:9 | 156:4,13 157:7 |
| 38:4,5,7,13 | 75:7,9 76:1,10 | 111:3,8,9,12,14 | 159:8 161:3,5 |
| 39:1,16,16,25 | 76:12,16 77:3 | 111:18 112:7 | 161:12 166:3 |
| 40:3,5,5,7,8,10 | 77:6,8,11,11,11 | 112:11,25 | 166:20,22,25 |
| 40:16,17,24 | 78:6,7,8,16,17 | 113:11,13 | 168:16,17,22 |
| 41:6,10,11,16 | 79:18 80:5,6,6 | 114:15,18,24 | 169:7 172:21 |
| 41:17,22,23,24 | 80:7 81:25 | 115:1,23 116:1 | 172:23 173:1,3 |
| 42:1,4,4,5,21 | 82:3,5,13,14,16 | 117:2,9,9,11,12 | 175:7,9,22,23 |
| 42:24 43:6,10 | 83:19 84:18,22 | 117:17 118:8,9 | 176:1,3,25 |
| 43:20,21 44:24 | 85:11 86:9,17 | 118:10,14 | 186:5,24 |

188:12 189:10
189:14 190:9
191:6 192:19
192:21 193:1,3
193:4 194:4,9
194:18 196:21
197:2,7,8,14,17
197:18 201:23
205:4,19
206:19 207:6
207:18,21,21
208:2,7 209:9
209:15,20,21
209:23 210:11
210:15,16,17
210:18,23
211:17,18,20
211:21,24
212:4,6,11
213:18 214:4,6
214:8,9,10,15
214:20 215:3,3
215:10,17,22
216:20,22,23
217:6,9,9,16,17
219:2,7,17,18
219:19 221:15
221:19 225:25
226:8,15,21,24
227:10,17
230:4,15 231:7
231:8,8,9,12,21
231:24 232:22
233:4 234:23
235:6,14,14

237:15,18
238:4,7,11,16
238:22 239:1,5
239:11 240:1,8
242:2,3 243:22
245:16,19
246:15,16
**knowing**  74:14
**known**  195:23

**l**

**l**  100:19 116:11
116:11 179:5
**lab**  12:7
**labor**  67:20
92:19 148:24
**lack**  34:25
51:18 113:11
186:23
**lakeshore**  1:22
6:11
**lampley**  2:5 3:7
6:22,22 53:23
54:14 189:21
190:2,3,16
202:23 203:2,4
203:6 224:17
224:21 225:1
234:16,18
235:11 237:2
242:20,24
243:2 247:1
**land**  191:6
**landing**  27:18
**lands**  120:22
212:2

**landscaping**
106:6 113:11
**lane**  99:25
138:22
**large**  21:8
47:25 85:24
176:2 191:25
208:13 230:8,9
**larger**  105:11
191:12,16,18
191:20,22,24
192:5,10,12,15
**lasalle**  2:6
**latest**  54:20
**latov**  2:17 7:11
**lawyers**  241:4
**lay**  89:12
157:23
**layer**  33:14
102:4,6 128:6
128:21 157:21
172:22
**layers**  49:2
**laying**  38:7
52:4 58:6 85:5
137:23
**lead**  214:8
**leak**  40:7 130:7
244:19,24
**leak's**  131:1
**leaked**  36:17
**leaking**  130:10
211:14
**leaks**  58:25
81:23 130:24

133:19 243:20
**leaning**  52:6
115:23 117:12
**learn**  59:7
238:4
**learning**  17:20
**leave**  208:4
**leaving**  208:2,2
210:20
**led**  186:21
**left**  29:15 40:4
44:22 52:6,7
97:10 110:24
123:20,21
128:4 129:9
161:7 183:15
189:11
**legal**  252:23
**lend**  151:1
**lends**  71:24
211:1 220:14
**lens**  121:11
126:21 137:23
**lesser**  155:22
**letting**  113:12
**level**  16:13
77:17 116:2
128:19 204:14
228:1
**levelers**  80:15
123:22 149:6
177:18 189:7
**licensing**
219:13

**life** 50:15,17,19
  50:21 51:1
  215:12 246:3
  246:21
**lift** 228:13
**light** 19:23
  33:12 39:19
  44:24 52:3
  114:25 126:21
  137:22
**lighting** 27:2
  121:8
**lighting's** 121:8
**lights** 197:11
**likelihood**
  154:17
**likely** 38:21
  58:12 60:15
  74:17 84:20
  90:8 92:13
  128:7 132:16
  151:6 163:23
  204:8 206:2,15
  219:17 220:4
  220:16 233:17
  233:19
**limited** 20:18
  56:13 80:13
  211:1 242:9
**line** 23:7 25:19
  49:25 81:7
  99:2 104:9,11
  110:23,24
  113:19,22
  184:3 197:3

229:2,10 238:6
  238:7 248:6
**linear** 66:21,23
  66:25 68:3
  159:9 180:19
**lines** 1:16 2:10
  6:20 23:21
  25:1 86:9
  98:18 110:6
  143:21 187:1
  195:12
**link** 114:21
**lion's** 17:14
**list** 215:4
**listed** 74:3
  93:18,20
  155:10 180:6
**lists** 155:2
  162:21
**little** 17:18
  18:13 21:19
  26:19 65:6
  98:15 104:13
  108:20 111:3
  127:12 128:22
  151:7 152:14
  152:19 164:7
  165:24 166:7,9
  175:14 192:22
  193:3 194:10
  194:13,21
  197:9,12
  210:24 218:23
  228:5,6 236:18
  245:17

**llc** 1:22 4:6
  6:11,21 20:6
  20:23,23 25:1
**llp** 2:6,12,18
  6:20,23
**load** 45:21,23
**loaded** 27:17
  27:17 91:3,23
**loading** 78:20
  79:13 115:16
  164:10 182:25
**local** 19:12
  70:3 150:17
  151:7 156:6
  166:7 220:11
**localized**
  218:13
**locally** 151:5
**located** 6:11
  43:14 169:11
  211:25
**location** 44:21
  81:3 133:16
**locations** 45:14
  66:4,6 122:9
  123:3 177:8,25
**locker** 136:20
**long** 11:2 14:2
  57:15 72:16
  87:17 98:13
  130:24,25
  169:19,22
  179:23 190:22
  213:2 216:7
  218:5 246:22

**longer** 47:11
  87:24 92:20,21
  92:21
**longevity** 124:3
**longitudinal**
  47:24 48:9,17
  49:15,24,24
  175:7 229:12
  229:15
**look** 23:5 26:10
  30:21 33:12
  34:17 36:9
  37:16,24 47:21
  49:6,12 52:1
  61:4 65:8
  73:16 79:7
  86:2 87:20,22
  88:10 96:15,21
  97:10 99:4
  103:14 105:23
  107:17 109:8
  110:3,14,22,24
  111:12 112:12
  112:18 113:7
  114:8 116:21
  117:25 119:14
  119:22 121:2,9
  121:21 125:16
  126:20,24
  127:12,13
  128:3,25
  129:11 130:5,9
  133:21,25
  136:1,11 139:9
  139:12 140:19

149:1 152:20
168:18 171:21
183:14 197:21
198:3 202:17
206:15 207:5
208:1,10 214:3
246:17
**looked** 35:7
79:23 80:16
90:18 92:22
98:24 133:16
133:18 137:6
144:5 145:8
159:9 160:16
166:25 167:1
173:15,19
174:2,5,9
178:17 179:18
218:24 242:6
246:20
**looking** 12:13
24:18 33:3
35:14 37:12
41:4 42:21
44:12,25 45:12
47:22 56:22
64:4,19 69:14
73:10 84:24
99:21,22,25
113:21 120:12
122:24 123:20
125:1,2,3,18,22
127:7 132:13
132:19,22
135:2 143:5

146:16 151:9
157:8 158:1
186:14 187:17
191:6,7 197:17
199:12,13
206:10 210:13
213:2 214:5,5
215:13 221:15
244:15
**looks** 24:19
39:5 44:14
52:8 100:7
103:17 149:11
180:8 197:7
199:19 209:19
**loose** 102:24
103:22 108:20
177:10 230:1
**lose** 103:22
108:16 194:25
223:16
**lost** 29:23
**lot** 11:13,17
17:16 19:20,21
26:16,16 37:16
41:14 43:24
47:24 49:14,14
49:15 50:11
55:20 56:20
62:21 73:20
74:7,8,10 75:1
79:17,25 80:4
87:12 95:18
96:4 99:5,6
100:1 108:8,25

109:24 111:7
112:11 118:11
118:15,15
120:4,4,4
121:8 123:1,7
123:8 126:22
127:8 136:21
136:21 139:19
139:21,22,22
141:25 158:21
159:12 160:2,8
160:8,8,10,11
160:17 161:2
162:8 175:6,12
180:20 185:24
191:9,9 194:1
194:11 201:22
205:6 209:12
214:10 215:19
216:11 219:1,2
219:6,23
226:13 233:2,2
233:10 235:13
236:3 238:19
241:13
**love** 221:4,4
**low** 59:25
77:24 92:8
94:13 226:13
226:19,19
**lower** 69:10
95:17 192:16
194:20 195:1
220:6 225:16
226:5

**ltl** 19:22 45:20
79:20
**lunch** 140:21
**luther** 8:13,23

**m**

**ma'am** 190:21
195:14,17
196:1 198:7,11
199:14,22
200:24 202:12
203:9 204:19
205:12,24
208:15,21
209:2 216:2,4
218:2 220:24
222:7 223:3,8
225:8 227:5,16
227:21 229:8
232:20 233:22
237:9 240:7
**machine** 1:20
157:18,23
**machines**
133:17
**made** 14:13
16:11 17:10
29:2 81:22
82:3,24 84:7
84:12 179:3
186:2 191:16
226:20,20
**magnitude**
185:25
**mail** 4:3,9 5:5
32:11 148:17

148:18 199:20
**mails** 200:1,5
**main** 99:24
116:23 138:18
**maintain** 51:11
79:21
**maintained**
33:5,7 35:6
40:24 41:7
42:22,24 66:19
79:24 83:17
107:1 125:25
127:5 137:21
142:12 144:3
169:25 185:13
185:17,21
186:19,22
188:3 197:9
**maintaining**
18:7 48:21
51:15,16 106:5
131:25
**maintains**
79:16
**maintenance**
4:23 19:21
34:4 76:17
101:24 102:11
106:5,23
113:11 143:2
149:5 151:10
151:12 153:18
186:23 187:5
**major** 73:20
135:17 206:24

**majority** 65:9
**make** 23:6,6,10
29:4 33:23
81:15 93:3
125:9 161:4,5
162:12 164:21
193:13,16,19
210:4 216:6
217:22 223:10
223:12,14
226:18,21
236:20,21
**maker** 129:24
133:17
**makes** 22:3
78:22 238:24
**making** 16:10
62:10 109:20
162:5 194:5
201:14 214:22
216:8
**manage** 62:3,4
131:3
**managed** 11:1
51:22 131:1,1
131:8,10
**management**
9:11,13 10:15
11:8 16:7
21:12 61:10,19
64:7 152:5,18
152:23,23
180:1
**manager** 10:17
10:18 11:7,25

12:25 13:5,16
13:18,21 14:2
14:9,11,12
16:5 61:14,17
61:18 62:6,15
199:2
**manager's**
35:21
**managers** 16:8
195:20
**managing**
13:22 61:16
62:8
**manufacturing**
19:23 37:17
**march** 1:11,18
26:9,11,12
53:17 54:23
55:11,17 98:8
169:16 186:15
248:2 250:8
**marginally**
142:24
**mark** 30:24
31:14 52:24,25
53:7 55:5,11
78:24 97:2
99:11,12 141:6
146:1 147:20
147:21 154:3,6
170:21 179:11
180:24 183:7,7
184:4
**marked** 31:17
52:24 53:11

55:14,16 79:5
97:4 99:14
140:23 141:1
141:13 146:2,3
147:22 148:1
154:8 170:24
179:13 181:1
183:9 184:3,6
**market** 13:9
63:2 64:14,17
70:8 150:8,22
150:23 153:9
163:2 180:5
235:24,24
237:3,7,10,12
237:17,24
238:2 239:6
**market's** 238:1
**marketing** 9:12
**markets** 235:25
**marking** 53:6
**markup** 95:9
95:16 192:24
193:7 238:10
**markup's**
238:12
**markups**
192:12,16,21
193:3 238:3
**marshal** 92:16
**master's** 9:7
**mastic** 77:15
**mat** 39:23
**match** 208:10

**matches** 76:15
164:17
**material** 108:3
108:8,10 201:1
201:3,5,6
215:4
**materials** 37:15
67:20 76:12,13
106:23 214:22
214:23 215:3,7
215:8
**mats** 33:16
77:8 128:7
**matter** 6:25
240:2,6
**mba** 8:15 9:9
**mcallen** 4:10
4:22 5:11 25:4
97:24,25 98:1
98:1,4,6,17,24
103:2,6 104:1
107:5 109:6
110:12 111:23
112:16 113:4
114:5 115:10
117:23 118:22
119:11 120:7
121:19 122:18
123:14 125:13
127:16,20
128:14 129:2
130:3 131:12
132:5,8 133:1
133:14 134:6
135:23 136:17

137:13 138:3
139:4 140:2,14
143:13,17
146:22 147:17
148:25 149:8
149:25 151:21
152:9,10
154:24 167:24
169:2 173:6
183:23 184:13
184:15 186:18
186:18,19
187:13,18,19
187:21 195:5
196:3 199:18
201:20 205:11
205:14,23
209:1 211:13
212:12 219:1,8
220:9 222:6,13
223:5 232:18
233:10 243:23
243:24
**mccoll** 97:25
**mean** 13:3
14:12 15:2
17:16 18:16
25:16 27:8,25
28:19 29:7,22
30:1 33:3,8,9
33:17 34:1,4,6
35:9,16 36:4
37:4 38:24
39:2,6 41:5,22
42:2 44:23

46:23 47:1,6
47:22 48:4,16
48:17,22 50:8
50:16 51:20
53:2,4 56:18
56:19 57:5
58:5,9,14,20,25
59:1 61:12
62:3,17 65:15
66:1 68:24
71:14,14,25
72:3,21 73:5
73:17 74:7,9
74:16 75:21
77:1,3 80:17
82:15,22 86:21
87:3 88:14,21
88:23 89:7
90:11,18,20,25
91:5,6,15,21,25
92:11,17,19
94:13 97:8,10
98:25 99:20
100:22 101:1
101:19 102:11
103:16 104:15
104:24 105:18
106:11,12,13
106:23 107:20
107:21 109:11
109:18 110:22
111:1 112:20
113:9 114:11
114:18,23,24
114:25 115:1

115:21 117:7
117:18 119:1
119:16,25
120:21 125:4
126:8 127:2,3
128:20 130:23
130:24 131:9
133:6,23 136:3
136:5,12,20,23
137:19 139:8
141:2,22,25
142:10,20,22
143:3 144:11
144:12,13,16
144:24 150:23
152:12,20
156:3 158:7,8
159:9,12 162:8
162:23 163:7
166:3,3,5,17,17
166:20,21,25
168:1,15,21
173:3 175:5
176:21,22
178:25 181:5
185:16 187:7,8
187:9 188:5,6
189:9 192:15
193:7 200:18
201:17,19,20
201:21 204:2
206:8 208:10
209:5 210:14
211:12,14
212:13 213:4

213:21 216:9
216:10,19,20
218:8 219:5,20
219:22 221:18
229:22 231:22
232:7,13
233:10 234:1,9
238:13 240:13
241:24 244:23
246:14,14,19
**means** 14:23
240:9,10
**meant** 117:13
**measure**
111:10
**mechanical**
81:19 235:6
**meet** 92:14,15
115:25 151:22
199:2 241:3
**meets** 103:19
**melamine** 42:1
**member** 22:11
47:2
**members** 81:10
81:10
**memory** 212:20
**mentioned** 28:7
75:24 76:8
114:9 122:25
156:22 190:4
220:12 225:5
233:17
**merely** 21:11

**merge** 88:2
92:12
**mess** 87:4
**met** 98:20
151:4 198:25
**metal** 39:1
42:21 43:14
130:16 144:6,7
165:1,10
166:23 179:6,6
209:10 211:22
212:1 233:13
**metals** 84:24
**method** 108:6
130:1
**midatlantic**
252:15
**middle** 171:13
**migrated** 73:8
**mildew** 40:21
58:16
**miles** 24:12,13
151:21
**mill** 66:12
67:21 71:24
157:6,15,20,22
158:21 180:13
180:15 227:12
227:14,19
231:19
**milling** 93:12
157:8,10,11,13
158:10 174:13
174:14 232:4

**milling's**
157:14
**millings** 67:22
**million** 18:23
19:1,4,10
72:24 168:7
**millwork** 29:13
29:19 41:15,19
215:19
**mind** 134:10
**mine** 9:12 16:5
**minimum** 60:8
228:13
**minimus**
189:12
**minor** 201:16
**minute** 54:8
185:3
**minutes** 54:13
96:25 241:15
241:19,21,23
**miscellaneous**
66:1 164:4
**misrepresent...**
65:7
**missed** 52:24
57:4 78:12
226:13,15
**misses** 226:22
**missing** 30:6,7
33:19 43:25
111:7 112:7
113:15 114:19
115:4 119:6
121:10 159:13

161:8 236:8
**mission** 17:23
**mistake** 226:21
**mistakes**
226:22
**mitchell** 9:24
9:24 10:9,12
12:12
**mix** 101:14,15
**mo** 217:7
**moist** 41:24
**moisture** 29:18
41:21 48:24
72:10 83:16
**mold** 40:21
58:16 130:20
130:21 211:16
211:17
**moldy** 35:4
**moment** 55:13
224:25 240:15
**momentary**
242:10
**monday** 241:23
**money** 208:7
210:25
**month** 179:24
180:1
**months** 64:5
153:4,5
**mop** 129:14
**morning** 6:2
63:23
**move** 12:14
67:16 74:1

80:19 90:15
93:6 113:7
118:12 125:17
134:11,11
136:4 140:4
153:11 164:9
164:13,13
172:6 184:12
189:22 194:23
244:1
**moved**  15:13
178:18
**moving**  167:8
214:15,16,16
214:19
**multipage**
147:25
**multiphase**
192:20
**multiple**  13:17
113:16 214:19
226:18
**musty**  35:4
**mute**  190:15

**n**

**n**  2:1 3:1 6:1
100:19
**name**  6:4 9:24
116:10 151:14
**named**  196:3,9
**naval**  11:15,23
11:23 12:1
**navfac**  11:15
11:22

**nearing**  239:17
**necessarily**
163:22 194:12
**necessary**
47:19 60:8
61:24 62:19
75:13 77:21
81:15 86:5
88:6 94:18,19
162:15 164:21
167:23 219:24
232:5
**need**  22:1,1,2
23:11 29:10
38:23 43:22
45:2 55:5,8,21
57:2 58:3
59:19 63:16
78:3,4 80:1,5
82:8 104:16
118:17 143:23
151:3 156:11
158:21,21
163:10,12
165:21 176:24
200:9,14
201:15 203:10
208:13 242:4
242:22
**needed**  142:9
179:18 200:23
223:24 233:11
**needs**  38:16,18
38:19 43:17,20
58:13 59:12

66:2 75:19
88:11 107:9
117:7 125:9
126:2 128:16
174:12,13
177:19 215:11
220:3
**neglect**  186:24
**neglected**
188:13
**neither**  250:23
**never**  34:6 39:4
39:5 70:9
94:15 105:20
105:20 107:1,2
225:24 242:4
**new**  2:19,19
15:23 37:10,15
39:8 47:13,14
47:17 67:1,22
69:16 74:16,25
76:12,15 80:1
80:1 81:13
82:23 84:25,25
87:25 88:2
89:3,23,24
90:10 91:9,25
91:25 92:13
93:20 102:6
128:16 135:16
142:6 144:7
145:21 157:23
158:12 160:24
161:9,13 162:4
162:10,13

163:1 164:20
173:15,19,21
174:5,14 191:2
193:19 207:2,7
207:14,22
208:10 217:7,8
218:16,18
219:3,3 223:15
223:17,21,24
234:13,22
235:2
**newer**  207:14
**nice**  209:15
**night**  8:25 9:14
53:17,20 86:24
89:9
**nine**  111:18
**nobody's**  12:21
**nolan**  2:11
**nominally**
207:17
**normal**  185:14
185:19 186:5,9
187:4,14 188:4
188:7 201:1,4
201:8,9,21
203:19,21
206:7
**normally**
135:19
**north**  2:6
**nos**  141:13
**nose**  45:23
46:13

| | | | |
|---|---|---|---|
| **nosed** 27:16 80:25 | 226:3,5,6,9,10 226:12,19,22 | **obviously** 14:13,22 29:8 | 195:6 196:3 199:18 200:10 |
| **note** 202:13 252:10 | 226:23 237:1 238:15 | 44:19 50:9 69:25 72:7 | 200:20,21 212:13 |
| **notebook** 31:7 | **number's** 226:23 | 85:19 86:6 97:15 101:24 | **offer** 192:6,9 |
| **noted** 53:4,8 203:10 208:22 229:1 232:16 249:6 | **numbered** 1:17 154:19 | 106:21 107:9 115:22 122:5 167:4 173:13 | **office** 14:12 24:6 27:10 29:12 32:9 35:21 47:16 |
| **notice** 169:2 | **numbers** 23:7 37:25 64:20 79:2 148:23 152:14 153:7 153:25 180:4 194:10,12 205:20 | 175:6 176:1 186:3 187:2 194:20 198:20 | 58:25 61:15,16 61:17 62:5 |
| **noticed** 63:4 85:17 | | **occupied** 188:16 | 64:10 65:8,11 76:6 78:4 82:8 |
| **noting** 56:22 201:13 | | **occupying** 188:18 | 83:11 84:15 99:8 125:21,23 |
| **notorious** 209:10 | **numerous** 123:1 | **occur** 87:5,5 **occurred** 82:1 | 126:7 130:14 134:24 139:18 |
| **number** 4:2 5:2 18:14,18 63:17 | **o** | 142:15 **occurring** | 139:19 160:9 162:24 163:8 |
| 65:19 69:5,6 69:11 71:8 | **o** 6:1 116:11 **oath** 6:13 7:25 | 142:1 174:17 **occurs** 88:14 | 163:20,25 164:4,6,8 |
| 76:24 81:21 83:23 84:6 | **object** 242:14 242:15 | **odd** 137:9 **odessa** 5:5,7,10 | 169:25 170:15 186:3 187:1 |
| 85:18,24 89:1 93:23,24,25 | **observation** 172:3 | 25:4 169:10,11 169:12,21,23 | 200:11,18,21 211:13,17 |
| 94:6,17 107:13 131:16 152:9 | **observations** 176:19 | 170:3,7 171:2 171:23 172:1 | 212:14 218:13 218:14 |
| 153:17 154:25 155:9 159:8,17 | **observed** 27:5 46:19 109:17 | 172:14 174:20 175:24 176:11 | **officer** 250:14 **offices** 1:21 |
| 160:1 161:10 162:22 165:8 | **observing** 166:21 197:7 | 177:24 178:21 180:9,12 181:5 | 6:10 206:18 **offset** 51:17 |
| 167:18 180:1 181:7 182:19 | **obtain** 9:3 68:21 70:16 | 184:19,22 187:16 188:1,2 | **oh** 8:20 20:18 49:20 59:3 |
| 182:23 205:19 205:21 218:15 218:16 220:11 | **obtained** 71:1 **obvious** 37:13 111:15 | 188:16 189:3 | 64:25 101:4 116:9 122:15 |

| | | | |
|---|---|---|---|
| 122:15 146:10 | 57:24 59:9,24 | 122:16,16,20 | 163:14,21 |
| 146:10,14 | 61:4 62:21 | 122:22 123:11 | 164:9,13,15 |
| 147:16 168:13 | 64:6,6 65:12 | 123:16 124:12 | 165:14 166:1 |
| 187:16 193:21 | 65:21 67:4,8 | 125:12,16,24 | 167:3,8,14,17 |
| 205:16 222:19 | 67:13,17 68:5 | 126:5,24 | 167:21 168:3,9 |
| 222:21,21,24 | 68:12 69:21 | 127:18,22 | 169:1,9,10,19 |
| 226:15 237:14 | 70:2,19 74:1 | 128:9,9,13,25 | 170:2,6,20 |
| 241:19 245:22 | 75:11,16 78:19 | 129:11 130:2,5 | 171:4,8,18 |
| **oil**  52:8,9,11 | 80:9,19 81:18 | 132:10,20,25 | 172:6 173:7,18 |
| 101:16 | 83:1,21 85:1 | 133:4,13,21 | 173:24 174:7 |
| **ok**  4:3 | 85:13,16,23,23 | 134:21 135:22 | 174:10,18,22 |
| **okay**  7:19,24 | 88:5 90:3,15 | 136:16,25 | 176:5,13,14,18 |
| 8:11,17,22 9:3 | 91:10 92:2 | 137:12,15 | 177:4,19,23 |
| 9:8,14 10:8,23 | 93:6,10 94:12 | 138:2,5,14,17 | 178:2,5,10,15 |
| 11:11,19 12:8 | 94:17 95:8 | 139:2,6,15,17 | 178:20,23 |
| 12:23 13:20 | 96:14 97:1,18 | 139:23 140:4,7 | 179:9,10,15,21 |
| 15:8,11 16:1,3 | 97:19,23 98:13 | 140:8,13,16,17 | 179:25 180:8 |
| 18:1,12 20:9 | 98:16 99:10 | 140:23 141:5 | 180:14,23 |
| 22:4,4 23:20 | 100:16,20 | 143:22 144:21 | 181:3,9,19,21 |
| 24:5,11,18,18 | 101:10 103:1,1 | 145:1,5,22,25 | 182:2,10,17,25 |
| 24:23 25:5,21 | 103:13,25 | 146:13,14,14 | 183:18,21 |
| 26:2,13,15 | 104:4,21 | 146:17,23 | 184:11,14,17 |
| 28:3 29:4 30:8 | 105:14,22 | 147:1,9,16,19 | 184:25 186:10 |
| 30:17,19 31:6 | 106:9 107:4 | 148:11,15,22 | 186:17 187:12 |
| 31:9 32:11,14 | 109:4,8,16,25 | 149:1,7,10,21 | 187:16,24,24 |
| 32:16 33:21 | 110:14,19 | 150:18,20 | 188:20 189:2 |
| 34:16,17 35:8 | 111:4,21,25 | 151:9,14 152:2 | 189:16,19 |
| 36:2 41:1 42:7 | 112:15 113:3,7 | 153:11 154:1 | 195:11 197:13 |
| 44:8,12 45:2,5 | 113:18,21 | 154:10,21 | 202:6 203:3 |
| 46:14 48:1 | 114:8 115:9 | 155:20,24 | 206:16 211:22 |
| 49:12,20 50:2 | 116:12 117:4 | 156:9 157:5 | 212:19,22,24 |
| 52:1,13,23 | 117:22 118:21 | 158:1,15,17,19 | 213:22 216:5 |
| 53:10,10,15,24 | 119:3,13,22 | 158:24 159:17 | 224:15 229:13 |
| 54:12,15,19,25 | 120:6 121:2,5 | 160:13 161:25 | 229:17 235:1 |
| 55:16,25 57:18 | 121:17,25 | 162:2,18 | 235:16 238:6 |

239:7 240:20
243:6,14,25
244:11,25
245:5,13,16,22
246:1,24 247:2
**oklahoma** 8:15
8:24 9:4,15
26:2,4
**old** 37:9 39:3,3
76:13,14 88:2
88:3,4 92:12
102:15 162:7
186:13 207:5
207:22 208:1
**older** 92:11
174:8 207:10
207:13
**once** 7:23 13:15
37:9 40:18
57:25 60:4,12
63:14 73:12
83:1 88:17
141:17 142:20
233:20
**one's** 35:18
120:14
**ones** 14:14
92:13 103:9
118:13,25
130:13 161:4,5
217:6 243:6
**online** 82:15
**open** 114:16
115:1 135:12

**opened** 242:4,6
**opening** 135:10
135:11
**openings** 74:2
75:12
**operable** 44:1
202:10,14
**operating**
46:16 56:11
60:10,14 75:14
81:16 93:3
96:19 117:6
118:18 125:10
143:24 158:20
162:16 167:24
177:20 183:3
184:23 186:11
**operation's**
145:17
**operational**
17:19
**operator** 48:2
124:14 138:5
141:19 146:17
149:12
**opinion** 34:7
72:1 77:24
80:16 102:10
104:16 127:4
145:20 179:18
188:8 207:23
208:12 210:8
211:10 232:3
**opportunity**
19:13 96:21

98:4
**opposed** 152:11
240:16
**opposing** 122:2
**option** 211:5
228:22
**oral** 1:10
250:15
**orange** 126:17
**oranges** 236:20
236:21
**order** 158:19
230:20 239:5
**ordinary** 24:11
71:2,5 182:12
**original** 56:25
69:14,15 84:2
87:15 204:5,7
246:12
**originally**
48:22 69:4,9
**osha** 115:25
116:6,6,16
117:20
**outbound**
138:20
**outcome** 251:2
**outright** 114:19
**outs** 87:10
**outside** 75:6
78:1 81:8
84:11 85:1
163:13,16
196:25 197:12

**overall** 186:18
187:25 192:24
238:15
**overgrowth**
104:14 107:3
110:6,8,9
113:10
**overhauled**
87:23
**overhead** 74:23
74:25 75:1,12
83:6 118:7,7
148:24 160:14
160:22 171:16
**overlay** 66:12
71:24 73:19,25
93:16 148:10
155:1,15
156:14,17,23
157:1,4,6,7
180:13 227:12
227:15,19
231:19 232:5
**overlayment**
174:13,14,15
**overly** 44:6
56:14
**oversaw** 17:4
**overseeing**
15:18 16:8,8
17:15 18:7,10
194:6
**own** 226:24
**owned** 25:1

**owner** 22:10,12
 96:7 215:10
**ownership**
 22:19

**p**

**p** 2:1,1 6:1
 67:12 222:17
**p.m.** 1:19
 145:24,24
 185:6,6 189:25
 189:25 243:1,1
 247:3
**pace** 87:2
**package** 5:8
**packaging** 4:6
 79:15 80:3
 149:5 164:12
 164:16 181:17
 182:22
**packet** 30:11
**page** 3:1 4:2
 5:2 32:21 50:3
 52:15 61:5
 96:15 107:18
 141:16 148:17
 154:24 171:4
 171:19 172:9
 174:24 176:7
 178:6 203:5
 205:8 243:10
 245:15,24
 248:6 250:21
**pages** 86:3
 148:12 149:16
 171:22

**paid** 239:18
**paint** 76:14,16
 78:10,18
 139:10 163:20
 164:4 204:11
 215:18
**paint's** 43:5
 176:24
**painted** 42:24
 43:18 78:4
 163:10,12
**painting** 29:13
 37:1 75:18
 77:21,22 78:8
 163:5,8,18
 164:3 189:10
 204:21 236:6
**pan** 52:9,9,11
**panels** 43:15
 75:10 118:10
 118:15 119:25
 120:3 122:3
 144:6,7 145:9
 159:7,18 161:1
 161:2 165:12
 165:21 179:6
 210:20,20
**papers** 235:13
 235:17,19
**paragraph**
 246:1
**paratrooped**
 36:10
**park** 2:18

**parked** 27:23
 27:24
**parking** 158:21
 180:19
**parlay** 21:15
**part** 15:15
 41:12 53:6
 98:21 142:13
 148:16 149:2
 183:19 206:2
**participated**
 25:25
**particular** 9:8
 126:24 158:2
 175:1 204:22
 217:24 236:16
 237:20 243:10
**parties** 250:25
**partner** 17:10
 17:12 18:2
 22:13,16
**parts** 84:22
 85:7 88:2,3
 161:4 223:13
**party** 250:19
**past** 70:11
 76:10 80:17
 142:15 190:25
 191:13,15
 192:2 194:8,13
**patch** 71:11
 103:18,19
 133:9 205:3
 231:9,21

**patched** 100:3
 102:19
**patching** 71:11
 100:4
**patchwork**
 71:9
**pavecon** 5:8
 181:4,9 182:18
**pavement**
 155:1
**paving** 4:23
 27:9 47:23
 67:24 71:8
 89:25 90:10
 98:20 99:3,22
 109:3 112:10
 112:14 113:14
 123:4 148:7
 151:10,11,18
 153:14,18
 170:18 175:12
 180:12 181:6
 182:19 186:1
 186:24 188:11
 188:12,13
 189:4 225:7
 227:4 230:17
 232:10
**peel** 134:3
**penetrates**
 48:25
**penetration**
 244:18
**penetrations**
 132:15

**people** 13:8
22:3 33:15
58:18,19 71:21
77:7 86:18,20
87:2 89:9,13
90:25 105:21
108:5,9 128:7
133:8 168:25
209:12 221:19
221:20 237:21
246:21
**percent** 14:25
71:23 72:1
94:9 95:3,12
95:13
**percent's** 95:15
**percentage**
95:6 191:16
208:13
**perfect** 212:22
212:24 234:9
234:10
**perform** 95:22
95:23 226:20
**performing**
62:12
**perimeter** 27:7
27:22,24 43:9
63:9 99:2
170:17,18
196:24 197:3
**period** 10:21
17:1 18:15
193:2

**permission**
198:22
**permit** 87:21
**persisted**
130:24 131:4
**person** 89:18
168:11,18,22
168:23,23
188:25 198:23
199:4 217:13
226:2
**personal** 77:24
**personally**
105:19
**personnel**
199:2
**perspective**
62:5,5 191:5
**pertain** 149:7
**petal** 144:7
**petroleum**
102:2
**phase** 29:8
**phone** 90:15
103:10,12
**phone's** 190:14
**photo** 4:11,13
4:14,16,17,19
4:20 32:16
44:2 58:5
105:11 107:7
107:12 109:19
114:12 122:24
126:13 132:14
133:10,24

134:10 137:3,6
139:18 147:7
171:11 172:20
179:2 200:19
203:7 205:19
205:20,21
206:9,13
**photo's** 122:21
**photograph**
115:20
**photos** 33:12
38:2 40:22
49:4 50:8,10
50:11 55:21
56:22 57:2
77:2 78:1
111:9 112:14
121:7 133:12
134:15 138:1
138:11,11
141:23 143:5
143:20 144:22
165:15 172:18
175:8 197:13
199:20,25
200:4,7,8,13,15
200:17,22
205:14 210:13
241:7,9
**physically** 49:3
**pick** 206:8,13
238:24
**picture** 20:16
31:20 32:3,14
41:8 44:13

52:1,20 84:10
85:5 99:18,19
103:4,15,15
110:15 115:10
117:22 123:13
127:15,19
128:13 129:1
130:2 131:11
131:19 132:7
132:25 133:13
134:5 136:16
137:12 138:2
139:3 140:1,13
141:17 171:6
176:10,15
177:5 178:12
178:20 236:9
243:17,19
244:4,22
**pictures** 30:21
30:25 31:25
32:24 34:10,18
36:8 38:1,23
39:9,15 42:8
45:5,7 50:4
52:17 103:2,9
105:24 111:22
112:16 113:3,4
114:5 118:3,22
119:8,24 120:7
121:6,17,18
122:17 123:18
123:19 125:13
126:6 143:10
143:12,16,19

145:1 171:2,22
172:11 174:18
175:2
**piece** 38:6,13
39:1,2 123:22
178:13,25
179:5 212:1
**piecemeal**
92:18 145:18
162:12
**piecemealed**
145:12
**piecemealing**
162:5
**pieces** 85:8
88:2,3 160:18
160:25 211:22
223:13
**pimple** 238:12
**pipe** 38:7,14
58:6,10 59:10
59:13 85:5
**pipes** 83:9,18
**place** 37:7 59:1
63:10 64:9
81:5 163:1
**placed** 178:16
**places** 19:15
77:25 113:16
172:20
**plan** 135:4
**plane** 204:14
204:14
**platform** 65:17

**play** 246:22
**please** 6:16 8:5
8:12 33:2 53:1
190:8,15 248:5
**plenum** 84:17
135:5
**plug** 52:9 69:6
87:19 234:2
**plugged** 69:8
89:1 218:15
**plumbers**
236:7
**plumbing**
235:6
**plywood** 42:2
**point** 17:19
22:5 24:20
28:13 29:9
37:12 38:9
51:1 59:2
72:14 73:7
80:25 81:25
96:17 100:24
106:10 107:25
110:9 124:4
142:9 163:24
187:10 208:5
211:4 215:23
230:23 231:6
244:22
**pointed** 147:6
202:5
**pointing** 126:1
**pole** 52:6 107:8
233:8

**poles** 66:8
105:11 111:1
114:13 159:18
233:2,11
**polish** 128:17
**polishing** 42:12
**pops** 45:25
**porous** 40:17
**portion** 210:19
**portions** 39:20
46:24 68:9
**portray** 172:13
**position** 27:19
58:22 74:16
**possibility**
206:16 207:11
210:19
**possible** 60:12
73:12 83:1
88:17,21 89:6
117:19 130:21
130:25 151:6
166:12,15
211:4,7 220:5
225:16,20,21
228:16,19,25
230:19
**possibly** 34:4
64:1 85:10
203:13 206:15
**post** 138:13
**postmortem**
150:12 151:3
**postsecondary**
8:12

**potential** 58:15
130:20 151:2
193:19 194:25
211:16 233:24
234:6
**potentially**
121:9 210:23
210:25 218:25
**pothole** 107:23
108:1 109:20
112:21 178:14
**potholed**
138:24
**potholes** 100:4
107:21 139:20
**potholing**
73:21 158:8
**pour** 106:13
**poured** 173:16
**power** 28:10
29:6,10,23
30:6 38:5
52:11 82:1
88:7 89:3
212:5,11
**power's** 83:14
**practically**
86:15
**practice** 213:6
**practices** 214:9
**precious** 84:23
**preconstructi...**
12:19 13:2
15:19 17:16,25

**preengineered**
21:4 130:16
165:1,10
166:17,23,24
**premises** 75:13
**prep** 145:16
**prepare** 55:25
56:3 204:15
241:4,6,16
**prepared** 60:21
146:24 245:9
245:10
**preparing**
60:16 68:22
147:9 181:25
**prepped** 43:3
43:18 78:3
176:25
**presence** 209:3
210:2
**present** 2:22
22:22 98:16
170:2 198:9,13
208:23 209:3
210:9 212:3
213:16 215:14
**president** 17:9
17:12 18:2,3,4
22:5,17
**presumably**
9:19 105:17
**pretty** 35:24
105:19 114:23
124:6 131:2
137:18 176:23

184:25 223:25
227:18,19
243:7
**prevalent**
71:22,22
**prevent** 124:1
**preventative**
102:11 106:22
111:10
**prevents**
105:16
**previous** 44:2
55:1 60:24
63:12 112:5
167:14,17
172:18
**price** 150:20,22
150:24 151:6
153:9 155:2,6
155:8,25 156:1
156:4,10
162:10 166:9
216:14 236:16
**priced** 142:18
150:8 166:4
**prices** 180:5
236:18
**pricing** 13:14
155:21 192:9
233:19 234:22
234:24,25
237:6 238:17
**primarily**
64:19 164:8

**primary** 16:23
**primed** 43:8,18
78:3
**primer** 43:8
204:12
**prior** 23:22
**private** 13:9
41:11
**probably** 14:16
14:23 18:12
27:8 43:20
57:9 63:13
78:22 102:11
106:7 111:15
115:25 127:6
128:23 135:17
138:20,21
139:9,11
142:11,14
143:3 160:11
167:3 175:25
186:6 194:14
206:9 212:3
215:9 216:12
216:17 219:23
228:6 229:22
230:23 231:2
235:14 237:17
237:24 245:6
**problem** 15:6
37:9 39:2 42:6
48:11,14 73:10
73:11 120:20
120:21 212:3
231:4

**problematic**
121:12,13
197:19
**problems** 41:16
43:2 62:14
166:13 185:25
**procedure** 1:24
224:13
**procedures**
131:2
**proceed** 190:10
**proceeding**
251:1
**proceedings**
3:4
**process** 17:25
43:7 73:16
78:17 86:20
89:9,15 90:20
93:12 101:25
135:11 142:13
157:14 196:19
196:22 216:11
217:18 221:6,8
221:9,18
234:22 236:19
236:23 240:4
240:24
**procure** 182:11
**produced** 1:15
154:15
**product** 102:3
142:17
**production**
53:5

| products 21:5 | 192:12,15,20 | properties | 152:10,11 |
|---|---|---|---|
| 105:3 215:18 | 192:20 193:13 | 24:23,25 25:3 | 154:12,23 |
| professional | 193:16,23 | 25:6,22 144:1 | 167:24 169:1 |
| 232:3 | 196:21 213:14 | 199:16 212:18 | 169:10,11,13 |
| profile 50:23 | 213:25 218:7 | 232:9 | 169:15,21,23 |
| 102:15 227:19 | 220:23 225:9 | property 5:3 | 170:3,7 171:2 |
| 230:18 | 235:3 239:3 | 26:5,7 32:18 | 171:23 172:1 |
| profiles 50:17 | 241:10 244:21 | 34:12 37:22 | 172:14 176:11 |
| profit 94:17,23 | project's | 39:11 42:9,15 | 177:24 178:21 |
| 95:4,5,9,10 | 152:22 | 46:20 50:6 | 183:2,23 |
| 167:18 192:13 | projects 10:24 | 56:10 60:9,14 | 184:20,22 |
| 193:8 | 10:25 11:8,9 | 81:15 93:3 | 185:11,12,13 |
| profitability | 11:14,15,18 | 96:18 97:24,25 | 186:19 188:1,3 |
| 96:12 | 13:18,22 14:6 | 98:2,4,7,11,17 | 188:16 189:3 |
| program 9:9 | 14:6,7,19 | 98:24 103:6 | 195:3 205:11 |
| prohibit 8:8 | 16:12 18:10,14 | 104:2,10 107:6 | 205:14,23 |
| project 10:15 | 18:17,18,19,21 | 109:6,14 110:1 | 225:4,7 230:20 |
| 10:17,18 11:7 | 19:21 70:10 | 110:12 111:23 | 243:23 245:8 |
| 11:8,24,25 | 94:21 191:3,3 | 112:16 113:5 | proposal 4:8 |
| 12:5,25 13:5 | 191:4,16,17,25 | 114:6 115:11 | 5:8,10,11 |
| 13:15,16,18,21 | 191:25 192:3,4 | 117:23 118:23 | 30:12 56:21 |
| 13:25 14:2,9 | 192:7,10 193:9 | 119:11 120:8 | 66:16,17 67:11 |
| 14:11,11 16:5 | 194:12,23 | 120:24 121:19 | 67:16,17,20 |
| 16:7,8 61:9,13 | 196:9 216:22 | 122:18 123:14 | 69:3,7 79:14 |
| 61:14,15,18,19 | 217:8,17 | 125:14,17 | 79:23 86:13 |
| 61:25 62:4,6 | 232:10 234:22 | 127:16,20 | 88:23 93:10,18 |
| 62:24 63:12,18 | 241:8 | 128:14 129:2 | 97:9 148:9 |
| 64:3 73:13 | promoted 17:9 | 130:3 131:12 | 149:4,17 |
| 86:10 94:11,14 | 18:3 22:5 | 132:8 133:2,14 | 150:10,15 |
| 95:15 96:13 | proper 34:3 | 134:6 136:17 | 151:9 153:20 |
| 149:22 152:5 | 108:6 | 137:13 138:3 | 153:23 165:9 |
| 152:23,24 | properly 29:10 | 139:4 140:2,14 | 181:4 182:17 |
| 153:3 179:17 | 45:21 46:25 | 143:15 144:22 | 182:21 183:13 |
| 179:23,25 | 78:3 93:15 | 147:17 149:8 | 184:12 194:5 |
| 180:2 181:5 | 131:7 160:4 | 149:25 152:7,9 | 206:23 210:12 |

210:13 220:8
221:24 228:20
228:22 234:4
**proposal's**
165:8
**proposals**
13:10 15:22
18:8 23:8
149:24 150:25
183:19 193:22
194:23,25
220:22 225:13
236:12,12,13
237:16 238:24
241:25
**propose** 229:21
**proposed** 71:25
155:13 156:1
**proposing** 71:9
**protect** 116:23
116:24
**protection**
81:22 82:2,23
83:6
**provide** 21:2
124:2 181:13
199:7,11
213:19,24
227:7
**provided** 30:15
31:4,5,7 53:20
54:25 145:3,4
184:15 190:25
217:24 228:17
228:19,21

**providing**
232:5
**provisions** 1:24
**prudent** 90:9
151:3
**public** 11:13,17
12:14 13:7
20:2
**publics** 11:17
**pull** 28:17
30:23 31:13
39:13 52:14
53:15 54:6
76:1 78:23
84:21 87:21
91:20 92:23
97:2 99:15
118:13,13
145:13 146:4
183:24 208:17
209:24 233:14
**pulled** 27:1,2,2
27:4 28:8,15
38:8 43:25
44:2 45:1 58:8
66:5 90:21
114:14,15
125:7,7 126:11
126:12 135:12
159:15
**pulling** 37:6
77:12 87:3
89:10,13,14,14
90:20,23 91:1
91:7,18,22

134:10 162:24
**pulls** 204:3
**pup** 27:15
45:15,15,21
**purchase** 47:13
**purchasing**
191:8
**purlins** 81:11
81:13 166:22
166:24
**purports**
245:10
**purpose** 25:5
116:12,14
117:19 198:16
**pursuant** 1:23
24:2
**pursuing** 13:12
15:16
**push** 238:14
**pushed** 104:12
110:25 159:14
**pushing** 24:20
172:23
**put** 8:21 13:13
13:14 23:3
29:10 50:23
64:9,12 67:1
69:6 73:25
82:20 86:13
90:10 93:8
106:14 108:7
115:18 116:15
126:16 137:10
142:6,16

143:23 148:8
149:17 150:11
158:12,13
160:24 162:15
177:20 202:20
204:4,6 207:1
209:13 219:3
220:8 222:10
223:15,17
227:25 228:9
228:14 238:21
243:15
**puts** 74:15
94:23,24
126:18
**putting** 13:9
15:17,18,21
23:5 29:11
33:16 37:2
66:12 81:13
84:25 102:1
128:7 144:7
158:12 162:25
205:4 210:11
223:20
**pvc** 38:6,14
58:6 59:10
85:5

**q**

**qualified** 44:6
86:12
**quality** 16:13
214:23 215:7
233:7

**[quantities - received]**

**quantities**
80:14
**quantity** 69:24
160:23 191:24
**question** 8:3
13:4 30:9
40:13 63:11
70:15 71:7
72:19,24 73:4
191:20 193:16
193:21 201:11
201:24 203:24
207:3 219:5
234:23 237:14
242:10,18
**questionable**
142:25 145:15
210:17
**questionably**
207:25
**questioning** 7:9
**questions** 8:3,7
185:4 189:20
189:22 190:7,8
201:25 202:3,5
212:17 225:3
234:19 239:16
240:12 243:3
246:25 247:1
**quick** 190:14
235:12 243:6,7
**quickly** 183:24
**quietly** 235:17
**quip** 222:17,18

**quite** 23:17
51:24 76:17
235:15

**r**

**r** 1:19 2:1 6:1
100:17,17,17
100:19 116:11
250:10 251:9
**rabbit** 219:20
**rain** 48:24
49:17 72:11
169:7
**raining** 196:25
**rains** 122:6
**rainy** 197:11
**ramp** 163:11
**random** 48:8
49:14,19,20,21
**randomly**
33:18
**rare** 94:15
**rate** 64:14
218:18 237:7
**rates** 63:2,24
64:17 70:7,8
194:20
**rather** 48:21
228:22
**raveling** 100:9
100:11,12,21
100:21 101:6
108:15 112:25
156:18 173:5
174:17 175:16
230:1

**rays** 51:3,3
101:20 102:5
**reach** 151:17
**reached** 151:25
**reaction** 154:15
154:18
**read** 80:5
245:19,20
249:3,4 252:9
**readily** 88:20
**reading** 155:5
**ready** 185:4
**real** 29:1
190:13 191:5
193:23 195:19
195:20 199:9
231:14 235:10
235:10,12
**realize** 7:25
18:12 154:16
183:22 245:6
**realizes** 238:25
**really** 13:22
16:17 19:25
22:22 53:7
126:8,8 137:5
168:19 175:24
178:16 189:3
189:13,13
192:18 211:1,2
215:2 216:12
219:20 220:14
220:15 231:14
235:15 236:3
238:16 239:8

239:12 240:3
**reason** 8:4
59:20 63:6
194:17 212:8
230:3 244:17
248:3,6 252:11
**reasonable**
80:10 83:23
84:5 85:14
88:10 91:10,11
93:2 95:16
96:17 163:2
166:1 181:22
184:21 237:6
**reasonably**
142:18
**reasons** 84:20
221:5 250:22
**reath** 2:12 6:19
**recall** 26:3,6
122:12 169:19
169:22 203:8
208:19 222:14
232:19 244:4
**recaulk** 68:3
**receipt** 250:20
252:17
**receive** 70:25
193:13,18
194:4 225:13
**received** 23:21
23:24 30:14
69:9 79:14
220:21 222:14
223:4

**receives** 94:22
**recent** 48:19
   53:15
**recognize**
   243:17
**recommend**
   156:23,24
   204:6
**recommendat...**
   180:11 227:11
   245:23
**recommendat...**
   157:1
**recommended**
   157:2 204:21
   227:14
**recommending**
   82:21 157:4
**record** 1:24 6:3
   6:17 31:10
   53:4,9 54:15
   87:2 97:20,24
   143:9 145:23
   156:25 185:2
   189:24 199:17
   205:13 242:25
   247:2 248:3
   250:15
**records** 182:15
**recover** 227:1
**red** 97:13
**redo** 81:2,10
   86:16 159:20
   232:10

**redone** 87:13
   232:15
**reduce** 166:9
**refeed** 89:19,21
**refer** 26:4 98:1
   169:20
**reference** 67:10
   67:11
**referenced**
   252:6
**references** 67:9
   165:9,10
**referred** 25:22
   44:13 65:24
   67:4
**referring** 30:2
   44:8 161:16,20
   174:4 192:11
   199:17
**refined** 62:9
**reflect** 56:9
   147:2 171:25
**reflected**
   150:21 165:5
**reflective** 237:6
**refresh** 78:5
**refreshed**
   241:25
**regarding**
   149:5 195:15
   213:10
**regardless**
   102:15
**regulations**
   219:14

**rehab** 232:10
**rehung** 45:2
**reinserted**
   69:11
**reinstall** 39:7
   44:4
**reinstallation**
   227:7 228:23
**related** 190:7
   196:13 212:12
   215:6 216:6
   217:2 218:4
   225:3 239:19
   240:2,6 250:24
**relationship**
   20:13 190:18
   195:21
**relatively** 27:12
   191:18
**relativity** 179:4
**released** 82:3
**relevant** 30:16
**reliable** 80:3
   150:3,8 181:12
   182:8
**rely** 68:17
   150:3 181:22
   182:3,11
   197:24 198:7
**relying** 70:3
**remain** 212:10
**remaining**
   62:19 161:9
   162:6 196:9,11
   196:12 207:24

   223:18 241:21
   241:22
**remarkable**
   137:16,18
   138:8
**remediated**
   82:8
**remedy** 137:10
**remember**
   36:24 85:4
   133:15 159:6,7
   161:10 203:16
   213:22 237:8
   237:13 244:16
**remind** 226:12
**remotely** 2:2
**remove** 39:7
   66:25 68:3
   81:1 82:19
   157:15,20,22
**removed** 30:5
   64:13 76:4
   107:10 126:15
   158:10
**removing**
   81:12 210:19
**render** 110:10
**renew** 93:1
**renovate**
   219:11 232:10
**renovating**
   74:15 218:7
**renovation**
   191:3 213:3,14
   213:25 214:11

214:24
**renovations**
217:9,10
219:15
**repaint** 78:5
204:13
**repainted** 43:8
126:3 176:25
**repainting**
163:16 217:11
**repair** 66:2
75:10 89:25
93:1,15 108:7
117:5 120:10
145:12 147:7
155:6,10,13
156:2 189:8
200:9,14
203:11 210:18
213:2
**repaired** 43:22
75:22 107:22
118:17 125:9
139:21 177:20
200:23 201:15
204:4 224:9
**repairing**
159:11,11
**repairs** 55:24
76:24 133:10
147:5 167:23
183:2 211:10
212:25 213:5
218:22

**repaneling**
165:23
**repatchwork**
228:17
**repaving** 232:6
**repeat** 79:2
206:12
**repeating**
199:15
**rephrase** 8:5
190:9 237:4
**replace** 74:12
76:9,11 82:5
84:8 166:2
223:7 233:11
246:17
**replaced** 38:17
38:20,23 43:21
76:4,19 118:18
158:11 159:15
160:6 208:14
246:13
**replacement**
120:10 155:16
156:18,19
165:21 206:23
218:25 219:6
232:22 246:3
**replacements**
218:22
**replacing** 37:15
47:16 76:5
77:1 210:22
218:21 224:3

**repolished**
33:23
**report** 5:3
154:12,24,25
245:9
**reported** 1:20
**reporter** 8:6
30:23,24 31:13
39:13 55:11,16
78:23,24 99:11
146:1 170:21
179:11
**reporter's** 3:9
250:7
**represent** 6:20
6:24
**representation**
32:17 56:12
103:5 104:1
107:5 109:13
110:1,11
**representations**
37:21 39:10
46:19 50:5
109:5
**representative**
50:12,13 56:21
66:10 123:4
171:15 172:21
200:18 206:9
206:14 215:15
216:22
**represented**
50:4 55:21

**reputable** 70:3
**requested**
250:18
**requests**
193:18
**require** 77:16
117:5 120:10
211:11 217:9
**required** 62:13
67:22 91:9
198:22 219:16
**requirement**
116:6
**requirements**
74:16 116:16
219:12,14
**requires** 219:3
**requiring**
133:9
**reroof** 144:6
149:20 150:14
210:12 220:9
220:12
**research** 12:7
**reserve** 12:1
**reside** 24:8
**residential**
19:19
**resources**
21:20,23 193:1
**respect** 33:21
167:18 191:23
**responsibilities**
10:18 15:16
16:4,25 17:11

17:19 18:5
22:6,8 23:19
**responsibility**
17:18 95:20
**responsible**
17:13 62:6
96:11 162:10
216:1 224:3
**rest** 35:24
164:1 171:5
208:10
**restore** 34:7
**restring** 233:13
**restriping**
67:24
**restroom** 38:4
**resubmitted**
69:11
**result** 187:13
**resurfaced**
232:8
**resurfacing**
51:2
**retail** 19:25
20:1
**retape** 78:16
**retarring** 71:12
**retexture** 78:15
**retrieve** 54:20
**return** 252:13
252:16
**returned**
250:19,20
**reusing** 86:19

**revenue** 18:18
19:5
**review** 23:2,3
25:7 45:6 60:5
88:9 174:25
204:18 220:19
252:7
**reviewed** 56:6
**reviewing**
161:11 197:18
221:16 239:19
**revised** 30:12
56:21,24 69:3
**rework** 55:19
89:19 158:3,22
**rhino's** 238:12
**rib** 43:15
**ribs** 142:2,3
179:6
**ridge** 142:3
**rigged** 129:16
**right** 6:14 7:19
13:11 15:8
16:10 17:6
23:12,13 31:12
36:21 39:5,6
42:14 52:6
53:6 68:1
69:19 78:19
80:19 83:25
94:3 96:2
100:15 103:13
105:1 107:16
111:15 113:14
114:17 115:15

115:18 117:13
117:25 120:13
122:12 125:5
127:23,25
128:5 129:8,9
131:11 134:25
136:19 138:12
138:25 140:18
142:7 147:24
152:2 159:22
163:22 164:24
165:24 166:4
167:8 169:9
172:20 182:21
185:8 186:17
187:16 191:13
191:22 198:10
202:17 203:11
205:11 210:17
211:12 212:1
213:12 216:3
217:23 233:21
234:19 243:8
243:14
**ringing** 190:15
**rip** 87:1
**risk** 94:20
**risks** 94:23
209:22
**road** 97:25
115:2 157:17
169:12
**role** 20:16
**roller** 206:4

**rollers** 120:1,17
**rolling** 33:16
39:22 40:2
75:10 77:7
**roof** 36:10
81:13 84:18
130:7,10
132:15 140:20
141:2,19 142:1
142:2,6,17
143:6,12,16,23
144:2,3,9,22
145:21 165:8
165:17 166:2
166:13 167:4
187:5,6,8,8
208:24 209:1
209:11,13,16
209:16,18,24
209:25 210:4,9
211:6 243:21
243:21 244:6,6
244:14,18,24
246:2,3,7,12,17
**roof's** 144:22
**roofs** 144:18
145:20 209:10
246:18,22
**room** 34:20
35:6 133:24
134:17,18
136:21 197:6,7
197:15,15
204:22 206:21
208:4,8

**rooms** 206:18
**roots** 106:19,20
**rougher** 187:2
**roughly** 16:3
  18:23 74:24
  105:7 160:19
  166:6
**round** 178:13
**route** 180:16,18
**routed** 180:17
**rpr** 1:19 250:10
  251:9
**ruffle** 235:17
**ruffling** 235:13
  235:19
**rules** 1:23 7:25
**run** 54:5 58:13
  89:12 226:23
**running** 16:6
  81:11 87:24
  194:11
**runoff** 106:15
**runs** 137:7
**runway** 99:24
**rust** 42:23 43:4
  145:9,15
  163:24 208:23
  209:3 210:2,9
**rusted** 43:16
  78:2 144:14
  145:13 209:11
  209:22 210:21
**rusting** 142:1
  142:21 144:4
  187:10

**s**

**s** 2:1 4:1 5:1 6:1
  64:20,23 65:1
  65:14
**s4** 67:23
**safe** 33:23
  46:15 56:11
  60:7,9,14
  75:14 81:16
  93:3 96:18
  117:5,8,16
  118:18 120:18
  125:10 143:23
  158:20 162:16
  164:22 167:24
  177:20 183:2
  184:22 186:11
  202:10,14
  211:6
**safely** 95:4
**safety** 62:23
  116:1,19
  117:20 124:7
  197:24 198:5
  209:3 210:10
  211:11,15
  229:21 230:7
**sag** 40:19
**sagged** 36:19
**sagging** 34:24
**salvage** 28:22
  28:23
**salvageable**
  91:24

**sam** 148:18
**samples** 215:15
**sanding** 43:6,7
**saturated**
  243:21 244:10
  244:12
**save** 210:25
**saving** 208:7
**saw** 26:18
  32:17 34:11
  39:10 43:24
  44:2 50:6
  55:20 66:14
  75:21 77:2
  78:1 80:9,24
  81:24 85:4
  103:5,9 109:14
  110:1,12 121:4
  130:3 134:6,23
  153:19 158:8
  168:1,2 197:19
  206:18
**saying** 59:4,18
  83:22 157:7
  167:3 205:5
  234:8
**says** 61:5 97:12
  97:13 155:15
  158:3 184:9
  226:15 246:2
**scared** 144:12
**school** 8:15 9:1
  9:15
**schools** 11:16
  11:16,19

**schwob** 1:21
  6:10 12:16,24
  12:24 13:5,19
  14:3 18:15,20
  18:22 20:6,10
  20:15,17,17,22
  20:23 21:1,18
  22:11,12,14,16
  53:16 68:5,12
  68:13 98:19
  150:21 156:1,1
  164:18 165:5
  170:4 190:17
  190:19,22,25
  191:16 192:6,9
  193:9 204:20
  213:6 217:1
  220:21 224:2
  237:3,10
**schwob's**
  183:19 222:9
  234:21
**schwob.com**
  32:12
**scooped** 108:3
**scope** 12:20
  13:2,13,24
  15:21 23:6,12
  23:16 62:10,10
  66:14 68:2
  95:20,21 96:8
  97:14 152:13
  152:16 155:19
  155:22,22
  156:7 166:8

213:15,16,16
213:18,25
216:13,14
220:3,17,17
221:12,17
234:3,12 235:8
236:1,13,16
238:16,17,21
238:21
scope's   23:6
scoped   236:23
scopes   191:9
238:8
scoping   236:19
236:23 238:23
scratch   235:20
screen   31:19
44:23 54:7
115:19 146:19
154:11 202:20
224:20 234:17
243:16 245:6
scroll   138:6,7
205:8
scrub   127:12
scuffing   206:3
seal   51:11
66:20 102:1,1
102:2 180:18
180:20
sealed   230:20
sealing   228:17
searches   191:6
second   22:11
86:3 139:12

140:1 144:12
153:23 167:13
168:11 197:17
202:8 235:11
242:25
secondary   27:3
27:3
section   93:15
108:11 113:14
114:16,17
155:15 159:13
sectional
155:15
sections   75:4,8
76:9,11 114:13
153:21 159:12
159:14
secure   63:10,19
security   63:5,7
63:16,18
104:20
sediment
106:18 113:13
176:3
see   28:24 31:18
33:11 35:9,18
35:19 36:20
38:25 39:19,19
40:4,12 41:3,8
42:23,25 43:2
43:12,13,15,16
44:5 46:15,24
48:6,7 49:3,13
49:15 52:5,7
53:11 61:7

65:12 69:3,13
71:21 77:14
93:25 97:14
100:3,6,22
104:9,11
105:10 107:7
108:8,13,20,25
109:1,10 110:6
111:12,13
114:1,12
115:24 116:15
118:25 122:4,4
122:10,13,15
123:7,8,22
124:15 125:6
126:16,17
128:20 129:3,8
130:10 131:14
132:14,14
136:24 137:21
138:8 142:7
148:19 149:11
153:15 154:2
155:3 157:17
161:23 162:21
165:3,16
166:21 168:15
168:17,18
171:4,15 172:6
175:13 176:24
178:8 179:7
184:9 185:21
187:17 205:20
214:7 218:9
239:11 244:6

244:14,19
245:5,7,11,22
246:5,7,21
seeds   176:4
seeing   44:17
46:2 47:8,23
73:20 107:21
107:21 122:11
133:6 137:25
144:25 154:17
185:14 208:19
220:16 231:12
231:15
seek   225:13
seeking   15:16
70:14
seem   23:7
73:20 162:9
seemed   223:18
seems   77:24
86:11 117:20
137:9 194:11
seen   31:25
48:22 70:10
87:4 133:11
154:13 157:17
245:8
seeping   40:3,9
sefl   30:23 31:15
31:15 35:15
36:2 39:9,14
42:7,16,17
44:10,12 45:5
47:4,21 50:3,5
52:2,2,14,14,15

| | | | |
|---|---|---|---|
| 52:20,25,25 | 147:20,20 | **sefl00000692** | **sent** 175:10 |
| 53:11 78:23 | 148:12,12,15 | 4:18 | 199:20 205:15 |
| 79:3 86:3,4 | 148:16 149:1 | **sefl00000694** | 252:14 |
| 97:2 99:12,13 | 149:10,12 | 4:19 | **separate** 20:24 |
| 99:16,17 103:4 | 151:10 158:25 | **sefl00000702** | 217:5 |
| 103:13,14 | 161:17 162:19 | 4:21 | **separated** |
| 104:6 105:22 | 164:14,15 | **sefl00000710** | 20:21,22 |
| 107:11,16 | 170:22,22 | 5:9 | **separates** |
| 109:4,9,16,17 | 171:10,19 | **sefl00000717** | 125:20 |
| 109:25 110:3 | 172:6 176:13 | 5:10 | **series** 8:2 31:15 |
| 110:16 111:22 | 176:14 177:4 | **sefl00000719** | 31:15 146:1 |
| 112:2,18 113:8 | 177:23 178:11 | 5:7 | **serve** 19:15 |
| 113:21 114:8 | 178:23 179:11 | **sefl00000720** | 198:17 |
| 114:10 115:9 | 180:24 181:19 | 5:6 | **served** 190:22 |
| 115:16,19 | 183:7,25 184:5 | **sefl00000825** | **service** 4:6 |
| 117:25 119:23 | 184:9 243:10 | 4:8 | 19:21 79:15,20 |
| 121:18,21,21 | 243:11,15 | **sefl00000827** | 80:3 83:10 |
| 122:16,20,23 | 244:1 | 4:7 | 149:4,5 164:12 |
| 125:18 126:5 | **sefl00000509** | **sefl00000843** | 164:16 181:17 |
| 127:18,22 | 5:12 | 4:4 | 182:22 |
| 128:10,11,25 | **sefl00000511** | **selection** | **serviced** 79:24 |
| 129:11 130:5 | 4:24 | 238:24 | 80:8 |
| 131:11,14,18 | **sefl00000518** | **selective** 27:7 | **services** 20:11 |
| 132:7,10,25 | 4:22 | 82:25 | 20:19,23 21:1 |
| 133:4,21 134:5 | **sefl00000528** | **selectively** 75:7 | 21:13,15,18,18 |
| 134:9,12,25 | 4:10 | **semester** 10:3 | 22:14,25 67:19 |
| 135:1,25 | **sefl00000679** | **send** 200:4 | 79:16 150:21 |
| 136:16,19 | 4:12 | 235:22 236:15 | 153:9 165:6 |
| 137:12,15 | **sefl00000682** | **sense** 10:23,24 | 180:6 190:24 |
| 138:2,6,14 | 4:13 | 14:5 18:13,16 | 238:1 |
| 139:2,15,17,23 | **sefl00000683** | 18:19 22:3 | **set** 42:22 45:21 |
| 139:25 140:7,8 | 4:15 | 50:20 78:22 | 197:17 235:4 |
| 140:25 141:7,8 | **sefl00000688** | 191:23 193:12 | 236:15 |
| 141:9,10,10,11 | 4:16 | 194:3 234:24 | **seven** 105:7 |
| 146:1,5,16 | | | |

severe 71:18
  133:6 134:20
  140:10 229:2
  229:10,15
severely 34:2
  77:3 118:11
  136:8,10 219:2
  223:11
sf 64:20,23 65:1
shang 2:5 6:23
shape 27:12,13
  36:25 75:2
  126:8,23 143:1
  172:5 176:23
  177:3 187:2
  212:14,15
  246:19
share 17:15
  239:12
shared 21:13
  224:20
sheet 97:9
  100:25 236:22
  252:11
sheetrock
  78:15 243:22
  244:9
sheets 81:13
sherman 12:14
shiny 209:16
ship 104:24
shipping 105:1
shocked 88:13
shop 10:14
  91:23

short 92:17
  140:21 213:2
shorter 27:15
  45:16,18
  169:24
shorthand 1:21
shortly 9:25
  10:7,7
shot 47:23
  113:10,17
  125:19 132:12
shots 112:10
  139:8,14
show 36:8 45:9
  48:2 103:15
  110:5 111:9
  112:2,4 122:20
  124:12 131:14
  133:4 140:7,9
  141:3 154:14
  172:16,17
  176:14 177:6
  178:12 225:24
  246:16
showed 84:10
  172:18 203:7
  225:25
showing 47:7
  138:18 141:23
  175:9 176:15
shown 38:1
  105:24 115:20
  171:9
shows 47:5
  52:2 99:19

110:4 112:5
  113:10,25,25
  133:22 141:18
  141:24 177:7
shrub 107:8
shut 38:10
sic 65:10 73:6
  146:18 230:14
side 12:18,19
  17:22 23:1
  40:4 44:22
  52:5,7 59:25
  61:16,19 81:9
  87:9 97:10
  99:21,23
  123:21 125:22
  128:5 129:9
  135:8 152:18
  172:24 177:8
  183:15
sides 47:7
  122:2,2
sievert 1:19 6:4
  250:10 251:9
sign 175:21
  252:12
signature 3:8
  248:1 249:1,5
  250:17,21
  251:7
signed 13:15
  252:19
significant
  48:18 49:9,16
  51:25 60:3

73:9 80:14
  82:13 90:22
  103:20 108:17
  120:20,23
  126:2 129:18
  169:2 177:1
  217:10 226:24
  231:3
significantly
  72:9 74:21
  92:20,21 207:5
  208:1 220:17
  228:3 238:15
silt 106:15,23
  107:2
similar 16:4
  35:6 99:5
simple 38:25
  66:9 106:5
  131:2 142:22
  179:4 205:4
  214:13,14
  218:11 231:25
  233:3
simplify 236:3
single 118:7
  223:24
sink 108:11
  129:14,17
sir 7:21 8:1 9:5
  9:17,20 10:10
  11:20 12:10
  20:8,12 23:23
  24:4 25:2,13
  25:23 26:14

28:16 32:13
37:23 48:13
52:12,19,22
54:21 56:5,7
67:7 83:8
103:3 109:7
110:13 114:7
129:22 130:4
147:18 161:21
189:5 243:18
245:12,21
**sit** 47:11
106:11,16
216:12
**site** 14:8,10,13
23:14 25:7,16
25:17,19,20
26:4,21,24
27:2,6,7 28:7
50:9,12,14
52:17,21 55:20
55:23,23 56:13
57:16 60:19
62:17,22 63:21
65:22,24 66:3
71:17,23 72:2
89:8,10,20
90:7,10 96:20
96:22 98:20,21
100:1,8 111:12
112:11 114:16
147:4,17
153:11 169:4
170:11,13,17
170:19 173:16

174:5 180:9
186:1 188:9,11
188:11 191:4
195:8 196:6,7
196:18,22,23
196:23 197:3,9
199:5 216:3
217:25 221:14
221:15,22,22
222:5,6,13
223:5 227:9
228:18 229:2,6
229:7 230:8
231:14 232:2
246:16
**site's** 175:11
**sites** 23:15
26:23 195:3,16
196:2,10,14
199:13,15,17
199:19 204:16
211:9 220:20
221:25 222:1
227:13 232:4
232:12,18
233:9 239:20
**sits** 72:22
**sitting** 44:23
135:6 178:14
178:19
**situation** 51:24
51:25 76:3
99:5 117:16
178:3 188:10
221:12 225:23

226:8 229:25
**six** 45:10,13
66:3 194:9
**size** 18:14,20
51:21 95:7,14
**sizing** 207:11
207:13
**skim** 204:8,9,12
204:25 205:3
**skip** 109:16
115:16
**slide** 230:3
**slider** 41:9
**slip** 51:8
**slower** 194:9
**slowly** 138:7
176:7
**small** 207:24
238:13
**smaller** 10:14
13:5 72:8
98:15 152:16
152:16,16
169:24 171:13
208:2 230:24
**smart** 223:19
**smell** 35:4
40:19
**smells** 35:3
**software** 65:18
**sole** 22:9
**soliciting**
221:21
**solid** 100:25
231:14

**solution** 210:23
213:3 232:2
**solutions**
252:23
**somebody**
28:25 30:5
36:9 38:12
39:24 41:11
47:2,3,3 56:3
77:13,14 85:7
87:19 92:22
96:1 105:17
108:2 111:2
112:8 126:14
126:17 134:3
142:12 151:4
151:18,24
168:19 189:13
198:18 203:17
204:3 208:6,8
209:8,11,16,17
214:11 217:13
226:19 237:13
242:4
**somebody'd**
90:18
**somebody's**
62:3,4 63:14
64:10 91:18
103:18 113:12
120:22
**someone's**
190:14
**somewhat**
35:23 40:11

**sorry** 32:5,25
  34:16 35:11
  53:3 59:3
  64:21 67:23
  79:2 89:18
  101:15 103:14
  104:8 111:6
  116:4,5 124:24
  125:2 128:1
  131:16 137:22
  146:9,11,17
  147:3,14 148:5
  157:6 161:24
  169:18 174:3
  184:17 206:12
  221:8,9 222:25
  229:4,16
  235:16 241:18
**sort** 11:1 20:14
  40:7 81:4 83:7
  126:14 129:15
  130:7,17 134:1
  142:16 156:19
  156:22 203:18
  204:9 209:13
  212:7 245:23
**sought** 71:1
**sound** 80:12
**sounds** 17:3
  71:8 83:21
**source** 80:3
**south** 169:12
**southeast** 170:5
  195:22

**southeastern**
  1:16 2:10 6:20
  8:15,24 9:4,15
  23:21 25:1,24
  86:9 98:18
  143:21 190:18
  190:19,22,25
  191:11,15,21
  192:6 195:11
  196:13 199:11
  202:9 217:25
  218:4 240:25
**southeastern's**
  241:3
**southern** 164:4
**sow** 124:12
**space** 29:14,15
  32:10 35:1,2
  38:3 39:17
  84:16,17,17
  163:8 187:1
  200:15,18
  218:13 219:11
**spackle** 205:4
**span** 14:17
  50:19,21 51:1
**spans** 118:9
**speak** 26:18
  87:10 117:10
  117:15 207:20
  240:25
**speaking** 13:8
**speaks** 97:15
**special** 80:20

**specific** 9:13
  12:2 27:23
  50:13 74:6
  95:9 96:8
  117:2 132:17
  138:24 172:20
  193:1 195:13
  196:9,21 198:2
  198:7 201:25
  205:1 208:8
  212:18 219:19
**specifically**
  22:23 64:10
  69:1 88:22
  130:15 188:12
  189:15 222:2
  232:11 233:10
**specs** 215:4
**speculate** 41:10
  50:22
**speculates**
  226:4
**spell** 100:14
**spend** 57:15
  62:21 63:19
  241:11
**spent** 239:24
**spirit** 226:1
**split** 21:23
**spoke** 113:23
  195:15 241:5
**sprinkler** 29:20
  36:16 58:21,23
  82:6 91:16

**sprinklers** 83:6
  83:9
**square** 65:4,5
  65:13,20 109:2
  162:24 166:6
  216:24 218:12
  218:14,16
**stage** 78:18,18
**stained** 33:9,19
  34:3,21 126:9
  136:10
**staining** 34:23
  35:19 133:7
  134:20,20
  136:22
**stains** 35:19
  132:1
**stair** 42:18
**stairs** 42:22
  78:2 163:11
  164:5
**stamp** 140:24
  217:18
**stamped** 30:23
  31:15 39:14
  78:23 99:12
  154:4 170:21
**stand** 64:20
  65:3 135:7
**standard**
  183:18 198:7
  224:12
**standards**
  92:16 197:24
  198:3

[standing - subcontractors]                                    Page 60

**standing** 137:7 169:3 244:14
**start** 8:11,17,18 30:20 37:6,9 37:14,15 40:18 40:19,19 42:4 42:16 48:23,25 57:25 59:7 72:20 73:12 74:14 75:18 76:5 77:12 83:2 86:20 88:18 99:17 106:20 141:15 144:17 172:7 197:6 226:14 233:7
**started** 10:13 57:25 60:4 99:1 177:10,16 197:1
**starting** 37:11 40:12 42:23,25 96:13 106:3
**starts** 72:12 106:16 142:21
**state** 1:20 8:16 8:24 9:4,15 88:1 204:5,7 206:2 219:12 250:11
**stated** 1:24 8:22 57:24 58:1 168:9 191:21 196:17

198:8 203:13 205:25 214:2 225:12
**statements** 29:5
**states** 1:1 250:1
**stay** 19:16 101:23 228:11
**stayed** 19:7
**steel** 20:10,15 20:19,23 21:1 21:2,5,18 22:14,25 117:9 149:18 150:11 150:16,21 165:6
**steel's** 117:13
**stenographer** 6:2,14 7:1,4 31:1,6
**step** 144:19 158:4
**stepped** 85:11
**stint** 12:21
**stipulated** 96:8
**stop** 28:3 48:6 91:20 110:17 111:14 127:23 127:25 134:14 138:9 141:19 178:8,10 230:4
**stopped** 128:10
**stopping** 37:12
**stops** 111:7,10 111:13,17

112:1,6
**straight** 49:25 116:2
**straightened** 117:8
**straightening** 159:10
**strand** 105:8
**strands** 105:9
**strauss** 2:18 7:12
**street** 90:22,22
**strip** 84:22
**stripe** 126:17 155:1
**striping** 180:20
**stripped** 52:8 115:7 203:15
**stripping** 85:7 86:21 204:21
**strong** 114:21
**stronger** 194:19
**structural** 124:2 235:5
**structurally** 209:20 211:21 230:16
**structure** 21:3 116:24 167:4 171:16
**structure's** 167:7
**struggle** 205:18

**stuck** 226:25 241:22
**stuff** 11:15 17:17 47:16 76:15 86:18 88:25 108:21 133:19 134:19 144:18 158:8 173:25 175:11 186:8,25 189:11 226:13
**style** 215:16
**styled** 1:17
**sub** 69:7
**subcontractor** 67:5 70:2,5,14 70:16,20 85:21 148:8 150:17 151:8 161:20 164:11 181:9 181:22 220:22 221:7,10 223:4 225:6 226:15 226:22 238:17
**subcontractors** 62:11 68:9,18 68:22 70:25 95:21,22 149:24 150:4,6 150:8 182:10 217:2 221:14 222:1,5 225:14 227:14 235:9 236:2

**subgrade** 73:8
73:22 93:13
100:5 107:25
108:7 112:22
158:13,14
230:14
**subject** 60:24
**submit** 217:19
217:19
**submitted**
30:13 69:4
200:6
**subpoena**
23:21,24
**subpoenas** 24:3
**subscribed**
251:4
**subtropical**
12:6
**successful**
14:24 15:1
19:7
**successfully**
175:24
**sucking** 135:7
**sufficient** 71:13
71:15
**suggest** 82:21
204:21
**suggesting**
223:21 226:11
**suggestion**
227:11
**suite** 1:22 2:12
6:12

**sum** 96:8
**summaries**
220:20 233:18
**summarize**
235:2
**summary** 4:5
4:22,24 5:7
65:16 146:22
152:3 179:16
233:16
**summers** 8:21
10:1
**sun** 51:3,4,19
101:20
**super** 102:24
**superintendent**
62:16
**superintende...**
63:21
**superintende...**
14:14
**supervision**
60:22 61:21
146:24
**supply** 135:5
**supposed**
233:24
**sure** 11:2 13:4
14:22 16:10
18:22 23:6,6
23:10 26:21
30:10 56:17
62:10 77:20
79:3 131:18
139:10,11

144:10 163:20
168:24 178:16
179:2 191:2
217:22 224:24
226:18 228:5
231:10
**surface** 27:10
33:10 34:1
39:21 47:24,25
48:10,12 49:5
49:8,11 50:25
51:15,16 66:13
77:5,9 100:5
100:22 101:21
102:17,23
103:17,21,23
107:24 108:16
109:23 112:23
127:10 136:14
136:23 137:20
139:20 140:10
140:12 156:21
158:16,18
173:9 174:17
175:16 206:5
206:19 209:9
209:19 231:13
231:16
**surfaces** 33:5,6
35:5 232:12
**surprised** 60:3
**susceptible**
29:16,18 42:2
**swept** 173:1,3

**swinging** 160:3
**switch** 87:20
**sworn** 1:16
7:15 250:14
251:4
**system** 37:4,10
39:3,3 58:21
58:23 82:20,23
83:2,12,13,19
84:9,9 91:14
91:16,17 92:5
92:6,8,13 93:2
130:14 209:14
**systems** 29:20
47:13 84:25
90:19

**t**

**t** 4:1 5:1
**tab** 161:22
236:22
**table** 94:25
**tack** 67:22
126:18 134:1
**take** 8:6 13:23
14:25 28:22
30:20 37:24
40:18 47:21
49:6,12 53:5
54:8,11 66:23
76:14,16 81:1
81:6,10 88:2,5
94:9,20 96:14
96:18 103:1,1
103:8,14 109:8
110:14 112:18

113:7,9 114:8
117:25 121:2
129:11 130:5
133:21,24
138:11,25
139:13 140:21
143:18 144:21
145:1 149:1
153:3 160:18
160:24 161:3
162:11 166:12
171:1 179:23
185:1,2,3
192:20 200:8,8
200:11,13,19
202:13,17
209:11 218:10
218:13,14
223:12 224:21
233:12 234:16
235:7,8,21,21
235:25,25
236:12,20
242:10
**taken**  1:17
31:11 33:7,19
40:25 41:7
44:3,14,15,19
54:17 83:17
85:2 97:21
103:8,10 126:3
126:4 131:23
144:3 145:24
185:6 188:8,14
189:13,25

243:1 251:1
**takeoff**  69:25
**takes**  92:20
94:24 96:3
210:5,6
**talk**  30:15
112:1 141:18
141:21 168:20
**talked**  22:6
40:23 73:1
93:24 109:9
128:3 147:6
156:5 165:13
166:16 173:5
189:10
**talking**  20:6
29:12 80:7
84:9 101:13
112:6 145:12
150:25 185:24
213:13 217:10
222:24 229:16
235:18 241:9,9
241:11
**tall**  105:4,8
**tampered**
87:17
**tape**  78:6,9,13
203:17
**tdlr**  219:12
**team**  193:1
**teamed**  91:5
**tear**  185:14,19
186:6,9 187:4
187:14 188:4,7

201:2,4,8,9,21
203:20,21
206:7 215:12
**tech**  53:4
**technical**  87:8
**technician**  2:23
31:13 32:21
42:16 44:9
50:3 52:14
53:2 55:13
79:1 97:2
99:12 115:18
124:22 131:15
131:20 146:8
146:12 171:19
172:8 174:24
176:7 178:6
183:24 184:2
190:13 202:19
202:21,25
203:3 205:7
208:16 224:16
224:19,24
235:10,12
243:9,15 244:1
245:2,15
**technologies**
92:12
**telephone**
107:8
**tell**  22:20 36:11
45:6 54:7 55:7
94:8 107:18
109:19 130:6
131:16 135:12

143:9 155:7,12
155:18,19
156:6 163:6
220:7 231:2
**temporary**
62:22,23
152:17
**ten**  14:18,19,22
14:23,24 54:13
111:19 118:8
185:3 207:19
207:19
**tenant**  173:2
**tenure**  12:3
**term**  10:3,5
15:14 86:14
101:6 108:15
108:19 112:24
116:4 123:23
213:2,2 216:7
218:5 231:9
**terminal**  35:21
**terms**  51:18
98:23 108:23
**terrible**  202:2
**test**  58:23
77:14
**testified**  7:16
198:8 229:1,9
237:5 239:20
**testifying**  195:4
239:24 242:8
**testimony**  8:9
58:4 190:7
196:8 205:25

208:22 220:19
244:13 250:16
252:9,17
**testing** 83:2
**texas** 1:20,23
1:23 6:12
12:15 24:6,8
98:1 151:21
169:12 175:24
219:12,13
228:3 250:11
251:9
**texture** 78:9,12
78:16 215:16
**textured**
203:17
**texturing** 78:13
**thank** 6:14
54:16 131:20
224:22 239:14
243:2
**that'd** 125:20
125:21
**thaw** 48:24
230:12
**theft** 63:12
85:4 114:25
186:4
**therefor** 250:22
**thickness** 228:1
**thing** 11:1
26:23 35:1,9
35:13 36:21
39:6 41:5 42:3
44:22 48:8

49:7,14 58:24
76:19 83:7
91:15,17
103:16 107:20
110:23 112:20
113:25 114:1
115:7 122:6
125:4 151:3
162:9 211:18
212:5,6 219:18
246:23
**thing's** 135:6
**things** 23:18
29:19 40:3
42:4 51:5
56:20,23 58:3
70:25 71:21
78:6 86:21
87:12 93:24
100:1 104:15
106:3 112:13
117:1 124:13
126:12 132:1
133:8 147:5
154:14 160:10
163:10,12
168:16,17,24
191:10 197:4,8
197:19 198:3,5
201:22 214:19
215:19 216:17
239:11
**think** 9:11 11:9
12:2 15:5 19:8
22:4 26:22

28:4 29:16
36:21 44:1
51:23 52:23
53:12 55:5,8
56:8,12 57:7
58:1 64:4 66:3
69:8,22 71:14
72:16 74:24
75:22 76:7
77:2 81:21
83:22 84:3
86:18 88:12
90:21 94:6
95:4 96:12,22
99:23 101:6,22
105:18 108:14
108:15 111:8
111:15 117:7
119:2 120:12
126:25 131:17
134:16 150:20
150:23 151:1
152:19 155:9
155:21,24
156:7,16
157:16 159:9
160:2,4,10,18
160:19 161:14
161:22 167:1,6
168:19 172:18
177:7 180:17
185:23 189:11
194:14,18,21
197:12 198:18
200:15 201:7

210:5,6 212:2
212:11,15
214:12 215:9
215:25 216:15
218:9,24 219:1
219:6 220:12
226:4,7 227:16
228:13 229:22
229:24 230:22
230:25 231:1
231:25 233:1
236:9,14,15
237:12 240:17
241:20,22
245:7
**thinking** 11:2
63:15 157:9
244:20
**thinks** 232:1
**third** 168:22
245:24 246:1
**thomas** 2:23
**thorough** 211:2
216:15 233:21
**thought** 80:10
94:7 137:5
162:15 235:18
242:3
**thoughts**
221:16 227:10
**three** 11:9 16:2
16:2 22:13
25:10 57:17,21
57:23 62:22
75:17 85:25

Page 64

96:3 105:8
137:1 157:3
196:2 198:9
199:15,16,19
211:8,9 220:20
221:25 227:13
232:4 239:20
**thursday**  26:10
26:11
**ticked**  194:20
**tight**  233:14
**tile**  33:10,14
37:4,10 38:6
38:22 39:7,18
75:24 77:12,15
128:6 136:13
136:14 162:25
162:25 163:1
206:20 207:12
207:13,15,16
207:16,18
**tiles**  33:18
34:21,23,24
35:23 36:13,18
37:2 40:11,17
76:2,7,21
127:11 130:14
132:2 133:20
136:10 207:19
**till**  77:11 131:5
151:3
**time**  10:8 11:3
12:4,11 13:18
15:23 16:12,25
19:7,8 21:22

22:15 28:24,25
37:14 39:25
40:20 44:4
48:21 51:16
54:10 62:21
69:4 71:16
72:10,10,14,16
72:16 76:16
87:6,6 89:17
90:14 91:19
95:23,23 96:5
98:21 101:18
145:6 151:1
152:24 153:1,2
154:17 161:6
166:7,8 168:2
192:19,23
193:2,5 199:16
206:12 211:1
220:2,14 226:1
226:14 229:19
230:23 239:23
241:11,13
242:9 246:22
252:18
**timeframe**
252:8
**timely**  71:15
131:1
**times**  7:22
123:1 194:9
205:6 214:10
233:17 238:19
**title**  10:12
12:23 15:23,24

18:4 22:7
**today**  6:9 7:25
8:9 13:6 24:2
51:25 73:11
103:9 108:19
154:17 190:7
195:4 196:8
239:21 241:1,4
242:8 245:7,8
**together**  13:10
13:14,14 15:18
15:21 23:3,5
37:2 86:13
105:23 107:17
136:2 148:9
149:18 162:12
210:12 220:8
222:11 228:11
238:21
**toilets**  219:22
**told**  240:10
242:4
**tom**  26:1 98:18
170:5 195:17
195:18,19,21
195:23,25
198:9,19,22,23
199:3,7,9,20
200:5
**tom's**  195:22
199:10
**tomorrow**
115:7
**ton**  208:7

**took**  9:1 18:4
32:2,14,15
50:7,10,11
66:22,22 81:21
86:25 121:7
169:23 171:6
171:23 172:11
179:2 199:25
200:4,7,15,22
224:7
**top**  33:14 61:4
100:5,6,23
101:2,7 102:3
102:4,6 103:23
106:4,16,19
108:3,12,21
112:23 113:1
128:6,21
157:20 172:21
175:16 179:1,8
206:19 227:25
228:10 230:2
**total**  4:6 56:15
64:23 65:19
67:3 69:15
79:15 80:2
87:4 88:14
96:15,16 149:4
153:8 159:9
164:12,16
168:6 181:17
182:22 186:10
187:19 189:2
189:16 192:25
218:14 241:14

**totally** 56:18
212:21
**totals** 153:25
**touched** 42:24
163:10
**towards** 12:3
125:22 171:12
171:14
**tower** 2:19 52:3
**track** 118:14
119:2 120:15
120:16,17
**tractor** 104:13
**tractors** 52:10
**trade** 236:25
**tradesmen**
151:17
**tradespeople**
236:4,8
**traditional**
118:5,6
**traditionally**
50:19
**traffic** 51:4
117:2 138:22
138:25
**trailer** 27:19
45:15,17,21,23
45:24 46:13
111:16,17,19
**trailers** 27:15
27:15,16,23,23
43:11 45:8,12
45:16,18 80:25
99:6,7 112:11

123:1,5,6
189:1
**transcript**
250:14,20
252:6,19
**transcription**
248:4
**transition**
207:2,6
**transitioning**
207:22
**translates**
220:17
**travel** 19:13
24:12
**traveling** 19:12
**treating** 16:11
**tree** 104:14
107:8
**tried** 45:10
99:3 103:18
151:17 160:17
**tries** 96:4
209:11
**trigger** 219:11
**trim** 179:1
**trims** 179:8
**trip** 86:8
229:23,23,23
**truck** 91:3
157:19
**truckload**
19:22
**trucks** 172:22

**true** 8:9 32:16
41:1 114:20
249:5 250:15
**truss** 130:17
**trust** 221:21
**try** 8:5 44:4
51:17 67:13
89:19,21 92:18
93:25 140:19
142:24,25
144:15 145:18
207:2,6 208:9
209:12 214:8
214:12 215:13
223:10,14
235:1 236:20
239:10 246:17
246:21
**trying** 16:22
18:13 28:20
36:23 87:1
103:19 110:5
112:9,11 113:9
133:24 139:13
201:5,6,7
212:11,15
**ts** 37:7
**tugging** 87:3
**tulsa** 4:3,5,8
25:4 26:2,4,4,5
26:6,21 29:17
30:12 32:10,18
34:11 43:24
50:6 56:10
60:9 67:19

86:10,10 96:18
99:5 114:25
128:3 130:12
152:7,11
185:11 186:10
187:3 195:8
196:3,3,18
197:9 199:18
201:20 211:21
211:25 212:12
219:8 222:3,5
225:3,7 228:18
229:2,7 230:11
232:18
**turn** 24:23 26:2
30:6 36:2
42:14 45:5
47:4 64:6
65:15,21 75:16
78:19 81:18
83:25 85:23
97:23 103:13
104:6 105:22
107:16 111:25
130:20 135:22
135:25 152:2
154:19,23
159:22 161:17
162:18 169:9
169:10 176:13
177:4 179:11
185:5,9 193:23
195:3 196:16
237:15 239:3
239:15 243:9

245:3,15
**turned** 101:1
197:13
**turning** 23:8
113:1 186:17
193:22
**turns** 239:3
**twice** 7:23,23
**two** 10:4 20:24
21:12 22:1,1,2
26:23 27:5
44:14,18 45:12
57:19,22 64:22
66:6,12 67:21
67:22 73:19
86:3 96:3
98:15 109:2
110:23 118:10
122:9 137:1
143:25 145:20
148:9,10,12
153:4,5,21,25
155:17 156:13
156:23,25
157:1,4,15,21
157:22 159:23
168:17 174:13
174:14 177:8
178:4 180:13
181:22 192:21
227:15,20
228:14 231:19
246:18
**tx** 4:10 5:5

**type** 9:21 11:11
11:14,18 12:17
19:17,20 20:25
21:3,3 25:14
61:24 65:23
67:23 76:3
78:9 83:12,13
83:13,19 90:3
95:6,14 151:5
170:6,12 176:3
190:24 203:14
215:6,11
217:13
**types** 104:19
214:7
**typical** 46:6,7
46:12 63:17
94:8,10 105:5
105:7 106:22
134:23 137:4
176:1 196:19
196:22 198:12
213:6,14
218:18 221:2,6
227:18,19
**typically** 21:8
50:16 105:4
197:2 239:11

**u**

**u** 222:17
**uh** 58:11 92:9
96:14 97:18
102:13 110:7
132:18 135:14

**ultimately** 238:22
**unanticipated** 233:25 234:1
**unconditioned** 29:14,16,25
34:25 35:2
76:3
**under** 7:25
60:21 64:16
65:24 72:18
75:11 97:16
146:24 153:7
159:23 161:22
180:5,9 182:25
245:22 246:7
**underlying** 167:4
**undermine** 72:13
**underneath** 33:16 39:24
112:12 128:8
179:5,7 209:17
**understand** 8:3
8:4 13:20
16:23 17:21
68:5 83:5
95:19 190:8
191:19 193:15
193:21 201:5,7
204:15 231:11
240:24 242:18
**understanding** 28:9 92:4

**ultimately**
100:21 130:9
198:21 213:24
217:23 228:8
**understood** 194:2 211:3
215:24 223:23
224:1,14 227:2
**unforeseen** 90:13 96:9,9
**unforeseens** 93:17 94:16
**unfortunate** 46:11 95:25
142:10 186:4
187:11
**unfortunately** 28:24 45:19
46:6 74:20
87:5 96:4
188:9 194:1
226:1
**unique** 26:22
27:4
**unit** 129:16
135:5 148:25
160:20,22
161:14 223:9
**unit's** 135:16
**united** 1:1
250:1
**units** 30:4 47:9
47:10,14,15,17
47:18 57:1,3
84:10,22,23
116:25

**university** 8:24 9:4,15
**unknowns** 234:11,13
**unoccupied** 212:6,9,10
**unsafe** 198:6,6 210:4 230:6
**unsecured** 7:5
**upgrades** 219:16,24
**upkeep** 101:24
**uplift** 209:24
**urinals** 131:24
**urine** 132:1,1
**usage** 21:20
**usda** 12:6
**use** 21:4 28:21 63:10 65:16 86:14 94:15 101:19 116:23 123:23 139:9 144:21 145:21 160:12 201:11 214:24 215:7
**used** 47:11 71:1 74:22 100:24 101:20 108:18 115:24 116:4 133:16 252:19
**useful** 50:15 246:3
**useless** 110:10
**using** 39:16 115:24 116:14

116:21 138:20 198:5
**usually** 168:11
**utilities** 38:9 62:23
**utilizing** 89:20
**uv** 51:3 101:20 102:5

**v**

**v** 100:19 252:4
**vacuum** 135:13
**value** 18:19 28:22,23 90:22 90:22 91:5 219:15
**van** 45:17
**vandal** 84:20 86:25
**vandalism** 36:12,15 38:12 41:13 86:7
**vandalized** 26:24,25 28:7 58:19 88:13
**vandals** 28:17 66:6 86:24
**vari** 163:12
**varies** 21:19 95:6 191:2 192:1 207:13
**various** 18:8 19:15 35:19 43:24 50:11 62:7 75:8 76:5 76:11 77:4,25

78:7 82:4,5,7 84:13,22 90:1 94:21 99:7 101:17 104:15 120:3 122:13 126:19 142:2 149:24 151:16 151:16 159:8 163:12 164:7 172:19 182:6 191:9 206:1 215:18 221:5 236:2 241:10
**vary** 152:14 213:1
**vat** 207:16
**vct** 33:10 39:18 39:18,21 207:12 218:18
**vegetation** 110:23 113:19 113:22
**vehicle** 230:2,4
**vehicles** 117:3
**vending** 133:17
**vendor** 79:16 156:6 166:7 220:11
**vendors** 62:7 62:11 157:4
**vent** 135:8
**verify** 23:5 252:9
**veritext** 6:5 252:14,23

**veritext.com.** 252:15
**versus** 37:10 65:11 201:8,9 201:15 213:2 218:22
**vertical** 43:15 179:6
**vetted** 151:24
**vibrating** 190:14
**vice** 17:9,12 18:1
**view** 26:18 27:9 71:11 117:20 123:3 124:20 173:7 174:10 174:12 181:21 183:1 188:2 222:5
**viewed** 121:17 144:1 145:19 156:17
**vinus** 207:15
**vinyl** 39:18 127:10 207:12 207:16,16
**virtually** 27:25
**visible** 124:1 158:8
**visibly** 168:2 231:13
**visit** 24:25 25:3 25:6 32:18 55:23 98:4,6

98:11,13,14,17
98:20 103:2,5
169:15,20,22
169:24 170:2
246:17
**visited**  25:4
26:3,6 52:18
169:13 198:20
**visiting**  23:15
**visits**  14:13
**visually**  166:21
**voltage**  92:8
**volume**  21:21

**w**

**walk**  25:17
55:23 56:13,16
57:21 60:20
96:22 99:4
115:4 144:8
147:4,17 152:4
168:10,12
170:8,8,11,13
170:17 196:22
196:24 197:2,3
197:3,4,6,14
217:25 221:14
221:22 222:1
223:9
**walked**  25:17
25:17,20 39:24
50:9 99:1,2,3,8
99:8 170:13,14
170:15,15,17
170:18,18
227:9

**walking**  99:1
196:23
**walks**  209:18
**walkthroughs**
25:25
**wall**  33:5 35:5
37:8 40:4,8
47:8 104:10
122:2 125:20
125:23 126:15
126:19 133:25
134:3,22,23
137:8 165:12
165:21,24
203:10,14,18
204:4,8,13,23
204:25 205:1,2
205:4 214:15
214:16,16,19
**walls**  34:22
35:22 36:24
40:10 75:21
78:7,16 126:10
133:7,8 137:4
137:24 216:20
216:21 217:11
**want**  20:18
23:10 54:3,7
55:6 57:13
86:14,14 89:4
117:1 134:14
141:3,17
150:15 156:11
184:2 185:8,11
195:3 196:16

200:16 214:4,5
214:6 215:7
221:11 224:20
226:11 241:13
**wanted**  191:22
233:15
**warehouse**
172:4
**waste**  64:7
152:18
**water**  36:17
40:7 48:25
58:13 72:11,17
72:21 73:7
81:23 83:10,16
83:20 122:6
129:20 130:10
130:18 133:19
169:3 230:10
243:20
**waxed**  33:7
127:6
**way**  51:16 53:5
65:18 73:17
76:8 82:18,22
88:1 117:11
128:17 135:19
144:16,19
145:8 160:16
210:17 231:19
231:20 232:12
233:6 238:9
245:16
**ways**  101:23

**we've**  20:5
30:14 38:5
40:3 48:8 54:9
64:19 70:10
73:18 76:10
80:16 85:25
93:13 94:14
95:5,25 105:25
106:1 108:18
133:11 136:22
137:25 140:18
143:5 155:8
166:16 216:16
216:16 219:23
232:7,7 234:12
**weakest**  114:21
**wear**  103:21
127:8 137:20
185:14,19
186:5,9 187:4
187:14 188:4,7
201:2,4,8,9,21
203:19,21
206:7,17,17
215:12
**wearing**  103:23
112:24 113:1
206:4
**wears**  134:20
**weather**  51:4,9
**wednesday**
53:17 54:22
169:16
**weeds**  106:3
175:23 176:4

**week** 64:1
**weeks** 64:2
**weeps** 72:12
**weinberg** 2:11
  6:19 31:9
**weld** 117:17
  123:22
**welds** 117:16
**went** 8:14,14
  9:14 26:8 29:1
  72:16 74:6
  77:24 92:23
  98:23 198:25
  241:7
**weslaco** 12:5
  151:21
**wet** 83:12,19
  130:8 132:21
  211:14
**wheel** 110:17
  111:7,9,13,14
  111:17 112:1,6
**wheels** 230:4
**white** 209:16
**wide** 71:18
  115:1 118:8
  229:14,17,19
**wider** 72:23,23
  72:23
**width** 48:19
  49:9,10 72:4
  229:20
**widths** 49:16
  231:3

**wife** 94:25
**willing** 239:12
  242:19
**wilmington**
  2:13 24:14,16
  240:13,14
**wind** 122:6,7
  209:23 211:24
**window** 41:9
**windows** 38:3
**wire** 28:21 43:7
  44:25 87:1
  89:10,21,24
  90:25 91:21
  92:1 105:8,9
  110:8,10
  114:14
**wire's** 91:4
**wires** 27:1,3
  86:22 89:2,11
  89:12 90:20,23
  91:1,2,8,8,18
  91:19 105:12
**wiring** 28:15
  28:18 88:25
**witness** 1:15
  7:10 31:5,7,21
  31:23,23 50:4
  79:7 99:18
  124:18,20,24
  235:15 250:13
  250:16 252:8
  252:10,12,18
**witness's**
  243:11

**witnessed**
  37:21 42:8
  104:1 107:5
  109:5 111:23
  112:19 113:4
  114:5,15
  115:10 117:23
  118:22 119:9
  120:7 121:19
  122:17 123:14
  125:13 127:16
  127:19 128:14
  129:1 131:12
  132:4,8 133:1
  133:14 136:17
  137:13 138:3
  139:3 140:2,14
  176:10
**wood** 41:21,22
  130:16,17,18
  160:11 162:7,7
  219:2
**work** 9:21
  11:17 12:17
  20:1,25 21:3,3
  43:22 56:15
  59:19 60:4
  62:10,12,17,20
  64:5,9 65:22
  65:23,24 68:2
  69:16 70:17
  71:8 78:10,12
  79:20 82:25
  88:6,11,18
  95:21,22,23,24

  96:2,8 97:14
  105:19 144:15
  151:5 152:14
  152:16 153:12
  156:8 157:17
  162:13 163:3
  179:17 180:9,9
  193:10 196:9
  196:11,12
  204:1,2 208:6
  215:2 223:14
  225:14 226:14
  226:20 229:23
  234:4 238:8
  239:2,19
**work's** 97:17
**worked** 8:20
  9:25 10:16
  14:7,12 15:20
  29:1 70:9
  151:11 152:1
  181:10 191:17
  195:25 221:20
**working** 8:14
  8:18 9:18,23
  10:8 14:8
  227:3 231:18
**works** 11:14,18
  12:14 13:7
  20:2 21:7
  54:14 82:24
  140:21
**world** 12:14
  87:11 234:10
  234:10

**[worn - yeah]**

**worn**  33:11,13
  34:1 39:21
  77:5,9 123:25
  126:9 127:9
  128:6,21 129:3
  129:10 136:13
  136:13,23
  206:19 207:8
**worries**  240:21
**worth**  12:2
  19:10 30:4
  64:5 231:1
**worthwhile**
  178:9
**would've**
  139:11
**wow**  57:2 73:16
**wrapping**
  224:18
**writing**  62:6
**wrong**  27:18
  91:21 108:15
  223:1 226:10
  238:21

**x**

**x**  3:1 4:1 5:1
  214:5

**y**

**y**  214:6
**y'all**  134:10
**yanked**  90:19
  126:11
**yanking**  89:10
  89:13 90:24

91:1,7,19,22
**yard**  99:7
**yeah**  7:4 9:10
  11:2,13 12:25
  13:4 14:10
  16:4,14,20
  18:22 19:3,5
  19:20 20:4
  22:23 24:22
  26:8,11,21
  29:7 30:3 32:6
  33:3 35:16
  36:4,6 38:18
  38:19,19,24
  39:6 40:21
  41:2,5,22,22
  44:18 45:8
  46:23 47:1,6
  47:22 48:4,6
  48:16 50:7,16
  50:18 52:3
  53:10 54:9
  55:19,22 57:13
  57:22 58:5,14
  59:22 60:6,6
  61:12 62:17
  65:2,15 66:1
  66:10 68:24
  69:22 71:14
  72:21 74:5,10
  75:21 77:1,1
  77:20,23 79:10
  79:11,14,14
  80:11,23 81:21
  84:7 85:3

88:21,21 89:7
90:11 91:12,24
91:24 92:7,7
92:17 93:5,8
94:11 95:3,11
97:8 98:19,25
99:16,20
100:12,13
101:5,5,7,11,12
101:13 104:20
105:5,18,25
106:11 107:12
107:20 109:11
109:18 110:22
113:9 114:3,11
114:23 115:3,6
115:12,21
117:18 118:4,6
119:16 120:13
120:16,21
121:1,23
122:11,15,16
122:22 124:18
125:1,4 127:2
129:14 130:7
131:6 133:15
133:23 134:11
134:16 136:3
136:20 137:17
138:10,14
139:13,16,18
139:24 141:2,5
141:22 142:10
142:20 144:24
146:10 148:20

149:4 150:9
153:4 156:3,22
158:5,6,7
160:2,16
161:16,18,22
162:1,23 163:7
163:19 164:3
164:13 165:22
166:3,11 167:6
167:6 168:1,1
168:13,21
169:5 170:9,9
172:5 173:13
175:5,22
176:12,13,21
177:7 178:25
179:24 182:4,9
184:4 185:2,23
186:14,16
187:7,21,21
188:5 191:2
192:1,15
193:25,25
194:7 195:9
196:21 197:23
198:15 201:19
203:16,25
205:16 213:4
214:3,3 221:18
222:10,20
224:5 225:20
228:24,24
229:11 232:7
234:1 235:1
240:20 241:7

**[yeah - zuzolo]**

| |
|---|
| 242:22 244:5,8 |
| 244:16,22 |
| 246:14,19 |
| **year**   10:21 |
| 11:10,10 14:17 |
| 19:10 21:20 |
| 50:17,19 51:1 |
| 193:10 194:4,8 |
| **years**   9:1 10:4 |
| 10:16,19 11:7 |
| 14:4 15:9 16:1 |
| 18:1 20:19,22 |
| 22:10,13 24:20 |
| 37:14,18 39:25 |
| 87:5,15,16,16 |
| 88:3 102:1 |
| 103:20 127:5 |
| 143:3 186:24 |
| 186:24 187:9 |
| 190:23 191:1 |
| 191:10,14,15 |
| 192:2,21 194:8 |
| 194:13 195:23 |
| 195:23,24 |
| 201:10 209:15 |
| **yellow**   1:4 5:4 |
| 6:7,24 27:22 |
| 37:14 43:15 |
| 116:21 154:4,5 |
| 154:20 190:5 |
| 199:1 245:9,15 |
| 250:4 252:4 |
| **yesterday** |
| 30:13 56:24 |
| 72:6 |

**york**   2:19,19

**z**

**zuzolo**   2:17 7:8
  7:11

DELAWARE RULES OF CIVIL PROCEDURE

Part V. Depositions and Discovery

Title V, Rule 30

(e) Submission to witness; changes; signing. When
the testimony is fully transcribed, the deposition
shall be submitted to the witness for examination
and shall be read to the witness, unless such
examination and reading are waived by the witness
and by the parties. Any changes in form or
substance which the witness desires to make shall
be entered upon the deposition by the officer with
a statement of the reasons given by the witness for
making them. The deposition shall then be signed by
the witness, unless the parties by stipulation
waive the signing or the witness is ill or cannot
be found or refuses to sign. If the deposition is
not signed by the witness within 30 days after the
date when the reporter notifies the witness and
counsel by mail of the availability for examination
by the witness, the officer shall sign it and state
on the record the fact of the waiver or of the
illness or absence of the witness or the fact of
the refusal to sign together with the reason, if
any, given therefor; and the deposition may then be

1 used as fully as though signed, unless on a motion

2 to suppress under Rule 32(d) the Court holds that

3 the reasons given for the refusal to sign require

4 rejection of the deposition in whole or in part.

5

6

7

8

9

10 DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES

11 ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

12 THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

13 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES

14 OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

15

16

17

18

19

20

21

22

23

24

25

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the
foregoing transcript is a true, correct and complete
transcript of the colloquies, questions and answers
as submitted by the court reporter. Veritext Legal
Solutions further represents that the attached
exhibits, if any, are true, correct and complete
documents as submitted by the court reporter and/or
attorneys in relation to this deposition and that
the documents were processed in accordance with
our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining
the confidentiality of client and witness information,
in accordance with the regulations promulgated under
the Health Insurance Portability and Accountability
Act (HIPAA), as amended with respect to protected
health information and the Gramm-Leach-Bliley Act, as
amended, with respect to Personally Identifiable
Information (PII). Physical transcripts and exhibits
are managed under strict facility and personnel access
controls. Electronic files of documents are stored
in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.