# **EXHIBIT 16**

**(Tom Burket, P.J. Callaghan
April 1, 2024, Deposition Transcript)**

US.363199751.01

Page 1

1          IN THE UNITED STATES BANKRUPTCY COURT
                FOR THE DISTRICT OF DELAWARE
2
3                          CHAPTER:  11
4     In re:                CASE NO.:  23-11069 (CTG)
5     YELLOW CORPORATION, et al.,
6          Debtors.
7     _____/
8
      LIVE/IN-PERSON HYBRID
9     VIDEOCONFERENCE
      DEPOSITION OF:     TOM BURKET
10
      TAKEN BY:          COUNSEL FOR SOUTHEASTERN FREIGHT LINES
11
      DATE:              MONDAY, APRIL 1, 2024
12
      TIME:              1:14 P.M. - 5:10 P.M.
13
      PLACE:             PJ CALLAGHAN CO.
14                       3251 MORRIS STREET NORTH
                         ST. PETERSBURG, FLORIDA   33713
15
      VIA:               VERITEXT VIRTUAL ZOOM
16
17    STENOGRAPHICALLY
      REPORTED BY:       COURTNEY N. LANGHOFF, RDR, CRR, FPR-C
18                       ORANGE LEGAL/VERITEXT LEGAL SOLUTIONS
                         201 EAST KENNEDY BOULEVARD, SUITE 712
19                       TAMPA, FLORIDA   33602
20
21
22
23
24
25

1  A P P E A R A N C E S:
2  MATTHEW CALLOWAY WALKER, ESQUIRE (Via Videoconference)
   AMIRI A. LAMPLEY, ESQUIRE (Via Videoconference)
3  OF: Kirkland & Ellis, LLP
   300 North LaSalle
4  Chicago, Illinois  60654
   (312) 862-0809, FAX-(312) 862-2200
5  matthew.walker@kirkland.com
   amiri.lampley@kirkland.com
6  APPEARING ON BEHALF OF THE DEBTORS, YELLOW CORPORATION
7  BRETT D. FALLON, ESQUIRE (Via Videoconference)
   JACLYN "JACKIE" C. MARASCO, ESQUIRE (Via Videoconference)
8  OF: Faegre Drinker Biddle & Reath, LLP
   222 Delaware Avenue
9  Suite 1410
   Wilmington, Delaware  19801
10 (302) 467-4200, FAX-(302) 467-4201
   brett.fallon@faegredrinker.com
11 jaclyn.marasco@faegredrinker.com
   APPEARING ON BEHALF OF SOUTHEASTERN FREIGHT LINES, LLC
12
   JEFFREY A. LATOV, ESQUIRE (Via Videoconference)
13 KEVIN ZUZOLO, ESQUIRE (Via Videoconference)
   OF: Akin Gump Strauss Hauer & Feld, LLP
14 One Bryant Park
   Bank of America Tower
15 New York, New York  10036
   (212) 872-7471, FAX-(212) 872-1002
16 jlatov@akingump.com
   kzuzolo@akingump.com
17 APPEARING ON BEHALF OF THE UNSECURED CREDITORS
   COMMITTEE
18
   ALSO PRESENT:
19
   Clint Thomas, Veritext Concierge (Via Videoconference)
20
   ------
21
22
23
24
25

1        S T I P U L A T I O N S
2      It is hereby stipulated and agreed by and between
3  the counsel for the respective parties and the witness
4  that the reading and signing of the deposition
5  transcript be waived.
6                 * * * * *
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1              I N D E X
2  EXAMINATION OF TOM BURKET:              PAGE
   April 1, 2024
3
   DIRECT EXAMINATION BY MR. FALLON          9
4
   CROSS-EXAMINATION BY MR. WALKER          100
5
   CERTIFICATE OF OATH                      145
6
   CERTIFICATE OF REPORTER                  146
7
8              INITIAL
9  DEPOSITION EXHIBITS          REFERENCE
10 Exhibit 1  Facility Inspection Report    21
      from PJC for Project #3367,
11    Date of Inspections
      1/10/24 & 3/20/24
12    (SEFL00001106 - 1110)
13 Exhibit 2  Bid Proposal Form dated 1/3/24  22
      for SEFL Medley -
14    Facility Maintenance
      (SEFL00001111 - 1115)
15
   Exhibit 3  Photograph depicting floor    24
16    condition at Medley facility
      (SEFL00000391)
17
   Exhibit 4  Photograph depicting exterior  25
18    of building at Medley facility
      (SEFL00000428)
19
   Exhibit 5  Photograph depicting parking   28
20    lot conditions at
      Medley facility
21    (SEFL00000432)
22 Exhibit 6  Photograph depicting roll-up   33
      garage door #76 at
23    Medley facility
      (SEFL00000403)
24
25

1       I N D E X (Continued)
2              INITIAL
   DEPOSITION EXHIBITS          REFERENCE
3
   Exhibit 7  Photograph depicting Mr. Burket  36
4     near roll-up garage door #76
      at Medley facility
5     (SEFL00000425)
6  Exhibit 8  Photograph depicting garage   37
      door condition at
7     Medley facility
      (SEFL00001077)
8
   Exhibit 9  Photograph depicting roll-up  39
9     garage door condition at
      Medley facility
10    (SEFL00001073)
11 Exhibit 10  Photograph depicting garage  40
      area at Medley facility
12    (SEFL00000405)
13 Exhibit 11  Photograph depicting ceiling  43
      condition at Medley facility
14    (SEFL00000437)
15 Exhibit 12  Photograph depicting ceiling  44
      and garage door condition at
16    Medley facility
      (SEFL00001079)
17
   Exhibit 13  Photograph depicting garage  47
18    and ceiling area at
      Medley facility
19    (SEFL00001078)
20 Exhibit 14  Photograph depicting ceiling  48
      condition at Medley facility
21    (SEFL00001075)
22 Exhibit 15  Photograph depicting tires and  51
      barrels in the parking lot of
23    the Medley facility
      (SEFL00000459)
24
25

Page 6

1           I N D E X (Continued)
2           INITIAL
DEPOSITION EXHIBITS           REFERENCE
3
    Exhibit 16  Photograph depicting a yellow      51
4           building at the
            Medley facility
5           (SEFL00000466)
6   Exhibit 17  Photograph depicting an        52
            interior office area at the
7           Medley facility
            (SEFL00001091)
8
    Exhibit 18  Photograph depicting staining      55
9           on the ceiling in an office
            area at the Medley facility
10          (SEFL00001095)
11  Exhibit 19  Photograph depicting tears in      57
            the ceiling at the
12          Medley facility
            (SEFL00001102)
13
    Exhibit 20  Photograph depicting the       58
14          ceiling and flooring condition
            in an office area at the
15          Medley facility
            (SEFL00001065)
16
    Exhibit 21  Photograph depicting damage to     60
17          the flooring at the
            Medley facility
18          (SEFL00001104)
19  Exhibit 22  Photograph depicting an        62
            electrical panel at the
20          Medley facility
            (SEFL00000299)
21
    Exhibit 23  Photograph depicting an        65
22          electrical panel at the Medley
            facility with a handwritten
23          note that says, "Don't touch."
            (SEFL00000305)
24
25

Page 7

1           I N D E X (Continued)
2           INITIAL
DEPOSITION EXHIBITS           REFERENCE
3
    Exhibit 24  Photograph depicting an        66
4           electrical panel at the
            Medley facility including a
5           yellow warning label
            (SEFL00000313)
6
    Exhibit 25  Photograph depicting wires     68
7           connected to an electrical
            panel at the Medley facility
8           (SEFL00000320)
9   Exhibit 26  Photograph depicting red and       68
            blue wires connected to an
10          electrical panel at the
            Medley facility
11          (SEFL00000316)
12  Exhibit 27  Bid Proposal Form from PJC     70
            dated 1/3/24 for
13          SEFL Roof Replacement - Medley
            (SEFL00000504 - 507)
14
    Exhibit 28  E-mail from Ernest Lopez to        96
15          Tom Herndon dated 1/5/24,
            Subject: Ernest T. Lopez Co
16          (SEFL00000508)
17  Exhibit 29  E-mail from Tom Burket to      107
            Tom Herndon dated 3/22/24,
18          Subject: SEFL YRC
            Medley- Facility Inspection Report
19          with attachment
            (SEFL00001105)
20
    (Attached to original and copy transcripts.)
21
22          INITIAL
PREVIOUSLY MARKED DEPOSITION EXHIBITS:   REFERENCE
23  (None)
24
25

Page 8

1           I N D E X (Continued)
2
    QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER
3           (None)
4       INFORMATION TO BE PROVIDED
            (None)
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 9

```
1       P R O C E E D I N G S
2           *********
3       THE COURT REPORTER:  We are now going on the
4   record.  Today is April 1, 2024, and this is the
5   deposition of Tom Burket taken in the matter re:
6   Yellow Corporation, et al., taking place at
7   PJ Callaghan Co., 3251 Morris Street North,
8   St. Petersburg, Florida  33713, and the time is
9   1:14 p.m.
10      My name is Courtney Langhoff, RDR, CRR, FPR-C,
11  with Orange Legal/Veritext Legal Solutions, whose
12  business address is 201 East Kennedy Boulevard,
13  Suite 712, Tampa, Florida  33602.
14      Sir, would you raise your right hand, please?
15      Do you solemnly swear or affirm the testimony
16  you're about to give in this cause is the truth, the
17  whole truth, and nothing but the truth?
18      THE WITNESS:  I do.
19      THE COURT REPORTER:  Thank you.
20      You may proceed.
21          DIRECT EXAMINATION
22  BY MR. FALLON:
23      Q.  Good morning, Mr. -- or I guess it's good
24  afternoon, Mr. Burket.
25      A.  Good afternoon.
```

Page 10

1    Q.  I'm going to ask you a series of questions, and
2   it's likely the debtor may have some questions for you
3   as well.
4         The court reporter is going to be taking down
5   those questions as well as your responses.
6         Have you ever been deposed before?
7    A.  I have.  I've done two expert witness cases
8   before where I was the GC expert witness on a case that
9   I wasn't directly involved with, so kind of similar to
10  this.
11   Q.  Okay.  So is there anything preventing you from
12  giving your full, truthful testimony today?
13   A.  There is nothing.
14   Q.  Okay.  And please keep in mind that the court
15  reporter is writing things down, but will not be writing
16  down hand motions, head motions, and that sort of thing.
17  So for each of my questions I will need a verbal
18  response from you.
19   A.  (Witness indicates.)  I'm just messing with you.
20       Understood.
21   Q.  And could -- okay.  And then why don't we go
22  back and start with your education.
23       Can you start with your education after high
24  school?
25   A.  Yeah.  After high school, St. Petersburg

Page 11

1   College has a -- well, back then it was called
2   architectural design and technology, but it's now a
3   construction management program.  So I went through that
4   program.
5         And then following that program, I've been on
6   the -- their advisory council for almost ten years,
7   currently serving as the -- the chair of the
8   St. Pete College building arts program.
9         And then started working here at PJ Callaghan
10  in 2001 and have had several different roles, starting
11  as a construction superintendent, moving all the way up
12  through -- now -- now I'm the president of the company.
13   Q.  Okay.  So you received a degree from
14  St. Petersburg College?
15   A.  Yes, sir.
16   Q.  Okay.  And what was that degree?
17   A.  It was an AS degree in architectural design and
18  technology.
19   Q.  Okay.  And then what were the types of courses
20  and what types of things did you study in order to get
21  that degree?
22   A.  The course load varies from estimating courses
23  to materials and methods courses.  There's even some
24  drafting and design courses, code courses.  Really it's
25  kind of a variety, but the materials and methods type

Page 12

1   courses was what I mainly focused on in the estimating.
2         So, yep.  Good program.
3    Q.  And you said you were on the advisory council.
4   What -- what is that?
5    A.  So after I graduated, the director of the
6   program asked if I'd be on -- it's an advisory committee
7   that helps keep the curriculum relevant to what --
8   you know, some of the trends or some of the changes that
9   are happening in the industry.
10        So, like, an example recently, we employed a
11  course that uses like a cloud estimating software
12  program and a cloud management program, like Procore.
13  So we just kind of work with the staff to -- to make
14  sure that the courses they're offering are kind of
15  matching what -- what we need out in the real world.
16   Q.  Okay.  And you graduated from there in 2001?
17   A.  No.  Actually, I graduated there in 2013.  So
18  I -- I worked for a long time before I went back to
19  school and finished that program.
20        Actually, I can tell you which year.  I think
21  it was 2002.
22   Q.  Okay.  Yeah.  Can you go back and tell us
23  what --
24        When did you graduate -- I assume you graduated
25  high school.

Page 13

1    A.  Yeah.  I graduated high school in '99, went to
2   UCF for two years for the engineering program, and then
3   came home and then worked for PJ Callaghan for a number
4   of years before going back to school.
5    Q.  And then how many years did you work at
6   PJ Callaghan before going back to school?
7    A.  Probably six or seven, and then I started just
8   kind of, you know, taking a few classes here and there.
9         So I was at St. Pete College, you know, pretty
10  much from when I came back to UCF until 2013, but I
11  really, in 2012 and '13, buckled down and finished that
12  program.
13   Q.  Okay.  So -- so you were working and going to
14  school for the period from about 2001 to, what, 2012 or
15  '13?
16   A.  Right.
17   Q.  Okay.  And then you graduated from
18  St. Petersburg College in 2013, and then what did you do
19  then?
20   A.  Around that time I think is when I became
21  vice president of PJ Callaghan.  So I've been with
22  PJ Callaghan continuously since 2001 and, you know, just
23  kind of advancing through different positions to -- to
24  where I am currently.
25        (At this time, Ms. Marasco entered the Zoom

Page 14

1    videoconference deposition room.)
2    BY MR. FALLON:
3        Q.  Do you recall what your positions were --
4        A.  Yeah.
5        Q.  -- at PJ Callaghan and what the approximate
6    years were?
7        A.  Let me see if I can pull up my CV.
8            I started off as a construction superintendent
9    from -- in 2001, and then probably in 2006 I became a
10   project manager until about 2013, and then became
11   vice president in 2013 through 2017.  In 2017 I became
12   president.
13       Q.  And what would you do as a construction
14   supervisor (sic)?
15       A.  Yeah.  The construction superintendent,
16   that's -- you're in the field day to day, working with
17   the different trades, overseeing a construction project.
18           And our company exclusively does commercial and
19   mostly industrial, and then even within that, I'd say
20   our core clients are transportation.  We work with
21   Southeastern Freight, Penske, AAA Cooper, XPO.
22   You know, we do a lot of what we call these cross-dock
23   facilities like what we're going to be talking about in
24   Medley.
25           THE WITNESS:  Sorry.  Am I talking too fast?

Page 15

1            THE COURT REPORTER:  No.
2            THE WITNESS:  Okay.  I can -- I can slow it
3    down.
4    BY MR. FALLON:
5        Q.  And what did you do as a project manager?
6        A.  The project manager, that -- the role is kind
7    of a hybrid.  There's some fieldwork, but it's mainly
8    working from the office, helping support the
9    superintendent in the field, and managing and planning
10   the project from a higher level, you know, the -- all
11   the contract documentation that's required, a lot of the
12   estimating, a lot of the client relations, client
13   communications.
14           So that's -- that's what that role was.  And
15   it's project-specific.
16       Q.  And then you became vice president in 2013.
17   What -- what did you do in that role?
18       A.  So a lot of similar responsibilities as the
19   project manager.  The biggest change there is more of a
20   focus on business development, so, you know, trying to
21   expand our client base, trying to keep good relations
22   with our current clientele base, but still doing a lot
23   of the estimating and -- and supporting project
24   managers.
25       Q.  And then you became president in 2017?

Page 16

1        A.  Yes, sir.
2        Q.  And then what did you do as president?
3        A.  So, again, similar roles as my previous, but
4    the biggest change in this role is more of a focus on
5    the financial stewardship of the company, you know,
6    working more closely with our CFO to keep -- keep tabs
7    on our financial well-being.
8        Q.  And that -- you're still president of
9    PJ Callaghan?
10       A.  Yes, sir.
11       Q.  And have been so continuously since 2017?
12       A.  Yes, sir.
13       Q.  Besides the training that you received at
14   coll- -- in college at St. Petersburg College, do you
15   have any specific certifications or any other specific
16   type of training?
17       A.  I'm OSHA certified, which is the safety OSHA
18   ten-hour card, you know, with -- I am a licensed general
19   contractor, also.  I guess that's worth noting.  I'm
20   licensed in Florida and Georgia.  So every two years we
21   have to do continuing education for that licensure.
22           What else?
23           I also served from 2013 to 2017 on the
24   Pinellas County Construction Licensing Board, which was
25   kind of a quasi-governmental agency that controlled some

Page 17

1    local licensing within Pinellas County.
2            My role with that was mainly on the
3    disciplinary review, though.  If a contractor -- if a
4    licensed contractor did work that had deficiencies or
5    something along those lines, we would hear the case and
6    decide whether or not to pull their license.
7        Q.  Okay.  And you talked about estimating in each
8    of your jobs.
9            Is -- is that something that's -- that has been
10   consistent throughout your time with PJ Callaghan?
11       A.  Yes, sir.  Even -- even in my initial role as
12   construction superintendent, that's -- you know, I was
13   trained by a really good project manager that -- to help
14   support his estimating efforts for whatever projects we
15   were on.
16           But, yeah.  Estimating has definitely been
17   consistent over the last 23 years.
18       Q.  Okay.  So let's talk about today.
19           You had previously received a subpoena from
20   Southeastern Freight Lines prior to this deposition?
21       A.  Yes, sir.
22       Q.  And you received a subpoena from the debtors as
23   well?
24       A.  Yes, sir.  Yep.  Both -- both sides.
25       Q.  And you are -- you are here pursuant to the

5 (Pages 14 - 17)

Page 18

1  subpoenas?
2    A.  Yes, sir.
3    Q.  And where does PJ Callaghan Construction
4  conduct its business?
5    A.  Primarily throughout the state of Florida.  I
6  do have my license in Georgia, as I said earlier, but
7  I'd say 98 percent of our work is in the state of
8  Florida.
9    Q.  Okay.  And in what city do you reside?
10    A.  We're in St. Petersburg, Florida, so that'd be
11  kind of the Tampa Bay region.
12    Q.  And is that where your office is as well?
13    A.  Yes, sir.
14    Q.  In the regular course of business do you travel
15  to the Mid-Atlantic or Northeast?
16    A.  United States?  No, sir.  No.  My travel --
17  business travel is almost exclusively within Florida.
18    Q.  Okay.  Let me turn to the property in question.
19        Did you have an opportunity to visit the
20  property owned by Southeastern Freight in Medley,
21  Florida?
22    A.  Yes, sir.  I actually had two site inspections;
23  one on January 10th, 2024, and one on March 20th, 2024.
24    Q.  And that's the property at 11301 Northwest
25  134th Street in Miami (sic), Florida?

Page 19

1    A.  It's actually Medley, Florida.  But, yes.
2  The -- the address is correct.
3    Q.  And what was your purpose in visiting this
4  property on those two occasions?
5    A.  To -- to do a site and building assessment to
6  see, you know, what deficiencies existed and basically
7  look at it from the perspective of if Southeastern were
8  going to lease this to another trucking company or
9  occupy it themselves, you know, what improvements would
10  need to be made to get it to a safe, you know, workable
11  condition.
12    Q.  Can you describe what you did to assess the
13  property?
14    A.  Yeah.
15        So on January 10th when we walked the site,
16  there was still a lot of equipment there.  But we walked
17  the site with a paving contractor that we use a lot on
18  these large industrial facilities, Ernie Lopez from
19  Atlanta Paving.  We walked the dock.  We walked through
20  the office, kind of inspected from the underside.
21        On the subsequent trip I brought my drone with
22  me to get better images of what was going on at the top
23  of the roof.
24        But in both inspections it was just a visual
25  inspection.  We didn't do any exploratory demo to,

Page 20

1  you know, uncover any conditions that might be existing
2  that are -- you know, can't be seen just through walking
3  through, so --
4        But both -- both inspections were what I would
5  call a visual inspection.
6    Q.  Was there anybody else with you that conducted
7  the inspections?
8    A.  Both times we had Southeastern Freight's
9  representative, Tom Herndon, and also both times we had
10  a Yellow Freight representative, Craig Henschel.
11        And then just on the first trip we had the
12  paving consultant, Ernie Lopez.
13    Q.  Do you recall how long your -- your visits to
14  the property lasted?
15    A.  The first visit was probably an hour and a
16  half; the second visit was probably more two and a
17  half -- you know, two hours, maybe.
18        MR. FALLON:  Okay.  Let me ask the courter --
19  court reporter to mark the document that is
20  Bates-stamped SEFL 1106 through SEFL 1110.
21        THE CONCIERGE:  And, Counsel, will we be
22  starting that as Exhibit 1?
23        MR. FALLON:  That -- yes.  That's -- that's
24  Burket Exhibit 1.
25        THE CONCIERGE:  Okay.  One moment.  I'll have

Page 21

1  it up on the screen.
2        (Deposition Exhibit 1 was marked.)
3  BY MR. FALLON:
4    Q.  Mr. Burket, the court reporter has put up
5  Burket Exhibit 1, which is a five-page document, up on
6  the screen.
7        Can you identify that document?
8    A.  Yes, sir.  That -- that was the inspection
9  report that I assembled following the second site
10  inspection on March 20th.
11    Q.  And so what is a Facility Inspection Report?
12    A.  So it's basically just a written narrative of
13  the notes that I took following the second site
14  inspection and mainly just with a focus on deficiencies
15  that we noted in the site -- in the building that if --
16  like I said, if we were bringing this up to turn over to
17  Southeastern Freight as a new facility, these are
18  repairs that either the client and, in some cases, the
19  municipality would require to make it a safe,
20  operational cross-dock facility.
21    Q.  And this report is based upon your personal
22  observations?
23    A.  Yes, sir.  Yep.
24    Q.  And this report contains your conclusions based
25  upon your personal observations?

6 (Pages 18 - 21)

Page 22

1    A.  Yes, sir.  And -- and it corresponds with the
2  budget that I put -- that's in this folder, as well, the
3  SEFL001111.
4    Q.  Okay.
5        MR. FALLON:  All right.  We may as well mark
6  that -- the court reporter can mark the document
7  which is Bates-stamped SEFL 1111 through SEFL 1115
8  and mark that as Burket Exhibit 2.
9        (Deposition Exhibit 2 was marked.)
10 BY MR. FALLON:
11   Q.  And I think we'll come back to this more in the
12 future, but while we have that up, the court reporter
13 has put up on the screen the document which we have
14 marked Burket Exhibit 2, which is SEFL 1111 through
15 SEFL 1115.
16       Can you identify that document?
17   A.  Yes, sir.  That's the Bid Proposal Form that we
18 put together based on the Facility Inspection Report,
19 with an estimated construction cost for the site and
20 building improvements that we think will be required
21 when Southeastern Freight or some other trucking company
22 occupies this space.
23   Q.  Okay.  Let's turn back to Burket Exhibit 1, and
24 Burket Exhibit 1 takes a -- contains a number of
25 photographs in it.

Page 23

1        Do you see those photographs?
2    A.  Yes, sir.
3    Q.  Were those photos taken dur- -- during your
4  visit to the Medley property?
5    A.  Every one of them was taken except the -- the
6  very first one with the yellow outline.  That's a snip
7  from the Pine- -- or I'm sorry -- from the Miami-Dade
8  property appraiser site -- Miami-Dade County property
9  appraiser site.
10   Q.  Okay.  And that was pulled from a government
11 site?
12   A.  Yes, sir.  Yeah.  Just to give an outline of
13 where the actual property borders are.
14   Q.  And the rest are photographs that were taken
15 while you were visiting the site?
16   A.  Yes, sir.  Yeah.  The picture below that I took
17 with our drone.  I think there's a few other drone
18 shots, and then most of them are just -- were taken with
19 my -- my phone.
20   Q.  Do those pictures contained on Burket Exhibit 1
21 accurately represent the condition of the property as
22 you had observed it during your site inspection?
23   A.  Yes, sir.  As of March 20th, this -- that's --
24 all of these photos were taken on the March 20th
25 inspection.

Page 24

1    Q.  Who took the photos?
2        Was that you or somebody else?
3    A.  It was me.
4    Q.  Okay.  Let's go through some of the photos in a
5  little more detail.
6        MR. FALLON:  Why don't we have the court
7  reporter mark SEFL 391 as Exhibit 3.
8        (Deposition Exhibit 3 was marked.)
9  BY MR. FALLON:
10   Q.  So, Mr. Burket, the court reporter has put up
11 on the screen Burket Exhibit 3, which is the document
12 Bates-stamped SEFL 391.
13       Do you recognize that picture?
14   A.  Actually, I do not.  I don't think this was a
15 section of the property that -- that I inspected with --
16 with Southeastern Freight and with Yellow when I was
17 on -- on site.
18       So, no.  This -- I'm not sure who took this
19 picture, but it wasn't me.
20   Q.  Okay.
21   A.  This looks like it's an old fuel island type of
22 facility, so you may talk with Southeastern Freight.
23 They may have had a different consultant look at this
24 area.
25       MR. WALKER:  Brett, just to put it on the

Page 25

1  record, I'm going to object because we never
2  received this document in our production.
3        MR. FALLON:  Okay.
4        MS. MARASCO:  Counsel, just for the record,
5  anything that does have a Bates stamp was -- does
6  have a Bates stamp was produced, so I'd just ask
7  that you double-check and confirm, and if not, we'll
8  send it to you separately.
9        But anything that has a Bates stamp has a
10 Bates stamp because it was produced.
11       MR. WALKER:  I'll let the record run because we
12 never received it.
13       MR. FALLON:  Let me have the court reporter
14 mark as Burket Exhibit 4 the document Bates-stamped
15 SEFL 428.
16       (Deposition Exhibit 4 was marked.)
17       MR. WALKER:  Same objection.
18       MR. FALLON:  Okay.  Let's go off the record for
19 a second.
20       (Recess taken from 1:40 p.m. to 1:50 p.m.)
21       MR. WALKER:  So we're going to reserve our
22 rights, and we're also going to object to lack of
23 foundation based on the fact the witness can't
24 recall taking these photos.
25       MS. MARASCO:  Sorry.

7 (Pages 22 - 25)

Page 26

1   Can you just clarify whether you did or did not
2   receive this document in our first rolling
3   production?
4       MR. WALKER:  We got the -- we got two of those
5   that were named, 391 and the other one.
6       MS. MARASCO:  You stated before that there were
7   a number of -- you only got a certain number of
8   documents.
9       Can you confirm that each of the productions
10  that I reproduced to you today you previously
11  received?
12      MR. WALKER:  That I'm aware of, yeah.
13      Can you hear me?
14      MS. MARASCO:  Was that a "yes"?  I'm sorry.
15      MR. WALKER:  That I'm aware of, yes.
16      MS. MARASCO:  That you're aware of?
17      MR. WALKER:  Yes.
18      MS. MARASCO:  Okay.
19      MR. FALLON:  Okay.  Are we back on?
20      THE COURT REPORTER:  Yes, sir.
21      MR. FALLON:  Okay.
22  BY MR. FALLON:
23      Q.  All right.  Okay.  Let's take a look at what's
24  been marked as Burket Exhibit 4.
25      And, Mr. Burket, do you recognize this picture?

Page 27

1       A.  I do not.  I believe that most, if not all, of
2   these pictures that are in the docket that are not in my
3   report are actually taken by a Southeastern Freight
4   line representative, Tom Herndon.
5       If -- if you look at Picture 4- -- SEFL 425,
6   that's a picture that he took of me standing by the
7   column.
8       So as far as pictures that I took myself, I
9   think those are limited to what's in the report.
10      Q.  Okay.
11      MR. FALLON:  All right.  Why don't we have the
12  court reporter pull up Docket No. 432.
13  BY MR. FALLON:
14      Q.  Is your statement the same with respect to
15  SEFL 432?
16      A.  Right.  These all look like pictures that
17  Tom Herndon from Southeastern Freight took during our
18  January 10th inspection, because as you can see in this
19  picture, there was still a lot of equipment on site.
20      And then during our March 20th inspection,
21  most, if not all, of this equipment had been moved
22  elsewhere and was no longer on the site.
23      MR. WALKER:  Same objection noted.
24  BY MR. FALLON:
25      Q.  Is this an accurate picture of what you

Page 28

1   observed on your January 10 visit?
2       A.  Yes, sir.
3       MR. FALLON:  Okay.  Why don't we have the court
4   reporter mark SEFL as 4- -- SEFL 432 as Burket
5   Exhibit 5.
6       (Deposition Exhibit 5 was marked.)
7   BY MR. FALLON:
8       Q.  Okay.  And in the middle left of
9   Burket Exhibit 5 there are some darker spots.
10      Do you recall those spots?
11      A.  Yes.
12      You're talking about the ponding areas?
13      Q.  Yes.
14      A.  Yes, sir.
15      Q.  And what -- what are those?
16      A.  That's just where the base material beneath the
17  asphalt has settled over the years.  So, you know,
18  eventually, if you get enough days without rain, that'll
19  burn off.  But, you know, for probably 48 hours
20  following a storm you'll have some standing water.  We
21  call it "ponding."
22      Q.  And did you see ponding at the Medley site when
23  you visited?
24      A.  Yeah.  Yes, sir.  There were -- there were
25  areas of ponding kind of throughout.

Page 29

1       And during that January inspection it was the
2   assessment of our -- our paving contractor that the --
3   the base material was probably adequate, but that we
4   would need to remill the asphalt.
5       And so that's -- that's -- the first inspection
6   was focused on the roof and the asphalt.
7       Q.  I want to turn back to Burket Exhibit 4.
8       Is that an accurate picture of what you
9   observed at your Medley site inspection?
10      A.  During the January inspection, yes.
11      Q.  Over on the right side there appears to be a
12  darker area.
13      Do you see that?
14      A.  (Witness perused document.)  Can --
15      MR. FALLON:  I don't know if the court reporter
16  can pull that up a little closer.
17      THE WITNESS:  I don't recall seeing that area
18  during our inspection, at least specifically noting
19  it.  It does look like a concrete paving area, and
20  it does look like there's some standing water, but
21  I can't say that I recall specifically any issues
22  over there.
23      You're talking about the area -- I don't know.
24      Can I move my cursor to --
25      THE COURT REPORTER:  (Indicates affirmatively.)

8 (Pages 26 - 29)

1  BY MR. FALLON:
2  Q.  Yes.  Correct.  The lower right portion of
3  the --
4  A.  Right.  Okay.
5  Q.  Well, I guess it's sort of middle lower right
6  portion of the picture.
7  A.  Yeah.  That looks like it was some sort of
8  former equipment pad, but, again, I don't -- I don't
9  recall including that in our scope of repairs.
10  MR. WALKER:  Object to speculation.
11  BY MR. FALLON:
12  Q.  Let's go back -- back to Burket Exhibit 1.
13  And does Burket Exhibit 1 have any photographs
14  of the asphalt at the Medley site?
15  A.  Yes, sir.  If you go to SEFL 1107, the bottom
16  right-hand picture, you know, shows one of the areas
17  where the asphalt has completely deteriorated, and the
18  base is exposed.  So that's just an example of an area
19  that would probably need more extensive work than just
20  remilling.
21  Q.  And is that photograph an accurate
22  representation of what you witnessed at the Medley site
23  when you visited?
24  A.  Oh, yes, sir.
25  Q.  What were your general observations as to the

1  condition of the asphalt at the Medley site?
2  A.  So, you know, basically with -- with paving,
3  there's -- there's two types of preventative
4  maintenance, if you will.  You can reseal paving if
5  it's, you know, just approaching the end of its useful
6  life; or in the case of Medley, it's past the point
7  where you could reseal it, and you actually have to mill
8  it, which means remove the top 2 inches of asphalt and
9  lay new asphalt.
10  So it was the opinion of our asphalt contractor
11  and my own opinion that the asphalt needed to be
12  remilled.
13  And the -- you know, the one bright spot was
14  around the perimeter of the cross-dock you have concrete
15  paving areas.  Those seem to be in good condition so
16  that as far as the scope of work for the paving, we felt
17  it was just limited to the -- the asphalt paving, which
18  I put the quantity in the paragraph next to it.  It's
19  45,378 square yards of 2-inch asphalt.
20  Q.  And you stated -- and I'm reading from
21  Exhibit 1, states, "The scope assumes that the base
22  material will not need to be replaced."
23  A.  Right.
24  Q.  Was that your conclusion?
25  A.  That was our conclusion, yes.

1  Q.  Is it possible to tell if the base material
2  will need to be replaced before you start on the
3  project?
4  A.  There is testing that you could do.  There's
5  cores that could be done to make sure that the base
6  material thickness still meets the spec, but that wasn't
7  part of my mission from Southeastern Freight.  You know,
8  like I said, my -- my inspection was limited to a visual
9  inspection, so we -- we're assuming that the base
10  material is adequate, but if we decided that we wanted
11  further testing, that could be determined.
12  Q.  If the base material does need to be replaced,
13  would that be an extra cost?
14  A.  It would be a significant cost depending on the
15  extent.
16  Q.  How about the area in this photograph?
17  Is that an area where the base material will
18  need to be re- -- redone?
19  A.  Right.  But we -- you know, we -- we feel like
20  it -- there's maybe half a dozen areas that are kind of
21  deteriorated to this point where the -- the asphalt's
22  gone.  So as a whole, our asphalt contractor felt that
23  the budget he gave us to cover the asphalt would also
24  include, you know, a limited amount of base repairs to
25  grade the site out the way that it needs to be done.

1  So, yes.  In this -- to answer your question,
2  in this picture some additional base work would be
3  included.
4  Q.  Would it be an adequate repair just to go
5  through and try to patch in places?
6  A.  Again, that would just be putting a Band-Aid on
7  it, and then you run the risk of, like I said, getting
8  into base deterioration, which then your repair costs go
9  up even higher.
10  So to -- you know, again, going back to the
11  thought of what would we do if a new user was coming
12  into this space, these are the recommendations that we
13  would make.
14  Q.  Did you have any other observations as to the
15  condition of the asphalt, or do you think you've
16  summarized it to the extent you can recall?
17  A.  I think I've summarized it.  You know, the
18  concrete paving areas around the cross-dock I think are
19  still workable, but -- but the asphalt paving, getting
20  that resurfaced I think is pretty urgent, actually.
21  MR. FALLON:  Let's turn to SEFL 403 and ask the
22  court reporter to mark that as Burket Exhibit 6.
23  (Deposition Exhibit 6 was marked.)
24  MR. WALKER:  Same objection noted.
25  BY MR. FALLON:

9 (Pages 30 - 33)

Page 34

1    Q.   And, Mr. Burket, do you recognize what is in
2  Burket Exhibit 6 which is up on the screen?
3    A.   Yes, sir.  You can actually see I'm partially
4  in the picture.
5       But, yeah.  This is a typical loading dock
6  condition.  We've got a sectional overhead door.  You
7  can see that the -- the mainframe column to the left has
8  been damaged from forklift traffic.  The bollards are
9  also partially damaged.
10      So, yes, I'm familiar with this.
11   Q.   Okay.  So the bollards are the yellow posts in
12  the picture?
13   A.   Yep.  The safety posts that are meant to
14  prevent the frame from getting damaged like that, but
15  they clearly didn't do the job.
16   Q.   And is this picture an adequate representation
17  of what you witnessed at the Medley site?
18   A.   Yes, sir.
19   Q.   And looking at the picture, there's a full
20  picture of the door in the main part of the picture, and
21  then it appears that there's also a partial picture of
22  the door to the left side of the picture.
23      Is that what you see as well?
24   A.   Right.  Yes, sir.  And you can see that the
25  door to the left is -- is off the track and inoperable,

Page 35

1  and that was -- there's 113 doors at this facility, and
2  the majority of them are either inoperable or past the
3  point of repair.
4       So our -- our recommendation was not only to
5  replace all the doors, but in doing so, it will trigger
6  with the City up- -- updating the wall framing and wall
7  panels to the current code, so I've included that in --
8  in my budget for the cost estimating.
9       We're actually doing an exact same project for
10  an XPO facility in Pompano Beach, so I included some of
11  the repair details from that job that -- that would
12  apply to this one as well.
13   Q.   Would you describe the damage to the garage
14  doors as regular wear and tear?
15   A.   The majority of the doors that were actually
16  inoperable I'd say go beyond wear and tear.  I mean, it
17  looks like it was damaged from forklift traffic, similar
18  to the column damage here in the pictures.  They're --
19  they're off the track; can't move them up or down.
20      And then there's other ones like this 76 that,
21  you know, the doors have just aged out and need to be
22  replaced.
23      MR. FALLON:  Now, let me ask the court reporter
24  to turn to SEFL 425 and ask that that picture be
25  marked as Burket Exhibit 7.

Page 36

1       (Deposition Exhibit 7 was marked.)
2       MR. WALKER:  Same objection noted.
3  BY MR. FALLON:
4    Q.   Mr. Burket, the court reporter has put up on
5  the screen Burket Exhibit 7.
6       Do you recognize that picture?
7    A.   Yes, sir.  That's -- I'm -- I'm in the picture
8  again.
9    Q.   Okay.  And what is that a picture of?
10   A.   That's a picture of the same frame, and then
11  you can get a better view of Door 74 and 72.
12      On Door 74 you can see a better example of the
13  forklift damage to the door.  You can -- you can see
14  that it's off the track, but then you can also see that
15  the bottom railing on it has had impact damage.
16  (Witness indicates.)
17   Q.   Okay.  And you indicated that you think that
18  that's likely forklift damage?
19   A.   Yeah.  Yes, sir.  Or --
20   Q.   Okay.
21   A.   Either the forklift directly or the pallet of
22  material that they were transporting.
23   Q.   And is Burket Exhibit 7 an accurate depiction
24  of what you saw at the Medley plant?
25   A.   Yes, sir.  And not -- not every metal building

Page 37

1  frame has that extent of damage to it, but if I recall,
2  I think there were three frame conditions like that that
3  had impact damage where, you know, if we were going in
4  to do a repair job, we'd need a structural engineer to
5  prepare a detail to repair that section of the damaged
6  frame.
7       MR. FALLON:  All right.  Let me ask the court
8  reporter to turn to SEFL 1077 and ask that the court
9  reporter mark that as Burket Exhibit 8.
10      (Deposition Exhibit 8 was marked.)
11      MR. WALKER:  Same objection noted.
12  BY MR. FALLON:
13   Q.   Mr. Burket, the court reporter has put up on
14  the screen Burket Exhibit 8, which is a photograph with
15  the Bates number SEFL 1077.
16      Do you see that?
17   A.   Yes, sir.
18   Q.   And what is in that picture?
19   A.   So this is a good example.  There are a few
20  doors that had been replaced from the original sectional
21  doors.
22      If you look to the left of the picture, you can
23  see the railing that's indicative of what we call a
24  sectional overhead door.  And then this has a can, which
25  is an overhead roll-up door.

10 (Pages 34 - 37)

Page 38

1  So this is an overhead roll-up door, but
2  beneath it on what we call the header steel you can see
3  impact damage that is probably from a truck rather than
4  a forklift. So, yeah. That's what that is.
5  Q. And what -- what would need to be --
6  Is that -- well, strike that.
7  Is that a functional door?
8  A. No, it is not. The -- the damage to the header
9  is preventing the door from being operable, so we
10  weren't able to ascertain if the -- if the actual
11  overhead door is still functional or not.
12  So what would be required there is the -- we
13  call that "secondary framing." The secondary framing
14  would need to be replaced with similar material.
15  MR. FALLON: And let me ask the court reporter
16  to turn to SEFL --
17  BY MR. FALLON:
18  Q. Oh, I can't remember if I asked.
19  Is -- Burket Exhibit 8, is that an accurate
20  depiction of what you witnessed at the Medley property?
21  THE WITNESS: (Witness indicates.)
22  THE COURT REPORTER: (Indicates affirmatively.)
23  THE WITNESS: Yes, sir. Yes. This picture,
24  1077, is accurate.
25  MR. FALLON: All right. Let's now turn to

Page 39

1  SEFL 1073 and ask the court reporter to mark that as
2  Burket Exhibit 9.
3  (Deposition Exhibit 9 was marked.)
4  MR. WALKER: Same objection noted.
5  BY MR. FALLON:
6  Q. And, Mr. Burket, can you identify
7  Burket Exhibit --
8  MR. FALLON: Oh, let's see. We don't have that
9  up yet. Okay.
10  BY MR. FALLON:
11  Q. Okay. Now the court reporter has put up
12  Burket Exhibit 9, which is a document Bates-stamped
13  SEFL 1073.
14  Do you recognize the picture in Burket Exhibit 9?
15  A. Yes, sir. This is Door 53. This is an example
16  of a sectional overhead door with the track system. And
17  as you can see here, the door is off the track. The
18  framing is corroded and appears to be damaged on the
19  bottom rail.
20  And then even to the right of that, Door 51 you
21  can see is also damaged. It's also a sectional overhead
22  door. So this -- this is a very common condition
23  amongst most of the openings at this cross-dock
24  facility.
25  Q. And can you just knock these back into shape,

Page 40

1  or do you need a new door?
2  A. No, sir. You can tell by the condition of the
3  framing of the door itself that not only does the door
4  need to be replaced, but the track also needs to be
5  replaced.
6  Q. And does Burket Exhibit 9 accurately depict the
7  condition of the property --
8  A. Yes, sir.
9  Q. -- at Medley?
10  A. Yes, sir.
11  MR. FALLON: All right. Let's turn to SEFL 405
12  and ask that the court reporter mark that as
13  Burket Exhibit 10.
14  (Deposition Exhibit 10 was marked.)
15  BY MR. FALLON:
16  Q. Do you recognize Burket Exhibit 10?
17  A. Yes, sir. This is the loading dock of the
18  Medley facility.
19  Q. And what does that picture show?
20  A. This shows the -- the insulation is the white
21  vinyl-faced insulation where you can see some previous
22  leak damage where the insulation is hanging. It shows
23  the mainframes of the pre-engineered metal building
24  system. Then above that is the secondary framing, which
25  are called the Z purlins. It also shows skylights, the

Page 41

1  fire sprinkler system. Then it also shows a -- a good
2  majority of the sectional overhead doors, as well as you
3  can see kind of the extent of the damage as you look
4  along the perimeter there to the doors.
5  Q. When -- oh, when you say when "you look along
6  the perimeter," are you referring to the doors?
7  A. Right. Yeah. If you look to the doors, you
8  can kind of see how the majority of them are -- have
9  some kind of impact damage or is off the track.
10  So we are -- we're recommending complete
11  replacement of all of them with code-compliant sectional
12  doors.
13  MR. WALKER: Same objection noted.
14  BY MR. FALLON:
15  Q. Okay. And you started with -- you said you saw
16  insulation hanging.
17  Can you point out where that is?
18  A. Yes, sir. If you look in the picture -- in the
19  middle of the picture, there's a fan hanging off the
20  mainframe, and just beyond that you can see torn
21  insulation where the fiberglass is visible. There were
22  several areas throughout the building where either the
23  insulation was hanging or missing completely.
24  We also have a picture showing an actual
25  per- -- perforation through the roof where the rust is

11 (Pages 38 - 41)

1  so extensive that it's -- it's ate away the entirety of
2  the panel.
3        So, you know, this just shows that over the
4  years they've had leaks at this facility.  And in the
5  pictures you can see -- that I've taken with the drone
6  you can see where they've done previous patch repairs.
7        They've also appeared to have recently replaced
8  the skylights, probably within the last three or
9  four years would be my guess, based on the condition of
10  the skylights, but they never replaced the actual roof
11  panels.
12     Q.  And did you say that this picture shows where
13  the leaks were?
14     A.  It -- it shows where one of the leaks was.
15  Like I said, where the insula- -- anywhere where the
16  insulation is bubbled or hanging down or missing is
17  indicative of a previous leak.
18        And then later on when we look at the drone
19  shots, I can point out some areas where they've either
20  done short sheets or put a coating, like a silicone-type
21  coating, you know, repair on it to try to extend the
22  useful life of the roof.
23     Q.  And you had also mentioned mainframe --
24  mainframe damage.
25        Do you recall that testimony?

1     A.  That -- yeah.  That was earlier where the --
2  the picture where you could see the impact damage from
3  the forklift into the -- you know, the frame has two
4  components, right?  There's the vertical column section
5  and the horizontal beam section, and what we observed
6  was damage to the vertical column section of the frame.
7     Q.  Okay.  And does Burket Exhibit 10 accurately
8  depict the condition of the property that you
9  observed --
10     A.  Yes.
11     Q.  -- when you were at the Medley facility?
12     A.  Yes, sir, it does.
13        MR. FALLON:  Let me ask the court reporter to
14  put up on the screen SEFL 437 and mark that as
15  Burket Exhibit 11.
16        (Deposition Exhibit 11 was marked.)
17        MR. WALKER:  Same objection noted.
18  BY MR. FALLON:
19     Q.  Mr. Burket -- well, the court reporter has put
20  up on the screen Burket Exhibit 11, which is a document
21  Bates-stamped SEFL 437.
22        Do you recognize that picture?
23     A.  Yes, sir.  This is the -- the same cross-dock
24  with -- kind of zoomed in on the skylights and the
25  insulation.

1     Q.  And what -- what does that show there?
2     A.  This shows a typical roof condition.  The roof
3  is a corrugated metal panel system, skylights kind of
4  dispersed throughout, with insulation beneath it.
5        You know, this section of the cross-dock is in
6  relatively good shape.  I don't -- I don't see any
7  damaged or missing insulation.
8        MR. FALLON:  And let me ask the court reporter
9  to put up on the screen a document Bates-stamped
10  SEFL 1079 and have that marked as Burket Exhibit 12.
11        (Deposition Exhibit 12 was marked.)
12        MR. WALKER:  Same objection noted.
13  BY MR. FALLON:
14     Q.  Mr. Burket, the court reporter has put up on
15  the screen Burket Exhibit 12.
16        Can you identify that document?
17     A.  Yes, sir.  This is also on the cross-dock.  You
18  can see frame lines Q, R, and S.  And this does show
19  several areas where the insulation has previous damage,
20  and there was probably a previous leak before a patch
21  repair.
22        We didn't note any active leaks when we were
23  there, but obviously it wasn't raining when we were
24  there.
25        And so that -- that shows the purlins as well.

1  Also shows some of the doors that appear to be on the
2  east side.
3        So, yeah.  Just another example of the
4  cross-dock.
5     Q.  Okay.  And you said this shows several areas
6  where the roof was damaged, did you say?
7     A.  Right.  You can see -- looking up at the white
8  vinyl-faced insulation, you know, kind of in the top
9  middle of the picture there's a large section where it's
10  missing.  And you can kind of see where it was bubbling
11  out before, how the insulation's pushing out.  So at
12  some point in the not so distant future -- or past there
13  was a leak there.
14        Also, to the right of the picture you can see
15  an area where the insulation failed, and then further
16  down you can -- you can also see at the left -- bottom
17  left hand of the picture lots of small areas where the
18  insulation's been damaged from -- from water leak --
19  leakage.
20     Q.  And you -- you mentioned a term.  I think --
21  believe it was purlins?
22        P-u-r-l-i-n-s, is that it?
23     A.  Yes, sir.  That -- those are the secondary
24  framing that the actual -- the roof panels actually
25  fasten into.  So on this picture they're running

Page 46

1  left/right and bearing on top of that frame.
2    Q.  Okay.  And what --
3      What was your comment about the purlins?
4    A.  The purlins -- again, you know, this was a
5  visual inspection.
6      When we go to replace the roof panels, it'll be
7  interesting to find out if -- if the purlins have been
8  damaged, if there's corrosion damage on them.
9      A lot of times we do these trucking facilities,
10  and when we tear the roof panels off, we uncover
11  corrosion damage to the top flange of the purlin that
12  wasn't visible from the ground level.  And typically the
13  engineer requires us to -- to replace that section of
14  purlin.
15      But in this picture it's hard to say.
16    Q.  And does Burket Exhibit 10 accurately depict
17  the condition of the property that you observed --
18    A.  Yeah.
19    Q.  -- at the Medley site?
20    A.  Yes, sir.
21      MR. FALLON:  Let me ask the court reporter to
22  pull up document Bates-stamped SEFL 1078 and ask
23  that that be marked as Burket Exhibit 11 (sic).
24      MR. WALKER:  Counsel, we're -- we're on
25  Exhibit 13.

Page 47

1      MR. FALLON:  Okay.  I'm sorry.  Yep.  My bad.
2  Okay.  We'll do that again.
3      I'll ask the court reporter to pull up
4  SEFL 1078 and have the court reporter mark that as
5  Burket Exhibit 13.
6      (Deposition Exhibit 13 was marked.)
7      MR. WALKER:  Same objection noted.
8  BY MR. FALLON:
9    Q.  And, Mr. Burket, do you recognize
10  Burket Exhibit 13?
11    A.  Yes, sir.  This is a similar position of what
12  the previous photo was taken from.  It's just facing
13  further south down the dock, and it kind of gives you
14  some different perspectives on those same areas of
15  failed insulation that are sagging.
16      You can also see more of the doors on the
17  sides.  It looks like Door 92, you can see a portion of
18  it's hanging off the track, so that's another example of
19  the existing doors being inoperable.
20    Q.  And does Burket Exhibit 13 accurately depict
21  what you saw when you visited the Medley plant?
22    A.  Yes, sir.
23      MR. FALLON:  And let me ask the court reporter
24  to pull up the document Bates-stamped 107- --
25  SEFL 1075 and mark that as Exhibit 14.

Page 48

1      (Deposition Exhibit 14 was marked.)
2  BY MR. FALLON:
3    Q.  All right.  The court reporter has pulled up a
4  document Bates-stamped SEFL 1075 and marked it as
5  Burket Exhibit 14.
6      Can you identify that picture?
7    A.  Yes, sir.  This -- this is a section on the
8  west side of the building that -- you know, where the
9  corrosion was so extensive that it ate through the
10  panel.  You -- you can see the visible daylight.
11      So this is just a great example of why the
12  metal panels have reached the end of their useful life
13  and need to be replaced rather than, you know, further
14  patch repairs.
15      MR. WALKER:  Same objection noted.
16  BY MR. FALLON:
17    Q.  If it were raining, would -- would the roof
18  protect the interior of the building?
19    A.  No, sir.  You can see where water would come
20  right in through here.
21    Q.  And what -- what --
22      Do you have any understanding of what would
23  cause that type of cracking?
24    A.  I really think it's just deferred maintenance.
25  You know, it's near the fasteners, so if -- I don't -- I

Page 49

1  think this roof is over 30 years old, based on the
2  property appraiser's website.
3      So a typical maintenance program for this type
4  of roof system is replacing the fasteners when they show
5  evidence of corrosion.  That will help extend the useful
6  life out.  And if you don't do that, then it's almost
7  like a cancer where the rust will spread to the finish
8  of the panel.  When that's compromised, the rust eats
9  through the panel, and then you get perforations like
10  this.
11    Q.  Okay.  All right.  Do you typically rely on a
12  property appraiser's report to estimate age of a
13  building component?
14    A.  It's a combination, right?  Like, you know,
15  sometimes we go to facilities that, per the property
16  appraiser, are 30 years old, but it's clear at some
17  point, you know, in the interim the panels were replaced
18  maybe without a permit.
19      But if -- if a permit was pulled, that
20  information is available on the county's website.  So
21  it's a combination of, you know, looking at the facts on
22  the -- on the government websites; also, getting
23  information from the tenant or the property owner; and
24  then, also, visual inspections.
25      This facility, which I think I note in my

1 report, it appears that they had replaced the ridge
2 caps, which are the center section that combines both
3 sides of the roof, and the skylights, but that the roof
4 panels have not been replaced.
5    Q.  And your estimate was that the roof otherwise
6 was about 30 years old?
7    A.  Yes, sir.
8    Q.  Does Burket 14 accurately depict the condition
9 of the property at Medley that you saw while you were
10 visiting the site?
11    A.  Yes, sir.
12    Q.  And do you have any other observations about
13 the condition of the ceiling at the Medley facility that
14 we haven't already gone over?
15    A.  Hmm.  It -- this is in my report, but if we
16 were to pull a permit for this work today, this -- this
17 is in what is called a high-velocity hurricane zone.
18 It's a special zone within the Florida Building Code.
19    So we would likely need to use 24-gauge panels
20 and potentially add additional purlins near the
21 perimeter of the roof to meet the current wind design
22 requirements.
23    And I've accounted for that contingency in my
24 estimating.
25    MR. FALLON:  Okay.  Let me turn to a document

1    Bates-stamped SEFL 459 and ask the court reporter to
2    mark that as Burket Exhibit 15.
3    (Deposition Exhibit 15 was marked.)
4    MR. WALKER:  Same objection noted.
5 BY MR. FALLON:
6    Q.  Do you recognize Burket Exhibit 15?
7    A.  (Witness perused document.)
8    No, sir.  This is -- likely like the photo
9 earlier, this is probably a photograph taken by
10 Tom Herndon during our site inspection, but I was
11 probably assessing the roof at this point.
12    MR. FALLON:  Okay.  Let's take a look at
13 SEFL 466.
14    (Deposition Exhibit 16 was marked.)
15    THE WITNESS:  A similar comment to before.
16 This was a photograph likely taken by Tom Herndon
17 and that I was not present.
18    MR. FALLON:  Okay.  I'm going to turn now to --
19 we're going to look at some sections of the office
20 and conference space.
21    Let me ask you -- ask the court reporter to
22 pull up a document Bates-stamped SEFL 1091.
23    MR. WALKER:  Same objection noted for the last
24 exhibit and for this one.
25 BY MR. FALLON:

1    Q.  And, Mr. Burket, the court reporter has pulled
2 up a document Bates-stamped SEFL 1091.
3    Do you recognize that document?
4    A.  Yes, sir.
5    Q.  And what --
6    MR. FALLON:  Well, let's have the court
7 reporter mark that as Burket Exhibit 16 (sic), I
8 believe we are up to.
9    THE CONCIERGE:  I'm sorry, Counsel.
10    This is -- the picture that's on the screen
11 right now, 1091, is Exhibit 17.
12    MR. FALLON:  Okay.  I keep losing track here.
13 Let's see.
14    Okay.  Did you -- did you mark SEFL 466 as 16?
15    THE CONCIERGE:  Yes.  466 is 16.
16    MR. FALLON:  Okay.  Okay.  So, then, we'll mark
17 this as --
18    Okay.  So the court reporter has marked
19 SEFL 1091 as Burket Exhibit 17.
20    (Deposition Exhibit 17 was marked.)
21 BY MR. FALLON:
22    Q.  All right.  So, Mr. Burket, can you describe
23 what is shown in Burket Exhibit 17?
24    A.  Yes, sir.  This is one of the offices located
25 in the conditioned office area of -- of the facility.

1 That office area is about 5600 square feet.  This shows
2 the condition of the walls.  This shows the condition of
3 the ceiling grid and the ceiling tiles; also the
4 lighting fixtures and fire sprinklers.  And so you can
5 see the walls have damage.  The ceiling has damage.  The
6 floors need to be replaced.  Yeah.
7    Q.  And when you say "the walls have damage,"
8 what -- to what are you referring?
9    A.  You can see where they were hanging something
10 on it before.  You can also see other construction.
11    There's other areas in my report where I note
12 actual, like, damage to the drywall where we'd need to
13 cut a section out and patch a section in.
14    In my budget and in my report I've accounted
15 for cost to -- for before we repaint the walls, to have
16 a drywall company come in and make any repairs to the
17 drywall surface that are needed before paint.
18    Q.  And does Burket Exhibit 17 accurately depict
19 the interior office space of the Medley property?
20    A.  Yes, sir.
21    Q.  Is there a problem with the ceiling tiles in
22 that picture?
23    A.  Oh, yeah.  Yes, sir.  And in my report the --
24 the ceiling grid, there's issues with how it was laid
25 out with the fire sprinkler system, as well as being

Page 54

1  damaged.  You can see the ceiling tile's damaged.  The
2  grid's not straight.  In some sections the grid's
3  missing.  The light fixtures I think were noted in -- in
4  a separate engineering report as having some
5  deficiencies.
6      So our budget assumes going in there and
7  removing the existing ceiling grid and tiles and running
8  new.
9  Q.  Could you just try to fix the ones that don't
10  look so good and fix the grid where maybe it's not as
11  good?  Could you --
12  A.  In some cases you could certainly do that, but
13  in this case due to the extent of it, if you tried to do
14  what was called selective repair, it would probably be
15  more expensive than replacing all new.
16      And it would be obvious because the newer
17  sections of grid, the coloration between the two, it
18  would be obvious that a lot of repairs were done.  So in
19  our opinion, it's a much better approach to -- from a
20  cost standpoint and a finish standpoint, to just replace
21  it.
22  Q.  And I can't remember if I asked you.
23      Does Burket Exhibit 17 accurately depict the
24  interior of this office at the Medley property?
25  A.  Yes, sir, it does.

Page 55

1      MR. FALLON:  Okay.  Let me ask the court
2  reporter to pull up document Bates-stamped SEFL 1095
3  and ask the court reporter to mark that as
4  Burket Exhibit 18.
5      (Deposition Exhibit 18 was marked.)
6      MR. WALKER:  Same objection noted.
7  BY MR. FALLON:
8  Q.  Mr. Burket, the court reporter has pulled up
9  Burket 18, which is a document Bates-stamped SEFL 1095.
10      Do you recognize that picture?
11  A.  Yes, sir.  This is another one of the offices
12  that has the old 1970s wood paneling.  You can also see
13  in the picture staining.
14      We -- we popped some of the ceilings above to
15  see if it was a roof leak or HVAC condensation, and we
16  believe it's an HVAC condensation issue, which, again,
17  in my report I kind of talk about some of the repairs
18  and replacement that need to be done to the air
19  conditioning system in the office, so --
20      And that's another reason why we need to
21  replace the entire ceiling grid, is we'll have to
22  replace some of the air conditioning units, not all of
23  them, but we will also have to replace all of the
24  air conditioning ducting.
25  Q.  And why -- why do you need to replace all of

Page 56

1  the air conditioning ducting?
2  A.  Well, there's -- there's gaps and seams in
3  the -- you know, where they've tied in the air
4  conditioning ducting.  So it's -- it's basically air
5  leakage is coming through the duct.  And it's -- it's
6  well past its useful life --
7      And so when that cold air gets above the
8  ceiling grid, it creates condensation on the ducting
9  and -- which causes these leaks that you're seeing in
10  the ceiling.
11  Q.  And it -- is it advisable just to paint over
12  that ceiling tile or replacing it?
13  A.  No.  Absolutely not, no.  Replacing it is the
14  only way to go.  Putting paint over it could create a
15  mold problem, so you definitely -- anything that's
16  gotten moisture on it that's a gypsum surface like this,
17  you want to tear it out and replace it with new and fix
18  whatever the cause of the moisture penetration is.
19  Q.  And does Burket Exhibit 18 accurately depict
20  the condition of the property at the Medley site?
21  A.  Yes, sir.
22      MR. FALLON:  Let's turn to a document
23  Bates-stamped SEFL 1102.
24      THE CONCIERGE:  And mark it as 19, Counsel?
25      MR. FALLON:  Correct.

Page 57

1      (Deposition Exhibit 19 was marked.)
2  BY MR. FALLON:
3  Q.  All right, Mr. Burket.  The court reporter has
4  pulled up Burket Exhibit 19, which is a document
5  Bates-stamped SEFL 1102.
6      Do you recognize that picture?
7  A.  Yes, sir.  This is kind of the open
8  workstation area -- workstation area in the middle of
9  the conditioned office area, and this is showing the
10  condition of the ceiling tiles and the ceiling grid.
11      As you can see in this picture, all of the
12  ceiling tiles are sagging.  There's also some -- appears
13  to be some impact damage, but the more interesting thing
14  here to note is the sagging in the ceiling tiles
15  themselves.  That's, you know, indicative of the air
16  conditioning issues I mentioned earlier where the system
17  isn't pulling humidity out of the air, causing the tiles
18  to sag.
19      So, again, you know, the -- the proper scope of
20  work here would be to replace the grid, replace the
21  ceiling tiles, replace the ducting, and also replace one
22  of the air conditioning units that's past the -- the end
23  of its useful life.
24  Q.  And so can you expand a little bit on how the
25  condition of the air conditioning and HVAC causes the

Page 58

1  ceiling tiles to sag?
2      A.  Yeah.  So the ducting isn't sealed properly, so
3  it's not delivering enough air into the space, which
4  causes a humidity issue, which is a big problem in
5  South Florida and really throughout all of Florida.
6          So when you see these tiles sagging like this,
7  that means that a space has a humidity issue.
8      Q.  And does Burket Exhibit 19 accurately depict
9  the condition of the interior of the Medley property?
10     A.  Yes, sir.
11         MR. FALLON:  Let me turn to -- or ask the court
12  reporter to pull up SEFL 1065 and mark that as
13  Burket Exhibit 20.
14         (Deposition Exhibit 20 was marked.)
15  BY MR. FALLON:
16     Q.  Now, Mr. Burket, the court reporter has pulled
17  up on the screen Burket Exhibit 20, which is a document
18  Bates-stamped SEFL 1065.
19         Do you recognize that picture?
20     A.  Yes, sir.  This is the break area in the
21  conditioned space that's actually out on the middle of
22  the dock, so this is in a different section of the
23  building than the pictures we've been discussing.
24         But the scope of work is similar.  The flooring
25  would need to be replaced.  The wall -- the CMU walls

Page 59

1  and drywall walls would need to be patched and painted,
2  and the ceiling tiles and ceiling grid would need to be
3  replaced.
4          You can see some staining to the right of the
5  column on the ceiling tile, and this is actually a
6  different situation.  We think this is a previous roof
7  leak that was occurring over that spot.
8          But, nevertheless, the same sort of tenant
9  improvement work to get this space operational for the
10  next user.
11     Q.  To the right of the picture it appears there's
12  some black marks.
13         Do you know what they are?
14     A.  It looked like that was from previous equipment
15  or -- or cabinetry that they had there.  During both of
16  my inspections this was the condition the space was in.
17  My guess is that they probably had some base cabinets in
18  that space and then at some point in time removed them,
19  you know, prior to my January 10th initial inspection.
20     Q.  Could you fix the flooring by just cleaning it
21  up and putting a coat of polish on it?
22     A.  Abs--- no.  Absolutely not.  It needs to be
23  replaced.
24     Q.  And why is that?
25     A.  So not only where the cabinets were, but if you

Page 60

1  go throughout, you can see lots of different scuff
2  marks, just the age of the tile itself, kind of
3  separations between the joints.
4          You know, if -- if you wanted to lease this to
5  a different user, you wouldn't turn over a space in this
6  condition.
7      Q.  And does Burket Exhibit 20 accurately depict
8  the condition of the interior of the Medley property?
9      A.  Yes, sir.
10         MR. FALLON:  Let me ask the court reporter to
11  pull up SEFL 1104 and have that marked as
12  Burket Exhibit 21.
13         (Deposition Exhibit 21 was marked.)
14  BY MR. FALLON:
15     Q.  Mr. Burket, the court reporter has pulled up
16  Burket Exhibit 21, which is a document Bates-stamped
17  SEFL 1104.
18         Can you identify that picture?
19     A.  Yes.  This is the open space, the cubicle
20  space, if you will, that's -- that is in the main
21  conditioned area of the facility.  And you can see the
22  previous damage from the -- the cubicle workstations and
23  just the overall age and condition of --
24         This is a rolled vinyl flooring, so slightly
25  different than the vinyl composition tiles that we saw

Page 61

1  in the previous picture, but the same assessment.  It's
2  past the end of its useful life.  That would need to be
3  chipped up, removed, and then either commercial grade
4  carpet or a new vinyl grade composition flooring going
5  down there for the next user.
6      Q.  Any other observations of Burket Exhibit 21?
7      A.  You can see -- this is the same room where we
8  saw the sagging tiles, so this is just another
9  perspective of that.  So the ceiling and the flooring
10  would need to be completely replaced, and the walls
11  would likely need to be painted and minor drywall
12  repairs throughout.
13     Q.  And does Burket Exhibit 21 accuratery --
14  accurately reflect the condition of the interior of the
15  Medley property?
16     A.  Yes, sir.
17     Q.  Do you have any additional impressions of the
18  condition of the interior of the Medley property that we
19  haven't already discussed?
20     A.  We talked about the air conditioning.  One of
21  the units, when we were -- during our second inspection,
22  was -- was inoperable and looked like it was well past
23  its useful life.
24         So, again, if we were -- when we were putting
25  together the budget, we assumed replacing that unit and

1 then replacing all of the ductwork in this -- in this
2 area of the facility.
3     There's also a separate electrical inspection
4 that was performed, and there were some deficiencies
5 with the wiring and cabling. And that's actually part
6 of a 30-year required inspection by the County, so we're
7 already moving forward with those repairs, but that was
8 also in this area.
9     And then let me just check my notes --
10 Q.  Okay.  Well, be- --
11 A.  -- to make sure there's nothing else.
12 Q.  -- before we move on there, why don't -- why
13 don't we focus on some of the circuits and wiring.
14     MR. FALLON:  So why don't we move to SEFL 299
15 and ask if the court reporter can bring up that
16 photograph.
17     THE WITNESS:  (Perused document.)
18     (Deposition Exhibit 22 was marked.)
19 BY MR. FALLON:
20 Q.  All right.  The court reporter has brought up
21 on the screen what we'll ask to mark as Burket
22 Exhibit 22, and this is a document Bates-stamped
23 SEFL 299.
24     Can you identify what is shown in
25 Burket Exhibit 22?

1 A.  Yeah.  This is one of the main distribution
2 panels for the facility.  And this was relative to a
3 report from Allied Engineering -- or Allied Building
4 Inspections.  They came out and did a thermography
5 inspection and noted that some of the wires and cables
6 need to be repaired, basically -- basically reinstalled
7 in -- into the panel.
8     This isn't really my area of expertise, but I
9 did read over the report.  And we sent out one of our
10 electrical contractors to do the repairs.
11 Q.  And is --
12     When you said you read over their report, what
13 type of report did they -- did they make?
14 A.  So in South Florida as buildings approach
15 30 years old, the County requires a 30-year structural
16 and electrical inspection to be done by a third-party
17 engineer.
18     So Southeastern Freight engaged an engineering
19 group called Allied, and they went out and did the
20 inspection of the electrical system, specifically the
21 switchgear, and -- and noted some anomalies.
22     And so in order to pass this inspection,
23 Southeastern Freight has to hire a licensed electrical
24 contractor to pull a permit, go out, make the repairs.
25     And then this engineering company comes back

1 out, reinspects it, and then sends a report into the
2 County to close the matter.
3 Q.  Do you know what happens if -- if the
4 inspection isn't made or if repairs aren't adequately
5 done?
6 A.  Yeah.  They -- they give you a timeline, and if
7 you can't hit that timeline, similar to most government
8 things, they'll issue fines until the property is
9 brought into compliance.
10 Q.  And as a general contractor, is a -- is the
11 inspection by Allied something you would typically rely
12 on in order to make your estimates?
13 A.  Initially, yes.  And then, you know, when the
14 electrical contractor comes out there to do -- do the
15 work --
16     We've done a lot of these 30-year inspection
17 repairs, and sometimes there's additional deficiencies
18 that aren't noted in the case.  But for the initial
19 pricing exercise, we would send this report to an
20 electrical contractor, and they would give us a price to
21 go out there and make the repairs noted in the report,
22 and pull the permit.
23 Q.  Are you able to tell if this box that's shown
24 in Exhibit 22 is -- is in good condition?
25 A.  This picture -- this picture was taken before

1 the repairs were done, so I would say no, that there's
2 still -- when this picture was taken, there was still
3 wiring and cables that needed to be repaired.
4 Q.  Okay.  But to your knowledge, those repairs
5 have since been made?
6 A.  Yes, sir.
7 Q.  Did you witness the box in this condition when
8 you were there?
9 A.  The box was in this condition during the
10 January 10th inspection.
11     During the Mar- -- March 20th inspection the
12 repairs were still underway, so we didn't -- didn't
13 focus on that during our March inspection.
14 Q.  And would you be able to say if this
15 Burket Exhibit 22 was an accurate picture of the box
16 during your January 10 inspection?
17 A.  Yes, sir.
18 Q.  Let's look at --
19     MR. FALLON:  I'll have the court reporter pull
20 up Burket Exhibit -- or I'm sorry -- a document
21 Bates-stamped SEFL 305, and I'll ask the court
22 reporter to mark that as Burket Exhibit 23.
23     (Deposition Exhibit 23 was marked.)
24 BY MR. FALLON:
25 Q.  Now, do you recognize Burket Exhibit 23?

17 (Pages 62 - 65)

Page 66

1  A.  Yes, sir.  This is a breaker box that's part of
2  that switchgear at the facility, and this also --
3  similar to the last panel box we looked at, this box had
4  some deficiencies with the wiring and cabling that the
5  engineering group wanted to be repaired.
6      This -- this picture was taken during our
7  January inspection, and repairs have been made.  It is
8  pending final closeout from the engineer, so this --
9  this matter's not completely closed out, but it's in
10  process.
11  Q.  And is Burket Exhibit 23 an accurate picture of
12  what you saw during your January visit?
13  A.  Yes, sir.
14      MR. FALLON:  Let me ask the court reporter to
15  pull up Burket Exhibit -- I'm sorry -- a document
16  Bates-stamped SEFL 313 and ask the court reporter to
17  mark that as Burket Exhibit 24.
18      (Deposition Exhibit 24 was marked.)
19  BY MR. FALLON:
20  Q.  Now, Mr. Burket, do you recognize
21  Burket Exhibit 24?
22  A.  Yes, sir.  Similar to my previous comments,
23  this is another breaker box that's part of the main
24  switchgear for the facility.
25      And, again, in Allied's inspection report it

Page 67

1  was noted in all the panel boxes deficiencies with the
2  wiring and cabling that required repair from a licensed
3  electrical contractor.  That work's in process and
4  should be closed out in the next few weeks.
5  Q.  So the wiring that you observed on your January
6  site visit, did -- does that -- did that pose any safety
7  hazards?
8  A.  I -- I would say no.  In the -- in the Allied
9  report, you know, it was noted as an anomaly that needed
10  to be addressed, but they did not recommend not
11  operating out of the facility.
12      So these suggestions or, you know, the report
13  recommendations were more of a maintenance type of item
14  so that the panels didn't deteriorate.
15      MR. FALLON:  Let me ask the court reporter to
16  pull up SEFL 320, and we can mark that as
17  Burket Exhibit 25.
18      (Pause in the proceedings.)
19      MR. FALLON:  So we're looking for SEFL 320.
20  BY MR. FALLON:
21  Q.  Okay.  Mr. Burket, the court reporter has
22  pulled up a document Bates-stamped SEFL 320.
23      Do you know what that is?
24  A.  Yes, sir.  In reading the report, the fasteners
25  at this breaker appeared to be loose.  They recommended

Page 68

1  disassembling, cleaning, tightening, and reinstalling
2  circuit breakers into the busbar.
3      So, yeah.  This is just an example of where the
4  fasteners appeared to be loose, and they need an
5  electrical contractor to come in there and make those
6  repairs.
7      MR. FALLON:  Okay.  Let's have the court
8  reporter mark SEFL 320 as Burket Exhibit 25, please.
9      (Deposition Exhibit 25 was marked.)
10  BY MR. FALLON:
11  Q.  And is Burket Exhibit 25 an accurate picture of
12  what you observed on your Medley site visit?
13  A.  Yes, sir.  During the January inspection.
14      MR. FALLON:  And let's ask the court reporter
15  to pull up the document Bates-stamped SEFL 316, and
16  we'll ask the court reporter to mark that as
17  Burket Exhibit 26.
18      (Deposition Exhibit 26 was marked.)
19  BY MR. FALLON:
20  Q.  Mr. Burket, do you recognize what's depicted in
21  Burket 26?
22  A.  Yes, sir.  That is another close-up of a busbar
23  with the cabling coming into it.
24      And I believe this picture may be a part of the
25  Allied report, but this is just another example of the

Page 69

1  cabling that they want the electrical contractors to
2  clean -- clean it up, reattach it, make sure
3  everything's fastened properly and installed properly
4  into the busbar.
5  Q.  Is Burket 26 an accurate picture of what you
6  witnessed during your Medley site visit?
7  A.  Yes, sir.  During the January inspection.
8      MR. FALLON:  And let's go off the record.
9      (Recess taken from 3:03 p.m. to 3:16 p.m.)
10      MR. FALLON:  Okay.  Back on the record.
11      During the break we went and reviewed our
12  records, and we determined that all of the documents
13  that we have been discussing and that have been
14  marked as exhibits today were previously produced to
15  the debtor.
16      And during the break I had an occasion, also,
17  to discuss with counsel for the debtor whether they
18  had received those documents previously.  It is my
19  understanding, from what he said, that they, in
20  fact, had seen those documents previously.  But I
21  believe the debtor also wanted to speak to that, so
22  I will turn the podium over to him to make a
23  statement.
24      MR. WALKER:  No.  Nothing from me, Brett.
25  I'm okay.

18 (Pages 66 - 69)

Page 70

1    MR. FALLON: Okay. Thank you.
2    Okay. Let us mark as --
3    Let's ask the court reporter to pull up the
4    document Bates-stamped 504 through 507 and ask the
5    court reporter to mark them as Burket Exhibit 27.
6    (Deposition Exhibit 27 was marked.)
7    BY MR. FALLON:
8    Q. Okay, Mr. Burket. Do you recognize what has
9    been marked as Burket Exhibit 27?
10    A. Yes, sir. This is from January. This was my
11    initial budget strictly for the roof replacement at
12    Medley as, you know, back in January that seemed to be
13    the initial focus with the asphalt.
14    And it's -- it's worth noting, too, that this
15    is a slightly higher price than my more recent budget,
16    and the reason being is we quoted a different system
17    called a Roof Hugger retrofit system that would
18    basically encapsulate the existing panels with -- with a
19    framing system that goes between the new panels and the
20    old panels because we thought that this might be an
21    operational facility when we did it.
22    But after the March inspection and seeing the
23    condition of the insulation, seeing the condition of the
24    purlins and the condition of the roof panels themselves
25    closer, a more traditional tear-off and replace with new

Page 71

1    insulation is in the more recent budget.
2    So this specific document was our initial roof
3    estimate, but it has since been updated in the new
4    budget.
5    Q. And so how is this different than --
6    How is this remedy or this proposal different
7    than what was proposed after the March inspection?
8    A. Yeah. Basically, when we do these types of
9    repairs at existing truck facilities that are
10    operational and we kind of want to limit the disruption
11    to their operation, you can -- it's called a Roof Hugger
12    retrofit system, and you basically build a roof on a
13    roof, and so it doesn't expose anything underneath.
14    And so the reason why we changed the design
15    spec on the -- the most recent updated budget is, one,
16    the facility's vacant; and, two, the condition of the
17    insulation is so poor that tearing it off and doing new
18    insulation and new panels is a better approach, and it's
19    more cost-effective.
20    Q. Okay. I think I understand.
21    So -- so, basically, it's cheaper to go in when
22    there's nobody there because then you can, I guess, use
23    the whole facility --
24    A. Yeah.
25    Q. -- as opposed to --

Page 72

1    A. Right. So, like, you can tear off more in a
2    day and replace; where when you're working in a facility
3    that's operational, especially in South Florida with
4    afternoon storms, it's just more man-hours ultimately.
5    So it's nice that it's vacant, and it's nice
6    that we're able to tear off and replace the existing
7    panels and insulation.
8    Q. Okay. So would it be your testimony that
9    Exhibit 27 is not terribly relevant at least if -- if
10    the facility is vacant?
11    A. Correct. Yes.
12    Q. Okay. And we think we can do it cheaper, based
13    upon your newer -- newer estimate?
14    A. Yeah. Cheaper and -- and better, ultimately,
15    because you'd also be getting new insulation.
16    Q. Okay. Let's turn back to Burket Exhibit 1 and
17    let's discuss -- I think we've discussed a lot of this,
18    but let's try to pick up a couple of the areas that we
19    might not have discussed as much.
20    One of the things you noted was the facility is
21    located in a hurricane zone.
22    A. Correct. Yeah. And per the
23    Florida Building Code, there's a much more stringent
24    wind design criteria. So when we do go to tear off this
25    roof, along the perimeter of the roof we'll have to add

Page 73

1    additional purlins, which are the secondary framing that
2    sits on the mainframes. That -- that will increase the
3    uplift capacity of the roof.
4    And then we would also likely eliminate the
5    skylights and just do all -- all new panels. With LED
6    lights, a lot -- all of the new truck facilities that we
7    build don't utilize skylights anymore. They're more of
8    a maintenance headache than anything.
9    Q. Okay. Earlier we had looked at the roof, at
10    least from the inside, and we had looked at those
11    pictures.
12    Did you also have an opportunity to look at the
13    roof from the outside?
14    A. Yeah. From the top side, yes, sir.
15    Q. And how did you do that?
16    A. We used a drone. They didn't have a roof
17    access ladder at this facility, so you can see on this
18    next page we flew the drone over and could see the
19    condition of the fasteners.
20    And as you can see in this photo, the
21    skylights, I think, have been replaced in the relative
22    recent future (sic), maybe in the last three or
23    four years. And it also appears that they had somebody
24    come in and replace the ridge cap, which is that small
25    center panel that connects each side of the roof.

19 (Pages 70 - 73)

Page 74

1    But the main body of the roof has not been
2  replaced and needs to be, so we're recommending a
3  complete replacement and, you know, pull a permit, do it
4  the right way, get it engineered to the -- the most
5  current code standards.
6    Q.  Okay.  When you're referring to pictures, you
7  were referring to what's on the document Bates-stamped
8  SEFL 1107?
9    A.  Yeah.  That'd be -- I'm sorry -- the top left
10 picture.
11   Q.  Yes.  Yes.
12     Is that what you were referring to when you --
13   A.  Yes, sir.
14   Q.  -- were testifying?
15   A.  Yeah.  Yeah.  That's a typical -- a typical
16 condition of the roof there.  It shows the skylights.
17 In the -- in the upper left-hand corner of the picture
18 you can see the ridge caps that had been replaced
19 somewhat recently, too, but like I said before, the main
20 panels of the roof have not been replaced.
21   Q.  Is this something that could just be patched?
22   A.  No.  I think that they have tried that probably
23 over the last decade, and you can see that the -- the
24 roof has reached the end of its useful life.  And what
25 you want to try to avoid is what's happening in the

Page 75

1  upper right-hand picture where the corrosion is
2  transferring through the -- the roof.
3    And the real danger is if you keep just doing
4  patches, eventually the purlins are going to also start
5  corroding, and then your -- your roof replacement costs
6  will really skyrocket at that point, especially for a
7  facility this big.
8    Q.  So it's fair to say that if you replace it now,
9  it's going to be cheaper in the long run?
10   A.  Yes, sir.
11   Q.  And if you tried to patch it, would -- would
12 that result in interference with operations as time went
13 on?
14   A.  The problem with patching any metal roof that's
15 this age is we'll -- you know, we'll come out.  We'll
16 figure out where the leaks are.  We'll patch that --
17 that area.
18     And then just the fact of getting up on the
19 roof -- that's another reason why we didn't want to
20 physically get up on the roof.  You know, if you step on
21 a rust spot like the one on the right, you could fall
22 through the roof, but even just walking around the roof
23 and putting that type of load on it, you're loosening up
24 the fasteners and creating new leaks.
25     So what happens when you just try to do minor

Page 76

1  repairs on a roof like this, you might fix two leaks and
2  then create six new leaks, and you're constantly just
3  chasing yourself around.
4    So this -- in my opinion, this roof has reached
5  the end of its useful life and needs to be replaced.
6    Q.  And for conditions such as this, is it common
7  to use a drone to be able to examine the roof from the
8  exterior?
9    A.  Yes, sir, as of the last, you know, five or
10 six years.
11   Q.  We previously talked about the asphalt repair.
12     I also see on the document Bates-stamped SEFL
13 1107 a picture and a comment on the perimeter fencing.
14     Can you tell us what you observed there and
15 what you suggest be done --
16   A.  Yes.
17   Q.  -- with respect to that issue?
18   A.  So we -- we walked the facility.  Not all of
19 the fence is in bad shape, but you can see this is an
20 example of, you know, the landscape maintenance has kind
21 of been deferred, it appears, and there's been damage to
22 some of the main posts of the fence.
23     And so, you know, with these cross-dock
24 facilities, security is paramount, so we put a $15,000
25 allowance for a fence company to come out and just

Page 77

1  repair damaged sections.  I think this is a -- an item
2  that we don't need to replace all of it.  You can just
3  do selective repairs as needed.
4    Q.  Okay.  I believe we talked about this already,
5  but this picture, as well as all the pictures on
6  Burket Exhibit 1, accurately depict the condition of the
7  property when you visited?
8    A.  Yes, sir.  All of these pictures are from the
9  March inspection.
10   Q.  And you took all of these?
11   A.  Yes, sir.
12   Q.  And they are all accurate pictures of the
13 condition of the property?
14   A.  Yes, sir, they are.
15   Q.  Okay.  Let's turn to Burket Exhibit 1 at
16 SEFL 1108.  And I think we previously talked about the
17 doors at length, and there's also other comments on the
18 dock area.
19     Can you comment on that?
20   A.  Yes.  So there's areas on the cross-dock --
21 it's a concrete slab -- elevated concrete slab,
22 dock-high level, that just had sustained damage over the
23 years.
24     And this is a pretty common repair that we
25 make.  In fact, in -- later on in this report I provided

20 (Pages 74 - 77)

Page 78

1  detail for how we would repair this, but it's -- it
2  basically boils down to either cutting a section out
3  completely and repouring it and dollying it into the
4  slab, or sometimes you can just put a mortar compound
5  over it that's designed for forklift traffic.
6       So there's -- there's lots of varying
7  conditions like this, so we just created a $25,000
8  allowance to have a concrete company come in there and
9  make these repairs.  And this would need to be something
10  that an engineer would specify exactly, but my report, I
11  used similar details from past projects that are the
12  same thing.
13       Q.  Okay.  And then in addition to the doors, I
14  know there was some testimony you had about the steel
15  framing, and there's additional comment on Burket
16  Exhibit 1 about the steel framing.
17       Is there anything to add to your previous
18  discussion --
19       A.  Yeah.
20       Q.  -- regarding that issue?
21       A.  I think it's important to note that when --
22  when we -- if we pulled a permit to just replace the
23  doors and submit it to the building department, they're
24  going to want an engineer to qualify that the framing
25  meets the current standards.

Page 79

1       And so we're doing the exact same project in
2  Pompano with the framing that they have here, which is
3  14-gauge, and it's -- it doesn't meet the current
4  standards.  So when we go to replace the overhead doors,
5  the building department is going to require us to
6  upgrade the steel framing for the walls, which are
7  called the girts, and also the wall panels.
8       And that's -- all that work is captured in my
9  most recent budget from March.
10       Q.  Okay.  Is there anything else in Burket
11  Exhibit 1 that you'd like to expand on that we haven't
12  already discussed?
13       A.   In the office inspection pictures we noted some
14  concerns with the fire sprinkler heads themselves.
15       The fire riser, which is the main pipe that
16  brings the building in, appeared to have been inspected
17  recently and was okay.  But we would -- if we were doing
18  this project, we would get a fire engineer in there to
19  take a look at the system and make sure that it's good.
20       If you go to SEFL 1110, you can see in the
21  upper right-hand corner -- that would fail inspection.
22  A sprinkler head can't be cut in like that where there's
23  a gap.
24       And then similar to that, some of the
25  electrical devices look like they need to be replaced;

Page 80

1  just the devices themselves, not the wiring.  So we
2  incl-- we included a budget for both of those items,
3  but it would be pending, you know, an engineer coming
4  out and assessing it and doing permanent drawings for
5  all that work.
6       Q.  Okay.  What's the import I see in SEFL 1110?
7  There's four outlets.  It looks like two of them are
8  red.
9       Does that have any particular meaning?
10       A.  It's just showing that -- well, the red ones
11  are GFCI, but just showing the condition of the -- of
12  the outlets.
13       You know, typically when we come in and spruce
14  up a space for a new tenant, we would trim that back
15  out, both the device itself, meaning the outlet, and the
16  trim around it.
17       So, yeah.  I was just showing that as an
18  example of what -- what's in there now and needing to be
19  replaced.  I think the wiring going into that is fine,
20  so it would just be the device itself.
21       Q.  Okay.  Let's turn back to Burket Exhibit 2,
22  which has been previously marked.  And I know you talked
23  about this a little bit before, but why -- why don't
24  you -- we're going to go through this in more detail
25  now.

Page 81

1       Why don't you explain what Burket Exhibit 2 is.
2       A.  So this is a -- and I will note a mistake on
3  it.  I didn't update the proposal date when I made the
4  revisions, so this -- this proposal date should be
5  March 21st, the day following the inspection.
6       But this is the revised budget that included
7  all of the -- the maintenance items that were noted in
8  my report, so it includes the roof.  It includes the
9  asphalt.  It includes some of the other structural
10  repairs, electrical repairs, and office renovation
11  repairs.
12       Q.  Okay.  Did you prepare this document, or was it
13  done under your direction?
14       A.  No.  I actually prepared it myself.
15       Q.  Okay.  And you prepared it based upon your own
16  observations and judgment?
17       A.  That, and we also had some very good unit
18  pricing from the project I told you that we're doing
19  right now in Pompano Beach for XPO Freight, so this was
20  actually a pretty easy exercise.
21       Q.  So to expand on that, that's the very similar
22  project that you've testified before, and so you've
23  already put a lot of those things out for bid?
24       A.  Right.  Yeah.  And we're actually past the bid
25  phase, and we're -- we're in the construction phase,

21 (Pages 78 - 81)

1 doing the work.
2     So, yeah. The timing of this was -- made it
3 pretty easy to make sure I had current unit pricing for
4 the scope of work.
5     Q. Okay. I saw you said the project name is
6 Facility Maintenance -- or at least includes "Facility
7 Maintenance."
8     Does that have any particular meaning?
9     A. No. I mean, you know, so this is a -- you
10 could call it a renovation project. I'd kind of call it
11 more of a maintenance project.
12     It's an existing facility. So we're not doing
13 an addition to the facility. It's not new construction.
14 So the maintenance is more of, like, bringing this
15 facility up to a point where it's an operable, safe
16 facility for whoever the next user is going to be there.
17     Q. Okay. All right. Let's start --
18     Well, I guess let's look at SEFL 1112, which
19 includes "Material Cost Escalation Clause,"
20 "Qualifications & Exclusions," and then a "Project
21 Description."
22     Is there anything there that is unusual, or is
23 that common in your Bid Proposal Form?
24     A. Yeah. The material cost escalation is -- is
25 pretty common, especially the last few years with

1 inflation running away. And I wanted to make sure and
2 include it with this because I know with -- when there's
3 legal proceedings involved, sometimes that can delay
4 where -- when I would actually be released to do this
5 work.
6     So these -- these price -- the prices in the
7 budget are based on what the current market rates are.
8 You know, in two years -- if it took two years to get to
9 that point, you know, we could be in a completely
10 different position.
11     Q. Okay.
12     A. And then the qualifications, you know,
13 obviously we don't have fully engineered drawings at
14 this point, so we're just looking at it from a budget
15 pricing -- kind of what we just said, historical pricing
16 based on similar projects that our firm has done in the
17 last year.
18     Q. Okay. What is the information on SEFL 1113,
19 including the "Full Depth Slab Repair" and "Exposing and
20 Undercutting Reinforcing Steel"?
21     A. Yeah. So these were details from our Pompano
22 job that I think will apply to this facility. You know,
23 we would likely hire the same engineering group to do
24 the drawings.
25     But the top portions are the concrete repairs

1 for any areas like what I had pictured in my report
2 where the concrete has been damaged on the dock.
3     And then beneath that is the framing plan we
4 had to do in Pompano to replace those overhead doors.
5 And I know it's probably hard to read, but basically
6 it's heavier-gauge steel framing that meets the wind
7 design requirements in Miami-Dade County. So I would
8 fully expect a very similar detail for this project when
9 we submit it for permit.
10     Q. Okay. Let's turn to -- still on Burket
11 Exhibit 2. We're now up to page SEFL 1114 and -- well,
12 why don't we start at the top, and it looks like there's
13 "Permit Drawings & Application."
14     Can you go through those particular costs?
15     A. Yeah. So this would be the initial design
16 phase and permitting phase. We would hire an
17 engineering group similar to the ones that we're working
18 with in Pompano. They would provide the engineered
19 permit drawings to submit to the City of Medley.
20     And then beneath that, "Permit Application &
21 Submittal," that covers the cost to get the application
22 filled out, submitted, notice of commencement, and then
23 coordinating the plan review.
24     And then beneath it, it's kind of a guess, but
25 I used Pompano's as a basis. I don't think any impact

1 fees would apply here; it would just be permit fees. So
2 we put a $7500 allowance for the City of Medley.
3     And then beneath that, Division 1 is "General
4 Requirements," and general requirements are basically
5 the direct overhead costs that a contractor incurs
6 during a project. So that would be my on-site
7 superintendent. That would be my project manager
8 assigned to this project, the temporary facilities that
9 we might need to put out there, definitely a
10 construction dumpster, and then probably a portalet.
11     And then "Rental Equipment," which is typically
12 an articulating lull to off-load the material, put it up
13 on the roof. Job fuel for that equipment.
14     This would be an out-of-town job for us, so
15 travel expenses, lodging, and subsistence. You can see
16 I've broken it down by week, so I'm assuming that this
17 project would be 24 weeks from start to finish.
18     "Post Construction Cleaning," that would be
19 cleaning the office and then also clean -- you know,
20 cleaning the -- the dock slab with a -- with a machine
21 similar to how you see Home Depot slabs get cleaned.
22     And then -- then we get into the meat of it,
23 the -- the overhead door replacement, 9-by-9s. There's
24 113 doors. Again, this pricing is very current. We
25 just did a 60-door dock in Pompano, so that's how I

1  determined that cost. And these would be wind-rated
2  doors.
3      The concrete restoration allowance we've
4  touched on. There's, you know, about 25 areas of
5  varying sizes that would need to be repaired by a
6  concrete contractor.
7      Drywall repair -- oh.
8  Q. Can we go back to --
9  A. Am I going too fast?
10  Q. -- Division, the overhead door replacement?
11  You said 113 doors.
12      I mean, is it -- is it possible to -- to save
13  any of the doors?
14  A. There's four or five that look like they're
15  newer, so, I mean, possibly a couple.
16      But either way, we would need to take those
17  doors down, still replace the framing in there.
18      And then we would need to get from
19  Yellow Freight a spec on those doors to provide to the
20  building department, showing that they meet the current
21  wind rating. So that's why I just assumed replacing all
22  of them.
23      Now, if Yellow Freight has that documentation,
24  then great. We can probably save, you know, 15, $20,000
25  with this item, but I don't know if they have that

1  information or not.
2  Q. Okay. But, otherwise, it's your testimony that
3  virtually all the doors would need to be replaced, save
4  those four or five?
5  A. Correct. Yeah.
6  Q. And how much is it for each door?
7  A. Just under 4,000.
8  Q. And you said that you got these -- this is very
9  recent pricing?
10  A. Yes. As of, like, 60 days ago.
11  Q. Okay. And this is the same project you're
12  doing in Pompano?
13  A. Correct.
14  Q. Is it common for a subcon- -- or for a general
15  contractor, such as yourself, to rely on estimates from
16  subcontractors?
17  A. Yeah. Oh, yes, sir.
18  Q. And why is that?
19  A. Because the pricing is so dynamic that it --
20      I mean, I can -- if I'm doing an initial
21  budget, sometimes I'll just go off historical data, but
22  like I said, the market's been so dynamic the last
23  four years that we like to competitive-bid everything to
24  make sure that -- whether it's a material supplier or a
25  direct subcontractor, that we're getting, you know, the

1  most competitive pricing.
2  Q. Okay. And I think you were previously
3  testifying -- you were on the Division 3, "Concrete," so
4  why don't you address that.
5  A. Yeah. This goes back to what we were talking
6  about. There's about 25 areas that we noted that will
7  need some level of repair, so I just established a
8  $25,000 allowance.
9      That couldn't be fi- -- you know, confirmed
10  until we would engage an engineer to go out there and
11  provide permit drawings with -- with all the different
12  repair methods, but I expect the repair methods to be
13  similar to what we're doing at Pompano.
14  Q. Okay. And would you say that all of these
15  estimates, the ones we've talked about and the other
16  ones you're going to talk about, are these necessary to
17  bring the property up to a safe and good operating
18  condition?
19  A. Yes, I would say that.
20  Q. Okay. I think you're onto Division 9,
21  "Finishes."
22  A. Yep. So this mainly deals with the conditioned
23  office area. We would need to engage a drywall company
24  to come out and patch any damaged drywall sections prior
25  to painting.

1      The acoustical ceiling we talked about at
2  length earlier. It's about 6,990 square feet. This
3  includes the main office and the dock break room. So
4  that's to replace the ceiling tiles and grid.
5      Flooring, similar comment. This is both the
6  main office and dock break room, to replace. And we
7  just put an $8.30 budget price. That should cover
8  commercial carpet or vinyl composition tile, whatever
9  Southeastern or their subsequent tenant would want.
10  Q. I -- I see you're basing this all on
11  6,990 square feet; is that right?
12  A. Yes, sir. That's -- that's the combined
13  footprint of the main office and the conditioned break
14  room, and I think there is a small office, also, out on
15  the dock. So it's basically everything within the
16  conditioned spaces of the facility.
17  Q. Okay. Do you know where you got the 6990
18  number?
19  A. Yeah. If we go back to -- so the cond- -- the
20  main office is 5,590 square feet; the conditioned dock
21  office/break room is about 1,300 square feet, roughly,
22  so I just combined those two areas.
23  Q. Okay. And I think at one point you testified
24  that the floor would need to be chipped up.
25      Can you explain how that process works?

Page 90

1    A. Yeah. Flooring companies and demo companies
2 have a machine -- a ride-on machine that just comes in
3 and chips -- chips off flooring that's kind of in that
4 condition where you can't really do it with a hand tool.
5    So that's -- that's all included in the
6 flooring number; the demolition and replacing it with
7 new.
8    Q. Okay. And then you had $23,000 for painting.
9    Can you describe what that includes?
10    A. Yeah. That's almost all interior -- the
11 number's almost all interior painting inside the
12 conditioned spaces, but I also included the exterior
13 block on the dock break room area. The dock break room
14 area is in the center of the dock, and it's a block
15 structure. And that -- that paint was chipping off. So
16 the Southeastern Freight representative said that he'd
17 like to include that with the painting scope, and I
18 agreed.
19    Q. Okay. So let's turn to Division 13. We're now
20 on SEFL 1115, still on Burket Exhibit 2.
21    What do --
22    What do you have listed there for "Dock Wall
23 Framing & Opening Replace"?
24    A. So these are the structural upgrades that will
25 need to happen to be able to replace the overhead doors.

Page 91

1 It's the detail that I've provided in this budget, but
2 basically, all the secondary framing on the walls would
3 need to be upgraded to a heavier gauge steel, as well as
4 replacing the wall panels. It also includes all the --
5 the trim that needs to go around the openings.
6    And so what I did was I looked at what we paid
7 in Pompano per door and applied that unit price here and
8 multiplied it by the 113 doors that are out there.
9    Q. Okay. And so you believe that -- that this is
10 a market price for the dock wall framing & opening
11 replace?
12    A. Yes, sir. A very, very current market price.
13    Q. Okay. Okay. Why don't you tell us about the
14 "Roof Tear Off and Replace."
15    Is that the roof repair that you were
16 discussing earlier?
17    A. Right. Yeah. And this one, we reassessed it
18 and decided that since the insulation needed to be
19 replaced, a tear-off method would be better. And as you
20 can see, if you compare the two, it's a more
21 cost-effective approach.
22    So real simple. This would include removing
23 all the existing panels, all the existing skylights, all
24 the trim, and replacing it with new 24-gauge panels.
25    Nowadays every panel has to have Florida

Page 92

1 product approval. So if you read beneath there, I put
2 "PBR profile by MBCI." That's a State-approved metal
3 panel that would work with this type of system. And
4 then the 4-inch R-11 VRR-faced insulation, you know, to
5 improve the thermal performance of the roof.
6    Q. Okay. And then I believe you testified earlier
7 about the roof hardening allowance.
8    Is that because of the wind speed -- potential
9 wind speed?
10    A. Exactly. Yeah. We talked with our engineer.
11 You know, even though we hadn't re- -- released him, I
12 wanted to get an idea of what -- the amount of purlins
13 that would need to be added to make it code compliant.
14 So we took a look at that and then got with our metal
15 building subcontractor and came up with this square foot
16 budget for, you know, basically hardening the roof
17 structure.
18    Q. Okay. And all of those costs are market and
19 competitive costs?
20    A. Yes, sir.
21    Q. Okay. I believe you testified about the HVAC
22 system and why that needed to be replaced.
23    Can you explain what the estimate is as
24 reflected on Burket Exhibit 2 at SEFL 1115?
25    A. Yep. So it was nice that we had a

Page 93

1 Yellow Freight rep there so we were able to get access
2 to all the equipment and kind of get a historical
3 background of the maintenance.
4    And as -- if you can think about an air
5 conditioning system in terms of there's equipment and
6 then there's air distribution or ducting, the equipment
7 wasn't in horrible condition with the exception of one
8 5-ton air handler that was older and was inoperable. So
9 we assumed costs to replace that one unit.
10    And then the majority of the costs here are
11 going in and replacing the ducting distribution and the
12 grilles and stuff in the office. So overall not as bad
13 as it could have been.
14    Q. Would it have been possible to, for example,
15 duct-tape or otherwise try to repair the existing
16 ductwork?
17    A. No. That -- again, it's kind of the same
18 concept as getting on the roof. If you're making
19 repairs, you're just going to be chasing yourself
20 around.
21    There was evidence that they had tried to do
22 repairs like that with taping, and I think just because
23 of the age and overall condition of the ductwork, they
24 weren't effective. So it's past its useful life and
25 needs to be replaced.

24 (Pages 90 - 93)

1    Q.   Okay.  And the $65,000 number is a market and
2    competitive price?
3    A.   Yes, sir.  I talked to one of our air
4    conditioning contractors and gave him the footprint and
5    the scope, so I had help developing that number.
6    Q.   Okay.  Can you describe what is referred to in
7    Division 26, "Electrical Systems"?
8    A.   Yeah.  So this is for both the main office and
9    the dock break room, but it's basically going around and
10   replacing all the devices and trims for outlets,
11   switches.
12        And it -- it's as much an aesthetic thing as it
13   is a functional thing.  We weren't able to test all of
14   the devices, but just this idea of if you paint and have
15   a brand-new Class A facility, and then all of your
16   electrical trim are 30 years old, it'll -- it'll stick
17   out.
18        So we think most of the light fixtures in -- in
19   the office can be reused, so this would be wall devices,
20   such as the outlets and switches, re- -- replacing the
21   devices themselves and -- and the trim around them.
22   Q.   Okay.  And then in Division 32 you refer to
23   "Exterior Improvements."
24   A.   Yes, sir.  So that's -- that's the big item,
25   right, the -- the asphalt paving, mill and placing

1    2 inches of new asphalt.
2         So we've kind of already talked about this, but
3    basically, that asphalt's reached the end of its useful
4    life.  There's some areas where extreme deterioration is
5    visible, and what we want to do is just prevent that
6    from occurring on a more widespread level because when
7    that happens, you have base deterioration, and your
8    repair costs will go up significantly.  So this -- this
9    would be a remilling.
10        And then the striping --
11   Q.   Okay.
12   A.   Yeah.  Sorry.
13        The striping beneath that, that's -- when you
14   remill asphalt, any parking striping or directional
15   striping showing the truck drivers where to access the
16   site, those would need to be repainted.  So that was a
17   price we also got from -- from the asphalt contractor we
18   had on site in January.
19        And then last, the fencing repairs we already
20   talked about.  It's just kind of some selective repairs
21   to make sure you've got a secure perimeter.
22   Q.   And is it important to have a safe perimeter
23   for a trucking terminal?
24   A.   It's -- it is of utmost importance if you ask
25   any trucking guys.

1    Q.   Okay.  And then -- so what --
2         What's included in Division 99?
3    A.   Yeah.  So --
4    Q.   Can you explain that?
5    A.   Yeah.  That's our -- our overhead and fee.
6    It's about 8 percent.  That covers, you know, the profit
7    that we want to make on the job, but it also covers our
8    indirect operating expenses.
9         You know, every firm's different, but our op ex
10   is usually around 6 percent.  So then we try to make a
11   2 percent profit on a job this size.  So that's --
12   that's how we do it.  We show -- we show our work.
13        MR. FALLON:  Let me -- let's see.  On the
14   asphalt, let me ask the court reporter to pull up
15   SEFL 508 and see if we can mark that as
16   Burket Exhibit 28.
17        (Deposition Exhibit 28 was marked.)
18   BY MR. FALLON:
19   Q.   All right.  Do you recognize Burket Exhibit 28?
20   A.   Yes, sir.  Yeah.  This is the e-mail that Ernie
21   Lopez sent to Southeastern Freight following our -- our
22   January inspection.
23        And yeah.  You can see kind of just very
24   generic form, but it breaks out what the scope is,
25   what -- the quantity he assumed and his costs.  So yeah.

1    Q.   Is -- is --
2    A.   And the spec --
3    Q.   Oh, I'm sorry.  Go ahead.
4    A.   And the spec of the type of asphalt.  You know,
5    there's all types of different kinds of asphalt, and for
6    these trucking facilities where you've got high traffic,
7    high loads, this 12-and-a-half-millimeter asphalt,
8    2 inches thick, is the proper specification.
9    Q.   And do you believe this to be a reasonable cost
10   for the asphalt repair and replacement?
11   A.   Yes, sir.
12   Q.   And why is that?
13   A.   If you go -- sorry.  I don't want to jump
14   around, but if you go to -- I broke it out by cube -- or
15   yeah.  It says square yard, but the $34.80 per square
16   yard, that's how I check it, is I break it down to unit
17   prices and compare it to previous projects.
18        And so, you know, if you were to go get three
19   bids, I think everything would be in this -- in that
20   range, in the mid 30s.
21   Q.   Okay.  And so when you said you broke it down,
22   you're referring to Burket Exhibit 2 at SEFL 1115?
23   A.   Yes, sir.
24   Q.   Okay.  And there you have -- under "Asphalt
25   Paving" it's, what, 4 -- 45,378 square yards?

Page 98

1  A.  Yeah.  It's kind of a funky measurement, but
2  that's -- that's -- that's the standard measurement for
3  paving.  They break it out by square yards rather than
4  square feet.  I hate it, but that's just how they do it.
5  And so to get the square feet, you would need to
6  multiply that by 9.
7      But, again, it's -- it's an industry standard,
8  so that's how we do it.
9  Q.  Okay.  And did Mr. Lopez provide the paving
10 services at your other Pompano facility that you were
11 talking about?
12 A.  No.  There -- there were no asphalt
13 deficiencies at that.  The Pompano was purely
14 structural; so roof, overhead doors, concrete, and then
15 the wall framing.
16     But Mr. Lopez has worked with us on several
17 trucking facility locations.  In fact, the reason he was
18 down there is he was resurfacing another
19 Southeast Freight location in Miami, so he was able to
20 meet us over there and take a look at this while he was
21 performing the other location.
22 Q.  Okay.  And so you believe this to be a
23 reasonable estimate of the asphalt repaving costs?
24 A.  Yes, sir.  Yes.  He has a very good
25 relationship with us and with Southeast Freight.

Page 99

1  Q.  Okay.  So let's see.
2      Did we hit all of the costs in Burket Exhibit 2?
3  A.  (Witness perused document.)
4      Yes, sir.  Division 99 was the last.
5  Q.  Okay.  So are all of the repairs reflected in
6  Burket Exhibit 2 necessary to bring the Medley property
7  up to a safe and good operating condition?
8  A.  Yes, sir.
9  Q.  And are the repairs reflected in Burket
10 Exhibit 2 the most cost-effective way to bring the
11 Medley property up to good and safe operating
12 conditions?
13 A.  Yes, sir.
14 Q.  And so your estimate of the cost to bring the
15 Burket (sic) property up to good and safe operating
16 conditions is approximately 4,635,000 or so?
17 A.  Yes, sir.
18     MR. FALLON:  Okay.  Let's go off the record.
19 Let's take a five- or ten-minute break.  I think I'm
20 done.  I might come back with a question or two, but
21 I think I'm done.  And then we'll turn it over to
22 you.
23     MR. WALKER:  Thanks, Brett.
24     (Recess taken from 4:03 p.m. to 4:10 p.m.)
25     MR. WALKER:  Let me ask, Brett.  I'll ask Tom.

Page 100

1  Tom, do you need another five-minute break just
2  before we start?
3      THE WITNESS:  Oh, no, sir.  I'm good to go.
4      MR. WALKER:  All right.
5      MR. FALLON:  Okay.  No further questions from
6  Southeast Freight Lines.
7              CROSS-EXAMINATION
8  BY MR. WALKER:
9  Q.  Good afternoon, Mr. Burket.  My name is
10 Matt Walker.  I'm with the firm Kirkland & Ellis, and I
11 represent the debtors in connection with the
12 Yellow Corporation entity.
13     I have a few questions for you today.  I'd ask
14 that you listen to my question and answer accordingly.
15 If you answer my question, I'll assume you understood
16 it.  So if my question is unclear in any way, just let
17 me know.
18     Fair enough?
19 A.  Yes, sir.  Sounds good.
20 Q.  All right.  If I preface a question as
21 requiring a yes-or-no answer, please only provide a
22 yes-or-no response.
23     Understood?
24 A.  Yes, sir.
25 Q.  Also, if you need a break again, that's fine,

Page 101

1  but let's avoid stopping when a question is pending.
2      Fair?
3  A.  That's fair.
4  Q.  All right.  Has PJ Callaghan provided its
5  services to Southeastern before --
6  A.  Yes.
7  Q.  -- prior to this matter?
8  A.  Yes, sir.
9  Q.  On how many occasions, roughly?
10 A.  We've done projects with them since 1996, so
11 hard to estimate how many, but over a hundred.
12 Q.  Can you describe generally what type of
13 services or projects PJ would have done and provided
14 Southeastern in the past, just generally?
15 A.  Yes, sir.  So it -- all manner of construction
16 services from new facility builds, ground-up
17 construction, to facility maintenance repairs similar to
18 this where, you know, a roof has reached the end of its
19 useful life, and we go in and replace it.
20     We've also done facility additions where we add
21 more doors to a cross-dock.  We've renovated existing
22 offices at some other facilities in Florida.
23     So pretty much anything requiring a general
24 contractor on -- for an industrial project, we've done
25 for them.

26 (Pages 98 - 101)

1    Q.  Generally, how much does PJ Callaghan charge
2  Southeastern for these projects it assists in?
3    A.  Oh, that's a good question.
4      So we are doing a roof project in Orlando that
5  was, like, 150,000, and we're doing a -- an industrial
6  park for them in Pensacola that's 42 million.
7      So it -- it's project-specific, right?
8      And so what we do is they'll give us a scope of
9  work or sometimes plans, and we'll bid it out, submit
10  the budget to them for review.  And it's a format that's
11  identical to this bid proposal I've submitted for this
12  where we break everything down by unit pricing, and then
13  if they -- they see something that they question, we can
14  look at it closer.  So that -- that's kind of our
15  approach with them.
16    Q.  Just to confirm, is it accurate if I say the
17  charges to Southeastern are based on the size of the
18  project?
19    A.  Yes, sir.  Yeah.
20    Q.  Okay.
21    A.  The size and the scope.  Right?  There's not --
22  not a flat -- flat fee for anything.
23    Q.  Okay.  Based off of what you just said, is
24  Southeastern one of your larger clients?
25    A.  Yes, sir.  They'd definitely be in our top

1  three.
2    Q.  And you testified earlier today regarding the
3  inspection and estimation process for the Medley
4  property, correct?
5    A.  Yes, sir.
6    Q.  And who was it that first approached you to
7  conduct an inspection of the Medley property?
8    A.  One of the facility managers, Tom Herndon from
9  Southeastern Freight.
10    Q.  And who is Tom Herndon?
11    A.  He's in their facilities and real estate group.
12  He is a direct employee of Southeastern Freight Lines.
13    Q.  Did you have a prior relationship with Tom?
14    A.  Yes, sir.  I've known Tom for 15 years.
15    Q.  And with respect to the Medley property, what
16  specifically were you instructed to do?
17    A.  Initially in late December they wanted us to
18  look at just replacing the roof and then also meeting
19  with their asphalt contractor to walk the site.
20      And then I think in early March we started
21  talking about going back and doing an inspection once
22  all of the equipment had been removed so we could do a
23  more thorough visual inspection, and I could bring my
24  drone.  So that's when the scope expanded to the items
25  that are in my report, I think Exhibit 1.

1    Q.  And, Tom, did you receive any specific guidance
2  as to how you should be assessing the Medley repairs?
3    A.  The guidance was to look at it from a
4  perspective if Southeast Freight was moving into this
5  facility or a tenant was move -- or a new trucking
6  company was moving into this facility, what is the scope
7  of work that I would expect?
8      And then, you know, as I told other counsel,
9  we're doing a very similar project for XPO Freight, so I
10  kind of looked at it from the -- that lens.
11    Q.  Did anyone assist you in writing that property
12  report?
13    A.  No, sir.
14    Q.  And you drafted that report, correct?
15    A.  That is correct, yes, sir.
16    Q.  Did anyone assist you in making your budget
17  estimate?
18    A.  Yes, sir.  I called an HVAC contractor to kind
19  of verify my thoughts for the budget for that.
20      I also talked to one of our metal building
21  subcontractors about the tear-off and replace.
22      Obviously, I think everyone knows the asphalt
23  paving, we had assistance from Ernie Lopez.
24      But everything else, I just looked at prior
25  projects that we've done, you know, within the last year

1  to determine the unit pricing.
2    Q.  Do you recall the name of the --
3      Was it an HVAC contractor you spoke with?
4    A.  Yeah.  It was a guy named Jeremy Bonnell from
5  Bonnell, Incorporated.
6    Q.  And aside from Ernest, who was the other
7  contractor?
8    A.  Metal Building Solutions, Rob Scholl.
9    Q.  And how did Southeastern Freight Lines
10  influence your report and the estimates you provided
11  there?
12    A.  How -- how did they influence?
13    Q.  Yes, sir.
14    A.  So are you asking if I submitted pricing, and
15  they asked me to change it?
16    Q.  Did you ask them for any input?
17    A.  Oh.  No.  No.  Absolutely not.  No.  They --
18  they gave us the directive.  I sent them that Facility
19  Inspection Report and then based the pricing off of
20  that.  So there was no -- no influence over the actual
21  numbers, you know.  I just told them that the numbers
22  are going to be what the numbers are based on our scope
23  assumptions and unit pricing.
24    Q.  Okay.  And -- and just to confirm, you didn't
25  ask Southeastern Freight Lines or Tom Herndon, for

Page 106

1  instance, for any input at all once you submitted that
2  report?
3       A.  Yeah.  No.  I never asked him, like, if -- you
4  know, I didn't ask him if there was a target that they
5  were trying to get to or anything.  It's just -- he just
6  said, Look at it.  Here's the scope of work.  Tell us
7  what it's going to cost.
8       MR. WALKER:  Okay.  And -- and I'm going to ask
9  the court reporter to put up on the screen the
10  document Bates-stamped SEFL00001105.
11      And I believe we're on Exhibit 26, so can we
12  mark this as Exhibit 27?
13      THE CONCIERGE:  Counsel, I'm sorry.
14      You -- can you give me the Bates number again,
15  please?
16      MR. WALKER:  Sorry about that.  Yeah.  It's
17  00001105.
18      THE CONCIERGE:  Okay.  That'll be Exhibit 29.
19  Okay.
20      MR. WALKER:  All right.  I'll wait for it to be
21  pulled up.
22  BY MR. WALKER:
23      Q.  Tom, can you read this e-mail for me, and can
24  you confirm that it is, in fact, an e-mail sent by you
25  to Tom Herndon in which you asked him for any input?

Page 107

1       A.  Yeah.  So, yeah.  This was to Tom Herndon.
2       This was the report, not the -- not the budget
3  estimate.  So I wanted to make sure that I'd
4  incorporated all of the scope items.  So I'm not asking
5  for input on pricing; I'm asking input on the scope of
6  work.
7       Q.  And is that standard practice to do something
8  like that?
9       A.  Oh, absolutely.  I mean, obviously this is kind
10  of weird that there's a court case involved, but if this
11  was just a regular project for Southeast Freight, I
12  would go meet him at a facility.  We would, you know,
13  talk about the different types of repairs that they
14  want, and then I would create a report, send that to
15  him, say, you know, did I capture everything?  Is there
16  anything I missed?  Is there anything I should take out?
17  And then if he says, yep, this looks good, then I would
18  proceed with pricing it.
19      So it's part of the step -- you know, the
20  process of creating these facility maintenance budgets.
21      MR. WALKER:  Okay.  Can we mark that as
22  Exhibit 29, for the record?
23      (Deposition Exhibit 29 was marked.)
24  BY MR. WALKER:
25      Q.  Okay.  Moving on, do you have a typical process

Page 108

1  that you undertake when you conduct a property
2  inspection?
3       Can we just run through that?
4       A.  Yeah.  Especially with these trucking centers,
5  we try to get whoever the on-site manager is, whoever
6  the real estate or construction representative is.  In
7  this case, it'd be Tom Herndon.
8       And a lot of times it's not as broad as this.
9  They're maybe having an issue with -- specifically with
10  the roof, so we dial in with that.
11      But we have done some of these that are similar
12  where they're turning over a piece of real estate to a
13  different truck user, so then it does kind of become
14  broad and just say, hey, what do we need to do to get
15  this to a leasable condition?  And that's more what this
16  one felt like.
17      You know, what kind of deferred maintenance
18  items need to be addressed?  How -- you know, sprucing
19  up the office so that a new user can come in there and
20  operate.  So that -- that's more of what this process
21  was like, is, what do we need to do to make this a
22  leasable space?
23      Q.  And when you say that this one is something
24  that -- it's one that felt like this, is that something
25  that comes from your experience, or is that something

Page 109

1  that came from a directive from Tom, for instance?
2       A.  It comes more from my experience.
3       I mean, like I said, I don't have a lot of
4  experience with a court issue like this.  You know,
5  usually we just do these, dealing directly with the
6  client.  So that's the only oddity here.
7       But in a sense, as I understand it,
8  Yellow Freight has gone bankrupt, so Southeast Freight
9  is going to need to -- you know, whether -- whether
10  Yellow Freight pays for it or not, somebody's going to
11  have to pay to bring this facility back up to a leasable
12  condition.
13      So that was the directive I went off of based
14  on conversations with Tom and based on just my own
15  assumptions.
16      Q.  And, Tom, are you familiar with the
17  American Society for Testing and Materials, otherwise
18  known as --
19      A.  ASTM.
20      Q.  -- ASTM?
21      A.  Yes, sir.
22      Q.  Are you familiar with ASTM E2018-15, which is
23  the Standard Guide for Property Condition Assessments?
24      A.  No, sir.
25      Q.  Out of curiosity, that rule aside, does PJC use

28 (Pages 106 - 109)

1  the ASTM baseline standards for property condition
2  assessments when conducting its inspections?
3      A.  No, sir.
4          MR. FALLON:  Objection as to form.
5          Go ahead.  You can answer.
6          THE WITNESS:  Okay.
7          No, sir.
8  BY MR. WALKER:
9      Q.  I'll rephrase for the record.
10         Did PJC use the ASTM baseline standard for
11  property condition assessments when conducting its
12  inspection of the Medley property?
13     A.  No, sir.
14     Q.  When conducting your budget estimates for the
15  Medley facility, did you look into any options that were
16  cheaper or more cost-effective with subcontractors?
17     A.  Yes, sir.  And I think I spoke about that
18  earlier with the roof, you know, design approach.  Going
19  from a Roof Hugger system to a tear-off system was a
20  more cost-effective means.
21     Q.  And putting leaseability to the side, is the
22  Medley property in an operable condition; "yes" or "no"?
23     A.  I don't know that I can answer that as a
24  contractor.
25         I would say -- if you want me to answer it, I

1  would say no because -- mainly because of the condition
2  of the asphalt and the condition of the overhead doors.
3      Q.  And to the best of your knowledge in your line
4  of work, what is the difference between repairing,
5  refurbishing, and replacing something?
6      A.  Rep- -- repairing means more of a limited
7  replacement of a structural component.  Replacing would
8  be replacing the entire structural compo- -- component.
9  Refurbishing would probably be adding different elements
10  to the component, so if -- you know, a beam, you could
11  do a stiffener plate or something like -- along those
12  lines.
13     Q.  Okay.  And when providing the estimate and the
14  findings to Southeastern, did you have a conversation
15  about whether the defects you observed could be simply
16  repaired or refurbished?
17     A.  Yes, sir.  With the -- with the roof and with
18  the asphalt, you know, there was a discussion about that
19  with the asphalt guy and with my metal building guy.
20         And kind of how I said earlier, if -- if you
21  just keep patching it, the -- the rate of deterioration,
22  like the picture that's in my report where the base is
23  exposed, is just going to expand.
24         And ultimately when you do pay to -- to replace
25  it the way that it should be, it could potentially cost

1  more for both the roof and the asphalt.
2      Q.  Tom, how do you determine whether something
3  needs to be replaced and repaired or refurbished?
4      A.  So through this exercise it was a visual
5  inspection just based on my 20 years of experience.
6  You know, if this project moved forward, we would engage
7  an engineer to come out and take a look at the roof to
8  determine, you know, what sort of structural
9  modifications might need to be made to bring it into the
10  code.
11         And then the same comment with the wall framing
12  and the concrete repairs.  We would have to engage an
13  engineer to prepare permit drawings.
14         So this is kind of like the initial step for
15  the budgeting phase, if you will.
16     Q.  And do you --
17         Do you ever have a conversation with a specific
18  client on what their preference is, specifically whether
19  it be repairing, replacing, or refurbishing?
20     A.  For this job specific?
21     Q.  Just in general.
22     A.  Oh, in general?  Yeah.  That's obviously a
23  conversation that comes up when we're assessing, like,
24  whether the roof should be replaced, and if it isn't
25  replaced, you know, what the useful life expectancy is.

1      So if you're speaking generally, then, yeah,
2  that's something that is often discussed with all of our
3  clients.
4      Q.  Okay.  And specifically, did Southeastern note
5  that to you?
6      Did they note their intent, whether it be
7  replacing, repairing, or refurbishing with this Medley
8  project?
9      A.  No.  With this project we just wanted to assess
10  it and go off of our recommendation.
11     Q.  Are there alternatives available, such as
12  short-term repairs, that would allow the condition of
13  the Medley property to be improved?
14     A.  For the roof or just everything in general?
15     Q.  Everything in general.
16     A.  And, you know, as I said before, I think that's
17  what has been done over the last five to ten years
18  specifically with the roof and the asphalt, and you're
19  starting to see severe corrosion like the one picture
20  where you can actually see daylight through the roof.
21      So I think ten years ago that was an option,
22  and I think it was an option that was employed by
23  Yellow Freight, but I think specifically with the roof
24  and the asphalt, it's past that point.
25     Q.  And to your knowledge, the Medley property is

Page 114

1 vacant, correct?

2    A.  Yes, sir.  As -- during our March inspection,

3 Craig Henschel, from Yellow Freight, was -- and the

4 security guard were the only two people on site.

5    Q.  And hypothetically, assuming the Medley

6 property were in use today, was there anything that

7 stood out to you that you identified that would pose an

8 immediate safety hazard for the worker; something that

9 stands out?

10    A.  Yeah.  The perforations in the roof.

11 Obviously, you know, you're getting water on the slab

12 where these folks are moving freight around, so

13 that's -- that would be a big red flag.

14    Some of the asphalt areas where the base was

15 exposed, that would be an issue.

16    But probably the biggest one would be the

17 overhead doors, how they -- you know, I guess maybe

18 towards the end they weren't using all the doors, but it

19 would definitely limit your capability to operate out of

20 each door with -- with so many of them being completely

21 inoperable.

22    Q.  And I want to now turn to your inspection of

23 the roof.

24    With respect to the skylights and the ridge

25 cap, were they recently replaced; "yes" or "no"?

Page 115

1    A.  Yes, sir.

2    Q.  And do you know which company carried out those

3 replacements?

4    A.  No, sir.

5    Q.  And you noted in your report that some of the

6 panel sections exhibited excessive corrosion which led

7 to visible perforations, correct?

8    A.  Yes, sir.

9    Q.  Now, are there any cheaper alternatives to

10 replacing the roof paneling?

11    For instance, could you use a coating system or

12 a selective panel replacement?

13    A.  You couldn't do a coating system on that severe

14 of corrosion.  You could do a selective panel

15 replacement.

16    Q.  Do you have estimates for that kind of

17 alternative option?

18    A.  I don't for this specific project because

19 the -- the overall roof was in such bad condition

20 that -- kind of like what I was saying earlier.  If you

21 do selective repairs, you're just going to be chasing

22 yourself around, you know, creating new leaks by just

23 getting on the roof to do the selective repairs.  So for

24 this specific project we didn't think that was an

25 option.

Page 116

1    Q.  So in your opinion, does the entire roof need

2 to be replaced?

3    A.  Yes, sir.

4    Q.  So you couldn't --

5    Just to confirm, you couldn't patch up the

6 badly patched areas and only replace those panels that

7 exhibit the corrosion?

8    A.  I don't think it would be an effective repair.

9    Q.  And hypothetically, would the Medley roof be

10 deemed an unworkable condition if workers were present

11 on site today?

12    A.  I think so because of the corrosion and the --

13 the water intrusion that they're clearly having.

14    Q.  All right.  Let's shift gears and discuss the

15 paving.

16    During your inspection of the Medley site, did

17 you have a paving contractor walk the site with you?

18    A.  Yes, sir.  During the January inspection.

19    Q.  And you drafted your report in March after that

20 inspection, correct?

21    A.  Correct.

22    Q.  And who was the paving contractor that walked

23 the site with you?

24    A.  Ernie Lopez from Atlanta Paving.

25    Q.  And what is the extent of your prior

Page 117

1 relationship with Ernie Lopez?

2    A.  I've known Ernie for 15 years, and he does a

3 lot of work with all of the different trucking

4 facilities.  We've worked on projects together.

5 Sometimes he works directly with Southeast Freight,

6 especially for existing facilities like this.

7    He -- like I said earlier, he was down in Miami

8 doing a Southeast Freight resurface project and met us

9 over at the site to take a look at the condition of the

10 paving here.

11    Q.  All right.  Now, the concrete paving, that's in

12 a workable condition, correct?

13    A.  Yes, sir.

14    Q.  And in its current state is the asphalt paving

15 still in a workable condition overall?

16    A.  Could you drive on it?  Yes, but it's -- it's

17 deteriorating.  You know, as you can see in the picture,

18 there's sections that are deteriorating pretty

19 excessively, so the longer you wait, the worse that's

20 going to get.

21    But could you drive on it right now?  In most

22 of the areas, yes; in some of the areas, no.

23    Q.  And how much of that asphalt paving needs to be

24 resurfaced?

25    A.  Per our asphalt contractor, 45,378 square

1  yards, which is the majority of it.
2      Q.  If you patched that area, how long do you think
3  it would take for the base material to deteriorate?
4      A.  If you -- if you patched just the very worst
5  areas?
6      Q.  Yeah.
7      A.  I couldn't even really answer that question
8  because, like I said, when you patch it, other areas are
9  going to open up.  So I can't give you a definitive
10  answer of how long you could get with just a limited
11  patch.
12     Q.  Okay.  Are there any cheaper alternatives to
13  the suggestions noted in your report that would bring
14  the paving back up to a leasable condition?
15     A.  No.  Like I said, I agreed with the paving
16  contractor that it's past the point where you could do
17  what's called "resealing."  Resealing, if it -- ten
18  years ago we probably could have resealed it, and it's a
19  fraction of the cost of resurfacing, but outside of
20  resurfacing, I don't -- outside of resurfacing and just
21  limited patches, I don't know of another approach.
22     Q.  Is striping of the pavement needed?
23     A.  Yes, sir.  That's -- that's a safety/OSHA
24  requirement to stripe out where the parking spaces are
25  and the circulation of where the drivers go once they

1  get in through the gate.  (Witness indicates.)
2      Q.  And how did you estimate the Medley facility's
3  pavement striping budget?
4      A.  The paving contractor, Ernie, looked at the
5  amount of parking spaces from an aerial, as well as
6  walking it.  And you could see some of the deteriorated
7  lines, so I think he used that as the basis of
8  quantifying how much striping paint would be required.
9          And striping paint is -- it's not just paint
10  that you get from Home Depot; it's a -- it's a special
11  paint mix, you know, that holds up to UV and traffic.
12         So that's -- that's how he came up with it.
13     Q.  All right.  With respect to the fencing now,
14  your estimate allows for $15,000.
15         How did you arrive at that figure?
16     A.  We just -- we -- we walked around the site and
17  noted areas where there was damage to the fence.  And
18  there's a -- some -- some landscape work that needs to
19  be done so that we could get a full extent of -- of the
20  fence, but I actually didn't think it was that bad.
21         So, you know, $15,000 versus replacing the
22  whole fence I think is a pretty reasonable allowance.
23         And with any of these allowances, you know,
24  this would just be something that we track the cost of
25  for Southeast Freight, and if we come in under rate --

1  if we come in over, they've got to pay the difference.
2      Q.  How many sections of the fencing need to be
3  replaced versus repaired?
4      A.  I don't think any of the fence needs to be
5  replaced, from what I could see.
6          I think that there is probably 15 to 20 areas
7  that had -- like -- like in the picture in my report
8  where a component of the fence needed to be replaced,
9  so, like, the post, you know, or -- or even reusing the
10  post and just re-anchoring them back into the ground
11  where the fence has been hit by trucks or by something.
12  (Witness indicates.)
13         So it's just making sure that they have a
14  secure perimeter.
15     Q.  And is that a reference to what you testified
16  to earlier as "selective repair"?
17     A.  Yes, sir.
18     Q.  Yep.
19         With respect to the cross-dock, is it your
20  recommendation to replace all sectional doors
21  throughout?
22     A.  Yes, sir.  And, you know, as I said earlier,
23  there appears to be maybe three or four doors that look
24  newer and look operable, but if we were to submit this
25  plan to the City of Medley, they would want

1  documentation for any doors we plan on reusing to prove
2  that they meet the current hurricane wind load
3  requirements.
4          So like I said, potentially if -- if they have
5  that, we could reduce it maybe 20,000-ish, but for the
6  purpose of this exercise I assumed that they do not have
7  that documentation and that we would have to replace all
8  of them.
9      Q.  So to your knowledge, would it be standard
10  practice, then, to replace those sectional doors that
11  had been replaced within the last five years?
12     A.  From a -- from a permitting requirement
13  standpoint, yes.
14     Q.  And with respect to those recently new
15  sectional overhead doors, how many remaining good years
16  would you say they have?
17     A.  That's -- I don't know that I could make that
18  assessment without talking to, you know, somebody that
19  specializes in overhead doors.
20         They -- they appeared to be newer.  We tested
21  them out.  They appeared to be operable, but we just
22  didn't have any other information on them.
23     Q.  Okay.  I want to jump back to the fencing just
24  quickly and ask you:  With respect to that selective
25  repair that you testified to earlier, is that something

1  that was included in that $15,000 allowance as an
2  option?
3      A.  I'm sorry.  Can you -- I'm not -- I don't
4  follow the question.
5      The $15,000 fencing repairs?
6      What are you asking?
7      Q.  Is that -- sorry.
8      Is that encompassing --
9      Is that encompassing the selective repair
10  option?
11     A.  Of -- of the fence components?
12     Q.  Yes.
13     A.  It -- that -- it is the selective repair.
14  Like, we were not planning to take out any complete
15  sections of fence; just any damaged components.
16     Q.  Yep.
17     A.  Yeah.  Yeah.  The fence, it wasn't as awful as,
18  you know, some of the rest of the facility, so I
19  didn't -- I didn't really look at it as a big item, but
20  it's definitely an important item for whoever's going to
21  operate out of there to make sure that the perimeter's
22  secured.
23     Q.  And why is it necessary -- let's jump back to
24  the cross-dock.
25     Why is it necessary to replace the dock

1  sectional overhead doors that are approaching the end of
2  their lifespan now?
3      A.  Well, the --
4      MR. FALLON:  Objection as to form.
5      You can answer.
6      THE WITNESS:  Why is it important to -- to
7  replace the sectional doors?
8      That's the question?
9  BY MR. WALKER:
10     Q.  Why is it necessary to replace the dock
11  sectional overhead doors that are approaching the end of
12  their life span now?
13     MR. FALLON:  Same objection.
14     THE WITNESS:  So I -- I guess having operable
15  sectional doors is absolutely critical, and the
16  majority of them are inoperable.  And so, you know,
17  if a new --
18     Say Yellow Freight was going back in there.
19  They would expect all those doors to be in good
20  working condition, and over 98 percent of them are
21  not.  So, you know, I see this as one of the most
22  important items that Southeast Freight would need to
23  do if they were getting this ready for a new tenant.
24     You know, these doors, most of them do not even
25  operate.  The ones that do operate, you know, are

1  extremely old.  And so you just -- you just wouldn't
2  turn it over in this condition to somebody that's
3  starting to lease the space; not to mention that
4  they're not code-compliant anyways.
5  BY MR. WALKER:
6      Q.  And you referred to the Pompano Beach project
7  when you talked about it throughout the day.
8      A.  Yes, sir.
9      Q.  Can you give a percentage as to how similar
10  that Pompano Beach facility is to the Medley facility
11  project?
12     A.  It's the exact same project when it comes to
13  the overhead door and wall framing upgrades.  It's also
14  very similar with the -- the concrete flooring issues on
15  the cross-dock.
16     So basically, the details that I provided in
17  the budget from that Pompano job, they would apply to
18  this job perfectly.  The framed openings are the same
19  size.  The -- the bay widths are the same size.  The
20  eave height is the same.  So it's -- it's a really good
21  example of what I would expect to be required here.
22     Q.  And to your knowledge, does the Medley building
23  department employ the same rules and standards as the
24  Pompano Beach building department?
25     A.  Yes, sir.  They're both in that HVHZ zone of

1  the code, which is the high-velocity hurricane zone, so
2  they both have the same wind requirements and the same
3  code section.
4      It's -- it's unique from the rest of the state.
5  You know, Tampa and Orlando are different, so -- but for
6  that area of South Florida that code applies to.
7      Q.  And I know you said they're similar, but
8  generally, can you describe the Pompano Beach project?
9      A.  Oh, okay.  So it's a cross-dock facility, the
10  same as this.  It's for a freight company called XPO,
11  which is very similar to Yellow Freight and
12  Southeastern Freight.  The dock height is the same.
13     It's a slightly smaller site.  I don't know the
14  acreage off the top of my head.  And I believe it's a
15  60-door cross-dock terminal, so the -- the cross-dock's
16  a little bit smaller than this.
17     But structurally it's the same.  It's an
18  elevated dock-high slab with a pre-engineered metal
19  building system on top of it.  Yeah.  So very similar.
20     Q.  And with respect to the Medley facility, would
21  an engineer be able to determine the extent of the wall
22  framing upgrades needed?
23     A.  Oh, yeah.  And they would have to.
24     We would need -- the same sort of permit
25  drawings we needed with XPO we would need with this, so

1 an engineering group would need to come out there, take
2 a look at the -- the doors and the framing, and then
3 come up with a similar detail to submit to Medley.
4    Q.  And to confirm, you're not an engineer,
5 correct; "yes" or "no"?
6    A.  No.  No, sir.
7    Q.  In your budget estimate you provided an
8 estimated cost for the cross-dock repair, correct?
9    A.  Yes, sir.
10    Q.  And how did you arrive at that estimate?
11    A.  How did I arrive at the estimate for the
12 cross-dock?
13    Q.  Yes, sir.
14    A.  Okay.  Yeah.  So based on my visual inspections
15 from January and March, you know, we created the scope
16 of work and my inspection report.  I sent that to
17 Southeast Freight.
18    And once -- once the scope of work was
19 confirmed, then I broke it out, basically using what's
20 called the unit price approach, broke out each -- each
21 item.  Like, so for roof, how many square feet?  For
22 asphalt, how many square yards?
23    And then as I said earlier, trade items that I
24 didn't feel comfortable plugging a unit price, I
25 contacted a subcontractor that specializes in that trade

1 to arrive at what is a current unit price.
2    But most of it, I used unit prices from the
3 XPO project that is -- that we're currently building
4 right now.
5    MR. WALKER:  And can we pull up Exhibit 2?  I
6 believe that's Bates number SEFL00001113.
7 BY MR. WALKER:
8    Q.  And, Tom, just to confirm -- just to confirm,
9 this is for the Pompano Beach project, correct?
10    A.  Yes, sir.
11    MR. WALKER:  We can take that down.
12 BY MR. WALKER:
13    Q.  Tom, PJC also included a $25,000 allowance for
14 the concrete flooring on the cross-dock, correct?
15    A.  Yes, sir.
16    Q.  And how did you arrive at that number?
17    A.  So, again, looking at the Pompano job, it
18 generally worked out to about $1,000 per area.  And,
19 you know, we noted about 25 areas similar to the
20 picture -- I think it's in my report, but in -- the
21 exhibit that I have of damaged concrete, and
22 then just put a $25,000 allowance.
23    And so similar to the fence repair, you know,
24 once the engineer would prepare the drawings and get the
25 pricing verified, it's just an allowance, so it would --

1 it would move up or down based on the final pricing.
2    Q.  So fair to say that the cost, in reality,
3 actually could be less than that $25,000 allowance;
4 "yes" or "no"?
5    A.  Yes, sir.
6    Q.  And for the areas of flooring that had minor
7 damage, how many of those would you say are high-traffic
8 areas?
9    A.  I would say all -- everything on the cross-dock
10 is a high-traffic area; so all of them.
11    Q.  Are there any cheaper alternatives to the
12 suggestions you noted in your report that would bring
13 the cross-dock area back up to a leasable condition?
14    A.  No, sir.
15    Q.  All right.  Let's talk about the 20-by-70
16 enclosed break room, slash, office, slash, storage area
17 on the middle of the dock.  You state that demolition
18 and renovation are needed to make the building ready for
19 the next operator.
20    And from your point of view, what is the
21 difference here between "ready" and "workable"?
22    A.  So "ready" would --
23    MR. FALLON:  Objection as to form.
24    THE WITNESS:  Yeah.
25    "Ready," I guess, would be the -- the

1 expectation of if -- you know, say Yellow's real
2 estate department is showing this to somebody.  You
3 wouldn't take them into somewhere where the
4 flooring's ripped up.  There's stains on the ceiling
5 tile.
6    Could somebody go in there and -- and work?
7 Probably.  But it would limit, I think,
8 Southeastern's ability to lease the facility in the
9 condition it's in.
10 BY MR. WALKER:
11    Q.  And with respect to the space that we're
12 talking about, are there any cheaper alternatives to the
13 suggestions noted in your report that would bring it
14 back up to a leasable condition?
15    A.  No, sir.
16    Q.  I want to now ask you some questions about the
17 5600-square-foot office space.
18    You'd noted that the flooring was in bad
19 condition and it needed to be replaced throughout,
20 correct?
21    A.  Yes, sir.
22    Q.  And what is the problem with the flooring in
23 the office?
24    A.  So if --
25    THE WITNESS:  Can we pull up SEFL 1110?

1    MR. FALLON:  I think that's Exhibit 1.
2    THE WITNESS:  Yeah.  I think --
3    Scroll down.
4    MR. FALLON:  SEFL 1110 would be --
5    THE WITNESS:  Yeah.
6    MR. FALLON:  -- the last page of Exhibit 1, I
7    believe.
8    THE WITNESS:  Yep.
9    So in the upper left-hand corner you can kind
10   of see -- and this is common throughout -- where
11   they had the furniture, the flooring is damaged.
12   You can also see some areas from the leaks where
13   there's staining on the flooring.
14   You know, can you walk over that?  Yes.
15   Can you lease a space in that condition?  Yes.
16   Probably not.
17   So, again, just looking at it from a
18   perspective of what do we need to do to get this
19   space ready to lease, flooring and replacing the
20   ceiling and painting the walls seem like the
21   absolute minimum to make the space.
22   So, you know, we looked at this as potentially
23   Southeast Freight's going to have to pay for it.  So
24   we're not trying to manipulate numbers.  What do we
25   need to do to get this space workable?  And that's

1    how we've arrived at this budget.
2    BY MR. WALKER:
3    Q.  Okay.  And with respect to such replacement,
4    what does that look like in terms of process?
5    Are you envisioning polished concrete, plaster,
6    or epoxy?
7    A.  No.  The budget for the flooring would be
8    either a rolled vinyl flooring, similar to what was
9    there, or a commercial-grade carpet or -- or most likely
10   a combination of --
11   Typically in these open work areas that the
12   picture's showing you would do a vinyl flooring because
13   a lot of the truck drivers are coming in through there,
14   and then in the -- the perimeter offices you do a
15   commercial grade carpet for -- to help with sound
16   attenuation and just make it a little bit nicer for
17   those folks.
18   Q.  Alternatively, though, could you use epoxy
19   resin to serve as a workable and more cost-effective
20   alternative?
21   MR. FALLON:  Objection.
22   THE WITNESS:  Epoxy is actually going to be
23   either a similar price point per square foot or
24   maybe even a little bit higher.
25   Epoxy's nice, but typically for conditioned

1    spaces we don't see that used.  It's more like in
2    warehouse areas, like if you have racking or
3    something, to use epoxy.
4    But even if we could use it here, it's going to
5    be about the same price point as -- as carpet and
6    VCT.
7    BY MR. WALKER:
8    Q.  Okay.  Are there any cheaper alternatives to
9    the suggestions that you noted in your report that would
10   bring the Medley office space back up to a leasable
11   condition?
12   A.  No, not anymore.
13   You also mentioned polished concrete, and I
14   love that option, and I think it's a great option for
15   this, but those costs are also higher than --
16   Vinyl composition tile is probably the least
17   expensive option for flooring, and so that's -- that's
18   where we set our budget.
19   And as far as other trades go for the office, I
20   think we've done kind of the bare bones minimum to turn
21   it over to Southeast Freight.
22   MR. WALKER:  Okay.  We can pull that exhibit
23   down.
24   BY MR. WALKER:
25   Q.  Tom, what does the GC overhead and fee pertain

1    to?
2    A.  So basically two things:  The overhead portion
3    is like indirect operating expenses, you know, that
4    the -- every business has, but that we have, and then
5    our -- our profit that we're trying to make on each job.
6    And, you know, roughly what this one breaks out
7    to is, you know, our op ex -- our operating expenses are
8    usually around 6 percent, and then our true profit that
9    we hope to make on the job is around 2 percent.  And
10   we -- we are very confident that that's an industry
11   standard for companies our size.
12   Q.  And just for the record, so under Division 1,
13   "General Requirements" are the costs that you identified
14   there under typical costs that are included in a general
15   contractor's estimated summary?
16   A.  Yes, sir.  So the Division 1, the best way to
17   explain it is make it easy to understand is those are
18   direct overhead costs, so my superintendent that would
19   be out on the job orchestrating the trades, my project
20   manager that would be overseeing the whole project, some
21   of the temporary facilities that might be required,
22   rental equipment, travel expenses.  So it's soft costs
23   that are direct to the job that otherwise we wouldn't
24   have; whereas operating expenses are costs we're going
25   to have regardless of if we get this job or not.

1    Q.   And so those costs are representative of the
2   typical market rate for those items?
3    A.   Yes, sir.
4    Q.   And how do you determine what the market rate is?
5        Do you look that up periodically?
6    A.   Yeah.  There's a -- oh, gosh.  There is a
7   publication that puts out -- and it doesn't -- it
8   doesn't get as granular as this, but it is good to know
9   kind of where the market's going as far as overall
10  square foot for industrial projects, office projects.
11      Yeah.  Sorry.  I don't have that information,
12  but there is a publication that we look at occasionally.
13      But our -- our process and I think most
14  contractors' process is project-specific because no two
15  projects are exactly the same.
16      Like, for instance, on this job with travel
17  expenses, hotels in Miami for my guys are going to be
18  more expensive than hotels in Tallahassee.  So we really
19  try to look at it project-specific, not just throwing
20  big numbers, square foot numbers, because to build this
21  in Miami, it's going to be more expensive than to build
22  it, like I said, up in Jacksonville or Pensacola or
23  really anywhere in the state.
24      Q.   And just to confirm, no two projects are the
25  same, correct?

1    A.   Yes, sir.
2    Q.   Is PJC, would you say, competitive within the
3   market?
4    A.   Yes, sir.  We've been in business for 75 years,
5   and you -- we wouldn't exist for 75 years if we weren't
6   competitive.
7    Q.   And with respect to the Medley project, did you
8   have time to go through the typical process to get
9   multiple bids?
10   A.   Oh, no.  I -- I'm sorry.  I thought I made that
11  clear.
12      This -- this was a budgeting exercise with a
13  defined timeline, and there are no -- there's no permit
14  drawings, so it was purely based on my assessment and
15  then just speaking with the subcontractors that I noted
16  earlier.
17   Q.   Okay.  And when you're bidding work with
18  subcontractors, what is the process in general?
19      For instance, do you have a software to solicit
20  bid invitations, or do you use some other means?
21   A.   Yeah.  So we use a software called "Procore."
22  And the typical process would be we would get drawings
23  from an architect or an engineer.  We would create a
24  scope narrative for the overall project.  We would load
25  that into Procore.  Procore is really nice.  You can

1   identify all the different trades that apply.
2        And then we have a subcontractor directory
3   within that program, so we can select, you know, the
4   three electricians we want to bid this.  And, again,
5   it's project-specific, right?  So if it's in Orlando,
6   we'll look for electricians that are in Orlando,
7   you know, or electricians that go all around the state,
8   and send it out to them.
9        And, you know, we always try to get at least
10  three bids just to show the client that, you know, the
11  best price -- the best pricing available has been
12  obtained.  And we don't always go with the low bid.
13  You know, sometimes the low bid might be missing scope,
14  so you have to do a thorough analysis to make sure that
15  everything's apples to apples.
16      But that would be the typical process if there
17  were a -- if this was a new project.
18   Q.   So do you only use Procore to reach out to
19  subcontractors for bids?
20   A.   No.  I mean, we'll also e-mail them directly.
21  Sometimes if we're working in an -- in an area of the
22  state that we haven't worked before, we'll get referrals
23  from somebody we know up in that area and contact them
24  the old-fashioned way, by phone.  I've actually found
25  that calling people is probably the most effective way

1   to get good bid participation.
2        So, you know, we do a combination of Procore,
3   e-mail, and old-fashioned phone calls.
4    Q.   And with respect to that Pompano Beach project,
5   how many subcontractors did you reach out -- reach out
6   to for bids?
7    A.   So the scope on that was electrical, concrete,
8   overhead door, and metal building, and we reached out to
9   three on all of them, but we only got -- I think we only
10  got one bid on the metal building and two bids on the
11  overhead door, which, again, is kind of common.  Things
12  are so busy that folks are rejecting it.
13      But then we reviewed those bids with the
14  client, with XPO.  They were happy with the pricing and
15  so gave us the contract to proceed.
16   Q.   And if PJC was hired to go beyond budgeting
17  with the Medley project, hypothetically, how many
18  different bid packages would you hope to have for the
19  Medley facility?
20   A.   So there would be overhead door, concrete,
21  drywall -- one, two, three -- ceiling, flooring,
22  painting, PEMB, HVAC, electrical, asphalt.  It looks
23  like 11.
24   Q.   And, Tom, how would you verify that those
25  numbers are competitive and complete if it went to that

1  stage?
2      A.  So we would send out the, you know, competitive
3  bid packages.  You typically set a bid date for three to
4  four weeks from when you initially send it out.  There
5  is a process where they ask questions that might extend
6  it out.
7      And then once we get the bids, we usually spend
8  a week reviewing the scope and maybe asking follow-up
9  questions.  And then if, say -- say the electrical came
10  out to 100,000, and we know, based on my initial budget,
11  that I had budgeted 33,000, then that's something I
12  would engage the client and the electrical engineer and
13  the -- one of the electricians to figure out why we
14  had a bust.
15      And, you know, we're always looking for
16  value-engineering ideas for our clients, and it's
17  usually during that bidding process that some subs may
18  come back and say, hey, you know, if -- if we -- I don't
19  know -- if we use this type of electrical fixture, we
20  can save $1,000.  So -- but then that has to be vetted
21  by the engineer.
22      So that's -- that's a typical bid process.
23      Q.  Okay.  And -- and, Tom, "yes" or "no":  Is it
24  possible that there are cheaper or most cost-effective
25  alternatives for the Medley project?

1      A.  Yes, it's possible.
2      Q.  And have you ever been reprimanded or
3  disciplined by any professional governing board or
4  licensing authority?
5      A.  No, sir.
6      Q.  Have you ever been reprimanded or disciplined
7  by any authoritative entity in your practice?
8      A.  No, sir.
9      Q.  Has PJC ever been reprimanded in a like way?
10      A.  Well, we're 75 years old, so I can't really
11  attest to anything past the last 20 years, but in the
12  past 20 years, to my knowledge, we've never had any
13  issue with any governing board or -- or oversight
14  committee or anything like that.
15      Q.  Have you ever -- strike that.
16      Are you aware that there will be a hearing
17  related to this matter?
18      A.  Yes, sir.
19      Q.  Have you been asked to attend the hearing in
20  this matter?
21      A.  No, sir.
22      Q.  Tom, did you speak to anyone at Southeastern
23  about this deposition?
24      A.  Yes, sir.
25      Q.  And who did you speak with?

1      A.  Tom Herndon.
2      Q.  Anyone else?
3      A.  No, sir.
4      Q.  And how did you prepare for your deposition
5  today?
6      A.  I -- well, okay.  So this morning I got this
7  book.  Really the only prep I did was I kind of reviewed
8  my report this morning, cracked open the book, but I've
9  been pretty busy with work today, so I'm kind of ashamed
10  to say that I didn't do hours of prep for this.
11      Q.  Did you speak with any lawyers?
12      A.  No, sir.
13      Q.  And how much time would you say you spent
14  preparing for today's deposition?
15      A.  Forty-five minutes.
16      Q.  Tom, how much are you being compensated for
17  your work on this matter, from the inspection to your
18  estimate of the Medley facility?
19      A.  So far I've just sent in an inspection invoice
20  for 1500.
21      Q.  And how much are you being compensated for your
22  time here today?
23      A.  Nothing, to my knowledge, but perhaps they'll
24  ask me to send them an invoice.  I don't -- I don't know
25  what's appropriate with this.

1      Q.  Tom, do you anticipate receiving any other
2  compensation from Southeastern in connection with this
3  matter?
4      A.  The only compensation I would expect is if this
5  project moves forward and we get selected as the
6  contractor.
7      MR. WALKER:  All right.  Brett, can we stop for
8  a five-minute break?  I just want to make sure
9  there's nothing else I'd like to address.
10      MR. FALLON:  Sure.
11      MR. WALKER:  Thank you.
12      (Recess taken from 5:01 p.m. to 5:06 p.m.)
13      MR. WALKER:  All right.  Courtney, can we go
14  back on the record?
15      THE COURT REPORTER:  Yes, sir.
16      MR. WALKER:  Thank you.
17  BY MR. WALKER:
18      Q.  Tom, during your inspection did you identify
19  issues or items that had damage or may ultimately need
20  repair in the future, but which you did not recommend
21  for immediate repair or replacement?
22      A.  Primarily the -- the concrete paving.  It had
23  minimal damage, but it was surface, so I don't think
24  that it needed to be replaced.
25      And then the HVAC equipment, there was one unit

36 (Pages 138 - 141)

Page 142

1  out of four that needs replacement; the other three I
2  think just needed main- -- like regular, routine-type
3  maintenance.
4      So I would say primarily just those two.  Let
5  me think one second, though.
6      Oh, the lighting fixtures in the office I think
7  were fine.  We could reuse those.  The fire riser looked
8  to be in good working condition.
9      So there -- there were some things.  I think
10  obviously the -- the big ticket items are the asphalt,
11  the roof, and then the overhead door/wall framing
12  replacement.
13      Q.  And each of the photos today that Mr. Fallon
14  showed you that were not included in your report, were
15  those photos taken by you; "yes" or "no"?
16      A.  No.
17      Q.  Of the photos that were shown by Mr. Fallon
18  that were not included in your report, can you say with
19  certainty what day they were taken?
20      A.  They were taken during our January inspection,
21  which I believe was January 10th, but I'd have to
22  double-check that.  I think the -- I might be off, but
23  the early January inspection that included Tom Herndon
24  from Southeast Freight, Craig Henschel from
25  Yellow Freight, and myself and Ernie Lopez from

Page 143

1  Atlanta Paving.
2      Q.  And can you say with certainty who took those
3  photos?
4      A.  I think Tom Herndon, but to answer your
5  question, no, I can't say with certainty.
6      MR. WALKER:  All right.  That's all from us.
7  Counsel?
8      MR. FALLON:  Nothing further from
9  Southeast Freight.
10      THE COURT REPORTER:  And would the witness like
11  to read or waive?
12      THE WITNESS:  What does that mean?
13      MR. FALLON:  So -- so you can -- you can read
14  and then correct any -- anything that needs
15  correcting, or you can just waive reading.
16      Maybe we can go off the record, and we can
17  explain that, if -- if that's okay with everybody.
18      THE COURT REPORTER:  One moment.
19      Would you like this transcribed for tomorrow at
20  this time still?
21      MR. FALLON:  Yes, please.
22      THE COURT REPORTER:  And, Mr. Walker, would you
23  like to receive it at the same time?
24      MR. WALKER:  Yes, please.
25      THE COURT REPORTER:  And would both sides like

Page 144

1  the rough draft as well?
2      MR. WALKER:  Yes.
3      MR. FALLON:  Yes.
4      THE COURT REPORTER:  Thank you very much.
5  We are off the record.
6      (Discussion off the record.)
7      THE WITNESS:  Okay.  I think I'll waive,
8  because we went over some of the things that,
9  you know, you wanted me to articulate that you
10  couldn't hear with my terrible speech.  So I think
11  we're good.
12      So unless either counsel has objection, I'll
13  waive and let it rip.
14      MR. WALKER:  All good on our end.
15  Thanks, Tom.
16      THE WITNESS:  Yeah.  Appreciate it, guys.
17      MR. FALLON:  Okay.  Thanks so much.
18      (Deposition concluded at 5:10 p.m.)
19
20
21
22
23
24
25

Page 145

1          CERTIFICATE OF OATH
2
3  STATE OF FLORIDA:
4  COUNTY OF PINELLAS:
5
6      I, COURTNEY N. LANGHOFF, RMR, CRR, FPR-C,
7  Notary Public, State of Florida, do hereby certify that
8  TOM BURKET personally appeared before me on
9  April 1, 2024 and was duly sworn and produced his
10  State of Florida driver's license as identification.
11      Signed this 1st day of April, 2024.
12
13
14
15
16      _____
        COURTNEY N. LANGHOFF, RMR, CRR, FPR-C
17
        Notary Public, State of Florida
18      My Commission No.: HH 062066
        Expires: 03/05/2025
19
20
21
22
23
24
25

37 (Pages 142 - 145)

Page 146

1                  CERTIFICATE OF REPORTER
2
3   STATE OF FLORIDA:
4   COUNTY OF PINELLAS:
5
6       I, COURTNEY N. LANGHOFF, RDR, CRR, FPR-C,
7   Notary Public, State of Florida, certify that I was
8   authorized to and did stenographically report the
9   deposition of TOM BURKET; that a review of the
10  transcript was not requested; and that the foregoing
11  transcript, pages 9 through 144, is a true and accurate
12  record of my stenographic notes.
13      I further certify that I am not a relative,
14  employee, or attorney, or counsel of any of the parties,
15  nor am I a relative or employee of any of the parties'
16  attorneys or counsel connected with the action, nor am I
17  financially interested in the action.
18
19      DAT_                       _024.
20
21
22      _____
                COURTNEY N. LANGHOFF, RDR, CRR, FPR-C
23
24
25

Veritext Legal Solutions
215-241-1000 ~ 610-434-8588 ~ 302-571-0510 ~ 202-803-8830

**[& - 2002]**                                                                    Page 1

**&**

**&**   2:3,8,13 4:11
  82:20 84:13,20
  90:23 91:10
  100:10

**0**

**00001105**
  106:17
**03/05/2025**
  145:18
**062066**   145:18

**1**

**1**   1:11 4:2,10
  9:4 20:22,24
  21:2,5 22:23
  22:24 23:20
  30:12,13 31:21
  72:16 77:6,15
  78:16 79:11
  85:3 103:25
  130:1,6 133:12
  133:16 145:9
**1,000**   127:18
  138:20
**1,300**   89:21
**1/10/24**   4:11
**1/3/24**   4:13
  7:12
**1/5/24**   7:15
**10**   5:11 28:1
  40:13,14,16
  43:7 46:16
  65:16

**100**   4:4
**100,000**   138:10
**10036**   2:15
**1065**   58:12,18
**107**   7:17 47:24
**1073**   39:1,13
**1075**   47:25
  48:4
**1077**   37:8,15
  38:24
**1078**   46:22
  47:4
**1079**   44:10
**1091**   51:22
  52:2,11,19
**1095**   55:2,9
**10th**   18:23
  19:15 27:18
  59:19 65:10
  142:21
**11**   1:3 5:13
  43:15,16,20
  46:23 92:4
  137:23
**1102**   56:23
  57:5
**1104**   60:11,17
**1106**   20:20
**1107**   30:15
  74:8 76:13
**1108**   77:16
**1110**   4:12
  20:20 79:20
  80:6 129:25
  130:4

**1111**   22:7,14
**1112**   82:18
**1113**   83:18
**1114**   84:11
**1115**   4:14 22:7
  22:15 90:20
  92:24 97:22
**113**   35:1 85:24
  86:11 91:8
**11301**   18:24
**12**   5:15 44:10
  44:11,15 97:7
**13**   5:17 13:11
  13:15 46:25
  47:5,6,10,20
  90:19
**134th**   18:25
**14**   5:20 47:25
  48:1,5 50:8
  79:3
**1410**   2:9
**144**   146:11
**145**   4:5
**146**   4:6
**15**   5:22 51:2,3
  51:6 86:24
  103:14 117:2
  120:6
**15,000**   76:24
  119:14,21
  122:1,5
**150,000**   102:5
**1500**   140:20
**16**   6:3 51:14
  52:7,14,15

**17**   6:6 52:11,19
  52:20,23 53:18
  54:23
**18**   6:8 55:4,5,9
  56:19
**19**   6:11 56:24
  57:1,4 58:8
**1970s**   55:12
**19801**   2:9
**1996**   101:10
**1:14**   1:12 9:9
**1:40**   25:20
**1:50**   25:20
**1st**   145:11

**2**

**2**   4:13 22:8,9
  22:14 31:8,19
  80:21 81:1
  84:11 90:20
  92:24 95:1
  96:11 97:8,22
  99:2,6,10
  127:5 133:9
**20**   6:13 58:13
  58:14,17 60:7
  112:5 120:6
  128:15 139:11
  139:12
**20,000**   86:24
  121:5
**2001**   11:10
  12:16 13:14,22
  14:9
**2002**   12:21

**[2006 - 5:10]**                                                          Page 2

**2006**   14:9
**201**   1:18 9:12
**2012**   13:11,14
**2013**   12:17
   13:10,18 14:10
   14:11 15:16
   16:23
**2017**   14:11,11
   15:25 16:11,23
**2024**   1:11 4:2
   9:4 18:23,23
   145:9,11
   146:19
**20th**   18:23
   21:10 23:23,24
   27:20 65:11
**21**   4:10 6:16
   60:12,13,16
   61:6,13
**212**   2:15,15
**21st**   81:5
**22**   4:13 6:19
   62:18,22,25
   64:24 65:15
**222**   2:8
**22819**   145:15
   146:21
**23**   6:21 17:17
   65:22,23,25
   66:11
**23,000**   90:8
**23-11069**   1:4
**24**   4:15 7:3
   50:19 66:17,18
   66:21 85:17

91:24
**25**   4:17 7:6
   67:17 68:8,9
   68:11 86:4
   88:6 127:19
**25,000**   78:7
   88:8 127:13,22
   128:3
**26**   7:9 68:17,18
   68:21 69:5
   94:7 106:11
**27**   7:12 70:5,6
   70:9 72:9
   106:12
**28**   4:19 7:14
   96:16,17,19
**29**   7:17 106:18
   107:22,23
**299**   62:14,23
**2nd**   146:19

**3**

**3**   4:15 24:7,8
   24:11 88:3
**3/20/24**   4:11
**3/22/24**   7:17
**30**   49:1,16 50:6
   62:6 63:15,15
   64:16 94:16
**300**   2:3
**302**   2:10,10
**305**   65:21
**30s**   97:20
**312**   2:4,4
**313**   66:16

**316**   68:15
**32**   94:22
**320**   67:16,19,22
   68:8
**3251**   1:14 9:7
**33**   4:22
**33,000**   138:11
**33602**   1:19
   9:13
**3367**   4:10
**33713**   1:14 9:8
**34.80**   97:15
**36**   5:3
**37**   5:6
**39**   5:8
**391**   24:7,12
   26:5
**3:03**   69:9
**3:16**   69:9

**4**

**4**   4:17 25:14,16
   26:24 27:5
   28:4 29:7 92:4
   97:25
**4,000**   87:7
**4,635,000**   99:16
**40**   5:11
**403**   33:21
**405**   40:11
**42**   102:6
**425**   27:5 35:24
**428**   25:15
**43**   5:13
**432**   27:12,15
   28:4

**437**   43:14,21
**44**   5:15
**45,378**   31:19
   97:25 117:25
**459**   51:1
**466**   51:13
   52:14,15
**467-4200**   2:10
**467-4201**   2:10
**47**   5:17
**48**   5:20 28:19
**4:03**   99:24
**4:10**   99:24

**5**

**5**   4:19 28:5,6,9
   93:8
**5,590**   89:20
**504**   70:4
**507**   7:13 70:4
**508**   96:15
**51**   5:22 6:3
   39:20
**52**   6:6
**53**   39:15
**55**   6:8
**5600**   53:1
   129:17
**57**   6:11
**58**   6:13
**5:01**   141:12
**5:06**   141:12
**5:10**   1:12
   144:18

| 6 | | |
|---|---|---|
| **6** 4:22 33:22,23 | | |
| 34:2 96:10 | | |
| 133:8 | | |
| **6,990** 89:2,11 | | |
| **60** 6:16 85:25 | | |
| 87:10 125:15 | | |
| **60654** 2:4 | | |
| **62** 6:19 | | |
| **65** 6:21 | | |
| **65,000** 94:1 | | |
| **66** 7:3 | | |
| **68** 7:6,9 | | |
| **6990** 89:17 | | |

| 7 |
|---|
| **7** 5:3 35:25 |
| 36:1,5,23 |
| **70** 7:12 128:15 |
| **712** 1:18 9:13 |
| **72** 36:11 |
| **74** 36:11,12 |
| **75** 135:4,5 |
| 139:10 |
| **7500** 85:2 |
| **76** 4:22 5:4 |
| 35:20 |

| 8 |
|---|
| **8** 5:6 37:9,10 |
| 37:14 38:19 |
| 96:6 |
| **8.30** 89:7 |
| **862-0809** 2:4 |
| **862-2200** 2:4 |

**872-1002** 2:15
**872-7471** 2:15

| 9 |
|---|
| **9** 4:3 5:8 39:2,3 |
| 39:12,14 40:6 |
| 85:23 88:20 |
| 98:6 146:11 |
| **92** 47:17 |
| **96** 7:14 |
| **98** 18:7 123:20 |
| **99** 13:1 96:2 |
| 99:4 |
| **9s** 85:23 |

| a |
|---|
| **aaa** 14:21 |
| **ability** 129:8 |
| **able** 38:10 |
| 64:23 65:14 |
| 72:6 76:7 |
| 90:25 93:1 |
| 94:13 98:19 |
| 125:21 |
| **above** 40:24 |
| 55:14 56:7 |
| **abs** 59:22 |
| **absolute** |
| 130:21 |
| **absolutely** |
| 56:13 59:22 |
| 105:17 107:9 |
| 123:15 |
| **access** 73:17 |
| 93:1 95:15 |

**accounted**
  50:23 53:14
**accurate** 27:25
  29:8 30:21
  36:23 38:19,24
  65:15 66:11
  68:11 69:5
  77:12 102:16
  146:11
**accurately**
  23:21 40:6
  43:7 46:16
  47:20 50:8
  53:18 54:23
  56:19 58:8
  60:7 61:14
  77:6
**accuratery**
  61:13
**acoustical** 89:1
**acreage** 125:14
**action** 146:16
  146:17
**active** 44:22
**actual** 23:13
  38:10 41:24
  42:10 45:24
  53:12 105:20
**actually** 12:17
  12:20 18:22
  19:1 24:14
  27:3 31:7
  33:20 34:3
  35:9,15 45:24
  58:21 59:5

  62:5 81:14,20
  81:24 83:4
  113:20 119:20
  128:3 131:22
  136:24
**add** 50:20
  72:25 78:17
  101:20
**added** 92:13
**adding** 111:9
**addition** 78:13
  82:13
**additional** 33:2
  50:20 61:17
  64:17 73:1
  78:15
**additions**
  101:20
**address** 9:12
  19:2 88:4
  141:9
**addressed**
  67:10 108:18
**adequate** 29:3
  32:10 33:4
  34:16
**adequately**
  64:4
**advancing**
  13:23
**advisable** 56:11
**advisory** 11:6
  12:3,6
**aerial** 119:5

**aesthetic** 94:12
**affirm** 9:15
**affirmatively**
  29:25 38:22
**afternoon** 9:24
  9:25 72:4
  100:9
**age** 49:12 60:2
  60:23 75:15
  93:23
**aged** 35:21
**agency** 16:25
**ago** 87:10
  113:21 118:18
**agreed** 3:2
  90:18 118:15
**ahead** 97:3
  110:5
**aid** 33:6
**air** 55:18,22,24
  56:1,3,4,7
  57:15,17,22,25
  58:3 61:20
  93:4,6,8 94:3
**akin** 2:13
**akingump.com**
  2:16,16
**al** 1:5 9:6
**allied** 63:3,3,19
  64:11 67:8
  68:25
**allied's** 66:25
**allow** 113:12
**allowance**
  76:25 78:8

85:2 86:3 88:8
92:7 119:22
122:1 127:13
127:22,25
128:3
**allowances**
  119:23
**allows** 119:14
**alternative**
  115:17 131:20
**alternatively**
  131:18
**alternatives**
  113:11 115:9
  118:12 128:11
  129:12 132:8
  138:25
**america** 2:14
**american**
  109:17
**amiri** 2:2
**amiri.lampley**
  2:5
**amount** 32:24
  92:12 119:5
**analysis** 136:14
**anchoring**
  120:10
**anomalies**
  63:21
**anomaly** 67:9
**answer** 8:2
  33:1 100:14,15
  100:21 110:5
  110:23,25

118:7,10 123:5
143:4
**anticipate**
  141:1
**anybody** 20:6
**anymore** 73:7
  132:12
**anyways** 124:4
**appear** 45:1
**appeared** 42:7
  67:25 68:4
  79:16 121:20
  121:21 145:8
**appearing** 2:6
  2:11,17
**appears** 29:11
  34:21 39:18
  50:1 57:12
  59:11 73:23
  76:21 120:23
**apples** 136:15
  136:15
**application**
  84:13,20,21
**applied** 91:7
**applies** 125:6
**apply** 35:12
  83:22 85:1
  124:17 136:1
**appraiser** 23:8
  23:9 49:16
**appraiser's**
  49:2,12
**appreciate**
  144:16

**approach**
  54:19 63:14
  71:18 91:21
  102:15 110:18
  118:21 126:20
**approached**
  103:6
**approaching**
  31:5 123:1,11
**appropriate**
  140:25
**approval** 92:1
**approved** 92:2
**approximate**
  14:5
**approximately**
  99:16
**april** 1:11 4:2
  9:4 145:9,11
  146:19
**architect**
  135:23
**architectural**
  11:2,17
**area** 5:11,18
  6:6,9,14 24:24
  29:12,17,19,23
  30:18 32:16,17
  45:15 52:25
  53:1 57:8,8,9
  58:20 60:21
  62:2,8 63:8
  75:17 77:18
  88:23 90:13,14
  118:2 125:6

127:18 128:10
128:13,16
136:21,23
**areas** 28:12,25
30:16 31:15
32:20 33:18
41:22 42:19
44:19 45:5,17
47:14 53:11
72:18 77:20
84:1 86:4 88:6
89:22 95:4
114:14 116:6
117:22,22
118:5,8 119:17
120:6 127:19
128:6,8 130:12
131:11 132:2
**arrive** 119:15
126:10,11
127:1,16
**arrived** 131:1
**articulate**
144:9
**articulating**
85:12
**arts** 11:8
**ascertain** 38:10
**ashamed** 140:9
**aside** 105:6
109:25
**asked** 12:6
38:18 54:22
105:15 106:3
106:25 139:19

**asking** 105:14
107:4,5 122:6
138:8
**asphalt** 28:17
29:4,6 30:14
30:17 31:1,8,9
31:10,11,17,19
32:22,23 33:15
33:19 70:13
76:11 81:9
94:25 95:1,14
95:17 96:14
97:4,5,7,10,24
98:12,23
103:19 104:22
111:2,18,19
112:1 113:18
113:24 114:14
117:14,23,25
126:22 137:22
142:10
**asphalt's** 32:21
95:3
**assembled** 21:9
**assess** 19:12
113:9
**assessing** 51:11
80:4 104:2
112:23
**assessment**
19:5 29:2 61:1
121:18 135:14
**assessments**
109:23 110:2
110:11

**assigned** 85:8
**assist** 104:11
104:16
**assistance**
104:23
**assists** 102:2
**assume** 12:24
100:15
**assumed** 61:25
86:21 93:9
96:25 121:6
**assumes** 31:21
54:6
**assuming** 32:9
85:16 114:5
**assumptions**
105:23 109:15
**astm** 109:19,20
109:22 110:1
110:10
**ate** 42:1 48:9
**atlanta** 19:19
116:24 143:1
**atlantic** 18:15
**attached** 7:20
**attachment**
7:19
**attend** 139:19
**attenuation**
131:16
**attest** 139:11
**attorney**
146:14
**attorneys**
146:16

**authoritative**
139:7
**authority** 139:4
**authorized**
146:8
**available** 49:20
113:11 136:11
**avenue** 2:8
**avoid** 74:25
101:1
**aware** 26:12,15
26:16 139:16
**awful** 122:17

**b**

**back** 10:22
11:1 12:18,22
13:4,6,10
22:11,23 26:19
29:7 30:12,12
33:10 39:25
63:25 69:10
70:12 72:16
80:14,21 86:8
88:5 89:19
99:20 103:21
109:11 118:14
120:10 121:23
122:23 123:18
128:13 129:14
132:10 138:18
141:14
**background**
93:3
**bad** 47:1 76:19
93:12 115:19

119:20 129:18
**badly** 116:6
**band** 33:6
**bank** 2:14
**bankrupt**
109:8
**bankruptcy** 1:1
**bare** 132:20
**barrels** 5:22
**base** 15:21,22
28:16 29:3
30:18 31:21
32:1,5,9,12,17
32:24 33:2,8
59:17 95:7
111:22 114:14
118:3
**based** 21:21,24
22:18 25:23
42:9 49:1
72:12 81:15
83:7,16 102:17
102:23 105:19
105:22 109:13
109:14 112:5
126:14 128:1
135:14 138:10
**baseline** 110:1
110:10
**basically** 19:6
21:12 31:2
56:4 63:6,6
70:18 71:8,12
71:21 78:2
84:5 85:4

89:15 91:2
92:16 94:9
95:3 124:16
126:19 133:2
**basing** 89:10
**basis** 84:25
119:7
**bates** 20:20
22:7 24:12
25:5,6,9,10,14
37:15 39:12
43:21 44:9
46:22 47:24
48:4 51:1,22
52:2 55:2,9
56:23 57:5
58:18 60:16
62:22 65:21
66:16 67:22
68:15 70:4
74:7 76:12
106:10,14
127:6
**bay** 18:11
124:19
**beach** 35:10
81:19 124:6,10
124:24 125:8
127:9 137:4
**beam** 43:5
111:10
**bearing** 46:1
**behalf** 2:6,11
2:17

**believe** 27:1
45:21 52:8
55:16 68:24
69:21 77:4
91:9 92:6,21
97:9 98:22
106:11 125:14
127:6 130:7
142:21
**benchmark**
132:18
**beneath** 28:16
38:2 44:4 84:3
84:20,24 85:3
92:1 95:13
**best** 111:3
133:16 136:11
136:11
**better** 19:22
36:11,12 54:19
71:18 72:14
91:19
**beyond** 35:16
41:20 137:16
**bid** 4:13 7:12
22:17 81:23,24
82:23 87:23
102:9,11
135:20 136:4
136:12,13
137:1,10,18
138:3,3,22
**bidding** 135:17
138:17

**biddle** 2:8
**bids** 97:19
135:9 136:10
136:19 137:6
137:10,13
138:7
**big** 58:4 75:7
94:24 114:13
122:19 134:20
142:10
**biggest** 15:19
16:4 114:16
**bit** 57:24 80:23
125:16 131:16
131:24
**black** 59:12
**block** 90:13,14
**blue** 7:9
**board** 16:24
139:3,13
**body** 74:1
**boils** 78:2
**bollards** 34:8
34:11
**bones** 132:20
**bonnell** 105:4,5
**book** 140:7,8
**borders** 23:13
**bottom** 30:15
36:15 39:19
45:16
**boulevard** 1:18
9:12
**box** 64:23 65:7
65:9,15 66:1,3

**[box - cables]**

66:3,23

**boxes** 67:1

**brand** 94:15

**break** 58:20
69:11,16 89:3
89:6,13,21
90:13,13 94:9
97:16 98:3
99:19 100:1,25
102:12 128:16
141:8

**breaker** 66:1
66:23 67:25

**breakers** 68:2

**breaks** 96:24
133:6

**brett** 2:7 24:25
69:24 99:23,25
141:7

**brett.fallon**
2:10

**bright** 31:13

**bring** 62:15
88:17 99:6,10
99:14 103:23
109:11 112:9
118:13 128:12
129:13 132:10

**bringing** 21:16
82:14

**brings** 79:16

**broad** 108:8,14

**broke** 97:14,21
126:19,20

**broken** 85:16

**brought** 19:21
62:20 64:9

**bryant** 2:14

**bubbled** 42:16

**bubbling** 45:10

**buckled** 13:11

**budget** 22:2
32:23 35:8
53:14 54:6
61:25 70:11,15
71:1,4,15 79:9
80:2 81:6 83:7
83:14 87:21
89:7 91:1
92:16 102:10
104:16,19
107:2 110:14
119:3 124:17
126:7 131:1,7
138:10

**budgeted**
138:11

**budgeting**
112:15 135:12
137:16

**budgets** 107:20

**build** 71:12
73:7 134:20,21

**building** 4:18
6:4 11:8 19:5
21:15 22:20
36:25 40:23
41:22 48:8,18
49:13 50:18

58:23 63:3
72:23 78:23
79:5,16 86:20
92:15 104:20
105:8 111:19
124:22,24
125:19 127:3
128:18 137:8
137:10

**buildings** 63:14

**builds** 101:16

**burket** 1:9 4:2
5:3 7:17 9:5,24
20:24 21:4,5
22:8,14,23,24
23:20 24:10,11
25:14 26:24,25
28:4,9 29:7
30:12,13 33:22
34:1,2 35:25
36:4,5,23 37:9
37:13,14 38:19
39:2,6,7,12,14
40:6,13,16
43:7,15,19,20
44:10,14,15
46:16,23 47:5
47:9,10,20
48:5 50:8 51:2
51:6 52:1,7,19
52:22,23 53:18
54:23 55:4,8,9
56:19 57:3,4
58:8,13,16,17
60:7,12,15,16

61:6,13 62:21
62:25 65:15,20
65:22,25 66:11
66:15,17,20,21
67:17,21 68:8
68:11,17,20,21
69:5 70:5,8,9
72:16 77:6,15
78:15 79:10
80:21 81:1
84:10 90:20
92:24 96:16,19
97:22 99:2,6,9
99:15 100:9
145:8 146:9

**burn** 28:19

**busbar** 68:2,22
69:4

**business** 9:12
15:20 18:4,14
18:17 133:4
135:4

**bust** 138:14

**busy** 137:12
140:9

|   |   |   |
|---|---|---|
| **c** | | |

**c** 1:17 2:1,7 9:1
9:10 145:6,16
146:6,22

**cabinetry**
59:15

**cabinets** 59:17
59:25

**cables** 63:5
65:3

cabling 62:5
66:4 67:2
68:23 69:1
call 14:22 20:5
28:21 37:23
38:2,13 82:10
82:10
callaghan 1:13
9:7 11:9 13:3,6
13:21,22 14:5
16:9 17:10
18:3 101:4
102:1
called 11:1
40:25 50:17
54:14 63:19
70:17 71:11
79:7 104:18
118:17 125:10
126:20 135:21
calling 136:25
calloway 2:2
calls 137:3
cancer 49:7
cap 73:24
114:25
capability
114:19
capacity 73:3
caps 50:2 74:18
capture 107:15
captured 79:8
card 16:18
carpet 61:4
89:8 131:9,15

132:5
carried 115:2
case 1:4 10:8
17:5 31:6
54:13 64:18
107:10 108:7
cases 10:7
21:18 54:12
cause 9:16
48:23 56:18
causes 56:9
57:25 58:4
causing 57:17
ceiling 5:13,15
5:18,20 6:9,11
6:14 50:13
53:3,3,5,21,24
54:1,7 55:21
56:8,10,12
57:10,10,12,14
57:21 58:1
59:2,2,5 61:9
89:1,4 129:4
130:20 137:21
ceilings 55:14
center 50:2
73:25 90:14
centers 108:4
certain 26:7
certainly 54:12
certainty
142:19 143:2,5
certificate 4:5,6
145:1 146:1

certifications
16:15
certified 16:17
certify 145:7
146:7,13
cfo 16:6
chair 11:7
change 15:19
16:4 105:15
changed 71:14
changes 12:8
chapter 1:3
charge 102:1
charges 102:17
chasing 76:3
93:19 115:21
cheaper 71:21
72:12,14 75:9
110:16 115:9
118:12 128:11
129:12 132:8
138:24
check 25:7 62:9
97:16 142:22
chicago 2:4
chipped 61:3
89:24
chipping 90:15
chips 90:3,3
circuit 68:2
circuits 62:13
circulation
118:25
city 18:9 35:6
84:19 85:2

120:25
clarify 26:1
class 94:15
classes 13:8
clause 82:19
clean 69:2,2
85:19
cleaned 85:21
cleaning 59:20
68:1 85:18,19
85:20
clear 49:16
135:11
clearly 34:15
116:13
client 15:12,12
15:21 21:18
109:6 112:18
136:10 137:14
138:12
clientele 15:22
clients 14:20
102:24 113:3
138:16
clint 2:19
close 64:2
68:22
closed 66:9
67:4
closely 16:6
closeout 66:8
closer 29:16
70:25 102:14
cloud 12:11,12

cmu 58:25
coat 59:21
coating 42:20
  42:21 115:11
  115:13
code 11:24 35:7
  41:11 50:18
  72:23 74:5
  92:13 112:10
  124:4 125:1,3
  125:6
cold 56:7
coll 16:14
college 11:1,8
  11:14 13:9,18
  16:14,14
coloration
  54:17
column 27:7
  34:7 35:18
  43:4,6 59:5
combination
  49:14,21
  131:10 137:2
combined
  89:12,22
combines 50:2
come 22:11
  48:19 53:16
  68:5 73:24
  75:15 76:25
  78:8 80:13
  88:24 99:20
  108:19 112:7
  119:25 120:1

126:1,3 138:18
comes 63:25
  64:14 90:2
  108:25 109:2
  112:23 124:12
comfortable
  126:24
coming 33:11
  56:5 68:23
  80:3 131:13
commencem...
  84:22
comment 46:3
  51:15 76:13
  77:19 78:15
  89:5 112:11
comments
  66:22 77:17
commercial
  14:18 61:3
  89:8 131:9,15
commission
  145:18
committee 2:17
  12:6 139:14
common 39:22
  76:6 77:24
  82:23,25 87:14
  130:10 137:11
communicati...
  15:13
companies 90:1
  90:1 133:11
company 11:12
  14:18 16:5

19:8 22:21
  53:16 63:25
  76:25 78:8
  88:23 104:6
  115:2 125:10
compare 91:20
  97:17
compensated
  140:16,21
compensation
  141:2,4
competitive
  87:23 88:1
  92:19 94:2
  135:2,6 137:25
  138:2
complete 41:10
  74:3 122:14
  137:25
completely
  30:17 41:23
  61:10 66:9
  78:3 83:9
  114:20
compliance
  64:9
compliant
  41:11 92:13
  124:4
compo 111:8
component
  49:13 111:7,8
  111:10 120:8
components
  43:4 122:11,15

composition
  60:25 61:4
  89:8 132:16
compound 78:4
compromised
  49:8
concept 93:18
concerns 79:14
concierge 2:19
  20:21,25 52:9
  52:15 56:24
  106:13,18
concluded
  144:18
conclusion
  31:24,25
conclusions
  21:24
concrete 29:19
  31:14 33:18
  77:21,21 78:8
  83:25 84:2
  86:3,6 88:3
  98:14 112:12
  117:11 124:14
  127:14,21
  131:5 132:13
  137:7,20
  141:22
cond 89:19
condensation
  55:15,16 56:8
condition 4:16
  5:6,9,13,15,20
  6:14 19:11

23:21 31:1,15
33:15 34:6
39:22 40:2,7
42:9 43:8 44:2
46:17 50:8,13
53:2,2 56:20
57:10,25 58:9
59:16 60:6,8
60:23 61:14,18
64:24 65:7,9
70:23,23,24
71:16 73:19
74:16 77:6,13
80:11 88:18
90:4 93:7,23
99:7 108:15
109:12,23
110:1,11,22
111:1,2 113:12
115:19 116:10
117:9,12,15
118:14 123:20
124:2 128:13
129:9,14,19
130:15 132:11
142:8
**conditioned**
52:25 57:9
58:21 60:21
88:22 89:13,16
89:20 90:12
131:25
**conditioning**
55:19,22,24
56:1,4 57:16

57:22,25 61:20
93:5 94:4
**conditions**  4:20
20:1 37:2 76:6
78:7 99:12,16
**conduct**  18:4
103:7 108:1
**conducted**  20:6
**conducting**
110:2,11,14
**conference**
51:20
**confident**
133:10
**confirm**  25:7
26:9 102:16
105:24 106:24
116:5 126:4
127:8,8 134:24
**confirmed**  88:9
126:19
**connected**  7:7,9
146:16
**connection**
100:11 141:2
**connects**  73:25
**consistent**
17:10,17
**constantly**  76:2
**construction**
11:3,11 14:8
14:13,15,17
16:24 17:12
18:3 22:19
81:25 82:13

85:10,18
101:15,17
108:6
**consultant**
20:12 24:23
**contact**  136:23
**contacted**
126:25
**contained**
23:20
**contains**  21:24
22:24
**contingency**
50:23
**continued**  5:1
6:1 7:1 8:1
**continuing**
16:21
**continuously**
13:22 16:11
**contract**  15:11
137:15
**contractor**
16:19 17:3,4
19:17 29:2
31:10 32:22
63:24 64:10,14
64:20 67:3
68:5 85:5 86:6
87:15 95:17
101:24 103:19
104:18 105:3,7
110:24 116:17
116:22 117:25
118:16 119:4

141:6
**contractor's**
133:15
**contractors**
63:10 69:1
94:4 134:14
**controlled**
16:25
**conversation**
111:14 112:17
112:23
**conversations**
109:14
**cooper**  14:21
**coordinating**
84:23
**copy**  7:20
**core**  14:20
**cores**  32:5
**corner**  74:17
79:21 130:9
**corporation**
1:5 2:6 9:6
100:12
**correct**  19:2
30:2 56:25
72:11,22 87:5
87:13 103:4
104:14,15
114:1 115:7
116:20,21
117:12 126:5,8
127:9,14
129:20 134:25
143:14

**correcting**
143:15
**corresponds**
22:1
**corroded** 39:18
**corroding** 75:5
**corrosion** 46:8
46:11 48:9
49:5 75:1
113:19 115:6
115:14 116:7
116:12
**corrugated**
44:3
**cost** 22:19
32:13,14 35:8
53:15 54:20
71:19 82:19,24
84:21 86:1
91:21 97:9
99:10,14 106:7
110:16,20
111:25 118:19
119:24 126:8
128:2 131:19
138:24
**costs** 33:8 75:5
84:14 85:5
92:18,19 93:9
93:10 95:8
96:25 98:23
99:2 132:15
133:13,14,18
133:22,24
134:1

**council** 11:6
12:3
**counsel** 1:10
3:3 20:21 25:4
46:24 52:9
56:24 69:17
104:8 106:13
143:7 144:12
146:14,16
**county** 16:24
17:1 23:8 62:6
63:15 64:2
84:7 145:4
146:4
**county's** 49:20
**couple** 72:18
86:15
**course** 11:22
12:11 18:14
**courses** 11:19
11:22,23,24,24
12:1,14
**court** 1:1 9:3
9:19 10:4,14
15:1 20:19
21:4 22:6,12
24:6,10 25:13
26:20 27:12
28:3 29:15,25
33:22 35:23
36:4 37:7,8,13
38:15,22 39:1
39:11 40:12
43:13,19 44:8
44:14 46:21

47:3,4,23 48:3
51:1,21 52:1,6
52:18 55:1,3,8
57:3 58:11,16
60:10,15 62:15
62:20 65:19,21
66:14,16 67:15
67:21 68:7,14
68:16 70:3,5
96:14 106:9
107:10 109:4
141:15 143:10
143:18,22,25
144:4
**courter** 20:18
**courtney** 1:17
9:10 141:13
145:6,16 146:6
146:22
**cover** 32:23
89:7
**covers** 84:21
96:6,7
**cracked** 140:8
**cracking** 48:23
**craig** 20:10
114:3 142:24
**create** 56:14
76:2 107:14
135:23
**created** 78:7
126:15
**creates** 56:8
**creating** 75:24
107:20 115:22

**creditors** 2:17
**criteria** 72:24
**critical** 123:15
**cross** 4:4 14:22
21:20 31:14
33:18 39:23
43:23 44:5,17
45:4 76:23
77:20 100:7
101:21 120:19
122:24 124:15
125:9,15,15
126:8,12
127:14 128:9
128:13
**crr** 1:17 9:10
145:6,16 146:6
146:22
**ctg** 1:4
**cube** 97:14
**cubicle** 60:19
60:22
**curiosity**
109:25
**current** 15:22
35:7 50:21
74:5 78:25
79:3 82:3 83:7
85:24 86:20
91:12 117:14
121:2 127:1
**currently** 11:7
13:24 127:3
**curriculum**
12:7

**cursor** 29:24
**cut** 53:13 79:22
**cutting** 78:2
**cv** 14:7

**d**

**d** 2:7 4:1 5:1
6:1 7:1 8:1 9:1
**dade** 23:7,8
84:7
**damage** 6:16
35:13,18 36:13
36:15,18 37:1
37:3 38:3,8
40:22 41:3,9
42:24 43:2,6
44:19 46:8,11
53:5,5,7,12
57:13 60:22
76:21 77:22
119:17 128:7
141:19,23
**damaged** 34:8
34:9,14 35:17
37:5 39:18,21
44:7 45:6,18
46:8 54:1,1
77:1 84:2
88:24 122:15
127:21 130:11
**danger** 75:3
**darker** 28:9
29:12
**data** 87:21
**date** 1:11 4:11
81:3,4 138:3

**dated** 4:13 7:12
7:15,17 146:19
**day** 14:16,16
72:2 81:5
124:7 142:19
145:11 146:19
**daylight** 48:10
113:20
**days** 28:18
87:10
**dealing** 109:5
**deals** 88:22
**debtor** 10:2
69:15,17,21
**debtors** 1:6 2:6
17:22 100:11
**decade** 74:23
**december**
103:17
**decide** 17:6
**decided** 32:10
91:18
**deemed** 116:10
**defects** 111:15
**deferred** 48:24
76:21 108:17
**deficiencies**
17:4 19:6
21:14 54:5
62:4 64:17
66:4 67:1
98:13
**defined** 135:13
**definitely** 17:16
56:15 85:9

102:25 114:19
122:20
**definitive** 118:9
**degree** 11:13
11:16,17,21
**delaware** 1:1
2:8,9
**delay** 83:3
**delivering** 58:3
**demo** 19:25
90:1
**demolition**
90:6 128:17
**department**
78:23 79:5
86:20 124:23
124:24 129:2
**depending**
32:14
**depict** 40:6
43:8 46:16
47:20 50:8
53:18 54:23
56:19 58:8
60:7 77:6
**depicted** 68:20
**depicting** 4:15
4:17,19,22 5:3
5:6,8,11,13,15
5:17,20,22 6:3
6:6,8,11,13,16
6:19,21 7:3,6,9
**depiction** 36:23
38:20

**deposed** 10:6
**deposition** 1:9
3:4 4:9 5:2 6:2
7:2,22 9:5 14:1
17:20 21:2
22:9 24:8
25:16 28:6
33:23 36:1
37:10 39:3
40:14 43:16
44:11 47:6
48:1 51:3,14
52:20 55:5
57:1 58:14
60:13 62:18
65:23 66:18
68:9,18 70:6
96:17 107:23
139:23 140:4
140:14 144:18
146:9
**depot** 85:21
119:10
**depth** 83:19
**describe** 19:12
35:13 52:22
90:9 94:6
101:12 125:8
**description**
82:21
**design** 11:2,17
11:24 50:21
71:14 72:24
84:7,15 110:18

**designed** 78:5
**detail** 24:5 37:5
  78:1 80:24
  84:8 91:1
  126:3
**details** 35:11
  78:11 83:21
  124:16
**deteriorate**
  67:14 118:3
**deteriorated**
  30:17 32:21
  119:6
**deteriorating**
  117:17,18
**deterioration**
  33:8 95:4,7
  111:21
**determine**
  105:1 112:2,8
  125:21 134:4
**determined**
  32:11 69:12
  86:1
**developing**
  94:5
**development**
  15:20
**device** 80:15,20
**devices** 79:25
  80:1 94:10,14
  94:19,21
**dial** 108:10
**difference**
  111:4 120:1

128:21
**different** 11:10
  13:23 14:17
  24:23 47:14
  58:22 59:6
  60:1,5,25
  70:16 71:5,6
  83:10 88:11
  96:9 97:5
  107:13 108:13
  111:9 117:3
  125:5 136:1
  137:18
**direct** 4:3 9:21
  85:5 87:25
  103:12 133:18
  133:23
**direction** 81:13
**directional**
  95:14
**directive**
  105:18 109:1
  109:13
**directly** 10:9
  36:21 109:5
  117:5 136:20
**director** 12:5
**directory** 136:2
**disassembling**
  68:1
**disciplinary**
  17:3
**disciplined**
  139:3,6

**discuss** 69:17
  72:17 116:14
**discussed** 61:19
  72:17,19 79:12
  113:2
**discussing**
  58:23 69:13
  91:16
**discussion**
  78:18 111:18
  144:6
**dispersed** 44:4
**disruption**
  71:10
**distant** 45:12
**distribution**
  63:1 93:6,11
**district** 1:1
**division** 85:3
  86:10 88:3,20
  90:19 94:7,22
  96:2 99:4
  133:12,16
**dock** 14:22
  19:19 21:20
  31:14 33:18
  34:5 39:23
  40:17 43:23
  44:5,17 45:4
  47:13 58:22
  76:23 77:18,20
  77:22 84:2
  85:20,25 89:3
  89:6,15,20
  90:13,13,14,22

91:10 94:9
  101:21 120:19
  122:24,25
  123:10 124:15
  125:9,12,15,18
  126:8,12
  127:14 128:9
  128:13,17
**dock's** 125:15
**docket** 27:2,12
**document**
  20:19 21:5,7
  22:6,13,16
  24:11 25:2,14
  26:2 29:14
  39:12 43:20
  44:9,16 46:22
  47:24 48:4
  50:25 51:7,22
  52:2,3 55:2,9
  56:22 57:4
  58:17 60:16
  62:17,22 65:20
  66:15 67:22
  68:15 70:4
  71:2 74:7
  76:12 81:12
  99:3 106:10
**documentation**
  15:11 86:23
  121:1,7
**documents**
  26:8 69:12,18
  69:20

**doing** 15:22
35:5,9 71:17
75:3 79:1,17
80:4 81:18
82:1,12 87:12
87:20 88:13
102:4,5 103:21
104:9 117:8
**dollying** 78:3
**door** 4:22 5:4,6
5:9,15 34:6,20
34:22,25 36:11
36:12,13 37:24
37:25 38:1,7,9
38:11 39:15,16
39:17,20,22
40:1,3,3 47:17
85:23,25 86:10
87:6 91:7
114:20 124:13
125:15 137:8
137:11,20
142:11
**doors** 35:1,5,14
35:15,21 37:20
37:21 41:2,4,6
41:7,12 45:1
47:16,19 77:17
78:13,23 79:4
84:4 85:24
86:2,11,13,17
86:19 87:3
90:25 91:8
98:14 101:21
111:2 114:17

114:18 120:20
120:23 121:1
121:10,15,19
123:1,7,11,15
123:19,24
126:2
**double** 25:7
142:22
**dozen** 32:20
**draft** 144:1
**drafted** 104:14
116:19
**drafting** 11:24
**drawings** 80:4
83:13,24 84:13
84:19 88:11
112:13 125:25
127:24 135:14
135:22
**drinker** 2:8
**drive** 117:16,21
**driver's** 145:10
**drivers** 95:15
118:25 131:13
**drone** 19:21
23:17,17 42:5
42:18 73:16,18
76:7 103:24
**drywall** 53:12
53:16,17 59:1
61:11 86:7
88:23,24
137:21
**duct** 56:5 93:15

**ducting** 55:24
56:1,4,8 57:21
58:2 93:6,11
**ductwork** 62:1
93:16,23
**due** 54:13
**duly** 145:9
**dumpster**
85:10
**dur** 23:3
**dynamic** 87:19
87:22

**e**

**e** 2:1,1 4:1 5:1
6:1 7:1,14,17
8:1 9:1,1 96:20
106:23,24
136:20 137:3
**e2018-15**
109:22
**earlier** 18:6
43:1 51:9
57:16 73:9
89:2 91:16
92:6 103:2
110:18 111:20
115:20 117:7
120:16,22
121:25 126:23
135:16
**early** 103:20
142:23
**east** 1:18 9:12
45:2

**easy** 81:20 82:3
133:17
**eats** 49:8
**eave** 124:20
**education**
10:22,23 16:21
**effective** 71:19
91:21 93:24
99:10 110:16
110:20 116:8
131:19 136:25
138:24
**efforts** 17:14
**either** 21:18
35:2 36:21
41:22 42:19
61:3 78:2
86:16 131:8,23
144:12
**electrical** 6:19
6:22 7:4,7,10
62:3 63:10,16
63:20,23 64:14
64:20 67:3
68:5 69:1
79:25 81:10
94:7,16 137:7
137:22 138:9
138:12,19
**electricians**
136:4,6,7
138:13
**elements** 111:9
**elevated** 77:21
125:18

**eliminate** 73:4
**ellis** 2:3 100:10
**employ** 124:23
**employed**
    12:10 113:22
**employee**
    103:12 146:14
    146:15
**encapsulate**
    70:18
**enclosed**
    128:16
**encompassing**
    122:8,9
**engage** 88:10
    88:23 112:6,12
    138:12
**engaged** 63:18
**engineer** 37:4
    46:13 63:17
    66:8 78:10,24
    79:18 80:3
    88:10 92:10
    112:7,13
    125:21 126:4
    127:24 135:23
    138:12,21
**engineered**
    40:23 74:4
    83:13 84:18
    125:18
**engineering**
    13:2 54:4 63:3
    63:18,25 66:5
    83:23 84:17

126:1 138:16
**entered** 13:25
**entire** 55:21
    111:8 116:1
**entirety** 42:1
**entity** 100:12
    139:7
**envisioning**
    131:5
**epoxy** 131:6,18
    131:22 132:3
**epoxy's** 131:25
**equipment**
    19:16 27:19,21
    30:8 59:14
    85:11,13 93:2
    93:5,6 103:22
    133:22 141:25
**ernest** 7:14,15
    105:6
**ernie** 19:18
    20:12 96:20
    104:23 116:24
    117:1,2 119:4
    142:25
**escalation**
    82:19,24
**especially** 72:3
    75:6 82:25
    108:4 117:6
**esquire** 2:2,2,7
    2:7,12,13
**established**
    88:7

**estate** 103:11
    108:6,12 129:2
**estimate** 49:12
    50:5 71:3
    72:13 92:23
    98:23 99:14
    101:11 104:17
    107:3 111:13
    119:2,14 126:7
    126:10,11
    140:18
**estimated**
    22:19 126:8
    133:15
**estimates** 64:12
    87:15 88:15
    105:10 110:14
    115:16
**estimating**
    11:22 12:1,11
    15:12,23 17:7
    17:14,16 35:8
    50:24
**estimation**
    103:3
**et** 1:5 9:6
**eventually**
    28:18 75:4
**everybody**
    143:17
**everything's**
    69:3 136:15
**evidence** 49:5
    93:21

**ex** 96:9 133:7
**exact** 35:9 79:1
    124:12
**exactly** 78:10
    92:10 134:15
**examination**
    4:2,3,4 9:21
    100:7
**examine** 76:7
**example** 12:10
    30:18 36:12
    37:19 39:15
    45:3 47:18
    48:11 68:3,25
    76:20 80:18
    93:14 124:21
**except** 23:5
**exception** 93:7
**excessive** 115:6
**excessively**
    117:19
**exclusions**
    82:20
**exclusively**
    14:18 18:17
**exercise** 64:19
    81:20 112:4
    121:6 135:12
**exhibit** 4:10,13
    4:15,17,19,22
    5:3,6,8,11,13
    5:15,17,20,22
    6:3,6,8,11,13
    6:16,19,21 7:3
    7:6,9,12,14,17

[exhibit - facility]                                     Page 16

20:22,24 21:2
21:5 22:8,9,14
22:23,24 23:20
24:7,8,11
25:14,16 26:24
28:5,6,9 29:7
30:12,13 31:21
33:22,23 34:2
35:25 36:1,5
36:23 37:9,10
37:14 38:19
39:2,3,7,12,14
40:6,13,14,16
43:7,15,16,20
44:10,11,15
46:16,23,25
47:5,6,10,20,25
48:1,5 51:2,3,6
51:14,24 52:7
52:11,19,20,23
53:18 54:23
55:4,5 56:19
57:1,4 58:8,13
58:14,17 60:7
60:12,13,16
61:6,13 62:18
62:22,25 64:24
65:15,20,22,23
65:25 66:11,15
66:17,18,21
67:17 68:8,9
68:11,17,18
70:5,6,9 72:9
72:16 77:6,15
78:16 79:11

80:21 81:1
84:11 90:20
92:24 96:16,17
96:19 97:22
99:2,6,10
103:25 106:11
106:12,18
107:22,23
116:7 127:5,21
130:1,6 132:22
**exhibited** 115:6
**exhibits** 4:9 5:2
6:2 7:2,22
69:14
**exist** 135:5
**existed** 19:6
**existing** 20:1
47:19 54:7
70:18 71:9
72:6 82:12
91:23,23 93:15
101:21 117:6
**expand** 15:21
57:24 79:11
81:21 111:23
**expanded**
103:24
**expect** 84:8
88:12 104:7
123:19 124:21
141:4
**expectancy**
112:25
**expectation**
129:1

**expenses** 85:15
96:8 133:3,7
133:22,24
134:17
**expensive**
54:15 132:17
134:18,21
**experience**
108:25 109:2,4
112:5
**expert** 10:7,8
**expertise** 63:8
**expires** 145:18
**explain** 81:1
89:25 92:23
96:4 133:17
143:17
**exploratory**
19:25
**expose** 71:13
**exposed** 30:18
111:23 114:15
**exposing** 83:19
**extend** 42:21
49:5 138:5
**extensive** 30:19
42:1 48:9
**extent** 32:15
33:16 37:1
41:3 54:13
116:25 119:19
125:21
**exterior** 4:17
76:8 90:12
94:23

**extra** 32:13
**extreme** 95:4
**extremely**
124:1

**f**

**faced** 40:21
45:8 92:4
**facilities** 14:23
19:18 46:9
49:15 71:9
73:6 76:24
85:8 97:6
101:22 103:11
117:4,6 133:21
**facility** 4:10,14
4:16,18,20,23
5:4,7,9,11,13
5:16,18,20,23
6:4,7,9,12,15
6:17,20,22 7:4
7:7,10,18
21:11,17,20
22:18 24:22
35:1,10 39:24
40:18 42:4
43:11 49:25
50:13 52:25
60:21 62:2
63:2 66:2,24
67:11 70:21
71:23 72:2,10
72:20 73:17
75:7 76:18
82:6,6,12,13,15
82:16 83:22

89:16 94:15
98:10,17
101:16,17,20
103:8 104:5,6
105:18 107:12
107:20 109:11
110:15 122:18
124:10,10
125:9,20 129:8
137:19 140:18
**facility's** 71:16
119:2
**facing** 47:12
**fact** 25:23
69:20 75:18
77:25 98:17
106:24
**facts** 49:21
**faegre** 2:8
**faegredrinker...**
2:10,11
**fail** 79:21
**failed** 45:15
47:15
**fair** 75:8
100:18 101:2,3
128:2
**fall** 75:21
**fallon** 2:7 4:3
9:22 14:2 15:4
20:18,23 21:3
22:5,10 24:6,9
25:3,13,18
26:19,21,22
27:11,13,24

28:3,7 29:15
30:1,11 33:21
33:25 35:23
36:3 37:7,12
38:15,17,25
39:5,8,10
40:11,15 41:14
43:13,18 44:8
44:13 46:21
47:1,8,23 48:2
48:16 50:25
51:5,12,18,25
52:6,12,16,21
55:1,7 56:22
56:25 57:2
58:11,15 60:10
60:14 62:14,19
65:19,24 66:14
66:19 67:15,19
67:20 68:7,10
68:14,19 69:8
69:10 70:1,7
96:13,18 99:18
100:5 110:4
123:4,13
128:23 130:1,4
130:6 131:21
141:10 142:13
142:17 143:8
143:13,21
144:3,17
**familiar** 34:10
109:16,22
**fan** 41:19

**far** 27:8 31:16
132:19 134:9
140:19
**fashioned**
136:24 137:3
**fast** 14:25 86:9
**fasten** 45:25
**fastened** 69:3
**fasteners** 48:25
49:4 67:24
68:4 73:19
75:24
**fax** 2:4,10,15
**fee** 96:5 102:22
132:25
**feel** 32:19
126:24
**fees** 85:1,1
**feet** 53:1 89:2
89:11,20,21
98:4,5 126:21
**feld** 2:13
**felt** 31:16 32:22
108:16,24
**fence** 76:19,22
76:25 119:17
119:20,22
120:4,8,11
122:11,15,17
127:23
**fencing** 76:13
95:19 119:13
120:2 121:23
122:5

**fi** 88:9
**fiberglass**
41:21
**field** 14:16 15:9
**fieldwork** 15:7
**figure** 75:16
119:15 138:13
**filled** 84:22
**final** 66:8 128:1
**financial** 16:5,7
**financially**
146:17
**find** 46:7
**findings** 111:14
**fine** 80:19
100:25 142:7
**fines** 64:8
**finish** 49:7
54:20 85:17
**finished** 12:19
13:11
**finishes** 88:21
**fire** 41:1 53:4
53:25 79:14,15
79:18 142:7
**firm** 83:16
100:10
**firm's** 96:9
**first** 20:11,15
23:6 26:2 29:5
103:6
**five** 21:5 76:9
86:14 87:4
99:19 100:1
113:17 121:11

140:15 141:8
**fix** 54:9,10
  56:17 59:20
  76:1
**fixture** 138:19
**fixtures** 53:4
  54:3 94:18
  142:6
**flag** 114:13
**flange** 46:11
**flat** 102:22,22
**flew** 73:18
**floor** 4:15
  89:24
**flooring** 6:14
  6:17 58:24
  59:20 60:24
  61:4,9 89:5
  90:1,3,6
  124:14 127:14
  128:6 129:18
  129:22 130:11
  130:13,19
  131:7,8,12
  132:17 137:21
**flooring's**
  129:4
**floors** 53:6
**florida** 1:14,19
  9:8,13 16:20
  18:5,8,10,17,21
  18:25 19:1
  50:18 58:5,5
  63:14 72:3,23
  91:25 101:22

125:6 145:3,7
  145:10,17
  146:3,7
**focus** 15:20
  16:4 21:14
  62:13 65:13
  70:13
**focused** 12:1
  29:6
**folder** 22:2
**folks** 114:12
  131:17 137:12
**follow** 122:4
  138:8
**following** 11:5
  21:9,13 28:20
  81:5 96:21
**foot** 92:15
  129:17 131:23
  134:10,20
**footprint** 89:13
  94:4
**foregoing**
  146:10
**forklift** 34:8
  35:17 36:13,18
  36:21 38:4
  43:3 78:5
**form** 4:13 7:12
  22:17 82:23
  96:24 110:4
  123:4 128:23
**format** 102:10
**former** 30:8

**forty** 140:15
**forward** 62:7
  112:6 141:5
**found** 136:24
**foundation**
  25:23
**four** 42:9 73:23
  80:7 86:14
  87:4,23 120:23
  138:4 142:1
**fpr** 1:17 9:10
  145:6,16 146:6
  146:22
**fraction** 118:19
**frame** 34:14
  36:10 37:1,2,6
  43:3,6 44:18
  46:1
**framed** 124:18
**framing** 35:6
  38:13,13 39:18
  40:3,24 45:24
  70:19 73:1
  78:15,16,24
  79:2,6 84:3,6
  86:17 90:23
  91:2,10 98:15
  112:11 124:13
  125:22 126:2
  142:11
**freight** 1:10
  2:11 14:21
  17:20 18:20
  20:10 21:17
  22:21 24:16,22

27:3,17 32:7
  63:18,23 81:19
  86:19,23 90:16
  93:1 96:21
  98:19,25 100:6
  103:9,12 104:4
  104:9 105:9,25
  107:11 109:8,8
  109:10 113:23
  114:3,12 117:5
  117:8 119:25
  123:18,22
  125:10,11,12
  126:17 132:21
  142:24,25
  143:9
**freight's** 20:8
  130:23
**fuel** 24:21
  85:13
**full** 10:12 34:19
  83:19 119:19
**fully** 83:13 84:8
**functional** 38:7
  38:11 94:13
**funky** 98:1
**furniture**
  130:11
**further** 32:11
  45:15 47:13
  48:13 100:5
  143:8 146:13
**future** 22:12
  45:12 73:22
  141:20

| g | girts 79:7 | 51:18,19 54:6 | government |
|---|---|---|---|
| g 9:1 | give 9:16 23:12 | 61:4 75:4,9 | 23:10 49:22 |
| gap 79:23 | 64:6,20 102:8 | 78:24 79:5 | 64:7 |
| gaps 56:2 | 106:14 118:9 | 80:19,24 82:16 | governmental |
| garage 4:22 5:4 | 124:9 | 86:9 88:16 | 16:25 |
| 5:6,9,11,15,17 | gives 47:13 | 93:11,19 94:9 | grade 32:25 |
| 35:13 | giving 10:12 | 103:21 105:22 | 61:3,4 131:9 |
| gate 119:1 | go 10:21 12:22 | 106:7,8 109:9 | 131:15 |
| gauge 50:19 | 24:4 25:18 | 109:10 110:18 | graduate 12:24 |
| 79:3 84:6 91:3 | 30:12,15 33:4 | 111:23 115:21 | graduated 12:5 |
| 91:24 | 33:8 35:16 | 117:20 118:9 | 12:16,17,24 |
| gc 10:8 132:25 | 46:6 49:15 | 122:20 123:18 | 13:1,17 |
| gears 116:14 | 56:14 60:1 | 130:23 131:22 | granular 134:8 |
| general 16:18 | 63:24 64:21 | 132:4 133:24 | great 48:11 |
| 30:25 64:10 | 69:8 71:21 | 134:9,17,21 | 86:24 132:14 |
| 85:3,4 87:14 | 72:24 79:4,20 | good 9:23,23 | grid 53:3,24 |
| 101:23 112:21 | 80:24 84:14 | 9:25 12:2 | 54:7,10,17 |
| 112:22 113:14 | 86:8 87:21 | 15:21 17:13 | 55:21 56:8 |
| 113:15 133:13 | 88:10 89:19 | 31:15 37:19 | 57:10,20 59:2 |
| 133:14 135:18 | 91:5 95:8 97:3 | 41:1 44:6 | 89:4 |
| generally | 97:13,14,18 | 54:10,11 64:24 | grid's 54:2,2 |
| 101:12,14 | 99:18 100:3 | 79:19 81:17 | grilles 93:12 |
| 102:1 113:1 | 101:19 107:12 | 88:17 98:24 | ground 46:12 |
| 125:8 127:18 | 110:5 113:10 | 99:7,11,15 | 101:16 120:10 |
| generic 96:24 | 118:25 129:6 | 100:3,9,19 | group 63:19 |
| georgia 16:20 | 132:19 135:8 | 102:3 107:17 | 66:5 83:23 |
| 18:6 | 136:7,12 | 121:15 123:19 | 84:17 103:11 |
| getting 33:7,19 | 137:16 141:13 | 124:20 134:8 | 126:1 |
| 34:14 49:22 | 143:16 | 137:1 142:8 | guard 114:4 |
| 72:15 75:18 | goes 70:19 88:5 | 144:11,14 | guess 9:23 |
| 87:25 93:18 | going 9:3 10:1 | gosh 134:6 | 16:19 30:5 |
| 114:11 115:23 | 10:4 13:4,6,13 | gotten 56:16 | 42:9 59:17 |
| 123:23 | 14:23 19:8,22 | governing | 71:22 82:18 |
| gfci 80:11 | 25:1,21,22 | 139:3,13 | 84:24 114:17 |
| | 33:10 37:3 | | 123:14 128:25 |

**guidance** 104:1 104:3
**guide** 109:23
**gump** 2:13
**guy** 105:4 111:19,19
**guys** 95:25 134:17 144:16
**gypsum** 56:16

**h**

**half** 20:16,17 32:20 97:7
**hand** 9:14 10:16 30:16 45:17 74:17 75:1 79:21 90:4 130:9
**handler** 93:8
**handwritten** 6:22
**hanging** 40:22 41:16,19,23 42:16 47:18 53:9
**happen** 90:25
**happening** 12:9 74:25
**happens** 64:3 75:25 95:7
**happy** 137:14
**hard** 46:15 84:5 101:11
**hardening** 92:7 92:16

**hate** 98:4
**hauer** 2:13
**hazard** 114:8
**hazards** 67:7
**head** 10:16 79:22 125:14
**headache** 73:8
**header** 38:2,8
**heads** 79:14
**hear** 17:5 26:13 144:10
**hearing** 139:16 139:19
**heavier** 84:6 91:3
**height** 124:20 125:12
**help** 17:13 49:5 94:5 131:15
**helping** 15:8
**helps** 12:7
**henschel** 20:10 114:3 142:24
**herndon** 7:15 7:17 20:9 27:4 27:17 51:10,16 103:8,10 105:25 106:25 107:1 108:7 140:1 142:23 143:4
**hey** 108:14 138:18
**hh** 145:18

**high** 10:23,25 12:25 13:1 50:17 77:22 97:6,7 125:1 125:18 128:7 128:10
**higher** 15:10 33:9 70:15 131:24 132:15
**hire** 63:23 83:23 84:16
**hired** 137:16
**historical** 83:15 87:21 93:2
**hit** 64:7 99:2 120:11
**hmm** 50:15
**holds** 119:11
**home** 13:3 85:21 119:10
**hope** 133:9 137:18
**horizontal** 43:5
**horrible** 93:7
**hotels** 134:17 134:18
**hour** 16:18 20:15
**hours** 20:17 28:19 72:4 140:10
**hugger** 70:17 71:11 110:19
**humidity** 57:17 58:4,7

**hundred** 101:11
**hurricane** 50:17 72:21 121:2 125:1
**hvac** 55:15,16 57:25 92:21 104:18 105:3 137:22 141:25
**hvhz** 124:25
**hybrid** 1:8 15:7
**hypothetically** 114:5 116:9 137:17

**i**

**idea** 92:12 94:14
**ideas** 138:16
**identical** 102:11
**identification** 145:10
**identified** 114:7 133:13
**identify** 21:7 22:16 39:6 44:16 48:6 60:18 62:24 136:1 141:18
**illinois** 2:4
**images** 19:22
**immediate** 114:8 141:21
**impact** 36:15 37:3 38:3 41:9

43:2 57:13
84:25
**import** 80:6
**importance**
95:24
**important**
78:21 95:22
122:20 123:6
123:22
**impressions**
61:17
**improve** 92:5
**improved**
113:13
**improvement**
59:9
**improvements**
19:9 22:20
94:23
**inch** 31:19 92:4
**inches** 31:8
95:1 97:8
**incl** 80:2
**include** 32:24
83:2 90:17
91:22
**included** 33:3
35:7,10 80:2
81:6 90:5,12
96:2 122:1
127:13 133:14
142:14,18,23
**includes** 81:8,8
81:9 82:6,19
89:3 90:9 91:4

**including** 7:4
30:9 83:19
**incorporated**
105:5 107:4
**increase** 73:2
**incurs** 85:5
**indicated** 36:17
**indicates** 10:19
29:25 36:16
38:21,22 119:1
120:12
**indicative**
37:23 42:17
57:15
**indirect** 96:8
133:3
**industrial**
14:19 19:18
101:24 102:5
134:10
**industry** 12:9
98:7 133:10
**inflation** 83:1
**influence**
105:10,12,20
**information**
8:4 49:20,23
83:18 87:1
121:22 134:11
**initial** 4:8 5:2
6:2 7:2,22
17:11 59:19
64:18 70:11,13
71:2 84:15
87:20 112:14

138:10
**initially** 64:13
103:17 138:4
**inoperable**
34:25 35:2,16
47:19 61:22
93:8 114:21
123:16
**input** 105:16
106:1,25 107:5
107:5
**inside** 73:10
90:11
**inspected** 19:20
24:15 79:16
**inspection** 4:10
7:18 19:25
20:5 21:8,10
21:11,14 22:18
23:22,25 27:18
27:20 29:1,5,9
29:10,18 32:8
32:9 46:5
51:10 59:19
61:21 62:3,6
63:5,16,20,22
64:4,11,16
65:10,11,13,16
66:7,25 68:13
69:7 70:22
71:7 77:9
79:13,21 81:5
96:22 103:3,7
103:21,23
105:19 108:2

110:12 112:5
114:2,22
116:16,18,20
126:16 140:17
140:19 141:18
142:20,23
**inspections**
4:11 18:22
19:24 20:4,7
49:24 59:16
63:4 110:2
126:14
**installed** 69:3
**instance** 106:1
109:1 115:11
134:16 135:19
**instructed** 8:2
103:16
**insula** 42:15
**insulation**
40:20,21,22
41:16,21,23
42:16 43:25
44:4,7,19 45:8
45:15 47:15
70:23 71:1,17
71:18 72:7,15
91:18 92:4
**insulation's**
45:11,18
**intent** 113:6
**interested**
146:17
**interesting**
46:7 57:13

**interference** 75:12

**interim** 49:17

**interior** 6:6 48:18 53:19 54:24 58:9 60:8 61:14,18 90:10,11

**intrusion** 116:13

**invitations** 135:20

**invoice** 140:19 140:24

**involved** 10:9 83:3 107:10

**ish** 121:5

**island** 24:21

**issue** 55:16 58:4,7 64:8 76:17 78:20 108:9 109:4 114:15 139:13

**issues** 29:21 53:24 57:16 124:14 141:19

**it'd** 108:7

**it'll** 46:6 94:16 94:16

**item** 67:13 77:1 86:25 94:24 122:19,20 126:21

**items** 80:2 81:7 103:24 107:4

108:18 123:22 126:23 134:2 141:19 142:10

**j**

**jackie** 2:7

**jacksonville** 134:22

**jaclyn** 2:7

**jaclyn.marasco** 2:11

**january** 18:23 19:15 27:18 28:1 29:1,10 59:19 65:10,16 66:7,12 67:5 68:13 69:7 70:10,12 95:18 96:22 116:18 126:15 142:20 142:21,23

**jeffrey** 2:12

**jeremy** 105:4

**jlatov** 2:16

**job** 34:15 35:11 37:4 83:22 85:13,14 96:7 96:11 112:20 124:17,18 127:17 133:5,9 133:19,23,25 134:16

**jobs** 17:8

**joints** 60:3

**judgment** 81:16

**jump** 97:13 121:23 122:23

**k**

**keep** 10:14 12:7 15:21 16:6,6 52:12 75:3 111:21

**kennedy** 1:18 9:12

**kevin** 2:13

**kind** 10:9 11:25 12:13,14 13:8 13:23 15:6 16:25 18:11 19:20 28:25 32:20 41:3,8,9 43:24 44:3 45:8,10 47:13 55:17 57:7 60:2 71:10 76:20 82:10 83:15 84:24 90:3 93:2,17 95:2,20 96:23 98:1 102:14 104:10,18 107:9 108:13 108:17 111:20 112:14 115:16 115:20 130:9 132:20 134:9 137:11 140:7,9

**kinds** 97:5

**kirkland** 2:3 100:10

**kirkland.com** 2:5,5

**knock** 39:25

**know** 12:8 13:8 13:9,22 14:22 15:10,20 16:5 16:18 17:12 19:6,9,10 20:1 20:2,17 28:17 28:19 29:15,23 30:16 31:2,5 31:13 32:7,19 32:24 33:10,17 35:21 37:3 42:3,21 43:3 44:5 45:8 46:4 48:8,13,25 49:14,17,21 56:3 57:15,19 59:13,19 60:4 64:3,13 67:9 67:12,23 70:12 74:3 75:15,20 76:9,20,23 78:14 80:3,13 80:22 82:9 83:2,8,9,12,22 84:5 85:19 86:4,24,25 87:25 88:9 89:17 92:4,11 92:16 96:6,9 97:4,18 100:17 101:18 104:8 104:25 105:21

106:4 107:12
107:15,19
108:17,18
109:4,9 110:18
110:23 111:10
111:18 112:6,8
112:25 113:16
114:11,17
115:2,22
117:17 118:21
119:11,21,23
120:9,22
121:17,18
122:18 123:16
123:21,24,25
125:5,7,13
126:15 127:19
127:23 129:1
130:14,22
133:3,6,7
134:8 136:3,7
136:9,10,13,23
137:2 138:2,10
138:15,18,19
140:24 144:9
**knowledge**
65:4 111:3
113:25 121:9
124:22 139:12
140:23
**known** 103:14
109:18 117:2
**knows** 104:22
**kzuzolo** 2:16

**l**

**l** 3:1 45:22
**label** 7:5
**lack** 25:22
**ladder** 73:17
**laid** 53:24
**lampley** 2:2
**landscape**
76:20 119:18
**langhoff** 1:17
9:10 145:6,16
146:6,22
**large** 19:18
45:9
**larger** 102:24
**lasalle** 2:3
**lasted** 20:14
**late** 103:17
**latov** 2:12
**lawyers** 140:11
**lay** 31:9
**leak** 40:22
42:17 44:20
45:13,18 55:15
59:7
**leakage** 45:19
56:5
**leaks** 42:4,13
42:14 44:22
56:9 75:16,24
76:1,2 115:22
130:12
**leasable** 108:15
108:22 109:11
118:14 128:13

129:14 132:10
**lease** 19:8 60:4
124:3 129:8
130:15,19
**leaseability**
110:21
**led** 73:5 115:6
**left** 28:8 34:7
34:22,25 37:22
45:16,17 46:1
74:9,17 130:9
**legal** 1:18,18
9:11,11 83:3
**length** 77:17
89:2
**lens** 104:10
**level** 15:10
46:12 77:22
88:7 95:6
**license** 17:6
18:6 145:10
**licensed** 16:18
16:20 17:4
63:23 67:2
**licensing** 16:24
17:1 139:4
**licensure** 16:21
**life** 31:6 42:22
48:12 49:6
56:6 57:23
61:2,23 74:24
76:5 93:24
95:4 101:19
112:25 123:12

**lifespan** 123:2
**light** 54:3 94:18
**lighting** 53:4
142:6
**lights** 73:6
**likely** 10:2
36:18 50:19
51:8,16 61:11
73:4 83:23
131:9
**limit** 71:10
114:19 129:7
**limited** 27:9
31:17 32:8,24
111:6 118:10
118:21
**line** 27:4 111:3
**lines** 1:10 2:11
17:5,20 44:18
100:6 103:12
105:9,25
111:12 119:7
**listed** 90:22
**listen** 100:14
**little** 24:5 29:16
57:24 80:23
125:16 131:16
131:24
**live** 1:8
**llc** 2:11
**llp** 2:3,8,13
**load** 11:22
75:23 85:12
121:2 135:24

**loading** 34:5
40:17
**loads** 97:7
**local** 17:1
**located** 52:24
72:21
**location** 98:19
98:21
**locations** 98:17
**lodging** 85:15
**long** 12:18
20:13 75:9
118:2,10
**longer** 27:22
117:19
**look** 19:7 24:23
26:23 27:5,16
29:19,20 37:22
41:3,5,7,18
42:18 51:12,19
54:10 65:18
73:12 79:19,25
82:18 86:14
92:14 98:20
102:14 103:18
104:3 106:6
110:15 112:7
117:9 120:23
120:24 122:19
126:2 131:4
134:5,12,19
136:6
**looked** 59:14
61:22 66:3
73:9,10 91:6

104:10,24
119:4 130:22
142:7
**looking** 34:19
45:7 49:21
67:19 83:14
127:17 130:17
138:15
**looks** 24:21
30:7 35:17
47:17 80:7
84:12 107:17
137:22
**loose** 67:25
68:4
**loosening** 75:23
**lopez** 7:14,15
19:18 20:12
96:21 98:9,16
104:23 116:24
117:1 142:25
**losing** 52:12
**lot** 4:20 5:22
14:22 15:11,12
15:18,22 19:16
19:17 27:19
46:9 54:18
64:16 72:17
73:6 81:23
108:8 109:3
117:3 131:13
**lots** 45:17 60:1
78:6
**love** 132:14

**low** 136:12,13
**lower** 30:2,5
**lull** 85:12

**m**

**machine** 85:20
90:2,2
**made** 19:10
64:4 65:5 66:7
81:3 82:2
112:9 135:10
**mail** 7:14,17
96:20 106:23
106:24 136:20
137:3
**main** 34:20
60:20 63:1
66:23 74:1,19
76:22 79:15
89:3,6,13,20
94:8 142:2
**mainframe**
34:7 41:20
42:23,24
**mainframes**
40:23 73:2
**maintenance**
4:14 31:4
48:24 49:3
67:13 73:8
76:20 81:7
82:6,7,11,14
93:3 101:17
107:20 108:17
142:3

**majority** 35:2
35:15 41:2,8
93:10 118:1
123:16
**make** 12:13
21:19 32:5
33:13 53:16
62:11 63:13,24
64:12,21 68:5
69:2,22 77:25
78:9 79:19
82:3 83:1
87:24 92:13
95:21 96:7,10
107:3 108:21
121:17 122:21
128:18 130:21
131:16 133:5,9
133:17 136:14
141:8
**making** 93:18
104:16 120:13
**man** 72:4
**management**
11:3 12:12
**manager** 14:10
15:5,6,19
17:13 85:7
108:5 133:20
**managers**
15:24 103:8
**managing** 15:9
**manipulate**
130:24

| | | | |
|---|---|---|---|
| **manner** 101:15 | 48:1,4 51:3,14 | **mbci** 92:2 | 84:19 85:2 |
| **mar** 65:11 | 52:18,20 55:5 | **mean** 35:16 | 99:6,11 103:3 |
| **marasco** 2:7 | 57:1 58:14 | 82:9 86:12,15 | 103:7,15 104:2 |
| 13:25 25:4,25 | 60:11,13 62:18 | 87:20 107:9 | 110:12,15,22 |
| 26:6,14,16,18 | 65:23 66:18 | 109:3 136:20 | 113:7,13,25 |
| **march** 18:23 | 68:9,18 69:14 | 143:12 | 114:5 116:9,16 |
| 21:10 23:23,24 | 70:6,9 80:22 | **meaning** 80:9 | 119:2 120:25 |
| 27:20 65:11,13 | 96:17 107:23 | 80:15 82:8 | 124:10,22 |
| 70:22 71:7 | **market** 83:7 | **means** 31:8 | 125:20 126:3 |
| 77:9 79:9 81:5 | 91:10,12 92:18 | 58:7 110:20 | 132:10 135:7 |
| 103:20 114:2 | 94:1 134:2,4 | 111:6 135:20 | 137:17,19 |
| 116:19 126:15 | 135:3 | **meant** 34:13 | 138:25 140:18 |
| **mark** 20:19 | **market's** 87:22 | **measurement** | **meet** 50:21 |
| 22:5,6,8 24:7 | 134:9 | 98:1,2 | 79:3 86:20 |
| 25:14 28:4 | **marks** 59:12 | **meat** 85:22 | 98:20 107:12 |
| 33:22 37:9 | 60:2 | **medley** 4:13,16 | 121:2 |
| 39:1 40:12 | **matching** 12:15 | 4:18,20,23 5:4 | **meeting** 103:18 |
| 43:14 47:4,25 | **material** 28:16 | 5:7,9,11,13,16 | **meets** 32:6 |
| 51:2 52:7,14 | 29:3 31:22 | 5:18,20,23 6:4 | 78:25 84:6 |
| 52:16 55:3 | 32:1,6,10,12,17 | 6:7,9,12,15,17 | **mention** 124:3 |
| 56:24 58:12 | 36:22 38:14 | 6:20,22 7:4,7 | **mentioned** |
| 62:21 65:22 | 82:19,24 85:12 | 7:10,13,18 | 42:23 45:20 |
| 66:17 67:16 | 87:24 118:3 | 14:24 18:20 | 57:16 132:13 |
| 68:8,16 70:2,5 | **materials** 11:23 | 19:1 23:4 | **messing** 10:19 |
| 96:15 106:12 | 11:25 109:17 | 28:22 29:9 | **met** 117:8 |
| 107:21 | **matt** 100:10 | 30:14,22 31:1 | **metal** 36:25 |
| **marked** 7:22 | **matter** 9:5 64:2 | 31:6 34:17 | 40:23 44:3 |
| 21:2 22:9,14 | 101:7 139:17 | 36:24 38:20 | 48:12 75:14 |
| 24:8 25:16 | 139:20 140:17 | 40:9,18 43:11 | 92:2,14 104:20 |
| 26:24 28:6 | 141:3 | 46:19 47:21 | 105:8 111:19 |
| 33:23 35:25 | **matter's** 66:9 | 50:9,13 53:19 | 125:18 137:8 |
| 36:1 37:10 | **matthew** 2:2 | 54:24 56:20 | 137:10 |
| 39:3 40:14 | **matthew.wal...** | 58:9 60:8 | **method** 91:19 |
| 43:16 44:10,11 | 2:5 | 61:15,18 68:12 | **methods** 11:23 |
| 46:23 47:6 | | 69:6 70:12 | 11:25 88:12,12 |

**miami** 18:25
23:7,8 84:7
98:19 117:7
134:17,21
**mid** 18:15
97:20
**middle** 28:8
30:5 41:19
45:9 57:8
58:21 128:17
**mill** 31:7 94:25
**millimeter** 97:7
**million** 102:6
**mind** 10:14
**minimal** 141:23
**minimum**
130:21 132:20
**minor** 61:11
75:25 128:6
**minute** 99:19
100:1 141:8
**minutes** 140:15
**missed** 107:16
**missing** 41:23
42:16 44:7
45:10 54:3
136:13
**mission** 32:7
**mistake** 81:2
**mix** 119:11
**modifications**
112:9
**moisture** 56:16
56:18

**mold** 56:15
**moment** 20:25
143:18
**monday** 1:11
**morning** 9:23
140:6,8
**morris** 1:14 9:7
**mortar** 78:4
**motions** 10:16
10:16
**move** 29:24
35:19 62:12,14
104:5 128:1
**moved** 27:21
112:6
**moves** 141:5
**moving** 11:11
62:7 104:4,6
107:25 114:12
**multiple** 135:9
**multiplied** 91:8
**multiply** 98:6
**municipality**
21:19

**n**

**n** 1:17 2:1 3:1
4:1 5:1 6:1 7:1
8:1 9:1 45:22
145:6,16 146:6
146:22
**name** 9:10 82:5
100:9 105:2
**named** 26:5
105:4

**narrative** 21:12
135:24
**near** 5:4 48:25
50:20
**necessary**
88:16 99:6
122:23,25
123:10
**need** 10:17
12:15 19:10
29:4 30:19
31:22 32:2,12
32:18 35:21
37:4 38:5,14
40:1,4 48:13
50:19 53:6,12
55:18,20,25
58:25 59:1,2
61:2,10,11
63:6 68:4 77:2
78:9 79:25
85:9 86:5,16
86:18 87:3
88:7,23 89:24
90:25 91:3
92:13 95:16
98:5 100:1,25
108:14,18,21
109:9 112:9
116:1 120:2
123:22 125:24
125:25 126:1
130:18,25
141:19

**needed** 31:11
53:17 65:3
67:9 77:3
91:18 92:22
118:22 120:8
125:22,25
128:18 129:19
141:24 142:2
**needing** 80:18
**needs** 32:25
40:4 59:22
74:2 76:5 91:5
93:25 112:3
117:23 119:18
120:4 142:1
143:14
**never** 25:1,12
42:10 106:3
139:12
**nevertheless**
59:8
**new** 2:15,15
21:17 31:9
33:11 40:1
54:8,15 56:17
61:4 70:19,25
71:3,17,18
72:15 73:5,6
75:24 76:2
80:14 82:13
90:7 91:24
94:15 95:1
101:16 104:5
108:19 115:22
121:14 123:17

123:23 136:17
**newer** 54:16
72:13,13 86:15
120:24 121:20
**nice** 72:5,5
92:25 131:25
135:25
**nicer** 131:16
**north** 1:14 2:3
9:7
**northeast**
18:15
**northwest**
18:24
**notary** 145:7
145:17 146:7
**note** 6:23 44:22
49:25 53:11
57:14 78:21
81:2 113:4,6
**noted** 21:15
27:23 33:24
36:2 37:11
39:4 41:13
43:17 44:12
47:7 48:15
51:4,23 54:3
55:6 63:5,21
64:18,21 67:1
67:9 72:20
79:13 81:7
88:6 115:5
118:13 119:17
127:19 128:12
129:13,18

132:9 135:15
**notes** 21:13
62:9 146:12
**notice** 84:22
**noting** 16:19
29:18 70:14
**nowadays**
91:25
**number** 13:3
22:24 26:7,7
37:15 89:18
90:6 94:1,5
106:14 127:6
127:16
**number's**
90:11
**numbers**
105:21,21,22
130:24 134:20
134:20 137:25

**o**

**o** 3:1 9:1
**oath** 4:5 145:1
**object** 25:1,22
30:10
**objection** 25:17
27:23 33:24
36:2 37:11
39:4 41:13
43:17 44:12
47:7 48:15
51:4,23 55:6
110:4 123:4,13
128:23 131:21
144:12

**observations**
21:22,25 30:25
33:14 50:12
61:6 81:16
**observed** 23:22
28:1 29:9 43:5
43:9 46:17
67:5 68:12
76:14 111:15
**obtained**
136:12
**obvious** 54:16
54:18
**obviously**
44:23 83:13
104:22 107:9
112:22 114:11
142:10
**occasion** 69:16
**occasionally**
134:12
**occasions** 19:4
101:9
**occupies** 22:22
**occupy** 19:9
**occurring** 59:7
95:6
**oddity** 109:6
**offering** 12:14
**office** 6:6,9,14
15:8 18:12
19:20 51:19
52:25 53:1,19
54:24 55:19
57:9 79:13

81:10 85:19
88:23 89:3,6
89:13,14,20,21
93:12 94:8,19
108:19 128:16
129:17,23
132:10,19
134:10 142:6
**offices** 52:24
55:11 101:22
131:14
**oh** 30:24 38:18
39:8 41:5
53:23 86:7
87:17 97:3
100:3 102:3
105:17 107:9
112:22 125:9
125:23 134:6
135:10 142:6
**okay** 10:11,14
10:21 11:13,16
11:19 12:16,22
13:13,17 15:2
17:7,18 18:9
18:18 20:18,25
22:4,23 23:10
24:4,20 25:3
25:18 26:18,19
26:21,23 27:10
28:3,8 30:4
34:11 36:9,17
36:20 39:9,11
41:15 43:7
45:5 46:2 47:1

47:2 49:11
50:25 51:12,18
52:12,14,16,16
52:18 55:1
62:10 65:4
67:21 68:7
69:10,25 70:1
70:2,8 71:20
72:8,12,16
73:9 74:6 77:4
77:15 78:13
79:10,17 80:6
80:21 81:12,15
82:5,17 83:11
83:18 84:10
87:2,11 88:2
88:14,20 89:17
89:23 90:8,19
91:9,13,13
92:6,18,21
94:1,6,22
95:11 96:1
97:21,24 98:9
98:22 99:1,5
99:18 100:5
102:20,23
105:24 106:8
106:18,19
107:21,25
110:6 111:13
113:4 118:12
121:23 125:9
126:14 131:3
132:8,22
135:17 138:23

140:6 143:17
144:7,17
**old** 24:21 49:1
49:16 50:6
55:12 63:15
70:20 94:16
124:1 136:24
137:3 139:10
**older** 93:8
**once** 103:21
106:1 118:25
126:18,18
127:24 138:7
**ones** 35:20 54:9
80:10 84:17
88:15,16
123:25
**op** 96:9 133:7
**open** 57:7
60:19 118:9
131:11 140:8
**opening** 90:23
91:10
**openings** 39:23
91:5 124:18
**operable** 38:9
82:15 110:22
120:24 121:21
123:14
**operate** 108:20
114:19 122:21
123:25,25
**operating**
67:11 88:17
96:8 99:7,11

99:15 133:3,7
133:24
**operation**
71:11
**operational**
21:20 59:9
70:21 71:10
72:3
**operations**
75:12
**operator**
128:19
**opinion** 31:10
31:11 54:19
76:4 116:1
**opportunity**
18:19 73:12
**opposed** 71:25
**option** 113:21
113:22 115:17
115:25 122:2
122:10 132:14
132:14,17
**options** 110:15
**orange** 1:18
9:11
**orchestrating**
133:19
**order** 11:20
63:22 64:12
**original** 7:20
37:20
**orlando** 102:4
125:5 136:5,6

**osha** 16:17,17
118:23
**outlet** 80:15
**outlets** 80:7,12
94:10,20
**outline** 23:6,12
**outside** 73:13
118:19,20
**overall** 60:23
93:12,23
115:19 117:15
134:9 135:24
**overhead** 34:6
37:24,25 38:1
38:11 39:16,21
41:2 79:4 84:4
85:5,23 86:10
90:25 96:5
98:14 111:2
114:17 121:15
121:19 123:1
123:11 124:13
132:25 133:2
133:18 137:8
137:11,20
142:11
**overseeing**
14:17 133:20
**oversight**
139:13
**own** 31:11
81:15 109:14
**owned** 18:20
**owner** 49:23

| p | | | |
|---|---|---|---|
| **p** 2:1,1 3:1 9:1 45:22 | **paneling** 55:12 115:10 | **past** 31:6 35:2 45:12 56:6 | **pay** 109:11 111:24 120:1 130:23 |
| **p.m.** 1:12,12 9:9 25:20,20 69:9,9 99:24 99:24 141:12 141:12 144:18 | **panels** 35:7 42:11 45:24 46:6,10 48:12 49:17 50:4,19 63:2 67:14 | 57:22 61:2,22 78:11 81:24 93:24 101:14 113:24 118:16 139:11,12 | **pays** 109:10 **pbr** 92:2 **pemb** 137:22 **pending** 66:8 80:3 101:1 |
| **packages** 137:18 138:3 | 70:18,19,20,24 71:18 72:7 | **patch** 33:5 42:6 44:20 48:14 | **penetration** 56:18 |
| **pad** 30:8 | 73:5 74:20 | 53:13 75:11,16 | **penetrations** 53:10 |
| **page** 4:2 21:5 73:18 84:11 130:6 | 79:7 91:4,23 91:24 116:6 **paragraph** 31:18 | 88:24 116:5 118:8,11 **patched** 59:1 74:21 116:6 | **pensacola** 102:6 134:22 **penske** 14:21 |
| **pages** 146:11 | **paramount** | 118:2,4 | **people** 114:4 |
| **paid** 91:6 | 76:24 | **patches** 75:4 | 136:25 |
| **paint** 53:17 56:11,14 90:15 94:14 119:8,9 119:9,11 | **park** 2:14 102:6 **parking** 4:19 5:22 95:14 | 118:21 **patching** 75:14 111:21 **pause** 67:18 | **percent** 18:7 96:6,10,11 123:20 133:8,9 **percentage** |
| **painted** 59:1 61:11 | 118:24 119:5 **part** 32:7 34:20 | **pavement** 118:22 119:3 | 124:9 **perfectly** |
| **painting** 88:25 90:8,11,17 130:20 137:22 | 62:5 66:1,23 68:24 107:19 **partial** 34:21 | **paving** 19:17 19:19 20:12 29:2,19 31:2,4 | 124:18 **perforation** 41:25 |
| **pallet** 36:21 | **partially** 34:3,9 | 31:15,16,17 | **perforations** |
| **panel** 6:19,22 7:4,7,10 42:2 44:3 48:10 49:8,9 63:7 66:3 67:1 73:25 91:25 92:3 115:6,12 115:14 | **participation** 137:1 **particular** 80:9 82:8 84:14 **parties** 3:3 146:14,15 **party** 63:16 **pass** 63:22 | 33:18,19 94:25 97:25 98:3,9 104:23 116:15 116:17,22,24 117:10,11,14 117:23 118:14 118:15 119:4 141:22 143:1 | 49:9 114:10 115:7 **performance** 92:5 **performed** 62:4 **performing** 98:21 |

**perimeter**
  31:14 41:4,6
  50:21 72:25
  76:13 95:21,22
  120:14 131:14
**perimeter's**
  122:21
**period** 13:14
**periodically**
  134:5
**permanent**
  80:4
**permit** 49:18
  49:19 50:16
  63:24 64:22
  74:3 78:22
  84:9,13,19,20
  85:1 88:11
  112:13 125:24
  135:13
**permitting**
  84:16 121:12
**person** 1:8
**personal** 21:21
  21:25
**personally**
  145:8
**perspective**
  19:7 61:9
  104:4 130:18
**perspectives**
  47:14
**pertain** 132:25
**perused** 29:14
  51:7 62:17

99:3
**pete** 11:8 13:9
**petersburg**
  1:14 9:8 10:25
  11:14 13:18
  16:14 18:10
**phase** 81:25,25
  84:16,16
  112:15
**phone** 23:19
  136:24 137:3
**photo** 47:12
  51:8 73:20
**photograph**
  4:15,17,19,22
  5:3,6,8,11,13
  5:15,17,20,22
  6:3,6,8,11,13
  6:16,19,21 7:3
  7:6,9 30:21
  32:16 37:14
  51:9,16 62:16
**photographs**
  22:25 23:1,14
  30:13
**photos** 23:3,24
  24:1,4 25:24
  142:13,15,17
  143:3
**physically**
  75:20
**pick** 72:18
**picture** 23:16
  24:13,19 26:25
  27:5,6,19,25

29:8 30:6,16
33:2 34:4,12
34:16,19,20,20
34:21,22 35:24
36:6,7,9,10
37:18,22 38:23
39:14 40:19
41:18,19,24
42:12 43:2,22
45:9,14,17,25
46:15 48:6
52:10 53:22
55:10,13 57:6
57:11 58:19
59:11 60:18
61:1 64:25,25
65:2,15 66:6
66:11 68:11,24
69:5 74:10,17
75:1 76:13
77:5 111:22
113:19 117:17
120:7 127:20
127:21
**picture's**
  131:12
**pictured** 84:1
**pictures** 23:20
  27:2,8,16
  35:18 42:5
  58:23 73:11
  74:6 77:5,8,12
  79:13
**piece** 108:12

**pine** 23:7
**pinellas** 16:24
  17:1 145:4
  146:4
**pipe** 79:15
**pj** 1:13 9:7 11:9
  13:3,6,21,22
  14:5 16:9
  17:10 18:3
  101:4,13 102:1
**pjc** 4:10 7:12
  109:25 110:10
  127:13 135:2
  137:16 139:9
**place** 1:13 9:6
**places** 33:5
**placing** 94:25
**plan** 84:3,23
  120:25 121:1
**planning** 15:9
  122:14
**plans** 102:9
**plant** 36:24
  47:21
**plaster** 131:5
**plate** 111:11
**please** 9:14
  10:14 68:8
  100:21 106:15
  143:21,24
**plugging**
  126:24
**podium** 69:22
**point** 31:6
  32:21 35:3

41:17 42:19
45:12 49:17
51:11 59:18
75:6 82:15
83:9,14 89:23
113:24 118:16
128:20 131:23
132:5
**polish** 59:21
**polished** 131:5
132:13
**pompano** 35:10
79:2 81:19
83:21 84:4,18
85:25 87:12
88:13 91:7
98:10,13 124:6
124:10,17,24
125:8 127:9,17
137:4
**pompano's**
84:25
**ponding** 28:12
28:21,22,25
**poor** 71:17
**popped** 55:14
**portalet** 85:10
**portion** 30:2,6
47:17 133:2
**portions** 83:25
**pose** 67:6 114:7
**position** 47:11
83:10
**positions** 13:23
14:3

**possible** 32:1
86:12 93:14
138:24 139:1
**possibly** 86:15
**post** 85:18
120:9,10
**posts** 34:11,13
76:22
**potential** 92:8
**potentially**
50:20 111:25
121:4 130:22
**practice** 107:7
121:10 139:7
**pre** 40:23
125:18
**preface** 100:20
**preference**
112:18
**prep** 140:7,10
**prepare** 37:5
81:12 112:13
127:24 140:4
**prepared** 81:14
81:15
**preparing**
140:14
**present** 2:18
51:17 116:10
**president** 11:12
13:21 14:11,12
15:16,25 16:2
16:8
**pretty** 13:9
33:20 77:24

81:20 82:3,25
101:23 117:18
119:22 140:9
**prevent** 34:14
95:5
**preventative**
31:3
**preventing**
10:11 38:9
**previous** 16:3
40:21 42:6,17
44:19,20 47:12
59:6,14 60:22
61:1 66:22
78:17 97:17
**previously** 7:22
17:19 26:10
69:14,18,20
76:11 77:16
80:22 88:2
**price** 64:20
70:15 83:6
89:7 91:7,10
91:12 94:2
95:17 126:20
126:24 127:1
131:23 132:5
136:11
**prices** 83:6
97:17 127:2
**pricing** 64:19
81:18 82:3
83:15,15 85:24
87:9,19 88:1
102:12 105:1

105:14,19,23
107:5,18
127:25 128:1
136:11 137:14
**primarily** 18:5
141:22 142:4
**prior** 17:20
59:19 88:24
101:7 103:13
104:24 116:25
**probably** 13:7
14:9 20:15,16
28:19 29:3
30:19 38:3
42:8 44:20
51:9,11 54:14
59:17 74:22
84:5 85:10
86:24 111:9
114:16 118:18
120:6 129:7
130:16 132:16
136:25
**problem** 53:21
56:15 58:4
75:14 129:22
**proceed** 9:20
107:18 137:15
**proceedings**
67:18 83:3
**process** 66:10
67:3 89:25
103:3 107:20
107:25 108:20
131:4 134:13

134:14 135:8
135:18,22
136:16 138:5
138:17,22
**procore** 12:12
135:21,25,25
136:18 137:2
**produced** 25:6
25:10 69:14
145:9
**product** 92:1
**production**
25:2 26:3
**productions**
26:9
**professional**
139:3
**profile** 92:2
**profit** 96:6,11
133:5,8
**program** 11:3,4
11:5,8 12:2,6
12:12,12,19
13:2,12 49:3
136:3
**project** 4:10
14:10,17 15:5
15:6,10,15,19
15:23 17:13
32:3 35:9 79:1
79:18 81:18,22
82:5,10,11,20
84:8 85:6,7,8
85:17 87:11
101:24 102:4,7

102:18 104:9
107:11 112:6
113:8,9 115:18
115:24 117:8
124:6,11,12
125:8 127:3,9
133:19,20
134:14,19
135:7,24 136:5
136:17 137:4
137:17 138:25
141:5
**projects** 17:14
78:11 83:16
97:17 101:10
101:13 102:2
104:25 117:4
134:10,10,15
134:24
**proper** 57:19
97:8
**properly** 58:2
69:3,3
**property** 18:18
18:20,24 19:4
19:13 20:14
23:4,8,8,13,21
24:15 38:20
40:7 43:8
46:17 49:2,12
49:15,23 50:9
53:19 54:24
56:20 58:9
60:8 61:15,18
64:8 77:7,13

88:17 99:6,11
99:15 103:4,7
103:15 104:11
108:1 109:23
110:1,11,12,22
113:13,25
114:6
**proposal** 4:13
7:12 22:17
71:6 81:3,4
82:23 102:11
**proposed** 71:7
**protect** 48:18
**prove** 121:1
**provide** 84:18
86:19 88:11
98:9 100:21
**provided** 8:4
77:25 91:1
101:4,13
105:10 124:16
126:7
**providing**
111:13
**public** 145:7,17
146:7
**publication**
134:7,12
**pull** 14:7 17:6
27:12 29:16
46:22 47:3,24
50:16 51:22
55:2 58:12
60:11 63:24
64:22 65:19

66:15 67:16
68:15 70:3
74:3 96:14
127:5 129:25
132:22
**pulled** 23:10
48:3 49:19
52:1 55:8 57:4
58:16 60:15
67:22 78:22
106:21
**pulling** 57:17
**purely** 98:13
135:14
**purlin** 46:11,14
**purlins** 40:25
44:25 45:21
46:3,4,7 50:20
70:24 73:1
75:4 92:12
**purpose** 19:3
121:6
**pursuant** 17:25
**pushing** 45:11
**put** 21:4 22:2
22:13,18 24:10
24:25 31:18
36:4 37:13
39:11 42:20
43:14,19 44:9
44:14 76:24
78:4 81:23
85:2,9,12 89:7
92:1 106:9
127:22

**puts** 134:7
**putting** 33:6
  56:14 59:21
  61:24 75:23
  110:21

**q**

**qualifications**
  82:20 83:12
**qualify** 78:24
**quantifying**
  119:8
**quantity** 31:18
  96:25
**quasi** 16:25
**question** 18:18
  33:1 99:20
  100:14,15,16
  100:20 101:1
  102:3,13 118:7
  122:4 123:8
  143:5
**questions** 8:2
  10:1,2,5,17
  100:5,13
  129:16 138:5,9
**quickly** 121:24
**quoted** 70:16

**r**

**r** 2:1 9:1 44:18
  45:22 92:4
**racking** 132:2
**rail** 39:19
**railing** 36:15
  37:23

**rain** 28:18
**raining** 44:23
  48:17
**raise** 9:14
**range** 97:20
**rate** 111:21
  119:25 134:2,4
**rated** 86:1
**rates** 83:7
**rather** 38:3
  48:13 98:3
**rating** 86:21
**rdr** 1:17 9:10
  146:6,22
**reach** 136:18
  137:5,5
**reached** 48:12
  74:24 76:4
  95:3 101:18
  137:8
**read** 63:9,12
  84:5 92:1
  106:23 143:11
  143:13
**reading** 3:4
  31:20 67:24
  143:15
**ready** 123:23
  128:18,21,22
  128:25 130:19
**real** 12:15 75:3
  91:22 103:11
  108:6,12 129:1
**reality** 128:2

**really** 11:24
  13:11 17:13
  48:24 58:5
  63:8 75:6 90:4
  118:7 122:19
  124:20 134:18
  134:23 135:25
  139:10 140:7
**reason** 55:20
  70:16 71:14
  75:19 98:17
**reasonable**
  97:9 98:23
  119:22
**reassessed**
  91:17
**reath** 2:8
**reattach** 69:2
**recall** 14:3
  20:13 25:24
  28:10 29:17,21
  30:9 33:16
  37:1 42:25
  105:2
**receive** 26:2
  104:1 143:23
**received** 11:13
  16:13 17:19,22
  25:2,12 26:11
  69:18
**receiving** 141:1
**recent** 70:15
  71:1,15 73:22
  79:9 87:9

**recently** 12:10
  42:7 74:19
  79:17 114:25
  121:14
**recess** 25:20
  69:9 99:24
  141:12
**recognize**
  24:13 26:25
  34:1 36:6
  39:14 40:16
  43:22 47:9
  51:6 52:3
  55:10 57:6
  58:19 65:25
  66:20 68:20
  70:8 96:19
**recommend**
  67:10 141:20
**recommendat...**
  35:4 113:10
  120:20
**recommendat...**
  33:12 67:13
**recommended**
  67:25
**recommending**
  41:10 74:2
**record** 9:4 25:1
  25:4,11,18
  69:8,10 99:18
  107:22 110:9
  133:12 141:14
  143:16 144:5,6
  146:12

| | | | |
|---|---|---|---|
| **records** 69:12 | **reinspects** 64:1 | **removing** 54:7 | **repairs** 21:18 |
| **red** 7:9 80:8,10 | **reinstalled** 63:6 | 91:22 | 30:9 32:24 |
| 114:13 | **reinstalling** | **renovated** | 42:6 48:14 |
| **redone** 32:18 | 68:1 | 101:21 | 53:16 54:18 |
| **reduce** 121:5 | **rejecting** | **renovation** | 55:17 61:12 |
| **refer** 94:22 | 137:12 | 81:10 82:10 | 62:7 63:10,24 |
| **reference** 4:9 | **related** 139:17 | 128:18 | 64:4,17,21 |
| 5:2 6:2 7:2,22 | **relations** 15:12 | **rental** 85:11 | 65:1,4,12 66:7 |
| 120:15 | 15:21 | 133:22 | 68:6 71:9 76:1 |
| **referrals** | **relationship** | **rep** 93:1 111:6 | 77:3 78:9 |
| 136:22 | 98:25 103:13 | **repaint** 53:15 | 81:10,10,11 |
| **referred** 94:6 | 117:1 | **repainted** | 83:25 93:19,22 |
| 124:6 | **relative** 63:2 | 95:16 | 95:19,20 99:5 |
| **referring** 41:6 | 73:21 146:13 | **repair** 33:4,8 | 99:9 101:17 |
| 53:8 74:6,7,12 | 146:15 | 35:3,11 37:4,5 | 104:2 107:13 |
| 97:22 | **relatively** 44:6 | 42:21 44:21 | 112:12 113:12 |
| **reflect** 61:14 | **released** 83:4 | 54:14 67:2 | 115:21,23 |
| **reflected** 92:24 | 92:11 | 76:11 77:1,24 | 122:5 |
| 99:5,9 | **relevant** 12:7 | 78:1 83:19 | **repaving** 98:23 |
| **refurbished** | 72:9 | 86:7 88:7,12 | **rephrase** 110:9 |
| 111:16 112:3 | **rely** 49:11 | 88:12 91:15 | **replace** 35:5 |
| **refurbishing** | 64:11 87:15 | 93:15 95:8 | 46:6,13 54:20 |
| 111:5,9 112:19 | **remaining** | 97:10 116:8 | 55:21,22,23,25 |
| 113:7 | 121:15 | 120:16 121:25 | 56:17 57:20,20 |
| **regarding** | **remedy** 71:6 | 122:9,13 126:8 | 57:21,21 70:25 |
| 78:20 103:2 | **remember** | 127:23 141:20 | 72:2,6 73:24 |
| **regardless** | 38:18 54:22 | 141:21 | 75:8 77:2 |
| 133:25 | **remill** 29:4 | **repaired** 63:6 | 78:22 79:4 |
| **region** 18:11 | 95:14 | 65:3 66:5 86:5 | 84:4 86:17 |
| **regular** 18:14 | **remilled** 31:12 | 111:16 112:3 | 89:4,6 90:23 |
| 35:14 107:11 | **remilling** 30:20 | 120:3 | 90:25 91:11,14 |
| 142:2 | 95:9 | **repairing** 111:4 | 93:9 101:19 |
| **reinforcing** | **remove** 31:8 | 111:6 112:19 | 104:21 111:24 |
| 83:20 | **removed** 59:18 | 113:7 | 116:6 120:20 |
| | 61:3 103:22 | | 121:7,10 |

122:25 123:7
123:10
**replaced** 31:22
32:2,12 35:22
37:20 38:14
40:4,5 42:7,10
48:13 49:17
50:1,4 53:6
58:25 59:3,23
61:10 73:21
74:2,18,20
76:5 79:25
80:19 87:3
91:19 92:22
93:25 112:3,24
112:25 114:25
116:2 120:3,5
120:8 121:11
129:19 141:24
**replacement**
7:13 41:11
55:18 70:11
74:3 75:5
85:23 86:10
97:10 111:7
115:12,15
131:3 141:21
142:1,12
**replacements**
115:3
**replacing** 49:4
54:15 56:12,13
61:25 62:1
86:21 90:6
91:4,24 93:11

94:10,20
103:18 111:5,7
111:8 112:19
113:7 115:10
119:21 130:19
**report** 4:10
7:18 21:9,11
21:21,24 22:18
27:3,9 49:12
50:1,15 53:11
53:14,23 54:4
55:17 63:3,9
63:12,13 64:1
64:19,21 66:25
67:9,12,24
68:25 77:25
78:10 81:8
84:1 103:25
104:12,14
105:10,19
106:2 107:2,14
111:22 115:5
116:19 118:13
120:7 126:16
127:20 128:12
129:13 132:9
140:8 142:14
142:18 146:8
**reported** 1:17
**reporter** 4:6
9:3,19 10:4,15
15:1 20:19
21:4 22:6,12
24:7,10 25:13
26:20 27:12

28:4 29:15,25
33:22 35:23
36:4 37:8,9,13
38:15,22 39:1
39:11 40:12
43:13,19 44:8
44:14 46:21
47:3,4,23 48:3
51:1,21 52:1,7
52:18 55:2,3,8
57:3 58:12,16
60:10,15 62:15
62:20 65:19,22
66:14,16 67:15
67:21 68:8,14
68:16 70:3,5
96:14 106:9
141:15 143:10
143:18,22,25
144:4 146:1
**repouring** 78:3
**represent**
23:21 100:11
**representation**
30:22 34:16
**representative**
20:9,10 27:4
90:16 108:6
134:1
**reprimanded**
139:2,6,9
**reproduced**
26:10
**requested**
146:10

**require** 21:19
79:5
**required** 15:11
22:20 38:12
62:6 67:2
119:8 124:21
133:21
**requirement**
118:24 121:12
**requirements**
50:22 84:7
85:4,4 121:3
125:2 133:13
**requires** 46:13
63:15
**requiring**
100:21 101:23
**reseal** 31:4,7
**resealed** 118:18
**resealing**
118:17,17
**reserve** 25:21
**reside** 18:9
**resin** 131:19
**respect** 27:14
76:17 103:15
114:24 119:13
120:19 121:14
121:24 125:20
129:11 131:3
135:7 137:4
**respective** 3:3
**response** 10:18
100:22

**responses** 10:5
**responsibilities**
  15:18
**rest** 23:14
  122:18 125:4
**restoration**
  86:3
**result** 75:12
**resurface** 117:8
**resurfaced**
  33:20 117:24
**resurfacing**
  98:18 118:19
  118:20,20
**retrofit** 70:17
  71:12
**reuse** 142:7
**reused** 94:19
**reusing** 120:9
  121:1
**review** 17:3
  84:23 102:10
  146:9
**reviewed** 69:11
  137:13 140:7
**reviewing**
  138:8
**revised** 81:6
**revisions** 81:4
**ride** 90:2
**ridge** 50:1
  73:24 74:18
  114:24
**right** 9:14
  13:16 22:5

26:23 27:11,16
29:11 30:2,4,5
30:16 31:23
32:19 34:24
37:7 38:25
39:20 40:11
41:7 43:4 45:7
45:14 46:1
48:3,20 49:11
49:14 52:11,22
57:3 59:4,11
62:20 72:1
74:4 75:1,21
79:21 81:19,24
82:17 89:11
91:17 94:25
96:19 100:4,20
101:4 102:7,21
106:20 116:14
117:11,21
119:13 127:4
128:15 136:5
141:7,13 143:6
**rights** 25:22
**rip** 144:13
**ripped** 129:4
**riser** 79:15
  142:7
**risk** 33:7
**rmr** 145:6,16
**rob** 105:8
**role** 15:6,14,17
  16:4 17:2,11
**roles** 11:10
  16:3

**roll** 4:22 5:4,8
  37:25 38:1
**rolled** 60:24
  131:8
**rolling** 26:2
**roof** 7:13 19:23
  29:6 41:25
  42:10,22 44:2
  44:2 45:6,24
  46:6,10 48:17
  49:1,4 50:3,3,5
  50:21 51:11
  55:15 59:6
  70:11,17,24
  71:2,11,12,13
  72:25,25 73:3
  73:9,13,16,25
  74:1,16,20,24
  75:2,5,14,19,20
  75:22,22 76:1
  76:4,7 81:8
  85:13 91:14,15
  92:5,7,16
  93:18 98:14
  101:18 102:4
  103:18 108:10
  110:18,19
  111:17 112:1,7
  112:24 113:14
  113:18,20,23
  114:10,23
  115:10,19,23
  116:1,9 126:21
  142:11

**room** 14:1 61:7
  89:3,6,14,21
  90:13,13 94:9
  128:16
**rough** 144:1
**roughly** 89:21
  101:9 133:6
**routine** 142:2
**rule** 109:25
**rules** 124:23
**run** 25:11 33:7
  75:9 108:3
**running** 45:25
  54:7 83:1
**rust** 41:25 49:7
  49:8 75:21

**s**

**s** 2:1 3:1,1 9:1
  44:18 45:22
**safe** 19:10
  21:19 82:15
  88:17 95:22
  99:7,11,15
**safety** 16:17
  34:13 67:6
  114:8 118:23
**sag** 57:18 58:1
**sagging** 47:15
  57:12,14 58:6
  61:8
**save** 86:12,24
  87:3 138:20
**saw** 36:24
  41:15 47:21
  50:9 60:25

61:8 66:12
82:5
**saying** 115:20
**says** 6:23 31:21
97:15 107:17
**scholl** 105:8
**school** 10:24,25
12:19,25 13:1
13:4,6,14
**scope** 30:9
31:16,21 57:19
58:24 82:4
90:17 94:5
96:24 102:8,21
103:24 104:6
105:22 106:6
107:4,5 126:15
126:18 135:24
136:13 137:7
138:8
**screen** 21:1,6
22:13 24:11
34:2 36:5
37:14 43:14,20
44:9,15 52:10
58:17 62:21
106:9
**scroll** 130:3
**scuff** 60:1
**sealed** 58:2
**seams** 56:2
**second** 20:16
21:9,13 25:19
61:21 142:5

**secondary**
38:13,13 40:24
45:23 73:1
91:2
**section** 24:15
37:5 43:4,5,6
44:5 45:9
46:13 48:7
50:2 53:13,13
58:22 78:2
125:3
**sectional** 34:6
37:20,24 39:16
39:21 41:2,11
120:20 121:10
121:15 123:1,7
123:11,15
**sections** 51:19
54:2,17 77:1
88:24 115:6
117:18 120:2
122:15
**secure** 95:21
120:14
**secured** 122:22
**security** 76:24
114:4
**see** 14:7 19:6
23:1 27:18
28:22 29:13
34:3,7,23,24
36:12,13,14
37:16,23 38:2
39:8,17,21
40:21 41:3,8

41:20 42:5,6
43:2 44:6,18
45:7,10,14,16
47:16,17 48:10
48:19 52:13
53:5,9,10 54:1
55:12,15 57:11
58:6 59:4 60:1
60:21 61:7
73:17,18,20
74:18,23 76:12
76:19 79:20
80:6 85:15,21
89:10 91:20
96:13,15,23
99:1 102:13
113:19,20
117:17 119:6
120:5 123:21
130:10,12
132:1
**seeing** 29:17
56:9 70:22,23
**seem** 31:15
130:20
**seemed** 70:12
**seen** 20:2 69:20
**sefl** 4:13 7:13
7:18 20:20,20
22:7,7,14,15
24:7,12 25:15
27:5,15 28:4,4
30:15 33:21
35:24 37:8,15
38:16 39:1,13

40:11 43:14,21
44:10 46:22
47:4,25 48:4
51:1,13,22
52:2,14,19
55:2,9 56:23
57:5 58:12,18
60:11,17 62:14
62:23 65:21
66:16 67:16,19
67:22 68:8,15
74:8 76:12
77:16 79:20
80:6 82:18
83:18 84:11
90:20 92:24
96:15 97:22
129:25 130:4
**sefl00000299**
6:20
**sefl00000305**
6:23
**sefl00000313**
7:5
**sefl00000316**
7:11
**sefl00000320**
7:8
**sefl00000391**
4:16
**sefl00000403**
4:23
**sefl00000405**
5:12

sefl00000425
  5:5
sefl00000428
  4:18
sefl00000432
  4:21
sefl00000437
  5:14
sefl00000459
  5:23
sefl00000466
  6:5
sefl00000504
  7:13
sefl00000508
  7:16
sefl00001065
  6:15
sefl00001073
  5:10
sefl00001075
  5:21
sefl00001077
  5:7
sefl00001078
  5:19
sefl00001079
  5:16
sefl00001091
  6:7
sefl00001095
  6:10
sefl00001102
  6:12

sefl00001104
  6:18
sefl00001105
  7:19 106:10
sefl00001106
  4:12
sefl00001111
  4:14
sefl00001113
  127:6
sefl001111   22:3
select   136:3
selected   141:5
selective   54:14
  77:3 95:20
  115:12,14,21
  115:23 120:16
  121:24 122:9
  122:13
send   25:8 64:19
  107:14 136:8
  138:2,4 140:24
sends   64:1
sense   109:7
sent   63:9 96:21
  105:18 106:24
  126:16 140:19
separate   54:4
  62:3
separately   25:8
separations
  60:3
series   10:1
serve   131:19

served   16:23
services   98:10
  101:5,13,16
serving   11:7
set   132:18
  138:3
settled   28:17
seven   13:7
several   11:10
  41:22 44:19
  45:5 98:16
severe   113:19
  115:13
shape   39:25
  44:6 76:19
sheets   42:20
shift   116:14
short   42:20
  113:12
shots   23:18
  42:19
show   40:19
  44:1,18 49:4
  96:12,12
  136:10
showed   142:14
showing   41:24
  57:9 80:10,11
  80:17 86:20
  95:15 129:2
  131:12
shown   52:23
  62:24 64:23
  142:17

shows   30:16
  40:20,22,25
  41:1 42:3,12
  42:14 44:2,25
  45:1,5 53:1,2
  74:16
sic   14:14 18:25
  46:23 52:7
  73:22 99:15
side   29:11
  34:22 45:2
  48:8 73:14,25
  110:21
sides   17:24
  47:17 50:3
  143:25
signature
  145:15 146:21
signed   145:11
significant
  32:14
significantly
  95:8
signing   3:4
silicone   42:20
similar   10:9
  15:18 16:3
  35:17 38:14
  47:11 51:15
  58:24 64:7
  66:3,22 78:11
  79:24 81:21
  83:16 84:8,17
  85:21 88:13
  89:5 101:17

| | | | |
|---|---|---|---|
| 104:9 108:11 | 74:13 75:10 | 24:17 27:19,22 | **slightly** 60:24 |
| 124:9,14 125:7 | 76:9 77:8,11 | 28:22 29:9 | 70:15 125:13 |
| 125:11,19 | 77:14 87:17 | 30:14,22 31:1 | **slow** 15:2 |
| 126:3 127:19 | 89:12 91:12 | 32:25 34:17 | **small** 45:17 |
| 127:23 131:8 | 92:20 94:3,24 | 46:19 50:10 | 73:24 89:14 |
| 131:23 | 96:20 97:11,23 | 51:10 56:20 | **smaller** 125:13 |
| **simple** 91:22 | 98:24 99:4,8 | 67:6 68:12 | 125:16 |
| **simply** 111:15 | 99:13,17 100:3 | 69:6 85:6 | **snip** 23:6 |
| **sir** 9:14 11:15 | 100:19,24 | 95:16,18 | **society** 109:17 |
| 16:1,10,12 | 101:8,15 | 103:19 108:5 | **soft** 133:22 |
| 17:11,21,24 | 102:19,25 | 114:4 116:11 | **software** 12:11 |
| 18:2,13,16,22 | 103:5,14 | 116:16,17,23 | 135:19,21 |
| 21:8,23 22:1 | 104:13,15,18 | 117:9 119:16 | **solemnly** 9:15 |
| 22:17 23:2,12 | 105:13 109:21 | 125:13 | **solicit** 135:19 |
| 23:16,23 26:20 | 109:24 110:3,7 | **sits** 73:2 | **solutions** 1:18 |
| 28:2,14,24 | 110:13,17 | **situation** 59:6 | 9:11 105:8 |
| 30:15,24 34:3 | 111:17 114:2 | **six** 13:7 76:2,10 | **somebody** 24:2 |
| 34:18,24 36:7 | 115:1,4,8 | **size** 96:11 | 73:23 121:18 |
| 36:19,25 37:17 | 116:3,18 | 102:17,21 | 124:2 129:2,6 |
| 38:23 39:15 | 117:13 118:23 | 124:19,19 | 136:23 |
| 40:2,8,10,17 | 120:17,22 | 133:11 | **somebody's** |
| 41:18 43:12,23 | 124:8,25 126:6 | **sizes** 86:5 | 109:10 |
| 44:17 45:23 | 126:9,13 | **skylights** 40:25 | **somewhat** |
| 46:20 47:11,22 | 127:10,15 | 42:8,10 43:24 | 74:19 |
| 48:7,19 50:7 | 128:5,14 | 44:3 50:3 73:5 | **sorry** 14:25 |
| 50:11 51:8 | 129:15,21 | 73:7,21 74:16 | 23:7 25:25 |
| 52:4,24 53:20 | 133:16 134:3 | 91:23 114:24 | 26:14 47:1 |
| 53:23 54:25 | 135:1,4 139:5 | **skyrocket** 75:6 | 52:9 65:20 |
| 55:11 56:21 | 139:8,18,21,24 | **slab** 77:21,21 | 66:15 74:9 |
| 57:7 58:10,20 | 140:3,12 | 78:4 83:19 | 95:12 97:3,13 |
| 60:9 61:16 | 141:15 | 85:20 114:11 | 106:13,16 |
| 65:6,17 66:1 | **site** 18:22 19:5 | 125:18 | 122:3,7 134:11 |
| 66:13,22 67:24 | 19:15,17 21:9 | **slabs** 85:21 | 135:10 |
| 68:13,22 69:7 | 21:13,15 22:19 | **slash** 128:16,16 | **sort** 10:16 30:5 |
| 70:10 73:14 | 23:8,9,11,15,22 | | 30:7 59:8 |

**[sort - start]**                                                    Page 40

112:8 125:24
**sound** 131:15
**sounds** 100:19
**south** 47:13
58:5 63:14
72:3 125:6
**southeast** 98:19
98:25 100:6
104:4 107:11
109:8 117:5,8
119:25 123:22
126:17 130:23
132:21 142:24
143:9
**southeastern**
1:10 2:11
14:21 17:20
18:20 19:7
20:8 21:17
22:21 24:16,22
27:3,17 32:7
63:18,23 89:9
90:16 96:21
101:5,14 102:2
102:17,24
103:9,12 105:9
105:25 111:14
113:4 125:12
139:22 141:2
**southeastern's**
129:8
**space** 22:22
33:12 51:20
53:19 58:3,7
58:21 59:9,16

59:18 60:5,19
60:20 80:14
108:22 124:3
129:11,17
130:15,19,21
130:25 132:10
**spaces** 89:16
90:12 118:24
119:5 132:1
**span** 123:12
**speak** 69:21
139:22,25
140:11
**speaking** 113:1
135:15
**spec** 32:6 71:15
86:19 97:2,4
**special** 50:18
119:10
**specializes**
121:19 126:25
**specific** 15:15
16:15,15 71:2
102:7 104:1
112:17,20
115:18,24
134:14,19
136:5
**specifically**
29:18,21 63:20
103:16 108:9
112:18 113:4
113:18,23
**specification**
97:8

**specify** 78:10
**speculation**
30:10
**speech** 144:10
**speed** 92:8,9
**spend** 138:7
**spent** 140:13
**spoke** 105:3
110:17
**spot** 31:13 59:7
75:21
**spots** 28:9,10
**spread** 49:7
**sprinkler** 41:1
53:25 79:14,22
**sprinklers** 53:4
**spruce** 80:13
**sprucing**
108:18
**square** 31:19
53:1 89:2,11
89:20,21 92:15
97:15,15,25
98:3,4,5
117:25 126:21
126:22 129:17
131:23 134:10
134:20
**st** 1:14 9:8
10:25 11:8,14
13:9,18 16:14
18:10
**staff** 12:13
**stage** 138:1

**staining** 6:8
55:13 59:4
130:13
**stains** 129:4
**stamp** 25:5,6,9
25:10
**stamped** 20:20
22:7 24:12
25:14 39:12
43:21 44:9
46:22 47:24
48:4 51:1,22
52:2 55:2,9
56:23 57:5
58:18 60:16
62:22 65:21
66:16 67:22
68:15 70:4
74:7 76:12
106:10
**standard** 98:2
98:7 107:7
109:23 110:10
121:9 133:11
**standards** 74:5
78:25 79:4
110:1 124:23
**standing** 27:6
28:20 29:20
**standpoint**
54:20,20
121:13
**stands** 114:9
**start** 10:22,23
32:2 75:4

82:17 84:12
85:17 100:2
**started** 11:9
13:7 14:8
41:15 103:20
**starting** 11:10
20:22 113:19
124:3
**state** 18:5,7
92:2 117:14
125:4 128:17
134:23 136:7
136:22 145:3,7
145:10,17
146:3,7
**stated** 26:6
31:20
**statement**
27:14 69:23
**states** 1:1 18:16
**steel** 38:2 78:14
78:16 79:6
83:20 84:6
91:3
**stenographic**
146:12
**stenographic...**
1:17 146:8
**step** 75:20
107:19 112:14
**stewardship**
16:5
**stick** 94:16
**stiffener**
111:11

**stipulated** 3:2
**stood** 114:7
**stop** 141:7
**stopping** 101:1
**storage** 128:16
**storm** 28:20
**storms** 72:4
**straight** 54:2
**strauss** 2:13
**street** 1:14 9:7
18:25
**strictly** 70:11
**strike** 38:6
139:15
**stringent** 72:23
**stripe** 118:24
**striping** 95:10
95:13,14,15
118:22 119:3,8
119:9
**structural** 37:4
63:15 81:9
90:24 98:14
111:7,8 112:8
**structurally**
125:17
**structure** 90:15
92:17
**study** 11:20
**stuff** 93:12
**subcon** 87:14
**subcontractor**
87:25 92:15
126:25 136:2

**subcontractors**
87:16 104:21
110:16 135:15
135:18 136:19
137:5
**subject** 7:15,18
**submit** 78:23
84:9,19 102:9
120:24 126:3
**submittal**
84:21
**submitted**
84:22 102:11
105:14 106:1
**subpoena**
17:19,22
**subpoenas** 18:1
**subs** 138:17
**subsequent**
19:21 89:9
**subsistence**
85:15
**suggest** 76:15
**suggestions**
67:12 118:13
128:12 129:13
132:9
**suite** 1:18 2:9
9:13
**summarized**
33:16,17
**summary**
133:15
**superintendent**
11:11 14:8,15

15:9 17:12
85:7 133:18
**supervisor**
14:14
**supplier** 87:24
**support** 15:8
17:14
**supporting**
15:23
**sure** 12:14
24:18 32:5
62:11 69:2
79:19 82:3
83:1 87:24
95:21 107:3
120:13 122:21
136:14 141:8
141:10
**surface** 53:17
56:16 141:23
**sustained** 77:22
**swear** 9:15
**switches** 94:11
94:20
**switchgear**
63:21 66:2,24
**sworn** 145:9
**system** 39:16
40:24 41:1
44:3 49:4
53:25 55:19
57:16 63:20
70:16,17,19
71:12 79:19
92:3,22 93:5

110:19,19
115:11,13
125:19
**systems** 94:7

**t**

**t** 3:1,1 7:15
**tabs** 16:6
**take** 26:23
  51:12 79:19
  86:16 98:20
  99:19 107:16
  112:7 117:9
  118:3 122:14
  126:1 127:11
  129:3
**taken** 1:10 9:5
  23:3,5,14,18,24
  25:20 27:3
  42:5 47:12
  51:9,16 64:25
  65:2 66:6 69:9
  99:24 141:12
  142:15,19,20
**takes** 22:24
**talk** 17:18
  24:22 55:17
  88:16 107:13
  128:15
**talked** 17:7
  61:20 76:11
  77:4,16 80:22
  88:15 89:1
  92:10 94:3
  95:2,20 104:20
  124:7

**talking** 14:23
  14:25 28:12
  29:23 88:5
  98:11 103:21
  121:18 129:12
**tallahassee**
  134:18
**tampa** 1:19
  9:13 18:11
  125:5
**tape** 93:15
**taping** 93:22
**target** 106:4
**tear** 35:14,16
  46:10 56:17
  70:25 72:1,6
  72:24 91:14,19
  104:21 110:19
**tearing** 71:17
**tears** 6:11
**technology**
  11:2,18
**tell** 12:20,22
  32:1 40:2
  64:23 76:14
  91:13 106:6
**temporary** 85:8
  133:21
**ten** 11:6 16:18
  99:19 113:17
  113:21 118:17
**tenant** 49:23
  59:8 80:14
  89:9 104:5
  123:23

**term** 45:20
  113:12
**terminal** 95:23
  125:15
**terms** 93:5
  131:4
**terrible** 144:10
**terribly** 72:9
**test** 94:13
**tested** 121:20
**testified** 81:22
  89:23 92:6,21
  103:2 120:15
  121:25
**testifying** 74:14
  88:3
**testimony** 9:15
  10:12 42:25
  72:8 78:14
  87:2
**testing** 32:4,11
  109:17
**thank** 9:19 70:1
  141:11,16
  144:4
**thanks** 99:23
  144:15,17
**that'd** 18:10
  74:9
**thermal** 92:5
**thermography**
  63:4
**thick** 97:8
**thickness** 32:6

**thing** 10:16
  57:13 78:12
  94:12,13
**things** 10:15
  11:20 64:8
  72:20 81:23
  133:2 137:11
  142:9 144:8
**think** 12:20
  13:20 22:11,20
  23:17 24:14
  27:9 33:15,17
  33:18,20 36:17
  37:2 45:20
  48:24 49:1,25
  54:3 59:6
  71:20 72:12,17
  73:21 74:22
  77:1,16 78:21
  80:19 83:22
  84:25 88:2,20
  89:14,23 93:4
  93:22 94:18
  97:19 99:19,21
  103:20,25
  104:22 110:17
  113:16,21,22
  113:23 115:24
  116:8,12 118:2
  119:7,20,22
  120:4,6 127:20
  129:7 130:1,2
  132:14,20
  134:13 137:9
  141:23 142:2,5

142:6,9,22
143:4 144:7,10
**third**  63:16
**thomas**  2:19
**thorough**
103:23 136:14
**thought**  33:11
70:20 135:10
**thoughts**
104:19
**three**  37:2 42:8
73:22 97:18
103:1 120:23
136:4,10 137:9
137:21 138:3
142:1
**throwing**
134:19
**ticket**  142:10
**tied**  56:3
**tightening**  68:1
**tile**  56:12 59:5
60:2 89:8
129:5 132:16
**tile's**  54:1
**tiles**  53:3,21
54:7 57:10,12
57:14,17,21
58:1,6 59:2
60:25 61:8
89:4
**time**  1:12 9:8
12:18 13:20,25
17:10 59:18
75:12 135:8

140:13,22
143:20,23
**timeline**  64:6,7
135:13
**times**  20:8,9
46:9 108:8
**timing**  82:2
**tires**  5:22
**today**  9:4 10:12
17:18 26:10
50:16 69:14
100:13 103:2
114:6 116:11
140:5,9,22
142:13
**today's**  140:14
**together**  22:18
61:25 117:4
**told**  81:18
104:8 105:21
**tom**  1:9 4:2
7:15,17,17 9:5
20:9 27:4,17
51:10,16 99:25
100:1 103:8,10
103:13,14
104:1 105:25
106:23,25
107:1 108:7
109:1,14,16
112:2 127:8,13
132:25 137:24
138:23 139:22
140:1,16 141:1
141:18 142:23

143:4 144:15
145:8 146:9
**tomorrow**
143:19
**ton**  93:8
**took**  21:13
23:16 24:1,18
27:6,8,17
77:10 83:8
92:14 143:2
**tool**  90:4
**top**  19:22 31:8
45:8 46:1,11
73:14 74:9
83:25 84:12
102:25 125:14
125:19
**torn**  41:20
**touch**  6:23
**touched**  86:4
**towards**  114:18
**tower**  2:14
**town**  85:14
**track**  34:25
35:19 36:14
39:16,17 40:4
41:9 47:18
52:12 119:24
**trade**  126:23,25
**trades**  14:17
132:19 133:19
136:1
**traditional**
70:25

**traffic**  34:8
35:17 78:5
97:6 119:11
128:7,10
**trained**  17:13
**training**  16:13
16:16
**transcribed**
143:19
**transcript**  3:5
146:10,11
**transcripts**
7:20
**transferring**
75:2
**transportation**
14:20
**transporting**
36:22
**travel**  18:14,16
18:17 85:15
133:22 134:16
**trends**  12:8
**tried**  54:13
74:22 75:11
93:21
**trigger**  35:5
**trim**  80:14,16
91:5,24 94:16
94:21
**trims**  94:10
**trip**  19:21
20:11
**truck**  38:3 71:9
73:6 95:15

108:13 131:13
**trucking** 19:8
22:21 46:9
95:23,25 97:6
98:17 104:5
108:4 117:3
**trucks** 120:11
**true** 133:8
146:11
**truth** 9:16,17
9:17
**truthful** 10:12
**try** 33:5 42:21
54:9 72:18
74:25 75:25
93:15 96:10
108:5 134:19
136:9
**trying** 15:20,21
106:5 130:24
133:5
**turn** 18:18
21:16 22:23
29:7 33:21
35:24 37:8
38:16,25 40:11
50:25 51:18
56:22 58:11
60:5 69:22
72:16 77:15
80:21 84:10
90:19 99:21
114:22 124:2
132:20

**turning** 108:12
**two** 10:7 13:2
16:20 18:22
19:4 20:16,17
26:4 31:3 43:3
54:17 71:16
76:1 80:7 83:8
83:8 89:22
91:20 99:20
114:4 133:2
134:14,24
137:10,21
142:4
**type** 11:25
16:16 24:21
42:20 48:23
49:3 63:13
67:13 75:23
92:3 97:4
101:12 138:19
142:2
**types** 11:19,20
31:3 71:8 97:5
107:13
**typical** 34:5
44:2 49:3
74:15,15
107:25 133:14
134:2 135:8,22
136:16 138:22
**typically** 46:12
49:11 64:11
80:13 85:11
131:11,25
138:3

**u**

**u** 3:1 45:22
**ucf** 13:2,10
**ultimately** 72:4
72:14 111:24
141:19
**unclear** 100:16
**uncover** 20:1
46:10
**under** 81:13
87:7 97:24
119:25 133:12
133:14
**undercutting**
83:20
**underneath**
71:13
**underside**
19:20
**understand**
71:20 109:7
133:17
**understanding**
48:22 69:19
**understood**
10:20 100:15
100:23
**undertake**
108:1
**underway**
65:12
**unique** 125:4
**unit** 61:25
81:17 82:3
91:7 93:9

97:16 102:12
105:1,23
126:20,24
127:1,2 141:25
**united** 1:1
18:16
**units** 55:22
57:22 61:21
**unsecured** 2:17
**unusual** 82:22
**unworkable**
116:10
**update** 81:3
**updated** 71:3
71:15
**updating** 35:6
**upgrade** 79:6
**upgraded** 91:3
**upgrades** 90:24
124:13 125:22
**uplift** 73:3
**upper** 74:17
75:1 79:21
130:9
**urgent** 33:20
**use** 19:17 50:19
71:22 76:7
109:25 110:10
114:6 115:11
131:18 132:3,4
135:20,21
136:18 138:19
**used** 73:16
78:11 84:25
119:7 127:2

132:1

**useful**  31:5
  42:22 48:12
  49:5 56:6
  57:23 61:2,23
  74:24 76:5
  93:24 95:3
  101:19 112:25

**user**  33:11
  59:10 60:5
  61:5 82:16
  108:13,19

**uses**  12:11

**using**  114:18
  126:19

**usually**  96:10
  109:5 133:8
  138:7,17

**utilize**  73:7

**utmost**  95:24

**uv**  119:11

**v**

**vacant**  71:16
  72:5,10 114:1

**value**  138:16

**varies**  11:22

**variety**  11:25

**varying**  78:6
  86:5

**vct**  132:6

**velocity**  50:17
  125:1

**verbal**  10:17

**verified**  127:25

**verify**  104:19
  137:24

**veritext**  1:15,18
  2:19 9:11

**versus**  119:21
  120:3

**vertical**  43:4,6

**vetted**  138:20

**vice**  13:21
  14:11 15:16

**videoconfere...**
  1:9 2:2,2,7,7,12
  2:13,19 14:1

**view**  36:11
  128:20

**vinyl**  40:21
  45:8 60:24,25
  61:4 89:8
  131:8,12
  132:16

**virtual**  1:15

**virtually**  87:3

**visible**  41:21
  46:12 48:10
  95:5 115:7

**visit**  18:19
  20:15,16 23:4
  28:1 66:12
  67:6 68:12
  69:6

**visited**  28:23
  30:23 47:21
  77:7

**visiting**  19:3
  23:15 50:10

**visits**  20:13

**visual**  19:24
  20:5 32:8 46:5
  49:24 103:23
  112:4 126:14

**vrr**  92:4

**w**

**wait**  106:20
  117:19

**waive**  143:11
  143:15 144:7
  144:13

**waived**  3:5

**walk**  103:19
  116:17 130:14

**walked**  19:15
  19:16,19,19
  76:18 116:22
  119:16

**walker**  2:2 4:4
  24:25 25:11,17
  25:21 26:4,12
  26:15,17 27:23
  30:10 33:24
  36:2 37:11
  39:4 41:13
  43:17 44:12
  46:24 47:7
  48:15 51:4,23
  55:6 69:24
  99:23,25 100:4
  100:8,10 106:8
  106:16,20,22
  107:21,24
  110:8 123:9

124:5 127:5,7
  127:11,12
  129:10 131:2
  132:7,22,24
  141:7,11,13,16
  141:17 143:6
  143:22,24
  144:2,14

**walking**  20:2
  75:22 119:6

**wall**  35:6,6
  58:25 79:7
  90:22 91:4,10
  94:19 98:15
  112:11 124:13
  125:21 142:11

**walls**  53:2,5,7
  53:15 58:25
  59:1 61:10
  79:6 91:2
  130:20

**want**  29:7
  56:17 69:1
  71:10 74:25
  75:19 78:24
  89:9 95:5 96:7
  97:13 107:14
  110:25 114:22
  120:25 121:23
  129:16 136:4
  141:8

**wanted**  32:10
  60:4 66:5
  69:21 83:1
  92:12 103:17

107:3 113:9
144:9
**warehouse**
132:2
**warning** 7:5
**water** 28:20
29:20 45:18
48:19 114:11
116:13
**way** 11:11
32:25 56:14
74:4 86:16
99:10 100:16
111:25 133:16
136:24,25
139:9
**we've** 34:6
58:23 64:16
72:17 86:3
88:15 95:2
101:10,20,21
101:24 104:25
117:4 131:1
132:20 135:4
139:12
**wear** 35:14,16
**website** 49:2,20
**websites** 49:22
**week** 85:16
138:8
**weeks** 67:4
85:17 138:4
**weird** 107:10
**went** 11:3
12:18 13:1

63:19 69:11
75:12 109:13
137:25 144:8
**west** 48:8
**white** 40:20
45:7
**whoever's**
122:20
**widespread**
95:6
**widths** 124:19
**wilmington** 2:9
**wind** 50:21
72:24 84:6
86:1,21 92:8,9
121:2 125:2
**wires** 7:6,9
63:5
**wiring** 62:5,13
65:3 66:4 67:2
67:5 80:1,19
**witness** 3:3 8:2
9:18 10:7,8,19
14:25 15:2
25:23 29:14,17
36:16 38:21,21
38:23 51:7,15
62:17 65:7
99:3 100:3
110:6 119:1
120:12 123:6
123:14 128:24
129:25 130:2,5
130:8 131:22
143:10,12

144:7,16
**witnessed**
30:22 34:17
38:20 69:6
**wood** 55:12
**work** 12:13
13:5 14:20
17:4 18:7
30:19 31:16
33:2 50:16
57:20 58:24
59:9 64:15
79:8 80:5 82:1
82:4 83:5 92:3
96:12 102:9
104:7 106:6
107:6 111:4
117:3 119:18
126:16,18
129:6 131:11
135:17 140:9
140:17
**work's** 67:3
**workable** 19:10
33:19 117:12
117:15 128:21
130:25 131:19
**worked** 12:18
13:3 98:16
117:4 127:18
136:22
**worker** 114:8
**workers** 116:10
**working** 11:9
13:13 14:16

15:8 16:6 72:2
84:17 123:20
136:21 142:8
**works** 89:25
117:5
**workstation**
57:8,8
**workstations**
60:22
**world** 12:15
**worse** 117:19
**worst** 118:4
**worth** 16:19
70:14
**writing** 10:15
10:15 104:11
**written** 21:12

|  x  |
|---|

**x** 4:1 5:1 6:1
7:1 8:1
**xpo** 14:21
35:10 81:19
104:9 125:10
125:25 127:3
137:14

|  y  |
|---|

**yard** 97:15,16
**yards** 31:19
97:25 98:3
118:1 126:22
**yeah** 10:25
12:22 13:1
14:4,15 17:16
19:14 23:12,16

26:12 28:24
30:7 34:5
36:19 38:4
41:7 43:1 45:3
46:18 53:6,23
58:2 63:1 64:6
68:3 71:8,24
72:14,22 73:14
74:9,15,15
78:19 80:17
81:24 82:2,24
83:21 84:15
87:5,17 88:5
89:19 90:1,10
91:17 92:10
94:8 95:12
96:3,5,20,23,25
97:15 98:1
102:19 105:4
106:3,16 107:1
107:1 108:4
112:22 113:1
114:10 118:6
122:17,17
125:19,23
126:14 128:24
130:2,5 134:6
134:11 135:21
144:16
**year**   12:20 62:6
63:15 64:16
83:17 104:25
**years**   11:6 13:2
13:4,5 14:6
16:20 17:17

28:17 42:4,9
49:1,16 50:6
63:15 73:23
76:10 77:23
82:25 83:8,8
87:23 94:16
103:14 112:5
113:17,21
117:2 118:18
121:11,15
135:4,5 139:10
139:11,12
**yellow**   1:5 2:6
6:3 7:5 9:6
20:10 23:6
24:16 34:11
86:19,23 93:1
100:12 109:8
109:10 113:23
114:3 123:18
125:11 142:25
**yellow's**   129:1
**yep**   12:2 17:24
21:23 34:13
47:1 88:22
92:25 107:17
120:18 122:16
130:8
**york**   2:15,15
**yrc**   7:18

**z**

**z**   40:25
**zone**   50:17,18
72:21 124:25
125:1

**zoom**   1:15
13:25
**zoomed**   43:24
**zuzolo**   2:13

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2)  Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.


DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS

## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.