# EXHIBIT 17

**SEFL00001111**
**(Miami Property Repair Estimate**
**Tom Burket, P.J. Callaghan)**

US.363199751.01



Bid Proposal Form



|   |   |
|---|---|
| Proposal Date | 01-03-2024 |
| PJC Estimate # | 24-0001 |
| Bid Type | Budgetary |
| Project Name | SEFL Medley- Facility Maintenance |
| Project Address | 11301 NW 134th Street Medley, FL 33178 |
| Project Type | Facility Maintenance & Repairs |
| Client Information | Tom Herndon, Southeastern Freightlines |
| Prepared By | Tom Burket |

## Company Information

**Company Name:** P.J. Callaghan Company, Inc.
**Office Address:** 3251 Morris Street, Saint Petersburg, FL 33713      **Email:** info@pjcallaghan.com
**Website:** www.pjcallaghan.com      **Office Phone:** 727.573.2505

### Mission Statement
Our mission is to be guided by a core set of values that drive every project: fostering creative thinking, promoting clear communication, cultivating trust and upholding accountability.

## Material Cost Escalation Clause

*The contract price for this construction project has been calculated based on the current prices for the required building materials. However, the market for the building materials that are hereafter specified is considered to be volatile, and sudden price increases could occur.*

*The Builder agrees to use his best efforts to obtain the lowest possible prices from available building material suppliers, but should there be an increase in the prices of these specified materials that are purchased after the execution of the contract, the Owner agrees to pay that cost increase to the Builder.*

*Any claim by the Builder for payment of a cost increase, as provided above, shall require written notice delivered by the Builder to the Owner stating the increased cost, the building material or materials in question, and the source of supply, supported by material quotes or estimates*

## Qualifications & Exclusions

Budget pricing is for information purposes only and is based on scope assumptions/historical pricing. Budget pricing is used when plans or scope of work are not developed to the point that accurate pricing can be determined. As the design and drawings are advanced, pricing will be adjusted accordingly.

Water and Electrical during the construction phase will be provided by owner

Permit & Impact Fees not included in budget. Fees vary by municipality and can not be accurately determined until plans have been submitted and reviewed by the building department and/or site plan review.

Builder's risk insurance is "coverage that protects an organization's insurable interest in materials, fixtures and/or equipment being used in the construction of a building should those items sustain physical loss or damage from a covered cause." PJ Callaghan does **not typically include Builder's Risk policy unless requested,** but we do have the ability to include this coverage upon request.

## Project Description

This budget proposal is based on a separate facility inspection report prepared by PJC following the March 20th site inspection. The inspection encompassed an evaluation of the present state of the site and building systems to formulate a list of necessary repairs to bring the property back to a leasable condition.



## Exhibits

**FULL DEPTH SLAB REPAIR**

**SCALE: N.T.S.**

NOTE: IF CRACKS EXTEND THROUGHOUT THE DEPTH OF THE SLAB THEN DO A FULL DEPTH REPAIR OF THE SLAB OR FOLLOW DETAIL A. NO STRUCTURAL CONCRETE SHALL BE STRIPPED UNTIL IT HAS REACHED AT LEAST TWO-THIRDS OF THE 28 DAY DESIGN STRENGTH. DESIGN, ERECTION AND REMOVAL OF ALL FORM WORK, SHORES AND RESHORES SHALL MEET THE REQUIREMENTS SET FORTH IN ACI STANDARDS 347 AND 301.

**PARTIAL DEPTH SLAB REPAIR**

**SCALE: N.T.S.**

NOTES:

1. REMOVE LOOSE OR DELAMINATED CONCRETE ABOVE OXIDIZED REINFORCING STEEL. ONCE INITIAL REMOVALS ARE MADE, PROCEED WITH THE UNDERCUTTING OF ALL EXPOSED OXIDIZED (CORRODED) BARS. UNDERCUTTING WILL PROVIDE CLEARANCE FOR UNDER BAR CLEANING, FULL BAR CIRCUMFERENCE BONDING TO SURROUNDING CONCRETE, AND WILL SECURE THE PATCH STRUCTURALLY.
2. PROVIDE MINIMUM ¾" CLEARANCE BETWEEN EXPOSED REBARS AND SURROUNDING CONCRETE OR ¼" LARGER THAN LARGEST AGGREGATE IN REPAIR MORTAR, WHICHEVER IS GREATER.
3. CONCRETE REMOVALS SHALL EXTEND ALONG THE BARS TO LOCATIONS ALONG THE BAR FREE OF BOND INHIBITING CORROSION, AND WHERE THE BAR IS WELL BONDED TO SURROUNDING CONCRETE.
4. IF UNOXIDIZED REINFORCING STEEL IS EXPOSED DURING THE UNDERCUTTING PROCESS, CARE SHALL BE TAKEN NOT TO DAMAGE THE BAR'S BOND TO SURROUNDING CONCRETE. IF BOND BETWEEN BAR AND CONCRETE IS BROKEN, UNDERCUTTING OF THE BAR SHALL BE REQUIRED.
5. ANY REINFORCEMENT WHICH IS LOOSE SHALL BE SECURED IN PLACE BY TYING TO OTHER SECURED BARS OR BY OTHER APPROVED METHODS.

**EXPOSING AND UNDERCUTTING REINFORCING STEEL**

**SCALE: 3/4"=1'-0"**










## Schedule of Values

| Code | Item Description | QTY | Price | Type | Subtotal |
|---|---|---|---|---|---|
| **Permit Drawings & Application** | | | | | |
| | Engineered Permit Drawings<br>Code compliant permit drawings | 1 | $12,000.00 | | $12,000.00 |
| | Permit Application & Submittal<br>Permit Application, NOC, Submittal & Plan Review Coordination | 1 | $3,500.00 | | $3,500.00 |
| | Permit Fee Allowance- City of Medley<br>TBD | 1 | $7,500.00 | | $7,500.00 |
| **Division 1: General Requirements** | | | | | |
| 01-3100 | Project Manager/Supervision | 24 | $2,800.00 | WK | $67,200.00 |
| 01-5230 | Temp Facilities- Port O Let & Constructoin Dumpster<br>Excluded - Assuming use owners facilities | 6 | $2,400.00 | MO | $14,400.00 |
| 01-5400 | Rental Equipment & Job Fuel | 6 | $4,680.00 | MO | $28,080.00 |
| 01-5930 | Travel Expense- Lodging & Subsistence | 24 | $1,860.00 | WK | $44,640.00 |
| 01-7400 | Post Construction Cleaning | 56814 | $0.20 | SF | $11,362.80 |
| **Division 8: Openings** | | | | | |
| 08-3600 | 9' x 9' Sectional Overhead Door Replacement<br>Replace 113 sectional OHD at cross dock | 113 | $3,945.00 | EA | $445,785.00 |
| **Division 3: Concrete** | | | | | |
| 03-0100 | Concrete Restoration Allowance<br>Assuming between 20-30 different areas of varying size per repair methods described above in the exhibit | 1 | $25,000.00 | LS | $25,000.00 |
| **Division 9: Finishes** | | | | | |
| 09-2900 | Drywall Repairs<br>Allowance to go thru and prep GWB walls for paint | 1 | $8,000.00 | LS | $8,000.00 |
| 09-5100 | Acoustical Ceiling<br>Demo and replace ACT and grid in both the main office and dock break room areas | 6990 | $6.40 | SF | $44,736.00 |
| 09-6000 | Flooring<br>Demo and replace flooring in both the main office and dock break room areas | 6990 | $8.30 | SF | $58,017.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 09-9100 | Painting | | 1 | $23,000.00 | LS | $23,000.00 |
| | Allowance includes painting all of the GWB surfaces, doors and frames in the office and dock break room area. It also includes painting the exterior block on the dock break room area | | | | | |
| **Division 13: Special Construction** | | | | | | |
| 13-3200 | PEMB- Dock Wall Framing & Opening Replace | | 113 | $6,280.00 | EA | $709,640.00 |
| | Demo existing wall panels and secondary framing  Install MC8 x 22.8 structural channel framing  install 24 gauge PBR panel & J Trim  Per wall framing detail above in exhibits | | | | | |
| 13-3400 | PEMB- Roof Tear Off and Replace | | 56814 | $14.60 | SF | $829,484.40 |
| | 24 gauge PBR profile by MBCI.  4" R-11 VRR Faced Insulation  Includes tearing off existing roof panels and insulation | | | | | |
| 13-3500 | PEMB- Roof Hardening Allowance | | 56154 | $3.00 | SF | $168,462.00 |
| | Anticipated structural upgrades to roof for code compliance includes additional purlins and fastener | | | | | |
| **Division 23: HVAC** | | | | | | |
| 23-0500 | HVAC Systems | | 1 | $65,000.00 | LS | $65,000.00 |
| | Allowance to replace ductwork and (1) 5 ton AHU and perform maintenance and repairs on other units | | | | | |
| **Division 26 Electrical** | | | | | | |
| 26-0500 | Electrical Systems | | 6690 | $5.00 | SF | $33,450.00 |
| | Allowance to replace electrical devices and trim for outlets, switches, etc throughout both the main office and dock break room areas. | | | | | |
| **Division 32 Exterior Improvements** | | | | | | |
| 32-1200 | Asphalt Paving | | 45378 | $34.80 | SY | $1,579,154.40 |
| | Mill and Place 2" 12.5 mm asphalt | | | | | |
| 32-1700 | Striping | | 1 | $25,000.00 | LS | $25,000.00 |
| 32-3100 | Fencing Repairs | | 1 | $15,000.00 | LS | $15,000.00 |
| | See inspection report for additional information | | | | | |
| **Division 99: Overhead and Fee** | | | | | | |
| 99-0001 | GC Overhead & Fee | | 1 | $417,205.00 | LS | $417,205.00 |
| | Operating Expenses + Profit | | | | | |

**Build Total**    $4,635,616.60