# EXHIBIT 18

**SEFL00000719**
**(Odessa Property Repair Estimate**
**Andy Erickson, Schwob Building)**

US.363199751.01



SEFL (YRC) - Odessa
Initial
Tuesday, March 19, 2024

## ESTIMATE SUMMARY

| DESCRIPTION | | TOTAL | | $ / SF |
|---|---:|---:|---:|---:|
| **DIVISION 01 - GENERAL CONDITIONS** | | | | |
| 00-1001 - GC's - Project & Field Management | | $ | 33,700 | $ 5.91 |
| 00-1002 - GC's - Temporary Site Facilities | | $ | 1,520 | $ 0.27 |
| 00-1003 - GC's - Temporary Utilities | | $ | 650 | $ 0.11 |
| 00-1004 - GC's - Safety | | $ | 1,233 | $ 0.22 |
| 00-1005 - GC's - Security | | $ | 250 | $ 0.04 |
| 00-1006 - GC's - Temporary Protection | | $ | - | $ - |
| 00-1007 - GC's - Cleaning & Waste Management | | $ | 2,940 | $ 0.52 |
| 00-1008 - GC's - Project Closeout | | $ | 500 | $ 0.09 |
| 00-1009 - GC's - Misc. Equipment | | $ | 1,250 | $ 0.22 |
| *DIVISION 01 - GENERAL CONDITIONS SUBTOTAL* | | $ | 42,043 | $ 7.38 |
| | | | | |
| **DIVISION 02 - SITEWORK** | | | | |
| 32-1210 - Asphalt Paving | | $ | 260,790 | $ 45.75 |
| *DIVISION 02 - SITEWORK SUBTOTAL* | | $ | 260,790 | $ 45.75 |
| | | | | |
| **DIVISION 11 - EQUIPMENT** | | | | |
| 11-1310 - Loading Dock Equipment | | $ | 5,428 | $ 0.95 |
| *DIVISION 11 - EQUIPMENT SUBTOTAL* | | $ | 5,428 | $ 0.95 |
| | | | | |
| **TOTAL DIRECT COST** | | $ | 308,261 | $ 54.08 |
| | | | | |
| **INDIRECT COSTS** | | | | |
| Contractor Contingency | 10.00% | $ | 30,826 | $ 5.41 |
| General Liability Insurance | 0.70% | $ | 2,374 | $ 0.42 |
| Profit | 10.00% | $ | 34,146 | $ 5.99 |
| Texas - Remodel Sales Tax | 8.25% | $ | 30,988 | $ 5.44 |
| **TOTAL COST** | | $ | 406,595 | $ 71.33 |

SEFL00000719