**EXHIBIT 19**

**SEFL00000013**
**(Lubbock Property Repair Estimate,**
**Travis Taylor, Schwob Building)**

US.363199751.01



SEFL (YRC) - Lubbock
Initial
Tuesday, March 19, 2024

## ESTIMATE SUMMARY

| DESCRIPTION | TOTAL | | $ / SF | |
|---|---:|---:|---:|---:|
| **DIVISION 01 - GENERAL CONDITIONS** | | | | |
| 00-1001 - GC's - Project & Field Management | $ | 73,306 | $ | 9.52 |
| 00-1002 - GC's - Temporary Site Facilities | $ | 1,715 | $ | 0.22 |
| 00-1003 - GC's - Temporary Utilities | $ | 1,300 | $ | 0.17 |
| 00-1004 - GC's - Safety | $ | 2,531 | $ | 0.33 |
| 00-1005 - GC's - Security | $ | 80 | $ | 0.01 |
| 00-1006 - GC's - Temporary Protection | $ | - | $ | - |
| 00-1007 - GC's - Cleaning & Waste Management | $ | 5,801 | $ | 0.75 |
| 00-1008 - GC's - Project Closeout | $ | 500 | $ | 0.06 |
| 00-1009 - GC's - Misc. Equipment | $ | 1,250 | $ | 0.16 |
| *DIVISION 01 - GENERAL CONDITIONS SUBTOTAL* | $ | 86,483 | $ | 11.23 |
| | | | | |
| **DIVISION 02 - SITEWORK** | | | | |
| 32-1210 - Asphalt Paving | $ | 855,782 | $ | 111.14 |
| 32-3120 - Fences & Gates | $ | 6,000 | $ | 0.78 |
| *DIVISION 02 - SITEWORK SUBTOTAL* | $ | 861,782 | $ | 111.92 |
| | | | | |
| **DIVISION 08 - OPENINGS** | | | | |
| 08-1000 - Doors, Frames, & Hardware (Material) | $ | 18,000 | $ | 2.34 |
| 08-3600 - Overhead Doors | $ | 26,000 | $ | 3.38 |
| *DIVISION 08 - OPENINGS SUBTOTAL* | $ | 44,000 | $ | 5.71 |
| | | | | |
| **DIVISION 09 - FINISHES** | | | | |
| 09-6100 - Flooring | $ | 8,620 | $ | 1.12 |
| 09-9100 - Painting | $ | 9,300 | $ | 1.21 |
| *DIVISION 09 - FINISHES SUBTOTAL* | $ | 17,920 | $ | 2.33 |
| | | | | |
| **DIVISION 11 - EQUIPMENT** | | | | |
| 11-1310 - Loading Dock Equipment | $ | 7,214 | $ | 0.94 |
| *DIVISION 11 - EQUIPMENT SUBTOTAL* | $ | 7,214 | $ | 0.94 |
| | | | | |
| **DIVISION 13 - SPECIAL CONSTRUCTION** | | | | |
| 13-1000 - Pre-Engineered Metal Buildings (Provide & Erect) | $ | 240,365 | $ | 31.22 |
| *DIVISION 13 - SPECIAL CONSTRUCTION SUBTOTAL* | $ | 240,365 | $ | 31.22 |
| **TOTAL DIRECT COST** | $ | 1,257,764 | $ | 163.35 |
| | | | | |
| **INDIRECT COSTS** | | | | |
| Contractor Contingency | 10.00% $ | 125,776 | $ | 16.33 |
| General Liability Insurance | 0.70% $ | 9,685 | $ | 1.26 |
| Profit | 10.00% $ | 139,323 | $ | 18.09 |
| Texas - Remodel Sales Tax | 8.25% $ | 126,435 | $ | 16.42 |
| **TOTAL COST** | $ | 1,658,983 | $ | 215.45 |

SEFL00000013