**EXHIBIT 20**

**SEFL00000518**
**(McAllen Property Repair Estimate**
**Andy Erickson, Schwob Building)**

EXHIBIT 13



**SEFL (YRC) - McAllen**
Initial
Tuesday, March 19, 2024

## ESTIMATE SUMMARY

| DESCRIPTION | | TOTAL | $ / SF |
|---|---|---|---|
| **DIVISION 01 - GENERAL CONDITIONS** | | | |
| 00-1001 - GC's - Project & Field Management | | $ 73,306 | $ 4.23 |
| 00-1002 - GC's - Temporary Site Facilities | | $ 1,715 | $ 0.10 |
| 00-1003 - GC's - Temporary Utilities | | $ 1,350 | $ 0.08 |
| 00-1004 - GC's - Safety | | $ 2,531 | $ 0.15 |
| 00-1005 - GC's - Security | | $ 250 | $ 0.01 |
| 00-1006 - GC's - Temporary Protection | | $ - | $ - |
| 00-1007 - GC's - Cleaning & Waste Management | | $ 8,046 | $ 0.46 |
| 00-1008 - GC's - Project Closeout | | $ 500 | $ 0.03 |
| 00-1009 - GC's - Misc. Equipment | | $ 1,250 | $ 0.07 |
| *DIVISION 01 - GENERAL CONDITIONS SUBTOTAL* | | *$ 88,948* | *$ 5.13* |
| | | | |
| **DIVISION 02 - SITEWORK** | | | |
| 32-1210 - Asphalt Paving | | $ 375,000 | $ 21.63 |
| 32-3120 - Fences & Gates | | $ 22,800 | $ 1.31 |
| 32-9000 - Landscaping | | $ 2,100 | $ 0.12 |
| *DIVISION 02 - SITEWORK SUBTOTAL* | | *$ 399,900* | *$ 23.06* |
| | | | |
| **DIVISION 08 - OPENINGS** | | | |
| 08-1000 - Doors, Frames, & Hardware (Material) | | $ 22,500 | $ 1.30 |
| 08-3600 - Overhead Doors | | $ 249,600 | $ 14.39 |
| *DIVISION 08 - OPENINGS SUBTOTAL* | | *$ 272,100* | *$ 15.69* |
| | | | |
| **DIVISION 09 - FINISHES** | | | |
| 09-6100 - Flooring | | $ 19,852 | $ 1.14 |
| 09-9100 - Painting | | $ 20,310 | $ 1.17 |
| *DIVISION 09 - FINISHES SUBTOTAL* | | *$ 40,662* | *$ 2.34* |
| | | | |
| **DIVISION 11 - EQUIPMENT** | | | |
| 11-1310 - Loading Dock Equipment | | $ 10,935 | $ 0.63 |
| *DIVISION 11 - EQUIPMENT SUBTOTAL* | | *$ 10,935* | *$ 0.63* |
| | | | |
| **DIVISION 13 - SPECIAL CONSTRUCTION** | | | |
| 13-1000 - Pre-Engineered Metal Buildings (Provide & Erect) | | $ 369,082 | $ 21.29 |
| *DIVISION 13 - SPECIAL CONSTRUCTION SUBTOTAL* | | *$ 369,082* | *$ 21.29* |
| | | | |
| **TOTAL DIRECT COST** | | **$ 1,181,627** | **$ 68.14** |
| | | | |
| **INDIRECT COSTS** | | | |
| Contractor Contingency | 10.00% | $ 118,163 | $ 6.81 |
| General Liability Insurance | 0.70% | $ 9,099 | $ 0.52 |
| Profit | 10.00% | $ 130,889 | $ 7.55 |
| Texas - Remodel Sales Tax | 8.25% | $ 118,782 | $ 6.85 |
| **TOTAL COST** | | **$ 1,558,560** | **$ 89.88** |

SEFL00000518