**<u>EXHIBIT 21</u>**

**SEFL00000823**
**(Tulsa Property Repair Estimate**
**Andy Erickson, Schwob Building)**



SEFL (YRC) - Tulsa
Initial
Tuesday, March 19, 2024

### ESTIMATE SUMMARY

| DESCRIPTION | | TOTAL | | $ / SF |
|---|---|---|---|---|
| **DIVISION 01 - GENERAL CONDITIONS** | | | | |
| 00-1001 - GC's - Project & Field Management | $ | 73,306 | $ | 2.74 |
| 00-1002 - GC's - Temporary Site Facilities | $ | 1,715 | $ | 0.06 |
| 00-1003 - GC's - Temporary Utilities | $ | 1,450 | $ | 0.05 |
| 00-1004 - GC's - Safety | $ | 2,531 | $ | 0.09 |
| 00-1005 - GC's - Security | $ | - | $ | - |
| 00-1006 - GC's - Temporary Protection | $ | - | $ | - |
| 00-1007 - GC's - Cleaning & Waste Management | $ | 10,161 | $ | 0.38 |
| 00-1008 - GC's - Project Closeout | $ | 500 | $ | 0.02 |
| 00-1009 - GC's - Misc. Equipment | $ | 1,250 | $ | 0.05 |
| *DIVISION 01 - GENERAL CONDITIONS SUBTOTAL* | $ | *90,913* | $ | *3.40* |
| | | | | |
| **DIVISION 02 - SITEWORK** | | | | |
| 32-1210 - Asphalt Paving | $ | 492,060 | $ | 18.40 |
| 32-3120 - Fences & Gates | $ | 10,000 | $ | 0.37 |
| *DIVISION 02 - SITEWORK SUBTOTAL* | $ | *502,060* | $ | *18.78* |
| | | | | |
| **DIVISION 08 - OPENINGS** | | | | |
| 08-1000 - Doors, Frames, & Hardware (Material) | $ | 37,500 | $ | 1.40 |
| 08-3600 - Overhead Doors | $ | 52,000 | $ | 1.94 |
| *DIVISION 08 - OPENINGS SUBTOTAL* | $ | *89,500* | $ | *3.35* |
| | | | | |
| **DIVISION 09 - FINISHES** | | | | |
| 09-2900 - Drywall | $ | 41,440 | $ | 1.55 |
| 09-6100 - Flooring | $ | 27,916 | $ | 1.04 |
| 09-9100 - Painting | $ | 29,650 | $ | 1.11 |
| *DIVISION 09 - FINISHES SUBTOTAL* | $ | *99,006* | $ | *3.70* |
| | | | | |
| **DIVISION 11 - EQUIPMENT** | | | | |
| 11-1310 - Loading Dock Equipment | $ | 12,481 | $ | 0.47 |
| *DIVISION 11 - EQUIPMENT SUBTOTAL* | $ | *12,481* | $ | *0.47* |
| | | | | |
| **DIVISION 13 - SPECIAL CONSTRUCTION** | | | | |
| 13-1000 - Pre-Engineered Metal Buildings (Provide & Erect) | $ | 24,000 | $ | 0.90 |
| *DIVISION 13 - SPECIAL CONSTRUCTION SUBTOTAL* | $ | *24,000* | $ | *0.90* |
| | | | | |
| **DIVISION 15 - MECHANICAL** | | | | |
| 21-1300 - Fire Protection | $ | 40,110 | $ | 1.50 |
| *DIVISION 15 - MECHANICAL SUBTOTAL* | $ | *40,110* | $ | *1.50* |
| | | | | |
| **DIVISION 16 - ELECTRICAL** | | | | |
| 26-1000 - Electrical | $ | 585,000 | $ | 21.88 |
| 27-2000 - Phone & Data Cabling | $ | 22,500 | $ | 0.84 |
| 28-3100 - Fire Alarm System | $ | 35,000 | $ | 1.31 |
| *DIVISION 16 - ELECTRICAL SUBTOTAL* | $ | *642,500* | $ | *24.03* |
| **TOTAL DIRECT COST** | $ | **1,500,570** | $ | **56.12** |

| INDIRECT COSTS | | | | |
|---|---|---|---|---|
| Contractor Contingency | 10.00% | $ | 150,057 | $ | 5.61 |
| General Liability Insurance | 0.70% | $ | 11,554 | $ | 0.43 |
| Profit | 10.00% | $ | 166,218 | $ | 6.22 |
| Texas - Remodel Sales Tax | 8.25% | $ | 150,843 | $ | 5.64 |

SEFL00000823

| TOTAL COST | $ | 1,979,242 | $ | 74.02 |

SEFL00000824