## CERTIFICATE OF SERVICE

      I, Brett D. Fallon, hereby certify that on April 4, 2024, copies of the foregoing *Southeastern Freight Lines' (A) Amended, Supplemental, and Restated Objection to the Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases and (II) Granting Related Relief and (B) Joinder to Objection and Reservation of Rights of Certain Landlords* were served electronically through the CM/ECF system, via email and first-class mail on the parties indicated on the attached service list.

Dated:  April 4, 2024                                    */s/ Brett D. Fallon*
                                                                                     Brett D. Fallon

**<u>Via Email and First-Class Mail</u>**

| | |
|---|---|
| Yellow Corporation<br>Attn.: General Counsel<br>11500 Outlook Street, Suite 400<br>Overland Park, Kansas 66211 | Kirkland & Ellis LLP<br>Allyson B. Smith<br>601 Lexington Avenue<br>New York, New York 10022<br>allyson.smith@kirkland.com |
| Kirkland & Ellis LLP<br>Patrick J. Nash, Jr.<br>David Seligman, P.C.<br>300 North LaSalle<br>Chicago, Illinois, 60654<br>patrick.nash@kirkland.com<br>david.seligman@kirkland.com | Pachulski Stang Ziehl & Jones LLP<br>Laura Davis Jones<br>Timothy P. Cairns<br>Peter J. Keane<br>Edward Corma<br>919 North Market Street, 17th Floor<br>Wilmington, Delaware 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com |
| Office of the United States Trustee for the District of Delaware<br>Jane Leamy<br>Richard Schepacarter<br>844 N. King Street, #2207<br>Lockbox #35<br>Wilmington, Delaware 19801<br>jane.m.leamy@usdoj.gov<br>richard.schepacarter@usdoj.gov | Akin Gump Strauss Hauer & Feld LLP<br>Philip C. Dublin<br>Meredith A. Lahaie<br>Kevin Zuzolo<br>One Bryant Park<br>Bank of America Tower<br>New York, NY 10036-6745<br>pdublin@akingump.com<br>mlahaie@akingump.com<br>kzuzolo@akingump.com |
| Benesch Friedlander Coplan & Aronoff LLP<br>Jennifer R. Hoover<br>Kevin M. Capuzzi<br>1313 North Market Street, Suite 1201<br>Wilmington, Delaware 19801<br>jhoover@beneschlaw.com<br>kcapuzzi@beneschlaw.com | |