IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 2620** |

**CERTIFICATE OF NO OBJECTION REGARDING THE SECOND INTERIM FEE APPLICATION OF HURON CONSULTING GROUP INC., FINANCIAL ADVISOR TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2023 THROUGH JANUARY 31, 2024**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Second Interim Fee Application of Huron Consulting Group, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period November 1, 2023 Through January 31, 2024* [Docket No. 2620] (the "Application") filed on March 14, 2024. The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Notice of Second Interim Fee Application of Huron Consulting Group, Inc., Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period November 1, 2023 Through January 31, 2024* [Docket No. 2620-1], objections to the Application were to be filed and served no later than April 4, 2024, at 4:00 p.m.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

24246756

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 519], the Court may approve the Application upon the filing of this Certificate of No Objection without the need for a hearing. Upon allowance by the Court, the Debtors shall be authorized to promptly pay all allowed fees (including the 20% holdback) and expenses not previously paid.

ABSENT THE ENTRY OF AN ORDER APPROVING THE APPLICATION, A HEARING ON THE APPLICATION WILL BE HELD ON **APRIL 11, 2024 AT 10:00 A.M.** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

Dated: April 5, 2024
Wilmington, Delaware

| | |
|---|---|
| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
| /s/ John C. Gentile | Philip C. Dublin (*pro hac vice*) |
| Jennifer R. Hoover (DE No. 5111) | Meredith A. Lahaie (*pro hac vice*) |
| Kevin M. Capuzzi (DE No. 5462) | Kevin Zuzolo (*pro hac vice*) |
| John C. Gentile (DE No. 6159) | One Bryant Park |
| 1313 North Market Street, Suite 1201 | New York, NY 10036 |
| Wilmington, DE 19801 | Telephone: (212) 872-1000 |
| Telephone: (302) 442-7010 | Facsimile: (212) 872-1002 |
| Facsimile: (302) 442-7012 | Email: pdublin@akingump.com |
| E-mail: jhoover@beneschlaw.com |         mlahaie@akingump.com |
|         kcapuzzi@beneschlaw.com |         kzuzolo@akingump.com |
|         jgentile@beneschlaw.com | |

*Counsel to the Official Committee of Unsecured Creditors*