**Schedule 2**

**Duplicate Claims**

Yellow Corporation Case No. 23-11069 (CTG)
Sixth Omnibus Claims Objection
Schedule 2 - Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | BARBOZA, DAVID ADDRESS ON FILE | 10/23/23 | 23-11072 (CTG) New Penn Motor Express LLC | 3301 | $4,158.96 | BARBOZA, DAVID ADDRESS ON FILE | 10/23/23 | 23-11072 (CTG) New Penn Motor Express LLC | 2809 | $4,158.96 |
| 2 | DEERING LANDSCAPE CONTRACTORS 8375 WOLCOTT EAST AMHERST, NY 14051 | 10/16/23 | 23-11069 (CTG) Yellow Corporation | 1908 | $3,575.00 | DEERING LANDSCAPE CONTRACTORS ATTN PAT DEERING 8375 WOLCOTT RD EAST AMHERST, NY 14051 | 10/10/23 | 23-11069 (CTG) Yellow Corporation | 911 | $3,575.00 |
| 3 | DURAVA, MICHAEL ADDRESS ON FILE | 10/04/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 12533 | $3,613.91 | DURAVA, MICHAEL ADDRESS ON FILE | 10/04/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 12531 | $3,613.91 |
| 4 | MACKISEY, KEVIN ADDRESS ON FILE | 09/27/23 | 23-11072 (CTG) New Penn Motor Express LLC | 791 | $3,712.00 | MACKISEY, KEVIN ADDRESS ON FILE | 09/25/23 | 23-11072 (CTG) New Penn Motor Express LLC | 790 | $3,712.00 |
| 5 | PENNSYLVANIA DEPARTMENT OF REVENUE ATTN BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 10/30/23 | 23-11069 (CTG) Yellow Corporation | 3501 | $298.91 | PENNSYLVANIA DEPARTMENT OF REVENUE ATTN BANKRUPTCY DIVISION PO BOX 280946 HARRISBURG, PA 17128-0946 | 10/02/23 | 23-11069 (CTG) Yellow Corporation | 785 | $298.91 |
| 6 | URBAN NORTHERN INC ATTN ALAN HYATT 3407 83RD AVE NE MARYSVILLE, WA 98270 | 11/05/23 | 23-11069 (CTG) Yellow Corporation | 15668 | $850.00 | URBAN NORTHERN INC ATTN ALAN HYATT 3407 83RD AVE NE MARYSVILLE, WA 98270 | 11/05/23 | 23-11069 (CTG) Yellow Corporation | 15666 | $850.00 |

1

Yellow Corporation Case No. 23-11069 (CTG)
Sixth Omnibus Claims Objection
Schedule 2 - Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | WA STATE DEPARTMENT OF LABOR AND INDUSTRIES PO BOX 44171 OLYMPIA, WA 98504 | 12/22/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 5809 | $7,403.83 | WA STATE DEPARTMENT OF LABOR AND INDUSTRIES PO BOX 44171 OLYMPIA, WA 98504 | 12/04/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 5793 | $7,403.83 |
| | | | | TOTAL | $23,612.61 | | | | TOTAL | $23,612.61 |

2