# SIGN-IN SHEET

**JUDGE: Goldblatt    COURTROOM 7**

**CASE NUMBER: 23-11069 CASE NAME: Yellow Corporation    DATE: 4/11/2024 (10:00 AM)**

*\*\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Rene Roupinian | Raisner Roupinian LLP | Moore, et al |
| Jack Raisner | RRLLP | Moore " |
| Joe Yeager | Margolis Edelstein | Plaintiff on Yellow Moore |
| Mary Olsen | Gardner Law Firm | Moore |
| Brya Keilson | Morris James | Coughlan plaintiffs |
| Eric Monzo | Morris James | Coughlan plaintiffs |
| Philip Hearn | Hearn Law | |
| Matthew Stein | Kasowitz | Debtors - Special Lit counsel |
| Mike Slade | Kirkland & Ellis | Debtors |
| Allyson South | " | " |
| Peter Keene | Pachulski Stang Ziehl & Jones | " |
| William Sullivan | Sullivan Hazeltine Allinson LLC | Pension Funds |
| Mike Busenkell | Gellert Scali Busenkell & Brown | CFT Pension Fund, Teamsters 641 Pension |
| Jennifer Hoover | Benesch | Committee |
| Kevin Zuzolo | Akin | Committee |
| Meredith Lahaie | Akin | Committee |

# SIGN-IN SHEET

**JUDGE:** Goldblatt   **COURTROOM 7**

**CASE NUMBER:** 23-11069 **CASE NAME:** Yellow Corporation   **DATE:** 4/11/2024 (10:00 AM)

*\*\*\*PLEASE PRINT YOUR NAME LEGIBLY OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED\*\*\**

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Chris Goessn | Akin | Committee |
| Susan Kaufman | Law Office Susan Kaufman | Teamsters & IAM |
| Emma Woods | Previant Law SC | " " |
| Mike Slade | Kirkland & Ellis | Debtors |
| Richard L. Schepacarter | USDOJ - OUST | U.S. Trustee |
| Jane M. Leamy | " — " | " " " |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Adv. Pro No. 23-50457 Moore v. Yellow Frieght, et al., and Adv. Pro. No.23-50761 Coughlen v. Yellow Corp. et al.

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Negisa | Balluku | | | Audio Only |
| Kevin | Eckhardt | Reorg | | Audio Only |
| John | Fogarty | FourWorld Capital Management | Yellow equity holder | Audio Only |
| Johnathan | Miller | Lankenau & Miller, LLP | Plaintiffs | Video and Audio |
| Michael | Morris | Wisconsin Department of Justice | Wisconsin Department of Workforce Development | Video and Audio |
| Luke | Spangler | Kirkland & Ellis LLP | Defendants | Video and Audio |
| Dvir | Weinberg | | 5166532494 | Coughlen v. Yellow |
| Negisa | Balluku | | | Audio Only |
| Negisa | Balluku | | | Audio Only |
| Brady | Connaughton | Cohen, Leder, Montalbano & Connaughton, LLC | Mid-Jersey 701 Welfare/Pension Funds | Video and Audio |
| John | Fogarty | FourWorld Capital Management | Yellow equity holder | Audio Only |
| John | Fogarty | FourWorld Capital Management | Yellow equity holder | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Peter | Levinson | | self | Audio Only |
| Johnathan | Miller | Lankenau & Miller, LLP | Plaintiffs | Video and Audio |
| Johnathan | Miller | Lankenau & Miller, LLP | Plaintiffs | Video and Audio |
| Keith | Rolland | | Moore et al v. Yellow Freight Corporation et al | Audio Only |
| Luke | Spangler | Kirkland & Ellis LLP | Defendants | Video and Audio |
| Luke | Spangler | Kirkland & Ellis LLP | Defendants | Video and Audio |
| Dvir | Weinberg | | Moore et al v. Yellow Freight Corporation et al | Moore et al v. Yellow |
| Dvir | Weinberg | | Moore et al v. Yellow Freight Corporation et al | Moore et al v. Yellow |
| Ben | Zigterman | Law360 | Law360 | Audio Only |
| Rick | Archer | Law360 | | Audio Only |
| Rick | Archer | Law360 | | Audio Only |
| Negisa | Balluku | | | Audio Only |
| Negisa | Balluku | | | Audio Only |
| sarah | Ben-ezer | | holders | Audio Only |
| Brad | Berliner | Central States Funds Law Department | Central States Pension Fund | Video and Audio |
| Corey | Bott | Abato, Rubenstein and Abato, P.A. | Freight Drivers 557 Pension | Video and Audio |
| Philip | Brendel | Bloomberg Intelligence | self | Audio Only |
| Philip | Brendel | Bloomberg Intelligence | self | Audio Only |
| Michael | Busenkell | Gellert Scali Busenkell & Brown, LLC | Central Pennsylvania Teamsters | Audio Only |
| Brennan | Caldwell | Goodmans LLP | Canadian Counsel to Yellow Corporation et al. | Video and Audio |
| Kevin | Capuzzi | Benesch Friedlander Coplan & Aronoff LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Kevin | Capuzzi | Benesch Friedlander Coplan & Aronoff LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Brady | Connaughton | Cohen, Leder, Montalbano & Connaughton, LLC | Teamsters Local 560, Teamsters Local 701, Mid-Jers | Video and Audio |
| Lauren | Crawford | | | Audio Only |

Case 23-11069-CTG   Doc 2957   Filed 04/12/24   Page 4 of 6

Yellow Corp. et al., al 23-11069

Adv. Pro No. 23-50457 Moore v. Yellow Frieght, et al., and Adv. Pro. No.23-50761 Coughlen v. Yellow Corp. et al.

| Lauren | Crawford | Barclays | N/A | Audio Only |
|---|---|---|---|---|
| Chris | DeMuth Jr | Rangeley Capital | N/A | Audio Only |
| Caitlyn | Delaney | Deutsche Bank | | Audio Only |
| Caitlyn | Delaney | Deutsche Bank | | Audio Only |
| Caroline | Descours | Goodmans LLP | Debtors | Video and Audio |
| Phil | Dublin | Akin | UCC | Video and Audio |
| Phil | Dublin | Akin | UCC | Video and Audio |
| Katherine | Dute | Robinson & Cole LLP | Aaron Misquez | Video and Audio |
| Ryan | Eckert | Carronade Capital | Shareholder | Video and Audio |
| Ryan | Eckert | Carronade Capital | Shareholder | Video and Audio |
| Michael | Ensz | | KPMG LLP | Video and Audio |
| Matt | Farwell | Odeon Capital | Odeon Capital | Audio Only |
| Matthew | Farwell | Odeon Capital | Odeon Capital | Audio Only |
| Stephanie | Fernandes | Cassels Brock and Blackwell LLP | Alvarez & Marsal | Video and Audio |
| Gabriella | Ferreira | Arnold & Porter | Member of public | Audio Only |
| John | Fogarty | FourWorld Capital Management | Yellow equity holder | Audio Only |
| Shannon | Forshay | Potter Anderson & Corroon LLP | MFN Partners | Video and Audio |
| Shannon | Forshay | Potter Anderson & Corroon LLP | MFN Partners | Video and Audio |
| Alan | Fragen | Lonestar Capital Mgmt | | Audio Only |
| Brandon | Garcia | Farallon Capital Management | Interested Party Only | Audio Only |
| John | Gentile | Benesch,Friedlander, Coplan & Aronoff, L | Official Committee of Unsecured Creditors | Video and Audio |
| John | Gentile | Benesch,Friedlander, Coplan & Aronoff, L | Official Committee of Unsecured Creditors | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| Clara | Geoghegan | Law360 | | Audio Only |
| Barry | Gertner | Improverb LLC | improverb LLC | Audio Only |
| L. Katherine | Good | Potter Anderson & Corroon LLP | MFN Partners | Video and Audio |
| L. Katherine | Good | Potter Anderson & Corroon LLP | MFN Partners | Video and Audio |
| Andrew | Harmes | Goodmans LLP | Canadian counsel to Yellow | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Taylor | Harrison | | | Audio Only |
| Golsa | Hashemi-Ghochani | Cassels Brock and Blackwell LLP | Alvarez & Marsal | Video and Audio |
| Katherine | Hemming | Campbell & Levine | James Alexander | Video and Audio |
| Jennifer | Hoover | Benesch Friedlander Coplan & Aronoff LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Jennifer | Hoover | Benesch Friedlander Coplan & Aronoff LLP | Unsecured Creditor Committee | Video and Audio |
| I-Heng | Hsu | U.S. Department of Justice | United States of America | Video and Audio |
| Jeff | Kaplan | | | Video and Audio |
| Jeff | Kaplan | | | Video and Audio |
| Dietrich | Knauth | | media | Audio Only |
| Dietrich | Knauth | | media, Reuters | Audio Only |

Yellow Corp. et al., al 23-11069

Adv. Pro No. 23-50457 Moore v. Yellow Frieght, et al., and Adv. Pro. No.23-50761 Coughlen v. Yellow Corp. et al.

| Gabe | Korn | Akin | UCC | Audio Only |
|---|---|---|---|---|
| Gabe | Korn | Akin | UCC | Audio Only |
| Meredith | Lahaie | Akin | UCC | Video and Audio |
| Meredith | Lahaie | Akin | UCC | Video and Audio |
| Stephen | Lam | | Corre Partners | Audio Only |
| Stephen | Lam | Corre Partners | interested party | Video and Audio |
| Jason | Lee | Chang & Lee | Alejandro Vizcaino | Video and Audio |
| Natalie | Levine | Cassels Brock and Blackwell LLP | Alvarez & Marsal | Video and Audio |
| Peter | Levinson | | self | Audio Only |
| Michael | Lipsky | Mariner Investment Group | Self | Video and Audio |
| Michael | Lipsky | Mariner Investment Group | Self | Video and Audio |
| Leah | Lopez | Akin | UCC | Video and Audio |
| Leah | Lopez | Akin | UCC | Video and Audio |
| Christopher | Maiden | | FreightWaves | Audio Only |
| Christopher | Maiden | | FreightWaves | Audio Only |
| Christopher | Marasco | | Crossway Point Management LP | Video and Audio |
| Christopher | Marasco | Crossway Point Management LP | Crossway Point Management LP | Video and Audio |
| Juan | Martinez | Benesch Friedlander Coplan & Aronoff | Official Committee of Unsecured Creditors | Video and Audio |
| Juan | Martinez | Benesch Friedlander Coplan & Aronoff | Official Committee of Unsecured Creditors | Video and Audio |
| Kristin | McCloskey | Potter Anderson & Corroon | MFN Partners | Video and Audio |
| Kristin | McCloskey | Potter Anderson & Corroon | MFN Partners | Video and Audio |
| Keith | McCormack | | | Audio Only |
| Alex | McWilliams | | | Audio Only |
| Johnathan | Miller | Lankenau & Miller, LLP | Plaintiffs | Video and Audio |
| Tobias | Milligan | Conversant | Conversant Capital | Audio Only |
| Tobias | Milligan | Conversant Capital | Self | Audio Only |
| Theresa | Mistretta | Potter Anderson & Corroon | MFN Partners | Video and Audio |
| Theresa | Mistretta | Potter Anderson & Corroon | MFN Partners | Video and Audio |
| Michael | Morris | Wisconsin Department of Justice | State of Wisconsin | Audio Only |
| Michael | Morris | Wisconsin Department of Justice | Wisconsin Department of Workforce Development | Audio Only |
| Michael | Morris | Wisconsin Department of Justice | Wisconsin Department of Workforce Development | Audio Only |
| Ana | Murguia | Naqvi Injury Law | Jennifer Webb | Audio Only |
| Yienie | Peng | Farallon Capital Management | Interested Party Only | Audio Only |
| Zichong | Peng | | | Video and Audio |
| Joseph | Perrone | Giuliano McDonnell & Perrone LLP | Direct ChassisLink | Audio Only |
| Joseph | Perrone | Giuliano McDonnell & Perrone LLP | Direct ChassisLink | Video and Audio |
| Deborah | Perry | Munsch Hardt Kopf & Harr PC | Finlayson Logistics Assets LLC | Video and Audio |
| Kevin | Pifer | | Pifer Property Holdings LP | Video and Audio |
| Keith | Rolland | | Yellow Corporation | Audio Only |

Case 23-11069-CTG   Doc 2957   Filed 04/12/24   Page 6 of 6

Yellow Corp. et al., al 23-11069

Adv. Pro No. 23-50457 Moore v. Yellow Frieght, et al., and Adv. Pro. No.23-50761 Coughlen v. Yellow Corp. et al.

| Nathan | Rosenblum | | | Video and Audio |
|--------|-----------|---|---|-----------------|
| Nathan | Rosenblum | | | Video and Audio |
| Noor | Sakran | Goodmans LLP | non-party participant | Audio Only |
| Onirik | Sarma | Global Credit Advisers, LLC | Shareholder | Video and Audio |
| Onirik | Sarma | Global Credit Advisers, LLC | Shareholder | Video and Audio |
| Aman | Sawhney | | | Video and Audio |
| Aman | Sawhney | | | Video and Audio |
| George | Schultze | Schultze Asset Mgmt. | Pro se | Video and Audio |
| Aram | Sethian | One68 Global Capital, LLC | Observer | Audio Only |
| Luke | Spangler | Kirkland & Ellis LLP | Defendants | Video and Audio |
| Luke | Spangler | Kirkland & Ellis LLP | Defendants | Video and Audio |
| Zach | Sperling | | MFN Partners | Video and Audio |
| Zach | Sperling | | MFN Partners | Video and Audio |
| Daniel | Sullivan | Central States Law Department | Central States Pension Fund | Video and Audio |
| Joe | Sullivan | Akin | UCC | Audio Only |
| Joe | Sullivan | Akin | UCC | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| Vince | Sullivan | Law360 | | Audio Only |
| Vincent | Szeligo | WPa Pension | WPa Pension Fund | Video and Audio |
| Stephanie | Thomas | Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Video and Audio |
| Andrew | Walker | Pension Benefit Guaranty Corporation | Pension Benefit Guaranty Corporation | Video and Audio |
| Timothy | Weber | J. Goldman & Co., L.P. | J Goldman & Co., L.P. | Audio Only |
| Timothy | Weber | J. Goldman & Co., L.P. | J Goldman & Co., L.P. | Audio Only |
| Dvir | Weinberg | | Yellow Corporation | Video and Audio |
| Dvir | Weinberg | | Yellow Corporation | Video and Audio |
| Eric | Winston | Quinn Emanuel | MFN Partners | Video and Audio |
| Eric | Winston | Quinn Emanuel | MFN Partners | Video and Audio |
| Alex | Wittenberg | Law360 | | Audio Only |
| Alex | Wittenberg | Law360 | | Audio Only |
| Ben | Zigterman | Law360 | Law360 | Audio Only |
| Ben | Zigterman | Law360 | Law360 | Audio Only |
| Michael | Zochowski | | Self | Audio Only |
| Kevin | Zuzolo | Akin | UCC | Video and Audio |
| Kevin | Zuzolo | Akin | UCC | Video and Audio |
| michael | mccarney | | | Audio Only |