# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |
|  | ) | **Re: Docket No. 2157, 2242, 3000, 3016** |

## NOTICE OF FILING OF PROPOSED REDACTED VERSION OF THE TRIAL BRIEF REGARDING OPPOSITION TO DEBTORS' ASSUMPTION MOTION

PLEASE TAKE NOTICE that, pursuant to Rule 9018-(d)(ii) of the Local Rules of Bankruptcy Practice and Procedures of the United States Bankruptcy Court for the District of Delaware, Movants have today filed the attached proposed redacted version of the *Trial Brief Regarding Opposition to Debtors Assumption Motion* [Docket No. 3000] (the "Trial Brief") with the United States Bankruptcy Court for the District of Delaware. The proposed redactions are attached hereto as **Exhibit 1.**

Date:   April 16, 2024

                                             */s/ Garvan F. McDaniel*
                                              Garvan F. McDaniel (#4167)
                                             **HOGAN MCDANIEL**
                                             1311 Delaware Avenue
                                             Wilmington, DE 19806
                                             Telephone (302) 656-7540
                                             Facsimile (302) 656-7599
                                             gfmcdaniel@dkhogan.com

                                             -and-

                                             Michael St. James, Esq.
                                             **St. James Law, P.C.**
                                             22 Battery Street, Suite 810
                                             San Francisco, California  94111
                                             (415) 391-7566; (415) 391-7568