## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 3009 and 3014** |

**SECOND AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON
APRIL 18, 2024 AT 12:00 P.M. (PREVAILING EASTERN TIME), BEFORE THE
HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY
COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to
> attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's
> Chambers Procedures https://ecf.deb.uscourts.gov/cgi-bin/nysbAppearances.pl or on the
> Court's website at and the Court's website www.deb.uscourts.gov for information on
> who may participate remotely, the method of allowed participation (video or audio),
> Judge Goldblatt's expectations of remote participants, and the advance registration
> requirements. Registration is required by 4:00 p.m. (Eastern time) the business day
> before the hearing unless otherwise noticed using the eCourtAppearances tool available
> on the Court's website.**

## MATTER GOING FORWARD:

1.    Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume
      Certain Unexpired Leases and (II) Granting Related Relief [Filed 2/12/24] (Docket No.
      2157)

      Response Deadline:  February 20, 2024, at 4:00 p.m. (ET)

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors'
claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal
place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400,
Overland Park, Kansas 66211.

**[2]    Amended items are in bold.**

<u>Responses Received:</u>

A.      Crown Enterprises, LLC's and Acheron Land Holdings, ULC's Objection to
        Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to
        Assume Certain Unexpired Leases and (II) Granting Related Relief [Filed:
        2/20/24] ([Docket No. 2237](#))

B.      Objection to Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the
        Debtors to Assume Certain Unexpired Leases and (II) Granting Related Relief
        [Filed: 2/20/24] ([Docket No. 2242](#))

C.      Objection of Finlayson Logistics Assets LLC to Debtors' Omnibus Motion for
        Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired
        Leases and (II) Granting Related Relief [Filed: 2/20/24] ([Docket No. 2243](#))

D.      Objection of Southeastern Freight Lines to the Debtors' Omnibus Motion for
        Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired
        Leases and (II) Granting Related Relief [Filed: 2/20/24] ([Docket No. 2245](#))

E.      Crown Enterprises, LLC's and Acheron Land Holdings, ULC's Supplemental
        Objection to Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the
        Debtors to Assume Certain Unexpired Leases and (II) Granting Related Relief
        [Filed: 3/20/24] ([Docket No. 2675](#))

F.      [SEALED] Brief Regarding Opposition to Debtors' Assumption Motion [Filed:
        4/16/24] (Docket No. 3000) [Filed: 4/16/24] (Docket No. 3000)

G.      Objection and Reservation of Rights of Certain Landlords to the Debtors'
        Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume
        Certain Unexpired Leases and (II) Granting Related Relief [Filed: 3/4/24] ([Docket
        No. 2515](#))

**H.      Notice of Filing of Proposed Redacted Version of the Trial Brief Regarding
        Opposition to Debtors' Assumption Motion [Filed: 4/16/24] ([Docket No.
        3018](#))**

<u>Related Documents:</u>

A.      [Proposed] Order (I) Authorizing the Debtors to Assume Certain Unexpired
        Leases and (II) Granting Related Relief [Filed 2/12/24] ([Docket No. 2157, Exhibit
        A](#))

B.      Declaration of Brian Whittman in Support of the Debtors' Omnibus Motion for
        Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired
        Leases and (II) Granting Related Relief [Filed: 2/14/24] ([Docket No. 2201](#))

C.      Declaration of Cody Leung Kaldenberg in Support of the Debtors' Omnibus
        Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain

Unexpired Leases and (II) Granting Related Relief [Filed: 2/14/24] ([Docket No. 2202](#))

D.    [Signed] Order Approving the Joint Stipulation By and Among the Debtors and A. Duie Pyle, Inc Extending Deadline to Assume or Reject a Certain Nonresidential Real Property Lease Under Section 365(d)(4) of the Bankruptcy Code [Filed: 2/21/24] ([Docket No. 2269](#))

E.    Notice of Amended Sixth Notice of Rejection of Certain Unexpired Leases [Filed: 2/21/24] ([Docket No. 2274](#))

F.    [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Southeastern Freight Lines Extending Deadline to Assume or Reject Nonresidential Real Property Leases Under Section 365(d)(4) of the Bankruptcy Code [Filed: 2/22/24] ([Docket No. 2316](#))

G.    Supplemental Declaration of Brian Whittman in Support of the Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases and (II) Granting Related Relief [Filed: 2/23/24] ([Docket No. 2370](#))

H.    Debtors' Motion for Leave to File Late Debtors' Omnibus Reply in Further Support of the Court's Entry of Proposed Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases and (II) Granting Related Relief [Filed: 2/23/24] ([Docket No. 2371](#))

I.    Notice of Filing of Revised Exhibit to Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases and (II) Granting Related Relief [Filed: 2/23/24] ([Docket No. 2377](#))

J.    Certification of Counsel Regarding Revised Order Granting Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases and (II) Granting Related Relief [Filed: 2/25/24] ([Docket No. 2380](#))

K.    [Signed] Order (A) Authorizing the Debtors to Assume Certain Unexpired Leases and (B) Granting Related Relief [Filed: 2/26/24] ([Docket No. 2385](#))

L.    Notice of Hearing Regarding Certain Leases Subject to the Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases and (II) Granting Related Relief [Filed: 2/29/24] ([Docket No. 2471](#))

M.    Amended Notice of Hearing Regarding Certain Leases Subject to the Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume

Certain Unexpired Leases and (II) Granting Related Relief [Filed: 3/28/24] ([Docket No. 2777](#))

N.      Second Amended Notice of Hearing Regarding Certain Leases Subject to the Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases and (II) Granting Related Relief [Filed: 4/9/24] ([Docket No. 2910](#))

O.      [Signed] Order Approving the Joint Stipulation By and Among the Debtors and Southeastern Freight Lines to Assume and Reject Certain Leases [Filed: 4/12/24] ([Docket No. 2963](#))

P.      Realterm Landlords' Witness and Exhibit List for the April 18, 2024 Assumption Hearing [Filed: 4/16/24] ([Docket No. 3001](#))

Q.      Debtors' Witness & Exhibit List for Hearing on April 18, 2024 at 12:00 p.m. (ET) [Filed: 4/16/24] ([Docket No. 3002](#))

R.      Finlayson Logistics Assets, LLC's Witness and Exhibit List for Hearing on April 18, 2024 at 12:00 p.m. (ET) [Filed: 4/16/24] ([Docket No. 3003](#))

S.      Exhibit and Witness List of Terreno Clawiter LLC and Terreno Dell LLC in Support of their Opposition to Debtors' Assumption Motion [Filed: 4/16/24] ([Docket No. 3007](#))

**T.      Crown Enterprises, LLC's Exhibit and Witness List for  April 18, 2024 Hearing [Filed: 4/16/24] ([Docket No. 3019](#))**

**U.      Exhibit and Witness List of Terreno Clawiter LLC and Terreno Dell LLC in Support of their Opposition to Debtors' Assumption Motion [Filed: 4/17/24] ([Docket No. 3033](#))**

**V.      Debtors' Amended Witness & Exhibit List for Hearing on April 18, 2024 at 12:00 p.m. (ET) [Filed: 4/17/24] ([Docket No. 3036](#))**

Status:  This matter will go forward with respect to the following objections to assumption of certain leases sought by the motion: Realterm Landlords [Docket No. 2515], Finlayson Logistics Assets LLC [Docket No. 2243], Terreno Realty Corporation [Docket No. 2242], and Crown Enterprises, LLC [Docket Nos. 2237, 2675.  The parties are discussing evidentiary disputes with respect to cure issues, including whether such disputes will be heard at a later hearing, if necessary.

Dated: April 17, 2024
      Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted pro hac vice) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 300 North LaSalle |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |
| P.O. Box 8705 | Telephone: (212) 446-4800 |
| Wilmington, Delaware 19899-8705 | Facsimile: (212) 446-4900 |
| Telephone: (302) 652-4100 | Email: patrick.nash@kirkland.com |
| Facsimile: (302) 652-4400 | david.seligman@kirkland.com |
| Email: ljones@pszjlaw.com | |
| tcairns@pszjlaw.com | -and- |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | Allyson B. Smith (admitted pro hac vice) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*