IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**Hearing Date: April 19, 2024 at 4:00 p.m. (ET)**

**NOTICE OF ZOOM HEARING ON APRIL 19, 2024 AT 4:00 P.M. (ET)
FOR RULING ON DEBTORS' OMNIBUS MOTION FOR ENTRY OF
AN ORDER (I) AUTHORIZING THE DEBTORS TO ASSUME
CERTAIN UNEXPIRED LEASES AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that on April 18, 2024, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") held an evidentiary hearing on the *Debtors' Omnibus Motion for Entry of an Order (I) Authorizing the Debtors to Assume Certain Unexpired Leases and (II) Granting Related Relief* [Docket No. 2157] (the "Motion") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors") and objections to the Motion filed by certain landlords.

**PLEASE TAKE FURTHER NOTICE** that the Bankruptcy Court has scheduled a further hearing for its ruling on the Motion on **April 19, 2024, at 4:00 p.m. (ET)** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE that the Hearing will be conducted remotely via Zoom**. Please refer to Judge Goldblatt's Chambers Procedures (**https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt**) and the Court's website

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

DE:4889-8349-4583.1 96859.001

(http://www.deb.uscourts.gov/ecourt-appearances) **for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required one-hour prior to the Hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

Dated: April 18, 2024
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 300 North LaSalle |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |
| P.O. Box 8705 | Telephone:    (212) 446-4800 |
| Wilmington, Delaware 19801 | Facsimile:    (212) 446-4900 |
| Telephone:    (302) 652-4100 | Email:    patrick.nash@kirkland.com |
| Facsimile:    (302) 652-4400 |     david.seligman@kirkland.com |
| Email:    ljones@pszjlaw.com | |
|     tcairns@pszjlaw.com | -and- |
|     pkeane@pszjlaw.com | |
|     ecorma@pszjlaw.com | Allyson B. Smith (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:    (212) 446-4800 |
| | Facsimile:    (212) 446-4900 |
| | Email:    allyson.smith@kirkland.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |