UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Case No. 23-11081 |
| | ) | Claim No. 10010 |
| | ) | |
| USF Reddaway Inc. | ) | WITHDRAWAL OF CLAIM |
| | ) | FOR TAXES DUE PIERCE COUNTY |
| | ) | |
| Debtor | ) | |

NOW COMES Pierce County and files this Notice of Withdrawal of Proof of Claim No. 10010. In support thereof, Pierce County respectfully represents the following:

1. Pierce County filed its secured proof of claim no. 10010 herein on 08/09/23 in the amount of $1756.16. This claim was amended 02/15/24 as claim no. 19482.

2. Taxes on this property parcel are now paid in full.

3. Pierce County withdrew its amended proof of claim no 19482 on April 4, 2024, with docket #2872.

4. Pierce County desires to withdraw its original proof of claim no 10010 based upon the reasons stated above.

Dated April 16, 2024 at Tacoma, Washington.

Respectfully submitted,

PIERCE COUNTY FINANCE

By: _____

Jason Thiessen, Field Agent
950 Fawcett Ave, Ste 100
Tacoma, WA 98402-5603
(253) 798-7458
jason.thiessen@piercecountywa.gov