

**DEPARTMENT OF THE TREASURY**
**INTERNAL REVENUE SERVICE**
Washington, D.C. 20224

RECEIVED
APR 29 2024
LEGAL SERVICES

SMALL BUSINESS/SELF-EMPLOYED DIVISION

04/16/2024

Filed: USBC - District of Delaware
Yellow Corp, ET AL         (COR)
23-11069 (CTG)
YRC
0000000185

Yellow Corporation
Claims Processing Center
c/o Epiq Corporate Restructuring LLC
PO Box 4421
Beaverton, OR 97076-4421

Re: USF HOLLAND LLC,

Re: 23-11069@DE01

Dear Court:

Claim #3724 was filed 11/03/2023 with US Bankruptcy court. Debtor no longer owes the Internal Revenue Service for this claim liability. Please withdraw this claim #3724.

If you have any questions, you may call me at (302)837-6561 or you may write to me at Internal Revenue Service, Suite 212, 4051 Ogletown-Stanton Rd, Newark, DE 19713

Sincerely,

Stefan Koprucki
Bankruptcy Advisor
Insolvency Group 3

**Internal Revenue Service**
SB/SE, Insolvency
Room 1150
31 Hopkins Plaza
Baltimore, MD 21201-2852

Official Business
Penalty for Private Use, $300

neopost
04/17/2024
US POSTAGE $001.39⁰

FIRST-CLASS MAIL

US OFFICIAL MAIL
$300 Penalty
For Private Use
ZIP 21201
041M12120033

RECEIVED
APR 29 2024
LEGAL SERVICES

Yellow Corporation
Claims Processing Center
c/o Epiq Corporate Restructuring LLC
PO Box 4421
Beaverton, OR 97076-4421