IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[2] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER APPROVING THE JOINT STIPULATION
BY AND AMONG THE DEBTORS AND CERTAIN LESSORS TO
RESOLVE CERTAIN CURE COSTS AND ADMINISTRATIVE CLAIMS**

The *Certification of Counsel Regarding Joint Stipulation By and Among the Debtors and Certain Lessors to Resolve Certain Cure Costs and Administrative Claims* and the *Joint Stipulation By and Among the Debtors and Certain Lessors to Resolve Certain Cure Costs and Administrative Claims* (the "Stipulation"),[3] by and between the above-captioned debtors and debtors in possession (collectively, the "Debtors") and the lessors identified in Exhibit A attached to the Stipulation (collectively, the "Lessors," and together with the Debtors, the "Parties"), attached to this order (this "Order") as Exhibit 1; and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court

---

[2] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[3] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Stipulation.

4

having reviewed the Stipulation; and this Court having determined that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Stipulation is approved in all respects and the terms of the Stipulation are incorporated by reference into this Order as if fully set forth herein.

2. This Order and the Stipulation shall be binding upon the Parties, their estates, successors, agents, assigns, including any chapter 7 or other bankruptcy trustees and estate representatives, and any parent, subsidiary, or affiliated entity of the Parties, and other interests parties.

3. The terms and conditions of the Stipulation shall be effective immediately upon entry of this Order.

4. Notwithstanding Bankruptcy Rule 4001(a)(3), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order and the Stipulation.

**Dated: June 17th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**