

# Town of Southington

## Tax Collector's Office

75 Main Street – P.O. Box 579
Southington, CT 06489

Telephone: (860)276-6259
taxcollection@southington.org

Teresa M. Babon

Director of Assessment & Revenue

Jill Fragola, Deputy Tax Collector

May 28, 2024

Clerk's Office
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Re:   Yellow Corporation, et al
      New Penn Motor Express LLC
      Chapter 11 Case #23-11072

Dear Sir/Madam:

Please accept this as Notice of Withdrawal of our Claim #3213 filed with the court on October 27, , 2023. The municipal personal property taxes in the amount of $12,796.89 which were the subject of our claim were paid in full on January 29, 2024.

Respectfully,

*Teresa M. Babon*

Teresa M. Babon
Director of Assessment and Revenue

TMB/dwm



# Town of Southington

## Tax Collector's Office
75 Main Street – P.O. Box 579
Southington, CT 06489

Telephone: (860)276-6259
taxcollection@southington.org

Teresa M. Babon

Director of Assessment & Revenue

Jill Fragola, Deputy Tax Collector

May 28, 2024

Clerk's Office
United States Bankruptcy Court
District of Delaware
824 N. Market Street, 3rd Floor
Wilmington, DE 19801

Re:  Yellow Corporation, et al
     New Penn Motor Express LLC
     Chapter 11 Case #23-11072

Dear Sir/Madam:

Please accept this as Notice of Withdrawal of our Claim #3219 filed with the court on October 27, 2023. The municipal real estate taxes in the amount of $12,697.77 which were the subject of our claim were paid in full on January 31, 2024.

Respectfully,

Teresa M. Babon
Director of Assessment and Revenue

TMB/dwm