# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| YELLOW CORPORATION, et al., ) | |
| ) | Case No. 23-11069 (CTG) |
| Debtors. ) | |
| ) | Related D.I. _____ |

## ORDER GRANTING CENTRAL STATES PENSION FUND'S MOTION FOR PARTIAL SUMMARY JUDGMENT

The Court, having considered *Central States Pension Fund's Motion for Partial Summary Judgment* (the "Motion") and *Central States Pension Fund's Brief in Support of its Motion for Partial Summary Judgment* (the "Opening Brief"), including any exhibits attached thereto, and any objections, responses or replies to the Motion; and finding that there is no genuine dispute as to any material fact and the Central States Pension Fund is entitled to judgment as a matter of law pursuant to Fed. R. Civ. P. 56 (a), made applicable to this contested matter pursuant to Fed. R. Bankr. P. 7056 and 9014.

It is hereby **ORDERED ADJUDGED AND DECREED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. Judgment is hereby **ENTERED** pursuant to Fed. R. Civ. P. 56 (a), made applicable to this contested matter pursuant to Fed. R. Bankr. P. 7056 and 9014, that the amount of special financial assistance ("SFA") received by Central States Pension Fund under 29 U.S.C. § 1432 should not be included in the determination of the Debtors' allocable share of the Central States Pension Fund's unfunded vested benefits, and the amount of SFA received by Central States Pension Fund should not have any effect on the amount of withdrawal liability assessed under 29 U.S.C. §§ 1381-1405 against Debtors.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2024

_____
The Honorable Craig T. Goldblatt, Judge
United States Bankruptcy Court