# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JULY 10, 2024 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**RESOLVED MATTERS:**

1. Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(B) and 503(B), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 6/7/24] (Docket No. 3623)

   Response Deadline: June 24, 2024, at 4:00 p.m. (ET)

   Responses Received: None.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Related Documents:

A. Certification of No Objection Regarding Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 6/25/24] (Docket No. 3772)

B. [Signed] Order Sustaining Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 6/26/24] (Docket No. 3774)

C. Notice of Submission of Proofs of Claim in Connection with Debtors' Thirteenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 6/26/24] (Docket No. 3775)

Status: The Court has entered an order on this matter. No hearing is necessary.

2. Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(B) and 503(B), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 6/7/24] (Docket No. 3624)

Response Deadline: June 24, 2024, at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A. Certification of No Objection Regarding Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(B) and 503(B), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 6/25/24] (Docket No. 3773)

B. [Signed] Order Sustaining Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(B) and 503(B), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 6/7/24] (Docket No. 3623) [Filed: 6/26/24] (Docket No. 3776)

C. Notice of Submission of Proofs of Claim in Connection with Debtors' Debtors' Fourteenth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(B) and 503(B), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 6/26/24] (Docket No. 3777)

Status: The Court has entered an order on this matter. No hearing is necessary.

**WITHDRAWN MATTER:**

3. Motion of Peapack Capital Corporation for Allowance and Immediate Payment of the Administrative Claim [Filed: 4/2/24] ([Docket No. 2806](#))

    Response Deadline:  April 17, 2024, at 4:00 p.m. (ET) *(extended to 4/24/24 at 4:00 p.m. for the Debtors)*

    Responses Received:

    A.   Debtors' Objection to Motion of Peapack Capital Corporation for Allowance and Immediate Payment of the Administrative Claim [Filed: 4/24/24] ([Docket No. 3150](#))

    Related Documents:

    A.   [Proposed] Order Granting Motion of Peapack Capital Corporation for Allowance and Immediate Payment of the Administrative Claim [Filed: 4/2/24] ([Docket No. 2806](#))

    B.   Notice of Withdrawal [Filed: 7/3/24] ([Docket No. 3818](#))

    Status:  This matter has been withdrawn.

**CONTINUED MATTERS:**

4. Jose Emilio Ronderos' Motion for Relief From the Automatic Stay [Filed: 10/19/23] ([Docket No. 877](#))

    Response Deadline:  November 6, 2023, at 4:00 p.m. (ET) *(extended until December 5, 2023, at 4:00 p.m. (ET) for the Debtors)*

    Responses Received:

    A.   Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief From the Automatic Stay to the Extent of Insurance Proceeds [Filed: 11/9/23] ([Docket No. 1106](#))

    B.   Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] ([Docket No. 1273](#))

    C.   Debtors' Second Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 1/11/23] ([Docket No. 1730](#))

    D.   Debtors' Third Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 2/7/24] ([Docket No. 2094](#))

Related Documents:

A.  [Proposed] Order Granting Jose Emilio Ronderos' Motion for Relief From the Automatic Stay [Filed: 10/19/23] ([Docket No. 877](#))

B.  Debtors' Exhibit List for Hearing on January 22, 2024 at 2:00 p.m. (ET) [Filed: 1/18/24] ([Docket No. 1810](#))

Status:  The parties are working to resolve this matter.  This matter is continued to the omnibus hearing on August 15, 2024, at 10:00 a.m. (ET).

5.  Vincent DeMartino's Motion to Treat Proof of Claim as Timely Filed [Filed: 5/24/24] ([Docket No. 3492](#))

Response Deadline:  June 12, 2024, at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A.  [Proposed] Order Granting Treating Vincent DeMartino's Proof of Claim as Timely Filed [Filed: 5/24/24] ([Docket No. 3492](#))

Status:  This matter is continued to a date to be determined.

6.  Motion of Erik Proto and Jody Proto for Relief from the Automatic Stay to the Extent of Liability Insurance Proceeds [Filed: 6/6/24] ([Docket No. 3602](#))

Response Deadline:  July 3, 2024, at 4:00 p.m. (ET)

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A.  [Proposed] Order Granting Motion for Relief From the Automatic Stay to the Extend of Liability Insurance Proceeds [Filed: 6/6/24] ([Docket No. 3602](#))

Status:  This matter is continued to a further date to be determined in accordance with the Court's ADR Order.

7.  Creditor's Motion for an Order Modifying Stay[Filed by Creditor, Charles House] [Filed: 6/10/24] ([Docket No. 3628](#))

Response Deadline:  June 25, 2024, at 4:00 p.m. (ET)

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A.  [Proposed] Order Modifying Stay [Filed: 6/10/24] (Docket No. 3628)

Status:  This matter is continued to a further date to be determined in accordance with the Court's ADR Order.

**STATUS CONFERENCES:**

8.  Debtors' Objection to the Proofs of Claim Filed by the Central States Pension Fund [Filed: 12/8/23] (Docket No. 1322)

   Response Deadline:  December 22, 2023 at 4:00 p.m. *(continued until January 19, 2024, at 4:00 p.m. (ET) for the Central States Pension Fund)*

   Responses Received:

   A.  Limited Response of the Pension Benefit Guaranty Corporation to Objection of the Debtors to the Proofs of Claim Filed By the Central States Pension Fund [Filed: 1/8/24] (Docket No. 1630)

   B.  Central States Funds' Response to Debtors' Objections to the Funds' Proofs of Claims [Filed: 1/19/24] (Docket No. 1833)

   Replies Received:

   A.  Debtors' Reply in Support of Their Objection to the Proofs of Claim Filed By the Central States Pension Fund [Filed: 2/9/24] (Docket No. 2130)

   Related Documents:

   A.  Certification of Counsel Submitting Order Approving Stipulation Relating to the Central States Claims Objection, Discovery Requests, And Motion To Compel Arbitration [Filed: 1/17/24] (Docket No. 1772)

   B.  Order Approving Stipulation Relating to the Withdrawal Liability Objection, Discovery Requests, and Motion to Compel Arbitration [Filed: 1/22/24] (Docket No. 1846)

   C.  Notice of Filing of Proposed Order Scheduling Certain Dates and Deadlines in Connection with the Debtors' Objections to Proofs of Claim filed by the Pension Funds that Received Special Financial Assistance [Filed: 2/10/24] (Docket No. 2141)

   D.  [Signed] Order Scheduling Certain Dates and Deadlines in Connection with the Debtors' Objections to Proofs of Claim Filed By the Pension Funds that Received Special Financial Assistance [Filed: 2/24/24] (Docket No. 2195)

  E. Certification of Counsel Submitting Stipulation Relating to Extension of Fact Discovery Deadline in SFA MEPP Litigation [Filed: 5/22/24] ([Docket No. 3479](#))

  F. Certification of Counsel Submitting Stipulation Relating to Extension of Expert Disclosure Deadline in SFA MEPP Litigation [Filed: 5/25/24] ([Docket No. 3505](#))

  G. Certification of Counsel Submitting Stipulation Relating to Extension of Fact Discovery Deadline in SFA MEPP Litigation [Filed: 6/11/24] ([Docket No. 3663](#))

  H. Certification of Counsel Submitting Stipulation Relating to Extension of Fact and Expert Discovery Deadlines in SFA MEPP Litigation [Filed: 6/20/24] ([Docket No. 3712](#))

  I. Certification of Counsel Submitting Stipulation Relating to Extension of Discovery Deadlines in Non-SFA MEPP Litigation [Filed: 6/26/24] ([Docket No. 3786](#))

  J. Certification of Counsel Submitting Stipulation Relating to Extension of Fact Discovery Deadline in SFA MEPP Litigation [Filed: 6/29/24] ([Docket No. 3806](#))

Status: A status conference will go forward on this matter.

9. Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability [Filed: 1/26/24] ([Docket No. 1962](#))

Response Deadline: February 9, 2024, at 4:00 p.m. (ET)

Responses Received:

  A. Limited Response of the Pension Benefit Guaranty Corporation to Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability [Filed: 2/9/24] ([Docket No. 2128](#))

  B. New York State Teamsters Conference Pension and Retirement Fund, Road Carriers Local 707 Pension Fund, Teamsters Local 641 Pension Fund, Western Pennsylvania Teamsters and Employers Pension Fund, Management Labor Pension Fund Local 1730, International Association of Motor City Machinists Pension Fund, Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund, Teamsters Local 617 Pension Fund, Trucking Employees of North Jersey Pension Fund, and Freight Drivers and Helpers 557 Pension Fund's Response to Debtors' Second Omnibus Objections [Filed: 2/26/24] ([Docket No. 2224](#))

Related Documents:

A.  Exhibits 1 through 5 to Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability [Filed: 1/26/24] ([Docket No. 1963](#))

B.  Exhibits 6 through 9 to Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability [Filed: 1/26/24] ([Docket No. 1964](#))

C.  Order Approving Stipulation Relating to the Withdrawal Liability Objection, Discovery Requests, and Motion to Compel Arbitration [Filed: 1/22/24] ([Docket No. 1846](#))

D.  Notice of Filing of Proposed Order Scheduling Certain Dates and Deadlines in Connection with the Debtors' Objections to Proofs of Claim filed by the Pension Funds that Received Special Financial Assistance [Filed: 2/10/24] ([Docket No. 2141](#))

E.  [Signed] Order Scheduling Certain Dates and Deadlines in Connection with the Debtors' Objections to Proofs of Claim Filed By the Pension Funds that Received Special Financial Assistance [Filed: 2/24/24] ([Docket No. 2195](#))

F.  Certification of Counsel Submitting Stipulation Relating to Extension of Fact Discovery Deadline in SFA MEPP Litigation [Filed: 5/22/24] ([Docket No. 3479](#))

G.  Certification of Counsel Submitting Stipulation Relating to Extension of Expert Disclosure Deadline in SFA MEPP Litigation [Filed: 5/25/24] ([Docket No. 3505](#))

H.  Certification of Counsel Submitting Stipulation Relating to Extension of Fact Discovery Deadline in SFA MEPP Litigation [Filed: 6/11/24] ([Docket No. 3663](#))

I.  Certification of Counsel Submitting Stipulation Relating to Extension of Fact and Expert Discovery Deadlines in SFA MEPP Litigation [Filed: 6/20/24] ([Docket No. 3712](#))

J.  Certification of Counsel Submitting Stipulation Relating to Extension of Discovery Deadlines in Non-SFA MEPP Litigation [Filed: 6/26/24] ([Docket No. 3786](#))

K.  Certification of Counsel Submitting Stipulation Relating to Extension of Fact Discovery Deadline in SFA MEPP Litigation [Filed: 6/29/24] ([Docket No. 3806](#))

Status:  A status conference will go forward on this matter.

Dated: July 8, 2024
       Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted pro hac vice) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| 919 North Market Street, 17th Floor | Telephone:   (212) 446-4800 |
| P.O. Box 8705 | Facsimile:    (212) 446-4900 |
| Wilmington, Delaware 19899-8705 | Email:          patrick.nash@kirkland.com |
| Telephone:   (302) 652-4100 |                     david.seligman@kirkland.com |
| Facsimile:    (302) 652-4400 | |
| Email:          ljones@pszjlaw.com | -and- |
|                     tcairns@pszjlaw.com | |
|                     pkeane@pszjlaw.com | Allyson B. Smith (admitted pro hac vice) |
|                     ecorma@pszjlaw.com | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:   (212) 446-4800 |
| | Facsimile:    (212) 446-4900 |
| | Email:          allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*