P.O. Box 187

Barnhart, Missouri 63012-0187

01 July 2024

RECEIVED

2024 JUL -8 AM 11: 08

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Judge Craig T. Goldblatt

United States Bankruptcy Court

District of Delaware

824 North Market Street

3rd Floor, Courtroom 7

Wilmington, DE 19801

Dear Judge Goldblatt,

Having counsel provide guidance, I filed the proper Creditor information with Epiq in Portland, Oregon on 01 November 2023. My Yellow Corporation (Debtor 23-11069) Docket was assigned #3612 and remained such until Friday, 07 June 2024. Docket number #3612 was suddenly re-assigned as The New England Teamsters Pension Fund with which I have never been affiliated. A phone call to that pension fund office revealed no knowledge of this action.

Please advise why my claim (#3612) of $14,222.70 and marked "Priority" has disappeared. This amount was filed for by Yellow Freight payroll department on 19 July 2023 which was before the company filed for bankruptcy.

Respectfully,

*[signature]*

Paul F. Wiehagen

Yellow Freight St. Louis, Missouri 1979-2023

International Brotherhood of Teamsters Local 600 1979-2023

314.369.7218

Enclosures:

Acknowledgement of Receipt of Proof of Claim 19 December 2023

Yellow Freight Payment Request Form time/date stamped 19 July 2023

Epiq Proof of Claim (Modified Official Form 410)

Epiq Bankruptcy Solutions, LLC
PO BOX 4470
Beaverton, OR 97076-4470

Address Service Requested

Legal Documents Enclosed
Please direct to the attention
of the Addressee,
Legal Department or President



BAR(23) MAILID *** 000221019600 ***        **** YRC CLMLTR (MERGE2,TXNUM2)  4000065958 ****



WIEHAGEN, PAUL FREDERICK
PO BOX 187
BARNHART, MO 63012

December 19, 2023

## ACKNOWLEDGEMENT OF RECEIPT OF PROOF OF CLAIM

This letter serves as acknowledgement that the claim identified below has been recorded by Epiq Bankruptcy Solutions, LLC, the court-approved claims agent, on the claims register in the Yellow Corporation case ("Acknowledgement"). The claim is also publicly available at the following website address: http://dm.epiq11.com/#/case/YRC/claims. To ensure that your claim has been recorded correctly, please review the following information:

| | |
|---|---|
| **Debtor:** | YELLOW CORPORATION |
| **Case Number:** | 23-11069 |
| **Creditor:** | WIEHAGEN, PAUL FREDERICK |
| **Date Received:** | 11/01/2023 |
| **Claim Number:** | 3612 |

*Please note that nothing in this Acknowledgement should be construed to mean or imply that your claim is being allowed. The Debtor may elect to object to the identified claim on various grounds.*

We strongly encourage you to review your submitted proof of claim image on our website at the address listed above. To find your proof of claim image, enter your name or claim number listed above in the Search Box. The PDF claim image will be accessible on the right side of the page.

WHEN REVIEWING YOUR CLAIM, PLEASE BE AWARE OF ANY PERSONALLY IDENTIFIABLE INFORMATION ("PII") THAT YOU MAY HAVE SUBMITTED AS PART OF YOUR CLAIM. PII can include information used to distinguish or trace an individual's identity, such as a social security number, biometric records, driver's license number, account number, credit or debit card number (including any passwords, access codes, or PIN numbers), or other similar information which alone, or when combined with other personal or identifying information (such as date, place of birth, mother's maiden name etc.), is linked or traceable to a specific individual.

The Proof of Claim Form allows for redacted information. If you identify any PII in your filed claim, please contact us immediately at (646) 282-2400 or via our contact form on our website at http://dm.epiq11.com/#/case/YRC/info and select "Submit Inquiry" in the Case Actions section.

You may also contact us by either of the methods listed above should you have any other questions.

**EPIQ BANKRUPTCY SOLUTIONS, LLC**

United States Bankruptcy Court for the District of Delaware   10/22/23 COPY
Yellow Corporation Claims Processing Center
c/o Epiq Corporate Restructuring, LLC
P.O. Box 4421
Beaverton, OR 97076-4421

To submit your form online please go to
https://epiqworkflow.com/cases/YRC

Your Mail ID is as follows: 219547796

BAR(23) MAILID *** 000219547796 ***
YRC (MERGE2.DBF,SCHED_NO) SCHEDULE #: 87213800*****

WIEHAGEN, PAUL
P.O. BOX 187
BARNHART, MO 63012

☐ Check box if the address on the envelope sent to you by the court needs to be updated. Identify your replacement address in Part 1 (Section 3) below.

For Court Use Only

YRC INC. 23-11087 (CTG)
Your claim is scheduled by the Debtor as:
PRIORITY UNDETERMINED
$14,222.70 UNSECURED

# Proof of Claim (Modified Official Form 410)    04/22

Read the instructions before filling out this form. This form is for making a claim for payment in a bankruptcy case. With the exception of claims under 503(b)(9), do not use this form to make a request for payment of an administrative expense. Make such a request according to 11 U.S.C. § 503.
Filers must leave out or redact information that is entitled to privacy on this form or on any attached documents. Attach redacted copies of any documents that support the claim, such as promissory notes, purchase orders, invoices, itemized statements of running accounts, contracts, judgments, mortgages, and security agreements. Do not send original documents; they may be destroyed after scanning. If the documents are not available, explain in an attachment.
A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.
Fill in all the information about the claim as of the date the case was filed. That date is on the notice of bankruptcy (Form 309) that you received.

## Part 1: Identify the Claim

1. Who is the current creditor?
Name of the current creditor (the person or entity to be paid for this claim): PAUL FREDERICK WIEHAGEN

Other names the creditor used with the debtor: _____

2. Has this claim been acquired from someone else?   ☒ No  ☐ Yes. From whom? _____

3. Where should notices and payments to the creditor be sent? Federal Rule of Bankruptcy Procedure (FRBP) 2002(g)

Where should notices to the creditor be sent?
PAUL FREDERICK WIEHAGEN
Name
P.O. BOX 187
Number   Street
BARNHART  MO   63012
City        State   ZIP Code
Country (if International): _____
Contact phone: 314 369 7218
Contact email: pfwiehagen@outlook.com

Where should payments to the creditor be sent? (if different)
Name _____
Number   Street _____
City  State  ZIP Code _____
Country (if International): _____
Contact phone: _____
Contact email: _____

4. Does this claim amend one already filed?
☒ No
☐ Yes. Claim number on court claims register (if known) _____
Filed on ____ / ____ / ____
        MM   / DD  / YYYY

5. Do you know if anyone else has filed a proof of claim for this claim?
☒ No
☐ Yes. Who made the earlier filing? _____

## Part 2: Give Information About the Claim as of the Date the Case Was Filed

6. Do you have any number you use to identify the debtor?
☒ No
☐ Yes.
Last 4 digits of the debtor's account or any number you use to identify the debtor:
___ ___ ___ ___

7. How much is the claim?  $ 14,222.70
Does this amount include interest or other charges?
☒ No
☐ Yes. Attach statement itemizing interest, fees, expenses, or other charges required by Bankruptcy Rule 3001(c)(2)(A).

8. What is the basis of the claim?
Examples: Goods sold, money loaned, lease, services performed, personal injury or wrongful death, or credit card. Attach redacted copies of any documents supporting the claim required by Bankruptcy Rule 3001(c). Limit disclosing information that is entitled to privacy, such as health care information.

(8) WEEKS VACATION
(EARNED WAGES)



**9. Is all or part of the claim secured?**

☒ No

☐ Yes. The claim is secured by a lien on property.

**Nature of property:**

☐ Real estate. If the claim is secured by the debtor's principal residence, file a *Mortgage Proof of Claim Attachment* (official Form 410-A) with this *Proof of Claim*.

☐ Motor vehicle

☐ Other. Describe: _____

**Basis for perfection:** _____

Attach redacted copies of documents, if any, that show evidence of perfection of security interest (for example, a mortgage, lien, certificate of title, financing statement, or other document that shows the lien has been filed or recorded.)

Value of property: $_____

Amount of the claim that is secured: $_____

Amount of the claim that is unsecured: $_____
(The sum of the secured and unsecured amounts should match the amount in line 7.)

Amount necessary to cure any default as of the date of the petition: $_____

Annual Interest Rate (when case was filed) _____%
☐ Fixed  ☐ Variable

**10. Is this claim based on a lease?**

☒ No

☐ Yes. Amount necessary to cure any default as of the date of petition.
$_____

**11. Is this claim subject to a right of setoff?**

☒ No

☐ Yes. Identify the property: _____

**12. Is all or part of the claim entitled to priority under 11 U.S.C. § 507(a)?**

☐ No

☒ Yes. *Check one:*

☐ Domestic support obligations (including alimony and child support) under 11 U.S.C. § 507(a)(1)(A) or (a)(1)(B).   $_____

☐ Up to $3,350* of deposits toward purchase, lease, or rental of property or services for personal, family, or household use. 11 U.S.C. § 507(a)(7).   $_____

☒ Wages, salaries, or commissions (up to $15,150*) earned within 180 days before the bankruptcy petition is filed or the debtor's business ends, whichever is earlier. 11 U.S.C. § 507(a)(4).   $14,222.70

☐ Taxes or penalties owed to governmental units. 11 U.S.C. § 507(a)(8).   $_____

☐ Contributions to an employee benefit plan. 11 U.S.C. § 507(a)(5).   $_____

☐ Other. Specify subsection of 11 U.S.C. § 507 (a)(__) that applies.

* Amounts are subject to adjustment on 4/01/25 and every 3 years after that for cases begun on or after the date of adjustment.

A claim may be partly priority and partly nonpriority. For example, in some categories, the law limits the amount entitled to priority.

**Amount entitled to priority**

**13. Is all or part of the claim entitled to administrative priority pursuant to 11 U.S.C. § 503(b)(9)?**

☒ No

☐ Yes

Indicate the amount of your claim arising from the value of any goods received by the Debtors within 20 days before the date of commencement of the above case, where the goods have been sold to the Debtors in the ordinary course of its business. Attach documentation supporting such claim.

$_____

---

**Part 3:    Sign Below**

The person completing this proof of claim must sign and date it. FRBP 9011(b).

If you file this claim electronically, FRBP 5005(a)(2) authorizes courts to establish local rules specifying what a signature is.

A person who files a fraudulent claim could be fined up to $500,000, imprisoned for up to 5 years, or both. 18 U.S.C. §§ 152, 157, and 3571.

*Check the appropriate box:*

☒ I am the creditor.

☐ I am the creditor's attorney or authorized agent.

☐ I am the trustee, or the debtor, or their authorized agent. Bankruptcy Rule 3004.

☐ I am a guarantor, surety, endorser, or other co-debtor. Bankruptcy Rule 3005.

I understand that an authorized signature on this *Proof of Claim* serves as an acknowledgment that when calculating the amount of the claim, the creditor gave the debtor credit for any payments received toward the debt.

I have examined the information in this *Proof of Claim* and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on date  _____   _____
                    MM / DD / YYYY              Signature

Print the name of the person who is completing and signing this claim:

Name    PAUL            FREDERICK           WIEHAGEN    06 OCT 79
        First name       Middle name         Last name

Title   EMPLOYEE - ROAD DRIVER ST. LOUIS MO 31 JULY 23

Company YRC FREIGHT

Identify the corporate servicer as the company if the authorized agent is a servicer.

Address P.O. BOX 187
        Number    Street
        BARNHART                    MO          63012
        City                        State       ZIP Code

Contact Phone 314 369 7218    Email pfwiehagen@outlook.com

Taylor Communications, Inc.

WK 31.

# PAYMENT REQUEST FORM

Name: PF WIEIIAGEN    Job Class: ROAD

Last 4 Digits SS# _____    Location: R82

Emp. ID#: 100947

## Vacation Request

- ☒ Weeks of Vacation    Dates of Vacation: 9/~~2~~/~~23~~ — ~~9/9/23~~
- ☐ Daily Vacation    Dates of Vacation: _____
- ☐ Vacation in Lieu    Split Vacation Pay: Daily  Weekly (circle one)

(2) 2 WEEKS

Vacation Pay in Advance  ☒ Yes  ☐ No

- ☐ Sick Paid Day    Date(s): _____
- ☐ Holiday    Holiday Name: ____ Date: ____
- ☐ Funeral Leave    Relationship: ____ Date: ____
- ☐ Jury Duty *(requires a copy of court payment including mileage)*
  Date(s): _____

9/3
9/2 - 9/9/23
9/10 - 9/16/23

## Runaround Claim
*(ADO Authorization Required for Claim to be paid)*

Date of Occurrence: _____
Amount of Claim Hours: _____    SAO
LH Miles: _____ Amount: _____

For LH Drivers – must check one of the following:
☐ REG    ☐ MEET    ☐ SLOV

## Pay Shortage Request

Date of Claim: _____  Amount (hours and gross): 28 JUL 13 5:63
Explanation of Claim: Dispatch ID (required for LH Drivers): _____

07-19-23    /s/ Employee Signature
Date

_____    _____
Date    Authorized Signature

_____    _____
Date    Area Director of Operations Signature

F-182 08/14    ORIGINAL TO PAYROLL

---

Handwritten annotations (right margin):

Shiny Process w/E

2022 {
– 8/5/23 (2022)
– 8/19/23 (2022)
– 9/09/23 (2022)
}

2023 {
9/2 – 9/16/23
9/10 –
}

**VACATION w/ Bennies**

2023 {
9/17 – 9/23/23
9/24 – 9/30/23
}

2023 {
10/1 – 10/7/23
10/8 – 10/14/23
}

2023 {
10/15 – 10/21/23
10/22 – 10/28/23
}

Left margin: WK #3 #WK.#4 2022 VACA






**USPS Express Mail Flat Rate Mailing Envelope**

FROM: Paul F. Williams, PO Box 187, Barnhart MO 63012-0187, PHONE (314) 369-7518

TO: Judge Craig T. Goldblatt, US Bankruptcy, 824 North Market St., 3rd Floor, Courtroom #7, Wilmington DE 19801

ZIP+4: 19801

PO ZIP Code: 63012
Date Accepted: 7/2/24
Time Accepted: 12:32 PM
Scheduled Delivery Date: 7/3/24
Postage: $30.45
Total Postage & Fees: $30.45
Acceptance Employee Initials: KB

Label: EJ 641 626 524 US