IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |

**AMENDED ORDER SCHEDULING CERTAIN DATES AND DEADLINES IN CONNECTION WITH THE DEBTORS' OBJECTIONS TO PROOFS OF CLAIM FILED BY THE PENSION FUNDS THAT RECEIVED SPECIAL FINANCIAL ASSISTANCE**

For the Debtors' objections to the proofs of claim filed by the Central States Pension Fund [ECF No. 1322] (the "**CS Objection**") and the other multi-employer pension funds that received Special Financial Assistance [ECF No. 1962] (the "**Second Omnibus Objection**," and together with the CS Objection, the "**Objections**"), the Debtors and claimants subject to the Objections (collectively, "**Claimants**,"), along with MFN Partners, LP ("**MFN**") and Pension Benefit Guaranty Corporation ("**PBGC**," and together with Claimants, Debtors, and MFN, the "**Parties**") agree that the following schedule shall amend and supersede the previous schedule governing these disputes [ECF No. 2195], including all subsequent amendments to the schedule [*see* ECF Nos. 3479, 3505, 3663, 3712 and 3806], ("**Original Schedule**") with the new dates set forth below, absent further agreement of the Parties or order of the Court.[2]

1. **Dispositive Motions**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] For the avoidance of doubt, any deadline or other provision of the Original Schedule not otherwise amended herein shall remain in full force and effect for the parties subject thereto.

4877-1414-1136.1 96859.001

    a.    **July 12, 2024** shall be the deadline for PBGC to file a dispositive motion.

    b.    **July 16, 2024** shall be the deadline for Debtors and MFN to respond to Claimants' motions for partial summary judgment [ECF Nos. 3804-3805].

    c.    **July 22, 2024** shall be the deadline for Claimants to respond to Debtors' motion for partial summary judgment [ECF No. 3825].

    d.    **July 26, 2024** shall be the deadline for Debtors and MFN to respond to any dispositive motion filed by PBGC.

    e.    **July 30, 2024** shall be the deadline for Debtors and Claimants to file any replies in support of their respective motions for partial summary judgment [ECF Nos. 3804-3805, 3825].

    f.    **August 2, 2024** shall be the deadline for PBGC to file any reply in support of its dispositive motion(s).

    g.    The Court will hear oral argument on the dispositive motions on **August 6, 2024, at 10:00 ET.**

2.    **Expert Discovery & Pre-Trial Deadlines**.

    a.    The deadline set forth in the Original Schedule to complete expert depositions (and remaining fact depositions, to the extent they had not been taken as of entry of this Order) shall be extended and rescheduled after the Court has ruled on all dispositive motions of the Parties related to the Objections.

    b.    The deadlines set forth in the Original Schedule to conduct a final pre-trial conference, exchange witness and exhibit lists, submit a proposed joint pretrial order, and submit pre-trial briefs shall be stayed and rescheduled after the Court has ruled on all dispositive motions of the Parties related to the Objections.

3.    **Trial**.

    a.    The trial dates set forth in the Original Schedule shall be rescheduled after the Court has ruled on all dispositive motions of the Parties related to the Objections.

*[Signature]*

**Dated: July 12th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**