# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| Yellow Corporation, et al. | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Case No. 23-11069-CTG |
| | ) | |

### NOTICE OF WITHDRAW OF CLAIM

Creditor, The City of Holland, Claim Number 2, filed on August 10, 2023, is hereby withdrawn.

Dated: July 12, 2024

By: */s/ Ronald J. VanderVeen*
Ronald J. VanderVeen (P33067)
*Attorney for Creditor, City of Holland*