UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re: USF Reddaway Inc. Case Number: 23-11081 (Jointly Administered under Yellow Corporation Case Number 23-11069)

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Name of Transferee:<br>**Diamond Family Investments, LLC** | Name of Transferor:<br>**Diesel Direct West LLC** |
|---|---|
| Name and address where transferee payments should be sent:<br><br>16690 Collins Ave, #1103<br>Sunny Isles Beach, FL 33160<br>Attn: Irv Schlussel<br>irv.schlussel@diamondfo.com<br>914-714-0531 | Claim Number: 19506<br><br>Admin Claimed Amount: $44,059.84<br><br>Unsecured Claim Amount: $70,350.02<br><br>Total Claim Amount: $114,409.86<br><br>(Amends and replaces Claim 16949) |

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

**Diamond Family Investments, LLC**

By: *Irv Schlussel*

Date: August 22nd, 2024

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

**EVIDENCE OF TRANSFER OF CLAIM**

TO:  United States Bankruptcy Court
District of Delaware
Attention: Clerk

AND TO:  USF Reddaway Inc. ("Debtor")
Case No. 23-11081
(Jointly Administered under Yellow Corporation Case No. 23-11069)

Claim #19506

Diesel Direct West LLC, its successors and assigns ("Assignor"), for good and valuable consideration the receipt and sufficiency of which is hereby acknowledged, does hereby unconditionally and irrevocably sell, transfer and assign unto:

Diamond Family Investments, LLC

its successors and assigns ("Assignee"), all rights, title of interest, claims and causes of action in and to, or arising under or in connection with, its claim (as such term is defined in Section 101(5) of the U.S. bankruptcy Code), in and to the claim of Assignor, including all rights of stoppage in transit, replevin and reclamation, (the "Claim") against the Debtor in the Bankruptcy Court, or any other court with jurisdiction over the bankruptcy proceedings of the Debtor.

Assignor hereby waives any objection to the transfer of the Claim to Assignee on the books and records of the Debtor and the Bankruptcy Court, and hereby waives to the fullest extent permitted by law any notice or right to a hearing as may be imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedures, the Bankruptcy Code, applicable local bankruptcy rules or applicable law. Assignor acknowledges, understands and agrees, and hereby stipulates that an order of the Bankruptcy Court may be entered without further notice to Assignor transferring to Assignee the Claim and recognizing the Assignee as the sole owner and holder of the Claim.

You are hereby directed to make all future payments and distributions, and to give all notices and other communications, in respect of the Claim to Assignee.

IN WITNESS WHEREOF, each of the undersigned has executed this Evidence of Transfer by its duly authorized representative dated as of August 21, 2024.

| DIAMOND FAMILY INVESTMENTS, LLC | DIESEL DIRECT WEST LLC |
|---|---|
| By: *Irv Schlussel* | By: *Walter J. McNamara* |
| Name: Irv Schlussel | Name: Walter J. McNamara |
| Title: Chief Investment Officer | Title: CFO |