UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION., *et. al.* | ) | Case No. 23-11069 CTG |
| | ) | |
| *Debtors*. | ) | Jointly Administered |

### NOTICE OF VIDEO DEPOSITION OF EXPERT JOHN L. SPENCER III

TO: John L. Spencer III, by and through Debtors' attorney of record, Michael B. Slade, Esq, Kirkland & Ellis, LLP, 300 North LaSalle, Chicago, IL, 60654 (Michael.slade@kirkland.com).

PLEASE TAKE NOTICE THAT the undersigned counsel for creditor Teamsters Joint Council #83 of Virginia Pension Fund ("Fund") will take the deposition of Expert John L. Spencer III upon oral examination before a person authorized by law to administer an oath) on September 11, 2024 at 9:00 a.m. Eastern Time, or such other date and time as mutually agreed upon, and continuing from day to day pursuant to the Federal Rules and Bankruptcy Rules until complete.

The deposition will be taken remotely before a notary public or other officer authorized by law to take depositions or administer oaths, and shall be recorded by stenographic means and by videotape for purposes of discovery, for use at trial, and for such other purposes authorized or permitted by the Federal Rules or the Bankruptcy Rules.

Date:  August 28, 2024
Wilmington, Delaware

CROSS & SIMON, LLC

*/s/ Kevin Mann*
Kevin Mann (No. 4576)
1105 North Market Street
Suite 901
Wilmington, DE 19801
Tel: 302-777-4200
Email: kmann@crosslaw.com

-and-

1

STEPTOE LLP

Eric G. Serron (*admitted pro hac vice*)
Joshua R. Taylor (*admitted pro hac vice*)
Caitlin R. Tharp (*admitted pro hac vice*)
1330 Connecticut Ave., NW
Washington, D.C. 20036
Tel: 202-429-3000
Email:  eserron@steptoe.com
            jrtaylor@steptoe.com
            ctharp@steptoe.com

*Counsel to Teamsters Joint Council No. 83
  of Virginia Pension Fund*