IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER GRANTING PENSION BENEFIT GUARANTY CORPORATION'S
MOTION FOR LEAVE TO FILE LIMITED ADDITIONAL BRIEFING**

Upon consideration of the *Pension Benefit Guaranty Corporation's Motion for Leave to File Limited Additional Briefing*, seeking entry of an order granting PBGC's leave to file the Supplemental Brief, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Pension Benefit Guaranty Corporation is permitted to file the Supplemental Brief on or before August 12, 2024, and such Supplemental Brief shall be deemed timely filed.

Dated: August 28th, 2024
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.