IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**AMENDED ORDER SCHEDULING CERTAIN DATES AND DEADLINES IN NON-SFA MEPP LITIGATION**

For the *Debtors' Seventh Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability* [ECF No. 2595] (the "**Objection**"), the Debtors and the claimants subject to the Objection (collectively, the "**Claimants**" and with the Debtors, the "**Parties**") agree that the following schedule shall amend and supersede the previous schedule governing these disputes [ECF No. 2961], including all subsequent amendments to the schedule [*see* ECF Nos. 3786 and 3931], ("**Original Schedule**") with the new dates set forth below, absent further agreement of the Parties or order of the Court.[2]

1. **Fact and Expert Discovery**

    a. **September 20, 2024** shall be the deadline to complete fact and expert depositions.

2. **Dispositive Motions**

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] For the avoidance of doubt, any deadline or other provision of the Original Schedule not otherwise amended herein shall remain in full force and effect for the parties subject thereto.

    a.    **October 8, 2024** shall be the deadline for either the Debtors or any of the Claimants to file a dispositive motion (although there is no requirement that any party do so).

    b.    **October 22, 2024** shall be the deadline to file any response to the dispositive motions.

    c.    **October 29, 2024** shall be the deadline for the Debtors or any of the Claimants to file any reply in support of their respective dispositive motions, if any.

    d.    The Court will hear oral argument on the dispositive motions on **November 5, 2024 at 10:00 a.m. (ET)**.

3.    **<u>Final Pre-Trial Deadlines</u>**

    a.    During the **November 15, 2024** omnibus hearing, the Parties will appear to provide the Court with an update on the course of discovery, and that appearance will effectively serve as a final pretrial conference.

    b.    **November 21, 2024** shall be the deadline for the Parties to exchange their lists of witnesses who will or may testify at trial.

    c.    **November 21, 2024** shall be the deadline for the Parties to exchange lists of exhibits that they may or will offer at trial.

    d.    **November 22, 2024** shall be the deadline by which the Parties must submit a proposed joint pretrial order ("JPTO") per Local Bankruptcy Rule 7016-2(d). In advance of submitting such JPTO, the parties shall meet and confer and attempt to resolve in good faith any disputes to the JPTOs contents.

    e.    **<u>Pre-trial Briefing</u>**.  The Debtors and each of the Claimants may submit pre-trial briefs (if they elect to do so) on or before **November 25, 2024.**

4. **Trial**.  The Court will conduct a trial on the Objection on **December 16-20, 2024**, if trial is necessary. The trial will begin each day at 10:00 a.m. (prevailing Eastern Time). At the final pretrial conference described above the parties will advise the Court of a more specific estimate of the time needed for trial.

**Dated: August 28th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**