**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |

## OMNIBUS NOTICE OF WITHDRAWAL OF DOCKET NOS. 4186 THROUGH 4192

**PLEASE TAKE NOTICE** that Diamond Family Investments, LLC hereby withdraws the *Notices of Transfer of Claim Other Than for Security* which were filed with the Court on August 26, 2024 at docket numbers 4186, 4187, 4188, 4189, 4190, 4191 and 4192, respectively.

Dated: August 28, 2024
Wilmington, Delaware

Respectfully submitted,

**POLSINELLI PC**

*/s/ Katherine M. Devanney*
Katherine M. Devanney (Del. Bar No. 6356)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
kdevanney@polsinelli.com

*Counsel to Diamond Family Investments, LLC*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

98153265.1