## **EXHIBIT B**

**Liquidation Analysis**

[*To Be Subsequently Filed*]