**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 4289** |

**ORDER DENYING INTERNATIONAL BROTHERHOOD OF TEAMSTERS AND TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE'S MOTION FOR A STAY PURSUANT TO RULE 8007 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**

Upon the motion [Docket No. 4289] (the "Motion for Stay")[2] of the International Brotherhood of Teamsters ("IBT") and Teamsters National Freight Industry Negotiating Committee ("TNFINC") (together, "Teamsters"), pursuant to Rule 8007(a)(1)(A) to stay the Bankruptcy Court's September 4, 2024 oral ruling (the "September 4, 2024 Order") that required Sean O'Brien, the General President of the IBT and Co-Chair of TNFINC, to sit for a three hour deposition by the above-captioned debtors and debtors in possession (collectively, the "Debtors"); and the United States District Court for the District of Delaware (the "District Court") having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2), and that the Court may enter a

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Motion.

final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion to Stay in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that notice of the Motion to Stay was appropriate under the circumstances and no other notice need be provided; and the Court having considered the opposition [Docket No. 4350] to the Motion for Stay filed by the Debtors; and the Court having held a hearing on the Motion for Stay on September 24, 2024 (the "Hearing"); and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Stay is DENIED for the reasons set forth on the record at the Hearing.

2. The Court grants an administrative stay for a period of seven (7) days from the ruling on the record at the Hearing, *i.e.,* through October 1, 2024, to permit the Teamsters to seek a stay from the District Court.

3. Absent the District Court entering a stay of the September 4, 2024 Order by October 1, 2024, the deposition of Sean O'Brien will proceed as previously ordered by this Court and the Teamsters shall make Sean O'Brien available reasonably promptly thereafter for deposition.

4. Pursuant to the parties' Protective Order [Docket No. 3664-1], the Debtors shall not be permitted to use the transcript of the deposition of Sean O'Brien outside of the litigation over the Debtors' WARN liability and/or these Chapter 11 cases without further Order of this Court.

5. This Order shall be immediately effective and enforceable upon its entry.

6. The Teamsters and the Debtors are authorized and empowered to take such actions and to execute such documents as may be necessary to implement the relief granted by this Order.

7. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

**Dated: September 26th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**