IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>YELLOW CORPORATION, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 23-11069 (CTG)<br>(Jointly Administered)<br>**Objection Deadline: October 11, 2024 at 4:00 p.m. (ET)**<br>**Hearing Date: October 28, 2024 at 10:00 a.m. (ET)**<br>Re: Docket No. 4326 |

**NOTICE OF MOTION OF MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC PURSUANT TO 11 U.S.C. § 502(j) AND FEDERAL RULES OF BANKRUPTCY PROCEDURE 3008 AND 9023 REQUESTING RECONSIDERATION OF COURT'S ENTRY OF PARTIAL SUMMARY JUDGMENT IN FAVOR OF PENSION PLANS AND JOINING DEBTOR RECONSIDERATION MOTION**

**PLEASE TAKE NOTICE** that MFN Partners, LP and Mobile Street Holdings, LLC filed the *Motion of MFN Partners, LP and Mobile Street Holdings, LLC Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008 and 9023 Requesting Reconsideration of Court's Entry of Partial Summary Judgment in Favor of Pension Plans and Joining Debtor Reconsideration Motion* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801, on or before **October 11, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served upon and received by the undersigned counsel for MFN.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Craig T. Goldblatt at the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801 on **October 28, 2024 at 10:00 a.m. (ET).**

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: September 27, 2024<br>Wilmington, Delaware | Respectfully Submitted,<br><br>/s/ L. Katherine Good<br>L. Katherine Good (No. 5101)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: kgood@potteranderson.com<br><br>– and –<br><br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>Eric Winston (*pro hac vice* admitted)<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Email: ericwinston@quinnemanuel.com<br><br>*Counsel for MFN Partners, LP and Mobile Street Holdings LLC* |