**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

In Re:                                              Chapter  11

                                                    Case No.  23 - 11069  ( CTG )

Debtor:  YELLOW CORPORATION, et al.

**MOTION AND ORDER FOR ADMISSION PRO HAC VICE**

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of  Jeffrey M. Pike

to represent  Derrick Drew

in this action.

/s/ Raeann Warner

Firm Name: Collins, Price, & Warner
Address: 8 E. 13th Street
Wilmington, DE 19801
Phone: (302) 655-4600
Email: raeann@collinslawdelaware.com

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of  Missouri  and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 12/21/23. I further certify that the fee of $50.00 has been paid to the Clerk of Court for District Court.

Jeffrey M. Pike

Firm Name: Langdon & Emison, LLC
Address: 911 Main Street
Lexington, MO 64067
Phone: (660) 259-6175
Email: jeff@lelaw.com

**ORDER GRANTING MOTION**

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: October 7th, 2024            **CRAIG T. GOLDBLATT**
Wilmington, Delaware                **UNITED STATES BANKRUPTCY JUDGE**

Local Form 105