# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

## **CERTIFICATE OF SERVICE**

I, Cory D. Kandestin, hereby certify that on August 30, 2024, I caused a copy of the following to be served upon the parties identified below in the manner indicated:

The New England Teamsters Pension Fund's and Central Pennsylvania Teamsters Defined Benefit Plan's Amended Notice of Deposition of the Debtors Pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure Related to Debtors' Seventh Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability [Docket No. 4240]

New England Teamsters Pension Fund's Notice of Deposition Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure Related to Debtors' Seventh Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability [Docket No. 4241]

Central Pennsylvania Teamsters Defined Benefit Plan's Notice of Deposition Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure Related to Debtors' Seventh Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability [Docket No. 4242]

International Brotherhood of Teamsters Union Local 710 Pension Fund's Notice of Deposition Pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure Related to Debtors' Seventh Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability [Docket No. 4243]

*/s/ Cory D. Kandestin*
Cory D. Kandestin (No. 5025)

RLF1 31432886v.1

**SERVICE LIST**

**Via E-mail and First Class Mail**

(Counsel to the Debtors)
Michael B. Slade
Patrick J. Nash Jr., P.C.
David Seligman, P.C.
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois, 60654
michael.slade@kirkland.com
patrick.nash@kirkland.com
david.seligman@kirkland.com

(Counsel to the Debtors)
Allyson B. Smith
Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
allyson.smith@kirkland.com

(Counsel to the Debtors)
Laura Davis Jones
Timothy P. Cairns
Peter J. Keane
Edward Corma
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, Delaware 19801
ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

RLF1 31432886v.1