

23-11069 CTG

Dear Honorable Judge ~~Goldblatt~~

My name is Randolph J. Davis, and I was an employee at Yellow Freight for more than 37 years. I am writing you in regards to your recent decision on pension liability funds to be paid back to pension funds. I agree that Yellow did cancel our pension plans when they abruptly shut down without giving any employees any notice. Of the over 22,000 people in the pension plan, not all could find jobs that parcipitaded in our plan. Therefor; many of us that were close to reaching our full at 65 (retirement age 65) had to take early retirement at 62 or between in order to return to health insurance and income at 6% a year reduced rate from 65. Prior to 2011 under MOU concessions, it was agreed and voted on by the members to reduce contributions from 100% contributions to the fund to 25% to help save Yellow. Prior to 2009 upon the 1st concession, our Full retirement age was 62 with snap back language in MOU if Yellow violated it. Contributions remained at 25% from 2011 until closing in 2023.


As Yellow employees in the pension plan, we were just trying to make it to 65 for full retirement even at reduced contributions. For those of us that retired, we feel like we should get the age 65 retirement because that age only was restricted to Yellow. We, the employees cannot fullfill commitment to defunct company. The _real_ losers are us, the _employees_, who sacrificed retirement, pay, vacation to help save a company that locked us out. _Please_ consider this as you decide the proceedings further. If you have taken the time to read this, Thank you for your consideration and wisdom on the matter.

Sincerly,

Randolph T. Davis

Randolph J. Davis
P.O. Box 682
Tom Bean, Tx. 75489