# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) (Jointly Administered) |
| Debtors. | ) ) ) | **Re: Docket No. 4673** |
| JEFF MOORE, ELIZABETH BROOKE MOORE, and VIDAL TORRES on behalf of themselves and all others similarly situated, | ) ) ) ) ) | Adv. Pro. No. 23-50457 (CTG) **Re: Docket No. 145** |
| Plaintiffs, v. | ) ) ) ) | |
| YELLOW CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) ) | |
| WILLIAM G. COUGHLEN, *et al.*, | ) ) | Adv. Pro. No. 23-50761 (CTG) **Re: Docket No. 116** |
| Plaintiffs, v. | ) ) ) ) | |
| YELLOW CORPORATION, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

**ORDER GRANTING DEBTORS' CROSS-MOTION TO SUPPLEMENT AND RESPONSE TO UNIONS' MOTION TO SUPPLEMENT**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Upon the motion (the "Motion")[2] of the above-captioned debtors and debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") authorizing the Debtors to supplement the summary judgment record and respond to the Unions'[3] Motion to Supplement the Summary Judgment Record, all as more fully set forth in the Motion; and the United States District Court for the District of Delaware having jurisdiction over this matter pursuant to 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate and no other notice need be provided; and the Court having reviewed the Motion and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

---

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to them in the Motion.

[3] "Debtors" shall refer to Yellow Corporation and its debtor affiliates, as debtors and debtors in possession in the above-captioned chapter 11 cases. "Unions" shall refer to International Brotherhood of Teamsters ("IBT"), Teamsters National Freight Industry Negotiating Committee, and the International Association of Machinists and Aerospace Workers.

2. Notwithstanding any Bankruptcy Rule to the contrary, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

3. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

4. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: October 29th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

4872-4277-6307.1 96859.001