IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| The Yellow Corporation, *et al.* | ) | Case Nos. 23-11069 (CTG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Ref. D.I. 4686** |
| | ) | |

**NOTICE OF WITHDRAWAL OF INTERNATIONAL BROTHERHOOD OF TEAMSTERS AND TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE'S MOTION FOR A DECLARATION THAT THE AUTOMATIC STAY DOES NOT APPLY AND/OR FOR RELIEF FROM THE AUTOMATIC STAY FOR CAUSE**

**PLEASE TAKE NOTICE** that Creditors International Brotherhood of Teamsters ("IBT") and Teamsters National Freight Industry Negotiating Committee ("TNFINC") (together "Teamsters"), by and through their attorneys, hereby withdraw their *Motion for a Declaration that the Automatic Stay Does Not Apply and/or for Relief from the Automatic Stay for Cause* filed on October 25, 2024 [D.I. 4686].

Dated: November 4, 2024

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

-and-

1

Yingtao Ho (WI Bar No. 1045418)
Emma Woods (WI Bar No. 1120187)
THE PREVIANT, LAW FIRM, S.C.
310 W Wisconsin Ave, Suite 100MW
Milwaukee, Wisconsin 53203
Telephone: 414.271.4500
Facsimile: 414.271.6308
emw@previant.com
yh@previant.com

*Counsel for the IBT and TNFINC*