**Exhibit 1**

**Rejected Lease**[1]

---

[1] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease.  The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on **Exhibit 1** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.

## Rejected Lease[2]

| No. | Non-Debtor Counterparty | Debtor | Description of Lease | Property Address | Abandoned Property | Rejection Effective Date |
|---|---|---|---|---|---|---|
| 1 | G&I IX Cheshire LLC | YRC Inc. | Lease agreement between G&I IX Cheshire LLC and YRC, Inc. dated July 28, 2005 | 181 West Johnson Avenue, Cheshire, CT 06410 (Y145) | Certain furniture, fixtures, IT and security equipment, scrap and other miscellaneous de minimis items | 10/31/2024 |

---

[2] The inclusion of a Lease on this list does not constitute an admission as to the executory or non-executory nature of the Lease, or as to the existence or validity of any claims held by the counterparty or counterparties to such Lease. The Debtors reserve the right to remove any Lease or to amend any Rejection Date set forth on **Exhibit 1** at any time prior to the later of the Rejection Date or the date of entry of an order of the Court approving the rejection.