# CERTIFICATE OF SERVICE

I, William D. Sullivan, hereby certify that on the 7th day of November 2024, a copy of the foregoing *Central States Pension Fund's Objection to Debtors' First Amended Disclosure Statement* was electronically filed and served via CM/ECF on all registered users of that system in accordance with Del. Bankr. L.R. 9036-1(b), and a courtesy copy was served via Electronic Mail on the parties listed below.

*Counsel to the Debtors:*

| | |
|---|---|
| Allyson B. Smith, Esq.<br>Kirkland & Ellis LLP<br>601 Lexington Avenue<br>New York, NY 10022<br>allyson.smith@kirkland.com | Laura Davis Jones, Esq.<br>Timothy P. Cairns, Esq.<br>Peter J. Keane, Esq.<br>Edward Corma, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 N. Market Street, 17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com<br>tcairns@pszjlaw.com<br>pkeane@pszjlaw.com<br>ecorma@pszjlaw.com |
| Patrick J. Nash, Jr. , Esq.<br>Michael B. Slade, Esq.<br>Kirkland & Ellis LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>patrick.nash@kirkland.com<br>Michael.Slade@kirkland.com | Michael Esser, Esq.<br>John Christian, Esq.<br>Kirkland & Ellis LLP<br>Kirkland & Ellis International LLP<br>555 California Street<br>San Francisco, CA 94104<br>michael.esser@kirkland.com<br>john.christian@kirkland.com |

*U.S. Trustee:*

The Office of United States Trustee
Jane Leamy, Esq.
Richard Schepacarter, Esq. 844 King Street,
Suite 2207, Lockbox 35
Wilmington, DE 19801
jane.m.leamy@usdoj.gov
richard.schepacarter@usdoj.gov

*Counsel to the Committee of Unsecured Creditors:*

| | |
|---|---|
| Philip C. Dublin, Esq. | Jennifer R. Hoover, Esq. |
| Meredith A. Lahaie, Esq. | Kevin M. Capuzzi, Esq. |
| Kevin Zuzolo, Esq. | John C. Gentile, Esq. |
| Akin Gump Strauss Hauer & Feld LLP | BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP |
| One Bryant Park | |
| Bank of America Tower | 1313 North Market Street, Suite 1201 |
| New York, NY 10036-6745 | Wilmington, DE 19801 |
| pdublin@akingump.com | jhoover@beneschlaw.com |
| mlahaie@akingump.com | kcapuzzi@beneschlaw.com |
| kzuzolo@akingump.com | jgentile@beneschlaw.com |

November 7, 2024                                        */s/ William D. Sullivan*
Date                                                    William D. Sullivan