# Exhibit A