# Exhibit B

**From:** Joe Chajmovicz <jchajmovicz@treetopcompanies.com>
**Sent:** Tuesday, November 5, 2024 11:41 AM
**To:** Frederick B. Rosner <rosner@teamrosner.com>; Isaac Ross <iross@treetopcompanies.com>
**Cc:** Zhao (Ruby) Liu <liu@teamrosner.com>; Adam Mermelstein <amermelstein@treetopcompanies.com>
**Subject:** RE: Yellow Corporation/Treetop

Fred,

Please see attached cement barriers

The LL did not receive keys or code to the gate.  The lock to gate was left open


Joe Chajmovicz


**From:** Joe Chajmovicz <jchajmovicz@treetopcompanies.com>
**Sent:** Monday, November 4, 2024 2:35 PM
**To:** Frederick B. Rosner <rosner@teamrosner.com>; Isaac Ross <iross@treetopcompanies.com>
**Cc:** Zhao (Ruby) Liu <liu@teamrosner.com>; Adam Mermelstein <amermelstein@treetopcompanies.com>
**Subject:** RE: Yellow Corporation/Treetop


Hey Fred,


Nope, we haven't gotten any keys or heard from anyone at YRC saying they've given up the space and handed it back to the Owners.


After they first filed for bankruptcy, YRC put up cement barriers to block trucks from getting to their space and locked the gates that let you drive around the property.

The gate was left unlocked, but the barriers are still there.


Joe Chajmovicz

1

**From:** Isaac Ross <iross@treetopcompanies.com>
**Sent:** Monday, November 4, 2024 1:47 PM
**To:** Frederick B. Rosner <rosner@teamrosner.com>; Joe Chajmovicz <jchajmovicz@treetopcompanies.com>
**Cc:** Zhao (Ruby) Liu <liu@teamrosner.com>; Adam Mermelstein <amermelstein@treetopcompanies.com>
**Subject:** RE: Yellow Corporation/Treetop


Fred – Not sure what you are getting at per the below. Isn't the lease still valid until it is rejected and filed in the courts? No one delivered us keys or met us at the property on the 31st, it was left dirty and still had items remaining within the space. Some of such include large photo copy machines, tools, and supplies.


--

**Isaac Ross**
Treetop Companies | The Glenpointe Centre West| 500 Frank W Burr Blvd #47

Teaneck, NJ 07666 | P: 973.622.0073 x1122 | C: 917.544.7777 | F: 973.939.8450

iross@treetopcompanies.com | www.treetopcompanies.com

**PLEASE NOTE OUR NEW EMAIL ADDRESS**

2