# Exhibit C

| | |
|---|---|
| **From:** | Dees, Pat |
| **To:** | Joe Chajmovicz |
| **Cc:** | Giordano, Greg; Cooper, Tammy |
| **Subject:** | YRC Lease Rejection - Cheshire, CT |
| **Date:** | Wednesday, November 6, 2024 2:40:26 PM |

As you may be aware, Yellow Corporation and certain of its subsidiaries (the "Debtors") filed for Chapter 11 bankruptcy on August 6, 2023. I am writing as a courtesy to let you know that you are among several of our landlords who will be receiving a notice (the "Rejection Notice") in the mail (and/or by email, where applicable) in the coming days notifying you that the Debtors have rejected your lease with the Debtors, effective as of October 28, 2024. The Debtors will be providing the Rejection Notice to you pursuant to the *Order (I) Authorizing and Approving Procedures to Reject Executory Contracts and Unexpired Leases and (II) Granting Related Relief* [Docket No. 550] (the "Rejection Order"), which was entered by the Bankruptcy Court for the District of Delaware on September 14, 2023.

Please be advised that, the rent payment for the month of October 2024 has been made. As such, the Debtors shall fully relinquish control of the premises to you effective as of October 31, 2024. Access to the leased premises is shown below:

Gate Combination Number = 3952 – as we shared the lot with Macy's, they have it as well and usually leave it open during the day
to get to their doors on the opposite side.

Key Lockbox Number = 7145 – when entering from the back parking lot gate (above), turn left and go to the building door just past the trash compactor.

To the extent any keys, key codes, and security codes, if any, are not made available to you by the Debtors by October 31, 2024, you may rekey the leased premises on that date for your access.

Comprehensive information regarding the Debtors' Chapter 11 filing can be found at https://dm.epiq11.com/YellowCorporation, including FAQs. If these FAQs are unable to answer your questions, please call our dedicated bankruptcy call center at 866-641-1076 (if in Canada use, 503-461-4134) or email them at yellowcorporationinfo@epiqglobal.com.

**Pat Dees**
Senior Properties Coordinator
11500 Outlook Street, Suite 400
ATTN: Properties
Overland Park, KS 66211
Mobile: **913-953-0219**



Disclaimer: The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.