UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | Related Docket. No. _____ |

**ORDER GRANTING THE FUNDS' MOTION *IN LIMINE*
TO EXCLUDE THE AMENDED EXPERT REPORT AND TESTIMONY
OF ROBERT T. CAMPBELL**

The Court, having considered the *Funds' Motion in Limine to Exclude the Amended Expert Report and Testimony of Robert T. Campbell* (the "Motion"), including any exhibits attached thereto, and any objections, responses, or replies to the Motion; and the Court finding it has jurisdiction over this matter pursuant to 28 U.S.C. 157 and 1334, that due and sufficient notice of the Motion has been given under the circumstances; and the Court finding that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein,

It is hereby **ORDERED ADJUGED AND DECREED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. The expert report of Robert T. Campbell and any testimony related thereto is excluded, and the Court will not consider it in adjudicating the *Debtors' Seventh Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability* [Dkt. No. 2595], or any related proceeding.

3. This Court shall retain jurisdiction to hear and determine all matters arising from

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

or related to this Order.

Dated: _____, 2024

                                                      _____
The Honorable Craig T. Goldblatt, Judge
United States Bankruptcy Court