**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| ) | Case No. 23-11069 (CTG) |
| YELLOW CORPORATION, et al., ) | |
| ) | |
| Debtor. ) | |
| ) | |
| ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

Pursuant to Federal Rule of Bankruptcy Procedure 9010, the undersigned attorney hereby serves this Notice of Appearance on behalf of the Commonwealth of Pennsylvania, Department of Environmental Protection, in the above-captioned case. Pursuant to Bankruptcy Rules 2002, 3017 and 9010, the undersigned attorney hereby requests service of all notices, motions, applications, orders, pleadings, reports, plans and disclosure statements filed or served in the above-captioned case. Service may be made and directed as follows:

>Michael T. Ferrence
>Assistant Counsel
>PA I.D. No. 72405
>Commonwealth of Pennsylvania,
>Department of Environmental Protection
>Northeast Regional Counsel
>2 Public Square
>Wilkes-Barre, PA 18701-1915
>Phone:  570-826-2259
>Fax:  570-820-4838
>mferrence@pa.gov

The Clerk is requested to add the attorney listed below to the mailing matrix and the mailing list for the above-mentioned case.

2

Respectfully submitted,

*/s/ Michael T. Ferrence*
Michael T. Ferrence
Assistant Counsel
PA I.D. No. 72405
Commonwealth of Pennsylvania,
Department of Environmental Protection
Northeast Regional Counsel
2 Public Square
Wilkes-Barre, PA 18701-1915
Phone: 570-826-2259
Fax: 570-820-4838
mferrence@pa.gov

Date: November 12, 2024

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the forgoing has been served via the Court's Electronic Filing System on all parties requesting notice in this proceeding on November 12, 2024.

*/s/ Michael T. Ferrence*
Michael T. Ferrence
Assistant Counsel
PA I.D. No. 72405
Commonwealth of Pennsylvania,
Department of Environmental Protection
Northeast Regional Counsel

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 23-11069 (CTG) |
| YELLOW CORPORATION, et al., | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
|  | ) |  |

## **GOVERNMENT ATTORNEY CERTIFICATION**

Pursuant to the requirement of Local Rule 9010-1(e) for admittance of Government counsel to represent the United States of America (or any officer or agency thereof) or any state or local government (or any officer or agency thereof), the undersigned counsel hereby certifies the following in order to satisfy the requirement to appear to represent the Commonwealth of Pennsylvania, Department of Environmental Protection, by and through the Office of Chief Counsel, in this action: I am admitted to practice law in the Commonwealth of Pennsylvania and U.S. District Court for the Eastern District Pennsylvania. I am in good standing in all jurisdictions to which I have been admitted; and, further, I consent to be bound by the Local Rules of the Bankruptcy Court – District of Delaware and submit to the jurisdiction of this court for disciplinary purposes.

FOR THE COMMONWEALTH OF
PENNSYLVANIA, DEPARTMENT OF
ENVIRONMENTAL PROTECTION:

*/s/ Michael T. Ferrence*
Michael T. Ferrence
Assistant Counsel
PA I.D. No. 72405
Northeast Regional Counsel
2 Public Square
Wilkes-Barre, PA 18701-1915
Phone: 570-826-2259
Fax: 570-820-4838
E-mail: mferrence@pa.gov