## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| Yellow Corporation, *et al.,* | Case No. 23-11069 (CTG) |
|  | (Jointly Administered) |
| Debtors. |  |
|  | Related Docket No. 4689 |

### CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that as of the date hereof, she has received no answer, objection or other responsive pleading to the ***Unions' Motion For Entry Of An Order Authorizing Unions To File Under Seal And Redact Portions Of (A) Motion To Supplement The Summary Judgement Record (B) Declaration Of Emma Woods In Support Of The Unions' Motion To Supplement The Summary Judgement Record*** [Docket No. 4689], filed on October 25, 2024 ("Motion").  The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon.  Pursuant to the Notice of Motion, objections were to be filed and served no later than November 1, 2024 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420 / (302) 792-7420 Fax
skaufman@skaufmanlaw.com

Dated: November 12, 2024         *Counsel for IBT, TNFINC and IAM*