**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
| | | **Re: Docket No. 4974, 4975** |

**NOTICE OF FILING OF REVISED CLEAN AND BLACKLINE VERSIONS OF (I) SECOND AMENDED DISCLOSURE STATEMENT FOR THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF YELLOW CORPORATION AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE; AND (II) SECOND AMENDED JOINT CHAPTER 11 PLAN OF YELLOW CORPORATION AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 2, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4253] (the "Plan") and the *Disclosure Statement for the Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4254] (the "Disclosure Statement") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

2. On October 17, 2024, the Debtors filed the *First Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4580] (the "Amended Plan") and the *First Amended Disclosure Statement for the*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

*First Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4581] (the "Amended Disclosure Statement").

3. On November 20, 2024, the Debtors filed the *Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4974] (the "Second Amended Plan") and the *Second Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4975] (the "Second Amended Disclosure Statement").

4. On November 21, 2024, the Court held a hearing to consider approval of the Second Amended Disclosure Statement and related solicitation procedures (the "Hearing").

5. At the Hearing, the Court heard argument and comments from the Debtors and certain objecting parties with respect to additional revisions necessary to the Second Amended Disclosure Statement and Second Amended Plan.

6. Attached hereto as **Exhibit A-1** is a revised version of the Second Amended Disclosure Statement incorporating additional revisions. The revised version has been circulated to the U.S. Trustee, and the U.S. Trustee has no objection. Attached hereto as **Exhibit A-2** is a blackline comparison of the revised Second Amended Disclosure Statement against the Second Amended Disclosure Statement filed on November 20, 2024.

7. Attached hereto as **Exhibit B-1** is a revised version of the Second Amended Plan incorporating additional revisions. The revised version has been circulated to the U.S. Trustee, and the U.S. Trustee has no objection. Attached hereto as **Exhibit B-2** is a blackline comparison

of the revised Second Amended Plan against the Second Amended Plan filed on November 20, 2024.

Dated: November 21, 2024
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted pro hac vice) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| 919 North Market Street, 17th Floor | Telephone:   (312) 862-2000 |
| P.O. Box 8705 | Facsimile:   (312) 862-2200 |
| Wilmington, Delaware 19899-8705 | Email:   patrick.nash@kirkland.com |
| Telephone:   (302) 652-4100 |           david.seligman@kirkland.com |
| Facsimile:   (302) 652-4400 | |
| Email:   ljones@pszjlaw.com | -and- |
|           tcairns@pszjlaw.com | |
|           pkeane@pszjlaw.com | Allyson B. Smith (admitted pro hac vice) |
|           ecorma@pszjlaw.com | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:   (212) 446-4800 |
| | Facsimile:   (212) 446-4900 |
| | Email:   allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*