IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|   |   |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |

### ORDER RELATING TO SFA MEPP LITIGATION MOTIONS FOR SUMMARY JUDGMENT AND MOTIONS TO RECONSIDER

The Court has considered: (a) certain motions for summary judgment filed by the Debtors, SFA MEPPs, and PBGC (the "MSJs") [Docket Nos. 3803, 3805, 3825, 3882] and responses and objections thereto; and (b) certain motions to reconsider (the "Motions to Reconsider") [Docket Nos. 4461, 4462] and responses and objections thereto; and the Court having held a hearing on the MSJs on August 6, 2024, and having held a hearing on the Motions to Reconsider on October 28, 2024; the Court having issued rulings regarding the MSJs [Docket Nos. 4326, 4769] and Motions to Reconsider [Docket Nos. 4771, 4846]; and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The *Central States Pension Fund's Motion for Partial Summary Judgment* [Docket

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

No. 3803] is granted, for the reasons set forth in the *Amended Memorandum Opinion* [Docket No. 4769].

2. The *Multiemployer Pension Plans' Motion for Partial Summary Judgment* [Docket No. 3805] is granted, for the reasons set forth in the *Amended Memorandum Opinion* [Docket No. 4769].

3. The *Debtors' Motion for Partial Summary Judgment on SFA MEPPS' Withdrawal Liability Claims* [Docket No. 3825] is granted in part, for the reasons set forth in the *Amended Memorandum Opinion* [Docket No. 4769].

4. The *Pension Benefit Guaranty Corporation's Motion for Partial Summary Judgment & Opposition to Summary Judgment for Debtors* [Docket No. 3882] is granted in part, for the reasons set forth in the *Amended Memorandum Opinion* [Docket No. 4769]. Specifically, the Court determined that the PBGC Regulations at issue were in the scope of the agency's expressly delegated authority, were consistent with the applicable statutory text, and were not arbitrary or capricious.

5. The *Debtors' Motion to Reconsider in Part the September 13, 2024 Memorandum Opinion Finding a Withdrawal Liability Default in Advance of a Withdrawal Liability Payment Obligation* [Docket No. 4461] is granted, for the reasons set forth in the *Amended Memorandum Opinion* [Docket No. 4769] and *Order Granting Motion for Reconsideration and Posing Further Questions for the Parties to Consider* [Docket No. 4771].

6. The *MFN Partners, LP and Mobile Street Holdings, LLC Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008 and 9023 Requesting Reconsideration of Court's Entry of Partial Summary Judgment in Favor of Pension Plans and Joining Debtor Reconsideration Motion* [Docket No. 4462] is denied, for the reasons set forth in the *Memorandum Opinion* [Docket No. 4846].

7. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

8. For avoidance of doubt, this Order does not constitute a final order for purposes of 28 U.S.C. § 158(a)(1).

9. This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.

**Dated: December 2nd, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**