# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellow Corporation, *et al.* | ) | Case Nos. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## CERTIFICATE OF SERVICE

I, Susan E. Kaufman, Esquire, certify that I caused one true and correct copy of ***The International Brotherhood Of Teamsters And Teamsters National Freight Industry Negotiating Committee's Response To Debtors' Twenty-Second Omnibus (Substantive) Objection To Proofs Of Claim*** to be sent on December 3, 2024 in the matter indicated to the following:

**VIA E-MAIL**

Laura Davis Jones, Esq.
Timothy P. Cairns, Esq.
Peter J. Keane, Esq.
Edward Corma, Esq.
PACHULSKI STANG ZIEHL & JONES LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

Rob Jacobson, Esq.
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
rob.jacobson@kirkland.com

Allyson B. Smith, Esq.
KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
601 Lexington Avenue
New York, New York 10022
allyson.smith@kirkland.com

Jane Leamy, Esq.
Richard Shepacarter, Esq.
Office of the United States Trustee
for the District of Delaware
844 King Street, Suite 2207
Lockbox 35
Wilmington, Delaware 19801
jane.m.leamy@usdoj.gov
richard.shepacarter@usdoj.gov

Attn.: General Counsel
Yellow Corporation
11500 Outlook Street, Suite 400
Overland Park, Kansas 66211

                                    LAW OFFICE OF SUSAN E. KAUFMAN, LLC

                                    */s/ Susan E. Kaufman*
                                    Susan E. Kaufman, (DSB#3381)
                                    919 North Market Street, Suite 460
                                    Wilmington, DE 19801
                                    T: (302)-472-7420
                                    F: (302)-792-7420
                                    skaufman@skaufmanlaw.com

Dated: December 3, 2024