# EXHIBIT A

**Proposed Order**

{00039945. }

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | : | Case No. 23-11069 (CTG) |
| Debtor(s). | : | (Jointly Administered) |
| | : | |

**ORDER GRANTING MOTION OF OMNI LOGISTICS, LLC FOR**
**ALLOWANCE AND PAYMENT OF EXPENSE OF ADMINISTRATION**

Upon the motion (the "Motion") of creditor Omni Logistics, LLC ("Omni") for entry of an order allowing and compelling payment of an Administrative Claim in the amount of $74,550 related to transportation services provided during these Chapter 11 Cases; and the Court having jurisdiction to consider the Motion, the relief requested therein, and the Declaration in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion and the relief requested therein being a core proceeding pursuant to 28 U.S.C. § 157(b); and venue being proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that Omni provided appropriate notice of the Motion and the opportunity for a hearing on the Motion under the circumstances; and the Court having found that no other or further notice need be provided; and the Court having reviewed the Motion; and the Court having found that the Motion constitutes a timely filed request for payment of an Administrative Claim; and the Court having considered the entire record before the Court; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and any oppositions to the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/case/yellowcorporation/info. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

{00040354. }

relief requested herein having been withdrawn or overruled on the merits; and after due deliberation and sufficient appearing therefor; NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is GRANTED and approved in its entirety.

2. The Administrative Claim is allowed against the Debtors' estates pursuant to 11 U.S.C. § 503(b)(1) in the amount of $74,550. The Debtors are authorized and directed to pay $74,550 to Omni on account of its Administrative Claim through October 25, 2024, within thirty (30) days from entry of this Order.

Nothing contained herein shall affect or limit the right of Omni to payment for other unpaid charges, costs, or fees accruing post-petition, including those accruing after October 25, 2024.

Omni and the Debtors are authorized to take any and all actions necessary to effectuate the relief granted by this Order. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, or enforcement of this Order.