**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, et al., [1]<br><br>Debtor. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>Hearing Date: January 21, 2025 @ 10:00 a.m. (ET)<br>Obj. Deadline: December 18, 2024 @ 4:00 p.m. (ET) |

**NOTICE OF MOTION OF OMNI LOGISTICS, LLC FOR**
**ALLOWANCE AND PAYMENT OF EXPENSE OF ADMINISTRATION**

    **PLEASE TAKE NOTICE** that on December 4, 2024, Omni Logistics, LLC has filed the *Motion of Omni Logistics, LLC for Allowance and Payment of Expense of Administration* (the "Motion"). A copy of the Motion is attached.

    **PLEASE TAKE FURTHER NOTICE** that responses, if any, to the Motion are required to be filed on or before **December 18, 2024 at 4:00 p.m. (ET)** (the "Objection Deadline") with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd floor, Wilmington, Delaware 19801. At the same time, you must also serve a copy of the response upon the undersigned so as to be received on or before the Objection Deadline.

    **PLEASE TAKE FURTHER NOTICE** that, if an objection or response is timely filed, served and received, and such objection or response is not otherwise timely resolved, a hearing on the Motion will be held on **January 21, 2025 at 10:00 a.m. (ET)** before The Honorable Craig T Goldblatt, United States Bankruptcy Judge at the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 3rd floor, Courtroom 7, Wilmington, Delaware 19801.

    **PLEASE TAKE FURTHER NOTICE THAT IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: December 4, 2024
       Wilmington, Delaware             **THE ROSNER LAW GROUP LLC**

                                            */s/ Frederick B. Rosner*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/case/yellowcorporation/info. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

{00040352. }

Frederick B. Rosner, Esq.
824 N. Market St., Suite 810
Wilmington, DE 19801
Tel: 302-777-1111
Email:rosner@teamrosner.com

-and-

Megan K. Bolt, Esq.
**Helmreich Law LLC**
10250 Landis Blvd., Fishers, Indiana 46040
Email: megan@helmreichlaw.com
Mobile: (765) 639-1174

*Attorneys for Omni Logistics, LLC*