# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 4833** |

**CERTIFICATE OF NO OBJECTION REGARDING THE THIRTEENTH MONTHLY FEE APPLICATION OF AKIN GUMP STRAUSS HAUER & FELD LLP, AS LEAD CO-COUNSEL TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW CORPORATION, *ET AL.*, FOR THE PERIOD FROM AUGUST 1, 2024 THROUGH AND INCLUDING AUGUST 31, 2024**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading has been received to the *Thirteenth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for the Period from August 1, 2024 Through and Including August 31, 2024* [Docket No. 4833] (the "Application") filed on November 11, 2024. The undersigned further certifies that after reviewing the Court's docket in these cases, no answer, objection, or other responsive pleading to the Application appears thereon.

Pursuant to the *Notice of Thirteenth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for the Period from August 1, 2024 Through and Including August 31, 2024* [Docket No. 4833-3], objections to the Application were to be filed and served no later than December 3, 2024, at 4:00 p.m. (ET).

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* [Docket No. 519], the Debtors are authorized to pay eighty percent (80%) of the fees and one hundred percent (100%) of the expenses requested in the Application upon the filing of this Certificate of No Objection and without the need for entry of a Court order approving the Application.

Dated: December 4, 2024
Wilmington, Delaware

| **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP** | **AKIN GUMP STRAUSS HAUER & FELD LLP** |
|---|---|
| /s/ John C. Gentile | Philip C. Dublin (*pro hac vice*) |
| Jennifer R. Hoover (DE No. 5111) | Meredith A. Lahaie (*pro hac vice*) |
| Kevin M. Capuzzi (DE No. 5462) | Kevin Zuzolo (*pro hac vice*) |
| John C. Gentile (DE No. 6159) | One Bryant Park |
| 1313 North Market Street, Suite 1201 | New York, NY 10036 |
| Wilmington, DE 19801 | Telephone: (212) 872-1000 |
| Telephone: (302) 442-7010 | Facsimile: (212) 872-1002 |
| Facsimile: (302) 442-7012 | Email: pdublin@akingump.com |
| E-mail: jhoover@beneschlaw.com | mlahaie@akingump.com |
| kcapuzzi@beneschlaw.com | kzuzolo@akingump.com |
| jgentile@beneschlaw.com | |

*Counsel to the Official Committee of Unsecured Creditors*