**EXHIBIT J**



# Transcript of Robert T. Campbell

**Date:** September 9, 2024
**Case:** Yellow Corporation, et al.; In Re:

**Planet Depos**
**Phone:** 888.433.3767 | **Email:** transcripts@planetdepos.com
www.planetdepos.com
Michigan #8598 | Nevada #089F | New Mexico #566

**WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY**

```
 1              UNITED STATES BANKRUPTCY COURT
 2               FOR THE DISTRICT OF DELAWARE
 3   - - - - - - - - - - - x
 4   In Re:                 :   Chapter 11
 5                          :
 6   YELLOW CORPORATION,    :   Case No. 23-11069(CTG)
 7   et al.,                :
 8         Debtors.         :
 9   - - - - - - - - - - - X
10                     VOLUME 1
11
12         Deposition ROBERT T. CAMPBELL
13               Conducted Virtually
14             Monday, September 9, 2024
15                  9:05 a.m. EDT
16
17
18
19
20
21
22
23   Job No.:   552293
24   Pages 1 - 263
25   Reported by:   Debra A. Whitehead
```

1      Deposition of ROBERT T. CAMPBELL, conducted
2  virtually.
3
4
5      Pursuant to notice, before Debra Ann Whitehead,
6  E-Notary Public in and for the Commonwealth of
7  Virginia.

```
1              A P P E A R A N C E S
2    ON BEHALF OF THE NEW ENGLAND TEAMSTERS PENSION
3    FUND, THE CENTRAL PENNSYLVANIA TEAMSTERS PENSION
4    FUND, and the LOCAL 710 PENSION FUND:
5         ERIN E. DEXTER, ESQUIRE
6         RIAH KIM, ESQUIRE
7         VICTORIA COLBERT, ESQUIRE
8         MILBANK LLP
9         1850 K Street, NW, Suite 1100
10        Washington, DC 20006
11        (202) 835-7500
12
13   ON BEHALF OF THE TEAMSTERS PENSION TRUST FUND OF
14   PHILADELPHIA AND VICINITY:
15        JOHN C. KILGANNON, ESQUIRE
16        STEVENS & LEE
17        1500 Market Street, East Tower
18        18th Floor
19        Philadelphia, Pennsylvania 19102
20        (215) 751-1943
21
22
23
24
25
```

```
 1      A P P E A R A N C E S   C O N T I N U E D
 2   ON BEHALF OF TEAMSTERS JOINT COUNCIL NO. 83 OF
 3   VIRGINIA PENSION FUND:
 4        JOSHUA R. TAYLOR, ESQUIRE
 5        STEPTOE LLP
 6        1330 Connecticut Avenue, NW
 7        Washington, DC 20036
 8        (202) 429-6281
 9
10   ON BEHALF OF LOCAL 705:
11        JOHN S. DELNERO, ESQUIRE
12        PEDERSON & HOUPT
13        161 North Clark Street
14        Suite 2700
15        Chicago, Illinois 60601-3242
16        (312) 641-6888
17
18   ON BEHALF OF DEBTORS:
19        SHIRLEY CHAN, ESQUIRE
20        MICHAEL DAVID LEHAVI, ESQUIRE
21        KIRKLAND & ELLIS, LLP
22        333 West Wolf Point Plaza
23        Chicago, Illinois 60654
24        (312) 862-2000
25
```

```
 1    A P P E A R A N C E S   C O N T I N U E D
 2   ON BEHALF OF DEBTORS:
 3        JOHN CHRISTIAN, ESQUIRE
 4        KIRKLAND & ELLIS, LLP
 5        4550 Travis Street
 6        Dallas, Texas 75205
 7        (214) 972-1724
 8
 9
10   ALSO PRESENT:
11        TAMMY DIXON, Segal
12        CORI MALDONADO, Steptoe, LLP
13        JOHN SPENCER, Hilco
14
15
16
17
18
19
20
21
22
23
24
25
```

1   Q   So is it your expert opinion that an
2   actuary is legally required to use a rate the same
3   as or similar to the funding valuation rate to
4   calculate withdrawal liability?
5       MS. CHAN:  Object to form.
6   A   I think -- yes, I think in most
7   circumstances that, yes, that's correct.
8   Q   Is it your expert opinion that it is
9   unreasonable for an actuary to use an assumption
10  that is not the minimum funding rate when
11  performing a withdrawal liability calculation?
12      MS. CHAN:  Object to form.
13  A   I think it's unreasonable to use an
14  assumption that varies significantly from the
15  funding valuation interest rate, given the
16  statute.
17  Q   Is it your expert opinion that the ERISA
18  provisions governing withdrawal liability quoted
19  here conflict with Actuarial Standards of Practice
20  27?
21  A   I don't necessarily --
22      MS. CHAN:  Objection.
23      THE WITNESS:  Okay.  Yeah.
24  A   I don't necessarily think so.  But I
25  think other actuaries, particularly ones working