IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION,[1]<br><br>                      Debtor. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Re: D.I. 5072** |

## **CERTIFCATE OF SERVICE**

I, Frederick B. Rosner, hereby certify that on December 5, 2024 I caused a copy of the *Motion of Omni Logistics, LLC for Allowance and Payment of Expense of Administration* [D.I. 5072; filed on 12/4/2024] to be served via CM/ECF on all parties registered to receive electronic notice through the Court's electronic system and via electronic mail upon the parties listed below.

| | |
|---|---|
| Shirley Chan<br>Richard U.S. Howell<br>Rob Jacobson<br>Amiri Lampley<br>Michael David Lehavi<br>Nicole Marcotte<br>Casey McGushin<br>Patrick J. Nash<br>Neham Nigam<br>Michael K. Sciaccotta<br>David Seligman<br>Kirkland and Ellis LLP<br>333 West Point Plaza<br>Chicago, IL 60654<br>(312) 862-2000 | Jane M. Leamy<br>Office of the U.S. Trustee<br>844 King St.<br>Suite 2207<br>Wilmington, DE 19801<br>302-573-6491<br>Fax : 302-573-6497<br>Email: jane.m.leamy@usdoj.gov<br><br>Richard L. Schepacarter<br>Office of the United States Trustee<br>U. S. Department of Justice<br>844 King Street, Suite 2207<br>Lockbox #35<br>Wilmington, DE 19801 |

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/case/yellowcorporation/info. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

{00040355. }

Email: shirley.chan@kirkland.com
      richard.howell@kirkland.com
      rob.jacobson@kirkland.com
      amiri.lampley@kirkland.com
      michael.lehavi@kirkland.com
      nikki.marcotte@kirkland.com
      casey.mcgushin@kirkland.com
      patrick.nash@kirkland.com
      neha.nigam@kirkland.com
      michael.sciaccotta@kirkland.com
      dseligman@kirkland.com

John Christian
Kirkland & Ellis
4550 Travis Street
Dallas, TX 75205
(214) 972-1770
Email: john.christian@kirkland.com

Simon Cohen
Michael Esser
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Email: simon.cohen@kirkland.com
      Michael.esser@kirkland.com

Edward A. Corma
Laura Davis Jones
Peter J Keane
Pachulski Stang Ziehl & Jones
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: ecorma@pszjlaw.com
      ljones@pszjlaw.com
      pkeane@pszjlaw.com

Daniel T Donovan
Alexandra I. Russell
Kirkland & Ellis LLP
1301 Pennsylvania Ave NW
Washington, DC 20004
Fax : 202-879-5200
Email: ddonovan@kirkland.com
      alexandra.russell@kirkland.com

302-573-6491
Fax : 302-573-6497
Email: richard.schepacarter@usdoj.gov

*Office of the U.S. Trustee*

Kevin M. Capuzzi
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street
Suite 1201
Wilmington, DE 19801
(302) 442-7010
Fax : (302) 442-7012
Email: kcapuzzi@beneschlaw.com

Philip C. Dublin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
212-872-1000
Fax : 212-872-1002
Email: pdublin@akingump.com

John C Gentile
Benesch,Friedlander, Coplan & Aronoff, L
1313 North Market Street
Suite 1201
Wilmington, DE 19801
302-442-7071
Email: jgentile@beneschlaw.com

Christopher J. Gessner
Akin Gump Strauss Hauer & Feld LLP
2001 K Street N.W.
Washington, DC 20006
(202) 887-4000
Email: cgessner@akingump.com

Jennifer R. Hoover
Benesch Friedlander Coplan & Aronoff LLP
1313 North Market Street
Suite 1201
Wilmington, DE 19801
302-442-7010
Fax : 302-442-7012

Orla P. O'Callaghan
Kirkland & Ellis LLP
Kirkland & Ellis International LLP
609 Main Street
Houston, TX 77002
713-836-3600
Email: orla.ocallaghan@kirkland.com

Laura Quinn Brigham
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 10022
512-678-9050
Email: laura.brigham@kirkland.com

Corey G. Rosensteel
Rosensteel Fleishman, PLLC
132 N. McDowell St.
Charlotte, NC 28204
704-714-1450
Fax : 704-774-3001
Email: crosensteel@rflaw.net

Allyson B Smith
Kirkland & Ellis LLP
601 Lexington Avenue
New York, NY 10022
212-909-3217
Fax : 212-446-4900
Email: allyson.smith@kirkland.com

*Counsel for the Debtor*

Email: jhoover@beneschlaw.com

Meredith A. Lahaie
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
usa
212.872.1000
Fax : 212.872.1002
Email: mlahaie@akingump.com

Abid Qureshi
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
212-872-1000
Fax : 212-872-1002
Email: aqureshi@akingump.com

Joseph L. Sorkin
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
212-872-1000
Fax : 212-872-1002
Email: jsorkin@akingump.com

Kevin Zuzolo
Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
Bank of America Tower
New York, NY 10036
212-872-1000
Fax : 212-872-1002
　　Email: kzuzolo@akimgump.com

*Counsel for the Official Committee of Unsecured Creditors*

| | |
|---|---|
| Dated: December 5, 2024<br>         Wilmington, Delaware | **THE ROSNER LAW GROUP LLC**<br><br>*/s/ Frederick B. Rosner*<br>Frederick B. Rosner (DE 3995)<br>824 N. Market Street, Suite 810<br>Wilmington, DE 19801<br>Tel: (302) 777-1111<br>rosner@teamrosner.com |