

In The United States Bankruptcy Court for the District of Delaware

Chapter 11
Case No. 2311069 (CTG)

In re: Yellow Corporation, et al.,
    Debtors

Re: Claim of P&R Property Management, Claim # 111

Response to Debtor's First Notice of Claims Satisfied in Full

To:
Office of the Clerk
United States Bankruptcy Court for the District of Delaware
824 N Market St.
Wilmington, DE 19801

Kirkland and Ellis LLP
333 W Wolf Point Plaza
Chicago, IL 60654
Attention: Patrick J. Nash, Jr., P.C.
    Patrick.nash@kirkland.com
    David Seligman, P.C.
    David.seligman@kirkland.com

Kirkland and Ellis LLP
601 Lexington Ave.
New York, NY 10022
Attention: Allyson B. Smith
    Allyson.smith@kirkland.com

Pachulski Stang Ziehl & Jones LLP
919 N Market St., 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
Attention: Laura Davis Jones,
    ljones@pszjlaw.com
    Timothy P. Cairns,
    tcairns@pszjlaw.com
    Peter J. Keane,
    pkeane@pszjlaw.com
    Edward Corma,
    ecorma@pszjlaw.com

This letter serves as a formal response to the Debtor's First Notice of Claims Satisfied in Full, specifically addressing the claim of P&R Property Management, located at 2468 Dorm Drive, Twin Falls, ID 83301, in the amount of $4,611.00, related to the leasing of the location at 304 6th Ave W, Twin Falls, ID 83301.

**Reason for Opposition:**

The claim remains unsatisfied for the following reasons:

1. **No Payment Received**: P&R Property Management has not received any payment towards the debt owed.

2. **Lease Agreement Responsibility**: The company that took over the lease agreement was not responsible for any rent due prior to taking over the lease. Therefore, the claim remains unsatisfied.

**Factual Basis and Supporting Legal Argument:**

The factual basis and supporting legal argument for this opposing notice are based on the attached signed lease agreement and the most current extension of that lease agreement. These documents clearly outline the terms and conditions of the lease, including the responsibility for rent payments.

**Contact Information for Claimant:**

P&R Property Management
2468 Dorm Dr.
Twin Falls, ID 83301
Ray Perron
Email: Ray@mfcidaho.com
Phone: 208-404-2229

Please find the lease agreement, the most current lease extension and the tenant ledger associated with the lease agreement attached to this notice.

We respectfully request that the court acknowledges that the claim of P&R Property Management remains unsatisfied and that appropriate measures be taken to address this matter.

Sincerely,

Ray Perron
Managing Member
P&R Property Management
2468 Dorm Dr.
Twin Falls, ID 83301
Email: ray@mfcidaho.com
Phone: 208-404-2229


OCT-07-2004 THU 01:01 PM T   FALLS ENGINEERING   FAX NO. 12  362293   P. 01



P.O. Box 1907  *  321 Second Ave. E.  *  Twin Falls, ID 83303-1907  *  Fax: (208) 736-2296

October 7, 2004

RE: 560 Fairfield St. W.

ATTN: Ray @ Priority Mortgage

To whom it may concern,

The property located at 560 Fairfield St. W., Lots 9-16, Block 151, Twin Falls Original Townsite had an address change in 1995 from 304 6th Ave. W. and also a street name change in February 2004 from 560 3rd St W to 560 Fairfield St. W.

If you have questions I can be reached at 735-7252. Thank you.

Sincerely,

Val Smith
Eng. Tech

6. USE: The Tenant may use and occupy the premises as a Freight Terminal business or such other purpose subject to prior written notice to the Landlord. The Tenant shall not, however, use or occupy or permit the premises or any part thereof to be used or occupied for any unlawful business, use, or purpose, nor for any business, use or purpose deemed extra hazardous, nor for any purpose nor in any manner which is in violation of any present or future governmental law or regulation.

7. REPAIR AND MAINTENANCE:
   (a) The Tenant shall, at its own expense, make all necessary repairs or replacements to the premises as to lights, window glass, fixtures, and other appliances and appurtenances belonging thereto, and all equipment used in connection with the premises. The Tenant shall keep the premises in as good a condition as they were at the commencement of the Term of this Lease, reasonable wear and depreciation and damage by the elements excepted;
   (b) The Landlord shall be responsible and maintain the roof, HOWEVER, in the event of any leak in the roof; the same shall be promptly communicated by the Tenant to the Landlord. Landlord will repair and have in satisfactory condition urinal and floor in bathroom located on dock area. Landlord agrees to perform the following during the Term of this Lease:
   Replace exterior windows in front office area
   Repaint building exterior
   Add rain gutters to entrance areas
   (c) The Tenant will maintain the heating facility, plumbing facility, air conditioning, and electrical facility as presently installed in a good operable condition necessary for the operation of the premises; and the Landlord shall not be responsible for business interruption for the heating facility failure, plumbing facility failure, air conditioning or electrical that is beyond the control of the Landlord. Tenant will maintain the interior of the facility. This includes paint, flooring, lighting, door handles, restroom fixtures, safety equipment, fire extinguishers, and other related nonstructural items. Tenant shall maintain the lot and yard facility.

8. SURRENDER: At the expiration of the Term of the Lease, the Tenant shall surrender the leased premises in as good a condition as they were at the beginning of the Term, reasonable use, wear and damage by the elements expected.

9. ALTERATION: No alteration, addition, or improvement to the premises shall be made by the Tenant without the consent of the Landlord. The Tenant shall pay for such alterations, additions, and improvements, and shall save the Landlord harmless on account thereof and shall indemnify the Landlord against mechanic's liens or other liens arising out of the making of any alterations, additions, repairs, improvements, by the Tenant.

10. UTILITES: The Tenant shall pay all charges for light and power, telephone and other communication services, sanitation disposal, janitorial service, and other similar type utilities used, rendered or supplied on or in connection with the premises and shall indemnify the Landlord against and liability on such account.

15. SUBROGATION WAIVER: The Landlord and Tenant and all parties claiming under them mutually release and discharge each other from all claims or liabilities arising from or caused by any hazard covered by insurance on the premises, or by insurance in connection with the property on or activities conducted on the premises, regardless of the cause of the damage or loss. This release shall be valid and binding only in the event it is recognized and accepted by fire and hazard insurance companies under the policies require to be carried thereunder on the premises and such release shall be confined to physical damage to the premises and shall not in any way be construed as affecting the indemnity of personal damage elsewhere provided.

16. CONDEMNATION: If the premises, or any part thereof, is taken by eminent domain, this Lease shall expire on the date when the premises shall be so taken, and the rent shall be apportioned as of that date. No part of any award shall belong to the Tenant.

17. EXONERATION OF LANDLORD: The Landlord shall not be liable for injury or damage to person or property occurring within the premises, unless caused by or resulting from the negligence of the Landlord or any of the Landlord's agents, servants, or employees in the operation or maintenance of the premises or for any injury or damage resulting to the Tenant or his property from bursting, stoppage, or leaking of water, gas, sewer, or other such pipe, or the interruption of electrical service or other similar casualties.

18. GRAMMATICAL USAGE: In construing this Lease, plural terms shall be substituted for singular and singular for plural in any place where the context so requires.

19. ATTORNEY'S FEES. If by reason of any default on the part of the Tenant, in performance of any of the provisions of this Lease, it becomes necessary for the Landlord to employ an attorney, the Tenant agrees to pay all costs, expenses, and attorney's fees expended or incurred by the Landlord in connection therewith.

20. FIRST RIGHT OF REFUSAL: At the termination of the Term of this Lease, and any renewal Term thereof (including the additional leased premises, if any) the Tenant will be given the first option to release the premises and the first right of refusal on any offer made to rent said building by a third party. In addition, in the event Landlord desires to sell the premises herein, Tenant will be given the first option to purchase the premises and the first right of refusal on any offer made to purchase said building by a third party.

21. PARAGRAPH HEADINGS. The captions of this Lease are inserted in the paragraphs only as a matter of convenience and for reference and in no way define, limit, or in any way affect this Lease.

22. ENTIRE AGREEMENT. This Lease contains the entire agreement between the parties and no agreement shall be made to change, modify, or discharge in whole or

## TRANSFER OF LEASE

**THIS LEASE TRANSFER AGREEMENT** is made by Paul Ransom (Landlord) for **USF REDDAWAY. INC** (Tenant'') as of the date set forth below.

Tenant hereby understands that Paul Ransom has purchased the premises at 560 Fairfield Twin Falls Idaho. Tenant hereby covenants that the Lease dated FEBRUARY 15, 2001 and any extensions, renewals, replacements or modifications thereof, and all of the right, title and interest thereof for the above mentioned premises, has been transferred to Paul Ransom.

TENANT:

USF REDDAWAY, INC

By: *[signature]*

Printed Name & Title:
AUTHORIZED SIGNER, TITLE

By: _____

Printed Name & Title



Yellow Corporation
ATTN Properties
10990 Roe Avenue
Overland Park, KS 66211

October 7, 2021

Mr. Ray Perron
P & R Property Management
2468 Dorm Drive
Twin Falls, Idaho 83301

Re: Lease Agreement dated February 15, 2001 as amended and modified from time to time ("Lease"), by and between P & R Property Management ("Landlord") and USF Reddaway Inc., an Oregon corporation ("Tenant") for Premises located at 560 Fairfield Street North, Twin Falls, ID 83301 and also known as 304 6th Avenue West, Twin Falls, ID 83301

Dear Mr. Perron:

This letter shall serve as notice to Landlord that Tenant elects to exercise its second (2nd) of two (2) options to renew the term of the Lease for three (3) years in accordance with the Letter Agreement dated February 10, 2016. The renewal term shall commence March 1, 2022 and expire February 28, 2025 ("Renewal Term"). The monthly rent throughout the Renewal Term shall be as follows:

| | |
|---|---|
| March 1, 2022 to February 28, 2023 | $4,045.00 |
| March 1, 2023 to February 29, 2024 | $4,166.00 |
| March 1, 2024 to February 28, 2025 | $4,291.00 |

All other terms and conditions of the Lease shall remain unchanged and in full force and effect.

Will you please sign on the line below to indicate your acknowledgement. Should you have any questions, please contact Tommy Truluck at 913-344-3630 or tommy.truluck@myyellow.com.

Sincerely,

Jeffrey H. Coltrin
Vice President – Finance & Properties

Agreed and Accepted:

By: _____
Ray Perron, Managing Member



**My Management Company**
**1688 Kimberly Rd Suite 1**
**Twin Falls Id 83301**
**Phone: (208) 734-7700**
**Website:** www.rentmeidaho.com

| | |
|---|---|
| Statement Date | 05/31/2024 |
| Billing Period | 01/01/2023 - 05/31/2024 |
| Due Date | 11/26/2024 |
| Building | 560 Fairfield (Reddaway) |
| Unit | |
| Tenant Name | USF Reddaway |
| Balance Forward | $720.68 |

**Pat Dees** and all other Leasees
560 Fairfield
Twin Falls, ID  83301

**Total Due**    **$5,841.00**
**Amount Paid**

---

return top half with your payment
retain bottom half for your records

**Make payments payable to:**
**My Management Company**
**1688 Kimberly Rd, Suite 1**
**Twin Falls, ID  83301**
**Phone: (208) 734-7700**

| | |
|---|---|
| Tenant Name | USF Reddaway |
| Statement Date | 05/31/2024 |
| Billing Period | 01/01/2023 - 05/31/2024 |
| Due Date | 11/26/2024 |
| Building | 560 Fairfield (Reddaway) |
| Unit | |
| Move In Date | 03/01/2001 |

## Account Statement

| Balance Forward | New Charges this Period | Prepayments | Total Due |
|---|---|---|---|
| $720.68 | | | $5,841.00 |

### Transaction Detail (01/01/2023 - 05/31/2024)

| Date | Description | Ref # | Amount | Amount Paid | Balance |
|---|---|---|---|---|---|
| | | | | | $720.68 |
| 01/01/2023 | Balance Forward | | | | |
| 01/01/2023 | Rent | | $4,045.00 | $4,045.00 | $4,765.68 |
| 01/01/2023 | Payment | DD | ($4,045.00) | $0.00 | $720.68 |
| 01/01/2023 | Late Fee | | $170.00 | $170.00 | $890.68 |
| 01/31/2023 | Late Fee | | | | |
| 02/01/2023 | Rent | | $4,045.00 | $4,045.00 | $4,935.68 |
| 02/01/2023 | Payment | DD | ($4,045.00) | $0.00 | $890.68 |
| 02/28/2023 | Late Fee | | $155.00 | $155.00 | $1,045.68 |
| 03/01/2023 | Payment | DD | ($4,166.00) | $0.00 | ($3,120.32) |
| 03/01/2023 | Rent | | $4,166.00 | $4,166.00 | $1,045.68 |
| 04/01/2023 | Rent | | $4,166.00 | $4,166.00 | $5,211.68 |
| 04/05/2023 | Payment | ACH | ($4,166.00) | $0.00 | $1,045.68 |
| 04/05/2023 | Adjustment | | ($495.00) | ($495.00) | $550.68 |
| 04/11/2023 | Payment | 100170531 | ($550.68) | $0.00 | $0.00 |
| 05/01/2023 | Rent | | $4,166.00 | $4,166.00 | $4,166.00 |
| 05/01/2023 | Payment | DD | ($4,166.00) | $0.00 | $0.00 |
| 06/01/2023 | Rent | | $4,166.00 | $4,166.00 | $4,166.00 |
| 06/01/2023 | Payment | ACH | ($4,166.00) | $0.00 | $0.00 |
| 06/28/2023 | Payment | P&R | ($4,166.00) | $0.00 | ($4,166.00) |
| 07/01/2023 | Rent | | $4,166.00 | $4,166.00 | $0.00 |
| 08/01/2023 | Rent | | $4,166.00 | $4,166.00 | $4,166.00 |
| 08/31/2023 | Late Fee | | $170.00 | $170.00 | $4,336.00 |
| 09/01/2023 | Rent | | $4,166.00 | $4,166.00 | $8,502.00 |
| 09/01/2023 | Payment | DD | ($4,166.00) | $0.00 | $4,336.00 |

| Date | Type | Method | Charge | Balance Change | Balance |
|---|---|---|---|---|---|
| 09/29/2023 | Payment | dd | ($4,166.00) | $0.00 | $170.00 |
| 09/30/2023 | Late Fee | | $165.00 | $165.00 | $335.00 |
| 10/01/2023 | Rent | | $4,166.00 | $4,166.00 | $4,501.00 |
| 10/31/2023 | Late Fee | | $170.00 | $170.00 | $4,671.00 |
| 11/01/2023 | Rent | | $4,166.00 | $4,166.00 | $8,837.00 |
| 11/03/2023 | Payment | ACH | ($4,166.00) | $0.00 | $4,671.00 |
| 11/30/2023 | Late Fee | | $165.00 | $165.00 | $4,836.00 |
| 12/01/2023 | Rent | | $4,166.00 | $4,166.00 | $9,002.00 |
| 12/01/2023 | Payment | DD | ($4,166.00) | $0.00 | $4,836.00 |
| 12/29/2023 | Payment | P&R | ($4,166.00) | $0.00 | $670.00 |
| 12/31/2023 | Late Fee | | $170.00 | $170.00 | $840.00 |
| 01/01/2024 | Rent | | $4,166.00 | $4,166.00 | $5,006.00 |
| 01/31/2024 | Late Fee | | $170.00 | $170.00 | $5,176.00 |
| 02/01/2024 | Rent | | $4,166.00 | $4,166.00 | $9,342.00 |
| 02/02/2024 | Payment | DD | ($4,166.00) | $0.00 | $5,176.00 |
| 02/29/2024 | Late Fee | | $160.00 | $160.00 | $5,336.00 |
| 03/01/2024 | Rent | | $4,291.00 | $3,076.00 | $9,627.00 |
| 03/01/2024 | Payment | DD | ($4,291.00) | $0.00 | $5,336.00 |
| 03/31/2024 | Late Fee | | $170.00 | $170.00 | $5,506.00 |
| 04/01/2024 | Rent | | $4,291.00 | $4,291.00 | $9,797.00 |
| 04/03/2024 | Payment | P&R | ($4,291.00) | $0.00 | $5,506.00 |
| 04/30/2024 | Late Fee | | $165.00 | $0.00 | $5,671.00 |
| 05/01/2024 | Rent | | $4,291.00 | $4,291.00 | $9,962.00 |
| 05/02/2024 | Payment | DD | ($4,291.00) | $0.00 | $5,671.00 |
| 05/31/2024 | Late Fee | | $170.00 | $0.00 | $5,841.00 |
| 05/31/2024 | **Ending Balance** | | | | $5,841.00 |

## Message Board

**To avoid further collection efforts that may damage your credit report please make payment in full right away.** You can make payment in the following ways: 1) log on to your tenant portal and submit an electronic payment, 2) contact our office and setup an appointment to make payment in person, 3) mail your payment with the top portion of this payment to the address listed on this statement.

| No. | Lessor | Debtor | Description of Lease | Property Address | Cure Amount |
|---|---|---|---|---|---|
| 94 | MCCALLUM FAMILY LLC<br>2471 RIVERSIDE PARKWAY #A<br>GRAND JUNCTION, CO 81505 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 1547 INDEPENDENT AVENUE, UNIT 1<br>GRAND JUNCTION, CO 81505 | $ 5,419 |
| 95 | MG FISHERSVILLE I, LLC<br>PO BOX 13470<br>RICHMOND, VA 23225 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 53 EXPO ROAD<br>FISHERSVILLE, VA 22939 | $ 9,180 |
| 96 | MITCHELL NELSON<br>PO BOX 75<br>WENATCHEE, WA 98807-0075 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 5537 ENTERPRISE DRIVE<br>EAST WENATCHEE, WA 98802 | $ 6,506 |
| 97 | MOBILE AIRPORT AUTHORITY<br>1891 9TH STREET<br>MOBILE, AL 36615 | YRC Inc. | REAL PROPERTY LEASE - OFFICE | 1801 S BROAD STREET<br>MOBILE, AL 36615 | $ 2,500 |
| 98 | MOHAWK STREET PROPERTIES LLC<br>PO BOX 199118<br>SAN FRANCISCO, CA 94139 | USF Reddaway Inc. | REAL PROPERTY LEASE - OFFICE | 7720 SW MOHAWK STREET, BLDG H<br>TUALATIN, OR 97062 | $ - |
| 99 | NATMI LPF BLOOMINGTON, LP<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 18798 SLOVER AVENUE<br>BLOOMINGTON, CA 92316 | $ 348,491 |
| 100 | NATMI NATIONAL TAMPA, LLC<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 9801 PALM RIVER ROAD<br>TAMPA, FL 33619 | $ 47,019 |
| 101 | NATMI NATIONAL TRUCK TERMINALS, LLC<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | New Penn Motor Express LLC | REAL PROPERTY LEASE - TERMINAL | 28 STERLING ROAD<br>BILLERICA, MA 01821 | $ 81,948 |
| 102 | NATMI NATIONAL TRUCK TERMINALS, LLC<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 6930 CACTUS COURT<br>SAN DIEGO, CA 92154 | $ 34,311 |
| 103 | NATMI NATIONAL TRUCK TERMINALS, LLC<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 1875 INDUSTRIAL WAY<br>SPARKS, NV 89431 | $ 33,456 |
| 104 | NATMI, NATIONAL FX PROPERTIES, LLC<br>201 WEST STREET, SUITE 200<br>ANNAPOLIS, MD 21401 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 19604 84TH AVENUE SOUTH<br>KENT, WA 98032 | $ 59,680 |
| 105 | NEO PROPERTIES, LLC<br>2200 EAST CAMELBACK ROAD, SUITE 101<br>PHOENIX, AZ 85016 | Yellow Logistics, Inc. | REAL PROPERTY LEASE - WAREHOUSE | 1876 S 4130 W<br>SALT LAKE CITY, UT 84101 | $ 28,586 |
| 106 | NORTH ACRES DEVELOPMENT CO., INC.<br>601 OHIO STREET<br>TERRE HAUTE, IN 47807 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 4900 N 13TH STREET<br>TERRE HAUTE, IN 47805 | $ 2,082 |
| 107 | OPS-KC ASPIRIA, LLC<br>165 S. ROCK ISLAND AVE., SUITE 300<br>WICHITA, KS 67202 | YRC Inc. | REAL PROPERTY LEASE - OFFICE | 11500 OUTLOOK STREET, SUITE 400<br>OVERLAND PARK, KS 66211 | $ 88,413 |
| 108 | OPS-KC ASPIRIA, LLC<br>165 S. ROCK ISLAND AVE., SUITE 300<br>WICHITA, KS 67202 | YRC Inc. | REAL PROPERTY LEASE - STORAGE | 11500 OUTLOOK STREET, SUITE 400<br>OVERLAND PARK, KS 66211 | $ 1,173 |
| 109 | ORANGE BATAVIA I LLC C/O SARES REGIS GROUP<br>3501 JAMBOREE ROAD, SUITE 3000<br>NEWPORT BEACH, CA 92660 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 2200 N BATAVIA STREET<br>ORANGE, CA 92865 | $ 73,756 |
| 110 | ORCHARD INVESTMENTS<br>2620 OLD ORCHARD ROAD<br>JACKSON, MO 63755 | USF Holland LLC | REAL PROPERTY LEASE - TERMINAL | 830 HIGHWAY AA<br>MINER, MO 63801 | $ 9,764 |
| 111 | P&R PROPERTY MANAGEMENT<br>2458 DORM DRIVE<br>TWIN FALLS, ID 83301 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 304 6TH AVENUE W<br>TWIN FALLS, ID 83301 | $ 4,166 |
| 112 | PAC OPERATING LIMITED PARTNERSHIP<br>383 NORTH FRONT STREET, SUITE 1A<br>COLUMBUS, OH 43215 | Yellow Logistics, Inc. | REAL PROPERTY LEASE - WAREHOUSE | 2200 SOUTHWEST BOULEVARD<br>GROVE CITY, OH 43123 | $ 80,695 |
| 113 | PACIFIC TRANSSHIPMENT CENTERS, LLC<br>PO BOX 176<br>COOLIN, ID 83821 | USF Reddaway Inc. | REAL PROPERTY LEASE - PARKING | 606 NORTH FISKE STREET<br>SPOKANE, WA 99202 | $ |
| 114 | PETERS INVESTMENTS, LLC<br>1620 S HASTINGS WAY<br>EAU CLAIRE, WI 54701 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 8125 OLD HIGHWAY ROAD NORTH<br>ST. CLOUD, MN 56301 | $ 12,440 |
| 115 | PIFER PROPERTY HOLDINGS, LP<br>687 CLEAR BROOK DRIVE<br>KELLER, TX 76248 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 270 DUTTON AVENUE<br>SANTA ROSA, CA 95407 | $ 20,795 |
| 116 | POPULAR INVESTMENTS, LLC<br>2453 SOUTH PLAZA DRIVE<br>RAPID CITY, SD 57702 | YRC Inc. | REAL PROPERTY LEASE - TERMINAL | 900 E OMAHA STREET<br>RAPID CITY, SD 57701 | $ 3,795 |
| 117 | PPF SUDBERRY OCEAN VIEW HILLS, LP<br>PO BOX 100324<br>PASADENA, CA 91189-0329 | Yellow Logistics, Inc. | REAL PROPERTY LEASE - WAREHOUSE | 1424 CORPORATE CENTER DRIVE,<br>BUILDING F<br>SAN DIEGO, CA 92154 | $ 59,247 |
| 118 | PROLOGIS LP<br>3800 HOWARD HUGHES PARKWAY, SUITE 1250<br>LAS VEGAS, NV 89169 | USF Reddaway Inc. | REAL PROPERTY LEASE - TERMINAL | 4650 E CHEYENNE ROAD<br>LAS VEGAS, NV 89115 | $ 49,326 |

Ray Perron
P+R Property Mgt.
2468 Dorm. Dr.
Twin Falls, ID.
83301

Office of the Clerk
United States Bankruptcy Court Delaware
824 N. Market St.
Wilmington, DE 19801

Case 23-11069-CTG    Doc 5083    Filed 12/03/24    Page 12 of 12