# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | ) | Case No. 23-11069 (CTG) |
| Debtors. | ) | (Jointly Administered) |
|  | ) | **Re: Docket Nos. 5078, 5079, 5080 & 5081** |

## CERTIFICATE OF SERVICE

I, Cory D. Kandestin, hereby certify that on December 4, 2024 (via e-mail) and December 5, 2024 (via first class mail), I caused a copy of the following to be served upon the parties identified below in the manner indicated:

- *Funds' Reply in Support of its Motion* in Limine *to Exclude the Expert Report and Testimony of Robert T. Campbell* [Docket No. 5078]

- *Declaration of Erin E. Dexter in Support of the Funds' Reply in Support of its Motion* in Limine *to Exclude the Expert Report and Testimony of Robert T. Campbell* [Docket No. 5079]

- *Funds' Opposition to Debtors' Motion* in Limine *to Exclude the Expert Report and Testimony of Tammy F. Dixon* [Docket No. 5080]

- *Declaration of Erin E. Dexter in Support of the Funds' Opposition to Debtors' Motion* in Limine *to Exclude the Expert Report and Testimony of Tammy F. Dixon* [Docket No. 5081]

*/s/ Cory D. Kandestin*
Cory D. Kandestin (No. 5025)

**SERVICE LIST**

**Via E-mail**

Jane M. Leamy
Richard L. Schepacarter
Office of the U.S. Trustee
844 King St.
Suite 2207
Wilmington, DE 19801
Email:  jane.m.leamy@usdoj.gov
            richard.schepacarter@usdoj.gov

**Via E-mail and First Class Mail**

(Counsel to the Debtors)
John Christian
Kirkland & Ellis LLP
4550 Travis Street
Dallas, TX 75205
E-mail:  john.christian@kirkland.com

(Counsel to the Debtors)
Shirley Chan
David M. Lehavi
Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, IL 60654
E-mail:  shirley.chan@kirkland.com
            michael.lehavi@kirkland.com

(Counsel to the Debtors)
Michael P. Eser
Kirkland & Ellis LLP
555 California Street
27th Floor
San Francisco, CA 94104
E-mail:  michael.esser@kirkland.com

RLF1 31993328v.2