**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 5127, 5129** |

**ORDER SHORTENING NOTICE OF DEBTORS' SHORTENING NOTICE OF
DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING (A) THE ASSET
PURCHASE AGREEMENT WITH ESTES EXPRESS LINES AND (B) THE ASSET
PURCHASE AGREEMENT WITH RAMAR LAND CORPORATION; (II)
AUTHORIZING AND APPROVING THE SALE OF THE ACQUIRED ASSETS UNDER
THE ASSET PURCHASE AGREEMENTS FREE AND CLEAR OF LIENS, CLAIMS,
INTERESTS, AND ENCUMBRANCES; (III) APPROVING THE ASSUMPTION AND
ASSIGNMENT OF CERTAIN UNEXPIRED LEASES UNDER THE ESTES ASSET
PURCHASE AGREEMENT; AND (IV) GRANTING RELATED RELIEF**

Upon the motion (the "Motion to Shorten")[2] of the above-captioned debtors and

debtors in possession (collectively, the "Debtors") for entry of an order (this "Order") (i)

shortening notice of the *Debtors' Motion for Entry of an Order (I) Approving (A) the Asset

Purchase Agreement with Estes Express Lines and (B) the Asset Purchase Agreement with RAMAR

Land Corporation; (II) Authorizing and Approving the Sale of the Acquired Assets Under the Asset

Purchase Agreements Free and Clear of Liens, Claims, Interests, and Encumbrances; (III)

Approving the Assumption and Assignment of Certain Unexpired Leases Under the Estes Asset

Purchase Agreement; and (IV) Granting Related Relief* (the "Motion"), setting the hearing to

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]   Capitalized terms used but not otherwise defined herein have the meanings given to them in the Motion to Shorten.

consider the relief requested in the Motion for **December 18, 2024 at 2:00 p.m. (prevailing Eastern Time)**, setting the objection deadline to the relief requested in the Motion as **December 18, 2024 at 10:00 a.m. (prevailing Eastern Time)**, and (ii) granting related relief, all as more fully set forth in the Motion to Shorten; and upon the Motion; and upon the *Declaration of Cody Leung Kaldenberg In Support of Debtors' Motion for Entry of an Order (I) Approving (A) the Asset Purchase Agreement with Estes Express Lines and (B) the Asset Purchase Agreement with RAMAR Land Corporation; (II) Authorizing and Approving the Sale of the Acquired Assets Under the Asset Purchase Agreements Free and Clear of Liens, Claims, Interests, and Encumbrances; (III) Approving the Assumption and Assignment of Certain Unexpired Leases Under the Estes Asset Purchase Agreement; and (IV) Granting Related Relief* (the "Kaldenberg Declaration") and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and that this Court may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and this Court having found that the relief requested in the Motion to Shorten is in the best interest of the Debtors' estates, their creditors, and other parties in interest; and this Court having found that the Debtors' notice of the Motion to Shorten was appropriate and no other or further notice need be provided; and this Court having reviewed the Motion to Shorten; and this Court having determined that the legal and factual bases set forth in the Motion to Shorten establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1.       The Motion to Shorten is granted as set forth herein.

2.      The Hearing to consider entry of the Motion shall be held on **December 18, 2024 at 2:00 p.m. (prevailing Eastern Time)**.

3.      Responses or objections to the relief requested in the Motion must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules for the District of Delaware, and shall be filed with the Court no later than **December 18, 2024 at 10:00 a.m. (prevailing Eastern Time)** (the "Objection Deadline"); *provided* that any responses or objections to the Motion shall be allowed to be made at the Hearing.

4.      All time periods set forth in this Order shall be calculated in accordance with Bankruptcy Rule 9006(a).

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Shorten.

6.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**Dated: December 11th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**