**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER APPROVING THE JOINT STIPULATION
BY AND AMONG THE DEBTORS AND THE ESTES PARTIES TERMINATING
CERTAIN UNEXPIRED REAL PROPERTY LEASES PURSUANT TO
THAT CERTAIN LEASE TERMINATION AGREEMENT**

Pursuant to the *Certification of Counsel Regarding the Joint Stipulation By and Among the Debtors and the Estes Parties Terminating Certain Unexpired Real Property Leases Pursuant to that Certain Lease Termination Agreement* (the "Certification of Counsel") and the *Joint Stipulation By and Among the Debtors and the Estes Parties Terminating Certain Unexpired Real Property Leases Pursuant to that Certain Lease Termination Agreement* (the "Stipulation"); and pursuant to the *Order (I)(A) Approving Bidding Procedures for the Sale or Sales of the Debtors' Assets; (B) Scheduling Auctions and Approving the Form and Manner of Notice Thereof; (C) Approving Assumption and Assignment Procedures, (D) Scheduling Sale Hearings and Approving the Form and Manner of Notice Thereof; (II)(A) Approving the Sale of the Debtors' Assets Free and Clear of Liens, Claims, Interests and Encumbrances and (B) Approving the Assumption and Assignment of Executory Contracts and Unexpired Leases; and (III) Granting Related Relief* [Docket No. 575] (the "Bidding Procedures Order"); and the district court having

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4933-3119-9749.1 96859.001
4933-3119-9749.1 96859.001

jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that this matter is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Debtors having properly filed that certain *Lease Termination Agreement* dated as of December 6, 2024 (the "Lease Termination Agreement")[2] by and between Debtors YRC Inc., USF Reddaway Inc., and USF Holland LLC and Estes Express Lines and Commerce Road Terminals LLC (collectively, the "Estes Parties"), attached hereto as Exhibit 2; and notice of the Lease Termination Agreement and the proposed form of Order having been sufficient under the circumstances and no other or further notice needing to be provided; and this Court having reviewed the Stipulation and the Lease Termination Agreement; and this Court having determined that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein and the Debtors' entry into the Stipulation and the Lease Termination Agreement with the Estes Parties; and after due deliberation and sufficient cause appearing for the approval of the Stipulation and the Lease Termination Agreement, it is HEREBY ORDERED THAT:

1. The Stipulation is approved.

2. The Stipulation shall be effective immediately upon entry of this Order.

3. Notwithstanding Bankruptcy Rule 4001(a)(3), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

4. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order and to consummate the Stipulation.

---

[2] Capitalized terms not otherwise defined herein shall have the meanings afforded to them in the Lease Termination Agreement.

5. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order and the Stipulation.

**Dated: December 11th, 2024**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**