**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket No. 5237** |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' TWENTY-FOURTH OMNIBUS (SUBSTANTIVE) OBJECTION TO THE PROOFS OF CLAIM OF THE UNITED STATES OF AMERICA FILED ON BEHALF OF THE UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, THE UNITED STATES DEPARTMENT OF THE INTERIOR, AND THE UNITED STATES DEPARTMENT OF COMMERCE, NATIONAL OCEANIC AND ATMOSPHERIC ADMINISTRATION [CLAIM NOS. 19438 AND 19439]**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby files this joinder (the "Joinder") to join in and adopt the arguments submitted by the Debtors in the *Debtors' Twenty-Fourth Omnibus (Substantive) Objection to the Proofs of Claim of the United States of America filed on behalf of the United States Environmental Protection Agency, the United States Department of the Interior, and the United States Department of Commerce, National Oceanic and Atmospheric Administration [Claim Nos. 19438 and 19439]* [Docket No. 5237] (the "Omnibus Claims Objection"). In support of this Joinder, the Committee respectfully states as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

## **JOINDER**

1.      The Committee expressly joins, adopts and incorporates the Debtors' assertions and arguments set forth in the Omnibus Claims Objection and submits that the Environmental Claims (as defined in the Omnibus Claims Objection) should be disallowed in their entirety, or, in the alternative, reduced to reflect the Debtors' equitable apportionment.

2.      The Committee expressly reserves all rights with respect to the Omnibus Claims Objection, including the right to supplement and join in any other filings and to present further arguments at any hearing on the Omnibus Claims Objection.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: January 3, 2025<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER,**<br>    **COPLAN & ARONOFF LLP** |

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile:  (302) 442-7012
E-mail:   jhoover@beneschlaw.com
            kcapuzzi@beneschlaw.com
            jgentile@beneschlaw.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Philip C. Dublin (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Kevin Zuzolo (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: pdublin@akingump.com
         mlahaie@akingump.com
         kzuzolo@akingump.com

*Counsel to the Official Committee of Unsecured Creditors*