IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>)<br>) Case No. 23-11069 (CTG)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 5018** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH
DEBTORS' TWENTY-SECOND OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTIONS 502(B)
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

      PLEASE TAKE NOTICE that on November 21, 2024, the above-captioned debtors and debtors in possession (the "Debtors"), filed *Debtors' Twenty-Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Sections 502(b) Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Twenty-Second Objection") [Docket No. 5018] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court"). A hearing on the Twenty-Second Omnibus Objection is scheduled for January 21, 2025 at 10:00 a.m. prevailing Eastern Time.

      PLEASE TAKE FURTHER NOTICE that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers of the Honorable Craig T. Goldblatt (with all attachments)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4911-4020-6850.1 96859.001

together with a copy of the Twenty-Second Objection.  Copies of any Proof of Claim can be requested from the undersigned counsel to the Debtors.

Dated:  January 7, 2025
        Wilmington, Delaware

/s/ Peter J. Keane

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted pro hac vice) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| 919 North Market Street, 17th Floor | Telephone:  (312) 862-2000 |
| P.O. Box 8705 | Facsimile:  (312) 862-2200 |
| Wilmington, Delaware 19899-8705 | Email:  patrick.nash@kirkland.com |
| Telephone:  (302) 652-4100 | david.seligman@kirkland.com |
| Facsimile:  (302) 652-4400 | |
| Email:  ljones@pszjlaw.com | -and- |
| tcairns@pszjlaw.com | |
| pkeane@pszjlaw.com | Allyson B. Smith (admitted pro hac vice) |
| ecorma@pszjlaw.com | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:  (212) 446-4800 |
| | Facsimile:  (212) 446-4900 |
| | Email:  allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*