# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) |
| | ) Case No. 23-11069 (CTG) |
| Debtors. | ) |
| | ) (Jointly Administered) |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE AND WITHDRAW THE APPEARANCE** of Richard W. Riley, Esq., formerly of Whiteford, Taylor & Preston, LLC as counsel for Estes Express Lines.

**PLEASE TAKE FURTHER NOTICE AND ENTER THE APPEARANCE** of William F. Taylor, Jr. of Whiteford, Taylor & Preston, LLC, as Delaware counsel for Estes Express Lines.

**PLEASE TAKE FURTHER NOTICE** that Estes Express Lines will also continue to be represented by David W. Gaffey, Esq. of Whiteford, Taylor & Preston L.L.P.

---

1. A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

Dated: January 13, 2025

*/s/ William F. Taylor, Jr.*
William F. Taylor, Jr. (DE No. 2936)
**Whiteford, Taylor & Preston LLC**[2]
600 North King Street, Suite 300
Wilmington, Delaware 19801
Telephone: (302) 353-4144
Email: wtaylor@whitefordlaw.com

- and -

David W. Gaffey, Esq.
**Whiteford, Taylor & Preston LLP**
3190 Fairview Park Drive, Suite 800
Falls Church, Virginia 22042-4510
Telephone: (703) 280-9260
Email: dgaffey@whitefordlaw.com

*Attorneys for Estes Express Lines*

---

2. Whiteford operates as Whiteford, Taylor & Preston LLC in Delaware.