**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 5018, 5412** |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS
TO DEBTORS' TWENTY-SECOND OMNIBUS (SUBSTANTIVE) OBJECTION
TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 502(B),
BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby files this joinder (the "Joinder") to join in and adopt the arguments submitted by the Debtors in the (i) *Debtors' Twenty-Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 5018] (the "Omnibus Claims Objection") and (ii) *Debtors' Reply in Support of its Twenty-Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* [Docket No. 5412] (the "Reply"). In support of this Joinder, the Committee respectfully states as follows:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

## **JOINDER**

1. The Committee expressly joins, adopts and incorporates the Debtors' legal arguments set forth in the Omnibus Claims Objection and the Reply and submits that the IBT's Proofs of Claim (as defined in the Omnibus Claims Objection) should be disallowed to the extent set forth in the Omnibus Claims Objection and the Reply.

2. The Committee expressly reserves all rights with respect to the Omnibus Claims Objection, including the right to supplement and join in any other filings and to present further arguments at any hearing on the Omnibus Claims Objection.

*[Remainder of Page Intentionally Left Blank]*

| | |
|---|---|
| Dated: January 20, 2025<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER,<br>COPLAN & ARONOFF LLP** |

*/s/ John C. Gentile*
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile:  (302) 442-7012
E-mail:   jhoover@beneschlaw.com
           kcapuzzi@beneschlaw.com
           jgentile@beneschlaw.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Philip C. Dublin (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Kevin Zuzolo (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: pdublin@akingump.com
        mlahaie@akingump.com
        kzuzolo@akingump.com

*Counsel to the Official Committee of Unsecured Creditors*