Debtor's Name     Yellow Corporation          Case No.          23-11069 (CTG)

**Part 7: Questionaire Report**

**Question a. Payment of Prepetition Debts**

Yellow Corporation made certain payments on prepetition debts pursuant to various "First Day" Orders.