Debtor's Name    USD Reddaway Inc.    Case No.    23-11081 (CTG)

## Part 7: Questionaire Report

**Question a. Payment of Prepetition Debts**

USF Reddaway Inc. made certain payments on prepetition debts pursuant to various "First Day" Orders.