| | | | |
|---|---|---|---|
| Debtor's Name | YRC Inc. | Case No. | 23-11087 (CTG) |

## Part 7: Questionaire Report

**Question a. Payment of Prepetition Debts**

YRC Inc. made certain payments on prepetition debts pursuant to various "First Day" Orders.