# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JANUARY 28, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures https://www.deb.uscourts.gov/judge-craig-t-goldblatt and the Court's website https://www.deb.uscourts.gov/ecourt-appearances for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## MATTERS GOING FORWARD:

1. [Filed Under Seal] Local 705 Pension Fund's Motion for Summary Judgment [Filed: 8/23/24] (Docket No. 4184)

    Response Deadline: January 10, 2025, at 4:00 p.m. (ET).

    Responses Received:

    A. Debtors' Omnibus Opposition to the SFA MEPPS' and Non-SFA MEPPS' Motions for Partial Summary Judgment [Filed: 1/10/25] (Docket No. 5381)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

      i.    [Signed] Order Authorizing Debtors to File Under Seal Certain Portions of Debtors' Opposition to Non-SFA MEPPS' Motions for Partial Summary Judgment [Filed: 1/16/25] (Docket No. 5426)

Reply Deadline:  January 21, 2025, at 4:00 p.m. (ET).

Replies Received:

A.    Local 705 Pension Fund's Reply to Debtors' Opposition to the SFA MEPPS' and Non-SFA MEPPS' Motions for Partial Summary Judgment [Filed: 1/21/25] (Docket No. 5458)

Related Documents:

A.    [Redacted] Local 705 Pension Fund's Motion for Summary Judgment [Filed: 8/28/24] (Docket No. 4230)

B.    [Signed] Amended Order Scheduling Certain Dates and Deadlines in SFA MEPP and Non-SFA MEPP Litigation [Filed: 12/12/24] (Docket No. 5156)

C.    Memorandum of Local 705 Pension Fund Concerning Default and Present Value Issues Raised in Order Dated November 5, 2024 [Filed: 12/13/24] (Docket No. 5163)

Status:  Oral argument on this matter will go forward.

2.    Response of the Teamsters Pension Trust Fund of Philadelphia & Vicinity to Order Granting Motion for Reconsideration and Posing Further Questions [Filed: 12/13/24] (Docket No. 5162)

Response Deadline:  January 10, 2025, at 4:00 p.m. (ET).

Responses Received:

A.    Debtors' Omnibus Opposition to the SFA MEPPS' and Non-SFA MEPPS' Motions for Partial Summary Judgment [Filed: 1/10/25] (Docket No. 5381)

      i.    [Signed] Order Authorizing Debtors to File Under Seal Certain Portions of Debtors' Opposition to Non-SFA MEPPS' Motions for Partial Summary Judgment [Filed: 1/16/25] (Docket No. 5426)

Reply Deadline:  January 21, 2025, at 4:00 p.m. (ET).

Replies Received:

A.    Reply of the Teamsters Pension Trust Fund of Philadelphia & Vicinity in Support of Motion for Summary Judgment [Filed: 1/21/25] (Docket No. 5456)

<u>Related Documents</u>:

A.     [Signed] Amended Order Scheduling Certain Dates and Deadlines in SFA MEPP and Non-SFA MEPP Litigation [Filed: 12/12/24] ([Docket No. 5156](#))

<u>Status</u>: Oral argument on this matter will go forward.

3. Multiemployer Pension Plans' Supplemental Summary Judgment Memorandum [Filed: 12/13/24] ([Docket No. 5165](#))

   <u>Response Deadline</u>: January 10, 2025, at 4:00 p.m. (ET).

   <u>Responses Received</u>:

   A.     Debtors' Omnibus Opposition to the SFA MEPPS' and Non-SFA MEPPS' Motions for Partial Summary Judgment [Filed: 1/10/25] ([Docket No. 5381](#))

        i.     [Signed] Order Authorizing Debtors to File Under Seal Certain Portions of Debtors' Opposition to Non-SFA MEPPS' Motions for Partial Summary Judgment [Filed: 1/16/25] ([Docket No. 5426](#))

   <u>Reply Deadline</u>: January 21, 2025, at 4:00 p.m. (ET).

   <u>Replies Received</u>:

   A.     Seven SFA Multiemployer Pension Plans' Reply in Support of Their Supplemental Summary Judgment Memorandum [Filed: 1/21/25] ([Docket No. 5459](#))

   <u>Related Documents</u>:

   A.     [Signed] Amended Order Scheduling Certain Dates and Deadlines in SFA MEPP and Non-SFA MEPP Litigation [Filed: 12/12/24] ([Docket No. 5156](#))

   <u>Status</u>: Oral argument on this matter will go forward.

4. Central States Pension Fund's Motion for Summary Judgment on Its Withdrawal Liability and Contribution Guarantee Claims [Filed: 12/13/24] ([Docket No. 5166](#))

   <u>Response Deadline</u>: January 10, 2025, at 4:00 p.m. (ET).

   <u>Responses Received</u>:

   A.     Debtors' Omnibus Opposition to the SFA MEPPS' and Non-SFA MEPPS' Motions for Partial Summary Judgment [Filed: 1/10/25] ([Docket No. 5381](#))

      i.      [Signed] Order Authorizing Debtors to File Under Seal Certain Portions of Debtors' Opposition to Non-SFA MEPPS' Motions for Partial Summary Judgment [Filed: 1/16/25] ([Docket No. 5426](#))

Reply Deadline:  January 21, 2025, at 4:00 p.m. (ET).

Replies Received:

A.    Central States Pension Fund's Reply in Support of Its Motion for Summary Judgment on Its Withdrawal Liability and Contribution Guarantee Claims [Filed: 1/21/25] ([Docket No. 5460](#))

Related Documents:

A.    [Signed] Amended Order Scheduling Certain Dates and Deadlines in SFA MEPP and Non-SFA MEPP Litigation [Filed: 12/12/24] ([Docket No. 5156](#))

B.    Central States Pension Fund's Brief in Support of Its Motion for Summary Judgment on Its Withdrawal Liability and Contribution Guarantee Claims [Filed: 12/13/24] ([Docket No. 5169](#))

Status:  Oral argument on this matter will go forward.

5.    The Funds' Motion for Partial Summary Judgment [Filed: 12/13/24] ([Docket No. 5175](#))

Response Deadline:  January 10, 2025, at 4:00 p.m. (ET).

Responses Received:

A.    Debtors' Omnibus Opposition to the SFA MEPPS' and Non-SFA MEPPS' Motions for Partial Summary Judgment [Filed: 1/10/25] ([Docket No. 5381](#))

      i.      [Signed] Order Authorizing Debtors to File Under Seal Certain Portions of Debtors' Opposition to Non-SFA MEPPS' Motions for Partial Summary Judgment [Filed: 1/16/25] ([Docket No. 5426](#))

Reply Deadline:  January 21, 2025, at 4:00 p.m. (ET).

Replies Received:

A.    The Funds' Reply in Support of Its Motion for Partial Summary Judgement [Filed: 1/21/25] ([Docket No. 5461](#))

Related Documents:

A.    [Signed] Amended Order Scheduling Certain Dates and Deadlines in SFA MEPP and Non-SFA MEPP Litigation [Filed: 12/12/24] ([Docket No. 5156](#))

Status:  Oral argument on this matter will go forward.

6.  [Filed Under Seal] Debtors' Motion for Summary Judgment [Filed: 12/14/24] (Docket No. 5181)

    <u>Response Deadline</u>:  January 10, 2025, at 4:00 p.m. (ET).

    <u>Responses Received</u>:

    A.  Joinder of MFN Partners, LP and Mobile Street Holdings, LLC to the Debtors' Motion for Partial Summary Judgment on SFA MEPPS' and Non-SFA MEPPS' Claims [Filed: 12/14/24] ([Docket No. 5182](#))

    B.  Opposition of the Teamsters Pension Trust Fund of Philadelphia and Vicinity to Debtors' Motion for Partial Summary Judgment on SFA MEPPS' and NON-SFA MEPPS' Claims [Filed: 1/10/25] ([Docket No. 5370](#))

    C.  [Filed Under Seal] Local 705 Pension Fund's Response to Debtors' Motion for Partial Summary Judgment on SFA MEPPS' and Non-SFA MEPPS' Claims [Filed: 1/10/25] (Docket No. 5375)

    D.  Central States Pension Fund's Response in Opposition to Debtors' Motion for Partial Summary Judgment [Filed: 1/10/25] ([Docket No. 5376](#))

    E.  Seven SFA Multiemployer Pension Plans' Opposition to Debtors' Motion for Partial Summary Judgment on SFA MEPPS' and Non-SFA MEPPS' Claims [Filed: 1/10/25] ([Docket No. 5377](#))

    F.  The Funds' Response in Opposition to Debtors' Motion for Partial Summary Judgment [Filed: 1/10/25] ([Docket No. 5378](#))

    G.  [Redacted] Local 705 Pension Fund's Response to Debtors' Motion for Partial Summary Judgment on SFA MEPPS' and Non-SFA MEPPS' Claims [Filed: 1/15/25] ([Docket No. 5418](#))

    <u>Reply Deadline</u>:  January 21, 2025, at 4:00 p.m. (ET).

    <u>Replies Received</u>:

    A.  Debtors' Omnibus Reply in Support of Their Motion for Partial Summary Judgment on SFA MEPPS' and NON-SFA MEPPS' Claims [Filed: 1/21/25] ([Docket No. 5482](#))

        i.  Supplemental Declaration of Shirley Chan in Support of Debtors' Omnibus Reply in Support of Their Motion for Partial Summary Judgment on SFA MEPPS' and NON-SFA MEPPS' Claims [Filed: 1/21/25] ([Docket No. 5486](#))

B.      Joinder of MFN Partners, LP and Mobile Street Holdings, LLC to the Debtors' Reply in Support of the Motion for Partial Summary Judgment on SFA MEPPS' and NON-SFA MEPPS' Claims [Filed: 1/21/25] ([Docket No. 5492](#))

Related Documents:

A.      Debtors' Objection to the Proofs of Claim Filed by the Central States Pension Fund [Filed: 12/8/23] ([Docket No. 1322](#))

B.      Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability [Filed: 1/26/24] ([Docket No. 1962](#))

C.      Exhibits 1 Through 5 to Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability [Filed: 1/26/24] ([Docket No. 1963](#))

D.      Exhibits 6 Through 9 to Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability [Filed: 1/26/24] ([Docket No. 1964](#))

E.      Debtors' Seventh Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability [Filed: 3/13/24] ([Docket No. 2595](#))

F.      [Signed] Amended Order Scheduling Certain Dates and Deadlines in SFA MEPP and Non-SFA MEPP Litigation [Filed: 12/12/24] ([Docket No. 5156](#))

G.      Debtors' Motion for Partial Summary Judgment on SFA MEPPS' and Non-SFA MEPPS' Claims [Filed: 12/18/24] ([Docket No. 5217](#))

      i.      [Signed] Order Authorizing Debtors to File Under Seal Certain Portions of Debtors' Motion for Partial Summary Judgment on SFA MEPPS' and Non-SFA MEPPS' Claims [Filed: 1/7/25] ([Docket No. 5348](#))

Status:  Oral argument on this matter will go forward.

Dated: January 24, 2025
       Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted pro hac vice) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |
| P.O. Box 8705 | Telephone: (312) 862-2000 |
| Wilmington, Delaware 19899-8705 | Facsimile: (312) 862-2200 |
| Telephone: (302) 652-4100 | Email: patrick.nash@kirkland.com |
| Facsimile: (302) 652-4400 |       david.seligman@kirkland.com |
| Email: ljones@pszjlaw.com | |
|      tcairns@pszjlaw.com | -and- |
|      pkeane@pszjlaw.com | |
|      ecorma@pszjlaw.com | Allyson B. Smith (admitted pro hac vice) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*