## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| Yellow Corporation, *et al.,* | ) ) | Case No. 23-11069 (CTG) |
|  | ) | (Jointly Administered) |
| Debtors. | ) ) | Related Docket No. 5429 |

### CERTIFICATE OF NO OBJECTION

The undersigned hereby certifies that as of the date hereof, she has received no answer, objection or other responsive pleading to the ***Motion Of The International Brotherhood Of Teamsters, Teamsters National Freight Industry Negotiating Committee, And International Association Of Machinists And Aerospace Workers For Entry Of An Order Authorizing Unions To File Under Seal And Redact Unions' Opposition To The Debtors' Motions In Limine*** [Docket No. 5429], filed on January 16, 2025 ("Motion"). The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Motion, objections were to be filed and served no later than January 23, 2025 at 4:00 p.m.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

LAW OFFICE OF SUSAN E. KAUFMAN, LLC

*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420 / (302) 792-7420 Fax
skaufman@skaufmanlaw.com

Dated: January 24, 2025              *Counsel for IBT, TNFINC and IAM*