## EXHIBIT A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: <br><br> YELLOW CORPORATION, *et al.*,[1] <br><br> Debtors. | Chapter 11 <br><br> Case No. 23-11069 (CTG) <br><br> (Jointly Administered) <br><br> **Re: Docket No. ___** |

**ORDER GRANTING MOTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS FOR ENTRY OF AN ORDER TERMINATING THE DEBTORS' EXCLUSIVE PERIOD TO SOLICIT ACCEPTANCES OF A PLAN OR, IN THE ALTERNATIVE, CONVERTING THE CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

Upon consideration of the *Motion of the Official Committee of Unsecured Creditors for Entry of an Order Terminating the Debtors' Exclusive Period to Solicit Acceptances of a Plan or, in the Alternative, Converting the Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code*, dated January 28, 2025 (the "Motion"), filed by the Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors" and such cases, these "Chapter 11 Cases"); and this Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334; and consideration of the Motion, the relief requested therein and the responses thereto being core proceedings in accordance with 28 U.S.C. § 157(b); and the appearance of all interested parties and all responses and objections, if any, to the Motion having been duly noted in the record of the hearing on the Motion; and upon the record of the hearing,

---

[1] A complete list of each of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in the Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

and all other pleadings and proceedings in the Chapter 11 Cases, including the Motion; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates; and it further appearing that the relief requested in the Motion is based upon good and sufficient business reasons; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth herein.

2. The Debtors' exclusive period to solicit votes on a chapter 11 plan is hereby terminated pursuant to Bankruptcy Code section 1121.

3. Any party in interest is authorized to file and solicit votes on a chapter 11 plan and disclosure statement in accordance with the requirements of the Federal Rules of Bankruptcy Procedure and the Bankruptcy Code.

4. Notwithstanding any other Federal Rules of Bankruptcy Procedure or any other applicable rule or guideline, the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5. To the extent this Order is inconsistent with any prior order or pleading with respect to the Motion in these cases, the terms of this Order shall govern.

6. The Court shall retain exclusive jurisdiction to hear and determine all matters arising from, or related to, the implementation, enforcement or interpretation of this Order.