IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket Nos. 4974, 4975 |

**NOTICE OF FILING OF RECOMMENDATION LETTER OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS WITH RESPECT TO THE SECOND AMENDED JOINT CHAPTER 11 PLAN OF YELLOW CORPORATION AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on November 20, 2024, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4974] (the "Plan") and related *Second Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 4975] (the "Disclosure Statement").[2]

**PLEASE TAKE FURTHER NOTICE** that on November 22, 2024, the Bankruptcy Court for the District of Delaware entered the *Order Approving (I) The Adequacy of the Disclosure Statement, (II) The Solicitation and Voting Procedures, (III) The Form of Ballot and Notices in Connection Therewith, and (IV) Certain Dates With Respect Thereto* [Docket No. 5024], which, among other things, approved a letter from the Official Committee of Unsecured Creditors (the

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to such terms in the Plan or Disclosure Statement, as applicable.

"Committee" and such letter, the "Initial Committee Letter") to general unsecured creditors by which the Committee provided its views regarding the Plan as of such date and made clear that the Committee would provide a recommendation regarding whether unsecured creditors should vote to accept the Plan before the Voting Deadline.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Initial Committee Letter, attached hereto as **Exhibit A** is a letter from the Committee (the "Committee Recommendation Letter") providing its recommendation that unsecured creditors should vote to reject the Plan and not opt in to the third party releases under the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Committee Recommendation Letter is being served on all unsecured creditors entitled to vote on the Plan.

**PLEASE TAKE FURTHER NOTICE** that the Committee reserves all rights with respect to the Committee Recommendation Letter.

*[Remainder of Page Intentionally Left Blank]*

Dated: January 28, 2025  
       Wilmington, Delaware

**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**

*/s/ Jennifer R. Hoover*
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail:  jhoover@beneschlaw.com
          kcapuzzi@beneschlaw.com
          jgentile@beneschlaw.com

- and -

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Philip C. Dublin (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Kevin Zuzolo (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: pdublin@akingump.com
       mlahaie@akingump.com
       kzuzolo@akingump.com

*Counsel to the Official Committee of Unsecured Creditors*