IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| In re:<br><br>YELLOW CORPORATION, *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
|---|---|

## NOTICE OF WITHDRAWAL OF CLAIMS FILED BY S.P. RICHARDS COMPANY

    I, the undersigned, am an authorized signatory for S.P. Richards Company. I hereby withdraw the following claims and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above-referenced Debtors:

| Claim No. | Debtor Entity | Case No. | Amount of Claim |
|---|---|---|---|
| 11674 | Yellow Corporation | 23-11069 | $4,738.07 |
| 17170 | New Penn Motor Express LLC | 23-11072 | $76,834.96 |
| 17180 | USF Holland LLC | 23-11079 | $5,975.02 |
| 17194 | USF Reddaway Inc. | 23-11081 | $23,809.21 |
| 3166 | Yellow Freight Corporation | 23-11082 | $145.32 |
| 3167 | Yellow Freight Corporation | 23-11082 | $42.82 |
| 3168 | Yellow Freight Corporation | 23-11082 | $43.62 |
| 3169 | Yellow Freight Corporation | 23-11082 | $244.80 |
| 3170 | Yellow Freight Corporation | 23-11082 | $133.02 |
| 3171 | Yellow Freight Corporation | 23-11082 | $60.72 |
| 3172 | Yellow Freight Corporation | 23-11082 | $330.17 |
| 3173 | Yellow Freight Corporation | 23-11082 | $782.49 |
| 3174 | Yellow Freight Corporation | 23-11082 | $52.82 |
| 3175 | Yellow Freight Corporation | 23-11082 | $355.54 |
| 3176 | Yellow Freight Corporation | 23-11082 | $649.25 |
| 3177 | Yellow Freight Corporation | 23-11082 | $575.29 |
| 17187 | YRC Inc. | 23-11087 | $303,586.08 |

Dated: January 28, 2025

By: _____
David Metry
National Logistics Manager
S.P. Richards Company
4300 Wildwood Parkway, Suite 300
Atlanta, GA  30339
Telephone: (770) 779-4333
E-mail: david.metry@sprich.com