OFFICE OF THE CLERK

**PATRICIA S. DODSZUWEIT**

**CLERK**



UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA  19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995

January 28, 2025

Shirley Chan
Kirkland & Ellis
333 W Wolf Point Plaza
Chicago, IL 60654

Edward Corma
Pachulski Stang Ziehl & Jones
919 N Market Street
P.O. Box 8705, 17th Floor
Wilmington, DE 19801

L. Katherine Good
Potter Anderson & Corroon
1313 N Market Street
6th Floor
Wilmington, DE 19801

William A. Hazeltine
Sullivan Hazeltine Allinson
919 N Market Street
Suite 420
Wilmington, DE 19801

George W. Hicks Jr.
Kirkland & Ellis
1301 Pennsylvania Avenue NW
Washington, DC 20004

Laura D. Jones
Pachulski Stang Ziehl & Jones
919 N Market Street
P.O. Box 8705, 17th Floor
Wilmington, DE 19801

Peter J. Keane

Pachulski Stang Ziehl & Jones
919 N Market Street
P.O. Box 8705, 17th Floor
Wilmington, DE 19801

Maria Kotsiras
Potter Anderson & Corroon
1313 N Market Street
6th Floor
Wilmington, DE 19801

Patrick J. Nash
Kirkland & Ellis
333 W Wolf Point Plaza
Chicago, IL 60654

David Seligman
Kirkland & Ellis
333 W Wolf Point Plaza
Chicago, IL 60654

Derek Shaffer
Quinn Emanuel Urquhart & Sullivan
1300 I Street NW
Suite 900
Washington, DC 20005

Rebecca L. Stark
Pension Benefit Guaranty Corporation
Office of Chief Counsel
445 12th Street SW
Washington, DC 20024

William D. Sullivan
Sullivan Hazeltine Allinson
919 N Market Street
Suite 420
Wilmington, DE 19801

Stephanie Thomas
Pension Benefit Guaranty Corporation
Office of Chief Counsel
445 12th Street SW
Washington, DC 20024

Andrew P. Walker

Pension Benefit Guaranty Corporation
Office of Chief Counsel
445 12th Street SW
Washington, DC 20024

Eric D. Winston
Quinn Emanuel Urquhart & Sullivan
865 S Figueroa Street
10th Floor
Los Angeles, CA 90017

RE: In re: Yellow Corp, et al
Case Number: 25-8004
District Court Case Number: 1:24-mc-00619
District Court Case Number: 23-bk-11069

**PACER account holders are required to promptly inform the PACER Service Center of any contact information changes. In order to not delay providing notice to attorneys or pro se public filers, your information, including address, phone number and/or email address, may have been updated in the Third Circuit database. Changes at the local level will not be reflected at PACER. Public filers are encouraged to review their information on file with PACER and update if necessary.**

To All Parties:

The Clerk has received a petition for leave to appeal filed by **MFN Partners LP, Mobile Street Holdings LLC, Yellow Corporation**, docketed at **No. 25-8004**. All inquiries should be directed to your Case Manager in writing or by calling the Clerk's Office at 215-597-2995. This Court's rules, forms, and case information are available on our website at http://www.ca3.uscourts.gov.

**Counsel for Petitioner**
As counsel for Petitioner(s), you must file:
1. Application for Admission (if applicable);
2. Appearance Form; and,
3. Disclosure Statement (except governmental entities), if not included in petition.
These forms must be filed within **fourteen (14) days of the date of this letter**.

Should the Court grant the petition for leave to appeal, additional forms and the appellate portion of the filing and docketing fee will be required.

Any response in opposition must be filed **within ten (10) days** of the date of this letter. **All responses must be accompanied by an Appearance Form and Disclosure Statement.** The petition and any response(s) will be forwarded to the Court for disposition. The parties will be

advised when an order is entered by the Court.

Parties who do not intend to participate in the petition must notify the Court in writing.

Very Truly Yours,

s/ Patricia S. Dodszuweit
Clerk

By: s/ James King
Case Manager
Direct Dial: 267-299-4958

cc:
Craig T. Goldblatt
HonorableJennifer L. Hall
Ms.Una M. O'Boyle