IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*, | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |

## ORDER SCHEDULING OMNIBUS HEARING DATES

IT IS HEREBY ORDERED that the following omnibus hearing dates have been scheduled in the above-captioned matter:

| **DATE** | **TIME** |
|---|---|
| March 12, 2025 | 10:00 a.m. prevailing Eastern Time (Omnibus Hearing) |
| April 7, 2025 | 10:00 a.m. prevailing Eastern Time (Omnibus Hearing) |

**Dated: January 29th, 2025**
**Wilmington, Delaware**

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

DOCS_DE:244586.1 96857/001
DE:4885-9816-3601.9 96859.001