# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Ref. Docket No. 5553** |

## CERTIFICATE OF SERVICE

I, TIFFANY TAVERAS, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On January 27, 2025, I caused to be served the "Notice of Filing of Eighth Amended List of Ordinary Course Professionals," dated January 27, 2025 [Docket No. 5553], by causing true and correct copies to be delivered via electronic mail to those parties listed on the annexed Exhibit A.

*/s/ Tiffany Taveras*
Tiffany Taveras

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**EXHIBIT A**

YELLOW CORPORATION, *et al*. - Case No. 23-11069 (CTG)
OCP Notice Email Service List

| NAME | EMAIL |
| --- | --- |
| YELLOW CORPORATION | legal@myyellow.com |
| KIRKLAND & ELLIS LLP | rob.jacobson@kirkland.com; allyson.smith@kirkland.com |
| PACHULSKI STANG ZIEHL & JONES LLP | ljones@pszjlaw.com; tcairns@pszjlaw.com; pkeane@pszjlaw.com; ecorma@pszjlaw.com |
| OFFICE OF THE US TRUSTEE - DISTRICT OF DELAWARE | jane.m.leamy@usdoj.gov; richard.schepacarter@usdoj.gov |
| AKIN GUMP STRAUSS HAUER & FELD LLP | pdublin@akingump.com; mlahaie@akingump.com; kzuzolo@akingump.com |
| BENESCH FRIEDLANDER COPLAN & ARONOFF LLP | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com |
| QUINN EMMANUEL URQUHART & SULLIVAN | ericwinston@quinnemanuel.com; susheelkirpalani@quinnemanuel.com |
| ROPES & GRAY LLP | luke.smith@ropesgray.com; natasha.hwangpo@ropesgray.com |
| HOLLAND & KNIGHT LLP | joshua.spencer@hklaw.com; phillip.nelson@hklaw.com |
| WHITE & CASE LLP | sgreissman@whitecase.com; efeld@whitecase.com; azatz@whitecase.com |
| CHOATE HALL & STEWART LLP | ksimard@choate.com; hfoushee@choate.com |
| HOGAN LOVELLS US LLP | ronald.silverman@hoganlovells.com; chris.bryant@hoganlovells.com |
| ARNOLD PORTER KAYE SCHOLER LLP | michael.messersmith@arnoldporter.com; benjamin.mintz@arnoldporter.com; rosa.evergreen@arnoldporter.com |
| US DEPARTMENT OF JUSTICE | i-heng.hsu@usdoj.gov; crystal.geise@usdoj.gov |