# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: Docket No. 5694** |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON FEBRUARY 24, 2025 AT 10:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

> **THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

**CONTINUED MATTER:**

1. Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as Administrative Expense [Filed: 12/9/24] ([Docket No. 5096](#))

    Response Deadline: December 23, 2024, at 4:00 p.m. (ET)

    Responses Received:

    A. Debtors' Objection to Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as Administrative Expense [Filed: 12/23/24] ([Docket No. 5269](#))

    Reply Deadline: January 15, 2025, at 4:00 p.m. (ET)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] **Amended items are in bold.**

Replies Received:

A.     Reply of the Pension Benefit Guaranty Corporation in Support of Motion for Allowance and Payment of Premiums as Administrative Expense [Filed: 1/15/25] (Docket No. 5410)

Related Documents:

A.     [Proposed] Order Granting Motion of Omni Logistics, LLC for Allowance and Payment of Expense of Administration [Filed: 12/9/24] (Docket No. 5096, Exhibit A)

Status:  This matter is continued to March 17, 2025, at 2:00 p.m. (ET).

## MATTERS FOR WHICH A CNO HAS BEEN FILED:

2.     Motion of the International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee, and International Association of Machinists and Aerospace Workers for Entry of an Order Authorizing Unions to File Under Seal and Redact Unions' Post-Trial Brief [Filed: 2/4/25] (Docket No. 5610)

   Response Deadline:  February 17, 2025, at 4:00 p.m. (ET)

   Responses Received:  None as of the date of this Notice of Agenda.

   Related Documents:

   A.     [Proposed] Order [Filed: 2/4/25] (Docket No. 5610, Exhibit A)

   B.     [Filed Under Seal] Brief Unions' Post-Trial WARN Brief Filed by International Association of Machinists and Aerospace Workers, its affiliated Local Unions and their members, International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee [Filed: 1/31/25] (Docket No. 5592)

   C.     [Redacted] International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee, and International Association of Machinists' Post Trial Brief [Filed: 2/4/25] (Docket No. 5612)

   D.     Certification of No Objection [Filed: 2/19/25] (Docket No. 5690)

   E.     **[Signed] Order Granting Motion of the International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee, And International Association of Machinists and Aerospace Workers for Entry of An Order Authorizing Unions to File Under Seal and Redact Unions Post-Trial Brief [Filed: 2/20/25] (Docket No: 5698)**

   Status:  **An order has been entered on this matter. No hearing is necessary.**

3.     Motion of the International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee to Withdraw Third-Party Beneficiary Claim Pursuant to Bankruptcy Rule 3006 [Filed: 2/17/25] ([Docket No. 5611](#))

       Response Deadline:  February 17, 2025, at 4:00 p.m. (ET)

       Responses Received: None as of the date of this Notice of Agenda.

       Related Documents:

         A.    [Proposed] Order [Filed: 2/17/25] ([Docket No. 5611, Exhibit A](#))

         B.    Certification of No Objection [Filed: 2/19/25] ([Docket No. 5691](#))

         C.    **[Signed] Order Granting Motion of The International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee to Withdraw Third-Party Beneficiary Claim Pursuant to Bankruptcy Rule 3006 [Filed: 2/20/25] ([Docket No. 5699](#))**

       Status:  **An order has been entered on this matter. No hearing is necessary.**

**MATTERS GOING FORWARD:**

4.     Debtors' Motion for Entry of an Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Leased Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, in Each Case as Applicable Pursuant to the Applicable Asset Purchase Agreement; and (IV) Granting Related Relief [Filed: 2/11/25] ([Docket No. 5661](#))

       Response Deadline:  February 21, 2025, at 4:00 p.m. (ET).

       Responses Received:  None as of the date of this Notice of Agenda.

       Related Documents:

         A.    [Proposed] Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Leased Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, in Each Case as Applicable Pursuant to the Applicable Asset Purchase Agreement; and (IV) Granting Related Relief [Filed: 2/11/25] ([Docket No. 5661, Exhibit A](#))

         B.    Declaration of Jon Cremeans in Support of Entry of an Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of

Certain Leased Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, in Each Case as Applicable Pursuant to the Applicable Asset Purchase Agreement; and (IV) Granting Related Relief [Filed: 2/11/25] (Docket No. 5662)

C. Motion of Debtors for Entry of an Order Shortening Notice Of Debtors' Motion for Entry of an Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Leased Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, in Each Case as Applicable Pursuant to the Applicable Asset Purchase Agreement; and (IV) Granting Related Relief [Filed: 2/11/25] (Docket No. 5663)

  (i) [Signed] Order Shortening Notice Of Debtors' Motion for Entry of an Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Leased Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, in Each Case as Applicable Pursuant to the Applicable Asset Purchase Agreement; and (IV) Granting Related Relief [Filed: 2/12/25] (Docket No. 5664)

D. Notice of Hearing on Debtors' Motion for Entry of an Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Leased Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, in Each Case as Applicable Pursuant to the Applicable Asset Purchase Agreement; and (IV) Granting Related Relief [Filed: 2/12/25] (Docket No. 5666)

E. **[Signed] Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Leased Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Executory Contracts and Unexpired Leases in Connection Therewith, in Each Case As Applicable Pursuant to the Applicable Asset Purchase Agreement; and (IV) Granting Related Relief [Filed: 2/21/25] (Docket No. 5742)**

Status:  **The Court has entered an order on this matter. The Court has advised that the hearing is canceled.**

Dated: February 22, 2025
         Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted pro hac vice) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| 919 North Market Street, 17th Floor | Telephone:  (312) 862-2000 |
| P.O. Box 8705 | Facsimile:  (312) 862-2200 |
| Wilmington, Delaware 19899-8705 | Email:  patrick.nash@kirkland.com |
| Telephone:  (302) 652-4100 | david.seligman@kirkland.com |
| Facsimile:  (302) 652-4400 | |
| Email:  ljones@pszjlaw.com | -and- |
|          tcairns@pszjlaw.com | |
|          pkeane@pszjlaw.com | Allyson B. Smith (admitted pro hac vice) |
|          ecorma@pszjlaw.com | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:  (212) 446-4800 |
| | Facsimile:  (212) 446-4900 |
| | Email:  allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*