## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

### THIRD NOTICE OF ADJOURNMENT OF HEARING TO CONSIDER CONFIRMATION OF THE DEBTORS' SECOND AMENDED JOINT CHAPTER 11 PLAN AND RELATED VOTING AND OBJECTION DEADLINES

**PLEASE TAKE NOTICE** that, on November 22, 2024, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order [Docket No. 5024] (the "Disclosure Statement Order") (a) authorizing Yellow Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors") to solicit votes on the *Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 5028] (as may be altered, amended, modified, or supplemented from time to time, the "Plan");[2] (b) approving the *Second Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 5027] (as may be amended, supplemented, or modified from time to time, the "Disclosure Statement") as containing "adequate information" pursuant to section 1125 of the Bankruptcy Code; (c) approving the solicitation materials and documents to be included in the solicitation packages (the "Solicitation Packages"); and (d) approving procedures for soliciting, receiving, and tabulating votes on the Plan.

**PLEASE TAKE FURTHER NOTICE** that, on November 22, 2024, the Debtors filed and served the *Notice of Hearing to Consider Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines* [Docket No. 5029] noticing that the Bankruptcy Court would consider Confirmation of the Plan at a hearing  (the "Confirmation Hearing") scheduled  for February 4, 2025, at 2:00 p.m., prevailing Eastern Time, before the Honorable Craig T. Goldblatt, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market St., Third Floor, Wilmington, DE 19801.

**PLEASE TAKE FURTHER NOTICE** that, on January 10, 2025, the Debtors, in consultation with the Committee, filed and served the *Notice of Adjournment of Hearing to Consider Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan and Related*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' Claims and Noticing Agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is:  11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan, Disclosure Statement, or Disclosure Statement Order, as applicable.

*Voting and Objection Deadlines* [Docket No. 5379] (the "<u>First Adjourned Confirmation Hearing Notice</u>") providing notice that the Confirmation Hearing would be adjourned to February 24, 2025 at 10:30 a.m., prevailing Eastern Time, and amending certain other dates and deadlines related to confirmation and solicitation.

**PLEASE TAKE FURTHER NOTICE** that, on February 7, 2025, the Debtors, in consultation with the Committee, filed and served the *Second Notice of Adjournment of Hearing to Consider Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines* [Docket No. 5644] (the "<u>Second Adjourned Confirmation Hearing Notice</u>") providing notice that the Confirmation Hearing would be adjourned to March 17, 2025 at 2:00 p.m., prevailing Eastern Time, and amending certain other dates and deadlines related to confirmation and solicitation.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Committee, have further amended the Voting, Opt-In, and Plan Objection Deadlines to **March 10, 2025, at 4:00 p.m., prevailing Eastern Time**.

**PLEASE TAKE FURTHER NOTICE** that the Debtors, in consultation with the Committee, have further amended the Voting Report Deadline to **March 12, 2025.**

**PLEASE TAKE FURTHER NOTICE** that the dates and deadlines set forth below shall supersede the dates and deadlines set forth in the Second Adjourned Confirmation Hearing Notice and be incorporated by reference into the Disclosure Statement Order and Solicitation Packages as if fully set forth therein.  The Committee supports the confirmation and solicitation timeline set forth below.

| Event | Date | Description |
|---|---|---|
| Voting Deadline, Opt-In Deadline | March 10, 2025, at 4:00 p.m., prevailing Eastern Time | The deadline by which all Ballots and Opt-In Forms must be properly executed, completed, and submitted so that they are ***actually received*** by Epiq Corporate Restructuring, LLC. |
| Plan Objection Deadline | March 10, 2025, at 4:00 p.m., prevailing Eastern Time | The deadline by which parties in interest may file objections to confirmation of the Plan. |
| Deadline to File Voting Report | March 12, 2025 | The date by which the report tabulating the voting on the Plan shall be filed with the Bankruptcy Court. |
| Confirmation Brief and Reply Deadline | March 12, 2025 | The deadline by which the Debtors shall file their brief in support of confirmation of the Plan and reply to objections to confirmation of the Plan. |

| Confirmation Hearing Date | March 17, 2025, at 2:00 p.m., prevailing Eastern Time | The date of the Confirmation Hearing. |
|---|---|---|

**PLEASE TAKE FURTHER NOTICE** that the Confirmation Hearing and related dates and deadlines may be continued from time to time by the Bankruptcy Court or the Debtors, in consultation with the Committee, without further notice other than by such adjournment being announced in open court or by a notice of adjournment filed with the Bankruptcy Court and served on all parties entitled to notice.

**PLEASE TAKE FURTHER NOTICE** that copies of the Plan, the Disclosure Statement, the Disclosure Statement Order, and all other documents filed in these Chapter 11 Cases are available free of charge by visiting the Debtors' restructuring website at https://dm.epiq11.com/YellowCorporation. You may also obtain copies of any pleadings by visiting the Court's website at https://ecf.deb.uscourts.gov in accordance with the procedures and fees set forth therein.

*[Remainder of page intentionally left blank]*

Dated:  February 28, 2025
Wilmington, Delaware

*/s/ Laura Davis Jones*
_____

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |
| P.O. Box 8705 | Telephone:      (312) 862-2000 |
| Wilmington, Delaware 19801 | Facsimile:      (312) 862-2200 |
| Telephone:      (302) 652-4100 | Email:           patrick.nash@kirkland.com |
| Facsimile:      (302) 652-4400 |                     david.seligman@kirkland.com |
| Email:           ljones@pszjlaw.com | |
|                     tcairns@pszjlaw.com | |
|                     pkeane@pszjlaw.com | -and- |
|                     ecorma@pszjlaw.com | |

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:           allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*