Yellow Corporation
23-11069

| First Name | Last Name | Firm | Rep | Via |
|---|---|---|---|---|
| Rick | Archer | Law360 | | Audio Only |
| Caroline | Bartolotta | | | Video and Audio |
| Alex | Bisogno | | | Audio Only |
| Samuel | Buchman | Manier & Herod, P.C. | Chubb/Westchester Fire Insurance Company | Video and Audio |
| Christina | Buru | Manier & Herod, P.C. | Argonaut Insurance Company | Video and Audio |
| Michael | Busenkell | Gellert Seitz Busenkell & Brown, LLC | Central PA Teamsters Pension Fund | Video and Audio |
| Kevin | Capuzzi | Benesch Friedlander Coplan & Aronoff LLP | Official Committee of Unsecured Creditors | Video and Audio |
| Catherine | Corey | | | Audio Only |
| Michael | DeBaecke | Ashby & Geddes | The Goodyear Tire and Rubber Company, et al | Video and Audio |
| Caitlyn | Delaney | Deutsche Bank | | Video and Audio |
| Erin | Dexter | Milbank | 2028357547 | Video and Audio |
| Philip | Dublin | Akin | UCC | Video and Audio |
| Dennis | Dunne | Milbank LLP | | Video and Audio |
| Kevin | Eckhardt | | | Audio Only |
| Stephanie | Fernandes | Cassels Brock & Blackwell LLP | +1 416-860-6481 | Video and Audio |
| Shannon | Forshay | Potter Anderson & Corroon LLP | MFN Partners | Video and Audio |
| John | Gentile | Benesch,Friedlander, Coplan & Aronoff, L | Official Committee of Unsecured Creditors | Video and Audio |
| Clara | Geoghegan | Law360 | | Audio Only |
| L. Katherine | Good | Potter Anderson & Corroon LLP | MFN Partners | Video and Audio |
| Andrew | Harmes | Goodmans LLP | Canadian counsel to Yellow | Video and Audio |
| Taylor | Harrison | | | Audio Only |
| Patrick | Holohan | | | Audio Only |
| Jennifer | Hoover | Benesch Friedlander Coplan & Aronoff LLP | Official Committee of Unsecured Creditors | Video and Audio |
| I-Heng | Hsu | U.S. Department of Justice | United States of America | Video and Audio |
| Eva | Hyderman | Cassels Brock & Blackwell LLP | +1 416-860-2920 | Video and Audio |
| Ryan | Jacobs | Cassels Brock & Blackwell LLP | Alvarez & Marsal | Video and Audio |
| Laura Davis | Jones | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| Jeff | Kaplan | | | Video and Audio |
| Jack | Ke | | | Video and Audio |
| Peter | Keane | Pachulski Stang Ziehl & Jones LLP | Debtors | Video and Audio |
| Riah | Kim | Milbank LLP | 202-835-7581 | Video and Audio |
| Dietrich | Knauth | Reuters | media | Audio Only |
| Gabriel | Korn | Akin | UCC | Video and Audio |
| Maria | Kotsiras | Potter Anderson & Corroon LLP | MFN Partners | Video and Audio |
| Meredith | Lahaie | Akin | UCC | Video and Audio |
| Jane | Leamy | Office of the U.S. Trustee | U.S. Trustee | Video and Audio |
| Andrew | Leblanc | Milbank LLP | 2028357574 | Video and Audio |
| Natalie | Levine | Cassels Brock & Blackwell LLP | +1 416-860-6568 | Video and Audio |
| Peter | Levinson | | self | Video and Audio |
| Alan | Lipkin | Chaffetz Lindsey LLP | USHOLL (MI) LLC | Video and Audio |

Yellow Corporation
23-11069

| | | | | | |
|---|---|---|---|---|---|
| Kirkland K&E | Listen-Only Line | Kirkland & Ellis | Yellow Corporation | | Video and Audio |
| Christopher | Maiden | | | | Video and Audio |
| Christian | Mancino | Kirkland & Ellis | Debtors | | Video and Audio |
| Christopher | Marasco | Crossway Point Management LP | Crossway Point Management LP | | Video and Audio |
| Juan | Martinez | Benesch Friedlander Coplan & Aronoff LLP | Official Committee of Unsecured Creditors | | Video and Audio |
| Michael | McCarney | | | | Video and Audio |
| Kristin | McCloskey | Potter Anderson & Corroon LLP | | | Video and Audio |
| Alex | McWilliams | Riva Ridge | Self | | Video and Audio |
| Curtis | Miller | Morris Nichols Arsht & Tunnell | USHOLL (MI) LLC | | Video and Audio |
| LouAnne | Molinaro | Benesch, Friedlander, Coplan & Aronoff LLP | Official Committee of Unsecured Creditors | | Video and Audio |
| Michael | Morris | Wisconsin Department of Justice | Wisconsin Department of Workforce Development | | Video and Audio |
| Patrick | Nash | patrick.nash@kirkland.com | 312-862-2290 | | Video and Audio |
| Austin | Park | Morris Nichols Arsht and Tunnell | USHOLL (MI) LLC | | Video and Audio |
| Joseph | Perrone | Giuliano McDonnell & Perrone LLP | Direct ChassisLink | | Video and Audio |
| Kevin | Pifer | | Pifer Property Holdings LP | | Video and Audio |
| Jonathan | Randles | | Bloomberg News | | Audio Only |
| Keith | Rolland | KR Partners LP | 9176838576 | | Audio Only |
| Aman | Sawhney | | | | Video and Audio |
| Lucas | Schneider | Stinson LLP | Lumen Technologies, Inc. | | Video and Audio |
| Allyson | Smith | Kirkland & Ellis | Debtors | | Video and Audio |
| Matthew | Struble | Vinson & Elkins LLP | | | Video and Audio |
| Vince | Sullivan | Law360 | | | Audio Only |
| Lisa | Sumner | Maynard Nexsen | Southeastern Freight Lines | | Video and Audio |
| Christine | Thain | | | | Audio Only |
| Paul | Veazey | Stinson LLP | | | Video and Audio |
| Eric | Winston | Quinn Emanuel Urquhart & Sullivan, LLP | MFN Partners | | Video and Audio |
| Alex | Wittenberg | Law360 | | | Audio Only |
| Emma | Woods | The Previant Law Firm, S.C. | IBT, TNFINC, IAM | | Video and Audio |
| Tiffany | Zhan | Cassels Brock & Blackwell LLP | +1 416-860-6507 | | Video and Audio |
| Kevin | Zuzolo | Akin | UCC | | Video and Audio |
| | | | | | |