**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 5860 & 5865** |

**CERTIFICATE OF SERVICE**

I, TIFFANY TAVERAS, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On March 11, 2025, I caused to be served the:

   a. "Certification of Counsel Regarding Revised Order (I) Approving the Asset Purchase Agreements with ABF Freight System, Inc.; (II) Authorizing and Approving the Sale of the Acquired Assets Under the Asset Purchase Agreements Free and Clear of Liens, Claims, Interests, and Encumbrances; (III) Approving the Assignment of Certain Unexpired Leases Under the Asset Purchase Agreements; and (IV) Granting Related Relief," dated March 11, 2025 [Docket No. 5860], (the "COC Revised Sale Order"), and

   b. "Certification of Counsel Submitting Proposed Order Relating to the Trial on the Merits Held in Connection with the WARN Claims and Proceedings," dated March 11, 2025 [Docket No. 5865], (the "COC WARN Claims"),

   by causing true and correct copies of the:

   i. COC Revised Sale Order and COC WARN Claims to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A,

   ii. COC Revised Sale Order and COC WARN Claims to be delivered via electronic mail to those parties listed on the annexed Exhibit B, and

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

  iii. COC Revised Sale Order to be delivered via electronic mail to those parties listed on the annexed <u>Exhibit C</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT, OR LEGAL DEPARTMENT."

*<u>/s/ Tiffany Taveras</u>*
Tiffany Taveras

**EXHIBIT A**

| Claim Name | Address Information |
|---|---|
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | ATTN: DOMINGO EMANUELLI HERNANDEZ PO BOX 9020192 SAN JUAN PR 00902-0192 |
| IMPERIAL COUNTY | TRASURER-TAX COLLECTOR 940 W MAIN ST, STE 106 EL CENTRO CA 92243 |
| NEW YORK STATE DEPT OF LAW | ENVIRONMENTAL PROECTION BUREAU ATTN STEPHEN M NAGLE THE CAPITOL ALBANY NY 12224 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL 501 WASHINGTON AVE MONTGOMERY AL 36104 |
| STATE OF ALABAMA ATTORNEY GENERAL | ATTN: STEVE MARSHALL PO BOX 300152 MONTGOMERY AL 36130-0152 |
| STATE OF CALIFORNIA ATTORNEY GENERAL | ATTN: ROB BONTA 1300 'I' ST SACRAMENTO CA 95814-2919 |
| STATE OF FLORIDA ATTORNEY GENERAL | ATTN: ASHLEY MOODY PL 01 THE CAPITOL TALLAHASSEE FL 32399-1050 |
| STATE OF IDAHO ATTORNEY GENERAL | ATTN: RAUL R. LABRADOR 700 W JEFFERSON ST, STE 210 PO BOX 83720 BOISE ID 83720-0010 |
| STATE OF ILLINOIS ATTORNEY GENERAL | ATTN: KWAME RAOUL 115 S LASALLE ST, STE 2300 CHICAGO IL 60603 |
| STATE OF KANSAS ATTORNEY GENERAL | ATTN: KRIS W. KOBACH 120 SW 10TH AVE, 2ND FL TOPEKA KS 66612 |
| STATE OF KENTUCKY ATTORNEY GENERAL | ATTN: DANIEL CAMERON 700 CAPITOL AVE, STE 118 FRANKFORT KY 40601-3449 |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | ATTN: ANDREA JOY CAMPBELL 1 ASHBURTON PLACE, 20TH FL BOSTON MA 02108-1518 |
| STATE OF MINNESOTA ATTORNEY GENERAL | ATTN KEITH ELLISON 445 MINNESOTA ST, STE 1400 ST. PAUL MN 55101-2131 |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | ATTN: LYNN FITCH 550 HIGH ST, STE 1200 JACKSON MS 39205 |
| STATE OF MONTANA ATTORNEY GENERAL | ATTN: AUSTIN KNUDSEN JUSTICE BLDG 215 N SANDERS ST HELENA MT 59601 |
| STATE OF NEW JERSEY ATTORNEY GENERAL | ATTN: MATTHEW J. PLATKIN RJ HUGHES JUSTICE COMPLEX 25 MARKET ST – PO BOX 080 TRENTON NJ 08625-0080 |
| STATE OF NEW MEXICO ATTORNEY GENERAL | ATTN: RAUL TORREZ 408 GALISTEO ST VILLAGRA BLDG SANTA FE NM 87501 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN 9001 MAIL SERVICE CTR RALEIGH NC 27699-9001 |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | ATTN: JOSH STEIN PO BOX 629 RALEIGH NC 27602-0629 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN KEN PAXTON 300 W 15TH ST AUSTIN TX 78701 |
| STATE OF TEXAS ATTORNEY GENERAL | ATTN: KEN PAXTON PO BOX 12548 AUSTIN TX 78711-2548 |
| STATE OF WISCONSIN ATTORNEY GENERAL | ATTN: JOSH KAUL WISCONSIN DEPARTMENT OF JUSTICE PO BOX 7857 MADISON WI 53703-7857 |
| STATE OF WYOMING ATTORNEY GENERAL | ATTN: BRIDGET HILL 109 STATE CAPITAL 200 W. 24TH ST CHEYENNE WY 82002 |
| U.S. DEPARTMENT OF JUSTICE | 950 PENNSYLVANIA AVENUE, NW WASHINGTON DC 20530-0001 |

**Total Creditor count: 24**

**EXHIBIT B**

YELLOW CORPORATION, *et al*.,
Case No. 23-11069 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|---|---|---|
| ABERNATHY ROEDER BOYD & HULLETT PC | ATTN PAUL M LOPEZ; LARRY R BOYD; EMILY M HAHN | plopez@abernathy-law.com; bankruptcy@abernathy-law.com; ehahn@abernathy-law.com |
| ACAR LEASING LTD D/B/A GM FINANCIAL LEASING | ATTN LORENZO NUNEZ | leasesvcbnkrpcy@gmfinancial.com |
| AIS PORTFOLIO SERVICES CORP | ATTN ALLY BANK DEPT | ecfnotices@aisinfo.com |
| AKERMAN LLP | ATTN MARK S. LICHTENSTEIN | mark.lichtenstein@akerman.com |
| AKIN GUMP STRAUSS HAUER & FELD LLP | ATTN PHILIP C. DUBLIN; MEREDITH A. LAHAIE; KEVIN ZUZOLO | pdublin@akingump.com; mlahaie@akingump.com; kzuzolo@akingump.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP | ATTN MICHAEL S GREGER | mgreger@allenmatkins.com |
| ALTER DOMUS PRODUCTS CORP. | ATTN LEGAL DEPT, E. PAPPAS & C CAPEZUTI | legal_agency@alterdomus.com; emily.ergangpappas@alterdomus.com; cpcagency@alterdomus.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN BENJAMIN MINTZ | benjamin.mintz@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN ROSA EVERGREEN | rosa.evergreen@arnoldporter.com |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN MICHAEL MESSERSMITH | michael.messersmith@apks.com |
| ASHBY & GEDDES PA | ATTN MICHAEL D DEBAECKE | mdebaecke@ashbygeddes.com |
| ASHBY & GEDDES PA | ATTN GREGORY A. TAYLOR | gtaylor@ashbygeddes.com |
| ASHBY & GEDDES PA | ATTN DON A BESKRONE | dbeskrone@ashbygeddes.com |
| BALLARD SPAHR LLP | ATTN LESLIE C HEILMAN; LAUREL D ROGLEN; NICHOLAS J BRANNICK; MARGARET A VESPER | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| BAYARD, PA | ATTN: ERICKA F. JOHNSON & STEVE D. ADLER | ejohnson@bayardlaw.com; sadler@bayardlaw.com |
| BEACON LAW GROUP, LLC | ATTN: ADAM J. RUTTENBERG | aruttenberg@beaconlawgroup.com |
| BEAL BANK USA | | commercialloans@bealbank.com |
| BEESON TAYER & BODINE APC | ATTN CATHERINE E HOLZHAUSER | cholzhauser@beesontayer.com |

YELLOW CORPORATION, *et al*.,
Case No. 23-11069 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|---|---|---|
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | ATTN JENNIFER R. HOOVER; KEVIN M. CAPUZZI; JOHN C. GENTILE | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com |
| BENSON ALLRED INJURY LAW | ATTN JOSHUA L BENSON | josh@bensonallred.com |
| BIELLI & KLAUDER LLC | ATTN DAVID M KLAUDER | dklauder@bk-legal.com |
| BIFFERATO FIRM PA | ATTN IAN CONNOR BIFFERATO | cbifferato@tbf.legal |
| BINGAMAN HESS COBLENTZ & BELL | ATTN THOMAS A ROTHERMEL | tarothermel@bingamanhess.com |
| BNSF RAILWAY COMPANY | JILL RUGEMA | jill.rugema@bnsf.com |
| BROWN MCGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | jnimeroff@bmnlawyers.com |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN LAURENCE M FAZEN; JARRET HITCHINGS | larry.frazen@bclplaw.com; jarret.hitchings@bclplaw.com |
| BUCHANAN INGERSOLL & ROONEY | ATTN GEOFFREY G GRIVNER; KODY M SPARKS; TIMOTHY P PALMER | geoffrey.grivner@bipc.com; kody.sparks@bipc.com; timothy.palmer@bipc.com |
| CAVA LAW LLC | ATTN JESUS SANTIAGO | jesus@cavalegal.com |
| CENTRAL STATES FUNDS | ATTN BRAD R BERLINER; ANDREW J HERINK; DANIEL SULLIVAN | bberliner@centralstatesfunds.org; aherink@centralstatesfunds.org; dsulliva@centralstatesfunds.org |
| CHAFFETZ LINDSEY LLP | ATTN ALAN J LIPKIN; ALEX LUPSAIU | alan.lipkin@chaffetzlindsey.com; alex.lupsaiu@chaffetzlindsey.com |
| CHARLES E DORR PC | ATTN CHARLES E DORR | ced@cedpc.com |
| CHIPMAN BROWN CICERO & COLE LLP | ATTN WILLIAM E CHIPMAN, JR; MARK D OLIVERE | chipman@chipmanbrown.com; olivere@chipmanbrown.com |
| CHOATE HALL & STEWART LLP | ATTN KEVIN J SIMARD, JONATHAN D MARSHALL, SETH D MENNILLO, M HAMPTON FOUSHEE | jmarshall@choate.com; smennillo@choate.com; hfoushee@choate.com; ksimard@choate.com |
| CLARK HILL PLC | ATTN KAREN M GRIVNER | kgrivner@clarkhill.com |
| COHEN LEDER MONTALBANO & CONNAUGHTON | ATTN PAUL A MONTALBANO; BRADY M CONNAUGHTON | paul.montalbano@clmc-law.com; brady.connaughton@clmc-law.com |

YELLOW CORPORATION, *et al*.,
Case No. 23-11069 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|---|---|---|
| COHNE KINGHORN PC | ATTN GEORGE HOFMANN | ghofmann@ck.law |
| COLLINS PRICE & WARNER | ATTN: RAEANN WARNER | raeann@collinslawdelaware.com |
| COMMONWEALTH OF PENNSYLVANIA | ATTN RYAN STARNOWSKY | ra-li-ucts-bankrupt@state.pa.us |
| COOKSEY TOOLEN GAGE DUFFY & WOOG | ATTN KIM GAGE; RANDALL P MROCZYNSKI | kgage@cookseylaw.com; rmroczynski@cookseylaw.com |
| COUSINS LAW LLC | ATTN SCOTT D COUSINS | scott.cousins@cousins-law.com |
| CROSS & SIMON LLC | ATTN CHRISTOPHER P SIMON | csimon@crosslaw.com |
| DAIMLER TRUCKS NA | JOHN OLEARY, PRESIDENT & CEO | john.oleary@daimlertruck.com; kirstin.abel@daimlertruck.com |
| DEMAYO LAW OFFICES LLP | ATTN ADRIENNE S BLOCKER | ablocker@demayolaw.com |
| DILWORTH PAXSON LLP | ATTN MARTIN J WEIS; SCOTT FREEDMAN | mweis@dilworthlaw.com; sfreedman@dilworthlaw.com |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | ATTN BRIAN L. SCHWALB | oag@dc.gov |
| DLA PIPER LLP | ATTN STUART M BROWN; RACHEL EHRLICH ALBANESE | stuart.brown@us.dlapiper.com; rachel.albanese@us.dlapiper.com |
| DOSHI LEGAL GROUP PC | ATTN AMISH R DOSHI | amish@doshilegal.com |
| DUANE MORRIS LLP | ATTN SOMMER L ROSS | slross@duanemorris.com |
| EMMET MARVIN & MARTIN LLP | ATTN THOMAS A PITTA | tpitta@emmetmarvin.com |
| EPSTEIN BECKER & GREEN | ATTN WENDY G MARCARI | wmarcari@ebglaw.com |
| FAEGRE DRINKER BIDDLE & REATH LLP | ATTN BRETT D FALLON; JOSEPH N ARGENTINA, JR | brett.fallon@faegredrinker.com; joseph.argentina@faegredrinker.com |
| FARNAN LLP | ATTN BRIAN E FARNAN; MICHAEL J FARNAN | bfarnan@farnanlaw.com; mfarnan@farnanlaw.com |
| FEINBERG DUMONT & BRENNAN | ATTN MELISSA A BRENNAN | mab@fdb-law.com |
| FONTANEZ, FERNANDO | | EMAIL ADDRESS ON FILE |
| FOX SWIBEL LEVIN & CARROLL | ATTN MARGARET ANDERSON; RYAN SCHULTZ; KENNETH M THOMAS; DAVID LEVINE | panderson@foxswibel.com; rschultz@foxswibel.com; kthomas@foxswibel.com; dlevine@foxswibel.com |

| Name | Attn | Email Address |
| --- | --- | --- |
| GELLERT SEITZ BUSENKELL & BROWN LLC | ATTN MICHAEL BUSENKELL; MICHAEL VAN GORDER | mbusenkell@gsbblaw.com; mvangorder@gsbblaw.com |
| GRAY ROBINSON PA | ATTN VALERIE TAYLOR | valerie.taylor@gray-robinson.com |
| GREENBERG TRAURIG LLP | ATTN ANTHONY W CLARK; DENNIS A MELORO | anthony.clark@gtlaw.com; dennis.meloro@gtlaw.com |
| GRIMES & LINEBARGER LLP | ATTN JOHN KENDRICK TURNER | dallas.bankruptcy@lgbs.com |
| GROOM LAW GROUP | ATTN EDWARD MEEHAN; SAMUEL LEVIN | emeehan@groom.com; slevin@groom.com |
| HAYNES AND BOONE LLP | ATTN IAN T PECK; DAVID L STAAB; JORDAN E CHAVEZ | ian.peck@haynesboone.com; david.staab@haynesboone.com; jordan.chavez@haynesboone.com |
| HILLER LAW LLC | ATTN ADAM HILLER | ahiller@adamhillerlaw.com |
| HOGAN LOVELLS | ATTN: RONALD SILVERMAN; ROBERT A RIPIN | ronald.silverman@hoganlovells.com; robert.ripin@hoganlovells.com |
| HOLLAND & KNIGHT LLP | ATTN: JOSHUA M. SPENCER | joshua.spencer@hklaw.com; alterdomus@hklaw.com |
| INTERNAL REVENUE SERVICE | | millie.h.agent@irs.gov |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | ATTN FRED ZUCKERMAN | fzuckerman@teamster.org |
| JACK SHRUM PA | ATTN J JACKSON SHRUM | jshrum@jshrumlaw.com |
| JACOBY & MEYERS LLP | ATTN SHANE HAPUARACHY; ALICIA CURRAN | shapuarachy@jacobyandmeyers.com; acurran@jacobyandmeyers.com |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM & SININS PC | ATTN RAYMOND M PATELLA | rpatella@lawjw.com |
| KELLEY DRYE & WARREN | ATTN ROBERT L LEHANE; RICHARD GAGE; STEVEN YACHIK | kdwbankruptcydepartment@kelleydrye.com; rlehane@kelleydrye.com; rgage@kelleydrye.com; syachik@kelleydrye.com |
| KENNETH S NUGENT PC | ATTN MATTHEW RICHARDSON | mrichardson@attorneykennugent.com |
| KEURIG DR. PEPPER | RICHARD W WARD | rwward@airmail.net |
| KING & SPALDING LLP | ATTN THADDEUS D WILSON; MICHAEL FISHEL | thadwilson@kslaw.com; mfishel@kslaw.com |

YELLOW CORPORATION, *et al*.,
Case No. 23-11069 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|---|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP | ATTN RAYMOND H LEMISCH | rlemisch@klehr.com |
| KLEINBARD LLC | ATTN E DAVID CHANIN | dchanin@kleinbard.com |
| KOHNER MANN & KAILAS SC | ATTN SAMUEL C WISOTZKEY | swisotzkey@kmksc.com |
| KROLL HEINEMAN PTASIEWICZ & PARSONS | ATTN SETH PTASIEWICZ | sptasiewicz@krollfirm.com |
| KYE LAW GROUP, P.C. | ATTN: MATTHEW F. KYE | mkye@kyelaw.com |
| LANE & NACH PC | ATTN ADAM N NACH | adam.nach@lane-nach.com |
| LAW OFFICES OF JAMES TOBIA LLC | ATTN JAMES TOBIA | jtobia@tobialaw.com |
| LAW OFFICES OF SUSAN E KAUFMAN LLC | ATTN SUSAN E KAUFMAN | skaufman@skaufmanlaw.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | | sanantonio.bankruptcy@lgbs.com; houston_bankruptcy@lgbs.com; austin.bankruptcy@lgbs.com; dallas.bankruptcy@lgbs.com |
| LIPSON NEILSON PC | ATTN MICHAEL D LIEBERMAN | mlieberman@lipsonneilson.com |
| LOIZIDES PA | ATTN CHRISTOPHER D LOIZIDES | loizides@loizides.com |
| MADDIN HAUSER ROTH & HELLER PC | ATTN DAVID M EISENBERG | deisenberg@maddinhauser.com |
| MAGNOZZI LAW FIRM | ATTN MARK MAGNOZZI; BENJAMIN RACHELSON | mmagnozzi@magnozzilaw.com |
| MARICOPA COUNTY ATTORNEY'S OFFICE | ATTN PETER MUTHIG | peter.muthig@maricopa.gov |
| MCCARTER & ENGLISH LLP | ATTN KATE ROGGIO BUCK; JOSEPH LUBERTAZZI, JR; SHEILA E CALELLO; SHANNON D HUMISTON | kbuck@mccarter.com; jlubertazzi@mccarter.com; scalello@mccarter.com; shumiston@mccarter.com |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN JULIE ANNE PARSONS | jparsons@mvbalaw.com |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN GARY D BRESSLER | gbressler@mdmc-law.com |
| MICHELIN NORTH AMERICA INC | ATTN BRIAN GUTBROD | brian.gutbrod@michelin.com |

| Name | Attn | Email Address |
|---|---|---|
| MILBANK LLP | ATTN: DENNIS F. DUNNE, MATTHEW L. BROD, ALEXANDER M LEBLANC, ERIN E DEXTER, MELANIE WESTOVER YANEZ | ddunne@milbank.com; mbrod@milbank.com; aleblanc@milbank.com; edexter@milbank.com; mwyanez@milbank.com |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | ATTN MARC J PHILLIPS | mphillips@mmwr.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN CURTIS S MILLER; MATTHEW B HARVEY; JONATHAN M WEYAND | cmiller@morrisnichols.com; mharvey@morrisnichols.com; jweyand@morrisnichols.com |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT & SOPHIE ROGERS CHURCHILL | dabbott@morrisnichols.com; srchurchill@morrisnichols.com |
| MUNSCH HARDT KOPF & HARR PC | ATTN DEBORAH M PERRY | dperry@munsch.com |
| MYERS & MYERS PLLC | ATTN REBECCA JS CASSELL | rcassell@myers2law.com |
| NATIONAL LABOR RELATIONS BOARD | ATTN STEVEN CARLSON | steven.carlson@nlrb.gov |
| NORTON ROSE FULBRIGHT US LLP | ATTN REBECCA J. WINTHROP | rebecca.winthrop@nortonrosefulbright.com |
| NY OFFICE OF THE ATTORNEY GEN; ENVIRONMENTAL PROTECTION BUREAU | ATTN STEVE H NGUYEN | steve.nguyen@ag.ny.gov |
| NY STATE TEAMSTERS PENSION/HEALTH FUNDS | ATTN KENNETH R STILWELL | krgstil@nytfund.org |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | ATTN SEAN T FLYNN; LAYLA D MILLIGAN | sean.flynn@oag.texas.gov; layla.milligan@oag.texas.gov |
| OFFICE OF THE UNITED STATES ATTORNEY | | usade.ecfbankruptcy@usdoj.gov; ellen.slights@usdoj.gov |
| OFFICE OF THE US TRUSTEE | | ustrustee.program@usdoj.gov; jane.m.leamy@usdoj.gov |
| OFFIT KURMAN PA | ATTN BRIAN J MCLAUGHLIN | brian.mclaughlin@offitkurman.com |
| OHIO DEPT OF JOBS AND FAMILY SERVICES | ATTN: JONATHAN BLANTON | jonathan.blanton@ohioattorneygeneral.gov |
| OKLAHOMA COUNTY TREASURER | ATTN TAMMY JONES | tammy.jones@oklahomacounty.org |

| Name | Attn | Email Address |
| --- | --- | --- |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN PETER J KEANE | pkeane@pszjlaw.com |
| PARAVATI KARL GREEN & DEBELLA LLP | ATTN VINCENT M DEBELLA | vdebella@pkgdlaw.com |
| PASHMAN STEIN WALDER HAYDEN | ATTN JOSEPH C BARSALONA II | jbarsalona@pashmanstein.com |
| PAUL HASTINGS LLP | ATTN JAYME GOLDSTEIN; DANIEL FLIMAN; GABE SASSON | jaymegoldstein@paulhastings.com; danfliman@paulhastings.com; gabesasson@paulhastings.com |
| PENNSYLVANIA DEPT OF ENVIRONMENTAL PROTECTION | ATTN MICHAEL T FERRENCE; BRIAN L GREENART; ROBERT W MCATEER | mferrence@pa.gov; bgreenert@pa.gov; rmcateer@pa.gov |
| PENSION BENEFIT GUARANTY CORPORATION | REBECCA STARK; ANDREW PHILIP WALKER; DESIREE M AMADOR; STEPHANIE THOMAS; JOHN HOLLAND GINSBERG; BENJAMIN KELLY | stark.rebecca@pbgc.gov; efile@pbgc.gov; serspinski.sven@pbgc.gov; hristova.donika@pbgc.gov; amador.desiree@pbgc.gov; thomas.stephanie@pbgc.gov; ginsberg.john@pbgc.gov; kelly.benjamin@pbgc.gov; pbgcpublicaffairs@pbgc.gov |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN LAURA J MONROE | lmbkr@pbfcm.com |
| PIERSON FERDINAND LLP | ATTN CARL NEFF; MAURA BURKE | carl.neff@pierferd.com; maura.burke@pierferd.com |
| POLSINELLI PC | ATTN CHRISTOPHER A WARD; KATHERINE M DEVANNEY; MICHAEL V DIPIETRO | cward@polsinelli.com; kdevanney@polsinelli.com; mdipietro@polsinelli.com |
| POTTER ANDERSON & CORROON LLP | ATTN L KATHERINE GOOD; MARIA KOTSIRAS | kgood@potteranderson.com; mkotsiras@potteranderson.com |
| PREVIANT LAW FIRM SC, THE | ATTN JILL M HARTLEY; EMMA M WOODS; YINGTAO HO | jh@previant.com; emw@previant.com; yh@previant.com |
| PULLMAN & COMLEY LLC | ATTN KRISTIN B MAYHEW | kmayhew@pullman.com |
| QUINN EMANUEL URQUHART & SULLIVAN LLP | ATTN SUSHEEL KIRPALANI; ERIC WINSTON | susheelkirpalani@quinnemanuel.com; ericwinston@quinnemanuel.com |
| RAINES FELDMAN LITTRELL LLP | ATTN DAVID S FORSH | dforsh@raineslaw.com |
| RAISNER ROUPINIAN LLP | ATTN JACK A RAISNER; RENE S ROUPINIAN | jar@raisnerroupinian.com; rsr@raisnerroupinian.com |

YELLOW CORPORATION, *et al*.,
Case No. 23-11069 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|---|---|---|
| REED SMITH LLP | ATTN KURT F GWYNNE; MARK W ECKARD; JASON D ANGELO | kgwynne@reedsmith.com; meckard@reedsmith.com; jangelo@reedsmith.com |
| REGER RIZZO & DARNALL | ATTN LOUIS J RIZZO | lrizzo@regerlaw.com |
| RFT LOGISTICS LLC | CHRISTOPHER MEJIA, CEO | truckload@rftlogistics.com; chris.mejia@rftlogistics.com |
| RICHARDS LAYTON & FINGER PA | ATTN MARK D COLLINS, JOHN H KNIGHT, DAVID T QUEROLI, ALEXANDER R STEIGER, CORY D KANDESTIN | collins@rlf.com; knight@rlf.com; queroli@rlf.com; steiger@rlf.com; kandestin@rlf.com |
| ROBINSON & COLE LLP | ATTN JAMIE L EDMONSON; KATHERINE S DUTE | jedmonson@rc.com; kdute@rc.com |
| ROCK ISLAND COUNTY TREASURER | ATTN AUSTIN CARLSON | carlsona@rockislandcountyil.gov |
| ROPES & GREY | ATTN NATASHA HWANGO; LUKE SMITH | natasha.hwangpo@ropesgray.com; luke.smith@ropesgray.com |
| ROSNER LAW GROUP LLC | ATTN FREDERICK B ROSNER | rosner@teamrosner.com |
| S&D LAW | ATTN MICHAEL L SCHLEPP, ESQ | mschlepp@s-d.com |
| SALDUTTI LAW GROUP | ATTN ROBERT L SALDUTTI; REBECCA K MCDOWELL | rsaldutti@slgcollect.com; rmcdowell@slgcollect.com |
| SANDBERG PHOENIX & VON GONTARD | ATTN SHARON L STOLTE | sstolte@sandbergphoenix.com |
| SAUDER SCHELKOPF LLC | ATTN JOSEPH G SAUDER; JOSEPH B KENNEY | jgs@sstriallawyers.com; jbk@sstriallawyers.com |
| SAUL EWING LLP | ATTN MARK MINUTI; LUCIAN B MURLEY | mark.minuti@saul.com; luke.murley@saul.com |
| SECURITIES & EXCHANGE COMMISSION | ATTN ANDREW CALAMARI, REGIONAL DIRECTOR | nyrobankruptcy@sec.gov |
| SEYFARTH SHAW LLP | ATTN JAMES B SOWKA | jsowka@seyfarth.com |
| SORENSON VAN LEUVEN PLLC | ATTN JAMES E SORENSON | bk@svllaw.com |
| SPOTTS FAIN PC | ATTN NEIL E MCCULLAGH | nmccullagh@spottsfain.com |
| STATE OF ALASKA ATTORNEY GENERAL | ATTN TREG TAYLOR | attorney.general@alaska.gov |

YELLOW CORPORATION, *et al*.,
Case No. 23-11069 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|---|---|---|
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | ATTN FAINU'ULELEI FALEFATU ALA'ILIMAUTU | ag@la.as.gov |
| STATE OF ARIZONA ATTORNEY GENERAL | ATTN KRIS MAYES | aginfo@azag.gov |
| STATE OF ARKANSAS ATTORNEY GENERAL | ATTN TIM GRIFFIN | oag@arkansasag.gov |
| STATE OF COLORADO ATTORNEY GENERAL | ATTN PHIL WEISER | attorney.general@coag.gov |
| STATE OF CONNECTICUT ATTORNEY GENERAL | ATTN WILLIAM TONG | attorney.general@ct.gov |
| STATE OF DELAWARE ATTORNEY GENERAL | ATTN KATHY JENNINGS | attorney.general@delaware.gov |
| STATE OF GEORGIA ATTORNEY GENERAL | ATTN CHRIS CARR | agcarr@law.ga.gov |
| STATE OF HAWAII ATTORNEY GENERAL | ATTN ANN E LOPEZ | hawaiiag@hawaii.gov |
| STATE OF INDIANA ATTORNEY GENERAL | ATTN HEATHER CROCKETT | heather.crockett@atg.in.gov |
| STATE OF IOWA ATTORNEY GENERAL | ATTN BRENNA BIRD | webteam@ag.iowa.gov |
| STATE OF LOUISIANA ATTORNEY GENERAL | ATTN JEFF LANDRY | constituentservices@ag.louisiana.gov |
| STATE OF MAINE ATTORNEY GENERAL | ATTN AARON FREY | attorney.general@maine.gov |
| STATE OF MARYLAND ATTORNEY GENERAL | ATTN ATHONY G. BROWN | oag@oag.state.md.us |
| STATE OF MICHIGAN ATTORNEY GENERAL | ATTN DANA NESSEL; JEANMARIE MILLER; LAURA LAMORE | miag@michigan.gov; millerj51@michigan.gov; lamorel1@michigan.gov |
| STATE OF NEBRASKA ATTORNEY GENERAL | ATTN: MIKE HILGERS | ago.info.help@nebraska.gov |
| STATE OF NEVADA ATTORNEY GENERAL | ATTN: AARON D. FORD | aginfo@ag.nv.gov |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | ATTN: JOHN M. FORMELLA | attorneygeneral@doj.nh.gov |
| STATE OF NEW YORK ATTORNEY GENERAL | ATTN: LETITIA A. JAMES | nyag.pressoffice@ag.ny.gov |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | ATTN: DREW WRIGLEY | ndag@nd.gov |
| STATE OF OHIO ATTORNEY GENERAL | ATTN KRISTIN RADWANICK | kristin.radwanick@ohioago.gov |

YELLOW CORPORATION, *et al*.,
Case No. 23-11069 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|---|---|---|
| STATE OF OKLAHOMA ATTORNEY GENERAL | ATTN: GENTNER DRUMMOND | oagwcfu@oag.ok.gov |
| STATE OF OREGON ATTORNEY GENERAL | ATTN: ELLEN F. ROSENBLUM | attorneygeneral@doj.state.or.us |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | ATTN: MICHELLE HENRY | consumers@attorneygeneral.gov |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | ATTN: PETER F. NERONHA | ag@riag.ri.gov |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | ATTN: ALAN WILSON | odcmail@sccourts.org |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | ATTN: MARK JACKLEY | consumerhelp@state.sd.us |
| STATE OF TENNESSEE ATTORNEY GENERAL | ATTN: JONATHAN SKRMETTI; LAURA L MCCLOUD | tnattygen@ag.tn.gov; agbankdelaware@ag.tn.gov |
| STATE OF UTAH ATTORNEY GENERAL | ATTN: SEAN D REYES | bankruptcy@agutah.gov |
| STATE OF VERMONT ATTORNEY GENERAL | ATTN BANKRUPTCY DEPT | ago.info@vermont.gov |
| STATE OF VIRGINIA ATTORNEY GENERAL | ATTN: JASON MIYARES | mailoag@oag.state.va.us |
| STATE OF WASHINGTON ATTORNEY GENERAL | ATTN: BOB FERGUSON | serviceatg@atg.wa.gov |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | ATTN: PATRICK MORRISEY | communications@wvago.gov |
| STEVENS & LEE PC | ATTN JOSEPH H HUSTON, JR; JOHN C KILGANNON | joseph.huston@stevenslee.com; john.kilgannon@stevenslee.com |
| STRADLEY RONON STEVENS & YOUNG LLP | ATTN JULIE M MURPHY | jmmurphy@stradley.com |
| STREUSAND LANDON OZBURN & LEMMON LLP | ATTN SABRINA L STREUSAND | streusand@slollp.com |
| SULLIVAN HAZELTINE ALLINSON | ATTN WILLIAM D SULLIVAN; WILLIAM A HAZELTINE; ELIHU E ALLINSON | bsullivan@sha-llc.com; whazeltine@sha-llc.com; zallinson@sha-llc.com |
| SUSSMAN SHANK LLP | ATTN GARRETT S EGGEN | geggen@sussmanshank.com |

YELLOW CORPORATION, *et al*.,
Case No. 23-11069 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|---|---|---|
| SWEETBAUM MILLER PC | ATTN ALAN D SWEETBAUM | asweetbaum@sweetbaumlaw.com |
| TENNESSEE ATTORNEY GENERAL'S OFFICE | ATTN JONATHAN SKRMETTI | agbankdelaware@ag.tn.gov |
| TEXAS COMPTROLLER | ATTN KIMBERLY A WALSH, ASST ATTORNEY GENERAL | kimberly.walsh@oag.texas.gov |
| THE BANK OF NEW YORK MELLON | ATTN HECTOR HERRERA | hector.herrera@bnymellon.com; ust.cares.program@bnymellon.com |
| THOMPSON HINE LLP | ATTN SEAN A GORDON; AUSTIN B ALEXANDER | sean.gordon@thompsonhine.com; austin.alexander@thompsonhine.com |
| THOMPSON O'BRIEN | ATTN MICHAEL B PUGH | mpugh@tokn.com |
| TRAVIS COUNTY | ATTN JASON A STARKS | jason.starks@traviscountytx.gov |
| U.S. DEPARTMENT OF JUSTICE | | millie.h.agent@irs.gov; i-heng.hsu@usdoj.gov; crystal.geise@usdoj.gov |
| UNION PACIFIC RAILROAD | ATTN CHRISTINE A. NEUHARTH; LILA L. HOWE | bankruptcynotices@up.com |
| VINSON & ELKINS LLP | ATTN BRADLEY FOXMAN; SARA ZOGLMAN | bfoxman@velaw.com; szoglman@velaw.com |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: BENJAMIN S. ARFA & ANGELA K. HERRING | skcharles@wlrk.com; bsarfa@wlrk.com; akherring@wlrk.com; arwolf@wlrk.com |
| WELTMAN WEINBERG & REIS CO LPA | ATTN SCOTT D FINK | sfink@weltman.com; bronationalecf@weltman.com |
| WHITE & CASE LLP | ATTN SCOTT GREISSMAN; ANDREW ZATZ; ELIZABETH FELD; JZAKIA@WHITECASE.COM | sgreissman@whitecase.com; azatz@whitecase.com; efeld@whitecase.com; jzakia@whitecase.com |
| WHITE & WILLIAMS LLP | ATTN AMY E VULPIO; MICHAEL A INGRASSIA | vulpioa@whiteandwilliams.com; ingrassiam@whiteandwilliams.com |
| WHITEFORD TAYLOR & PRESTON LLP | ATTN DAVID W GAFFEY | dgaffey@whitefordlaw.com |
| WILSON SONSINI GOODRICH & ROSATI PC | ATTN ERIN R FAY; CATHERINE C LYONS | efay@wsgr.com; clyons@wsgr.com |
| WISCONSIN DEPARTMENT OF JUSTICE | ATTN MICHAEL D MORRIS | morrismd@doj.state.wi.us |

YELLOW CORPORATION, *et al* .,
Case No. 23-11069 (CTG)
Email Master Service List

| Name | Attn | Email Address |
|---|---|---|
| WOMBLE BOND DICKINSON LLP | ATTN JAMES S LIVERMON, III; KEVIN J MANGAN | charlie.livermon@wbd-us.com; kevin.mangan@wbd-us.com |
| ZINDA LAW GROUP LLC | ATTN COLE GUMM | cole@zindalaw.com |

**EXHIBIT C**

YELLOW CORPORATION, *et al*.,
Case No. 23-11069 (CTG)
Email Service List

| Name | Attn | Email Address |
|---|---|---|
| BALLARD SPAHR LLP | ATTN: LESLIE C. HEILMAN; LAUREL D. ROGLEN; NICHOLAS J. BRANNICK; MARGARET VESPER | heilmanl@ballardspahr.com; roglenl@ballardspahr.com; brannickn@ballardspahr.com; vesperm@ballardspahr.com |
| VINSON & ELKINS LLP | ATTN: BRADLEY R. FOXMAN; JAMES J. LEE; MATTHEW W. MORAN; SARA E. ZOGLMAN | mmoran@velaw.com; szoglman@velaw.com; jimlee@velaw.com; bfoxman@velaw.com |