## EXHIBIT A

**Proposed Order**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. __ |

### ORDER CONVERTING THE DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

Upon consideration of the *Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* (the "Motion");[2] and it appearing that the Court has jurisdiction to consider the Motion; and the Court having reviewed and considered the Motion and any responses thereto; and adequate and sufficient notice of the Motion having been given to parties in interest; and after due deliberation thereon;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Court finds that there is cause to convert the Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code, effective as of the Conversion Date.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein shall have the meaning ascribed in the Motion.

08564-00001F/15807047.2

3.  The Court hereby converts each of the Chapter 11 Cases to cases under chapter 7 of the Bankruptcy Code pursuant to 28 U.S.C. §§ 105(a), 1112(a), and 1112(b), effective as of the Conversion Date.

4.  Notwithstanding any rule to the contrary, this order shall take effect immediately upon entry.

5.  This Court shall retain jurisdiction to resolve any disputes arising under or related to this Order and to interpret, implement and enforce the provisions of this Order.