**Exhibit A**

| | |
|---|---|
| **From:** | Smith, Allyson B. |
| **To:** | *ericwinston@quinnemanuel.com; Nash, Patrick J.; *pdublin@akingump.com; mlahaie@akingump.com; Zuzolo, Kevin |
| **Cc:** | Good, L. Katherine; Field, Eric; Ben Roth |
| **Subject:** | RE: Yellow - Third Amended Plan |
| **Date:** | Wednesday, April 9, 2025 8:43:00 AM |

Eric,

We are evaluating Judge Goldblatt's preliminary observations and, per his instructions at the status conference, will coordinate with other parties, including your team, to schedule a status conference before the Court at which time we will discuss plan process and timing. As you know, we've already committed to not enforce the April 11 disclosure statement objection deadline, and there are no other plan/solicitation/confirmation deadlines currently approved.

We do not, however, see a need to immediately withdraw the third amended plan.

Thanks,

**Allyson B. Smith**

---

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3217  **M** +1 929 246 4034
**F** +1 212 446 4900

---

allyson.smith@kirkland.com

**From:** Eric Winston <ericwinston@quinnemanuel.com>
**Sent:** Tuesday, April 8, 2025 3:00 PM
**To:** Nash, Patrick J. <patrick.nash@kirkland.com>; Smith, Allyson B. <allyson.smith@kirkland.com>; *pdublin@akingump.com <pdublin@akingump.com>; mlahaie@akingump.com
**Cc:** Good, L. Katherine <kgood@potteranderson.com>; Field, Eric <EField@littler.com>; Ben Roth <benroth@quinnemanuel.com>
**Subject:** Yellow - Third Amended Plan

> **This message is from an EXTERNAL SENDER**
> Be cautious, particularly with links and attachments.

Counsel:

Please see the attached letter.

Best,

Eric

**Eric Winston**

*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3602 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
[ericwinston@quinnemanuel.com](mailto:ericwinston@quinnemanuel.com)
[www.quinnemanuel.com](http://www.quinnemanuel.com)

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.