**Exhibit B**

| | |
|---|---|
| **From:** | Smith, Allyson B. |
| **Sent:** | Monday, April 7, 2025 1:12 PM |
| **To:** | *ericwinston@quinnemanuel.com |
| **Subject:** | Re: Yellow Corp. - request for expedited discovery/request for position |

You have my word. Despite your reference, we are not trying to be Darth Vader!

**Allyson B. Smith**

**KIRKLAND & ELLIS LLP**
601 Lexington Avenue, New York, NY 10022
**T** +1 212 909 3217 **M** +1 929 246 4034
**F** +1 212 446 4900

allyson.smith@kirkland.com

On Apr 7, 2025, at 13:10, Eric Winston <ericwinston@quinnemanuel.com> wrote:

**This message is from an EXTERNAL SENDER**
Be cautious, particularly with links and attachments.

Just please do not set deadlines with at least meaningfully conferring with us first.

**Eric Winston**
*Partner*
**Quinn Emanuel Urquhart & Sullivan, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
213-443-3602 Direct
213-443-3000 Main Office Number
213-443-3100 Fax
ericwinston@quinnemanuel.com
www.quinnemanuel.com

NOTICE: The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and/or work product and as such is privileged and confidential. If the reader of this message is not the intended recipient or agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

**From:** Smith, Allyson B. <allyson.smith@kirkland.com>
**Sent:** Monday, April 7, 2025 10:02 AM
**To:** Eric Winston <ericwinston@quinnemanuel.com>
**Cc:** Nash, Patrick J. <patrick.nash@kirkland.com>; *ljones@pszjlaw.com <ljones@pszjlaw.com>; tcairns@pszjlaw.com; Peter J. Keane <pkeane@pszjlaw.com>; ecorma@pszjlaw.com; *pdublin@akingump.com <pdublin@akingump.com>; mlahaie@akingump.com; kzuzolo@akingump.com; *jhoover@beneschlaw.com <jhoover@beneschlaw.com>; *kcapuzzi@beneschlaw.com <kcapuzzi@beneschlaw.com>; jgentile@beneschlaw.com; Esser, Michael P.