**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 6292** |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON MAY 14, 2025 AT 2:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**This proceeding will be conducted remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-tgoldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**PLEASE NOTE: THE HEARING WILL BE NOW CONDUCTED BY ZOOM ONLY.**

## RESOLVED MATTERS:

1. Motion of Southeastern Freight Lines for Allowance and Payment of Administrative Expense Claim Arising from Lubbock, Texas Lease Rejection [Filed: 2/28/25] (Docket No. 5819)

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] **Amended items are noted in bold.**

Response Deadline: March 14, 2025, at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A. [Proposed] Order Granting Motion of Southeastern Freight Lines for Allowance and Payment of Administrative Expense Claim Arising from Lubbock, Texas Lease Rejection [Filed: 2/28/25] (Docket No. 5819, Exhibit A)

B. Declaration of Tom Herndon in Support of Motion of Southeastern Freight Lines for Allowance and Payment of Administrative Expense Claim Arising from Lubbock, Texas Lease Rejection [Filed: 2/28/25] (Docket No. 5821)

C. Certification of Counsel Regarding Joint Stipulation By and Among the Debtors and Southeastern Freight Lines to Resolve Certain Administrative Claims Filed by Yellow Corporation [Filed: 4/21/25] (Docket No. 6132)

D. Order Approving the Joint Stipulation by and Among the Debtors and Southeastern Freight Lines to Resolve Certain Administrative Claims [Filed: 4/22/25] (Docket No. 6137)

Status: This matter has been resolved.

2. Motion of Southeastern Freight Lines for Allowance and Payment of Administrative Expense Claim Arising from Odessa, Texas Lease Rejection [Filed: 2/28/25] (Docket No. 5820)

Response Deadline: March 14, 2025, at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A. [Proposed] Order Granting Motion of Southeastern Freight Lines for Allowance and Payment of Administrative Expense Claim Arising from Odessa, Texas Lease Rejection [Filed: 2/28/25] (Docket No. 5820, Exhibit A)

B. Declaration of Tom Herndon in Support of Motion of Southeastern Freight Lines for Allowance and Payment of Administrative Expense Claim Arising from Lubbock, Texas Lease Rejection [Filed: 2/28/25] (Docket No. 5821)

C. Certification of Counsel Regarding Joint Stipulation By and Among the Debtors and Southeastern Freight Lines to Resolve Certain Administrative Claims Filed by Yellow Corporation [Filed: 4/21/25] (Docket No. 6132)

D. Order Approving the Joint Stipulation by and Among the Debtors and Southeastern Freight Lines to Resolve Certain Administrative Claims [Filed:

4/22/25] (Docket No. 6137)

Status: This matter has been resolved.

3. Motion of Trip Portfolio, LLC for Allowance and Payment of Administrative Expense Claim Arising from Lease Rejection [Filed: 3/3/25] (Docket No. 5830)

Response Deadline: March 17, 2025, at 4:00 p.m. (ET)

Responses Received: None.

Related Documents:

A. [Proposed] Order Granting Motion of Trip Portfolio, LLC for Allowance and Payment of Administrative Expense Claim Arising from Lease Rejection [Filed: 3/3/25] (Docket No. 5830, Exhibit A)

B. Certification of Counsel Regarding Joint Stipulation By and Among the Debtors and Trip Portfolio, LLC to Resolve Certain Administrative Claims Filed by Yellow Corporation [Filed: 4/25/25] (Docket No. 6190)

C. Order Approving the Joint Stipulation by and Among the Debtors and Trip Portfolio, LLC to Resolve Certain Administrative Claims [Filed: 4/29/25] (Docket No. 6200)

Status: This matter has been resolved.

**ADJOURNED MATTERS:**

4. Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as Administrative Expense [Filed: 12/9/24] (Docket No. 5096)

Response Deadline: December 23, 2024, at 4:00 p.m. (ET)

Responses Received:

A. Debtors' Objection to Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as Administrative Expense [Filed: 12/23/24] (Docket No. 5269)

Reply Deadline: January 15, 2025, at 4:00 p.m. (ET)

Replies Received:

A. Reply of the Pension Benefit Guaranty Corporation in Support of Motion for Allowance and Payment of Premiums as Administrative Expense [Filed: 1/15/25] (Docket No. 5410)

Related Documents:

A. [Proposed] Order Granting Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as Administrative Expense [Filed: 12/9/24] (Docket No. 5096)

Status: This matter is adjourned to June 16, 2025, at 10:00 a.m. (ET).

5. Motion by Direct Chassislink Inc. for Allowance and Payment of Administrative Expense Claim [Filed: 2/24/25] (Docket No. 5799)

Response Deadline: March 26, 2025, at 4:00 p.m. *(extended for the Debtors and the Official Committee of Unsecured Creditors until June 4, 2025, at 4:00 p.m. (ET)*

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A. [Proposed] Order Granting Motion by Direct Chassislink Inc. for Allowance and Payment of Administrative Expense Claim [Filed: 2/24/25] (Docket No. 5799)

B. Amended Notice of Motion by Direct Chassislink Inc. for Allowance and Payment of Administrative Expense Claim [Filed: 3/11/25] (Docket No. 5863)

Status: This matter is adjourned until June 16, 2025, at 10:00 a.m. (ET).

6. Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Assume a Certain Unexpired Lease and (II) Granting Related Relief [Filed: 3/31/25] (Docket No. 6003)

Response Deadline: April 14, 2025, at 4:00 p.m.

Responses Received:

A. Objection of Freight Line Properties, LLC to Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Assume a Certain Unexpired Lease and (II) Granting Related Relief [Filed: 4/30/25] (Docket No. 6205)

Reply Deadline: May 9, 2025, at 4:00 p.m.

Replies Received:

A. Debtors' Reply in Further Support of Debtors Motion for Entry of an Order (I) Authorizing the Debtors to Assume a Certain Unexpired Lease and (II) Granting Related Relief [Filed: 5/9/25] (Docket No. 6271)

(i) Supplemental Declaration of Cody Leung Kaldenberg in Further Support of the Debtors' Motion for Entry of an Order (I) Authorizing the Debtors to Assume a Certain Unexpired Lease and (II) Granting Related Relief [Filed: 5/9/25] (Docket No. 6272)

Related Documents:

A. [Proposed] Order (I) Authorizing the Debtors to Assume a Certain Unexpired Lease and (II) Granting Related Relief [Filed: 3/31/25] (Docket No. 6003, Exhibit A)

B. Notice of Revised Proposed Order (A) Authorizing the Debtors to Assume a Certain Unexpired Lease and (B) Granting Related Relief [Filed: 5/9/25] (Docket No. 6279)

Status: This matter is adjourned until May 29, 2025, at 10:00 a.m. (ET).

**MATTERS WITH CERTIFICATIONS OF COUNSEL:**

7. Debtors' Twenty-Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 4/14/25] (Docket No. 6066)

Response Deadline: April 28, 2025, at 4:00 p.m.

Responses Received:

A. Response to Debtors' Twenty-Ninth Omnibus (Non-Substantive) Objection to Claims [Filed by Prologis USLV SubReit 4, LLC] [Filed: 4/28/25] (Docket No. 6195)

B. PNC Bank, National Association's Response to Debtors' Twenty-Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code, Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 4/28/25] (Docket No. 6196)

C. Response of Andrew Canton to Debtors' Twenty-Ninth Omnibus (Non-Substantive) Objection to Claims [Filed: 4/29/25] (Docket No. 6198)

Related Documents:

A. [Proposed] Order Sustaining Debtors' Twenty-Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 4/14/25] (Docket No. 6066, Exhibit)

B. Notice of Submission of Proofs of Claim in Connection with Debtors' Twenty-Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 4/30/25] (Docket No. 6206)

C. Certification of Counsel Regarding Debtors' Twenty-Ninth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b),

Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 5/9/25] (Docket No. 6277).

Status: The Debtors have filed a revised proposed order under certification of counsel resolving this matter. The Omnibus Claims objection for Claim Numbers 19891 and 19938 have been adjourned to June 16, 2025.

8. Debtors' Thirtieth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 4/14/25] (Docket No. 6067)

Response Deadline: April 28, 2025, at 4:00 p.m. *(extended until May 19, 2025 at 4:00 p.m. (ET) for Gartner, Inc.)*

Responses Received:

A. Gartner, Inc.

Related Documents:

A. [Proposed] Order Sustaining Debtors' Thirtieth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 4/30/25] (Docket No. 6067, Exhibit A)

B. Notice of Submission of Proofs of Claim in Connection with Debtors' Thirtieth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 4/30/25] (Docket No. 6207)

C. Certification of Counsel Regarding Debtors' Thirtieth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 5/9/25] (Docket No. 6278)

Status: The Debtors have filed a revised proposed order under certification of counsel resolving this matter. The Omnibus Claims objection for Claim Number 14204 has been adjourned to June 16, 2025.

**MATTERS GOING FORWARD:**

9. Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 3/7/25] (Docket No. 5851)

Response Deadline: March 24, 2025, at 4:00 p.m.

Responses Received:

A. Informal Response of Fred Dishner [Filed: 4/4/25] (Docket No. 6021)

B. Informal Response of David Lewis [Filed: 4/4/25] (Docket No. 6022)

Related Documents:

A. [Proposed] Order Sustaining Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 3/7/25] (Docket No. 5851, Exhibit A)

B. Notice of Submission of Proofs of Claim in Connection with Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 3/24/25] (Docket No. 5952)

C. Certification of Counsel Regarding Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 4/4/25] (Docket No. 6023)

D. [Signed] Order Sustaining Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 4/7/25] (Docket No. 6027)

E. Certification of Counsel Regarding Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 5/9/25] (Docket No. 6276).

F. [Signed] Order Sustaining Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 5/12/25] (Docket No. 6288)

Status: **The informal response of David Lewis (Claim Nos. 17619 and 18718) is adjourned to June 16, 2025, at 10:00 a.m. (ET).**

10. Debtors' Motion for Entry of an Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Unexpired Leases in Connection Therewith as Applicable; and (IV) Granting Related Relief [Filed: 5/5/25] (Docket No. 6226)

Response Deadline: May 13, 2025, at 4:00 p.m. (ET)

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A. [Proposed] Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Unexpired Leases in Connection Therewith as Applicable; and (IV) Granting Related Relief [Filed: 5/5/25] (Docket No. 6226, Exhibit A)

B. Declaration of Cody Leung Kaldenberg in Support of Entry of an Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Unexpired Leases in Connection Therewith as Applicable; and (IV) Granting Related Relief [Filed: 5/5/25] (Docket No. 6227)

C. Motion of Debtors for Entry of an Order Shortening Notice of Debtors' Motion for Entry of an Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Unexpired Leases in Connection Therewith as Applicable; and (IV) Granting Related Relief [Filed: 5/5/25] (Docket No. 6228)

  (i) [Signed] Order Shortening Notice of Debtors' Motion for Entry of an Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Unexpired Leases in Connection Therewith as Applicable; and (IV) Granting Related Relief [Filed: 5/6/25] (Docket No. 6238)

D. Notice of Hearing on Debtors' Motion for Entry of an Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Unexpired Leases in Connection Therewith as Applicable; and (IV) Granting Related Relief [Filed: 5/7/25] (Docket No. 6256)

E. Notice of Corrected Exhibit for Saia Asset Purchase Agreement in Connection with the Debtors' Motion For Entry of An Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, In Each Case Pursuant To the Applicable Asset Purchase Agreement; (III) Approving the Assumption and Assignment of Certain Unexpired Leases In

Connection Therewith As Applicable; and (IV) Granting Related Relief [Filed: 5/8/25] (Docket No. 6261)

F. Notice of Rescheduled Hearing, Solely with Respect to Saia Asset Purchase Agreement, in Connection with the Debtors' Omnibus Sale Motion [Filed: 5/8/25] (Docket No. 6270)

G. **Certification of Counsel Regarding Revised Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances in Each Case Pursuant to the Applicable Asset Purchase Agreement; and (III) Granting Related Relief [Filed: 5/13/25] (Docket No. 6324).**

H. **Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, In Each Case Pursuant to the Applicable Asset Purchase Agreement; and (III) Granting Related Relief [Filed: 5/14/25] (Docket No. 6326).**

Status: **The Court has entered an order on this matter. Approval of the Saia Asset Purchase Agreement is adjourned by agreement to May 29, 2025, at 10:00 a.m. (ET).**

**INTERIM FEE APPLICATIONS:**

11. Interim fee applications are scheduled to go forward at this hearing. Attached hereto as Exhibit A is a complete list of the quarterly fee applications scheduled to be heard. The items listed on Exhibit A hereto correspond to the order of the fee applications, and documents related thereto, that were previously submitted to the Court, pursuant to the Court's Chambers' Procedures.

Responses Received: None.

Related Documents:

A. Certification of Counsel Regarding Omnibus Order Approving Sixth Interim Fee Applications for Compensation and Reimbursement of Expenses [Filed: 5/12/25] (Docket No. 6290)

Status: The Debtors have filed a proposed order under certification of counsel and respectfully request entry of the order. No hearing is necessary unless the Court has questions.

**STATUS CONFERENCE:**

12. **Status Conference**

**Status:** **A status conference will go forward via Zoom.**

Dated: May 14, 2025
Wilmington, Delaware

*/s/ Peter J. Keane*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted pro hac vice)
David Seligman, P.C. (admitted pro hac vice)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: patrick.nash@kirkland.com
david.seligman@kirkland.com

-and-

Allyson B. Smith (admitted pro hac vice)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*