**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | Re: Docket No. 6204 |

**JOINDER OF EQUITY INTEREST HOLDER PETER LEVINSON IN**
**MOTION OF MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC**
**FOR ENTRY OF AN ORDER CONVERTING THE DEBTORS' CHAPTER 11 CASES**
**TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE**

Peter Levinson, an equity interest holder (holding approximately 994,455 shares of Debtor Yellow Corporation's common stock) and party in interest herein, hereby submits this Joinder to the Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Docket No. 6204].

Dated: May 14, 2025
Wilmington, Delaware

**THE ROSNER LAW GROUP LLC**

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE 3995)
824 N. Market Street, Suite 810
Wilmington, DE 19801
(302) 777-1111
rosner@teamrosner.com

Gary M. Kaplan (Admitted *Pro Hac Vice*)
Farella Braun + Martel LLP
One Bush Street, Suite 900
San Francisco, California 94104
(415) 954-4400
gkaplan@fbm.com

*Counsel for Peter Levinson*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.