CYB

RECEIVED

2025 MAY 28  PM 12: 44

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Willy's Precision Towing                              May 19,2025
100 South Street
Johnston, RI 02919
(401)231-6866


United States Bankruptcy Court of Delaware
824 N.Market Street
3'd Floor
Wilmington, Delaware 19801


To Whom It May Concern:

Attached you will find what the Debtors balance is with Willys Precision Towing and Willys Precision Towing is filing an objection to the motion in case# 23-11069.

The Debtor had a $15,000 dollar credit line with us with a balance of $13,454.83 and knew the company was struggling at the time when they called us for tows in towing their equipment. Towing that type of equipment puts wear and tear on our Tow Trucks. If it wasn't for Tow Trucks they would have had more trucks down before they should have been.

We Willys Precision Towing is asking the courts to please take our balance in to consideration.

Please note we did not receive our objection letter in the mail till May 19,2025.

Thank You for your time and understanding in this matter.

Willy's Precision Towing

B20B (Official Form 20B)  (Notice of Objection to Claim) (12/10)

RECEIVED

# United States Bankruptcy Court

2025 MAY 28  PM 12: 44

_____ District of _____

CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re

*[Set forth here all names including married, maiden, and trade names used by debtor within last 8 years.]*

Debtor

Case No. 23-11069

Address  Yellow Corporation

_____

Chapter  11

Last four digits of Social Security or Individual Tax-payer Identification (ITIN) No(s).,(if any): _____

Employer's Tax Identification (EIN) No(s).(if any): _____

## NOTICE OF OBJECTION TO CLAIM

Willys Precision Tubeing _____ has filed an objection to your claim in this bankruptcy case.

**Your claim may be reduced, modified, or eliminated.** You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to eliminate or change your claim, then on or before _(date)_, you or your lawyer must:

{If required by local rule or court order.}

[File with the court a written response to the objection, explaining your position, at:

{address of the bankruptcy clerk's office}

If you mail your response to the court for filing, you must mail it early enough so that the court will **receive** it on or before the date stated above.

You must also mail a copy to:

Potter Anderson w Corroon LLP
1313 N. Market St 6th Floor
Welmington Delaware 19801

{objector's attorney's name and address}

Eric Winston
865 S. Figueroa Street 10th Floor
Los Angeles CA 90017

{names and addresses of others to be served}]

Attend the hearing on the objection, scheduled to be held on _(date)_, _(year)_, at 4 a.m./p.m. in Courtroom 7, United States Bankruptcy Court, {address}.  6-16-2025

If you or your attorney do not take these steps, the court may decide that you do not oppose the objection to your claim.

Date:  5-19-2025

Signature
Name:
Address

Form B20B
Page 2

      3.     The caption should be placed at the top of the page and should conform to Official Form 16A. Instructions for Official Form 16A, Caption (Full), are posted with that form.

      4.     The name of the objector should be inserted in the blank in the first paragraph .

      5.     The deadline for responding to the objection to claim should be specified in the third paragraph in the space indicated.

      6.     In the space following the deadline, the person preparing the notice should specify the steps which a creditor must take pursuant to local rules or court order to oppose the objection to claim.

      7.     The address of the bankruptcy clerk's office, and the names and addresses of the objector's attorney and others to be served should be set out in the spaces indicated.

      8.     The time, date, and place for the hearing on the objection to the claim should be specified in the space provided.

      9.     The person who prepares and sends the notice should sign and date it and set out the preparer's name and address in the spaces indicated.

      10.     Copies of the notice should be filed with the court and mailed to the creditor, the debtor, the trustee, and any other parties required by the court at least 30 days prior to the hearing.

Official Form 20A & 20B - Cumulative Committee Note

## 2011 COMMITTEE NOTE[1]

The forms are amended to require that the title of the case include all names used by the debtor within the last eight years. This change conforms to the 2005 amendment of § 727(a)(8), which extended from six years to eight years the period during which a debtor is barred from receiving successive discharges. In conformity with Rule 9037, the filer is directed to provide only the last four digits of any individual debtor's taxpayer-identification number.

## 1997 COMMITTEE NOTE

These forms are new. They are intended to provide uniform, plain English explanations to parties regarding what they must do to respond in certain contested matters which occur frequently in bankruptcy cases. Such explanations have been given better in some courts than in others. The forms are intended to make bankruptcy proceedings more fair, equitable, and efficient, by aiding parties, who sometimes do not have counsel, in understanding the applicable rules. It is hoped that use of these forms also will decrease the number of inquiries to bankruptcy clerks' offices.

These notices will be sent by the movant unless local rules provide for some other entity to give notice.

These forms are not intended to dictate the specific procedures to be used by different bankruptcy courts. The forms contain optional language that can be used or adapted, depending on local procedures. Similarly, the signature line will be adapted to identify the actual sender of the notice in each circumstance. All adaptations of the form should carry out the intent to give notice of applicable procedures in easily understood language.

---

[1] The forms were revised in 2010 to conform to Rule 9037 and to a 2005 amendment of § 727(a)(8) of the Bankruptcy Code, which extended from six to eight years the period during which a debtor is barred from receiving successive discharges. The changes were not published for public comment because they were technical and conforming.

Instructions, Form B20B
5.28.09

## NOTICE OF OBJECTION TO CLAIM

Official Form 20B, Notice of Objection to Claim, is intended to provide creditors and other claimants with a uniform, plain English explanation of what they must do to respond to objections to their claims. (The requirements for completing Official Form 10, Proof of Claim, are posted with that form.) Form 20B is intended to make the court's resolution of objections to claims more fair, equitable, and efficient by helping creditors, who may not have an attorney, understand the applicable rules. The form is intended to make it clear to creditors that the court may eliminate or change their claims unless they take the specified steps to oppose the objections.

The form is not intended to dictate the specific procedures to be used by different bankruptcy courts. The form contains optional language that can be used or adapted, depending on local procedures.

### I. APPLICABLE LAW AND RULES

Rule 3007(a) of the Federal Rules of Bankruptcy Procedure (referred to as "Bankruptcy Rule" or "Fed. R. Bankr. P.") requires that an objection to the allowance of a claim be in writing and filed with the court. A copy of the objection and a notice of the hearing on it must be mailed or otherwise delivered to the creditor, the debtor, and the trustee at least 30 days prior to the hearing. Form 20B is to be used to give notice of the objection and hearing.

Rule 3007(b) provides that an objection to claim may not include a demand for relief of the kind which Rule 7001 states must be filed as an adversary proceeding.

Rule 9009 states that the Official Forms shall be used with alterations as may be appropriate. Any adaptation of the form should carry out the intent to give notice of applicable procedures in easily understood language.

### II. DIRECTIONS

1.    Directions for the person preparing the notice and alternative language are enclosed in brackets on the Official Form. The preparer should use the language which conforms to the court's local rules or court order. Links to local bankruptcy rules are posted on the Judiciary's Internet web site at http://www.uscourts.gov/rules/bk-localrules.html. Any adaptation of the Official Form should be consistent with the intent to give notice of applicable procedures in easily understood language. *See* Fed. R. Bankr. P. 9009.

2.    The notice should be prepared and sent by the person who filed the objection to claim (the objector) unless the local rules or court order provide for some other entity to give notice.

**B16A (Official Form 16A) (12/07)**

### Form 16A.  CAPTION (FULL)

# United States Bankruptcy Court

_____ District Of _____

In re Yellow Corporation )
_[Set forth here all names including married,_
_maiden, and trade names used by debtor within_
_last 8 years.]_

             Debtor )      Case No. 23-11069

Address _____ )
        _____ )      Chapter 11

Last four digits of Social-Security or Individual Tax-
Payer-Identification (ITIN) No(s).,(if any): _____ )

_____ )
Employer Tax-Identification (EIN) No(s).(if any): _____ )
_____ )

_[Designation of Character of Paper]_

**WILLY'S PRECISION TOWING**
100 SOUTH STREET, JOHNSTON RI 02919
Phone: 401-231-6866 | Fax: 401-231-3374 | PRECISIONTOWING100@GMAIL.COM

# STATEMENT

**# 25-5340018**

YRC - YELLOW ROADWAY
55 INDUSTRIAL RD
CUMBERLAND RI 02864

| Statement Details | |
|---|---|
| Statement Date: | 5/15/2025 |
| Due Date: | 6/14/2025 |
| Amount Due: | $13,454.83 |

| Date | VIN | Vehicle | | | Invoice | Subtotal | Balance |
|---|---|---|---|---|---|---|---|
| 6/6/2022 | 4V4M19G%/ | **Volvo 65303 Blue** <br> - Reason: Tow, Driver: KEITH / ST-4 <br> - From: 55 INDUSTRIAL RD, CUMBERLAND RI 02864 (YRC - YELLOW ROADWAY), To: 55 INDUSTRIAL RD, CUMBERLAND RI 02864 (YRC - YELLOW ROADWAY) | | | 22-30695 | $490.83 | $490.83 |
| | | Unloaded/Enroute Mileage | 12.8 @ $0.00 | $0.00 | | | |
| | | Loaded/Hooked Mileage | 34.4 @ $0.00 | $0.00 | | | |
| | | TOLLS | 1 @ $36.25 | $36.25 | | | |
| | | HEAVY DUTY WRECKER | 2.75 @ $145.00 | $398.75 | | | |
| | | FUEL SURCHARGE | 1 @ $55.83 | $55.83 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=124029212&sc=edde9f2ad3 | | | | | |
| 6/13/2022 | 4V4M19GF87N406851 | **'07 Volvo VNM 65104 Blue** <br> - Reason: See Notes..., Driver: MELISSA / TRUCK 74 <br> - From: 55 INDUSTRIAL RD, CUMBERLAND RI 02864 (YRC - YELLOW ROADWAY), To: 16 Forge Pkwy, Franklin, MA 02038, USA (16 Forge Parkway) | | | 22-30776 | $517.15 | $517.15 |
| | | Unloaded/Enroute Mileage | 12.8 @ $0.00 | $0.00 | | | |
| | | Loaded/Hooked Mileage | 12.4 @ $0.00 | $0.00 | | | |
| | | HEAVY DUTY WRECKER | 3 @ $145.00 | $435.00 | | | |
| | | TOLLS | 1 @ $21.25 | $21.25 | | | |
| | | FUEL SURCHARGE | 1 @ $60.90 | $60.90 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=124652620&sc=ae5f2267c6 | | | | | |
| 7/26/2022 | 2HSCDAHN27C424362 | **'07 International 9200i 67255 Green** <br> - Reason: See Notes..., Driver: ADAM / TRUCK 46 <br> - From: 55 INDUSTRIAL RD, CUMBERLAND RI 02864 (YRC - YELLOW ROADWAY), To: 44 A STREET, JOHNSTON RI 02919 (DIESEL MAINTENANCE SERVICES) | | | 22-31243 | $384.68 | $384.68 |
| | | Unloaded/Enroute Mileage | 12.8 @ $0.00 | $0.00 | | | |
| | | Loaded/Hooked Mileage | 15.2 @ $0.00 | $0.00 | | | |
| | | HEAVY DUTY WRECKER | 2.25 @ $145.00 | $326.25 | | | |
| | | FUEL SURCHARGE | 1 @ $45.68 | $45.68 | | | |
| | | TOLLS | 1 @ $12.75 | $12.75 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=128456814&sc=bdd8792e76 | | | | | |
| 7/28/2022 | 4V4M19GF17N451775 | **'07 Volvo VNM 64989 Orange** <br> - Reason: Tow, Driver: ADAM / TRUCK 62 sold <br> - From: 295N exit 12A, To: 44 A STREET, JOHNSTON RI 02919 (DIESEL MAINTENANCE SERVICES) | | | 22-31276 | $330.60 | $330.60 |
| | | HEAVY DUTY WRECKER | 2 @ $145.00 | $290.00 | | | |
| | | FUEL SURCHARGE | 1 @ $40.60 | $40.60 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=128650378&sc=7fcf5d4ae1 | | | | | |
| 8/2/2022 | 4V4M19GF34N369879 | **'04 Volvo VNM 64196 Orange** <br> - Reason: Tow, Driver: RICHARD / TRUCK 46 <br> - From: rt 95 south @ rt 495 Mansfield,ma, To: 55 INDUSTRIAL RD CUMBERLAND RI, 02864 (YRC - YELLOW ROADWAY) | | | 22-31328 | $330.60 | $330.60 |
| | | Unloaded/Enroute Mileage | 21.8 @ $0.00 | $0.00 | | | |
| | | Loaded/Hooked Mileage | 13.9 @ $0.00 | $0.00 | | | |

| Date | VIN | Vehicle | | | Invoice | Subtotal | Balance |
|---|---|---|---|---|---|---|---|
| | | HEAVY DUTY WRECKER | 2 @ $145.00 | $290.00 | | | |
| | | FUEL SURCHARGE | 1 @ $40.60 | $40.60 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=129106658&sc=ddaf44f9b0 | | | | | |
| 8/5/2022 | | **Freightliner 66689 White**<br>- Reason: Tow, Driver: DOMINIC / TRUCK 58 sold 2/11/23<br>- From: 44 A STREET, JOHNSTON RI 02919 (DIESEL MAINTENANCE SERVICES), To: 55 INDUSTRIAL RD, CUMBERLAND RI 02864 (YRC - YELLOW ROADWAY) | | | 22-31379 | $349.10 | $349.10 |
| | | Unloaded/Enroute Mileage | 7.9 @ $0.00 | $0.00 | | | |
| | | Loaded/Hooked Mileage | 17.8 @ $0.00 | $0.00 | | | |
| | | HEAVY DUTY WRECKER | 2 @ $145.00 | $290.00 | | | |
| | | FUEL SURCHARGE | 1 @ $40.60 | $40.60 | | | |
| | | TOLLS | 1 @ $18.50 | $18.50 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=129407754&sc=8fa5c4e1a0 | | | | | |
| 3/31/2023 | 4V4W19EG5KN901943 | **'19 Volvo VNR 14036 White** - Odometer: 686,516<br>- Reason: Tow, Driver: RICHARD / TRUCK 34 UNIT #: 14036<br>- From: 55 INDUSTRIAL RD, CUMBERLAND RI 02864 (YRC - YELLOW ROADWAY), To: 44 A St, Johnston, RI 02919, USA (Delivery Management Services) | | | 34192 | $319.00 | $319.00 |
| | | Loaded/Hooked Mileage | 17.6 @ $0.00 | $0.00 | | | |
| | | Fuel Surcharge | 1 @ $0.00 | $0.00 | | | |
| | | HEAVY DUTY WRECKER | 2 @ $145.00 | $290.00 | | | |
| | | FUEL SURCHARGE | 1 @ $29.00 | $29.00 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=151876167&sc=846de8f68e | | | | | |
| 5/19/2023 | 4V4M19EG0CN555597 | **'12 Volvo VNM 35992 Orange**<br>- Reason: Accident, Driver: ADAM / TRUCK 68 UNIT #: 65992<br>- From: robert rd plymouth ma, To: 55 INDUSTRIAL RD, CUMBERLAND RI 02864 (YRC - YELLOW ROADWAY) | | | 34700 | $2,178.00 | $2,178.00 |
| | | Loaded/Hooked Mileage | 44.3 @ $0.00 | $0.00 | | | |
| | | Fuel Surcharge | 1 @ $0.00 | $0.00 | | | |
| | | HEAVY DUTY WRECKER | 6 @ $195.00 | $1,170.00 | | | |
| | | TRACTOR | 6 @ $135.00 | $810.00 | | | |
| | | FUEL SURCHARGE | 1 @ $198.00 | $198.00 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=156397397&sc=d1f01b86af | | | | | |
| 5/19/2023 | | **new penn truck 1st truck 1449 Green Volvo Tractor 66583**<br>- Reason: Tow, Driver: Doug / TRUCK 46<br>- From: 44 A St, Johnston, RI 02919, USA (44 A Street), To: 44 A St, Johnston, RI 02919, USA (44 A Street) | | | 34702 | $1,144.00 | $1,144.00 |
| | | Loaded/Hooked Mileage | 90.6 @ $0.00 | $0.00 | | | |
| | | Fuel Surcharge | 1 @ $0.00 | $0.00 | | | |
| | | HEAVY DUTY WRECKER | 1 @ $1,040.00 | $1,040.00 | | | |
| | | FUEL SURCHARGE | 1 @ $104.00 | $104.00 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=156413872&sc=31b79ad0f5 | | | | | |
| 5/22/2023 | 4V4M19GF97N406275 | **'07 Volvo VNM 65340 Orange** - Odometer: 16,026<br>- Reason: Tow, Driver: KEITH / TRUCK 34 UNIT #: 65340/89963<br>- From: 55 INDUSTRIAL RD, CUMBERLAND RI 02864 (YRC - YELLOW ROADWAY), To: 44 A St, Johnston, RI 02919, USA (Delivery Management Services) | | | 34724 | $429.00 | $429.00 |
| | | Loaded/Hooked Mileage | 17.6 @ $0.00 | $0.00 | | | |
| | | Fuel Surcharge | 1 @ $0.00 | $0.00 | | | |
| | | HEAVY WRECKER T/T | 2 @ $195.00 | $390.00 | | | |
| | | FUEL SURCHARGE | 1 @ $39.00 | $39.00 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=156614754&sc=8de25f8fb0 | | | | | |
| 6/13/2023 | 1XPBAP8X6MD758552 | **'21 Peterbilt 579 1770 White** - Odometer: 90,207<br>- Reason: Tow, Driver: RICHARD / TRUCK 46 UNIT #: 1770<br>- From: 272 Duchaine Blvd, New Bedford, MA 02745, USA (272 Duchaine Boulevard), To: 55 INDUSTRIAL RD, CUMBERLAND RI 02864 (YRC - YELLOW ROADWAY) | | | 34991 | $643.50 | $643.50 |
| | | Loaded/Hooked Mileage | 45.3 @ $0.00 | $0.00 | | | |

| Date | VIN | Vehicle | Invoice | Subtotal | Balance |
|---|---|---|---|---|---|
| | | - Reason: Tow, Driver: RICHARD / TRUCK 34<br>- From: 333 Bridge St, Fairhaven, MA 02719, USA (333 Bridge Street), To: 55 INDUSTRIAL RD, CUMBERLAND RI 02864 (YRC - YELLOW ROADWAY) | | | |
| | | Loaded/Hooked Mileage  46.8 @ $0.00  $0.00 | | | |
| | | Fuel Surcharge  1 @ $23.50  $23.50 | | | |
| | | HEAVY WRECKER T/T  3 @ $195.00  $585.00 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=162135389&sc=99c1c40003 | | | |
| 7/20/2023 | 4V4W19EG5KN907659 | '19 Volvo VNR 14410 White<br>- Reason: Tow, Driver: DAVID / TRUCK 46<br>- From: YRC Freight, 55 Industrial Rd, Cumberland, RI 02864, USA, To: Delivery Management Services, 44 A St, Johnston, RI 02919, USA | 35372 | $319.00 | $319.00 |
| | | Fuel Surcharge  1 @ $29.00  $29.00 | | | |
| | | HEAVY DUTY WRECKER  2 @ $145.00  $290.00 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=162179776&sc=6ff7dbba1d | | | |
| 7/20/2023 | 1FUBGADV9ELFV9175 | '14 Freightliner Cascadia 66944 White<br>- Reason: Tow, Driver: ADAM / TRUCK 46<br>- From: 520 Washington St, Attleboro, MA 02703, USA (520 Washington Street), To: 55 INDUSTRIAL RD, CUMBERLAND RI 02864 (YRC - YELLOW ROADWAY) | 35381 | $319.00 | $319.00 |
| | | Loaded/Hooked Mileage  6.5 @ $0.00  $0.00 | | | |
| | | Fuel Surcharge  1 @ $29.00  $29.00 | | | |
| | | HEAVY DUTY WRECKER  2 @ $145.00  $290.00 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=162219609&sc=87428b4430 | | | |
| 7/24/2023 | 4V4M19GF34N369879 | '04 Volvo VNM 64196 Orange - Odometer: 635,643<br>- Reason: Tow, Driver: RICHARD / TRUCK 34<br>- From: Accord Park Dr, Norwell, MA, USA, To: 55 INDUSTRIAL RD, CUMBERLAND RI 02864 (YRC - YELLOW ROADWAY) | 35429 | $518.37 | $518.37 |
| | | Loaded/Hooked Mileage  42.1 @ $0.00  $0.00 | | | |
| | | Fuel Surcharge  1 @ $0.00  $0.00 | | | |
| | | HEAVY DUTY WRECKER  3.25 @ $145.00  $471.25 | | | |
| | | FUEL SURCHARGE  1 @ $47.12  $47.12 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=162565858&sc=c9d9335d51 | | | |
| 7/27/2023 | 1XPBAK8X0LD661073 | '20 Peterbilt 579 1769 White - Odometer: 204,130<br>- Reason: Tow, Driver: ADAM / TRUCK 74 UNIT #: 1769<br>- From: 140 Laurel St, East Bridgewater, MA 02333, USA, To: 55 INDUSTRIAL RD, CUMBERLAND RI 02864 (YRC - YELLOW ROADWAY) | 35478 see billing notes | $478.50 | $478.50 |
| | | Fuel Surcharge  1 @ $43.50  $43.50 | | | |
| | | HEAVY DUTY WRECKER  3 @ $145.00  $435.00 | | | |
| | | Impounds/Storage: Daily Impound Rate  0 @ $0.00  $0.00 | | | |
| | | Unloaded/Enroute Mileage  46.4 @ $0.00  $0.00 | | | |
| | | Loaded/Hooked Mileage  45.6 @ $0.00  $0.00 | | | |
| | | Invoice: https://app.towbook.com/PublicAccess/Invoice2.aspx?id=162935763&sc=864c7c664f | | | |

|  | Subtotal | $13,454.83 |
|---|---|---|
|  | Total Due | $13,454.83 |

WILLY'S PRECISION TOWING appreciates your business. If you have any questions regarding this statement, please contact us at 401-231-6866. If there are any issues with this statement, please include a copy indicating any discrepancies.

**USDOT:** 1228632

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Hearing Date: June 16, 2025 at 10:00 a.m. (ET)** |
| | **Objection Deadline: May 20, 2025 at 4:00 p.m. (ET)** |

### NOTICE OF MOTION OF MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC FOR ENTRY OF AN ORDER CONVERTING THE DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that MFN Partners, LP and Mobile Street Holdings, LLC filed the *Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801, on or before **May 20, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline"), and served upon and received by the undersigned counsel for MFN.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Craig T. Goldblatt at the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801 on **June 16, 2025 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that, copies of the Motion, and other information

---

[1]   A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is:  10990 Roe Avenue, Overland Park, Kansas 66211.

regarding these chapter 11 cases are available for inspection free of charge on Epiq Corporate Restructuring, LLC's website at https://dm.epiq11.com/YellowCorporation. The Motion is also available for a fee at the Court's website at http://www.deb.uscourts.gov. A login identification and password to the Court's Public Access to Court Electronic Records ("PACER") are required to access this information and can be obtained through the PACER Service Center at http://www.pacer.psc.uscourts.gov. Copies of the Motions and other documents filed in these cases also may be examined between the hours of 9:00 a.m. and 4:30 p.m., prevailing Eastern Time, Monday through Friday, at the office of the Clerk of the Bankruptcy Court, United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: April 29, 2025          Respectfully Submitted,
Wilmington, Delaware

/s/ L. Katherine Good
L. Katherine Good (No. 5101)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com

– and –

**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Eric Winston (*pro hac vice* admitted)
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com

*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC*

2