**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>Re: Docket Nos. 6204, 6225, 6355<br>Hearing Date: June 17, 2025 at 10:00 a.m. (ET) |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
WITNESS AND EXHIBIT LIST FOR THE OMNIBUS HEARING SCHEDULED FOR
JUNE 17, 2025, AT 10:00 A.M. (PREVAILING EASTERN TIME)**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), in accordance with the *Chambers Procedures for Judge Craig T. Goldblatt*, hereby discloses that it intends to call and/or reserves the right to introduce the following witnesses and exhibits at the June 17, 2025 hearing in opposition to the *Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* [ECF No. 6204] (the "MFN Motion").

**WITNESSES**

1.      The Committee reserves the right to call or cross-examine any witness identified by any other party to this contested matter—including if such other party proffers testimony by way of deposition designation—as well as any person as a rebuttal witness.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**EXHIBITS**

2. The Committee reserves the right to introduce any exhibit for the purpose of rebuttal or any exhibit identified by any other party to this contested matter.

**RESERVATION OF RIGHTS**

3. The Committee reserves the right to supplement this witness and exhibit list in all respects.

*[The remainder of this page intentionally left blank.]*

| | |
|---|---|
| Dated: June 13, 2025<br>Wilmington, Delaware | **BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**<br><br>*/s/ John C. Gentile*<br>Jennifer R. Hoover (DE No. 5111)<br>Kevin M. Capuzzi (DE No. 5462)<br>John C. Gentile (DE No. 6159)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile:  (302) 442-7012<br>E-mail:    jhoover@beneschlaw.com<br>           kcapuzzi@beneschlaw.com<br>           jgentile@beneschlaw.com<br><br>-and-<br><br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>Philip C. Dublin (admitted *pro hac vice*)<br>Meredith A. Lahaie (admitted *pro hac vice*)<br>Abid Qureshi (admitted *pro hac vice*)<br>Joseph L. Sorkin (admitted *pro hac vice*)<br>Kevin Zuzolo (admitted *pro hac vice*)<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: pdublin@akingump.com<br>       mlahaie@akingump.com<br>       aqureshi@akingump.com<br>       jsorkin@akingump.com<br>       kzuzolo@akingump.com<br><br>*Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al.* |