June 6, 2025

RECEIVED
2025 JUN 16 AM 9:46
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

Honorable Craig T Goldblatt
Bankruptcy Court
824 N. Market Street,
3rd Floor, Courtroom #7,
Wilmington, Delaware 19801
Case: Yellow Corporation
  Chapter 11 case # 23-11069 (CTG)

Dear Honorable Judge Goldblatt,
  I am writing you to ask you **not** to let Yellow Corporation change to a Chapter 7 Case. I object.

  I am writing this objection in hopes you will allow it. I did not receive this change notice prior to the date stated I needed to file by. I received the legal notice on the date Due, May 20, 2025.

  I and many others who worked for Yellow Corporation not only lost our jobs, but

2.

lost our insurance, all vacation pay due & for a while our sense of purpose. I myself, worked for Holland/Yellow for over 35 years. I was blindsided by the bankruptcy filing.

I have written numerous letters & sent to all the people I was required to, costing me several hundreds of dollars trying to make sure I at least get the vacation money I was due. The amount was a little over $5,000.00. I have spent money to make sure all involved received my proper filings & objections. Sending signed receipt or overnight.

It has been a nightmare.

Please your Honor do not let them change to Chapter 7. I need what is left from the monies owed to me.

3.

I am sure many families need their money. It took me many months to find another job. Yellow's filing effected thousands upon thousands of families across the United States, in a negative way!

Please help us get the money we and all the families are owed.

I object to changing their case from Chapter 11 to Chapter 7 if it means we do not get to collect what is owed us.

Thank you for considering this request.
Sincerely
William [signature]

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>Hearing Date: June 16, 2025 at 10:00 a.m. (ET)<br>Objection Deadline: May 20, 2025 at 4:00 p.m. (ET) |

### NOTICE OF MOTION OF MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC FOR ENTRY OF AN ORDER CONVERTING THE DEBTORS' CHAPTER 11 CASES TO CASES UNDER CHAPTER 7 OF THE BANKRUPTCY CODE

**PLEASE TAKE NOTICE** that MFN Partners, LP and Mobile Street Holdings, LLC filed the *Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion, if any, must be in writing, filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 3rd Floor, 824 N. Market Street, Wilmington, Delaware 19801, on or before **May 20, 2025 at 4:00 p.m. (ET)** (the "Objection Deadline") and served upon and received by the undersigned counsel for MFN.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Craig T. Goldblatt at the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801 on **June 16, 2025 at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that, copies of the Motion, and other information

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

145 W. [illegible]
Sparta, MI 49345