**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:  ) | Chapter 11 |
| ) | |
| YELLOW CORPORATION, *et al.*,[1]  ) | Case No. 23-11069 (CTG) |
| ) | |
| Debtors.  ) | (Jointly Administered) |
| ) | |
| ) | **Re: Docket No. 7357** |

**NOTICE OF SUBMISSION OF PROOFS OF CLAIM IN CONNECTION WITH DEBTORS' THIRTY-THIRD OMNIBUS (SUBSTANTIVE) OBJECTION TO CLAIMS PURSUANT TO BANKRUPTCY CODE SECTION 502(B), BANKRUPTCY RULES 3003 AND 3007, AND LOCAL RULE 3007-1**

TO:   Parties required to receive notice pursuant to Del. Bankr. L.R. 2002-1.

PLEASE TAKE NOTICE that on August 4, 2025, the above-captioned debtors and debtors in possession (the "Debtors"), filed *Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1* (the "Thirty-Third Objection") [Docket No. 7357] with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Court").  A hearing on the Thirty-Third Omnibus Objection is scheduled for September 4, 2025 at 10:00 a.m. prevailing Eastern Time.

PLEASE TAKE FURTHER NOTICE that the proofs of claim that are required to be delivered to Chambers pursuant to Del. Bankr. L.R. 3007-1(e)(iv) (the "Proofs of Claim") have been delivered to Chambers of the Honorable Craig T. Goldblatt (with all attachments)

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4936-0598-6401.1 96859.001

together with a copy of the Thirty-Third Objection. Copies of any Proof of Claim can be requested from the undersigned counsel to the Debtors.

Dated: August 21, 2025
      Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted pro hac vice) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| 919 North Market Street, 17th Floor | Telephone: (312) 862-2000 |
| P.O. Box 8705 | Facsimile: (312) 862-2200 |
| Wilmington, Delaware 19899-8705 | Email: patrick.nash@kirkland.com |
| Telephone: (302) 652-4100 |       david.seligman@kirkland.com |
| Facsimile: (302) 652-4400 | |
| Email: ljones@pszjlaw.com | -and- |
|     tcairns@pszjlaw.com | |
|     pkeane@pszjlaw.com | Allyson B. Smith (admitted pro hac vice) |
|     ecorma@pszjlaw.com | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*