## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 21, 2025, I caused a true and correct copy of the foregoing *Debtors' Application for Entry of an Order Authorizing the Retention and Employment of Joyce, LLC as Special Counsel to Pursue Avoidance Actions* to be electronically filed with the Clerk of Court and served on the parties on the attached service list via CM/ECF and first-class mail.

Dated: August 21, 2025

<u>/s/ Michael Joyce</u>
Michael J. Joyce

ABERNATHY ROEDER BOYD & HULLETT PC
(COUNSEL TO CITY OF SHERMAN)
ATTN PAUL M LOPEZ; LARRY R BOYD; EMILY M HAHN
1700 REDBUD BLVD, STE 300
MCKINNEY, TX 75069

ACAR LEASING LTD D/B/A GM FINACIAL LEASING
ATTN LORENZO NUNEZ
PO BOX 183853
ARLINGTON, TX 76096

AIS PORTFOLIO SERVICES LLC
ATTN ALLY BANK DEPARTMENT
ACCOUNT XXXXXXXX0604
4515 N SANTA FE AVE, DEPT APS
OKLAHOMA CITY, OK 73118

AKERMAN LLP
(COUNSEL TO CITY WIDE FRANCHISE COMPANY, INC)
ATTN: MARK S. LICHTENSTEIN
1251 AVENUE OF THE AMERICAS, 37TH FL
NEW YORK, NY 10020

AKIN GUMP STRAUS HAUER & FELD LLP
(COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
ATTN P DUBLIN; M LAHAIE; K ZUZOLO
ONE BRYANT PARK
NEW YORK, NY 10036

ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS
(COUNSEL TO ORANGE BATAVIA I LLC)
ATTN MICHAEL S GREGER
2010 MAIN ST, FL 8
IRVINE, CA 92614-7214

ALTER DOMUS PRODUCTS CORP.
ADMIN & COLL. AGTS UNDER B-2 TERM LOAN
ATTN: LEGAL DEPT, E. PAPPAS & C CAPEZUTI
225 W. WASHINGTON STREET, 9TH FLOOR
CHICAGO, IL 60606

ALTER DOMUS PRODUCTS CORP.
ATTN: LEGAL DEPT - AGENCY, DIP AGENT
EMILY ERGANG PAPPAS AND CHRIS CAPEZUTI
225 W. WASHINGTON STREET, 9TH FLOOR
CHICAGO, IL 60606

ARNOLD & PORTER KAYE SCHOLER LLP
COUNSEL TO US DEPT OF THE TREASURY
ATTN: ROSA EVERGREEN
601 MASSACHUSETTS AVE., N.W.
WASHINGTON, DC 20001

ARNOLD & PORTER KAYE SCHOLER LLP
COUNSEL TO US DEPT OF THE TREASURY
ATTN: MICHAEL MESSERSMITH
70 WEST MADISON STREET, SUITE 4200
CHICAGO, IL 60602

ASHBY & GEDDES PA
(COUNSEL TO PACCAR FINANCIAL CORP & UNION
PACIFIC RAILROAD CO; MG FISHERSVILLE; MAD ACQUIS)
ATTN M DEBAECKE; G TAYLOR; D BESKRONE
500 DELAWARE AVE, 8TH FL
WILMINGTON, DE 19801

BALLARD SPAHR LLP
(COUNSEL TO ORANGE BATAVIA; LANDLORDS)
ATTN L HEILMAN; L ROGLEN; N BRANNICK; M VESPER
919 N MARKET ST, FL 11
WILMINGTON, DE 19801-3034

BAYARD, PA
(COUNSEL TO DIESEL DIRECT)
ATTN: ERICKA F. JOHNSON & STEVE D. ADLER
600 NORTH KING ST, STE 400
WILMINGTON, DE 19801

BEACON LAW GROUP, LLC
(COUNSEL TO DIESEL DIRECT)
ATTN: ADAM J. RUTTENBERG
935 GREAT PLAIN AVE, #116
NEEDHAM, MA 02492

BEAL BANK USA
C/O CLMG CORP
6000 LEGACY DRIVE
PLANO, TX 75024

BEESON TAYER & BODINE
ATTN: G PILLER; C SCHECHTER
492 NINTH ST, STE 350
OAKLAND, CA 94607

BEESON TAYER & BODINE APC
(COUNSEL TO GENERAL TEAMSTERS LOCAL 439)
ATTN CATHERINE E HOLZHAUSER
520 CAPITOL MALL, STE 300
SACRAMENTO, CA 95814-4714

BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
(COUNSEL TO OFFICIAL COMMITTEE OF UNSECURED
CREDITORS)
ATTN: J. HOOVER, K. CAPUZZI, J. GENTILE
1313 NORTH MARKET STREET, SUITE 1201
WILMINGTON, DE 19801

BENSON ALLRED INJURY LAW
(COUNSEL TO MR RODRIGUEZ)
ATTN JOSHUA BENSON
6250 N DURANGO DR
LAS VEGAS, NV 89149

BIELLI & KLAUDER LLC
(COUNSEL TO OLD REPUBLIC INSURANCE CO;
CUSTOMERS COMMERCIAL FINANCE LLC)
ATTN DAVID M KLAUDER
1204 N KING ST
WILMINGTON, DE 19801

BIFFERATO FIRM PA, THE
(COUNSEL TO ROGER KEEF, AS REPRESENTATIVE)
ATTN IAN CONNOR BIFFERATO
1007 N ORANGE ST, 4TH FL
WILMINGTON, DE 19801

BILLION LAW
(COUNSEL TO MOVANT)
ATTN: MARK BILLION
20184 COASTAL HWY, STE 205
REHOBOTH BEACH, DE 19971

BINGAMAN HESS COBLENTZ & BELL PC
(COUNSEL TO MUHLENBERG TWP AUTH)
ATTN THOMAS A ROTHERMEL
TREEVIEW CORP CTR, STE 100
2 MERIDIAN BLVD
WYOMISSING, PA 19601

BLANK ROME LLP
(COUNSEL TO PNC BANK, NATIONAL ASSOCIATION)
ATTN: REGINA STANGO KELBON, LAWRENCE R THOMAS III
12O1 N MARKET STREET, SUITE 800
WILMINGTON, DE 19801

BLANK ROME LLP
(COUNSEL TO PNC BANK, NATIONAL ASSOCIATION)
ATTN: JOHN E. LUCIAN
ONE LOGAN SQUARE
130 NORTH 18TH STREET
PHILADELPHIA, PA 19103

BNSF RAILWAY
ATTN JILL RUGEMA
2500 LOU MENK DR
FORT WORTH, TX 76131

BROUSE MCDOWELL, LPA
(COUNEL TO THE GOODYEAR TIRE & RUBBER COMPANY)
ATTN JULIE K ZURN; MARC B MERKLIN
388 S MAIN ST, STE 500
AKRON, OH 44311

BROWN MCGARRY NIMEROFF LLC
(COUNSEL TO CITY WIDE FRANCHISE COMPANY, INC.)
ATTN: JAMI B. NIMEROFF
919 N. MARKET STREET, SUITE 420
WILMINGTON, DE 19801

BRYAN CAVE LEIGHTON PAISNER LLP
(COUNSEL TO SAIA INC; SAIA MOTOR FREIGHT)
ATTN LAURENCE M FRAZEN; JARRET HITCHINGS
ONE KANSAS CITY PLACE
1200 MAIN ST, STE 3800
KANSAS CITY, MO 64105-2122

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO TSC EQUIPMENT FINANCE)
ATTN GEOFFREY G GRIVNER; KODY M SPARKS
500 DELAWARE AVE, STE 720
WILMINGTON, DE 19801

BUCHANAN INGERSOLL & ROONEY PC
(COUNSEL TO TSC EQUIPMENT FINANCE)
ATTN TIMOTHY P PALMER
UNION TRUST BLDG
501 GRANT ST, STE 200
PITTSBURGH, PA 15219-4413

BYRAN CAVE LEIGHTON PAISNER LLP
(COUNSEL TO SAIA INC; SAIA MOTOR FREIGHT)
ATTN LAURENCE M FRANZEN; JARRET HITCHINGS
ONE KANSAS CITY PLACE
1200 MAIN ST, STE 3800
KANSAS CITY, MO 64105-2122

CAVA LAW LLC
(COUNSEL FOR OCTAVIO FERNANDEZ VIERA)
ATTN JESUS SANTIAGO
1390 S DIXIE HWY, STE 1110
MIAMI, FL 33146

CENTRAL STATES FUNDS
ATTN BRAD R BERLINER; ANDREW J HERINK
DANIEL SULLIVAN
8647 W HIGGINS RD, 8TH FL
CHICAGO, IL 60631

CHAFFETZ LINDSEY LLP
(COUNSEL TO USF HOLLAND LLC; USHOLL LLC)
ATTN ALAN J LIPKIN; ALEX LUPSAIU
1700 BROADWAY, 33RD FL
NEW YORK, NY 10019

CHARLES E DORR PC
(COUNSEL TO CREDITOR)
ATTN CHARLES E DORR
201 W JEFFERSON ST
MADISON, GA 30650

CHIPMAN BROWN CICERO & COLE LLP
(COUNSEL TO SAIA INC; SAIA MOTOR FREIGHT)
ATTN WILLIAM E CHIPMAN, JR; MARK D OLIVERE
HERCULES PLAZA
1313 N MARKET ST, STE 5400
WILMINGTON, DE 19801

CHOATE HALL & STEWART LLP
(COUNSEL TO CITIZENS BUSINESS CAPITAL)
ATTN KEVIN J SIMARD; JONATHAN D MARSHALL; SETH D
MENNILLO; M HAMPTON FOUSHEE
TWO INTERNATIONAL PLACE
BOSTON, MA 02110

CLARK HILL PLC
(COUNSEL TO MID-AMERICA CONSTRUCTORS)
ATTN KAREN M GRIVNER
824 N MARKET ST, STE 710
WILMINGTON, DE 19801

COHEN LEDER MONTALBANO & CONNAUGHTON
(COUNSEL TO TRUCKING EMPLOYEES OF NORTH
JERSEY WELFARE & PENSION FUND, ET AL)
ATTN PAUL MONTALBANO; BRADY CONNAUGHTON
669 RIVER DR, STE 125
ELMWOOD PARK, NJ 07407

COHNE KINGHORN PC
(COUNSEL TO FREIGHT LINE PROPERTIES LLC)
ATTN GEORGE HOFFMAN
111 E BROADWAY, 11TH FL
SALT LAKE CITY, UT 84111

COLLINS PRICE & WARNER
(COUNSEL TO DARIUN WRIGHT)
ATTN: RAEANN WARNER
8 EAST 13TH ST
WILMINGTON, DE 19801

COMMONWEALTH OF PENNSYLVANIA
DEPT OF LABOR & INDUSTRY, COLLECTIONS
ATTN: RYAN STARNOWSKY
PO BOX 68568
HARRISBURG, PA 17106-8568

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF ENVIRONMENTAL PROTECTION
ATTN: MICHAEL T FERRENCE
2 PUBLIC SQUARE
WILKES BARRE, PA 18701-1915

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF ENVIRONMENTAL PROTECTION
ATTN: BRIAN L GREENERT
400 WATERFRONT DR
PITTSBURGH, PA 15222-4739

COMMONWEALTH OF PENNSYLVANIA
DEPARTMENT OF ENVIRONMENTAL PROTECTION
ATTN: ROBERT W MCATEER
400 MARKET ST, 9TH FL
HARRISBURG, PA 17101

COMMONWEALTH OF PUERTO RICO ATTY GENERAL
ATTN: DOMINGO EMANUELLI HERNANDEZ
PO BOX 9020192
SAN JUAN, PR 00902-0192

COOKSEY TOOLEN GAGE DUFFY & WOOG
(COUNSEL TO MERCEDES-BENZ VEHICLE TRUST)
ATTN KIM GAGE; RANDALL MROCZYNSKI
535 ANTON BLVD, 10TH FL
COSTA MESA, CA 92626

COUSINS LAW LLC
(COUNSEL TO APOLLO CAPITAL MGMT LP)
ATTN SCOTT D COUSINS
1521 CONCORD PIKE, STE 301
WILMINGTON, DE 19803

CROSS & SIMON LLC
(COUNSEL TO R+L CARRIERS INC, ET AL)
ATTN CHRISTOPHER P SIMON
1105 N MARKET ST, STE 901
WILMINGTON, DE 19801

DAIMLER TRUCKS NA
ATTN JOHN OLEARY; KIRSTIN ABEL
4555 NORTH CHANNEL AVENUE
PORTLAND, OR 97217

DEMAYO LAW OFFICES LLP
(COUNSEL TO KASHA FERGUSON)
ATTN ADRIENNE S BLOCKER
1211 E MOREHEAD ST
CHARLOTTE, NC 28204

DILWORTH PAXSON LLP
(COUNSEL TO NATIONS FUND I LLC)
ATTN MARTIN J WEIS
704 N KING ST, STE 500
PO BOX 1031
WILMINGTON, DE 19899-1031

DISTRICT OF COLUMBIA ATTORNEY GENERAL
ATTN: BRIAN L. SCHWALB
400 6TH STREET, NW
WASHINGTON, DC 20001

DLA PIPER LLP (US)
(COUNSEL TO NATIONS CAPITAL, LLC, ET AL.)
ATTN: STUART M. BROWN
1201 NORTH MARKET ST, STE 2100
WILMINGTON, DE 19801

DLA PIPER LLP (US)
(COUNSEL TO NATIONS CAPITAL, LLC, ET AL.)
ATTN: RACHEL EHRLICH ALBANESE
1251 AVENUE OF THE AMERICAS
NEW YORK, NY 10020

DOSHI LEGAL GROUP PC
(COUNSEL TO ORACLE AMERICA)
ATTN AMISH R DOSHI
1979 MARCUS AVE, STE 210E
NEW HYDE PARK, NY 11042

DUANE MORRIS LLP
(COUNSEL TO RICOH USA; VALLEY NATIONAL)
ATTN SOMMER L ROSS
1201 N MARKET ST, STE 501
WILMINGTON, DE 19801

EMMET MARVIN & MARTIN LLP
(COUNSEL TO WEBSTER BANK)
ATTN THOMAS A PITTA
120 BROADWAY, 32ND FL
NEW YORK, NY 10271

EPSTEIN BECKER & GREEN
(COUNSEL TO LOCAL 805 FUNDS)
ATTN WENDY G MARCARI
875 THIRD AVE
NEW YORK, NY 10022

FAEGRE DRINKER BIDDLE & REATH LLP
(COUNSEL TO PPF SUDBERRY; PENSKE TRUCK)
ATTN BRETT D FALLON; JOSEPH ARGENTINA, JR
222 DELAWARE AVE, STE 1410
WILMINGTON, DE 19801

FARELLA BRAUN + MARTELL LLP
(COUNSEL TO MR LEVINSON)
ATTN: GARY M KAPLAN
ONE BRUSH ST, STE 900
SAN FRANCISCO, CA 94104

FARNAN LLP
(COUNSEL TO ROGER KEEF)
ATTN BRIAN E FARNAN; MICHAEL J FARNAN
919 N MARKET ST, 12TH FL
WILMINGTON, DE 19801

FEINBERG DUMONT & BRENNAN
(COUNSEL FOR NEW ENGLAND TEAMSTERS PENSION FUND,
TEAMSTERS UNION 25 HEALTH SVCS & INS PLN &
TEAMSTERS LOCAL UNION 653 HEALTH, WELFARE &
INSURANCE FUND)
ATTN:
177 MILK ST, STE 300
BOSTON, MA 02109

FONTANEZ, FERNANDO
ADDRESS ON FILE

FOX SWIBEL LEVIN & CARROLL LLP
(COUNSEL TO OLD REPUBLIC INSURANCE CO)
ATTN MARGARET M SCHULTZ; RYAN T SCHULTZ;
KENNETH M THOMAS
200 W MADISON ST, STE 3000
CHICAGO, IL 60606

GELLERT SEITZ BUSENKELL & BROWN LLC
(COUNSEL TO PA TEAMSTERS PENSION FUND, ET AL)
ATTN MICHAEL BUSENKELL; MICHAEL VAN GORDER
1201 N ORANGE ST, STE 300
WILMINGTON, DE 19801

GRAY ROBINSON PA
(COUNSEL TO CITADEL ADVISORS LLC)
ATTN JEFFREY SCHLERF
1007 N ORANGE ST, 4TH FL, #127
WILMINGTON, DE 19801

GREENBERG TRAURIG LLP
(COUNSEL TO MERCEDES-BENZ VEHICLE TRUST)
ATTN ANTHONY W CLARK; DENNIS A MELORO
222 DELAWARE AVE, STE 1600
WILMINGTON, DE 19801

GRIMES & LINEBARGER LLP
(COUNSEL TO CITY OF MESQUITE)
ATTN JOHN KENDRICK TURNER
120 W MAIN, STE 201
MESQUITE, TX 75149

GROOM LAW GROUP
(COUNSEL TO PENSION FUNDS)
ATTN EDWARD MEEHAN; SAMUEL LEVIN
1701 PENNSYLVANIA AVE NW
WASHINGTON, DC 20006-5811

HAYNES AND BOONE LLP
(COUNSEL TO BNSF RAILWAY CORP)
ATTN IAN PECK; DAVID STAAB; JORDAN CHAVEZ
2801 N HARWOOD ST, STE 2300
DALLAS, TX 75201

HILLER LAW LLC
(COUNSEL TO OCTAVIO FERNANDEZ VIERA)
ATTN ADAM HILLER
300 DELAWARE AVE, STE 210, #227
WILMINGTON, DE 19801

HOGAN LOVELLS
(COUNSEL TO THE BANK OF NEW YORK MELLON)
ATTN: RONALD J SILVERMAN; ROBERT A RIPIN
390 MADISON AVE
NEW YORK, NY 10017

HOLLAND & KNIGHT LLP
COUNSEL TO ALTER DOMUS PRODS, DIP AGENT
ATTN: JOSHUA M. SPENCER
150 N. RIVERSIDE PLAZA, SUITE 2700
CHICAGO, IL 60606

HOLLAND & KNIGHT LLP
COUNSEL TO ALTER DOMUS PRODUCTS CORP.
ADMIN AGT B2 TERM LOAN, ATTN: J. SPENCER
150 N. RIVERSIDE PLAZA, SUITE 2700
CHICAGO, IL 60606

IMPERIAL COUNTY
TRASURER-TAX COLLECTOR
940 W MAIN ST, STE 106
EL CENTRO, CA 92243

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNATIONAL BROTHERHOOD OF TEAMSTERS
ATTN FRED ZUCKERMAN
25 LOUISIANA AVE, NW
WASHINGTON, DC 20001

JACK SHRUM PA
(COUNSEL TO KANSAS CITY SOUTHERN RAILWAY CO)
ATTN J JACKSON SHRUM
919 N MARKET ST, STE 1410
WILMINGTON, DE 19801

JACOBY & MEYERS LLP
(COUNSEL TO MOVANT)
ATTN SHANE HAPUARACHY; ALICIA CURRAN
10900 WILSHIRE BLVD, 15TH FL
LOS ANGELES, CA 90024

JAVERBAUM WURGAFT HICKS KAHN WIKSTROM SININS PC
(COUNSEL TO AMERIGAS PROPANE LP)
ATTN RAYMOND M PATELLA
505 MORRIS AVE
SPRINGFIELD, NJ 07081

KELLEY DRYE & WARREN LLP
(COUNSEL FOR TERRENO REALTY CORP)
ATTN ROBERT LEHANE; RICHARD GAGE; STEVEN YACHIK
3 WORLD TRADE CENTER
175 GREENWICH ST
NEW YORK, NY 10007

KENNETH S NUGENT PC
(COUNSEL TO MR ABERNATHY)
ATTN MATTHEW RICHARDSON
4227 PLEASANT HILL RD, BLDG 11
DULUTH, GA 30096

KEURIG DR PEPPER
C/O RICHARD W WARD
6304 TEAL CT
PLANO, TX 75024

KING & SPALDING LLP
(COUNSEL TO SARATOGA RACK MARKETING LLC)
ATTN THADDEUS D WILSON
1180 PEACHTREE ST, NE, STE 1600
ATLANTA, GA 30309

KING & SPALDING LLP
(COUNSEL TO SARATOGA RACK MARKETING LLC)
ATTN MICHAEL FISHEL
1100 LOUISIANA ST, STE 4100
HOUSTON, TX 77002

KLEHR HARRISON HARVEY BRANZBURG
(COUNSEL TO MICHIGAN TEAMSTERS)
ATTN RAYMOND H LEMISCH
919 MARKET ST, STE 1000
WILMINGTON, DE 19801-3062

KLEINBARD LLC
(COUNSEL TO ALMO CORPORATION)
ATTN E DAVID CHANIN
THREE LOGAN SQUARE
1717 ARCH ST, 5TH FL
PHILADELPHIA, PA 19103

KOHNER MANN KAILAS SC
(COUNSEL TO SIGNIFY NORTH AMERICAN CORP)
ATTN SAMUEL C WISOTZKEY
4650 N PORT WASHINGTON RD
MILWAUKEE, WI 53212-1059

KROLL HEINEMAN PTASIEWICZ & PARSONS LLC
(COUNSEL TO TEAMSTERS LOCAL 641 FUNDS)
91 FIELDCREST AVE, STE 35
EDISON, NJ 08837

KURTZMAN STEADY LLC
(COUNSEL FOR FRANKFORD CROSSING)
ATTN JEFFREY KURTZMAN
101 N WASHINGTON, STE 4A
MARGATE CITY, NJ 08402

KYE LAW GROUP, P.C.
(COUNSEL TO MITSUBISHI HC CAPITAL AMERICA, INC.)
ATTN: MATTHEW F. KYE
201 OLD COUNTRY ROAD, SUITE 120
MELVILLE, NY 11747

LANE & NACH
(COUNSEL TO CREDITOR)
ATTN ADAM N NACH
2001 E CAMPBELL AVE, STE 103
PHOENIX, AZ 85016

LAW OFFICE OF JAMES TOBIA LLC
(COUNSEL TO PARTY OF INTEREST)
ATTN JAMES TOBIA
1716 WAWASET ST
WILMINGTON, DE 19806

LAW OFFICES OF SUSAN E KAUFMAN LLC
(COUNSEL TO INTL BROTHERHOOD OF TEAMSTERS, ET AL;
INTL ASSOCIATION OF MACHINISTS & AEROSPACE WKRS)
ATTN SUSAN E KAUFMAN
919 N MARKET ST, STE 460
WILMINGTON, DE 19801

LINEBARGER GOGGAN BLAIR & SAMPSON LLC
(COUNSEL TO NUECES, MCLENNAN COUNTIES, ET AL)
ATTN DIANE W SANDERS
PO BOX 17428
AUSTIN, TX 78760-7428

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO CITY OF EAGLE PASS & EAGLE PASS ISD)
ATTN DON STECKER
112 E PECAN ST, STE 2200
SAN ANTONIO, TX 78205

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO CYPRESS-FAIRBANKS; JEFFERSON
COUNTY; HARRIS COUNTY; FORT BEND COUNTY)
ATTN TARA L GRUNDEMEIER
PO BOX 3064
HOUSTON, TX 77253-3064

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO DALLAS CTY, TARRANT CTY, IRVING ISD)
ATTN JOHN KENDRICK TURNER
2777 N STEMMONS FWY, STE 1000
DALLAS, TX 75207

LINEBARGER GOGGAN BLAIR & SAMPSON LLP
(COUNSEL TO BEXAR COUNTY & EL PASO)
ATTN DON STECKER
112 E PECAN ST, STE 2200
SAN ANTONIO, TX 78205

LIPSON NEILSON PC
(COUNSEL TO CREDITOR JAMES CHARLES HOWARD)
ATTN MICHAEL D LIEBERMAN
3910 TELEGRAPH RD, STE 200
BLOOMFIELD HILLS, MI 48302

LOIZIDES PA
(COUNSEL TO PLAINTIFFS)
ATTN CHRISTOPHER D LOIZIDES
1225 KING ST, STE 800
WILMINGTON, DE 19801

MADDIN HAUSER ROTH & HELLER
(COUNSEL TO MICHIGAN TEAMSTERS)
ATTN DAVID M EISENBERG
28400 NORTHWESTERN HWY
SOUTHFIELD, MI 48034

MAGNOZZI LAW FIRM
(COUNSEL TO ORACLE AMERICA INC)
ATTN: MARK MAGNOZZI; BENJAMIN RACHELSON
23 GREEN ST, STE 302
HUNTINGTON, NY 11743

MARICOPA COUNTY ATTORNEY'S OFFICE
ATTN PETER MUTHIG
225 W MADISON ST
PHOENIX, AZ 85003

MCCARTER & ENGLISH LLP
(COUNSEL TO PEAPACK GLADSTONE; ET AL)
ATTN KATE ROGGIO BUCK &
SHANNON D HUMISTON
405 N KING ST, 8TH FL
WILMINGTON, DE 19801

MCCARTER & ENGLISH LLP
(COUNSEL TO PEAPACK GLADSTONE BANK)
ATTN JOSEPH LUBERTAZZI, JR; SHEILA CALELLO
100 MULBERRY ST
NEWARK, NJ 07102

MCCREARY VESELKA BRAGG & ALLEN PC
(COUNSEL TO BOWIE CENTRAL; ET AL)
ATTN JULIE ANN PARSONS
700 JEFFREY WAY, STE 100
ROUND ROCK, TX 78680-1269

MCELROY DEUTSCH MULVANEY & CARPENTER LLP
(COUNSEL TO NJSIGA)
ATTN GARY D. BRESSLER
300 DELAWARE AVE, STE 1014
WILMINGTON, DE 19801

MICHELIN NORTH AMERICA INC
ATTN ROLAND KNIGHT
1 PARKWAY SOUTH
GREENVILLE, SC 29615

MILBANK LLP
(COUNSEL TO APOLLO CAPITAL MANAGEMENT; ET AL)
ATTN DENNIS F DUNNE & MATTHEW L BROD
55 HUDSON YARDS
NEW YORK, NY 10001

MILBANK LLP
(COUNSEL TO NEW ENGLAND TEAMSTERS)
ATTN ANDREW LEBLANC; ERIN DEXTER;
MELANIE WESTOVER YANEZ
1850 K ST NW, STE 1100
WASHINGTON, DC 20006

MONTGOMERY MCCRACKEN WALKER & RHOADS LLP
(COUNSEL TO BURR & TEMKIN SOUTH)
1105 N MARKET ST, STE 1500
WILMINGTON, DE 19801

MORRIS NICHOLS ARSHT & TUNNELL LLP
(COUNSEL TO USF HOLLAND; SARATOGA RACK; USHOLL)
ATTN C MILLER; M HARVEY; J WEYAND
1201 N MARKET ST, STE 1600
PO BOX 1347
WILMINGTON, DE 19899-1347

MORRIS, NICHOLS, ARSHT & TUNNELL LLP
(COUNSEL TO XPO, INC.)
ATTN: DEREK C. ABBOTT & SOPHIE ROGERS CHURCHILL
1201 N. MARKET ST, STE 1600
PO BOX 1347
WILMINGTON, DE 19899-1347

MUNSCH HARDT KOPF & HARR PC
(COUNSEL TO EDINBURGH LOGISTICS ASSETS LLC &
FINLAYSON LOGISTICS ASSETS LLC)
ATTN DEBORAH M PERRY
500 N AKARD ST, STE 3800
DALLAS, TX 75201-6659

MYERS & MYERS PLLC
(COUNSEL TO MID-AMERICAN CONSTRUCTORS)
ATTN REBECCA J S CASSELL
915 N MICHIGAN AVE, STE 200
HOWELL, MI 48843

NATIONAL LABOR RELATIONS BOARD, REG 7
ATTN STEVEN CARLSON
GERALD R FORD FEDERAL BLDG
110 MICHIGAN STREET NW, RM 299
GRAND RAPIDS, MI 49503

NEW YORK STATE DEPT OF LAW
ENVIRONMENTAL PROECTION BUREAU
ATTN STEPHEN M NAGLE
THE CAPITOL
ALBANY, NY 12224

NORTON ROSE FULBRIGHT US LLP
(COUNSEL TO MITSUBISHI LOGISNEXT AMERICAS)
ATTN REBECCA J WINTHROP
555 S FLOWER ST, 41ST FL
LOS ANGELES, CA 90071

NY OFFICE OF THE ATTORNEY GEN
ENVIRONMENTAL PROTECTION BUREAU
ATTN STEVE H NGUYEN
THE CAPITOL
ALBANY, NY 12224

NY STATE TEAMSTERS PENSION/HEALTH FUNDS
ATTN KENNETH R STILWELL
PO BOX 4929
SYRACUSE, NY 13221-4928

OFFICE OF THE ATTORNEY GENERAL OF TEXAS
(COUNSEL TO THE TX DEPT OF INS;
TX COMPTROLLER OF PUBLIC ACCOUNTS)
ATTN SEAN T FLYNN; LAYLA D MILLIGAN
PO BOX 12548
AUSTIN, TX 78711-2548

OFFICE OF THE UNITED STATES ATTORNEY
DISTRICT OF DELAWARE
HERCULES BUILDING
1313 N MARKET ST, STE 400
WILMINGTON, DE 19801

OFFICE OF THE US TRUSTEE
DISTRICT OF DELAWARE
844 KING STREET, SUITE 2207
LOCKBOX 35
WILMINGTON, DE 19801

OFFIT KURMAN PA
(COUNSEL TO AMER NASSER; OMEIRA ULLOQUE)
ATTN BRIAN J MCLAUGHLIN
222 DELAWARE AVE, STE 1105
WILMINGTON, DE 19801

OHIO DEPT OF JOBS AND FAMILY SERVICES
COLLECTIONS ENFORCEMENT, TOLEDO REGIONAL OFFICE
ATTN: JONATHAN BLANTON, ASST ATTORNEY GENERAL
ONE GOVERNMENT CENTER, SUITE 1240
TOLEDO, OH 43604-2261

OKLAHOMA COUNTY TREASURER
ATTN TAMMY JONES
320 ROBERT S KERR, RM 307
OKLAHOMA CITY, OK 73102

PACHULSKI STANG ZIEHL & JONES LLP
(LOCAL DEBTORS' COUNSEL)
ATTN: LAURA DAVIS JONES, TIMOTHY P CAIRNS,
PETER J KEANE, EDWARD A CORMA
919 NORTH MARKET STREET, 17TH FL
WILMINGTON, DE 19801

PARAVATI KARL GREEN & DEBELLA LLP
(COUNSEL TO NYSP HEALTH FUND & PENSION FUND)
ATTN VINCENT M DEBELLA
LANDMARC BUILDING
520 SENECA ST, STE 105
UTICA, NY 13502

PASHMAN STEIN WALDER HAYDEN PC
(COUNSEL TO HAWKEY TRANPORTATION)
ATTN JOSEPH C BARSALONA II
1007 N ORANGE ST, 4TH FL, STE 183
WILMINGTON, DE 19801

PAUL HASTINGS LLP
(COUNSEL TO AD HOC EQUITY HLDRS)
ATTN JAYME GOLDSTEIN; DANIEL FLIMAN;
GABE SASSON
200 PARK AVE
NEW YORK, NY 10166

PENSION BENEFIT GUARANTY CORP
OFFICE OF THE GENERAL COUNSEL
ATTN R STARK; S SERSPINSKI; D HRISTOVA
D AMADOR; S THOMAS; J GINSBERG; B KELLY
445 12TH ST, SW
WASHINGTON, DC 20024

PENSION BENEFIT GUARANTY CORPORATION
PATRICIA KELLY, CHIEF FINANCIAL OFFICER
445 12TH ST SW
WASHINGTON, DC 20024-2101

PERDUE BRANDON FIELDER COLLINS & MOTT LLP
(COUNSEL TO LUBBOCK CENTRAL APPRAISAL DIST)
ATTN LAURA J MONROE
PO BOX 817
LUBBOCK, TX 79408

PIERSON FERDINAND LLP
(COUNSEL FOR ROAD CARRIERS LOCAL)
ATTN CARL NEFF; MAURA BURKE
112 FRENCH ST
WILMINGTON, DE 19801

POLSINELLI PC
(COUNSEL TO EXISERVICE HOLDINGS INC, ET AL)
ATTN CA WARD; KM DEVANNEY; MV DIPIETRO
222 DELAWARE AVE, STE 1101
WILMINGTON, DE 19801

POTTER ANDERSON & CORROON LLP
(COUNSEL TO MFN PARTNERS LP)
ATTN L KATHERINE GOOD; MARIA KOTSIRAS
1313 N MARKET ST, FL 6
WILMINGTON, DE 19801

PREVIANT LAW FIRM, SC, THE
(COUNSEL TO THE INTL BROTHERHOOD OF TEAMSTERS, ET
AL; INTL ASSOC OF MACHINISTS & AEROSPACE WRKS)
ATTN J HARTLEY; E WOODS; Y HO
310 W WISCONSIN AVE, STE 100MW
MILWAUKEE, WI 53203

PULLMAN & COMLEY LLC
(COUNSEL TO NATIONS FUND I LLC)
ATTN KRISTIN B MAYHEW
850 MAIN ST
PO BOX 7006
BRIDGEPORT, CT 06601-7006

QUINN EMANUEL URQUHART & SULLIVAN LLP
(COUNSEL TO MFN PARTNERS LP)
ATTN SUSHEEL KIRPALANI
51 MADISON AVE, FL 22
NEW YORK, NY 10010

QUINN EMANUEL URQUHART & SULLIVAN LLP
(COUNSEL TO MFN PARTNERS LP)
ATTN ERIC WINSTON
865 S FIGUEROA ST, FL 10
LOS ANGELES, CA 90017

RAINES FELDMAN LITTRELL LLP
(COUNSEL TO LINK LOGISTICS, ET AL)
ATTN DAVID S FORSH
1350 AVENUE OF THE AMERICAS, 22ND FL
NEW YORK, NY 10019

RAISNER ROUPINIAN LLP
(COUNSEL TO PLAINTIFFS)
ATTN JACK A RAISNER; RENE S ROUPINIAN
270 MADISON AVE, STE 1801
NEW YORK, NY 10010

REED SMITH LLP
(COUNSEL TO BNYM; TRUIST EQUIPMENT FINANCE;
PRIME ALLIANCE BANK; ARCO CREDIT CORP; AFCO)
ATTN KURT F GWYNNE; MARK W ECKARD; JASON D ANGELO
1201 MARKET ST, STE 1500
WILMINGTON, DE 19801

REGER RIZZO & DARNALL LLP
(COUNSEL TO RINGO J BAKER)
ATTN LOUIS J RIZZO
BRANDYWINE PLAZA WEST
1521 CONCORD PIKE, STE 305
WILMINGTON, DE 19803

RFT LOGISTICS LLC
ATTN CHRISTOPHER MEJIA, CEO
14439 NW MILITARY HWY
SUITE 108-607
SAN ANTONIO, TX 78231

RICHARDS LAYTON & FINGER PA
(COUNSEL TO CITIZENS BUSINESS CAPITAL, ET AL)
ATTN MARK D COLLINS; JOHN H KNIGHT; DAVID T
QUEROLI; ALEXANDER R STEIGER, CORY D KANDESTIN
ONE RODNEY SQUARE
920 N KING ST
WILMINGTON, DE 19801

ROBINSON & COLE LLP
(COUNSEL TO MOVANT)
ATTN JAMIE L EDMONSON, KATHERINE S. DUTE
1201 N MARKET ST, STE 1406
WILMINGTON, DE 19801

ROCK ISLAND COUNTY ILLINOIS
ATTN AUSTIN CARLSON, ASST STATE'S ATTY
1317 THIRD AVE, FL 2
ROCK ISLAND, IL 61201

ROPES & GRAY LLP
ATTN LUCAS S SMITH
191 N WACKER DR, 32ND FL
CHICAGO, IL 60606

ROPES & GRAY LLP
ATTN NATASHA S HWANGPO
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

ROSNER LAW GROUP LLC
(COUNCEL TO G&I CHESHIRE LLC; CREDITOR)
ATTN FREDERICK B ROSNER
824 N MARKET ST, STE 810
WILMINGTON, DE 19801

S&D LAW
(COUNSEL TO APPLETREE REALTY HOLDINGS)
ATTN MICHAEL L SCHLEPP
1550 WEWATTA ST, FL 2
DENVER, CO 80202

SALDUTTI LAW GROUP
(COUNSEL TO CUSTOMERS COMMERCIAL FINANCE)
ATTN ROBERT L SALDUTTI; REBECCA K MCDOWELL
1700 MARKET ST, STE 1005
PHILADELPHIA, PA 19103

SANDBERG PHOENIX & VON GONTARD PC
(COUNSEL TO BLUE BEACON; CWW ENTERPRISES)
4600 MADISON AVE, STE 1000
KANSAS CITY, MO 64112

SAUDER SCHELKOPF LLC
(COUNSEL TO ROGER KEEF, AS REPRESENTATIVE)
ATTN JOSEPH G SAUDER; JOSEPH B KENNEY
1109 LANCASTER AVE
BERWYN, PA 19312

SAUL EWING LLP
(COUNSEL TO WALMART INC,)
ATTN MARK MINUTI; LUCIAN MURLEY
1201 N MARKET ST, STE 2300
PO BOX 1266
WILMINGTON, DE 19899

SECURITIES & EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
100 PEARL ST, STE 20-100
NEW YORK, NY 10004-2616

SECURITIES & EXCHANGE COMMISSION
100 F STREET, NE
WASHINGTON, DC 20549

SEYFARTH SHAW LLP
(COUNSEL TO THE HOME DEPOT)
ATTN JAMES B SOWKA
233 S WACKER DR, STE 8000
CHICAGO, IL 60606

SORENSON VAN LEUVEN PLLC
(COUNSEL TO FLORIDA SELF-INSURERS ASSN)
ATTN JAMES E SORENSON
PO BOX 3637
TALLAHASSEE, FL 32315-3637

SPOTTS FAIN PC
(COUNSEL TO MG FISHERSVILLE; MAD ACQUISITION)
ATTN NEIL E MCCULLAGH
411 E FRANKLIN ST, STE 600
RICHMOND, VA 23219

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: STEVE MARSHALL
501 WASHINGTON AVE
MONTGOMERY, AL 36104

STATE OF ALABAMA ATTORNEY GENERAL
ATTN: STEVE MARSHALL
PO BOX 300152
MONTGOMERY, AL 36130-0152

STATE OF ALASKA ATTORNEY GENERAL
ATTN: TREG TAYLOR
1031 W 4TH AVE, STE 200
ANCHORAGE, AK 99501-1994

STATE OF AMERICAN SAMOA ATTORNEY GENERAL
ATTN: FAINU'ULELEI FALEFATU ALA'ILIMAUTU
EXECUTIVE OFFICE BLDG, 3RD FL
PO BOX 7
UTULEI, AS 96799

STATE OF ARIZONA ATTORNEY GENERAL
ATTN: KRIS MAYES
2005 NORTH CENTRAL AVENUE
PHOENIX, AZ 85004-2926

STATE OF ARKANSAS ATTORNEY GENERAL
ATTN: TIM GRIFFIN
323 CENTER ST, STE 200
LITTLE ROCK, AR 72201-2610

STATE OF CALIFORNIA ATTORNEY GENERAL
ATTN: ROB BONTA
1300 'I' ST
SACRAMENTO, CA 95814-2919

STATE OF COLORADO ATTORNEY GENERAL
ATTN: PHIL WEISER
RALPH L CARR COLORADO JUDICIAL BLDG
1300 BROADWAY, 10TH FL
DENVER, CO 80203

STATE OF CONNECTICUT ATTORNEY GENERAL
ATTN: WILLIAM TONG
165 CAPITOL AVENUE
HARTFORD, CT 06106

STATE OF DELAWARE ATTORNEY GENERAL
ATTN: KATHY JENNINGS
CARVEL STATE BUILDING
820 N FRENCH ST
WILMINGTON, DE 19801

STATE OF FLORIDA ATTORNEY GENERAL
ATTN: ASHLEY MOODY
PL 01 THE CAPITOL
TALLAHASSEE, FL 32399-1050

STATE OF GEORGIA ATTORNEY GENERAL
ATTN: CHRIS CARR
40 CAPITOL SQUARE, SW
ATLANTA, GA 30334

STATE OF HAWAII ATTORNEY GENERAL
ATTN: ANN E LOPEZ
425 QUEEN ST
HONOLULU, HI 96813

STATE OF IDAHO ATTORNEY GENERAL
ATTN: RAUL R. LABRADOR
700 W JEFFERSON ST, STE 210
PO BOX 83720
BOISE, ID 83720-0010

STATE OF ILLINOIS ATTORNEY GENERAL
ATTN: KWAME RAOUL
115 S LASALLE ST, STE 2300
CHICAGO, IL 60603

STATE OF INDIANA ATTORNEY GENERAL
ATTN: HEATHER M CROCKETT
INDIANA OFFICE OF ATTORNEY GENERAL
IGCS, 5TH FL
302 W WASHINGTON ST
INDIANAPOLIS, IN 46204

STATE OF IOWA ATTORNEY GENERAL
ATTN: BRENNA BIRD
HOOVER STATE OFFICE BUILDING
1305 E WALNUT ST
DES MOINES, IA 50319

STATE OF KANSAS ATTORNEY GENERAL
ATTN: KRIS W. KOBACH
120 SW 10TH AVE, 2ND FL
TOPEKA, KS 66612

STATE OF KENTUCKY ATTORNEY GENERAL
ATTN: DANIEL CAMERON
700 CAPITOL AVE, STE 118
FRANKFORT, KY 40601-3449

STATE OF LOUISIANA ATTORNEY GENERAL
ATTN: JEFF LANDRY
1885 N THIRD ST
BATON ROUGE, LA 70802

STATE OF LOUISIANA ATTORNEY GENERAL
ATTN: JEFF LANDRY
PO BOX 94005
BATON ROUGE, LA 70804

STATE OF MAINE ATTORNEY GENERAL
ATTN: AARON FREY
6 STATE HOUSE STATION
AUGUSTA, ME 04333

STATE OF MARYLAND ATTORNEY GENERAL
ATTN: ATHONY G. BROWN
200 ST PAUL PLACE
BALTIMORE, MD 21202

STATE OF MASSACHUSETTS ATTORNEY GENERAL
ATTN: ANDREA JOY CAMPBELL
1 ASHBURTON PLACE, 20TH FL
BOSTON, MA 02108-1518

STATE OF MICHIGAN ATTORNEY GENERAL
ATTN: DANA NESSEL; LAURA LAMORE
G. MENNEN WILLIAMS BLDG
525 W OTTAWA ST - PO BOX 30212
LANSING, MI 48909

STATE OF MICHIGAN, TREASURY DEPT
ATTN JEANMARIE MILLER
CADILLAC PLACE BUILDING
3030 W GRAND BLVD, STE 10-200
DETROIT, MI 48202

STATE OF MINNESOTA ATTORNEY GENERAL
ATTN KEITH ELLISON
445 MINNESOTA ST, STE 1400
ST. PAUL, MN 55101-2131

STATE OF MISSISSIPPI ATTORNEY GENERAL
ATTN: LYNN FITCH
550 HIGH ST, STE 1200
JACKSON, MS 39205

STATE OF MISSOURI ATTORNEY GENERAL
ATTN: ANDREW BAILEY
SUPREME CT BLDG, 207 W HIGH ST
PO BOX 899
JEFFERSON CITY, MO 65102

STATE OF MONTANA ATTORNEY GENERAL
ATTN: AUSTIN KNUDSEN
JUSTICE BLDG
215 N SANDERS ST
HELENA, MT 59601

STATE OF NEBRASKA ATTORNEY GENERAL
ATTN: MIKE HILGERS
2115 STATE CAPITOL
PO BOX 98920
LINCOLN, NE 68509

STATE OF NEVADA ATTORNEY GENERAL
ATTN: AARON D. FORD
100 N CARSON ST
CARSON CITY, NV 89701

STATE OF NEW HAMPSHIRE ATTORNEY GENERAL
ATTN: JOHN M. FORMELLA
NH DEPT OF JUSTICE
33 CAPITOL ST
CONCORD, NH 03301

STATE OF NEW JERSEY ATTORNEY GENERAL
ATTN: MATTHEW J. PLATKIN
RJ HUGHES JUSTICE COMPLEX
25 MARKET ST - PO BOX 080
TRENTON, NJ 08625-0080

STATE OF NEW MEXICO ATTORNEY GENERAL
ATTN: RAUL TORREZ
408 GALISTEO ST
VILLAGRA BLDG
SANTA FE, NM 87501

STATE OF NEW YORK ATTORNEY GENERAL
ATTN: LETITIA A. JAMES
DEPT. OF LAW
THE CAPITOL, 2ND FL
ALBANY, NY 12224-0341

STATE OF NORTH CAROLINA ATTORNEY GENERAL
ATTN: JOSH STEIN
PO BOX 629
RALEIGH, NC 27602-0629

STATE OF NORTH CAROLINA ATTORNEY GENERAL
ATTN: JOSH STEIN
9001 MAIL SERVICE CTR
RALEIGH, NC 27699-9001

STATE OF NORTH DAKOTA ATTORNEY GENERAL
ATTN: DREW WRIGLEY
600 E BOULEVARD AVE
DEPT 125
BISMARCK, ND 58505

STATE OF OHIO ATTORNEY GENERAL
ATTN KRISTINE RADWANICK
COLLECTIONS ENFORCEMENT
8040 HOSBROOK RD, STE 300
CINCINNATI, OH 45236

STATE OF OKLAHOMA ATTORNEY GENERAL
ATTN: GENTNER DRUMMOND
313 NE 21ST ST
OKLAHOMA CITY, OK 73105

STATE OF OREGON ATTORNEY GENERAL
ATTN: ELLEN F. ROSENBLUM
1162 COURT ST, NE
SALEM, OR 97301-4096

STATE OF PENNSYLVANIA ATTORNEY GENERAL
ATTN: MICHELLE HENRY
STRAWBERRY SQ
HARRISBURG, PA 17120

STATE OF RHODE ISLAND ATTORNEY GENERAL
ATTN: PETER F. NERONHA
150 S MAIN ST
PROVIDENCE, RI 02903

STATE OF SOUTH CAROLINA ATTORNEY GENERAL
ATTN: ALAN WILSON
REMBERT C DENNIS OFFICE BLDG
1000 ASSEMBLY ST, ROOM 519
COLUMBIA, SC 29201

STATE OF SOUTH CAROLINA ATTORNEY GENERAL
ATTN: ALAN WILSON
PO BOX 11549
COLUMBIA, SC 29211-1549

STATE OF SOUTH DAKOTA ATTORNEY GENERAL
ATTN: MARK JACKLEY
1302 EAST HIGHWAY 14, STE 1
PIERRE, SD 57501-8501

STATE OF TENNESSEE ATTORNEY GENERAL
ATTN: JONATHAN SKRMETTI; LAURA MCLOUD
PO BOX 20207
NASHVILLE, TN 37202-0207

STATE OF TEXAS ATTORNEY GENERAL
ATTN KEN PAXTON
300 W 15TH ST
AUSTIN, TX 78701

STATE OF TEXAS ATTORNEY GENERAL
ATTN: KEN PAXTON
PO BOX 12548
AUSTIN, TX 78711-2548

STATE OF UTAH ATTORNEY GENERAL
ATTN: SEAN D. REYES
350 N STATE ST, STE 230
SALT LAKE CITY, UT 84114-2320

STATE OF UTAH ATTORNEY GENERAL
ATTN: SEAN D. REYES
PO BOX 142320
SALT LAKE CITY, UT 84114-2320

STATE OF VERMONT ATTORNEY GENERAL
ATTN: CHARITY R. CLARK
109 STATE ST
MONTPELIER, VT 05609-1001

STATE OF VIRGINIA ATTORNEY GENERAL
ATTN: JASON MIYARES
202 N NINTH ST
RICHMOND, VA 23219

STATE OF WASHINGTON ATTORNEY GENERAL
ATTN: BOB FERGUSON
1125 WASHINGTON ST SE
OLYMPIA, WA 98504-0100

STATE OF WASHINGTON ATTORNEY GENERAL
ATTN: BOB FERGUSON
PO BOX 40100
OLYMPIA, WA 98504-0100

STATE OF WEST VIRGINIA ATTORNEY GENERAL
ATTN: PATRICK MORRISEY
STATE CAPITOL COMPLEX, BLDG 1, ROOM E-26
1900 KANAWHA BLVD. E
CHARLESTON, WV 25305

STATE OF WISCONSIN ATTORNEY GENERAL
ATTN: JOSH KAUL
WISCONSIN DEPARTMENT OF JUSTICE
PO BOX 7857
MADISON, WI 53703-7857

STATE OF WYOMING ATTORNEY GENERAL
ATTN: BRIDGET HILL
109 STATE CAPITAL
200 W. 24TH ST
CHEYENNE, WY 82002

STEVENS & LEE PC
(COUNSEL TO THE TEAMSTERS PA FUNDS)
ATTN JOSEPH H HUSTON, JR
919 N MARKET ST, STE 1300
WILMINGTON, DE 19801

STEVENS & LEE PC
(COUNSEL TO THE TEAMSTERS PA FUNDS)
ATTN JOHN C KILGANNON
1500 MARKET ST, EAST TOWER, STE 1800
PHILADELPHIA, PA 19102

STRADLEY RONON STEVENS & YOUNG LLP
(COUNSEL TO TERMINAL PROPERTIES OF NY LLC)
ATTN JULIE M MURPHY, ESQ
1000 N WEST ST, STE 1200
WILMINGTON, DE 19801

STREUSAND LANDON OZBURN & LEMMON
(COUNSEL TO NTT DATA SERVICES LLC)
ATTN SABRINA L STREUSAND
1801 S MOPAC EXPWY, STE 320
AUSTIN, TX 78746

SULLIVAN HAZELTINE ALLINSON LLC
(COUNSEL TO NYST HEALTH FUND, ET AL)
ATTN WILLIAM D SULLIVAN; WILLIAM A HAZELTINE
ELIHU E ALLINSON
919 N MARKET ST, STE 420
WILMINGTON, DE 19801

SUSSMAN SHANK LLP
(COUNSEL TO HAWKEY TRANSPORTATION)
ATTN GARRETT S EGGEN
1000 SW BROADWAY, STE 1400
PORTLAND, OR 97205

SWEETBAUM MILLER PC
(COUNSEL TO HIGHLAND INVESTMENTS)
ATTN ALAN D SWEETBAUM
1200 17TH ST, STE 1250
DENVER, CO 80202

TENNESSEE ATTORNEY GENERAL'S OFFICE
(COUNSEL TO TN DEPARTMENT OF REVENUE)
C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV
PO BOX 20207
NASHVILLE, TN 37202-0207

TEXAS COMPTROLLER OF PUBLIC ACCOUNTS
ATTN KIMBERLY WALSH, ASST ATTORNEY GEN
PO BOX 12548
AUSTIN, TX 78711-2548

THE BANK OF NEW YORK MELLON
ATTN HECTOR HERRERA
240 GREENWICH STREET 7TH FLOOR
NEW YORK, NY 10286

THOMPSON HINE LLP
(COUNSEL TO R+L CARRIERS INC, ET AL)
ATTN SEAN A GORDON; AUSTIN B ALEXANDER
TWO ALLIANCE CENTER
3560 LENOX RD NE, STE 1600
ATLANTA, GA 30326

THOMPSON O'BRIEN KAPPLER & NASUTI PC
(COUNSEL TO MANSFIELD OIL CO OF GAINSVILLE)
ATTN MICHAEL PUGH
2 SUN CT, STE 400
PEACHTREE CORNERS, GA 30092

TRAVIS COUNTY ATTORNEY
ATTN JASON A STARKS
PO BOX 1748
AUSTIN, TX 78767

U.S. DEPARTMENT OF JUSTICE
UNITED STATES DEPARTMENT OF THE TREASURY
ATTN: I-HENG.HSU AND CRYSTAL GEISE
1100 L ST NW RM 7102
WASHINGTON, DC 20005-4035

U.S. DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20530-0001

U.S. DEPARTMENT OF JUSTICE
C.IVIL DIVISION
ATTN I-HENG HSU, TRIAL ATTORNEY
1100 L ST NW, RM 7102
WASHINGTON, DC 20005

U.S. DEPARTMENT OF JUSTICE
CIVIL DIVISION
ATTN CRYSTAL J GEISE, TRIAL ATTORNEY
1100 L ST NW, RM 7106
WASHINGTON, DC 20005

UNION PACIFIC RAILROAD COMPANY
ATTN: CHRSTINE A. NEUHARTH; LILA L. HOWE
1400 DOUGLAS STREET, STOP 1580
OMAHA, NE 68179

VINSON & ELKINS LLP
(COUNSEL TO THE LANDLORDS)
ATTN BRADLEY FOXMAN; SARA ZOGLMAN
2001 ROSS AVE, STE 3900
DALLAS, TX 75201

WACHTELL, LIPTON, ROSEN & KATZ
(COUNSEL TO XPO, INC.)
ATTN: BENJAMIN S. ARFA & ANGELA K. HERRING
51 WEST 52ND ST
NEW YORK, NY 10019

WELTMAN, WEINBERG & REIS CO. LPA
(COUNSEL TO TOYOTA INDUSTRIES & MATCO TOOLS CORP)
ATTN SCOTT D FINK
965 KEYNOTE CIRCLE
BROOKLYN HEIGHTS, OH 44131

WHITE & CASE LLP
(COUNSEL TO CITADEL ADVISORS LLC)
ATTN S GREISSMAN; A ZATZ; E FELD
1221 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1095

WHITE & CASE LLP
(COUNSEL TO CITADEL ADVISORS)
ATTN JASON N ZAKIA
111 S WACKER DR, STE 5100
CHICAGO, IL 60606

WHITE AND WILLIAMS LLP
(COUNSEL TO ATLANTIC & ARCH COS)
ATTN AMY E VULPIO, MICHAEL A INGRASSIA
1650 MARKET ST, STE 1800
ONE LIBERTY PLACE
PHILADELPHIA, PA 19103-7395

WHITE AND WILLIAMS LLP
(COUNSEL TO ATLANTIC & ARCH INSURANCE COS)
ATTN MICHAEL A INGRASSIA
600 N KING ST, STE 800
WILMINGTON, DE 19801-3722

WHITEFORD TAYLOR & PRESTON LLP
(COUNSEL TO ESTES EXPRESS LINES)
ATTN MICHAEL J ROESCHENTHALER
11 STANWIX ST, STE 1400
PITTSBURGH, PA 15222

WHITEFORD TAYLOR & PRESTON LLP
(COUNSEL TO ESTES EXPRESS LINES)
ATTN DAVID W GAFFEY
3190 FAIRVIEW PARK DR, STE 800
FALLS CHURCH, VA 22042-9260

WILSON SONSINI GOODRICH & ROSATI PC
(COUNSEL TO EAST WEST BANK)
ATTN ERIN R FAY; CATHERINE C LYONS
222 DELAWARE AVE, STE 800
WILMINGTON, DE 19801

WISCONSIN DEPARTMENT OF JUSTICE
ATTN MICHAEL D MORRIS
PO BOX 7857
MADISON, WI 53707-7857

WOLFSON BOLTON KOCHIS PLLC
(COUNSEL TO CROWN ENTERPRISES)
ATTN: ANTHONY J KOCHIS
880 W LONG LAKE RD, STE 420
TROY, MI 48098

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO VOLVO LEASING CO)
ATTN JAMES S LIVERMON, III
555 FAYETTEVILLE ST, STE 1100
RALEIGH, NC 27601

WOMBLE BOND DICKINSON (US) LLP
(COUNSEL TO VOLVO LEASING CO)
ATTN KEVIN J MANGAN
1313 N MARKET ST, STE 1200
WILMINGTON, DE 19801

ZINDA LAW GROUP
(COUNSEL TO BOBBY GRISSOM)
ATTN COLE GUMM
8834 N CAPITAL OF TEXAS HWY, STE 304
AUSTIN, TX 78759