IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| YELLOW CORPORATION, et al.,[2]<br><br>Debtors, | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |

**NOTICE OF WIPT, INC.'S RESPONSE TO DEBTORS'
THIRTY-FOURTH OMNIBUS (NON-SUBSTANTIVE)
OBJECTION TO CLAIMS, AS TO WIPT, INC.'S CLAIM NO. 19680**

**PLEASE TAKE NOTICE** that on August 22, 2025, WIPT, Inc. ("WIPT") filed[3] its Response and Notice of its Response to the Debtors' Thirty-Fourth Omnibus Objection (Non-Substantive) to Claims, as to WIPT, Inc.'s Claim No. 19680, with the United States Bankruptcy Court for the District of Delaware.

**PLEASE TAKE FURTHER NOTICE** that WIPT's Response was served on August 22, 2025:

a. by USPS first-class mail, prepaid, on the Debtors, Yellow Corporation, 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211, Attn.: General Counsel;

b. by email service on counsel to the Debtors

(i) Kirkland & Ellis LLP, 333 West Wolf Point Plaza, Chicago, Illinois 60654, Attn.: Rob Jacobson (rob.jacobson@kirkland.com)

---

[2] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.
[3] By overnight delivery.

4

(ii) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022, Attn.: Allyson B. Smith (allyson.smith@kirkland.com); and

(iii) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, PO Box 8705, Wilmington, Delaware 19801, Attn.: Laura Davis Jones (ljones@pszjlaw.com), Timothy P. Cairns (tcairns@pszjlaw.com), Peter J. Keane (pkeane@pszjlaw.com), and Edward Corma (ecorma@pszjlaw.com); and

c. by email service on the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: Jane Leamy (jane.m.leamy@usdoj.gov).

Dated: August 22, 2025

WIPT, Inc.

By: _____
Randall J. Waldner, M.D.
President
18 W 8th Ave
Redfield, SD 57469
605-302-0125
wiptinc@gmail.com