## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| Yellow Corporation, *et al.*, | Adv. Nos.: See Exhibit "A" |
| Plaintiffs, | |
| vs. | **Objection Deadline: September 16, 2025 at 4:00 p.m. E.T.** |
| Defendants Listed on Exhibit "A," | **Hearing Date: October 6, 2025 at 10:00 a.m. E.T.** |
| Defendants. | |

### NOTICE OF MOTION AND RESPONSE DATE FOR MOTION AND DEFENDANTS' ELECTION AS TO PROCEDURES ORDER TRACK

**PLEASE TAKE NOTICE** that, on September 2, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), filed the *Motion for Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiff Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code* (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801 (the "Bankruptcy Court").[2]  A copy of the Motion is attached hereto.

**NOTICE PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be filed with the Bankruptcy Court on or before **September 16, 2025, at 4:00 p.m. (ET)**.

**PLEASE TAKE FURTHER NOTICE** that at the same time, you must also serve a copy of the response or objection upon: (i) the Debtors, Yellow Corporation, 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211, Attn.: General Counsel; (ii) counsel to the Debtors, (A) Kirkland & Ellis LLP, 601 Lexington Avenue, New York, New York 10022 Attn.: Allyson B. Smith (allyson.smith@kirkland.com); (B) Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, PO Box 8705, Wilmington, Delaware 19801, Attn.: Laura Davis Jones (ljones@pszjlaw.com), Timothy P. Cairns (tcairns@pszjlaw.com), Peter J. Keane (pkeane@pszjlaw.com), and Edward Corma (ecorma@pszjlaw.com); and (C) ASK LLP, 2600

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used herein but not otherwise defined shall have the meanings ascribed to them in the Procedures Motion.

Eagan Woods Dr., Ste. 400, Eagan MN 55121 Attn: Kara E. Casteel (kcasteel@askllp.com); (iii) the Office of United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: Jane Leamy (jane.m.leamy@usdoj.gov) and Richard Shepacarter (richard.shepacarter@usdoj.gov); and (iv) counsel to the Committee, (A) Akin Gump Strauss Hauer & Feld LLP, One Bryant Park, Bank of America Tower, New York, NY; 10036-6745 US, Attn.: Philip C. Dublin (pdublin@akingump.com), Meredith A. Lahaie (mlahaie@akingump.com), and Kevin Zuzolo (kzuzolo@akingump.com) and (B) co-counsel to the Committee, Benesch Friedlander Coplan & Aronoff LLP, 1313 North Market Street, Suite 1201, Wilmington, DE, 19801, Attn.: Jennifer R. Hoover (jhoover@beneschlaw.com) and Kevin M. Capuzzi (kcapuzzi@beneschlaw.com).

**PLEASE TAKE FURTHER NOTICE** THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

**PLEASE TAKE FURTHER NOTICE** THAT A HEARING TO CONSIDER THE RELIEF SOUGHT IN THE MOTION WILL BE HELD ON OCTOBER 6, 2025, AT 10:00 A.M. PREVAILING EASTERN TIME BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY COURT, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

**PLEASE TAKE FURTHER NOTICE** that the Procedures Motion requests that the Court enter separate procedure orders for adversary proceedings based on the total amount in controversy: (a) one for cases with total amount in controversy less than or equal to $150,000.00; and (b) one for cases with total amount in controversy greater than $150,000.00.

1. All cases with total transfers **equal to or less than $150,000** are currently placed on Exhibit 1 to the proposed order attached as Exhibit B to the Procedures Motion, which proposed order provides that mediation occurs prior to formal discovery. Any Defendant currently listed on Exhibit 1 to Exhibit B to the Procedures Motion who wishes to be placed on Exhibit 2 to the proposed order attached as Exhibit C to the Procedures Motion, which proposed order provides for formal discovery prior to mediation, must fill out the enclosed election form and send to Plaintiff's counsel by scanning the ballot and emailing it to the email address listed on the balloting form. **This ballot must be sent so as to be received by Plaintiff's counsel no later than 4 p.m. ET on September 16, 2025.** If you wish to remain on Exhibit 1 to Exhibit B to the Procedures Motion, which provides for mediation prior to formal discovery, you do not have to fill out any form.

2. If a Defendant notifies the Plaintiff by this deadline, the Plaintiff will move the Defendant(s) in cases with total transfers equal to or less than $150,000.00 so requesting the change to the proposed order attached as Exhibit C to the Procedures Motion. **Should a Defendant not notify Plaintiff of its election to move to Exhibit C by the deadline, that Defendant is deemed to have waived its right to elect to change orders.**

Dated: September 2, 2025

*/s/ Peter J. Keane*＿＿＿＿＿＿＿＿＿

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*-and-*

*/s/ Michael J. Joyce*

Michael J. Joyce (No. 4563)
**JOYCE, LLC\*\***
1225 King Street
Suite 800
Wilmington, Delaware 19801
(302) 388-1944
mjoyce@mjlawoffices.com

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
ASK LLP
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (877) 746-4275
Fax: (651) 406-9676
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for Plaintiffs*

# Exhibit A

[List of Adversary Proceedings that are Avoidance Actions]

| Defendant Name | Adversary Number |
|---|---|
|  |  |
| Company Name | Adversary No. |
| 4Refuel Canada LP | 25-51208 |
| 6233317 Canada Inc. dba Rockwell Truckline | 25-51203 |
| 7 Oil Company, Inc. | 25-51204 |
| 82 Diesel LLC | 25-51205 |
| 9076-3376 Quebec Inc | 25-51209 |
| A.D. Helms Caulking & Repair Services, LLC | 25-51206 |
| A.O. Smith Corporation | 25-51837 |
| Abdul Mukeem dba Maz Trucking | 25-51207 |
| Access Cargo Services, Inc. | 25-51210 |
| ACCO Brands Corporation; and Cass Information Systems, Inc. | 25-51634 |
| ACCU-Trailer and Truck Repair LLC | 25-51211 |
| Acer America Corporation | 25-51228 |
| ACME Transport LTD | 25-51213 |
| Acorn Petroleum, Inc. | 25-51214 |
| Active Carriers Corporation | 25-51805 |
| Advance Tabco Inc | 25-51229 |
| AJ Madison Inc dba AJ Madison Distribution | 25-51230 |
| AKKA Express Inc | 25-51215 |
| ALL Valley Environmental Inc | 25-51216 |
| Allen's Service, Inc. dba Allen's Tow 'N Travel | 25-51806 |
| Alliance Express LLC; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51636 |
| Allied Towing Service, Inc. | 25-51218 |
| Allied-Ott Petroleum Equipment LLC | 25-51220 |
| Almeida Forklifts, LLC | 25-51222 |
| Almo Crop | 25-51231 |
| Alvaria, Inc | 25-51224 |
| Amarok, LLC | 25-51225 |
| American Transport, Inc. | 25-51226 |
| American Truck Repair, LLC fdba American Mobile Fleet Services | 25-51227 |
| American Trucking Associations, Inc. | 25-51240 |
| AmeriGas Propane, L.P. | 25-51244 |
| Amos Franchise Systems, Inc. dba Advanced Maintenance | 25-51807 |
| AMPM Roadside and Recovery Inc | 25-51245 |
| Amrize Building Envelope LLC fdba Holcim Solutions and Products US, LLC | 25-51540 |
| Amy Gresham dba GT Tow | 25-51246 |

| | |
|---|---|
| Anytime Truck and Tire Service, LLC | 25-51247 |
| Appcast, Inc. fdba Bayard Advertising Agency | 25-51250 |
| Arbon Equipment Corporation | 25-51808 |
| Arthur J. Gallagher & Co. fdba Meridian One Corporation | 25-51232 |
| Asana, Inc. | 25-51809 |
| Ascendance Trucks Philadelphia, LLC dba Ascendance Truck Centers fdba Mid-State Truck Service | 25-51251 |
| Ascent Global Logistcs, LLC dba MESCA Freight Services LLC | 25-51233 |
| ASO LLC | 25-51234 |
| Assetworks Inc. fdba Assetworks LLC | 25-51253 |
| Associated Petroleum Products, Inc. | 25-51255 |
| Assurances Dalbec Ltee | 25-51212 |
| Asturi Landscape Group, LLC | 25-51257 |
| AT&T Inc. | 25-51259 |
| AT&T Mobility, LLC | 25-51261 |
| ATB Freight Expeditors, LLC | 25-51262 |
| Aurora Parts & Accessories, LLC | 25-51263 |
| Avery Weigh-Tronix, LLC | 25-51264 |
| Avient Corporation; and Schneider Logistics, Inc. | 25-51637 |
| Avoq LLC dba Team Subject Matter | 25-51265 |
| B2B Casuals, Inc. dba B2B Supply | 25-51268 |
| Bass Pro, LLC | 25-51235 |
| Baumann Lawn Care and Landscaping LLC | 25-51810 |
| Bay Pointe Technology, LTD.; and Buckley King, a Legal Professional Association | 25-51639 |
| Bayou Transportation Services, LLC | 25-51811 |
| BB Express LLC; and TAFS, Inc. fdba Transom Financial Services, Inc. | 25-51641 |
| BearCom Operating, LLC | 25-51269 |
| Belimo Aircontrols (USA), Inc. | 25-51236 |
| Belk Logistics LLC dba Belk Express | 25-51271 |
| Bell/Knot and Associates, Corporate Architects, P.C. | 25-51273 |
| Bennett's Truck & Equipment Repair LLC | 25-51274 |
| Berry Global, Inc. | 25-51237 |
| Best Buy Co., Inc. | 25-51544 |
| Best Buy Warehousing Logistic, LLC | 25-51545 |
| Bestar Inc | 25-51238 |
| Bestpass, Inc. | 25-51276 |
| BlueGrace Logistics LLC | 25-51239 |
| Bluestar Services LLC | 25-51281 |

| | |
|---|---|
| BM2 Freight Service, Inc. | 25-51283 |
| Bob Riley Distributors, Inc. dba Riley Oil | 25-51286 |
| Bob's Mobile Service, Truck & Trailer Repair | 25-51217 |
| Bonham Electric Inc. | 25-51288 |
| Bosch Automotive Service Solutions LLC | 25-51241 |
| Bosetti Lawn Care, LLC | 25-51290 |
| Bradley's Truck Service, Inc. | 25-51291 |
| Bridgestone Americas, Inc. | 25-51292 |
| Broadcast Music, Inc. dba BMI | 25-51293 |
| Broadridge Investor Communication Solutions, Inc. dba Broadridge ICS | 25-51294 |
| Broadway Ford Truck Sales, Inc. | 25-51295 |
| Bruce Construction, LLC. | 25-51296 |
| BS Transport LLC; and TBS Factoring Service, LLC | 25-51643 |
| Bullock's Towing Inc. | 25-51297 |
| Button Holdings Inc dba Button Oil and Propane | 25-51298 |
| C I R Maintnenace & Construction | 25-51299 |
| C&J Contracting, Inc. | 25-51300 |
| C.H. Robinson Company Inc. ** | 25-51818 |
| C.H. Robinson Worldwide, Inc. ** | 25-51819 |
| Canadian National Railway dba CN | 25-51600 |
| Cano and Sons Trucking, LLC | 25-51301 |
| Capital Towing & Recovery, Inc. | 25-51302 |
| Capital Transportation Solutions LLC | 25-51242 |
| Carlex Glass America, LLC; and Lynnco Supply Chain Solutions, Inc. | 25-51644 |
| Carrier Corporation | 25-51243 |
| Carrier Global Corporation dba Carrier Commercial Services | 25-51248 |
| Carrier Global Corporation dba Carrier Hawaii | 25-51249 |
| Cass Information Systems, Inc. | 25-51601 |
| CBK Construction LLC dba CBK Construction Company | 25-51303 |
| Cellco Partnership dba Verizon Wireless | 25-51305 |
| Central Farm Service | 25-51308 |
| Central Power Systems & Services, LLC fdba Central Power Systems and Services Inc. | 25-51310 |
| Central Products, LLC dba Central Restaurant Products | 25-51546 |
| Chevron Corporation dba Chevron Products Company | 25-51312 |
| Chevron U.S.A. Inc. | 25-51252 |
| Cintas Corporation dba Cintas Fire Protection | 25-51812 |
| Colin Postance dba Healthy Trucks R Wealthy Trucks Truck Repair | 25-51313 |

| | |
|---|---|
| Comdata, Inc. | 25-51602 |
| Conair LLC fdba Conair Corporation | 25-51254 |
| Continental Tire of the Americas, LLC | 25-51315 |
| ConvergeOne, Inc. | 25-51316 |
| Cooper Lighting, LLC | 25-51256 |
| Copado, Inc. | 25-51317 |
| CORB, Inc. | 25-51320 |
| Cosmo Products, LLC | 25-51258 |
| Cotrailer Repair Services, LLC | 25-51323 |
| Coyote Logistics, LLC | 25-51603 |
| Crawford & Company | 25-51260 |
| Crazy Country Boys Services, LLC | 25-51813 |
| CRC Industries, Inc. | 25-51266 |
| CrossCountry Courier, Inc. dba CrossCountry Freight Solutions | 25-51329 |
| Crossroad Services LLC | 25-51267 |
| Crystal Flash, Inc. | 25-51335 |
| CSG Systems, Inc. | 25-51338 |
| CSTK Inc. | 25-51342 |
| CSX Transportation, Inc. | 25-51344 |
| CT Truck and Trailer Shop LLC | 25-51345 |
| Cummins Inc. dba Cummins Sales and Service; and ConData Global, Inc. | 25-51604 |
| Custom Courier Co. Ltd. | 25-51219 |
| CXtec Inc. | 25-51346 |
| D & D Truck Sales, Inc. | 25-51349 |
| D2G Group LLC dba Displays2Go | 25-51270 |
| Dade Lift Parts & Equipment, Inc. | 25-51350 |
| Dad's Towing Services, Inc. | 25-51351 |
| Dahme Mechanical Industries, Inc. | 25-51354 |
| Daimler Truck North America LLC dba Fleet Boost fdba Pinnacle Fleet Solutions | 25-51356 |
| Dale A. Gilpin dba Dale's Maintenance | 25-51359 |
| DAT Solutions LLC | 25-51362 |
| Data View LLC | 25-51364 |
| Datashield, LLC | 25-51365 |
| Davidson Protruck Inc. | 25-51221 |
| Decker 24 HR Truck and Trailer, Inc. | 25-51366 |
| Deere & Company dba A & I Products | 25-51548 |
| Delane's Mobile Service, Ltd. | 25-51367 |
| Delta Faucet Company | 25-51272 |

| | |
|---|---|
| DH Carrier Inc. | 25-51369 |
| Dick's Sporting Goods, Inc. | 25-51275 |
| Diesel Direct of New Jersey Inc. | 25-51371 |
| Diesel Direct West, LLC fdba Diesel Direct West Inc. | 25-51373 |
| Diesel Direct, LLC fdba Diesel Direct, Inc. | 25-51376 |
| Diesel Doctor Truck and Trailer Repair Ltd. Co. | 25-51378 |
| Diesel Maintenance Services LLC | 25-51379 |
| Direct ChassisLink, Inc. | 25-51381 |
| DirectEmployers Association, Inc. dba DirectEmployers | 25-51383 |
| Dirty Dog Diesel LLC | 25-51814 |
| Dispatch, Corp.; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51770 |
| Diversified Energy Supply, LLC | 25-51386 |
| Do It Best Corp. | 25-51277 |
| Dohrn Transfer Company, LLC fdba U.S. Special Delivery, LLC | 25-51387 |
| Dollar Tree, Inc. | 25-51279 |
| Donald Edward Schmidt dba Done Right Mechanical | 25-51388 |
| DPF Xpress LLC | 25-51815 |
| Dream Suites | 25-51389 |
| Drive Star Shuttle Systems Ltd. | 25-51390 |
| Dun & Bradstreet, Inc. | 25-51391 |
| Durable Diesel Inc. | 25-51392 |
| Dynamic Diesel Service, Inc. | 25-51393 |
| E & L Mobile Repair, Inc. | 25-51314 |
| E.L.S. Products Corp. | 25-51318 |
| EAB Global, Inc. | 25-51319 |
| Eagle Mark 4 Equipment Co. | 25-51321 |
| EAN Services, LLC | 25-51322 |
| East Coast Trailer & Equipment Co., Inc. | 25-51324 |
| East Coast Truck & Trailer Repair LLC | 25-51325 |
| East Penn Manufacturing Co. | 25-51280 |
| East West Hauling Inc. | 25-51326 |
| Eaton Corporation | 25-51282 |
| Echo Global Logistics, Inc. | 25-51284 |
| Edmonton Fleet Maintenance Ltd. | 25-51223 |
| Ed's Mobile Maintenance Service, Inc. | 25-51327 |
| eFuel, LLC dba Easy Fuel Inc. | 25-51328 |
| Ekam Transport, LLC | 25-51330 |
| Elder Logistics Inc. | 25-51331 |
| Emcor Group, Inc. dba Emcor Services Fagan | 25-51332 |

| | |
|---|---|
| EmergeTech, LLC | 25-51333 |
| Empire Truck Sales, LLC | 25-51334 |
| EmployBridge, LLC dba ProLogistix | 25-51336 |
| Engineered Floors, LLC | 25-51285 |
| Enhanced Sales Potential, LLC | 25-51337 |
| Enterprise Marketing Services LLC dba MERGE | 25-51339 |
| Environmental Management Incorporated | 25-51340 |
| Equipment Depot of Illinois, Inc. | 25-51341 |
| Essendant Co. | 25-51549 |
| Everon, LLC fdba ADT Commercial LLC | 25-51347 |
| Ewing Bros., Inc. | 25-51816 |
| EXL Service Holdings, Inc. | 25-51348 |
| Expert Management Systems, LLC | 25-51353 |
| Express Trailer Repair | 25-51355 |
| Extreme Dimensions, Inc. | 25-51287 |
| Falvey Shippers Insurance, LLC | 25-51304 |
| Family Dollar Stores, LLC | 25-51306 |
| Ferrellgas Partners, L.P. dba Ferrellgas | 25-51357 |
| Fireball Transport, LLC | 25-51358 |
| First Advantage Background Services Corp. | 25-51360 |
| First Property Services, Inc. | 25-51361 |
| Five Rivers Transport LLC | 25-51363 |
| Fivetran Inc. | 25-51368 |
| Flag City Towing Inc. | 25-51370 |
| Fleet Repair Services | 25-51372 |
| FleetPride, Inc. | 25-51374 |
| Fletes Mexico Carga Express | 25-51375 |
| Florida East Coast Railway, L.L.C. | 25-51377 |
| Florida Spa Covers, Inc. | 25-51307 |
| FMJ Freight & Logistics LLC; and Phoenix Capital Group, LLC | 25-51646 |
| Forward Air, LLC | 25-51380 |
| Freightcom Inc. | 25-51309 |
| Freightliner of Grand Rapids, Inc. dba Freightliner of Kalamazoo, Inc. | 25-51528 |
| Freightquote.com, Inc. | 25-51311 |
| Full Cycle Enterprises, LLC | 25-51382 |
| Fusion Connect Inc. | 25-51384 |
| Fyda Freightliner Cincinnati, Inc. | 25-51385 |
| Gardaworld Security Services, Inc. | 25-51401 |
| Gardewine & Sons Ltd. | 25-51403 |

| | |
|---|---|
| GBS Corp. | 25-51404 |
| General Forklift New Jersey Inc. | 25-51406 |
| Geodis Logistics LLC fdba Ozburn-Hessey Logistics, LLC | 25-51400 |
| GEOS Environmental, Inc. | 25-51407 |
| Ghent Companies, Inc. fdba Ghent Manufacturing Inc. | 25-51402 |
| GHL Services, LLC | 25-51408 |
| GIGG Express Inc. | 25-51409 |
| Glantus Inc. | 25-51410 |
| GlobalTranz Enterprises, LLC dba GlobalTranz Enterprises, Inc. | 25-51605 |
| Glovis America, Inc. | 25-51405 |
| GLS Logistics Systems Canada Ltd. | 25-51411 |
| Goal Transports, LLC dba Trans-National Express | 25-51412 |
| Goetz Energy Corporation | 25-51413 |
| Graybar Electric Company, Inc. | 25-51420 |
| Greater Columbus Shippers Alliance dba United Shippers Alliance | 25-51838 |
| Gregory's Maintenance and Repair Inc. | 25-51414 |
| Grimshaw Trucking LP | 25-51415 |
| Grizzly Industrial, Inc. | 25-51550 |
| Hanna's Wrecker Service, Inc. | 25-51416 |
| Haulistic LLC | 25-51606 |
| Hausrath's Landscape Maintenance, Inc. | 25-51417 |
| Hearthstone Quality Home Heating Products, Inc. dba Hearthstone Quality HHP | 25-51422 |
| H-E-B, LP dba HEB Grocery Company, LP | 25-51551 |
| Hendrickson Truck Lines, Inc.; and Tranporation Alliance Bank, Inc. | 25-51653 |
| Henkel Corporation dba Henkel Global Supply ** | 25-51820 |
| Heritage Logistics, LLC; and Riviera Finance, Inc. | 25-51654 |
| Heritage Petroleum, LLC | 25-51419 |
| Heyboer Landscape Maintenance, Inc. | 25-51822 |
| HFC Prestige International U.S. LLC | 25-51839 |
| Hi Way 9 Express | 25-51421 |
| Highlander Transportation, Inc. | 25-51424 |
| Hightowers Petroleum Company | 25-51426 |
| Highway Carrier Inc.; and WEX Inc. dba WEX Fleet One | 25-51662 |
| Hillner Industrial Maintenance Company, Inc. | 25-51428 |
| HJ Towing & Recovery, Inc. | 25-51430 |
| Honeywell International Inc. dba Honeywell Scanning and Mobility | 25-51435 |
| Horacio Rey Gonzalez dba The Transporter DS | 25-51437 |
| HTC Logistics LLC; and RTS Financial Service, Inc. | 25-51673 |
| Hub City Terminals, Inc. | 25-51423 |

| | |
|---|---|
| Hudson Express Company of NY & NJ Inc. | 25-51439 |
| Hudson Valley Lighting, Inc. | 25-51425 |
| Huffman Bros., Inc. dba Friday Harbor Freight Lines | 25-51445 |
| Hull Lift Truck Inc. | 25-51447 |
| Hummingbird Express Corp. | 25-51451 |
| Huyan International Group Inc. | 25-51823 |
| Hyundai Translead | 25-51456 |
| IMG Ttrucking, Inc. | 25-51457 |
| Imperial Supplies LLC | 25-51458 |
| Import Services Limited Liability Company | 25-51459 |
| Indeed, Inc. | 25-51460 |
| Industrial Transportation Consultants, Inc. | 25-51427 |
| Infostretch Corporation | 25-51461 |
| Ingenovis Health, Inc. dba Fastaff; and Flume Consulting Group Inc. | 25-51676 |
| International Cellars LLC dba IC Transport | 25-51429 |
| International Motors, LLC dba Fleet Charge | 25-51607 |
| Interstate Building Maintenance Corporation | 25-51462 |
| Interstate Towing and Transport Specialist, Inc. | 25-51463 |
| Interstate-Truckway, Inc. dba Interstate Utility Trailer | 25-51465 |
| Intertape Polymer Corp.; and Uber Technologies, Inc. dba Transplace Cargo Claims | 25-51679 |
| Intertape Polymer Group Inc.; and Uber Technologies, Inc. dba Transplace Cargo Claims | 25-51681 |
| Invictus Transport, LLC | 25-51468 |
| InVisionApp Inc. | 25-51470 |
| ITF Group LLC dba ITF LLC | 25-51471 |
| ITS Traffic Systems, Inc. | 25-51431 |
| J & Z Express Inc.; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51683 |
| J J Advantage Enterprises Inc. dba J.J. Advantage Security | 25-51472 |
| J&D Truck Repair LLC | 25-51473 |
| J&J Mobile Services LLC | 25-51474 |
| J&T Trailer Service | 25-51475 |
| J.C.'s Landscaping & Snow Service LLC | 25-51476 |
| Jacobus Energy, LLC | 25-51477 |
| JAJ Enterprises, LLC dba Coach Glass | 25-51840 |
| James River Petroleum, Inc. | 25-51478 |
| Jamie Davis Motor Truck & Auto Ltd. | 25-51394 |
| JAO Transport LLC; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51686 |

| | |
|---|---|
| Jim Whitehead Tire Service, Inc. dba BestOne | 25-51479 |
| JNJ Express, Inc. | 25-51480 |
| Johns Lawn Service Limited Liability Company | 25-51481 |
| Johnson Controls Security Solutions LLC | 25-51482 |
| Johnson Controls, Inc. | 25-51608 |
| Johnson Oil Company of Gaylord | 25-51483 |
| Keller Truck Services, Inc. | 25-51484 |
| Keramida Environmental, Inc. dba Keramida, Inc. | 25-51485 |
| Keurig Dr Pepper Inc. ** | 25-51821 |
| Keystone Fleet Service, Inc. | 25-51488 |
| Keystone RV Company | 25-51432 |
| Kim Cook Enterprises, LLC dba Cooks Performance Diesel | 25-51489 |
| Kodiak Equipment Services, Inc. | 25-51490 |
| Landstar Express America, Inc. | 25-51491 |
| Landstar Gemini, Inc.; and Landstar Ranger, Inc. | 25-51698 |
| Lao-Hmong Security Agency, Inc. | 25-51492 |
| Last Mile Distribution LLC dba Intercept Logistics | 25-51493 |
| Leisure Time Products & Services, L.L.C. | 25-51434 |
| Leuf of Florida Inc. | 25-51494 |
| Lexmark International Inc. | 25-51496 |
| LGM Transport LLC; and Wex Inc. dba Wex Fleet One | 25-51701 |
| Liv Transportation, Inc. | 25-51497 |
| Lockheed Martin Corporation; and ConData Global, Inc. | 25-51554 |
| Logistics Experts LLC; and RTS Financial Service, Inc. | 25-51703 |
| Lovett, Inc. | 25-51498 |
| M&J Intermodal LLC | 25-51499 |
| M&M Motor Service, LLC | 25-51500 |
| Maggio Truck Center Inc. | 25-51501 |
| Magnatag Inc. | 25-51436 |
| Magnum Freight, Inc.; and Compass Funding Solutions LLC | 25-51707 |
| Magnum LTL, Inc. | 25-51503 |
| Maloney Plumbing, LLC | 25-51824 |
| Mansfield Oil Company of Gainesville, Inc. | 25-51504 |
| Maritime Ontario Freight Lines Ltd. dba M-O Freight Works | 25-51609 |
| Martin Oil Company | 25-51506 |
| Martinez General Fleet Services Incorporated | 25-51507 |
| Master Fleet LLC | 25-51509 |
| Maxim Truck & Trailer | 25-51395 |
| Maybach International Group, LLC; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51709 |

| | |
|---|---|
| McCool Roadside Services LLC | 25-51825 |
| Medline Industries, LP fdba Medline Industries, Inc. ** | 25-51835 |
| Meijer, Inc. | 25-51438 |
| Meisler Trailer Rentals, LLC | 25-51510 |
| Melgar Trucking Service Inc; and TAFS, Inc. fdba Transom Financial Services Inc. | 25-51711 |
| Menard, Inc. | 25-51440 |
| MH Equipment Company | 25-51511 |
| Mid Atlantic Industrial Equipment, Ltd. | 25-51513 |
| Midsouth Professional Cleaning | 25-51514 |
| Midtown Service, Inc. | 25-51516 |
| Midway Ford Truck Center, Inc. | 25-51517 |
| Millenium Auto Services | 25-51396 |
| Mind at Ease LLC | 25-51518 |
| Minnesota Truck Leasing, Inc. | 25-51519 |
| Mirabito Energy Products of Massachusetts, LLC | 25-51520 |
| Miri Piri Transportation Inc.; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51713 |
| Mitchell's West Nashville Wrecker Service, LLC | 25-51521 |
| MO Trucking Inc. | 25-51523 |
| Molanco Services, LLC | 25-51524 |
| Motors & Armatures Inc dba MARS | 25-51441 |
| MRW Technical Services, LLC | 25-51826 |
| MSC Industrial Direct Co., Inc. | 25-51442 |
| Nacarato Trucks, Inc. dba Nacarato Volvo Trucks | 25-51525 |
| National Distribution & Contracting, Inc. | 25-51841 |
| National Fleet Management, Inc. | 25-51526 |
| National Landscape Management, LLC | 25-51827 |
| National Seating & Mobility, Inc. | 25-51529 |
| Nelson Fuel Incorporated | 25-51532 |
| Network Environmental Systems, Incorporated dba NES, Inc. | 25-51533 |
| New York Truck Parts, Inc. | 25-51534 |
| Newell Brands Inc. | 25-51842 |
| NFI Industries, Inc. | 25-51559 |
| NIBCO INC. | 25-51443 |
| Nice Guys, LLC; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51715 |
| Nordyne, LLC fdba Nortek Global HVAC LLC; and Schneider Logistics, Inc. | 25-51843 |
| Norfolk Southern Corporation | 25-51536 |

| | |
|---|---|
| North American Subrogation LLC dba Subrosmart | 25-51444 |
| Northern Tool & Equipment Company, Inc. | 25-51446 |
| NTT DATA Services, LLC | 25-51539 |
| Nuline Inc. | 25-51541 |
| Nu-Way Fuel Distributors Co. | 25-51543 |
| nVision Global Technology Solutions, Inc. | 25-51448 |
| Nwestco LLC | 25-51552 |
| Oberto Snacks Inc. | 25-51449 |
| Oceanside Logistics Limited; and Porter Billing Services LLC | 25-51717 |
| ODW LTS, LLC | 25-51450 |
| Offen Petroleum, LLC | 25-51553 |
| Old Pal Transportation Inc | 25-51555 |
| Old Southern Diesel Repair LLC | 25-51829 |
| Omaha Truck Center Inc. dba Truck Center Companies | 25-51557 |
| OMRON Healthcare, Inc. | 25-51561 |
| Optym, Inc. | 25-51558 |
| Orgill, Inc. | 25-51452 |
| O'Rourke Bros., Inc. dba O'Rourke Sales | 25-51454 |
| OSCO Incorporated | 25-51560 |
| Otis Elevator Company | 25-51844 |
| Overhead Door Corporation dba Overhead Door of Dallas | 25-51530 |
| Overland West Freight Lines Ltd. | 25-51562 |
| Ozark Automotive Distributors, Inc. | 25-51455 |
| PACCAR Financial Corp. | 25-51564 |
| PACCAR Inc. dba PACCAR Parts Fleet Services | 25-51565 |
| Packaging Corporation of America ** | 25-51817 |
| Parcel Delivery Express, Incorporated | 25-51567 |
| Parkland Fuel Corporation dba Conrad & Bischoff, Inc. | 25-51568 |
| Pasha Hawaii Holdings LLC | 25-51570 |
| Paving Solutions, LLC | 25-51572 |
| Peach State Truck Centers, LLC | 25-51574 |
| Peak Trailer Group, LLC | 25-51575 |
| Pedigo Products, Inc. | 25-51464 |
| Pegasus Logistics Group, Inc.; and RTS Financial Services, Inc. | 25-51718 |
| Penske Truck Leasing Co., L.P. | 25-51610 |
| Per Mar Secuirty and Research Corp. dba Per Mar Security Services | 25-51577 |
| Performance Carrier Inc; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51719 |
| Pete's Perfection Plus, Inc. | 25-51578 |
| PetroCard, Inc. | 25-51579 |

| | |
|---|---|
| Pittsburgh Logistics Systems, Inc. dba PLS Logistics Services | 25-51466 |
| Planview, Inc. fdba Daptiv Solutions LLC | 25-51580 |
| Plus One Express; and RTS Financial Service, Inc. | 25-51721 |
| Point Logistics Inc.; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51724 |
| Pontoon Solutions, Inc. | 25-51581 |
| Portable Restroom Trailers LLC | 25-51582 |
| Portland Air Freight, Inc. dba PAF Transportation, Inc. | 25-51583 |
| Power Generator Service LLC | 25-51584 |
| Precision Metalforming Association | 25-51563 |
| Premier Fleet Services, LLC | 25-51585 |
| Premier Trailers, LLC dba Premier Trailer Leasing Inc. | 25-51586 |
| Printronix, LLC | 25-51587 |
| Priority-1, Inc. | 25-51566 |
| Progistics Distribution , LLC fdba Progistics Distribution Inc. | 25-51588 |
| Protech Scale Ltd. | 25-51397 |
| Publicis Sapient AI Labs, Inc. | 25-51590 |
| Quality Tool & Equipment, Inc. | 25-51469 |
| R & D Mobile Services | 25-51591 |
| R&L Collision Center Inc | 25-51592 |
| R&R Fleet Maintenance LLC | 25-51593 |
| R&R Lift Truck Service LLC | 25-51594 |
| Raja Transport Inc; and England Carrier Services, LLC | 25-51728 |
| Randall Plumbing & Heating Ltd. | 25-51398 |
| Randall-Reilly, LLC | 25-51595 |
| Randstad Interim, Inc. dba Randstad Canada | 25-51399 |
| Rapid Concrete Solutions, Inc. | 25-51596 |
| Ray & Wally's Towing Service, Inc. | 25-51597 |
| Rays Tire Service LLC | 25-51598 |
| Re Trans Freight, Inc. | 25-51615 |
| Red Gate Software Limited | 25-51616 |
| Red River Oil Co., LLC | 25-51617 |
| Regal Rexnord Corporation | 25-51773 |
| Reinert & Bender Inc. | 25-51618 |
| Republic Services, Inc. | 25-51619 |
| Resource Logistics Group, Inc. | 25-51774 |
| Revlon Consumer Products LLC dba BCE Revlon | 25-51775 |
| RGA Dalfen East Dallas LP | 25-51620 |
| Rice Lake Weighing Systems, Inc. | 25-51621 |
| Richard LaBarbara dba Audit Assistants | 25-51776 |

| | |
|---|---|
| RMT Equipment Leasing, LLC dba DTI Truck Rentals | 25-51622 |
| Road Range Inc.; and Pathward, National Association fdba Crestmark | 25-51731 |
| Road Runner Mobile Repair, Inc. | 25-51623 |
| Road-1, Inc. | 25-51624 |
| Roadrunner Mobile Truck Repair, Inc. | 25-51625 |
| Roadside Truck Plaza, Inc. | 25-51626 |
| Roanoke Insurance Group Inc. dba Roanoke Claims Service fdba Roanoke Trade Services Inc. | 25-51569 |
| Roberts Energy, LLC dba ABBS Fuels | 25-51627 |
| Rob's Painting and Handyman LLC | 25-51628 |
| Romar Truck Repair and Mechanical Services, Inc. | 25-51629 |
| Rooter Man OC Inc. | 25-51630 |
| RPM International Inc. dba ValvTect Petroleum Products | 25-51631 |
| Rush Truck Centers of Idaho,  Inc. dba Rush Truck Center, IdahoFalls | 25-51632 |
| Russ Diesel, Inc. | 25-51633 |
| RW Trucking, LLC dba RW Roadside Repair | 25-51635 |
| RWC Idealease, LLC and RWC International, LLC dba RWC Group | 25-51638 |
| RWC International, LLC fdba RWC International, Ltd. | 25-51640 |
| RXO, Inc. | 25-51777 |
| S&S Management Group LLC (NC) dba Security Solutions of America | 25-51642 |
| Safelite Group, Inc. dba Safelite Autoglass | 25-51645 |
| Safer Transportation Inc.; and Apex Capital Corp. | 25-51733 |
| Safety-Kleen Systems, Inc. | 25-51531 |
| Safeway Delivery Service, Inc. | 25-51647 |
| Samsung Electronics America, Inc. ** | 25-51836 |
| Sauder Woodworking Co. | 25-51778 |
| Sawstop, LLC | 25-51779 |
| SC Commercial, LLC SC Fuels | 25-51648 |
| Schmidt & Sons, Inc. | 25-51649 |
| Schneider Logistics, Inc. | 25-51780 |
| Schneider National, Inc. | 25-51650 |
| Securitas Security Services USA, Inc. | 25-51651 |
| SEI, Inc. dba Service Express, Inc. | 25-51652 |
| Seko Worldwide, LLC | 25-51655 |
| Seneca Companies, Inc. | 25-51656 |
| Service One LLC | 25-51657 |
| Service Tire Truck Center, Inc. | 25-51658 |

| | |
|---|---|
| ServPro Commercial, LLC | 25-51659 |
| Seven Cities Repair LLC | 25-51660 |
| Shea Nassau Suffolk Delivery Group dba Shea Trucking | 25-51661 |
| Shiplify, LLC | 25-51663 |
| Shoes For Crews, LLC | 25-51664 |
| Signify North America Corporation | 25-51781 |
| Signode Industrial Group LLC dba Shippers Products | 25-51665 |
| Smith Power Products, Inc. | 25-51666 |
| Southern Motor Carriers Association, Inc. dba SMC3 | 25-51667 |
| Southwest Material Handling, Inc. | 25-51668 |
| Southwind Building Products, LLC | 25-51845 |
| Southwire Company, LLC | 25-51782 |
| Span-Alaska Transporation, LLC | 25-51669 |
| Spartan "On-Site" Fleet Maintenance | 25-51670 |
| Spectrum Transportation Consultants, Inc. | 25-51589 |
| Speedy Transport Group Inc | 25-51671 |
| Speedy-Pak, Inc. | 25-51830 |
| Spencer & Company dba Hoyt's Truck Repair | 25-51672 |
| Standard & Poor's Financial Services LLC | 25-51674 |
| Staples, Inc. dba Staples Business Advantage | 25-51611 |
| STG Intermodal Solutions, Inc. | 25-51675 |
| STL Truckers, LLC; and TAFS, Inc. dba Transam Financial Services, Inc. | 25-51735 |
| Stoner Incorporated | 25-51783 |
| Straightline Excavating, Inc. | 25-51677 |
| Stutler Leasing Inc. | 25-51678 |
| Superior Plus Energy Services Inc. | 25-51680 |
| Superior Service Transport, Inc. | 25-51682 |
| Supplyhouse LLC | 25-51846 |
| Sussex Diesel, Inc. | 25-51684 |
| Sutton Transport, Inc. | 25-51685 |
| Swaitch Logistics LLC; and WEX Inc. dba WEX Fleet One | 25-51746 |
| Synter Resource Group, LLC | 25-51687 |
| Syrway Inc. | 25-51688 |
| Systems, LLC | 25-51689 |
| T & D Body Shop | 25-51690 |
| T I G Fleet Service, Inc. | 25-51691 |
| T.M.F. Truck and Trailer Repair L.L.C. | 25-51692 |
| Tacoma & Fife Trailer Repair Inc. | 25-51693 |
| Tacoma Moving and Storage Co. dba Tacoma Motorfreight Services | 25-51694 |

| | |
|---|---|
| TAG Truck Enterprises, LLC dba TAG Truck Center of Memphis | 25-51695 |
| TAM Enterprises, Inc. | 25-51696 |
| Target Corporation | 25-51784 |
| Taylor Communications, Inc. | 25-51697 |
| TDI. LLC | 25-51699 |
| Tech Service Today, LLC | 25-51700 |
| Technology Recovery Group Ltd. | 25-51702 |
| Telemanagement Technologies, Inc. | 25-51704 |
| Tempo Freight Systems LLC; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51748 |
| Ten Logistics, Inc. | 25-51705 |
| Tenstreet LLC | 25-51706 |
| TForce Worldwide, Inc. dba TFWW | 25-51785 |
| The Around the Clock Freightliner Group, LLC dba Premier Truck Group | 25-51708 |
| The Chamberlain Group LLC | 25-51786 |
| The Fastfrate Group | 25-51771 |
| The Home Depot, Inc. | 25-51847 |
| The Kroger Co. dba Kroger | 25-51787 |
| The Pape' Group, Inc. | 25-51710 |
| The Pitney Bowes Bank, Inc. | 25-51712 |
| The Toro Company | 25-51788 |
| The Uttermost Co. | 25-51789 |
| The Vollrath Company, L.L.C. | 25-51790 |
| The WEBstaurant Store, LLC dba WEBstaurantstore.com | 25-51791 |
| Thompson Electric, Inc. | 25-51831 |
| Tidewater Cartage, Inc. | 25-51714 |
| Timothy Victor McCoy dba TNT McCoy Services | 25-51716 |
| TK Elevator Corporation | 25-51720 |
| Toby's Mobile Repairs, Inc. | 25-51722 |
| Todd Biss Productions, Inc. | 25-51723 |
| Total Quality Logistics, LLC | 25-51612 |
| Tote Maritime Puerto Rico, LLC | 25-51725 |
| Tovar Snow Professionals LLC fdba Tovar Snow Professionals Inc. | 25-51727 |
| Toyota Material Handling of Tennessee, Inc. dba Toyota Material Handling Midsouth | 25-51729 |
| Toyota Material Handling, Inc. fdba Toyota Material Handling U.S.A., Inc. | 25-51730 |
| Toyota Motor North America, Inc. | 25-51793 |
| Trailer Equipment, Inc. dba All Star Equipment | 25-51535 |

| | |
|---|---|
| Trailmex Services, Inc. | 25-51732 |
| Transfleet Services, LLC | 25-51832 |
| TRANSKID Enterprises Inc. | 25-51772 |
| TranSource, Inc. dba TranSource Truck & Trailer Centers | 25-51734 |
| Transportation Insight, LLC dba Transport Insight | 25-51794 |
| Tranzact Technologies, Inc. | 25-51795 |
| Tri Star Transporting Towing Inc. | 25-51737 |
| Triple "B" Forwarders, Inc. | 25-51738 |
| Triton Logistics Inc.; and RTS Financial Service, Inc. | 25-51752 |
| Triumph Financial, Inc. dba Triumph Business Capital | 25-51739 |
| Truck Centers, Inc. dba Truck Centers Inc. Troy | 25-51537 |
| Trucking Management, Inc. | 25-51740 |
| TruckPro, LLC | 25-51741 |
| Turf Technologies, Inc. | 25-51742 |
| TV TSLC, L.L.C. fdba TruServ Logistics Company; and BVD Capital Corporation | 25-51754 |
| Twin City Fan Companies, Ltd.; and TPS Logistics, Inc. | 25-51756 |
| U A Transportation Inc. | 25-51743 |
| U.S. Xpress Enterprises, Inc. | 25-51744 |
| Uline, Inc. dba Uline Shipping Supply Specialists dba Uline Canada Corporation | 25-51613 |
| Unis Transportation, LLC | 25-51848 |
| United Auto Transport; and Advance Capital Solutions, LLC dba ACS Factors | 25-51760 |
| United Parcel Service, Inc. | 25-51745 |
| Universal Fleet Services; and South State Bank, N.A. dba Corporate Billing | 25-51763 |
| Universal Protection Service, Inc. dba Allied Universal Security Services | 25-51747 |
| UPS Capital Insurance Agency, Inc. dba UPSCIA | 25-51796 |
| Utility Trailer of Dallas, Inc. dba Utility Trailer Insterstate | 25-51749 |
| Vander Haag's Inc. | 25-51833 |
| Verizon Connect Telo Inc. | 25-51750 |
| Vestis Corporation fdba Aramark Uniform + Career Apparel, LLC | 25-51751 |
| VFS US LLC dba North American Transaction Services | 25-51614 |
| Via's Truck & Tractor Repair, LLC | 25-51802 |
| Volvo Group North America, LLC | 25-51849 |
| VWR International, LLC | 25-51573 |
| W K Webster & Co. Ltd. | 25-51851 |
| W. Douglass Distributing, Ltd. | 25-51753 |
| W. W. Grainger, Inc. dba Grainger | 25-51755 |

| | |
|---|---|
| W.M. Barr & Company, Inc. | 25-51576 |
| Walgreen Co. | 25-51797 |
| Ward's Wrecker Service, Inc. | 25-51757 |
| West Power Services LLC | 25-51758 |
| Western Overnight LLC dba Unishippers | 25-51798 |
| Western Peak Logistics, LLC | 25-51761 |
| Westrock Container, LLC | 25-51762 |
| Williams Scotman, Inc. dba WillScot | 25-51764 |
| Wolverine Freightliner - Westside, Inc. | 25-51765 |
| Workhouse General Contractors LLC | 25-51766 |
| World Wide Technology, LLC fdba World Wide Technology, Inc. | 25-51834 |
| Worldwide Express, LLC | 25-51850 |
| Wyndham Collection, LLC | 25-51799 |
| Yamaha Motor Corporation, U.S.A. | 25-51800 |
| Young Truck Sales, Inc. dba Young Volvo Trucks | 25-51767 |
| Youngstown-Kenworth, Inc. | 25-51768 |
| Zac Logistics Inc.; and Apex Capital Corp. | 25-51769 |

* 617 Adversary Proceedings