# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br>YELLOW CORPORATION, *et al.*,[1]<br>Debtors. | Chapter 11<br>Case No. 23-11069 (CTG)<br>(Jointly Administered) |

### MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC'S
### WITNESS AND EXHIBIT LIST FOR HEARING ON SEPTEMBER 4, 2025

MFN Partners, LP ("MFN") and Mobile Street Holdings, LLC ("Mobile Street" and collectively, the "MFN Parties") by and through their undersigned counsel, hereby submits this witness and exhibit list (the "Witness and Exhibit List") for the hearing scheduled for **September 4, 2025 at 10:00 a.m. (E.T.)** (the "Hearing") before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801, in connection with the *Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* [Docket No. 6204] (the "Conversion Motion") and the *Motion of the Debtors for Entry of an Order Approving (i) The Adequacy of the Disclosure Statement, (ii) the Solicitation and Voting Procedures, (iii) the Forms of Ballots and Notices in Connection Therewith, and (iv) Certain Dates with Respect Thereto* [Docket No. 6748] any other matters scheduled to go forward at the Hearing.

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

12388245v.2

**WITNESSES**

Pursuant to agreement reached with the Debtors, the MFN Parties, and the Committee will not call any live witnesses. The MFN Parties reserve the right to cross-examine any witness called by any other party.

**EXHIBITS**[2]

The MFN Parties may, if necessary, seek to introduce some or all of the following exhibits at the Hearing.

| No. | Description | Docket, Bates or Deposition Exhibit No. (if available) |
|---|---|---|
| 1. | First Day Motion Declaration of Matthew A. Doheny, Chief Restructuring Officer of Yellow Corporation | 14 |
| 2. | Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, to Debtors Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code | 886 |
| 3. | Statement of the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, to Debtors Third, Fourth, and Fifth Omnibus (Substantive) Objections to Proofs of Claim for WARN Liability | 2755 |
| 4. | Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, to Debtors Seventh Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability | 3057 |
| 5. | [SEALED] Objection of the Official Committee of Unsecured Creditors Objection to the Motion of Debtors for Entry of an Order (I) Extending the Debtors Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief | 3511 |

---

[2] Exhibits 1-112 and 142-145 were previously admitted at a hearing held on June 17, 2025, in connection with the Conversion Motion. Further, pursuant to the *Order Granting MFN Partners, LP, Mobile Street Holdings, LLC and Debtors' Joint Motion to Maintain Under Seal Certain Exhibits Regarding the MFN Parties' Motion for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* [Docket No. 6626], the Debtors designated exhibits 36-55, 57-59, 63-68, 70-71, and 73 as confidential.

| | | |
|---|---|---|
| 6. | Response Statement of the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, Regarding Motions for Summary Judgment Regarding Withdrawal Liability | 3998 |
| 7. | Amended Memorandum Opinion on summary judgment motions re: withdrawal liability | 4769 |
| 8. | Notice of Filing of Liquidation Analysis in Connection with the First Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | 4829 |
| 9. | Memorandum Opinion regarding Motion for Reconsideration dated November 12, 2024 | 4846 |
| 10. | Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Form of Ballot and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto | 5024 |
| 11. | Second Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Solicitation Version] | 5027 |
| 12. | Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | 5028 |
| 13. | Order Relating to SFA MEPP Litigation Motions for Summary Judgment and Motions to Reconsider | 5057 |
| 14. | Joinder of the Official Committee of Unsecured Creditors to Debtors Twenty-Fourth Omnibus (Substantive) Objection to the Proofs of Claim of the United States of America Filed on Behalf of the United States Environmental Protection Agency, the United States Department of the Interior, and the United States Department of Commerce, National Oceanic and Atmospheric Administration | 5326 |
| 15. | Order Granting Direct Certification of Debtors', MFN Partners, LP's, and Mobile Street Holdings, LLC's Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) | 5358 |
| 16. | Response Joinder of the Official Committee of Unsecured Creditors to Debtors' Twenty-Second Omnibus (Substantive) Objection to Claims Filed by Official Committee of Unsecured Creditors | 5451 |
| 17. | Motion of the Official Committee of Unsecured Creditors for Entry of an Order Terminating the Debtors' Exclusive Period | 5564 |

| | | |
|---|---|---|
| | to Solicit Acceptances of a Plan or, in the Alternative, Converting the Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code | |
| 18. | Objection of Debtors to Motion of the Official Committee of Unsecured Creditors for an Order Terminating the Debtors' Exclusive Period to Solicit Acceptances of a Plan or, in the Alternative, Converting the Chapter 11 Case to Cases Under Chapter 7 of The Bankruptcy Code | 5613 |
| 19. | Objection of MFN Partners, LP and Mobile Street Holdings, LLC to the Motion of the Official Committee of Unsecured Creditors for Entry of an Order Terminating the Debtors' Exclusive Period to Solicit Acceptances of a Plan or, in the Alternative, Converting the Chapter 11 Cases to Cases under Chapter 7 of the Bankruptcy Code | 5614 |
| 20. | Memorandum Opinion regarding cross motions for summary judgment on withdrawal liability dated February 5, 2025 | 5619 |
| 21. | Memorandum Opinion containing findings of fact and conclusions of law following trial on WARN Act claims dated February 26, 2025 | 5807 |
| 22. | Fourth Notice of Adjournment of Hearing to Consider Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines | 5845 |
| 23. | Transcript for March 17, 2025 Hearing | 5907 |
| 24. | Letter regarding Sub Judice Matters filed on 3/27/2025 | 5982 |
| 25. | Third Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors | 5995 |
| 26. | Third Amended Disclosure Statement for the Third Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors | 5996 |
| 27. | Plan Supplement for the Third Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | 5997 |
| 28. | Letter Opinion in response to March 28, 2025 letter | 5999 |
| 29. | Letter to the Honorable Craig T. Goldblatt Regarding Matters Related to this Court's March 31 Letter Opinion | 6017 |

| | | |
|---|---|---|
| 30. | Seventeenth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the period December 1, 2024 to December 31, 2024 | 6024 |
| 31. | Memorandum Opinion Setting Forth Preliminary Observations on Remaining Multiemployer Pension Plan Claims Allowance Disputes dated April 7, 2025 | 6030 |
| 32. | Eighteenth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the period January 1, 2025 to January 31, 2025 | 6046 |
| 33. | Motion of MFN Partners, LP And Mobile Street Holdings, LLC for Entry of and Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code | 6204 |
| 34. | Objection of Debtors to Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code | 6225 |
| 35. | Third Circuit order granting permission for the SFA appeal | |
| 36. | Excel spreadsheet of MEPP claims summary referenced in the Debtors response to MFN Parties' interrogatory #4 | Whittman Ex. 20 & Bates-stamp 24940 |
| 37. | Yellow Corporation Board Presentation dated January 27, 2025 | Bates-stamp Debtors 2538-2560 |
| 38. | Yellow Corporation Board Presentation dates February 20, 2025 | Bates-stamp Debtors 1978-2000 |
| 39. | Yellow Corporation Board Minutes and Attached Presentation dated March 20, 2025 | Bates-stamp Debtors 24877-24909 |
| 40. | Yellow Corporation Board Minutes and Attached Presentation March 23, 2025 | Bates-stamp Debtors 24910-24919 |
| 41. | Budget and Cash Flow Variance Week Ended March 21, 2025 | Bates-stamp Debtors 10597-10602 |
| 42. | Akin and Huron Presentation to Debtors dated March 14, 2025 re: the Proposed Committee Settlement Plan | Bates-stamp Debtors 1206-1217 |
| 43. | Monthly Cash Forecast dated April 23, 2025 | Bates-stamp Debtors 8716-8719 |

| 44. | Committee Meeting Minutes dated January 15, 2025 | Bates-stamp Committee 00632-00633 |
|---|---|---|
| 45. | Committee Meeting Minutes dated January 24, 2025 | Bates-stamp Committee 00624-00625 |
| 46. | Committee Meeting Minutes dated February 5, 2025 | Bates-stamp Committee 00626-00627 |
| 47. | Committee Meeting Minutes dated March 12, 2025 | Bates-stamp Committee 00630-00631 |
| 48. | Committee Meeting Minutes dated March 14, 2025 | Bates-stamp Committee 00634 |
| 49. | Committee Meeting Minutes dated March 19, 2025 | Bates-stamp Committee 00622-00623 |
| 50. | Email from A. Smith to E. Winston dated January 14, 2025 re: settlement of MEPP claims | Whittman Ex. 04 |
| 51. | Email from P. Dash to A. Smith dated February 7, 2025 re: Central States resolution | Bates-stamp Debtors 1249-1256 |
| 52. | Email from A. Smith to Milbank dated February 12, 2025 re: recovery analysis | Bates-stamp Debtors 2050-2055 |
| 53. | Attachment to email from A. Smith email dated February 12, 2025 re: recovery analysis | Bates-stamp Debtors 2056-2057 |
| 54. | Email from E. Dexter to M. Lahaie dated February 13, 2025 re: undiscounted amount of claims Milbank represents | Bates-stamp Committee 0486-0487 |
| 55. | Attachment to email from E. Dexter to M. Lahaie dated February 13, 2025 re: the claims recovery scenario | Bates-stamp Committee 0488 |
| 56. | Email from E. Dexter to M. Lahaie dated February 20, 2025 re: settlement term sheet for MEPP withdrawal liability claims | Bates-stamp Committee 0463 |
| 57. | Attachment to email from E. Dexter to M. Lahaie dated February 13, 2025 re: settlement term sheet for MEPP withdrawal liability claims | Bates-stamp Committee 0464-0470 |
| 58. | Email from E. Dexter to E. Winston dated February 26, 2026 re: settlement of MEPP withdrawal liability claims | Whittman Ex. 10 |
| 59. | Email from M. Doheny to Yellow Corporation board and Debtors' counsel dated February 28, 2025 re: third circuit appeal | Bates-stamp Debtors 1202 |

| | | |
|---|---|---|
| 60. | Email from M. Lahaie to A. Smith dated March 13, 2025 re: third circuit appeal | Bates-stamp Committee 11321-11323 |
| 61. | Email from M. Lahaie to E. Dexter dated March 19, 2025 re: settlement plan proposal deck | Bates-stamp Committee 0434 |
| 62. | Email from P. Nash dated March 21, 2025 to Committee counsel re: New England Teamsters proofs of claim | Bates-stamp Debtors 1111-1112 |
| 63. | Email from K. Zuzolo to Debtors' counsel dated April 23, 2025 re: recovery analysis | Bates-stamp Committee 0221-0224 |
| 64. | Email from S. Chan to E. Winston dated April 23, 2025 re: MFN MEPP estimates | Whittman Ex. 15 |
| 65. | Email from V. DeBella to K. Suzolo re: preliminary observations | Bates-stamp Committee 0167 |
| 66. | Email from K. Zuzolo to: Milbank dated April 29, 2025 re: chart of MEPP claim calculations | Bates-stamp Committee 0058-0061 |
| 67. | Email from E. Dexter to K. Zuzolo dated April 29, 2025 re: MEPP claim calculations | Bates-stamp Committee 0062-0064 |
| 68. | Email from M. Lahaie to Debtors' counsel dated May 9, 2025 re: third amended plan filing | Bates-stamp Debtors 4298-4305 |
| 69. | Email from J. Chatalian to Groom dated May 12, 2025 re: waterfall analysis | Bates-stamp Committee 0008 |
| 70. | Attachment to email from J. Chatalian to Groom dated May 12, 2025 re: waterfall analysis attached to email dated May 12, 2025 | Bates-stamp Committee 0009-00011 |
| 71. | Email from M. Lahaie to Groom dated May 14, 2025 re: claim estimates | Bates-stamp Committee 0302-0305 |
| 72. | Email from K. Zuzolo to PBGC dated May 22, 2025 re: meeting coordination | Bates-stamp Committee 0006-0007 |
| 73. | Debtors' Responses and Objections to MFN Partners, LP and Mobile Street Holdings, LLC First Set of Interrogatories | |
| 74. | Each Debtors Monthly Operating Reports for the reporting period of January 2025 to July 2025 | |
| 75. | Sixteenth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for the Period from November 1, 2024 Through and Including November 30, 2024 | 5645 |
| 76. | Nineteenth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et | 6167 |

| | | |
|---|---|---|
| | al., for the Period from February 1, 2025 Through and Including February 28, 2025 | |
| 77. | Twentieth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for the Period from March 1, 2025 Through and Including March 31, 2025 | 6245 |
| 78. | Sixteenth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2024 Through November 30, 2024 | 5646 |
| 79. | Seventeenth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from December 1, 2024 Through December 31, 2024 | 5647 |
| 80. | Eighteenth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from January 1, 2025 Through January 31, 2025 | 5887 |
| 81. | Nineteenth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2025 Through February 28, 2025 | 6168 |
| 82. | Twentieth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2025 Through March 31, 2025 | 6426 |
| 83. | Sixteenth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for the Period from November 1, 2024 Through and Including November 30, 2024 | 5648 |
| 84. | Seventeenth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for the Period from December 1, 2024 Through and Including December 31, 2024 | 5888 |

| | | |
|---|---|---|
| 85. | Eighteenth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for the Period from January 1, 2025 Through and Including January 31, 2025 | 6057 |
| 86. | Nineteenth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for the Period from February 1, 2025 Through and Including February 28, 2025 | 6427 |
| 87. | Sixteenth Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from November 1, 2024 Through and Including November 30, 2024 | 6094 |
| 88. | Seventeenth Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 1, 2024 Through and Including December 31, 2024 | 6095 |
| 89. | Eighteenth Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from January 1, 2025 Through and Including January 31, 2025 | 6110 |
| 90. | Fourteenth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys For the Debtors and Debtors in Possession, for the Period from November 1, 2024 Through and Including December 31, 2024 | 5660 |
| 91. | Fifteenth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys For the Debtors and Debtors in Possession, for the Period from January 1, 2025 Through and Including January 31, 2025 | 5946 |
| 92. | Sixteenth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys For the Debtors and Debtors in Possession, for the Period from February 1, 2025 Through and Including February 28, 2025 | 6163 |
| 93. | Seventeenth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys For the Debtors and Debtors in Possession, for the Period from March 1, 2025 Through and Including March 31, 2025 | 6420 |
| 94. | Sixteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From November 1, 2024 Through November 30, 2024 | 5454 |
| 95. | Seventeenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, | 6121 |

| | | |
|---|---|---|
| | for the Period From December 1, 2024 Through December 31, 2024 | |
| 96. | Eighteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From January 1, 2025 Through January 31, 2025 | 6122 |
| 97. | Nineteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From February 1, 2025 Through February 28, 2025 | 6307 |
| 98. | Sixteenth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period November 1, 2024 to and Including November 30, 2024 | 5585 |
| 99. | Seventeenth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period December 1, 2024 to and Including December 31, 2024 | 5809 |
| 100. | Eighteenth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period January 1, 2025 to and Including January 31, 2025 | 6037 |
| 101. | Nineteenth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period February 1, 2025 to and Including February 28, 2024 | 6296 |
| 102. | Sixteenth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from November 1, 2024 through November 30, 2024 | 6006 |
| 103. | Seventeenth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from December 1, 2024 through December 31, 2024 | 6118 |
| 104. | Eighteenth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 through January 31, 2025 | 6050 |
| 105. | Nineteenth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 through February 28, 2025 | 6191 |
| 106. | Twentieth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 through March 31, 2025 | 6219 |
| 107. | Fifteenth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for | 5273 |

| | | |
|---|---|---|
| | Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from November 1, 2024 Through and Including November 30, 2024 | |
| 108. | Sixteenth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From December 1, 2024 Through and Including December 31, 2024 | 5520 |
| 109. | Seventeenth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From January 1, 2025 Through and Including January 31, 2025 | 5859 |
| 110. | Eighteenth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From February 1, 2025 Through and Including February 28, 2025 | 6020 |
| 111. | Nineteenth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From March 1, 2025 Through and Including March 31, 2025 | 6194 |
| 112. | Twentieth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From April 1, 2025 Through and Including April 30, 2025 | 6445 |
| 113. | Twenty-First Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the Period from April 1, 2025 Through and Including April 30, 2025 | 6621 |
| 114. | Twenty-Second Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al. for the Period from May, 2025 Through and Including May 31, 2025 | 7447 |
| 115. | Twenty-First Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From May 1, 2025 Through and Including May 31, 2025 | 6633 |
| 116. | Twenty-Second Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of | 7443 |

|  | | |
|---|---|---|
|  | Expenses Incurred for the Period From June 1, 2025 Through and Including June 30, 2025 | |
| 117. | Twenty-First Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2025 through April 30, 2025 | 6548 |
| 118. | Twenty-Second Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from May 1, 2025 Through May 31, 2025 | 6664 |
| 119. | Twentieth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for the Period from March 1, 2025 Through and Including March 31, 2025 | 6589 |
| 120. | Twenty-First Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for the Period from April 1, 2025 through and Including April 30, 2025 | 6666 |
| 121. | Eighteenth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys For the Debtors and Debtors in Possession, for the Period from April 1, 2025 Through and Including April 30, 2025 | 6678 |
| 122. | Nineteenth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys For the Debtors and Debtors in Possession, for the Period from May 1, 2025 Through and Including May 31, 2025 | 6691 |
| 123. | Twentieth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From March 1, 2025 Through March 31, 2025 | 6615 |
| 124. | Twenty-First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From April 1, 2025 Through April 30, 2025 | 6618 |
| 125. | Twenty-Second Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From May 1, 2025 Through May 31, 2025 | 7442 |
| 126. | Twentieth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and | 6539 |

| | | |
|---|---|---|
| | Reimbursement of Expenses for the Period From March 1, 2025 to and Including March 31, 2025 | |
| 127. | Twenty-First Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period From April 1, 2025 to and Including April 30, 2025 | 6613 |
| 128. | Twenty-Second Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period From May 1, 2025 to and Including May 31, 2025 | 6728 |
| 129. | Twenty-Third Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period From June 1, 2025 to and Including June 30, 2025 | 7435 |
| 130. | Sixteenth Monthly Fee Application of Kasowitz Benson Torres LLP, Special Litigation Counsel for the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the period November 1, 2024 to November 30, 2024 | 6036 |
| 131. | Seventeenth Monthly Fee Application of Kasowitz Benson Torres LLP, Special Litigation Counsel for the Debtors and Debtors in Possession for the period December 1, 2024 to December 31, 2024 | 6295 |
| 132. | Eighteenth Monthly Application for Compensation and Reimbursement of Expenses of Kasowitz Benson Torres LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for the period January 1, 2025 to January 31, 2025 | 7451 |
| 133. | Nineteenth Monthly Application for Compensation and Reimbursement of Expenses of Kasowitz Benson Torres LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for the period February 1, 2025 to February 28, 2025 | 7454 |
| 134. | Sixteenth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation for the Period from November 1, 2024 through November 30, 2024 | 6125 |
| 135. | Seventeenth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period from December 1, 2024 through December 31, 2024 | 6126 |
| 136. | Eighteenth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period from January 1, 2025 through January 31, 2025 | 6127 |

| | | |
|---|---|---|
| 137. | Nineteenth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation for the Period from February 1, 2025 through February 28, 2025 | 7411 |
| 138. | Twentieth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 through March 31, 2025 | 7412 |
| 139. | Twenty-first Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 through April 30, 2025 | 7413 |
| 140. | Transcript for June 17, 2025 hearing | |
| 141. | Transcript from July 8, 2025 hearing | |
| 142. | Deposition of Brian Whittman (Designations and Counter Designations) | |
| 143. | Deposition of Matthew Doheny (Designations and Counter Designations) | |
| 144. | Depositions of Meredith A. Lahaie (Designations and Counter Designations) | |
| 145. | Depositions of Brad R. Berliner (Designations and Counter Designations) | |
| 146. | Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtors Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | 6747 |
| 147. | Motion of Debtors for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto | 6748 |
| 148. | Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors | 6746 |
| 149. | Statement of the Official Committee of Unsecured Creditors Regarding Motion of Debtor for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto | 4950 |
| 150. | Limited Objection of MFN Partners, LP and Mobile Street, LLC to Approval of First Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of Yellow | 4864 |

|     |     |     |
| --- | --- | --- |
|     | Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code |     |
| 151. | *Union Leadership's "Militant Approach" Risks Tens of Thousands of Jobs and Taxpayers' Investment in Company*, GLOBE NEWSWIRE (June 27, 2023) |     |
| 152. | Motion of Debtors to Establish Alternative Dispute Resolution Procedures for Resolution of Certain Litigation Claims and for Related Relief | 1329 |
| 153. | Omnibus Objection and Reservation of Rights of Creditor Old Republic Insurance Company to Motions for Relief from the Automatic Stay to the Extent of Insurance Proceeds | 823 |
| 154. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against Newell Brands Inc. | Adv. No. 25-51842, Adv. Docket No. 1 |
| 155. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against Unis Transportation, LLC | Adv. No. 25-51848, Adv. Docket No. 1 |
| 156. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against W K Webster & Co. Ltd. | Adv. No. 25-51851, Adv. Docket No. 1 |
| 157. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against Comdata, Inc. | Adv. No. 25-51602, Adv. Docket No. 1 |
| 158. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against Norfolk Southern Corporation | Adv. No. 25-51536, Adv. Docket No. 1 |
| 159. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against Belk Logistics LLC dba Belk Express | Adv. No. 25-51271, Adv. Docket No. 1 |
| 160. | Order Approving the Stipulation by and Among the Debtors and BNSF Railway Company Concerning BNSF Railway Company's Claims | 5655 |
| 161. | Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy – Filed by Yellow Corporation | 446 |
| 162. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against BGR Government Affairs LLC | Adv. No. 25-51278, Adv. Docket No. 1 |
| 163. | Notice of Dismissal of Adversary Proceeding | Adv. No. 25-51278, Adv. Docket No. 5 |
| 164. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims | Adv. No. 25-51332, Adv. Docket No. 1 |

|      |                                                                                                                                                                                           |                                          |
| ---- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- | ---------------------------------------- |
|      | Pursuant to 11 U.S.C. § 502 – Filed Against Emcor Group, Inc. dba Emcor Services Fagan                                                                                                    |                                          |
| 165. | Notice of Dismissal of Adversary Proceeding                                                                                                                                               | Adv. No. 25-51332, Adv. Docket No. 3     |
| 166. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against Keyhole Software LLC               | Adv. No. 25-51487, Adv. Docket No. 1     |
| 167. | Notice of Dismissal of Adversary Proceeding                                                                                                                                               | Adv. No. 25-51487, Adv. Docket No. 3     |
| 168. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against Heather Ann Nauert aka Heather Nauert Norby | Adv. No. 25-51418, Adv. Docket No. 1 |
| 169. | Notice of Dismissal of Adversary Proceeding                                                                                                                                               | Adv. No. 25-51418, Adv. Docket No. 3     |
| 170. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against Hudson Valley Lighting, Inc.       | Adv. No. 25-51425, Adv. Docket No. 1     |
| 171. | Notice of Dismissal of Adversary Proceeding                                                                                                                                               | Adv. No. 25-51425, Adv. Docket No. 3     |
| 172. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against Aplfin                             | Adv. No. 25-51542, Adv. Docket No. 1     |
| 173. | Notice of Dismissal of Adversary Proceeding                                                                                                                                               | Adv. No. 25-51542, Adv. Docket No. 3     |
| 174. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against Target Freight Management, Inc.    | Adv. No. 25-51571, Adv. Docket No. 1     |
| 175. | Notice of Dismissal of Adversary Proceeding                                                                                                                                               | Adv. No. 25-51571, Adv. Docket No. 3     |
| 176. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against Quantum Freight LLC and Eden Transport Capital, LLC | Adv. No. 25-51726, Adv. Docket No. 1 |
| 177. | Notice of Dismissal of Adversary Proceeding                                                                                                                                               | Adv. No. 25-51726, Adv. Docket No. 3     |
| 178. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against Thermo Fisher Scientific Inc.      | Adv. No. 25-51792, Adv. Docket No. 1     |
| 179. | Notice of Dismissal of Adversary Proceeding                                                                                                                                               | Adv. No. 25-51792, Adv. Docket No. 3     |

| 180. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 – Filed Against Supplyhouse LLC | Adv. No. 25-51846, Adv. Docket No. 1 |
|---|---|---|
| 181. | Notice of Dismissal of Adversary Proceeding | Adv. No. 25-51846, Adv. Docket No. 3 |
| 182. | First Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | 4581 |
| 183. | *Any document or pleading filed in the above captioned cases* | |
| 184. | *Any exhibit necessary for impeachment or rebuttal purposes* | |
| 185. | *Any exhibit identified or offered by any other party* | |

## **RESERVATION OF RIGHTS**

The MFN Parties reserve all rights, including but not limited to the right to amend, revise, supplement, or withdraw this Witness and Exhibit List at any time, to designate additional witnesses and exhibits, to call or cross examine any person identified as a witness by any other party in interest or introduce any document identified as an exhibit by any other party in interest, and to offer additional witnesses and exhibits at the Hearing for purposes of impeachment or rebuttal, in response to witnesses and evidence offered by any other party, and for any other permissible purpose under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. The MFN Parties also reserves the right to amend this Witness and Exhibit List at any time prior to the Hearing, including, without limitation, in the event of the filing of any objections, responses, replies, supplemental declarations, or other filings in connection with the Hearing.

[*Remainder of page intentionally left blank*]

Dated: September 2, 2025
       Wilmington, Delaware

Respectfully Submitted,

*/s/ Maria Kotsiras*
L. Katherine Good (No. 5101)
Maria Kotsiras (No. 6840)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
      mkotsiras@potteranderson.com

– and –

Eric Winston (admitted pro hac vice)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com

*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC*