# **Exhibit A**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**AMENDED[2] INDEX TO INTERIM FEE APPLICATIONS BINDER IN
CONNECTION WITH HEARING SCHEDULED ON SEPTEMBER 4, 2025
AT 10:00 A.M. (EASTERN TIME)**

**INTERIM FEE APPLICATIONS:**

1.  Seventh Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from February 1, 2025 Through April 30, 2025 [Filed: 7/3/25] (Docket No. 6627)

    Response Deadline: July 31, 2025, at 4:00 p.m. (ET) (extended to August 21, 2025, at 4:00 p.m. (ET) for the Committee)

    Responses Received:  None as of the date of this Index.

    Related Documents:

    A.  Amended Notice of Seventh Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from February 1, 2025 Through April 30, 2025 [Filed: 7/10/25] (Docket No. 6663)

    B.  Certification of No Objection Regarding Seventh Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from February 1, 2025 Through April 30, 2025 [Filed: TBD] (Docket No. TBD)

    C.  Nineteenth Monthly Application for Compensation and Reimbursement of

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]  **Amended items are in bold.**

Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from February 1, 2025 Through February 28, 2025 [Filed: 5/13/25] (Docket No. 6307)

D.     Certification of No Objection Regarding Nineteenth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from February 1, 2025 Through February 28, 2025 [Filed: 6/4/25] (Docket No. 6455)

E.     Twentieth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from March 1, 2025 Through March 31, 2025 [Filed: 7/1/25] (Docket No. 6615)

F.     Certification of No Objection Regarding Twentieth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from March 1, 2025 Through March 31, 2025 [Filed: 7/23/25] (Docket No. 6730)

G.     Twenty-First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from April 1, 2025 Through April 30, 2025 [Filed: 7/2/25] (Docket No. 6618)

H.     Certification of No Objection Regarding Twenty-First Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from April 1, 2025 Through April 30, 2025 [Filed: 7/24/25] (Docket No. 6737)

Status:  This matter will go forward.


2.     Seventh Interim Fee Application of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2025 Through and Including April 30, 2025 [Filed: 8/4/25] (Docket No. 7359)

Response Deadline: August 25, 2025, at 4:00 p.m. (ET).

Responses Received:  None as of the date of this Index.

Related Documents:

A.     Certification of No Objection Regarding Seventh Interim Fee Application of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2025 Through and Including April 30, 2025 [Filed: TBD] (Docket No. TBD)

B.      Eighteenth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2025 Through and Including February 28, 2025 [Filed: 4/4/25] (Docket No. 6020)

C.      Certification of No Objection Regarding Eighteenth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from February 1, 2025 Through and Including February 28, 2025 [Filed: 4/29/25] (Docket No. 6203)

D.      Nineteenth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2025 Through and Including March 31, 2025 [Filed: 4/28/25] (Docket No. 6194)

E.      Certification of No Objection Regarding Nineteenth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from March 1, 2025 Through and Including March 31, 2025 [Filed: 5/22/25] (Docket No. 6397)

F.      Twentieth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2025 Through and Including April 30, 2025 [Filed: 6/3/25] (Docket No. 6445)

G.      Certification of No Objection Regarding Twentieth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from April 1, 2025 Through and Including April 30, 2025 [Filed: TBD] (Docket No. TBD)

Status:  This matter will go forward.

3.      Seventh Interim Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 Through April 30, 2025 [Filed: 8/6/25] (Docket No. 7414)

Response Deadline: August 27, 2025, at 4:00 p.m. (ET).

Responses Received:  None as of the date of this Index.

Related Documents:

A.      Certification of No Objection Regarding Seventh Interim Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in

Possession for Payment of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 Through April 30, 2025 **[Filed: 8/8/25] ([Docket No. 7530]**)

B.     Nineteenth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation for the Period from February 1, 2025 Through February 28, 2025 [Filed: 8/6/25] ([Docket No. 7411])

C.     Certification of No Objection Regarding Nineteenth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation for the Period from February 1, 2025 Through February 28, 2025 **[Filed: 8/28/25] ([Docket No. 7527]**)

D.     Twentieth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through March 31, 2025 [Filed: 8/6/25] ([Docket No. 7412])

E.     Certification of No Objection Regarding Twentieth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through March 31, 2025 **[Filed: 8/28/25] ([Docket No. 7528]**)

F.     Twenty-First Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 Through April 30, 2025 [Filed: 8/6/25] ([Docket No. 7413])

G.     Certification of No Objection Regarding Twenty-First Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 Through April 30, 2025 **[Filed: 8/28/25] ([Docket No. 7529]**)

Status:  This matter will go forward.

4.     Seventh Interim Fee Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 to and Including April 30, 2025 [Filed: 8/6/25] ([Docket No. 7415])

Response Deadline:  August 27, 2025, at 4:00 p.m. (ET).

Responses Received:  None as of the date of this Index.

Related Documents:

A. Certification of No Objection Regarding Seventh Interim Fee Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 to and Including April 30, 2025 [Filed: TBD] (Docket No. TBD)

B. Nineteenth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 to and Including February 28, 2025 [Filed: 5/12/25] (Docket No. 6296)

C. Certification of No Objection Regarding Nineteenth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 to and Including February 28, 2025 [Filed: 6/3/25] (Docket No. 6447)

D. Twentieth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 to and Including March 31, 2025 [Filed: 6/18/25] (Docket No. 6539)

E. Certification of No Objection Regarding Twentieth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 to and Including March 31, 2025 [Filed: 7/18/25] (Docket No. 6681)

F. Twenty-First Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 to and Including April 30, 2025 [Filed: 6/30/25] (Docket No. 6613)

G. Certification of No Objection Regarding Twenty-First Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 to and Including April 30, 2025 [Filed: 7/23/25] (Docket No. 6729)

Status:  This matter will go forward.

5. Seventh Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from February 1, 2025 Through and Including April 30, 2025 [Filed: 8/7/25] (Docket No. 7425)

Response Deadline: August 28, 2025, at 4:00 p.m. (ET).

Responses Received:  None as of the date of this Index.

Related Documents:

A.    Certification of No Objection Regarding the Seventh Interim Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from February 1, 2025 Through and Including April 30, 2025 [Filed: TBD] (Docket No. TBD)

B.    Nineteenth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al*., for the Period from February 1, 2025 Through and Including February 28, 2025 [Filed: 4/23/25] (Docket No. 6167)

C.    Certification of No Objection Regarding the Nineteenth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al*., for the Period from February 1, 2025 Through and Including February 28, 2025 [Filed: 5/15/25] (Docket No. 6336)

D.    Twentieth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al*., for the Period from March 1, 2025 Through and Including March 31, 2025 [Filed: 5/30/25] (Docket No. 6425)

E.    Certificate of No Objection Regarding the Twentieth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al*., for the Period from March 1, 2025 Through and Including March 31, 2025 [Filed: 6/23/25] (Docket No. 6576)

F.    Twenty-First Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for the Period from April 1, 2025 Through and Including April 30, 2025 [Filed: 7/2/25] (Docket No. 6621)

G.    Certificate of No Objection Regarding the Twenty-First Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, et al., for the Period from April 1, 2025 Through and Including April 30, 2025 [Filed: 7/24/25] (Docket No. 6738)

Status:  This matter will go forward.

6.    Seventh Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2025 Through April 30, 2025 [Filed: 8/7/25] (Docket No. 7426)

Response Deadline: August 28, 2025, at 4:00 p.m. (ET).

Responses Received:  None as of the date of this Index.

Related Documents:

A.    Certificate of No Objection Regarding the Seventh Interim Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2025 Through April 30, 2025 [Filed: TBD] (Docket No. TBD)

B.    Nineteenth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2025 Through February 28, 2025 [Filed: 4/23/25] (Docket No. 6168)

C.    Certificate of No Objection Regarding the Nineteenth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from February 1, 2025 Through February 28, 2025 [Filed: 5/15/25] (Docket No. 6337)

D.    Twentieth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2025 Through March 31, 2025 [Filed: 5/30/25] (Docket No. 6426)

E.    Certificate of No Objection Regarding the Twentieth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from March 1, 2025 Through March 31, 2025 [Filed: 6/23/25] (Docket No. 6577)

F.    Twenty-First Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2025 Through April 30, 2025 [Filed: 6/20/25] (Docket No. 6548)

G.    Certificate of No Objection Regarding the Twenty-First Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from April 1, 2025 Through April 30, 2025 [Filed: 7/14/25] (Docket No. 6668)

Status:  This matter will go forward.

7.      Seventh Interim Fee Application of Huron Consulting Services LLC, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period February 1, 2025 Through April 30, 2025 [Filed: 8/7/25] (Docket No. 7427)

Response Deadline: August 28, 2025, at 4:00 p.m. (ET).

Responses Received:  None as of the date of this Index.

Related Documents:

A.      Certificate of No Objection Regarding the Seventh Interim Fee Application of Huron Consulting Services LLC, Financial Advisor to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period February 1, 2025 Through April 30, 2025 [Filed: TBD] (Docket No. TBD)

B.      Nineteenth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al*., for the Period from February 1, 2025 Through and Including February 28, 2025 [Filed: 5/30/25] (Docket No. 6427)

C.      Certificate of No Objection Regarding the Nineteenth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al*., for the Period from February 1, 2025 Through and Including February 28, 2025 [Filed: 6/23/25] (Docket No. 6578)

D.      Twentieth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al*., for the Period from March 1, 2025 Through and Including March 31, 2025 [Filed: 6/5/25] (Docket No. 6589)

E.      Certificate of No Objection Regarding the Twentieth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al*., for the Period from March 1, 2025 Through and Including March 31, 2025 [Filed: 7/17/25] (Docket No. 6680)

F.      Twenty-First Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al*., for the Period from April 1, 2025 Through and Including April 30, 2025 [Filed: 7/11/25] (Docket No. 6666)

G.      Certificate of No Objection Regarding the Twenty-First Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official

Committee of Unsecured Creditors of Yellow Corporation, *et al*., for the Period from April 1, 2025 Through and Including April 30, 2025 [Filed: 8/4/25] (Docket No. 7356)

Status:  This matter will go forward.

8.    Seventh Interim Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 1, 2025 Through and Including April 30, 2025 [Filed: 8/7/25] (Docket No. 7428)

Response Deadline: August 28, 2025, at 4:00 p.m. (ET).

Responses Received:  None as of the date of this Index.

Related Documents:

A.    Certificate of No Objection Regarding the Seventh Interim Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 1, 2025 Through and Including April 30, 2025 [Filed: TBD] (Docket No. TBD)

B.    Nineteenth Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 1, 2025 Through and Including February 28, 2025 [Filed: 8/7/25] (Docket No. 7422)

C.    Certificate of No Objection Regarding the Nineteenth Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from February 1, 2025 Through and Including February 28, 2025 [Filed: TBD] (Docket No. TBD)

D.    Twentieth Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from March 1, 2025 Through and Including March 31, 2025 [Filed: 8/7/25] (Docket No. 7423)

E.    Certificate of No Objection Regarding the Twentieth Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from March 1, 2025 Through and Including March 31, 2025 [Filed: TBD] (Docket No. TBD)

F.    Twenty-First Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2025 Through and Including April 30, 2025 [Filed: 8/7/25] (Docket No. 7424)

G.    Certificate of No Objection Regarding the Twenty-First Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2025 Through and Including April 30, 2025 [Filed: TBD] (Docket No. TBD)

Status:  This matter will go forward.

9.  Seventh Interim Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis
    International LLP, Attorneys for the Debtors and Debtors in Possession, for the Interim
    Fee Period from February 1, 2025 Through and Including April 30, 2025 [Filed: 8/7/25]
    ([Docket No. 7429](#))

    Response Deadline: August 28, 2025, at 4:00 p.m. (ET).

    Responses Received:  None as of the date of this Index.

    Related Documents:

    A.  Certification of No Objection Regarding Seventh Interim Fee Application of
        Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the
        Debtors and Debtors in Possession, for the Interim Fee Period from February 1,
        2025 Through and Including April 30, 2025 [Filed: TBD] (Docket No. TBD)

    B.  Sixteenth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis
        International LLP, Attorneys for the Debtors and Debtors in Possession, for the
        Period from February 1, 2025 Through and Including February 28, 2025 [Filed:
        4/22/25] ([Docket No. 6163](#))

    C.  Certification of No Objection Regarding Sixteenth Monthly Fee Application of
        Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the
        Debtors and Debtors in Possession, for the Period from February 1, 2025 Through
        and Including February 28, 2025 [Filed: 5/14/25] ([Docket No. 6334](#))

    D.  Seventeenth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland &
        Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for
        the Period from March 1, 2025 Through and Including March 31, 2025 [Filed:
        5/30/25] ([Docket No. 6420](#))

    E.  Certification of No Objection Regarding Seventeenth Monthly Fee Application of
        Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the
        Debtors and Debtors in Possession, for the Period from March 1, 2025 Through
        and Including March 31, 2025 [Filed: 6/23/25] ([Docket No. 6575](#))

    Status:  This matter will go forward.

10. Seventh Interim Application of Ducera Partners LLC for Allowance of Compensation
    and Reimbursement of Expenses for the Period from February 1, 2025 Through April 30,
    2025 [Filed: 8/8/25] ([Docket No. 7434](#))

    Response Deadline: August 29, 2025, at 4:00 p.m. (ET).

    Responses Received:  None as of the date of this Index.

Related Documents:

A.    Certification of No Objection Regarding Seventh Interim Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 Through April 30, 2025 [Filed: TBD] (Docket No. TBD)

B.    Nineteenth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 Through February 28, 2025 [Filed: 4/25/25] (Docket No. 6191)

C.    Certification of No Objection Regarding Nineteenth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from February 1, 2025 Through February 28, 2025 [Filed: 5/22/25] (Docket No. 6396)

D.    Twentieth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through March 31, 2025 [Filed: 5/2/25] (Docket No. 6219)

E.    Certification of No Objection Regarding Twentieth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from March 1, 2025 Through March 31, 2025 [Filed: 5/28/25] (Docket No. 6413)

F.    Twenty-First Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 Through April 30, 2025 [Filed: 8/7/25] (Docket No. 7430)

G.    Certification of No Objection Regarding Twenty-First Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from April 1, 2025 Through April 30, 2025 [Filed: TBD] (Docket No. TBD)

Status:  This matter will go forward.

Dated: **September 2**, 2025
        Wilmington, Delaware

*/s/ Peter J. Keane*
_____
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL &
JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:  302-652-4100
Facsimile:  302-652-4400
Email:        ljones@pszjlaw.com
                 tcairns@pszjlaw.com
                 pkeane@pszjlaw.com
                 ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
David Seligman, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:     (312) 862-2200
Email:          patrick.nash@kirkland.com
                   david.seligman@kirkland.com

-and-

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:    (212) 446-4800
Facsimile:     (212) 446-4900
Email:          allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in
Possession*