**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF FILING OF LIQUIDATING TRUST AGREEMENT
IN CONNECTION WITH PLAN SUPPLEMENT**

**PLEASE TAKE NOTICE THAT** on July 29, 2025, Yellow Corporation and its affiliated debtors and debtors in possession (collectively, the "Debtors") filed the *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 6746] (the "Plan") and the *Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 6747] (the "Disclosure Statement").

**PLEASE TAKE FURTHER NOTICE THAT** as contemplated by the Debtors' Plan and the order approving the Disclosure Statement, the Debtors will be filing a Plan Supplement with the Bankruptcy Court seven (7) days prior to the Plan Objection Deadline (or as soon as reasonably practicable thereafter).

**PLEASE TAKE FURTHER NOTICE THAT**, in connection with the Plan Supplement, the Debtors hereby file the Liquidating Trust Agreement, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE THAT** the remaining documents contained within the Plan Supplement will be filed seven (7) days prior to the Plan Objection Deadline (or as soon as reasonably practicable thereafter), as required by the order approving the Disclosure Statement.

**PLEASE TAKE FURTHER NOTICE THAT**, the Liquidating Trust Agreement remains subject to ongoing review by the Committee.

**PLEASE TAKE FURTHER NOTICE THAT** Liquidating Trust Agreement and the other Plan Supplement documents remain subject to continuing negotiations in accordance with the terms of the Plan and the final versions may contain material differences from the versions filed herewith. To the extent material amendments or modifications are made to any of these

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

documents in accordance with the terms of the Plan, the Debtors will file a redline version with the Bankruptcy Court prior to the hearing to consider confirmation of the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** the Liquidating Trust Agreement and the other Plan Supplement documents to be filed are integral to, part of, and incorporated by reference into the Plan. Please note, however, these documents have not yet been approved by the Bankruptcy Court. If the Plan is confirmed, the documents contained in the Plan Supplement (including any amendments, modifications, or supplements thereto) will be approved by the Bankruptcy Court pursuant to the order confirming the Plan.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to **obtain a copy of the Disclosure Statement, the Plan, or related documents at no additional cost**, you should contact Epiq Corporate Restructuring, LLC, the Debtors' claims and noticing agent in these Chapter 11 Cases (the "Claims and Noticing Agent"), by: (a) calling (866) 641-1076 (domestic) or +1 (503) 461-4134 (international); (b) writing to Yellow Corporation, et al., c/o Epiq Ballot Processing, 10300 SW Allen Boulevard, Beaverton, OR 97005; or (c) emailing YellowCorporationInfo@epiqglobal.com and referencing "Yellow" in the subject line. You may also obtain copies of any pleadings filed in these Chapter 11 Cases (a) for a fee via PACER at: https://ecf.deb.uscourts.gov; or (b) at no charge by accessing the Debtors' restructuring website at https://dm.epiq11.com/YellowCorporation.