IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
|  | Re: Docket Nos. 6748 |

**NOTICE OF FILING OF REVISED ORDER APPROVING
(I) THE ADEQUACY OF THE DISCLOSURE
STATEMENT, (II) THE SOLICITATION AND VOTING PROCEDURES
(III) THE FORM OF BALLOT AND NOTICES IN CONNECTION
THEREWITH, AND (IV) CERTAIN DATES WITH RESPECT THERETO**

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On July 29, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates With Respect Thereto* [Docket No. 6748] (the "DS Motion") and attaching a proposed order as Exhibit A to the DS Motion (the "Proposed Order").

2. The Debtors have incorporated certain changes to the Proposed Order on the DS Motion.

3. Attached hereto as **Exhibit A** is a revised Proposed Order (the "Revised Proposed Order") approving the DS Motion. Attached hereby as **Exhibit B** is a blackline comparison of the Revised Proposed Order against the Proposed Order.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

DE:4883-3866-9053.3 96859.001

4.      The Debtors intend to seek entry of the Revised Proposed Order at the hearing scheduled before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, in the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom No. 7, Wilmington, DE on **September 4, 2025, at 10:00 a.m. (ET)** (the "Hearing").

5.      The Debtors reserve all rights to further revise the Revised Proposed Order before or at the Hearing.

Dated:  September 2, 2025
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) <br> Timothy P. Cairns (DE Bar No. 4228) <br> Peter J. Keane (DE Bar No. 5503) <br> Edward Corma (DE Bar No. 6718) <br> **PACHULSKI STANG ZIEHL & JONES LLP** <br> 919 North Market Street, 17th Floor <br> P.O. Box 8705 <br> Wilmington, Delaware 19801 <br> Telephone:     (302) 652-4100 <br> Facsimile:     (302) 652-4400 <br> Email:            ljones@pszjlaw.com <br>                     tcairns@pszjlaw.com <br>                     pkeane@pszjlaw.com <br>                     ecorma@pszjlaw.com | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) <br> David Seligman, P.C. (admitted *pro hac vice*) <br> **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> 333 West Wolf Point Plaza <br> Chicago, Illinois 60654 <br> Telephone:     (312) 862-2000 <br> Facsimile:     (312) 862-2200 <br> Email:            patrick.nash@kirkland.com <br>                     david.seligman@kirkland.com <br><br> -and- <br><br> Allyson B. Smith (admitted *pro hac vice*) <br> Aaron Metviner (*pro hac vice* pending) <br> **KIRKLAND & ELLIS LLP** <br> **KIRKLAND & ELLIS INTERNATIONAL LLP** <br> 601 Lexington Avenue <br> New York, New York 10022 <br> Telephone:     (212) 446-4800 <br> Facsimile:     (212) 446-4900 <br> Email:            allyson.smith@kirkland.com <br> Email:            aaron.metviner@kirkland.com <br><br> *Co-Counsel for the Debtors and Debtors in Possession* |