<u>**Exhibit A**</u>

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER**
**GRANTING DEBTORS'**
**MOTION FOR LEAVE TO**
**FILE A LATE REPLY IN SUPPORT**
**OF THE MOTION OF DEBTORS FOR**
**ENTRY OF AN ORDER APPROVING (I) THE**
**ADEQUACY OF THE DISCLOSURE STATEMENT,**
**(II) THE SOLICITATION AND VOTING PROCEDURES,**
**(III) THE FORMS OF BALLOTS AND NOTICES IN CONNECTION**
**THEREWITH, AND (IV) CERTAIN DATES WITH RESPECT THERETO**

Upon consideration of the *Debtors' Motion for Leave to File a Late Reply in Support of the Motion of Debtors for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto*, IT IS HEREBY ORDERED THAT:

1.      The Motion is GRANTED.

2.      The Debtors are permitted to file a late Reply on or before September 2, 2025 at 8:00 p.m. (ET), and such Reply shall be deemed timely filed.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.