# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| | ) (Jointly Administered) |
| Debtors. | ) |
| | ) **Re: Docket No. 7543** |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON SEPTEMBER 4, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801[3]**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**RESOLVED MATTER:**

1. Debtors' Motion for Entry of an Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, In Each Case Pursuant to the Applicable Asset Purchase Agreement; and (III) Granting Related Relief [Filed: 8/14/25] (Docket No. 7445)

    Response Deadline:  August 28, 2025, at 4:00 p.m. (ET)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] **Amended items are in bold.**

[3] Please note: the hearing location has changed to Courtroom No. 5 on the 5th Floor.

    Responses Received: None as of the date of this Notice of Agenda.

    Related Documents:

    A.    [Proposed] Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, In Each Case Pursuant to the Applicable Asset Purchase Agreement; and (III) Granting Related Relief [Filed: 8/14/25] (Docket No. 7445, Exhibit A)

    B.    Declaration of Cody Leung Kaldenberg in Support of Entry of Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, In Each Case Pursuant to the Applicable Asset Purchase Agreement; and (III) Granting Related Relief [Filed: 8/14/25] (Docket No. 7446)

    C.    Certification of Counsel Regarding Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, In Each Case Pursuant to the Applicable Asset Purchase Agreement; and (III) Granting Related Relief [Filed: 8/28/25] (Docket No. 7531)

    D.    [Signed] Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, In Each Case Pursuant to the Applicable Asset Purchase Agreement; and (III) Granting Related Relief [Filed: 9/2/25] (Docket No. 7541)

    Status: The Court has entered an order on this matter. No hearing is necessary.

## ADJOURNED MATTERS:

2.    Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as Administrative Expense [Filed: 12/9/24] (Docket No. 5096)

    Response Deadline: December 23, 2024, at 4:00 p.m. (ET)

    Responses Received:

    A.    Debtors' Objection to Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as Administrative Expense [Filed: 12/23/24] (Docket No. 5269)

    Reply Deadline: January 15, 2025, at 4:00 p.m. (ET)

Replies Received:

A.    Reply of the Pension Benefit Guaranty Corporation in Support of Motion for Allowance and Payment of Premiums as Administrative Expense [Filed: 1/15/25] ([Docket No. 5410](#))

Related Documents:

A.    [Proposed] Order Granting Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as Administrative Expense [Filed: 12/9/24] ([Docket No. 5096](#))

Status: This matter is adjourned to the omnibus hearing on October 6, 2025, at 10:00 a.m. (ET).

3.    Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] ([Docket No. 7357](#))

Response Deadline: August 25, 2025, at 4:00 p.m. (ET)

Responses Received:

A.    Informal response of Dedicated Delivery Professionals [Claim Nos. 18476, 18656, 18662, 18670, 18676, 18714, 18722, 18726, 18731, 18736, 18744, 18749, 18750, 18650, 18765, 18769, 18770, 18772, 18773, 18774, 18761, 18494, 18544]

B.    Informal response of Span Alaska [Claim No. 17827]

C.    AmeriGas Propane [Claim No. 16806]

Related Documents:

A.    [Proposed] Order Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] ([Docket No. 7357, Exhibit A](#))

B.    Notice of Submission of Proofs of Claim in Connection with Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/21/25] ([Docket No. 7469](#))

C.    Certification of Counsel [Filed: TBD] (Docket No. TBD)

Status: This matter is adjourned to the omnibus hearing on October 6, 2025, at 10:00 a.m. (ET) with regard to the claims of Dedicated Delivery Professionals claims and Span Alaska's claim. The claim of AmeriGas Propane was resolved without any changes

necessary. The Debtors anticipate filing a certification of counsel with respect to the remaining claims.

4.  Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] (Docket No. 7358)

    Response Deadline: August 25, 2025, at 4:00 p.m. (ET) *(extended until September 12, 2025 at 4:00 p.m. (ET) for the U.S. Department of Defense, Qwest/Century Link, and SubroSmart)*

    Responses Received:

    A.  WIPT, Inc.'s Response to Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims, as to WIPT's Claim No. 19680 [Filed: 8/25/25] (Docket No. 7505)

    B.  WIPT, Inc.'s Response to Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims, as to WIPT's Claim No. 19680 [Filed: 8/28/25] (Docket No. 7521)

    C.  Informal response of the U.S. Department of Defense [Claim No. 19707] [Filed: TBD] (Docket No. TBD)

    D.  Informal response of SubroSmart [Claims Nos. 19732, 19740, 19754]

    E.  Informal response of Qwest/Century Link [Claim No. 19832]

    Related Documents:

    A.  [Proposed] Order Sustaining Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] (Docket No. 7358, Exhibit A)

    B.  Notice of Submission of Proofs of Claim in Connection with Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/21/25] (Docket No. 7470)

    Status: This matter is adjourned to the omnibus hearing on October 6, 2025, at 10:00 a.m. (ET) with regard to the claims of U.S. Department of Defense, SubroSmart, and Qwest/Century Link. The Debtors have agreed to remove Claim No. 19680 of WIPT, Inc., from the objection and anticipate filing a certification of counsel with respect to the remaining claims.

**MATTERS GOING FORWARD:**

5. Motion of Jill Napiwocki for Relief from the Automatic Stay to the Extent of Liability Insurance [Filed: 11/8/23] (Docket No. 1062)

    Response Deadline:  November 22, 2023, at 4:00 p.m. *(extended until July 28, 2025, at 4:00 p.m. (ET))*

    Responses Received:

    A. Debtors' Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 12/6/23] (Docket No. 1273)

    B. Debtors' Second Amended and Restated Omnibus Objection to Personal Injury Claimant Motions for Relief From the Automatic Stay Under Section 362 of the Bankruptcy Code [Filed: 1/11/23] (Docket No. 1730)

    Related Documents:

    A. [Proposed] Order Granting Phillip B. Deterding's Motion for Relief from the Automatic Stay [Filed: 11/8/23] (Docket No. 1062, Exhibit A)

    B. Re-Notice of Motion of Jill Napiwocki for Relief From the Automatic Stay to the Extent of Liability Insurance [Filed: 10/21/23] (Docket No. 4596)

    C. Re-Notice of Motion of Jill Napiwocki for Relief From the Automatic Stay to the Extent of Liability Insurance [Filed: 1/24/25] (Docket No. 5522)

    D. Re-Notice of Motion of Jill Napiwocki for Relief From the Automatic Stay to the Extent of Liability Insurance [Filed: 7/24/25] (Docket No. 6731)

    E. **Certification of Counsel Regarding Joint Stipulation By and Among the Debtors, Old Republic Insurance Company, and Jill Napiwocki Granting (I) Relief from the Automatic Stay and ADR Injunction and (II) Related Relief [Filed: 9/3/25] (Docket No. 7560)**

    Status:  **The Debtors have filed a stipulation under certification of counsel regarding this matter. No hearing is necessary.**

6. Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 4/29/25] (Docket No. 6204)

    Response Deadline:  May 20, 2025, at 4:00 p.m. (ET)

    Responses Received:

A. Objection to Motion to Convert the Debtor's Chapter 11 cases to cases under Chapter 7 of the Bankruptcy Code Filed by Clifton Jerome Branton [Filed: 5/23/25] ([Docket No. 6402](#))

B. Objection to Motion Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of The Bankruptcy Code Filed by Willy's Precision Towing [Filed: 5/28/25] ([Docket No. 6411](#))

C. Letter in Response to Notice of Conversion Filed by Gary Fristrom [Filed: 5/28/25] ([Docket No. 6412](#))

D. Objection of Debtors to Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 5/5/25] ([Docket No. 6225](#))

E. Joinder of Equity Interest Holder Peter Levinson in Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 5/14/25] ([Docket No. 6330](#))

F. Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, et al., to Objection of Debtors to Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 5/20/25] ([Docket No. 6355](#))

G. Objection letter from Marvin Faulk to Motion to Convert [Filed: 5/21/25] ([Docket No. 6360](#))

H. Letter in Response to Motion Converting The Debtors' Chapter 11 Cases to Cases Under Chapter 7 of The Bankruptcy Code Filed by Willy's Precision Towing Filed by George Campbell [Filed: 6/6/25] ([Docket No. 6460](#))

I. Letter to Judge Goldblatt in Support of the Motion Filed by MFN Partners LP to Convert This Case from Chapter 11 to Chapter 7 Filed By YELLQ Equity Security Holder [Filed: 6/16/25] ([Docket No. 6518](#))

J. Letter to Judge Goldblatt re Motion to Convert Filed by William Hill [Filed: 6/16/25] ([Docket No. 6519](#))

Replies Received:

A. [SEALED] MFN Parties' Reply in Further Support of the Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 6/12/25] (Docket No. 6507)

Related Documents:

    A.    [Proposed] Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 4/29/25] ([Docket No. 6204, Exhibit A](#))

    B.    The Official Committee of Unsecured Creditors' Witness and Exhibit List for the Omnibus Hearing Scheduled for June 17, 2025, at 10:00 a.m. (Prevailing Eastern Time) [Filed: 6/13/25] ([Docket No. 6510](#))

    C.    MFN Partners, LP and Mobile Street Holdings, LLC's Witness & Exhibit List for Hearing on June 17, 2025 [Filed: 6/13/25] ([Docket No. 6512](#))

    D.    Debtors' Witness & Exhibit List for Hearing on June 17, 2025 at 10:00 a.m. (ET) [Filed: 6/13/25] ([Docket No. 6513](#))

    E.    Amended MFN Partners, LP and Mobile Street Holdings, LLC's Witness & Exhibit List for Hearing on June 17, 2025 [Filed: 6/13/25] ([Docket No. 6517](#))

    F.    [Signed] Order Regarding Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code [Filed: 6/18/25] ([Docket No. 6537](#))

    G.    MFN Partners, LP and Mobile Street Holdings, LLC's Witness and Exhibit List for Hearing on September 4, 2025 [Filed: 9/2/25] ([Docket No. 7542](#))

Status:  This matter will go forward.

7.    Motion of Debtors for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto [Filed: 7/29/25] ([Docket No. 6748](#))

Response Deadline:  August 26, 2025, at 4:00 p.m. (ET) (*extended to August 29, 2025, at 4:00 p.m. (ET) for the EPA/DOJ*)

Responses Received:

    A.    Objection of MFN Partners, LP and Mobile Street Holdings, LLC to (A) Approval of Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and (B) Solicitation Procedures Motion [Filed: 8/26/25] ([Docket No. 7509](#))

    B.    Joinder of CRG Financial LLC, Interstate Building Maintenance Corp. and Boulevard Truck Lease, Inc. to Objection of MFN Partners, LP and Mobile Street Holdings, LLC to (A) Approval of Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor

    Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and (B) Solicitation Procedures Motion [Filed: 8/26/25] (Docket No. 7510)

C.  Four SFA Multiemployer Pension Plans' Statement Regarding the Objection of MFN Partners, LP and Mobile Street Holdings, LLC to (A) Approval of Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and (B) Solicitation Procedures Motion [Filed: 9/2/25] (Docket No. 7540)

Replies Received:

A.  Reply of the Official Committee of Unsecured Creditors of Yellow Corporation, et al., to the Objection of MFN Partners, LP and Mobile Street Holdings, LLC to (A) Approval of Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and (B) Solicitation Procedures Motion [Filed: 8/29/25] (Docket No. 7533)

**B.**  **Debtors' Motion for Leave to File Late Reply in Support of the Motion of Debtors for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto [Filed: 9/2/25] (Docket No. 7552)**

  **i.**  **[Proposed] Order Granting Debtors' Motion for Leave to File Late Reply in Support of the Motion of Debtors for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto [Filed: 9/2/25] (Docket No. 7552, Exhibit A)**

  **ii.**  **Debtors' Reply in Support of Adequacy of the Disclosure statement and Related Solicitation Procedures [Filed: 9/2/25] (Docket No. 7552, Exhibit B)**

Related Documents:

A.  [Proposed] Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto [Filed: 7/29/25] (Docket No. 6748, Exhibit A)

B.  Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 9/3/24] (Docket No. 4253)

C.  Disclosure Statement for the Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 9/2/24] ([Docket No. 4254](#))

D.  First Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/17/24] ([Docket No. 4580](#))

E.  First Amended Disclosure Statement for the First Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/17/24] ([Docket No. 4581](#))

F.  Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/20/24] ([Docket No. 4974](#))

G.  Second Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/20/24] ([Docket No. 4975](#))

H.  Third Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 3/28/25] ([Docket No. 5995](#))

I.  Third Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 3/28/25] ([Docket No. 5996](#))

J.  Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 7/29/25] ([Docket No. 6746](#))

K.  Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 7/29/25] ([Docket No. 6747](#))

L.  Notice of Filing of Redline Versions of (I) Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors; and (II) Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 7/31/25] ([Docket No. 7136](#))

M.  Notice of Filing of Joint Cover Letter Exhibit to Proposed Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures,

        (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto [Filed: 8/26/25] ([Docket No. 7517](#))

N.    MFN Partners, LP and Mobile Street Holdings, LLC's Witness and Exhibit List for Hearing on September 4, 2025 [Filed: 9/2/25] ([Docket No. 7542](#))

O.    **Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors [Filed: 9/2/25] ([Docket No 7547](#))**

P.    **Notice of Filing of Redline Version of Revised Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors [Filed: 9/2/25] ([Docket No 7548](#))**

Q.    **Notice of Filing of Liquidating Trust Agreement in Connection With Plan Supplement [Filed: 9/2/25] ([Docket No 7550](#))**

R.    **Notice of Filing of Revised Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures (III) the Form of Ballot and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto [Filed: 9/2/25] ([Docket No 7551](#))**

S.    **Debtors' Motion for Leave to File Late Reply in Support of the Motion of Debtors for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto [Filed: 9/2/25] ([Docket No. 7552](#))**

Status: This matter will go forward.

## INTERIM FEE APPLICATIONS:

8.    Interim fee applications are scheduled to go forward at this hearing. Attached hereto as Exhibit A is a complete list of the quarterly fee applications scheduled to be heard. The items listed on Exhibit A hereto correspond to the order of the fee applications, and documents related thereto, that were previously submitted to the Court, pursuant to the Court's Chambers' Procedures.

Responses Received: None.

Related Documents:

A.    Certification of Counsel Regarding Omnibus Order Approving Sixth Interim Fee Applications for Compensation and Reimbursement of Expenses **[Filed: 9/2/25]** ([Docket No. 7553](#))

      **i.**      **Notice of Withdrawal Regarding Certification of Counsel Regarding Omnibus Order Approving Sixth Interim Fee Applications for Compensation and Reimbursement of Expenses [Filed: 9/3/25] ([Docket No. 7558](#))**

**B.**    **Corrected Certification of Counsel Regarding Omnibus Order Approving Sixth Interim Fee Applications for Compensation and Reimbursement of Expenses [Filed: 9/3/25] (Docket No. TBD)**

Status:  **The Debtors have filed an omnibus fee order under certification of counsel.**

Dated: September 3, 2025
       Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted pro hac vice) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| 919 North Market Street, 17th Floor | Telephone:  (312) 862-2000 |
| P.O. Box 8705 | Facsimile:  (312) 862-2200 |
| Wilmington, Delaware 19899-8705 | Email:  patrick.nash@kirkland.com |
| Telephone: (302) 652-4100 |       david.seligman@kirkland.com |
| Facsimile: (302) 652-4400 | |
| Email:  ljones@pszjlaw.com | -and- |
|     tcairns@pszjlaw.com | |
|     pkeane@pszjlaw.com | Allyson B. Smith (admitted pro hac vice) |
|     ecorma@pszjlaw.com | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:  (212) 446-4800 |
| | Facsimile:  (212) 446-4900 |
| | Email:  allyson.smith@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*