<u>**Schedule 1**</u>

**Cross-Debtor Duplicate Claims**

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 BASSE TRUCK LINE INC PO BOX 10128 SAN ANTONIO, TX 78210 | 11/08/23 | 23-11069 (CTG) Yellow Corporation | 16275 | $9,539.03 | BASSE TRUCK LINE INC ATTN SCOTT BASSE PO BOX 10128 SAN ANTONIO, TX 78210 | 09/18/23 | 23-11087 (CTG) YRC Inc. | 11007 | $9,539.03 |
| Reason: Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. | | | | | | | | | |
| 2 BASSE TRUCK LINE INC. PO BOX 10128 SAN ANTONIO, TX 78210 | 11/08/23 | 23-11082 (CTG) Yellow Freight Corporation | 16264 | $9,539.03 | BASSE TRUCK LINE INC ATTN SCOTT BASSE PO BOX 10128 SAN ANTONIO, TX 78210 | 09/18/23 | 23-11087 (CTG) YRC Inc. | 11007 | $9,539.03 |
| Reason: Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. | | | | | | | | | |
| 3 KIZER SCHWARTZ & ASSOCIATES LLC AS ASSIGNEE OF GIS TRUCKING INC 1723 UNIVERSITY AVE, STE B 265 OXFORD, MS 38655 | 03/24/25 | 23-11069 (CTG) Yellow Corporation | 20090 | $3,278.39 | KIZER SCHWARTZ & ASSOCIATES 1723 UNIVERSITY AVE, STE B265 OXFORD, MS 38655 | 11/30/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 19041 | $3,278.39 |
| Reason: Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. | | | | | | | | | |
| 4 OAKDALE ELECTRIC COOP 3624 OAKWOOD HILLS PKWY EAU CLAIRE, WI 54701 | 11/13/23 | 23-11078 (CTG) USF Holland International Sales Corporation | 18342 | $1,796.27 | OAKDALE ELECTRIC COOP 3624 OAKWOOD HILLS PKWY EAU CLAIRE, WI 54701 | 11/10/23 | 23-11079 (CTG) USF Holland LLC | 16915 | $1,796.27 |
| Reason: Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. | | | | | | | | | |
| | | TOTAL | | $24,152.72 | | | TOTAL | | $24,152.72 |