## Schedule 2

**Substantive Duplicate Claims**

# Yellow Corporation Case No. 23-11069 (CTG)
## Thirty-Third Omnibus Claims Objection
### Schedule 2 - Substantive Duplicate Claims

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | | **REMAINING CLAIMS** | | | | |
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 1 | 3E TRUCKING LLC 4219 MALUS DR SAINT LOUIS, MO 63125 | 10/27/23 | 23-11069 (CTG) Yellow Corporation | 3217 | Priority | $1,100.00 | 3E TRUCKING LLC 4219 MALUS DR SAINT LOUIS, MO 63125 | 08/18/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 10113 | Unsecured | $1,100.00 |

Reason:  According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | 7 OIL COMPANY INC 1704 UNION LANDING RD CINNAMINSON, NJ 08077 Transferred to: BRADFORD CAPITAL HOLDINGS, LP TRANSFEROR: 7 OIL COMPANY INC C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER PO BOX 4353 CLIFTON, NJ 07012 | 11/07/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 15892 | Unsecured | $149,288.06* | 7 OIL COMPANY INC 1704 UNION LANDING RD CINNAMINSON, NJ 08077 Transferred to: BRADFORD CAPITAL HOLDINGS, LP TRANSFEROR: 7 OIL COMPANY INC C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER PO BOX 4353 CLIFTON, NJ 07012 | 11/07/23 | 23-11087 (CTG) YRC Inc. | 15885 | Unsecured | $145,841.43 |

Reason:  Liability asserted by Claimant in the column labeled "Claim to Be Disallowed" was transferred to the third-party listed in the column labeled "Remaining Claim". The Remaining Claim reflects the amount based on the Debtors' books and records.

Remaining Claim # 15885 was previously modified by the Order Sustaining Debtors' Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3183], entered on April 26, 2024.

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 3 | 956 LOGISTICS LLC 4549 OLD HWY 83 ROMA, TX 78584 | 08/27/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 10282 | Unsecured | $1,800.00 | 956 LOGISTICS LLC 4549 OLD HWY 83 ROMA, TX 78548 | 10/03/23 | 23-11069 (CTG) Yellow Corporation | 12468 | Unsecured | $3,300.00 |

Reason:  According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

*Indicates claim contains unliquidated and/or undetermined amounts

1

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 4 | 956 LOGISTICS LLC 4549 OLD HWY 83 ROMA, TX 78584 | 08/27/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 10283 | Unsecured | $1,500.00 | 956 LOGISTICS LLC 4549 OLD HWY 83 ROMA, TX 78548 | 10/03/23 | 23-11069 (CTG) Yellow Corporation | 12468 | Unsecured | $3,300.00 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

| 5 | ABK LOGISTICS LLC 9280 WOOLWINE HWY WOOLWINE, VA 24185 | 08/28/23 | 23-11069 (CTG) Yellow Corporation | 10324 | 503(b)(9) | $1,800.00 | ABK LOGISTICS LLC ATTN BRANDON BRAMMER 9280 WOOLWINE HWY WOOLWINE, VA 24185 | 10/10/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 1079 | Priority Unsecured Total | $0.00 $1,800.00 $1,800.00 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the priority based on the Debtors' books and records.

Remaining Claim # 1079 was previously modified by the Order Sustaining Debtors' Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3183], entered on April 26, 2024.

| 6 | ALPHA LION TRUCKING 24437 RUSSELL RD, STE 112 KENT, WA 98032 | 09/15/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 10943 | Unsecured | $1,100.00 | KIZER SCHWARTZ & ASSOCIATES 1723 UNIVERSITY AVE, STE B 265 OXFORD, MS 38655 | 11/02/23 | 23-11069 (CTG) Yellow Corporation | 15416 | Unsecured | $1,100.00 |

Reason: Liability asserted by Claimant in the column labeled "Claim to Be Disallowed" was transferred to the third-party listed in the column labeled "Remaining Claim".

| 7 | ALPHA LION TRUCKING 24437 RUSSELL RD, STE 112 KENT, WA 98032 | 09/18/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 11003 | Unsecured | $5,800.00 | KIZER SCHWARTZ & ASSOCIATES 1723 UNIVERSITY AVE STE B 265 OXFORD, MS 38655 | 10/20/23 | 23-11069 (CTG) Yellow Corporation | 14512 | Unsecured | $5,800.00 |

Reason: Liability asserted by Claimant in the column labeled "Claim to Be Disallowed" was transferred to the third-party listed in the column labeled "Remaining Claim".

*Indicates claim contains unliquidated and/or undetermined amounts

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Third Omnibus Claims Objection
Schedule 2 - Substantive Duplicate Claims

CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | AMERIGAS PROPANE LP ATTN THEO COLLINS, ESQ 500 NORTH GULPH ROAD KING OF PRUSSIA, PA 19406 | 11/10/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 16806 | 503(b)(9) | $330,235.36* | AMERIGAS PROPANE LP ATTN THEO COLLINS, ESQ 500 N GULPH RD KING OF PRUSSIA, PA 19406 | 11/13/23 | 23-11072 (CTG) New Penn Motor Express LLC | 17918 | 503(b)(9) | $3,040.93 |
| | | | | | | | | | | | Unsecured | $1,548.73 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11079 (CTG) USF Holland LLC | | 503(b)(9) | $27,245.80 |
| | | | | | | | | | | | Unsecured | $15,268.43 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11081 (CTG) USF Reddaway Inc. | | 503(b)(9) | $8,117.89 |
| | | | | | | | | | | | Unsecured | $3,707.39 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11087 (CTG) YRC Inc. | | 503(b)(9) | $90,658.2 |
| | | | | | | | | | | | Admin | $0.00 |
| | | | | | | | | | | | Unsecured | $55,056.82 |
| | | | | | | | | | | | Total | $204,644.30 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the amount, priority, and Debtors based on the Debtors' books and records.

Remaining Claim # 17918 was previously modified by the Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3184], entered on April 26, 2024.

*Indicates claim contains unliquidated and/or undetermined amounts

3

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 9 | AMERIGAS PROPANE LP ATTN THEO COLLINS, ESQ 500 N GULPH RD KING OF PRUSSIA, PA 19406 | 11/13/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 17927 | 503(b)(9) | $330,235.36* | AMERIGAS PROPANE LP ATTN THEO COLLINS, ESQ 500 N GULPH RD KING OF PRUSSIA, PA 19406 | 11/13/23 | 23-11072 (CTG) New Penn Motor Express LLC | 17918 | 503(b)(9) Unsecured | $3,040.9 $1,548.73 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11079 (CTG) USF Holland LLC | | 503(b)(9) Unsecured | $27,245.80 $15,268.43 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11081 (CTG) USF Reddaway Inc. | | 503(b)(9) Unsecured | $8,117.89 $3,707.39 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11087 (CTG) YRC Inc. | | 503(b)(9) Admin Unsecured | $90,658.2 $0.00 $55,056.82 |
| | | | | | | | | | | | Total | $204,644.30 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the amount, priority, and Debtors based on the Debtors' books and records.

Remaining Claim # 17918 was previously modified by the Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3184], entered on April 26, 2024.

*Indicates claim contains unliquidated and/or undetermined amounts

| | | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 10 | AMERIGAS PROPANE, LP ATTN THEO COLLINS, ESQ 500 N GULPH RD KING OF PRUSSIA, PA 19406 | 11/10/23 | 23-11081 (CTG) USF Reddaway Inc. | 16811 | 503(b)(9) | $330,235.36* | AMERIGAS PROPANE LP ATTN THEO COLLINS, ESQ 500 N GULPH RD KING OF PRUSSIA, PA 19406 | 11/13/23 | 23-11072 (CTG) New Penn Motor Express LLC | 17918 | 503(b)(9) | $3,040.9 |
| | | | | | | | | | | | Unsecured | $1,548.73 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11079 (CTG) USF Holland LLC | | 503(b)(9) | $27,245.80 |
| | | | | | | | | | | | Unsecured | $15,268.43 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11081 (CTG) USF Reddaway Inc. | | 503(b)(9) | $8,117.89 |
| | | | | | | | | | | | Unsecured | $3,707.39 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11087 (CTG) YRC Inc. | | 503(b)(9) | $90,658.2 |
| | | | | | | | | | | | Admin | $0.00 |
| | | | | | | | | | | | Unsecured | $55,056.82 |
| | | | | | | | | | | | Total | $204,644.30 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the amount, priority, and Debtors based on the Debtors' books and records.

Remaining Claim # 17918 was previously modified by the Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3184], entered on April 26, 2024.

*Indicates claim contains unliquidated and/or undetermined amounts

5

Case 23-11069-CTG   Doc 7578-2   Filed 09/08/25   Page 6 of 21

Case 23-11069-CTG   Doc 7578-2   Filed 09/08/25   Page 7 of 21

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 11 | AMERIGAS PROPANE, LP ATTN THEO COLLINS, ESQ 500 N GULPH RD KING OF PRUSSIA, PA 19406 | 11/10/23 | 23-11072 (CTG) New Penn Motor Express LLC | 16812 | 503(b)(9) | $330,235.36* | AMERIGAS PROPANE LP ATTN THEO COLLINS, ESQ 500 N GULPH RD KING OF PRUSSIA, PA 19406 | 11/13/23 | 23-11072 (CTG) New Penn Motor Express LLC | 17918 | 503(b)(9) | $3,040.9 |
| | | | | | | | | | | | Unsecured | $1,548.73 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11079 (CTG) USF Holland LLC | | 503(b)(9) | $27,245.80 |
| | | | | | | | | | | | Unsecured | $15,268.43 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11081 (CTG) USF Reddaway Inc. | | 503(b)(9) | $8,117.89 |
| | | | | | | | | | | | Unsecured | $3,707.39 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11087 (CTG) YRC Inc. | | 503(b)(9) | $90,658.2 |
| | | | | | | | | | | | Admin | $0.00 |
| | | | | | | | | | | | Unsecured | $55,056.82 |
| | | | | | | | | | | | Total | $204,644.30 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the amount, priority, and Debtors based on the Debtors' books and records.

Remaining Claim # 17918 was previously modified by the Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3184], entered on April 26, 2024.

*Indicates claim contains unliquidated and/or undetermined amounts

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 12 | AMERIGAS PROPANE, LP ADD ATTN THEO COLLINS, ESQ 500 N GULPH RD KING OF PRUSSIA, PA 19406 | 11/10/23 | 23-11079 (CTG) USF Holland LLC | 16823 | 503(b)(9) | $330,235.36* | AMERIGAS PROPANE LP ATTN THEO COLLINS, ESQ 500 N GULPH RD KING OF PRUSSIA, PA 19406 | 11/13/23 | 23-11072 (CTG) New Penn Motor Express LLC | 17918 | 503(b)(9) Unsecured | $3,040.95 $1,548.73 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11079 (CTG) USF Holland LLC | | 503(b)(9) Unsecured | $27,245.80 $15,268.43 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11081 (CTG) USF Reddaway Inc. | | 503(b)(9) Unsecured | $8,117.89 $3,707.39 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11087 (CTG) YRC Inc. | | 503(b)(9) Admin Unsecured | $90,658.2 $0.00 $55,056.82 |
| | | | | | | | | | | | Total | $204,644.30 |

Reason:  According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the amount, priority, and Debtors based on the Debtors' books and records.

Remaining Claim # 17918 was previously modified by the Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3184], entered on April 26, 2024.

*Indicates claim contains unliquidated and/or undetermined amounts

7

| | | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 13 | AMERIGAS PROPANE, LP ATTN THEO COLLINS, ESQ 500 N GULPH RD KING OF PRUSSIA, PA 19406 | 11/10/23 | 23-11069 (CTG) Yellow Corporation | 16826 | 503(b)(9) | $330,235.36* | AMERIGAS PROPANE LP ATTN THEO COLLINS, ESQ 500 N GULPH RD KING OF PRUSSIA, PA 19406 | 11/13/23 | 23-11072 (CTG) New Penn Motor Express LLC | 17918 | 503(b)(9) Unsecured | $3,040.9? $1,548.7? |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11079 (CTG) USF Holland LLC | | 503(b)(9) Unsecured | $27,245.80 $15,268.43 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11081 (CTG) USF Reddaway Inc. | | 503(b)(9) Unsecured | $8,117.89 $3,707.39 |
| | | | | | | | | | | | Total | $204,644.30 |
| | | | | | | | | | 23-11087 (CTG) YRC Inc. | | 503(b)(9) Admin Unsecured | $90,658.2? $0.00 $55,056.82 |
| | | | | | | | | | | | Total | $204,644.30 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the amount, priority, and Debtors based on the Debtors' books and records.

Remaining Claim # 17918 was previously modified by the Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3184], entered on April 26, 2024.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | BATES SEPTIC SERVICES INC 2289 VAUGHN BRIDGE RD HARTSELLE, AL 35640 | 10/10/23 | 23-11087 (CTG) YRC Inc. | 1309 | Unsecured | $5,220.00 | BATES SEPTIC SERVICES INC 2289 VAUGHN BRIDGE RD HARTSELLE, AL 35640 | 09/07/23 | 23-11069 (CTG) Yellow Corporation | 305 | Unsecured | $5,800.00 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

*Indicates claim contains unliquidated and/or undetermined amounts

8

Thirty-Third Omnibus Claims Objection
Schedule 2 - Substantive Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 15 | BEAN, CRYSTAL ADDRESS ON FILE | 10/29/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 15106 | Priority Unsecured | $3,028.28 $0.04 | BEAN, CRYSTAL ADDRESS ON FILE | 12/18/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 19154 | Priority Unsecured | $3,028.28 $0.04 |
| | | | | | Total | $3,028.32 | | | | | Total | $3,028.32 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

| | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 16 | CHADWICK, KENNETH A ADDRESS ON FILE | 10/23/23 | 23-11082 (CTG) Yellow Freight Corporation | 2772 | Priority | $4,530.15 | CHADWICK, KENNETH ADDRESS ON FILE | 11/06/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 15777 | Priority | $4,530.15 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the amount and Debtor based on the Debtors' books and records.

Remaining Claim # 15777 was previously modified by the Order Sustaining Debtors' Twenty-Eighth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 6027], entered on April 7, 2025.

| | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | CORCENTRIC, LLC C/O DILWORTH PAXSON LLP ATTN SCOTT J FREEDMAN 457 HADDONFIELD RD, STE 700 CHERRY HILL, NJ 08077 | 11/09/23 | 23-11087 (CTG) YRC Inc. | 16475 | 503(b)(9) Secured Unsecured | $129,718.98 $15,555.88 $168,927.72 | CORCENTRIC LLC C/O DILWORTH PAXSON LLP ATTN SCOTT J FREEDMAN 457 HADDONFIELD RD, STE 700 CHERRY HILL, NJ 08077 | 11/09/23 | 23-11072 (CTG) New Penn Motor Express LLC | 16471 | 503(b)(9) Unsecured | $1,874.03 $3,493.69 |
| | | | | | Total | $314,202.58 | | | | | Total | $168,927.72 |
| | | | | | | | | | 23-11069 (CTG) Yellow Corporation | | 503(b)(9) Unsecured | $501.63 $1,017.76 |
| | | | | | | | | | | | Total | $168,927.72 |
| | | | | | | | | | 23-11087 (CTG) YRC Inc. | | 503(b)(9) Secured Unsecured | $38,189.86 $0.00 $123,850.74 |
| | | | | | | | | | | | Total | $168,927.72 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the amount, priority, and Debtors based on the Debtors' books and records.

Remaining Claim # 16471 was previously modified by the Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 6544], entered on June 20, 2025.

*Indicates claim contains unliquidated and/or undetermined amounts

9

| | | | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 18 | ENVIRONMENTAL MANAGEMENT INC. KRISTAL FLURY PO BOX 700 5200 NE HWY 33 GUTHRIE, OK 73044 | 11/13/23 | 23-11069 (CTG) Yellow Corporation | 18024 | Unsecured | $170,971.34 | ENVIRONMENTAL MANAGEMENT, INC. ATTN KRISTAL FLURY PO BOX 700 5200 N.E. HWY 33 GUTHRIE, OK 73044 | 11/13/23 | 23-11079 (CTG) USF Holland LLC | 18037 | Unsecured | $40,264.76 |
| | | | | | | | ENVIRONMENTAL MANAGEMENT, INC. KRISTAL FLURY PO BOX 700 5200 N.E. HWY 33 GUTHRIE, OK 73044 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 17996 | Unsecured | $111,952.11 |
| | | | | | | | ENVIRONMENTAL MANAGEMENT INC ATTN KRISTAL FLURY PO BOX 700 5200 NE HWY 33 GUTHRIE, OK 73044 | 11/13/23 | 23-11081 (CTG) USF Reddaway Inc. | 18064 | Unsecured | $16,349.94 |
| | | | | | | | ENVIRONMENTAL MANAGEMENT, INC. ATTN KRISTAL FLURY P.O. BOX 700 5200 N.E. HWY 33 GUTHRIE, OK 73044 | 11/13/23 | 23-11072 (CTG) New Penn Motor Express LLC | 18049 | Unsecured | $2,362.89 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claims, 17996, 18037,18049, and 18064, reflect the amounts owed by each Debtor based on the Debtors' books and records.

Remaining Claims # 17996 and 18037 was previously modified by the Order Sustaining Debtors' Ninth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3183], entered on April 26, 2024.

*Indicates claim contains unliquidated and/or undetermined amounts

| | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 19 EQUIPMENT PLUS INC PO BOX 160519 SPARTANBURG, SC 29316 | 10/10/23 | 23-11079 (CTG) USF Holland LLC | 1259 | Unsecured | $361.55 | EQUIPMENT PLUS INC PO BOX 160519 SPARTANBURG, SC 29316 | 09/05/23 | 23-11069 (CTG) Yellow Corporation | 143 | Unsecured | $1,463.55 |
| Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. | | | | | | | | | | | |
| 20 FLORIDA EAST COAST RAILWAY, LLC SANDY KELLEY 7150 PHILIPS HIGHWAY JACKSONVILLE, FL 32256 | 11/20/23 | 23-11082 (CTG) Yellow Freight Corporation | 5604 | Unsecured | $9,876.29 | FLORIDA EAST COAST RAILWAY LLC ATTN SANDY KELLEY 7150 PHILIPS HWY JACKSONVILLE, FL 32256 | 09/26/23 | 23-11069 (CTG) Yellow Corporation | 429 | Unsecured | $9,876.29 |
| Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. | | | | | | | | | | | |
| 21 FREZ AND SONS LLC 6700 ALEXANDER BELL DR, STE 200 COLUMBIA, MD 21046 | 09/22/23 | 23-11069 (CTG) Yellow Corporation | 11348 | Unsecured | $700.00* | FREZ & SONS LLC 6700 ALEXANDER BELL DR, STE 200 COLUMBIA, MD 21046 | 11/12/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 17463 | Unsecured | $700.00 |
| Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. | | | | | | | | | | | |
| 22 HANNAS WRECKER SERVICE INC D/B/A GRAHAMS WRECKER SERVICE 3501 W KELLY ST INDIANAPOLIS, IN 46241 | 11/13/23 | 23-11079 (CTG) USF Holland LLC | 17564 | Unsecured | $4,260.00 | HANNA'S WRECKER SERVICE INC D/B/A GRAHAMS WRECKER SERVICE 3501 W KELLY ST INDIANAPOLIS, IN 46241 | 11/08/23 | 23-11082 (CTG) Yellow Freight Corporation | 4382 | Unsecured | $5,417.50 |
| Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. | | | | | | | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

# Yellow Corporation Case No. 23-11069 (CTG)
## Thirty-Third Omnibus Claims Objection
### Schedule 2 - Substantive Duplicate Claims

| | | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 23 | HANNA'S WRECKER SERVICE INC D/B/A GRAHAMS WRECKER SERVICE 3501 W KELLY ST INDIANAPOLIS, IN 46241 | 11/15/23 | 23-11079 (CTG) USF Holland LLC | 5502 | Unsecured | $4,260.00 | HANNAS WRECKER SERVICE INC 3501 W KELLY ST INDIANAPOLIS, IN 46241 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 17605 | Unsecured | $5,417.50 |

Reason:  According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | HAWKS TRANSPORT LLC 6915 CRUMPLER BLVD, STE I OLIVE BRANCH, MS 38654 | 08/25/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 10254 | Unsecured | $2,500.00 | SOUND FINANCE CORPORATION 81 BLUE RAVINE RD, #117 FOLSOM, CA 95630 | 10/05/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 12908 | Unsecured | $22,500.00 |

Reason:  Liability asserted by Claimant in the column labeled "Claim to Be Disallowed" was transferred to the third-party listed in the column labeled "Remaining Claim". The Remaining Claim reflects the Debtor based on the Debtors' books and records.

Remaining Claim # 12908 was previously modified by the Order Sustaining Debtors' Twenty-First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 5185], entered on December 16, 2024.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | IMPERIAL COUNTY TREASURER-TAX COLLECTOR 940 W MAIN ST, STE 106 EL CENTRO, CA 92243 | 06/10/24 | 23-11069 (CTG) Yellow Corporation | 6011 | Admin | $375.64* | IMPERIAL COUNTY TREASURER-TAX COLLECTOR 940 W MAIN ST, STE 106 EL CENTRO, CA 92243 | 06/10/24 | 23-11069 (CTG) Yellow Corporation | 6010 | Admin | $375.64 |

Reason:  According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the amount based on the Debtors' books and records.

Remaining Claim # 6010 was previously modified by the Order Sustaining Debtors' Thirty-First Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 6544], entered on June 20, 2025.

*Indicates claim contains unliquidated and/or undetermined amounts

Case 23-11069-CTG    Doc 7578-2    Filed 09/08/25    Page 14 of 21

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 26 INTERSTATE AUTO & TRUCK BODY LLC 1655 HIGHLAND RD TWINSBURG, OH 44087 Transferred to: BRADFORD CAPITAL HOLDINGS, LP TRANSFEROR: INTERSTATE AUTO & TRUCK BODY C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER PO BOX 4353 CLIFTON, NJ 07012 | 08/11/23 | 23-11069 (CTG) Yellow Corporation | 10035 | 503(b)(9) | $17,123.27* | INTERSTATE AUTO & TRUCK BODY LLC C/O ROBERT N PELUNIS, ATTORNEY AT LAW PO BOX 39242 SOLON, OH 44139 Transferred to: BRADFORD CAPITAL HOLDINGS, LP TRANSFEROR: INTERSTATE AUTO & TRUCK BODY C/O BRADFORD CAPITAL MGMT, LLC/B BRAGER PO BOX 4353 CLIFTON, NJ 07012 | 08/17/23 | 23-11087 (CTG) YRC Inc. | 10095 | 503(b)(9) Unsecured Total | $0.00 $17,123.27 $17,123.27 |

Reason: Liability asserted by Claimant in the column labeled "Claim to Be Disallowed" was transferred to the third-party listed in the column labeled "Remaining Claim". The Remaining Claim reflects the priority and Debtor based on the Debtors' books and records.

Remaining Claim # 10095 was previously modified by the Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3184], entered on April 26, 2024.

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 KLINE, RONALD N ADDRESS ON FILE | 09/05/23 | 23-11069 (CTG) Yellow Corporation | 73 | Unsecured | Undetermined* | KLINE, RONALD N ADDRESS ON FILE | 10/06/23 | 23-11087 (CTG) YRC Inc. | 778 | Unsecured | $1,855.00 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 KLINE, TODD ADDRESS ON FILE | 11/03/23 | 23-11069 (CTG) Yellow Corporation | 15547 | Unsecured | $4,158.40 | KLINE, TODD ADDRESS ON FILE | 11/08/23 | 23-11079 (CTG) USF Holland LLC | 4376 | Unsecured | $4,158.40 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Case 23-11069-CTG    Doc 7578-2    Filed 09/08/25    Page 15 of 21

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 29 LOVEJOY, GEORGIA ADDRESS ON FILE | 10/06/23 | 23-11069 (CTG) Yellow Corporation | 12985 | Priority | $1,022.65 | LOVEJOY, GEORGIA ADDRESS ON FILE | 10/10/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 873 | Priority | $1,022.65 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

| 30 LUTSK EXPRESS LLC 4226 KIOWA RD RICHFIELD, OH 44286 | 02/20/25 | 23-11069 (CTG) Yellow Corporation | 19999 | Unsecured | $14,700.00 | LUTSK EXPRESS LLC 9310 OLD KINGS RD S, STE 404 JACKSONVILLE, FL 32257 | 08/24/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 10235 | Unsecured | $14,700.00 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the Debtor based on the Debtors' books and records.

Remaining Claim # 10235 was previously modified by the Order Sustaining Debtors' Twenty-First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 5185], entered on December 16, 2024.

| 31 MOHIE TRANS LINE 6915 CRUMPLER BLVD, STE I OLIVE BRANCH, MS 38654 | 09/28/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 11693 | Unsecured | $3,000.00 | SOUND FINANCE CORPORATION 81 BLUE RAVINE RD, #117 FOLSOM, CA 95630 | 10/05/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 12908 | Unsecured | $22,500.00 |

Reason: Liability asserted by Claimant in the column labeled "Claim to Be Disallowed" was transferred to the third-party listed in the column labeled "Remaining Claim". The Remaining Claim reflects the Debtor based on the Debtors' books and records.

Remaining Claim # 12908 was previously modified by the Order Sustaining Debtors' Twenty-First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 5185], entered on December 16, 2024.

| 32 MURTAS, MARGARET ADDRESS ON FILE | 11/06/23 | 23-11069 (CTG) Yellow Corporation | 3807 | Priority / Unsecured / Total | $4,865.66 / $1,249.57 / $6,115.23 | MURTAS, MARGARET ADDRESS ON FILE | 11/10/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 17299 | Priority / Unsecured / Total | $4,865.66 / $1,249.57 / $6,115.23 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

*Indicates claim contains unliquidated and/or undetermined amounts

14

| | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 33 | ORACLE AMERICA, INC ATTN AMISH R DOSHI, ESQ. C/O DOSHI LEGAL GROUP PC 1979 MARCUS AVE, STE 210E LAKE SUCCESS, NY 11042 | 10/26/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 14918 | Unsecured | $705,578.06 | ORACLE AMERICA, INC ATTN AMISH R DOSHI, ESQ C/O DOSHI LEGAL GROUP PC 1979 MARCUS AVE, STE 210E LAKE SUCCESS, NY 11042 | 10/26/23 | 23-11087 (CTG) YRC Inc. | 14919 | Unsecured | $398,379.44 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the amount and Debtor based on the Debtors' books and records.

Remaining Claim # 14919 was previously modified by the Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3184], entered on April 26, 2024.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 34 | PENDLEY, LORIN C ADDRESS ON FILE | 10/11/23 | 23-11069 (CTG) Yellow Corporation | 1454 | 503(b)(9) Priority | $17,916.55 $17,916.65 | PENDLEY, LORIN C ADDRESS ON FILE | 10/11/23 | 23-11087 (CTG) YRC Inc. | 1455 | 503(b)(9) Priority | $17,916.55 $17,916.65 |
| | | | | | Total | $35,833.20 | | | | | Total | $35,833.20 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 35 | PENDLEY, LORIN C ADDRESS ON FILE | 10/11/23 | 23-11082 (CTG) Yellow Freight Corporation | 1456 | 503(b)(9) Priority | $17,916.55 $17,916.65 | PENDLEY, LORIN C ADDRESS ON FILE | 10/11/23 | 23-11087 (CTG) YRC Inc. | 1455 | 503(b)(9) Priority | $17,916.55 $17,916.65 |
| | | | | | Total | $35,833.20 | | | | | Total | $35,833.20 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

| | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 36 | PHOENIX 682 LLC ATTN MARC FOSTER 13980 RICHFIELD LIVONIA, MI 48154 | 11/01/23 | 23-11069 (CTG) Yellow Corporation | 15313 | Priority | $503.00 | PHOENIX 682 LLC 29436 ROBERT DR LIVONIA, MI 48150 | 08/21/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 10138 | Unsecured | $503.00 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

*Indicates claim contains unliquidated and/or undetermined amounts

CLAIMS TO BE DISALLOWED

REMAINING CLAIMS

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 37 | PLUMBING THE BAY 2610 BARRINGTON CT HAYWARD, CA 94545 | 10/20/23 | 23-11087 (CTG) YRC Inc. | 2704 | 503(b)(9) Priority Unsecured Total | $1,882.00 $1,882.00 $0.00 $3,764.00 | PLUMBING THE BAY 2610 BARRINGTON CT HAYWARD, CA 94545 | 10/16/23 | 23-11087 (CTG) YRC Inc. | 14127 | 503(b)(9) Priority Unsecured Total | $0.00 $0.00 $1,882.00 $1,882.00 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the amount, priority, and Debtor based on the Debtors' books and records.

Remaining Claim # 14127 was previously modified by the Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3184], entered on April 26, 2024.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 38 | PRESTIGE FLEET SERVICES LLC C/O MASLON LLP ATTN: AMY SWEDBERG 225 S SIXTH ST, STE 2900 MINNEAPOLIS, MN 55402 | 10/25/23 | 23-11079 (CTG) USF Holland LLC | 14863 | 503(b)(9) Unsecured Total | $23,968.84 $430,335.06 $454,303.90 | PRESTIGE FLEET SERVICES LLC C/O MASLON LLP ATTN: AMY SWEDBERT 225 S SIXTH ST, STE 2900 MINNEAPOLIS, MN 55402 | 10/25/23 | 23-11087 (CTG) YRC Inc. | 14857 | 503(b)(9) Unsecured Total | $15,457.12 $724,956.94 $740,414.06 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the priority and Debtor based on the Debtors' books and records.

Remaining Claim # 14857 was previously modified by the Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3184], entered on April 26, 2024.

*Indicates claim contains unliquidated and/or undetermined amounts

16

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Third Omnibus Claims Objection
Schedule 2 - Substantive Duplicate Claims

## CLAIMS TO BE DISALLOWED

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 39 | PRESTIGE FLEET SERVICES LLC C/O MASLON LLP ATTN: AMY SWEDBERG 225 S SIXTH ST, STE 2900 MINNEAPOLIS, MN 55402 | 10/25/23 | 23-11087 (CTG) YRC Inc. | 14864 | 503(b)(9) Unsecured Total | $19,304.62 $266,805.54 $286,110.16 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

Remaining Claim # 14857 was previously modified by the Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3184], entered on April 26, 2024.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 40 | PUNJAB TRANSIT LLC 6915 CRUMPLER BLVD, STE I OLIVE BRANCH, MS 38654 | 09/28/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 11692 | Unsecured | $4,600.00* |

Reason: Liability asserted by Claimant in the column labeled "Claim to Be Disallowed" was transferred to the third-party listed in the column labeled "Remaining Claim". The Remaining Claim reflects the Debtor based on the Debtors' books and records.

Remaining Claim # 12908 was previously modified by the Order Sustaining Debtors' Twenty-First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 5185], entered on December 16, 2024.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 41 | PURKEYS 823 S LINCOLN ST LOWELL, AR 72745 | 09/29/23 | 23-11087 (CTG) YRC Inc. | 11764 | Unsecured | $0.00 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

## REMAINING CLAIMS

| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
|---|---|---|---|---|---|
| PRESTIGE FLEET SERVICES LLC C/O MASLON LLP ATTN: AMY SWEDBERT 225 S SIXTH ST, STE 2900 MINNEAPOLIS, MN 55402 | 10/25/23 | 23-11087 (CTG) YRC Inc. | 14857 | 503(b)(9) Unsecured Total | $15,457.12 $724,956.94 $740,414.06 |
| SOUND FINANCE CORPORATION 81 BLUE RAVINE RD, #117 FOLSOM, CA 95630 | 10/05/23 | 23-11089 (CTG) Yellow Logistics, Inc. | 12908 | Unsecured | $22,500.00 |
| MCE PURKEYS FE LLC 823 S LINCOLN ST LOWELL, AR 72745 | 09/19/23 | 23-11069 (CTG) Yellow Corporation | 356 | Unsecured | $1,233.30 |

*Indicates claim contains unliquidated and/or undetermined amounts

* 17

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 42 | RALPH WILKENS CO INC 2836 W WELDON AVE PHOENIX, AZ 85017 | 09/19/23 | 23-11086 (CTG) YRC Freight Canada Company | 11041 | Unsecured | $2,124.70 | RALPH WILKENS CO INC 2836 W WELDON AVE PHOENIX, AZ 85017 | 10/10/23 | 23-11087 (CTG) YRC Inc. | 1262 | 503(b)(9) Unsecured Total | $1,450.00 $674.70 $2,124.70 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the priority and Debtor based on the Debtors' books and records.

Remaining Claim # 1262 was previously modified by the Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3184], entered on April 26, 2024.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43 | SEKO WORLDWIDE LLC ATTN BANKRUPTCY CLAIMS ADMIN SERVICES 84 HERBERT AVE, BLDG B-STE 202 CLOSTER, NJ 07624 | 11/13/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 18441 | Unsecured | $15,456.59 | SEKO WORLDWIDE LLC ATTN BANKRUPTCY CLAIMS ADMIN SERVICES 84 HERBERT AVE, BLDG B-STE 202 CLOSTER, NJ 07624 | 11/13/23 | 23-11083 (CTG) Yellow Logistics Inc. 23-11087 (CTG) YRC Inc. | 18436 1414 | Unsecured Unsej drec | $13,676.20 $0.39 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim. The Remaining Claim reflects the Debtors based on the Debtors' books and records.

Remaining Claim # 18436 was previously modified by the Order Sustaining Debtors' Twenty-First Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 5185], entered on December 16, 2024.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 44 | SERVICE LOGIC STRATEGIC SERVICES LLC ATTN KALAH CARSON, CONTROLLER 11325 M COMMUNITY HOUSE RD, STE 275 CHARLOTTE, NC 28277 | 11/09/23 | 23-11087 (CTG) YRC Inc. | 16606 | 503(b)(9) Unsecured Total | $9,362.25 $35,884.05 $45,246.30 | SERVICE LOGIC STRATEGIC SERVICES LLC ATTN KALAH CARSON 11325 N COMMUNITY HOUSE RD, STE 275 CHARLOTTE, NC 28277 | 09/12/23 | 23-11069 (CTG) Yellow Corporation | 10814 | 503(b)(9) Unsecured Total | $9,362.25 $35,884.05 $45,246.30 |

Reason: According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

*Indicates claim contains unliquidated and/or undetermined amounts

Case 23-11069-CTG   Doc 7578-2   Filed 09/08/25   Page 19 of 21

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **CLAIMS TO BE DISALLOWED** | | | | | | **REMAINING CLAIMS** | | | | | |
| 45 | SERVICE LOGIC STRATEGIC SERVICES LLC ATTN KALAH CARSON 11325 N COMMUNITY HOUSE RD,STE 275 CHARLOTTE, NC 28277 | 11/09/23 | 23-11081 (CTG) USF Reddaway Inc. | 16639 | 503(b)(9) Unsecured Total | $9,362.25 $35,884.05 $45,246.30 | SERVICE LOGIC STRATEGIC SERVICES LLC ATTN KALAH CARSON 11325 N COMMUNITY HOUSE RD, STE 275 CHARLOTTE, NC 28277 | 09/12/23 | 23-11069 (CTG) Yellow Corporation | 10814 | 503(b)(9) Unsecured Total | $9,362.25 $35,884.05 $45,246.30 |

Reason:  According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 46 | SHERRELL, TONY L ADDRESS ON FILE | 08/29/23 | 23-11079 (CTG) USF Holland LLC | 60 | Priority Unsecured Total | $15,150.00 $8,377.56 $23,527.56 | SHERRELL, TONY ADDRESS ON FILE | 11/08/24 | 23-11069 (CTG) Yellow Corporation | 6024 | Unsecured | $6,634.00* |

Reason:  According to the Debtors' books and records, the underlying liability asserted by the claim to be disallowed is included in the remaining claim.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 47 | SWEET LIFE LLC 754 PARK HILLS ST BOWLING GREEN, KY 42101 | 09/25/23 | 23-11069 (CTG) Yellow Corporation | 261 | Unsecured | $4,000.00 | ENGLAND CARRIER SERVICES LLC ATTN JUSTIN OLSEN 1325 S 4700 W SALT LAKE CITY, UT 84104 | 11/10/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 17082 | Unsecured | $98,649.40 |

Reason:  Liability asserted by Claimant in the column labeled "Claim to Be Disallowed" was transferred to the third-party listed in the column labeled "Remaining Claim". The Remaining Claim reflects the amount based on the Debtors' books and records.

Remaining Claim # 17082 was previously modified by the Order Sustaining Debtors' Thirtieth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 6505], entered on June 12, 2025.

*Indicates claim contains unliquidated and/or undetermined amounts

19

Case 23-11069-CTG   Doc 7578-2   Filed 09/08/25   Page 20 of 21

Case 23-11069-CTG   Doc 7578-2   Filed 09/08/25   Page 21 of 21

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLASSES | CLAIM AMOUNT |
| 48 | WHITE EAGLE TRANSPORT LLC 5246 WYNDALE DR BARGERSVILLE, IN 46106 | 09/23/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 11359 | 503(b)(9) $0.00 Priority $0.00 Unsecured $2,800.00 ──── Total $2,800.00 | | CARRIERNET GROUP FINANCIAL INC PO BOX 1130 SIOUX FALLS, SD 57101 | 10/17/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 2402 | Secured | $2,800.00 |

Reason:  Liability asserted by Claimant in the column labeled "Claim to Be Disallowed" was transferred to the third-party listed in the column labeled "Remaining Claim".

Claim to be disallowed # 11359 was previously modified by the Order Sustaining Debtors' Tenth Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 3184], entered on April 26, 2024.

| | | | | TOTAL | $4,375,132.61* | | | | | TOTAL | | $4,049,697.67* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

*Indicates claim contains unliquidated and/or undetermined amounts