<u>**Schedule 1**</u>

**Late Filed Claims**

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Schedule 1 - Late Filed Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 1 | ALVARIA, INC. 211 PERIMETER CENTER PARKWAY SUITE 200 ATLANTA, GA 30346 | 12/28/2023 | 23-11085 (CTG) | YRC Enterprise Services, Inc. | 19187 | $92,400.00 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed on 12/28/2023, which is more than thirty days after the rejection effective date of 08/31/2023. | | | | | |
| 2 | BRADLEY'S TRUCK SERVICE INC 2919 BOXMEER DR CHARLOTTE, NC 28269 | 07/26/2024 | 23-11069 (CTG) | Yellow Corporation | 19767 | $118,515.00 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 3 | BRUSKE PRODUCTS 7447 DUVAN DR TINLEY PARK, IL 60477-3714 | 06/06/2024 | 23-11085 (CTG) | YRC Enterprise Services, Inc. | 19716 | $5,500.00* |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 4 | CENTENNIAL LANDSCAPE LLC 41280 DUBLIN DR PARKER, CO 80138 | 05/28/2024 | 23-11069 (CTG) | Yellow Corporation | 6006 | $15,575.00 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 5 | DOMESTIC LINEN SUPPLY COMPANY, INC ATTN MARK COLTON 30555 NORTHWESTERN HIGHWAY SUITE 300 FARMINGTON HILLS, MI 48334 | 12/06/2023 | 23-11087 (CTG) | YRC Inc. | 5771 | $36,970.60 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 6 | HILL, TINA ADDRESS ON FILE | 03/18/2025 | 23-11087 (CTG) | YRC Inc. | 6049 | Undetermined* |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

1

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Schedule 1 - Late Filed Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 7 | INTERSTATE FIRE SALES & SERVICE LLC<br>PO BOX 65248<br>SALT LAKE CITY, UT 84165 | 05/20/2025 | 23-11081 (CTG) | USF Reddaway Inc. | 20161 | $753.77 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 8 | KBS CONSTRUCTORS INC<br>1701 SW 41ST ST<br>TOPEKA, KS 66609 | 05/13/2024 | 23-11087 (CTG) | YRC Inc. | 5997 | $97,231.00 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed on 05/13/2024, which is more than thirty days after the rejection effective date of 08/31/2023. | | | | | |
| 9 | MASTER WASH INC<br>PO BOX 18183<br>IRVINE, CA 92623 | 06/06/2024 | 23-11069 (CTG) | Yellow Corporation | 19717 | $540.00 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 10 | METRO GROUP MARITIME<br>AS AGENT FOR FLEXIVAN LEASING LLC<br>ATTN LEE STEPNER<br>49 W MOUNT PLEASANT AVE, BOX 2371<br>LIVINGSTON, NJ 07039 | 09/09/2024 | 23-11069 (CTG) | Yellow Corporation | 6018 | $16,264.81 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 11 | MOORE, SHELLY<br>ADDRESS ON FILE | 05/20/2024 | 23-11069 (CTG) | Yellow Corporation | 6005 | Undetermined* |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 12 | MORGAN, TIMOTHY J<br>ADDRESS ON FILE | 03/31/2025 | 23-11069 (CTG) | Yellow Corporation | 20110 | $15,000.00 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

2

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Schedule 1 - Late Filed Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 13 | PRON LOGISTICS LLC<br>34970 ANN ARBOR TRL., UNIT D10<br>LIVONIA, MI 48150-3780 | 05/04/2025 | 23-11069 (CTG) | Yellow Corporation | 20157 | $3,270.00* |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 14 | STEEL CITY ENTERPRISES INC<br>1415 HWY 85 N, STE 310-238<br>FAYETTEVILLE, GA 30214 | 05/15/2025 | 23-11083 (CTG) | Yellow Logistics, Inc. | 20158 | $2,200.00 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 15 | TMCS<br>PO BOX 7216<br>PASADENA, CA 91109-7316 | 05/16/2025 | 23-11069 (CTG) | Yellow Corporation | 20159 | $6,362.73 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 16 | TMCS<br>PO BOX 7216<br>PASADENA, CA 91109-7316 | 05/16/2025 | 23-11081 (CTG) | USF Reddaway Inc. | 20160 | $195,571.12 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 17 | US TRUCK & TRAILER SERVICE<br>PO BOX 35<br>LAKEVILLE, IN 46536-0035 | 04/21/2025 | 23-11069 (CTG) | Yellow Corporation | 20131 | $50,205.31 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |
| 18 | VISTA OUTDOOR SALES LLC<br>ATTN ROMAN ORLIOGLO<br>1 VISTA WAY<br>ANOKA, MN 55303 | 03/10/2025 | 23-11069 (CTG) | Yellow Corporation | 20046 | $127,889.96 |
| | Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023. | | | | | |

*Indicates claim contains unliquidated and/or undetermined amounts

3

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Schedule 1 - Late Filed Claims

| | NAME | DATE FILED | CASE # | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|
| 19 | WARD INTERNATIONAL TRUCKS LLC ATTN MELODY GODWIN 2101 PERIMETER RD MOBILE, AL 36615 | 05/31/2024 | 23-11069 (CTG) | Yellow Corporation | 6008 | $4,949.04 |

Reason: The Debtors have no liability in connection with this claim as the claim was filed after the General Bar Date of 11/13/2023.

| | | | | | TOTAL | $789,198.34* |

*Indicates claim contains unliquidated and/or undetermined amounts

4