**Schedule 2**

**Amended Claims**

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Scheduled 2 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |

| # | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | BEAN, CRYSTAL ADDRESS ON FILE | 11/20/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 18960 | $3,028.32 | BEAN, CRYSTAL ADDRESS ON FILE | 12/18/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 19154 | $3,028.32 |
| 2 | BOARD OF WATER SUPPLY, CITY & COUNTY HON ATTN MOANA YOST 530 S KING ST, RM 110 HONOLULU, HI 96813 | 10/04/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 12696 | $560.42 | BOARD OF WATER SUPPLY CITY AND COUNTY OF HONOLULU ATTN MOANA A YOST, DEPUTY CORP COUNSEL 1001 BISHOP ST, STE 2020 HONOLULU, HI 96813 | 03/24/25 | 23-11069 (CTG) Yellow Corporation | 6050 | $560.42 |
| 3 | BRAZZELL, AHKEELA ADDRESS ON FILE | 10/02/23 | 23-11087 (CTG) YRC Inc. | 12155 | $1,062.27 | BRAZZELL, AHKEELA G ADDRESS ON FILE | 05/23/25 | 23-11087 (CTG) YRC Inc. | 6056 | $1,062.07 |
| 4 | BRYAN TRUCKING OPERATIONS CORP PO BOX 1984 FERNLEY, NV 89408 | 08/16/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 10089 | $620.00 | BRYAN TRUCKING OPERATIONS CORP PO BOX 1644 FALLON, NV 89407 | 03/24/25 | 23-11083 (CTG) Yellow Logistics, Inc. | 20091 | $620.00 |
| 5 | CALIFORNIA DEPT OF TAX AND FEE ADMIN PO BOX 942879 SACRAMENTO, CA 94279-0055 | 04/29/24 | 23-11087 (CTG) YRC Inc. | 5991 | $8,977.97 | CALIFORNIA DEPT OF TAX AND FEE ADMIN PO BOX 942879 SACRAMENTO, CA 94279-0029 | 07/02/24 | 23-11087 (CTG) YRC Inc. | 6013 | $65,067.67 |
| 6 | CONCIALDI, ANTONINO ADDRESS ON FILE | 10/13/23 | 23-11069 (CTG) Yellow Corporation | 13911 | Undetermined* | CONCIALDI, ANTONINO ADDRESS ON FILE | 10/13/23 | 23-11069 (CTG) Yellow Corporation | 13912 | $17,418.66* |

*Indicates claim contains unliquidated and/or undetermined amounts

1

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Scheduled 2 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | FIRST FINANCIAL EQUIPMENT FINANCE LLC C/O VORYS SATER SEYMOUR AND PEASE LLP ATTN CARRIE M BROSIUS 200 PUBLIC SQUARE, STE 1400 CLEVELAND, OH 44114 | 11/08/23 | 23-11069 (CTG) Yellow Corporation | 16273 | $2,368,282.52 | FIRST FINANCIAL EQUIPMENT FINANCE LLC C/O VORYS SATER SEYMOUR AND PEASE LLP ATTN CARRIE M BROSIUS 200 PUBLIC SQ, STE 1400 CLEVELAND, OH 44114 | 04/04/25 | 23-11069 (CTG) Yellow Corporation | 20111 | $1,674,501.52* |
| 8 | FIRST FINANCIAL EQUIPMENT FINANCE, LLC C/O CARRIE M. BROSIUS VORYS, SATER, SEYMOUR AND PEASE LLP 200 PUBLIC SQUARE, SUITE 1400 CLEVELAND, OH 44114 | 11/08/23 | 23-11087 (CTG) YRC Inc. | 16267 | $2,368,282.52 | FIRST FINANCIAL EQUIPMENT FINANCE LLC C/O VORYS SATER SEYMOUR AND PEASE LLP ATTN CARRIE M BROSIUS 200 PUBLIC SQ, STE 1400 CLEVELAND, OH 44114 | 04/04/25 | 23-11087 (CTG) YRC Inc. | 20112 | $1,674,501.52* |
| 9 | FLORIDA DEPARTMENT OF REVENUE ATTN FREDERICK F RUDZIK PO BOX 6668 TALLAHASSEE, FL 32314-6668 | 01/22/24 | 23-11087 (CTG) YRC Inc. | 19314 | $908.51 | FLORIDA DEPARTMENT OF REVENUE PO BOX 6668 TALLAHASSEE, FL 32314-6668 | 06/16/25 | 23-11087 (CTG) YRC Inc. | 20166 | $0.00 |

*Indicates claim contains unliquidated and/or undetermined amounts

2

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Scheduled 2 - Amended Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 10 | H & J TRANSPORT INC<br>21 SHELDUCK LN<br>MECHANICSBURG, PA 17050 | 08/17/23 | 23-11083 (CTG)<br>Yellow Logistics, Inc. | 10108 | $2,800.00 | H&J TRANSPORT INC<br>21 SHELDUCK LN<br>MECHANICSBURG, PA 17050 | 10/27/23 | 23-11069 (CTG)<br>Yellow Corporation | 3238 | $2,800.00 |
| 11 | LEVEL 3 COMMUNICATIONS LLC<br>C/O CENTURYLINK COMMUNICATIONS<br>ATTN BANKRUPTCY<br>1025 EL DORADO BLVD<br>BROOMFIELD, CO 80021 | 02/13/24 | 23-11085 (CTG)<br>YRC Enterprise Services, Inc. | 19474 | $58,402.29 | LEVEL 3 COMMUNICATIONS LLC<br>C/O CENTURYLINK COMMUNICATIONS<br>ATTN BANKRUPTCY<br>931 14TH ST, 9TH FL<br>DENVER, CO 80202 | 09/09/24 | 23-11085 (CTG)<br>YRC Enterprise Services, Inc. | 19833 | $93,225.26 |
| 12 | MG FISHERSVILLE I LLC<br>C/O SPOTTS FAIN PC<br>ATTN NEIL E MCCULLAGH<br>411 E FRANKLIN ST, STE 600<br>RICHMOND, VA 23219 | 11/08/23 | 23-11087 (CTG)<br>YRC Inc. | 16279 | $338,495.50 | MG FISHERSVILLE I LLC<br>C/O SPOTTS FAIN PC<br>ATTN NEIL E MCCULLAGH<br>411 E FRANKLIN ST, STE 600<br>RICHMOND, VA 23219 | 11/19/24 | 23-11087 (CTG)<br>YRC Inc. | 19889 | $389,015.88* |
| 13 | MIRACLE EXPRESS INC<br>PO BOX 131420<br>ROSEVILLE, MN 55113 | 02/01/24 | 23-11069 (CTG)<br>Yellow Corporation | 19361 | $136,487.87 | MIRACLE EXPRESS INC<br>PO BOX 131420<br>ROSEVILLE, MN 55113 | 04/16/25 | 23-11069 (CTG)<br>USF Holland LLC | 20129 | $23,693.15 |

Remaining Claim # 21029 was previously modified by the Order Sustaining Debtors' Thirty-Second Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) and 503(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Docket No. 6640], entered on July 07, 2025.

*Indicates claim contains unliquidated and/or undetermined amounts

3

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Fourth Omnibus Claims Objection
Scheduled 2 - Amended Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 14 | NM TAXATION & REVENUE DEPARTMENT PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 11/20/23 | 23-11087 (CTG) YRC Inc. | 5623 | $202,353.20 | NM TAXATION & REVENUE DEPARTMENT PO BOX 8575 ALBUQUERQUE, NM 87198-8575 | 12/16/24 | 23-11087 (CTG) YRC Inc. | 6033 | $105,433.20* |
| 15 | NY STATE DEPT OF TAXATION AND FINANCE ATTN BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 08/21/23 | 23-11069 (CTG) Yellow Corporation | 39 | $4,203.98 | NEW YORK STATE DEPT OF TAX AND FINANCE ATTN BANKRUPTCY SECTION PO BOX 5300 ALBANY, NY 12205-0300 | 10/25/24 | 23-11069 (CTG) Yellow Corporation | 19867 | $4,320.16 |
| 16 | TENNESSEE DEPARTMENT OF REVENUE C/O ATTORNEY GENERAL PO BOX 20207 NASHVILLE, TN 37202-0207 | 02/01/24 | 23-11079 (CTG) USF Holland LLC | 19370 | $596.39 | TENNESSEE DEPARTMENT OF REVENUE ATTN ATTORNEY GENERAL PO BOX 20207 NASHVILLE, TN 37202-0207 | 05/07/24 | 23-11079 (CTG) USF Holland LLC | 19694 | $641.00 |
| | | | | TOTAL | $5,495,061.76* | | | | TOTAL | $4,055,888.83* |

*Indicates claim contains unliquidated and/or undetermined amounts

4