**Fill in this information to identify the case:**

Debtor Name: Yellow Corporation

United States Bankruptcy Court for the: District of Delaware (State)

Case number: 23-11069-CTG

Official Form 426

# Periodic Report Regarding Value, Operations, and Profitability of Entities in Which the Debtor's Estate Holds a Substantial or Controlling Interest

12/17

This is the *Periodic Report* as of 09/05/2025 on the value, operations, and profitability of those entities in which a Debtor holds, or two or more Debtors collectively hold, a substantial or controlling interest (a "Controlled Non-Debtor Entity"), as required by Bankruptcy Rule 2015.3. For purposes of this form, "Debtor" shall include the estate of such Debtor.

Yellow Corporation holds a substantial or controlling interest in the following entities:

| Name of Controlled Non-Debtor Entity | Interest of the Debtor | Tab # |
|---|---|---|
| YRC Logistics Asia Limited | 100% Interest | 1 |

This *Periodic Report* contains separate reports (*Entity Reports*) on the value, operations, and profitability of each Controlled Non-Debtor Entity.

Each *Entity Report* consists of five exhibits.

*Exhibit A* contains the most recently available: balance sheet, statement of income (*loss*), statement of cash flows, and a statement of changes in shareholders' or partners' equity (*deficit*) for the period covered by the *Entity Report*, along with summarized footnotes.

*Exhibit B* describes the Controlled Non-Debtor Entity's business operations.

*Exhibit C* describes claims between the Controlled Non-Debtor Entity and any other Controlled Non-Debtor Entity.

*Exhibit D* describes how federal, state or local taxes, and any tax attributes, refunds, or other benefits, have been allocated between or among the Controlled Non-Debtor Entity and any Debtor or any other Controlled Non-Debtor Entity and includes a copy of each tax sharing or tax allocation agreement to which the Controlled Non-Debtor Entity is a party with any other Controlled Non-Debtor Entity.

*Exhibit E* describes any payment, by the Controlled Non-Debtor Entity, of any claims, administrative expenses or professional fees that have been or could be asserted against any Debtor, or the incurrence of any obligation to make such payments, together with the reason for the entity's payment thereof or incurrence of any obligation with respect thereto.

**This *Periodic Report* must be signed by a representative of the trustee or debtor in possession.**

Debtor Name   Yellow Corporation                           Case number  23-11069-CTG

**The undersigned, having reviewed the *Entity Reports* for each Controlled Non-Debtor Entity, and being familiar with the Debtor's financial affairs, verifies under the penalty of perjury that to the best of his or her knowledge, (i) this *Periodic Report* and the attached *Entity Reports* are complete, accurate, and truthful to the best of his or her knowledge, and (ii) the Debtor did not cause the creation of any entity with actual deliberate intent to evade the requirements of Bankruptcy Rule 2015.3**

**For non-individual Debtors:**

✗ /s/ Daniel Olivier
Signature of Authorized Individual
Daniel Olivier
Printed name of Authorized Individual
Date 09/05/2025
MM / DD / YYYY

**For individual Debtors:**

✗ _____
Signature of Debtor 1
_____
Printed name of Debtor 1
Date _____
MM / DD / YYYY

✗ _____
Signature of Debtor 2
_____
Printed name of Debtor 2
Date _____
MM / DD / YYYY

Debtor Name   Yellow Corporation                                                  Case number 23-11069-CTG

 **Exhibit A: Financial Statements for YRC Logistics Asia Limited**

**Financial Statements**
The financial statements contained herein include the results of those entities in which the Debtors hold a direct or indirect substantial and controlling interest. The financial statements are unaudited, limited in scope and do not fully comply with generally accepted accounting principles in the United States of America ("U.S. GAAP"). The financial statements have been derived from the books and records of the Debtors and the Controlled Non-Debtor Entities. If U.S. GAAP procedures had been applied in full, the Debtors believe that the financial information could be subject to changes and these changes could be material.

Although the Debtors' management made reasonable efforts to ensure that the financial information is accurate and complete based on information that was available to them at the time of preparation, subsequent information or discovery may result in material changes to the information. Notwithstanding any such discovery, new information, or errors or omissions, the Debtors do not undertake any obligation or commitment to update this Periodic Report. Nothing contained in this Periodic Report shall constitute a waiver of any rights of the Debtors, including the right to amend the information contained herein.

The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information.

The results of operations contained herein are not necessarily indicative of results that are expected from any other period and may not necessarily reflect the results of operations or financial position of the non-Debtors in the future. Further, this Periodic Report is limited in scope, covers a limited time period, and has been prepared solely for purposes of fulfilling the requirements of Bankruptcy Rule 2015.3. Given, among other things, the uncertainty surrounding the realization, measurement, and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a non-Debtor entity shows more assets than liabilities, this is not an admission that the non-Debtor entity was solvent on the Petition Date or at any time prior to the Petition Date, including the date as of or for the period of any financial statements or other information included in this Periodic Report. Likewise, to the extent that a non-Debtor entity shows more liabilities than assets, this is not an admission that the non-Debtor entity was insolvent on the Petition Date or at any time prior to the Petition Date, including the date as of or for the period of any financial statements or other information included in this Periodic Report.

The balance sheets and statements of income have been included for the non-Debtor affiliates to the extent available on a basis consistent with the Debtor's consolidated financial statements.

**Current Values**
The Debtors do not maintain fair market value or other bases of valuation for these entities, which may differ substantially from the net book value of these entities.

**Reservation of Rights**
Nothing contained in this Periodic Report shall constitute a waiver or admission by the Debtors in any respect, nor shall this Periodic Report or any information set forth herein waive or release any of the Debtors' rights or admission with respect to these chapter 11 cases, or their estates, including with respect to, among other things, matters involving objections to claims, substantive consolidation, equitable subordination, defences, characterization or re characterization of contracts, assumption or rejection of contracts under the provisions of chapter 3 of the Bankruptcy Code and/or causes of action under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable laws to recover assets or avoid transfers. The Debtors are reviewing the assets and liabilities of their affiliates on an ongoing basis, including without limitation with respect to intercompany claims and obligations, and nothing contained in this Periodic Report shall constitute a waiver of any of the Debtors' or their affiliates' rights with respect to such assets, liabilities, claims, and obligations that may exist.

**Currency**
The amounts herein are presented in U.S. Dollars, unless otherwise stated.

Debtor Name: Yellow Corporation            Case number: 23-11069-CTG

### Exhibit A-1: Balance Sheet for YRC Logistics Asia Limited as of December 31, 2024 and June 30, 2025

**As of December 31, 2024**
($ in US Dollars)

| | YRC Logistics Asia Limited |
|---|---:|
| **Assets** | |
| Current Assets: | |
| Cash and cash equivalents | $ - |
| Accounts receivable, net | - |
| Prepaid expenses and other | - |
| Total current assets | - |
| | |
| Property and Equipment: | |
| Cost | - |
| Less - accumulated depreciation | - |
| Net property and equipment | - |
| | |
| Intercompany advances receivable | (4,983,023) |
| Total Assets | $ (4,983,023) |
| | |
| **Liabilities and Shareholders' Equity (Deficit)** | |
| Current Liabilities: | |
| Accounts payable | $ - |
| Wages, vacations and employee benefits | - |
| Other current and accrued liabilities | - |
| Current maturities of long-term debt | - |
| Total current liabilities | - |
| | |
| Shareholders' Equity (Deficit): | |
| Common stock | - |
| Capital surplus | 91,506,542 |
| Retained earnings | (96,768,416) |
| Other equity | 278,851 |
| Total shareholders' equity (deficit) | (4,983,023) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (4,983,023) |

**As of June 30, 2025**
($ in US Dollars)

| | YRC Logistics Asia Limited |
|---|---:|
| **Assets** | |
| Current Assets: | |
| Cash and cash equivalents | $ - |
| Accounts receivable, net | - |
| Prepaid expenses and other | - |
| Total current assets | - |
| | |
| Property and Equipment: | |
| Cost | - |
| Less - accumulated depreciation | - |
| Net property and equipment | - |
| | |
| Intercompany advances receivable | (4,983,023) |
| Total Assets | $ (4,983,023) |
| | |
| **Liabilities and Shareholders' Equity (Deficit)** | |
| Current Liabilities: | |
| Accounts payable | $ 0 |
| Wages, vacations and employee benefits | - |
| Other current and accrued liabilities | 0 |
| Current maturities of long-term debt | - |
| Total current liabilities | 0 |
| | |
| Shareholders' Equity (Deficit): | |
| Common stock | - |
| Capital surplus | 91,506,542 |
| Retained earnings | (96,768,416) |
| Other equity | 278,851 |
| Total shareholders' equity (deficit) | (4,983,023) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (4,983,023) |

Note: Financials as of 12/31/24 and 06/30/25 are preliminary, unaudited, and subject to change.



Debtor Name  Yellow Corporation                                    Case number 23-11069-CTG

**Exhibit A-2: Statement of Income (*Loss*) for YRC Logistics Asia Limited for the 6 Months-to-Date June 30, 2025**

| 6 Months-to-Date June 30, 2025 ($ in US Dollars) | YRC Logistics Asia Limited |
|---|---|
| **Operating Revenue** | $   - |
| **Operating Expenses:** | |
| Fuel, operating expenses and supplies | - |
| Total operating expenses | - |
| **Operating Income** | - |
| **Nonoperating Expenses:** | |
| Interest Income | - |
| Other nonoperating expenses | - |
| Nonoperating expenses, net | - |
| Income (loss) before income taxes | - |
| Provision for income taxes | - |
| Net income (loss) | $   - |

Note: Financials as of 06/30/25 are preliminary, unaudited, and subject to change.



Debtor Name  Yellow Corporation                              Case number  23-11069-CTG

**Exhibit A-3: Statement of Cash Flows for YRC Logistics Asia Limited for the 6 Months-to-Date June 30, 2025**

**6 Months-to-Date June 30, 2025**
**($ in US Dollars)**

| | YRC Logistics Asia Limited |
|---|---:|
| **Operating activities** | |
| Net income (loss) | $ - |
| Other noncash items | - |
| Accounts Receivable | - |
| Accounts Payable | - |
| Other operating assets | - |
| Other operating liabilities | - |
| Net cash provided by (used in) operating activities | $ - |
| **Investing activities** | |
| Other | - |
| Net cash provided by (used in) investing activities | $ - |
| **Financing activities** | |
| Net change in I/C debt/notes | - |
| Net cash provided by (used in) financing activities | $ - |
| Increase (decrease) in cash, cash equivalents and restricted cash | $ - |
| Cash, Cash Equivalents and Restricted Cash, Beginning of the period | $ 0 |
| Cash, Cash Equivalents and Restricted Cash, End of period | $ 0 |

Note: Financials as of 06/30/25 are preliminary, unaudited, and subject to change.



Debtor Name  Yellow Corporation                                    Case number 23-11069-CTG

**Exhibit A-4: Statement of Changes in Shareholders'/Partners' Equity (*Deficit*) for YRC Logistics Asia Limited for the 6 Months-to-Date June 30, 2025**

| **6 Months-to-Date June 30, 2025** <br> **($ in US Dollars)** | **YRC Logistics Asia Limited** |
|---|---:|
| **Balances at December 31, 2024** | $ (4,983,023) |
| Affiliate capital contributions | - |
| Net income (loss) | - |
| Foreign currency translation, net of tax | - |
| **Balances at June 30, 2025** | $ (4,983,023) |

Note: Financials as of 06/30/25 are preliminary, unaudited, and subject to change.

Official Form 426    Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability    page **7**
DOCS_DE:244624.1 96859/001


American LegalNet, Inc.
www.FormsWorkFlow.com

Debtor Name   Yellow Corporation                              Case number   23-11069-CTG

**Exhibit B: Description of Operations for YRC Logistics Asia Limited**

| Name of Entity[1] | Description of Operations[1] |
|---|---|
| YRC Logistics Asia Limited | Holding company for logistics subsidiaries in Asia. No recent or ongoing operations. |

---

[1] All Non-Debtor entities have no employees and de minimis operating activity.

Official Form 426    Periodic Report About Controlled Non-Debtor Entities' Value, Operations, and Profitability    page **8**
DOCS_DE:244624.1 96859/001



Debtor Name  Yellow Corporation                          Case number 23-11069-CTG

### Exhibit C: Description of Intercompany Claims

Not Applicable. The Controlled Non-Debtor Entities do not have any claims against any other Controlled Non-Debtor Entities.



Debtor Name   Yellow Corporation                                          Case number 23-11069-CTG

### Exhibit D: Allocation of Tax Liabilities and Assets

Not applicable. There is no allocation of taxes between or among any Controlled Non-Debtor Entities and any of the Non-Debtor or Debtor Entities. There are no tax sharing or tax allocation agreements between any of the Controlled Non-Debtor Entities.



Debtor Name  Yellow Corporation                     Case number  23-11069-CTG

| | **Exhibit E: Description of Controlled Non-Debtor Entity's payments of Administrative Expenses, or Professional Fees otherwise payable by a Debtor** |
|---|---|

There are no known payments made, or obligations incurred (or claims purchased) by any Controlled Non-Debtor Entity in connection with any claims, administrative expenses, or professional fees that have been or could be asserted against the Debtors.

