**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | ) Chapter 11<br>)<br>) Case No. 23-11069 (CTG)<br>)<br>) (Jointly Administered)<br>)<br>) **Re: Docket No. 7603** |

**DEBTORS' JOINDER TO MFN PARTNERS, LP'S AND MOBILE STREET HOLDINGS, LLC'S OBJECTION TO PROOFS OF CLAIM FILED BY NEW YORK STATE TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND**

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through their undersigned counsel, hereby file this joinder (the "Joinder") to join in and adopt the arguments submitted by MFN Partners, LP and Mobile Street Holdings, LLC (together, "MFN/Mobile Street") in *MFN Partners, LP's and Mobile Street Holdings, LLC's Objection to Proofs of Claim Filed By New York State Teamsters Conference Pension and Retirement Fund* [Docket No. 7603] (the "Objection"). In support of this Joinder, the Debtors respectfully state as follows:

1. The Debtors expressly join, adopt and incorporate MFN/Mobile Street's arguments set forth in the Objection, and submit that New York State Teamsters Conference Pension and Retirement Fund's claims for liquidated damages should be disallowed in their entirety.

2. The Debtors expressly reserve all rights with respect to the Objection, including the right to supplement and join in any other filings and to present further arguments at any hearing on the Objection.

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4915-8907-3000.1 96859.001

| | |
|---|---|
| Dated: September 12, 2025<br>Wilmington, Delaware | */s/ Peter J. Keane*<br>Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward Corma (DE Bar No. 6718)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19899-8705 (Courier 19801)<br>Telephone:   (302) 652-4100<br>Facsimile:   (302) 652-4400<br>Email:   ljones@pszjlaw.com<br>   tcairns@pszjlaw.com<br>   pkeane@pszjlaw.com<br>   ecorma@pszjlaw.com<br><br>Patrick J. Nash, P.C. (admitted *pro hac vice*)<br>Shirley Chan (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>330 W. Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:   (312) 862-2200<br>Email:   pnash@kirkland.com<br>   shirley.chan@kirkland.com<br><br>Allyson B. Smith (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:   (212) 446-4900<br>Email:   allyson.smith@kirkland.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |

4915-8907-3000.1 96859.001