**Exhibit 8A**
**Updated Schedule Voting Employee Cover Letter**



[●], 2025

<u>Via First-Class Mail / Email</u>

**RE: Yellow Corporation, *et al.*,**
**Chapter 11 Case No. 23-11069 (CTG) (Jointly Administered)**

Dear Former Yellow Employee,

You are receiving this letter and the enclosed Ballot because you are the Holder of a Class 3 Other Priority Claim and/or a Class 4A Employee PTO/Commission Full Pay GUC Claim and a Class 5 General Unsecured Claim under the *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. [●]] (as may be altered, amended, modified, or supplemented from time to time, the "<u>Plan</u>").[1]

On or around December 2024, you may have received an earlier version of this letter because you were also a Holder of a Class 3 Other Priority Claim and/or a Class 4A Employee PTO/Commission Full Pay GUC Claim and a Class 5 General Unsecured Claim under the *Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 5028] (the "<u>Prior Plan</u>").  The Debtors are no longer pursuing the Prior Plan.  This letter pertains to the Plan, as defined herein.

The Debtors have negotiated with the Committee support for paying up to $7,500 of non-priority employee claims for vacation or paid time off in full.  Absent confirmation of the Plan, such treatment cannot be guaranteed.

You were previously notified that Yellow scheduled an amount owed to you for unpaid vacation/PTO of $[●] and that the split between the priority portion and the unsecured portion of this total amount was undetermined (Schedule [●] - #[●]).  Yellow is now ready to move forward with the voting and approval process with the Court to be able to pay claims which requires us to breakdown your claim further between priority and unsecured amounts. We have now determined that the priority portion(s) of your claim is $[●] and the unsecured portion is $[●].

<u>TREATMENT OF PRIORITY CLAIMS</u>:

**Allowed Class 3 Other Priority Claims** are expected to be paid in full, in Cash, on or shortly after the Effective Date, in the amount set forth below.  The timing of the Effective Date is uncertain but will not occur until after the Bankruptcy Court confirms the Plan which, at the earliest, will not occur until November 2025.  Your Class 3 Claim is unimpaired because it is being paid in full, therefore, you are <u>*not*</u> entitled to vote to accept or reject the Plan on account of your Class 3 Claim and are automatically deemed to accept the Plan on account of your Class 3 Claim.

<u>TREATMENT OF THE UNSECURED PORTION OF YOUR CLAIM</u>:

The Plan provides that up to $7,500 of unsecured claims from current or former employees related to unpaid vacation, paid time off pay, sick pay, or sales commissions and any Canadian Employee Priority Claims be separately classified as Class 4A Employee PTO/Commission Full Pay GUC Claims.

---

[1]    Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan or the Disclosure Statement, as applicable.

**Allowed Class 4A Employee PTO/Commission Full Pay GUC Claims** are expected to be paid in full, in Cash, on or shortly after the Effective Date, in the lesser amount of (i) your remaining asserted Claim amount and (ii) $7,500. Your Class 4A Claim is unimpaired because it is being paid in full, therefore, you are _not_ entitled to vote to accept or reject the Plan with respect to your Class 4A Claim.

A portion of your Claim does not qualify for Class 3 and/or Class 4A status, thus you have an additional amount owed to you as a Class 5 General Unsecured Claim per the below summary.

The timing and amount of payment of Allowed Class 5 General Unsecured Claims is uncertain at this time which means these Claims are _impaired_ and you are entitled to vote to accept or reject the Plan with respect to your Class 5 General Unsecured Claim. **Accordingly, your Ballot to vote on the Plan is enclosed hereto for your Class 5 General Unsecured Claim. Further details regarding Class 3, Class 4A and Class 5 treatment and voting can be found in Article III.B of the Plan.**

Below is a breakdown of your individual Class 3, Class 4A and Class 5 Claims.

| | |
|---|---|
| **Class 3** – Other Priority Claim:<br>(Not Entitled to Vote because this amount will be paid in full) | $[●] |
| **Class 4A** – Employee PTO/Commission Full Pay GUC Claim:<br>(Not Entitled to Vote because this amount will be paid in full) | $[●] |
| **Class 5** – General Unsecured Claim:<br>(Entitled to Vote because only a portion of this claim will be paid and the total amount is unknown at this time) | $[●] |
| **Total Claim Amount** | $[●] |

If you disagree with the Debtors' calculation of your Class 3 - Other Priority Claim, you should e-mail YellowCorporationInfo@epiqglobal.com with "Yellow Schedule Comment" in the subject line and include the ID number found in the lower right corner of this letter, and/or write to Yellow Corporation, et al., c/o Epiq Ballot Processing, 10300 SW Allen Boulevard, Beaverton, OR 97005 so the Debtors receive your message by **October 29, 2025 at 4:00 p.m. prevailing Eastern Time**, the Plan Objection Deadline. If the dispute is not resolved within 30 days of the Debtors receiving your message, the parties shall set the dispute for hearing at the Bankruptcy Court's convenience.

If you have any questions, you may contact Epiq Corporate Restructuring, LLC, the Claims and Noticing Agent retained by the Debtors in the Chapter 11 Cases (the "Claims and Noticing Agent"), by: (a) calling (866) 641-1076 (domestic) or +1 (503) 461-4134 (international); (b) writing to Yellow Corporation, et al., c/o Epiq Ballot Processing, 10300 SW Allen Boulevard, Beaverton, OR 97005; or (c) emailing YellowCorporationInfo@epiqglobal.com and referencing "Yellow" in the subject line. You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER on the Bankruptcy Court's website at: https://ecf.deb.uscourts.gov. Copies of certain orders, notices, and pleadings, as well as other information regarding these Chapter 11 Cases, are also available for inspection free of charge on the Claims and Noticing Agent's website at: https://dm.epiq11.com/YellowCorporation.

Please be advised that the Claims and Noticing Agent is authorized to answer questions about the Classes of Claims under the Plan and provide additional copies of the Plan and Disclosure Statement but may **_not_** provide any legal advice.

[Unique ID #]

Sincerely,

Yellow Corporation, on its own behalf and for each
of the Debtors

[Unique ID #]

**Exhibit 8B**
**Voting Employee Cover Letter**



[●], 2025

<u>Via First-Class Mail / Email</u>

**RE: Yellow Corporation, *et al.*,**
**Chapter 11 Case No. 23-11069 (CTG) (Jointly Administered)**

Dear Former Yellow Employee,

You are receiving this letter and the enclosed Ballot because you are the Holder of a Class 3 Other Priority Claim and/or a Class 4A Employee PTO/Commission Full Pay GUC Claim and a Class 5 General Unsecured Claim under the *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. [●]] (as may be altered, amended, modified, or supplemented from time to time, the "Plan").[1]

On or around December 2024, you may have received an earlier version of this letter because you were also a Holder of a Class 3 Other Priority Claim and/or a Class 4A Employee PTO/Commission Full Pay GUC Claim and/or a Class 5 General Unsecured Claim under the *Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 5028] (the "Prior Plan"). The Debtors are no longer pursuing the Prior Plan. This letter pertains to the Plan, as defined herein.

The Debtors have negotiated with the Committee support for paying up to $7,500 of non-priority employee claims for vacation or paid time off in full. Absent confirmation of the Plan, such treatment cannot be guaranteed.

You were previously notified that Yellow scheduled an amount owed to you for unpaid vacation/PTO of $[●] and that the priority portion(s) of your claim is $[●] and the unsecured portion is $[●].

<u>TREATMENT OF PRIORITY CLAIMS</u>:

**Allowed Class 3 Other Priority Claims** are expected to be paid in full, in Cash, on or shortly after the Effective Date, in the amount set forth below. The timing of the Effective Date is uncertain but will not occur until after the Bankruptcy Court confirms the Plan which, at the earliest, will not occur until November 2025. Your Class 3 Claim is unimpaired because it is being paid in full, therefore, you are <u>*not*</u> entitled to vote to accept or reject the Plan on account of your Class 3 Claim and are automatically deemed to accept the Plan on account of your Class 3 Claim.

<u>TREATMENT OF THE UNSECURED PORTION OF YOUR CLAIM</u>:

The Plan provides that up to $7,500 of unsecured claims from current or former employees related to unpaid vacation, paid time off pay, sick pay, or sales commissions and any Canadian Employee Priority Claims be separately classified as Class 4A Employee PTO/Commission Full Pay GUC Claims.

---

[1]    Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan or the Disclosure Statement, as applicable.

**Allowed Class 4A Employee PTO/Commission Full Pay GUC Claims** are expected to be paid in full, in Cash, on or shortly after the Effective Date, in the lesser amount of (i) your remaining asserted Claim amount and (ii) $7,500. Your Class 4A Claim is unimpaired because it is being paid in full, therefore, you are *not* entitled to vote to accept or reject the Plan with respect to your Class 4A Claim.

A portion of your Claim does not qualify for Class 3 and/or Class 4A status, thus you have an additional amount owed to you as a Class 5 General Unsecured Claim per the below summary.

The timing and amount of payment of Allowed Class 5 General Unsecured Claims is uncertain at this time which means these Claims are *impaired* and you are entitled to vote to accept or reject the Plan with respect to your Class 5 General Unsecured Claim.  **Accordingly, your Ballot to vote on the Plan is enclosed hereto for your Class 5 General Unsecured Claim.  Further details regarding Class 3, Class 4A and Class 5 treatment and voting can be found in Article III.B of the Plan.**

Below is a breakdown of your individual Class 3, Class 4A and Class 5 Claims.

| | |
|---|---|
| **Class 3**– Other Priority Claim: (Not Entitled to Vote because this amount will be paid in full) | $[●] |
| **Class 4A** – Employee PTO/Commission Full Pay GUC Claim: (Not Entitled to Vote because this amount will be paid in full) | $[●] |
| **Class 5** – General Unsecured Claim: (Entitled to Vote because only a portion of this claim will be paid and the total amount is unknown at this time) | $[●] |
| **Total Claim Amount** | $[●] |

If you have any questions, you may contact Epiq Corporate Restructuring, LLC, the Claims and Noticing Agent retained by the Debtors in the Chapter 11 Cases (the "Claims and Noticing Agent"), by: (a) calling (866) 641-1076 (domestic) or +1 (503) 461-4134 (international); (b) writing to Yellow Corporation, et al., c/o Epiq Ballot Processing, 10300 SW Allen Boulevard, Beaverton, OR 97005; or (c) emailing YellowCorporationInfo@epiqglobal.com and referencing "Yellow" in the subject line.  You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER on the Bankruptcy Court's website at: https://ecf.deb.uscourts.gov.  Copies of certain orders, notices, and pleadings, as well as other information regarding these Chapter 11 Cases, are also available for inspection free of charge on the Claims and Noticing Agent's website at: https://dm.epiq11.com/YellowCorporation.

Please be advised that the Claims and Noticing Agent is authorized to answer questions about the Classes of Claims under the Plan and provide additional copies of the Plan and Disclosure Statement but may *not* provide any legal advice.

Sincerely,

Yellow Corporation, on its own behalf and for each of the Debtors

[Unique ID #]

**<u>Exhibit 8C</u>**
**Updated Schedule Non-Voting Employee Cover Letter**



[●], 2025

<u>Via First-Class Mail / Email</u>

**RE: Yellow Corporation, *et al.*,**
**Chapter 11 Case No. 23-11069 (CTG) (Jointly Administered)**

Dear Former Yellow Employee,

You are receiving this letter and the enclosed materials because you are the Holder of a Class 3 Other Priority Claim and/or a Class 4A Employee PTO/Commission Full Pay GUC Claim under the *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. [●]] (as may be altered, amended, modified, or supplemented from time to time, the "<u>Plan</u>").[1]

On or around December 2024, you may have received an earlier version of this letter because you were also a Holder of a Class 3 Other Priority Claim and/or a Class 4A Employee PTO/Commission Full Pay GUC Claim and/or a Class 5 General Unsecured Claim under the *Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 5028] (the "<u>Prior Plan</u>"). The Debtors are no longer pursuing the Prior Plan. This letter pertains to the Plan, as defined herein.

The Debtors have negotiated with the Committee support for paying up to $7,500 of non-priority employee claims for vacation or paid time off in full. Absent confirmation of the Plan, such treatment cannot be guaranteed.

You were previously notified that Yellow scheduled an amount owed to you for unpaid vacation/PTO of $[●] and that the split between the priority portion and the unsecured portion of this total amount was undetermined (Schedule [●] - #[●]). Yellow is now ready to move forward with the voting and approval process with the Court to be able to pay claims which requires us to breakdown your claim further between priority and unsecured amounts. We have now determined that the priority portion(s) of your claim is $[●] and the unsecured portion is $[●].

<u>TREATMENT OF PRIORITY CLAIMS</u>:

**Allowed Class 3 Other Priority Claims** are expected to be paid in full, in Cash, on or shortly after the Effective Date, in the amount set forth below. The timing of the Effective Date is uncertain but will not occur until after the Bankruptcy Court confirms the Plan which, at the earliest, will not occur until November 2025. Your Class 3 Claim is unimpaired because it is being paid in full, therefore, you are <u>*not*</u> entitled to vote to accept or reject the Plan on account of your Class 3 Claim and are automatically deemed to accept the Plan on account of your Class 3 Claim.

If the total amount of your Claim fits fully into Class 3, pursuant to the Plan, your vacation/PTO amount will be paid in full once the Plan is confirmed and becomes Effective. There is no further action required on your part at this time.

---

[1]    Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan or the Disclosure Statement, as applicable.

<u>TREATMENT OF THE UNSECURED PORTION OF YOUR CLAIM</u>:

The Plan provides that up to $7,500 of unsecured claims from current or former employees related to unpaid vacation, paid time off pay, sick pay, or sales commissions and any Canadian Employee Priority Claims be separately classified as Class 4A Employee PTO/Commission Full Pay GUC Claims.

**Allowed Class 4A Employee PTO/Commission Full Pay GUC Claims** are expected to be paid in full, in Cash, on or shortly after the Effective Date, in the lesser amount of (i) your remaining asserted Claim amount and (ii) $7,500. Your Class 4A Claim is unimpaired because it is being paid in full, therefore, you are <u>*not*</u> entitled to vote to accept or reject the Plan with respect to your Class 4A Claim.

**<u>Further details regarding Class 3 and Class 4A treatment can be found in Article III.B of the Plan</u>**.

Below is a breakdown of your individual Class 3 and Class 4A Claims.

| | |
|---|---|
| **Class 3**– Other Priority Claim: (Not Entitled to Vote because this amount will be paid in full) | $[●] |
| **Class 4A** – Employee PTO/Commission Full Pay GUC Claim: (Not Entitled to Vote because this amount will be paid in full) | $[●] |
| **Total Claim Amount** | $[●] |

If you disagree with the Debtors' calculation of your <u>Class 3 - Other Priority Claim</u>, you should e-mail YellowCorporationInfo@epiqglobal.com with "Yellow Schedule Comment" in the subject line and include the ID number found in the lower right corner of this letter, and/or write to Yellow Corporation, et al., c/o Epiq Ballot Processing, 10300 SW Allen Boulevard, Beaverton, OR 97005 so the Debtors receive your message by **October 29, 2025 at 4:00 p.m. prevailing Eastern Time**, the Plan Objection Deadline.  If the dispute is not resolved within 30 days of the Debtors receiving your message, the parties shall set the dispute for hearing at the Bankruptcy Court's convenience.

If you have any questions, you may contact Epiq Corporate Restructuring, LLC, the Claims and Noticing Agent retained by the Debtors in the Chapter 11 Cases (the "<u>Claims and Noticing Agent</u>"), by: (a) calling (866) 641-1076 (domestic) or +1 (503) 461-4134 (international); (b) writing to Yellow Corporation, et al., c/o Epiq Ballot Processing, 10300 SW Allen Boulevard, Beaverton, OR 97005; or (c) emailing YellowCorporationInfo@epiqglobal.com and referencing "Yellow" in the subject line.  You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER on the Bankruptcy Court's website at: https://ecf.deb.uscourts.gov.  Copies of certain orders, notices, and pleadings, as well as other information regarding these Chapter 11 Cases, are also available for inspection free of charge on the Claims and Noticing Agent's website at: https://dm.epiq11.com/YellowCorporation.

Please be advised that the Claims and Noticing Agent is authorized to answer questions about the Classes of Claims under the Plan and provide additional copies of the Plan and Disclosure Statement but may **_not_** provide any legal advice.

[Unique ID #]

Sincerely,

Yellow Corporation, on its own behalf and for each of the Debtors

[Unique ID #]

**<u>Exhibit 8D</u>**
**Non-Voting Employee Cover Letter**



[●], 2025

<u>Via First-Class Mail / Email</u>

**RE: Yellow Corporation,** *et al.,*
**Chapter 11 Case No. 23-11069 (CTG) (Jointly Administered)**

Dear Former Yellow Employee,

You are receiving this letter and the enclosed materials because you are the Holder of a Class 3 Other Priority Claim and/or a Class 4A Employee PTO/Commission Full Pay GUC Claim under the *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. [●]] (as may be altered, amended, modified, or supplemented from time to time, the "<u>Plan</u>").[1]

On or around December 2024, you may have received an earlier version of this letter because you were also a Holder of a Class 3 Other Priority Claim and/or a Class 4A Employee PTO/Commission Full Pay GUC Claim and/or a Class 5 General Unsecured Claim under the *Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 5028] (the "<u>Prior Plan</u>").  The Debtors are no longer pursuing the Prior Plan.  This letter pertains to the Plan, as defined herein.

The Debtors have negotiated with the Committee support for paying up to $7,500 of non-priority employee claims for vacation or paid time off in full.  Absent confirmation of the Plan, such treatment cannot be guaranteed.

You were previously notified that Yellow scheduled an amount owed to you for unpaid vacation/PTO of $[●] and that the priority portion(s) of your claim is $[●] and the unsecured portion is $[●].

<u>TREATMENT OF PRIORITY CLAIMS</u>:

**Allowed Class 3 Other Priority Claims** are expected to be paid in full, in Cash, on or shortly after the Effective Date, in the amount set forth below.  The timing of the Effective Date is uncertain but will not occur until after the Bankruptcy Court confirms the Plan which, at the earliest, will not occur until November 2025.  Your Class 3 Claim is unimpaired because it is being paid in full, therefore, you are <u>*not*</u> entitled to vote to accept or reject the Plan on account of your Class 3 Claim and are automatically deemed to accept the Plan on account of your Class 3 Claim.

If the total amount of your Claim fits fully into Class 3, pursuant to the Plan, your vacation/PTO amount will be paid in full once the Plan is confirmed and becomes Effective.  There is no further action required on your part at this time.

<u>TREATMENT OF THE UNSECURED PORTION OF YOUR CLAIM</u>:

---

[1]    Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan or the Disclosure Statement, as applicable.

[Unique ID #]

The Plan provides that up to $7,500 of unsecured claims from current or former employees related to unpaid vacation, paid time off pay, sick pay, or sales commissions and any Canadian Employee Priority Claims be separately classified as Class 4A Employee PTO/Commission Full Pay GUC Claims.

**Allowed Class 4A Employee PTO/Commission Full Pay GUC Claims** are expected to be paid in full, in Cash, on or shortly after the Effective Date, in the lesser amount of (i) your remaining asserted Claim amount and (ii) $7,500. Your Class 4A Claim is unimpaired because it is being paid in full, therefore, you are *not* entitled to vote to accept or reject the Plan with respect to your Class 4A Claim.

**Further details regarding Class 3 and Class 4A treatment can be found in Article III.B of the Plan**.

Below is a breakdown of your individual Class 3 and Class 4A Claims.

| | |
|---|---|
| **Class 3**– Other Priority Claim:<br>(Not Entitled to Vote because this amount will be paid in full) | $[●] |
| **Class 4A** – Employee PTO/Commission Full Pay GUC Claim:<br>(Not Entitled to Vote because this amount will be paid in full) | $[●] |
| **Total Claim Amount** | $[●] |

If you have any questions, you may contact Epiq Corporate Restructuring, LLC, the Claims and Noticing Agent retained by the Debtors in the Chapter 11 Cases (the "Claims and Noticing Agent"), by: (a) calling (866) 641-1076 (domestic) or +1 (503) 461-4134 (international); (b) writing to Yellow Corporation, et al., c/o Epiq Ballot Processing, 10300 SW Allen Boulevard, Beaverton, OR 97005; or (c) emailing YellowCorporationInfo@epiqglobal.com and referencing "Yellow" in the subject line.  You may also obtain copies of any pleadings filed in the Chapter 11 Cases for a fee via PACER on the Bankruptcy Court's website at: https://ecf.deb.uscourts.gov.  Copies of certain orders, notices, and pleadings, as well as other information regarding these Chapter 11 Cases, are also available for inspection free of charge on the Claims and Noticing Agent's website at: https://dm.epiq11.com/YellowCorporation.

Please be advised that the Claims and Noticing Agent is authorized to answer questions about the Classes of Claims under the Plan and provide additional copies of the Plan and Disclosure Statement but may *not* provide any legal advice.

Sincerely,

Yellow Corporation, on its own behalf and for each of the Debtors

[Unique ID #]