

**The New York Times Company**

620 8th Avenue
New York, NY 10018
nytimes.com

# PROOF OF PUBLICATION

September 25, 2025

I, Larnyce Tabron, in my capacity as a Principal Clerk of the Publisher of The New York Times, a daily newspaper of general circulation printed and published in the City, County, and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of The New York Times on the following date or dates, to wit on.

9/25/2025, NY/NATL, pg B3

*Larnyce Tabron*

Sworn to me this 25th day of September, 2025



Shannon Schmidt
Online Notary Public
State of New York
Nassau County
Commission #: 01SC0033223
Commission Expires: 01/28/2029





Zohran Mamdani, the Democratic nominee for New York City mayor, center left, speaking to union members during a meeting about child care last month.

DAVE SANDERS FOR THE NEW YORK TIMES

# Universal Child Care Gets a New Look

FROM FIRST BUSINESS PAGE

back their work hours because of caregiving responsibilities cost the city $23 billion in 2022.

Critics of universal child care typically cite the significant cost to taxpayers of subsidizing not just low-income families but also higher-income families.

"Child care money that is spent at any level of government should really be targeted to those most in need," said Rachel Greszler, a senior research fellow at the conservative Heritage Foundation.

Mr. Mamdani's campaign, for instance, estimates that his plan would cost $6 billion annually. He said money to fund his policies, including his child care program, could be generated by lifting the state's corporate tax rate, raising the city's income tax by 2 percentage points on New Yorkers earning more than $1 million a year and collecting fines the city is owed.

In interviews with economists and child care policy experts, however, many said that zeroing in on the cost to taxpayers of a universal system did not factor in its potential economic effects.

Most arguments in support of universal child care — as opposed to programs with income limits, say — revolve around more readily quantifiable economic impacts, including an increase in the share of mothers with young children in the labor force, a rise in their number of hours worked and greater lifetime earnings. Because families would no longer have to devote large portions of their budgets to child care, proponents say, they would have more disposable income.

Some economists also pointed to possible benefits for companies such as more stable work forces, which could improve productivity and reduce spending on recruiting and training.

"What free child care does is basically take the economic costs to families, and all of the disruptions to the economy overall that come from those costs, out of the equation," said Kathryn Anne Edwards, a labor economist and policy consultant.

The share of women in their prime working years who are in the labor force was 77.7 percent last month, down slightly from its record peak last August of 78.4 percent. Among women with children under 5, that number was about 68 percent in May. That is down from a record high of 71 percent in September 2023, according to an analysis in July from the Hamilton Project, an economic policy research group at the Brookings Institution. The labor force participation rate for men ages 25 to 54 was 89.8 percent last month.

"You are looking for those pockets of slack — and those pockets of places where those policy interventions would make a big difference," said Lauren Bauer, the associate director of the Hamilton Project. "This is clearly one of those places."

In January, the New York City Office of the Comptroller released a report estimating the economic impact of free, universal child care for mothers of young children. The report found that 14,200 mothers in families earning up to 150 percent of the city's median income would enter the city's labor force, and would generate earnings of $670 million a year. The policy, according to the report, would also result in an addition 8.8 million hours worked annually by mothers who were already employed. Taken together, the increase in labor force participation and hours worked would lift mothers' earnings by about $900 million.

Economists have pointed to history as evidence that more expansive child care policies could meaningfully change the broader economy. The Lanham Act, a federal infrastructure bill passed in 1940, was used to create a near universal, federally backed child care program during World War II so that mothers with young children could contribute to the war effort.

The Lanham Act made federal funds available to help set up and maintain child care facilities and train and pay teachers. The program was not free but was heavily subsidized and available to families regardless of income.

The Lanham Act "had pretty profound impacts on mothers' employment both in the short run and in the longer run," said Chris Herbst, a professor at Arizona State University who studies the economics of child care and early childhood education. "A lot of the mothers who started to work during the war because of this child care program continued to work well after the war ended."

Mr. Herbst also noted that the children who attended its child care centers were more likely to graduate from high school, more likely to attend and graduate college and had better labor market outcomes than children who were less exposed to the program.

"When these policies are done right, they have two-generation effects," he said. "There are positive effects that accrue in the short run to parents through the increase in employment, and also to their kids."

There is already a large body of evidence that universal preschool programs pay big economic dividends. A working paper published in May that analyzed the effects of universal prekindergarten programs in nine cities and states found that they resulted in a 1.2 percent rise in labor force participation, a 1.5 percent increase in employment and 1.6 percent growth in hours worked. The paper analyzed programs in Georgia, Oklahoma, West Virginia, Florida, Iowa, Wisconsin, Washington, D.C., Vermont and New York City.

Mothers experienced the greatest employment bump, according to the paper. But the benefits also extended to other women, suggesting that universal prekindergarten programs also allowed informal caregivers to seek employment as well.

"Not only is it helping mothers with young kids work more but it might actually have this spillover to neighbors and relatives, and it might help this local economy," said Jacob Bastian, an assistant professor of economics at Rutgers University and one of the study's authors.

The child care system in Quebec offers another salient case study. In 1997, the Canadian province introduced universally accessible, highly subsidized child care, extending the coverage to all children up to age 4 by September 2000.

Research published last year found that the Quebec program's impact — including improving maternal labor force participation rate — was attributable to the increased availability of child care, not just its reduced price.

"The effects are much bigger in places where they supply expanded more," said Sébastien Montpetit, a postdoctoral fellow at the University of Warwick and one of the study's authors. "So we care about affordability but availability is at least as important."

A separate study found that the program bolstered the performance of businesses in terms of sales growth and increased labor productivity. And because child care was not tied to their firms, women were more likely to voluntarily switch employers for more ambitious careers.

Earlier this month, Gov. Michelle Lujan Grisham of New Mexico, a Democrat, announced that her state would become the first in the country to offer free universal child care starting Nov. 1. The plan, which is expected to cost about $600 million in its first full year, builds on a program in the state that offered free child care to families making up to 400 percent of the federal poverty level. Money for the program will come from an early childhood education trust endowed with oil and gas tax revenue, as well as federal funding and other state contributions.

But whether there is the political will to institute any kind universal child care system across the country is an open question.

There is generally bipartisan support for making some form of child care more affordable, but universal care has been a harder sell for Americans. The cost to taxpayers of a new social service is one impediment. Another is the argument, advanced largely in conservative circles, that children should be at home with their mothers.

Still, the fact that Mr. Mamdani has put universal child care front and center in his campaign has given supporters of these policies a reason for optimism.

Mr. Mamdani's proposal was "one of the first times in the U.S. that we've seen a political figure truly embrace universal child care," said Elliot Haspel, an early childhood education expert at Capita, a family policy group.

Although he is skeptical that the federal government will enact a universal child care program in the near future, he said, "I think we could start building the momentum now."

### Assessing the economic impact of Mamdani's proposal.

## Ozempic Maker's Slowdown Is Drag on Danish Economy

**By ESHE NELSON**

The success of Novo Nordisk, the drugmaker behind the blockbuster diabetes and weight-loss drug Ozempic, was more than just a source of national pride for Denmark. It was a substantial economic force.

Fueled by millions of American prescriptions for Novo Nordisk's medicines, the Danish economy has outshined its European neighbors. The pharmaceutical industry's exports kept the country out of a recession for two years.

But now Novo Nordisk is retrenching and cutting jobs after a big profit warning — and it's casting a shadow over Denmark's economy.

"They are growing at a much slower pace," said Jens Naervig Pedersen, an economist at Danske Bank. "And given their size, it's something that means the Danish economy will grow at a slower pace."

The Danish pharmaceutical industry, dominated by Novo Nordisk, accounted for 11 percent of the economy's growth by the end of last year, according to a measure of the economy by the nation's statistics office, up from 4 percent in 2019. Hiring by Novo Nordisk represented a fifth of employment growth in 2023, while it was the largest single contributor to corporate tax revenues.

Last month, after Novo Nordisk warned that its sales growth would slow in the second half of this year because of stiff competition, the Danish economy ministry slashed its growth forecast for 2025 to 1.4 percent, about half its previous forecast. Analysts at banks and other institutions have also lowered their forecasts. The central bank is expected to lower its projections for the economy this week.

"We also expect the pharmaceutical industry to remain of great importance to the Danish economy, although we cannot expect the same extraordinary growth as in recent years," Stephanie Lose, the economy minister, wrote in a report last month.

Some of the forecast revisions are because the Danish economy is actually smaller than previously thought. The nation's statistics office recently revised its figures for how much the economy has grown since 2021, shaving off more than four percentage points — a substantial downgrade.

But that has only heightened the importance of the pharmaceutical industry. While the rest of the economy showed little to no growth, pharma continued to expand.

Now, the cost-cutting at Novo Nordisk could dampen the perception of the overall health of Denmark's economy.

After doubling its work force in Denmark to more than 34,000 employees in the past five years, Novo Nordisk said last week that it intended to cut about 5,000 jobs. Those layoffs make up just 0.15 percent of the country's employment, but they could weigh on consumer confidence and the economy, said Mr. Pedersen, the Danske Bank economist, who recently lowered his forecasts for the nation's economic growth.

"Because the company is so large, many people know someone who works at Novo," he said. "A lot of Danish households have a significant stock position in Novo Nordisk. So the downturn is felt."

The Danish government is facing other economic pressures. Food prices are rising rapidly. Orsted, a wind energy company half owned by the government, is in financial difficulty after the Trump administration ordered the construction of an American wind farm to stop. And the export-intensive economy is grappling with higher tariffs.

Novo Nordisk still expects its sales to grow and will continue to employ tens of thousands in Denmark while expanding its production facilities.

"We won't get more jobs created in Novo Nordisk, at least not in short term, but then we see a clear sense that other sectors are starting to pick up again," including the defense industry, said Jan Størup Nielsen, an economist at Nordea.

That creates economic demand that could compensate for job losses at Novo Nordisk.

At the same time, the Danish government has other levers to support the economy. The country has low debt levels, representing about 30 percent of the size of the economy, meaning lawmakers have room to shield households from economic pain. (The U.S. federal debt, by comparison, equals the size of the economy.)

With an election set to take place within the next year, the government has already cut taxes on electricity and on household items like coffee and cocoa.

The country benefits from low debt and investor trust in its institutions, said Rory Fennessy, an economist at Oxford Economics. If Denmark "wants to spend money, it can," he said. The country is business friendly and has a strong foundation, he added, but "a lot of uncertainty has really been thrust into the spotlight with the pharmaceutical side."

[Legal notice at bottom of page: "IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE — In re: YELLOW CORPORATION, et al., Debtors. Chapter 11, Case No. 23-11069 (CTG) (Jointly Administered). NOTICE OF HEARING TO CONSIDER CONFIRMATION OF THE FOURTH AMENDED JOINT CHAPTER 11 PLAN AND RELATED VOTING AND OBJECTION DEADLINES." Full text of multi-column legal/bankruptcy notice regarding Yellow Corporation Chapter 11 plan, including voting deadline of October 29, 2025, confirmation hearing on November 12, 2025, and related procedures for objections, releases, and third-party release provisions.]