**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FIRST AMENDED PLAN SUPPLEMENT FOR THE FOURTH AMENDED JOINT CHAPTER 11 PLAN OF YELLOW CORPORATION AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE PROPOSED BY THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This First Amended Plan Supplement contains drafts of the following documents, each of which remains subject to ongoing review and negotiations pursuant to the terms of the Plan.[2]

| Exhibit | Description |
|---|---|
| C | Identities of the Liquidating Trustee and the Liquidating Trust Board of Managers |

The Debtors and the Committee reserve all rights, with the consent of any applicable counterparties (to the extent required under the Plan) to amend, revise, or supplement all of the documents included herein as provided in the Plan.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

## Exhibit C

**Identities of the Liquidating Trustee and the Liquidating Trust Board of Managers**

**In re Yellow Corporation, et al., Case No. 23-11069 (CTG)**

**Identification of the Liquidating Trust Board**

1. Daniel H. Golden (Elm Street Enterprises LLC)[1]

2. Central States, Southeast and Southwest Areas Pension Fund

3. New York State Teamsters Pension and Health Funds

4. RFT Logistics LLC

5. Matthew A. Doheny (Yellow Corporation)

---

[1]    Mr. Golden shall serve as the Liquidating Trustee