| | | | |
|---|---|---|---|
| Pachulski Stang Ziehl & Jones LLP | | Page: | 59 |
| Yellow Corporation | | Invoice | 150153 |
| Client 96859.00001 | | September 15, 2025 | |

| | | | |
|---|---|---|---|
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/18/2025 | RE | SCAN/COPY ( 12 @0.10 PER PG) | 1.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 4 @0.10 PER PG) | 0.40 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 06/18/2025 | RE | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 06/18/2025 | RE | SCAN/COPY ( 25 @0.10 PER PG) | 2.50 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 3 @0.10 PER PG) | 0.30 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 2 @0.10 PER PG) | 0.20 |
| 06/18/2025 | RE | SCAN/COPY ( 1 @0.10 PER PG) | 0.10 |