## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Ref. Docket Nos. 7518, 7537, 7574, 7687 - 7690, 7700 - 7702, 7708, 7717 - 7718, 7724, 7741, 7744, 7746, 7761, 7763, 7767, & 7769 – 7770** |

## <u>CERTIFICATE OF SERVICE</u>

I, AMY HENAULT, hereby certify that:

1. I am employed as a Case Manager by Epiq Corporate Restructuring, LLC, with their principal office located at 777 Third Avenue, New York, New York 10017. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On October 14, 2025, I caused to be served a *customized* "Notice: Filing of Transfer of Claim Pursuant to Federal Rule of Bankruptcy Procedure 3001(e)(2) or (4)," dated October 14, 2025, *related to Docket Nos. 7518, 7537, 7574, 7687 - 7690, 7700 - 7702, 7708, 7717 - 7718, 7724, 7741, 7744, 7746, 7761, 7763, 7767, & 7769 - 7770*, a sample of which is annexed hereto as <u>Exhibit A</u>, by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed <u>Exhibit B</u>.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Amy Henault*
Amy Henault

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**EXHIBIT A**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, et al., | Case No. 23-11069 <CTG> |
| Debtors. | Jointly Administered |

**NOTICE: FILING OF TRANSFER OF CLAIM PURSUANT TO FEDERAL RULE OF**

**BANKRUPTCY PROCEDURE 3001(e)(2) or (4)**

Note: For Purposes of this form, **transferor** refers to the claimant who is selling or otherwise assigning its claim. While **transferee** refers to the party who is purchasing or othewise being assigned the claim.

BAR(23) MAILID *** 000237919521 ***          YRC TRFNTC (MERGE2, TXNUM2) 4000043211

To:



A & N TRANSPORT INC
2069 MASTERPIECE CT
MANTECA, CA 95336

Please note that your schedule in the above referenced case and in the amount of
$2,050.00 has been transferred (unless previously expunged by court order)

FAIR HARBOR CAPITAL, LLC
TRANSFEROR: A & N TRANSPORT INC
ANSONIA FINANCE STATION
PO BOX 237037
NEW YORK, NY 10023

No action is required if you do not object to the transfer of your claim.  However    **IF YOU OBJECT TO THE TRANSFER OF YOUR CLAIM, YOU MUST, WITHIN 21 DAYS OF THE DATE OF THIS NOTICE, FILE A WRITTEN OBJECTION TO THE TRANSFER WITH:**

UNITED STATES BANKRUPTCY COURT

DISTRICT OF DELAWARE

824 NORTH MARKET STREET, 3RD FLOOR

WILMINGTON, DE 19801

Send a copy of your objection to the transferee.  Refer to INTERNAL CONTROL NUMBER          7746                   in your objection.  If you file an objection, a hearing will be scheduled.    **IF YOUR OBJECTION IS NOT TIMELY FILED, THE TRANSFEREE WILL BE SUBSTITUTED ON OUR RECORDS AS THE CLAIMANT.**

Date:  10/14/2025                                    Una O'Boyle, Clerk of Court

/s/ Amy Henault

Epiq Corporate Restructuring, LLC

as claims agent for the debtor(s).

FOR EBS USE ONLY:    This notice was mailed to the transferor, transferee, and debtor(s) counsel by first class mail, postage prepaid on  October 14, 2025.

**EXHIBIT B**

YELLOW CORPORATION, *et al*., Case No. 23-11069 (CTG)
First Class Mail Counsel Service List

KIRKLAND & ELLIS LLP
KIRKLAND & ELLIS INTERNATIONAL LLP
300 NORTH LASALLE
CHICAGO, IL 60654

| Claim Name | Address Information |
|---|---|
| A & N TRANSPORT INC | 2069 MASTERPIECE CT, MANTECA, CA 95336 |
| A1 ELECTRIC CO OF CHARLOTTE INC | 6120-L BROOKSHIRE BLVD, CHARLOTTE, NC 28214 |
| ABSOLUTE POWER | 725 N 26TH AVE, PASCO, WA 99301 |
| ACTION EXPRESS LTD | 836 FLEURY STREET, REGINA, SK S4N 4W6 CANADA |
| ALMA TIRE SERVICE INC | 1210 E SUPERIOR ST, ALMA, MI 48801 |
| APT TRANSPORT INC | 32 MADISON AVENUE, FRANKLIN SQUARE, NY 11010 |
| ARGO PARTNERS | TRANSFEROR: EXCEL TRUCK GROUP, 12 WEST 37TH ST, STE 900, NEW YORK, NY 10018 |
| ARGO PARTNERS | TRANSFEROR: EXCEL TRUCK GROUP, 12 WEST 37TH ST, STE 900, NEW YORK, NY 10018 |
| ARGO PARTNERS | TRANSFEROR: EXCEL TRUCK GROUP, 12 WEST 37TH ST, STE 900, NEW YORK, NY 10018 |
| ARGUS GENERAL MAINTENANCE | 5072 CRESWELL DRIVE, LELAND, NC 28451 |
| ARGUS GENERAL MAINTENANCE | 5072 CRESWELL DRIVE, LELAND, NC 28451 |
| ATLAS FENCE | 6852 MANLIUS CENTER RD, EAST SYRACUSE, NY 13057 |
| B & L TOWING | 100 MINUE ST, CARTERET, NJ 07008 |
| CRG FINANCIAL LLC | TRANSFEROR: A1 ELECTRIC CO OF CHARLOTTE, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: ALMA TIRE SERVICE INC, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: ATLAS FENCE, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: DON'S FLOWERS & GIFTS, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: GOLDENTIME TRUCKING INC, 84 HERBERT AVE, BUILDING B SUITE 202,, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: HALBROOK WOOD PC, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: HALBROOK WOOD PC, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: INCIDENT MANAGEMENT OF TEXAS, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: JM TIRE INC, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: K&A COMPANY INC, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: NAVGILL CARRIER INC, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: PLEASANT STREET AUTOBODY & R, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: REX RADIATOR & WELDING CO IN, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| CRG FINANCIAL LLC | TRANSFEROR: ACTION EXPRESS LTD, 84 HERBERT AVE, BUILDING B, SUITE 202, CLOSTER, NJ 07624 |
| DON'S FLOWERS & GIFTS | 217 E MAIN, ZEELAND, MI 49464 |
| EXCEL TRUCK GROUP | PO BOX 7178, 267 LEE HWY, ROANOKE, VA 24019 |
| EXCEL TRUCK GROUP | PO BOX 7178, 267 LEE HWY, ROANOKE, VA 24019 |
| EXCEL TRUCK GROUP | PO BOX 7178, 267 LEE HWY, ROANOKE, VA 24019 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: A & N TRANSPORT INC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: ABSOLUTE POWER, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: APT TRANSPORT INC, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: ARGUS GENERAL MAINTENANCE, ANSONIA FINANCE STATION, PO BOX 237037, |

| Claim Name | Address Information |
|---|---|
| FAIR HARBOR CAPITAL, LLC | NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: ARGUS GENERAL MAINTENANCE, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: B & L TOWING, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: SHEMONIS, ALBERT, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| FAIR HARBOR CAPITAL, LLC | TRANSFEROR: HERBERT WILLIAMS FIRE EQUIPM, ANSONIA FINANCE STATION, PO BOX 237037, NEW YORK, NY 10023 |
| GOLDENTIME TRUCKING INC | PO BOX 5262, EL MONTE, CA 91734 |
| HALBROOK WOOD PC | 3500 W 75TH ST, STE 300, PRAIRIE VILLAGE, KS 66208 |
| HALBROOK WOOD PC | 3500 W 75TH ST, STE 300, PRAIRIE VILLAGE, KS 66208 |
| HERBERT WILLIAMS FIRE EQUIPMENT LTD. | 3115 MARKHAM ROAD, UNIT 1, TORONTO, ON M1X 0B5 CANADA |
| INCIDENT MANAGEMENT OF TEXAS LLC | ATTN AIMEE HOFFMAN, 7271 BAGBY AVE, WACO, TX 76712 |
| JM TIRE INC | 709 N COMMERCIAL ST, TRINIDAD, CO 81082 |
| K&A COMPANY INC | D/B/A GARAGE DOOR PRO, PO BOX 67, OAK RIDGE, NC 27310 |
| K&A COMPANY INC | ATTN KELLY HOWARD GORDY, PRESIDENT, 5248 WILLARD RD, OAK RIDGE, NC 27310 |
| NAVGILL CARRIER INC | 5958 ROOSEVELT DR, FONTANA, CA 92336 |
| PLEASANT STREET AUTOBODY & REPAIR | 650 NEW LUDLOW RD, SOUTH HADLEY, MA 01075 |
| REX RADIATOR & WELDING CO INC | 483 S EVERGREEN, BENSENVILLE, IL 60106 |
| SHEMONIS, ALBERT | 157 MUNICIPAL RD, BERWICK, PA 18603 |

**Total Creditor Count 51**