**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Re: Docket No. 7756 |

**ORDER APPROVING STIPULATION REGARDING
TEMPORARY ALLOWANCE OF CLAIMS OF THE PENSION FUNDS
FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018(a)**

Upon consideration of the *Joint Stipulation Regarding Temporary Allowance of Claims of the Pension Funds for Voting Purposes Pursuant to Bankruptcy Rule 3018(a)* (the "Stipulation"),[2] by and between the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the Western Pennsylvania Teamsters and Employers Pension Fund (the "Western PA Fund"), and the International Association of Motor City Machinists Pension Fund (the "IAM Fund," together with the Western PA Fund, the "Pension Funds," and collectively with the Debtors, the "Parties"), a copy of which is attached hereto as **Exhibit 1**; and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found it may enter a final order consistent with Article III of the United States Constitution; and this Court having found that venue of this proceeding and the Stipulation in this district is proper pursuant to 28 U.S.C. §§

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein have the terms given to them in the Stipulation.

4899-7893-2852.1 96859.001

1408 and 1409; and this Court having reviewed the Stipulation; and this Court having determined that the legal and factual bases set forth in the Stipulation establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

**IT IS HEREBY ORDERED THAT:**

1. The Stipulation is hereby approved, and the Debtors are authorized to and shall comply with their obligations under the Stipulation.

2. This Court retains jurisdiction over all matters arising from or related to the implementation or interpretation of this Order.

**Dated: October 21st, 2025**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**