# EXHIBIT 1

**Stipulation**

4899-7893-2852.1 96859.001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |

**STIPULATION REGARDING**
**TEMPORARY ALLOWANCE OF CLAIMS OF THE PENSION FUNDS**
**FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018(a)**

On this eighth day of October, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), the Western Pennsylvania Teamsters and Employers Pension Fund (the "Western PA Fund"), and the International Association of Motor City Machinists Pension Fund (the "IAM Fund," together with the Western PA Fund, the "Pension Funds," and collectively with the Debtors, the "Parties"), hereby submit this Stipulation (the "Stipulation"), and in support thereof, respectfully state as follows:

WHEREAS, on August 6, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

WHEREAS, following the Petition Date, each Pension Fund filed one or more claims for withdrawal liability (the "Withdrawal Liability Claims")[2] based on the regulations implemented

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] The Western PA Fund filed Proofs of Claim Nos. 18200, 18217, 18230, 18244, 18257, 18267, 18282, 18292, 18307, 18318, 18329, 18339, 18348, 18358, 18369, 18378, 18389, 18397, 18410, 18416, 18422, 18430, 18438, and 18442.  The IAM Fund filed Proofs of Claim Nos. 16895 filed and 16905.

by the Pension Benefit Guaranty Corporation ("PBGC") for treatment of special financial assistance ("SFA") in the calculation of withdrawal liability obligations.

WHEREAS, On February 4, 2025, the Court entered the *Order Approving Stipulation Regarding Temporary Allowance of Claims of the Pension Funds for Voting Purposes Pursuant to Bankruptcy Rule 3018(a)* [Docket No. 5603] approving the prior stipulation (the "Prior Stipulation") between the Parties.

WHEREAS, pursuant to the Solicitation and Voting Procedures attached as Exhibit 1 to the *Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballot and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [Docket No. 7608], the Debtors are authorized to enter into stipulations with the Holder of any Claim agreeing to the amount of a Claim for voting purposes.[3]

NOW THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree (this "Stipulation") as follows, which supersedes and replaces the Prior Stipulation, and which such Stipulation shall be effective upon approval by order of the Bankruptcy Court (the "Order"):

1. The Western PA Fund shall have a temporarily allowed General Unsecured Claim in the amount $94,432,301 solely for the purposes of voting on the Plan and the IAM Fund shall have a temporarily allowed General Unsecured Claim in the amount $6,685,766 solely for the purposes of voting on the Plan (the "General Unsecured Claim Amounts").

---

[3] Capitalized terms used but not otherwise defined herein have the terms given to them in the *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. 7646] (the "Plan").

2. For the avoidance of doubt, nothing contained in this Stipulation is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' rights to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; or (d) a waiver or limitation of the Debtors' rights under the Bankruptcy Code or any other applicable law.

3. This Stipulation constitutes the entire agreement and supersedes all other prior agreements and understandings, both written and oral, between the Parties with respect to the subject matter hereof and, except as otherwise expressly provided herein, are not intended to confer upon any other person any rights or remedies hereunder.

4. Each Party has participated in and jointly consented to the drafting of this Stipulation and agrees that any claimed ambiguity shall not be construed for or against either Party on account of such drafting.

5. The Court shall retain jurisdiction over any and all disputes or other matters arising under or otherwise relating to this Stipulation.

4899-7893-2852.1 96859.001

Dated: October 8, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Laura Davis Jones*  <br>Laura Davis Jones (DE Bar No. 2436)  <br>Timothy P. Cairns (DE Bar No. 4228)  <br>Peter J. Keane (DE Bar No. 5503)  <br>Edward Corma (DE Bar No. 6718)  <br>**PACHULSKI STANG ZIEHL & JONES LLP**  <br>919 North Market Street, 17th Floor  <br>P.O. Box 8705  <br>Wilmington, Delaware 19801  <br>Telephone:    (302) 652-4100  <br>Facsimile:    (302) 652-4400  <br>Email:    ljones@pszjlaw.com  <br>       tcairns@pszjlaw.com  <br>       pkeane@pszjlaw.com  <br>       ecorma@pszjlaw.com | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)  <br>David Seligman, P.C. (admitted *pro hac vice*)  <br>**KIRKLAND & ELLIS LLP**  <br>**KIRKLAND & ELLIS INTERNATIONAL LLP**  <br>333 W Wolf Point Plaza  <br>Chicago, Illinois 60654  <br>Telephone:    (312) 862-2000  <br>Facsimile:    (312) 862-2200  <br>Email: patrick.nash@kirkland.com  <br>       david.seligman@kirkland.com  <br><br>-and-  <br><br>Allyson B. Smith (admitted *pro hac vice*)  <br>**KIRKLAND & ELLIS LLP**  <br>**KIRKLAND & ELLIS INTERNATIONAL LLP**  <br>601 Lexington Avenue  <br>New York, New York 10022  <br>Telephone:    (212) 446-4800  <br>Facsimile:    (212) 446-4900  <br>Email:    allyson.smith@kirkland.com  <br><br>*Co-Counsel for the Debtors and Debtors in Possession* |
| */s/ L. Katherine Good*  <br>L. Katherine Good (No. 5101))  <br>Maria Kotsiras (No. 6840  <br>**POTTER ANDERSON & CORROON LLP**  <br><br>1313 N. Market Street, 6th Floor  <br>Wilmington, Delaware 19801  <br>Telephone: (302) 984-6000  <br>Facsimile: (302) 658-1192  <br>Email:  kgood@potteranderson.com  <br>     mkotsiras@potteranderson.com | Eric Winston (pro hac vice admitted)  <br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**  <br>865 S. Figueroa Street, 10th Floor  <br>Los Angeles, CA 90017  <br>Telephone: (213) 443-3000  <br>Facsimile: (213) 443-3100  <br>Email: ericwinston@quinnemanuel.com  <br><br><br>*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC* |

4899-7893-2852.1 96859.001