# EXHIBIT 1

**Stipulation**

4920-3617-3684.1 96859.001

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**STIPULATION REGARDING**
**TEMPORARY ALLOWANCE OF CLAIMS OF LOCAL 705 PENSION FUND**
**FOR VOTING PURPOSES PURSUANT TO BANKRUPTCY RULE 3018(a)**

On this eighth day of October, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and Local 705 International Brotherhood of Teamsters Pension Fund (the "Local 705 Pension Fund," and with the Debtors, the "Parties"), hereby submit this Stipulation (the "Stipulation") relating to the *Motion of Local 705 Pension Fund to Allow Claim for Voting and Distribution Purposes* [Docket No. 7722] (the "3018(a) Motion"), and in support thereof, respectfully state as follows:

WHEREAS, on August 6, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

WHEREAS, following the Petition Date, Local 705 Pension Fund filed various Proofs of Claim for withdrawal liability (the "Withdrawal Liability Claims").[2]

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Local 705 filed Proof of Claim Nos. 19811, 19810, 19809, 19808, 19807, 19806, 19805, 19804, 19803, 19802, 19801, 19800, 19799, 19798, 19797, 19796, 19795, 19794, 19793, 19792, 19791, 19790, 19789, 17813, 17793, 17780, 17758, 16006, 16005, 16001, 15998, 15995, 15989, 15985, 15979, 15978, 15975, 15971, 15969, 15965, 15957, 15955, 15953, 15951, 15949, 15944, 15943, 15917, and 15906.

WHEREAS, on October 1, 2025, Local 705 Pension Fund filed the 3018(a) Motion seeking entry of an order: (a) pursuant to 11 U.S.C. Section 502, Bankruptcy Rule 3001(f) seeking to allow Local 705 Pension Fund's Withdrawal Liability Claims in the amount of $17,830,282.00 for distribution purposes and (b) pursuant to Bankruptcy Rule 3018(a) allowing its Withdrawal Liability Claims in the amount of $17,830,282.00 for the purpose of voting on the Plan.[3]

WHEREAS, pursuant to the Solicitation and Voting Procedures attached as <u>Exhibit 1</u> to the *Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballot and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [Docket No. 7608], the Debtors are authorized to enter into stipulations with the Holder of any Claim agreeing to the amount of a Claim for voting purposes.

NOW THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree (this "<u>Stipulation</u>") as follows, which such Stipulation shall be effective upon approval by order of the Bankruptcy Court (the "<u>Order</u>"):

1. Local 705 Pension Fund shall have a temporarily allowed General Unsecured Claim in the amount $17,830,282.00 solely for the purposes of voting on the Plan (the "<u>General Unsecured Claim Amount</u>").

2. Local 705 Pension Fund's request to allow its Withdrawal Liability Claims in the amount of $17,830,282.00 pursuant to 11 U.S.C. Section 502 and Bankruptcy Rule 3001(f) shall be heard by the Court at the hearing on November 3, 2025, at 10:00 a.m., or such other time that the parties mutually agree or the Court orders.

---

[3] Capitalized terms used but not otherwise defined herein have the terms given to them in the *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. 7646] (the "<u>Plan</u>").

3.  For the avoidance of doubt, nothing contained in this Stipulation is intended or should be construed as: (a) an admission as to the validity or amount of any particular claim against a Debtor entity; (b) a waiver of the Debtors' or any other party in interest's rights to dispute any particular claim on any grounds, including for the avoidance of doubt, subordination of Withdrawal Liability Claims under 29 U.S.C. section 1405(b)(2); (c) a promise or requirement to pay any particular claim; or (d) a waiver or limitation of the Debtors' or any other party in interest's rights under the Bankruptcy Code or any other applicable law.  In addition, nothing in this Stipulation shall be construed to resolve Local 705 Pension Fund's request to allow its Withdrawal Liability Claims for distribution purposes.

4.  This Stipulation constitutes the entire agreement and supersedes all other prior agreements and understandings, both written and oral, between the Parties with respect to the subject matter hereof and, except as otherwise expressly provided herein, are not intended to confer upon any other person any rights or remedies hereunder.

5.  Each Party has participated in and jointly consented to the drafting of this Stipulation and agrees that any claimed ambiguity shall not be construed for or against either Party on account of such drafting.

6.  The Court shall retain jurisdiction over any and all disputes or other matters arising under or otherwise relating to this Stipulation.

4920-3617-3684.1 96859.001

Dated: October 8, 2025
Wilmington, Delaware

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)

**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:     (302) 652-4100
Facsimile:      (302) 652-4400
Email:            ljones@pszjlaw.com
                      tcairns@pszjlaw.com
                      pkeane@pszjlaw.com
                      ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
David Seligman, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 W Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:      (312) 862-2200
Email:  patrick.nash@kirkland.com
            david.seligman@kirkland.com

-and-

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:     (212) 446-4800
Facsimile:      (212) 446-4900
Email:            allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

4920-3617-3684.1 96859.001

**SULLIVAN · HAZELTINE · ALLINSON LLC**                    .

| | |
|---|---|
| */s/ William D. Sullivan* | Stephen J. Rosenblat |
| William D. Sullivan (No. 2820) | Patrick Ryan |
| William A. Hazeltine (No. 3294) | Baum Sigman Auerbach & Neuman, Ltd. |
| 919 North Market Street, Suite 420 | 200 West Adams Street, Suite 1825 |
| Wilmington, DE 19801 | Chicago, IL 60606 |
| Tel: (302) 428-8191 | 312.236.4316 (main) |
| Email: bsullivan@sha-llc.com | 312.236.0241 (fax) |
| whazeltine@sha-llc.com | srosenblat@baumsigman.com |
| | pryan@baumsigman.com |
| | |
| | and |
| | |
| | John S. Delnero |
| | Pedersen & Houpt |
| | 161 N. Clark, Ste. 2700 |
| | Chicago, Illinois 60601 |
| | (312) 261-2185 |
| | jdelnero@pedersenhoupt.com |

*Counsel for International* Brotherhood *of Teamsters Local 705 Pension Fund*