# EXHIBIT 1

**Stipulation**

4938-0164-7988.1 96859.001

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**STIPULATION REGARDING
TEMPORARY ALLOWANCE OF CLAIMS OF
ROAD CARRIERS LOCAL 707 PENSION FUND FOR VOTING
PURPOSES PURSUANT TO BANKRUPTCY RULE 3018(a)**

On this eighth day of October 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), and Road Carriers Local 707 Pension Fund the (the "Pension Fund," and, together with the Debtors, the "Parties"), hereby submit this Stipulation (the "Stipulation"), and in support thereof, respectfully state as follows:

WHEREAS, on August 6, 2023 (the "Petition Date"), the Debtors filed voluntary petitions for relief under Chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

WHEREAS, following the Petition Date, the Pension Fund filed various Proofs of Claim for withdrawal liability and certain other general unsecured claims.[2]

WHEREAS, on February 4, 2025, the Court entered the *Order Approving Stipulation Regarding Temporary Allowance of Claims of the Pension Funds for Voting Purposes Pursuant to Bankruptcy Rule 3018(a)* [Docket No. 5602] approving the prior stipulation (the "Prior

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Road Carriers Local 707 Pension Fund filed Proofs of Claim Nos. 14941 and 19144.

Stipulation") between various multiemployer pension plans, including Road Carriers Local 707 Pension Fund, and the Debtors in resolution of the *Motion of Pension Funds Pursuant to Bankruptcy Rule 3018 to Temporarily Allow Their Claims for Plan Voting Purposes, and for Related Relief* [Docket No. 5557] (the "3018(a) Motion").

WHEREAS, pursuant to the Solicitation and Voting Procedures attached as Exhibit 1 to the *Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballot and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [Docket No. 7608], the Debtors are authorized to enter into stipulations with the Holder of any Claim agreeing to the amount of a Claim for voting purposes.[3]

NOW THEREFORE, in consideration of the foregoing, the Parties hereby stipulate and agree (this "Stipulation") as follows, which supersedes and replaces the Prior Stipulation[4], and which such Stipulation shall be effective upon approval by order of the Bankruptcy Court (the "Order"):

1. Road Carriers Local 707 Pension Fund shall have temporarily allowed General Unsecured Claims in the amount of $34,201,792 solely for the purposes of voting on the Plan (the "General Unsecured Claim Amounts").

2. This Stipulation fully and finally resolves the 3018(a) Motion as to Road Carriers Local 707 Pension Fund.

---

[3] Capitalized terms used but not otherwise defined herein have the terms given to them in the *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. 7646] (the "Plan").

[4] For the avoidance of doubt, the Stipulation supersedes and replaces the Prior Stipulation with regard to Road Carriers Local 707 Pension Fund and does not apply to other pension funds included in the Prior Stipulation.

4938-0164-7988.1 96859.001

3. For the avoidance of doubt, nothing contained in this Stipulation is intended or should be construed as: (a) an admission by any of the Parties as to the validity or amount of any particular claim against a Debtor entity; (b) a waiver the rights of any of the Parties or any other party in interest to dispute any particular claim on any grounds; (c) a promise or requirement to pay any particular claim; or (d) a waiver or limitation of the rights of any of the Parties or any other party in interest under the Bankruptcy Code or any other applicable law.

4. This Stipulation constitutes the entire agreement and supersedes all other prior agreements and understandings, both written and oral, between the Parties with respect to the subject matter hereof and, except as otherwise expressly provided herein, are not intended to confer upon any other person any rights or remedies hereunder.

5. Each Party has participated in and jointly consented to the drafting of this Stipulation and agrees that any claimed ambiguity shall not be construed for or against either Party on account of such drafting.

6. The Court shall retain jurisdiction over any and all disputes or other matters arising under or otherwise relating to this Stipulation.

4938-0164-7988.1 96859.001

Dated:  October 8, 2025
Wilmington, Delaware

*/s/ Laura Davis Jones*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)

**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:   (302) 652-4100
Facsimile:    (302) 652-4400
Email:    ljones@pszjlaw.com
          tcairns@pszjlaw.com
          pkeane@pszjlaw.com
          ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
David Seligman, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 W Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:    (312) 862-2200
Email:  patrick.nash@kirkland.com
        david.seligman@kirkland.com

-and-

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:   (212) 446-4800
Facsimile:    (212) 446-4900
Email:       allyson.smith@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*


*/s/ Susan Bruno*

Susan Bruno
**CARY KANE PLLC**
1350 Broadway, Suite 1400
New York, NY 10018
Telephone:   (212) 871-0540
Email:       SBruno@carykanelaw.com

*Counsel for Road Carriers Local 707 Pension Fund*

4938-0164-7988.1 96859.001