**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**PLAN SUPPLEMENT FOR THE FOURTH AMENDED JOINT CHAPTER 11 PLAN OF YELLOW CORPORATION AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE PROPOSED BY THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This Plan Supplement contains drafts of the following documents, each of which remains subject to ongoing review and negotiations pursuant to the terms of the Plan.[2]

| Exhibit | Description |
|---|---|
| A | Schedule of Assumed Executory Contracts and Unexpired Leases |
| B | Schedule of Retained Causes of Action |
| B(i) | Claims Related to Insurance Contracts and Policies |
| B(ii) | Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation |
| B(iii) | Claims Related to Accounts Receivable |

The Debtors and the Committee reserve all rights, with the consent of any applicable counterparties (to the extent required under the Plan) to amend, revise, or supplement all of the documents included herein as provided in the Plan.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

**Exhibit A**

**Schedule of Assumed Executory Contracts and Unexpired Leases**

The Debtors have included a schedule of Executory Contracts and Unexpired Leases that they may potentially assume as of the Effective Date or assume and assign in accordance with the Plan's treatment of Executory Contracts and Unexpired Leases. The Debtors reserve their right to alter, amend, modify, or supplement this Exhibit A in accordance with the terms of the Plan, including with respect to cure amounts based on continuing negotiations between the Debtors and interested parties with respect thereto.

Pursuant to Article V.A of the Plan, on the Effective Date pursuant to sections 365 and 1123 of the Bankruptcy Code, each Executory Contract or Unexpired Lease not previously assumed, assumed and assigned, or rejected, shall be deemed automatically rejected, unless such Executory Contract or Unexpired Lease: (1) is identified on an Assumed Executory Contracts and Unexpired Leases Schedule; (2) is the subject of a motion to assume (or assume and assign) such Executory Contract that is pending on the Confirmation Date; (3) is a contract, instrument, release, indenture, or other agreement or document entered into in connection with the Plan; (4) is a directors and officers insurance policy; (5) is a Third-Party Sale Transaction Document; or (6) is to be assumed by the Debtors and assigned in connection with a Third-Party Sale Transaction and pursuant to the Third-Party Sale Transaction Documents.

Entry of the Confirmation Order by the Bankruptcy Court shall constitute an order approving the assumptions, assumptions and assignments, or rejections of the Executory Contracts or Unexpired Leases pursuant to the Plan; *provided* that neither the Plan nor the Confirmation Order is intended to or shall be construed as limiting the Debtors' or the Estates' authority under the Third-Party Sale Transaction Documents to assume and assign Executory Contracts and Unexpired Leases pursuant to the Third-Party Sale Transaction Documents. Any motions to assume Executory Contracts or Unexpired Leases pending on the Effective Date shall be subject to approval by the Bankruptcy Court on or after the Effective Date but may be withdrawn, settled, or otherwise prosecuted by the Liquidating Trustee. Each Executory Contract and Unexpired Lease assumed pursuant to Article V.A of the Plan or by any order of the Bankruptcy Court, which has not been assigned to a third party prior to the Effective Date, shall revest in and be fully enforceable by the Liquidating Trustee in accordance with its terms, except as such terms are modified by the provisions of the Plan or any order of the Bankruptcy Court authorizing and providing for its assumption under applicable federal law.

Notwithstanding anything to the contrary in the Plan or the Third-Party Sale Transaction Documents, the Debtors and the Committee reserve the right to alter, amend, modify, or supplement the Assumed Executory Contracts and Unexpired Leases Schedule in the Plan Supplement. The Debtors and the Committee shall provide notice of any amendments to the Assumed Executory Contracts and Unexpired Leases Schedule to the parties to the Executory Contracts or Unexpired Leases affected thereby. For the avoidance of doubt, Article V of the Plan relates to Executory Contracts or Unexpired Leases other than such agreements previously assumed, assumed and assigned, or rejected.

| Contract Counterparty | Contract Description | Legal Entity | Curable Dollars | Assume / Reject |
|---|---|---|---:|---|
| 1099 Pro, Inc | 1099 Pro Enterprise Single User Subscription | YRC Enterprise Services, Inc. | - | Assume |
| 3GTMS | 3G TMS Yellow Logistics | YRC Enterprise Services, Inc. | 76,460.00 | Assume |
| ADP LLC | MASTER SERVICES AGREEMENT DATED 01/09/2020 | YRC Enterprise Services, Inc. | 74,929.07 | Assume |
| ADP LLC | MASTER SERVICES AGREEMENT DATED 11/01/2021 | YRC Inc. |  | Assume |
| Advanced Records Management Inc | Mainframe tape (records) backup | Yellow Corporation | 617.56 | Assume |
| Amazon Web Services, Inc. | Amazon AWS service charges | YRC Enterprise Services, Inc. | 111,380.55 | Assume |
| American Registry for Internet Numbers LTD | Annual Fee for IPv4 Registration Services Plan 2X-SMALL for ROADWA-2 | YRC Enterprise Services, Inc. | - | Assume |
| American Registry for Internet Numbers LTD | Annual Maintenance for IPV4 End User-YRCIN | YRC Enterprise Services, Inc. | - | Assume |
| BLOOMBERG BNA | HR & Payroll Resource Center – Payroll Library (HRRC06) | YRC Enterprise Services, Inc. | - | Assume |
| Cavern Technologies | Rent/Lease for space where Mainframe is located | YRC Enterprise Services, Inc. | 37,124.72 | Assume |
| CHICAGO SOFT | MVS Quick Ref | YRC Enterprise Services, Inc. | - | Assume |
| Cost Control Associates, Inc. | Master Business Agreement dated 5/15/2010 and all amendments | YRC Enterprise Services, Inc. | 8,237.80 | Assume |
| CT Corp | Customer Agreement | Yellow Corporation | - | Assume |
| Delinea | Password vaulting | YRC Enterprise Services, Inc. | - | Assume |
| DELL Technologies | Dell Technologies ProSupport Plus - Mobile Precision 5470 - Qty 21 | YRC Enterprise Services, Inc. | - | Assume |
| Digital Media Innovations, LLC | "Notified" - IR WEBSITES | YRC Enterprise Services, Inc. | 1,329.46 | Assume |
| Diligent Corporation | ACL Robotics Professional Platform Solution | YRC Enterprise Services, Inc. | - | Assume |
| ENTRUST, INC. | System certificates | YRC Enterprise Services, Inc. | - | Assume |
| FIDELITY INVESTMENTS INSTITUTIONAL OPERATI | MASTER SERVICES AGREEMENT | Yellow Corporation | - | Assume |
| Fis Avantgard Llc | GETPA D - IT amendment for 3 month extension to December 29, 2025 | YRC Enterprise Services, Inc. | 376.34 | Assume |
| GitLab Inc. | Source code repo, Digital pipelines | YRC Enterprise Services, Inc. | - | Assume |
| GuidePoint Security | Firewall for wide area network | YRC Enterprise Services, Inc. |  | Assume |
| GuidePoint Security | F5 support for Big-IP, WAF | YRC Enterprise Services, Inc. | 2,647.75 | Assume |
| GuidePoint Security | Cloud VPN | YRC Enterprise Services, Inc. |  | Assume |
| GuidePoint Security | Security / Threat protection | YRC Enterprise Services, Inc. |  | Assume |
| HYLAND SOFTWARE | OnBase | YRC Enterprise Services, Inc. | - | Assume |
| IBM CORPORATION | External IP resolution (DNS) | YRC Enterprise Services, Inc. |  | Assume |
| IBM CORPORATION | IBM Tivoli Tape Optimizer S&S | YRC Enterprise Services, Inc. | - | Assume |
| IBM CORPORATION | Monthly mainframe MLC subscription based on usage | YRC Enterprise Services, Inc. |  | Assume |
| IN COM DATA SYSTEMS | Smart TS XL Global Enterprise License Annual Maintenance & Support | YRC Enterprise Services, Inc. | 5,414.46 | Assume |
| Insight Direct USA, Inc | Storage | YRC Enterprise Services, Inc. |  | Assume |
| Insight Direct USA, Inc | File storage switches / support | YRC Enterprise Services, Inc. |  | Assume |
| Insight Direct USA, Inc | NetApp A800 DR Site - PartnerSelect | YRC Enterprise Services, Inc. |  | Assume |
| Insight Direct USA, Inc | KCG -SupportEdge PartnerSelect - NetApp Security and Compliance -5 yr | YRC Enterprise Services, Inc. |  | Assume |
| Insight Direct USA, Inc | File storage / support | YRC Enterprise Services, Inc. |  | Assume |
| INT APP | INT APP IB-00158 Integration Builder | YRC Enterprise Services, Inc. | - | Assume |
| Iron Mountain - U.S. | Customer Agreement dated 06/13/05 and all amendments | YRC Enterprise Services, Inc. | 39,090.50 | Assume |
| Juniper Networks | Network Switch Maintenance | YRC Enterprise Services, Inc. |  | Assume |
| Kronos | MASTER SERVICES AGREEMENT DATED 04/25/2006 | YRC Enterprise Services, Inc. |  | Assume |
| Lumifi Cyber Inc | Cyber security services | Yellow Corporation | 19,161.29 | Assume |
| MACKINNEY SYSTEMS INC | Batch to CICS - Production | YRC Enterprise Services, Inc. | - | Assume |
| MERRILL CONSULTANTS | Mainframe analytics | YRC Enterprise Services, Inc. | 1,407.10 | Assume |
| MICROSOFT CORPORATION | Azure cloud services | YRC Enterprise Services, Inc. | - | Assume |
| Mirantis | Subscriptions for Docker Containers - MCC, BB | YRC Enterprise Services, Inc. | - | Assume |
| Network Solutions , LLC, A Web.com Company | AdultBlock trademark labels | YRC Enterprise Services, Inc. |  | Assume |
| Network Solutions , LLC, A Web.com Company | Website Domain Name Registration | YRC Enterprise Services, Inc. |  | Assume |
| NSONE Inc | NS1 (1) External DNS Service - Recurring Charge NSONE Enterprise DNS Recurring Fee | YRC Enterprise Services, Inc. | 104.60 | Assume |
| Nutrient | PDF converter services | YRC Enterprise Services, Inc. |  | Assume |
| ONETOUCH | Faxing software: mainframe and website | YRC Enterprise Services, Inc. | 2,340.88 | Assume |
| ONETOUCH | Opentext Inc. - Rightfax | Yellow Corporation |  | Assume |
| OPTIV | Email anti-spam, threat protection (Proofpoint) | YRC Enterprise Services, Inc. | - | Assume |
| OPTIV | Load balancing / WAF | YRC Enterprise Services, Inc. |  | Assume |
| ORACLE AMERICA INC | MASTER SERVICES AGREEMENT DATED 01/28/2022 | YRC Enterprise Services, Inc. |  | Assume |
| ORACLE AMERICA INC | MASTER SERVICES AGREEMENT DATED 01/28/2022 | YRC Enterprise Services, Inc. |  | Assume |
| ORACLE AMERICA INC | MASTER AGREEMENT DATED 01/28/2022 | YRC Enterprise Services, Inc. | 398,379.41 | Assume |
| ORACLE AMERICA INC | IT AGREEMENT DATED 11/25/2015 | YRC Enterprise Services, Inc. |  | Assume |
| ORACLE AMERICA INC | IT AGREEMENT DATED 06/01/2021 | YRC Enterprise Services, Inc. |  | Assume |
| ORACLE CORPORATION | Oracle & Oracle Priority Pay | YRC Enterprise Services, Inc. |  | Assume |
| Origian/Sirius Computer Solutions | Systems integration | YRC Enterprise Services, Inc. | - | Assume |
| PALO ALTO NETWORKS | MASTER SERVICES AGREEMENT DATED 12/14/2022 | YRC Enterprise Services, Inc. |  | Assume |
| Patch My PC | End point patching -address vulnerabilities | YRC Enterprise Services, Inc. |  | Assume |
| POMEROY | Network Gear and lines CISCO SYSTEMS CAPITAL CORP | YRC Enterprise Services, Inc. |  | Assume |
| POMEROY | Network Gear and lines Cisco Meraki | YRC Enterprise Services, Inc. | - | Assume |
| POMEROY | Cisco Identity Services Engine Essentials - Subscription license | YRC Enterprise Services, Inc. |  | Assume |
| Precisely Software Inc | Mainframe sort utility | YRC Enterprise Services, Inc. |  | Assume |
| Precisely Software Inc | Developer API developer.precisely.com | YRC Enterprise Services, Inc. |  | Assume |
| Precisely Software Inc | Space Recovery System (SRS) & Allocation Control Center (EOFMARK function only) | YRC Enterprise Services, Inc. | 3,099.76 | Assume |
| Precisely Software Inc | Mainframe sort utility | YRC Enterprise Services, Inc. |  | Assume |
| Precisely Software Inc | Spectrum OnDemand | YRC Enterprise Services, Inc. |  | Assume |
| Proactive Solutions, Inc | Commvault Premium Support | YRC Enterprise Services, Inc. | - | Assume |
| ProShred Security/Vital Shred | MBA dated 5-11-2017 and all amendments | YRC Enterprise Services, Inc. |  | Assume |
| RINGCENTRAL INC | MASTER SERVICES AGREEMENT DATED 01/19/2022 | YRC Enterprise Services, Inc. |  | Assume |
| RINGCENTRAL INC | MASTER AGREEMENT DATED 09/06/2021 | YRC Inc. | - | Assume |
| RINGCENTRAL INC | MASTER AGREEMENT DATED 11/04/2022 | YRC Enterprise Services, Inc. |  | Assume |
| Safety-Kleen Systems, Inc. | MBA dated 5-1-2019 and all amendments | YRC Enterprise Services, Inc. | 34,636.73 | Assume |
| SAS INSTITUTE INC | Business analytics / Reporting | YRC Enterprise Services, Inc. |  | Assume |
| SHI International Corp | Microsoft On-Prem Items | YRC Enterprise Services, Inc. |  | Assume |
| SHI International Corp | Microsoft Cloud Items | YRC Enterprise Services, Inc. | - | Assume |
| SHI International Corp | AD reporting & updating | YRC Enterprise Services, Inc. |  | Assume |
| SHI International Corp | Maptitude Desktop - 10 year perpetual licenses (Route creation) | YRC Enterprise Services, Inc. |  | Assume |
| Silverline Infosystems | Professional Services | YRC Enterprise Services, Inc. | - | Assume |
| Sirius Computer Solutions | Server automation / patching | YRC Enterprise Services, Inc. |  | Assume |
| Sirius Computer Solutions | Server automation / patching (RED HAT) | YRC Enterprise Services, Inc. |  | Assume |
| Sirius Computer Solutions | Kromprise Full Solution - 500TM | YRC Enterprise Services, Inc. |  | Assume |
| SIRIUS COMPUTER SOLUTIONS INC | IBM DR mainframe- z13s CBU | YRC Enterprise Services, Inc. |  | Assume |
| SIRIUS COMPUTER SOLUTIONS INC | PowerMax | YRC Enterprise Services, Inc. | 34,179.89 | Assume |
| SIRIUS COMPUTER SOLUTIONS INC | Mainfram report repo | YRC Enterprise Services, Inc. |  | Assume |
| SIRIUS COMPUTER SOLUTIONS INC | Mainframe support | YRC Enterprise Services, Inc. |  | Assume |
| SIRIUS COMPUTER SOLUTIONS INC | TechSmith Snagit Maintenance | YRC Enterprise Services, Inc. |  | Assume |
| Sirius Computer SOLUTIONS, LLC | Elastic Billable Nodes for a Platinum Subscription | YRC Enterprise Services, Inc. |  | Assume |
| SOLARWINDS INC | Systems / Network monitoring | YRC Enterprise Services, Inc. |  | Assume |
| SONATYPE | software repository manage | YRC Enterprise Services, Inc. | - | Assume |
| SYSTEMWARE INC | IT AGREEMENT DATED 07/27/2021 | YRC Enterprise Services, Inc. | - | Assume |
| SYSTEMWARE INC | IT AGREEMENT DATED 12/31/2020 | YRC Enterprise Services, Inc. |  | Assume |
| TECHNOLOGY GROUP SOLUTIONS, LLC | HPE 5Y TC Essential SVC -KCG-HPE Synergy Frames -SY480 blades CDC - Cavern Data Ce | YRC Enterprise Services, Inc. | 34,242.99 | Assume |
| THOMAS and COMPANY | MASTER SERVICES AGREEMENT | Yellow Corporation | 8,608.70 | Assume |
| Underground Vault and Storage | Storage lease agreement dated 09/24/2001 and all amendments | Yellow Corporation | 304.22 | Assume |
| UPS | Customer Agreement Dated 02/22/2010 | Yellow Corporation | 4,223.60 | Assume |
| US Cloud | Microsoft support | YRC Enterprise Services, Inc. |  | Assume |
| Wall Street Systems Delaware Inc | Treasury management | YRC Enterprise Services, Inc. | - | Assume |

**Exhibit B**

**Schedule of Retained Causes of Action**

The provisions contained in this <u>Exhibit B</u> and the Plan Supplement remain subject to continuing negotiations among the Debtors and interested parties with respect thereto. The Debtors reserve all rights, with the consent of any applicable counterparties to the extent required under the Plan, to amend, revise, or supplement the Plan Supplement, and any of the documents and designations contained herein, at any time before the Effective Date of the Plan, or any such other date as may be provided for by the Plan or by order of the Bankruptcy Court. Each of the documents contained in the Plan Supplement or its amendments are subject to certain consent and approval rights to the extent provided in the Plan.

Article IV.N of the Plan provides:

Retained Causes of Action shall immediately vest with the Liquidating Trust as of the Effective Date, *provided* that, prior to the Effective Date, the Debtors shall not compromise, settle or release any such Retained Causes of Action without the consent of the Committee.

**No Person or Entity may rely on the absence of a specific reference in the Plan, the Plan Supplement, the Confirmation Order, or the Disclosure Statement to any Cause of Action against them as any indication that the Debtors or the Liquidating Trustee, as applicable, will not pursue any and all available Causes of Action against them. The Debtors and the Liquidating Trustee, as applicable, expressly reserve all rights to prosecute any and all Causes of Action against any Person or Entity, except as otherwise expressly provided in the Plan, including Causes of Action that are not expressly identified in this Schedule of Retained Causes of Action.** Unless any Cause of Action against a Person or Entity is expressly waived, relinquished, exculpated, released, compromised, or settled in the Plan or an order of the Bankruptcy Court, the Debtors and the Liquidating Trustee, as applicable, expressly reserve all Causes of Action, for later adjudication, and therefore, no preclusion doctrine, including the doctrines of res judicata, collateral estoppel, issue preclusion, claim preclusion, estoppel (judicial, equitable, or otherwise), or laches, will apply to such Causes of Action upon, after, or as a consequence of the confirmation or consummation of the Plan.

Notwithstanding and without limiting the generality of the foregoing and Article IV.N of the Plan, the Debtors and Liquidating Trustee, as applicable, expressly reserve all Causes of Action that are not expressly released under the Plan (including pursuant to Article IX thereof), including the following types of Causes of Action:

**I.    Claims Related to Insurance Contracts and Policies**

Unless otherwise released under Article IX of the Plan, the Debtors and the Liquidating Trustee, as applicable, expressly reserve and retain all Causes of Action based in whole or in part upon any and all insurance contracts and Insurance Policies to which any Debtor or the Liquidating Trustee is a party or pursuant to which any Debtor or the Liquidating Trustee has any rights whatsoever, regardless of whether such contract or policy is specifically identified in the Plan, this Plan Supplement, or any amendments hereto or thereto, including, without

limitation, Causes of Action against Insurers, insurance carriers, reinsurance carriers, insurance brokers, underwriters, occurrence carriers, or surety bond issuers relating to coverage, indemnity, contribution, reimbursement, or any other matters. Without limiting the generality of the foregoing, the Debtors expressly reserve and retain all Causes of Action against the Entities identified in **Schedule B(i)** attached hereto.

## II. Claims, Defenses, Cross-Claims, and Counter-Claims Related to Litigation and Possible Litigation

Unless otherwise released under Article IX of the Plan, or settled pursuant to Bankruptcy Rule 9019, the Debtors and the Liquidating Trustee, as applicable, expressly reserve and retain all Causes of Action against or related to all Entities that are party to or that may in the future become party to litigation, arbitration, or any other type of adversarial proceeding or dispute resolution proceeding, whether formal or informal or judicial or non-judicial, regardless of whether such Entity is specifically identified in the Plan, the Plan Supplement, or any amendments hereto or thereto[, including, without limitation, any Causes of Action, defenses, cross claims, or counterclaims subject to the ADR Procedures].[3, 4] Without limiting the generality of the foregoing, the Debtors expressly reserve all Causes of Action against the Entities identified in **Schedule B(ii)** attached hereto.

## III. Causes of Action Related to Accounts Receivable Claims

Unless otherwise released under Article IX of the Plan, the Debtors and the Liquidating Trustee, as applicable, expressly reserve and retain all Causes of Action, against or related to all Entities that owe or that may in the future owe money to the Debtors or the Liquidating Trust, as applicable, regardless of whether such Entity is expressly identified in the Plan, this Plan Supplement, or any amendments hereto or thereto. Without limiting the generality of the foregoing, the Debtors expressly reserve all Causes of Action against the Entities identified in **Schedule B(iii)** attached hereto.

## IV. Causes of Action Related to Accounts Payable Claims

Unless otherwise released under Article IX of the Plan, the Debtors and the Liquidating Trustee, as applicable, expressly reserve and retain all Causes of Action against or related to all Entities who assert or may assert that the Debtors or the Liquidating Trust, as applicable, owe money to them, regardless of whether such Entity is expressly identified in the Plan, this Plan Supplement, or any amendments hereto or thereto.

## V. Causes of Action Related to Deposits, Adequate Assurance, and Other Collateral Postings

Unless otherwise released under Article IX of the Plan, the Debtors and the Liquidating

---

[3] The ADR Procedures shall mean the procedures for alternative dispute resolution approved pursuant to the *Order Authorizing the Debtors to Establish Alternative Dispute Resolution Procedures for Resolution of Certain Litigation Claims and Granting Related Relief* [Docket No. [2389].

[4] [**NTD**:  To discuss post-confirmation role of ADR Procedures.]

Trustee, as applicable, expressly reserve and retain all Causes of Action based in whole or in part upon any and all postings of security deposits, adequate assurance payments, or any other type of deposit, prepayment, or collateral, regardless of whether such posting of security deposit, adequate assurance payment, or any other type of deposit, prepayment, or collateral is expressly identified in the Plan, this Plan Supplement, or any amendments hereto or thereto.[5]

## VI. Causes of Action Related to Disputed Claims

Unless otherwise specifically released under Article IX of the Plan, settled pursuant to Bankruptcy Rule 9019, or compromised, transferred, or assigned under the Plan or the Third-Party Sale Procedures, the Debtors expressly reserve and retain all rights, claims, defenses, and Causes of Action against any Holder of a Claim seeking to collect a distribution from or assert other rights against the Debtors or the Liquidating Trustee, including, but not limited to, those claims, defenses, and Causes of Action arising from severance payments paid to certain former Yellow employees, whether at law or equity, under any theory and of any nature whatsoever, unless and until each of such Holder's Claims become Allowed Claims, regardless of whether such rights, claims, or Causes of Action are expressly identified in the Plan, this Plan Supplement, or any amendments hereto or thereto.

## VII. Causes of Action Related to Contract and Leases

Unless otherwise released under Article IX of the Plan or assigned or transferred to a Purchaser pursuant to the Third-Party Sale Transaction Documents, the Debtors or the Liquidating Trustee, as applicable, expressly reserve and retain all claims and Causes of Action against any Entity, based in whole or in part upon any and all contracts and leases to which any Debtor is a party, regardless of whether such claims or Causes of Action are expressly identified in the Plan, this Plan Supplement, or any amendments hereto or thereto. Furthermore, all such claims and Causes of Action are reserved and retained unless otherwise released under separate written agreement executed by the Debtors for: (a) overpayments, back charges, duplicate payments, improper holdbacks, deposits, warranties, guarantees, indemnities, recoupment, or setoff; (b) wrongful or improper termination, suspension of services or supply of goods, or failure to meet other contractual or regulatory obligations; (c) failure to fully perform or to condition performance on additional requirements under contracts with any one or more of the Debtors before the assumption or rejection, if applicable, of such contracts; (d) payments, deposits, holdbacks, reserves, or other amounts owed by any creditor, utility, supplier, vendor, insurer, surety, factor, lender, bondholder, lessor, or other party; (e) any liens, including mechanic's, artisan's, materialmen's, possessory, or statutory liens held by any one or more of the Debtors; (f) environmental or contaminant exposure matters against landlords, lessors, environmental consultants, environmental agencies, or suppliers of environmental services or goods; (g) counterclaims and defenses related to any contractual obligations; (h) any turnover actions arising under section 542 or 543 of the Bankruptcy Code; and (i) unfair competition, interference

---

[5] For the avoidance of doubt, the Debtors reserve all rights with respect to any deposit provided in accordance with the *Final Order (A)(I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers from Altering, Refusing, or Discontinuing Services, (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests, and (B) Granting Related Relief* [Docket No. 534] or otherwise provided as "adequate assurance of payment" (as that term is used by Section 366 of the Bankruptcy Code).

with contract or potential business advantage, breach of contract, infringement of intellectual property, or any business tort claims.

### VIII. Causes of Action Related to Taxes, Fees, and Tax or Fee Refunds or Credits

Unless otherwise released under Article IX of the Plan or assigned or transferred to a Purchaser pursuant to the Third-Party Sale Transaction Documents, the Debtors or the Liquidating Trustee, as applicable, expressly reserve and retain all claims and Causes of Action against or related to all Entities that owe or that may in the future owe money related to tax or fee refunds, credits, overpayments, recoupments, offsets, or other claims that may be due and owing to the Debtors or Liquidating Trust, regardless of whether such claims or Causes of Action are expressly identified in the Plan, this Plan Supplement, or any amendments hereto or thereto. Furthermore, the Debtors expressly reserve and retain all Causes of Action against or related to all Entities who assert or may assert that the Debtors owe tax obligations to them, regardless of whether such Causes of Action are expressly identified in the Plan, this Plan Supplement, or any amendments hereto or thereto.

### IX. Causes of Action Related to Liens

Unless otherwise released under Article IX of the Plan or assigned or transferred to a Purchaser pursuant to the Third-Party Sale Transaction Documents, and/or any other order of this Bankruptcy Court, the Debtors and the Liquidating Trustee, as applicable expressly reserve and retain all Causes of Action based in whole or in part upon any and all liens regardless of whether such lien is specifically identified in the Plan, this Plan Supplement, or any amendments hereto or thereto.

## Schedule B(i)

## Claims Related to Insurance Contracts and Policies

| Name of Counterparty | Nature |
|---|---|
| ACE American Insurance Company<br>1133 Avenue of the Americas, 32nd Floor<br>New York NY 11036 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Ace Insurance Company of the Midwest c/o Chubb Customer Services<br>436 Walnut St WA04F<br>Philadelphia PA 19106 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Allianz US Risks US Insurance Company<br>225 West Washington Street, Suite 1800<br>Chicago IL 606060 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Allied World Assurance Company (US) Inc.<br>199 Water Street , 24th Floor<br>New York NY 10038 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Arch Specialty Insurance Company<br>210 Hudson Street; Suite 300<br>Jersey City NJ 07311-1107 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Aria (SAC) Ltd<br>50 Cedar Avenue Hamilton HM 11<br>Bermuda | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Aspen American Insurance Co<br>499 Capitol Boulevard 8th Floor<br>New Jersey City NJ 7310 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Axis Insurance Company<br>111 South Wacker Drive, Suite 3500<br>Chicago IL 60606 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Beazley Insurance Co.<br>30 Batterson Park Road<br>Farmington CT 6032 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Berkshire Hathaway Specialty Insurance Company<br>1314 Douglas Street, Suite 1400<br>Omaha NE 68102 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Bridgeway Insurance Company<br>555 College Road East<br>Princeton NJ 08543-5241 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Canopuis US Insurance, Inc.<br>200 South Wacker Drive Suite 950<br>Chicago IL 60606 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |

| Name of Counterparty | Nature |
|---|---|
| Continental Casualty Company<br>125 Broad Street – 8th Floor<br>New York NY 10004 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Convex Insurance UK Limited<br>52 Lime Street<br>London England EC3M 7AF | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Crum & Forster Specialty Insurance Company -Executive Risk<br>305 Madison Avenue<br>Morristown NJ 7962 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Endurance American Ins Co<br>1221 Avenue of The Americas<br>New York NY 10020 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Federal Insurance Co<br>202B Hall's Mill Road<br>Whitehouse Station NJ 8889 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| General Star Indemnity Company<br>400 Atlantic Street, 9th Floor<br>Stamford CT  6901 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Hiscox Syndicates<br>The St. Botolph Building 138 Houndsditch<br>London England EC3A 7AG | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Homeland Ins. Company of NY<br>275 Madison Ave #902<br>New York NY 10022 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Homeland Insurance Company of New York<br>605 Highway 169 North, Suite 800<br>Plymouth MN 55441 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| IFG Companies<br>100 Pearl Street<br>Hartford CT 6103 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Illinois Union Insurance Company<br>525 W. Monroe Street, Suite 400<br>Chicago IL 60661 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| James River Insurance Company<br>6641 W Broad St; 300<br>Richmond VA 23230 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Kinsale Insurance Company<br>PO Box 17008<br>Richmond VA 23226 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |

| Name of Counterparty | Nature |
|---|---|
| Landmark American Insurance Co<br>945 East Paces Ferry Rd., Suite 1800<br>Atlanta GA 30326-1160 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Liberty Mutual Insurance<br>175 Berkeley St<br>Boston MA 2116 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Markel American Ins Co<br>4521 Highwoods Parkway<br>Glen Allen VA 23060 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Markel Bermuda<br>2 Front Street<br>Hamilton HM 11 Bermuda | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Mosaic Insurance<br>141 Front Street Hamilton<br>Bermuda HN19 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| National Casualty Company<br>1100 Locust St<br>Des Moines IA 50391 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| National Union Fire Ins Co of PA<br>1271 Ave of Americas, FL 37<br>New York NY 10020 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| New Mexico Mutual c/o Corporate Governance Department<br>P. O. Box 27825<br>Albuquerque NM 87125 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Ohio Bureau of Workers' Compensation<br>30 W Spring St<br>Columbus OH 43215 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Old Republic Insurance Co<br>191 North Wacker Drive, Suite 1000<br>Chicago IL 60606 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Old Republic Residual Market Svs.<br>PO Box 9325<br>Minneapolis IL 55440-9325 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| RSUI Indemnity<br>945 East Paces Ferry Rd., Suite 1800<br>Atlanta GA 30325 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Starr Surplus Lines Insurance Company<br>399 Park Ave; 2nd Floor<br>New York NY 10022 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |

| Name of Counterparty | Nature |
|---|---|
| State Fund, Small Commercial Service Center<br>1020 Vaquero Circle<br>Vacaville CA 95688 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Travelers Indemnity Company - RMD Missouri<br>940 West Port Plaza Suite 450<br>St. Louis MO  63146 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| Travelers Insurance Company<br>PO Box 5600<br>Hartford CT  6012 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| TSW Management Services, Inc<br>187 King Street South Suite 205<br>Waterloo ON N2L 3L3 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| US Specialty Ins Co<br>13403 Northwest Freeway<br>Houston TX 77040 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |
| XL Specialty Ins Co<br>100 Constitution Plaza, 13th Floor<br>Hartford CT 6103 | CLAIMS RELATED TO INSURANCE POLICIES AND SURETY BONDS |

**Schedule B(ii)**

**Claims, Defenses, Cross-Claims, and Counter-
Claims Related to Litigation and Possible Litigation**

| Party | Address | Nature |
|---|---|---|
| Central States, Southeast and Southwest Areas Pension Fund<br><br>Freight Drivers and Helpers 557 Pension, International Association of Motor City Machinists Pension Fund, Management Labor Pension Fund Local 1730, Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund, New York State Teamsters Conference Pension & Retirement Fund, Road Carriers Local 707 Pension Fund, Teamsters Local 617 Pension Plan, Teamsters Local 641 Pension Plan, Trucking Employees of North Jersey Pension Fund, and Western Pennsylvania Teamsters and Employers Pension | Counsel to Central States, Southeast and Southwest Areas Pension Fund<br>SULLIVAN · HAZELTINE · ALLINSON LLC<br>William D. Sullivan (No. 2820)<br>William A. Hazeltine (No. 3294)<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>bsullivan@sha-llc.com<br>whazeltine@sha-llc.com<br><br>-and-<br><br>Brad R. Berliner, Esq.<br>Andrew J. Herink, Esq.<br>Daniel Sullivan, Esq.<br>8647 W. Higgins Road<br>Chicago, IL 60631<br>bberliner@centralstatesfunds.org<br>aherink@centralstatesfunds.org<br>dsulliva@centralstatesfunds.org<br><br>Counsel to New York State Teamsters Conference Pension & Retirement Fund, Trucking Employees of North Jersey Pension Fund, Management Labor Pension Fund Local 1730 and Teamsters Local 617 Pension Plan<br><br>SULLIVAN · HAZELTINE · ALLINSON LLC<br>William D. Sullivan (No. 2820)<br>William A. Hazeltine (No. 3294)<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>bsullivan@sha-llc.com<br>whazeltine@sha-llc.com<br><br>-and- | All claims and Causes of Action (in law or equity), including, without limitation, any defenses, cross claims, and counterclaims related to or arising under such entities' prepetition or postpetition relationship with the Debtors, including, but not limited to those arising from or related to the ruling of the United States Court of Appeals for the Third Circuit [Case No. 25-1421; Docket No. 110]. |

| | | |
|---|---|---|
| Fund (together the "SFA MEPP Parties" to the "SFA MEPP Proceedings"). <br><br> The Pension Benefit Guaranty Corporation | GROOM LAW GROUP, CHARTERED <br> Edward J. Meehan <br> Samuel I. Levin <br> emeehan@groom.com <br> slevin@groom.com <br><br> Counsel to Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund, Freight Drivers and Helpers 557 Pension and Teamsters Local 641 Pension Plan <br><br> Mark D. Collins <br> Cory D. Kandestin <br> RICHARDS, LAYTON & FINGER, P.A. <br> One Rodney Square <br> 920 North King Street <br> Wilmington, Delaware 19801 <br> collins@rlf.com <br> kandestin@rlf.com <br><br> -and- <br><br> Dennis F. Dunne <br> MILBANK LLP <br> 55 Hudson Yards <br> New York, New York 10001 <br><br> -and- <br><br> Andrew M. Leblanc <br> Erin E. Dexter <br> Melanie Westover Yanez <br> MILBANK LLP <br> 1850 K St. NW, Suite 1100, <br> Washington, DC 20006 <br><br> Counsel to the Western Pennsylvania Teamsters and Employers Pension Fund and International Association of Motor City Machinists Pension Fund <br><br> L. Katherin Good | |

| | | |
|---|---|---|
| | Maria Kotsiras<br>POTTER ANDERSON &<br>CORROON LLP<br>1313 N. Market Street 6th Floor<br>Wilmington, DE 19801<br>kgood@potteranderson.com<br>mkotsiras@potteranderson.com<br><br>Eric Winston<br>QUINN EMANUEL URQUHART &<br>SULLIVAN, LLP<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>ericwinston@quinnemanuel.com<br><br>Counsel to the Pension Benefit Guaranty Corporation<br><br>KAREN L. MORRIS<br>General Counsel<br>KARTAR S. KHALSA<br>Deputy General Counsel<br>KIMBERLY NEUREITER<br>Assistant General Counsel<br>DESIREE M. AMADOR<br>SHARI D. WILLIAMS<br>Attorneys Office of the General Counsel<br>PENSION BENEFIT GUARANTY CORPORATION<br>445 12th Street, SW<br>Washington, D.C. 20024<br>Stark.Rebecca@pbgc.gov<br>efile@pbgc.gov | |
| Central Pennsylvania Teamsters Defined Benefit Plan, IBT Local 705, IAM National Pension Fund, New England Teamsters Pension Plan, Teamsters Joint Council # 83 of Virginia Pension | Counsel to Local 705 International Brotherhood of Teamsters Pension Fund<br><br>William D. Sullivan<br>William A. Hazeltine<br>SULLIVAN HAZELTINE ALLINSON LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801<br>bsullivan@sha-llc.com | All claims and Causes of Action (in law or equity), including, without limitation, any defenses, cross claims, and counterclaims related to or arising under such entities' prepetition or postpetition relationship with the Debtors, including, but not limited to those arising from or related to the *Debtors' Seventh Omnibus* |

| | | |
|---|---|---|
| Fund, Teamsters Local 710, and Teamsters Pension Trust Fund of Philadelphia & Vicinity (together the "Non-SFA MEPP Parties" to the "Non-SFA MEPP Proceedings") | whazeltine@sha-llc.com<br><br>-and-<br><br>John S. Delnero<br>PEDERSEN HOUPT<br>161 North Clark Street, Suite 2700<br>Chicago, IL 60601<br>jdelnero@pedersenhoupt.com<br>-and-<br>Patrick N. Ryan<br>200 W. Adams Street, Suite 1825<br>Chicago, IL 60606<br>pryan@baumsigman.com<br><br>Counsel to Teamsters Joint Counsel #83 of Virginia Pension Fund<br><br>Kevin Mann<br>1105 North Market Street<br>Suite 901<br>Wilmington, DE 19801<br>kmann@crosslaw.com<br><br>-and-<br><br>Eric G. Serron<br>Joshua R. Taylor<br>Caitlin R. Tharp<br>STEPTOE LLP<br>1330 Connecticut Ave., NW<br>Washington, D.C. 20036<br>eserron@steptoe.com<br>jrtaylor@steptoe.com<br>ctharp@steptoe.com<br><br>Counsel to IAM National Pension Fund<br><br>William D. Sullivan<br>William A. Hazeltine<br>SULLIVAN HAZELTINE ALLINSON LLC<br>919 North Market Street, Suite 420<br>Wilmington, DE 19801 | *(Substantive) Objection to Proofs of Claim for Withdrawal Liability* [Docket No. 2595] and the Preliminary MEPP Opinion [Docket No. 6682]. |

|  | |  |
|---|---|---|
| | bsullivan@sha-llc.com<br>whazeltine@sha-llc.com<br><br>-and-<br><br>Edward J. Meehan<br>Samuel I. Levin<br>emeehan@groom.com<br>slevin@groom.com | |
| | Counsel to Teamsters Local 710 Pension Fund, Central Pennsylvania Teamsters Pension Fund Defined Benefit Plan<br><br>Michael Busenkell<br>GELLERT SEITZ BUSENKELL & BROWN, LLC<br>1201 North Orange Street, Suite 300<br>Wilmington, DE 19801<br>mbusenkell@gsbblaw.com<br><br>-and-<br><br>James S. Beall<br>WILLIG, WILLAMS & DAVIDSON<br>1845 Walnut Street, 24th Floor<br>Philadelphia, PA 19103<br>jbeall@wwdlaw.com | |
| | Counsel to the Teamsters Pension Trust Fund of Philadelphia & Vicinity<br><br>Joseph H. Huston, Jr.<br>STEVENS & LEE, P.C.<br>919 North Market Street, Suite 1300<br>Wilmington, DE 19801<br>joseph.huston@stevenslee.com<br><br>-and-<br><br>John C. Kilgannon, Esquire<br>1500 Market Street, East Tower Suite 1800 Philadelphia, PA 19012<br>john.kilgannon@stevenslee.com | |

| | | |
|---|---|---|
| | Counsel to New England Teamsters Pension Fund and Central Pennsylvania Teamsters Pension Fund Defined Benefit Plan<br><br>Mark D. Collins<br>Cory D. Kandestin<br>RICHARDS, LAYTON & FINGER, P.A.<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>collins@rlf.com<br>kandestin@rlf.com<br><br>-and-<br><br>Dennis F. Dunne<br>MILBANK LLP<br>55 Hudson Yards<br>New York, New York 10001<br><br>-and-<br><br>Andrew M. Leblanc<br>Erin E. Dexter<br>Melanie Westover Yanez<br>MILBANK LLP<br>1850 K St. NW, Suite 1100,<br>Washington, DC 20006 | |
| International Brotherhood of Teamsters, Teamsters National Freight Industry Negotiating Committee, Teamsters Local No. 696, Teamsters Local No. 795, and Teamsters Local No. 41 | Counsel to the International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee<br><br>Michael E. Amash, KS Bar No. 22998    Nathan A. Kakazu, KS Bar No. 28276<br>BLAKE & UHLIG, P.A.<br>6803 West 64th Street, Suite 300<br>Overland Park, Kansas 66202<br>mea@blake-uhlig.com<br>nak@blake-uhlig.com<br><br>David O'Brien Suetholz<br>General Counsel | All claims and Causes of Action (in law or equity), including, without limitation, any defenses, cross claims, and counterclaims related to or arising under such entities' prepetition or postpetition relationship with the Debtors, including, but not limited to those arising from or related to the pending action before the United States Court of Appeals for the Tenth Circuit [Case No. 24-3111] and the pending WARN Disputes pending before the United States District |

| | | |
|---|---|---|
| | International Brotherhood of Teamsters<br>25 Louisiana Ave, NW<br>Washington DC 20001<br><br>Edward M. Gleason, Jr.<br>HERZFELD SUETHOLZ GASTEL LENISKI AND WALL PLLC<br>128 C. Street NW<br>Washington, D.C. 20001<br>ed@hsglawgroup.com<br><br>Yingtao Ho<br>Emma Woods<br>THE PREVIANT LAW FIRM, S.C.<br>310 W Wisconsin Ave, Suite 100MW<br>Milwaukee, Wisconsin 53203<br>yh@previant.com<br>emw@previant.com | Court for the District of Delaware [Case No. 25-0377]. |
| The Avoidance Actions | Various | All claims and Causes of Action (in law or equity), including, without limitation, any defenses, cross claims, and counterclaims related to or arising under such entities' prepetition or postpetition relationship with the Debtors, including, but not limited to those arising from or related to certain claims and Causes of Action pursuant to sections 547 through 550 of the Bankruptcy Code. |

**Schedule B(iii)**

**Claims Related to Accounts Receivable**

**Yellow Corp and Subsidiaries**
**Customer Balances Greater Than $50K**

*($ USD)*

| Customer Name | Ult Parent | 10/20 AR Balance |
|---|---|---:|
| WALMART TRUCK & DRIVER | 5819 | $ 3,018,630 |
| CH ROBINSON | 5074 | 1,675,406 |
| DAIMLER PRODUCTION NATL | 5858 | 1,244,816 |
| DFAS INDIANAPOLIS | 5851 | 620,881 |
| SPAN ALASKA | 582G | 388,647 |
| TURN 5 INC | 08VF | 346,008 |
| DIAGEO % EXEL TRANSPORTATION | 567W | 231,719 |
| AIR SYSTEM COMPONENTS | 5852 | 208,311 |
| MY SPA COVER % TREND TRANSPORT | 524Z | 142,497 |
| MIZCO INTL INC | ST1003 | 130,387 |
| RYDER (5011) 8101 DR PEPPER | 51QH | 109,540 |
| VWR INTERNATIONAL/AVANTOR INC | 5991 | 105,510 |
| FLORIDA SPA COVERS | 99YG | 105,059 |
| FREIGHTZ TRANSPORTATION INC | 50YB | 92,244 |
| NORFOLK SOUTHERN CORP | 5168 | 72,385 |
| XINHUA XIN INC | LA3096396 | 73,113 |
| RUDE TRANSPORTATION COMPANY | SCRUDE | 68,533 |
| MATTEL_% RYDER | 5011 | 56,300 |
| **Total** | | **$ 8,689,987** |