## Schedule A

**Assumed Contract Schedule**

| Contract Counterparty | Contract Description | Legal Entity | Curable Dollars | Assume / Reject |
|---|---|---|---|---|
| 1099 Pro, Inc | 1099 Pro Enterprise Single User Subscription | YRC Enterprise Services, Inc. | - | Assume |
| 3GTMS | 3G TMS Yellow Logistics | YRC Enterprise Services, Inc. | 76,460.00 | Assume |
| ADP LLC | MASTER SERVICES AGREEMENT DATED 01/09/2020 | YRC Enterprise Services, Inc. | 74,929.07 | Assume |
| ADP LLC | MASTER SERVICES AGREEMENT DATED 11/01/2021 | YRC Inc. | | Assume |
| Advanced Records Management Inc | Mainframe tape (records) backup | Yellow Corporation | 617.56 | Assume |
| Amazon Web Services, Inc. | Amazon AWS service charges | YRC Enterprise Services, Inc. | 111,380.55 | Assume |
| American Registry for Internet Numbers LTD | Annual Fee for IPv4 Registration Services Plan 2X-SMALL for ROADWA-2 | YRC Enterprise Services, Inc. | - | Assume |
| American Registry for Internet Numbers LTD | Annual Maintenance for IPV4 End User-YRCIN | YRC Enterprise Services, Inc. | - | Assume |
| BLOOMBERG BNA | HR & Payroll Resource Center – Payroll Library (HRRC06) | YRC Enterprise Services, Inc. | - | Assume |
| Cavern Technologies | Rent/Lease for space where Mainframe is located | YRC Enterprise Services, Inc. | 37,124.72 | Assume |
| CHICAGO SOFT | MVS Quick Ref | YRC Enterprise Services, Inc. | - | Assume |
| Cost Control Associates, Inc. | Master Business Agreement dated 5/15/2010 and all amendments | YRC Enterprise Services, Inc. | 8,237.80 | Assume |
| CT Corp | Customer Agreement | Yellow Corporation | - | Assume |
| Delinea | Password vaulting | YRC Enterprise Services, Inc. | - | Assume |
| DELL Technologies | Dell Technologies ProSupport Plus - Mobile Precision 5470 - Qty 21 | YRC Enterprise Services, Inc. | - | Assume |
| Digital Media Innovations, LLC | "Notified" - IR WEBSITES | YRC Enterprise Services, Inc. | 1,329.46 | Assume |
| Diligent Corporation | ACL Robotics Professional Platform Solution | YRC Enterprise Services, Inc. | - | Assume |
| ENTRUST, INC. | System certificates | YRC Enterprise Services, Inc. | - | Assume |
| FIDELITY INVESTMENTS INSTITUTIONAL OPERATI | MASTER SERVICES AGREEMENT | Yellow Corporation | - | Assume |
| Fis Avantgard Llc | GETPA D - IT amendment for 3 month extension to December 29, 2025 | YRC Enterprise Services, Inc. | 376.34 | Assume |
| GitLab Inc. | Source code repo, Digital pipelines | YRC Enterprise Services, Inc. | - | Assume |
| GuidePoint Security | Firewall for wide area network | YRC Enterprise Services, Inc. | | Assume |
| GuidePoint Security | F5 support for Big-IP, WAF | YRC Enterprise Services, Inc. | 2,647.75 | Assume |
| GuidePoint Security | Cloud VPN | YRC Enterprise Services, Inc. | | Assume |
| GuidePoint Security | Security / Threat protection | YRC Enterprise Services, Inc. | | Assume |
| HYLAND SOFTWARE | OnBase | YRC Enterprise Services, Inc. | - | Assume |
| IBM CORPORATION | External IP resolution (DNS) | YRC Enterprise Services, Inc. | | Assume |
| IBM CORPORATION | IBM Tivoli Tape Optimizer S&S | YRC Enterprise Services, Inc. | - | Assume |
| IBM CORPORATION | Monthly mainframe MLC subscription based on usage | YRC Enterprise Services, Inc. | | Assume |
| IN COM DATA SYSTEMS | Smart TS XL Global Enterprise License Annual Maintenance & Support | YRC Enterprise Services, Inc. | 5,414.46 | Assume |
| Insight Direct USA, Inc | Storage | YRC Enterprise Services, Inc. | | Assume |
| Insight Direct USA, Inc | File storage switches / support | YRC Enterprise Services, Inc. | | Assume |
| Insight Direct USA, Inc | NetApp A800 DR Site - PartnerSelect | YRC Enterprise Services, Inc. | | Assume |
| Insight Direct USA, Inc | KCG -SupportEdge PartnerSelect - NetApp Security and Compliance -5 yr | YRC Enterprise Services, Inc. | | Assume |
| Insight Direct USA, Inc | File storage / support | YRC Enterprise Services, Inc. | | Assume |
| INT APP | INT APP IB-00158 Integration Builder | YRC Enterprise Services, Inc. | - | Assume |
| Iron Mountain - U.S. | Customer Agreement dated 06/13/05 and all amendments | YRC Enterprise Services, Inc. | 39,090.50 | Assume |
| Juniper Networks | Network Switch Maintenance | YRC Enterprise Services, Inc. | | Assume |
| Kronos | MASTER SERVICES AGREEMENT DATED 04/25/2006 | YRC Enterprise Services, Inc. | | Assume |
| Lumifi Cyber Inc | Cyber security services | Yellow Corporation | 19,161.29 | Assume |
| MACKINNEY SYSTEMS INC | Batch to CICS - Production | YRC Enterprise Services, Inc. | - | Assume |
| MERRILL CONSULTANTS | Mainframe analytics | YRC Enterprise Services, Inc. | 1,407.10 | Assume |
| MICROSOFT CORPORATION | Azure cloud services | YRC Enterprise Services, Inc. | - | Assume |
| Mirantis | Subscriptions for Docker Containers - MCC, BB | YRC Enterprise Services, Inc. | - | Assume |
| Network Solutions , LLC, A Web.com Company | AdultBlock trademark labels | YRC Enterprise Services, Inc. | | Assume |
| Network Solutions , LLC, A Web.com Company | Website Domain Name Registration | YRC Enterprise Services, Inc. | | Assume |
| NSONE Inc | NS1 (1) External DNS Service - Recurring Charge NSONE Enterprise DNS Recurring Fee | YRC Enterprise Services, Inc. | 104.60 | Assume |
| Nutrient | PDF converter services | YRC Enterprise Services, Inc. | | Assume |
| ONETOUCH | Faxing software: mainframe and website | YRC Enterprise Services, Inc. | 2,340.88 | Assume |
| ONETOUCH | Opentext Inc. - Rightfax | Yellow Corporation | | Assume |
| OPTIV | Email anti-spam, threat protection (Proofpoint) | YRC Enterprise Services, Inc. | | Assume |
| OPTIV | Load balancing / WAF | YRC Enterprise Services, Inc. | - | Assume |
| ORACLE AMERICA INC | MASTER SERVICES AGREEMENT DATED 01/28/2022 | YRC Enterprise Services, Inc. | | Assume |
| ORACLE AMERICA INC | MASTER SERVICES AGREEMENT DATED 01/28/2022 | YRC Enterprise Services, Inc. | | Assume |
| ORACLE AMERICA INC | MASTER AGREEMENT DATED 01/28/2022 | YRC Enterprise Services, Inc. | 398,379.41 | Assume |
| ORACLE AMERICA INC | IT AGREEMENT DATED 11/25/2015 | YRC Enterprise Services, Inc. | | Assume |
| ORACLE AMERICA INC | IT AGREEMENT DATED 06/01/2021 | YRC Enterprise Services, Inc. | | Assume |
| ORACLE CORPORATION | Oracle & Oracle Priority Pay | YRC Enterprise Services, Inc. | | Assume |
| Origian/Sirius Computer Solutions | Systems integration | YRC Enterprise Services, Inc. | - | Assume |
| PALO ALTO NETWORKS | MASTER SERVICES AGREEMENT DATED 12/14/2022 | YRC Enterprise Services, Inc. | | Assume |
| Patch My PC | End point patching -address vulnerabilities | YRC Enterprise Services, Inc. | | Assume |
| POMEROY | Network Gear and lines CISCO SYSTEMS CAPITAL CORP | YRC Enterprise Services, Inc. | - | Assume |
| POMEROY | Network Gear and lines Cisco Meraki | YRC Enterprise Services, Inc. | | Assume |
| POMEROY | Cisco Identity Services Engine Essentials - Subscription license | YRC Enterprise Services, Inc. | | Assume |
| Precisely Software Inc | Mainframe sort utility | YRC Enterprise Services, Inc. | | Assume |
| Precisely Software Inc | Developer API developer.precisely.com | YRC Enterprise Services, Inc. | | Assume |
| Precisely Software Inc | Space Recovery System (SRS) & Allocation Control Center (EOFMARK function only) | YRC Enterprise Services, Inc. | 3,099.76 | Assume |
| Precisely Software Inc | Mainframe sort utility | YRC Enterprise Services, Inc. | | Assume |
| Precisely Software Inc | Spectrum OnDemand | YRC Enterprise Services, Inc. | | Assume |
| Proactive Solutions, Inc | Commvault Premium Support | YRC Enterprise Services, Inc. | - | Assume |
| ProShred Security/Vital Shred | MBA dated 5-11-2017 and all amendments | YRC Enterprise Services, Inc. | | Assume |
| RINGCENTRAL INC | MASTER SERVICES AGREEMENT DATED 01/19/2022 | YRC Enterprise Services, Inc. | | Assume |
| RINGCENTRAL INC | MASTER AGREEMENT DATED 09/06/2021 | YRC Inc. | - | Assume |
| RINGCENTRAL INC | MASTER AGREEMENT DATED 11/04/2022 | YRC Enterprise Services, Inc. | | Assume |
| Safety-Kleen Systems, Inc. | MBA dated 5-1-2019 and all amendments | YRC Enterprise Services, Inc. | 34,636.73 | Assume |
| SAS INSTITUTE INC | Business analytics / Reporting | YRC Enterprise Services, Inc. | - | Assume |
| SHI International Corp | Microsoft On-Prem Items | YRC Enterprise Services, Inc. | | Assume |
| SHI International Corp | Microsoft Cloud Items | YRC Enterprise Services, Inc. | - | Assume |
| SHI International Corp | AD reporting & updating | YRC Enterprise Services, Inc. | | Assume |
| SHI International Corp | Maptitude Desktop - 10 year perpetual licenses (Route creation) | YRC Enterprise Services, Inc. | | Assume |
| Silverline Infosystems | Professional Services | YRC Enterprise Services, Inc. | - | Assume |
| Sirius Computer Solutions | Server automation / patching | YRC Enterprise Services, Inc. | | Assume |
| Sirius Computer Solutions | Server automation / patching (RED HAT) | YRC Enterprise Services, Inc. | | Assume |
| Sirius Computer Solutions | Kromprise Full Solution - 500TM | YRC Enterprise Services, Inc. | | Assume |
| SIRIUS COMPUTER SOLUTIONS INC | IBM DR mainframe- z13s CBU | YRC Enterprise Services, Inc. | | Assume |
| SIRIUS COMPUTER SOLUTIONS INC | PowerMax | YRC Enterprise Services, Inc. | 34,179.89 | Assume |
| SIRIUS COMPUTER SOLUTIONS INC | Mainfram report repo | YRC Enterprise Services, Inc. | | Assume |
| SIRIUS COMPUTER SOLUTIONS INC | Mainframe support | YRC Enterprise Services, Inc. | | Assume |
| SIRIUS COMPUTER SOLUTIONS INC | TechSmith Snagit Maintenance | YRC Enterprise Services, Inc. | | Assume |
| Sirius Computer SOLUTIONS, LLC | Elastic Billable Nodes for a Platinum Subscription | YRC Enterprise Services, Inc. | | Assume |
| SOLARWINDS INC | Systems / Network monitoring | YRC Enterprise Services, Inc. | | Assume |
| SONATYPE | software repository manage | YRC Enterprise Services, Inc. | - | Assume |
| SYSTEMWARE INC | IT AGREEMENT DATED 07/27/2021 | YRC Enterprise Services, Inc. | - | Assume |
| SYSTEMWARE INC | IT AGREEMENT DATED 12/31/2020 | YRC Enterprise Services, Inc. | | Assume |
| TECHNOLOGY GROUP SOLUTIONS, LLC | HPE 5Y TC Essential SVC -KCG-HPE Synergy Frames -SY480 blades CDC - Cavern Data Ce | YRC Enterprise Services, Inc. | 34,242.99 | Assume |
| THOMAS and COMPANY | MASTER SERVICES AGREEMENT | Yellow Corporation | 8,608.70 | Assume |
| Underground Vault and Storage | Storage lease agreement dated 09/24/2001 and all amendments | Yellow Corporation | 304.22 | Assume |
| UPS | Customer Agreement Dated 02/22/2010 | Yellow Corporation | 4,223.60 | Assume |
| US Cloud | Microsoft support | YRC Enterprise Services, Inc. | | Assume |
| Wall Street Systems Delaware Inc | Treasury management | YRC Enterprise Services, Inc. | - | Assume |