# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF SERVICE OF THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS' RESPONSES AND OBJECTIONS TO
MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC'S
FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

**PLEASE TAKE NOTICE THAT** on the 22nd day of October, 2025, true and correct copies of *The Official Committee of Unsecured Creditors' Responses and Objections to MFN Partners, LP and Mobile Street Holdings, LLC's First Request for Production of Documents* were served on the individual(s) listed below in the manner indicated:

*Via Email*:

L. Katherine Good
Maria Kotsiras
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
        mkotsiras@potteranderson.com

*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC*

Eric Winston (admitted *pro hac vice*)
Ben Roth
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com
        benroth@quinnemanuel.com

*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

<table>
<tr><td>Date: October 22, 2025<br>Wilmington, Delaware</td><td>**BENESCH, FRIEDLANDER,<br>    COPLAN & ARONOFF LLP**<br><br>*/s/ John C. Gentile*<br>Jennifer R. Hoover (DE No. 5111)<br>Kevin M. Capuzzi (DE No. 5462)<br>John C. Gentile (DE No. 6159)<br>1313 North Market Street, Suite 1201<br>Wilmington, DE 19801<br>Telephone: (302) 442-7010<br>Facsimile:  (302) 442-7012<br>E-mail:   jhoover@beneschlaw.com<br>             kcapuzzi@beneschlaw.com<br>             jgentile@beneschlaw.com<br><br>-and-<br><br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>Philip C. Dublin (admitted *pro hac vice*)<br>Meredith A. Lahaie (admitted *pro hac vice*)<br>Kevin Zuzolo (admitted *pro hac vice*)<br>One Bryant Park<br>New York, NY 10036<br>Telephone: (212) 872-1000<br>Facsimile: (212) 872-1002<br>Email: pdublin@akingump.com<br>            mlahaie@akingump.com<br>            kzuzolo@akingump.com<br><br>*Counsel to the Official Committee<br>of Unsecured Creditors of Yellow Corporation, et al.*</td></tr>
</table>