## Schedule 1

**Cross-Debtor Duplicate Claims**

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Third Omnibus Claims Objection
Schedule 1 - Cross Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 1 | DEDICATED DELIVERY PROF ATTN WINTHROP GOLUBOW HOLLANDER LLP 1301 DOVE ST STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11069 (CTG) Yellow Corporation | 18476 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | DEDICATED DELIVERY PROF C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11091 (CTG) YRC Mortgages, LLC | 18656 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

1

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Third Omnibus Claims Objection
Schedule 1 - Cross Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 3 | DEDICATED DELIVERY PROF C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11090 (CTG) YRC Logistics Services, Inc. | 18662 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 4 | DEDICATED DELIVERY PROF C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11088 (CTG) YRC International Investments, Inc. | 18670 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Third Omnibus Claims Objection
Schedule 1 - Cross Debtor Duplicate Claims

| | | | CLAIMS TO BE DISALLOWED | | | | | | REMAINING CLAIMS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 5 | DEDICATED DELIVERY PROF C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST STE 500 NEWPORT BEACH, CA 926602467 | 11/13/23 | 23-11089 (CTG) YRC Logistics Inc. | 18676 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

| 6 | DEDICATED DELIVERY PROF C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11084 (CTG) YRC Association Solutions, Inc. | 18714 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Third Omnibus Claims Objection
Schedule 1 - Cross Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 7 | DEDICATED DELIVERY PROF C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11085 (CTG) YRC Enterprise Services, Inc. | 18722 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason: Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

| 8 | DEDICATED DELIVERY PROF C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11086 (CTG) YRC Freight Canada Company | 18726 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason: Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Third Omnibus Claims Objection
Schedule 1 - Cross Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 9 DEDICATED DELIVERY PROF C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11082 (CTG) Yellow Freight Corporation | 18731 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10 DEDICATED DELIVERY PROF C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11083 (CTG) Yellow Logistics, Inc. | 18736 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Third Omnibus Claims Objection
Schedule 1 - Cross Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 11 | DEDICATED DELIVERY PROF C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11071 (CTG) Express Lane Service, Inc. | 18744 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12 | DEDICATED DELIVERY PROF C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11072 (CTG) New Penn Motor Express LLC | 18749 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Third Omnibus Claims Objection
Schedule 1 - Cross Debtor Duplicate Claims

| | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 13 | DEDICATED DELIVERY PROF C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11073 (CTG) Roadway Express International, Inc. | 18750 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |
| | Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68. | | | | | | | | | |
| 14 | DEDICATED DELIVERY PROFESSIONALS INC C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11092 (CTG) YRC Regional Transportation, Inc. | 18650 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |
| | Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68. | | | | | | | | | |

7

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Third Omnibus Claims Objection
Schedule 1 - Cross Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 15 | DEDICATED DELIVERY PROFESSIONALS INC C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11075 (CTG) Roadway Next Day Corporation | 18765 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |
| | Reason: Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68. | | | | | | | | | |
| 16 | DEDICATED DELIVERY PROFESSIONALS INC C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11076 (CTG) USF Bestway Inc. | 18769 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |
| | Reason: Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68. | | | | | | | | | |

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Third Omnibus Claims Objection
Schedule 1 - Cross Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|
| NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 17  DEDICATED DELIVERY PROFESSIONALS INC C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11077 (CTG) USF Dugan Inc. | 18770 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 18  DEDICATED DELIVERY PROFESSIONALS INC C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11078 (CTG) USF Holland International Sales Corporation | 18772 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Third Omnibus Claims Objection
Schedule 1 - Cross Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | | REMAINING CLAIMS | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 19 | DEDICATED DELIVERY PROFESSIONALS INC C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11079 (CTG) USF Holland LLC | 18773 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 20 | DEDICATED DELIVERY PROFESSIONALS INC C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11080 (CTG) USF RedStar LLC | 18774 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Third Omnibus Claims Objection
Schedule 1 - Cross Debtor Duplicate Claims

<u>CLAIMS TO BE DISALLOWED</u>     <u>REMAINING CLAIMS</u>

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 21 | DEDICATED DELIVERY PROFFESIONALS INC C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660-2467 | 11/13/23 | 23-11074 (CTG) Roadway LLC | 18761 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 22 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11081 (CTG) USF Reddaway Inc. | 18494 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

Yellow Corporation Case No. 23-11069 (CTG)
Thirty-Third Omnibus Claims Objection
Schedule 1 - Cross Debtor Duplicate Claims

| | | CLAIMS TO BE DISALLOWED | | | | REMAINING CLAIMS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT | NAME | DATE FILED | CASE NUMBER / DEBTOR | CLAIM # | CLAIM AMOUNT |
| 23 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11070 (CTG) 1105481 Ontario Inc. | 18544 | $92,067.68 | DEDICATED DELIVERY PROS C/O WINTHROP GOLUBOW HOLLANDER LLP ATTN ROBERT E OPERA, ESQ 1301 DOVE ST, STE 500 NEWPORT BEACH, CA 92660 | 11/13/23 | 23-11087 (CTG) YRC Inc. | 18508 | $92,067.68 |

Reason:  Proof of claim is duplicative of Proof of Claim listed in column entitled Remaining Claims, except for the Debtor to which the claim is asserted against. The Remaining Claim, Claim # 18508, will be allowed in the amount of $92,067.68.

| | TOTAL | $2,117,556.64 | | TOTAL | $2,117,556.64 |
|---|---|---|---|---|---|

12