# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, et al.,[1] | ) Case No. 23-11069 (CTG) |
| Debtor. | ) (Jointly Administered) |

## NOTICE OF WITHDRAWAL OF PROOFS OF CLAIM

COMES NOW the Unclaimed Property Division of the Texas Comptroller of Public Accounts ("Comptroller") and files this Notice of Withdrawal of Proofs of Claim.

The Comptroller filed claim nos. 19379, 19380, 19381 and 19383 out of an abundance of caution in order to fully preserve all rights and did not waive its assertion that the Unclaimed Property held by the Debtors is held in trust and therefore does not constitute a claim as defined in 11 U.S.C.§ 101(5). The Comptroller maintains that the property in question, Unclaimed Property as defined under Texas law[2], is not property of the estate, and as such, is not a claim pursuant to 11 U.S.C. § 101(5). As such, it respectfully withdraws its claims, claim nos. 19379, 19380, 19381 and 19383, filed on February 2, 2024, each in the amount of $276,347.83.  The Clerk of this Court, or their duly appointed Claims Agent, is authorized to reflect this withdrawal on the official claims register for the above-referenced Debtors.

*[Remainder of Page Intentionally Left Blank]*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 511500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Unclaimed Property is addressed in Title 6 of the Texas Property Code.

Respectfully submitted,

**KEN PAXTON**
Attorney General

**BRENT WEBSTER**
First Assistant Attorney General

**RALPH MOLINA**
Deputy First Assistant Attorney General

**AUSTIN KINGHORN**
Deputy Attorney General for Civil Litigation

**RACHEL R. OBALDO**
Chief for Bankruptcy & Collections Division

*/s/ Layla D. Milligan*
**LAYLA D. MILLIGAN**
Texas State Bar No. 24026015
**SEAN T. FLYNN**
Texas State Bar No. 24074214
Office of the Attorney General of Texas
Bankruptcy & Collections Division
P. O. Box 12548
Austin, Texas 78711-2548
Telephone: (512) 463-2173
Facsimile: (512) 936-1409
layla.milligan@oag.texas.gov
sean.flynn@oag.texas.gov

ATTORNEYS FOR THE UNCLAIMED PROPERTY DIVISION OF THE TEXAS COMPTROLLER OF PUBLIC ACCOUNTS

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 31st day of October 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which automatically provided notice on all parties requesting notice in this proceeding.

      */s/ Layla D. Milligan*
      **LAYLA D. MILLIGAN**
      Assistant Attorney General