Form 210A (10/06)

# United States Bankruptcy Court
# District of Delaware

**In re:**     **Yellow Corporation et al.**
**Case No.**    **Jointly administered Under 23-11069**

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1),** Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee:**
**Fair Harbor Capital, LLC**
**As assignee of France Sales and Service Inc**

Name and Address where notices to transferee should be sent:

    Phone: ___212 967 4035_____
    Last Four Digits of Acct #: ____n/a_____

Fair Harbor Capital LLC
PO Box 237037
New York, NY 10023

**Name of Transferor:**
**France Sales and Service Inc**

Court Claim # (if known): 3220
Amount of Claim: $3,559.28
Date Claim Filed: Oct. 27' 2023
Schedule# 79026570
Phone:
Last Four Digits of Acct. #: ___n/a____

**France Sales and Service Inc**
1151 Foundry St

Schofield, WI  54476

Name and Address where transferee payments should be sent (if different from above):

  SAME

Phone: _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/Fredric Glass_____    Date:_____Tuesday, October 28, 2025___
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

**In re:**      **Yellow Corporation, et al.**
**Case No.**      **Jointly Administered Under 23-11069**

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

## Claim No. 3220    $3,559.28    Schedule #79026570

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on .

**Name of Transferee:**
Fair Harbor Capital, LLC
As assignee of France Sales and Service Inc

**Name of Alledged Transferor:**
France Sales and Service Inc

---

## ~DEADLINE TO OBJECT TO TRANSFER~

---

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.


Date:_____          _____

                                               Clerk of the Court

FRANCE SALES AND SERVICE INC ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with an address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim including cure rights (as defined in the Agreement) against USF Holland LLC or any of its co-debtor affiliates (the "Debtor") in the aggregate amount of not less than **$3,559.28** , representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 23-11069, et al.. Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

**In Witness Whereof,** FRANCE SALES AND SERVICE INC (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**FRANCE SALES AND SERVICE INC ("Seller")**
**1151 FOUNDRY ST**
**SCHOFIELD, WI 54476**

Signature: _Michael Abel_  Date: 9/22/23

Print Name: MICHAEL ABEL

Phone: ~~[redacted]~~  Fax: ~~[redacted]~~

Email: ~~[redacted]~~ (print clearly)

Updated Address (If Changed): n/c

**Fair Harbor Capital, LLC ("Purchaser")**
**PO Box 237037**
**New York, NY 10023**

Signature: _[signature]_

Fred Glass, Member Fair Harbor Capital, LLC