Form 210A (10/06)

# United States Bankruptcy Court
# District of Delaware

**In re:**      Yellow Corporation et al./YRC, Inc.
**Case No.**   Jointly administered Under 23-11069

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee:**
Fair Harbor Capital, LLC
     As assignee of GWG Wood Group Inc.

**Name of Transferor:**
GWG Wood Group Inc.

Name and Address where notices to transferee should be sent:

Schedule Claim # 87060800
Amount of Claim: $2,419.38
Date Claim Filed:

Phone: ___212 967 4035_____
Last Four Digits of Acct #: ____n/a_____

Phone:
Last Four Digits of Acct. #: ___n/a____

Fair Harbor Capital LLC
PO Box 237037
New York, NY 10023

GWG Wood Group Inc.
2201 Long Prarie Rd Suite 107 LB 310

Flower Mound, TX  75022

Name and Address where transferee payments should be sent (if different from above):

SAME

Phone: _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/Fredric Glass_____    Date:_____Tuesday, October 28, 2025____
          Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

**In re:** Yellow Corporation et al./YRC, Inc.
**Case No.** Jointly Adminstered Under 23-11069

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

### Schedule Claim No. 87060800

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on .

**Name of Transferee:**
Fair Harbor Capital, LLC
As assignee of GWG Wood Group Inc.

**Name of Alledged Transferor:**
GWG Wood Group Inc.

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
Clerk of the Court

**Notice of Transfer and Waiver of Notice**

GWG WOOD GROUP, INC. ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with an address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim including cure rights (as defined in the Agreement) against YRC Inc. or any of its co-debtor affiliates (the "Debtor") in the aggregate amount of not less than **$2,419.38**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 23-11069, et al.. Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, GWG WOOD GROUP, INC. (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

GWG WOOD GROUP, INC. ("Seller")
2201 LONG PRAIRIE RD, SUITE 107 LB 310
FLOWER MOUND, TX 75022

Signature: Kirk Grady    Date: 9/27/2023
Print Name: Kirk Grady
Phone: ~~[redacted]~~    Fax: ~~[redacted]~~
Email: ~~[redacted]~~    (print clearly)
Updated Address (If Changed): _____

Fair Harbor Capital, LLC ("Purchaser")
PO Box 237037
New York, NY 10023

Signature: _____
Fred Glass, Member Fair Harbor Capital, LLC