Form 210A (10/06)

# United States Bankruptcy Court
## District of Delaware

**In re:** Yellow Corporation et al./YRC Freight Canada Company
**Case No.** Jointly Administered Under 23-11069

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| **Name of Transferee:**<br>**Fair Harbor Capital, LLC**<br>**As assignee of Jaguar Hauling Ltd.** | **Name of Transferor:**<br>**Jaguar Hauling Ltd.** |
| Name and Address where notices to transferee should be sent: | Schedule Claim # (if known): 86006540<br>Amount of Claim: $1,352.20<br>Date Claim Filed: |
| Phone: ___212 967 4035___<br>Last Four Digits of Acct #: ____n/a____ | Phone:<br>Last Four Digits of Acct. #: ___n/a____ |
| Fair Harbor Capital LLC<br>PO Box 237037<br>New York, NY 10023 | **Jaguar Hauling Ltd.**<br>16745 111 Ave.<br>Edmonton, Alberta T5M 2S4<br>CANADA |

Name and Address where transferee payments
should be sent (if different from above):

SAME

Phone: _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/Fredric Glass_____ Date:_____Tuesday, October 28, 2025___
        Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

**In re:** Yellow Corporation et al./YRC Freight Canada Company
**Case No.** Jointly administered Under 23-11069

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

### Schedule Claim No. 86006540

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on .

| | |
|---|---|
| **Name of Transferee:** | **Name of Alledged Transferor:** |
| Fair Harbor Capital, LLC | Jaguar Hauling Ltd. |
| As assignee of Jaguar Hauling Ltd. | |

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                                    _____
                                                         Clerk of the Court

JAGUAR HAULING LTD. ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with an address of PO Box 237037, New York, NY 10023 its successors and assigns ("Purchaser") pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim, including cure rights (as defined in the Agreement) against YRC Freight Canada Company or any of its co-debtor affiliates (the "Debtor") in the aggregate amount of not less than $1,352.20, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 23-11069, et al.. Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, JAGUAR HAULING LTD. (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

JAGUAR HAULING LTD, ("Seller")
3524-8ST, NW
EDMONTON, T6T 1A2
CANADA,

Fair Harbor Capital, LLC ("Purchaser")
PO Box 237037
New York, NY 10023

Signature: _____ Date: 16-OCT-2023
Print Name: KAMAL PREET WALIA
Phone: ~~[redacted]~~ Fax: _____
Email: JAGUARHAULINGLTD@GMAIL.COM [print clearly]
Updated Address (If Changed): 16795 111 AVE
EDMONTON, ALBERTA T5M 2S4

Signature: _____
Fred Glass, Member Fair Harbor Capital, LLC