# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION., *et al.,* [1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

## CERTIFICATE OF SERVICE

I, David M. Klauder, hereby certify that on the date set forth below, I caused a true and correct copy of the foregoing *Creditor Old Republic Insurance Company's Statement and Reservation of Rights to Confirmation of Debtors' Chapter 11 Plan* to be filed and served via CM/ECF on all parties requesting electronic notification in this case and on all parties on the attached service list as indicated thereon.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address is these chapter 11 cases is: 11500 Outlook Street, Suite 400 Overland Park, Kansas 66211.

| | |
|---|---|
| Dated: November 3, 2025 | **BIELLI & KLAUDER, LLC** |

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
Email: dklauder@bk-legal.com

- and –

**FOX SWIBEL LEVIN & CARROLL LLP**

Margaret M. Anderson (admitted *pro hac vice*)
Kenneth M. Thomas (admitted *pro hac vice*)
200 W. Madison Street, Suite 3000
Chicago, IL 60606
Telephone: (312) 224-1224
Facsimile: (312) 224-1201
Email: panderson@foxswibel.com
          kthomas@foxswibel.com

*Counsel for Old Republic Insurance Company*

**SERVICE LIST**

**Via Electronic Mail:**

Yellow Corporation
11500 Outlook Street, Suite 400
Overland Park, Kansas 66211.
legal@myyellow.com

Kirkland & Ellis LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Patrick J. Nash Jr., P.C.
David Seligman, P.C.
Patrick.nash@kirkland.com
David.seligman@kirkland.com

Kirkland & Ellis LLP
601 Lexington Avenue
New York, New York 10022
Allyson B. Smith
Allyson.smith@kirkland.com

Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Laura Davis Jones
Timothy P. Cairns
Peter J. Keane
Edward Corma
ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

Akin Gump Strauss Hauer & Feld LLP
One Bryant Park
New York, NY 10036
Philip C. Dublin
Meredith A. Lahaie
Kevin Zuzolo
pdublin@akingump.com
mlahaie@akingump.com
kzuzolo@akingump.com

Benesch, Friedlander, Coplan, Aronoff LLP
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Jennifer R. Hoover
Kevin M. Capuzzi
John C. Gentile
jhoover@beneschlaw.com
kcapuzzi@beneschlaw.com
jgentile@beneschlaw.com

Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801
Jane M. Leamy
Jane.m.leamy@usdoj.gov

4