Form 210A (10/06)

# United States Bankruptcy Court
## District of Delaware

**In re:** Yellow Corporation et al./Yellow Logistics, Inc.
**Case No.** Jointly Administered Under 23-11069

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

**Name of Transferee:**
Fair Harbor Capital, LLC
As assignee of ITS Trucking

**Name of Transferor:**
ITS Trucking

Name and Address where notices to transferee should be sent:

Phone: ___212 967 4035_____
Last Four Digits of Acct #: _____n/a_____

Fair Harbor Capital LLC
PO Box 237037
New York, NY 10023

Schedule Claim # (if known):83012330
Amount of Claim: $1,300.00
Date Claim Filed:

Phone:
Last Four Digits of Acct. #: ___n/a____

ITS Trucking
5405 Blackstock Rd

Spartanburg,vSC  29303

Name and Address where transferee payments should be sent (if different from above):

  SAME

Phone: _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/Fredric Glass_____  Date:_____Tuesday, October 28, 2025___
         Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

In re:      Yellow Corporation et al./Yellow Logistics, Inc.
Case No.   Jointly Administered Under 23-11069

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

### Schedule Claim No. 83012330

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on .

**Name of Transferee:**
Fair Harbor Capital, LLC
As assignee of ITS Trucking

**Name of Alledged Transferor:**
ITS Trucking

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____                            _____
                                                  Clerk of the Court

I T S TRUCKING ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with an address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim including cure rights (as defined in the Agreement) against Yellow Logistics, Inc. or any of its co-debtor affiliates (the "Debtor") in the aggregate amount of not less than $1,300.00 , representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 23-11069, et al.. Seller hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, I T S TRUCKING (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

I T S TRUCKING ("Seller")
5405 BLACKSTOCK RD  *North Blackstock Rd*
SPARTANBURG, SC 29303

Signature: [signature]    Date: 10/16/23
Print Name: John Darman
Phone: ~~[redacted]~~    Fax:
Email: ~~[redacted]~~ (print clearly)
Updated Address (If Changed): _____

Fair Harbor Capital, LLC ("Purchaser")
PO Box 237037
New York, NY 10023

Signature: [signature]

Fred Glass, Member Fair Harbor Capital, LLC