Form 210A (10/06)

# United States Bankruptcy Court
## District of Delaware

**In re:**     Yellow Corporation et al./Yellow Logistics, Inc.
**Case No.**   23-11083 Jointly administered Under 23-11069

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or **deemed filed** under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to **Rule 3001(e)(1)**, Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Name of Transferee:** | **Name of Transferor:** |
|---|---|
| **Fair Harbor Capital, LLC** | **Jalwo Trucking LLC** |
| **As assignee of Jalwo Trucking LLC** | |

Name and Address where notices to transferee should be sent:

Schedule Claim # 83013140
Amount of Claim: $5,700.00
Date Claim Filed:

Phone: ___212 967 4035_____
Last Four Digits of Acct #: _____n/a_____

Phone:
Last Four Digits of Acct. #: ___n/a____

Fair harbor Capital LLC
PO Box 237037
New York, NY 10023

**Jalwo Trucking LLC**
or Orange Commercial Credit
PO Box 11099
Olympia, WA  98508-1099

Name and Address where transferee payments should be sent (if different from above):

SAME

Phone: _____n/a_____
Last Four Digits of Acct #: _____n/a_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____/s/Fredric Glass_____   Date:_____Wednesday, October 29, 2025___
            Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

# United States Bankruptcy Court
## District of Delaware

**In re:** Yellow Corporation et al.,/Yellow Logistics, Inc.
**Case No.** Case # 23-11083 Jointly Administered Under 23-11069

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

**Scheduled Claim No.** 83013140

was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on .

**Name of Transferee:**
Fair Harbor Capital, LLC
As assignee of Jalwo Trucking LLC

**Name of Alledged Transferor:**
Jalwo Trucking LLC

### ~DEADLINE TO OBJECT TO TRANSFER~

The transferor of claim named above is advised the this Notice of Transfer of Claim Other than for Security has been filed in the clerk's office of this court as evidence of the transfer. Objection must be filed with the court within twenty (20) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:_____

_____
Clerk of the Court

Notice of Transfer and Waiver of Notice

**JALWO TRUCKING LLC** ("Seller") sells, transfer and assigns unto Fair Harbor Capital, LLC, with an address of PO Box 237037, New York, NY 10023, its successors and assigns ("Purchaser"), pursuant to a Claim Purchase Agreement between Seller and Purchaser (the "Agreement") all of Seller's right, title and interest in, to and under Seller's Claim including cure rights (as defined in the Agreement) against **Yellow Logistics, Inc.** or any of its co-debtor affiliates (the "Debtor") in the aggregate amount of not less than **$5,700.00**, representing all claims of Seller pending against Debtor in the United States Bankruptcy Court, District of Delaware, Case No 23-11069, et al.. Seller Hereby waives its right to raise any objection and/or receive notice pursuant to Rule 3001 of the Federal Rules of Bankruptcy Procedures and stipulates that an order may be entered recognizing the Agreement as an unconditional sale and the Purchaser as the valid owner of the Claim.

In Witness Whereof, JALWO TRUCKING LLC (Seller) and Fair Harbor Capital, LLC (Purchaser) have signed below:

**JALWO TRUCKING LLC ("Seller")**
**OR ORANGE COMMERCIAL CREDIT**
**PO BOX 11099**
**OLYMPIA, WA 98508-1099**

Signature: Mohamed Dahir    Date: 2/14/2024

Print Name: Mohamed Dahir

Phone: ████████  Fax: ████████

Email: ████████ com (print clearly)

Updated Address (If Changed): _____

**Fair Harbor Capital, LLC ("Purchaser")**
**PO Box 237037**
**New York, NY 10023**

Signature: _____

Fred Glass, Member Fair Harbor Capital, LLC