# EXHIBIT 1

Customer Name   YELLOW CORPORATION
Petition Date   8/6/2023

| Customer Name | Invoice# | Sales Order No | Purchase Order | TRX Date | TRX Due Date | Terms | TRX Orig Amount | TRX Balance |
|---|---|---|---|---|---|---|---|---|
| YELLOW CORPORATION | 10601198480 | 477991416 | PO-YRCF-06200 | 7/21/2022 | 9/4/2022 | Net45 days | $ 233.26 | 233.26 |
| YELLOW CORPORATION | 10626874210 | 551390279 | PO-YRCF-44964 | 11/3/2022 | 12/18/2022 | Net45 days | $ 20.33 | 20.33 |
| YELLOW CORPORATION | 10678999650 | Consolidated | PO-ESI-00712 | 6/16/2023 | 7/31/2023 | Net45 days | $ 182,849.42 | 182849.42 |
| YELLOW CORPORATION | 10682100659 | 700232448 | PO-HOLL-36484 | 6/30/2023 | 8/14/2023 | Net45 days | $ 219.28 | 219.28 |
| YELLOW CORPORATION | 10686560720 | 713020699 | PO-REDD-10858 | 7/20/2023 | 9/3/2023 | Net45 days | $ 104.23 | 104.23 |
| YELLOW CORPORATION | 10686462103 | Consolidated | PO-REDD-10847 | 7/20/2023 | 9/3/2023 | Net45 days | $ 218.93 | 218.93 |
|  |  |  |  |  |  |  | $ 183,645.45 |  |

**DELL Technologies**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
Inquiries: www.dell.com/ordersupport/
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

YELLOW CORP
AP TECH
10990 ROE AVE
OVERLAND PARK, KS 66211

**SHIP TO:**

YELLOW CORP
NATHAN ANDERSON
4375 W 1385 SOUTH
SALT LAKE CITY, UT 84104-6574

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10686560720 | Customer No: 529997406047 | Order No: 713020699 | Page 1 of 1 |
|---|---|---|---|---|

| Purchase Order: | PO-REDD-10858 | Order Date: | 07/18/2023 |
|---|---|---|---|
| Payment Terms: | Due 45 days from invoice date | Sales Rep: | JESSICA HOLLOWELL |
| Due Date: | 09/03/2023 | Contract Name: | |
| Invoice Date: | 07/20/2023 | Shipped Via: | FEDERAL EXPRESS |
| Waybill Number: | 638098985858 | | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-BEMM | Dell 24 Monitor - E2423H, 60.47cm (23.8") System Service Tags:GMGF2P3 | 1 | EA | 96.74 | 96.74 |
| 814-9381 | Dell Limited Hardware Warranty | 1 | EA | - | - |

To make a payment or access your account details online, please visit MyFinancials at https://mfm.dell.com/

IF BALANCE DUE IS NOT PAID WITHIN TIME PERIOD NOTED ON INVOICE YOU MAY BE SUBJECT TO A LATE PENALTY CHARGE AS ALLOWED UNDER THE TERMS OF SALE. RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | USD |
|---|---|
| Sub-Total: | $ 98.74 |
| Ship. &/or Handling: | $ 0.00 |
| ENVIRO FEE: | $ 0.00 |
| Taxable: $ 96.74 Tax: Non-Taxable: $ 0.00 | $ 7.49 |
| Invoice Total: | $ 104.23 |

---

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10686560720
Customer Name: YELLOW CORP
Customer No: 529997406047
PO No: PO-REDD-10858
Order Number: 713020699

**DELL Technologies**

Make check payable / remit to :
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 676021
Dallas, TX 75267-6021

Electronics Payments
Dell Marketing L.P.
PNC Bank
ABA#:
Acct#:
Swift

| | USD |
|---|---|
| Sub-Total: | $ 96.74 |
| Ship. &/or Handling: | $ 0.00 |
| ENVIRO FEE: | $ 0.00 |
| Taxable: $ 96.74 Tax: Non-Taxable: $ 0.00 | $ 7.49 |
| Invoice Total: | $ 104.23 |
| Balance Due: | $ 104.23 |
| Amount Enclosed: | |

0106865607200000000010423005299974060477

**DELL Technologies**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
Inquiries: www.dell.com/ordersupport/
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**
YELLOW CORP
AP TECH
10990 ROE AVE
OVERLAND PARK, KS 66211

**SHIP TO:**
YELLOW CORP
NATHAN ANDERSON
4375 W 1385 SOUTH
SALT LAKE CITY, UT 84104-6574

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10686462103 | Customer No: 529997406047 | Order No: SEE BELOW | Page 1 of 2 |
|---|---|---|---|---|
| Purchase Order: | PO-REDD-10847 | | Sales Rep: | JESSICA HOLLOWELL |
| Payment Terms: | 45 Days Inv. | | Contract Name: | |
| Due Date: | 09/03/2023 | | Customer Agreement #: | |
| Invoice Date: | 07/20/2023 | | Contract Code: | |
| Waybill Number: | 1ZWA89680303503380 | | Shipped Via: | SEE BELOW |
| Order Date: | 07/14/2023 | | | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

SHIP TO:
DD
YELLOW CORP
NATHAN ANDERSON
4375 W 1385 SOUTH
SALT LAKE CITY, UT 84104-6574

IF BALANCE DUE IS NOT PAID WITHIN TIME PERIOD NOTED ON INVOICE YOU MAY BE SUBJECT TO A LATE PENALTY CHARGE AS ALLOWED UNDER THE TERMS OF SALE. RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

USD
| | |
|---|---|
| Sub-Total: | $ 203.19 |
| Ship. &/or Handling: | $ 0.00 |
| ENVIRO FEE: | $ 0.00 |
| Taxable: $ 203.19 Tax: | $ 15.74 |
| Non-Taxable: $ 0.00 | |
| Invoice Total: | $ 218.93 |

..........................................................................................................

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice Number: 10686462103
Customer Name: YELLOW CORP
Customer Number: 529997406047
Purchase Order: PO-REDD-10847
Order Number: 710826973

**DELL Technologies**

Make check payable / remit to :
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 676021
Dallas, 75267-6021

Electronics Payments
Dell Marketing L.P.
PNC Bank
ABA #
Acct #
Swift

USD
| | |
|---|---|
| Sub-Total: | $ 203.19 |
| Ship. &/or Handling: | $ 0.00 |
| ENVIRO FEE: | $ 0.00 |
| Taxable: $ 203.19 Tax: | $ 15.74 |
| Non-Taxable: $ 0.00 | |
| Invoice Total: | $ 218.93 |
| Balance Due: | $ 218.93 |
| Amount Enclosed: | |

0106864621030000000218930052999740604 78

# DELL Technologies

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
Inquiries: www.dell.com/ordersupport/
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**
YELLOW CORP
AP TECH
10990 ROE AVE
OVERLAND PARK, KS 66211

**SHIP TO:**
YELLOW CORP
NATHAN ANDERSON
4375 W 1385 SOUTH
SALT LAKE CITY, UT 84104-6574

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10686462103 | Customer No: 529997406047 | Order No: SEE BELOW | Page 2 of 2 |
|---|---|---|---|---|
| Purchase Order: | PO-REDD-10847 | | Sales Rep: | JESSICA HOLLOWELL |
| Payment Terms: | 45 Days Inv. | | Contract Name: | |
| Due Date: | 09/03/2023 | | Customer Agreement #: | |
| Invoice Date: | 07/20/2023 | | Contract Code: | |
| Waybill Number: | 1ZWA89680303503380 | | Shipped Via: | SEE BELOW |
| Order Date: | 07/14/2023 | | | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | TAX AMT | | | | $ 15.74 |
| | ENVIRO FEE | | | | $ 0.00 |
| | METHOD: FEDERAL EXPRESS    CHARGES: $ 0.00 | | | | |
| | WAYBILLS:638098846220 | | | | |
| | METHOD:    CHARGES: $ 0.00 | | | | |
| | WAYBILLS:1ZWA89680303503380, 1ZWA89680303503399 | | | | |
| 580-AJIS | Dell Pro Wireless Keyboard and Mouse - KM5221W | 2 | EA | 19.00 | 38.00 |
| 210-BEMM | Dell 24 Monitor - E2423H, 60.47cm (23.8") | 1 | EA | 165.19 | 165.19 |
| | System Service Tags:9WXD2P3 | | | | |

Order Number(s): 710826965, 710826973, 710826981

To make a payment or access your account details online, please visit MyFinancials at https://mfm.dell.com/

**DELL Technologies**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
Inquiries: www.dell.com/ordersupport/
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

YELLOW CORP
AP TECH
10990 ROE AVE
OVERLAND PARK, KS 66211

**SHIP TO:**

YELLOW CORP
TAYLOR BURGER
3801 W MOUND RD
JOLIET, IL 60436-9006

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10682100659 | Customer No: 529997406047 | Order No: 700232448 | Page 1 of 1 |
|---|---|---|---|---|
| Purchase Order: | PO-HOLL-36484 | | Order Date: | 06/27/2023 |
| Payment Terms: | Due 45 days from invoice date | | Sales Rep: | JESSICA HOLLOWELL |
| Due Date: | 08/14/2023 | | Contract Name: | |
| Invoice Date: | 06/30/2023 | | Shipped Via: | |
| Waybill Number: | 1Z7R88580337762702 | | | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-BBBO | Dell 22 Monitor - E2222H, 54.48cm (21.5")  System Service Tags:CCMHYV3, CG9HYV3 | 2 | EA | 103.19 | 206.38 |
| 814-9340 | Dell Limited Hardware Warranty | 2 | EA | - | - |

To make a payment or access your account details online, please visit MyFinancials at https://mfm.dell.com/

IF BALANCE DUE IS NOT PAID WITHIN TIME PERIOD NOTED ON INVOICE YOU MAY BE SUBJECT TO A LATE PENALTY CHARGE AS ALLOWED UNDER THE TERMS OF SALE. RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 206.38 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 206.38 Tax: | |
| Non-Taxable: $ | 0.00 | 12.90 |
| Invoice Total: | $ | 219.28 |

··········································································································································

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10682100659

**DELL Technologies**

Make check payable / remit to :
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 676021
Dallas, TX 75267-6021

Customer Name: YELLOW CORP
Customer No: 529997406047
PO No: PO-HOLL-36484
Order Number: 700232448

Electronics Payments
Dell Marketing L.P.
PNC Bank
ABA#:
Acct#:
Swift

| | | USD |
|---|---|---|
| Sub-Total: | $ | 206.38 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ | 206.38 Tax: | |
| Non-Taxable: $ | 0.00 | 12.90 |
| Invoice Total: | $ | 219.28 |
| | | |
| | | |
| Balance Due: | $ | 219.28 |
| Amount Enclosed: | | |

0106821006590000000021928005299974060478

**DELL Technologies**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
Inquiries: www.dell.com/ordersupport/
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**
YELLOW CORP
AP TECH
10990 ROE AVE
OVERLAND PARK, KS 66211

**SHIP TO:**
YELLOW CORP
CHRIS TOLA
6550 SPRINT PARKWAY
OVERLAND PARK, KS 66211-1160

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: 10678999650 | Customer No: 529997406047 | Order No: SEE BELOW | Page 1 of 3 |
|---|---|---|---|
| Purchase Order: | PO-ESI-00712 | Sales Rep: | JESSICA HOLLOWELL |
| Payment Terms: | Due 45 days from invoice date | Contract Name: | |
| Due Date: | 07/31/2023 | Customer Agreement #: | |
| Invoice Date: | 06/16/2023 | Contract Code: | |
| Waybill Number: | 59704458336 | Shipped Via: | SEE BELOW |
| Order Date: | 05/30/2023 | | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|

IF BALANCE DUE IS NOT PAID WITHIN TIME PERIOD NOTED ON INVOICE YOU MAY BE SUBJECT TO A LATE PENALTY CHARGE AS ALLOWED UNDER THE TERMS OF SALE. RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

|  | USD |
|---|---|
| Sub-Total: | $ 167,598.00 |
| Ship. &/or Handling: | $ 0.00 |
| ENVIRO FEE: | $ 0.00 |
| Taxable: $ 167,598.00   Tax: | $ 15,251.42 |
| Non-Taxable: $ 0.00 | |
| Invoice Total: | $ 182,849.42 |

------------------------------------------------------------

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice Number: 10678999650
Customer Name: YELLOW CORP
Customer Number: 529997406047
Purchase Order: PO-ESI-00712
Order Number: 882933488

**DELL Technologies**

Make check payable / remit to :
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 676021
Dallas, TX 75267-6021

Electronics Payments
Dell Marketing L.P.
PNC Bank
ABA #:
Acct#:
Swift c

|  | USD |
|---|---|
| Sub-Total: | $ 167,598.00 |
| Ship. &/or Handling: | $ 0.00 |
| ENVIRO FEE: | $ 0.00 |
| Taxable: $ 167,598.00  Tax: | $ 15,251.42 |
| Non-Taxable: $ 0.00 | |
| Invoice Total: | $ 182,849.42 |
| Balance Due: | $ 182,849.42 |
| Amount Enclosed: | |

0106789996500000018284942005299974060470

**DELL Technologies**   DELL MARKETING L.P.    FID Number: 74-2616805
One Dell Way    Inquiries: www.dell.com/ordersupport/
Round Rock, TX 78682    Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

YELLOW CORP
AP TECH
10990 ROE AVE
OVERLAND PARK, KS 66211

**SHIP TO:**

YELLOW CORP
CHRIS TOLA
6550 SPRINT PARKWAY
OVERLAND PARK, KS 66211-1160

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10678999650 | Customer No: 529997406047 | Order No: SEE BELOW | Page 2 of 3 |
|---|---|---|---|---|
| Purchase Order: | PO-ESI-00712 | | Sales Rep: | JESSICA HOLLOWELL |
| Payment Terms: | Due 45 days from invoice date | | Contract Name: | |
| Due Date: | 07/31/2023 | | Customer Agreement #: | |
| Invoice Date: | 06/16/2023 | | Contract Code: | |
| Waybill Number: | 59704458336 | | Shipped Via: | SEE BELOW |
| Order Date: | 05/30/2023 | | | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| | SHIP TO: YELLOW CORP CHRIS TOLA 6550 SPRINT PARKWAY OVERLAND PARK, KS 66211-1160 | TAX AMT $ 15,251.42 ENVIRO FEE $ 0.00 | | | |
| | METHOD: | CHARGES: $ 0.00 | | | |
| | WAYBILLS:59704458336, DELO0073467, DELO0073517, DELO0075203 | | | | |
| 210-BDQH | BASE,DS,WD22TB4 US 180W | 120 | EA | 195.31 | 23,437.20 |
| | System Service Tags:10GQHV3, 1CMQHV3, 1D8QHV3, 1HMQHV3, 1NQPHV3, 1QQPHV3, 21ZQHV3, 23ZQHV3, 29MQHV3, 2CXQHV3, 2F8QHV3, 2G8QHV3, 3BXQHV3, 3DMQHV3, 3DXQHV3, 3FXQHV3, 3KQPHV3, 3KXQHV3, 3MCPHV3, 3MQPHV3, 3XFQHV3, 3YFQHV3, 40KPHV3, 4CMQHV3, 4FMQHV3, 4G8QHV3, 4J8QHV3, 4JMQHV3, 4MXQHV3, 4QQPHV3, 52GQHV3, 52ZQHV3, 54ZQHV3, 5BMQHV3, 60GQHV3, 64KPHV3, 6F8QHV3, 6FXQHV3, 6HMQHV3, 6JXQHV3, 6MMQHV3, 71GQHV3, 721MHV3, 73ZQHV3, 79MQHV3, 7CXQHV3, 7FMQHV3, 7KMQHV3, 7PQPHV3, 7YFQHV3, 87ZQHV3, 8BMQHV3, 8DMQHV3, 8JMQHV3, 8RQPHV3, 8XFQHV3, 92ZQHV3, 9BXQHV3, 9DXQHV3, 9HMQHV3, 9JXQHV3, 9KMQHV3, 9MXQHV3, 9ZFQHV3, B3ZQHV3, B4ZQHV3, B9MQHV3, BCMQHV3, BCXQHV3, BD8QHV3, BKXQHV3, BQQPHV3, BWFQHV3, CGMQHV3, CHXQHV3, CLXQHV3, CYFQHV3, D0GQHV3, DBMQHV3, DCMQHV3, DDMQHV3, DGXQHV3, DHMQHV3, DJMQHV3, DKMQHV3, DKQPHV3, DLMQHV3, DTFQHV3, F1ZQHV3, F5ZQHV3, F9MQHV3, FDXQHV3, FHXQHV3, FJXQHV3, G1KPHV3, G7ZQHV3, G8MQHV3, GD8QHV3, GFXQHV3, GGMQHV3, GKQPHV3, GZFQHV3, H1GQHV3, H2ZQHV3, H9KPHV3, H9XQHV3, HBMQHV3, HGXQHV3, HHMQHV3, HJMQHV3, HLXQHV3, HMQPHV3, HPQPHV3, HXFQHV3, J0ZQHV3, J9MQHV3, JCMQHV3, JCXQHV3, JFMQHV3, JMQPHV3 | | | | |
| 210-BGGV | Dell Latitude 7440 XCTO | 40 | EA | 1,473.32 | 58,932.80 |
| | System Service Tags:16DDSV3, 187DSV3, 1BDDSV3, 1D7DSV3, 1M2DSV3, 22ZDSV3, 2JJDSV3, 3G7DSV3, 3N2DSV3, 4B7DSV3, 4BDDSV3, 4BJDSV3, 4FDDSV3, 4K7DSV3, 6F7DSV3, 6LJDSV3, 797DSV3, 7FDDSV3, 887DSV3, 89DDSV3, 8H2DSV3, 8T2DSV3, 9C7DSV3, 9DDDSV3, 9L8FSV3, B97DSV3, BH7DSV3, BN2DSV3, BS2DSV3, C8F8QV3, CJ7DSV3, FB7DSV3, FBJDSV3, FGJDSV3, GYT7QV3, HDDDSV3, HJ7DSV3, J87DSV3, J8DDSV3, JN3FSV3 | | | | |

**DELL**Technologies

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
Inquiries: www.dell.com/ordersupport/
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

YELLOW CORP
AP TECH
10990 ROE AVE
OVERLAND PARK, KS 66211

**SHIP TO:**

YELLOW CORP
CHRIS TOLA
6550 SPRINT PARKWAY
OVERLAND PARK, KS 66211-1160

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10678999650 | Customer No: 529997406047 | Order No: SEE BELOW | Page 3 of 3 |
|---|---|---|---|---|
| Purchase Order: | PO-ESI-00712 | | Sales Rep: | JESSICA HOLLOWELL |
| Payment Terms: | Due 45 days from invoice date | | Contract Name: | |
| Due Date: | 07/31/2023 | | Customer Agreement #: | |
| Invoice Date: | 06/16/2023 | | Contract Code: | |
| Waybill Number: | 59704458336 | | Shipped Via: | SEE BELOW |
| Order Date: | 05/30/2023 | | | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 210-BFZY | Dell Latitude 5440 XCTO Base | 80 | EA | 1,065.35 | 85,228.00 |
| | System Service Tags:17PTSV3, 18NTSV3, 1JXRSV3, 2MYRSV3, 2PXRSV3, 3FWRSV3, 3QMTSV3, 48NTSV3, 4KWRSV3, 4NXRSV3, 5M3SSV3, 6KYRSV3, 6LWRSV3, 6LYRSV3, 7FNTSV3, 7HWRSV3, 8F6SSV3, 8KXRSV3, BPMTSV3, CFXRSV3, CPXRSV3, DDWRSV3, DLXRSV3, F34SSV3, F8NTSV3, FKWRSV3, G7NTSV3, GMWRSV3, HGYRSV3, HJ3SSV3, J41SSV3, J5PTSV3, 19Z7SV3, 1M3SSV3, 26X7QV3, 29PTSV3, 2CZBSV3, 2DLCSV3, 2MXRSV3, 2W1GSV3, 39LCSV3, 3HLCSV3, 48LCSV3, 4BWRSV3, 4BZBSV3, 4CLCSV3, 54LDSV3, 5YGDSV3, 69ZBSV3, 6DLCSV3, 73X7QV3, 7JLCSV3, 7K3SSV3, 89ZBSV3, 8CZBSV3, 8MRDSV3, 94LDSV3, 9CLCSV3, 9L3SSV3, 9QXRSV3, B0HDSV3, BFLCSV3, C8ZBSV3, CJNTSV3, CQRDSV3, CVQ7QV3, FBWRSV3, FFLCSV3, FKYRSV3, FM3SSV3, FN3SSV3, FNMTSV3, G9ZBSV3, GDLCSV3, GDZBSV3, GJYRSV3, GKXRSV3, H6LDSV3, HBZBSV3, HGLCSV3 | | | | |

Order Number(s): 682933468, 682933500, 682933518, 682933526

To make a payment or access your account details online, please visit MyFinancials at https://mfm.dell.com/

**DELL Technologies**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
Inquiries: www.dell.com/ordersupport/
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

YELLOW CORP
AP TECH
10990 ROE AVE
OVERLAND PARK, KS 66211

**SHIP TO:**

YELLOW CORP
THOMAS SAVIN
1709 FEATHER REED LN
GREENWOOD, IN 46143-6818

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: 10626874210 | Customer No: 529997406047 | Order No: 551390279 | Page 1 of 1 |
|---|---|---|---|
| Purchase Order: | PO-YRCF-44964 | Order Date: | 11/01/2022 |
| Payment Terms: | Due 45 days from invoice date | Sales Rep: | JESSICA HOLLOWELL |
| Due Date: | 12/18/2022 | Contract Name: | |
| Invoice Date: | 11/03/2022 | Shipped Via: | |
| Waybill Number: | 1ZR5X7480335147481 | | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 580-AJIS | Dell Pro Wireless Keyboard and Mouse - KM5221W | 1 | EA | 19.00 | 19.00 |

For efficient and immediate access to your account details please visit https://mfm.dell.com/

IF BALANCE DUE IS NOT PAID WITHIN TIME PERIOD NOTED ON INVOICE YOU MAY BE SUBJECT TO A LATE PENALTY CHARGE AS ALLOWED UNDER THE TERMS OF SALE. RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 19.00 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | $ 19.00 | |
| Non-Taxable: | $ 0.00 | Tax: $ 1.33 |
| Invoice Total: | $ | 20.33 |

..................................................................................................

DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10626874210
Customer Name: YELLOW CORP
Customer No: 529997406047
PO No: PO-YRCF-44964
Order Number: 551390279

**DELL Technologies**

Make check payable / remit to :
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 676021
Dallas, TX 75267-6021

Electronics Payments
Dell Marketing L.P.
PNC Bank
ABA #
Acct#
Swift

| | | USD |
|---|---|---|
| Sub-Total: | $ | 19.00 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: | $ 19.00 | |
| Non-Taxable: | $ 0.00 | Tax: $ 1.33 |
| Invoice Total: | $ | 20.33 |
| Balance Due: | $ | 20.33 |
| Amount Enclosed: | | |

0106268742100000000002033005299974060473

**DELL Technologies**

DELL MARKETING L.P.
One Dell Way
Round Rock, TX 78682

FID Number: 74-2616805
Inquiries: www.dell.com/ordersupport/
Dell Online: http://www.dell.com

**Invoice**

**BILL TO:**

YELLOW CORP
AP TECH
10990 ROE AVE
OVERLAND PARK, KS 66211

**SHIP TO:**

YELLOW CORP
DANIEL SCHLICHTING
3901 E BROADWAY AVE
SPOKANE, WA 99202-4513

PLEASE REVIEW DELL'S TERMS & CONDITIONS OF SALE AND POLICIES, WHICH GOVERN THIS TRANSACTION
VIEW YOUR ORDER DETAILS ONLINE

| Invoice No: | 10601198480 | Customer No: 529997406047 | Order No: 477991416 | Page 1 of 1 |
|---|---|---|---|---|
| Purchase Order: | PO-YRCF-06200 | Order Date: | 07/13/2022 | |
| Payment Terms: | Due 45 days from invoice date | Sales Rep: | JESSICA HOLLOWELL | |
| Due Date: | 09/04/2022 | Contract Name: | | |
| Invoice Date: | 07/21/2022 | Shipped Via: | | |
| Waybill Number: | 1ZR3Y5840323679617 | | | |

| Item Number | Description | Qty | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| 872-8550 | Advanced Exchange Service, 3 Years | 1 | EA | 0.41 | 0.41 |
| 872-8557 | Dell Limited Hardware Warranty | 1 | EA | - | - |
| 210-BDQH | Dell Thunderbolt 4 Dock - WD22TB4 System Service Tags:205X2R3 | 1 | EA | 213.59 | 213.59 |

For efficient and immediate access to your account details please visit https://mfm.dell.com/

IF BALANCE DUE IS NOT PAID WITHIN TIME PERIOD NOTED ON INVOICE YOU MAY BE SUBJECT TO A LATE PENALTY CHARGE AS ALLOWED UNDER THE TERMS OF SALE. CALIFORNIA SHIPMENTS: STATE ENVIRONMENTAL FEE UP TO $6 PER ITEM WILL BE ADDED TO INVOICES FOR ALL ORDERS CONTAINING DISPLAYS GREATER THAN 4 INCHES. RECEIVABLE HAS BEEN SOLD TO DELL MARKETING L.P. AND TRANSFERRED TO THE DELL MARKETING MASTER TRUST.

| | | USD |
|---|---|---|
| Sub-Total: | $ | 214.00 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 214.00 Non-Taxable: $ 0.00 | Tax: | 19.26 |
| Invoice Total: | $ | 233.26 |

..........................................................................
DETACH AT LINE AND RETURN WITH PAYMENT
Invoice No: 10601198480
Customer Name: YELLOW CORP
Customer No: 529997406047
PO No: PO-YRCF-06200
Order Number: 477991416

**DELL Technologies**

Make check payable / remit to :
Dell Marketing L.P.
C/O Dell USA L.P.
PO Box 676021
Dallas, TX 75267-6021

Electronics Payments
Dell Marketing L.P.
PNC Bank
ABA #:
Acct #:
Swift C

| | | USD |
|---|---|---|
| Sub-Total: | $ | 214.00 |
| Ship. &/or Handling: | $ | 0.00 |
| ENVIRO FEE: | $ | 0.00 |
| Taxable: $ 214.00 Non-Taxable: $ 0.00 | Tax: | 19.26 |
| Invoice Total: | $ | 233.26 |
| | | |
| | | |
| Balance Due: | $ | 233.26 |
| Amount Enclosed: | | |

0106011984800000000023326005299974060474