IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 7932** |

**NOTICE OF FILING UNSEALED VERSION OF OBJECTION
OF MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC
TO CONFIRMATION OF THE FOURTH AMENDED JOINT CHAPTER 11
PLAN OF YELLOW CORPORATION AND ITS DEBTOR AFFILIATES
PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on October 31, 2025, MFN Partners, LP ("MFN") and Mobile Street Holdings, LLC ("Mobile Street" and together with MFN, the "MFN Parties") filed the sealed version of the *Objection of MFN Partners, LP and Mobile Street Holdings, LLC to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 7932] (the "MFN Plan Objection").

**PLEASE TAKE FURTHER NOTICE** pursuant to rule 9018-1(d)(ii) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the MFN parties met and conferred with the above-captioned debtors and debtors in possession (the "Debtors") and the Official Committee of Unsecured Creditor (the "Committee"). The Debtors and Committee confirmed the MFN Plan Objection does not contain any confidential information.

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

IMPAC 10904615v.1

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is the unsealed version of the MFN Plan Objection.

Dated: November 5, 2025
Wilmington, Delaware

Respectfully Submitted,

*/s/ Maria Kotsiras*
L. Katherine Good (No. 5101)
Maria Kotsiras (No. 6840)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
        mkotsiras@potteranderson.com

– and –

Eric Winston (*pro hac vice* admitted)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com

*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC*