**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 7932 & 8102** |

**NOTICE OF FILING UNSEALED APPENDIX 1 TO THE UNSEALED OBJECTION OF MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC TO CONFIRMATION OF THE FOURTH AMENDED JOINT CHAPTER 11 PLAN OF YELLOW CORPORATION AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that on November 5, 2025, MFN Partners, LP ("MFN") and Mobile Street Holdings, LLC ("Mobile Street" and together with MFN, the "MFN Parties") filed the *Notice of Filing of Unsealed Version of Objection of MFN Partners, LP and Mobile Street Holdings, LLC to Confirmation of Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 8102] (the "Unsealed MFN Plan Objection").

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Appendix 1** is the unsealed version of Appendix 1 to the Unsealed MFN Plan Objection.

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

| | |
|---|---|
| Dated: November 5, 2025<br>Wilmington, Delaware | Respectfully Submitted,<br><br>*/s/ Maria Kotsiras*<br>L. Katherine Good (No. 5101)<br>Maria Kotsiras (No. 6840)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: kgood@potteranderson.com<br>    mkotsiras@potteranderson.com<br><br>– and –<br><br>Eric Winston (*pro hac vice* admitted)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Email: ericwinston@quinnemanuel.com<br><br>*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC* |

12551029v.1