# Exhibit A

**Tabulation Summary**

| Case Number | Debtor | No. Accepting | No. Rejecting | % No. Accepting | % No. Rejecting | Amount Accepting | Amount Rejecting | % Amount Accepting | % Amount Rejecting | Class Result |
|---|---|---|---|---|---|---|---|---|---|---|
| 23-11069 | Yellow Corporation | 116 | 14 | 89.23% | 10.77% | $1,733,912,712.50 | $105,425,132.90 | 94.27% | 5.73% | Accepting |
| 23-11070 | 1105481 Ontario Inc. | 18 | 2 | 90.00% | 10.00% | $1,523,184,302.00 | $112,262,583.00 | 93.14% | 6.86% | Accepting |
| 23-11071 | Express Lane Services, Inc. | 18 | 2 | 90.00% | 10.00% | $1,523,184,302.00 | $112,262,583.00 | 93.14% | 6.86% | Accepting |
| 23-11072 | New Penn Motor Express LLC | 44 | 3 | 93.62% | 6.38% | $1,525,227,447.06 | $112,267,733.90 | 93.14% | 6.86% | Accepting |
| 23-11073 | Roadway Express International, Inc. | 18 | 2 | 90.00% | 10.00% | $1,523,184,302.00 | $112,262,583.00 | 93.14% | 6.86% | Accepting |
| 23-11074 | Roadway LLC | 19 | 7 | 73.08% | 26.92% | $1,523,184,303.00 | $119,397,770.00 | 92.73% | 7.27% | Accepting |
| 23-11075 | Roadway Next Day Corporation | 18 | 2 | 90.00% | 10.00% | $1,523,184,302.00 | $112,262,583.00 | 93.14% | 6.86% | Accepting |
| 23-11076 | USF Bestway Inc. | 18 | 2 | 90.00% | 10.00% | $1,523,184,302.00 | $112,262,583.00 | 93.14% | 6.86% | Accepting |
| 23-11077 | USF Dugan Inc. | 18 | 2 | 90.00% | 10.00% | $1,523,184,302.00 | $112,262,583.00 | 93.14% | 6.86% | Accepting |
| 23-11078 | USF Holland International Sales Corporation | 18 | 2 | 90.00% | 10.00% | $1,523,184,302.00 | $112,262,583.00 | 93.14% | 6.86% | Accepting |
| 23-11079 | USF Holland LLC | 85 | 12 | 87.63% | 12.37% | $1,533,077,445.87 | $120,421,042.83 | 92.72% | 7.28% | Accepting |
| 23-11080 | USF RedStar LLC | 18 | 2 | 90.00% | 10.00% | $1,523,184,302.00 | $112,262,583.00 | 93.14% | 6.86% | Accepting |
| 23-11081 | USF Reddaway Inc. | 53 | 5 | 91.38% | 8.62% | $1,527,593,363.19 | $112,595,115.19 | 93.14% | 6.86% | Accepting |
| 23-11082 | Yellow Freight Corporation | 25 | 3 | 89.29% | 10.71% | $1,523,489,510.69 | $112,876,894.00 | 93.10% | 6.90% | Accepting |
| 23-11083 | Yellow Logistics, Inc. | 69 | 4 | 94.52% | 5.48% | $1,524,598,063.67 | $112,592,514.09 | 93.12% | 6.88% | Accepting |
| 23-11084 | YRC Association Solutions, Inc. | 18 | 2 | 90.00% | 10.00% | $1,523,184,302.00 | $112,262,583.00 | 93.14% | 6.86% | Accepting |
| 23-11085 | YRC Enterprise Services, Inc. | 42 | 5 | 89.36% | 10.64% | $1,490,096,323.28 | $120,786,385.83 | 92.50% | 7.50% | Accepting |
| 23-11086 | YRC Freight Canada Company | 46 | 3 | 93.88% | 6.12% | $1,524,135,391.82 | $112,325,139.32 | 93.14% | 6.86% | Accepting |
| 23-11087 | YRC Inc. | 276 | 32 | 89.61% | 10.39% | $1,570,128,793.84 | $121,598,590.95 | 92.81% | 7.19% | Accepting |
| 23-11088 | YRC International Investments, Inc. | 18 | 2 | 90.00% | 10.00% | $1,523,184,302.00 | $112,262,583.00 | 93.14% | 6.86% | Accepting |

| Case Number | Debtor | No. Accepting | No. Rejecting | % No. Accepting | % No. Rejecting | Amount Accepting | Amount Rejecting | % Amount Accepting | % Amount Rejecting | Class Result |
|---|---|---|---|---|---|---|---|---|---|---|
| 23-11089 | YRC Logistics Inc. | 21 | 2 | 91.30% | 8.70% | $1,528,181,907.20 | $112,262,583.00 | 93.16% | 6.84% | Accepting |
| 23-11090 | YRC Logistics Services, Inc. | 17 | 2 | 89.47% | 10.53% | $1,518,197,264.00 | $112,262,583.00 | 93.11% | 6.89% | Accepting |
| 23-11091 | YRC Mortgages, LLC | 18 | 2 | 90.00% | 10.00% | $1,523,184,302.00 | $112,262,583.00 | 93.14% | 6.86% | Accepting |
| 23-11092 | YRC Regional Transportation, Inc. | 18 | 2 | 90.00% | 10.00% | $1,523,184,302.00 | $112,262,583.00 | 93.14% | 6.86% | Accepting |