**Exhibit B**

**Report of Excluded Ballots**

| Claim Number | Schedule Number | Debtor | Claim Name | Voting Amount | Vote Accept / Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|
|  | 87168990 | YRC Inc. | ARGO PARTNERS | $101,495.00 | Accept | 577 | BALLOT WAS NOT SIGNED |
| 17868 |  | Yellow Freight Corporation | AUTO MECHS LOCAL 701 PENSION FUND | $5,568,840.00 | Accept | 604 | SUPERSEDED: Superseded by a later dated Ballot |
| 14436 |  | Yellow Corporation | COUPE, JAMES | $1.00 |  | 158 | NO VOTE: Ballot did not indicate a vote to accept or to reject the Plan |
| 14433 |  | Yellow Corporation | COUPE, JAMES | $1.00 |  | 190 | NO VOTE: Ballot did not indicate a vote to accept or to reject the Plan |
| 3128 | 79035620 | USF Holland LLC | DC EQUIPMENT LLC | $13,381.45 |  | 347 | NO VOTE: Ballot did not indicate a vote to accept or to reject the Plan |
| 17580 |  | YRC Freight Canada Company | GARDA CANADA SECURITY CORP | $23,525.60 | Accept | 10385 | SUPERSEDED: Superseded by a later dated Ballot |
| 18182 | 83011600 | Yellow Logistics, Inc. | HAULISTIC LLC | $151,095.49 | Accept | 10277 | SUPERSEDED: Superseded by a later dated Ballot |
|  |  | Yellow Corporation | IBT LOCAL 705 PENSION FUND | $17,830,282.00 | Reject | 643 | NOT ENTITLED TO VOTE: Holder does not have a claim against this Debtor |
| 3333 | 86010240 | YRC Freight Canada Company | JEFFERIES LEVERAGED CREDIT PRODUCTS LLC | $20,556.70 | Accept | 10101 | SUPERSEDED: Superseded by a later dated Ballot |
| 3333 | 86010240 | YRC Freight Canada Company | JEFFERIES LEVERAGED CREDIT PRODUCTS LLC | $20,556.70 | Accept | 10353 | SUPERSEDED: Superseded by a later dated Ballot |
| 10875 | 86012140 | YRC Freight Canada Company | JEFFERIES LEVERAGED CREDIT PRODUCTS LLC | $25,331.75 | Accept | 10107 | SUPERSEDED: Superseded by a later dated Ballot |
| 19721.01 |  | Yellow Corporation | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | $2,559,685.88 | Accept | 10115 | SUPERSEDED: Superseded by a later dated Ballot |
| 10062.01 | 87126460 | YRC Inc. | JEFFERIES LEVERAGED CREDIT PRODUCTS, LLC | $7,742.00 | Accept | 10098 | SUPERSEDED: Superseded by a later dated Ballot |
| 13043 | 87081040 | YRC Inc. | KLATT EQUIPMENT INC | $15,766.00 |  | 132 | NO VOTE: Ballot did not indicate a vote to accept or to reject the Plan |
| 20100 |  | Yellow Corporation | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10198 | SUPERSEDED: Superseded by a later dated Ballot |
| 20132 |  | 1105481 Ontario Inc. | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10213 | SUPERSEDED: Superseded by a later dated Ballot |
| 20133 |  | Express Lane Services, Inc. | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10194 | SUPERSEDED: Superseded by a later dated Ballot |
| 20134 |  | New Penn Motor Express LLC | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10195 | SUPERSEDED: Superseded by a later dated Ballot |
| 20135 |  | Roadway Express International, Inc. | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10196 | SUPERSEDED: Superseded by a later dated Ballot |
| 20136 |  | Roadway LLC | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10214 | SUPERSEDED: Superseded by a later dated Ballot |
| 20137 |  | Roadway Next Day Corporation | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10199 | SUPERSEDED: Superseded by a later dated Ballot |
| 20138 |  | USF Bestway Inc. | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10207 | SUPERSEDED: Superseded by a later dated Ballot |

| Claim Number | Schedule Number | Debtor | Claim Name | Voting Amount | Vote Accept / Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|
| 20139 | | USF Dugan Inc. | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10209 | SUPERSEDED: Superseded by a later dated Ballot |
| 20140 | | USF Holland International Sales Corporation | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10200 | SUPERSEDED: Superseded by a later dated Ballot |
| 20141 | | USF Holland LLC | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10189 | SUPERSEDED: Superseded by a later dated Ballot |
| 20141 | | USF Holland LLC | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10499 | SUPERSEDED: Superseded by a later dated Ballot |
| 20142 | | USF RedStar LLC | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10211 | SUPERSEDED: Superseded by a later dated Ballot |
| 20143 | | USF Reddaway Inc. | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10212 | SUPERSEDED: Superseded by a later dated Ballot |
| 20144 | | Yellow Freight Corporation | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10190 | SUPERSEDED: Superseded by a later dated Ballot |
| 20145 | | Yellow Logistics, Inc. | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10197 | SUPERSEDED: Superseded by a later dated Ballot |
| 20146 | | YRC Association Solutions, Inc. | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10193 | SUPERSEDED: Superseded by a later dated Ballot |
| 20147 | | YRC Enterprise Services, Inc. | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10191 | SUPERSEDED: Superseded by a later dated Ballot |
| 20148 | | YRC Freight Canada Company | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10187 | SUPERSEDED: Superseded by a later dated Ballot |
| 20149 | | YRC Inc. | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10183 | SUPERSEDED: Superseded by a later dated Ballot |
| 20150 | | YRC International Investments, Inc. | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10186 | SUPERSEDED: Superseded by a later dated Ballot |
| 20151 | | YRC Logistics Inc. | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10184 | SUPERSEDED: Superseded by a later dated Ballot |
| 20152 | | YRC Logistics Inc. | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10188 | SUPERSEDED: Superseded by a later dated Ballot |
| 20153 | | YRC Mortgages, LLC | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10192 | SUPERSEDED: Superseded by a later dated Ballot |
| 20154 | | YRC Regional Transportation, Inc. | MANAGEMENT-LABOR PENSION FUND LOCAL 1730 | $4,987,038.00 | Accept | 10185 | SUPERSEDED: Superseded by a later dated Ballot |
| | 69021550 | Yellow Corporation | MC REALTY GROUP, LLC | $78,726.64 | Accept | 63 | BALLOT WAS NOT SIGNED |
| 2229 | 79050970 | USF Holland LLC | MELAND, KEVIN A | $1.00 | | 618 | NO VOTE: Ballot did not indicate a vote to accept or to reject the Plan |
| 15559 | | YRC Inc. | MIAMI CORDAGE LLC | $9,970.40 | Accept | 330 | SUPERSEDED: Superseded by a later dated Ballot |
| 11347 | 87108780 | YRC Inc. | NW FLEET TRUCK/TRAILER REPAIR INC | $196,635.55 | Reject | 10110 | SUPERSEDED: Superseded by a later dated Ballot |
| 10110 | 87110410 | YRC Inc. | ORLANDO PRO TRUCK REPAIRS LLC | $303,560.88 | Reject | 10414 | SUPERSEDED: Superseded by a later dated Ballot |

| Claim Number | Schedule Number | Debtor | Claim Name | Voting Amount | Vote Accept / Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|
| 1516 | 87127400 | YRC Inc. | PLATT, JOHN | $10,286.18 | | 169 | NO VOTE: Ballot did not indicate a vote to accept or to reject |
| 17833 | 81036560 | USF Reddaway Inc. | SPAN ALASKA TRANSPORTATION, LLC | $23,179.39 | Accept | 10394 | SUPERSEDED: Superseded by a later dated Ballot |
| 20101 | | Yellow Corporation | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10251 | SUPERSEDED: Superseded by a later dated Ballot |
| 20102 | | 1105481 Ontario Inc. | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10248 | SUPERSEDED: Superseded by a later dated Ballot |
| 20103 | | Express Lane Services, Inc. | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10244 | SUPERSEDED: Superseded by a later dated Ballot |
| 20104 | | New Penn Motor Express LLC | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10246 | SUPERSEDED: Superseded by a later dated Ballot |
| 20105 | | Roadway Express International, Inc. | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10240 | SUPERSEDED: Superseded by a later dated Ballot |
| 20106 | | Roadway LLC | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10241 | SUPERSEDED: Superseded by a later dated Ballot |
| 20107 | | Roadway Next Day Corporation | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10245 | SUPERSEDED: Superseded by a later dated Ballot |
| 20108 | | USF Bestway Inc. | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10249 | SUPERSEDED: Superseded by a later dated Ballot |
| 20113 | | USF Dugan Inc. | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10250 | SUPERSEDED: Superseded by a later dated Ballot |
| 20114 | | USF Holland International Sales Corporation | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10242 | SUPERSEDED: Superseded by a later dated Ballot |
| 20115 | | USF Holland LLC | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10233 | SUPERSEDED: Superseded by a later dated Ballot |
| 20116 | | USF RedStar LLC | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10232 | SUPERSEDED: Superseded by a later dated Ballot |
| 20118 | | USF Reddaway Inc. | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10227 | SUPERSEDED: Superseded by a later dated Ballot |
| 20119 | | Yellow Freight Corporation | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10235 | SUPERSEDED: Superseded by a later dated Ballot |
| 20120 | | Yellow Logistics, Inc. | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10226 | SUPERSEDED: Superseded by a later dated Ballot |
| 20121 | | YRC Association Solutions, Inc. | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10234 | SUPERSEDED: Superseded by a later dated Ballot |
| 20122 | | YRC Enterprise Services, Inc. | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10239 | SUPERSEDED: Superseded by a later dated Ballot |
| 20123 | | YRC Freight Canada Company | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10231 | SUPERSEDED: Superseded by a later dated Ballot |
| 20099 | | YRC Inc. | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10247 | SUPERSEDED: Superseded by a later dated Ballot |
| 20124 | | YRC International Investments, Inc. | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10229 | SUPERSEDED: Superseded by a later dated Ballot |

| Claim Number | Schedule Number | Debtor | Claim Name | Voting Amount | Vote Accept / Reject | Ballot Number | Reason for Exclusion |
|---|---|---|---|---|---|---|---|
| 20125 | | YRC Logistics Inc. | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10228 | SUPERSEDED: Superseded by a later dated Ballot |
| 20126 | | YRC Logistics Services, Inc. | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10243 | SUPERSEDED: Superseded by a later dated Ballot |
| 20127 | | YRC Mortgages, LLC | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10236 | SUPERSEDED: Superseded by a later dated Ballot |
| 20127 | | YRC Mortgages, LLC | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10381 | SUPERSEDED: Superseded by a later dated Ballot |
| 20128 | | YRC Regional Transportation, Inc. | TENJ WELFARE (PENSION) FUND | $2,307,373.00 | Accept | 10230 | SUPERSEDED: Superseded by a later dated Ballot |