IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| Debtors. | ) (Jointly Administered) |

**DEBTORS' WITNESS & EXHIBIT LIST
FOR HEARING ON NOVEMBER 12, 2025 AT 10:00 A.M. (ET) WITH
RESPECT TO CONFIRMATION OF THE DEBTORS'
FOURTH AMENDED JOINT CHAPTER 11 PLAN**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this witness and exhibit list in connection with the hearing scheduled for **November 12, 2025, at 10:00 a.m. (ET)**, before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Hearing"), at which time the following matters are currently scheduled to be heard:

1. *Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* [Docket No. 6204]; and

2. *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtor and the Official Committee of Unsecured Creditors* [Docket No. 6746] and *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

*Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications)* [Docket No. 8144]

## WITNESSES

The Debtors will call Brian Whittman—live or via declaration—to testify concerning the topics in his declaration [Docket No. 8148]. The Debtors will call Stephenie Kjontvedt—live or via declaration—to testify concerning the topics in her declaration [Docket No. 8122].

The Debtors reserve the right to call any witness necessary to lay foundation or for rebuttal.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing in connection with Confirmation:

| Debtors' Exhibit No. | Exhibit Description | ECF No. |
|---|---|---|
| 1 | *Declaration of Stephenie Kjontvedt of Epiq Corporate Restructuring, LLC Regarding the Solicitation and Tabulation of Ballots Cast on the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* | 8122 |
| 2 | *Declaration of Brian Whittman, In Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and it Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* | 8148 |
| 3 | *Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* | 6747 |
| 4 | Transcript of September 4, 2025 Hearing | 7576 |

| Debtors' Exhibit No. | Exhibit Description | ECF No. |
|---|---|---|
| 5 | *Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Form of Ballot and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto* | 7608 |
| 6 | *Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtors Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Solicitation Version] | 7619 |
| 7 | *Notice of Hearing to Consider Confirmation of the Fourth Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines* | 7620 |
| 8 | Certificates of Publication Notice | 7706-7707 |
| 9 | *Plan Supplement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* | 7787 |
| 10 | *First Amended Plan Supplement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* | 7798 |
| 11 | *Plan Supplement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* | 7860 |
| 12 | *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications)* | 8144 |
| 13 | *Third Amended Plan Supplement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* | 8146 |

| Debtors' Exhibit No. | Exhibit Description | ECF No. |
|---|---|---|
| 14 | *Debtors' Memorandum of Law in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications* | 8149 |
| 15 | YELLOW_DEBTORS_CONFIRMATION_00010592–00010597 | |

The Debtors reserve the right to use any exhibit listed by any other party. The Debtors also reserve the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

Dated: November 10, 2025
Wilmington, Delaware

/s/ *Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436)<br>Timothy P. Cairns (DE Bar No. 4228)<br>Peter J. Keane (DE Bar No. 5503)<br>Edward Corma (DE Bar No. 6718)<br>**PACHULSKI STANG ZIEHL & JONES LLP**<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, Delaware 19801<br>Telephone:   (302) 652-4100<br>Facsimile:    (302) 652-4400<br>Email:          ljones@pszjlaw.com<br>                    tcairns@pszjlaw.com<br>                    pkeane@pszjlaw.com<br>                    ecorma@pszjlaw.com | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)<br>David Seligman, P.C. (admitted *pro hac vice*)<br>Robert A. Jacobson (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>333 W Wolf Point Plaza<br>Chicago, Illinois 60654<br>Telephone:   (312) 862-2000<br>Facsimile:    (312) 862-2200<br>Email:          patrick.nash@kirkland.com<br>                    david.seligman@kirkland.com<br>                    rob.jacobson@kirkland.com<br><br>-and-<br><br>Allyson B. Smith (admitted *pro hac vice*)<br>Aaron Metviner (admitted *pro hac vice*)<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:   (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:          allyson.smith@kirkland.com<br>                    aaron.metviner@kirkland.com<br><br>*Co-Counsel for the Debtors and Debtors in Possession* |