**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

**MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC'S**
**WITNESS AND EXHIBIT LIST FOR HEARING ON NOVEMBER 12, 2025**

MFN Partners, LP ("MFN") and Mobile Street Holdings, LLC ("Mobile Street" and collectively, the "MFN Parties") by and through their undersigned counsel, hereby submits this witness and exhibit list (the "Witness and Exhibit List") for the hearing scheduled for **November 12, 2025 at 10:00 a.m. (E.T.)** (the "Hearing") before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801, in connection with the *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. 6746] and the *Objection of MFN Partners, LP and Mobile Street Holdings, LLC to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 8102], and any other matters scheduled to go forward at the Hearing. [2]

---

[1]  A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is:  10990 Roe Avenue, Overland Park, Kansas 66211.

[2]  Contemporaneous herewith, the MFN Parties have filed a witness and exhibit list in connection with the *Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code* [Docket No. 6204].  The MFN Parties hereby

**WITNESSES**

The MFN Parties reserve the right to cross-examine any witness called by any other party.

**EXHIBITS**

The MFN Parties may, if necessary, seek to introduce some or all of the following exhibits

at the Hearing.

| No. | Description | Docket, Bates, or Deposition Exhibit No. (if available) |
|---|---|---|
| 1. | Statement of Financial Affairs of Debtor Yellow Corporation | 446 |
| 2. | Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, et al., to the Debtors' Omnibus Objection to Personal Injury Claimant Motions for Relief from the Automatic Stay Under Section 362 of the Bankruptcy Code | 886 |
| 3. | Debtors' Second Omnibus (Substantive) Objection to Proofs of Claim for Withdrawal Liability | 1962 |
| 4. | The Pension Benefit Guaranty Corporation's Motion for Denial or Dismissal of Debtors' Challenge to PBGC's Regulation Contained in Debtors' Objections to the Proofs of Claim Filed by Certain Multiemployer Pension Plans | 2276 |
| 5. | The Pension Benefit Guaranty Corporation's Reply in Support of its Motion for Denial or Dismissal of Debtors' Challenge to PBGC's Regulation Contained in Debtors' Objections to the Proofs of Claim Filed by Certain Multiemployer Pension Plans | 2500 |
| 6. | Statement of the Official Committee of Unsecured Creditors of Yellow Corporation, et al., to Debtors' Third, Fourth, and Fifth Omnibus (Substantive) Objections to Proofs of Claims for WARN Liability | 2755 |
| 7. | Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, et al., to Debtors' Seventh Omnibus (Substantive) Objection to Proofs of Claims for Withdrawal Liability | 3057 |
| 8. | The Official Committee of Unsecured Creditors' Objection to the Motion of Debtors for Entry of an Order (I) Extending the Debtors' Exclusive Periods to File a Chapter 11 Plan and Solicit Acceptances Thereof Pursuant to Section 1121 of the Bankruptcy Code and (II) Granting Related Relief | 3511 |

---

incorporate that witness and exhibit list herein by reference. The MFN Parties reserve all rights to call any witnesses and seek admission of any evidence listed on either witness and exhibit list in connection with any matters to be heard.

| 9. | Transcript for June 3, 2023 hearing | 3675 |
|---|---|---|
| 10. | Pension Benefit Guaranty Corporation's Motion for Partial Summary Judgment & Opposition to Summary Judgement For Debtors | 3882 |
| 11. | Statement of the Official Committee of Unsecured Creditors of Yellow Corporation, et al., Regarding Motions for Summary Judgment Regarding Withdrawal Liability | 3998 |
| 12. | Memorandum Opinion on summary judgment motions re: withdrawal liability | 4326 |
| 13. | Pension Benefit Guaranty Corporation's Opposition to MFN Partners, LP's and Mobile Street Holding, LLC's Motion Requesting Reconsideration | 4539 |
| 14. | Qualified Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, et al., to the Debtors' Motion to Reconsider in Part the September 13, 2024, Memorandum Opinion Finding Withdrawal Liability Default in Advance of a Withdrawal Liability Payment Obligation | 4543 |
| 15. | Memorandum Opinion dated November 12, 2024 | 4846 |
| 16. | Response Statement of the Official Committee of Unsecured Creditors Regarding Motion of Debtors for Entry of an Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures, (III) the Forms of Ballots and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto | 4950 |
| 17. | Second Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Solicitation Version] | 5027 |
| 18. | Second Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | 5028 |
| 19. | Order Relating to SFA MEPP Litigation Motions for Summary Judgment and Motions to Reconsider | 5057 |
| 20. | Joinder of the Official Committee of Unsecured Creditors to Debtors' Twenty-Fourth Omnibus (Substantive) Objection to the Proofs of Claim of the United States of America Filed on Behalf of the United States Environmental Protection Agency, the United States Department of the Interior, and the United States Department of Commerce, National Oceanic and Atmospheric Administration [Claim Nos. 19438 and 19439] | 5326 |
| 21. | Order Granting Direct Certification of Debtors', MFN Partners, LP's, and Mobile Street Holdings, LLC's Appeal to the United States Court of Appeals for the Third Circuit Pursuant to 28 U.S.C. § 158(d)(2) | 5358 |

| 22. | Joinder of the Official Committee of Unsecured Creditor to Debtors' Twenty-Second Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 | 5451 |
|---|---|---|
| 23. | Motion of the Official Committee of Unsecured Creditors for Entry of an Order Terminating the Debtors' Exclusive Period to Solicit Acceptances of a Plan or, in the Alternative, Converting the Chapter 11 Cases to Cases under chapter 7 of the Bankruptcy Code | 5564 |
| 24. | Transcript for January 28, 2025 hearing | 5588 |
| 25. | Plan Supplement for the Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliate | 5598 |
| 26. | Memorandum Opinion regarding cross motions for summary judgment on withdrawal liability dated February 5, 2025 | 5619 |
| 27. | Letter Regarding Sub Judice Matters Jointly Filed by the Debtors and Committee | 5982 |
| 28. | Third Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors | 5995 |
| 29. | Third Amended Disclosure Statement for the Third Amended Joint Chapter 11 Plan of yellow Corporation and its Debtors Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecure Creditors | 5996 |
| 30. | Plan Supplement for the Third Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | 5997 |
| 31. | Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code | 6204 |
| 32. | Memorandum Opinion Setting Forth Preliminary Observation on Remaining Multiemployer Pension Plan Claims Allowance Disputes | 6030 |
| 33. | The MFN Parties' Reply in Further Support of the Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Converting the Debtors' Chapter 11 Cases to Cases Under Chapter 7 of the Bankruptcy Code | 6507 |
| 34. | Transcript for June 17, 2025 hearing | 6547 |
| 35. | Transcript for July 8, 2025 hearing | 6654 |
| 36. | Order Relating to Multiemployer Pension Plan Motions for Summary Judgment | 6682 |
| 37. | Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the | 6746 |

| | | |
|---|---|---|
| | Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors | |
| 38. | Notice of Filing of Redline Versions of (I) Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors; and (II) Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors | 7136 |
| 39. | Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and tis Debtors Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors | 7619 |
| 40. | First Amended Plan Supplement for the Fourth amended Joint Chapter 11 Plan of Yellow corporation and its Debtors affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors | 7798 |
| 41. | MFN Partners, LP's and Mobile Street Holdings, LLC's Objection to Proofs of Claim Filed by New York State Teamsters Conference Pension and Retirement Fund | 7603 |
| 42. | New York State Teamsters Conference Pension and Retirement Fund's Response to MFN Partners, LP's and Mobile Street Holdings, LLC's Objection to Proofs of Claim Filed by New York State Teamsters Conference Pension and Retirement Fund and Debtors' Joinder Thereto | 7731 |
| 43. | Reply of the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, to the Objection of MFN Partners, LP and Mobile Street Holdings, LLC to (A) Approval of Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtors Affiliates Pursuant to Chapter 11 of the Bankruptcy Code and (B) Solicitation Procedures Motion | 7533 |
| 44. | Transcript for September 4, 2025 hearing | 7576 |
| 45. | Certificate of Mailing of Solicitation Documents by Stephenie Kjontvedt | 7775 |
| 46. | Plaintiffs' Fourth Notice of Settlement of Avoidance Actions Pursuant to Settlement Procedures Order | 7924 |
| 47. | Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications) | 8144 |
| 48. | Notice of Filing of Redline Version of Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates | 8145 |

| | Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications) | |
|---|---|---|
| 49. | Third Amended Plan Supplement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors | 8146 |
| 50. | Declaration of Brian Whittman in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors | 8148 |
| 51. | Complaint to Avoid and Recover Transfers Pursuant to 11 U.S.C. §§ 547, 548, and 550 and to Disallow Claims Pursuant to 11 U.S.C. § 502 | Adv. No. 25-51542, No. 25-51726, 25-51792, 25-51505, 25-51278, 25-51332, 25-51571, 25-51487, 25-51418, 25-51425, 25-51846, 25-51343, 25-51348, 25-51433, 25-51828, 25-51228, 51212, 25-51442, 25-51620, 25-51807, 25-51828, 25-51457, 25-51211, 25-51605, 25-51742, 25-51756, 25-51850, 25-51235, 25-51350, 25-51693, 25-51648, 25-51754, 25-51778, 25-51794, 25-51816, 25-51292, 25-51335, 25-51359, 25-51535, 25-51646, 25-51567, 25-51408, 25-51431, 25-51338, 25-51583, 25-51511, 25-51261, 25-51707, 25-51258, 25-51548, 25-51779 |
| 52. | Notice of Dismissal of Adversary Proceeding | Adv. No. 25-51542, No. 25-51726, 25-51792, 25-51505, 25-51278, 25-51332, 25-51571, 25-51487, 25-51418, 25-51425, 25-51846, 25-51343, |

| | | |
|---|---|---|
| | | 25-51348, 25-51433, 25-51828, 25-51228, 51212, 25-51442, 25-51620, 25-51807, 25-51828, 25-51457, 25-51211, 25-51605, 25-51742, 25-51756, 25-51850, 25-51235, 25-51350, 25-51693, 25-51648, 25-51754, 25-51778, 25-51794, 25-51816, 25-51292, 25-51335, 25-51359, 25-51535, 25-51646, 25-51567, 25-51408, 25-51431, 25-51338, 25-51583, 25-51511, 25-51261, 25-51707, 25-51258, 25-51548, 25-51779 |
| 53. | Order and Judgment Entered by the United States Court of Appeal for the Tenth Circuit dated November 5, 2025 | Case No. 24-3111, D.I. 47 |
| 54. | Deposition of Brian Whittman (Designations and Counter Designations) | |
| 55. | Central State Pension Fund Board of Trustees (https://mycentralstatespension.org/about-us) | |
| 56. | New York State Teamsters Conference Pension & Retirement Fund Trustees (https://www.nystpensionfund.org/) | |
| 57. | Committee Minutes September 2023 through October 2025 | Bates-stamp UCC Yellow 0000015, 0000031, 0000017, 0000033, 0000007, 0000011, 0000013, 0000029, 0000003, 0000027, 0000019, 0000025, 0000023, 0000021, 0000009, 0000001, 0000005, 0000635, 0000632, 0000624, 0000626, 0000630, 0000634, 0000622, 0000628, 0000306, 0000308 |
| 58. | Yellow Corporation Board Presentation dated October 1, 2025 | Bates-stamp Yellow Debtors |

| | | |
|---|---|---|
| | | Confirmation 000191 |
| 59. | Yellow Corporation Board Presentation dated October 22, 2025 | Bates-stamp Yellow Debtors Confirmation 0008230 |
| 60. | Email from K. Zuzolo dated September 3, 2025 to Debtors and Committee Counsel re: Avery-Weigh-Tronix Settlement | Bates-stamp Yellow Debtors Confirmation 0004701 |
| 61. | Email from Committee's financial advisor dated June 10, 2025 to Committee counsel, Debtors' counsel, and Central States, and re: waterfall analysis | Bates-stamp Yellow Debtors Confirmation 0004069 & 0004070 |
| 62. | Email from B. Berliner dated September 12, 2025 to Debtors counsel and Committee counsel re: Central States settlement | Bates-stamp Yellow Debtors Confirmation 000715 |
| 63. | Email from E. Dexter dated October 16, 2025 to Debtors' counsel re: Milbank settlement | Bates-stamp Yellow Debtors Confirmation 0009347 |
| 64. | Email from E. Woods dated October 21, 2025 to Debtors' counsel and Committee counsel re: IBT and TNFINC claims | Bates-stamp Yellow Debtors Confirmation 0009342 |
| 65. | Emails dated October 8, 2025 from the Committee's financial advisor to the Debtors' financial advisor, Debtors counsel and Committee counsel re: waterfall analysis reflecting ORIC deficiency claim | Bates-stamp Yellow Debtors Confirmation 0008558, 8560 & 8561 |
| 66. | Emails between Committee counsel and creditor requesting to be considered for trust board | Bates-stamp Yellow UCC Confirmation 000323 |
| 67. | Email dated July 10, 2025 from Debtors' counsel to Committee counsel re: qualitative liquidation analysis | Bates-stamp Yellow Debtors Confirmation 0003571 |
| 68. | First Request for Production of Documents from MFN Partners, LP and Mobile Street Holdings, LLC to the Official Committee of Unsecured Creditors Regarding Confirmation of the Fourth Amended Joint Chapter 11 Plan | |
| 69. | First Request for Production of Documents from MFN Partners, LP and Mobile Street Holdings, LLC to the Debtors Regarding Confirmation of the Fourth Amended Joint Chapter 11 Plan | |

| 70. | Email from K. Zuzolo dated April 23, 2025, to Debtors' counsel re: MEPP recovery analysis | Bates-stamp Yellow Debtors Conversion 0000221, 0000222 |
|---|---|---|
| 71. | *Any document or pleading filed in the above captioned cases* | |
| 72. | *Any exhibit necessary for impeachment or rebuttal purposes* | |
| 73. | *Any exhibit identified or offered by any other party* | |

## RESERVATION OF RIGHTS

The MFN Parties reserve all rights, including but not limited to the right to amend, revise, supplement, or withdraw this Witness and Exhibit List at any time, to designate additional witnesses and exhibits, to call or cross examine any person identified as a witness by any other party in interest or introduce any document identified as an exhibit by any other party in interest, and to offer additional witnesses and exhibits at the Hearing for purposes of impeachment or rebuttal, in response to witnesses and evidence offered by any other party, and for any other permissible purpose under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. The MFN Parties reserve all rights to utilize any demonstrative exhibits at the Hearing. The MFN Parties also reserves the right to amend this Witness and Exhibit List at any time prior to the Hearing, including, without limitation, in the event of the filing of any objections, responses, replies, supplemental declarations, or other filings in connection with the Hearing.

Dated: November 10, 2025
      Wilmington, Delaware

Respectfully Submitted,

*/s/ Maria Kotsiras*          
L. Katherine Good (No. 5101)
Maria Kotsiras (No. 6840)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email: kgood@potteranderson.com
       mkotsiras@potteranderson.com

– and –

Eric Winston (admitted pro hac vice)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
Email:  ericwinston@quinnemanuel.com

*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC*