# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket Nos. 6746, 8144, 8152** |

## NOTICE OF FILING OF REVISED PROPOSED CONFIRMATION ORDER

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. On September 15, 2025, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered the *Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures (III) the Form of Ballot and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto* [Docket No. 7608] (the "Disclosure Statement Order") to solicit votes on the *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. 6746] (as may be altered, amended, modified, or supplemented from time to time, the "Plan");[2] (b) approving the *Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. 7605] (as may be amended, supplemented, or modified from time to time, the "Disclosure Statement").

2. The hearing at which the Bankruptcy Court will consider confirmation of the Plan (the "Confirmation Hearing") will commence on **November 12, 2025, at 10:00 a.m. (Eastern Time)**, before the Honorable Craig T. Goldblatt, in the United States Bankruptcy Court for the District of Delaware, located at 824 North Market St., Third Floor, Courtroom No. 7, Wilmington, Delaware 19801.

3. On November 10, 2025, the Debtors filed the *Notice of Filing of Proposed Confirmation Order* [Docket No. 8152] (the "Notice") and attached the proposed *Findings of Fact, Conclusions of Law and Order Confirming the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Plan, Disclosure Statement, or Disclosure Statement Order, as applicable.

*Proposed by the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications)* (the "Proposed Confirmation Order").

4. The Debtors have received comments to the Proposed Confirmation Order from certain parties, including Freight Line Properties, LLC, Local 705 International Brotherhood of Teamsters Pension Fund, the Office of the United States Trustee, and the United States, on behalf of the Environmental Protection Agency.

5. Attached hereto as **Exhibit A** is a revised Proposed Confirmation Order (the "Revised Confirmation Order") that incorporates agreed changes based on comments from the above parties. Attached hereto as **Exhibit B** is a redline of the Revised Confirmation Order against the Proposed Confirmation Order filed with the Notice.

6. The Debtors reserve the right to alter, amend, or modify the Revised Confirmation Order. The Debtors intend to present the Revised Confirmation Order to the Bankruptcy Court at the Confirmation Hearing.

[*Remainder of page intentionally left blank*]

Dated:  November 11, 2025
Wilmington, Delaware

| | |
|---|---|
| /s/ Peter J. Keane | |
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Robert A. Jacobson (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 333 West Wolf Point Plaza |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone: (312) 862-2000 |
| Telephone: (302) 652-4100 | Facsimile: (312) 862-2200 |
| Facsimile: (302) 652-4400 | Email: patrick.nash@kirkland.com |
| Email: ljones@pszjlaw.com | david.seligman@kirkland.com |
| tcairns@pszjlaw.com | rob.jacobson@kirkland.com |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | -and- |
| | Allyson B. Smith (admitted *pro hac vice*) |
| | Aaron Metviner (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: allyson.smith@kirkland.com |
| | aaron.metviner@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*