# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| YELLOW CORPORATION, *et al.*,[1] ) | Case No. 23-11069 (CTG) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON NOVEMBER 17, 2025 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted entirely via Zoom. All counsel and witnesses are expected to attend via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## BENCH RULING ON PLAN CONFIRMATION:

1. Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 7/29/25] (Docket No. 6746)

    Response Deadline:  October 29, 2025, at 4:00 p.m. (ET) *(extended until November 4, 2025, at 4:00 p.m. for New Jersey Self-Insurers Guaranty Association and extended to November 10, 2025 for the Chubb Companies)*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Responses Received:

A. Informal Response of New Jersey Self-Insurers Guaranty Association to Confirmation of Plan [Filed: 10/20/25] (Docket No. TBD)

B. Informal Response of Astra Supply Chain (Astra Inc) to Confirmation of Plan [Filed: 10/20/25] (Docket No. TBD)

C. Notice of Filing MFN Partners, LP and Mobile Street Holdings, LLC's Updated Proposed Solicitation Letter to Reject the Fourth Amended Plan [Filed: 9/4/25] ([Docket No. 7563](#))

D. Letter Response of Concerned YELLQ Equity Security Holder Regarding Confirmation of Plan [Filed: 10/6/25] ([Docket No. 7736](#))

E. Objection of Gregg A. Sigmund, Shareholder and Retired Employee, to Confirmation of Plan [Filed: 10/21/25] ([Docket No. 7830](#))

F. Objection to Confirmation of Debtors' Plan of Reorganization [Filed by Terreno Clawiter LLC and Terreno Dell LLC] [Filed: 10/27/25] ([Docket No. 7886](#))

G. Local 705's Objection to Confirmation of Joint Fourth Amended Joint Chapter 11 Plan [Filed: 10/29/25] ([Docket No. 7912](#))

H. Limited Objection and Reservation of Rights of Certain Landlords to Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtors Affiliates [Filed: 10/29/25] ([Docket No. 7913](#))

I. Limited Objection of Jack Peak to the Debtors' Fourth Amended Joint Chapter 11 Plan [Filed: 10/29/25] ([Docket No. 7914](#))

J. Limited Objection and Reservation of Rights of Certain Landlords to Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates [Filed: 10/29/25] ([Docket No. 7920](#))

K. The United States Trustee's Objection to the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 10/30/25] ([Docket No. 7925](#))

L. [Filed Under Seal] Objection of MFN Partners, LP and Mobile Street Holdings, LLC to Confirmation of Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 10/31/25] (Docket No. 7932)

    i. Notice of Filing Unsealed Version of Objection of MFN Partners, LP and Mobile Street Holdings, LLC to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates

|   |   |
|---|---|
|   | Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/5/25] ([Docket No. 8102](#)) |
| ii. | Notice of Filing Unsealed Appendix 1 to the Unsealed Objection of MFN Partners, LP and Mobile Street Holdings, LLC to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/5/25] ([Docket No. 8121](#)) |
| M. | Creditor Old Republic Insurance Company's Statement and Reservation of Rights to Confirmation of Debtors' Chapter 11 Plan [Filed: 11/3/25] ([Docket No. 7988](#)) |
| N. | Limited Objection of Dell Marketing L.P. to Notice to Contract Parties to Potentially Assumed Executory Contracts [Filed: 11/5/25] ([Docket No. 8047](#)) |
| O. | United States' Limited Objection and Reservation of Rights to the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors [Filed: 11/5/25] ([Docket No. 8084](#)) |
| P. | Objection of the Chubb Companies to Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications) [Filed: 11/20/25] ([Docket No. 8158](#)) |

Reply Deadline:  November 9, 2025, at 4:00 p.m. (ET)

Replies Received:

| A. | Reply of the Official Committee of Unsecured Creditors to the Objection of MFN Partners, LP and Mobile Street Holdings, LLC to Confirmation of the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/9/25] ([Docket No. 8151](#)) |
|---|---|

Related Documents:

| A. | Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 9/2/25] ([Docket No. 4253](#)) |
|---|---|
| B. | Disclosure Statement for the Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 9/2/25] ([Docket No. 4254](#)) |
| C. | Second Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/20/24] ([Docket No. 4975](#)) |

D. Notice of Filing of Blacklines of (I) Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code; and (II) Second Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/20/24] ([Docket No. 4976](#))

E. Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/20/25] ([Docket No. 4974](#))

F. Notice of Filing of Revised Clean and Blackline Versions of (I) Second Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code; and (II) Second Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant [Filed: 3/11/25] ([Docket No. 5019](#))

G. [Solicitation Version] Second Amended Disclosure Statement for the Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/22/25] ([Docket No. 5027](#))

H. [Solicitation Version] Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 11/22/24] ([Docket No. 5028](#))

I. Notice of Hearing to Consider Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines [Filed: 11/22/24] ([Docket No. 5029](#))

J. Certificate of Publication of Confirmation Hearing Notice in The New York Times [Filed: 1/2/25] ([Docket No. 5316](#))

K. Certificate of Publication of Confirmation Hearing Notice in The Globe and Mail Inc. [Filed: 1/2/25] ([Docket No. 5317](#))

L. Notice of Adjournment of Hearing to Consider Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines [Filed: 1/10/25] ([Docket No. 5379](#))

M. Second Notice of Adjournment of Hearing to Consider Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines [Filed: 2/7/25] ([Docket No. 5644](#))

N. Notice of Filing of Recommendation Letter of Official Committee of Unsecured Creditors with Respect to the Second Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code [Filed: 1/28/25] ([Docket No. 5565](#))

O.     Third Notice of Adjournment of Hearing to Consider Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines [Filed: 2/28/25] (Docket No. 5822)

P.     Fourth Notice of Adjournment of Hearing to Consider Confirmation of the Debtors' Second Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines [Filed: 3/6/25] (Docket No. 5845)

Q.     Third Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 3/28/25] (Docket No. 5995)

R.     Third Amended Disclosure Statement for the Third Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 3/28/25] (Docket No. 5996)

S.     Notice of Filing of First Amended Plan Supplement [Filed: 3/28/25] (Docket No. 5997)

T.     Notice of Filing of Redline Versions of (I) Third Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors; and (II) Third Amended Disclosure Statement for the Third Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 3/28/25] (Docket No. 5998)

U.     Notice of Filing of Supplemental Order (I) Approving the Adequacy of the Third Amended Disclosure Statement, (II) Approving Supplemental Solicitation and Voting Procedures, (III) Approving Revised Forms of Ballots and Notices in Connection Therewith, (IV) Approving Certain Dates With Respect Thereto and (V) Granting Related Relief [Filed: 4/4/25] (Docket No. 6025)

V.     Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 7/29/25] (Docket No. 6747)

W.     Notice of Filing of Redline Versions of (I) Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors; and (II) Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 7/31/25] (Docket No. 7136)

X.  Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 9/2/25] ([Docket No. 7547](#))

Y.  Notice of Filing of Redline Version of Revised Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 9/2/25] ([Docket No. 7548](#))

Z.  Notice of Filing of Liquidating Trust Agreement in Connection with Plan Supplement [Filed: 9/2/25] ([Docket No. 7550](#))

AA. Notice of Filing of Revised Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures (III) the Form of Ballot and Notices in Connection Therewith, and (IV) Certain Dates With Respect Thereto [Filed: 9/2/25] ([Docket No. 7551](#))

BB. Letter Ruling regarding Disclosure Statement Insert [Filed: 9/12/25] ([Docket No. 7600](#))

CC. Notice of Filing of Clean and Redline Versions of Further Revised Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 9/15/25] ([Docket No. 7605](#))

DD. Order Approving (I) the Adequacy of the Disclosure Statement, (II) the Solicitation and Voting Procedures (III) the Form of Ballot and Notices in Connection Therewith, and (IV) Certain Dates with Respect Thereto [Filed: 9/15/25] ([Docket No. 7608](#))

EE. [Solicitation Version] Fourth Amended Disclosure Statement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 9/16/25] ([Docket No. 7619](#))

FF. Notice of Hearing to Consider Confirmation of the Fourth Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines [Filed: 9/16/25] ([Docket No. 7620](#))

GG. Notice of Hearing to Consider Confirmation of the Fourth Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines [Filed: 9/22/25] ([Docket No. 7667](#))

| | |
|---|---|
| HH. | Certificate of Publication Regarding Notice of Hearing to Consider Confirmation of the Fourth Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines (The New York Times) [Filed: 9/26/25] (Docket No. 7706) |
| II. | Certificate of Publication Regarding Notice of Hearing to Consider Confirmation of the Fourth Amended Joint Chapter 11 Plan and Related Voting and Objection Deadlines (The Globe and Mail) [Filed: 9/26/25] (Docket No. 7707) |
| JJ. | Plan Supplement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 10/15/25] (Docket No. 7787) |
| KK. | Notice of Filing Plan Supplement [Filed: 10/15/25] (Docket No. 7788) |
| LL. | First Amended Plan Supplement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 10/16/25] (Docket No. 7798) |
| MM. | Notice of Filing First Amended Plan Supplement [Filed: 10/16/25] (Docket No. 7799) |
| NN. | Plan Supplement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 10/22/25] (Docket No. 7860) |
| OO. | Notice of Filing of Second Amended Plan Supplement [Filed: 10/22/25] (Docket No. 7861) |
| PP. | [Signed] Order Approving Stipulation Regarding Temporary Allowance of Claims of the Pension Funds for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) [Filed: 10/21/25] (Docket No. 7818) |
| QQ. | [Signed] Order Approving Stipulation Regarding Temporary Allowance of Claims of Central States Pension Fund for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) [Filed: 10/21/25] (Docket No. 7819) |
| RR. | [Signed] Order Approving Stipulation Regarding Temporary Allowance of Claims of Central States Pension Fund for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) [Filed: 10/21/25] (Docket No. 7821) |
| SS. | [Signed] Order Approving Stipulation Regarding Temporary Allowance of Claims of Local 705 Pension Fund for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) [Filed: 10/21/25] (Docket No. 7823) |

TT. [Signed] Order Approving Stipulation Regarding Temporary Allowance of Claims of Road Carriers Local 707 Pension Fund for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) [Filed: 10/21/25] (Docket No. 7827)

UU. [Signed] Order Approving Stipulation Regarding Temporary Allowance of Claims of the Pension Funds for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) [Filed: 10/21/25] (Docket No. 7855)

VV. Notice of Extension of Deadline for Voting on the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 10/29/25] (Docket No. 7915)

WW. Declaration of Stephenie Kjontvedt of Epiq Corporate Restructuring, LLC Regarding the Solicitation and Tabulation of Ballots Cast on the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and The Official Committee of Unsecured Creditors [Filed: 11/5/25] (Docket No. 8122)

XX. Debtors' Memorandum of Law in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications) [Filed: 11/9/25] (Docket No. 8149)

   i. Motion of Debtors for Entry of an Order Authorizing the Debtors to Exceed the Page Limit Requirement With Respect to the Debtors' Confirmation Brief [Filed: 11/9/25] (Docket No. 8150)

YY. Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications) [Filed: 11/9/25] (Docket No. 8144)

ZZ. Notice of Filing of Redline Version of Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications) [Filed: 11/9/25] (Docket No. 8145)

AAA. Third Amended Plan Supplement for the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors [Filed: 11/9/25] (Docket No. 8146)

BBB. Notice of Filing of Third Amended Plan Supplement [Filed: 11/9/25] (Docket No. 8147)

CCC. Declaration of Brian Whittman in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors [Filed: 11/9/25] ([Docket No. 8148](#))

DDD. Notice of Filing of Proposed Confirmation Order [Filed: 11/10/25] ([Docket No. 8152](#))

EEE. Debtors' Witness & Exhibit List for Hearing on November 12, 2025 at 10:00 a.m. (ET) With Respect to Confirmation of the Debtors' Fourth Amended Joint Chapter 11 Plan [Filed: 11/10/25] ([Docket No. 8154](#))

FFF. MFN Partners, LP and Mobile Street Holdings, LLC's Witness and Exhibit List for Hearing on November 12, 2025 [Filed: 11/10/25] ([Docket No. 8157](#))

GGG. [Filed Under Seal] Motion of MFN Partners, LP and Mobile Street Holdings, LLC in Limine to Exclude Testimony and Documents Concerning 11 U.S.C. § 1129(a)(7) [Filed: 11/10/25] (Docket No. 8163)

HHH. Notice of Filing of Revised Proposed Confirmation Order [Filed: 11/11/25] ([Docket No. 8184](#))

Status: This matter will proceed via Zoom videoconference. The Court will issue a bench ruling regarding plan confirmation.

*[Remainder of Page Intentionally Left Blank]*

Dated: November 13, 2025
Wilmington, Delaware

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
 tcairns@pszjlaw.com
 pkeane@pszjlaw.com
 ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
David Seligman, P.C. (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 W Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: patrick.nash@kirkland.com
 david.seligman@kirkland.com

-and-

Allyson B. Smith (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: allyson.smith@kirkland.com

*Co-Counsel for the*
*Debtors and Debtors in Possession*