# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re: Docket No. 8163** |

**NOTICE OF FILING UNSEALED
VERSION OF MOTION OF MFN PARTNERS, LP AND
MOBILE STREET HOLDINGS, LLC IN LIMINE TO EXCLUDE
TESTIMONY AND DOCUMENTS CONCERNING 11 U.S.C. § 1129(a)(7)**

**PLEASE TAKE NOTICE** that on November 10, 2025, MFN Partners, LP ("MFN") and Mobile Street Holdings, LLC ("Mobile Street" and together with MFN, the "MFN/Mobile Street") filed the sealed version of the *Motion of MFN Partners, LP and Mobile Street Holdings, LLC in Limine to Exclude Testimony and Documents Concerning 11 U.S.C. § 1129(a)(7)* [Docket No. 8163] (the "Motion in Limine").

**PLEASE TAKE FURTHER NOTICE** pursuant to rule 9018-1(d)(ii) of the Local Rules of the United States Bankruptcy Court for the District of Delaware, the MFN/Mobile Street met and conferred with the above-captioned debtors and debtors in possession (the "Debtors"). The Debtors confirmed the Motion in Limine does not contain any confidential information.

[*Remainder of Page Left Intentionally Blank*]

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

**PLEASE TAKE FURTHER NOTICE** that attached hereto as **Exhibit 1** is the unsealed version of the Motion in Limine.

Dated: November 13, 2025
       Wilmington, Delaware

Respectfully Submitted,

*/s/ L. Katherine Good*
L. Katherine Good (No. 5101)
Maria Kotsiras (No. 6840)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
       mkotsiras@potteranderson.com

– and –

Eric Winston (*pro hac vice* admitted)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com

*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC*