**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**FOURTH AMENDED PLAN SUPPLEMENT FOR THE FOURTH AMENDED JOINT CHAPTER 11 PLAN OF YELLOW CORPORATION AND ITS DEBTOR AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE PROPOSED BY THE DEBTORS AND THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

This Fourth Amended Plan Supplement contains drafts of the following documents, each of which remains subject to ongoing review and negotiations pursuant to the terms of the Plan.[2]

| **Exhibit** | **Description** |
|---|---|
| E | Identities of the Liquidating Trust Board of Managers Representatives |

The Debtors and the Committee reserve all rights, with the consent of any applicable counterparties (to the extent required under the Plan) to amend, revise, or supplement all of the documents included herein as provided in the Plan.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Plan.

## Exhibit E

**Identities of the Liquidating Trust Board of Managers Representatives**

**In re Yellow Corporation, *et al*., Case No. 23-11067 (CTG)**

**Identities of Liquidating Trust Board of Managers**

The initial designation of the representatives (each, a "Representative") for certain Managers is set forth below, and any such Representative shall have the authority to act on behalf of such Manager. In the event a Representative is no longer employed by or is no longer an agent of the Manager represented, or for any other reason is unable to serve as a Representative, the Manager represented shall have the absolute right to designate a successor representative or alternate representative, as the case may be, which shall be any authorized employee or agent of such Manager.

| Manager | Representative |
| --- | --- |
| Central States, Southeast and Southwest Areas Pension Fund | Brad Berliner |
| New York State Teamsters Pension and Health Funds | Vincent DeBella |
| RFT Logistics LLC | Chris Mejia |