**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Re:  Docket No. 8205** |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION OF MFN
PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC TO MAINTAIN
UNDER SEAL CERTAIN EXHIBITS REGARDING THE FOURTH AMENDED
JOINT CHAPTER 11 PLAN OF YELLOW CORPORATION AND ITS DEBTOR
AFFILIATES PURSUANT TO CHAPTER 11 OF THE BANKRUPTCY CODE**

The undersigned hereby certifies that, as of the date hereof, no answer, objection, or any responsive pleading was received with respect to the *Motion of MFN Partners, LP and Mobile Street Holdings, LLC to Maintain Under Seal Certain Exhibits Regarding the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code* [Docket No. 8205] (the "Motion") filed by MFN Partners, LP and Mobile Street Holdings, LLC (collectively, the "MFN Parties"), filed the with the United States Bankruptcy Court for the District of Delaware (the "Court") on November 14, 2025.  The undersigned further certifies that no answer, objection, or other responsive pleading to the Motion has appeared on the Court's docket in this case.  Pursuant to the notice attached to the Motion, any objections or responses to the relief requested in the Motion were to be filed and served by no later than 4:00 p.m. (ET) on December 2, 2025.

---

[1]    A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is:  10990 Roe Avenue, Overland Park, Kansas 66211.

WHEREFORE, the MFN Parties respectfully request that the proposed form of order granting the relief requested in the Motion be entered at the earliest convenience of the Court.

Dated: December 3, 2025
      Wilmington, Delaware

Respectfully Submitted,

*/s/ Andrew C. Ehrmann*
L. Katherine Good (No. 5101)
Maria Kotsiras (No. 6840)
Andrew C. Ehrmann (No. 7395)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
      mkotsiras@potteranderson.com
      aehrmann@potteranderson.com

– and –

Eric Winston (admitted pro hac vice)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com

*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC*