**Exhibit A**

**Schedule of Settlement Subject to Court Approval**

| Defendant Name | Adversary Number | Total Transfer | Settlement | Comment |
|---|---|---|---|---|
| Diesel Direct West, LLC fdba Diesel Direct West Inc. | 25-51373 | $ 3,510,734.17 | $ 30,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Direct ChassisLink, Inc. | 25-51381 | $ 900,433.55 | $ 6,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Magnum LTL, Inc. | 25-51503 | $ 885,767.28 | $ 2,500.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Parkland Fuel Corporation dba Conrad & Bischoff, Inc. | 25-51568 | $ 1,029,169.87 | $ 20,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Span-Alaska Transportation, LLC | 25-51669 | $ 1,475,156.16 | $ 5,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Staples, Inc. dba Staples Business Advantage | 25-51611 | $ 872,952.04 | $ 5,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |