# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) |
| Debtors.¹ | (Jointly Administered) |
| Yellow Corporation, et al., | |
| Plaintiffs, | |
| vs. | **Re: Docket Index:** _____ |
| Defendants Listed Below, | |
| Defendants. | |

| Defendant Name | Adversary Number |
|---|---|
| Diesel Direct West, LLC fdba Diesel Direct West Inc. | 25-51373 |
| Direct ChassisLink, Inc. | 25-51381 |
| Magnum LTL, Inc. | 25-51503 |
| Parkland Fuel Corporation dba Conrad & Bischoff, Inc. | 25-51568 |
| Span-Alaska Transporation, LLC | 25-51669 |
| Staples, Inc. dba Staples Business Advantage | 25-51611 |

### ORDER APPROVING PLAINTIFFS' SECOND MOTION FOR AN ORDER APPROVING THE SETTLEMENTS OF AVOIDANCE ACTIONS PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the Plaintiffs' *Second Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019* (the "Motion");² upon the record; and the Court finding that (i) the district court has jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this

---

1 A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

² Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Motion was given; and that sufficient legal and factual bases exist for the relief requested in the Motion; and after due deliberation, the Court having determined that the relief requested in the Motion is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The settlement of the Avoidance Actions against the Defendants listed on **Exhibit A** attached to the Motion are approved.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.