**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |
|  | ) | Re: Docket No. 8296 |

**NOTICE OF FILING OF AMENDED PROPOSED ORDER (I) APPROVING THE SETTLEMENT AGREEMENTS BY AND AMONG THE DEBTORS AND CERTAIN PENSION FUNDS AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that, on November 26, 2025, the above-captioned debtors and debtors in possession (collectively, the "Debtors") filed the *Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8296] (the "Motion").[2] The Motion included a proposed order, attached as **Exhibit A**, granting the relief requested in the Motion (the "Initial Proposed Order"). The Initial Proposed Order included proposed term sheets between the Debtors and certain multiemployer pension funds (the "Original MEPP Settling Parties"), attached as **Exhibit 1** to the Initial Proposed Order, and thereby forming the settlement agreements (collectively, the "Settlement Agreements").

**PLEASE TAKE FURTHER NOTICE** that the Debtors hereby file (a) an amended version of the Initial Proposed Order (the "Amended Proposed Order"), attached hereto as **Exhibit A**, and (b) a redline comparison of the Amended Proposed Order showing changes against the Initial Proposed Order filed with the Motion (the "Amended Proposed Order Redline"), attached hereto as **Exhibit B**.

**PLEASE TAKE FURTHER NOTICE** that certain of the Settlement Agreements, attached to the Initial Proposed Order as Exhibit 1(c), Exhibit 1(d), and Exhibit 1(e), were unsigned by the Parties. The Parties have now executed the previously unsigned Settlement Agreements, and the executed Settlement Agreements are attached to the Amended Proposed Order as Exhibit 1(c), Exhibit 1(d), and Exhibit 1(e).

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Motion is scheduled to be held on **January 21, 2026 at 9:30 a.m. (ET)** before the Honorable Craig T. Goldblatt, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Hearing").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used in this notice but not defined herein shall have the meanings ascribed to them in the Motion.

Dated:  December 11, 2025
Wilmington, Delaware

| | |
|---|---|
| */s/ Laura Davis Jones* | |
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| 919 North Market Street, 17th Floor | 300 North LaSalle |
| P.O. Box 8705 | Chicago, Illinois 60654 |
| Wilmington, Delaware 19801 | Telephone:    (212) 446-4800 |
| Telephone:    (302) 652-4100 | Facsimile:     (212) 446-4900 |
| Facsimile:     (302) 652-4400 | Email:           patrick.nash@kirkland.com |
| Email:           ljones@pszjlaw.com | david.seligman@kirkland.com |
|                      tcairns@pszjlaw.com | |
|                      pkeane@pszjlaw.com | |
|                      ecorma@pszjlaw.com | -and- |
| | |
| | Allyson B. Smith (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:    (212) 446-4800 |
| | Facsimile:     (212) 446-4900 |
| | Email:           allyson.smith@kirkland.com |
| | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |