IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON DECEMBER 18, 2025 AT 1:00 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

**ADJOURNED MATTER:**

1. Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 11/26/25] (Docket No. 8296)

    Response Deadline: December 11, 2025, at 4:00 p.m. (ET)

    Responses Received: None.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Related Documents:

A. [Proposed] Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 11/26/25] (Docket No. 8296, Exhibit A)

B. Declaration of Brian Whittman in Support of Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 11/26/25] (Docket No. 8297)

C. Notice of Filing of Amended Proposed Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 12/11/25] (Docket No. 8377)

D. Notice of Briefing Schedule in Connection with Hearing on Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 12/12/25] (Docket No. 8379)

Status:  This matter is adjourned to the hearing on January 21, 2026, at 9:30 a.m. (ET).

**RESOLVED MATTER:**

2. Debtors Motion for Entry of an Order (I) Approving Certain Asset Purchase Agreement; (II) Authorizing and Approving the Sale of a Certain Property of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Filed: 11/26/25] (Docket No. 8290)

    Response Deadline:  December 11, 2025, at 4:00 p.m. (ET)

    Responses Received:  None.

    Related Documents:

    A. [Proposed] Order (I) Approving Certain Asset Purchase Agreement; (II) Authorizing and Approving the Sale of a Certain Property of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Filed: 11/26/25] (Docket No. 8290, Exhibit A)

    B. Declaration of Cody Leung Kladenberg in Support of Entry of an Order (I) Approving Certain Asset Purchase Agreement; (II) Authorizing and Approving the Sale of a Certain Property of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief [Filed: 11/26/25] (Docket No. 8291)

    C. Certification of Counsel Regarding Revised Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in

        Each Case Pursuant to the Applicable Asset Purchase Agreement; and (III) Granting Related Relief [Filed: 12/12/25] ([Docket No. 8386](#))

D.     Supplemental Declaration of Cody Leung Kaldenberg in Support of Entry of Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; and (II) Granting Related Relief [Filed: 12/12/25] ([Docket No. 8388](#))

E.     [Signed] Order (I) Approving Certain Asset Purchase Agreements; (II) Authorizing and Approving Sales of Certain Properties of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances, in Each Case Pursuant to the Applicable Asset Purchase Agreement; and (III) Granting Related Relief [Filed: 12/15/25] ([Docket No. 8393](#))

Status: The Court has entered an order on this matter. No hearing is necessary.

**CONTESTED MATTER:**

3.     Supplemental Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Miller Buckfire on Additional Terms as Investment Banker, Nunc Pro Tunc to August 21, 2023 [Filed: 11/25/25] ([Docket No. 8285](#))

    Response Deadline: December 9, 2025, at 4:00 p.m. (ET) *(extended for the United States Trustee until December 11, 2025, at 4:00 p.m.)*

    Responses Received:

A.     The United States Trustee's Objection to the Supplemental Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Miller Buckfire on Additional Terms as Investment Banker, Nunc Pro Tunc to August 21, 2023 [Filed: 12/11/25] ([Docket No. 8374](#))

B.     Joinder to Objection of United States Trustee to Supplemental Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Miller Buckfire on Additional Terms as Investment Bankers, Nunc Pro Tunc to August 21, 2023 [Filed: 12/11/25] ([Docket No. 8375](#))

    Related Documents:

A.     [Proposed] Order Approving the Supplemental Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Miller Buckfire on Additional Terms as Investment Banker, Nunc Pro Tunc to August 21, 2023 [Filed: 11/25/25] ([Docket No. 8285, Exhibit A](#))

<u>Status</u>:  This matter will go forward.

Dated: December 16, 2025
Wilmington, Delaware

*/s/ Peter J. Keane*
_____

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted pro hac vice) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| 919 North Market Street, 17th Floor | Telephone: (312) 862-2000 |
| P.O. Box 8705 | Facsimile: (312) 862-2200 |
| Wilmington, Delaware 19899-8705 | Email: patrick.nash@kirkland.com |
| Telephone: (302) 652-4100 | david.seligman@kirkland.com |
| Facsimile: (302) 652-4400 | |
| Email: ljones@pszjlaw.com | |
| tcairns@pszjlaw.com | |
| pkeane@pszjlaw.com | *Co-Counsel for the Debtors and Debtors in Possession* |
| ecorma@pszjlaw.com | |