**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| | Case No. 23-11069 (CTG) |
| YELLOW CORPORATION, *et al.*,[1] | (Jointly Administered) |
| Debtors. | **Re: Docket No. 8285** |
| | **Hearing Date: December 18, 2025 at 1:00 p.m. (ET)** |

**THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS'
PRELIMINARY EXHIBIT AND WITNESS LIST FOR THE HEARING
ON DECEMBER 18, 2025 AT 1:00 P.M. (PREVAILING EASTERN TIME)**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases of the above-captioned debtors and debtors in possession (collectively, the "Debtors" and such cases, the "Cases"), in accordance with the *Chambers Procedures for Judge Craig T. Goldblatt*, hereby discloses that it intends to call and/or reserves the right to introduce the following witnesses and exhibits at the December 18, 2025 hearing in support of the *Supplemental Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Miller Buckfire on Additional Terms as Investment Banker, Nunc Pro Tunc to August 21, 2023* [ECF No. 8285] (the "Application").

## WITNESSES

1.      The Committee reserves the right to call any witness identified by any other party regarding this contested matter, as well as any person as a rebuttal witness. *See* Reservation of Rights, *infra*.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**EXHIBITS**

| Ex. No. | Description | Docket No. (if available) |
|---------|-------------|---------------------------|
| UCC-1 | Declaration of John D'Amico in Support of Supplemental Application of the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.* to Retain and Employ Miller Buckfire on Additional Terms as Investment Banker, *Nunc Pro Tunc* to August 21, 2023 | 8285-2 |
| UCC-2 | Declaration of Brad Berliner in Support of Supplemental Application of the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.* to Retain and Employ Miller Buckfire on Additional Terms as Investment Banker, *Nunc Pro Tunc* to August 21, 2023 | 8285-3 |
| UCC-3 | UCC Investment Banker Market Comparison Chart | 8285-4 |

2.      The Committee further reserves the right to submit any rebuttal exhibit or exhibit identified by any other party regarding this contested matter.  *See* Reservation of Rights, *infra*.

**RESERVATION OF RIGHTS**

3.      The Committee reserves the right to supplement this witness and exhibit list in all respects, including without limitation by using additional witnesses or exhibits, as necessary. The Committee reserves the right to submit all exhibits marked in any deposition.  The Committee reserves the right to submit all pleadings filed in these Cases.  The Committee reserves the right to call rebuttal witnesses, or any witnesses identified by any party in these contested matters. The Committee also reserves the right to add additional witnesses and additional exhibits upon notice to the Court and the other parties to these contested matters.

*[Signature Block to Follow]*

Dated: December 16, 2025
Wilmington, Delaware

**BENESCH, FRIEDLANDER,**
**COPLAN & ARONOFF LLP**

 _/s/ John C. Gentile_
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile: (302) 442-7012
E-mail: jhoover@beneschlaw.com
          kcapuzzi@beneschlaw.com
          jgentile@beneschlaw.com

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Philip C. Dublin (*pro hac vice*)
Meredith A. Lahaie (*pro hac vice*)
Kevin Zuzolo (*pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: pdublin@akingump.com
          mlahaie@akingump.com
          kzuzolo@akingump.com

*Counsel to the Official Committee of Unsecured Creditors*