**Exhibit A**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |

**ORDER GRANTING THE MOTION FOR LEAVE TO FILE A LATE REPLY BY THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS OF YELLOW CORPORATION, ET AL. IN SUPPORT OF ITS SUPPLEMENTAL APPLICATION OF TO RETAIN AND EMPLOY MILLER BUCKFIRE ON ADDITIONAL TERMS AS INVESTMENT BANKER, *NUNC PRO TUNC* TO AUGUST 21, 2023**

Upon consideration of the *Motion for Leave to File a Late Reply by the Official Committee of Unsecured Creditors Of Yellow Corporation, Et Al. In Support of Its Supplemental Application of to Retain and Employ Miller Buckfire on Additional Terms as Investment Banker, Nunc Pro Tunc to August 21, 2023*, IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED.

2. The Official Committee of Unsecured Creditors is permitted to file a late Reply on or before December 17, 2025, at 12:00 p.m. (ET), and such Reply shall be deemed timely filed.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.