**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 8341** |

**CERTIFICATION OF NO OBJECTION REGARDING TWENTY-FIFTH MONTHLY APPLICATION OF DUCERA PARTNERS LLC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FROM AUGUST 1, 2025 THROUGH AUGUST 31, 2025**
**(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection, or other responsive pleading to the relief requested in the *Twenty-Fifth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 through August 31, 2025* (the "Application") [Docket No. 8341] filed on December 5, 2025. The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection, or other responsive pleading to the relief requested in the Application appears thereon. Pursuant to the *Notice of Twenty-Fifth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 through August 31, 2025* (the "Notice"), responses to the Application were to be filed and served no later than December 26, 2025 at 4:00 p.m. (prevailing Eastern Time).

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4907-6575-0403.1 96859.001

Pursuant to the *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief*, entered on September 13, 2023 [Docket No. 519] (the "Interim Compensation Order"), the Debtors are authorized to pay Ducera Partners LLC $113,740.00, which is equal to: (i) 80% of the Monthly Advisory Fee ($142,175.00) payable to Ducera during this Fee Period for services rendered to the Debtors; and (ii) 100% of the $9,215.32 of necessary expenses requested in the Application for the period August 1, 2025 through August 31, 2025 upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated:  December 30, 2025
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |
| P.O. Box 8705 | Telephone:     (312) 862-2000 |
| Wilmington, Delaware 19801 | Facsimile:     (312) 862-2200 |
| Telephone:     (302) 652-4100 | Email:            patrick.nash@kirkland.com |
| Facsimile:     (302) 652-4400 |                        david.seligman@kirkland.com |
| Email:            ljones@pszjlaw.com | |
|                        tcairns@pszjlaw.com | |
|                        pkeane@pszjlaw.com | |
| | *Co-Counsel for the Debtors and Debtors in Possession* |