**Annex A**

| FUND | CALCULATION OF RULINGS-TO-DATE AMOUNT | RULINGS-TO-DATE AMOUNT ADOPTED BY DEBTORS |
|---|---|---|
| Central States | $369,647,619 | $369,647,619 |
| Freight Drivers | $3,608,317 | $3,611,415 |
| Local 1730 | $1,564,376 / $2,923,165[1] | $2,493,519 |
| Local 701 | $2,648,842 | $2,616,379 |
| NY Teamsters | $167,180,349 | $167,180,349 |
| Local 617 | $70,698 | $70,644 |
| Local 641 | $10,174,173 | $10,175,077 |
| TENJ | $1,153,737 | $1,153,737 |
| Local 707 | $16,933,871 | $17,100,896 |
| Central Pennsylvania | $13,232,709 | $13,232,709 |
| JAM National | $5,619,912 | $5,619,912 |
| New England Teamsters | $110,399,268 | $110,399,268 |
| Virginia Teamsters | $2,891,149 | $2,891,149 |
| Local 710 – YRC Worldwide | $0 | $0 |
| Local 710 – USF Holland | $0 | $0 |
| Philly Teamsters | $9,691,154 | $9,691,154 |

---

[1] $1,564,376 reflects application of a 20-year cap on annual payments; $2,923,165 reflects annual payments made in perpetuity.