**Exhibit A**

| Date Filed | Dkt. No. | Applicant | Interim Fee Period | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| **Counsel to the Debtors** | | | | | | |
| 10/22/25 | 7858 | Pachulski Stang Ziehl & Jones LLP | 5/1/25 – 7/31/25 | $619,131.50 | $40,136.32 | $659,267.82 |
| **Counsel to the Debtors** | | | | | | |
| 11/14/25 | 8204 | Kirkland & Ellis LLP and Kirkland & Ellis International LLP | 5/1/25 – 7/31/25 | $5,607,371.00[1] | $34,845.42[2] | $5,642,216.42 |
| **Co-Counsel to Debtors** | | | | | | |
| 11/6/25 | 8126 | Joyce, LLC | 7/31/25 – 10/31/25 | $10,725.00 | $0.00 | $10,725.00 |
| **Financial Advisor to the Debtors** | | | | | | |
| 11/6/25 | 8125 | Alvarez & Marsal North America, LLC | 5/1/25 – 7/31/25 | $1,597,177.50 | $6,394.66 | $1,603,572.16 |
| **Tax Services Provider to the Debtors** | | | | | | |
| 11/10/25 | 8164 | Ernst & Young LLP | 5/1/25 – 7/31/25 | $483,296.00 | $0.00 | $483,296.00 |
| **Investment Banker to the Debtors** | | | | | | |
| 11/11/25 | 8182 | Ducera Partners LLC | 5/1/25 – 7/31/25 | $625,948.00 | $13,814.25 | $639,762.25 |

---

[1] Reflects an agreed reduction by K&E of $25,000.00 in fees based upon comments from the Office of the United States Trustee.
[2] Reflects an agreed reduction by K&E of $464.56 in expenses based upon comments from the Office of the United States Trustee.

| | | | | | |
|---|---|---|---|---|---|
| **Canadian Restructuring Counsel to Debtors** | | | | | |
| 11/7/25 | 8139 | Goodmans LLP | 5/1/25 – 7/31/25 | $119,972.26 | $323.72 | $120,295.98 |
| **Counsel to the Official Committee of Unsecured Creditors** | | | | | |
| 11/11/25 | 8178 | Akin Gump Strauss Hauer & Feld LLP | 5/1/25 – 7/31/25 | $3,800,531.50[3] | $57,503.26 | $3,858,034.76 |
| **Counsel to the Official Committee of Unsecured Creditors** | | | | | |
| 11/11/25 | 8179 | Benesch, Friedlander, Coplan & Aronoff LLP | 5/1/25 – 7/31/25 | $279,438.00[4] | $1,725.34 | $281,163.34 |
| **Investment Banker to the Official Committee of Unsecured Creditors** | | | | | |
| 11/11/25 | 8181 | Miller Buckfire | 5/1/25 – 7/31/25 | $262,500.00 | $0.00 | $262,500.00 |
| **Financial Advisor to the Official Committee of Unsecured Creditors** | | | | | |
| 11/11/25 | 8180 | Huron Consulting Services LLC | 5/1/25 – 7/31/25 | $1,135,251.25 | $2,886.85 | $1,138,138.10 |

---

[3] Reflects an agreed upon reduction by Akin of $8,395 in fees based upon comments from the Office of the United States Trustee.
[4] Reflects an agreed upon reduction by Benesch of $5,000 in fees based upon comments from the Office of the United States Trustee.
4930-9005-8878.3 96859.001