**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) | (Jointly Administered) |
| Debtors. | ) |  |
|  | ) |  |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JANUARY 12, 2026 AT
10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG
T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET,
<u>3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801</u>**

> **This proceeding will be conducted entirely via Zoom.  All counsel and witnesses are expected to attend via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

<u>**RESOLVED MATTER:**</u>

1.      Plaintiffs' Second Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 12/11/25] (Main Case Docket No. 8372)

   <u>Response Deadline:</u>  January 2, 2026, at 4:00 p.m. (ET)

   <u>Responses Received:</u> None as of the date of this Notice of Agenda.

   <u>Related Documents:</u>

   A.      Certification of No Objection Regarding Plaintiffs' Second Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

9019 [Filed: 1/7/26] (Main Case Docket No. 8496)

B.    [Signed] Order Approving Plaintiffs' Second Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 1/7/26] (Main Case Docket No. 8498)

Status:  The Court has entered an order on this matter.  No hearing is necessary.

**ADJOURNED MATTERS:**

2.    Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as Administrative Expense [Filed: 12/9/24] (Docket No. 5096)

Response Deadline:  December 23, 2024, at 4:00 p.m. (ET)

Responses Received:

A.    Debtors' Objection to Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as Administrative Expense [Filed: 12/23/24] (Docket No. 5269)

Reply Deadline:  January 15, 2025, at 4:00 p.m. (ET)

Replies Received:

A.    Reply of the Pension Benefit Guaranty Corporation in Support of Motion for Allowance and Payment of Premiums as Administrative Expense [Filed: 1/15/25] (Docket No. 5410)

Related Documents:

A.    [Proposed] Order Granting Motion of the Pension Benefit Guaranty Corporation for Allowance and Payment of Premiums as Administrative Expense [Filed: 12/9/24] (Docket No. 5096)

Status:  This matter is adjourned to the omnibus hearing on February 11, 2026, at 10:00 a.m. (ET).

3.    [Cure/Assumption Issues Related to Confirmed] Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors [Filed: 7/29/25] (Docket No. 6746)

Response Deadline:  October 29, 2025, at 4:00 p.m. (ET) *(extended until November 4, 2025, at 4:00 p.m. for New Jersey Self-Insurers Guaranty Association and extended to November 10, 2025 for the Chubb Companies)*

Cure Related Responses Received:

A.      Limited Objection of Dell Marketing L.P. to Notice to Contract Parties to Potentially Assumed Executory Contracts [Filed: 11/5/25] ([Docket No. 8047](#))

Related Documents:

A.      Notice to Contract Parties to Potentially Assumed Executory Contracts [Filed: 10/22/25] ([Docket No. 7862](#))

B.      [Signed] Findings of Fact, Conclusions of Law, and Order Confirming the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications) [Filed: 12/2/25] ([Docket No. 8229](#))

Status:  This matter is adjourned to the omnibus hearing on February 11, 2026, at 10:00 a.m. (ET) with regard to the response of Dell Marketing L.P.

4.      Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] ([Docket No. 7357](#))

Response Deadline:  August 25, 2025, at 4:00 p.m. (ET) *(extended until October 3, 2025 for Dedicated Delivery Professionals)*

Responses Received:

A.      Informal response of Dedicated Delivery Professionals [Claim Nos. 18476, 18656, 18662, 18670, 18676, 18714, 18722, 18726, 18731, 18736, 18744, 18749, 18750, 18650, 18765, 18769, 18770, 18772, 18773, 18774, 18761, 18494, 18544]

B.      Informal response of Span Alaska [Claim No. 17827]

C.      AmeriGas Propane [Claim No. 16806]

Related Documents:

A.      [Proposed] Order Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] ([Docket No. 7357, Exhibit A](#))

B.      Notice of Submission of Proofs of Claim in Connection with Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/21/25] ([Docket No. 7469](#))

C.   [Signed] Order Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 9/8/25] (Docket No. 7578)

D.   [Signed] Order Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 10/28/25] (Docket No. 7897)

Status:  This matter is adjourned to the omnibus hearing on February 11, 2026, at 10:00 a.m. (ET) with regard to the claim of Span Alaska.

5.   Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] (Docket No. 7358)

Response Deadline:  August 25, 2025, at 4:00 p.m. (ET) *(extended until September 12, 2025 at 4:00 p.m. (ET) for Qwest/Century Link) (extended until October 29, 2025 at 4:00 p.m. (ET) for the SubroSmart) (extended until a date to be determined for U.S. Department of Defense)*

Responses Received:

A.   WIPT, Inc.'s Response to Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims, as to WIPT's Claim No. 19680 [Filed: 8/25/25] (Docket No. 7505)

B.   WIPT, Inc.'s Response to Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims, as to WIPT's Claim No. 19680 [Filed: 8/28/25] (Docket No. 7521)

C.   Informal response of the U.S. Department of Defense [Claim No. 19707] [Filed: TBD] (Docket No. TBD)

D.   Informal response of SubroSmart [Claims Nos. 19732, 19740, 19754]

E.   Informal response of Qwest/Century Link [Claim No. 19832]

F.   Lumen Technologies, Inc.'s Response to Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 Re: Lumen's Proof of Claim No. 19832 [Filed: 9/11/25] (Docket No. 7595)

Related Documents:

A.   [Proposed] Order Sustaining Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] (Docket No. 7358, Exhibit A)

B.      Notice of Submission of Proofs of Claim in Connection with Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/21/25] (Docket No. 7470)

C.      [Signed] Order Sustaining Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 9/8/25] (Docket No. 7579)

D.      [Signed] Order Sustaining Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007 [Filed: 10/16/25] (Docket No. 7797)

E.      [Signed] Order Sustaining Debtors' Thirty-Fourth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 12/8/25] (Docket No. 8349)

Status:  This matter is adjourned to the omnibus hearing on February 11, 2026, at 10:00 a.m. (ET) with regard to the claims of U.S. Department of Defense.

## ADJOURNED ADVERSARY MATTERS:

6.      *[YRC Inc, v. Turn 5, Inc. - Adv. Pro. No. 25-52432]* Pre-Trial Conference Regarding Complaint

Related Documents:

A.      Complaint [Filed: 11/10/25] (Docket No. 1)

B.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 11/12/25] (Docket No. 3)

C.      Stipulation for Extension of Time for Defendant to Answer the Complaint [Filed: 12/11/25] (Docket No. 4)

Status:  The pretrial conference on this matter is adjourned to the omnibus hearing on March 17, 2026, at 10:00 a.m. (ET).

7.      *[YRC Inc, v. MIZCO International Inc. - Adv. Pro. No. 25-52433]* Pre-Trial Conference Regarding Complaint

Related Documents:

A.      Complaint [Filed: 11/10/25] (Docket No. 1)

B.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 11/12/25] (Docket No. 3)

C.     Alias Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 12/15/25] ([Docket No. 4](#))

Status:  The pretrial conference on this matter is adjourned to the omnibus hearing on February 11, 2026, at 10:00 a.m. (ET).

**DISCOVERY CONFERENCE:**

8.     Letter to the Honorable Judge Goldblatt from MFN Partners, LP and Mobile Street Holdings, LLC Requesting to Quash Subpoenas issued by New York State Teamsters Conference Pension and Retirement Fund [Filed: 1/2/26] ([Docket No. 8477](#))

Response Deadline:  January 9, 2026, at 12:00 p.m. (ET)

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.     Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 11/26/25] ([Docket No. 8296](#))

B.     Declaration of Brian Whittman in Support of Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 11/26/25] ([Docket No. 8297](#))

C.     Notice of Service of MFN Partners, LP and Mobile Street Holdings, LLC's Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) Directed to New York State Teamsters Conference Pension and Retirement Fund [Filed: 12/5/25] ([Docket No. 8336](#))

D.     Notice of Service of a Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding) directed to MFN Partners LP and Mobile Street Holdings, LLC [Filed: 12/19/25] ([Docket No. 8422](#))

Status:  A discovery conference will go forward on this matter.  Parties participating only in this discovery conference may appear by Zoom, as directed by the Court

Dated: January 8, 2026
       Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted pro hac vice) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |
| P.O. Box 8705 | Telephone:  (312) 862-2000 |
| Wilmington, Delaware 19899-8705 | Facsimile:  (312) 862-2200 |
| Telephone:  (302) 652-4100 | Email:       patrick.nash@kirkland.com |
| Facsimile:  (302) 652-4400 |               david.seligman@kirkland.com |
| Email:      ljones@pszjlaw.com | |
|            tcairns@pszjlaw.com | |
|            pkeane@pszjlaw.com | *Co-Counsel for the Debtors and Debtors in* |
|            ecorma@pszjlaw.com | *Possession* |