# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>           Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: January 21, 2026 9:30 a.m. (ET)**<br>**Obj. Deadline: At the hearing** |

**NOTICE OF MOTION OF MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC FOR ENTRY OF AN ORDER AUTHORIZING TO FILE UNDER SEAL CERTAIN EXHIBITS OF THE OBJECTION TO THE DEBTORS' MOTION FOR ENTRY OF AN ORDER (I) APPROVING THE SETTLEMENT AGREEMENTS BY AND AMONG THE DEBTORS AND CERTAIN PENSION FUNDS AND (II) GRANTING RELATED RELIEF**

**PLEASE TAKE NOTICE** that MFN Partners, LP and Mobile Street Holdings, LLC filed the *Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Authorizing to File Under Seal Certain Exhibits of the Objection to the Debtors' Motion for Entry of an Order (I) Approving the Settlement Agreements by and among the Debtors and Certain Pension Funds and (II) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

**PLEASE TAKE FURTHER NOTICE** that objections to the Motion may be filed prior to the Hearing or presented at the Hearing.

**PLEASE TAKE FURTHER NOTICE** that, if any objections to the Motion are received, the Motion and such objections shall be considered at a hearing before the Honorable Craig T. Goldblatt at the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Courtroom #7, Wilmington, Delaware 19801 on **January 21, 2026 at 9:30 a.m. (ET)**.

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

**IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED, SERVED AND RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

| | |
|---|---|
| Dated: January 15, 2026<br>Wilmington, Delaware | Respectfully Submitted,<br><br>/s/ Maria Kotsiras<br>L. Katherine Good (No. 5101)<br>Maria Kotsiras (No. 6840)<br>Andrew C. Ehrmann (No. 7395)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: kgood@potteranderson.com<br>        mkotsiras@potteranderson.com<br>        aehrmann@potteranderson.com<br><br>– and –<br><br>Eric Winston (admitted *pro hac vice*)<br>Benjamin Roth (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Email: ericwinston@quinnemanuel.com<br>        benroth@quinnemanuel.com<br><br>-and-<br><br>Eric Field (admitted *pro hac vice*)<br>**LITTLER MENDELSON, P.C.**<br>815 Connecticut Ave., NW Suite 400<br>Washington D.C. 20006<br>Telephone: (202) 772-2539<br><br>*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC* |