**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>                         Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Re: Docket Nos. 7603, 7604, 7731** |

**LIMITED JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS OF YELLOW CORPORATION, *ET AL.*, TO MFN PARTNERS, LP'S**
**AND MOBILE STREET HOLDINGS, LLC'S OBJECTION TO PROOFS OF**
**CLAIM FILED BY NEW YORK STATE TEAMSTERS CONFERENCE**
**PENSION AND RETIREMENT FUND AND THE DEBTORS' JOINDER THERETO**

The Official Committee of Unsecured Creditors (the "Committee") appointed in the chapter 11 cases (the "Chapter 11 Cases") of the above-captioned debtors and debtors in possession (collectively, the "Debtors"), by and through its undersigned counsel, hereby files this limited joinder (the "Limited Joinder") to the relief sought by (i) *MFN Partners, LP's and Mobile Street Holdings, LLC's Objection to Proofs of Claim Filed By New York State Teamsters Conference Pension and Retirement Fund* [ECF No. 7603] (the "Objection") filed by MFN Partners, LP and Mobile Street Holdings, LLC (together, "MFN") and (ii) the Debtors (together with MFN, the "Objectors") in the *Debtors' Joinder to MFN Partners, LP's and Mobile Street Holdings, LLC's Objection to Proofs of Claim Filed by New York State Teamsters Conference Pension and*

---

[1] A complete list of each of the Debtors in the chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in the chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

*Retirement Fund* [ECF No. 7604] (the "Debtors' Joinder" and, together with the Objection, the "Objections").  In support of this Limited Joinder, the Committee respectfully states as follows:

1.      The Committee joins in the alternative relief sought in paragraph 20 of the Objection, by which the Objectors ask for a determination that the claim for liquidated damages sought by New York State Teamsters Conference Pension and Retirement Fund ("NYST") be allowed in an amount no greater than ten percent (10%) of that amount comprising NYST's ultimately-allowed withdrawal liability claim.[2]

2.      This Limited Joinder is submitted without prejudice to, and with a full reservation of, the Committee's rights, claims, defenses and remedies, including the right to amend, modify, or supplement this Limited Joinder, to introduce evidence at any hearing relating to the Objections or the underlying claims, and without in any way limiting any other rights of the Committee to take any further action, on any grounds, as may be appropriate.

*[Remainder of page intentionally left blank]*

---

[2] On January 12, 2026, the Committee filed the *Statement of the Official Committee of Unsecured Creditors in Support of Pension Fund Settlement Motions* [ECF No. 8515] (the "Statement") requesting the Court approve the Motions (as defined therein).  Although this Limited Joinder objects in part to certain claims that would be resolved under the settlements described in the Motions, for the avoidance of doubt, the Committee continues to support the settlements as set forth in the Statement.

Date: January 15, 2026
Wilmington, Delaware

**BENESCH, FRIEDLANDER,
COPLAN & ARONOFF LLP**

 */s/ John C. Gentile*
Jennifer R. Hoover (DE No. 5111)
Kevin M. Capuzzi (DE No. 5462)
John C. Gentile (DE No. 6159)
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Telephone: (302) 442-7010
Facsimile:  (302) 442-7012
E-mail:   jhoover@beneschlaw.com
            kcapuzzi@beneschlaw.com
            jgentile@beneschlaw.com

-and-

**AKIN GUMP STRAUSS HAUER & FELD LLP**

Philip C. Dublin (admitted *pro hac vice*)
Meredith A. Lahaie (admitted *pro hac vice*)
Kevin Zuzolo (admitted *pro hac vice*)
One Bryant Park
New York, NY 10036
Telephone: (212) 872-1000
Facsimile: (212) 872-1002
Email: pdublin@akingump.com
          mlahaie@akingump.com
          kzuzolo@akingump.com


*Counsel to the Official Committee
of Unsecured Creditors of Yellow Corporation, et al.*