IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

------------------------------------------------------------ x
: Chapter 11
In re: :
: Case No. 23-11069 (CTG)
YELLOW CORPORATION, *et al.*,[1] :
: (Jointly Administered)
Debtors. :
:
------------------------------------------------------------ x

### THE FUNDS' COMBINED EXHIBIT AND WITNESS LIST FOR HEARING SCHEDULED FOR JANUARY 21, 2026

Central Pennsylvania Teamsters Pension Fund Defined Benefit Plan ("Central PA Teamsters"), IAM National Pension Fund ("IAM National"), New England Teamsters Pension Fund ("NETTI"), Council No. 83 of Virginia Pension Fund ("Virginia Teamsters"), Brotherhood of Teamsters Union No. Local 710 Pension Fund ("Teamsters Local 710"), Teamsters Pension Trust Fund of Philadelphia & Vicinity ("Philly Teamsters"), Teamsters Local 641 Pension Fund ("Teamsters Local 641"), Freight Drivers and Helpers 557 Pension Fund ("Freight Drivers 557"), and Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund ("Mid-Jersey Trucking 701" and, collectively, the "Funds"), by and through their undersigned counsel, respectfully submit this exhibit and witness list (the "Exhibit and Witness List") to be considered at the hearing scheduled for January 21, 2026 at 9:30 a.m. (Eastern Time) (the "Hearing") before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom 7, Wilmington, Delaware 19801 in compliance with the *Chambers Procedures for Judge Craig T. Goldblatt*. The Funds reserve the

---

[1] A complete list of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

right to amend and/or supplement this Exhibit and Witness List in all respects at any time prior to the Hearing, to call any witness on any other party's witness list (regardless of whether the party removes that witness from its list), to call any witness necessary to authenticate documents (to the extent necessary), and to call any witness to provide rebuttal or impeachment testimony (as appropriate). The Funds further reserve the right to introduce at the Hearing documents that are part of the record of the above-captioned chapter 11 cases, including pleadings and other documents filed on the docket, as well as to use any exhibit identified by any other party to introduce any document, to rebut the testimony of witnesses or evidence presented by any other party, or for impeachment.

## WITNESSES

The Funds hereby identify the following individual that it may call as witnesses:

1. Robert T. Campbell, of Hilco Valuation Services, LLC;
2. Brian Whittman, of Alvarez & Marsal North America, LLC;
3. Manish Kumar, of Province, LLC;
4. Other witnesses, if any, that the Funds deem necessary;
5. Any rebuttal and/or impeachment witnesses;
6. Any witness designated by any other party; and
7. Any witnesses necessary to establish the admissibility of any document.

| **EXHIBITS**[2] | |
|---|---|
| **Exhibit No.** | **Document Description** |
| 1. | Transcript of 30(b)(6) Deposition of Kevin Culp, dated July 15, 2024 |
| 2. | Written Declaration of Paul Bullock on Behalf of Teamsters Local 710 Pension Fund, dated August 19, 2024 |

---

[2] For the avoidance of doubt, the listing of any exhibit in the Exhibit and Witness List also includes any and all exhibits contained in, or appended to, such exhibit.

| | **EXHIBITS**[2] |
|---|---|
| **Exhibit No.** | **Document Description** |
| 3. | Transcript of 30(b)(6) and Expert Deposition of Robert T. Campbell, dated September 9, 2024 |
| 4. | *Memorandum Opinion* [Docket No. 4326 – filed September 13, 2024] |
| 5. | Written Declaration of Joseph F. Hicks, Jr. on Behalf of Central Pennsylvania Teamsters Pension Fund, dated September 19, 2024 |
| 6. | Written Declaration of Edward F. Groden on Behalf of New England Teamsters Pension Fund, dated November 5, 2024 |
| 7. | *Amended Memorandum Opinion* [Docket No. 4769 – filed November 5, 2024] |
| 8. | *Order Relating to SFA MEPP Litigation Motions for Summary Judgment and Motions to Reconsider* [Docket No. 5057 – filed December 2, 2024] |
| 9. | *Notice of Appeal* [Docket No. 5170 – filed December 13, 2024] |
| 10. | *Memorandum Opinion* [Docket No. 5619 – filed February 5, 2025] |
| 11. | *Memorandum Opinion Setting Forth Preliminary Observations on Remaining Multiemployer Pension Plan Claims Allowance Disputes* [Docket No. 6030 – filed April 7, 2025] |
| 12. | *Order Relating to Non-SFA MEPP Litigation Motions for Summary Judgment and Motions in Limine* [Docket No. 6740 – filed July 25, 2025] |
| 13. | *Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8296 – filed November 26, 2025] |
| 14. | *Declaration of Brian Whittman in Support of Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8297 – filed November 26, 2025] |
| 15. | Expert Report: Calculations of Withdrawal Liability for Settlement Purposes, by Robert T. Campbell |
| 16. | Transcript of 30(b)(1) Deposition of Robert T. Campbell, dated January 7, 2026 |

| | **EXHIBITS**[2] |
|---|---|
| **Exhibit No.** | **Document Description** |
| 17. | *Second Stipulation Regarding Certain Additional Undisputed Facts Between MFN Partners, LP and Mobile Street Holdings, LLC and the Debtors Regarding Motion of the Debtors for Entry of an Order Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds* [Docket No. 8502 – filed January 8, 2026] |
| 18. | Transcript of 30(b)(1) and 30(b)(6) Deposition of Brian Whittman, dated January 9, 2026 |
| 19. | *Statement of the Official Committee of Unsecured Creditors in Support of Pension Fund Settlement Motions* [Docket No. 8515 – filed January 12, 2026] |
| 20. | *Objection of MFN Partners, LP and Mobile Street Holdings, LLC to Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8534 – filed January 15, 2026] |
| 21. | Any proof of claim filed by any of the Funds in the above-captioned chapter 11 cases |
| 22. | Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases or related adversary proceedings |
| 23. | Any exhibit necessary to rebut the evidence of testimony of any witness offered or designated by any other party |
| 24. | Any exhibit listed by any other party |

| | |
|---|---|
| Dated: January 18, 2026<br>Wilmington, Delaware | */s/ Cory D. Kandestin*<br>Mark D. Collins (No. 2981)<br>Cory D. Kandestin (No. 5025)<br>**RICHARDS, LAYTON & FINGER, P.A.**<br>One Rodney Square<br>920 North King Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 651-7700<br>Facsimile: (302) 651-7701<br>Email: collins@rlf.com<br>          kandestin@rlf.com<br><br>-and-<br><br>Dennis F. Dunne (admitted *pro hac vice*)<br>**MILBANK LLP**<br>55 Hudson Yards<br>New York, New York 10001<br>Telephone: (212) 530-5000<br>Facsimile: (212) 530-5219<br><br>-and-<br><br>Andrew M. Leblanc (admitted *pro hac vice*)<br>Melanie Westover Yanez (admitted *pro hac vice*)<br>Riah Kim (admitted *pro hac vice*)<br>**MILBANK LLP**<br>1101 New York Avenue NW,<br>Washington, DC 20005<br>Telephone: (202) 835-7500<br>Facsimile: (202) 263-7586<br><br>*Counsel for the Funds* |