# Exhibit A

**Yellow - Estimated Recoveries ($) by Class 5 Constituency**

| (in millions) | Settlement Scenario[1] | | Rulings to Date Scenario[2] | | Variance | | |
|---|---|---|---|---|---|---|---|
| | Low | High | Low | High | Low | High | |
| Central States | 100.6 | 186.1 | 83.6 | 167.2 | 17.0 | 18.9 | |
| New York Teamsters | 45.6 | 84.5 | 45.4 | 90.7 | 0.3 | (6.3) | |
| Other Groom MEPPs | 1.7 | 3.2 | 0.8 | 1.7 | 0.9 | 1.5 | |
| Milbank MEPPs | 49.5 | 91.7 | 35.8 | 71.6 | 13.8 | 20.1 | |
| Other Settling MEPPs | 3.6 | 6.6 | 3.9 | 7.7 | (0.3) | (1.1) | |
| **Subtotal - Settling MEPPs** | $ 201.1 | $ 372.1 | $ 169.4 | $ 339.0 | $ 31.6 | $ 33.1 | |
| PBGC | 23.9 | 43.5 | 40.7 | 81.4 | (16.8) | (37.9) | |
| **Subtotal - All Settling Parties** | $ 225.0 | $ 415.6 | $ 210.2 | $ 420.4 | $ 14.8 | $ (4.8) | |
| Non-Settling MEPPs | 35.2 | 64.1 | 36.1 | 72.2 | (0.9) | (8.1) | (3) |
| Non-Settling Other J&S Claimants | 29.0 | - | 45.2 | - | (16.2) | - | (4) |
| Non-J&S Claimants | 21.4 | 23.3 | 19.7 | 23.5 | 1.7 | (0.2) | |
| **Total Recoveries** | $ 310.6 | $ 503.0 | $ 311.1 | $ 516.1 | $ (0.5) | $ (13.1) | |

**Notes:**
(1) Recoveries shown net of $7.5 million contribution from Settling MEPPs to Non-J&S Claimants.
(2) Matches the plan recovery estimates included in the liquidation analysis presented at the plan confirmation hearing.
(3) The $8.1 high end variance includes $2.9M attributable to the MFN funds.
(4) Represents the disputed insurance deficiency claim which is why recovery is zero in the high scenario.

| ($ in 000s) | Settlement Scenario ||||||||| Non-J&S Class 5 Recovery ||
| | Consolidated Class 5 Settlement Recovery || Settling J&S Class 5 Recovery [1] || Non-Settling J&S Class 5 Recovery || PBGC Class 5 Recovery || ||
| | Low | High | Low | High | Low | High | Low | High | Low | High |
|---|---|---|---|---|---|---|---|---|---|---|
| **% Recoveries by Entity:** | | | | | | | | | | |
| 1105481 Ontario Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Express Lane Service, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| New Penn Motor Express LLC | 1.5% | 1.9% | 1.4% | 1.8% | 1.5% | 1.9% | 1.5% | 1.9% | 2.2% | 2.8% |
| Roadway Express International, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Roadway LLC | 2.1% | 4.2% | 2.1% | 4.1% | 2.1% | 4.2% | 2.1% | 4.2% | 3.3% | 6.1% |
| Roadway Next Day Corporation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| USF Bestway Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| USF Dugan Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| USF Holland International Sales Corporation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| USF Holland LLC | 1.4% | 3.0% | 1.4% | 3.0% | 1.4% | 3.0% | 1.4% | 3.0% | 2.2% | 4.5% |
| USF Reddaway Inc. | 1.4% | 2.4% | 1.3% | 2.3% | 1.4% | 2.4% | 1.4% | 2.4% | 2.2% | 3.5% |
| USF Redstar LLC | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Yellow Corporation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Yellow Freight Corporation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Yellow Logistics, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Association Solutions, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Enterprise Services, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Freight Canada Company | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Inc. | 7.9% | 14.7% | 7.6% | 14.4% | 7.9% | 14.7% | 7.9% | 14.7% | 12.1% | 21.7% |
| YRC International Investments, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Logistics Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Logistics Services, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Mortgages, LLC | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Regional Transportation, Inc. | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.2% | 0.3% | 0.3% |
| **$ Recoveries by Entity:** | | | | | | | | | | |
| 1105481 Ontario Inc. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - |
| Express Lane Service, Inc. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - |
| New Penn Motor Express LLC | 29,908 | 34,642 | 20,141 | 26,408 | 6,433 | 4,549 | 2,397 | 3,091 | 286 | 92 |
| Roadway Express International, Inc. | - | - | - | - | - | - | - | - | - | - |
| Roadway LLC | 43,570 | 76,858 | 29,519 | 58,693 | 9,429 | 10,110 | 3,513 | 6,869 | 13 | 3 |
| Roadway Next Day Corporation | - | - | - | - | - | - | - | - | - | - |
| USF Bestway Inc. | - | - | - | - | - | - | - | - | - | - |
| USF Dugan Inc. | 18 | 18 | 12 | 14 | 4 | 2 | 1 | 2 | 0 | 0 |
| USF Holland International Sales Corporation | - | - | - | - | - | - | - | - | - | - |
| USF Holland LLC | 30,032 | 56,379 | 19,915 | 42,523 | 6,361 | 7,325 | 2,370 | 4,977 | 989 | 1,028 |
| USF Reddaway Inc. | 28,905 | 44,116 | 19,381 | 33,510 | 6,191 | 5,772 | 2,307 | 3,922 | 467 | 349 |
| USF Redstar LLC | 253 | 256 | 171 | 196 | 55 | 34 | 20 | 23 | 0 | 0 |
| Yellow Corporation | - | - | - | - | - | - | - | - | - | - |
| Yellow Freight Corporation | - | - | - | - | - | - | - | - | - | - |
| Yellow Logistics, Inc. | - | - | - | - | - | - | - | - | - | - |
| YRC Association Solutions, Inc. | 8 | 8 | 5 | 6 | 2 | 1 | 1 | 1 | 0 | - |
| YRC Enterprise Services, Inc. | - | - | - | - | - | - | - | - | - | - |
| YRC Freight Canada Company | - | - | - | - | - | - | - | - | - | - |
| YRC Inc. | 173,952 | 286,633 | 109,226 | 207,622 | 34,887 | 35,765 | 12,999 | 24,300 | 19,651 | 21,787 |
| YRC International Investments, Inc. | 245 | 248 | 166 | 190 | 53 | 33 | 20 | 22 | 0 | - |
| YRC Logistics Inc. | - | - | - | - | - | - | - | - | - | - |
| YRC Logistics Services, Inc. | 8 | 9 | 6 | 7 | 2 | 1 | 1 | 1 | 0 | 0 |
| YRC Mortgages, LLC | - | - | - | - | - | - | - | - | - | - |
| YRC Regional Transportation, Inc. | 3,720 | 3,791 | 2,521 | 2,895 | 805 | 499 | 300 | 339 | 1 | 0 |
| **Total** | $ 310,619 | $ 502,959 | $ 201,063 | $ 372,062 | $ 64,221 | $ 64,091 | $ 23,928 | $ 43,546 | $ 21,407 | $ 23,259 |

Notes:
   [1] Includes 9019 settling MEPPs only and not PBGC settlement

| ($ in 000s) | Rulings to Date Scenario | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Consolidated Class 5 Settlement Recovery | | Settling J&S Class 5 Recovery[1] | | Non-Settling J&S Class 5 Recovery | | PBGC Class 5 Recovery | | Non-J&S Class 5 Recovery | |
| | Low | High | Low | High | Low | High | Low | High | Low | High |
| **% Recoveries by Entity:** | | | | | | | | | | |
| 1105481 Ontario Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Express Lane Service, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| New Penn Motor Express LLC | 2.2% | 3.1% | 2.2% | 3.1% | 2.2% | 3.1% | 2.2% | 3.1% | 2.2% | 3.1% |
| Roadway Express International, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Roadway LLC | 4.5% | 10.1% | 4.5% | 10.1% | 4.5% | 10.1% | 4.5% | 10.1% | 4.5% | 10.1% |
| Roadway Next Day Corporation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| USF Bestway Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| USF Dugan Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| USF Holland International Sales Corporation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| USF Holland LLC | 2.3% | 5.6% | 2.3% | 5.6% | 2.3% | 5.6% | 2.3% | 5.6% | 2.3% | 5.6% |
| USF Reddaway Inc. | 2.2% | 4.1% | 2.2% | 4.1% | 2.2% | 4.1% | 2.2% | 4.1% | 2.2% | 4.1% |
| USF Redstar LLC | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Yellow Corporation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Yellow Freight Corporation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Yellow Logistics, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Association Solutions, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Enterprise Services, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Freight Canada Company | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Inc. | 11.0% | 22.0% | 11.0% | 22.0% | 11.0% | 22.0% | 11.0% | 22.0% | 11.0% | 22.0% |
| YRC International Investments, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Logistics Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Logistics Services, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Mortgages, LLC | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Regional Transportation, Inc. | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | 0.4% | 0.3% | 0.4% |
| **$ Recoveries by Entity:** | | | | | | | | | | |
| 1105481 Ontario Inc. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - |
| Express Lane Service, Inc. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | - |
| New Penn Motor Express LLC | 28,973 | 33,384 | 16,678 | 22,903 | 8,004 | 4,878 | 4,006 | 5,502 | 285 | 101 |
| Roadway Express International, Inc. | - | - | - | - | - | - | - | - | - | - |
| Roadway LLC | 58,281 | 109,778 | 33,872 | 75,539 | 16,254 | 16,088 | 8,137 | 18,146 | 18 | 5 |
| Roadway Next Day Corporation | - | - | - | - | - | - | - | - | - | - |
| USF Bestway Inc. | - | - | - | - | - | - | - | - | - | - |
| USF Dugan Inc. | 18 | 18 | 10 | 12 | 5 | 3 | 2 | 3 | 0 | - |
| USF Holland International Sales Corporation | - | - | - | - | - | - | - | - | - | - |
| USF Holland LLC | 30,640 | 62,415 | 17,216 | 42,072 | 8,261 | 8,960 | 4,135 | 10,106 | 1,028 | 1,277 |
| USF Reddaway Inc. | 29,184 | 44,747 | 16,686 | 30,513 | 8,007 | 6,498 | 4,008 | 7,330 | 483 | 405 |
| USF Redstar LLC | 254 | 259 | 148 | 178 | 71 | 38 | 35 | 43 | 0 | 0 |
| Yellow Corporation | - | - | - | - | - | - | - | - | - | - |
| Yellow Freight Corporation | - | - | - | - | - | - | - | - | - | - |
| Yellow Logistics, Inc. | - | - | - | - | - | - | - | - | - | - |
| YRC Association Solutions, Inc. | 8 | 8 | 4 | 5 | 2 | 1 | 1 | 1 | 0 | - |
| YRC Enterprise Services, Inc. | - | - | - | - | - | - | - | - | - | - |
| YRC Freight Canada Company | - | - | - | - | - | - | - | - | - | - |
| YRC Inc. | 159,768 | 261,360 | 82,510 | 164,925 | 39,595 | 35,124 | 19,820 | 39,618 | 17,843 | 21,692 |
| YRC International Investments, Inc. | 246 | 251 | 143 | 173 | 69 | 37 | 34 | 41 | 0 | - |
| YRC Logistics Inc. | - | - | - | - | - | - | - | - | - | - |
| YRC Logistics Services, Inc. | 9 | 9 | 5 | 6 | 2 | 1 | 1 | 1 | 0 | 0 |
| YRC Mortgages, LLC | - | - | - | - | - | - | - | - | - | - |
| YRC Regional Transportation, Inc. | 3,738 | 3,831 | 2,173 | 2,636 | 1,043 | 561 | 522 | 633 | 1 | 0 |
| **Total** | $ 311,119 | $ 516,059 | $ 169,445 | $ 338,963 | $ 81,313 | $ 72,189 | $ 40,704 | $ 81,425 | $ 19,658 | $ 23,481 |

Notes:
[1] Includes 9019 settling MEPPs only and not PBGC

**Variance between Settlement Scenario and Rulings to Date Scenario**

| ($ in 000s) | Consolidated Class 5 Settlement Recovery | | Settling J&S Class 5 Recovery[1] | | Non-Settling J&S Class 5 Recovery | | PBGC Class 5 Recovery | | Non-J&S Class 5 Recovery | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Low | High | Low | High | Low | High | Low | High | Low | High |
| **% Recoveries by Entity:** | | | | | | | | | | |
| 1105481 Ontario Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Express Lane Service, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| New Penn Motor Express LLC | -0.8% | -1.2% | -0.8% | -1.2% | -0.8% | -1.2% | -0.8% | -1.2% | 0.0% | -0.3% |
| Roadway Express International, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Roadway LLC | -2.4% | -5.9% | -2.5% | -6.0% | -2.4% | -5.9% | -2.4% | -5.9% | -1.2% | -3.9% |
| Roadway Next Day Corporation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| USF Bestway Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| USF Dugan Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| USF Holland International Sales Corporation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| USF Holland LLC | -0.9% | -2.6% | -0.9% | -2.7% | -0.9% | -2.6% | -0.9% | -2.6% | -0.1% | -1.2% |
| USF Reddaway Inc. | -0.8% | -1.7% | -0.9% | -1.7% | -0.8% | -1.7% | -0.8% | -1.7% | -0.1% | -0.6% |
| USF Redstar LLC | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Yellow Corporation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Yellow Freight Corporation | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Yellow Logistics, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Association Solutions, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Enterprise Services, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Freight Canada Company | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Inc. | -3.1% | -7.3% | -3.4% | -7.6% | -3.1% | -7.3% | -3.1% | -7.3% | 1.1% | -0.3% |
| YRC International Investments, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Logistics Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Logistics Services, Inc. | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Mortgages, LLC | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| YRC Regional Transportation, Inc. | -0.1% | -0.1% | -0.1% | -0.2% | -0.1% | -0.1% | -0.1% | -0.1% | 0.0% | 0.0% |
| **$ Recoveries by Entity:** | | | | | | | | | | |
| 1105481 Ontario Inc. | (0) | (0) | 0 | 0 | (0) | (0) | (0) | (0) | (0) | - |
| Express Lane Service, Inc. | (0) | (0) | 0 | 0 | (0) | (0) | (0) | (0) | (0) | - |
| New Penn Motor Express LLC | 935 | 1,258 | 3,463 | 3,504 | (1,570) | (329) | (1,610) | (2,411) | 1 | (10) |
| Roadway Express International, Inc. | - | - | - | - | - | - | - | - | - | - |
| Roadway LLC | (14,711) | (32,919) | (4,353) | (16,846) | (6,826) | (5,977) | (4,624) | (11,276) | (5) | (2) |
| Roadway Next Day Corporation | - | - | - | - | - | - | - | - | - | - |
| USF Bestway Inc. | - | - | - | - | - | - | - | - | - | - |
| USF Dugan Inc. | (0) | (0) | 2 | 1 | (1) | (0) | (1) | (1) | (0) | 0 |
| USF Holland International Sales Corporation | - | - | - | - | - | - | - | - | - | - |
| USF Holland LLC | (608) | (6,036) | 2,700 | 451 | (1,900) | (1,635) | (1,765) | (5,129) | (39) | (248) |
| USF Reddaway Inc. | (279) | (631) | 2,696 | 2,996 | (1,817) | (726) | (1,702) | (3,408) | (16) | (56) |
| USF Redstar LLC | (1) | (2) | 24 | 18 | (16) | (4) | (15) | (20) | (0) | (0) |
| Yellow Corporation | - | - | - | - | - | - | - | - | - | - |
| Yellow Freight Corporation | - | - | - | - | - | - | - | - | - | - |
| Yellow Logistics, Inc. | - | - | - | - | - | - | - | - | - | - |
| YRC Association Solutions, Inc. | (0) | (0) | 1 | 1 | (0) | (0) | (0) | (1) | (0) | - |
| YRC Enterprise Services, Inc. | - | - | - | - | - | - | - | - | - | - |
| YRC Freight Canada Company | - | - | - | - | - | - | - | - | - | - |
| YRC Inc. | 14,184 | 25,273 | 26,716 | 42,696 | (4,707) | 641 | (6,822) | (15,318) | 1,807 | 94 |
| YRC International Investments, Inc. | (1) | (3) | 23 | 17 | (16) | (4) | (15) | (19) | (0) | - |
| YRC Logistics Inc. | - | - | - | - | - | - | - | - | - | - |
| YRC Logistics Services, Inc. | (0) | (0) | 1 | 0 | (1) | (0) | (1) | (1) | (0) | (0) |
| YRC Mortgages, LLC | - | - | - | - | - | - | - | - | - | - |
| YRC Regional Transportation, Inc. | (18) | (40) | 348 | 259 | (238) | (63) | (222) | (294) | (0) | (0) |
| **Total** | $ (500) | $ (13,100) | $ 31,619 | $ 33,099 | $ (17,092) | $ (8,098) | $ (16,776) | $ (37,879) | $ 1,749 | $ (222) |

Notes:
[1] Includes 9019 settling MEPPs only and not PBGC