# Exhibit C

File Produced in Native Format

YELLOW_DEBTORS_9019_00011987

| ($ in Millions) | Rulings to Date - Midpoint | | | Settlement Including Milbank - Midpoint | | | Variance - Midpoint | | |
|---|---|---|---|---|---|---|---|---|---|
| | Unsubordinated Portion | Subordinated Portion[1] | Total Claim | Unsubordinated Portion | Subordinated Portion[2][3] | Total Claim | Unsubordinated Portion | Subordinated Portion | Total Claim |
| Central States MEPP | 369.6 | 369.6 | **739.3** | 719.5 | 184.8 | **904.3** | 349.8 | (184.8) | **165.0** |
| Groom NYST MEPP | 200.6 | 167.2 | **367.8** | 326.5 | 83.8 | **410.2** | 125.9 | (83.4) | **42.5** |
| Groom Other MEPP | 3.7 | 3.7 | **7.4** | 12.2 | 4.1 | **16.3** | 8.5 | 0.4 | **8.9** |
| Milbank MEPP | 158.2 | 158.2 | **316.5** | 354.3 | 118.1 | **472.5** | 196.1 | (40.1) | **156.0** |
| Other Settling MEPP | 17.1 | 17.1 | **34.2** | 25.7 | 8.6 | **34.2** | 8.5 | (8.6) | **(0.0)** |
| MFN MEPP | 51.1 | 51.1 | **102.1** | 76.6 | 25.5 | **102.1** | 25.5 | (25.5) | **0.0** |
| Other MEPP | 108.4 | 108.6 | **217.0** | 166.3 | 55.4 | **221.7** | 57.8 | (53.2) | **4.6** |
| Insurance Deficiency Claims | 100.0 | - | **100.0** | 100.0 | - | **100.0** | - | - | **-** |
| PBGC | 180.0 | - | **180.0** | 165.0 | - | **165.0** | (15.0) | - | **(15.0)** |
| Other GUC Claims (Non-Joint & Several) | 284.4 | - | **284.4** | 285.4 | - | **285.4** | 1.0 | - | **1.0** |
| **Total** | $ 1,473.2 | $ 875.6 | $ **2,348.8** | $ 2,231.5 | $ 480.3 | $ **2,711.7** | $ 758.2 | $ (395.3) | $ **362.9** |

| Memo: Estimated Sources for Equity Recovery | | | | | |
|---|---|---|---|---|---|
| Rate | | 5.36% | | 5.36% | |
| Start Date | | 8/6/2023 | | 8/6/2023 | |
| End Date | | 6/30/2027 | | 6/30/2027 | |
| Years | | 3.9 | | 3.9 | |
| Postpetition Interest $ | | 530.7 | | 612.7 | 82.0 |
| Admin & Priority Claims and Employee / Convenience Class[4] | | 236.4 | | 243.2 | 6.8 |
| Total Unsecured Claims (Per Above) | | 2,348.8 | | 2,711.7 | 362.9 |
| Total Dist. Value Required for Equity Dist. | | 3,115.9 | | 3,567.6 | 451.7 |
| Less: Estimated Value Excluding IBT Litigation Recoveries | | (650.0) | | (650.0) | - |
| **Required Recovery from IBT Litigation / Other Sources** | | $ **2,465.9** | | $ **2,917.6** | $ **451.7** |

Notes:
[1] All MEPP withdrawal liability claims are subordinated by 50% in the rulings to date scenario; contract claims, including NYST liquidated damages, are not subordinated
[2] All MEPP withdrawal liability claims are subordinated by 25% in the settlement scenario; contract claims, including CS's contract claim and NYST liquidated damages, are not subordinated
[3] NYST subordinated portion is calculated solely based on the $251M withdrawal liability identified in the Hilco report; it excludes subordination for liquidated damages
[4] Assumes postpetition interest does not accrue on these amounts