# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**DEBTORS' WITNESS & EXHIBIT LIST
FOR HEARING ON JANUARY 21, 2026 AT 9:30 A.M. (ET) WITH
RESPECT TO APPROVAL OF SETTLEMENT AGREEMENTS BY AND AMONG THE
DEBTORS AND CERTAIN PENSION FUNDS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this witness and exhibit list in connection with the hearing scheduled for **January 21, 2026, at 9:30 a.m. (ET)**, before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Hearing"), at which time the following matters are currently scheduled to be heard:

1. *Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Dkt. No. 8296] ("Settlement Motion"); and

2. *Supplemental Motion to Approve Compromise under Rule 9019 Supplemental Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Dkt.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

No. 8443] ("Supplemental Settlement Motion" and, together with the Settlement Motion, the "Settlement Motions")

## WITNESSES

The Debtors will call Robert Campbell to testify regarding the topics in his expert report submitted in support of the Settlement Motions. The Debtors will call Brian Whittman to testify concerning the topics in his declarations submitted in support of the Settlement Motions.

The Debtors reserve the right to call any witness necessary to lay foundation or for rebuttal.

## EXHIBITS

The Debtors designate the following exhibits that may be used at the Hearing in connection with the Settlement Motions:

| Debtors' Exhibit No. | Exhibit Description | ECF No. |
|---|---|---|
| 1 | *Declaration of Brian Whittman in Support of Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* | 8297 |
| 2 | *Supplemental Declaration of Brian Whittman in Support of Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* and exhibits thereto | 8544 |
| 3 | Expert Report: Calculations of Withdrawal Liability for Settlement Purposes, by Robert T. Campbell | |
| 4 | YELLOW_DEBTORS_9019_00011345 | |
| 5 | YELLOW_DEBTORS_9019_00011987 | |
| 6 | *Stipulation Regarding Certain Undisputed Facts Between MFN Partners, LP and Mobile Street Holdings, LLC and the Debtors Regarding Motion of the Debtors for Entry of an Order Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds* | 8485 |
| 7 | *Settlement Term Sheets for multiemployer pension plan claimants subject to the Settlement Motion* | 8296-2 |

| Debtors' Exhibit No. | Exhibit Description | ECF No. |
|---|---|---|
| 8 | *Settlement Term Sheet for multiemployer pension plan claimant subject to the Supplemental Settlement Motion* | 8443-2 |
| 9 | YELLOW_DEBTORS_CONFIRMATION_00000260-00000286 - Debtors' October 1, 2025 board meeting presentation deck | |
| 10 | YELLOW_DEBTORS_9019_00010413-00010415 - Debtors' October 1, 2025 board meeting minutes | |
| 11 | YELLOW_DEBTORS_CONFIRMATION_00008230-00008245 -Debtors' October 22, 2025 board meeting presentation deck | |
| 12 | YELLOW_DEBTORS_9019_00010416-00010417 - Debtors' October 22, 2025 board meeting minutes | |
| 13 | Debtors' Amended Responses and Objections to MFN Partners, LP and Mobile Street Holdings, LLC First Set of Interrogatories Regarding Motion of the Debtors for Entry of an Order Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds, dated January 2, 2026 | |
| 14 | MFN Parties' Responses and Objections to Debtors' First Set of Interrogatories to MFN Partners, LP and Mobile Street Holdings, LLC Regarding Debtors' Motion for Order Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds, dated January 12, 2026 | |
| 15 | *Memorandum Opinion on Summary Judgment Motions Re: Withdrawal Liability* | 4326 |
| 16 | *Amended Memorandum Opinion on Summary Judgment Motions Re: Withdrawal Liability* | 4769 |
| 17 | *Order Granting Motion for Reconsideration and Posing Further Questions for the Parties to Consider* | 4771 |
| 18 | *Memorandum Opinion Regarding Motion for Consideration* | 4846 |
| 19 | *Order Relating to SFA MEPP Litigation Motions for Summary Judgment and Motions to Reconsider* | 5057 |
| 20 | *Memorandum Opinion Regarding Cross Motions for Summary* | 5619 |

| Debtors' Exhibit No. | Exhibit Description | ECF No. |
|---|---|---|
| | *Judgment on Withdrawal Liability* | |
| 21 | *Memorandum Opinion Setting Forth Preliminary Observations on Remaining Multiemployer Pension Plan Claims Allowance Disputes* | 6030 |
| 22 | *Order Relating to Non-SFA MEPP Litigation Motions for Summary Judgment and Motions in Limine* | 6740 |
| 23 | *Order (with modifications by the Court) Relating to Multiemployer Pension Plan Motions for Summary Judgment* | 6682 |
| 24 | Opinion dated September 16, 2025, Docket No. 103, *In re: Yellow Corporation, et al.*, Case no. 25-1421 (3rd Cir.) | |
| 25 | Judgment dated September 16, 2025, Docket No. 104-2, *In re: Yellow Corporation, et al.*, Case no. 25-1421 (3rd Cir.) | |
| 26 | Transcript of 30(b)(1) Deposition of Robert T. Campbell, dated January 7, 2026 | |
| 27 | Transcript of 30(b)(1) and 30(b)(6) Deposition of Brian Whittman, dated January 9, 2026 | |
| 28 | *Central States Pension Fund's Motion for Partial Summary Judgment* | 3803 |
| 29 | *Multiemployer Pension Plans' Motion for Partial Summary Judgment* | 3805 |
| 30 | *Debtors' Motion for Partial Summary Judgment on SFA MEPPS' Withdrawal Liability Claims* | 3825 |
| 31 | *Debtors' Motion to Reconsider in Part the September 13, 2024 Memorandum Opinion Finding a Withdrawal Liability Default in Advance of a Withdrawal Liability Payment Obligation* | 4461 |
| 32 | *MFN Partners, LP and Mobile Street Holdings, LLC Pursuant to 11 U.S.C. § 502(j) and Federal Rules of Bankruptcy Procedure 3008 and 9023 Requesting Reconsideration of Court's Entry of Partial Summary Judgment in Favor of Pension Plans and Joining Debtor Reconsideration Motion* | 4462 |
| 33 | *Debtors' Motion for Partial Summary Judgment on Non-SFA* | 4834 |

| Debtors' Exhibit No. | Exhibit Description | ECF No. |
|---|---|---|
| | *MEPPs' Withdrawal Liability Claims* | |
| 34 | *The Funds' Motion for Partial Summary Judgment* | 4835 |
| 35 | *Teamsters Pension Trust Fund of Philadelphia & Vicinity's Motion for Summary Judgment* | 5162 |
| 36 | *Multiemployer Pension Plan's Supplemental Motion for Summary Judgment* | 5165 |
| 37 | *Central States Pension Fund's Motion for Summary Judgment on Its Withdrawal Liability and Contribution Guarantee Claims* | 5166 |
| 38 | *Funds' Motion for Partial Summary Judgment* | 5175 |
| 39 | *Debtors' Motion for Partial Summary Judgment on SFA MEPPS' and NonSFA MEPPs' Claims* | 5181 |
| 40 | *Interim Application for Compensation [First] and Reimbursement of Kirkland & Ellis LLP and Kirkland & Ellis International, LLP, Attorneys for the Debtors and Debtors in Possession, for the period from August 6, 2023 to and Including October 31, 2023* | 1548 |
| 41 | *Interim Application for Compensation [Second] and Reimbursement of Kirkland & Ellis LLP and Kirkland & Ellis International, LLP, Attorneys for the Debtors and Debtors in Possession, for the period from November 1, 2023 to and Including January 31, 2024* | 2637 |
| 42 | *Interim Application for Compensation [Third] and Reimbursement of Kirkland & Ellis LLP and Kirkland & Ellis International, LLP, Attorneys for the Debtors and Debtors in Possession, for the period from February 1, 2024 to and Including April 30, 2024* | 3932 |
| 43 | *Interim Application for Compensation [Fourth] and Reimbursement of Kirkland & Ellis LLP and Kirkland & Ellis International, LLP, Attorneys for the Debtors and Debtors in Possession, for the period from May 1, 2024 to and Including July 31, 2024* | 4446 |
| 44 | *Interim Application for Compensation [Fifth] and Reimbursement of Kirkland & Ellis LLP and Kirkland & Ellis International, LLP, Attorneys for the Debtors and Debtors in* | 5297 |

| Debtors' Exhibit No. | Exhibit Description | ECF No. |
|---|---|---|
| | *Possession, for the period from August 1, 2024 to and Including October 31, 2024* | |
| 45 | *Interim Application for Compensation [Sixth] and Reimbursement of Kirkland & Ellis LLP and Kirkland & Ellis International, LLP, Attorneys for the Debtors and Debtors in Possession, for the period from November 1, 2024 to and Including January 31, 2025* | 6072 |
| 46 | *Interim Application for Compensation [Seventh] and Reimbursement of Kirkland & Ellis LLP and Kirkland & Ellis International, LLP, Attorneys for the Debtors and Debtors in Possession, for the period from February 1, 2025 to and Including April 30, 2025* | 7429 |
| 47 | *Interim Application for Compensation [Eighth] and Reimbursement of Kirkland & Ellis LLP and Kirkland & Ellis International, LLP, Attorneys for the Debtors and Debtors in Possession, for the period from May 1, 2025 to and Including July 31, 2025* | 8204 |
| 48 | *Monthly Application for Compensation [Twenty-Second] and Reimbursement of Kirkland & Ellis LLP and Kirkland & Ellis International, LLP, Attorneys for the Debtors and Debtors in Possession, for the period from August 1, 2025 to and Including August 31, 2025* | 8030 |
| 49 | *Monthly Application for Compensation [Twenty-Third] and Reimbursement of Kirkland & Ellis LLP and Kirkland & Ellis International, LLP, Attorneys for the Debtors and Debtors in Possession, for the period from September 1, 2025 to and Including October 31, 2025* | 8363 |
| 50 | *Monthly Application for Compensation [Twenty-Fourth] and Reimbursement of Kirkland & Ellis LLP and Kirkland & Ellis International, LLP, Attorneys for the Debtors and Debtors in Possession, for the period from November 1, 2025 to and Including November 19, 2025* | 8532 |
| 51 | Any proof of claim filed by any multiemployer pension plan claimant subject to the Settlement Motions in the above-captioned cases | |
| 52 | Any document or pleading filed in the above-captioned cases | |

| Debtors' Exhibit No. | Exhibit Description | ECF No. |
|---|---|---|
| **53** | Any exhibit necessary for impeachment or rebuttal purposes | |
| **54** | Any exhibit identified or offered by any other party | |

The Debtors reserve the right to use any exhibit listed by any other party. The Debtors also reserve the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

Dated: January 19, 2026
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | Casey McGushin (admitted *pro hac vice*) |
| Edward Corma (DE Bar No. 6718) | Shirley Chan (admitted *pro hac vice*) |
| **PACHULSKI STANG ZIEHL & JONES LLP** | **KIRKLAND & ELLIS LLP** |
| 919 North Market Street, 17th Floor | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| P.O. Box 8705 | 333 W Wolf Point Plaza |
| Wilmington, Delaware 19801 | Chicago, Illinois 60654 |
| Telephone: (302) 652-4100 | Telephone: (312) 862-2000 |
| Facsimile: (302) 652-4400 | Facsimile: (312) 862-2200 |
| Email: ljones@pszjlaw.com | Email: patrick.nash@kirkland.com |
| tcairns@pszjlaw.com | david.seligman@kirkland.com |
| pkeane@pszjlaw.com | casey.mcgushin@kirkland.com |
| ecorma@pszjlaw.com | shirley.chan@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*