IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellow Corporation, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors | ) | (Jointly Administered) |

**THE FUNDS' WITNESS AND EXHIBIT LIST
FOR THE JANUARY 21, 2026 HEARING**

The Funds[2], hereby disclose the witness(es) and exhibits they may rely on at the January 21, 2026 hearing concerning the *Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Motion, D.I. 8296] and related pleadings.

**WITNESSES**:

The Funds reserve the right to call the following witnesses:

1. Any witnesses designated by any other party.

2. Any witnesses necessary to authenticate any document.

3. Any rebuttal and/or impeachment witnesses.

**EXHIBITS**:

4. MFN Parties' Responses and Objections to Debtors' First Set of Interrogatories to MFN Partners, LP and Mobile Street Holdings, LLC Regarding Debtors' Motion for Order

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

[2] The "Funds" are four multiemployer pension plans: New York State Teamsters Conference Pension and Retirement Fund ("NYST Fund"); Management Labor Pension Fund Local 1730 ("1730"); Teamsters Local 617 Pension Fund ("617"); and Trucking Employees of North Jersey Pension Fund ("TENJ").

Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds, dated January 12, 2026, which is attached as Exhibit A to the Funds' *Joinder and Reply* in support of the Motion [D.I. 8542].

5. *Expert Report: Calculations of Withdrawal Liability for Settlement Purposes* by Robert T. Campbell, produced by Debtors in the above-captioned action on December 29, 2025, which is attached as Exhibit B to the Funds' *Joinder and Reply*.

6. NYST Fund's Responses and Objections to MFN Partners, LP and Mobile Street Holding's Rule 31 Deposition by Written Questions, dated January 5, 2026, which is attached as Exhibit C to the Funds' *Joinder and Reply*.

7. E-mail correspondence dated January 2, 2026, which is attached as Exhibit D to the Funds' *Joinder and Reply*.

8. An excerpted copy of the transcript from the January 9, 2026 deposition of Brian Whittman, which is attached as Exhibit E to the Funds' *Joinder and Reply*.

9. *Supplemental Written Declaration of Kenneth R. Stilwell on behalf of New York State Teamsters Conference Pension and Retirement Fund*, dated December 12, 2024, [D.I. 5165-8].

10. Transcript of Deposition of Kenneth R. Stilwell, taken December 8, 2025.

11. Any exhibit listed by any other party.

12. Any exhibit necessary to rebut the testimony of a witness presented by any other party, whether live or through designation.

13. Any pleading or other document filed with the Court on the docket of the above-captioned chapter 11 cases or related adversary proceedings.

14. Any proof of claim filed by any of the Funds in the above-captioned chapter 11 cases.

Dated: January 19, 2026
Wilmington, Delaware

**SULLIVAN NIMEROFF BROWN HILL LLC**

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
919 North Market Street, Suite 420
Wilmington, DE 19801
Tel: (302) 428-8191
Email: bsullivan@sha-llc.com
whazeltine@sha-llc.com

GROOM LAW GROUP, CHARTERED
Edward J. Meehan (*pro hac vice*)
Samuel I. Levin (*pro hac vice*)
1701 Pennsylvania Ave., NW
Washington, DC 20006
Tel: (202) 857-0620
Email: emeehan@groom.com
slevin@groom.com

*Special Counsel for the Funds*

3