# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |

### MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC'S
### WITNESS AND EXHIBIT LIST FOR HEARING ON JANUARY 21, 2026

MFN Partners, LP ("MFN") and Mobile Street Holdings, LLC ("Mobile Street" and collectively, the "MFN/Mobile Street") by and through their undersigned counsel, hereby submits this witness and exhibit list (the "Witness and Exhibit List") for the hearing scheduled for **January 21, 2026 at 9:30 a.m. (E.T.)** (the "Hearing") before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801, in connection with the *Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8296] (the "9019 Motion") and the *Supplemental Motion to Approve Compromise under Rule 9019 Supplemental Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8443] (the "Supplemental 9019 Motion", and together the "9019 Motions").

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

## WITNESSES

MFN/Mobile Street designate the following individuals as potential witnesses for the Hearing whose testimony may be presented live and/or through their declarations:

| Name | Topic |
| --- | --- |
| Manish Kumar, Managing Director at Province, LLC | All topics related to the Settlement Motion |
| Brian Whittman, Managing Director at Alvarez & Marsal North America, LLC | All topics related to the Settlement Motion |
| Robert T. Campbell, Hilco Valuation Services Inc. | All topics related to the Settlement Motion |
| Erin E. Dexter, counsel for the Central Pennsylvania Teamsters Pension Fund Defined Benefit Plan and the New England Teamsters Pension Fund | All topics related to the Settlement Motion |
| *Any witness listed or called by any other party* | |
| *Any rebuttal and/or impeachment witnesses* | |

MFN/Mobile Street reserve the right to (a) identify additional witnesses who may testify at the Hearing, (b) cross-examine any witness called by any other party, (c) call additional witnesses for the purposes of rebuttal or impeachment, (d) call any witness identified by another party on their witness list, regardless of whether that party thereafter removes the witness from their list, and (e) call any witness necessary for the purpose of authenticating documents or otherwise seeking the admission of documents into evidence.

## EXHIBITS

MFN/Mobile Street may, if necessary, seek to introduce some or all of the following exhibits at the Hearing.

| No. | Description | Docket, Bates or Deposition Exhibit No. (if available) |
|---|---|---|
| **Deposition Transcripts** | | |
| 1. | Deposition transcript of Brian Whittman | |
| 2. | Deposition transcript of Robert T. Campbell | |
| 3. | Deposition transcript of Erin Dexter | |
| 4. | Deposition transcript of Kenneth R. Stilwell | |
| **Proofs of Claims** | | |
| 5. | Proofs of Claim filed by Central States, Southeast and Southwest Areas Pension Fund Withdrawal Liability | POC Nos. 4303-4306, 4312, 6001-6004 |
| 6. | Proofs of Claim filed by Central States, Southeast and Southwest Areas Pension Fund Penalty Claim | POC Nos. 4338 |
| 7. | Proofs of Claim filed by Freight Drivers and Helpers 557 Pension Fund | POC Nos. 18456, 18556, 18679 |
| 8. | Proofs of Claim filed by Management Labor Pension Fund Local 1730 | POC Nos. 14178, 15211, 15213, 15215, 15217, 20149 |
| 9. | Proofs of Claim filed by Local 701 | POC Nos. 10624, 12509. 15075, 17722, 17730, 17741, 17819, 19533, 19534 |
| 10. | Proofs of Claim filed by New York Teamsters | POC Nos. 4507 |
| 11. | Proofs of Claim filed by Local 617 | POC Nos. 15724, 15727 |
| 12. | Proofs of Claim filed by Local 641 | POC Nos. 5970, 5971, 19839, 19841, 19842 |
| 13. | Proofs of Claim filed by Trucking Employees of North Jersey | POC Nos. 10748, 10749, 12488, 12489, 12490 |
| 14. | Proofs of Claim filed by Local 707 | POC Nos. 14941-14945, 15170, 19144 |
| 15. | Proofs of Claim filed by Central PA Teamsters Pension Fund | POC Nos. 17633, 17645, 17650, 17656, 17659, 17665, 17671, 19758-19763 |

| 16. | Proofs of Claim filed by IAM National | POC Nos. 18439, 18632 |
|---|---|---|
| 17. | Proofs of Claim filed by New England Teamsters | POC Nos. 18599, 18709, 20009 |
| 18. | Proofs of Claim filed by Virginia Teamsters | POC Nos. 4484, 4488 |
| 19. | Proofs of Claim filed by International Brotherhood of Teamsters Union No. Local 710 Pension Fund | POC Nos. 3982, 3983, 17473, 17501, 17577, 17582, 17583, 17590, 17595, 17603, 17609 |
| 20. | Proofs of Claim filed by Teamsters Pension Trust Fund of Philadelphia | POC Nos. 14263, 15039 |
| **Court Filings** | | |
| 21. | Interim Fee Applications of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, plus monthly applications not yet included in an interim application (for the Period from August 6, 2023 Through November, 2025) | D.I. Nos. 1548, 2637, 3932, 4446, 5297, 6072, 7249, 8204, 8030, 8363, 8532 |
| 22. | Plan Supplement for the Third Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors | Whitman deposition Exhibit 4; D.I. 5997 |
| 23. | Declaration of Brian Whittman in Support of Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief | Whitman deposition Exhibit 2; D.I. 8297 |
| 24. | Stipulation Between MFN Partners, LP, Mobile Street Holdings, LLC and Debtors Regarding Certain Undisputed Facts Regarding Motion of the Debtors for Entry of an Order Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds | Whitman deposition Exhibit 6; D.I. 8485 |
| 25. | Second Stipulation Regarding Certain Undisputed Facts Regarding Motion of the Debtors for Entry of an Order Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds | D.I. 8502 |

| | | |
|---|---|---|
| 26. | Second Amended IBT complaint | Whitman deposition Exhibit 7; U.S. District Court, District of Kansas, D.I. 143 |
| 27. | Memorandum Opinion Setting Forth Preliminary Observations on Remaining Multiemployer Pension Plan Claims Allowance Disputes | D.I. 6030 |
| 28. | Transcript regarding Hearing Held 11/17/25 RE: Bench Ruling on Plan Confirmation | D.I. 8212 |
| 29. | Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code | D.I. 8226 |
| 30. | Memorandum Opinion regarding Plan Confirmation | D.I. 8258 |
| 31. | Supplemental Application of the Official Committee of Unsecured Creditors of Yellow Corporation, et al. to Retain and Employ Miller Buckfire on Additional Terms as Investment Banker, Nunc Pro Tunc to August 21, 2023 | D.I. 8285 |
| 32. | Objection of United States Trustee to Supplemental Application/Motion to Employ/Retain Miller Buckfire as Investment Banker | D.I. 8374 |
| 33. | Order Denying the Supplemental Application to Retain and Employ Miller Buckfire on Additional Terms as Investment Banker, Nunc Pro Tunc to August 21, 2023 | D.I. 8424 |
| 34. | Declaration of Manish Kumar in Support of Objection of MFN Partners, LP and Mobile Street Holdings, LLC, to Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief | D.I. 8516-1 |
| **Discovery** | | |
| 35. | Committee Minutes November 2024 through October 2025 | Bates-stamp UCC Yellow 0000001, 0000005, 00000021, 0000635, 0000306 |
| 36. | Debtors Responses' & Objections to the 30(b)(6) Notice | Whitman deposition Exhibit 1 |

5

| | | |
|---|---|---|
| 37. | Debtors' Amended Responses and Objections to MFN Partners, LP and Mobile Street Holdings, LLC First Set of Interrogatories Regarding Motion of the Debtors for Entry of an Order Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds | Whitman deposition Exhibit 3 |
| 38. | MFN Partners, LP And Mobile Street Holding's Rule 31 Deposition By Written Questions New York State Teamsters Conference Pension And Retirement Fund's | |
| 39. | New York State Teamsters Conference Pension And Retirement Fund's Responses And Objections To MFN Partners, LP And Mobile Street Holding's Rule 31 Deposition By Written Questions General Objections | |
| 40. | MFN Parties' Responses and Objections to Debtors' First Set of Interrogatories to MFN Partners, LP and Mobile Street Holdings, LLC Regarding Debtors' Motion for Order Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds | |
| 41. | Liquidation Analysis for the Fourth Amended Plan YELLOW_DEBTORS_CONFIRMATION_00010592–00010597 | Whitman deposition Exhibit 5; Bates Stamp Debtors 10592 |
| 42. | Yellow Corporation Board Minutes and Presentation dated March 23, 2025 | Bates 24910-24919 |
| 43. | Yellow Corporation Board Presentation dated October 1, 2025 | Whitman deposition Exhibit 10; Bates 00191-00217 |
| 44. | Yellow Corporation Board Presentation dated October 22, 2025 | Whitman deposition Exhibit 9; Bates 08230-08245 |
| 45. | Email and attachment from E. Dexter dated July 24, 2025 re: $165 million for central states | Bates-stamp UCC Yellow 0000246 & Bates-stamp UCC Yellow 0000250 |
| **Miscellaneous** | | |
| 46. | Granting of Extension to file petition for writ of certiorari of the Third Circuit Appeal | |

| | | |
|---|---|---|
| 47. | International Brotherhood of Teamsters Union Local No., 710 Pension Fund Pension Plan (Amended and Restated as of January 1, 2022) | |
| 48. | Summary sheet of Kirkland & Ellis fees | |
| 49. | New York State Teamsters Script for Kenneth R. Stilwell Deposition | |
| 50. | Stipulation regarding derivative standing letters | *(to be filed)* |
| 51. | *Any document or pleading filed in the above captioned cases* | |
| 52. | *Any exhibit necessary for impeachment or rebuttal purposes* | |
| 53. | *Any exhibit identified or offered by any other party* | |

## **RESERVATION OF RIGHTS**

MFN/Mobile Street reserve all rights, including but not limited to the right to amend, revise, supplement, or withdraw this Witness and Exhibit List at any time, to designate additional witnesses and exhibits, to call or cross examine any person identified as a witness by any other party in interest or introduce any document identified as an exhibit by any other party in interest, and to offer additional witnesses and exhibits at the Hearing for purposes of impeachment or rebuttal, in response to witnesses and evidence offered by any other party, and for any other permissible purpose under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence. MFN/Mobile Street also reserve the right to amend this Witness and Exhibit List at any time prior to the Hearing, including, without limitation, in the event of the filing of any objections, responses, replies, supplemental declarations, or other filings in connection with the Hearing.

Dated: January 19, 2026  Respectfully Submitted,
      Wilmington, Delaware

/s/ *Maria Kotsiras*
L. Katherine Good (No. 5101)
Maria Kotsiras (No. 6840)
Andrew C. Ehrmann (No. 7395)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
      mkotsiras@potteranderson.com
      aehrmann@potteranderson.com

– and –

Eric Winston (admitted *pro hac vice*)
Benjamin Roth (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com
      benroth@quinnemanuel.com

– and –

Eric Field (admitted *pro hac vice*)
**LITTLER MENDELSON, P.C.**
815 Connecticut Ave., NW Suite 400
Washington D.C. 20006
Telephone: (202) 772-2539

*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC*