**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

**MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC'S
WITNESS AND EXHIBIT LIST FOR HEARING ON JANUARY 21, 2026
REGARDING MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC'S
OBJECTION TO PROOFS OF CLAIM FILED BY NEW YORK STATE
TEAMSTERS CONFERENCE PENSION AND RETIREMENT FUND**

MFN Partners, LP ("MFN") and Mobile Street Holdings, LLC ("Mobile Street" and collectively, the "MFN/Mobile Street") by and through their undersigned counsel, hereby submits this witness and exhibit list (the "Witness and Exhibit List") for the hearing scheduled for **January 21, 2026 at 9:30 a.m. (E.T.)** (the "Hearing") before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801, in connection with the *MFN Partners, LP and Mobile Street Holdings, LLC's Objection to Proofs of Claim Filed by New York State Teamsters Conference Pension and Retirement Fund* [Docket No. 7603] (the "Objection") and any other matters scheduled to go forward at the Hearing.

**WITNESSES**

MFN/Mobile Street reserve the right call any witness identified by any other party regarding this contested matter, as well as any witness necessary to lay foundation or for rebuttal. MFN/Mobile Street reserve the right to cross-examine any witness called by any other party.

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is:  10990 Roe Avenue, Overland Park, Kansas 66211.

# **EXHIBITS**

MFN/Mobile Street may, if necessary, seek to introduce some or all of the following exhibits at the Hearing.

| No. | Description | Docket, Bates or Deposition Exhibit No. (if available) |
|---|---|---|
| 1. | Claim No. 4489 – filed in Case No. 23-11085 (YRC Enterprise Services, Inc.) | |
| 2. | Claim No. 4490 – filed in Case No. 23-11088 (YRC International Investments, Inc.) | |
| 3. | Claim No. 4491 – filed in Case No. 23-11091 (YRC Mortgages, LLC) | |
| 4. | Claim No. 4492 – filed in Case No. 23-11071 (Express Lane Services, Inc.) | |
| 5. | Claim No. 4493 – filed in Case No. 23-11074 (Roadway LLC) | |
| 6. | Claim No. 4494 – filed in Case No. 23-11077 (USF Dugan, Inc.) | |
| 7. | Claim No. 4495 – filed in Case No. 23-11095 (USF Redstar LLC) | |
| 8. | Claim No. 4496 – filed in Case No. 23-11083 (Yellow Logistics, Inc.) | |
| 9. | Claim No. 4497 – filed in Case No. 23-11086 (YRC Freight Canada Company) | |
| 10. | Claim No. 4498 – filed in Case No. 23-11089 (YRC Logistics Inc.) | |
| 11. | Claim No. 4499 – filed in Case No. 23-11092 (YRC Regional Transportation, Inc.) | |
| 12. | Claim No. 4500 – filed in Case No. 23-11069 (Yellow Corporation) | |
| 13. | Claim No. 4501 – filed in Case No. 23-11082 (Yellow Freight Corporation) | |
| 14. | Claim No. 4502 – filed in Case No. 23-11079 (USF Holland Inc.) | |
| 15. | Claim No. 4503 – filed in Case No. 23-11076 (USF Bestway Inc.) | |
| 16. | Claim No. 4504 – filed in Case No. 23-11073 (Roadway Express International, Inc.) | |
| 17. | Claim No. 4505 – filed in Case No. 23-11070 (1105481 Ontario Inc.) | |
| 18. | Claim No. 4506 – filed in Case No. 23-11090 (YRC Logistics Services, Inc.) | |

| | | |
|---|---|---|
| 19. | Claim No. 4507 – filed in Case No. 23-11088 (YRC Inc.) | |
| 20. | Claim No. 4508 – filed in Case No. 23-11084 (YRC Association Solutions, Inc.) | |
| 21. | Claim No. 4509 – filed in Case No. 23-11081 (USF Reddaway Inc.) | |
| 22. | Claim No. 4510 – filed in Case No. 23-11078 (USF Holland International Sales Corp.) | |
| 23. | Claim No. 4511 – filed in Case No. 23-11075 (Roadway Next Day Corporation) | |
| 24. | Claim No. 4512 – filed in Case No. 23-11072 (New Penn Motor Express, LLC) | |
| 25. | Committee Minutes November 2024 through October 2025 | Bates-stamp UCC Yellow 0000001, 0000005, 00000021, 0000635, 0000306 |
| 26. | Third Amended Plan Supplement For The Fourth Amended Joint Chapter 11 Plan Of Yellow Corporation And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors And The Official Committee Of Unsecured Creditors | D.I. 8146 |
| 27. | Fourth Amended Plan Supplement For The Fourth Amended Joint Chapter 11 Plan Of Yellow Corporation And Its Debtor Affiliates Pursuant To Chapter 11 Of The Bankruptcy Code Proposed By The Debtors And The Official Committee Of Unsecured Creditors | D.I. 8206 |
| 28. | MFN Partners, LP And Mobile Street Holding's Rule 31 Deposition By Written Questions New York State Teamsters Conference Pension And Retirement Fund's | |
| 29. | New York State Teamsters Conference Pension and Retirement Fund's Responses and Objections to MFN Partners, LP and Mobile Street Holding's Rule 31 Deposition by Written Questions | |
| 30. | Deposition Transcript of Kenneth R. Stilwell | |
| | *Any document or pleading filed in the above captioned cases* | |
| | *Any exhibit necessary for impeachment or rebuttal purposes* | |
| | *Any exhibit identified or offered by any other party* | |

## **RESERVATION OF RIGHTS**

MFN/Mobile Street reserve all rights, including but not limited to the right to amend, revise, supplement, or withdraw this Witness and Exhibit List at any time, to designate additional

witnesses and exhibits, to call or cross examine any person identified as a witness by any other party in interest or introduce any document identified as an exhibit by any other party in interest, and to offer additional witnesses and exhibits at the Hearing for purposes of impeachment or rebuttal, in response to witnesses and evidence offered by any other party, and for any other permissible purpose under the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, and the Federal Rules of Evidence.  MFN/Mobile Street also reserve the right to amend this Witness and Exhibit List at any time prior to the Hearing, including, without limitation, in the event of the filing of any objections, responses, replies, supplemental declarations, or other filings in connection with the Hearing.

| | |
|---|---|
| Dated: January 19, 2026<br>Wilmington, Delaware | Respectfully Submitted,<br><br>/s/ *Maria Kotsiras*<br>L. Katherine Good (No. 5101)<br>Maria Kotsiras (No. 6840)<br>Andrew C. Ehrmann (No. 7395)<br>**POTTER ANDERSON & CORROON LLP**<br>1313 N. Market Street, 6th Floor<br>Wilmington, Delaware 19801<br>Telephone: (302) 984-6000<br>Facsimile: (302) 658-1192<br>Email: kgood@potteranderson.com<br>　　　mkotsiras@potteranderson.com<br>　　　aehrmann@potteranderson.com<br><br>– and –<br><br>Eric Winston (admitted *pro hac vice*)<br>Benjamin Roth (admitted *pro hac vice*)<br>**QUINN EMANUEL URQUHART & SULLIVAN, LLP**<br>865 S. Figueroa Street, 10th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 443-3000<br>Facsimile: (213) 443-3100<br>Email: ericwinston@quinnemanuel.com<br>　　　benroth@quinnemanuel.com<br><br>– and –<br><br>Eric Field (admitted *pro hac vice*)<br>**LITTLER MENDELSON, P.C.**<br>815 Connecticut Ave., NW Suite 400<br>Washington D.C. 20006<br>Telephone: (202) 772-2539<br><br>*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC* |