IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

**THIRD STIPULATION REGARDING CERTAIN ADDITIONAL UNDISPUTED FACTS BETWEEN MFN PARTNERS, LP AND MOBILE STREET HOLDINGS, LLC AND THE DEBTORS REGARDING MOTION OF THE DEBTORS FOR ENTRY OF AN ORDER APPROVING THE SETTLEMENT AGREEMENTS BY AND AMONG THE DEBTORS AND CERTAIN PENSION FUNDS**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") in these chapter 11 cases (the "Chapter 11 Cases") and MFN Partners, LP and Mobile Street Holdings, LLC (collectively, the "MFN/Mobile Street" and together with the Debtors, the "Parties"), by and through their respective counsel, hereby enter into this stipulation (the "Stipulation") and stipulate and agree as follows:

**RECITALS**

**WHEREAS**, on August 6, 2023 (the "Petition Date"), the Debtors commenced with the Court voluntary cases under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

**WHEREAS**, on November 19, 2025, the Court entered an order confirming the *Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors* [Docket No. 6746] (the "Fourth Amended Plan"). *See* Docket No. 8229;

**WHEREAS**, on November 26, 2025, the Debtors filed the *Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8296] (the "Settlement Motion");

**WHEREAS**, on November 29, 2025, MFN/Mobile Street served on the Debtors MFN/Mobile Street's first set of interrogatories and request for production regarding the Settlement Motion;

**WHEREAS**, on December 17, 2025, the Debtors served on MFN/Mobile Street the Debtors' first set of interrogatories and request for production regarding the Settlement Motion;

**WHEREAS**, on December 22, 2025, the Debtors filed the *Supplemental Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8443] (the "Supplemental Settlement Motion");

**WHEREAS**, on January 5, 2026, the Debtors and MFN/Mobile Street entered into and filed the *Stipulation Regarding Certain Undisputed Facts Between MFN Partners, LP and Mobile Street Holdings, LLC and the Debtors and Testimony Regarding Motion of the Debtors for Entry of an Order Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds* [Docket No. 8485];

**WHEREAS**, on January 8, 2026, the Debtors and MFN/Mobile Street entered into and filed the *Second Stipulation Regarding Certain Undisputed Facts Between MFN Partners, LP and*

*Mobile Street Holdings, LLC and the Debtors and Testimony Regarding Motion of the Debtors for Entry of an Order Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds* [Docket No. 8502];

**WHEREAS**, the Debtors and MFN/Mobile Street have met and conferred and agreed to certain additional undisputed facts regarding the Settlement Motion and Supplemental Settlement Motion (collectively, the "Motions");

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties to this Stipulation, as follows:

1. On December 23, 2025, MFN/Mobile Street requested the Debtors agree, in the event the Settlement Motions are denied, to MFN/Mobile Street having derivative standing to pursue all pending MEPP claim objections (including appeals) of the estates at their own costs and without reimbursement from the Debtors' estates; provided, however, the requested derivative standing would not extend to submitting a joint petition for certiorari.

2. On December 31, 2025, the Debtors stated that they rejected the request for derivative standing.

3. On June 10, 2025, counsel for the Debtors confirmed with MFN/Mobile Street that the Debtors believed the Debtors could still object to the New York State Teamsters Conference Pension and Retirement Fund liquidated damages claim.

Dated: January 19, 2026
Wilmington, Delaware

/s/ *Shirley Chan*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:   (302) 652-4100
Facsimile:   (302) 652-4400
Email:   ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

– and –

Patrick J. Nash, P.C. (admitted *pro hac vice*)
David Seligman, P.C. (admitted *pro hac vice*)
Shirley Chan (admitted *pro hac vice*)
Casey McGushin (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 W. Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:   patrick.nash@kirkland.com
david.seligman@kirkland.com
shirley.chan@kirkland.com
casey.mcgushin@kirkland.com

*Counsel for the Debtors and Debtors in Possession*

/s/ *Maria Kotsiras*
L. Katherine Good (No. 5101)
Maria Kotsiras (No. 6840)
Andrew C. Ehrmann (No. 7395)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile:  (302) 658-1192
Email: kgood@potteranderson.com
mkotsiras@potteranderson.com
aehrmann@potteranderson.com

– and –

Eric Winston (admitted *pro hac vice*)
Benjamin Roth (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100
Email:  ericwinston@quinnemanuel.com
benroth@quinnemanuel.com

*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC*