# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 8536** |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON JANUARY 21, 2026 AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

## ADJOURNED MATTERS:

1. Debtors' Objection to Western Conference of Teamsters' Proofs of Claim for Withdrawal Liability [Filed: 5/16/25] (Docket No. 6347)

   Response Deadline:  June 9, 2025, at 4:00 p.m. (ET) *(extended for the Western Conference of Teamsters until September 30, 2025, at 4:00 p.m.)*

   Responses Received:

   A. Joinder of MFN Partners, LP and Mobile Street Holdings, LLC to the Debtors' Objection to Western Conference of Teamsters' Proofs of Claim for Withdrawal

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] **Amended items are in bold.**

        Liability [Filed: 5/19/25] (Docket No. 6351)

B.    Western Conference of Teamsters Pension Trust's Response to Debtor's Objection to Proofs of Claim for Withdrawal Liability [Filed: 10/3/25] (Docket No. 7730)

    i.    Declaration of Jeremy Schumacher in Support of Western Conference of Teamsters Pension Trusts Response to Debtors Objection to Proofs of Claim for Withdrawal Liability [Filed: 10/27/25] (Docket No. 7743)

Related Documents:

A.    Notice of Continued Hearing Regarding Debtors' Objection to Western Conference of Teamsters' Proofs of Claim for Withdrawal Liability [Filed: 6/27/25] (Docket No. 6597)

B.    Second Notice of Continued Hearing Regarding Debtors' Objection to Western Conference of Teamsters' Proofs of Claim for Withdrawal Liability [Filed: 10/1/25] (Docket No. 7721)

Status:   This matter is adjourned to a date to be determined after the January 21, 2026 hearing.

2.    Motion of Local 705 Pension Fund to Allow Claim for Voting and Distribution Purposes [Filed: 10/1/25] (Docket No. 7722)

Response Deadline:   October 15, 2025, at 4:00 p.m. (ET)

Responses Received: None as of the date of this Notice of Agenda.

Related Documents:

A.    [Proposed] Order Granting the Motion of Local 705 Pension Fund to Allow Claim for Voting and Distribution Purposes [Filed: 10/1/25] (Docket No. 7722)

B.    [Signed] Order Approving Stipulation Regarding Temporary Allowance of Claims of Local 705 Pension Fund for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) [Filed: 10/21/25] (Docket No. 7823)

C.    [Signed] Order Approving Stipulation Regarding Temporary Allowance of Claims of the Pension Funds for Voting Purposes Pursuant to Bankruptcy Rule 3018(a) [Filed: 10/21/25] (Docket No. 7827)

D.    Debtors' Memorandum of Law in Support of Confirmation of the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications) [Filed: 11/9/25] (Docket No. 8149)

E. Notice of Filing of Revised Proposed Confirmation Order [Filed: 11/11/25] ([Docket No. 8184](#))

F. [Signed] Findings of Fact, Conclusions of Law, and Order Confirming the Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankuptcy Code Proposed By the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications) [Filed: 12/2/25] ([Docket No. 8229](#))

Status:  This matter is adjourned to a date to be determined after the January 21, 2026 hearing.

**MATTERS GOING FORWARD:**

3. MFN Partners, LP's and Mobile Street Holdings, LLC's Objection to Proofs of Claim Filed by New York State Teamsters Conference Pension and Retirement Fund [Filed: 9/12/25] ([Docket No. 7603](#))

    Response Deadline:  October 3, 2025, at 4:00 p.m. (ET)

    Responses Received:

    A. Debtors' Joinder to MFN Partners, LP's and Mobile Street Holdings, LLC's Objection to Proofs of Claim Filed By New York State Teamsters Conference Pension and Retirement Fund [Filed: 9/12/25] ([Docket No. 7604](#))

    B. New York State Teamsters Conference Pension and Retirement Fund's Response to MFN Partners, LP's and Mobile Street Holdings, LLC's Objection to Proofs of Claim Filed By New York State Teamsters Conference Pension and Retirement Fund [Filed: 10/3/25] ([Docket No. 7731](#))

        i. Declaration of William A. Hazeltine in Support of New York State Teamsters Conference Pension and Retirement Fund's Response to MFN Partners, LP's and Mobile Street Holdings, LLC's Objection to Proofs of Claim Filed By New York State Teamsters Conference Pension and Retirement Fund [Filed: 10/3/25] ([Docket No. 7732](#))

    C. Limited Joinder of the Official Committee of Unsecured Creditors of Yellow Corporation, et al., to MFN Partners, LP's and Mobile Street Holdings, LLC's Objection to Proofs of Claim Filed By New York State Teamsters Conference Pension and Retirement Fund and the Debtors' Joinder Thereto [Filed: 1/15/26] ([Docket No. 8535](#))

    Replies Received:

    A. MFN Partners, LP's and Mobile Street Holdings, LLC's Reply to New York Teamsters Conference Pension and Retirement Fund's Response to Objection to Proofs of Claim [Filed: 11/24/25] ([Docket No. 8254](#))

Related Documents:

A. [Proposed] Order Sustaining MFN Partners, LP's and Mobile Street Holdings, LLC's Objection to Proofs of Claim Filed by New York State Teamsters Conference Pension and Retirement Fund [Filed: 9/12/25] (Docket No. 7603, Exhibit A)

B. Notice of Submission of Copies of Proofs of Claim Regarding MFN Partners, LP's and Mobile Street Holdings, LLC's Objection to Proofs of Claim Filed by New York State Teamsters Conference Pension and Retirement Fund [Filed: 10/20/25] (Docket No. 7812)

Status: This matter will go forward.

4. Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 11/26/25] (Docket No. 8296)

Response Deadline: January 12, 2026, at 11:59 p.m. (ET)

Responses Received:

A. [Filed Under Seal] Objection of MFN Partners, LP and Mobile Street Holdings, LLC to Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 1/12/26] (Docket No. 8516)

B. [Redacted] Objection of MFN Partners, LP and Mobile Street Holdings, LLC to Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 1/15/26] (Docket No. 8534)

Replies Received:

A. Statement of the Official Committee of Unsecured Creditors in Support of Pension Fund Settlement Motions [Filed: 1/12/26] (Docket No. 8515)

**B. Reply of Central States Pension Fund and of Central States Health Fund in Response to MFN and Mobile Street's Objections to the Proposed Settlements, and in Support of Debtors' Motion to Approve Settlements [Filed: 1/16/26] (Docket No. 8539)**

**C. The Funds' Reply in Support of Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 1/18/26] (Docket No. 8540)**

D.  **New York State Teamsters Conference Pension and Retirement Fund, Management Labor Pension Fund Local 1730, Teamsters Local 617 Pension Plan, and Trucking Employees of North Jersey Pension Fund's Joinder to Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief and Reply to Objection of MFN Partners, LP and Mobile Street Holdings, LLC to the Motion [Filed: 1/18/26] ([Docket No. 8542](#))**

E.  **Debtors' Reply in Support of Approval of Settlement Agreements By and Among the Debtors and Certain Pension Funds [Filed: 1/19/26] ([Docket No. 8543](#))**

Related Documents:

A.  Declaration of Brian Whittman in Support of Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 11/26/25] ([Docket No. 8297](#))

B.  Notice of Filing of Amended Proposed Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 12/11/25] ([Docket No. 8377](#))

C.  Notice of Briefing Schedule in Connection with Hearing on Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 12/12/25] ([Docket No. 8379](#))

D.  Supplemental Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 12/22/25] ([Docket No. 8443](#))

E.  Stipulation Regarding Certain Undisputed Facts Between MFN Partners, LP and Mobile Street Holdings, LLC and the Debtors and Testimony Regarding Motion of the Debtors for Entry of an Order Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds [Filed: 1/5/26] ([Docket No. 8485](#))

F.  Second Stipulation Regarding Certain Additional Undisputed Facts Between MFN Partners, LP and Mobile Street Holdings, LLC and the Debtors Regarding Motion of the Debtors for Entry of an Order Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds [Filed: 1/8/26] ([Docket No. 8502](#))

G.  **The Funds' Combined Exhibit and Witness List for Hearing Scheduled for January 21, 2026 [Filed: 1/18/26] ([Docket No. 8541](#))**

      H.      **Supplemental Declaration of Brian Whittman in Support of Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 1/19/26] ([Docket No. 8544](#))**

      I.      **Debtors' Witness & Exhibit List for Hearing on January 21, 2026 at 9:30 a.m. (ET) With Respect to Approval of Settlement Agreements By and Among the Debtors and Certain Pension Funds [Filed: 1/19/26] ([Docket No. 8545](#))**

      J.      **The Funds' Witness and Exhibit List for the January 21, 2026 Hearing [Filed: 1/19/26] ([Docket No. 8548](#))**

      K.      **MFN Partners, LP and Mobile Street Holdings, LLC's Witness and Exhibit List for Hearing on January 21, 2026 [Filed: 1/19/25] ([Docket No. 8549](#))**

      L.      **MFN Partners, LP and Mobile Street Holdings, LLC's Witness and Exhibit List for Hearing on January 21, 2026 Regarding MFN Partners, LP and Mobile Street Holdings, LLC's Objection to Proofs of Claim Filed By New York State Teamsters Conference Pension and Retirement Fund [Filed: 1/19/26] ([Docket No. 8550](#))**

      M.      **Third Stipulation Regarding Certain Additional Undisputed Facts Between MFN Partners, LP and Mobile Street Holdings, LLC and the Debtors Regarding Motion of the Debtors for Entry of an Order Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds [Filed: 1/19/26] ([Docket No. 8551](#))**

Status:  This matter will go forward.

5.    Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Authorizing to File Under Seal Certain Exhibits of the Objection to the Debtors' Motion for Entry of an Order (I) Approving the Settlement Agreements by and among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 1/15/26] ([Docket No. 8533](#))

Response Deadline:  At the hearing.

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

      A.      [Proposed] Order Granting Motion of MFN Partners, LP and Mobile Street Holdings, LLC for Entry of an Order Authorizing to File Under Seal Certain Exhibits of the Objection to the Debtors' Motion for Entry of an Order (I) Approving the Settlement Agreements by and among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 1/15/26] ([Docket No. 8533, Exhibit A](#))

Status: This matter will go forward.

Dated: January 20, 2026
       Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | David Seligman, P.C. (admitted pro hac vice) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward A. Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| | Chicago, Illinois 60654 |
| 919 North Market Street, 17th Floor | Telephone: (312) 862-2000 |
| P.O. Box 8705 | Facsimile: (312) 862-2200 |
| Wilmington, Delaware 19899-8705 | Email:    patrick.nash@kirkland.com |
| Telephone: (302) 652-4100 |           david.seligman@kirkland.com |
| Facsimile: (302) 652-4400 | |
| Email:    ljones@pszjlaw.com | |
|           tcairns@pszjlaw.com | |
|           pkeane@pszjlaw.com | *Co-Counsel for the Debtors and Debtors in Possession* |
|           ecorma@pszjlaw.com | |