# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

**STIPULATION REGARDING CERTAIN UNDISPUTED
FACTS BETWEEN MFN PARTNERS, LP AND MOBILE STREET HOLDINGS,
LLC AND THE NEW ENGLAND TEAMSTERS PENSION FUND AND
CENTRAL PENNSYLVANIA TEAMSTERS PENSION FUND
REGARDING MOTION OF THE DEBTORS FOR ENTRY OF AN
ORDER APPROVING THE SETTLEMENT AGREEMENTS
BY AND AMONG THE DEBTORS AND CERTAIN PENSION FUNDS**

MFN Partners, LP and Mobile Street Holdings, LLC (collectively, the "MFN/Mobile Street") and New England Teamsters Pension Fund ("New England Teamsters") and Central Pennsylvania Teamsters Pension Fund ("Central PA Teamsters") (together, with MFN/Mobile Street and the New England Teamsters, the "Parties"), by and through their respective counsel, hereby enter into this stipulation (the "Stipulation") and stipulate and agree as follows:

## RECITALS

**WHEREAS**, on August 6, 2023 (the "Petition Date"), the above-captioned debtors and debtors in possession (collectively, the "Debtors") commenced with the Court voluntary cases under chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court");

---

[1] A complete list of each of the debtors in these chapter 11 cases (the "Debtors") may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

**WHEREAS**, on November 26, 2025, the Debtors filed the *Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8296] (the "Settlement Motion");

**WHEREAS**, on December 18, 2025, MFN/Mobile Street served a *Subpoena to Testify at a Deposition in a Bankruptcy Case (or Adversary Proceeding)* on the New England Teamsters and Central PA Teamsters;

**WHEREAS**, on January 2, 2026, New England Teamsters and Central PA Teamsters served the *Responses and Objections to MFN Partners, LP and Mobile Street Holdings, LLC's Subpoena to Testify at a Deposition Directed to Central Pennsylvania Teamsters Defined Benefit Plan Pursuant to Federal Rule of Civil Procedure 30(b)(6)*;

**WHEREAS**, on January 9, 2026, MFN/Mobile Street conducted deposition of Erin Dexter as the 30(b)(6) deponent for the New England Teamsters and Central PA Teamsters;

**WHEREAS**, the Parties have met and conferred and agreed to certain undisputed facts regarding the Settlement Motion;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED** by and between the Parties to this Stipulation, as follows:

1. The New England Teamsters and Central PA Teamsters rely on their actuaries and professionals to assess withdrawal liability in a manner that their professionals believe are consistent with the requirements of ERISA, the operative statute.

2. The New England Teamsters and Central PA Teamsters rely on their actuaries in determining the unfunded vested benefits to allocate to withdrawn employers such as the Debtors, and to determine whether the assumptions used in calculating the value of the plans' unfunded vested benefits comply with the requirements of ERISA.

3

3. The New England Teamsters and Central PA Teamsters agree that their respective actuaries did not create an additional actuarial valuation report or revise any previous valuation reports following the Bankruptcy Court's rulings in this case, specifically to calculate unfunded vested benefits using an interest rate greater than the interest rate used to calculate unfunded vested benefits in their proofs of claim.

4. The Parties agree that this Stipulation of undisputed facts is not intended to and shall not have any binding effect on any of the Parties in any other action.

Dated: January 20, 2026
Wilmington, Delaware

/s/ *Cory D. Kandestin*
Mark D. Collins (No. 2981)
Cory D. Kandestin (No. 5025)
**RICHARDS, LAYTON & FINGER, P.A.**
One Rodney Square 920 North King Street
Wilmington, Delaware 19801
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
Email: collins@rlf.com
kandestin@rlf.com

– and –

Dennis F. Dunne (*admitted pro hac vice*)
**MILBANK LLP**
55 Hudson Yards
New York, New York 10001
Telephone: (212) 530-5000
Facsimile: (212) 530-5219

– and –

Andrew M. Leblanc (*admitted pro hac vice*)
Melanie Westover Yanez (*admitted pro hac vice*)
Riah Kim (admitted pro hac vice)
**MILBANK LLP**
1850 K St. NW, Suite 1100
Washington, DC 20006
Telephone: (202) 835-7500
Facsimile: (202) 263-7586

*Counsel for Central Pennsylvania Teamsters Pension Fund Defined Benefit Plan and the New England Teamsters Pension Fund*

/s/ *L. Katherine Good*
L. Katherine Good (No. 5101)
Maria Kotsiras (No. 6840)
Andrew C. Ehrmann (No. 7395)
**POTTER ANDERSON & CORROON LLP**
1313 N. Market Street, 6th Floor
Wilmington, Delaware 19801
Telephone: (302) 984-6000
Facsimile: (302) 658-1192
Email: kgood@potteranderson.com
mkotsiras@potteranderson.com
aehrmann@potteranderson.com

– and –

Eric Winston (admitted *pro hac vice*)
Benjamin Roth (admitted *pro hac vice*)
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100
Email: ericwinston@quinnemanuel.com
benroth@quinnemanuel.com

*Counsel for MFN Partners, LP and Mobile Street Holdings, LLC*