## **CERTIFICATE OF SERVICE**

I, Maria Kotsiras, do hereby certify that on January 26, 2026, a copy of the foregoing *MFN Partners, LP, Mobile Street Holdings, LLC and Debtors' Joint Motion to Maintain Under Seal Certain Exhibits Regarding the Settlement Agreements by and Among the Debtors and Certain Pension Funds* was served on the parties on the attached service list via email or first-class mail.

*/s/ Maria Kotsiras*
Maria Kotsiras (No. 6840)

Master Service List (as of 01/15/2026 06:00:35)

| NAME | ADDRESS2 | ADDRESS3 | ADDRESS4 | CITY | STATE | ZIP | EMAIL |
|---|---|---|---|---|---|---|---|
| ABERNATHY ROEDER BOYD & HULLETT PC | ATTN PAUL M LOPEZ; LARRY R BOYD; EMILY M HAHN | 1700 REDBUD BLVD, STE 300 | | MCKINNEY | TX | 75069 | PLOPEZ@ABERNATHY-LAW.COM; EHAHN@ABERNATHY-LAW.COM; BANKRUPTCY@ABERNATHY-LAW.COM; |
| ACAR LEASING LTD D/B/A GM FINACIAL LEASING | PO BOX 183853 | | | ARLINGTON | TX | 76096 | LEASESVCBNKRPCY@GMFINANCIAL.COM |
| AIS PORTFOLIO SERVICES LLC | ACCOUNT XXXXXXXX0604 | 4515 N SANTA FE AVE, DEPT APS | | OKLAHOMA CITY | OK | 73118 | ECFNOTICES@AISINFO.COM |
| AKERMAN LLP | ATTN: MARK S. LICHTENSTEIN | 1251 AVENUE OF THE AMERICAS, 37TH FL | | NEW YORK | NY | 10020 | mark.lichtenstein@akerman.com |
| AKIN GUMP STRAUS HAUER & FELD LLP | CREDITORS) | ATTN P DUBLIN; M LAHAIE; K ZUZOLO | ONE BRYANT PARK | NEW YORK | NY | 10036 | pdublin@akingump.com; mlahaie@akingump.com; kzuzolo@akingump.com |
| ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS | ATTN MICHAEL S GREGER | 2010 MAIN ST, FL 8 | | IRVINE | CA | 92614-7214 | MGREGER@ALLENMATKINS.COM |
| ALTER DOMUS PRODUCTS CORP. | ATTN: LEGAL DEPT, E. PAPPAS & C CAPEZUTI | 225 W. WASHINGTON STREET, 9TH FLOOR | | CHICAGO | IL | 60606 | LEGAL_AGENCY@ALTERDOMUS.COM, EMILY.ERGANGPAPPAS@ALTERDOMUS.COM AND CPCAGENCY@ALTERDOMUS.COM |
| ALTER DOMUS PRODUCTS CORP. | EMILY ERGANG PAPPAS AND CHRIS CAPEZUTI | 225 W. WASHINGTON STREET, 9TH FLOOR | | CHICAGO | IL | 60606 | LEGAL_AGENCY@ALTERDOMUS.COM, EMILY.ERGANGPAPPAS@ALTERDOMUS.COM AND CPCAGENCY@ALTERDOMUS.COM |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: ROSA EVERGREEN | 601 MASSACHUSETTS AVE., N.W. | | WASHINGTON | DC | 20001 | ROSA.EVERGREEN@ARNOLDPORTER.COM |
| ARNOLD & PORTER KAYE SCHOLER LLP | ATTN: MICHAEL MESSERSMITH | 70 WEST MADISON STREET, SUITE 4200 | | CHICAGO | IL | 60602 | MICHAEL.MESSERSMITH@APKS.COM |
| ASHBY & GEDDES PA | PACIFIC RAILROAD CO; MG FISHERSVILLE; MAD ACQUIS) | ATTN M DEBAECKE; G TAYLOR; D BESKRONE | 500 DELAWARE AVE, 8TH FL | WILMINGTON | DE | 19801 | MDebaecke@ashbygeddes.com; gtaylor@ashbygeddes.com; dbeskrone@ashbygeddes.com |
| BALLARD SPAHR LLP | ATTN L HEILMAN; L ROGLEN; N BRANNICK; M VESPER | 919 N MARKET ST, FL 11 | | WILMINGTON | DE | 19801-3034 | HEILMANL@BALLARDSPAHR.COM; ROGLENL@BALLARDSPAHR.COM; BRANNICKN@BALLARDSPAHR.COM; VESPERM@BALLARDSPAHR.COM; ejohnson@bayardlaw.com; |
| BAYARD, PA | ATTN: ERICKA F. JOHNSON & STEVE D. ADLER | 600 NORTH KING ST, STE 400 | | WILMINGTON | DE | 19801 | sadler@bayardlaw.com |
| BEACON LAW GROUP, LLC | ATTN: ADAM J. RUTTENBERG | 935 GREAT PLAIN AVE, #116 | | NEEDHAM | MA | 02492 | aruttenberg@beaconlawgroup.com |
| BEAL BANK USA | 6000 LEGACY DRIVE | | | PLANO | TX | 75024 | COMMERCIALLOANS@BEALBANK.COM |
| BEESON TAYER & BODINE | 492 NINTH ST, STE 350 | | | OAKLAND | CA | 94607 | GPILLER@BEESONTAYER.COM; CSCECHTER@BEESONTAYER.COM |
| BEESON TAYER & BODINE APC | ATTN CATHERINE E HOLZHAUSER | 520 CAPITOL MALL, STE 300 | | SACRAMENTO | CA | 95814-4714 | CHOLZHAUSER@BEESONTAYER.COM |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | CREDITORS) | ATTN: J. HOOVER, K. CAPUZZI, J. GENTILE | 1313 NORTH MARKET STREET, SUITE 1201 | WILMINGTON | DE | 19801 | jhoover@beneschlaw.com; kcapuzzi@beneschlaw.com; jgentile@beneschlaw.com |
| BENSON ALLRED INJURY LAW | ATTN JOSHUA BENSON | 6250 N DURANGO DR | | LAS VEGAS | NV | 89149 | JOSH@BENSONALLRED.COM |
| BIELLI & KLAUDER LLC | CUSTOMERS COMMERCIAL FINANCE LLC) | ATTN DAVID M KLAUDER | 1204 N KING ST | WILMINGTON | DE | 19801 | DKLAUDER@BK-LEGAL.COM |
| BIFFERATO FIRM PA, THE | ATTN IAN CONNOR BIFFERATO | 1007 N ORANGE ST, 4TH FL | | WILMINGTON | DE | 19801 | CBIFFERATO@TBF.LEGAL |
| BILLION LAW | ATTN: MARK BILLION | 20184 COASTAL HWY, STE 205 | | REHOBOTH BEACH | DE | 19971 | MARKBILLION@BILLIONLAW.COM |
| BINGAMAN HESS COBLENTZ & BELL PC | ATTN THOMAS A ROTHERMEL | TREEVIEW CORP CTR, STE 100 | 2 MERIDIAN BLVD | WYOMISSING | PA | 19601 | TAROTHERMEL@BINGAMANHESS.COM |
| BLANK ROME LLP | ATTN: REGINA STANGO KELBON, LAWRENCE R THOMAS III | 1201 N MARKET STREET, SUITE 800 | | WILMINGTON | DE | 19801 | regina.kelbon@blankrome.com; lorenzo.thomas@blankrome.com |
| BLANK ROME LLP | ATTN: JOHN E. LUCIAN | ONE LOGAN SQUARE | 130 NORTH 18TH STREET | PHILADELPHIA | PA | 19103 | john.lucian@blankrome.com |
| BNSF RAILWAY | 2500 LOU MENK DR | | | FORT WORTH | TX | 76131 | JILL.RUGEMA@BNSF.COM |
| BROUSE MCDOWELL, LPA | ATTN JULIE K ZURN; MARC B MERKLIN | 388 S MAIN ST, STE 500 | | AKRON | OH | 44311 | mmerklin@brouse.com |
| BROWN MCGARRY NIMEROFF LLC | ATTN: JAMI B. NIMEROFF | 919 N. MARKET STREET, SUITE 420 | | WILMINGTON | DE | 19801 | jnimeroff@bmnlawyers.com |
| BRYAN CAVE LEIGHTON PAISNER LLP | ATTN LAURENCE M FRAZEN; JARRET HITCHINGS | ONE KANSAS CITY PLACE | 1200 MAIN ST, STE 3800 | KANSAS CITY | MO | 64105-2122 | larry.frazen@bclplaw.com; jarret.hitchings@bclplaw.com |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN GEOFFREY G GRIVNER; KODY M SPARKS | 500 DELAWARE AVE, STE 720 | | WILMINGTON | DE | 19801 | GEOFFREY.GRIVNER@BIPC.COM; KODY.SPARKS@BIPC.COM |
| BUCHANAN INGERSOLL & ROONEY PC | ATTN TIMOTHY P PALMER | UNION TRUST BLDG | 501 GRANT ST, STE 200 | PITTSBURGH | PA | 15219-4413 | TIMOTHY.PALMER@BIPC.COM |
| BURR & FORMAN LLP | ATTN CORY FALGOWSKI; SHANNON HUMISTON | 222 DELAWARE AVE, STE 1030 | | WILMINGTON | DE | 19801 | |
| BYRAN CAVE LEIGHTON PAISNER LLP | ATTN LAURENCE M FRANZEN; JARRET HITCHINGS | ONE KANSAS CITY PLACE | 1200 MAIN ST, STE 3800 | KANSAS CITY | MO | 64105-2122 | LARRY.FRAZEN@BCLPLAW.COM; JARRET.HITCHINGS@BCLPLAW.COM |
| CAVA LAW LLC | ATTN JESUS SANTIAGO | 1390 S DIXIE HWY, STE 1110 | | MIAMI | FL | 33146 | |
| CENTRAL STATES FUNDS | DANIEL SULLIVAN | 8647 W HIGGINS RD, 8TH FL | | CHICAGO | IL | 60631 | BBERLINER@CENTRALSTATESFUNDS.ORG; AHERINK@CENTRALSTATESFUNDS.ORG; DSULLIVA@CENTRALSTATESFUNDS.ORG |
| CHAFFETZ LINDSEY LLP | ATTN ALAN J LIPKIN; ALEX LUPSAIU | 1700 BROADWAY, 33RD FL | | NEW YORK | NY | 10019 | ALAN.LIPKIN@CHAFFETZLINDSEY.COM; ALEX.LUPSAIU@CHAFFETZLINDSEY.COM |
| CHARLES E DORR PC | ATTN CHARLES E DORR | 201 W JEFFERSON ST | | MADISON | GA | 30650 | CED@CEDPC.COM |
| CHIPMAN BROWN CICERO & COLE LLP | ATTN WILLIAM E CHIPMAN, JR; MARK D OLIVERE; | MARK L DESGROSSEILLIERS; ALISON R MASER | HERCULES PLAZA | WILMINGTON | DE | 19801 | CHIPMAN@CHIPMANBROWN.COM; OLIVERE@CHIPMANBROWN.COM;desgross@chipmanbrown.com;maser@chipmanbrown.com |
| CHOATE HALL & STEWART LLP | ATTN KEVIN J SIMARD; JONATHAN D MARSHALL; SETH D | MENNILLO; M HAMPTON FOUSHEE | TWO INTERNATIONAL PLACE | BOSTON | MA | 02110 | ksimard@choate.com; jmarshall@choate.com; smennillo@choate.com; hfoushee@choate.com |
| CLARK HILL PLC | ATTN KAREN M GRIVNER | 824 N MARKET ST, STE 710 | | WILMINGTON | DE | 19801 | KGRIVNER@CLARKHILL.COM |
| COHEN LEDER MONTALBANO & CONNAUGHTON | JERSEY WELFARE & PENSION FUND, ET AL) | ATTN PAUL MONTALBANO; BRADY CONNAUGHTON | 669 RIVER DR, STE 125 | ELMWOOD PARK | NJ | 07407 | PAUL.MONTALBANO@CLMC-LAW.COM; BRADY.CONNAUGHTON@CLMC-LAW.COM |
| COHNE KINGHORN PC | ATTN GEORGE HOFFMAN | 111 E BROADWAY, 11TH FL | | SALT LAKE CITY | UT | 84111 | GHOFMANN@CK.LAW |
| COLEMAN TALLEY LLP | ATTN: MARK GILBERT | 1 INDEPENDENT DR, STE 3130 | | JACKSONVILLE | FL | 32202 | |
| COLLINS PRICE & WARNER | ATTN: RAEANN WARNER | 8 EAST 13TH ST | | WILMINGTON | DE | 19801 | raeann@collinslawdelaware.com |
| COMMONWEALTH OF PENNSYLVANIA | ATTN: RYAN STARNOWSKY | PO BOX 68568 | | HARRISBURG | PA | 17106-8568 | ra-li-ucts-bankrupt@state.pa.us |
| COMMONWEALTH OF PENNSYLVANIA | ATTN: MICHAEL T FERRENCE | 2 PUBLIC SQUARE | | WILKES BARRE | PA | 18701-1915 | MFERRENCE@PA.GOV |
| COMMONWEALTH OF PENNSYLVANIA | ATTN: BRIAN L GREENERT | 400 WATERFRONT DR | | PITTSBURGH | PA | 15222-4739 | BGREENERT@PA.GOV |
| COMMONWEALTH OF PENNSYLVANIA | ATTN: ROBERT W MCATEER | 400 MARKET ST, 9TH FL | | HARRISBURG | PA | 17101 | RMCATEER@PA.GOV |
| COMMONWEALTH OF PUERTO RICO ATTY GENERAL | PO BOX 9020192 | | | SAN JUAN | PR | 00902-0192 | |
| COOKSEY TOOLEN GAGE DUFFY & WOOG | ATTTN KIM GAGE; RANDALL MROCZYNSKI | 535 ANTON BLVD, 10TH FL | | COSTA MESA | CA | 92626 | KGAGE@COOKSEYLAW.COM; RMROCZYNSKI@COOKSEYLAW.COM |
| COUSINS LAW LLC | ATTN SCOTT D COUSINS | 1521 CONCORD PIKE, STE 301 | | WILMINGTON | DE | 19803 | scott.cousins@cousins-law.com |
| CROSS & SIMON LLC | ATTN CHRISTOPHER P SIMON | 1105 N MARKET ST, STE 901 | | WILMINGTON | DE | 19801 | CSIMON@CROSSLAW.COM |
| DAIMLER TRUCKS NA | 4555 NORTH CHANNEL AVENUE | | | PORTLAND | OR | 97217 | JOHN.OLEARY@DAIMLER.COM; KIRSTIN.ABEL@DAIIMLERTRUCK.COM |
| DEMAYO LAW OFFICES LLP | ATTN ADRIENNE S BLOCKER | 1211 E MOREHEAD ST | | CHARLOTTE | NC | 28204 | ABLOCER@DEMAYOLAW.COM |
| DILWORTH PAXSON LLP | ATTN MARTIN J WEIS | 800 N KING ST, STE 202 | | WILMINGTON | DE | 19801 | MWEIS@DILWORTHLAW.COM |
| DISTRICT OF COLUMBIA ATTORNEY GENERAL | 400 6TH STREET, NW | | | WASHINGTON | DC | 20001 | OAG@DC.GOV |
| DLA PIPER LLP (US) | ATTN: STUART M. BROWN | 1201 NORTH MARKET ST, STE 2100 | | WILMINGTON | DE | 19801 | stuart.brown@us.dlapiper.com |
| DLA PIPER LLP (US) | ATTN: RACHEL EHRLICH ALBANESE | 1251 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020 | rachel.albanese@us.dlapiper.com |
| DOSHI LEGAL GROUP PC | ATTN: AMISH R EORGHI | 1979 MARCUS AVE, STE 210E | | NEW HYDE PARK | NY | 11042 | AMISH@DOSHILEGAL.COM |
| DUANE MORRIS LLP | ATTN SOMMER L ROSS | 1201 N MARKET ST, STE 501 | | WILMINGTON | DE | 19801 | SLROSS@DUANEMORRIS.COM |
| EMMET MARVIN & MARTIN LLP | ATTN THOMAS A PITTA | 120 BROADWAY, 32ND FL | | NEW YORK | NY | 10271 | TPITTA@EMMETMARVIN.COM |
| EPSTEIN BECKER & GREEN | ATTN WENDY G MARCARI | 875 THIRD AVE | | NEW YORK | NY | 10022 | WMARCARI@EBGLAW.COM |
| FAEGRE DRINKER BIDDLE & REATH LLP | ATTN BRETT D FALLON; JOSEPH ARGENTINA, JR | 222 DELAWARE AVE, STE 1410 | | WILMINGTON | DE | 19801 | BRETT.FALLON@FAEGREDRINKER.COM; JOSEPH.ARGENTINA@FAEGREDRINKER.COM |
| FARELLA BRAUN + MARTELL LLP | ATTN: GARY M KAPLAN | ONE BRUSH ST, STE 900 | | SAN FRANCISCO | CA | 94104 | GKAPLAN@FBM.COM |
| FARNAN LLP | ATTN BRIAN E FARNAN; MICHAEL J FARNAN | 919 N MARKET ST, 12TH FL | | WILMINGTON | DE | 19801 | bfarnan@farnanlaw.com; mfarnan@farnanlaw.com |
| FEINBERG DUMONT & BRENNAN | TEAMSTERS UNION 25 HEALTH SVCS & INS PLN &) | TEAMSTERS LOCAL UNION 653 HEALTH, WELFARE & | INSURANCE FUND) | BOSTON | MA | 02109 | MAB@FDB-LAW.COM |
| FONTANEZ, FERNANDO | | | | | | | Address on File |
| FOX SWIBEL LEVIN & CARROLL LLP | ATTN MARGARET M SCHULTZ; RYAN T SCHULTZ | KENNETH M THOMAS | 200 W MADISON ST, STE 3000 | CHICAGO | IL | 60606 | PANDERSON@FOXSWIBEL.COM; RSCHULTZ@FOXSWIBEL.COM; KTHOMAS@FOXSWIBEL.COM |
| GELLERT SEITZ BUSENKELL & BROWN LLC | ATTN MICHAEL BUSENKELL; MICHAEL VAN GORDER | 1201 N ORANGE ST, STE 300 | | WILMINGTON | DE | 19801 | MBUSENKELL@GSBBLAW.COM; MVANGORDER@GSBBLAW.COM |
| GRAY ROBINSON PA | ATTN: JEFFREY SCHLERF | 1007 N ORANGE ST, 4TH FL, #127 | | WILMINGTON | DE | 19801 | JEFFREY.SCHLERF@GRAY-ROBINSON.COM |
| GREENBERG TRAURIG LLP | ATTN ANTHONY W CLARK; DENNIS A MELORO | 222 DELAWARE AVE, STE 1600 | | WILMINGTON | DE | 19801 | ANTHONY.CLARK@GTLAW.COM; DENNIS.MELORO@GTLAW.COM |
| GRIMES & LINEBARGER LLP | ATTN JOHN KENDRICK TURNER | 120 W MAIN, STE 201 | | MESQUITE | TX | 75149 | DALLAS.BANKRUPTCY@LGBS.COM |
| GROOM LAW GROUP | ATTN EDWARD MEEHAN; SAMUEL LEVIN | 1701 PENNSYLVANIA AVE NW | | WASHINGTON | DC | 20006-5811 | EMEEHAN@GROOM.COM; SLEVIN@GROOM.COM |
| HAYNES AND BOONE LLP | ATTN IAN PECK; DAVID STAAB; JORDAN CHAVEZ | 2801 N HARWOOD ST, STE 2300 | | DALLAS | TX | 75201 | IAN.PECK@HAYNESBOONE.COM; DAVID.STAAB@HAYNESBOONE.COM; JORDAN.CHAVEZ@HAYNESBOONE.COM |
| HILLER LAW LLC | ATTN ADAM HILLER | 300 DELAWARE AVE, STE 210, #227 | | WILMINGTON | DE | 19801 | ahiller@adamhillerlaw.com |
| HOGAN LOVELLS | ATTN: RONALD J SILVERMAN; ROBERT A RIPIN | 390 MADISON AVE | | NEW YORK | NY | 10017 | RONALD.SILVERMAN@HOGANLOVELLS.COM; ROBER.RIPIN@HOGANLOVELLS.COM |
| HOLLAND & KNIGHT LLP | ATTN: JOSHUA M. SPENCER | 150 N. RIVERSIDE PLAZA, SUITE 2700 | | CHICAGO | IL | 60606 | JOSHUA.SPENCER@HKLAW.COM AND ALTERDOMUS@HKLAW.COM |
| HOLLAND & KNIGHT LLP | ADMIN AGT B2 TERM LOAN, ATTN: J. SPENCER | 150 N. RIVERSIDE PLAZA, SUITE 2700 | | CHICAGO | IL | 60606 | JOSHUA.SPENCER@HKLAW.COM AND ALTERDOMUS@HKLAW.COM |
| IMPERIAL COUNTY | 940 W MAIN ST, STE 106 | | | EL CENTRO | CA | 92243 | |
| INTERNAL REVENUE SERVICE | P.O. BOX 7346 | | | PHILADELPHIA | PA | 19101-7346 | MILLIE.H.AGENT@IRS.GOV |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS | 25 LOUISIANA AVE, NW | | | WASHINGTON | DC | 20001 | FZUCKERMAN@TEAMSTER.ORG |
| JACK SHRUM PA | ATTN J JACKSON SHRUM | 919 N MARKET ST, STE 1410 | | WILMINGTON | DE | 19801 | JSHRUM@JSHRUMLAW.COM |
| JACOBY & MEYERS LLP | ATTN SHANE HAPUARACHY; ALICIA CURRAN | 10900 WILSHIRE BLVD, 15TH FL | | LOS ANGELES | CA | 90024 | SHAPUARACHY@JACOBYANDMEYERS.COM; ACURRAN@JACOBYANDMEYERS.COM |
| JAVERBAUM WURGAFT HICKS KAHN WIKSTROM SININS PC | ATTN RAYMOND M PATELLA | 505 MORRIS AVE | | SPRINGFIELD | NJ | 07081 | RPATELLA@LAWJW.COM |
| KELLEY DRYE & WARREN LLP | ATTN ROBERT LEHANE; RICHARD GAGE; STEVEN YACHIK | 3 WORLD TRADE CENTER | 175 GREENWICH ST | NEW YORK | NY | 10007 | KDWBANKRUPTCYDEPARTMENT@KELLEYDRYE.COM; RLEHANE@KELLEYDRYE.COM; RGAGE@KELLEYDRYE.COM; SYACHIK@KELLEYDRYE.COM |
| KENNETH S NUGENT PC | ATTN MATTHEW RICHARDSON | 4227 PLEASANT HILL RD, BLDG 11 | | DULUTH | GA | 30096 | MRICHARDSON@ATTORNEYKENNUGENT.COM |
| KEURIG DR PEPPER | 6304 TEAL CT | | | PLANO | TX | 75024 | RWWARD@AIRMAIL.NET |
| KING & SPALDING LLP | ATTN THADDEUS D WILSON | 1180 PEACHTREE ST, NE, STE 1600 | | ATLANTA | GA | 30309 | THADWILSON@KSLAW.COM |
| KING & SPALDING LLP | ATTN MICHAEL FISHEL | 1100 LOUISIANA ST, STE 4100 | | HOUSTON | TX | 77002 | MFISHEL@KSLAW.COM |

| Name | Attn | Address 1 | Address 2 | Address 3 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|---|
| KLEHR HARRISON HARVEY BRANZBURG | ATTN RAYMOND H LEMISCH | 919 MARKET ST, STE 1000 | | | WILMINGTON | DE | 19801-3062 | RLEMISCH@KLEHR.COM |
| KLEINBARD LLC | ATTN E DAVID CHANIN | THREE LOGAN SQUARE | 1717 ARCH ST, 5TH FL | | PHILADELPHIA | PA | 19103 | dchanin@kleinbard.com |
| KOHNER MANN KAILAS SC | ATTN SAMUEL C WISOTZKEY | 4650 N PORT WASHINGTON RD | | | MILWAUKEE | WI | 53212-1059 | SWISOTZKEY@KMKSC.COM |
| KROLL HEINEMAN PTASIEWICZ & PARSONS LLC | | 91 FIELDCREST AVE, STE 35 | | | EDISON | NJ | 08837 | SPTASIEWICZ@KROLLFIRM.COM |
| KURTZMAN STEADY LLC | ATTN JEFFREY KURTZMAN | 101 N WASHINGTON, STE 4A | | | MARGATE CITY | NJ | 08402 | KURTZMAN@KURTZMANSTEADY.COM |
| KYE LAW GROUP, P.C. | ATTN: MATTHEW F. KYE | 201 OLD COUNTRY ROAD, SUITE 120 | | | MELVILLE | NY | 11747 | mkye@kyelaw.com |
| LANE & NACH | ATTN ADAM N NACH | 2001 E CAMPBELL AVE, STE 103 | | | PHOENIX | AZ | 85016 | ADAM.NACH@LANE-NACH.COM |
| LAW OFFICE OF JAMES TOBIA LLC | ATTN JAMES TOBIA | 1716 WAWASET ST | | | WILMINGTON | DE | 19806 | JTOBIA@TOBIALAW.COM |
| LAW OFFICES OF SUSAN E KAUFMAN LLC | INTL ASSOCIATION OF MACHINISTS & AEROSPACE WKRS) | ATTN SUSAN E KAUFMAN | 919 N MARKET ST, STE 460 | | WILMINGTON | DE | 19801 | SKAUFMAN@SKAUFMANLAW.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLC | ATTN DIANE W SANDERS | PO BOX 17428 | | | AUSTIN | TX | 78760-7428 | austin.bankruptcy@lgbs.com |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN DON STECKER | 112 E PECAN ST, STE 2200 | | | SAN ANTONIO | TX | 78205 | SANANTONIO.BANKRUPTCY@LGBS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | COUNTY; HARRIS COUNTY; FORT BEND COUNTY) | ATTN TARA L GRUNDEMEIER | PO BOX 3064 | | HOUSTON | TX | 77253-3064 | HOUSTON_BANKRUPTCY@LGBS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN JOHN KENDRICK TURNER | 2777 N STEMMONS FWY, STE 1000 | | | DALLAS | TX | 75207 | DALLAS.BANKRUPTCY@LGBS.COM |
| LINEBARGER GOGGAN BLAIR & SAMPSON LLP | ATTN DON STECKER | 112 E PECAN ST, STE 2200 | | | SAN ANTONIO | TX | 78205 | SANANTONIO.BANKRUPTCY@LGBS.COM |
| LIPSON NEILSON PC | ATTN MICHAEL D LIEBERMAN | 3910 TELEGRAPH RD, STE 200 | | | BLOOMFIELD HILLS | MI | 48302 | MLIEBERMAN@LIPSONEILSON.COM |
| LOIZIDES PA | ATTN CHRISTOPHER D LOIZIDES | 1225 KING ST, STE 800 | | | WILMINGTON | DE | 19801 | loizides@loizides.com |
| MADDIN HAUSER ROTH & HELLER | ATTN DAVID M EISENBERG | 28400 NORTHWESTERN HWY | | | SOUTHFIELD | MI | 48034 | DEISENBERG@MADDINHAUSER.COM |
| MAGNOZZI LAW FIRM | ATTN: MARK MAGNOZZI; BENJAMIN RACHELSON | 23 GREEN ST, STE 302 | | | HUNTINGTON | NY | 11743 | MMAGNOZZI@MAGNOZZILAW.COM |
| MARICOPA COUNTY ATTORNEY'S OFFICE | | 225 W MADISON ST | | | PHOENIX | AZ | 85003 | PETER.MUTHIG@MARICOPA.GOV |
| MCCARTER & ENGLISH LLP | ATTN KATE ROGGIO BUCK & | SHANNON D HUMISTON | 405 N KING ST, 8TH FL | | WILMINGTON | DE | 19801 | KBUCK@MCCARTER.COM; SHUMISTON@MCCARTER.COM |
| MCCARTER & ENGLISH LLP | ATTN JOSEPH LUBERTAZZI, JR; SHEILA CALELLO | 100 MULBERRY ST | | | NEWARK | NJ | 07102 | JLUBERTAZZI@MCCARTER.COM; SCALELLO@MCCARTER.COM |
| MCCREARY VESELKA BRAGG & ALLEN PC | ATTN JULIE ANN PARSONS | 700 JEFFREY WAY, STE 100 | | | ROUND ROCK | TX | 78680-1269 | JPARSONS@MVBALAW.COM |
| MCELROY DEUTSCH MULVANEY & CARPENTER LLP | ATTN GARY D. BRESSLER | 300 DELAWARE AVE, STE 1014 | | | WILMINGTON | DE | 19801 | GBRESSLER@MDMC-LAW.COM |
| MICHELIN NORTH AMERICA INC | 1 PARKWAY SOUTH | | | | GREENVILLE | SC | 29615 | ROLAND.KNIGHT@MICHELIN.COM; BRIAN.GUTBROD@MICHELIN |
| MILBANK LLP | ATTN DENNIS F DUNNE & MATTHEW L BROD | 55 HUDSON YARDS | | | NEW YORK | NY | 10001 | DDUNNE@MILBANK.COM; MBROD@MILBANK.COM |
| MILBANK LLP | ATTN ANDREW LEBLANC; ERIN DEXTER; | MELANIE WESTOVER YANEZ | 1850 K ST NW, STE 1100 | | WASHINGTON | DC | 20006 | aleblanc@milbank.com; edexter@milbank.com; mwyanez@milbank.com |
| MONTGOMERY MCCRACKEN WALKER & RHOADS LLP | | 1105 N MARKET ST, STE 1500 | | | WILMINGTON | DE | 19801 | MPHILLIPS@MMWR.COM; CMILLER@MORRISNICHOLS.COM; MHARVEY@MORRISNICHOLS.COM; |
| MORRIS NICHOLS ARSHT & TUNNELL LLP | ATTN C MILLER; M HARVEY; J WEYAND | 1201 N MARKET ST, STE 1600 | PO BOX 1347 | | WILMINGTON | DE | 19899-1347 | JWEYAND@MORRISNICHOLS.COM |
| MORRIS, NICHOLS, ARSHT & TUNNELL LLP | ATTN: DEREK C. ABBOTT & SOPHIE ROGERS CHURCHILL | 1201 N. MARKET ST, STE 1600 | PO BOX 1347 | | WILMINGTON | DE | 19899-1347 | dabbott@morrisnichols.com; srchurchill@morrisnichols.com |
| MUNSCH HARDT KOPF & HARR PC | FINLAYSON LOGISTICS ASSETS LLC) | ATTN DEBORAH M PERRY | 500 N AKARD ST, STE 3800 | | DALLAS | TX | 75201-6659 | dperry@munsch.com |
| MYERS & MYERS PLLC | ATTN REBECCA J S CASSELL | 915 N MICHIGAN AVE, STE 200 | | | HOWELL | MI | 48843 | rcassell@myers2law.com |
| NATIONAL LABOR RELATIONS BOARD, REG 7 | GERALD R FORD FEDERAL BLDG | 110 MICHIGAN STREET NW, RM 299 | | | GRAND RAPIDS | MI | 49503 | STEVEN.CARLSON@NLRB.GOV |
| NEW YORK STATE DEPT OF LAW | ATTN STEPHEN M NAGLE | THE CAPITOL | | | ALBANY | NY | 12224 | |
| NORTON ROSE FULBRIGHT US LLP | ATTN REBECCA J WINTHROP | 555 S FLOWER ST, 41ST FL | | | LOS ANGELES | CA | 90071 | REBECCA.WINTHROP@NORTONROSEFULBRIGHT.COM |
| NY OFFICE OF THE ATTORNEY GEN | ATTN STEVE H NGUYEN | THE CAPITOL | | | ALBANY | NY | 12224 | steve.nguyen@ag.ny.gov |
| NY STATE TEAMSTERS PENSION/HEALTH FUNDS | PO BOX 4929 | | | | SYRACUSE | NY | 13221-4928 | KRGSTIL@NYTFUND.ORG |
| OFFICE OF THE ATTORNEY GENERAL OF TEXAS | TX COMPTROLLER OF PUBLIC ACCOUNTS) | ATTN SEAN T FLYNN; LAYLA D MILLIGAN | PO BOX 12548 | | AUSTIN | TX | 78711-2548 | SEAN.FLYNN@OAG.TEXAS.GOV; LAYLA.MILLIGAN@OAG.TEXAS.GOV |
| OFFICE OF THE UNITED STATES ATTORNEY | HERCULES BUILDING | 1313 N MARKET ST, STE 400 | | | WILMINGTON | DE | 19801 | USADE.ECFBANKRUPTCY@USDOJ.GOV; dylan.steinberg@usdoj.gov |
| OFFICE OF THE US TRUSTEE | 844 KING STREET, SUITE 2207 | LOCKBOX 35 | | | WILMINGTON | DE | 19801 | USTRUSTEE.PROGRAM@USDOJ.GOV; BENJAMIN.A.HACKMAN@USDOJ.GOV |
| OFFIT KURMAN PA | ATTN BRIAN J MCLAUGHLIN | 222 DELAWARE AVE, STE 1105 | | | WILMINGTON | DE | 19801 | BRIAN.MCLAUGHLIN@OFFITKURMAN.COM |
| OHIO DEPT OF JOBS AND FAMILY SERVICES | ATTN: JONATHAN BLANTON, ASST ATTORNEY GENERAL | ONE GOVERNMENT CENTER, SUITE 1240 | | | TOLEDO | OH | 43604-2261 | Jonathan.Blanton@OhioAttorneyGeneral.gov |
| OKLAHOMA COUNTY TREASURER | 320 ROBERT S KERR, RM 307 | | | | OKLAHOMA CITY | OK | 73102 | TAMMY.JONES@OKLAHOMACOUNTY.ORG |
| PACHULSKI STANG ZIEHL & JONES LLP | ATTN: LAURA DAVIS JONES, TIMOTHY P CAIRNS, | PETER J KEANE, EDWARD A CORMA | 919 NORTH MARKET STREET, 17TH FL | | WILMINGTON | DE | 19801 | pkeane@pszjla.com |
| PARAVATI KARL GREEN & DEBELLA LLP | ATTN VINCENT M DEBELLA | LANDMARC BUILDING | 520 SENECA ST, STE 105 | | UTICA | NY | 13502 | VDEBELLA@PKSGLAW.COM |
| PASHMAN STEIN WALDER HAYDEN PC | ATTN JOSEPH C BARSALONA II | 1007 N ORANGE ST, 4TH FL, STE 183 | | | WILMINGTON | DE | 19801 | JBARSALONA@PASHMANSTEIN.COM |
| PAUL HASTINGS LLP | ATTN JAYME GOLDSTEIN; DANIEL FLIMAN; | GABE SASSON | 200 PARK AVE | | NEW YORK | NY | 10166 | JAYMEGOLDSTEIN@PAULHASTINGS.COM; DANFLIMAN@PAULHASTINGS.COM; GABESASSON@PAULHASTINGS.COM |
| PENSION BENEFIT GUARANTY CORP | ATTN R STARK; S SERSPINSKI; D HRISTOVA | D AMADOR; S THOMAS; B KELLY | 445 12TH ST, SW | | WASHINGTON | DC | 20024 | STARK.REBECCA@PBGC.GOV; EFILE@PBGC.GOV; SERSPINSKI.SVEN@PBGC.GOV; HRISTOVA.DONIKA@PBGC.GOV; AMADOR.DESIREE@PBGC.GOV; THOMAS.STEPHANIE@PBGC.GOV; GINSBERG.JOHN@PBGC.GOV; KELLY.BENJAMIN@PBGC.GOV; PBGCPUBLICAFFAIRS@PBGC.GOV |
| PENSION BENEFIT GUARANTY CORPORATION | 445 12TH ST SW | | | | WASHINGTON | DC | 20024-2101 | PBGCPUBLICAFFAIRS@PBGC.GOV; STARK.REBECCA@PBGC.GOV; EFILE@PBGC.GOV |
| PERDUE BRANDON FIELDER COLLINS & MOTT LLP | ATTN LAURA J MONROE | PO BOX 817 | | | LUBBOCK | TX | 79408 | LMBKR@PBFCM.COM |
| PIERSON FERDINAND LLP | ATTN CARL NEFF; MAURA BURKE | 112 FRENCH ST | | | WILMINGTON | DE | 19801 | CARL.NEFF@PIERFERD.COM; MAURA.BURKE@PIERSONFERDINAND.COM |
| POLSINELLI PC | ATTN CA WARD; KM DEVANNEY; MV DIPIETRO | 222 DELAWARE AVE, STE 1101 | | | WILMINGTON | DE | 19801 | kdevanney@polsinelli.com; cward@polsinelli.com; mdipietro@polsinelli.com |
| PREVIANT LAW FIRM, SC, THE | AL; INTL ASSOC OF MACHINISTS & AEROSPACE WRKS) | ATTN J HARTLEY; E WOODS; Y HO | 310 W WISCONSIN AVE, STE 100MW | | MILWAUKEE | WI | 53203 | JH@PREVIANT.COM; EMW@PREVIANT.COM; YH@PREVIANT.COM |
| PULLMAN & COMLEY LLC | ATTN KRISTIN B MAYHEW | 850 MAIN ST | PO BOX 7006 | | BRIDGEPORT | CT | 06601-7006 | KMAYHEW@PULLCOM.COM |
| RAINES FELDMAN LITTRELL LLP | ATTN DAVID S FORSH | 1350 AVENUE OF THE AMERICAS, 22ND FL | | | NEW YORK | NY | 10019 | DFORSH@RAINESLAW.COM |
| RAISNER ROUPINIAN LLP | ATTN JACK A RAISNER; RENE S ROUPINIAN | 270 MADISON AVE, STE 1801 | | | NEW YORK | NY | 10010 | JAR@RAISNERROUPINIAN.COM; RSR@RAISNERROUPINIAN.COM |
| REED SMITH LLP | PRIME ALLIANCE BANK; ARCO CREDIT CORP; AFCO) | ATTN KURT F GWYNNE; MARK W ECKARD; JASON D ANGELO | 1201 MARKET ST, STE 1500 | | WILMINGTON | DE | 19801 | KGWYNNE@REEDSMITH.COM; MECKARD@REEDSMITH.COM; JANGELO@REEDSMITH.COM |
| REGER RIZZO & DARNALL LLP | ATTN: LOUIS J RIZZO | BRANDYWINE PLAZA WEST | 1521 CONCORD PIKE, STE 305 | | WILMINGTON | DE | 19803 | LRIZZO@REGERLAW.COM |
| RFT LOGISTICS LLC | 14439 NW MILITARY HWY | SUITE 108-607 | | | SAN ANTONIO | TX | 78231 | TRUCKLOAD@RFTLOGISTICS.COM; CHRIS.MEJIA@RFTLOGISTICS.COM |
| RICHARDS LAYTON & FINGER PA | ATTN MARK D COLLINS; JOHN H KNIGHT; DAVID T | QUEROLI; ALEXANDER R STEIGER, CORY D KANDESTIN | ONE RODNEY SQUARE | | WILMINGTON | DE | 19801 | collins@rlf.com; knight@rlf.com; queroli@rlf.com; steiger@rlf.com; kandestin@rlf.com |
| ROBINSON & COLE LLP | ATTN JAMIE L EDMONSON, KATHERINE S. DUTE | 1201 N MARKET ST, STE 1406 | | | WILMINGTON | DE | 19801 | JEDMONSON@RC.COM |
| ROCK ISLAND COUNTY ILLINOIS | 1317 THIRD AVE, FL 2 | | | | ROCK ISLAND | IL | 61201 | carlsona@rockislandcountyil.gov |
| ROPES & GRAY LLP | 191 W WACKER DR, 32ND FL | | | | CHICAGO | IL | 60606 | LUKE.SMITH@ROPESGRAY.COM |
| ROPES & GRAY LLP | 1211 AVENUE OF THE AMERICAS | | | | NEW YORK | NY | 10036 | NATASHA.HWANGPO@ROPESGRAY.COM |
| ROSNER LAW GROUP LLC | ATTN FREDERICK B ROSNER | 824 N MARKET ST, STE 810 | | | WILMINGTON | DE | 19801 | ROSNER@TEAMROSNER.COM |
| S&D LAW | ATTN MICHAEL L SCHLEPP | 1550 WEWATTA ST, FL 2 | | | DENVER | CO | 80202 | MSCHLEPP@S-D.COM |
| SALDUTTI LAW GROUP | ATTN ROBERT L SALDUTTI; REBECCA K MCDOWELL | 1700 MARKET ST, STE 1005 | | | PHILADELPHIA | PA | 19103 | RSALDUTTI@SLGCOLLECT.COM; RMCDOWELL@SLGCOLLECT.COM |
| SANDBERG PHOENIX & VON GONTARD PC | 4600 MADISON AVE, STE 1000 | | | | KANSAS CITY | MO | 64112 | SSTOLTE@SANDBERGPHOENIX.COM |
| SAUDER SCHELKOPF LLC | ATTN JOSEPH G SAUDER; JOSEPH B KENNEY | 1109 LANCASTER AVE | | | BERWYN | PA | 19312 | JGS@SSTRIALLAWYERS.COM; JBK@SSTRIALLAWYERS.COM |
| SAUL EWING LLP | ATTN MARK MINUTI; LUCIAN MURLEY | 1201 N MARKET ST, STE 2300 | PO BOX 1266 | | WILMINGTON | DE | 19899 | MARK.MINUTI@SAUL.COM; LUKE.MURLEY@SAUL.COM |
| SECURITIES & EXCHANGE COMMISSION | 100 PEARL ST, STE 20-100 | | | | NEW YORK | NY | 10004-2616 | NYROBANKRUPTCY@SEC.GOV; newyork@sec.gov |
| SECURITIES & EXCHANGE COMMISSION | | | | | WASHINGTON | DC | 20549 | NYROBANKRUPTCY@SEC.GOV |
| SEYFARTH SHAW LLP | ATTN JAMES B SOWKA | 233 S WACKER DR, STE 8000 | | | CHICAGO | IL | 60606 | JSOWKA@SEYFARTH.COM |
| SORENSON VAN LEUVEN PLLC | ATTN JAMES E SORENSON | PO BOX 3637 | | | TALLAHASSEE | FL | 32315-3637 | BK@SVLLAW.COM |
| SPOTTS FAIN PC | ATTN NEIL E MCCULLAGH | 411 E FRANKLIN ST, STE 600 | | | RICHMOND | VA | 23219 | NMCCULLAGH@SPOTTSFAIN.COM |
| STATE OF ALABAMA ATTORNEY GENERAL | 501 WASHINGTON AVE | | | | MONTGOMERY | AL | 36104 | |
| STATE OF ALABAMA ATTORNEY GENERAL | PO BOX 300152 | | | | MONTGOMERY | AL | 36130-0152 | |
| STATE OF ALASKA ATTORNEY GENERAL | 1031 W 4TH AVE, STE 200 | | | | ANCHORAGE | AK | 99501-1994 | ATTORNEY.GENERAL@ALASKA.GOV |
| STATE OF AMERICAN SAMOA ATTORNEY GENERAL | EXECUTIVE OFFICE BLDG, 3RD FL | PO BOX 7 | | | UTULEI | AS | 96799 | AG@LA.AS.GOV |
| STATE OF ARIZONA ATTORNEY GENERAL | 2005 NORTH CENTRAL AVENUE | | | | PHOENIX | AZ | 85004-2926 | AGINFO@AZAG.GOV |
| STATE OF ARKANSAS ATTORNEY GENERAL | 323 CENTER ST, STE 200 | | | | LITTLE ROCK | AR | 72201-2610 | OAG@ARKANSASAG.GOV |
| STATE OF CALIFORNIA ATTORNEY GENERAL | 1300 'I' ST | | | | SACRAMENTO | CA | 95814-2919 | |
| STATE OF COLORADO ATTORNEY GENERAL | RALPH L CARR COLORADO JUDICIAL BLDG | 1300 BROADWAY, 10TH FL | | | DENVER | CO | 80203 | ATTORNEY.GENERAL@COAG.GOV |
| STATE OF CONNECTICUT ATTORNEY GENERAL | 165 CAPITOL AVENUE | | | | HARTFORD | CT | 06106 | ATTORNEY.GENERAL@CT.GOV |
| STATE OF DELAWARE ATTORNEY GENERAL | CARVEL STATE BUILDING | 820 N FRENCH ST | | | WILMINGTON | DE | 19801 | ATTORNEY.GENERAL@DELAWARE.GOV |
| STATE OF FLORIDA ATTORNEY GENERAL | PL 01 THE CAPITOL | | | | TALLAHASSEE | FL | 32399-1050 | |
| STATE OF GEORGIA ATTORNEY GENERAL | 40 CAPITOL SQUARE, SW | | | | ATLANTA | GA | 30334 | AGCARR@LAW.GA.GOV |
| STATE OF HAWAII ATTORNEY GENERAL | 425 QUEEN ST | | | | HONOLULU | HI | 96813 | HAWAIIAG@HAWAII.GOV |
| STATE OF IDAHO ATTORNEY GENERAL | 700 W JEFFERSON ST, STE 210 | PO BOX 83720 | | | BOISE | ID | 83720-0010 | |
| STATE OF ILLINOIS ATTORNEY GENERAL | 115 S LASALLE ST, STE 2300 | | | | CHICAGO | IL | 60603 | |
| STATE OF INDIANA ATTORNEY GENERAL | INDIANA OFFICE OF ATTORNEY GENERAL | IGCS, 5TH FL | 302 W WASHINGTON ST | | INDIANAPOLIS | IN | 46204 | HEATHER.CROCKETT@ATG.IN.GOVE |
| STATE OF IOWA ATTORNEY GENERAL | HOOVER STATE OFFICE BUILDING | 1305 E WALNUT ST | | | DES MOINES | IA | 50319 | WEBTEAM@AG.IOWA.GOV |
| STATE OF KANSAS ATTORNEY GENERAL | 120 SW 10TH AVE, 2ND FL | | | | TOPEKA | KS | 66612 | |
| STATE OF KENTUCKY ATTORNEY GENERAL | 700 CAPITOL AVE, STE 118 | | | | FRANKFORT | KY | 40601-3449 | |
| STATE OF LOUISIANA ATTORNEY GENERAL | 1885 N THIRD ST | | | | BATON ROUGE | LA | 70802 | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF LOUISIANA ATTORNEY GENERAL | PO BOX 94005 | | | | BATON ROUGE | LA | 70804 | CONSTITUENTSERVICES@AG.LOUISIANA.GOV |
| STATE OF MAINE ATTORNEY GENERAL | 6 STATE HOUSE STATION | | | | AUGUSTA | ME | 04333 | ATTORNEY.GENERAL@MAINE.GOV |
| STATE OF MARYLAND ATTORNEY GENERAL | 200 ST PAUL PLACE | | | | BALTIMORE | MD | 21202 | OAG@OAG.STATE.MD.US |
| STATE OF MASSACHUSETTS ATTORNEY GENERAL | 1 ASHBURTON PLACE, 20TH FL | | | | BOSTON | MA | 02108-1518 | |
| STATE OF MICHIGAN ATTORNEY GENERAL | G. MENNEN WILLIAMS BLDG | 525 W OTTAWA ST - PO BOX 30212 | | | LANSING | MI | 48909 | MIAG@MICHIGAN.GOV; LAMOREL1@MICHIGAN.GOV |

| Name | Address 1 | Address 2 | Address 3 | City | State | Zip | Email |
|---|---|---|---|---|---|---|---|
| STATE OF MICHIGAN, TREASURY DEPT | CADILLAC PLACE BUILDING | 3030 W GRAND BLVD, STE 10-200 | | DETROIT | MI | 48202 | MILLERJ51@MICHIGAN.GOV |
| STATE OF MINNESOTA ATTORNEY GENERAL | 445 MINNESOTA ST, STE 1400 | | | ST. PAUL | MN | 55101-2131 | |
| STATE OF MISSISSIPPI ATTORNEY GENERAL | 550 HIGH ST, STE 1200 | | | JACKSON | MS | 39205 | |
| STATE OF MISSOURI ATTORNEY GENERAL | SUPREME CT BLDG, 207 W HIGH ST | PO BOX 899 | | JEFFERSON CITY | MO | 65102 | ATTORNEY.GENERAL@AGO.MO.GOV |
| STATE OF MONTANA ATTORNEY GENERAL | JUSTICE BLDG | 215 N SANDERS ST | | HELENA | MT | 59601 | |
| STATE OF NEBRASKA ATTORNEY GENERAL | 2115 STATE CAPITOL | PO BOX 98920 | | LINCOLN | NE | 68509 | AGO.INFO.HELP@NEBRASKA.GOV |
| STATE OF NEVADA ATTORNEY GENERAL | 100 N CARSON ST | | | CARSON CITY | NV | 89701 | AGINFO@AG.NV.GOV |
| STATE OF NEW HAMPSHIRE ATTORNEY GENERAL | NH DEPT OF JUSTICE | 33 CAPITOL ST | | CONCORD | NH | 03301 | ATTORNEYGENERAL@DOJ.NH.GOV |
| STATE OF NEW JERSEY ATTORNEY GENERAL | RJ HUGHES JUSTICE COMPLEX | 25 MARKET ST - PO BOX 080 | | TRENTON | NJ | 08625-0080 | |
| STATE OF NEW MEXICO ATTORNEY GENERAL | 408 GALISTEO ST | VILLAGRA BLDG | | SANTA FE | NM | 87501 | |
| STATE OF NEW YORK ATTORNEY GENERAL | DEPT. OF LAW | THE CAPITOL, 2ND FL | | ALBANY | NY | 12224-0341 | NYAG.PRESSOFFICE@AG.NY.GOV |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | PO BOX 629 | | | RALEIGH | NC | 27602-0629 | |
| STATE OF NORTH CAROLINA ATTORNEY GENERAL | 9001 MAIL SERVICE CTR | | | RALEIGH | NC | 27699-9001 | |
| STATE OF NORTH DAKOTA ATTORNEY GENERAL | 600 E BOULEVARD AVE | DEPT 125 | | BISMARCK | ND | 58505 | NDAG@ND.GOV |
| STATE OF OHIO ATTORNEY GENERAL | COLLECTIONS ENFORCEMENT | 8040 HOSBROOK RD, STE 300 | | CINCINNATI | OH | 45236 | KRISTINE.RADWANICK@OHIOAGO.GOV |
| STATE OF OKLAHOMA ATTORNEY GENERAL | 313 NE 21ST ST | | | OKLAHOMA CITY | OK | 73105 | OAGWCFU@OAG.OK.GOV |
| STATE OF OREGON ATTORNEY GENERAL | 1162 COURT ST, NE | | | SALEM | OR | 97301-4096 | ATTORNEYGENERAL@DOJ.STATE.OR.US |
| STATE OF PENNSYLVANIA ATTORNEY GENERAL | STRAWBERRY SQ | | | HARRISBURG | PA | 17120 | CONSUMERS@ATTORNEYGENERAL.GOV |
| STATE OF RHODE ISLAND ATTORNEY GENERAL | 150 S MAIN ST | | | PROVIDENCE | RI | 02903 | AG@RIAG.RI.GOV |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | REMBERT C DENNIS OFFICE BLDG | 1000 ASSEMBLY ST, ROOM 519 | | COLUMBIA | SC | 29201 | |
| STATE OF SOUTH CAROLINA ATTORNEY GENERAL | PO BOX 11549 | | | COLUMBIA | SC | 29211-1549 | |
| STATE OF SOUTH DAKOTA ATTORNEY GENERAL | 1302 EAST HIGHWAY 14, STE 1 | | | PIERRE | SD | 57501-8501 | CONSUMERHELP@STATE.SD.US |
| STATE OF TENNESSEE ATTORNEY GENERAL | PO BOX 20207 | | | NASHVILLE | TN | 37202-0207 | TNATTYGEN@AG.TN.GOV; AGBANKDELAWARE@AG.TN.GOV |
| STATE OF TEXAS ATTORNEY GENERAL | 300 W 15TH ST | | | AUSTIN | TX | 78701 | |
| STATE OF TEXAS ATTORNEY GENERAL | PO BOX 12548 | | | AUSTIN | TX | 78711-2548 | |
| STATE OF UTAH ATTORNEY GENERAL | 350 N STATE ST, STE 230 | | | SALT LAKE CITY | UT | 84114-2320 | bankruptcy@agutah.gov |
| STATE OF UTAH ATTORNEY GENERAL | PO BOX 142320 | | | SALT LAKE CITY | UT | 84114-2320 | UAG@AGUTAH.GOV |
| STATE OF VERMONT ATTORNEY GENERAL | 109 STATE ST | | | MONTPELIER | VT | 05609-1001 | AGO.INFO@VERMONT.GOV |
| STATE OF VIRGINIA ATTORNEY GENERAL | 202 N NINTH ST | | | RICHMOND | VA | 23219 | MAILOAG@OAG.STATE.VA.US |
| STATE OF WASHINGTON ATTORNEY GENERAL | 1125 WASHINGTON ST SE | | | OLYMPIA | WA | 98504-0100 | SERVICEATG@ATG.WA.GOV |
| STATE OF WASHINGTON ATTORNEY GENERAL | PO BOX 40100 | | | OLYMPIA | WA | 98504-0100 | SERVICEATG@ATG.WA.GOV |
| STATE OF WEST VIRGINIA ATTORNEY GENERAL | STATE CAPITOL COMPLEX, BLDG 1, ROOM E-26 | 1900 KANAWHA BLVD. E | | CHARLESTON | WV | 25305 | COMMUNICATIONS@WVAGO.GOV |
| STATE OF WISCONSIN ATTORNEY GENERAL | WISCONSIN DEPARTMENT OF JUSTICE | PO BOX 7857 | | MADISON | WI | 53703-7857 | |
| STATE OF WYOMING ATTORNEY GENERAL | 109 STATE CAPITAL | 200 W. 24TH ST | | CHEYENNE | WY | 82002 | |
| STEVENS & LEE PC | ATTN JOSEPH H HUSTON, JR | 919 N MARKET ST, STE 1300 | | WILMINGTON | DE | 19801 | JOSEPH.HUSTON@STEVENSLEE.COM |
| STEVENS & LEE PC | ATTN JOHN C KILGANNON | 1500 MARKET ST, EAST TOWER, STE 1800 | | PHILADELPHIA | PA | 19102 | JOHN.KILGANNON@STEVENSLEE.COM |
| STRADLEY RONON STEVENS & YOUNG LLP | ATTN JULIE M MURPHEY, ESQ | 1000 N WEST ST, STE 1200 | | WILMINGTON | DE | 19801 | JMMURPHY@STRADLEY.COM |
| STREUSAND LANDON OZBURN & LEMMON | ATTN SABRINA L STREUSAND | 1801 S MOPAC EXPWY, STE 320 | | AUSTIN | TX | 78746 | STREUSAND@SLOLLP.COM |
| SULLIVAN HAZELTINE ALLINSON LLC | ATTN WILLIAM D SULLIVAN; WILLIAM A HAZELTINE | ELIHU E ALLINSON | 919 N MARKET ST, STE 420 | WILMINGTON | DE | 19801 | BSULLIVAN@SHA-LLC.COM; WHAZELTINE@SHA-LLC.COM; ZALLINSON@SHA-LLC.COM |
| SUSSMAN SHANK LLP | ATTN GARRETT S EGGEN | 1000 SW BROADWAY, STE 1400 | | PORTLAND | OR | 97205 | GEGGEN@SUSSMANSHANK.COM |
| SWEETBAUM MILLER PC | ATTN ALAN D SWEETBAUM | 1200 17TH ST, STE 1250 | | DENVER | CO | 80202 | ASWEETBAUM@SWEETBAUMLAW.COM |
| TENNESSEE ATTORNEY GENERAL'S OFFICE | C/O TN ATTORNEY GENERAL'S OFFICE, BANKRUPTCY DIV | PO BOX 20207 | | NASHVILLE | TN | 37202-0207 | AGBankDelaware@ag.tn.gov |
| TEXAS COMPTROLLER OF PUBLIC ACCOUNTS | PO BOX 12548 | | | AUSTIN | TX | 78711-2548 | KIMBERLY.WALSH@AOG.TEXAS.GOV |
| THE BANK OF NEW YORK MELLON | 240 GREENWICH STREET 7TH FLOOR | | | NEW YORK | NY | 10286 | HECTOR.HERRERA@BNYMELLON.COM; UST.CARES.PROGRAM@BNYMELLON.COM |
| THOMPSON HINE LLP | ATTN SEAN A GORDON; AUSTIN B ALEXANDER | TWO ALLIANCE CENTER | 3560 LENOX RD NE, STE 1600 | ATLANTA | GA | 30326 | SEAN.GORDON@THOMPSONHINE.COM; AUSTIN.ALEXANDER@THOMPSONHINE.COM |
| THOMPSON O'BRIEN KAPPLER & NASUTI PC | ATTN MICHAEL PUGH | 2 SUN CT, STE 400 | | PEACHTREE CORNERS | GA | 30092 | mpugh@tokn.com |
| TRAVIS COUNTY ATTORNEY | PO BOX 1748 | | | AUSTIN | TX | 78767 | JASON.STARKS@TRAVISCOUNTYTX.GOV |
| U.S. DEPARTMENT OF JUSTICE | ATTN: I-HENG HSU AND CRYSTAL GEISE | 1100 L ST NW RM 7102 | | WASHINGTON | DC | 20005-4035 | MILLIE.H.AGENT@IRS.GOV |
| U.S. DEPARTMENT OF JUSTICE | | | | WASHINGTON | DC | 20530-0001 | |
| U.S. DEPARTMENT OF JUSTICE | ATTN I-HENG HSU, TRIAL ATTORNEY | 1100 L ST NW, RM 7102 | | WASHINGTON | DC | 20005 | I-HENG.HSU@USDOJ.GOV |
| U.S. DEPARTMENT OF JUSTICE | ATTN CRYSTAL J GEISE, TRIAL ATTORNEY | 1100 L ST NW, RM 7106 | | WASHINGTON | DC | 20005 | CRYSTAL.GEISE@USDOJ.GOV |
| UNION PACIFIC RAILROAD COMPANY | 1400 DOUGLAS STREET, STOP 1580 | | | OMAHA | NE | 68179 | bankruptcynotices@up.com; BFOXMAN@VELAW.COM |
| VINSON & ELKINS LLP | ATTN: BRADLEY FOXMAN; SARA ZOGLMAN | 2001 ROSS AVE, STE 3900 | | DALLAS | TX | 75201 | SZOLGLMAN@VELAW.COM |
| WACHTELL, LIPTON, ROSEN & KATZ | ATTN: BENJAMIN S. ARFA & ANGELA K. HERRING | 51 WEST 52ND ST | | NEW YORK | NY | 10019 | skcharles@wlrk.com; bsarfa@wlrk.com; akherring@wlrk.com; arwolf@wlrk.com |
| WELTMAN, WEINBERG & REIS CO. LPA | ATTN SCOTT D FINK | 965 KEYNOTE CIRCLE | | BROOKLYN HEIGHTS | OH | 44131 | SFINK@WELTMAN.COM; bronationalecf@weltman.com |
| WHITE & CASE LLP | ATTN S GREISSMAN; A ZATZ; E FELD | 1221 AVENUE OF THE AMERICAS | | NEW YORK | NY | 10020-1095 | SGREISSMAN@WHITECASE.COM; AZATZ@WHITECASE.COM; EFELD@WHITECASE.COM |
| WHITE & CASE LLP | ATTN JASON N ZAKIA | 111 S WACKER DR, STE 5100 | | CHICAGO | IL | 60606 | JZAKIA@WHITECASE.COM |
| WHITE AND WILLIAMS LLP | ATTN AMY E VULPIO; MICHAEL A INGRASSIA | 1650 MARKET ST, STE 1800 | ONE LIBERTY PLACE | PHILADELPHIA | PA | 19103-7395 | INGRASSIAM@WHITEANDWILLIAMS.COM |
| WHITE AND WILLIAMS LLP | ATTN MICHAEL A INGRASSIA | 600 N KING ST, STE 800 | | WILMINGTON | DE | 19801-3722 | INGRASSIAM@WHITEANDWILLIAMS.COM |
| WHITEFORD TAYLOR & PRESTON LLP | ATTN MICHAEL J ROESCHENTHALER | 11 STANWIX ST, STE 1400 | | PITTSBURGH | PA | 15222 | MROESCHENTHALER@WHITEFORDLAW.COM |
| WHITEFORD TAYLOR & PRESTON LLP | ATTN DAVID W GAFFEY | 3190 FAIRVIEW PARK DR, STE 800 | | FALLS CHURCH | VA | 22042-9260 | DGAFFEY@WHITEFORDLAW.COM |
| WILSON SONSINI GOODRICH & ROSATI PC | ATTN ERIN R FAY; CATHERINE C LYONS | 222 DELAWARE AVE, STE 800 | | WILMINGTON | DE | 19801 | EFAY@WSGR.COM; CLYONS@WSGR.COM |
| WOLFSON BOLTON KOCHIS PLLC | ATTN: ANTHONY J KOCHIS | 880 W LONG LAKE RD, STE 420 | | TROY | MI | 48098 | akochis@wolfsonbolton.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN JAMES S LIVERMON, III | 555 FAYETTEVILLE ST, STE 1100 | | RALEIGH | NC | 27601 | charlie.livermon@wbd-us.com |
| WOMBLE BOND DICKINSON (US) LLP | ATTN KEVIN J MANGAN | 1313 N MARKET ST, STE 1200 | | WILMINGTON | DE | 19801 | KEVIN.MANGAN@WBD-US.COM |
| ZINDA LAW GROUP | ATTN COLE GUMM | 8834 N CAPITAL OF TEXAS HWY, STE 304 | | AUSTIN | TX | 78759 | COLE@ZINDLAW.COM |
| Kirkland & Ellis LLP | ATTN: PATRICK NASH, DAVID SELIGMAN, WHITNEY FOGELBERG | 333 West Wolf Point Plaza | | Chicago | IL | 60654 | patrick.nash@kirkland.com; david.seligman@kirkland.com; whitney.fogelberg@kirkland.com |
| Pachulski Stang Ziehl & Jones LLP | ATTN: LAURA DAVIS JONES, TIMOTHY P. CAIRNS, PETER J. KEANE, EDWARD A. CORMA | 919 North Market Street, 17th Floor | | WILMINGTON | DE | 19801 | ljones@pszjlaw.com; tcairns@pszjlaw.com; pkeane@pszjlaw.com; ecorma@pszjlaw.com |
| Pension Benefit Guaranty Corporation | ATTN: JOHN H. GINSBURG, ANDREW WALKER | 445 12th Street SW | | WASHINGTON | DC | 20024 | ginsberg.john@pbgc.gov; efile@pbgc.gov; walker.andrew@pbgc.gov |
| Cary Kane PLLC | ATTN: SUSAN BRUNO | 1350 Boradway, Suite 1400 | | NEW YORK | NY | 10018 | sbruno@carykanelaw.com |