IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>YELLOW CORPORATION, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 23-11069 (CTG), *et seq.*<br>(jointly administered)<br><br>Hearing date: March 17, 2026, 10:00 A.M.<br>Objection deadline: February 24, 2026 |

## NOTICE OF MOTION

**TO: Parties listed on the Certificate of Service**

Andrew Canton and Zaidanelly Canton ("Movants") has filed a Motion for Relief From The Automatic Stay (the "Motion"), which seeks the following relief: Relief from the automatic stay and/or any applicable plan injunctions to prosecute litigation under applicable non-bankruptcy law against one or more of the above-captioned debtors for claims arising from a vehicle accident, including but not limited to pursuing available insurance proceeds.

**HEARING ON THE MOTION WILL BE HELD ON MARCH 17, 2026 AT 10:00 A.M. PREVAILING EASTERN TIME.**

You are required to file a response, if any, on or before February 24, 2026 at 4:00 P.M. Prevailing Eastern Time. At the same time, you must also serve a copy of the response upon Movant's attorneys:

| | |
|---|---|
| Adam Hiller, Esquire<br>Hiller Law, LLC<br>300 Delaware Avenue<br>Suite 210, #227<br>Wilmington, Delaware 19801<br>(302) 442-7677 telephone<br>ahiller@adamhillerlaw.com | Neftalem Habtemariam, Esquire<br>Luis Alvidrez, Esquire<br>Habtemariam Law Firm<br>16005 International Blvd, Suite B<br>SeaTac, WA 98188<br>(206) 274-1092 telephone<br>neftalem@habtemariamlaw.com<br>luis1@habtemariamlaw.com |

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated:  February 3, 2026
        Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC

 /s/ Adam Hiller
Adam Hiller (DE No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

-and-

Neftalem Habtemariam, Esquire
Luis Alvidrez, Esquire
Habtemariam Law Firm
16005 International Blvd, Suite B
SeaTac, WA 98188
(206) 274-1092 telephone
neftalem@habtemariamlaw.com
luis1@habtemariamlaw.com

*Attorneys for Movant, Andrew Canton and Zaidanelly Canton*