## EXHIBIT C

## Stub Rent Calculation

|  | Monthly | Prorated (8/6/2023 – 8/31/2023) |
|---|---|---|
| Base Rent | $43,103.94 | $36,151.69 |
| Tax | $11,907.54 | $9,986.96 |
| **Total** | $55,011.48 | **$46,138.65** |

**Unpaid Stub Rent Amount:** $46,138.65

92371571.3