## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: March 17, 2026 at 10:00 a.m.**<br>**Obj. Deadline: February 20, 2026 at 4:00 p.m.** |

## NOTICE OF APPLICATION

**PLEASE TAKE NOTICE** that Claimants Price Property and Investments L.L.C., and Green-Blue 818, L.L.C., as tenants in common (the "**Claimants**") have filed an *Application for Allowance and Payment of Postpetition Rent as an Administrative Expense Claim* (the "**Application**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to entry of an order approving the Application must be filed on or before **February 20, 2026, at 4:00 p.m. (ET)** (the "**Objection Deadline**") with the Clerk of the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Wilmington, Delaware 19801 and served, so to be actually received by the Objection Deadline, upon the undersigned counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing to consider approval of the Application will be held on **March 17, 2026, at 10:00 a.m. (ET)** before the Honorable Craig T. Goldblatt, at the Bankruptcy Court, 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801. Only those objections made in writing and timely filed and served in accordance with the above procedures will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

*[signature page follows]*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Dated: February 6, 2026
      Wilmington, Delaware

**POLSINELLI PC**

*/s/ Katherine M. Devanney*
Katherine M. Devanney (Del. Bar No. 6356)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
kdevanney@polsinelli.com

*Counsel for Claimants*