# EXHIBIT A

**Proposed Order**

92079129.2

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>Jointly Administered<br><br>**Re: Docket No. \_\_\_** |

### ORDER GRANTING APPLICATION OF PRICE PROPERTY AND INVESTMENTS L.L.C., GREEN-BLUE 1818, L.L.C., AS TENANTS IN COMMON, FOR THE ALLOWANCE AND PAYMENT OF POSTPETITION 'STUB' RENT AS AN <u>ADMINISTRATIVE EXPENSE CLAIM</u>

Upon the Application of Price Property and Investments L.L.C., Green-Blue 1818, L.L.C., as Tenants in Common, (the "<u>Landlords</u>") for the Allowance and Payment of Postpetition Rent as an Administrative Expense Claim (the "<u>Application</u>"), for an entry of an order granting the administrative expense claim for Unpaid Stub Rent and this Court having jurisdiction over the matter pursuant to 28 U.S.C. §§ 157 and 1334; and this court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and this Court having found that venue is proper under 28 U.S.C. §§ 1408 and 1409; and this Court having determined that the Application by the Landlord is adequate and sufficient under the circumstances and that no further notice of the Application need be provided; and this Court having reviewed the Application and the exhibits thereto; and this Court having determined that the legal and factual bases set forth the Application establish just cause for the relief granted herein; and this Court finding that sections 503(b)(1)(A) and 507(a)(2) provide statutory authority for the relief requested; and after due deliberation and a finding of sufficient cause; it is hereby **ORDERED** as follows:

1. The Landlords' administrative expense claim is hereby GRANTED, approved, and allowed as set forth herein.

92079129.2

2

2. Landlords shall have a fully allowed administrative expense claim under 11 U.S.C. § 503(b)(1)(A), with priority granted under 11 U.S.C. § 507(a)(2), in the Unpaid Stub Rent amount of **$281,346.23** against the estate of YRC, Inc. (the "Administrative Claim") The Administrative Claim shall be deemed fully allowed, and not subject to further offset, setoff, claim or objection, including but not limited to reconsideration under 11 U.S.C. § 502(j).

3. YRC, Inc. (the "Debtor") is directed to pay the allowed Administrative Claim to Landlords within five (5) days of entry of this Order.

4. Landlords may seek allowance and payment of additional administrative expenses or other claims, including, without limitation, any claims for move-out and restoration costs, damages, or expenses arising from or relating to the Debtor's obligations under the Lease to restore the Premises to the required condition, whether such claims accrue or are discovered before or after entry of this Order.

5. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

6. The Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

7. This order is binding on all successors in interest to the Landlords and the Debtor, including the Liquidating Trust, Liquidating Trustee, and Liquidating Trust Board of Managers.