## Exhibit C

### Stub Rent Calculation

| | Monthly | Prorated (8/6/2023 – 8/31/2023) |
|---|---|---|
| Base Rent | $281,390.14 | $236,004.63 |
| Management Fee | $2,813.90 | $2,360.04 |
| Tax | $51,247.25 | $42,981.56 |
| **Total** | $335,451.29 | **$281,346.23** |

**Unpaid Stub Rent Amount:**                                     **$281,346.23**

92079129.2