## Exhibit A

## Schedule of Settlement Subject to Court Approval

| Defendant Name | Adversary Number | Total Transfer | Settlement | Comment |
|---|---|---|---|---|
| FleetPride, Inc. | 25-51374 | $ 2,921,303.90 | $ 10,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Hightowers Petroleum Company | 25-51426 | $ 3,927,758.33 | $ 25,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| James River Petroleum, Inc. | 25-51478 | $ 4,086,324.71 | $ 10,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Mirabito Energy Products of Massachusetts, LLC | 25-51520 | $ 1,372,549.93 | $ 15,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| PetroCard, Inc. | 25-51579 | $ 806,703.38 | $ 47,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Re Trans Freight, Inc. | 25-51615 | $ 1,177,817.94 | $ 20,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |