## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| Yellow Corporation, et al., | |
| Plaintiffs, | |
| vs. | |
| | **Re: Docket Index: _____** |
| Defendants Listed Below, | |
| Defendants. | |

| Defendant Name | Adversary Number |
|---|---|
| FleetPride, Inc. | 25-51374 |
| Hightowers Petroleum Company | 25-51426 |
| James River Petroleum, Inc. | 25-51478 |
| Mirabito Energy Products of Massachusetts, LLC | 25-51520 |
| PetroCard, Inc. | 25-51579 |
| Re Trans Freight, Inc. | 25-51615 |

## ORDER APPROVING PLAINTIFFS' FOURTH MOTION FOR
## AN ORDER APPROVING THE SETTLEMENTS OF AVOIDANCE ACTIONS
## PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the Plaintiffs' *Fourth Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019* (the "Motion");[2] upon the record; and the Court finding that (i) the district court has jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

29, 2012, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Motion was given; and that sufficient legal and factual bases exist for the relief requested in the Motion; and after due deliberation, the Court having determined that the relief requested in the Motion is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The settlement of the Avoidance Actions against the Defendants listed on **Exhibit A** attached to the Motion are approved.

3.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.