# EXHIBIT A

# COMPENSATION BY TIMEKEEPER[1]

| Professional Person | Position | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Fees Incurred |
|---|---|---|---|---|---|
| Jacob Abrams | Partner | 2013 | $1,075 | 2.40 | $2,580.00 |
| Thomas J. Amburgy | Partner | 2008 | $1,200 | 639.70 | $767,640.00 |
| Melissa Barahona | Partner | 2014 | $1,000 | 6.20 | $6,200.00 |
| Daniel R. Benson | Partner | 1981 | $2,100 | 37.80 | $79,380.00 |
| Robert W. Bosslet III | Partner | 2008 | $1,100 | 9.20 | $10,120.00 |
| Kim Conroy | Partner | 2005 | $1,300 | 65.20 | $84,760.00 |
| Joshua Fulop | Partner | 2008 | $1,050 | 1.30 | $1,365.00 |
| Michael E. Hutchins | Partner | 1983 GA | $1,200 | 2.20 | $2,640.00 |
| Marc E. Kasowitz | Partner | 1978 | $2,200 | 198.70 | $437,140.00 |
| Thomas Kelly | Partner | 2008 | $1,200 | 3.40 | $4,080.00 |
| Mark W. Lerner | Partner | 1991 | $1,250 | 1.00 | $1,250.00 |
| Albert Mishaan | Partner | 1995 | $1,425 | 1.70 | $2,422.50 |
| Constantine Pamphilis | Partner | 2016 | $942.53* | 77.50 | $73,046.00 |
| Jessica Rosenberg | Partner | 2006 | $1,175 | 0.60 | $705.00 |
| Michael D. Rosenbloom | Partner | 1987 | $1,100 | 53.40 | $58,740.00 |
| Ronald R. Rossi | Partner | 1997 | $1,350 | 957.30 | $1,292,355.00 |
| Daniel A. Saunders | Partner | 1992 CA | $608.58* | 138.10 | $84,045.00 |
| Jonathan L. Shapiro | Partner | 2009 | $504.82* | 163.00 | $82,285.00 |
| Matthew B. Stein | Partner | 2004 | $1,438* | 250.80 | $360,650.00 |
| Michael Wilson | Partner | 2004 | $883.29* | 85.10 | $75,168.00 |
| Maria Gorecki | Counsel | 1998 | $800 | 1,642.90 | $1,314,320.00 |
| Jordan Beltz | Special Counsel | 2012 | $621.06* | 22.70 | $14,098.00 |
| Lea Dartevelle | Special Counsel | 2013 | $1,025 | 850.00 | $871,250.00 |
| Nancy Kaschel | Special Counsel | 1999 | $1,075 | 568.50 | $611,137.50 |
| Jessica Sutliff | Special Counsel | 1996 | $1,075 | 1,106.50 | $1,189,487.50 |
| Saddiq Abdul | Associate | 2021 | $625 | 7.30 | $4,562.50 |
| Kristine B. Abrenica | Associate | 2020 | $725 | 92.10 | $66,772.50 |

---

[1] Amounts in this chart do not reflect the 15% discount to Kasowitz's fees agreed to by Kasowitz and the Debtors. With the 15% discount, the blended rate is referenced in the chart is $602.07 and total fees incurred are $12,353,709.18. Additionally, the chart marks with a "*" those attorneys who had multiple rates in the case based on agreements with the Debtors and its insurance carriers. For those attorneys, the reflected rate is the blended rate.

| Professional Person | Position | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Fees Incurred |
|---|---|---|---|---|---|
| Paula Ajumobi | Associate | 2023 | $625 | 82.60 | $51,625.00 |
| Michele L. Angell | Associate | 2007 | $1,150 | 8.20 | $9,430.00 |
| Katrina Bader | Associate | 2022 | $625 | 56.00 | $35,000.00 |
| Sabrina Baig | Associate | 2018 | $825 | 878.10 | $724,432.50 |
| Stuart Boyarsky | Associate | 2022 | $525 | 515.60 | $270,690.50 |
| Andrew H. Elkin | Associate | 2015 | $975 | 26.50 | $25,837.50 |
| Aishling Fitzpatrick | Associate | 2021 | $675 | 8.70 | $5,872.50 |
| Paulina Flores Elizondo | Associate | n/a | $425 | 62.70 | $26,647.50 |
| Kevin J. Frank | Associate | n/a | $625 | 145.80 | $91,125.00 |
| Jordan Goldberg | Associate | 2021 | $675 | 387.50 | $261,562.50 |
| Andrew Golden | Associate | 2017 DE | $900 | 14.10 | $12,690.00 |
| Dana Haldeman | Associate | 2005 | $525 | 83.10 | 43,628.00 |
| Corey Hirsch | Associate | 2021 | $625 | 15.70 | $9,812.50 |
| Catherine Kohn | Associate | 2022 | $625 | 156.00 | $97,500.00 |
| Elson Law | Associate | 2025 | $700 | 34.50 | $24,150.00 |
| Ahmed N. Mabruk | Associate | 2023 | $625 | 101.50 | $63,437.50 |
| Matthew S. Manacek | Associate | 2016 CA | $327.70* | 11.10 | $3,637.50 |
| Kate Meulemans | Associate | n/a | $625 | 112.30 | $70,187.50 |
| Cody Paschall | Associate | 2023 TX | $563.01* | 47.20 | $26,574.00 |
| Hunter Pearl | Associate | 2022 | $625 | 95.00 | $59,375.00 |
| John Planamento | Associate | 2023 | $625 | 983.90 | $614,938.00 |
| Jonathan Pryor | Associate | 2021 | $675 | 116.30 | $78,502.50 |
| Nathan W. Richardson | Associate | 2015 TX | $922.83* | 24.00 | $22,148.00 |
| Ben Salvatore | Associate | 2023 | $625 | 353.60 | $221,000.00 |
| Monet Thomas | Associate | n/a | $625 | 35.10 | $21,937.50 |
| Angela M. Waldner | Associate | 2004 | $475 | 209.80 | $99,655.00 |
| Katheryn M. Wenger | Associate | 2025 CA | $497.86* | 327.20 | $162,900.50 |
| Yeilee Woo | Associate | 2019 | $850 | 34.00 | $11,075.00 |
| Lena Youness | Associate | 2022 | $700 | 13.30 | $9,310.00 |
| Marc Acriche | Staff Attorney | 1994 | $575 | 319.40 | $183,655.00 |
| Eric Amin | Staff Attorney | 2005 | $575 | 284.80 | $163,760.00 |
| Chaim Appel | Staff Attorney | 2010 | $450 | 333.00 | $149,850.00 |
| Benjamin J. Bakke | Staff Attorney | 2006 | $400 | 294.00 | $117,600.00 |
| Aneta Naumova Brzova | Staff Attorney | 2011 | $475 | 634.70 | $301,482.50 |
| Nerissa Coan | Staff Attorney | 2008 | $400 | 327.00 | $130,800.00 |
| Jorge Diaz | Staff Attorney | 2001 | $535 | 302.60 | $161,891.00 |
| Kurt A. Emhoff | Staff Attorney | 1997 | $550 | 123.40 | $67,870.00 |
| Monique Hardial | Staff Attorney | 2011 | $400 | 280.10 | $112,040.00 |

| Professional Person | Position | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Fees Incurred |
|---|---|---|---|---|---|
| Mahwash A. Jaffery | Staff Attorney | 2014 | $400 | 321.60 | $128,640.00 |
| Carlos J. Jimenez | Staff Attorney | 2010 | $400 | 226.90 | $90,760.00 |
| Jason D. Jones | Staff Attorney | 2014 | $400 | 302.30 | $120,920.00 |
| Janine Kapp | Staff Attorney | 2014 | $400 | 143.10 | $57,240.00 |
| Ranya Khalil | Staff Attorney | 2007 | $475 | 429.60 | $204,060.00 |
| Lorenzo E. Merlo | Staff Attorney | 2003 | $400 | 321.60 | $128,640.00 |
| Matthew Miller | Staff Attorney | 1997 | $575 | 337.90 | $194,292.50 |
| Eileen Naples | Staff Attorney | 2009 | $400 | 120.00 | $48,000.00 |
| Nancy Pokler | Staff Attorney | 2006 | $450 | 218.30 | $98,235.00 |
| Donald Pollio | Staff Attorney | 1997 | $535 | 697.20 | $373,002.00 |
| Emmanueler Quaye | Staff Attorney | 2015 | $400 | 210.00 | $84,000.00 |
| Karina Aiello Rocha | Staff Attorney | 2019 | $475 | 148.60 | $70,585.00 |
| Oladayo Sanni | Staff Attorney | 1994 | $400 | 324.70 | $129,880.00 |
| Sari Schreiber | Staff Attorney | 2020 | $400 | 144.40 | $57,760.00 |
| Izabela A. Soltys | Staff Attorney | 2015 | $400 | 289.20 | $115,680.00 |
| Melissa Uson | Staff Attorney | 2003 | $475 | 279.00 | $132,525.00 |
| Kamila Washington | Staff Attorney | 2005 | $400 | 142.40 | $56,960.00 |
| Tanyka T. Wilson | Staff Attorney | 2008 | $450 | 260.20 | $117,090.00 |
| Cecile Wortman | Staff Attorney | 2018 | $400 | 178.30 | $71,320.00 |
| Wendy Adames | Paralegal | n/a | $465 | 117.40 | $54,591.50 |
| Thomas J. Albuquerque | Paralegal | n/a | $340 | 22.70 | $3,955.00 |
| Michael Birnbaum | Paralegal | n/a | $425 | 0.60 | $255.00 |
| Oliver Buskin | Paralegal | n/a | $410 | 1.10 | $451.00 |
| Michael Cheung | Paralegal | n/a | $350 | 203.90 | $71,365.00 |
| Eduardo Garcia-Nava | Paralegal | n/a | $360 | 8.00 | $2,880.00 |
| Joyce Li | Paralegal | n/a | $310 | 82.50 | $23,900.00 |
| Sheng Mai | Paralegal | n/a | $340 | 28.40 | $9,161.50 |
| Maurcie Parmley | Paralegal | n/a | $344.17* | 4.20 | $1,445.50 |
| Myra Pedroza | Paralegal | n/a | $395 | 0.90 | $355.50 |
| Angel Rivera | Paralegal | n/a | $315 | 9.10 | $2,866.00 |
| Ethan Silberstein | Paralegal | n/a | $310 | 4.80 | $1,488.00 |
| Ayana Tyrell-Le Platte | Paralegal | n/a | $375 | 36.20 | $13,575.50 |
| Lannette Venegas | Paralegal | n/a | $360 | 52.30 | $18,828.00 |
| Joseph M. Caiazzo | Managing Attorney | n/a | $640 | 1.00 | $640.00 |
| Daniel Garcia | Managing Clerk | n/a | $235 | 1.90 | $446.50 |
| Michael Greenstein | Managing Clerk | n/a | $310 | 1.30 | $403.00 |
| Jessica Melendez | Managing Clerk | n/a | $310 | 1.70 | $527.50 |
| Jennifer A. Ortiz | Managing Clerk | n/a | $235 | 6.00 | $1,080.00 |

| Professional Person | Position | Year Admitted | Hourly Billing Rate | Total Billed Hours | Total Fees Incurred |
|---|---|---|---|---|---|
| Clara Schaeffer | Managing Clerk | n/a | $235 | 5.00 | $1,175.00 |
| Lisa Singh | Managing Clerk | n/a | $211.67* | 1.50 | $317.50 |
| Kevin Titland | Managing Clerk | n/a | $275* | 7.00 | $1,925.00 |
| Nicholas Youngblood | Managing Clerk | n/a | $255 | 2.10 | $535.50 |
| Dylan Zeiff | Managing Clerk | n/a | $235 | 0.80 | $188.00 |
| **Total** | | | | **20,518.70** | **$14,533,775.50** |
| **Discounted Blended Rate** | $602.07 | | | | **$12,353,709.18** |