## EXHIBIT B

## COMPENSATION BY PROFESSIONAL CATEGORY

| Professional | Blended Rate (After 15% Discount) | Total Hours Billed | Total Compensation (After 15% Discount) |
|---|---|---|---|
| Partners | $1,080.90 | 2,694.60 | $2,912,585.78 |
| Counsel | 811.40 | 4,190.60 | $3,400,249.05 |
| Associates (including Staff Attorneys) | $449.65 | 13,033.10 | $5,860,371.33 |
| Paraprofessionals | $300.64 | 600.40 | $180,502.18 |
| **Totals** | **$602.07** | **20,518.70** | **$12,353,708.33** |