# EXHIBIT C

## COMPENSATION BY PROJECT CATEGORY

| Matter Description | TOTAL BILLED HOURS | TOTAL FEES INCURRED (BEFORE 15% DISCOUNT) |
|---|---|---|
| | | |
| Litigation | 20,129.30 | $11,867,915.05 |
| General Corporate/Administrative | 389.40 | $485,794.13 |
| | | |
| **TOTAL** | **20,518.70** | **$12,353,709.18** |