# EXHIBIT D

## SUMMARY OF ITEMIZED EXPENSES

| EXPENSE DESCRIPTION | AMOUNT |
|---|---|
| | |
| Official Records Search | $28,793.51 |
| Filing Fees | $864.30 |
| Court Costs | $225.00 |
| Process Server Fees | $1,607.06 |
| Transcripts | $1,828.00 |
| Travel Expenses | $23,918.50 |
| Local Transportation | $2,113.69 |
| Business Meals | $757.20 |
| Computer Equipment | $93.20 |
| Medical Record Copies | $925.40 |
| Professional Services | $6,876.62 |
| Automated Research | $82,604.50 |
| Document Reproduction | $16,565.12 |
| Document Delivery | $1,105.90 |
| | |
| **TOTAL** | **$168,278.00** |