**EXHIBIT E**

**CUSTOMARY AND COMPARABLE COMPENSATION DISCLOSURE**

Kasowitz's hourly rates for bankruptcy and non-bankruptcy services are comparable to or below the hourly rates charged in complex chapter 11 cases by comparably skilled attorneys. In addition, Kasowitz's hourly rates for bankruptcy and non-bankruptcy services are comparable to or below the rates charged by comparably skilled practitioners in other firms, for complex corporate and litigation matters, whether in court or otherwise, regardless of whether a fee application is required.

The blended hourly rate for all Kasowitz timekeepers who worked on this case is lower than the firm's blended rate for all timekeepers over a comparable period. The blended hourly rate for all Kasowitz timekeepers (including both professionals and paraprofessionals) who billed to matters excluding chapter 11 representations (collectively, the "Non-Chapter 11 Matters") during 2022[1] was, in the aggregate, approximately $991. This blended rate includes attorneys in practice areas with substantially lower rates, including attorneys in Kasowitz's matrimonial department. The blended hourly rate for all Kasowitz timekeepers (including both professionals and paraprofessionals) who worked on this case during the Application Period was, in the aggregate, $602.07. This lower rate is primarily due to the 15% discount that Kasowitz is providing to the Debtors.

The following table shows blended hourly rates by category of professional and paraprofessional (rounded to the nearest dollar):

| Position at Kasowitz | Blended Hourly Rate (Before 15% Discount) | Blended Hourly Rate (Before 15% After) | Blended Hourly Rate for Non-Chapter 11 Matters in 2022 |
|---|---|---|---|
| Partner | $1,271.64 | $1,080.90 | $1,244 |
| Counsel | $954.59 | 811.40 | $804 |
| Associates | $529.00[2] | $449.65 | $804 |
| All Attorneys | $719.01 | 611.16 | $1,021 |
| **All Timekeepers** | **$708.32** | **$602.07** | **$991** |

---

[1] The rates of Kasowitz attorneys and paraprofessionals in these chapter 11 cases are 2022 rates, reduced by a 15% discount.

[2] This figure includes staff attorneys, which are not included in the right column.