**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 8644** |

**CERTIFICATION OF COUNSEL
REGARDING NINTH INTERIM AND FINAL FEE
APPLICATION OF KIRKLAND & ELLIS LLP AND KIRKLAND & ELLIS
INTERNATIONAL LLP, ATTORNEYS FOR THE DEBTORS AND DEBTORS
IN POSSESSION, FOR (I) THE INTERIM FEE PERIOD FROM AUGUST 1,
2025 THROUGH AND INCLUDING NOVEMBER 19, 2025 AND (II) THE FINAL FEE
PERIOD FROM AUGUST 6, 2023 THROUGH AND INCLUDING NOVEMBER 19, 2025**

The undersigned hereby certifies as follows:

1. On February 18, 2026, Kirkland & Ellis LLP and Kirkland & Ellis International LLP ("K&E") filed the *Ninth Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for (I) the Interim Fee Period from August 1, 2025 Through and Including November 19, 2025 and (II) the Final Fee Period from August 6, 2023 Through and Including November 19, 2025* (the "Final Fee Application") [Docket No. 8644].

2. Pursuant to the *Notice of Ninth Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

*Possession, for (I) the Interim Fee Period from August 1, 2025 Through and Including November 19, 2025 and (II) the Final Fee Period from August 6, 2023 Through and Including November 19, 2025* (the "Notice"), responses to the Final Fee Application were to be filed and served no later than March 11, 2026 at 4:00 p.m. prevailing Eastern Time.

3. K&E received informal comments to the Final Fee Application from the Office of the United States Trustee ("UST"). Based upon the comments from the UST, K&E has agreed to reduce the fees requested in the amount of $31,009.00. The reduction will be reflected in the omnibus order approving final fee applications for compensation and reimbursement of expenses to be submitted under separate certification of counsel.

4. A HEARING ON THE FINAL FEE APPLICATION HAS BEEN SCHEDULED FOR **MARCH 17, 2026 AT 10:00 A.M.** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

z

Dated: March 12, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | Robert A. Jacobson (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |
| P.O. Box 8705 | Telephone: (312) 862-2000 |
| Wilmington, Delaware 19801 | Facsimile: (312) 862-2200 |
| Telephone: (302) 652-4100 | Email: patrick.nash@kirkland.com |
| Facsimile: (302) 652-4400 | rob.jacobson@kirkland.com |
| Email: ljones@pszjlaw.com | |
| tcairns@pszjlaw.com | -and- |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | Aaron Metviner (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: aaron.metviner@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*