IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) **Re: Docket No. 8651** |

**CERTIFICATION OF NO
OBJECTION REGARDING NINTH INTERIM
AND FINAL FEE APPLICATION OF GOODMANS LLP AS
CANADIAN RESTRUCTURING COUNSEL TO THE DEBTORS AND
DEBTORS IN POSSESSION FOR PAYMENT OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR (I) THE INTERIM FEE
PERIOD FROM AUGUST 1, 2025 THROUGH NOVEMBER 19, 2025 AND (II) THE
FINAL FEE PERIOD FROM AUGUST 6, 2023 THROUGH NOVEMBER 19, 2025**

The undersigned hereby certifies as follows:

1. On February 18, 2026, Goodmans LLP ("Goodmans") filed the *Ninth Interim and Final Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for (I) The Interim Fee Period from August 1, 2025 Through November 19, 2025 and (II) The Final Fee Period from August 6, 2023 Through November 19, 2025* (the "Final Fee Application") [Docket No. 8651].

2. Pursuant to the *Notice of Application* (the "Notice"), responses to the Final Fee Application were to be filed and served no later than March 11, 2026 at 4:00 p.m. prevailing Eastern Time.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

3. The undersigned hereby certifies that, as of the date hereof, no answer, objection, or other responsive pleading has been received to the Final Fee Application. The undersigned further certifies that the United States Bankruptcy Court for the District of Delaware's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Final Fee Application appears thereon.

4. A HEARING ON THE FINAL FEE APPLICATION HAS BEEN SCHEDULED FOR **MARCH 17, 2026 AT 10:00 A.M. (E.T.)** BEFORE THE HONORABLE CRAIG T. GOLDBLATT, UNITED STATES BANKRUPTCY COURT JUDGE, AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801.

Dated: March 12, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | Robert A. Jacobson (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |
| P.O. Box 8705 | Telephone:   (312) 862-2000 |
| Wilmington, Delaware 19801 | Facsimile:   (312) 862-2200 |
| Telephone:   (302) 652-4100 | Email:   patrick.nash@kirkland.com |
| Facsimile:   (302) 652-4400 |    rob.jacobson@kirkland.com |
| Email:   ljones@pszjlaw.com | |
|    tcairns@pszjlaw.com | -and- |
|    pkeane@pszjlaw.com | |
|    ecorma@pszjlaw.com | Aaron Metviner (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone:   (212) 446-4800 |
| | Facsimile:   (212) 446-4900 |
| | Email:   aaron.metviner@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*