## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |
| YRC ENTERPRISE SERVICES, INC., | ) | Adv. Pro. No. 25-52464 (CTG) |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| BROWN & JOSEPH, LLC, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF AGENDA FOR HEARING
## SCHEDULED ON MARCH 17, 2026 AT 10:00 A.M.
## (PREVAILING EASTERN TIME) BEFORE THE HONORABLE
## CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
## STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801

> **This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern time) the business day before the hearing unless otherwise noticed using the eCourtAppearances tool available on the Court's website.**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**RESOLVED MATTER:**

1.  MFN Partners, LP, Mobile Street Holdings, LLC and Debtors' Joint Motion to Maintain Under Seal Certain Exhibits From the Hearing on the Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief [Filed: 1/26/26] (Docket No. 8596)

    Response Deadline:  February 9, 2026, at 4:00 p.m. (ET)

    Responses Received:  None.

    Related Documents:

    A.  Certificate of No Objection Regarding MFN Partners, LP, Mobile Street Holdings, LLC and Debtors' Joint Motion to Maintain Under Seal Certain Exhibits From the Hearing on the Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements By and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief  [Filed: 2/10/26] (Docket No. 8621)

    B.  [Signed] Order Granting MFN Partners, LP, Mobile Street Holdings, LLC and Debtors' Joint Motion to Maintain Under Seal Certain Exhibits Regarding the Settlement Agreements by and Among the Debtor and Certain Pension Funds [Filed: 2/11/26] (Docket No. 8622)

    Status:  The Court has entered an order on this matter.  No hearing is necessary.

2.  Debtors' Eighth Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 2/13/26] (Docket No. 8627)

    Response Deadline:  February 27, 2026, at 4:00 p.m. (ET)

    Responses Received:  None.

    Related Documents:

    A.  Certification of No Objection Regarding Debtors' Eighth Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 3/10/26] (Docket No. 8712)

    B.  [Signed] Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 3/11/26] (Docket No. 8713)

    Status:  The Court has entered an order on this matter.  No hearing is necessary.

**ADJOURNED MATTER:**

3.    Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] (Docket No. 7357)

    Response Deadline:  August 25, 2025, at 4:00 p.m. (ET) *(extended until October 3, 2025 for Dedicated Delivery Professionals)*

    Responses Received:

        A.    Informal response of Dedicated Delivery Professionals [Claim Nos. 18476, 18656, 18662, 18670, 18676, 18714, 18722, 18726, 18731, 18736, 18744, 18749, 18750, 18650, 18765, 18769, 18770, 18772, 18773, 18774, 18761, 18494, 18544]

        B.    Informal response of Span Alaska [Claim No. 17827]

        C.    AmeriGas Propane [Claim No. 16806]

    Related Documents:

        A.    [Proposed] Order Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/4/25] (Docket No. 7357, Exhibit A)

        B.    Notice of Submission of Proofs of Claim in Connection with Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 8/21/25] (Docket No. 7469)

        C.    [Signed] Order Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 9/8/25] (Docket No. 7578)

        D.    [Signed] Order Sustaining Debtors' Thirty-Third Omnibus (Substantive) Objection to Claims Pursuant to Section 502(b) of the Bankruptcy Code, Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 10/28/25] (Docket No. 7897)

    Status:  This matter has been adjourned to the omnibus hearing on April 13, 2026 at 10:00 a.m. (ET) with regard to the claim of Span Alaska.

4.    Andrew Canton and Zaidanelly Canton's Motion for Relief From the Automatic Stay [Filed: 2/3/26] (Docket No. 8604)

    Response Deadline:  February 24, 2026, at 4:00 p.m. (ET) *(extended for the Debtors until April 6, 2026, at 4:00 p.m.)*

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.      [Proposed] Order Granting Andrew Canton and Zaidanelly Canton's Motion for Relief From the Automatic Stay to Pursue Non-Bankruptcy Litigation [Filed: 2/3/26] ([Docket No. 8604](#))

Status:  This matter has been adjourned to the omnibus hearing on April 13, 2026 at 10:00 a.m. (ET).

5.      Application of Glen EG, LLC, for the Allowance and Payment of Postpetition Rent as an Administrative Expense Claim [Filed: 2/6/26] ([Docket No. 8612](#))

Response Deadline:  February 20, 2026, at 4:00 p.m. (ET) *(extended for the Debtors until March 20, 2026, at 4:00 p.m.)*

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.      [Proposed] Order Granting Andrew Canton and Zaidanelly Canton's Motion for Relief From the Automatic Stay to Pursue Non-Bankruptcy Litigation [Filed: 2/6/26] ([Docket No. 8612, Exhibit A](#))

Status:  This matter has been adjourned to the omnibus hearing on April 13, 2026 at 10:00 a.m. (ET).

6.      Application of Price Property and Investments L.L.C., Green-Blue 1818, L.L.C., as Tenants in Common, for the Allowance and Payment of Postpetition Rent as an Administrative Expense Claim [Filed: 2/6/26] ([Docket No. 8613](#))

Response Deadline:  February 20, 2026, at 4:00 p.m. (ET) *(extended for the Debtors until March 20, 2026, at 4:00 p.m.)*

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:

A.      [Proposed] Order Granting Application of Price Property and Investments L.L.C., Green-Blue 1818, L.L.C., as Tenants in Common, for the Allowance and Payment of Postpetition Rent as an Administrative Expense Claim [Filed: 2/6/26] ([Docket No. 8613, Exhibit A](#))

Status:  This matter has been adjourned to the omnibus hearing on April 13, 2026 at 10:00 a.m. (ET).

**ADJOURNED ADVERSARY MATTER:**

7.      *[YRC Enterprise Services, Inc. v. Brown & Joseph, LLC - Adv. Pro. No. 25-52464]* Pre-Trial Conference Regarding Complaint

Related Documents:

A.      Complaint [Filed: 12/16/25] (Docket No. 1)

B.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 12/16/25] (Docket No. 2)

C.      Stipulation for Extension of Time for Defendant to Answer the Complaint [Filed: 1/6/26] (Docket No. 5)

Status:   This matter has been adjourned to the omnibus hearing on April 13, 2026 at 10:00 a.m. (ET).

**UNCONTESTED MATTER FOR WHICH A CNO HAS BEEN FILED:**

8.      Plaintiffs' Fourth Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 2/18/26] (Docket No. 8646)

Response Deadline:  March 4, 2026, at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.      [Proposed] Order Approving Plaintiffs' Fourth Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 2/18/26] (Docket No. 8646)

B.      Certificate of No Objection for Plaintiffs' Fourth Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 3/11/26] (Docket No. 8715)

Status:  No parties have objected to the relief requested in the Motion.  Accordingly, the Plaintiffs have filed a certification of no objection and respectfully request the entry of the order attached to the Motion.

**FINAL FEE APPLICATIONS:**

9.      Final fee applications are scheduled to go forward at this hearing. Attached hereto as Exhibit A is a complete list of the final fee applications scheduled to be heard. The items listed on Exhibit A hereto correspond to the order of the fee applications, and documents related thereto, that were previously submitted to the Court, pursuant to the Court's Chambers' Procedures.

Responses Received:

A.      International Brotherhood Of Teamsters And Teamsters National Freight Industry
        Negotiating Committees Objection To The Application Of Kasowitz, LLP, For
        Allowance Of Final Compensation [Filed: 3/12/26] (Docket No. 8720)

Related Documents:

A.      Certification of Counsel Regarding Omnibus Order Approving Final Fee
        Applications for Compensation and Reimbursement of Expenses [Filed: TBD]
        (Docket No. TBD)

Status:   The Teamsters filed an objection to the final fee application of Kasowitz, LLP,
and the Debtors are considering scheduling. No other objections were received to any of
the other final fee applications.


Dated: March 13, 2026
       Wilmington, Delaware



/s/ Peter J. Keane
_____
Laura Davis Jones (DE Bar No. 2436)              Patrick J. Nash Jr., P.C. (admitted pro hac vice)
Timothy P. Cairns (DE Bar No. 4228)             **KIRKLAND & ELLIS LLP**
Peter J. Keane (DE Bar No. 5503)                **KIRKLAND & ELLIS INTERNATIONAL LLP**
Edward A. Corma (DE Bar No. 6718)               333 West Wolf Point Plaza
**PACHULSKI STANG ZIEHL &**                     Chicago, Illinois 60654
**JONES LLP**                                   Telephone:    (312) 862-2000
919 North Market Street, 17th Floor             Facsimile:    (312) 862-2200
P.O. Box 8705                                   Email:        patrick.nash@kirkland.com
Wilmington, Delaware 19899-8705
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      ljones@pszjlaw.com
            tcairns@pszjlaw.com
            pkeane@pszjlaw.com                   *Co-Counsel for the Debtors and Debtors in*
            ecorma@pszjlaw.com                   *Possession*