# **<u>EXHIBIT A</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) ) | (Jointly Administered) |

**AMENDED[2] INDEX TO NINTH QUARTERLY AND FINAL FEE APPLICATION BINDER IN CONNECTION WITH HEARING SCHEDULED ON MARCH 17, 2026 AT 10:00 A.M. (EASTERN TIME)**

**NINTH INTERIM FEE APPLICATION:**

1. Ninth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From August 1, 2025 Through October 31, 2025 [Filed: 12/30/25] (Docket No. 8471)

   Response Deadline: January 20, 2026, at 4:00 p.m. (ET) *(extended to March 10, 2026, at 4:00 p.m. (ET) for the Committee)*

   Responses Received: None as of the date of this Index.

   Related Documents:

   A. **Certification of No Objection Regarding Ninth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From August 1, 2025 Through October 31, 2025 [Filed: 3/13/26] (Docket No. 3730)**

   B. Twenty-Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From August 1, 2025 Through August 31, 2025 [Filed: 12/1/25] (Docket No. 8299)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] **Amended items are in bold.**

C.     Certification of No Objection Regarding Twenty-Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From August 1, 2025 Through August 31, 2025 [Filed: 12/23/25] ([Docket No. 8460](#))

D.     Twenty-Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From September 1, 2025 Through September 30, 2025 [Filed: 12/22/25] ([Docket No. 8430](#))

E.     Certification of No Objection Regarding Twenty-Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From September 1, 2025 Through September 30, 2025 [Filed: 1/14/26] ([Docket No. 8521](#))

F.     Twenty-Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from October 1, 2025 through October 31, 2025 [Filed: 12/23/25] ([Docket No. 8459](#))

G.     Certification of No Objection Regarding Twenty-Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from October 1, 2025 through October 31, 2025 [Filed: 1/14/26] ([Docket No. 8525](#))

H.     Notice of Hearing on Ninth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From August 1, 2025 Through October 31, 2025 [Filed: 1/16/26] ([Docket No. 8537](#))

Status: **No parties have objected to the relief requested in the Application. Accordingly, the Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Application.**

## **FINAL FEE APPLICATIONS:**

2.     Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From August 6, 2023 Through November 19, 2025 [Filed: 2/10/26] ([Docket No. 8620](#))

Response Deadline: March 3, 2026, at 4:00 p.m. (ET) *(extended to March 10, 2026, at 4:00 p.m. (ET) for the Committee)*

Responses Received:   None as of the date of this Index.

Related Documents:

A. **Certification of No Objection Regarding Final Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From August 6, 2023 Through November 19, 2025 [Filed: 3/13/26] ([Docket No. 8731](#))**

B. Twenty-Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From August 1, 2025 Through August 31, 2025 [Filed: 12/1/25] ([Docket No. 8299](#))

C. Certification of No Objection Regarding Twenty-Fifth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From August 1, 2025 Through August 31, 2025 [Filed: 12/23/25] ([Docket No. 8460](#))

D. Twenty-Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From September 1, 2025 Through September 30, 2025 [Filed: 12/22/25] ([Docket No. 8430](#))

E. Certification of No Objection Regarding Twenty-Sixth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From September 1, 2025 Through September 30, 2025 [Filed: 1/14/26] ([Docket No. 8521](#))

F. Twenty-Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from October 1, 2025 through October 31, 2025 [Filed: 12/23/25] ([Docket No. 8459](#))

G. Certification of No Objection Regarding Twenty-Seventh Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from October 1, 2025 through October 31, 2025 [Filed: 1/14/26] ([Docket No. 8525](#))

H. Ninth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From August 1, 2025 Through October 31, 2025 [Filed: 12/30/25] ([Docket No. 8471](#))

- I. Certification of No Objection Regarding Ninth Quarterly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From August 1, 2025 Through October 31, 2025 [Filed: TBD] (Docket No. TBD)

- J. Twenty-Eighth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from November 1, 2025 through November 19, 2025 [Filed: 2/3/26] ([Docket No. 8603](#))

- K. Certification of No Objection Regarding Twenty-Eighth Monthly Application for Compensation and Reimbursement of Expenses of Pachulski Stang Ziehl & Jones LLP, as Co-Counsel for the Debtors and Debtors in Possession, for the Period from November 1, 2025 through November 19, 2025 [Filed: 2/5/26] ([Docket No. 8693](#))

Status: The Debtors intend to file a fee order under certification of counsel. No hearing is necessary.

3. Final Application for Compensation and Reimbursement of Expenses of Joyce, LLC, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From July 31, 2025 Through November 19, 2025 [Filed: 2/15/26] ([Docket No. 8628](#))

   Response Deadline: March 3, 2026, at 4:00 p.m. (ET).

   Responses Received: None as of the date of this Index.

   Related Documents:

   - A. **Certification of No Objection Regarding Final Application for Compensation and Reimbursement of Expenses of Joyce, LLC, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From July 31, 2025 Through November 19, 2025 [Filed: 3/13/26] ([Docket No. 8729](#))**

   - B. Re-Notice of Final Application for Compensation and Reimbursement of Expenses of Joyce, LLC, as Co-Counsel for the Debtors and Debtors in Possession, for the Period From July 31, 2025 Through November 19, 2025 [Filed: 2/17/26] ([Docket No. 8635](#))

   Status: The Debtors intend to file an omnibus final fee order under certification of counsel. No hearing is necessary.

4. Combined (I) Ninth Interim Fee Application for the Period from August 1, 2025 Through and Including November 19, 2025 and (II) Final Fee Application for the Period from August 18, 2023 Through and Including November 19, 2025 of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.* [Filed: 2/17/26] ([Docket No. 8636](#))

Response Deadline: March 10, 2026, at 4:00 p.m. (ET).

Responses Received:  None as of the date of this Index.

Related Documents:

A. Certification of No Objection Regarding the Combined (I) Ninth Interim Fee Application for the Period from August 1, 2025 Through and Including November 19, 2025 and (II) Final Fee Application for the Period from August 18, 2023 Through and Including November 19, 2025 of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.* [Filed: TBD] (Docket No. TBD)

B. Twenty-Fifth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from August 1, 2025 Through and Including August 31, 2025 [Filed: 11/18/25] (Docket No. 8217)

C. Certification of No Objection Regarding the Twenty-Fifth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from August 1, 2025 Through and Including August 31, 2025 [Filed: 12/10/25] (Docket No. 8371)

D. Twenty-Sixth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from September 1, 2025 Through and Including September 30, 2025 [Filed: 11/26/25] (Docket No. 8292)

E. Certificate of No Objection Regarding the Twenty-Sixth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from September 1, 2025 Through and Including September 30, 2025 [Filed: 12/18/25] (Docket No. 8416)

F. Twenty-Seventh Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from October 1, 2025 Through and Including October 31, 2025 [Filed: 12/1/25] (Docket No. 8304)

G. Certificate of No Objection Regarding the Twenty-Seventh Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from October 1, 2025 Through and Including October 31, 2025 [Filed: 12/23/25] (Docket No. 8462)

H. Twenty-Eighth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of

      Yellow Corporation, *et al.*, for the Period from November 1, 2025 Through and Including November 19, 2025 [Filed: 2/17/26] (Docket No. 8629)

    I.    Certificate of No Objection Regarding the Twenty-Eighth Monthly Fee Application of Akin Gump Strauss Hauer & Feld LLP, as Lead Co-Counsel to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from November 1, 2025 Through and Including November 19, 2025 [Filed: TBD] (Docket No. TBD)

      Status:  The Debtors intend to file an omnibus fee order under certification of counsel. No hearing is necessary.

5.    Ninth Interim and Final Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Ninth Interim Period from August 1, 2025 Through November 19, 2025, and the Final Fee Period from August 22, 2023 Through November 19, 2025 [Filed: 2/17/26] (Docket No. 8637)

    Response Deadline: March 10, 2026, at 4:00 p.m. (ET).

    Responses Received:  None as of the date of this Index.

    Related Documents:

    A.    Certificate of No Objection Regarding the Ninth Interim and Final Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Ninth Interim Period from August 1, 2025 Through November 19, 2025, and the Final Fee Period from August 22, 2023 Through November 19, 2025 [Filed: TBD] (Docket No. TBD)

    B.    Twenty-Fifth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2025 Through August 31, 2025 [Filed: 10/29/25] (Docket No. 7919)

    C.    Certificate of No Objection Regarding the Twenty-Fifth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from August 1, 2025 Through August 31, 2025 [Filed: 11/20/25] (Docket No. 8240)

D.      Twenty-Sixth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2025 Through September 30, 2025 [Filed: 11/20/25] (Docket No. 8241)

E.      Certificate of No Objection Regarding the Twenty-Sixth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from September 1, 2025 Through September 30, 2025 [Filed: 12/12/25] (Docket No. 8387)

F.      Twenty-Seventh Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2025 Through October 31, 2025 [Filed: 12/1/25] (Docket No. 8305)

G.      Certificate of No Objection Regarding the Twenty-Seventh Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from October 1, 2025 Through October 31, 2025 [Filed: 12/23/25] (Docket No. 8463)

H.      Twenty-Eighth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2025 Through November 19, 2025 2025 [Filed: 1/22/26] (Docket No. 8589)

I.      Certificate of No Objection Regarding the Twenty-Eighth Monthly Fee Application of Benesch, Friedlander, Coplan & Aronoff LLP, for Compensation for Services Rendered and Reimbursement of Expenses Incurred as Delaware Counsel to the Official Committee of Unsecured Creditors for the Period from November 1, 2025 Through November 19, 2025 2025 [Filed: 2/13/26] (Docket No. 8626)

Status: The Debtors intend to file an omnibus fee order under certification of counsel. No hearing is necessary.

6.      Combined (I) Ninth Interim Fee Application for the Period August 1, 2025 Through November 19, 2025 and (II) Final Fee Application for the Period August 21, 2023 Through November 19, 2025 of Huron Consulting Services LLC, Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.* [Filed: 2/17/26] (Docket No. 8638)

Response Deadline: March 10, 2026, at 4:00 p.m. (ET).

Responses Received:  None as of the date of this Index.

Related Documents:

A. Certificate of No Objection Regarding the Combined (I) Ninth Interim Fee Application for the Period August 1, 2025 Through November 19, 2025 and (II) Final Fee Application for the Period August 21, 2023 Through November 19, 2025 of Huron Consulting Services LLC, Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.* [Filed: TBD] (Docket No. TBD)

B. Twenty-Fifth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from August 1, 2025 Through and Including August 31, 2025 [Filed: 9/29/25] (Docket No. 7711)

C. Certificate of No Objection Regarding the Twenty-Fifth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from August 1, 2025 Through and Including August 31, 2025 [Filed: 10/21/25] (Docket No. 7854)

D. Twenty-Sixth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from September 1, 2025 Through and Including September 30, 2025 [Filed: 12/1/25] (Docket No. 8306)

E. Certificate of No Objection Regarding the Twenty-Sixth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from September 1, 2025 Through and Including September 30, 2025 [Filed: 12/23/25] (Docket No. 8464)

F. Twenty-Seventh Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from October 1, 2025 Through and Including October 31, 2025 [Filed: 12/1/25] (Docket No. 8311)

G. Certificate of No Objection Regarding the Twenty-Seventh Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from October 1, 2025 Through and Including October 31, 2025 [Filed: 12/23/25] (Docket No. 8465)

H. Twenty-Eighth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from November 1, 2025 Through and Including November 19, 2025 [Filed: 1/8/26] (Docket No. 8501)

I. Certificate of No Objection Regarding the Twenty-Eighth Monthly Fee Application of Huron Consulting Services LLC, as Financial Advisor to the Official Committee of Unsecured Creditors of Yellow Corporation, *et al.*, for the Period from November 1, 2025 Through and Including November 19, 2025 [Filed: 1/30/26] (Docket No. 8602)

Status: The Debtors intend to file an omnibus fee order under certification of counsel. No hearing is necessary.

7. Ninth Interim and Final Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 21, 2023 Through and Including November 19, 2025 [Filed: 2/17/26] (Docket No. 8639)

Response Deadline: March 10, 2026, at 4:00 p.m. (ET).

Responses Received: None as of the date of this Index.

Related Documents:

A. Certificate of No Objection Regarding the Ninth Interim and Final Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 21, 2023 Through and Including November 19, 2025 [Filed: TBD] (Docket No. TBD)

B. Twenty-Fifth Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 1, 2025 Through and Including August 31, 2025 [Filed: 2/17/26] (Docket No. 8630)

C. **Certificate of No Objection Regarding the Twenty-Fifth Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 1, 2025 Through and Including August 31, 2025 [Filed: 3/11/26] (Docket No. 8716)**

D. Twenty-Sixth Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from September 1, 2025 Through and Including September 30, 2025 [Filed: 2/17/25] (Docket No. 8631)

E. **Certificate of No Objection Regarding the Twenty-Sixth Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from September 1, 2025 Through and Including September 30, 2025 [Filed: 3/11/26] (Docket No. 8717)**

F. Twenty-Seventh Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from October 1, 2025 Through and Including November 19, 2025 [Filed: 2/17/26] (Docket No. 8632)

      G.    **Certificate of No Objection Regarding the Twenty-Seventh Monthly Fee Application of Miller Buckfire for Compensation for Services Rendered and Reimbursement of Expenses Incurred from October 1, 2025 Through and Including November 19, 2025 [Filed: 3/11/26] ([Docket No. 8718](#))**

Status:  The Debtors intend to file an omnibus fee order under certification of counsel. No hearing is necessary.

8.    Ninth Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for (I) the Interim Fee Period from August 1, 2025 Through and Including November 19, 2025 and (II) the Final Fee Period from August 6, 2023 Through and Including November 19, 2025 [Filed: 2/18/26] ([Docket No. 8644](#))

Response Deadline: March 11, 2026, at 4:00 p.m. (ET).

Responses Received:  None as of the date of this Index.

Related Documents:

      A.    **Certification of Counsel Regarding Ninth Interim and Final Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys for the Debtors and Debtors in Possession, for (I) the Interim Fee Period from August 1, 2025 Through and Including November 19, 2025 and (II) the Final Fee Period from August 6, 2023 Through and Including November 19, 2025 [Filed: 3/12/26] ([Docket No. 8721](#))**

      B.    Twenty-Second Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys For the Debtors and Debtors in Possession, for the Period from August 1, 2025 Through and Including August 31, 2025 [Filed: 11/3/25] ([Docket No. 8030](#))

      C.    Certification of No Objection Regarding Twenty-Second Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys For the Debtors and Debtors in Possession, for the Period from August 1, 2025 Through and Including August 31, 2025 [Filed: 11/25/25] ([Docket No. 8284](#))

      D.    Twenty-Third Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys For the Debtors and Debtors in Possession, for the Period from September 1, 2025 Through and Including October 31, 2025 [Filed: 12/9/25] ([Docket No. 8363](#))

  E. Certification of No Objection Regarding Twenty-Third Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys For the Debtors and Debtors in Possession, for the Period from September 1, 2025 Through and Including October 31, 2025 [Filed: 12/31/25] ([Docket No. 8473](#))

  F. Twenty-Fourth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys For the Debtors and Debtors in Possession, for the Period from November 1, 2025 Through and Including November 19, 2025 [Filed:1/15/26] ([Docket No. 8532](#))

  G. Certification of No Objection Regarding Twenty-Fourth Monthly Fee Application of Kirkland & Ellis LLP and Kirkland & Ellis International LLP, Attorneys For the Debtors and Debtors in Possession, for the Period from November 1, 2025 Through and Including November 19, 2025 [Filed: 2/6/26] ([Docket No. 8614](#))

Status: The Debtors intend to file an omnibus fee order under certification of counsel. No hearing is necessary.

9. Final Fee Application of KPMG LLP Providing Audit Services to the Debtors Requesting Final Allowance of Compensation For Services Rendered and Reimbursement of Expenses for the Period from August 6, 2023 to and Including November 19, 2025 [Filed: 2/18/26] ([Docket No. 8645](#))

Response Deadline: March 11, 2026, at 4:00 p.m. (ET).

Responses Received: None as of the date of this Index.

Related Documents:

  A. **Certification of No Objection Regarding Final Fee Application of KPMG LLP Providing Audit Services to the Debtors Requesting Final Allowance of Compensation For Services Rendered and Reimbursement of Expenses for the Period from August 6, 2023 to and Including November 19, 2025 [Filed: 3/12/26] ([Docket No. 8728](#))**

Status: The Debtors intend to file an omnibus fee order under certification of counsel. No hearing is necessary.

10. Twenty Eighth Monthly and Final Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from November 1, 2025 to and Including November 19, 2025 and for the Final Period from August 6, 2023 to and Including November 19, 2025 [Filed: 2/18/26] ([Docket No. 8647](#))

Response Deadline: March 11, 2026, at 4:00 p.m. (ET).

Responses Received: None as of the date of this Index.

Related Documents:

A. **Certification of No Objection Regarding Twenty Eighth Monthly and Final Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Monthly Period from November 1, 2025 to and Including November 19, 2025 and for the Final Period from August 6, 2023 to and Including November 19, 2025 [Filed: 3/12/26] (Docket No. 8727)**

B. Twenty Fifth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 to and Including August 31, 2025 [Filed: 9/22/25] (Docket No. 7680)

C. Certification of No Objection Regarding Twenty Fifth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period August 1, 2025 to and Including August 31, 2025 [Filed: 10/15/26] (Docket No. 7778)

D. Twenty Sixth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2025 to and Including September 30, 2025 [Filed: 12/1/25] (Docket No. 8303)

E. Certification of No Objection Regarding Twenty Sixth Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period September 1, 2025 to and Including September 30, 2025 [Filed: 12/23/25] (Docket No. 8461)

F. Twenty Seventh Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2025 to and Including October 31, 2025 [Filed: 12/10/25] (Docket No. 8367)

G. Certification of No Objection Regarding Twenty Seventh Monthly Application of Alvarez & Marsal North America, LLC for Allowance of Compensation and Reimbursement of Expenses for the Period October 1, 2025 to and Including October 31, 2025 [Filed: 1/6/26] (Docket No. 8490)

Status:  The Debtors intend to file an omnibus fee order under certification of counsel. No hearing is necessary.

11. First and Final Fee Application of CBRE, Inc. as Real Estate Broker and Advisor to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period from August 16, 2024 Through November 19, 2025 [Filed: 2/18/26] (Docket No. 8648)

    Response Deadline:  March 11, 2026, at 4:00 p.m. (ET).

    Responses Received:  None as of the date of this Index.

    Related Documents:

    A.    Certification of No Objection Regarding First and Final Fee Application of CBRE, Inc. as Real Estate Broker and Advisor to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period from August 16, 2024 Through November 19, 2025 [Filed: TBD] (Docket No. TBD)

    Status:  The Debtors intend to file an omnibus fee order under certification of counsel. No hearing is necessary.

12.    Second and Final Fee Application of Epiq Corporate Restructuring, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the (I) Interim Fee Period from February 1, 2025 Through and Including November 19, 2025 and the (II) Final Fee Period from August 6, 2023 Through and Including November 19, 2025 [Filed: 2/18/26] (Docket No. 8649)

    Response Deadline:  March 11, 2026, at 4:00 p.m. (ET).

    Responses Received:  None as of the date of this Index.

    Related Documents:

    A.    **Certification of No Objection Regarding Second and Final Fee Application of Epiq Corporate Restructuring, LLC for Compensation for Services Rendered and Reimbursement of Expenses Incurred for the (I) Interim Fee Period from February 1, 2025 Through and Including November 19, 2025 and the (II) Final Fee Period from August 6, 2023 Through and Including November 19, 2025 [Filed: 3/12/26] (Docket No. 8726)**

    Status:  The Debtors intend to file an omnibus fee order under certification of counsel. No hearing is necessary.

13.    Twenty-Seventh Monthly and Final Fee Application of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 6, 2023 Through and Including November 19, 2025 [Filed: 2/18/26] (Docket No. 8650)

    Response Deadline:  March 11, 2026, at 4:00 p.m. (ET).

    Responses Received:  None as of the date of this Index.

Related Documents:

A. Certification of No Objection Regarding Twenty-Seventh Monthly and Final Fee Application of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period from August 6, 2023 Through and Including November 19, 2025 [Filed: TBD] (Docket No. TBD)

B. Twenty-Fourth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From August 1, 2025 Through and Including August 31, 2025 [Filed: 10/6/25] (Docket No. 7739)

C. Certification of No Objection Regarding Twenty-Fourth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From August 1, 2025 Through and Including August 31, 2025 [Filed: 10/29/25] (Docket No. 7910)

D. Twenty-Fifth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From September 1, 2025 Through and Including September 30, 2025 [Filed: 11/4/25] (Docket No. 8032)

E. Certification of No Objection Regarding Twenty-Fifth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From September 1, 2025 Through and Including September 30, 2025 [Filed: 2/9/26] (Docket No. 8619)

F. Twenty-Sixth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From October 1, 2025 Through and Including October 31, 2025 [Filed: 11/26/25] (Docket No. 8293)

G. Certification of No Objection Regarding Twenty-Sixth Monthly Fee Statement of Ernst & Young LLP as Tax Services Provider to the Debtors for Compensation for Professional Services Rendered and Reimbursement of Expenses Incurred for the Period From October 1, 2025 Through and Including October 31, 2025 [Filed: 12/18/25] (Docket No. 8414)

Status: The Debtors intend to file an omnibus fee order under certification of counsel. No hearing is necessary.

14. Ninth Interim and Final Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for (I) the Interim Fee Period from August 1, 2025 through November 19, 2025 and (II) the Final Fee Period from August 6, 2023 through November 19, 2025 [Filed: 2/18/26] (Docket No. 8651)

    Response Deadline:  March 11, 2026, at 4:00 p.m. (ET).

    Responses Received:  None as of the date of this Index.

    Related Documents:

    A. **Certification of No Objection Regarding Ninth Interim and Final Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for (I) the Interim Fee Period from August 1, 2025 through November 19, 2025 and (II) the Final Fee Period from August 6, 2023 through November 19, 2025 [Filed: 3/12/26] (Docket No. 8725)**

    B. Twenty-Fifth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation for the Period from August 1, 2025 through August 31, 2025 [Filed: 11/7/25] (Docket No. 8137)

    C. Certification of No Objection Regarding Twenty-Fifth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation for the Period from August 1, 2025 through August 31, 2025 [Filed: 12/8/25] (Docket No. 8355)

    D. Twenty-Sixth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2025 through September 30, 2025 [Filed: 11/7/25] (Docket No. 8138)

    E. Certification of No Objection Regarding Twenty-Sixth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period from September 1, 2025 through September 30, 2025 [Filed: 12/8/25] (Docket No. 8356)

    F. Twenty-Seventh Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of Expenses for the Period from October 1, 2025 through October 31, 2025 [Filed: 2/17/26] (Docket No. 8633)

    G. Certification of No Objection Regarding Twenty-Seventh Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation and Reimbursement of

        Expenses for the Period from October 1, 2025 through October 31, 2025 [Filed: TBD] (Docket No. TBD)

    H.    Twenty-Eighth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation for the Period from November 1, 2025 through November 19, 2025 [Filed: 2/17/26] (Docket No. 8634)

    I.    Certification of No Objection Regarding Twenty-Eighth Monthly Fee Application of Goodmans LLP as Canadian Restructuring Counsel to the Debtors and Debtors in Possession for Payment of Compensation for the Period from November 1, 2025 through November 19, 2025 [Filed: TBD] (Docket No. TBD)

Status:  The Debtors intend to file an omnibus fee order under certification of counsel. No hearing is necessary.

15.    Second Interim and Final Fee Application of Hilco Valuation Services, LLC, Pension Advisory Services Provider for the Debtors and Debtors in Possession, for (I) the Interim Fee Period from May 1, 2025 Through and Including May 31, 2025 and (II) the Final Fee Period from September 20, 2023 Through and Including November 19, 2025 [Filed: 2/18/26] (Docket No. 8653)

Response Deadline:  March 11, 2026, at 4:00 p.m. (ET).

Responses Received:  None as of the date of this Index.

Related Documents:

    A.    **Certification of No Objection Regarding Second Interim and Final Fee Application of Hilco Valuation Services, LLC, Pension Advisory Services Provider for the Debtors and Debtors in Possession, for (I) the Interim Fee Period from May 1, 2025 Through and Including May 31, 2025 and (II) the Final Fee Period from September 20, 2023 Through and Including November 19, 2025 [Filed: 3/12/26] (Docket No. 8723)**

    B.    Monthly Fee Application of Ordinary Course Professional, Hilco Valuation Services, LLC, Pension Advisory Services Provider for the Debtors and Debtors in Possession, for the Period May 1, 2025 to and Including May 31, 2025 [Filed: 10/6/25] (Docket No. 7733)

    C.    Certification of No Objection Regarding Monthly Fee Application of Ordinary Course Professional, Hilco Valuation Services, LLC, Pension Advisory Services Provider for the Debtors and Debtors in Possession, for the Period May 1, 2025 to and Including May 31, 2025 [Filed: 10/29/25] (Docket No. 7909)

Status:  The Debtors intend to file an omnibus fee order under certification of counsel. No hearing is necessary.

16. Final Application of ASK LLP for Allowance of Compensation and Reimbursement of Expenses for the Period of July 7, 2025, through November 19, 2025, as Special Counsel to Pursue Avoidance Actions [Filed: 2/18/26] (Docket No. 8654)

    Response Deadline:  March 11, 2026, at 4:00 p.m. (ET).

    Responses Received:  None as of the date of this Index.

    Related Documents:

    A. **Certification of No Objection Regarding the Final Application of ASK LLP for Allowance of Compensation and Reimbursement of Expenses for the Period of July 7, 2025, through November 19, 2025, as Special Counsel to Pursue Avoidance Actions [Filed: 3/12/26] (Docket No. 8724)**

    Status:  The Debtors intend to file an omnibus fee order under certification of counsel. No hearing is necessary.

17. Twenty-Eighth Monthly Statement and Final Fee Application of Ducera Partners LLC for Payment of Compensation and Reimbursement of Expenses for the Monthly Period from November 1, 2025 Through November 19, 2025 and for the Final Fee Period from August 6, 2023 Through November 19, 2025 [Filed: 2/18/26] (Docket No. 8655)

    Response Deadline: March 11, 2026, at 4:00 p.m. (ET).

    Responses Received:  None as of the date of this Index.

    Related Documents:

    A. **Certification of Counsel Regarding Twenty-Eighth Monthly Statement and Final Fee Application of Ducera Partners LLC for Payment of Compensation and Reimbursement of Expenses for the Monthly Period from November 1, 2025 Through November 19, 2025 and for the Final Fee Period from August 6, 2023 Through November 19, 2025 [Filed: 3/12/26] (Docket No. 8722)**

    B. Twenty-Fifth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 through August 31, 2025 [Filed: 12/5/25] (Docket No. 8341)

    C. Certification of No Objection Regarding Twenty-Fifth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from August 1, 2025 through August 31, 2025 [Filed: 12/30/25] (Docket No. 8468)

        D.      Twenty-Sixth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2025 through September 30, 2025 [Filed: 12/5/25] ([Docket No. 8342](#))

        E.      Certification of No Objection Regarding Twenty-Sixth Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from September 1, 2025 through September 30, 2025 [Filed: 12/30/25] ([Docket No. 8469](#))

        F.      Twenty-Seventh Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2025 through October 31, 2025 [Filed: 12/5/25] ([Docket No. 8343](#))

        G.      Certification of No Objection Regarding Twenty-Seventh Monthly Application of Ducera Partners LLC for Allowance of Compensation and Reimbursement of Expenses for the Period from October 1, 2025 through October 31, 2025 [Filed: 12/30/25] ([Docket No. 8470](#))

Status:  The Debtors intend to file an omnibus fee order under certification of counsel. No hearing is necessary.

18.     Final Application of Kasowitz LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of August 6, 2023 Through November 19, 2025 [Filed: 2/19/26] ([Docket No. 8657](#))

Response Deadline: March 12, 2026, at 4:00 p.m. (ET).

Responses Received:

        A.      **International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee's Objection to the Application of Kasowitz, LLP, for Allowance of Final Compensation [Filed: 3/12/26] ([Docket No. 8720](#))**

Related Documents:  None.

Status:  **The Teamsters filed an objection to the final fee application of Kasowitz, LLP, and the Debtors are considering scheduling.**

Dated: March **13**, 2026
Wilmington, Delaware

| | |
|---|---|
| */s/ Peter J. Keane* | |
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | Robert A. Jacobson (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |
| P.O. Box 8705 | Telephone: (312) 862-2000 |
| Wilmington, Delaware 19801 | Facsimile: (312) 862-2200 |
| Telephone: (302) 652-4100 | Email: patrick.nash@kirkland.com |
| Facsimile: (302) 652-4400 | rob.jacobson@kirkland.com |
| Email: ljones@pszjlaw.com | |
| tcairns@pszjlaw.com | -and- |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | Aaron Metviner (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: aaron.metviner@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*