IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**DEBTORS' WITNESS & EXHIBIT LIST
FOR HEARING ON MARCH 17, 2026 AT 10:00 A.M. (ET) REGARDING FINAL APPLICATION OF KASOWITZ LLP AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF AUGUST 6, 2023 THROUGH NOVEMBER 19, 2025**

The above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit this witness and exhibit list in connection with the hearing scheduled for **March 17, 2026, at 10:00 a.m. (ET)**, before the Honorable Craig T. Goldblatt, at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801 (the "Hearing"), at which time the following matters are currently scheduled to be heard:

1. *Final Application of Kasowitz LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

*Incurred for the Period of August 6, 2023 Through November 19, 2025* [Docket No. 8657] (the "Kasowitz Application").

**EXHIBITS**

The Debtors designate the following exhibits that may be used at the Hearing in connection with the Kasowitz Application:

| Debtors' Exhibit No. | Exhibit Description | ECF No. |
|---|---|---|
| 1 | Kasowitz Retention Application | 418 |
| 2 | Kasowitz Retention Order | 1257 |
| 3 | Kasowitz First Monthly Fee Application | 1325 |
| 4 | Kasowitz Second Monthly Fee Application | 1497 |
| 5 | Kasowitz Third Monthly Fee Application | 1499 |
| 6 | Kasowitz Fourth Monthly Fee Application | 2516 |
| 7 | Kasowitz Fifth Monthly Fee Application | 2534 |
| 8 | Kasowitz Sixth Monthly Fee Application | 2629 |
| 9 | Kasowitz First Interim Fee Application | 2638 |
| 10 | Omnibus Fee Order | 2967 |
| 11 | Kasowitz Seventh Monthly Fee Application | 3181 |
| 12 | Kasowitz Eighth Monthly Fee Application | 3368 |
| 13 | Kasowitz Ninth Monthly Fee Application | 3808 |
| 14 | Kasowitz Tenth Monthly Fee Application | 3906 |
| 15 | Kasowitz Second Interim Fee Application | 3934 |
| 16 | Kasowitz Eleventh Monthly Fee Application | 4181 |
| 17 | Omnibus Fee Order | 4215 |
| 18 | Kasowitz Twelfth Monthly Fee Application | 4352 |

| Debtors' Exhibit No. | Exhibit Description | ECF No. |
|---|---|---|
| 19 | Kasowitz Third Interim Fee Application | 4448 |
| 20 | Kasowitz Thirteenth Monthly Fee Application | 4725 |
| 21 | Omnibus Fee Order | 4927 |
| 22 | Kasowitz Fourteenth Monthly Fee Application | 4964 |
| 23 | Kasowitz Fifteenth Monthly Fee Application | 5094 |
| 24 | Kasowitz Fourth Interim Fee Application | 5319 |
| 25 | Omnibus Fee Order | 5656 |
| 26 | Kasowitz Sixteenth Monthly Fee Application | 6036 |
| 27 | Kasowitz Seventeenth Monthly Fee Application | 6295 |
| 28 | Kasowitz Eighteenth Monthly Fee Application | 7451 |
| 29 | Kasowitz Nineteenth Monthly Fee Application | 7454 |
| 30 | Kasowitz Twentieth Monthly Fee Application | 7571 |
| 31 | Kasowitz Twenty-First Monthly Fee Application | 7601 |
| 32 | *Yellow v. Internat'l Brotherhood of Teamsters*, Case No. 24-3111 (10th Cir.), ECF No. 47-1 (Order and Judgment) | Ex. A |
| 33 | *Yellow v. Internat'l Brotherhood of Teamsters*, Case No.: 6:23-cv-01131-JAR-ADM (D. Kan.), ECF No. 143 (Second Amended Complaint | Ex. B |
| 34 | *Yellow v. Internat'l Brotherhood of Teamsters*, Case No.: 6:23-cv-01131-JAR-ADM (D. Kan.), ECF No. 151 (Answer of International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee to the Second Amended Complaint) | Ex. C |
| 35 | *Yellow v. Internat'l Brotherhood of Teamsters*, Case No.: 6:23-cv-01131-JAR-ADM (D. Kan.), ECF No. 152 (Answer of Teamsters Local Union No. 41, Teamsters Local Union No. 696 and Teamsters Local Union No. 795 to the Second Amended Complaint) | Ex. D |

The Debtors reserve the right to use any exhibit listed by any other party. The Debtors also reserve the right to amend, shorten, or supplement this witness and exhibit list prior to the Hearing.

Dated: March 16, 2026
Wilmington, Delaware

/s/ *Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | Robert A. Jacobson (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |
| P.O. Box 8705 | Telephone: (312) 862-2000 |
| Wilmington, Delaware 19801 | Facsimile: (312) 862-2200 |
| Telephone: (302) 652-4100 | Email: patrick.nash@kirkland.com |
| Facsimile: (302) 652-4400 | rob.jacobson@kirkland.com |
| Email: ljones@pszjlaw.com | |
| tcairns@pszjlaw.com | -and- |
| pkeane@pszjlaw.com | |
| ecorma@pszjlaw.com | Aaron Metviner (admitted *pro hac vice*) |
| | **KIRKLAND & ELLIS LLP** |
| | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| | 601 Lexington Avenue |
| | New York, New York 10022 |
| | Telephone: (212) 446-4800 |
| | Facsimile: (212) 446-4900 |
| | Email: aaron.metviner@kirkland.com |

*Co-Counsel for the Debtors and Debtors in Possession*