IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellow Corporation, *et al.* | ) | Case Nos. 23-11069 (CTG) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

**INTERNATIONAL BROTHERHOOD OF TEAMSTERS AND TEAMSTERS NATIONAL FREIGHT INDUSTRY NEGOTIATING COMMITTEE'S WITNESS AND EXHIBIT LIST TO OBJECTION TO THE APPLICATION OF KASOWITZ, LLP, FOR <u>ALLOWANCE OF FINAL COMPENSATION</u>**

The International Brotherhood of Teamsters ("IBT") and Teamsters National Freight Industry Negotiating Committee ("TNFINC") its affiliated local unions, and its members for whom the IBT and TNFINC have filed proofs of claims (collectively, "Teamsters"), by and through their undersigned counsel, hereby submits this witness and exhibit list (the " Exhibit List") for the hearing scheduled for **March 17, 2026 at 10:00 a.m. (E.T.)** (the "Hearing") before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, located at 824 N. Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801, in connection with the *Teamsters' Objection to the Final Application of Kasowitz LLP as Special Litigation Counsel to the Debtors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of August 6, 2023 through November 19, 2025* (D.I. 8657).

<u>**Balance of Page Intentionally Blank**</u>

**EXHIBITS**

| No. | Description | Docket Number |
|---|---|---|
| 1 | Plaintiffs' Reply to the Opposition of Defendant Local Unions, and in Further Support of Plaintiffs' Motion to Aler or Amend Judgment, and For Relief from Judgment and Order | D.I. 129 - District of Kansas, C.A. 23-01131 JAR-ADM (Filed 6/10/24) |
| 2 | Plaintiffs' Reply Memorandum in Further Support of Motion to Amend the Scheduling Order and For Leave to File the Proposed Second Amended Complaint | D.I. 131- District of Kansas, C.A. 23-01131 JAR-ADM (Filed 6/10/24) |
| 3 | Reply Brief for Plaintiffs-Appellants on Appeal | D.I. 35, 10th Cir. No. 24-3111 (Filed 11/27/24) |

The Teamsters reserve the right to use any exhibit listed by any other party. The Teamsters also reserve the right to amend, shorten, or supplement this Exhibit List prior to the hearing.

Dated: March 16, 2026                LAW OFFICE OF SUSAN E. KAUFMAN, LLC


*/s/ Susan E. Kaufman*
Susan E. Kaufman, (DSB# 3381)
919 North Market Street, Suite 460
Wilmington, DE 19801
(302) 472-7420
(302) 792-7420 Fax
skaufman@skaufmanlaw.com

-and-

Yingtao Ho (WI Bar No. 1045418)
Emma Woods (WI Bar No. 1120187)
THE PREVIANT, LAW FIRM, S.C.
310 W Wisconsin Ave, Suite 100MW
Milwaukee, Wisconsin 53203
Telephone: 414.271.4500
Facsimile: 414.271.6308
emw@previant.com
yh@previant.com

*Counsel for International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee*