IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**SUPPLEMENTAL DECLARATION OF MATTHEW B. STEIN IN
FURTHER SUPPORT OF THE KASOWITZ FINAL FEE APPLICATION**

I, Matthew B. Stein, hereby declare the following under penalty of perjury:

1. I am a member of the law firm of Kasowitz LLP ("Kasowitz"), located at 1633 Broadway, New York, New York 10019. I am a member in good standing of the Bar of the State of New York and the Bar of the State of New Jersey.

2. I am familiar with the work performed on behalf of the above-captioned debtors and debtors in possession (the "Debtors") by the lawyers and other professionals of Kasowitz.

3. I have reviewed the *Final Application of Kasowitz as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of August 6, 2023 through November 19,* 2025, dated February 19, 2026 [ECF No. 8657] (the "Kasowitz Final Fee Application") and submit this supplemental declaration in further support of the Kasowitz Final Fee Application to provide additional information to clarify the information and disclosures therein and to resolve informal objections raised by the Office of the United States Trustee (the "US Trustee") and the Official Committee of Unsecured Creditors (the "Committee").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4.      **First**, the Kasowitz Final Fee Application unintentionally omitted a chart of fee applications previously approved by this Court. Such a chart is below:

| Date Filed | ECF No. | Period | Fees | Expenses |
|---|---|---|---|---|
| 4/15/24 | 2967 | 8/6/23 – 1/31/24 | $1,906,852.60 | $18,120.71 |
| 8/28/24 | 4215 | 2/1/24 – 4/30/24 | $6,153,999.33 | $21,059.37 |
| 11/18/24 | 4927 | 5/1/24 – 7/31/24 | $753,973.25 | $29,275.41 |
| 2/11/25 | 5656 | 8/1/24 - 10/31/24 | $1,112,656.79 | $41,706.44 |

5.      **Second**, in connection with discussions with the US Trustee, Kasowitz agreed to reduce the total amount of fees sought in the Debtors' chapter 11 cases by an aggregate amount of $54,021 comprised of $21,729.85 in previously agreed reductions and an additional amount of $32,291.15. Substantially all of these reductions relate to "transitory" time, related to fees billed by attorneys who did not contribute substantially to Kasowitz' efforts in the case.

6.      **Third**, the Kasowitz Final Fee Application reflects the total amount of fees and expenses for which Kasowitz is seeking Court approval as required by the Bankruptcy Code. However, pursuant to an agreement previously entered into with the Debtors and reflected in Kasowitz' fee applications, the fees incurred in connection with the Ronderos matter are not billed to the estate. Instead, Kasowitz' sole source of recovery of its fees in that matter is the insurance carrier and such amounts were previously excluded from the Court's prior interim fee application orders.

7.      Consistent with its prior fee applications, the Kasowitz Final Fee Application has disclosed the total amount of fees incurred from approval purposes only and not for purposes of collecting such amounts from the Debtors' estates. Accordingly, the chart below is intended to clarify any potential confusion between the amounts that Kasowitz is seeking approval of compared with the amounts for which payment from the Debtors' estates is actually sought:

| | |
|---|---|
| Total Fees for Which Approval is Sought (after application of agreed reductions): | $12,299,688.18 |
| Total Fees for Which Payment is Sought From Third Party: | $134,357.50 |
| Total Fees for Which Payment is Sought From Debtors: | $12,165,330.68 |
| Total Fees Approved By Interim Orders For Which Debtors are Payor: | $9,927,481.97 |
| Total Fees Paid To Date By Debtors: | $10,507,575.50 |

:
8. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 16, 2026

                                            Respectfully Submitted,

                                              /s/ *Matthew B. Stein*
                                            Matthew B. Stein