**<u>Exhibit A</u>**

**Proposed Order**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**ORDER GRANTING KASOWITZ LLP'S MOTION FOR LEAVE TO FILE LATE REPLY IN FURTHER SUPPORT OF FINAL APPLICATION OF KASOWITZ LLP AS SPECIAL LITIGATION COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF AUGUST 6, 2023 THROUGH NOVEMBER 19, 2025**

Upon consideration of the *Kasowitz LLP's Motion for Leave to File a Late Reply in Further Support of Final Application of Kasowitz LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of August 6, 2023 Through November 19, 2025* (the "Motion for Leave");

**IT IS HEREBY ORDERED THAT:**

1. The Motion for Leave is GRANTED.

2. Kasowitz is permitted to file a late Reply on or before March 16, 2026 at 5:00 p.m. (ET), and such Reply shall be deemed timely filed.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.