**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket Nos.: 8620, 8628, 8636, 8637,** |
|  | ) | **8638, 8639, 8644, 8645, 8647, 8648, 8649,** |
|  | ) | **8650, 8651, 8653, 8654, and 8655** |

**OMNIBUS ORDER APPROVING FINAL FEE APPLICATIONS
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the final fee applications (the "Final Fee Applications")[2] of those professionals (the "Professionals") referenced on **Exhibit A** attached hereto, pursuant to sections 105(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure and that certain *Order (I) Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals and (II) Granting Related Relief* (the "Interim Compensation Order") previously entered by this Court on September 13, 2023 [Docket No. 519]; and it appearing that the Court has jurisdiction to consider the Final Fee Applications and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012, and that this Court may enter a final order consistent with Article III of the United States Constitution; and it appearing

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]  Capitalized terms not defined in this order shall have the meaning ascribed to them in the Interim Compensation Order and/or the Final Fee Applications.

that this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and these Final Fee Applications is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Final Fee Applications having been given; and it appearing that the relief requested in the Final Fee Applications is in the best interests of the Debtors and their estates and creditors; and after due deliberation and sufficient cause appearing therefor, it is hereby ORDERED THAT:

1.      Each Final Fee Application is GRANTED and APPROVED as set forth herein, in the amounts set forth on **Exhibit A** attached hereto, for services rendered and reimbursement for actual and necessary expenses incurred during the fee periods set forth on **Exhibit A**.

2.      The Debtors are authorized to make payment to each of the Professionals on account of any of the outstanding fees and expenses as provided for herein that have not yet been paid pursuant to the Interim Compensation Order in accordance with the Bankruptcy Code priorities.

3.      This Order shall be deemed a separate order with respect to each of the Final Fee Applications.  Any stay of this Order pending appeal with respect to any one Applicant shall only apply to the particular Applicant that is the subject of such appeal and shall not operate to stay the applicability and/or finality of this Order with respect to any other of the Applicants.

4.      With respect to the *Final Application of ASK LLP for Allowance of Compensation and Reimbursement of Expenses for the Period of July 7, 2025, through November 19, 2025, as Special Counsel to Pursue Avoidance Actions* ("ASK Final Fee Application"):

   a. ASK LLP is awarded final approval for compensation in the amount of $685,891.98 for professional services rendered on a contingency fee basis and

5

$210,713.47 for costs and expenses for a total of $896,605.45 for the Final Fee Period of July 7, 2025, through November 19, 2025.

b.  Such sums are authorized for payment less any amounts previously paid to ASK LLP.

c.  With respect to collections realized subsequent to preparation of the ASK Final Fee Application, ASK LLP may receive a fee equal to that outlined in ASK LLP's retention application[3] and order[4] and authorized herein without filing an additional fee application.

5.      The Court shall retain jurisdiction to hear and determine all matters arising

from or relating to this Order.


Dated: March 17th, 2026
Wilmington, Delaware

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**

---

[3]  *See Debtors' Application for Entry of an Order Authorizing the Retention and Employment of ASK LLP as Special Counsel to Pursue Avoidance Actions* [Docket No. 6530].

[4]  *See Order Authorizing the Retention and Employment of ASK LLP as Special Counsel to Pursue Avoidance Actions* [Docket No. 6641].

6