## Exhibit A

| Date Filed | Dkt. No. | Applicant | Fee Period | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| **Counsel to the Debtors** | | | | | | |
| 2/10/26 | 8620 | Pachulski Stang Ziehl & Jones LLP | 8/6/23 – 11/19/25 | $5,590,266.00 | $333,795.05 | $5,924,061.05 |
| **Counsel to the Debtors** | | | | | | |
| 2/18/26 | 8644 | Kirkland & Ellis LLP and Kirkland & Ellis International LLP | 8/6/23 – 11/19/25 | $81,557,039.25[1] | $790,154.67 | $82,347,193.92 |
| **Co-Counsel to Debtors** | | | | | | |
| 2/15/26 | 8628 | Joyce, LLC | 7/31/25 – 11/19/25 | $11,245.00 | $0.00 | $11,245.00 |
| **Audit Service to the Debtors** | | | | | | |
| 2/18/26 | 8645 | KPMG LLP | 8/6/23 – 11/19/25 | $926,166.50 | $0.00 | $926,166.50 |
| **Financial Advisor to the Debtors** | | | | | | |
| 2/18/26 | 8647 | Alvarez & Marsal North America, LLC | 8/6/23 – 11/19/25 | $28,810,018.40 | $126,055.20 | $28,936,073.60 |
| **Real Estate Broker and Advisor to the Debtors** | | | | | | |
| 2/18/26 | 8648 | CBRE, Inc. | 8/16/24 – 11/19/25 | $14,443,391.03 | $0.00 | $14,443,391.03 |

---

[1] Reflects an agreed reduction by K&E of $31,009.00 in fees based upon comments from the Office of the United States Trustee.

4916-2104-9235.3 96859.001

| Date Filed | Dkt. No. | Applicant | Fee Period | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| **Administrative Agent to Debtors** | | | | | | |
| 2/18/26 | 8649 | Epiq Corporate Restructuring, LLC | 8/6/23 – 11/19/25 | $212,923.20 | $0.00 | $212,923.20 |
| **Tax Services Provider to the Debtors** | | | | | | |
| 2/18/26 | 8650 | Ernst & Young LLP | 8/6/23 – 11/19/25 | $6,945,363.00 | $1,907.32 | $6,947,270.32 |
| **Canadian Restructuring Counsel to Debtors** | | | | | | |
| 2/18/26 | 8651 | Goodmans LLP | 8/6/23 – 11/19/25 | $2,012,118.75 | $95,354.55 | $2,107,473.30 |
| **Pension Advisory Services Provider to Debtors** | | | | | | |
| 2/18/26 | 8653 | Hilco Valuation Services, LLC | 9/20/23 – 11/19/25 | $1,594,736.25 | $0.00 | $1,594,736.25 |
| **Special Counsel to Pursue Avoidance Actions Debtors** | | | | | | |
| 2/18/26 | 8654 | ASK LLP | 7/7/25 – 11/19/25 | $685,891.98 | $210,713.47 | $896,605.45 |
| **Investment Banker to the Debtors** | | | | | | |
| 2/18/26 | 8655 | Ducera Partners LLC | 8/6/23 – 11/19/25 | $31,984,021.58 | $280,901.97[2] | $32,264,923.55 |
| **Counsel to the Official Committee of Unsecured Creditors** | | | | | | |
| 2/17/26 | 8636 | Akin Gump Strauss Hauer & Feld LLP | 8/18/23 – 11/19/25 | $39,472,957.50[3] | $502,868.96 | $39,975,826.46 |

---

[2] Reflects an agreed reduction of Ducera expenses in the amount of $2,121.25 based upon comments from the Office of the United States Trustee.
[3] Reflects an agreed reduction by Akin of $34,134.50 in fees based upon comments from the Office of the United States Trustee.

4916-2104-9235.3 96859.001

2

| Date Filed | Dkt. No. | Applicant | Fee Period | Fees | Expenses | Total |
|---|---|---|---|---|---|---|
| **Counsel to the Official Committee of Unsecured Creditors** | | | | | | |
| 2/17/26 | 8637 | Benesch, Friedlander, Coplan & Aronoff LLP | 8/22/23– 11/19/25 | $2,966,259.50 | $41,004.57 | $3,007,264.07 |
| **Financial Advisor to the Official Committee of Unsecured Creditors** | | | | | | |
| 2/17/26 | 8638 | Huron Consulting Services LLC | 8/21/23 – 11/19/25 | $14,380,871.25 | $16,214.91 | $14,397,086.16 |
| **Investment Banker to the Official Committee of Unsecured Creditors** | | | | | | |
| 2/17/26 | 8639 | Miller Buckfire | 8/21/23 – 11/19/25 | $6,462,500.00 | $40,304.80 | $6,502,804.80 |

4916-2104-9235.3 96859.001