**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. 8657** |

**CERTIFICATION OF COUNSEL REGARDING REVISED ORDER APPROVING
FINAL APPLICATION OF KASOWITZ LLP AS SPECIAL LITIGATION COUNSEL
TO THE DEBTORS AND DEBTORS IN POSSESSION FOR ALLOWANCE OF
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF AUGUST 6, 2023 THROUGH NOVEMBER 19, 2025**

The undersigned hereby certifies as follows:

1.       On February 19, 2026, Kasowitz Benson Torres LLP ("Kasowitz") filed the *Final Application of Kasowitz LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of August 6, 2023 Through November 19, 2025* (the "Application") [Docket No. 8657].

2.       Pursuant to the *Notice of Final Application of Kasowitz LLP as Special Litigation Counsel to the Debtors and Debtors in Possession for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period of August 6, 2023 Through November 19, 2025* (the "Notice"), responses to the Application were to be filed and served no later than March 12, 2026 at 4:00 p.m. prevailing Eastern Time.

---

[1]     A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

3.       On March 12, 2026, The International Brotherhood of Teamsters ("IBT") and Teamsters National Freight Industry Negotiating Committee ("TNFINC") (collectively, "Teamsters") filed the *International Brotherhood of Teamsters and Teamsters National Freight Industry Negotiating Committee's Objection to the Application of Kasowitz, LLP, for Allowance of Final Compensation* (the "Objection") [Docket No. 8720].

4.       On March 16, 2026, Kasowitz filed the *Supplemental Declaration of Matthew B. Stein in Further Support of the Kasowitz Final Fee Application* (the "Supplemental Declaration") [Docket No. 8741].

5.       On March 17, 2026, the Court held a hearing on the Application (the "Hearing"). At the Hearing, the Court overruled the Objection and made certain other rulings.  Kasowitz also agreed to certain additional voluntary expense reductions, as noted on the record at the Hearing.

6.       On March 18, 2026, Kasowitz filed the *Second Supplemental Declaration of Matthew B. Stein in Further Support of the Kasowitz Final Fee Application* (the "Second Supplemental Declaration") [Docket No. 8751] reflecting the agreed additional reduction of $2,617.58 in expense reimbursement.

7.       Attached hereto as **Exhibit A** is a proposed form of order on the Application (the "Proposed Order"), which approves the Application with the agreed reductions.

8.       The Debtors respectfully request entry of the Proposed Order at the Court's earliest convenience.

*[Remainder of Page Intentionally Left Blank]*

Dated: March 18, 2026
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | Robert A. Jacobson (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |
| 919 North Market Street, 17th Floor | Chicago, Illinois 60654 |

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email:          ljones@pszjlaw.com
                  tcairns@pszjlaw.com
                  pkeane@pszjlaw.com
                  ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
Robert A. Jacobson (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:          patrick.nash@kirkland.com
                  rob.jacobson@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

3