**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.,*[1] | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF WITHDRAWAL OF DOCKET NO. 8612**

**PLEASE TAKE NOTICE** that Glen EG, LLC, by and through its undersigned counsel, hereby withdraws its *Application for Allowance and Payment of Postpetition Rent as an Administrative Expense Claim* which was filed in the above-referenced case on February 6, 2026 at docket number 8612.

Dated: March 23, 2026
       Wilmington, Delaware

**POLSINELLI PC**

*/s/ Katherine M. Devanney*
Katherine M. Devanney (Del. Bar No. 6356)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0920
Facsimile: (302) 252-0921
kdevanney@polsinelli.com

*Counsel for Glen EG, LLC*

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

109865099.1