**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____

| | |
|---|---|
| In Re: | Chapter 11 |
| YELLOW CORPORATION *et al.,* | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |

**Hearing Date: May 14, 2026
at _10:00 a.m.. ET**

**Objection Deadline: April 22, 2026,
At 4:00 p.m. ET**

**NOTICE OF MOTION OF JAMES D. MORTON AND LAUREN MORTON FOR
APPROVAL OF AN ORDER GRANTIING RELIEF FROM STAY UNDER
SECTION 362 OF THE BANKRUPTCY CODE**

TO:

**Pachulski Stang Ziehl & Jones LLP**
919 North Market Street, 17th Floor
Wilmington, DE 19801
Attn: Peter J. Keane

**Kirkland & Ellis LLP**
**Kirkland & Ellis International LLP**
333 West Wolf Point Plaza
Chicago, IL 60654
Attn:
Patrick J. Nash, Jr., P.C.
David Seligman, P.C.
Whitney Fogelberg

**Benesch, Friedlander, Coplan & Aronoff LLP**
1313 North Market Street, Suite 1201
Wilmington, DE 19801
Attn: Jennifer R. Hoover

**Akin Gump Strauss Hauer & Feld LLP**
One Bryant Park
New York, NY 10036
Attn: Philip C. Dublin

**United States Trustee**
Attn: Jane M. Leamy
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

James D., Morton and Lauren Morton have filed a Motion for Relief from Stay which seeks the following relief: **Lifting the automatic stay to proceed against insurance carrier only and waiving any other claims against the Debtors' estates**

HEARING ON THE MOTION WILL BE HELD ON MAY 14, 2026, at 10:00 a.m. (ET)

You are required to file a response (and the supporting documentation required by Local Rule 4001-1(c)) to the attached motion at least seven days before the above hearing date.

At the same time, you must also serve a copy of the response upon movant's attorney:

John D. McLaughlin, Jr. (No. 4123)
Ciardi Ciardi & Astin.
1204 North King Street
Wilmington, Delaware 19801

The hearing date specified above may be a preliminary hearing or may be consolidated with the final hearing, as determined by the Court.

The attorneys for the parties shall confer with respect to the issues raised by the motion in advance for the purpose of determining whether a consent judgment may be entered and/or for the purpose of stipulating to relevant facts such as value of the property, and the extent and validity of any security instrument.

Dated: *7 April 2026*

*/s/ John D. McLaughlin, Jr.*

John D. McLaughlin, Jr. (No. 4123)
CIARDI CIARDI AND ASTIN
1204 North King Street
Wilmington, Delaware 19801
Tel: (484) 437-2676
Fax: (302) 300-4253
jmclaughlin@ciardilaw.com

*Counsel to the Movants*