**EXHIBIT B**

Christopher P. Midura – Attorney ID No.: 019792009
**GOLDBERG SEGALLA LLP**
Mailing Address:  PO Box 580, Buffalo, NY 14201
301 Carnegie Center Dr,. Suite 200
Princeton, NJ 08540
(609) 986-1300 / (609) 986-1301 Fax
*Attorneys for Defendants, New Penn Motor Express, LLC,*
*and Dashon L. Seawright*

| | |
|---|---|
| JAMES D. MORTON and LAUREN MORTON,<br><br>        laintiffs,<br><br>vs.<br><br>NEW PENN MOTOR EXPRESS, LLC, DASHON L. SEAWRIGHT, SUEZ WATER NJ, INC., VEOLIA NORTH AMERICA, A-F INDIVIDUALS, A-F CORPORATIONS, the latter eight being fictitious designations,<br><br>        Defendants. | SUPERIOR COURT OF NEW JERSEY BERGEN COUNTY – LAW DIVISION<br><br>DOCKET NO.:  BER-L-3546-23<br><br>CIVIL ACTION<br><br>NOTICE OF SUGGESTION OF BANKRUPTCY |

    PLEASE TAKE NOTICE THAT, on August 6, 2023 and continuing on August 7, 2023, Yellow Corporation and twenty three (23) affiliated companies (collectively, the "Debtors") each filed petitions in the United States Bankruptcy Court for the District of Delaware seeking relief under chapter 11 of the United States Bankruptcy Code. The Debtors' cases have been assigned to Judge Craig T. Goldblatt. The Debtors' cases are jointly administered for procedural purposes, meaning that all pleadings are maintained on the case docket for Yellow Corporation, Case No. 23-11069.

    PLEASE TAKE FURTHER NOTICE THAT, upon the filing of the Debtors' chapter 11 cases, the automatic stay imposed by Section 362 of the Bankruptcy Code (the "Automatic Stay") became immediately effective and, as a result, any claims asserted against Yellow Corporation, or

37874560.v1

any of its affiliates, in the above-captioned action are stayed absent an order of the Bankruptcy Court lifting or modifying the Automatic Stay.

PLEASE TAKE FURTHER NOTICE THAT information regarding the Debtors' chapter 11 cases may be obtained by reviewing the docket of the Debtors' chapter 11 cases at http://www.moeb.uscourts.gov (PACER login and password required) or free of charge, by accessing the Debtors' case information website at https://dm.epiq11.com/YellowCorporation.

**GOLDBERG SEGALLA LLP**
*Attorneys for Defendants, New Penn Motor Express, LLC, and Dashon L. Seawright*

By:    */s/ Christopher P. Midura*
       Christopher P. Midura, Esquire

Dated: September 29, 2023

37874560.v1