**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

---

| | |
|---|---|
| In Re: | Chapter 11 |
| YELLOW CORPORATION *et al.,* | Case No. 23-11069 (CTG) |
| Debtors. | (Jointly Administered) |
| | **Related to D.I. ___** |

---

## ORDER GRANTING LIMITED RELIEF FROM THE AUTOMATIC STAY

Upon consideration of the *Motion For Relief from Stay* (the "Motion") filed by James D. Morton and Lauren Morton, and it appearing that no other or further notice of the Motion is required; and this Court having found that it has jurisdiction to consider the Motion, after proper notice and an opportunity to be heard, and after due deliberation and sufficient cause appearing therefore:

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED in its entirety.

2. This Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of the Stipulation and this Order.