**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE AND WITHDRAW THE APPEARANCE of Katherine M. Devanney as counsel for Glen EG, LLC.

PLEASE TAKE FURTHER NOTICE AND ENTER THE APPEARANCE of Stephen A. Smith of Polsinelli PC as counsel for Glen EG, LLC. Pursuant to Fed. R. Bankr. P. 2002, 3017, and 9007, Del. Bankr. L.R. 2002-1 and 9010-2, and 11 U.S.C. §§ 342 and 1109(b), the undersigned requests that copies of all notices and pleadings given or filed in this case be given and served upon:

Stephen A. Smith
POLSINELLI PC
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0932
Facsimile: (302) 252-0921
sasmith@polsinelli.com

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

110298475.1

- 2 -

Dated: April 8, 2026
    Wilmington, Delaware

**POLSINELLI PC**

*/s/ Stephen A. Smith*

Stephen A. Smith (Del. Bar No. 7456)
222 Delaware Avenue, Suite 1101
Wilmington, Delaware 19801
Telephone: (302) 252-0932
Facsimile: (302) 252-0921
sasmith@polsinelli.com

*Counsel for Glen EG, LLC*

110298475.1