**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| YELLOW CORPORATION, *et al.*,[1] | ) Case No. 23-11069 (CTG) |
| | ) |
| Debtors. | ) (Jointly Administered) |
| | ) |
| | ) **Re: Docket No. 617** |

**NOTICE REGARDING QUARTERLY REPORT OF ORDINARY COURSE
PROFESSIONALS FROM JANUARY 1, 2026, TO MARCH 31, 2026**

**PLEASE TAKE NOTICE** that, in accordance with the *Order (I) Authorizing the Debtors to Retain and Compensate Professionals Utilized in the Ordinary Course of Business and (II) Granting Related Relief* [Docket No. 617] (the "OCP Order") and the procedures established therein, the above-captioned debtors and debtors in possession (collectively, the "Debtors") hereby submit their reports of payments to ordinary course professionals (the "OCP Quarterly Payment Report") for the first fiscal quarter ending on March 31, 2026, attached hereto as **Exhibit A**.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to paragraph 2(g) of the OCP Order, the OCP Quarterly Payment Report includes:  (i) the name of the ordinary course professional; (ii) the aggregate amounts paid as compensation for services rendered and reimbursement of expenses incurred by that ordinary course professional during the reported quarter, and (iii) a general description of the serviced rendered by that ordinary course professional.

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4898-4444-1255.1 96859.001

**PLEASE TAKE FURTHER NOTICE** that the inclusion of the fees and expenses of any ordinary course professional in the OCP Quarterly Payment Report is without prejudice to the Debtors' right to dispute or challenge the fees and expenses of each professional and does not constitute final approval of the fees and expenses of any Ordinary Course Professional by the Debtors.

Dated:  April 30, 2026
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | **KIRKLAND & ELLIS LLP** |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edward Corma (DE Bar No. 6718) | 333 West Wolf Point Plaza |
| **PACHULSKI STANG ZIEHL & JONES LLP** | Chicago, IL 60654 |
| 919 North Market Street, 17th Floor | Telephone:     (312) 862-2000 |
| P.O. Box 8705 | Facsimile:     (312) 862-2200 |
| Wilmington, Delaware 19801 | Email:          patrick.nash@kirkland.com |
| Telephone:     (302) 652-4100 | |
| Facsimile:     (302) 652-4400 | |
| Email:          ljones@pszjlaw.com | |
| tcairns@pszjlaw.com | |
| pkeane@pszjlaw.com | *Co-Counsel for the Debtors and Debtors in* |
| ecorma@pszjlaw.com | *Possession* |

4898-4444-1255.1 96859.001