**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JUNE 9, 2026 AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3rd FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

---

**This proceeding will be conducted in-person. All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

---

**CONTINUED MATTER:**

1.      Motion for Relief from Stay [Filed by James D. Morton and Lauren Morton] [Filed: 4/7/26] (Docket No. 8800)

Response Deadline:  April 22, 2026, at 4:00 p.m. (ET) (*extended for the Debtors to July 7, 2026, at 4:00 p.m. (ET)*)

Responses Received:  None as of the date of this Notice of Agenda.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4901-8710-0849.2 96859.001

Related Documents:  None

Status:  This matter is continued to the omnibus hearing on July 14, 2026 at 10:00 a.m. (ET) by agreement of the parties.

**RESOLVED MATTER:**

2.      Debtors' Ninth Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 5/18/26] (Docket No. 8952)

Response Deadline:  June 1, 2026, at 4:00 p.m. (ET)

Responses Received:  None

Related Documents:

A.      Certification of No Objection Regarding Debtors' Ninth Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 6/2/26] (Docket No. 8996)

B.      [Signed] Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed 6/3/26] (Docket No. 8999)

Status:  The Court has entered an order resolving this matter.  No hearing is necessary.

**STATUS CONFERENCE MATTER GOING FORWARD:**

3.      Status Conference Regarding Pension Plan Settlements Not Approved (New York Teamsters, Local 617, and Local 1730)

Response Deadline:  N/A

Responses Received:  N/A

Related Documents:

A.      Memorandum Opinion [Filed: 4/2/26] (Docket No. 8799)

Status:  This matter will go forward as a status conference regarding the multiemployer pension plan settlement not approved in the Court's Memorandum Opinion [Docket No. 8799].  Parties participating in the status conference may appear by Zoom.

Dated: June 5, 2026
Wilmington, Delaware

*/s/ Peter J. Keane*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL &
JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      ljones@pszjlaw.com
            tcairns@pszjlaw.com
            pkeane@pszjlaw.com
            ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted pro hac vice)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:  (312) 862-2000
Facsimile:  (312) 862-2200
Email:      patrick.nash@kirkland.com

*Co-Counsel for the Debtors and Debtors in
Possession*