## Exhibit A

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**ORDER RELATING TO RELATING TO MOTION OF THE DEBTORS TO APPROVE
SETTLEMENT AGREEMENTS BY AND AMONG
THE DEBTORS AND NEW YORK TEAMSTERS, LOCAL 617 AND LOCAL 1730**

The Court has considered a motion of the Debtors to approve settlement agreements by and among the Debtors and New York State Teamsters Conference Pension & Retirement Fund ("New York Teamsters"), Teamsters Local 617 Pension Plan ("Local 617"), Management Labor Pension Fund Local 1730 ("Local 1730") (the "Motion") [Docket No. 8296] and responses and objections thereto; and the Court having held a hearing on the Motion on January 21, 2026; and the Court having issued a memorandum opinion regarding the Motion [Docket No. 8799]; and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.        The *Motion of the Debtors for Entry of an Order (I) Approving the Settlement*

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

*Agreements by and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8296] seeking approval of the proposed settlement with New York Teamsters, Local 617, and Local 1730 (collectively, the "Funds") is denied for the reasons set forth in the *Memorandum Opinion* [Docket No. 8799].

2.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

3.      This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.