**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Re: Docket No. 9002** |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON JUNE 9, 2026
AT 11:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE
CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET
STREET, 5TH FLOOR, COURTROOM NO. 5, WILMINGTON, DELAWARE 19801**

**PLEASE NOTE – THE HEARING WILL BE HELD ON THE
5TH FLOOR, COURTROOM NO. 5.**

**This proceeding will be conducted in-person.  All counsel and witnesses are expected to attend unless permitted to appear remotely via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements.  Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**2 Amended items appear in bold.**

**CONTINUED MATTER:**

1.      Motion for Relief from Stay [Filed by James D. Morton and Lauren Morton] [Filed: 4/7/26] (Docket No. 8800)

        Response Deadline:  April 22, 2026, at 4:00 p.m. (ET) (*extended for the Debtors to July 7, 2026, at 4:00 p.m. (ET)*)

        Responses Received:  None as of the date of this Notice of Agenda.

        Related Documents:  None

        Status:  This matter is continued to the omnibus hearing on July 14, 2026 at 10:00 a.m. (ET) by agreement of the parties.

**RESOLVED MATTER:**

2.      Debtors' Ninth Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 5/18/26] (Docket No. 8952)

        Response Deadline:  June 1, 2026, at 4:00 p.m. (ET)

        Responses Received:  None

        Related Documents:

        A.      Certification of No Objection Regarding Debtors' Ninth Motion for Entry of an Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed: 6/2/26] (Docket No. 8996)

        B.      [Signed] Order (I) Enlarging the Period Within Which the Debtors May Remove Actions and (II) Granting Related Relief [Filed 6/3/26] (Docket No. 8999)

        Status:  The Court has entered an order resolving this matter.  No hearing is necessary.

**STATUS CONFERENCE MATTER GOING FORWARD:**

3.      Status Conference Regarding Pension Plan Settlements Not Approved (New York Teamsters, Local 617, and Local 1730)

        Response Deadline:  N/A

        Responses Received:  N/A

        Related Documents:

        A.      Memorandum Opinion [Filed: 4/2/26] (Docket No. 8799)

**B.**    **Certification of Counsel Submitting Debtors' Version of Order Relating to Motion of the Debtors to Approve Settlement Agreements By and Among the Debtors and New York Teamsters, Local 617 and Local 1730 [Filed: 6/8/26] (Docket No. 9005)**

**C.**    **Statement of New York State Teamsters Conference Pension and Retirement Fund, Teamsters Local 617 Pension Fund, and Management Labor Pension Fund Local 1730 in Opposition to Debtors' Proposed Order and Case Schedule [Filed: 6/8/26] (Docket No. 9006)**

Status:  This matter will go forward as a status conference regarding the multiemployer pension plan settlements not approved in the Court's Memorandum Opinion [Docket No. 8799].  Parties participating in the status conference may appear by Zoom.  **The Debtors have filed their version of a proposed order denying the motion to approve settlements of New York Teamsters, Local 617, and Local 1730 and will discuss further at the status conference, and the Funds have also filed a statement in response.**

Dated: June 9, 2026
       Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | **KIRKLAND & ELLIS LLP** |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edward A. Corma (DE Bar No. 6718) | 333 West Wolf Point Plaza |
| **PACHULSKI STANG ZIEHL &** | Chicago, Illinois 60654 |
| **JONES LLP** | Telephone:    (312) 862-2000 |
| 919 North Market Street, 17th Floor | Facsimile:    (312) 862-2200 |
| P.O. Box 8705 | Email:        patrick.nash@kirkland.com |
| Wilmington, Delaware 19899-8705 | |
| Telephone:  (302) 652-4100 | |
| Facsimile:  (302) 652-4400 | |
| Email:      ljones@pszjlaw.com | |
|             tcairns@pszjlaw.com | |
|             pkeane@pszjlaw.com | *Co-Counsel for the Debtors and Debtors in* |
|             ecorma@pszjlaw.com | *Possession* |