**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF CONTINUED ZOOM STATUS CONFERENCE ON**
**JUNE 15, 2026, AT 3:30 P.M. (EASTERN TIME)**

**PLEASE TAKE NOTICE** that at a Zoom status conference in the above-captioned cases has been continued until **June 15, 2026, at 3:30 p.m. (Eastern Time)** (the "Status Conference") before The Honorable Craig T. Goldblatt of the United States Bankruptcy Court for the District of Delaware (the "Court"), in connection with scheduling remaining disputes with respect to the Debtors' claim objections to certain multiemployer pension plans (New York Teamsters, Local 617, and Local 1730).

**PLEASE TAKE FURTHER NOTICE** that the Status Conference will be held remotely via Zoom. Please refer to Judge Goldblatt's Chambers Procedures (https://www.deb.uscourts.gov/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourt-appearances) for information on who may participate remotely, the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by **4:00 p.m.**

---

[1]  A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

4932-4274-8798.2

1

**(Eastern Time) on June 12, 2026** using the eCourtAppearances tool available on the Court's website, unless otherwise noticed.

Dated:  June 9, 2026
        Wilmington, Delaware


/s/ Peter J. Keane

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | **KIRKLAND & ELLIS LLP** |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edward A. Corma (DE Bar No. 6718) | 333 West Wolf Point Plaza |
| **PACHULSKI STANG ZIEHL &** | Chicago, Illinois 60654 |
| **JONES LLP** | Telephone:    (312) 862-2000 |
| 919 North Market Street, 17th Floor | Facsimile:    (312) 862-2200 |
| P.O. Box 8705 | Email:          patrick.nash@kirkland.com |
| Wilmington, Delaware 19899-8705 | |
| Telephone:  (302) 652-4100 | |
| Facsimile:  (302) 652-4400 | |
| Email:        ljones@pszjlaw.com | |
|                   tcairns@pszjlaw.com | |
|                   pkeane@pszjlaw.com | |
|                   ecorma@pszjlaw.com | *Co-Counsel for the Debtors and Debtors in Possession* |