**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**NOTICE OF OCCURRENCE OF CLOSING OF CERTAIN REAL PROPERTY SALE**

**PLEASE TAKE NOTICE** that on May 4, 2026, the Court entered the *Order (I) Approving a Certain Asset Purchase Agreement; (II) Authorizing and Approving the Sale of a Certain Property of the Debtors Free and Clear of Liens, Claims, Interests, and Encumbrances; and (III) Granting Related Relief* [Docket No. 8880] (including all exhibits and schedules thereto, the "May Sale Order"), authorizing the Debtors to enter into the Asset Purchase Agreement (as defined therein) and to consummate the Sale (as defined therein).

**PLEASE TAKE FURTHER NOTICE** that the following Closing has occurred as of the date set forth below:

| Purchaser | Asset Purchase Agreement | Closing Date |
|---|---|---|
| Jackson Economic Development Corporation | Docket No. 8880 | June 5, 2026 |

**PLEASE TAKE FURTHER NOTICE THAT** a prior *Notice of Occurrence of Closing of Certain Real Property Sales* with respect to certain other Closings (as set forth more particularly therein) was filed at each of Docket Nos. 2039, 2081, 2140, 2220, 2488, 2545, 2599, 5628, 5889, 6339, 6401, 6490, 6622, 6687, 7432, 7535, 7628, 8031, 8201, 8385, 8427, 8538, and 8640 and served on applicable interested parties on February 1, 2024, February 6, 2024, February 9, 2024, February 16, 2024, March 1, 2024, March 7, 2024, March 13, 2024, February 6, 2025, March 14, 2025, May 15, 2025, May 23, 2025, June 10, 2025, July 2, 2025, July 18, 2025, August 8, 2025, August 29, 2025, September 17, 2025, November 4, 2025, November 13, 2025, December 12, 2025, December 19, 2025, January 16, 2026, and February 17, 2026, respectively.

**PLEASE TAKE FURTHER NOTICE THAT** if you would like to obtain a copy of the May Sale Order or the Asset Purchase Agreement or related documents the subject thereof, you should (a) contact Epiq Corporate Restructuring, LLC, the Debtors' noticing agent in these chapter 11 cases, by calling (866)-641-1076; (b) visit the Debtors' restructuring website at https://dm.epiq11.com/YellowCorporation; or (c) access such documents for a fee via PACER by visiting https://pacer.uscourts.gov.

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211. Capitalized terms used but not defined herein shall have the meanings ascribed to them in the May Sale Order.

Dated:  June 10, 2026
Wilmington, Delaware

*/s/ Laura Davis Jones*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | Robert A. Jacobson (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:	(302) 652-4100
Facsimile:	(302) 652-4400
Email:	ljones@pszjlaw.com
	tcairns@pszjlaw.com
	pkeane@pszjlaw.com
	ecorma@pszjlaw.com


*Co-Counsel for the Debtors and Debtors in Possession*

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
Robert A. Jacobson (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:	(312) 862-2000
Facsimile:	(312) 862-2200
Email:	patrick.nash@kirkland.com
	rob.jacobson@kirkland.com

-and-

Aaron Metviner (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:	(212) 446-4800
Facsimile:	(212) 446-4900
Email:	aaron.metviner@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*