**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) |  |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JUNE 15, 2026 AT 3:30 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted remotely via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures  (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourtappearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**STATUS CONFERENCE MATTER:**

1. Status Conference Regarding Pension Plan Settlements Not Approved (New York Teamsters, Local 617, and Local 1730)

   Response Deadline:  N/A

   Responses Received:  N/A

   Related Documents:

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

A.       Memorandum Opinion [Filed: 4/2/26] (Docket No. 8799)

B.       Certification of Counsel Submitting Debtors' Version of Order Relating to Motion of the Debtors to Approve Settlement Agreements By and Among the Debtors and New York Teamsters, Local 617 and Local 1730 [Filed: 6/8/26] (Docket No. 9005)

C.       Statement of New York State Teamsters Conference Pension and Retirement Fund, Teamsters Local 617 Pension Fund, and Management Labor Pension Fund Local 1730 in Opposition to Debtors' Proposed Order and Case Schedule [Filed: 6/8/26] (Docket No. 9006)

D.       Notice of Continued Zoom Status Conference on June 15, 2026, at 3:30 p.m. (Eastern Time) [Filed: 6/9/26] (Docket No. 9011)

Status:  This matter will go forward as a Zoom status conference regarding scheduling.

Dated: June 11, 2026
       Wilmington, Delaware

*/s/ Peter J. Keane*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward A. Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:       ljones@pszjlaw.com
             tcairns@pszjlaw.com
             pkeane@pszjlaw.com
             ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted pro hac vice)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:   (312) 862-2000
Facsimile:   (312) 862-2200
Email:        patrick.nash@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*