**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) ) ) | Case No. 23-11069 (CTG) |
| Debtors. | ) ) ) | (Jointly Administered) |

**CERTIFICATION OF COUNSEL SUBMITTING DEBTORS' VERSION OF
SCHEDULING ORDER REGARDING MOTION TO ESTIMATE CLAIMS OF
NEW YORK TEAMSTERS, LOCAL 617 AND LOCAL 1730**

The undersigned counsel hereby certifies that:

1.      On or before the claims bar date in the above-captioned chapter 11 cases, New York State Teamsters Conference Pension & Retirement Fund ("New York Teamsters"), Teamsters Local 617 Pension Plan ("Local 617"), Management Labor Pension Fund Local 1730 ("Local 1730"), Trucking Employees of North Jersey Pension Fund, Central States, Southeast and Southwest Areas Pension Fund, Central States, Southeast and Southwest Areas Health and Welfare Fund, Freight Drivers and Helpers 557 Pension, Mid-Jersey Trucking Industry & Teamsters Local 701 Pension and Annuity Fund, Road Carriers Local 707 Pension Fund, Teamsters Local 641 Pension Plan, Central Pennsylvania Teamsters Defined Benefit Plan, IAM National Pension Fund, New England Teamsters Pension Plan, Teamsters Joint Council # 83 of Virginia Pension Fund, Teamsters Local 710, and Teamsters Pension Trust Fund of Philadelphia & Vicinity each filed proofs of claim against the above-captioned debtors and debtors in possession (collectively, the "Debtors") based on the Debtors' alleged withdrawal liability, among other things.

---

[1]    A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

2.      On November 26, 2025, the Debtors filed the *Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8296] (the "Settlement Motion").

3.      On December 22, 2025, the Debtors filed the *Supplemental Motion of the Debtors for Entry of an Order (I) Approving the Settlement Agreements by and Among the Debtors and Certain Pension Funds and (II) Granting Related Relief* [Docket No. 8443] (the "Supplemental Settlement Motion" and, with the Settlement Motion, the "Motions").

4.      On January 12, 2026, MFN Partners, LP and Mobile Street Holdings, LLC filed an objection to the Motions [Docket No. 8516], and the Debtors, the pension funds and the Official Committee of Unsecured Creditors filed replies or joinders thereafter in support of the Motions [Docket Nos. 8535, 8539, 8540, 8542, 8543].

5.      On January 21, 2026, the Court conducted an evidentiary hearing on the Motions. On April 2, 2026, the Court issued a memorandum opinion that denied in part the Motions seeking approval of the proposed settlements with New York Teamsters, Local 617, and Local 1730 (collectively, the "Funds"). *See Memorandum Opinion* ("Memorandum Opinion") [Docket No. 8799]. The Court directed the parties to submit a scheduling order for briefing on a motion to estimate the claims of the Funds if the parties do not otherwise seek revised settlements at amounts reflected in the Court's opinion.  *Id.*

6.      The Debtors and the Funds have conferred and are unable to agree on either revised settlements or a scheduling order regarding a motion to estimate the Funds' claims. Pursuant to the Court's direction at the June 9, 2026 status conference, attached hereto as **Exhibit A** is the Debtors' version of a proposed order setting forth a schedule to estimate the Funds' claims.

7.      The Debtors respectfully request entry of the proposed scheduling order at the Court's convenience and look forward to discussing at the upcoming June 15 status conference.

2

Dated:  June 15, 2026
Wilmington, Delaware

/s/ Peter J. Keane
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400
Email:            ljones@pszjlaw.com
                      tcairns@pszjlaw.com
                      pkeane@pszjlaw.com
                      ecorma@pszjlaw.com

Patrick J. Nash, P.C. (admitted *pro hac vice*)
Shirley Chan (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 W. Wolf Point Plaza
Chicago, Illinois 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200
Email:            pnash@kirkland.com
                      shirley.chan@kirkland.com

*Co-Counsel for the Debtors and Debtors in Possession*

3