**Exhibit A**

**Proposed Order**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |

**SCHEDULING ORDER REGARDING MOTION TO ESTIMATE CLAIMS OF
NEW YORK TEAMSTERS, LOCAL 617 AND LOCAL 1730**

The Court has considered a motion of the Debtors to approve settlement agreements by and among the Debtors and New York State Teamsters Conference Pension & Retirement Fund ("New York Teamsters"), Teamsters Local 617 Pension Plan ("Local 617"), Management Labor Pension Fund Local 1730 ("Local 1730") (the "Motion") [Docket No. 8296] and responses and objections thereto; and the Court having held a hearing on the Motion on January 21, 2026; and the Court having issued a memorandum opinion regarding the Motion [Docket No. 8799]; and the Court having entered an order denying the Motion as to New York Teamsters, Local 617, and Local 1730 [Docket No. 9015]; and the district court having jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware, dated February 29, 2012; and this Court having found that venue of this proceeding in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

---

[1]   A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

1.      The following schedule shall apply to estimate the claims of New York Teamsters, Local 617, and Local 1730 under 11 U.S.C. § 502(c):

    (a)    **Fact and Expert Discovery**

        (i)      All fact discovery shall be completed by **July 16, 2026**.

        (ii)     The parties shall disclose by **July 16, 2026** the identity of any affirmative expert witness and serve opening expert reports for any affirmative expert witness.

        (iii)    The parties shall disclose by **July 29, 2026** the identity of any rebuttal expert witness and serve rebuttal reports for any rebuttal expert witness.

        (iv)     **August 4, 2026** shall be the deadline to complete expert depositions.

    (b)    **Briefing on Motion to Estimate**

        (i)      **August 7, 2026** shall be the deadline for any party to file a motion to estimate the Funds' claims.

        (ii)     **August 21, 2026** shall be the deadline to file any response to the motions to estimate.

        (iii)    **August 28, 2026** shall be the deadline to file any reply in support of a motion to estimate.

    (c)    **Hearing**: The Court will conduct a hearing on the motions to estimate in **September, on _____ at _____.**

2.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

3.　　　This Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.