**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Docket No. 9016** |

<u>AMENDED</u>[2] **NOTICE OF AGENDA FOR HEARING SCHEDULED ON JUNE 15, 2026 AT 3:30 P.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

> **This proceeding will be conducted remotely via Zoom.  Please refer to Judge Goldblatt's Chambers Procedures  (https://www.deb.uscourts.gov/content/judge-craig-t-goldblatt) and the Court's website (http://www.deb.uscourts.gov/ecourtappearances) for information on the method of allowed participation (video or audio), Judge Goldblatt's expectations of remote participants, and the advance registration requirements. Registration is required by 4:00 p.m. (Eastern Time) the business day before the hearing unless otherwise noticed using the *eCourtAppearances* tool available on the Court's website.**

**STATUS CONFERENCE MATTER:**

1.      Status Conference Regarding Pension Plan Settlements Not Approved (New York Teamsters, Local 617, and Local 1730)

Response Deadline:  N/A

Responses Received:  N/A

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] **Amended items are in bold.**

Related Documents:

A.   Memorandum Opinion [Filed: 4/2/26] (Docket No. 8799)

B.   Certification of Counsel Submitting Debtors' Version of Order Relating to Motion of the Debtors to Approve Settlement Agreements By and Among the Debtors and New York Teamsters, Local 617 and Local 1730 [Filed: 6/8/26] (Docket No. 9005)

C.   Statement of New York State Teamsters Conference Pension and Retirement Fund, Teamsters Local 617 Pension Fund, and Management Labor Pension Fund Local 1730 in Opposition to Debtors' Proposed Order and Case Schedule [Filed: 6/8/26] (Docket No. 9006)

D.   Notice of Continued Zoom Status Conference on June 15, 2026, at 3:30 p.m. (Eastern Time) [Filed: 6/9/26] (Docket No. 9011)

**E.   Certification of Counsel Submitting Debtors' Version of Scheduling Order Regarding Motion to Estimate Claims of New York Teamsters, Local 617 and Local 1730 [Filed: 6/15/26] (Docket No. 9025)**

Status:  This matter will go forward as a Zoom status conference regarding scheduling.

Dated: June 15, 2026
       Wilmington, Delaware


*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted pro hac vice) |
| Timothy P. Cairns (DE Bar No. 4228) | **KIRKLAND & ELLIS LLP** |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| Edward A. Corma (DE Bar No. 6718) | 333 West Wolf Point Plaza |
| **PACHULSKI STANG ZIEHL & JONES LLP** | Chicago, Illinois 60654 |
| 919 North Market Street, 17th Floor | Telephone:  (312) 862-2000 |
| P.O. Box 8705 | Facsimile:  (312) 862-2200 |
| Wilmington, Delaware 19899-8705 | Email:      patrick.nash@kirkland.com |
| Telephone:  (302) 652-4100 | |
| Facsimile:  (302) 652-4400 | |
| Email:      ljones@pszjlaw.com | |
|         tcairns@pszjlaw.com | |
|         pkeane@pszjlaw.com | *Co-Counsel for the Debtors and Debtors in* |
|         ecorma@pszjlaw.com | *Possession* |