**Exhibit A**

**Schedule of Settlement Subject to Court Approval**

| Defendant Name | Adversary Number | Total Transfer | Settlement | Comment |
|---|---|---|---|---|
| AT&T Inc. | 25-51259 | $ 1,035,131.50 | $ 65,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Mansfield Oil Company of Gainesville, Inc. | 25-51504 | $ 2,638,708.53 | $ 46,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Progistics Distribution , LLC fdba Progistics Distribution Inc. | 25-51588 | $ 4,779,008.28 | $ 145,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |