# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al*.,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| Yellow Corporation, et al.,<br><br>Plaintiffs,<br>vs.<br><br>Defendants Listed Below,<br><br>Defendants. | **Re: Docket Index:** _____ |

| Defendant Name | Adversary Number |
|---|---|
| AT&T Inc. | 25-51259 |
| Mansfield Oil Company of Gainesville, Inc. | 25-51504 |
| Progistics Distribution , LLC fdba Progistics Distribution Inc. | 25-51588 |

**ORDER APPROVING PLAINTIFFS' SIXTH MOTION FOR
AN ORDER APPROVING THE SETTLEMENTS OF AVOIDANCE ACTIONS
PURSUANT TO FED. R. BANKR. P. 9019**

Upon consideration of the Plaintiffs' *Sixth Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019* (the "Motion");[2] upon the record; and the Court finding that (i) the district court has jurisdiction under 28 U.S.C. § 1334, which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice

---

1 A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

2  Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

of the Motion was given; and that sufficient legal and factual bases exist for the relief requested in the Motion; and after due deliberation, the Court having determined that the relief requested in the Motion is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

1.      The Motion is **GRANTED**.

2.      The settlement of the Avoidance Actions against the Defendants listed on **Exhibit A** attached to the Motion are approved.

3.      The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.