**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: YELLOW CORPORATION, *et al.,* | : | Chapter 11 |
| | : | |
| Debtors. | : | Case No. 23-11069-CTG |
| | : | |
| INTERNATIONAL BROTHERHOOD OF TEAMSTERS, *et al.,* | : | |
| | : | |
| Appellants and Cross-Appellees, | : | Civ. No. 25-307-JLH |
| v. | : | Civ. No. 25-377-JLH |
| | : | |
| YELLOW CORPORATION, *et al.,* | : | |
| | : | |
| Appellees and Cross-Appellants. | : | |

## <u>ORDER</u>

For the reasons set forth in the accompanying Opinion, it is hereby ORDERED that:

1.      The Bankruptcy Court's January 13, 2025 SJ Order (Bankr. D.I. 5390) is AFFIRMED with the exception of the following: ¶ 5(c) ("Union notices were insufficient to invoke faltering company defense"); ¶ 5(d) ("[U]nion notices were insufficient because the brief statement did not contain enough facts adequately to justify the reduced notice").

2.      The Bankruptcy Court's March 12, 2025 Order (Bankr. D.I. 5867) is AFFIRMED on alternative grounds as set forth below:   The Debtors satisfy the "faltering company" exception to liability under the WARN Act, 29 U.S.C. § 2102(b)(1).   The union members' WARN Act claims as referenced in the Debtors' *Third, Fourth, and Fifth Omnibus (Substantive) Objections to Proofs of Claim for WARN Liability* (Bankr. D.I. 2576, 2577, 2578, respectfully) are disallowed, and Yellow is not liable to the union members under the WARN Act.

3.      The Clerk is directed to CLOSE Civ. Nos. 25-307-JLH and 25-377-JLH.


                              Entered this 29th day of June, 2026.

                              _____
                              THE HONORABLE JENNIFER L. HALL
                              UNITED STATES DISTRICT JUDGE