**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Yellow Corporation, *et al.*, [1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors | ) | (Jointly Administered) |
| | ) | |
| | ) | **Objection Deadline: July 7, 2026 at 4:00 p.m.** |
| | ) | **Hearing Date: July 14, 2026 at 10:00 a.m.** |

<u>**NOTICE OF MOTION**</u>

**PLEASE TAKE NOTICE** that on June 30, 2026, the Local 705 International Brotherhood of Teamsters Pension Fund (the "Movant"), filed its *Local 705 Pension Fund's Restated and Renewed Motion to Allow Claim for Distribution Purposes* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that responses to the Motion, if any, must be filed on or before **July 7, 2026 at 4:00 p.m.** ("Response Deadline") with the United States Bankruptcy Court for the District of Delaware, Clerk's Office, 824 North Market Street, Third Floor, Wilmington, Delaware 19081 and served on the undersigned counsel to the Movant so as to be received on or before the Response Deadline.

**PLEASE TAKE FURTHER NOTICE** that a hearing with respect to the Motion, if required, is scheduled before the Honorable Craig T. Goldblatt at the Bankruptcy Court, 3rd Floor, Courtroom 7, on **July 14, 2026 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE THAT IF NO OBJECTION OR OTHER RESPONSE TO THE MOTION IS TIMELY FILED IN ACCORDANCE WITH THE**

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 10990 Roe Avenue, Overland Park, Kansas 66211.

**PROCEDURES SET FORTH ABOVE, THE BANKRUPTCY COURT MAY ENTER AN ORDER GRANTING THE RELIEF SOUGHT IN THE MOTION WITHOUT FURTHER NOTICE OR A HEARING.**

Date:  June 30, 2026          **SULLIVAN NIMEROFF BROWN HILL LLC**
        Wilmington, DE

                       */s/ William D. Sullivan*
                       William D. Sullivan (No. 2820)
                       William A. Hazeltine (No. 3294)
                       919 North Market Street, Suite 420
                       Wilmington, DE 19801
                       Tel: (302) 428-8191
                       Email: bsullivan@snbhlaw.com
                                whazeltine@snbhlaw.com

                             and

                       Stephen J. Rosenblat, Esq.
                       **BAUM SIGMAN AUERBACH & NEUMAN, LTD.**
                       200 West Adams Street, Suite 1825
                       Chicago, IL 60606
                       Tel: (312) 216-2573
                       Email: srosenblat@baumsigman.com

                             and

                       John S. Delnero, Esq.
                       **PEDERSEN HOUPT**
                       161 North Clark Street, Suite 2700
                       Chicago, Illinois 60601
                       Tel: 312-261-2185
                       jdelnero@pedersenhoupt.com

                       *Counsel for International* Brotherhood *of Teamsters Local 705 Pension Fund*

2