**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.,* | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Related Docket No.** ___ |

**ORDER GRANTING THE MOTION OF LOCAL 705 PENSION FUND TO ALLOW
CLAIM FOR VOTING AND DISTRIBUTION PURPOSES**

The Court, having considered *Local 705 Pension Fund's Restated and Renewed Motion to Allow Claim for Distribution Purposes* (the "Motion"), including any objections, responses or replies to the Motion; and the Court having jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and 1334; and the Court having considered the Motion, the evidence offered in support of the Motion, and any responses or opposition to the Motion; and the Court having determined that the relief requested in the Motion is well-taken; and after due and proper notice having been granted to all parties entitled to notice of the Motion, the Court is of the opinion that the Motion should be GRANTED.[1]

It is hereby **ORDERED ADJUDGED AND DECREED** as follows:

1. The Motion is **GRANTED** as set forth herein.

2. The Withdrawal Liability Claim of the International Brotherhood of Teamsters Local 705 Pension Fund is allowed for the purposes of receiving distributions in connection with the Plan in the amount of $17,830,282 pursuant to 11 U.S.C. § 502.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

---

[1] All capitalized terms not otherwise defined in this Order have the meanings ascribed to them in the Motion.