**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| Yellow Corporation, et al., | |
| Plaintiffs, | |
| vs. | |
| Defendants Listed Below, | **Related Docket Number: 9036** |
| Defendants. | |

| Defendant Name | Adversary Number |
|---|---|
| AT&T Inc. | 25-51259 |
| Mansfield Oil Company of Gainesville, Inc. | 25-51504 |
| Progistics Distribution , LLC fdba Progistics Distribution Inc. | 25-51588 |

**CERTIFICATE OF NO OBJECTION FOR PLAINTIFFS' SIXTH MOTION FOR AN
ORDER APPROVING THE SETTLEMENTS OF
AVOIDANCE ACTIONS PURSUANT TO FED. R. BANKR. P. 9019**

I, Peter J. Keane, counsel to Yellow Corporation, et al., the above-captioned debtors and debtors in possession and plaintiffs in the above-captioned adversary proceedings (collectively, the "Debtors" or "Plaintiffs"), hereby certify that as of the date hereof, I have received no answer, objection or other responsive pleading to *Plaintiffs' Sixth Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019* (filed on June 18, 2026, at Docket No. 9036) (the "Motion").

The undersigned further certifies that I have caused the Court's docket in these cases to be reviewed and no answer, objection or other responsive pleading to the Motion appears thereon.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Pursuant to the Notice of Motion, objections to the Motion were to be filed and served no later than July 2, 2026, at 4:00 p.m. (EST).

It is hereby respectfully requested that the proposed Order as originally filed with the Motion be entered at its earliest convenience of the Court.

Dated: July 9, 2026

*/s/ Peter J. Keane*_____
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (877) 746-4275
Email: kcasteel@askllp.com

*-and-*

Edward E. Neiger, Esq.
60 East 42nd Street, 46th Fl.
New York, NY  10165
Telephone: (212) 267-7342
Fax: (212) 918-3427

*Counsel for Plaintiffs*