**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON JULY 14, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**PLEASE NOTE: AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTER:**

1.     Debtors' Thirty-Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 5/13/26] (Docket No. 8948)

Response Deadline:  June 3, 2026, at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.     Certification of Counsel Regarding Debtors' Thirty-Fifth Omnibus (Non-Substantive) Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 6/4/26] (Docket No. 9001)

B.     [Signed] Order Sustaining Debtors' Thirty-Fifth Omnibus (Non-Substantive)

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Objection to Claims Pursuant to Bankruptcy Code Section 502(b), Bankruptcy Rules 3003 and 3007, and Local Rule 3007-1 [Filed: 6/5/26] (Docket No. 9003)

Status:  The Court has entered an order resolving this matter.  No hearing is necessary.

**ADJOURNED MATTERS:**

2.      Motion for Relief from Stay [Filed by James D. Morton and Lauren Morton] [Filed: 4/7/26] (Docket No. 8800)

Response Deadline:    April 22, 2026, at 4:00 p.m. (ET) (*extended for the Debtors indefinitely*)

Responses Received:  None as of the date of this Notice of Agenda.

Related Documents:  None.

Status:  This matter is adjourned.

3.      Local 705 Pension Fund's Restated and Renewed Motion to Allow Claim for Distribution Purposes [Filed: 6/30/26] (Docket No. 9068)

Response Deadline:  July 7, 2026, at 4:00 p.m. (ET) (*extended for the Debtors to July 24, 2026, at 4:00 p.m. (ET)*)

Responses Received:  None.

Related Documents:

A.      [Proposed] Order Granting the Motion of Local 705 Pension Fund to Allow Claim for Voting and Distribution Purposes [Filed: 6/30/26] (Docket No. 9068)

Status:  This matter is adjourned.

**MATTERS FOR WHICH A CNO HAS BEEN FILED:**

4.      Plaintiffs' Sixth Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 6/18/26] (Docket No. 9036)

Response Deadline:  July 2, 2026, at 4:00 p.m. (ET)

Responses Received:  None.

Related Documents:

A.      [Proposed] Order Approving Plaintiffs' Sixth Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 6/18/26] (Docket No. 9036)

4916-5113-4139.3 96859.001                              2

B.      Certification of No Objection for Plaintiffs' Sixth Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019 [Filed: 7/9/27] (Docket No. 9077)

Status:  No parties have objected to the relief requested in the Motion.  Accordingly, the Debtors have filed a certification of no objection and respectfully request the entry of the order attached to the Motion.

Dated:  July 10, 2026
Wilmington, Delaware

*/s/ Peter J. Keane*

| | |
|---|---|
| Laura Davis Jones (DE Bar No. 2436) | Patrick J. Nash Jr., P.C. (admitted *pro hac vice*) |
| Timothy P. Cairns (DE Bar No. 4228) | Robert A. Jacobson (admitted *pro hac vice*) |
| Peter J. Keane (DE Bar No. 5503) | **KIRKLAND & ELLIS LLP** |
| Edward Corma (DE Bar No. 6718) | **KIRKLAND & ELLIS INTERNATIONAL LLP** |
| **PACHULSKI STANG ZIEHL & JONES LLP** | 333 West Wolf Point Plaza |

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:      (302) 652-4100
Facsimile:      (302) 652-4400
Email:          ljones@pszjlaw.com
                tcairns@pszjlaw.com
                pkeane@pszjlaw.com
                ecorma@pszjlaw.com

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
Robert A. Jacobson (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:      (312) 862-2000
Facsimile:      (312) 862-2200
Email:          patrick.nash@kirkland.com
                rob.jacobson@kirkland.com

-and-

Aaron Metviner (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:      (212) 446-4800
Facsimile:      (212) 446-4900
Email:          aaron.metviner@kirkland.com

Alan D. Halperin
Debra J. Cohen
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, New York 10005
Telephone:      (212) 765-9100
Email:          ahalperin@halperinlaw.net
                dcohen@halperinlaw.net

*Co-Counsel for the Liquidating Trustee*

4916-5113-4139.3 96859.001                3