IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>YELLOW CORPORATION, *et al.,*[1]<br><br>Debtors. | Chapter 11<br><br>Case Nos. 23-11069 (CTG), *et seq.*<br>(jointly administered)<br><br>**Hearing date: TBD**<br>**Objection deadline: TBD** |

## **NOTICE OF MOTION**

TO:   All parties listed on the Certificate of Service.

Vincent DeMartino ("Movant") has filed the attached Motion for Limited and Final Retroactive Relief from the Automatic Stay and Applicable Injunctions to Prosecute Civil Action to Judgment and Recover Against Insurance (the "Motion"), which seeks the following relief: (A) an order granting Movant limited relief from the automatic stay and applicable injunctions, retroactive to November 21, 2023, to permit Movant to file his complaint and serve process in the case styled as *DeMartino v. Rosario et al.,* Index No. 814990/2023 in the Supreme Court of the State of New York, County of Erie, solely to the extent necessary to preserve Movant's claims against expiration of the applicable statute of limitations, or, in the alternative, limited relief from the automatic stay and applicable injunctions to permit Movant to file a new complaint against the Debtors on account of the same claims (collectively, the "Limited Relief"); and (B) an order granting Movant further relief from the automatic stay and applicable injunctions to prosecute that complaint (or any new complaint filed pursuant to the Limited Relief) to judgment and to satisfy any judgment, award, or settlement from the Debtors' applicable insurance policies and other non-debtor sources (the "Final Relief").

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**MOVANT HAS FILED A MOTION TO SHORTEN TIME IN CONNECTION WITH THE MOTION. A HEARING ON THE MOTION WILL BE HELD ON A DATE AND TIME TO BE DETERMINED BY THE COURT.**

You are required to file a response to the Motion on or before a date and time to be directed by the Court.  At the same time, you must also serve a copy of the response upon the following persons:

Adam Hiller, Esquire
Hiller Law, LLC
300 Delaware Avenue
Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7676 telephone
ahiller@adamhillerlaw.com

Robert Maranto, Esquire
Andrews, Bernstein,
 & Maranto, PLLC
420 Franklin Street
Buffalo, New York 14202
716.842.2200 telephone
rmaranto@wnyinjurylawyers.com

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE RELIEF REQUESTED IN THE MOTION MAY BE GRANTED BY THE COURT WITHOUT FURTHER NOTICE OR HEARING.

Dated:  July 26, 2026
        Wilmington, Delaware

Respectfully submitted,

HILLER LAW, LLC


 **/s/ Adam Hiller**
Adam Hiller (DE No. 4105)
300 Delaware Avenue, Suite 210, #227
Wilmington, Delaware 19801
(302) 442-7677 telephone
ahiller@adamhillerlaw.com

-and-

2

Robert Maranto, Esquire
Andrews, Bernstein,
 & Maranto, PLLC
420 Franklin Street
Buffalo, New York 14202
716.842.2200 telephone
rmaranto@wnyinjurylawyers.com

*Attorneys for Movant*

3