IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>YELLOW CORPORATION, *et al.,*<br><br>Debtors. | Chapter 11<br><br>Case Nos. 23-11069 (CTG), *et seq.*<br>(jointly administered) |

## ORDER SHORTENING TIME

UPON CONSIDERATION OF the Motion To Shorten Time (the "Motion to Shorten") filed by Vincent DeMartino ("Movant"), seeking an order to shorten time and notice with respect to the Limited Relief requested in Movant's Motion for Limited and Final Retroactive Relief from the Automatic Stay and Applicable Injunctions to Prosecute Civil Action to Judgment and Recover Against Insurance (the "Motion for Relief") filed concurrently therewith; and the Court having determined that the relief requested in the Motion to Shorten is appropriate; it is hereby ORDERED as follows:

1.     The Motion to Shorten is GRANTED with respect to the Limited Relief portion of the Motion for Relief.

2.     A hearing to consider the Limited Relief requested in the Motion for Relief shall be held on _____, 2026 at _____ Eastern Time.

3. Objections to the Limited Relief requested in the Motion for Relief shall be filed on or before _____, 2026 at _____ Eastern Time.

4. The Court is not shortening time or notice with respect to the Final Relief portion of the Motion for Relief. Movant shall separately notice the balance of the Motion for Relief in accordance with the applicable Rules of this Court.