**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) |
| Debtors.[1] | (Jointly Administered) |

<u>Objection Deadline: August 3, 2026</u>

**PLAINTIFFS' THIRTEENTH NOTICE OF SETTLEMENT OF AVOIDANCE**
**ACTIONS PURSUANT TO SETTLEMENT PROCEDURES ORDER**

Daniel H. Golden, as Liquidating Trustee (the "<u>Plaintiff</u>" or "<u>Trustee</u>")[2] of the Yellow Liquidating Trust (the "<u>Trust</u>"), by and through his attorneys, hereby files this *Thirteenth Notice of Settlement of Avoidance Actions Pursuant to Settlement Procedures Order* (the "<u>Notice</u>") pursuant to the *Order on Motion for Approval of Procedures Regarding Settlements of Avoidance Claims Pursuant to Bankruptcy Rule 9019(b)* (the "<u>Settlement Procedures Order</u>") (D.I. 6749) entered on July 30, 2025, and avers as follows:

1.      Commencing on or about June 24, 2025, and continuing thereafter, the Debtors[3] sent demand letters to certain defendants for the avoidance and recovery of certain transfers pursuant to sections 547, 548, and 550 of title 11 of the United States Code (the "<u>Avoidance Actions</u>").

2.      On November 19, 2025, the Court entered an order (the "<u>Confirmation Order</u>") [Docket No. 8229] confirming the *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and Its Debtor Affiliates Pursuant to Chapter 11 of the Bankruptcy Code Proposed*

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Pursuant to Federal Rule of Civil Procedure 25, Bankruptcy Rule 7025, and as provided in the Liquidating Trust Agreement, the Trustee is the successor in interest to the Debtors in this action and is substituted as the Plaintiff. Any reference to "Plaintiff" is either in reference to the Debtors or the Trustee as their successor in interest, as applicable.

[3] As the Trustee's predecessor(s) in interest.

*by the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications)* (the "Plan") [Docket No. 8829-3] and all Plan supplements, including the Liquidating Trust Agreement [Docket No. 9071]. The effective date of the Plan occurred on July 1, 2026 (the "Effective Date") [Docket No. 9073].

3.      In accordance with the Plan and Confirmation Order, the Debtors and Trustee entered into that certain Liquidating Trust Agreement and, therefore, the Trust was established effective as of the Effective Date. Under paragraph 76 of the Confirmation Order and Article VIII.C.3 of the Plan, the Litigation Trust Assets (as defined in the Plan), including Avoidance Actions under chapter 5 of the Bankruptcy Code, were transferred to the Trust. Pursuant to the Plan, Confirmation Order, and Liquidating Trust Agreement, Plaintiff was appointed to serve as the Trustee and is authorized and has standing, among other things, to prosecute and settle the Avoidance Actions originally brought by the Debtors.

4.      Pursuant to the Settlement Procedures Order, Avoidance Actions with gross amounts demanded equal to or less than $750,000.00[4] are subject to Notice of Settlement procedures.[5] Under the Settlement Procedures Order, Plaintiff may file notices of settlement subject to notice and a seven (7) day objection period. Pursuant to the Settlement Procedures Order, the notice of electronic filing issued through the Court's Electronic Filing System shall constitute adequate and sufficient service of the Notice of Settlement.

5.      As provided in the Settlement Procedures Order, if no objections are properly filed and served by the objection deadline, Plaintiff is authorized to submit a proposed form of order under certification of counsel (the "Proposed Order"). A proposed settlement will be

---

[4] As indicated in the Settlement Procedures Order, Avoidance Actions with gross amounts demanded greater than $750,000.00, and all Avoidance Actions against insiders or former insiders of the Debtors, are subject to seeking Court approval pursuant to Bankruptcy Rule 9019(a).

[5] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the *Motion for Entry of Order Approving Procedures Regarding Settlements of Avoidance Claims Pursuant to Bankruptcy Rule 9019(b)* (D.I. 6667) and/or the Settlement Procedures Order.

deemed final and fully authorized by the Court upon the entry of the Proposed Order without further notice or hearing.

6.      Plaintiff has negotiated settlements of certain Avoidance Actions identified on **Exhibit A** attached hereto. **Exhibit A** contains the name of each such defendant (the "Defendants,"), the total transfers sought against each Defendant, the amount paid or to be paid by each Defendant to Plaintiffs in settlement of the Avoidance Action, and an asserted defense/settlement summary (the "Proposed Settlement").

7.      For each Proposed Settlement identified on **Exhibit A**, Plaintiff believes that the Proposed Settlement is in the best interest of the creditors taking into account the efficacy of the defenses raised by the respective Defendant. Additionally, given the known cost of further pursuing the matter, Plaintiff has determined that the net result to creditors would be greater through the Proposed Settlement than through further litigation.

8.      Notice of the Proposed Settlements has been provided as required in the Settlement Procedures Order.

9.      Absent any objections on or before August 3, 2026, Plaintiff shall file a certification of counsel seeking entry of the Proposed Order for the settlements listed on **Exhibit A**.

Dated: Wilmington, Delaware
July 27, 2026                    PACHULSKI STANG ZIEHL & JONES LLP


*/s/ Peter J. Keane*_____
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
         tcairns@pszjlaw.com
         pkeane@pszjlaw.com
         ecorma@pszjlaw.com

                    -and-

ASK LLP
Kara E. Casteel, Esq.
Joseph L. Steinfeld, Jr., Esq.
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 406-9665
e-mail: kcasteel@askllp.com

Counsel for Plaintiff