## Exhibit A

## Schedule of Settlement Subject to Court Approval

| Defendant Name | Total Transfers | Adversary Number | Settlement | Comment |
|---|---|---|---|---|
| Schneider Logistics, Inc. * | $ 247,605.77 | 25-51780 | $ 175,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Avient Corporation; and Schneider Logistics, Inc. * | $ 37,401.24 | 25-51637 | $ 19,000.00 | Settlement is greater or equal to 51% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Nordyne, LLC fdba Nortek Global HVAC LLC; and Schneider Logistics, Inc. * | $ 14,460.09 | 25-51843 | $ 6,000.00 | Settlement is greater or equal to 42% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Schneider National, Inc. * | $ 1,932,861.57 | 25-51650 | $ 5,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| STL Truckers, LLC; and TAFS, Inc. dba Transam Financial Services, Inc. | $ 753,588.51 | 25-51735 | $ 20,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Pontoon Solutions, Inc. | $ 1,909,043.94 | 25-51581 | $ 1,000.00 | Settlement is greater or equal to |

| | | | | 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
|---|---|---|---|---|
| Jacobus Energy, LLC | $ 2,933,329.11 | 25-51477 | $ 70,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |

*Adversary Proceedings settled jointly