# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al*., | Case No. 23-11069 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| Daniel H. Golden, as Liquidating Trustee | |
| Plaintiff, | **Re: Docket Index:** _____ |
| vs. | |
| Defendants Listed Below, | |
| Defendants. | |

| Defendant Name | Adversary Number |
|---|---|
| Avient Corporation; and Schneider Logistics, Inc. | 25-51637 |
| Jacobus Energy, LLC | 25-51477 |
| Nordyne, LLC fdba Nortek Global HVAC LLC; and Schneider Logistics, Inc. | 25-51843 |
| Pontoon Solutions, Inc. | 25-51581 |
| Schneider Logistics, Inc. | 25-51780 |
| Schneider National, Inc. | 25-51650 |
| STL Truckers, LLC; and TAFS, Inc. dba Transam Financial Services, Inc. | 25-51735 |

### ORDER APPROVING PLAINTIFF'S SEVENTH MOTION FOR AN ORDER APPROVING THE SETTLEMENTS OF AVOIDANCE ACTIONS PURSUANT TO FED. R. BANKR. P. 9019

Upon consideration of the Plaintiff's *Seventh Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019* (the "Motion");[2] upon the record; and the Court finding that (i) the district court has jurisdiction under 28 U.S.C. § 1334,

---

1 A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

2 Capitalized terms not otherwise defined herein shall have the same meanings ascribed to them in the Motion.

which was referred to this Court under 28 U.S.C. § 157 pursuant to the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated February 29, 2012, (ii) venue is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409, and (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b); and the Court having determined that adequate notice of the Motion was given; and that sufficient legal and factual bases exist for the relief requested in the Motion; and after due deliberation, the Court having determined that the relief requested in the Motion is in the best interest of the Debtors' estates and their creditors; and good and sufficient cause having been shown; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The settlement of the Avoidance Actions against the Defendants listed on **Exhibit A** attached to the Motion are approved.

3. The Court shall retain jurisdiction with respect to all matters arising from or related to the interpretation, implementation, or enforcement of this Order.