**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |
|  | ) |  |
|  | ) | **Re: Docket No. 9135** |

<u>AMENDED</u>[2] **NOTICE OF AGENDA FOR HEARING SCHEDULED ON JULY 29, 2026 AT 10:00 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

<u>**PLEASE NOTE**</u>**: AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELED WITH THE COURT'S PERMISSION.**

<u>**MATTER GOING FORWARD:**</u>

1.  Vincent DeMartino's Motion for Limited and Final Retroactive Relief from the Automatic Stay and Applicable Injunctions to Prosecute Civil Action to Judgment and Recover Against Insurance [Filed: 7/26/26] (Docket No. 9128)

    <u>Response Deadline</u>:  Responses can be made before or at the hearing.

    <u>Responses Received</u>:  None as of the date of this Notice of Agenda.

---

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation.  The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] **Amended items are noted in bold.**

Related Documents:

A.  [Proposed] Order Granting Vincent DeMartino's Limited Retroactive Relief from the Automatic Stay and Applicable Injunctions to File Complaint and Serve Process [Filed: 7/26/26] (Docket No. 9128)

B.  [Proposed] Order Granting Vincent DeMartino's Relief from the Automatic Stay and Applicable Injunctions to Prosecute Civil Action to Judgment and Recover Against Insurance [Filed: 7/26/26] (Docket No. 9128)

C.  Motion to Shorten Time [Filed: 7/26/26] (Docket No. 9129)

D.  [Signed] Order Shortening Time [Filed: 7/26/26] (Docket No. 9131)

E.  **Certification of Counsel Regarding Joint Stipulation By and Among the Trustee, Old Republic Insurance Company, and Vincent DeMartino Granting Limited Relief from the Automatic Stay, the ADR Injunction and Plan Injunctions and Related Relief [Filed: 7/28/26] (Docket No. 9140)**

F.  **Order Approving Joint Stipulation by and Among the Trustee, Old Republic Insurance Company, and Vincent DeMartino Granting Limited Relief from the Automatic Stay, the ADR Injunction and Plan Injunctions and Related Relief [Filed: 7/28/26] (Docket No. 9141)**

Status:  **An order has been entered resolving this matter. The Court has canceled the hearing.**

Dated:  July 28, 2026
Wilmington, Delaware

*/s/ Peter J. Keane*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone:     (302) 652-4100
Facsimile:     (302) 652-4400
Email:         ljones@pszjlaw.com
               tcairns@pszjlaw.com
               pkeane@pszjlaw.com
               ecorma@pszjlaw.com

Alan D. Halperin (admitted *pro hac vice*)
Debra J. Cohen (admitted *pro hac vice*)
Scott Ziluck (admitted *pro hac vice*)
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, New York 10005
Telephone:     (212) 765-9100
Email:         ahalperin@halperinlaw.net
               dcohen@halperinlaw.net
               sziluck@halperinlaw.net

*Co-Counsel for the Liquidating Trustee*

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
Robert A. Jacobson (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone:     (312) 862-2000
Facsimile:     (312) 862-2200
Email:         patrick.nash@kirkland.com
               rob.jacobson@kirkland.com

-and-

Aaron Metviner (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022

Telephone:     (212) 446-4800
Facsimile:     (212) 446-4900
Email:         aaron.metviner@kirkland.com

4938-7520-2753.2 96859.001                                    3