**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Hearing: Sept. 11, 2026 at 9:30 a.m. (ET)** |
| | ) | **Objection: Aug. 13, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF APPLICATION OF DUCERA PARTNERS LLC FOR (I) ALLOWANCE AND PAYMENT OF ITS CONTINGENT AND UNLIQUIDATED ADMINISTRATIVE EXPENSE CLAIM, (II) ESTABLISHMENT OF A RESERVE, AND (III) RELATED RELIEF)**

**PLEASE TAKE NOTICE** that on July 30, 2026, Ducera Partners LLC and its affiliates including, where appropriate, Ducera Securities LLC (collectively, "Ducera"), filed the *Application of Ducera Partners LLC for (I) Allowance and Payment of Its Contingent and Unliquidated Administrative Expense Claim (II) Establishment of a Reserve, and (II) Related Relief* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Application must (a) be in writing, (b) be filed with the Clerk of the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 13, 2026 at 4:00 p.m. (ET)** (the "Objection Deadline"), and (c) served as to be received on or before the Objection Deadline upon the counsel to Ducera, Pashman Stein Walder Hayden, P.C., 824 N. Market Street, Suite 800, Wilmington, Delaware 19801, Attn: Joseph C. Barsalona II (jbarsalona@pashmanstein.com), Richard W. Riley (rriley@pashmanstein.com) and Morrison & Forester LLP, 250 West 55th Street, New York, New York 10019, Attn: Ben Butterfield (bbutterfield@mofo.com), Darren Smolarski (dsmolarski@mofo.com).

**PLEASE TAKE FURTHER NOTICE** that only objections made in writing and timely filed and received, in accordance with the procedures above, will be considered by the Bankruptcy Court at such hearing.

**PLEASE TAKE FURTHER NOTICE THAT A HEARING ON THE APPLICATION WILL BE HELD ON SEPTEMBER 11, 2026 AT 9:30 A.M. (ET) BEFORE THE HONORABLE CRAIG T. GOLDBLATT, AT THE UNITED STATES**

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, WILMINGTON, DELAWARE 19801.**

**IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: July 30, 2026
Wilmington, Delaware

Respectfully submitted,

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*<u>/s/ Joseph C. Barsalona II</u>*
Joseph C. Barsalona II (No. 6102)
Richard W. Riley (No. 4052)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com
rriley@pashmanstein.com

-and-

**MORRISON & FOERSTER LLP**
Ben Butterfield, Esq.
Darren Smolarski, Esq.
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
E-mail: bbutterfield@mofo.com
dsmolarski@mofo.com

*Counsel to Ducera Partners LLC*