**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION., et al., [1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Objection Deadline: August 14, 2026, at 4:00 p.m. (ET)**<br>**Hearing Date: September 11, 2026, at 9:30 a.m. (ET)** |

**NOTICE OF APPLICATION**

**PLEASE TAKE NOTICE** that on July 31, 2026, Old Republic Insurance Company ("ORIC"), filed the *Creditor Old Republic Insurance Company's Application for Allowance and Payment of Administrative Expense Claim* (the "Application").

You are required to file a response to the Application on or before **August 14, 2026, at 4:00 p.m. (Eastern Time).**

At the same time, you must also serve a copy of the response upon the ORIC's attorney:

David M. Klauder, Esquire
**BIELLI & KLAUDER, LLC**
1204 N. King Street,
Wilmington, DE 19801
Phone: (302) 803-4600
dklauder@bk-legal.com

HEARING ON THE APPLICATION WILL BE HELD ON **September 11, 2026 at 9:30 a.m. (Eastern Time)** before the Honorable Craig T. Goldblatt at the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Courtroom #7, Wilmington, DE.

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF DEMANDED IN THE APPLICATION WITHOUT FURTHER NOTICE OR HEARING.

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address is these chapter 11 cases is: 11500 Outlook Street, Suite 400 Overland Park, Kansas 66211.

Dated: July 31, 2026

**BIELLI & KLAUDER, LLC**

*/s/ David M. Klauder*
David M. Klauder, Esquire (No. 5769)
1204 N. King Street
Wilmington, DE 19801
Phone: (302) 803-4600
dklauder@bk-legal.com

-and-

**FOX SWIBEL LEVIN & CARROLL LLP**

Margaret M. Anderson (admitted *pro hac vice*)
Kenneth M. Thomas (admitted *pro hac vice*)
Fox Swibel Levin & Carroll LLP
200 W. Madison Street
Suite 3000
Chicago, IL 60606
Phone: (312) 224-1200
Fax: (312) 224-1201
panderson@foxswibel.com
kthomas@foxswibel.com

*Attorney for Old Republic Insurance Company*