**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Hearing: Oct. 20, 2026 at 10:00 a.m. (ET)** |
| | ) | **Re: D.I. 9150** |

**NOTICE OF ADJOURNMENT OF HEARING ON APPLICATION OF DUCERA PARTNERS LLC FOR (I) ALLOWANCE AND PAYMENT OF ITS CONTINGENT AND UNLIQUIDATED ADMINISTRATIVE EXPENSE CLAIM, (II) ESTABLISHMENT OF A RESERVE, AND (III) RELATED RELIEF**

**PLEASE TAKE NOTICE** that on July 30, 2026, Ducera Partners LLC and its affiliates including, where appropriate, Ducera Securities LLC (collectively, "Ducera"), filed the *Application of Ducera Partners LLC for (I) Allowance and Payment of Its Contingent and Unliquidated Administrative Expense Claim (II) Establishment of a Reserve, and (II) Related Relief* (the "Application").

**PLEASE TAKE FURTHER NOTICE** that Ducera filed contemporaneously with the Application a Notice of Application noticing that the Application was scheduled for the omnibus hearing on September 11, 2026 at 9:30 a.m., prevailing Eastern Time (the "Hearing") and objections, if any, to the Application must be filed by August 13, 2026 at 4:00 p.m. (ET) (the "Objection Deadline").

**PLEASE TAKE FURTHER NOTICE** that Ducera has agreed to adjourn the Hearing on the Application to the omnibus hearing scheduled for **October 20, 2026 at 10:00 a.m., prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** that Ducera has agreed to extend the Objection Deadline for the Liquidating Trustee only to the **September 30, 2026 at 4:00 p.m., prevailing Eastern Time.**

**PLEASE TAKE FURTHER NOTICE** that the Objection Deadline shall remain the same for all other parties in interest.

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' proposed claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

Dated: August 10, 2026
Wilmington, Delaware

Respectfully submitted,

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*<u>/s/ Joseph C. Barsalona II</u>*
Joseph C. Barsalona II (No. 6102)
Richard W. Riley (No. 4052)
824 North Market Street, Suite 800
Wilmington, DE 19801
Telephone: (302) 592-6496
Email: jbarsalona@pashmanstein.com
rriley@pashmanstein.com

-and-

**MORRISON & FOERSTER LLP**
Ben Butterfield, Esq.
Darren Smolarski, Esq.
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8000
E-mail: bbutterfield@mofo.com
dsmolarski@mofo.com

*Counsel to Ducera Partners LLC*