**EXHIBIT A**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| Debtors. | ) | (Jointly Administered) |
| | ) | **Re: Docket No. 9177** |

**ORDER SHORTENING THE NOTICE PERIOD WITH RESPECT TO THE MOTION OF THE TRUSTEE TO APPROVE THE SETTLEMENT AGREEMENTS BY AND AMONG THE LIQUIDATING TRUST AND CERTAIN PENSION FUNDS AND GRANTING RELATED RELIEF**

Upon consideration of the motion (the "Motion to Shorten")[2] of the Trustee for entry of an order (this "Order") shortening notice of the *Motion of the Trustee to Approve the Settlement Agreements By and Among the Liquidating Trust and Certain Pension Funds and Granting Related Relief* (the "Settlement Motion"), scheduling the hearing date and time, and establishing the deadline by which parties must file objections to the Settlement Motion; and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the Amended Standing Order; and this Court having found that venue of this proceeding and the Motion to Shorten in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having determined that granting the relief requested in the Motion is in the best interest of the estates, the creditors, and other parties in interest; and it appearing that due and adequate notice of the Motion to Shorten has been given; and no other or further notice of such Motion is necessary or

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms used but not otherwise defined herein have the meanings ascribed to them in the Motion to Shorten.

required; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED**, that:

1. The Motion to Shorten is granted as set forth herein.

2. A hearing on the Settlement Motion will be held on **September 11, 2026 at 9:30 a.m. (prevailing Eastern Time)**.

3. Objections to the relief requested in the Settlement Motion shall be filed with the Court no later than **September 8, 2026 at 4:00 p.m. (prevailing Eastern Time)**.

4. The Trustee is authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion to Shorten.

5. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.



**Dated: August 28th, 2026**
**Wilmington, Delaware**

**CRAIG T. GOLDBLATT**
**UNITED STATES BANKRUPTCY JUDGE**



4905-4259-9884.1 96859.00002