**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| YELLOW CORPORATION, *et al.*,[1] | ) | Case No. 23-11069 (CTG) |
| Debtors. | ) | (Jointly Administered) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON SEPTEMBER 11, 2026 AT 9:30 A.M. (PREVAILING EASTERN TIME) BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 3RD FLOOR, COURTROOM NO. 7, WILMINGTON, DELAWARE 19801**

**PLEASE NOTE: AS NO MATTERS ARE GOING FORWARD, THE HEARING HAS BEEN CANCELED WITH THE COURT'S PERMISSION.**

**RESOLVED MATTER:**

1. Motion of the Trustee for Entry of an Order (I) Approving the Settlement Agreements By and Among the Liquidating Trust and Certain Pension Funds and (II) Granting Related Relief [Filed: 8/28/26] (Docket No. 9177)

   Response Deadline: September 8, 2026, at 4:00 p.m. (ET)

   Responses Received: None.

   Related Documents:

   A. [Proposed] Order (I) Approving the Settlement Agreements By and Among the Liquidating Trust and Certain Pension Funds and (II) Granting Related Relief [Filed: 8/28/26] (Docket No. 9177, Exhibit A)

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

B. Motion of the Trustee for Entry of an Order Shortening the Notice Period With Respect to the Motion of the Trustee to Approve the Settlement Agreements By and Among the Liquidating Trust and Certain Pension Funds and Granting Related Relief [Filed: 8/28/26] (Docket No. 9178)

i. [Signed] Order Shortening the Notice Period With Respect to the Motion of the Trustee to Approve the Settlement Agreements By and Among the Liquidating Trust and Certain Pension Funds and Granting Related Relief [Filed: 8/28/26] (Docket No. 9180)

C. Notice of Hearing on Motion of the Trustee for Entry of an Order (I) Approving the Settlement Agreements By and Among the Liquidating Trust and Certain Pension Funds and (II) Granting Related Relief [Filed: 8/31/26] (Docket No. 9181)

D. Certification of No Objection Regarding Motion of the Trustee for Entry of an Order (I) Approving the Settlement Agreements By and Among the Liquidating Trust and Certain Pension Funds and (II) Granting Related Relief [Filed: 9/9/26] (Docket No. 9186)

E. [Signed] Order (I) Approving the Settlement Agreements By and Among the Liquidating Trust and Certain Pension Funds and (II) Granting Related Relief [Filed: 9/9/26] (Docket No. 9187)

Status: The Court has entered an order on this matter. No hearing is necessary.

**CONTINUED MATTERS:**

2. Application of Ducera Partners LLC for (I) Allowance and Payment of Its Contingent and Unliquidated Administrative Expense Claim (II) Establishment of a Reserve, and (II) Related Relief [Filed: 7/30/26] (Docket No. 9150)

Response Deadline: August 13, 2026, at 4:00 p.m. (ET) *(extended until September 30, 2026, at 4:00 p.m. (ET))*

Responses Received: None.

Related Documents:

A. [Proposed] Order Granting the Application of Ducera Partners LLC for (I) Allowance and Payment of Its Contingent and Unliquidated Administrative Expense Claim (II) Establishment of a Reserve, and (II) Related Relief [Filed: 7/30/26] (Docket No. 9150, Exhibit A)

Status: This matter has been adjourned to the hearing on October 20, 2026 at 10:00 a.m. (ET).

3. Creditor Old Republic Insurance Company's Application for Allowance and Payment of Administrative Expense Claim [Filed: 7/31/26] (Docket No. 9153)

Response Deadline: August 14, 2026, at 4:00 p.m. (ET) *(extended until October 13, 2026, at 4:00 p.m. (ET))*

Responses Received: None.

Related Documents:

A. [Proposed] Order Granting Old Republic's Application for Allowance and Payment of Administrative Expense Claim [Filed: 7/31/26] (Docket No. 9153, Exhibit A)

Status: This matter has been adjourned to the hearing on October 20, 2026 at 10:00 a.m. (ET).

4. Oracle America Inc.'s Request for the Allowance and Payment of Chapter 11 Administrative Expenses [Filed: 7/31/26] (Docket No. 9155)

Response Deadline: August 14, 2026, at 4:00 p.m. (ET) *(extended until October 13, 2026, at 4:00 p.m. (ET))*

Responses Received: None.

Related Documents:

A. [Proposed] Order [Filed: 7/31/26] (Docket No. 9155, Exhibit A)

B. Addendum to Exhibit A [Filed: 8/3/26] (Docket No. 9159)

Status: This matter has been adjourned to the hearing on October 20, 2026 at 10:00 a.m. (ET).

5. Motion of 445 Hollywood Avenue, LLC for Allowance and Payment of Administrative Expense Claim Arising from Rejection of a Previously Assumed Lease [Filed: 7/31/26] (Docket No. 9157)

Response Deadline: August 14, 2026, at 4:00 p.m. (ET) *(extended until October 6, 2026, at 4:00 p.m. (ET))*

Responses Received: None.

Related Documents:

A. [Proposed] Order Granting Motion of 445 Hollywood, LLC, for Allowance and Payment of Administrative Expense Claim Arising from Lease Rejection [Filed: 7/31/26] (Docket No. 9157)

Status: This matter has been adjourned to the hearing on October 20, 2026 at 10:00 a.m. (ET).

Dated: September 9, 2026
Wilmington, Delaware

*/s/ Peter J. Keane*
Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

Alan D. Halperin (admitted *pro hac vice*)
Debra J. Cohen (admitted *pro hac vice*)
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, New York 10005
Telephone: (212) 765-9100
Email: ahalperin@halperinlaw.net
dcohen@halperinlaw.net

Patrick J. Nash Jr., P.C. (admitted *pro hac vice*)
Robert A. Jacobson (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
Email: patrick.nash@kirkland.com
rob.jacobson@kirkland.com

-and-

Aaron Metviner (admitted *pro hac vice*)
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900
Email: aaron.metviner@kirkland.com

*Co-Counsel for the Liquidating Trustee*