**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Response Deadline: Oct. 6, 2026 at 4:00 p.m. (ET)**<br>**Hearing Date: Only if Objections are Filed** |

**LIQUIDATING TRUSTEE'S SECOND NOTICE OF SATISFACTION OF CLAIMS**

**PARTIES RECEIVING THIS NOTICE SHOULD LOCATE THEIR NAMES AND FULLY SATISFIED CLAIMS IDENTIFIED ON SCHEDULE 1 ATTACHED HERETO**

TO: HOLDER OF SATISFIED CLAIM LISTED IN **SCHEDULE 1** HERETO:

**PLEASE TAKE NOTICE** that Daniel Golden, in his capacity as liquidating trustee (the "Trustee") of the Yellow Liquidating Trust, as successor in interest to the certain assets of the above captioned debtors (collectively, the "Debtors"), has identified you as the holder of a (a) proof of claim filed in these cases ("POC"), and/or (b) claim listed by one or more the Debtors on their respective *Schedules of Assets and Liabilities* [Docket Nos. 445, 447, 449, 451, 453, 455. 456, 458, 459, 461, 462, 464, 465, 467, 469, 470, 472 – 481, 501] (the "Schedules") heretofore filed with the United States Bankruptcy Court for the District of Delaware (the "Court"), that was fully satisfied, settled, and/or released ("Satisfied Claim") as set forth on **Schedule 1** attached hereto. In conjunction with their review of the Debtors' books and records, the Trustee and his professionals have determined that your Satisfied Claim has been fully satisfied, settled, and/or

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

released in accordance with an agreement consummated between you and the Debtors during the administration of these cases, and that no further distributions from the Debtors' estates or the Trust are required on account of amounts asserted in your Satisfied Claim.

**PLEASE TAKE FURTHER NOTICE** that unless you file an objection ("Objection") with the Clerk of the Court, each of EPIQ Corporate Restructuring, LLC, as the claims and noticing agent in these cases, and the Trustee will cause notations to be made on the official claims and distribution register ("Register") indicating that your Satisfied Claim listed on the Schedule 1 has been fully satisfied, settled, and/or released, and may be expunged from the Register and you shall have no recourse to, or interest in, of any kind or nature in or to the Debtors, their estates, the Trust or their assets on account of such Satisfied Claim. All Objections must be filed with the Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 6, 2026 at 4:00 p.m. (Eastern Standard Time) (the "Deadline")**, and served upon the undersigned counsel to the Trustee so as to be received no later than the Deadline.

**PLEASE TAKE FURTHER NOTICE** that to the extent an Objection is filed and served, the Trustee will make a reasonable effort to review the Satisfied Claim subject to an Objection with the claimant to reach a resolution, barring which the Trustee anticipates that a hearing will be held on the matter at a date and time to be determined by the Trustee, in his discretion, subject to the Court's availability. The Trustee reserves any and all rights to amend, supplement or otherwise modify this Notice and to file additional notices of this nature with respect to any and all claims filed in these cases, including without limitation, any Satisfied Claim and claim amount listed on the Schedules. The Trustee also reserves any and all rights, claims and defenses with respect to the Satisfied Claim and nothing including in or omitted from this Notice shall impair, prejudice, waive, or otherwise affect any such rights, claims and defenses.

Dated: September 15, 2026
Wilmington, Delaware

*/s/ Peter J. Keane*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane @pszjlaw.com
ecorma@pszjlaw.com

Alan D. Halperin (admitted *pro hac vice*)
Debra J. Cohen (admitted *pro hac vice*)
Scott A. Ziluck
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Email: ahalperin@halperinlaw.net
dcohen@halperinlaw.net
sziluck@halperinlaw.net

*Co-Counsel for the Liquidating Trustee*