**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>**Hearing Date: Oct. 20, 2026 at 10:00 a.m. (ET)**<br>**Obj. Deadline: Oct. 13, 2026 at 4:00 p.m. (ET)** |

**NOTICE OF MOTION AND HEARING**

PLEASE TAKE NOTICE that on October 2, 2026, Daniel Golden, solely in his capacity as liquidating trustee (the "Trustee") of the Yellow Liquidating Trust (the "Trust"), through his undersigned counsel, filed the *Motion of the Liquidating Trustee for Entry of an Order Pursuant to Bankruptcy Code Section 105(A) and Bankruptcy Rule 9006 Extending the Period Within Which the Trustee May Object to Administrative Claims* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Court").

PLEASE TAKE FURTHER NOTICE that objections or responses to the relief requested in the Motion, if any, must be made in writing, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the Court, be filed by **October 13, 2026, at 4:00 p.m. (ET)**, and be served on (a) counsel to the Trustee, Halperin Battaglia Benzija, LLP, 40 Wall Street, 37th Floor, New York, NY 10005, Attn: Alan D. Halperin (ahalperin@halperinlaw.net ) and Debra J. Cohen (dcohen@halperinlaw.net) and Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, 17th Floor, PO Box 8705, Wilmington, Delaware

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

19801, Attn.: Laura Davis Jones (ljones@pszjlaw.com), Timothy P. Cairns (tcairns@pszjlaw.com), Peter J. Keane (pkeane@pszjlaw.com), and Edward Corma (ecorma@pszjlaw.com); and (b) the Office of the United States Trustee for the District of Delaware, 844 King Street, Suite 2207, Lockbox 35, Wilmington, Delaware 19801, Attn.: Jane Leamy (jane.m.leamy@usdoj.gov).

PLEASE TAKE FURTHER NOTICE that a hearing with respect to the Motion, if required, will be held before the Honorable Craig T. Goldblatt, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware, 824 N Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware 19801, on **October 20, 2026, at 10:00 a.m. (ET).**

PLEASE TAKE FURTHER NOTICE THAT, IF NO OBJECTIONS TO THE MOTION ARE TIMELY FILED IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 2, 2026
Wilmington, Delaware

*/s/ Peter J. Keane*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane @pszjlaw.com
ecorma@pszjlaw.com

Alan D. Halperin (admitted *pro hac vice*)
Debra J. Cohen (admitted *pro hac vice*)
Scott A. Ziluck (admitted *pro hac vice*)
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Email: ahalperin@halperinlaw.net
dcohen@halperinlaw.net
sziluck@halperinlaw.net

*Co-Counsel for the Liquidating Trustee*