# EXHIBIT A

## Proposed Order

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered)<br><br>Re Docket #__ |

**ORDER GRANTING MOTION OF THE TRUSTEE FOR ENTRY OF AN ORDER PURSUANT TO BANKRUPTCY CODE SECTION 105(A) AND BANKRUPTCY RULE 9006 EXTENDING THE PERIOD WITHIN WHICH THE TRUSTEE MAY OBJECT TO ADMINISTRATIVE CLAIMS**

Upon consideration of the *Motion of the Trustee for Entry of an Order Pursuant to Bankruptcy Code Section 105(A) and Bankruptcy Rule and 9006 Extending the Period within which the Trustee May Object to Administrative Claims* (the "Motion") filed by the Trustee[2] seeking an extension of the Deadline and granting related relief all as more fully set forth in the Motion; and the Court having reviewed the Motion and having determined that the relief requested in the Motion is in the best interests of the Trust, its beneficiaries, the Debtors, their estates, their creditors, and other parties in interest; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334, the *Amended Standing Order of Reference* dated February 29, 2012 issued by the Court, and Article 1.23 of the Plan; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; this Court having determined that

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

there is good and sufficient cause for the relief set forth in this Order; and after due deliberation thereon, IT IS HEREBY ORDERED THAT

1. The Motion is GRANTED as set forth herein.

2. The Deadline to object to Administrative Claims is extended through and including April 30, 2027.

3. Entry of this Order is without prejudice to the rights of the Trustee to seek further extensions of the Deadline.

4. The Trustee is authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the Motion.

5. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and/or enforcement of this Order.