**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>Debtors.[1] | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| Daniel H. Golden, as Liquidating Trustee<br><br>Plaintiff,<br>vs.<br><br>Defendants Listed Below,<br><br>Defendants. | **Obj. Deadline: October 20, 2026 at 4:00 p.m. (ET)**<br>**Hrg. Date: November 16, 2026, at 10:00 a.m. (ET)** |

| **Defendant Name** | **Adversary Number** |
|---|---|
| Belk Logistics LLC dba Belk Express; and Mobile Street Holdings, LLC | 25-51271 |
| Bestpass, Inc. | 25-51276 |
| Goetz Energy Corporation | 25-51413 |
| Pasha Hawaii Holdings LLC | 25-51570 |
| Ten Logistics, Inc. | 25-51705 |
| VFS US LLC dba North American Transaction Services | 25-51614 |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on October 6, 2026, Daniel H. Golden, as Liquidating Trustee (the "Plaintiff" or "Trustee") of the Yellow Liquidating Trust (the "Trust") filed *Plaintiff's Eighth Motion for an Order Approving the Settlements of Avoidance Actions Pursuant to Fed. R. Bankr. P. 9019* (the "Motion") with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any response or objection to the Motion must be in writing, filed with the Clerk of the Bankruptcy Court, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801, and served upon and received by the undersigned counsel on or before **October 20, 2026, at 4:00 p.m. (ET)** (the "Objection Deadline").

1 A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely filed, served and received and such objection is not otherwise timely resolved, a hearing to consider such objection and the Motion will be held before the Honorable Craig T. Goldblatt on **November 16, 2026, at 10:00 a.m. (ET)** at the United States Bankruptcy Court for the District of Delaware, 824 Market Street, 3rd Floor, Courtroom No. 7, Wilmington, Delaware. Only those objections that are timely filed and served so as to be received on or before the Objection Deadline will be considered by the Court.

**IF YOU DO NOT PROPERLY FILE AND SERVE AN OBJECTION OR OTHER RESPONSE TO THE MOTION BY THE OBJECTION DEADLINE, THE COURT MAY GRANT THE RELIEF REQUESTED IN THE MOTION WITHOUT FURTHER NOTICE OR HEARING.**

Dated: October 6, 2026

*/s/ Peter J. Keane*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane@pszjlaw.com
ecorma@pszjlaw.com

*-and-*

**ASK LLP**
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN 55121
Telephone: (877) 746-4275
Email: kcasteel@askllp.com

*Counsel for Plaintiff*