**Exhibit A**

**Schedule of Settlement Subject to Court Approval**

| Defendant Name | Adversary Number | Total Transfers | Settlement | Comment |
|---|---|---|---|---|
| Belk Logistics LLC dba Belk Express; and Mobile Street Holdings, LLC | 25-51271 | $ 4,392,500.97 | $ 25,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Bestpass, Inc. | 25-51276 | $ 4,985,940.69 | $ 191,467.53 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Goetz Energy Corporation | 25-51413 | $ 863,060.05 | $ 18,500.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Pasha Hawaii Holdings LLC | 25-51570 | $ 1,935,809.99 | $ 35,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |
| Ten Logistics, Inc. | 25-51705 | $ 1,419,942.38 | $ 200,000.01 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |

| | | | | |
|---|---|---|---|---|
| VFS US LLC dba North American Transaction Services | 25-51614 | $ 5,185,083.05 | $ 150,000.00 | Settlement is greater or equal to 65% of the net preference liability after application of defenses under 11 U.S.C. § 547 (c)(1), (c)(2) and (c)(4). |