**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,[1]<br><br>Debtors. | Chapter 11<br>Case No. 23-11069 (CTG)<br>(Jointly Administered)<br><br>**Response Deadline: October 20, 2026**<br>**Hearing Date: Only if Objections are Filed** |

**NOTICE OF SETTLEMENT OF THE ADMINISTRATIVE CLAIMS AND GENERAL UNSECURED REJECTION CLAIMS OF NATMI NATIONAL TRUCK TERMINALS, LLC, NATMI TRUCK TERMINALS, LLC, RLF 1-PICO SPE, LLC AND TERMINAL LOGISTICS II TEXAS SPE, LP**

**PLEASE TAKE NOTICE THAT**

1. On November 19, 2025, the Bankruptcy Court entered an order [Docket # 8229] confirming the *Fourth Amended Joint Chapter 11 Plan of Yellow Corporation and its Debtor Affiliates pursuant to Chapter 11 of the Bankruptcy Code Proposed by the Debtors and the Official Committee of Unsecured Creditors (Technical Modifications)* [Docket #8226] (including all exhibits thereto, and as amended, supplemented or modified from time to time pursuant to the terms thereof, the "Plan"), and the Plan became effective on July 1, 2026 (the "Effective Date") [Docket #9073].

2. On the Effective Date, in accordance with the Plan, the Confirmation Order and a *Liquidation Trust Agreement* (the "LTA"), the Yellow Liquidating Trust (the "Trust") was established, all of the Debtors' remaining assets were transferred to the Trust, and Daniel H. Golden was appointed as trustee of the Trust (the "Trustee").

[1] A complete list of each of the Debtors in these chapter 11 cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these chapter 11 cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

3. In accordance with the Plan and LTA, from and after the Effective Date, the Trustee has the exclusive authority to file, withdraw, or litigate to judgment objections to claims, to settle or compromise any disputed claim, and to administer and adjust the claims register to reflect any such settlements or compromises, provided if any proposed allowed amount of any disputed claim is less than or equal to $10,000,000, a notice must be filed with the Bankruptcy Court ("Notice") (with service on any affected parties) prior to consummating and shall be deemed approved if no written objection is filed with the Bankruptcy Court within seven (7) calendar days of the filing of the Notice (the "Objection Period"); Plan at Article VII.B; LTA at §§ 4.4, 4.5(b), 4.11(a) and 7.5(iv).

4. NATMI National Truck Terminals, LLC ("NATMI National"), NATMI Truck Terminals LLC ("NATMI Truck"), RLF I- PICO SPE, LLC ("RLF I"), and Terminal Logistics II Texas SPE, LP ("Terminal Logistics" collectively the ("Claimants") filed *Motion of Certain Landlords For Allowance and Payment of Administrative Expense Claims* [Docket No. 9154] (the "Motion") seeking the allowance and payment of administrative claims in the following amounts:

(1) NATMI National for the San Diego Lease in an amount no less than $1,612,941.64;

(2) NATMI Truck for the Billerica Lease in an amount no less than $2,866,199.08;

(3) NATMI Truck for Manassas Lease in an amount no less than $601,813.94;

(4) RLF I for the Pico Rivera Lease in an amount no less than $11,515,767; and

(5) Terminal Logistics for the Garland Lease in an amount no less than $1,418,094.97. (the "Administrative Expense Claims").

5. Following arms'-length negotiations, the Trust and Claimant seek to resolve the Claims, as follows: The Landlords shall have an administrative expense claim on account of the rejection of the previously assumed leases in the following amounts:

**$1,544,564.53** to NATMI National on account of the San Diego Lease;

**$2,813,475.99** to NATMI Truck on account of the Billerica Lease:

**$518,001.96** to NATMI Truck on account of the Manassas Lease;

**$11,515,767.20** to RLF I on account of the Pico Rivera Lease (**as stated in the Motion**): and

**$1,300,816.47** to Terminal Logistics on account of the Garland Lease all as more particularly described, and on the terms and conditions set forth, in the stipulation attached hereto as Exhibit A (the "Stipulation").

6. The Landlords shall also have allowed general unsecured rejection damages claims pursuant to 11 U.S.C. § 502(b)(6) in the following amounts against the specified Debtors' estates:

**$462,338.16** related to the San Diego Lease against Debtor YRC, Inc.;

**$308,041.69** related to the Billerica Lease against Debtor New Penn Motor Express, LLC;

**$5,063,374.83** related to the PICO Rivera Lease against Debtor YRC, Inc.; and

**$259,210.00** related to the Garland Lease against Debtor YRC, Inc. all as more particularly described, and on the terms and conditions set forth, in the Stipulation

**PLEASE TAKE FURTHER NOTICE** that unless you file an objection to the Stipulation ("Objection") with the Bankruptcy Court, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, during the Objection Period ending on **October 20, 2026 at 4:00 p.m. (Prevailing Eastern Standard Time) (the "Deadline")**, the Stipulation will be deemed effective on October 21, 2026. A copy of any Objections must also be served upon the undersigned counsel to the Trustee so as to be received no later than the Deadline.

**PLEASE TAKE FURTHER NOTICE** that to the extent an Objection is filed and served, a hearing may be held on the matter at a date and time to be determined by the Trustee, in his discretion, subject to the Court's availability. The Trustee reserves any and all rights to amend,

supplement or otherwise modify this Notice and to file additional notices of this nature with respect to any and all claims filed in these cases. The Trustee also reserves any and all rights, claims and defenses with respect to the Claims and nothing including in or omitted from this Notice shall impair, prejudice, waive, or otherwise affect any such rights, claims and defenses.

Dated: October 13, 2026
Wilmington, Delaware

*/s/ Peter J. Keane*

Laura Davis Jones (DE Bar No. 2436)
Timothy P. Cairns (DE Bar No. 4228)
Peter J. Keane (DE Bar No. 5503)
Edward Corma (DE Bar No. 6718)
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: ljones@pszjlaw.com
tcairns@pszjlaw.com
pkeane @pszjlaw.com
ecorma@pszjlaw.com

Alan D. Halperin (admitted *pro hac vice*)
Walter Benzija (admitted *pro hac vice*)
Debra J. Cohen (admitted *pro hac vice*)
Scott A. Ziluck (admitted *pro hac vice*)
**HALPERIN BATTAGLIA BENZIJA, LLP**
40 Wall Street, 37th Floor
New York, NY 10005
Telephone: (212) 765-9100
Email: ahalperin@halperinlaw.net
dcohen@halperinlaw.net
sziluck@halperinlaw.net

*Co-Counsel for the Liquidating Trustee*